# ANEXO A

**Lista de Reclamaciones objeto de la Quincuagésima Novena Objeción Colectiva**

## Quincuagésima Novena Objeción Colectiva
## Anexo A - Reclamaciones Duplicadas

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS ESTADO DE PRIORIDAD | FORMULADAS IMPORTE | CORREGIDO DEUDOR | CORREGIDO ESTADO DE PRIORIDAD | CORREGIDO IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | AESALON PARTNERS LP<br>111 WEST ILLINOIS STREET<br>CHICAGO, IL 60654 | 16238 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $61,550.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,237.50 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 2 | AGOSTO ALICEA, JUAN<br>4531 ISLA VERDE AVENUE<br>CAROLINA, PR 00979 | 17325 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $71,900.12 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $20,006.31 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA y la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que son duplicado de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 3 | ALEJANDRO DIAZ, WILBERTO<br>URB LEVITTOWN<br>1431 PASEO DE DELFIN<br>TOA BAJA, PR 00949 | 15188 | El Estado Libre Asociado de Puerto Rico | Garantizada | $200,000.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $100,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por el ERS, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 4 | ANGEL L. SAEZ LOPEZ AND JANET MALDONADO REVERON<br>PASEO SAN JUAN<br>H1 CALLE SANTA CATALINA<br>SAN JUAN, PR 00926 | 13856 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,452,547.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $337,667.00* |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico y la Corporación para el Financiamiento Público de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 5 | ANN MARIE LUCIDO REVOCABLE LIVING TRUST U.A.D. 7-31-93<br>PETER J. LUCIDO<br>14601 BREZA<br>SHELBY TWP, MI48315 | 10513 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $220,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $195,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 6 | ANTONIO GNOCCHI FRANCO LAW OFFICE PENSION PLAN<br>PO BOX 193408<br>SAN JUAN, PR 00919-3408 | 10444 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $70,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $20,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

**Quincuagésima Novena Objeción Colectiva**
**Anexo A - Reclamaciones Duplicadas**

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | CORREGIDO DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 7 | ASHBROOK, LINDA M.<br>4206 KIRKLAND VILLAGE CIRCLE<br>BETHLEHEM, PA 18017-4764 | 3148 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $276,187.16 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $248,062.52 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 8 | ASOCIACION DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PR<br>CHARLES A. CUPRILL, ESQ.<br>356 FORTALEZA STREET SECOND FLOOR<br>SAN JUAN, PR 00901 | 21733 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $53,766,892.62 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $3,100,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, la Corporación para el Financiamiento Público de Puerto Rico y la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 9 | BACHSTETTER JT TEN, STEPHEN L. AND SUSAN L.<br>139 CAMPBELL CT.<br>SHREWSBURY, NJ 07702 | 2584 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $30,284.98 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $14,704.99 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 10 | BARATTA, CAROL<br>775 PEACHTREE LANE<br>FRANKLIN LAKES, NJ 07417 | 1285 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $90,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 11 | BARBARA K SEGAL & RAPHAEL REISS<br>86-35 MARENGO STREET<br>HOLLIS, NY 11423 | 17679 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $83,349.60 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $51,756.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 12 | BERKOWITZ, PETER<br>711 CALLE LOS NARANJOS<br>SAN JUAN, PR 00907 | 7663 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $184,499.96 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $173,999.96 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |

**Quincuagésima Novena Objeción Colectiva**
**Anexo A - Reclamaciones Duplicadas**

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS ESTADO DE PRIORIDAD | FORMULADAS IMPORTE | CORREGIDO DEUDOR | CORREGIDO ESTADO DE PRIORIDAD | CORREGIDO IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 13 | BIAGIONI, ADOLFO<br>10 CLANCY DRIVE<br>NORTHPORT, NY 11768 | 1406 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $35,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 14 | BISTANI RODRIGUEZ, MARIEM<br>PMB 252 BOX 6400<br>CAYEY, PR 00737-6400 | 14030 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $550,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $500,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 15 | BUONO ALCARAZ, JUAN<br>2367 AVE. LAS AMERICAS<br>PONCE, PR 00717 | 18520 | El Estado Libre Asociado de Puerto Rico | Garantizada | $105,000.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $50,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 16 | CARMEN W NIGAGLIONI AND HENRY H REXACH<br>PO BOX 366280<br>SAN JUAN, PR 00936-6280 | 9868 | El Estado Libre Asociado de Puerto Rico | Garantizada | $864,000.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $754,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 17 | CASTRO MARRERO, ALIDA<br>C/2 14 PASEO ALTO<br>SAN JUAN, PR 00926-5917 | 38796 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $635,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $125,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad para el Distrito del Centro de Convenciones de Puerto Rico, la Compañía de Fomento Industrial de Puerto Rico de Puerto Rico, la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, la Autoridad de Edificios Públicos de Puerto Rico y la Corporación para el Financiamiento Público de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 18 | CHARLES H. JACKSON SR. AND MILDRED L. JACKSON<br>19481 MARK TWAIN ST<br>DETROIT, MI 48235 | 2920 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $31,950.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $4,725.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |

**Quincuagésima Novena Objeción Colectiva**
**Anexo A - Reclamaciones Duplicadas**

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS ESTADO DE PRIORIDAD | FORMULADAS IMPORTE | CORREGIDO DEUDOR | CORREGIDO ESTADO DE PRIORIDAD | CORREGIDO IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 19 | CHRISTENSEN, DAVID M<br>18375 SE FEDERAL HWY<br>JUPITER, FL 33469 | 1462 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $28,425.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $11,712.50 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 20 | CLAY III, ALBERT W<br>5599 SAN FELIPE SUITE 1440<br>HOUSTON, TX 77056 | 1539 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $105,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $25,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 21 | COOPERATIVA DE AHORRO Y CREDITO CANDELCOOP<br>ATTN: ELMY RODRIGUEZ<br>PO BOX 3249<br>MANATI, PR 00674 | 57875 | El Estado Libre Asociado de Puerto Rico | Garantizada | $746,690.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $396,690.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 22 | COOPERATIVA DE AHORRO Y CREDITO LOMAS VERDES<br>ATTN: VICTOR RODRIGUEZ<br>PO BOX 1142<br>BAYAMON, PR 00960 | 36348 | El Estado Libre Asociado de Puerto Rico | Garantizada | $3,309,065.12* | El Estado Libre Asociado de Puerto Rico | Garantizada | $1,791,000.00* |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 23 | DELIA, JOSEPH<br>1614 STEWART LANE<br>LAUREL HOLLOW, NY 11791 | 2050 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $290,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $165,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 24 | D'ELIA JTWROS, JOSEPH AND ANN<br>1614 STEWART LANE<br>LAURAL HOLLOW, NY 11791 | 3511 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,320,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,065,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |

**Quincuagésima Novena Objeción Colectiva**
**Anexo A - Reclamaciones Duplicadas**

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS ESTADO DE PRIORIDAD | FORMULADAS IMPORTE | CORREGIDO DEUDOR | CORREGIDO ESTADO DE PRIORIDAD | CORREGIDO IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 25 | DIANE T. SIPICS REVOCABLE TRUST
302 N 36 CT
ALLENTOWN, PA 18104 | 35257 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $70,000.00 | El Estado Libre Asociado de Puerto Rico | 503(b)(9) | $10,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA y la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 26 | DOROTHY SHAKIN REVOCABLE TRUST
JEFFREY L. SHAKIN
9 TATEM WAY
OLD WESTBURY, NY 11568 | 8087 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $41,865.48 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $24,683.88 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 27 | ELIZABETH L. ANDERSON (REVOCABLE TRUST 10/22/2012)
3755 MARGITS LANE
TRAPPE, MD 21673 | 15322 | El Estado Libre Asociado de Puerto Rico | Garantizada | $263,343.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $237,030.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 28 | EUSEBIO IGLESIAS IZQUIERDO & NAYDA L. IGLESIAS SAUSTACHE
JA-4, PASEO DEL PARQUE
GARDEN HILLS
GUAYNABO, PR 00966 | 9839 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $219,866.70 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $164,866.70 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 29 | FENNELL, ROBERT LEE AND JACQUELINE SUE
1091 MISSION RIDGE DR
MANTECA, CA 95337 | 10549 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $20,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 30 | FIGUEROA PADILLA, JANNETTE
PO BOX 195435
SAN JUAN, PR 00919-5435 | 16723 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $205,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $105,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |

**Quincuagésima Novena Objeción Colectiva**
**Anexo A - Reclamaciones Duplicadas**

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS ESTADO DE PRIORIDAD | FORMULADAS IMPORTE | CORREGIDO DEUDOR | CORREGIDO ESTADO DE PRIORIDAD | CORREGIDO IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 31 | FOSTER, JAMES B<br>4742 LILYDALE DR<br>HAMBURG, NY 14075 | 5758 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,493.63 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $357.01 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Agencia de Financiamiento Municipal de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 32 | FOX, STEVEN H<br>9915 CONNECTICUT AVENUE<br>KENSINGTON, MD 20895 | 128689 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $109,900.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $32,900.00* |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico y la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 33 | GALANTE, ANTHONY<br>7337 WILD OAK LN<br>LAND O LAKES, FL 34637 | 12416 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 34 | GOHARKHAY, NIMA<br>1816 AUSTIN CREEK<br>FRIENDSWOOD, TX 77546 | 4899 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $100,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico y la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 35 | GRANT, ROBERT E<br>1606 SPARKLING WAY<br>SAN JOSE, CA 95125 | 1246 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $435,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $385,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 36 | GREEN, ELLIE<br>517 DELFT WAY<br>KNOXVILLE, TN 37923 | 1433 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $15,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $25,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 37 | GROSS, ANITA<br>30 WINFIELD WAY<br>SPRINGFIELD, NJ 07081 | 3902 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $20,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

**Quincuagésima Novena Objeción Colectiva**
**Anexo A - Reclamaciones Duplicadas**

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS ESTADO DE PRIORIDAD | FORMULADAS IMPORTE | CORREGIDO DEUDOR | CORREGIDO ESTADO DE PRIORIDAD | CORREGIDO IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 38 | GROSS, PHILIP D<br>30 WINFIELD WAY<br>SPRINGFIELD, NJ 07081 | 4164 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $45,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 39 | HANLEY, KATHLEEN<br>267 C. SIERRA MORENA S-127<br>SAN JUAN, PR 00926 | 5755 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $205,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $155,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 40 | HECTOR L RIVERA ROSARIO AND ENELIA RUSSE<br>HC 02 BOX 6617<br>MOROVIS, PR 00687 | 37783 | El Estado Libre Asociado de Puerto Rico | Garantizada | $324,299.76 | El Estado Libre Asociado de Puerto Rico | Garantizada | $260,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 41 | HOME MEDICAL EQUIPMENT INC<br>PO BOX 7453<br>PONCE, PR 00732 | 24539 | El Estado Libre Asociado de Puerto Rico | Garantizada | $100,000.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $55,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Compañía de Fomento Industrial de Puerto Rico de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 42 | HUMBERTO VIDAL, INC<br>P.O. BOX 21480<br>SAN JUAN, PR 00928-1480 | 28566 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 43 | IDSC LLC DBA INFRASTRUCTURE OPPORTUNITY FUND<br>CAPITAL SECURITY ADVISORS LLC<br>98 N. WASHINGTON STREET, SUITE 502<br>BOSTON, MA 02114 | 7227 | El Estado Libre Asociado de Puerto Rico | Garantizada | $395,000.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $125,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Quincuagésima Novena Objeción Colectiva
## Anexo A - Reclamaciones Duplicadas

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS ESTADO DE PRIORIDAD | FORMULADAS IMPORTE | CORREGIDO DEUDOR | CORREGIDO ESTADO DE PRIORIDAD | CORREGIDO IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 44 | IRENE J. EELKEM, AS TRUSTEE OF THE IRENE J. EELKEMA REVOCABLE TRUST<br>MICHAEL F. DOTY<br>90 SOUTH 7TH STREET<br>MINNEAPOLIS, MN 55402-3901 | 30695 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $430,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $415,000.00* |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Agencia de Financiamiento Municipal de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 45 | ISABEL SUAREZ, MARIA<br>32 CALLE FRANCISCO OLLER<br>PONCE, PR 00730-1603 | 46113 | El Estado Libre Asociado de Puerto Rico | Garantizada | $100,000.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $50,000.00 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 46 | JAMES R. EELKEMA, TRUSTEE OF JAMES R. EELKEMA TRUST<br>109 GENEVA BLVD<br>BURNSVILLE, MN 55306 | 21070 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $9,510.75 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $7,360.75 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 47 | JEAN SPENCER TRUST<br>JEAN SPENCER<br>12990 KIRKENDALL RD<br>BURLINGTON, IA 52601 | 7480 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $25,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,000.00 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Vivienda de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 48 | KALLAN, EVAN<br>19 CLUB POINTE DR<br>WHITE PLAINS, NY 10605 | 16615 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $22,600.69 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $12,600.29 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 49 | KAZMIERSKI, ROBERT<br>321 N. PERRY ST<br>JOHNSTOWN, NY 12095 | 16836 | El Estado Libre Asociado de Puerto Rico | Garantizada | $145,000.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $100,000.00 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

**Quincuagésima Novena Objeción Colectiva**
**Anexo A - Reclamaciones Duplicadas**

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS ESTADO DE PRIORIDAD | FORMULADAS IMPORTE | CORREGIDO DEUDOR | CORREGIDO ESTADO DE PRIORIDAD | CORREGIDO IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 50 | KENNTH HALBERT + ELLEN CLARE HALBERT TEN/BY/ENTY<br>9179 BAY POINT DRIVE<br>ORLANDO, FL 32819 | 3796 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $147,439.94 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $134,004.14 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 51 | KIRSCHENBAUM, KEN<br>KIRSCHENBAUM & KIRSCHENBAUM, P.C.<br>200 GARDEN CITY PLAZA, SUITE 315<br>GARDEN CITY, NY 11530 | 10949 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,264,849.86 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,066,492.73 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 52 | KOCH, ANGEL A.<br>CALLE 26 COLORADO ST<br>GUAYNABO, PR 00969 | 30239 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $90,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $65,000.00 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 53 | LAS AMERICAS INVESTMENT GROUP<br>P.O. BOX 192837<br>SAN JUAN, PR 00919-2837 | 29323 | El Estado Libre Asociado de Puerto Rico | Garantizada | $98,400.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $60,000.00 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 54 | LAURENCE C GREENE AND TERESA T. GREENE JTTEN<br>310 LOGAN CIRCLE<br>ELLIJAY, GA 30540 | 2928 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $25,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $15,000.00 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 55 | LOPEZ-MOLINA, MYRTA<br>W3-66 - B. GRACION ST<br>SAN JUAN, PR 00926 | 16649 | El Estado Libre Asociado de Puerto Rico | Garantizada | $203,229.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $165,000.00 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

## Quincuagésima Novena Objeción Colectiva
## Anexo A - Reclamaciones Duplicadas

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS ESTADO DE PRIORIDAD | FORMULADAS IMPORTE | CORREGIDO DEUDOR | CORREGIDO ESTADO DE PRIORIDAD | CORREGIDO IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 56 | LORING, SUSAN<br>445 MAHNKEN DRIVE<br>BRIDGEWATER, NJ 08807 | 1653 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $37,561.46 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $17,061.46 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 57 | MARQUEZ, ALEXANDRA<br>1 AVE. PALMA REAL<br>MURANO #611<br>GUAYNABO, PR 00969 | 15039 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $20,926.08 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,238.33 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Compañía de Fomento Industrial de Puerto Rico de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 58 | MEISTER, MYRON<br>35 SEABROOK LANDING DR<br>HILTON HEAD, SC 29926 | 10286 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 59 | MICHAEL S. BRUSCA, ROBERT T. BRUSCA, KERRY L. BRUSCA (JOINT TENANTS IN COMMON)<br>MICHAEL S. BRUSCA<br>1201 GREEN WAY<br>WOODBURY, NY 11797 | 10745 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $145,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $75,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 60 | MICHAEL S. BRUSCA, ROBERT T. BRUSCA, KERRY L. HUTCHINSON (JOINT TENANTS IN COMMON)<br>MICHAEL S. BRUSCA<br>1201 GREEN WAY<br>WOODBURY, NY 11797 | 10742 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $145,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $75,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 61 | MOLINA, JOSE A.<br>BF 69<br>SAN JUAN, PR 00926 | 29689 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $150,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |

**Quincuagésima Novena Objeción Colectiva**
**Anexo A - Reclamaciones Duplicadas**

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS | | | CORREGIDO | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 62 | MONTALVO, IVAN<br>101 BRADY ROAD<br>SACKETS HARBOR, NY 13685-9510 | 18359 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $60,468.41 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,615.01 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 63 | MONTALVO, DR. IVAN<br>101 BRADY ROAD<br>SACKETS HARBOR, NY 13685-9510 | 28584 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $60,468.41 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,615.01 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 64 | NAYDA SAUSTACHE IGLESIAS & IVAN A. IGLESIAS SAUSTACHE<br>JA-4 PASEO DEL PARQUE, GARDEN HILLS<br>GUAYNABO, PR 00966 | 9827 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $225,018.80 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $170,018.80 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 65 | NOWIE, ROBERT S<br>73461 HAYSTACK ROAD<br>PALM DESERT, CA 92260 | 5225 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $3,018.95 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,550.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 66 | PAPANDREA, BARBARA<br>182 FISHER ROAD<br>ORWELL, VT 05760-9766 | 8327 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $325,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $200,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 67 | PAWLOW, JEANETTE<br>4200 EAST TREMONT AVE<br>BRONX, NY 10465 | 15033 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $85,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $35,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Vivienda de Puerto Rico y la Universidad de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |

**Quincuagésima Novena Objeción Colectiva**
**Anexo A - Reclamaciones Duplicadas**

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | CORREGIDO DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 68 | PAWLOW, JEANETTE<br>4200 EAST TREMONT AVE<br>BRONX, NY 10465 | 27374 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $85,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $35,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Vivienda de Puerto Rico y la Universidad de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 69 | PAWLOW, JEANETTE ELLEN<br>4200 EAST TREMONT AVE<br>BRONX, NY 10465 | 16873 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $85,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $35,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Vivienda de Puerto Rico y la Universidad de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 70 | POLINSKY, MARION<br>19658 WATERS BAY CT UNIT1205<br>BOCA RATON, FL33434-5705 | 35099 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $44,714.50 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $6,900.28 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 71 | RAUL JAIME VILA SELLES AND EVELYN RAMIREZ GARRATON<br>#136 CALLE MIMOSA<br>SAN JUAN, PR 00927 | 84937 | El Estado Libre Asociado de Puerto Rico | Garantizada | $205,000.00* | El Estado Libre Asociado de Puerto Rico | Garantizada | $95,000.00* |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 72 | RIVERA GONZALEZ, EVELYN<br>105 QUENEPA MILAVILLE<br>SAN JUAN, PR 00926 | 16190 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $300,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $100,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 73 | ROBERTS, JAMES F AND JOANN<br>JAMES F. ROBERTS<br>1910 CHICAGO RD<br>JEFFERSON CITY, MO 65109 | 7667 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $15,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |

## Quincuagésima Novena Objeción Colectiva
### Anexo A - Reclamaciones Duplicadas

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS ESTADO DE PRIORIDAD | FORMULADAS IMPORTE | CORREGIDO DEUDOR | CORREGIDO ESTADO DE PRIORIDAD | CORREGIDO IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 74 | SABIN, JONATHAN<br>MARC PANE, ATTORNEY<br>300 PANTIGO PLACE<br>STE 102<br>EAST HAMPTON, NY 11937 | 21349 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $61,887.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,507.00 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 75 | SALIM M. MERHEM BISTANI TRUST<br>PMB 252 BOX 6400<br>CAYEY, PR00737-6400 | 14112 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $550,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $500,000.00 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 76 | SANDRA K CHANG, TRUSTEE<br>SANDRA K CHANG 2009 TRUST UA 01-22-2009<br>2500 KALA KAUA AVE<br>STE 2105<br>HONOLULU, HI 96815 | 50239 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 77 | SAPERSTON ASSET MANAGEMENT INC.<br>172 LAKE STREET<br>HAMBURG, NY 14075 | 59564 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 78 | SENTER, MARILYN MARKS<br>7508 180TH ST<br>FLUSHING, NY 11366 | 8928 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $140,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $110,000.00 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 79 | SERALLES, MICHAEL J.<br>P.O. BOX 360<br>MERCEDITA, PR 00715 | 29128 | El Estado Libre Asociado de Puerto Rico | Garantizada | $970,000.00 | El Estado Libre Asociado de Puerto Rico | Garantizada | $690,000.00 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

**Quincuagésima Novena Objeción Colectiva**
**Anexo A - Reclamaciones Duplicadas**

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | CORREGIDO DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 80 | SHAKIN, M.D., JEFFREY L<br>9 TATEM WAY<br>OLD WESTBURY, NY 11568 | 8402 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $1,599,596.74 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $755,277.87 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico y la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 81 | SNIDER, WILMA K<br>893 FOREST GLEN DR.<br>MOOREFIELD, WV 26836 | 10143 | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | El Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 82 | TANZEN, FLOYD<br>47 OLD CHIMNEY ROAD<br>UPPER SADDLE RIVER, NJ 07458 | 23789 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $435,000.00* | El Estado Libre Asociado de Puerto Rico | No Garantizada | $360,000.00* |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 83 | TAO, RONGJIA<br>21 W HIGH RIDGE ROAD<br>CHERRY HILL, NJ 08003 | 23027 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $34,375.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $22,875.00 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 84 | TSON-KUANG WU & MU-NIAU WU TR, WU TRUST UA 04-27-1999<br>36 MULBERRY DRIVE<br>OBERLIN, OH 44074-1432 | 3248 | El Estado Libre Asociado de Puerto Rico | Garantizada | $142,887.50 | El Estado Libre Asociado de Puerto Rico | Garantizada | $45,125.00 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 85 | VALLEJO, RAFAEL J AND DORIS E CHINEA<br>184 PAJUIL MILAVILLE<br>SAN JUAN, PR 00926 | 24076 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $55,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,000.00 |

Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico y la Compañía de Fomento Industrial de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

**Quincuagésima Novena Objeción Colectiva**
**Anexo A - Reclamaciones Duplicadas**

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS ESTADO DE PRIORIDAD | FORMULADAS IMPORTE | CORREGIDO DEUDOR | CORREGIDO ESTADO DE PRIORIDAD | CORREGIDO IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 86 | VASSEY, BRADFORD CLARKE<br>665 SOUTH GOULDSBORO RD<br>GOULSBORO, ME 04607-4107 | 17705 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $15,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 87 | VEIGA, JOHAN<br>PMB 323, 405 AVE ESMERALDA STE2<br>GUAYNABO, PR 00969 | 12523 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $5,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 88 | WILLIAMS, ROY B.<br>3211 EMERALD PLACE<br>WILMINGTON, DE 19810 | 1684 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $40,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 89 | WINDERWEEDLE, WILLIAM H<br>2512 WINGED DOVE DR<br>LEAGUE CITY, TX 77573 | 6694 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $30,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $15,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad Edificios Públicos de Puerto Rico y la Autoridad para el Financiamiento de Facilidades Industriales, Turísticas, Educativas, Médicas y de Control Ambiental (AFICA) de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 90 | WOLFE, PAMELA<br>240 E 30TH ST<br>APT 1A<br>NEW YORK, NY 10016-1545 | 33488 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $45,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $35,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |
| 91 | YORK, ROBERT A<br>170 BLAIR MOUNTAIN RD<br>DILLSBURG, PA 17019 | 29453 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $80,000.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00 |
| | Base para: El demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado. | | | | | | | |