## **EXHIBIT D**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>　　　　　　　　　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth** |

### ORDER GRANTING FIFTY-NINTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO DUPLICATE BOND CLAIMS

Upon the *Fifty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate Bond Claims* ("Fifty-Ninth Omnibus Objection"),[2] dated June 6, 2019, of the Commonwealth of Puerto Rico ("Commonwealth"), for entry of an order disallowing in part certain claims filed against the Commonwealth, as more fully set forth in the Fifty-Ninth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Fifty-Ninth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Fifty-Ninth Omnibus Objection having been provided to those parties identified therein, and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Fifty-Ninth Omnibus Objection.

no other or further notice being required; and each of the claims identified in the column titled "Asserted" in Exhibit A to the Fifty-Ninth Omnibus Objection (the "Duplicate Bond Claims") being partially duplicative of one or more Master Claims; and the Court having determined that the relief sought in the Fifty-Ninth Omnibus Objection is in the best interest of the Commonwealth, its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Fifty-Ninth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Fifty-Ninth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Duplicate Bond Claims are hereby disallowed to the extent the claims are duplicative of one or more Master Claims; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the duplicative portions of the Duplicate Bond Claims from the official claims register in the Commonwealth Title III Case; and it is further

ORDERED that the claimants will each retain a remaining claim in the Commonwealth Title III Case, as identified in the column titled "Corrected" in Exhibit A to the Fifty-Ninth Omnibus Objection (collectively, the "Remaining Clams"); and it is further

ORDERED that the Debtors' right to object to the Remaining Claims in the Commonwealth Title III Case is reserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

        Honorable Judge Laura Taylor Swain
        United States District Judge

## **ANEXO D**

**Propuesta de Resolución**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>  como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*,<br><br>                              Deudores.¹ | PROMESA<br>Título III<br><br>N° 17 BK 3283-LTS<br><br>(Administrados en forma conjunta)<br><br>**Esta presentación corresponde al Estado Libre Asociado** |

**UNA RESOLUCIÓN QUE HACE LUGAR A LA QUINCUAGÉSIMA NOVENA OBJECIÓN COLECTIVA (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO CONTRA RECLAMACIONES DE BONOS DUPLICADAS**

En virtud de la *Quincuagésima Novena Objeción Colectiva (no sustantiva) del Estado Libre Asociado de Puerto Rico contra Reclamaciones de Bonos Duplicadas* (la "Quincuagésima Novena Objeción Colectiva"),² del 6 de junio de 2019, del Estado Libre Asociado de Puerto Rico ("Estado Libre Asociado"), en la que solicita que se dicte una resolución que desestime parcialmente determinadas reclamaciones presentadas contra el Estado Libre Asociado, lo que se explica de manera más completa en la Quincuagésima Novena Objeción Colectiva y los anexos

---

[1] Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación tributaria federal de cada Deudor, según corresponda, son (i) El Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (Caso de quiebra No. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de quiebra No. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (Caso de quiebra No. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (Caso de quiebra No. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 9686); y (v) Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") y junto con el Estado Libre Asociado, COFINA, HTA y ERS, los "Deudores") (Caso de quiebra No. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación tributaria federal: 3747) (los casos iniciados al amparo del Título III figuran como números del Caso de Quiebra debido a limitaciones del software).

[2] Los términos en mayúscula que no se definen en el presente tendrán los significados que se les atribuye en la Quincuagésima Novena Objeción Colectiva.

que la respaldan; y en vista de que el Tribunal tiene competencia para considerar la Quincuagésima Novena Objeción Colectiva y conceder el remedio allí solicitado de conformidad con la sección 306(a) de la ley PROMESA; y la jurisdicción es la adecuada de conformidad con la sección 307(a) de la ley PROMESA; y considerando que se ha dado notificación debida y adecuada de la Quincuagésima Novena Objeción Colectiva a las partes que se identifican en la misma, y que no se requiere ninguna otra notificación adicional; y que cada una de las reclamaciones identificadas en la columna "Formuladas" del Anexo A a la Quincuagésima Novena Objeción Colectiva (en conjunto, las "Reclamaciones de Bonos Duplicadas") es parcialmente un duplicado de una o más Reclamaciones Maestras; y que el Tribunal ha considerado que el remedio pretendido en la Quincuagésima Novena Objeción Colectiva es beneficioso para el Estado Libre Asociado, sus acreedores y todas las partes interesadas; y habiendo el Tribunal determinado que los fundamentos jurídicos y fácticos expuestos en la Quincuagésima Novena Objeción Colectiva constituyen una justa causa para el remedio que aquí se concede; y tras debida deliberación y causa suficiente para ello, se

RESUELVE HACER LUGAR a la Quincuagésima Novena Objeción Colectiva tal como aquí se expone; y se

DISPONE que las Reclamaciones de Bonos Duplicadas quedan por este medio desestimadas en la medida en que son duplicados de una o más Reclamaciones Maestras; asimismo, se

DISPONE que Prime Clerk, LLC queda autorizada y se le ordena que elimine las Reclamaciones de Bonos Duplicadas del registro oficial de reclamaciones en el Caso del Estado Libre Asociado iniciado al amparo del Título III; y asimismo, se

DISPONE que cada uno de los demandantes conservará una reclamación remanente en el Caso del Estado Libre Asociado <u>iniciado</u> al amparo del Título III, como se identifica en la columna "Corregido" del <u>Anexo A</u> a la Quincuagésima Novena Objeción Colectiva (en conjunto, las "<u>Reclamaciones Remanentes</u>"); y asimismo, se

DISPONE la preservación del derecho de los Deudores a objetar las Reclamaciones Remanentes en el Caso del Estado Libre Asociado iniciado al amparo del Título III; además se

DISPONE que este Tribunal retendrá la competencia para oír y determinar todos los asuntos que surjan o se relacionen con la implementación, interpretación o ejecución de esta Resolución.

Fecha: _____

                                         Honorable Jueza Laura Taylor Swain
                                         Jueza de Distrito de los Estados Unidos