# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br><br>                    Debtors. | PROMESA<br>Title III<br><br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

### INFORMATIVE MOTION OF THE QTCB NOTEHOLDER GROUP
### REGARDING JUNE 12-13, 2019 OMNIBUS HEARING

The QTCB Noteholder Group[2] hereby submits this informative motion pursuant to the Court's *Order Regarding Procedures for Attendance, Participation and Observation of June 12-13, 2019 Omnibus Hearing* (Case No. 17-BK-3283, Dkt. No. 7196), and respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers listed as Bankruptcy Case numbers due to software limitations).

[2] The QTCB Noteholder Group has the same meaning as set forth in *Notice of Appearance and Request for Notice* (Case No. 17-BK-3283 LTS, Dkt. No. 134) and *Second Supplemental Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019* (Case No. 17-BK-3283 LTS, Dkt. No. 4871).

1.   Kurt A. Mayr of Bracewell LLP will appear in person on behalf of the QTCB Noteholder Group at the June 12-13, 2019, omnibus hearing in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

2.   Counsel reserves the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III cases, and/or any adversary proceeding pending in the Title III cases.

3.   In addition, Mr. Sergio E. Criado of Correa Acevedo & Abesada Law Offices, PSC will also be attending, on behalf of the QTCB Noteholder Group, the June 12-13, 2019, omnibus hearing at the United States District Court for the District of Puerto Rico.

**WHEREFORE**, the QTCB Noteholder Group respectfully requests that the Court take notice of the foregoing.

**RESPECTFULLY SUBMITTED,**

Dated: June 7, 2019
San Juan, Puerto Rico

        **BRACEWELL LLP**

        */s/ Kurt A. Mayr*
        Kurt A. Mayr (*pro hac vice*)
        David L. Lawton (*pro hac vice*)
        Shannon Wolf (*pro hac vice*)
        CityPlace I, 34th Floor
        185 Asylum Street
        Hartford, CT 06103
        Telephone: (860) 256-8534
        Email: kurt.mayr@bracewell.com

        *Counsel for the QTCB Noteholder Group*

        **CORREA ACEVEDO & ABESADA LAW OFFICES, P.S.C.**

        */s/ Sergio E. Criado*
        Sergio E. Criado
        Centro Internacional de Mercadeo II
        #90 Carr. 165 Suite 407
        Guaynabo, Puerto Rico 00968-8064
        scriado@calopsc.com
        (787) 273- 8300

        *Co-Counsel for the QTCB Noteholder Group*

**I HEREBY CERTIFY** that on June 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notifications of such filing to all attorneys of record.

**CORREA ACEVEDO & ABESADA
LAW OFFICES, P.S.C.**

*/s/ Sergio E. Criado*
Sergio E. Criado
Centro Internacional de Mercadeo II
#90 Carr. 165 Suite 407
Guaynabo, Puerto Rico 00968-8064
scriado@calopsc.com
(787) 273- 8300