## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>Plaintiff,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor[1] | CIVIL NO.: 17-BK-03283 (LTS)<br><br>PROMESA<br><br>TITLE III |

## INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD
## AT THE JUNE 12-13, 2019 OMNIBUS HEARING

**TO THE HONORABLE COURT:**

**COME NOW** creditors **Carlos Caraballo Martinez**, **Noelia Bravo Quiles, Gertrudis Vega, Juan A. Zaragoza, Julio Angel Toro Mercado, Milagros González Valentín, Juan González, Elizabeth Silva Vega, Ismael Centeno,** and **Guillermo Sánchez,** by and through the undersigned counsel, and hereby submit this Informative Motion in response to the Court's June 3 Order (see Case No. 17 BK 3283-LTS, [Dkt. No. 7196]) (the "Order") concerning attendance at the June 12-13 Omnibus Hearing (the "Hearing").

Pursuant to the Order, the undersigned counsel hereby informs the Court that Maria Herminia Cotto-Nieves will attend the Hearing in the San Juan courtroom and reserves the right to present

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

argument with respect to any agenda item and respond as necessary to any statements made by any party which implicate above appearing creditors' interests.  We specifically intend to respond to several Omnibus Objections (Non-Substantive) of the Commonwealth of Puerto Rico to Exact Duplicate Claims (*see* Case No. 17 BK 3283-LTS, [Dkt. Nos. 6272, 6273, 6275, 6276).

RESPECTFULLY SUBMITTED.

In Hormigueros, Puerto Rico, on this 7th day of June, 2019.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record, and served a copy of the same via e-mail to Counsel for the Oversight Board and to the Creditors' Committee.

<u>**s/ María Herminia Cotto-Nieves**</u>
MARIA HERMINIA COTTO-NIEVES
USDC-PR No.   304912
155 Enrique Vázquez Báez
Mayagüez PR 00680
maria.cotto@gmail.com / 787-519-3895

*Counsel for Creditors*
*Carlos Caraballo Martínez*
*Noelia Bravo Quiles, Gertrudis Vega,*
*Juan A. Zaragoza, Julio Ángel Toro Mercado,*
*Milagros González Valentín, Juan González,*
*Elizabeth Silva Vega, Ismael Centeno, and*
*Guillermo Sánchez*