# Exhibit A

# Mainland, Grant

| | |
|---|---|
| **From:** | Barak, Ehud <ebarak@proskauer.com> |
| **Sent:** | Thursday, June 6, 2019 2:36 PM |
| **To:** | Miller, Atara |
| **Cc:** | Rappaport, Lary Alan; Mainland, Grant; Bienenstock, Martin J.; Desatnik, Daniel |
| **Subject:** | RE: PRIFA motion meet and confer |

Atara,

Apologies, but we have too many things going on today and the earliest we can do this call is tomorrow 9:00 a.m.

**Ehud Barak**
Partner

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.4247
f  212.969.2900
ebarak@proskauer.com

greenspaces
Please consider the environment before printing this email.

---

**From:** Miller, Atara <AMiller@milbank.com>
**Sent:** Wednesday, June 5, 2019 9:28 PM
**To:** Barak, Ehud <ebarak@proskauer.com>
**Cc:** Rappaport, Lary Alan <LRappaport@proskauer.com>; Mainland, Grant <GMainland@milbank.com>; Bienenstock, Martin J. <mbienenstock@proskauer.com>; Desatnik, Daniel <DDesatnik@proskauer.com>
**Subject:** RE: PRIFA motion meet and confer

We disagree with your position regarding the applicability of the collective action provision, so yes.

Atara Miller | Milbank | Partner
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5421
amiller@milbank.com | milbank.com

---

**From:** Barak, Ehud [mailto:ebarak@proskauer.com]
**Sent:** Wednesday, June 05, 2019 9:18 PM
**To:** Miller, Atara <AMiller@milbank.com>
**Cc:** Rappaport, Lary Alan <LRappaport@proskauer.com>; Mainland, Grant <GMainland@milbank.com>; Bienenstock, Martin J. <mbienenstock@proskauer.com>; Desatnik, Daniel <DDesatnik@proskauer.com>
**Subject:** Re: PRIFA motion meet and confer

I'll check. Are you going to continue with the lift stay given the no action clause?

Regards,

Ehud Barak

On Jun 5, 2019, at 9:14 PM, Miller, Atara <AMiller@milbank.com> wrote:

1

Ehud –

Given that I will be offline from Friday night through Monday, I was really hoping we could have an initial discussion tomorrow.  we can be flexible.

Atara Miller | Milbank | Partner
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5421
amiller@milbank.com | milbank.com

---

**From:** Barak, Ehud [mailto:ebarak@proskauer.com]
**Sent:** Wednesday, June 05, 2019 8:53 PM
**To:** Miller, Atara <AMiller@milbank.com>
**Cc:** Rappaport, Lary Alan <LRappaport@proskauer.com>; Mainland, Grant <GMainland@milbank.com>; Bienenstock, Martin J. <mbienenstock@proskauer.com>; Desatnik, Daniel <DDesatnik@proskauer.com>
**Subject:** Re: PRIFA motion meet and confer

Hi Atara,

The earliest we can do is Friday 9:00-10:00 a.m., does that work for Milbank?

Regards,

Ehud Barak

> On Jun 5, 2019, at 5:31 PM, Miller, Atara <AMiller@milbank.com> wrote:
>
> Ehud:
>
> I understand that you were out of pocket until this morning preparing for an oral argument.  I hope it went well.  Can we please set a time either later tonight or tomorrow to meet and confer on the joint submissions required by Swain's scheduling order?
>
> Atara Miller | Milbank | Partner
> 55 Hudson Yards | New York, NY 10001-2163
> T: +1 212.530.5421
> amiller@milbank.com | milbank.com
>
>
>
> ===========================================================
>
> This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.




************************************************************************
******************************************************************
This message and its attachments are sent from a law firm and may contain information that is

confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them.
Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

3