# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>　　　　　Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## INFORMATIVE MOTION OF THE UNITED STATES OF AMERICA PURSUANT TO ORDER ON PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF THE JUNE 12-13, 2019 OMNIBUS HEARING

The United States of America, on behalf of, the Department of Homeland Security, U.S. Customs and Border Protection ("CBP"), files this *Informative Motion of the United States of America Pursuant to Order on Procedures for Attendance, Participation and Observation of the June 12-13, 2019 Omnibus Hearing*. In support hereof, the United States respectfully states as follows:

1.　　Matthew J. Troy intends to appear at the Hearing[2] on behalf of CBP by video-conference in Courtroom 17C of the United States District Court for the Southern District of New

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the *Order on Procedures for Attendance, Participation and Observation of the June 12-13, 2019 Omnibus Hearing* [Docket No. 7196].

York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, to address the following matters:

- *Twentieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Subsequently Amended Claims* (the "Objection") (Docket No. 6269); and

- any objections, responses, statements, joinders, or replies to the Objection.

No additional persons representing the United States will attend the hearing.

2. Matthew J. Troy will also appear to respond, as necessary, to any matters raised by the Court or to any statements made by any party in connection with the above-captioned title III proceedings or any adversary proceeding currently pending in the above-captioned title III proceedings.

This 7th day of June 2019.

        Respectfully submitted,

        JOSEPH H. HUNT
        Assistant Attorney General
        ROSA EMILIA RODRÍGUEZ-VÉLEZ
        United States Attorney
        HÉCTOR E. RAMÍREZ-CARBÓ
        Assistant United States Attorney
        Civil Chief

        /s/ Matthew J. Troy
        RUTH A. HARVEY
        MICHAEL J. QUINN
        MATTHEW J. TROY
        USDC # G02707

        Attorneys, Civil Division
        U.S. Department of Justice
        P.O. Box 875
        Ben Franklin Station
        Washington, D.C. 20044
        (202) 514-9038 (o)
        (202) 307-0494 (f)
        matthew.troy@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 7th day of June 2019, I caused a true and correct copy of the foregoing Informative Motion to be filed with the Clerk of the Court using the CM/ECF system, which will generate electronic notification to all CM/ECF participants in these cases.

                                                                /s/ Matthew J. Troy