# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.*, <br><br> Debtor.[1] | PROMESA <br><br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> PUERTO RICO ELECTRIC POWER AUTHORITY, <br><br> Debtor. | PROMESA Title III <br><br> Case No. 17 BK 4780-LTS <br><br> (This court filing relates only to Case No. 17 BK 4780-LTS) |

### UTIER'S INFORMATIVE MOTION TO PARTICIPATION AND OBSERVATION OF JUNE 12-13, 2019, OMNIBUS HEARING

**To the Honorable Court:**

Unión de Trabajadores de la Industria Eléctrica y Riego Inc. (UTIER) hereby files this Informative Motion pursuant to the *Order Regarding Procedures for Attendance, Participation and Observation of the June 12-13, 2019, Omnibus Hearing* [Dkt. No. 7196].

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Rolando Emmanuelli Jimenez and Jessica Esther Méndez Colberg of Bufete Emmanuelli, C.S.P. intend to appear and, to the extent necessary, present argument at the June 12-13, 2019 omnibus hearing on behalf of the UTIER in connection with any matters relating to the *Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and Its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain Challenged GO Bonds* [Dkt. No. 6857] filed by the Official Committee of Unsecured Creditors and Financial Oversight and Management Board, and Its Special Claims Committee, in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

Counsels will also be prepared to respond to any matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

WHEREFORE, UTIER respectfully requests that the Court take notice of the foregoing.

In Ponce, Puerto Rico, this 7th day of June 2019.

**WE HEREBY CERTIFY** that, on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and Standard Parties.

**Bufete Emmanuelli** C.S.P.

472 Tito Castro Ave.
Marvesa Building, Suite 106
Ponce, Puerto Rico 00716
Tel: (787) 848-0666
 Fax: (787) 841-1435

<u>/s/Rolando Emmanuelli Jiménez</u>
Rolando Emmanuelli Jiménez
USDC: 214105

<u>/s/Jessica E. Méndez Colberg</u>
Jessica E. Méndez Colberg
USDC: 302108

Emails: rolando@bufete-emmanuelli.com
        jessica@bufete-emmanuelli.com
        notificaciones@bufete-emmanuelli.com