# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

    Debtors.[1]

---

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

**Re: ECF Nos. 3914, 3916, 3966, 4038, 4071 4107**
(Jointly Administered)

## INFORMATIVE MOTION OF
## AMPR AND AMPR-LS IN RESPONSE TO
## ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND
## OBSERVATION OF JUNE 12-13, 2019, OMNIBUS HEARING [DKT. ENTRY NO. 7196]

The Asociación de Maestros de Puerto Rico ("AMPR"), and its Union, Asociación de Maestros de Puerto Rico-Local Sindical ("AMPR-LS"), both of which are affiliates of the American Federation of Teachers, AFL-CIO ("AFT"), for themselves and in representation of four hundred and twelve (412) of their members (collectively "AMPR"), submits this informative motion in response to the Court's *Order Regarding Procedures for Attendance, Participation, and Observation of JUNE 12-13, 2019, Omnibus Hearing* [Docket Entry No. 7196] and respectfully states as follows:

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

1. José Luis Barrios-Ramos, counsel for AMPR will speak and present argument on behalf of AMPR at the June 12-13, 2019 hearing in connection with the Motion for Lift of Stay [Docket Entry No. 3914].

2. Mr. Barrios-Ramos will appear in person in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

3. AMPR also appears to respond to any statements made by any party in connection with either the above-captioned Title III cases and any adversary proceedings currently pending in the above-captioned Title III cases.

**WHEREFORE,** the AMPR respectfully requests that the Court take notice of the foregoing. Dated: June 7, 2019.

Respectfully submitted,

*/s/ José Luis Barrios-Ramos*
José Luis Barrios-Ramos (USDC 223611)
McLeary Ave., Suite #303
San Juan, Puerto Rico 00936-8006
(787) 593-6641
barrios.jl@outlook.com

*For Asociación de Maestros de Puerto Rico and Asociación de Maestros de Puerto Rico--Local Sindical*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify all counsel of record and caused to be mailed or emailed a copy, as provided in the Court-approved Case Management Procedures in this case.

Dated: June 7, 2019

                                                  */s/José Luis Barrios-Ramos*
                                                  José Luis Barrios-Ramos