**Hearing Date:** June 12, 2019 at 9:30 a.m. (AST)
**Informative Motion Deadline:** June 7, 2019 at 5:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------x
                                                             :
In re                                                        :
                                                             :   PROMESA
THE FINANCIAL OVERSIGHT AND                                  :   Title III
MANAGEMENT BOARD FOR PUERTO RICO,                            :
                                                             :
    as representative of                                     :   Case No. 17-BK-3283 (LTS)
                                                             :
THE COMMONWEALTH OF PUERTO RICO,                             :   (Jointly Administered)
et al.,                                                      :
                                                             :
        Debtors.¹                                            :
                                                             :
-------------------------------------------------------------x
                                                             :
In re                                                        :
                                                             :
THE FINANCIAL OVERSIGHT AND                                  :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                            :   Title III
                                                             :
    as representative of                                     :
                                                             :   Case No. 17-BK-04780-LTS
PUERTO RICO ELECTRICAL POWER                                 :
AUTHORITY (PREPA),                                           :   Court Filing Relates Only to PREPA
                                                             :
        Debtor.                                              :
-------------------------------------------------------------x
```

# INFORMATIVE MOTION OF CORTLAND CAPITAL
# MARKET SERVICES LLC, AS ADMINISTRATIVE AGENT,
# REGARDING JUNE 12, 2019 HEARING AT 9:30 A.M. (AST)

---

[1] The Debtors in these title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

To the Honorable United States District Judge Laura Taylor Swain:

Cortland Capital Market Services LLC ("Cortland"), as administrative agent for lenders to the Puerto Rico Electric Power Authority ("PREPA"), by and through its attorneys, hereby submits this informative motion in response to this Court's *Order Regarding Procedures for Attendance, Participation and Observation of June 12-13, 2019, Omnibus Hearing* [Case No. 17-BK-3283-LTS, Dkt. No. 7196] (the "Scheduling Order") setting forth guidelines for parties wishing to be heard at the June 12-13, 2019 omnibus hearing (the "Hearing").

1. Emil A. Kleinhaus of Wachtell, Lipton, Rosen & Katz will appear in person on behalf of Cortland at the Hearing in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. Counsel intends to address the pre-trial conference in connection with the *Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922 and 928, and Bankruptcy Rules 3012(a)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement and Tolling Certain Limitations Periods* [Case No. 17-BK-4780-LTS, Dkt. No. 1235].

2. Cortland reserves all rights to be heard on any matter raised by any party at the Hearing related to the Title III cases or the interests of Cortland.

-3-

| | |
|---|---|
| Dated: June 7, 2018 | Respectfully submitted, |
| */s/ Nayuan Zouairabani* | */s/ Emil A. Kleinhaus* |
| Nayuan Zouairabani<br>USDC-PR No. 226411<br>MCCONNELL VALDÉS LLC<br>270 Muñoz Rivera Avenue, Suite 7<br>Hato Rey, Puerto Rico  00918<br>P.O. Box 364225<br>San Juan, Puerto Rico  00936-4225<br>Telephone:  (787) 250-5604<br>Facsimile:  (787) 759-9225<br>Email:  nzt@mcvpr.com | Richard G. Mason (admitted *pro hac vice*)<br>Amy R. Wolf (admitted *pro hac vice*)<br>Emil A. Kleinhaus (admitted *pro hac vice*)<br>Angela K. Herring (admitted *pro hac vice*)<br>Joseph C. Celentino (admitted *pro hac vice*)<br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street<br>New York, New York  10019<br>Telephone:  (212) 403-1000<br>Facsimile:  (212) 403-2000<br>Email:  rgmason@wlrk.com<br>          arwolf@wlrk.com<br>          eakleinhaus@wlrk.com<br>          akherring@wlrk.com<br>          jccelentino@wlrk.com<br><br>*Attorneys for Cortland Capital Market Services LLC, as Administrative Agent* |