**Participant Name and Contact Information**

_IRA TANZER_
Participant Name

_____
Contact Person (if Participant is not an individual)

_TANZERIRA @ OPTONLINE.NET_
Email Address

_22 OLD FORT LANE_
Address line 1

_____
Address line 2

_SOUTHAMPTON, NY 11968_
City, State Zip Code

_USA_
Country

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

RECEIVED & FILED
2019 JUN -6 PM 5:36
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

_____
Contact Person

_____
Email Address

_____
Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3. If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a) Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:
    _74514LYW1 & 74514LZL4_
    (b) Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? **(YES)** or **NO** (please **circle one**).

By: _/s/ Ira Tanzer_
Signature

_IRA TANZER_
Print Name

_TRUSTEE FOR IRA_
Title (if Participant is not an Individual)

_6/3/2019_
Date

2

Ira Tanzer
22 Old Fort Lane
Southampton, NY 11968

RECEIVED
2019 JUN -6 PM 5:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

03 JUN 2019 PM 9 L

CLERK of U.S. DISTRICT COURT-DISTRICT of PUERTORICO
ROOM 150
FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00918-170399