# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                            Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD AT THE JUNE 12-13, 2019 OMNIBUS HEARING

Certain funds managed by Invesco Advisers, Inc., that are successors in interest to funds managed by OppenheimerFunds, Inc. (the "**Invesco/Oppenheimer Funds**") submit this informative motion in response to the Court's *Order Regarding Procedures for Attendance, Participation and Observation of June 12-13, 2019 Omnibus Hearing* (the "**Order**") setting forth guidelines for parties wishing to be heard at the June 12-13, 2019 omnibus hearing (the "**Hearing**").

1.  The Order requests that counsel who intend to speak at the Hearing file an informative motion stating their name, the party for which they intend to appear, the agenda items

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- 2 -

in connection with which they intend to speak, and the location (New York or San Juan) at which they intend to appear.

2. Alice J. Byowitz of Kramer Levin Naftalis & Frankel LLP will appear in person on behalf of the Invesco/Oppenheimer Funds at the Hearing in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. Counsel intends to address the *Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain Challenged GO Bonds* [Dkt. No. 6857].

3. The Invesco/Oppenheimer Funds reserve their right to be heard on any other matter raised by any party at the Hearing related to the Title III cases or the interests of the Invesco/Oppenheimer Funds.

*[Remainder of Page Intentionally Left Blank]*

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today June 7, 2019.

| | |
|---|---|
| **TORO COLÓN MULLET P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| */s/ Manuel Fernández-Bared* | |
| MANUEL FERNÁNDEZ-BARED | */s/ Alice J. Byowitz* |
| USDC-PR No. 204,204 | THOMAS MOERS MAYER* |
| Email: mfb@tcm.law | AMY CATON* |
| | DAVID E. BLABEY JR.* |
| */s/ Linette Figueroa-Torres* | ALICE J. BYOWITZ* |
| LINETTE FIGUEROA-TORRES | 1177 Avenue of the Americas |
| USDC-PR No. 227,104 | New York, New York 10036 |
| Email: lft@tcm.law | Tel.: (212) 715-9100 |
| | Fax: (212) 715-8000 |
| */s/ Jane Patricia Van Kirk* | Email: tmayer@kramerlevin.com |
| JANE PATRICIA VAN KIRK | acaton@kramerlevin.com |
| USDC–PR No. 220,510 | dblabey@kramerlevin.com |
| Email: jvankirk@tcm.law | abyowitz@kramerlevin.com |
| P.O. Box 195383 | * (admitted *pro hac vice*) |
| San Juan, PR 00919-5383 | |
| Tel.: (787) 751-8999 | |
| Fax: (787) 763-7760 | |

*Counsel to the Invesco/Oppenheimer Funds*