**Hearing Date:** June 12, 2019 at 9:30 a.m. (AST)
**Informative Motion Deadline:** June 7, 2019 at 5:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| *In re* | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | (Jointly Administered) |
| Debtors.[1] | |
| *In re* | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | Case No. 17-BK-04780-LTS |
| PUERTO RICO ELECTRICAL POWER AUTHORITY (PREPA), | **Court Filing Relates Only to PREPA** |
| Debtor. | |

### INFORMATIVE MOTION OF SOLA LTD, SOLUS OPPORTUNITIES FUND 5 LP, ULTRA MASTER LTD, AND ULTRA NB LLC <u>REGARDING JUNE 12, 2019 HEARING AT 9:30 A.M. (AST)</u>

To the Honorable United States District Judge Laura Taylor Swain:

---

[1] The Debtors in these title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

-2-

SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Ultra NB LLC (collectively "Solus"), as lenders to the Puerto Rico Electric Power Authority ("PREPA"), by and through their attorneys, hereby submit this informative motion in response to this Court's *Order Regarding Procedures for Attendance, Participation and Observation of June 12-13, 2019, Omnibus Hearing* [Case No. 17-BK-3283-LTS, Dkt. No. 7196] (the "Scheduling Order") setting forth guidelines for parties wishing to be heard at the June 12-13, 2019 omnibus hearing (the "Hearing").

1. Nicholas Baker of Simpson Thacher & Bartlett LLP will appear in person on behalf of Solus at the Hearing in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. Counsel intends to address the pre-trial conference in connection with the *Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922 and 928, and Bankruptcy Rules 3012(a)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement and Tolling Certain Limitations Periods* [Case No. 17-BK-4780-LTS, Dkt. No. 1235].

2. Solus reserves all rights to be heard on any matter raised by any party at the Hearing related to the Title III cases or the interests of Solus.

-3-

| | |
|---|---|
| Dated: June 7, 2019 | Respectfully Submitted, |
| /s/ *Jose L. Ramirez-Coll* | /s/ *Nicholas Baker, Esq.* |
| Jose L. Ramirez-Coll | Bryce L. Friedman, Esq. |
| USDC-PR No. 221702 | Nicholas Baker, Esq. |
| ANTONETTI, MONTALVO & RAMIREZ-COLL | SIMPSON THACHER & BARTLETT LLP |
| P.O. Box 13128 | 425 Lexington Avenue |
| San Juan, Puerto Rico 00908 | New York, NY 10017 |
| Telephone: (787) 977-0303 | Tel.: 212-455-2000 |
| Facsimile: (787) 977-0323 | Fax: 212-455-2502 |
| Email: jramirez@amrclaw.com | Email: bfriedman@stblaw.com |
| | nbaker@stblaw.com |

*Attorneys for SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Ultra NB LLC*