UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- x
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)
:
    Debtors.[1] :
---------------------------------------------------------------------- x

### INFORMATIVE MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING JUNE 12-13, 2019 OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

    The Official Committee of Unsecured Creditors of all Title III Debtors (other than COFINA) (the "Committee") hereby submits this informative motion in response to the Court's *Order Regarding Procedures for Attendance, Participation and Observation of June 12-13, 2019 Omnibus Hearing* [Docket No. 7196] (the "Scheduling Order") and respectfully states as follows:

    1.    Luc A. Despins, Nicholas A. Bassett, and G. Alexander Bongartz of Paul Hastings LLP will appear in person on behalf of the Committee at the Hearing (as defined in the Scheduling Order) in Courtroom 3 of the United States District Court for the District of Puerto

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico, and address, as necessary, the following matters:

(a) *Motion of Official Committee of Unsecured Creditors, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures With Respect to Objections to Claims Asserted by Holders of Bonds Issued By Employees Retirement System of Government of Puerto Rico and Requesting Related Relief* [Case No. 17-3283, Docket No. 5589; Case No. 17-3566, Docket No. 386;

  (i) *Notice of Filing of Revised Order, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Omnibus Objections of Official Committee of Unsecured Creditors to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Puerto Rico* [Case No. 17-3283, Docket No. 6247; Case No. 17-3566, Docket No.442];

  (ii) *Reply of Official Committee of Unsecured Creditors to Objections to Motion Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures With Respect to Omnibus Objection to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Puerto Rico* [Case No. 17-3283, Docket No. 6353; Case No. 17-3566, Docket No. 448];

(b) *Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and Its Special Claims Committee to Extend*

2

*Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain Challenged GO Bonds* [Docket No. 6857];

    (i)    *Amended Notice of Hearing on Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and Its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain Challenged GO Bonds* [Docket No. 6985];

    (ii)    *Omnibus Reply of Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and Its Special Claims Committee in Support of Motions to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain Challenged GO Bonds, Certain HTA Bonds, And Certain ERS Bonds* [Case No. 17-3283, Docket No. 7223; Case No. 17-3566, Docket No. 545; Case No. 17-3567, Docket No. 578];

(c)    *Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and Its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings (Adv. Nos. 19-362, 19-363, 19-364, 19-365) Relating to Certain HTA Bonds* [Case No. 17-3283, Docket No. 7060 ; Case No. 17-3567, Case No. 567];

    (i)    *Notice of Filing of Revised Order Granting Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and Its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings*

*(Adv. Nos. 19-362, 19-363, 19-364, 19-365) Relating To Certain HTA Bonds* [Case No. 17-3283, Docket No. 7136; Case No. 17-3567, Docket No. 574];

 (ii) *Omnibus Reply of Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and Its Special Claims Committee in Support of Motions to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain Challenged GO Bonds, Certain HTA Bonds, And Certain ERS Bonds* [Case No. 17-3283, Docket No. 7223; Case No. 17-3566, Docket No. 545; Case No. 17-3567, Docket No. 578];

(d) *Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, Acting Through Its Special Claims Committee, to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain ERS Bonds* [Case No. 17-3283, Docket No. 7061; Case No. 17-3566, Docket No. 523];

 (i) *Omnibus Reply of Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and Its Special Claims Committee in Support of Motions to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain Challenged GO Bonds, Certain HTA Bonds, And Certain ERS Bonds* [Case No. 17-3283, Docket No. 7223; Case No. 17-3566, Docket No. 545; Case No. 17-3567, Docket No. 578];

(e) *Motion of the Puerto Rico Funds to Vacate the Appointment of the Official Committee of Unsecured Creditors in the Employees Retirement System of the Government of the Commonwealth of Puerto Rico Title III Case* [Case No. 17-3283, Docket No. 6162; Case No. 17-3566, Docket No. 433];

    (i) *Objection of Official Committee of Unsecured Creditors to Motion of Puerto Rico Funds to Vacate Appointment of Official Committee of Unsecured Creditors In Title III Case of Employees Retirement System* [Case No. 17-3283, Docket No. 7124; Case No. 17-3566, Docket No. 532];

(f) *Motion for Entry of an Order (A) Approving Amended Omnibus Objection Procedures, (B) Waiving the Requirement of Bankruptcy Rule 3007(e), (C) Approving Additional Forms of Notice, and (D) Granting Related Relief* [Docket No. 7091];

    (i) *Limited Objection of Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order (A) Approving Amended Omnibus Objection Procedures, (B) Waiving the Requirement of Bankruptcy Rule 3007(e), (C) Approving Additional Forms of Notice, and (D) Granting Related Relief* [Docket No. 7121];

(g) *Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(A)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement and Tolling Certain Limitations Periods* [Case No. 17-4780, Docket No. 1235];

(h) Any objections, responses, statements, joinders, or replies to any of the foregoing pleadings; and

(i) Any statements made by any party in connection with the Title III cases or any adversary proceeding pending therein.

2. In addition, (a) Mr. John Arrastia and Mr. Jesus M. Suarez of Genovese Joblove & Battista, P.A. and (b) Mr. Juan J. Casillas Ayala of Casillas, Santiago & Torres LLC and one of his co-counsel will also be attending, on behalf of the Committee, the Hearing in San Juan, Puerto Rico.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Committee respectfully requests that the Court take notice of the above.

Dated: June 7, 2019

*/s/ Luc A. Despins*

PAUL HASTINGS LLP
Luc. A. Despins, Esq. (Pro Hac Vice)
James R. Bliss, Esq. (Pro Hac Vice)
Nicholas A. Bassett, Esq. (Pro Hac Vice)
G. Alexander Bongartz, Esq. (Pro Hac Vice)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and -

*/s/ Juan J. Casillas Ayala*

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Alberto J. E. Añeses Negrón, Esq. (USDC - PR 302710)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
aaneses@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*