UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | ) PROMESA<br>) Title III<br>) |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | ) No. 17 BK 3283-LTS<br>)<br>) **(Jointly Administered)** |
| As a representative of | ) |
| **THE COMMONWEALTH OF PUERTO RICO** *et al.*, | ) Re: Dkt. No. 7196<br>)<br>) **Hearing date:** June 12, 2019 at 9:30 a.m.<br>) (Atlantic Standard Time) |
| **Debtors.**[1] | ) |

# INFORMATIVE MOTION OF THE FEE EXAMINER PURSUANT TO ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION, AND OBSERVATION OF JUNE 12-13 OMNIBUS HEARING

The Fee Examiner appointed in these proceedings files this *Informative Motion of the Fee Examiner Pursuant to Order Regarding Procedures for Attendance, Participation and Observation of June 12-13, 2019 Omnibus Hearing* [Dkt. No. 7196]. In support, the Fee Examiner respectfully states that:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. On June 4, 2019, the Fee Examiner filed the *Informative Motion of the Fee Examiner Submitting Uncontested Revised Proposed Order Imposing Additional Presumptive Standards* [Dkt. No. 7214] (the "**Proposed Presumptive Standards Order**").

2. On June 5, 2019, the Fee Examiner filed the *Fee Examiner's Fifth Interim Report on Professional Fees and Expenses (October 1, 2018 – January 31, 2019)* [Dkt. No. 7233] (the "**Fifth Interim Report**") recommending a group of fifth interim fee applications for the Court's approval on an uncontested basis.

3. The Fee Examiner and counsel, Katherine Stadler of Godfrey & Kahn, S.C. and Eyck Lugo of Edge Legal Strategies, PSC, will appear in person to present and respond to questions regarding the Proposed Presumptive Standards Order and Fifth Interim Report and to respond to any matters raised by the Court or by any party in connection with professional fees— all in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. No additional persons representing the Fee Examiner will attend the hearing.

Dated this 7th day of June, 2019.

WE HEREBY CERTIFY that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

> EDGE Legal Strategies, PSC
>
> *s/Vilmarys M. Quiñones Cintrón*
> Eyck O. Lugo
> Vilmarys M. Quiñones Cintrón
> 252 Ponce de León Avenue
> Citibank Tower, 12th Floor
> San Juan, PR 00918
> Telephone: (787) 522-2000
> Facsimile: (787) 522-2010
>
> *Puerto Rico Counsel for Fee Examiner*
>
> GODFREY & KAHN, S.C.
> One East Main Street, Suite 500
> Madison, WI 53703
> Telephone: (608) 257-3911
> Facsimile: (608) 257-0609
>
> Katherine Stadler (*Pro Hac Vice*)
>
> *Counsel for the Fee Examiner*

20732458.1