UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

# INFORMATIVE MOTION OF FINANCIAL OVERSIGHT AND MANAGEMENT BOARD REGARDING JUNE 12-13, 2019 OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

Pursuant to the Court's *Order Regarding Procedures for Attendance, Participation and Observation of June 12-13, 2019, Omnibus Hearing* [ECF No. 7196], the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative of The Commonwealth of Puerto Rico (the "Commonwealth") pursuant to § 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act, codified at 48 U.S.C. §§ 2101–2241 ("PROMESA"), respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. <u>The Oversight Board</u> will be in attendance in Puerto Rico to present oral argument on any relevant matters at the Omnibus Hearing starting on **June 12, 2019 at 9:30 a.m. (AST)**.

2. <u>Martin J. Bienenstock</u> will be in attendance in Puerto Rico to represent the Oversight Board on (i) the status reports requested by the Court, (ii) all matters relating to the *Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(A)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement and Tolling Certain Limitations Periods* [Case No. 17-4780, ECF No. 1235], (iii) the *Motion for Relief from Stay* filed by the Asociación Puertorriqueña de la Judicatura, Inc. [Case No. 17-3283, ECF No. 4398], (iv) any matters related to claims objections, (v) any matters related to fee applications, and (vi) any other matters scheduled to be heard.

3. <u>Brian S. Rosen</u> will be in attendance in New York to represent the Oversight Board on (i) the status reports requested by the Court, (ii) any matters related to claims objections, (iii) any matters related to fee applications, and (iv) any other matters scheduled to be heard.

4. <u>Gregg M. Mashberg</u> will be in attendance in Puerto Rico to represent the Oversight Board on all matters relating to the *Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(A)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement and Tolling Certain Limitations Periods* [Case No. 17-4780, ECF No. 1235].

5. <u>Paul J. Possinger</u> will be in attendance in Puerto Rico to represent the Oversight Board on (i) all matters relating to the *Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(A)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement and Tolling Certain Limitations Periods* [Case No. 17-4780, ECF No. 1235], and (ii) the *Motion for Relief from Stay* filed by Asociación de Maestros de Puerto Rico, and its Union, Asociación de Maestros de Puerto Rico-Local Sindical [Case No. 17-3283, ECF No. 3914].

6. <u>Laura Stafford</u> will be in attendance in Puerto Rico to represent the Oversight Board on (i) the *Debtors' Motion for Entry of an Order (A) Approving Amended Omnibus Objection Procedures, (B) Waiving the Requirement of Bankruptcy Rule 3007(e), (C) Approving Additional Forms of Notice, and (D) Granting Related Relief* [Case No. 17-3283, ECF No. 7091 and (ii) all matters related to claims objections.

7. <u>Party for which counsel will appear</u>:  The Oversight Board.

Dated: June 7, 2019
New York, NY

Respectfully submitted,

 /s/ Hermann D. Bauer 
Hermann D. Bauer
USDC No. 215205
Daniel J. Perez-Refojos
USDC No. 303909
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: hermann.bauer@oneillborges.com

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
Paul V. Possinger (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
Email: brosen@proskauer.com
Email: ppossinger@proskauer.com

*Attorneys for The Financial Oversight and Management Board for Puerto Rico, as representative of The Commonwealth of Puerto Rico*