# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>    Debtor | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| IN RE:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY<br><br>    Debtor. | PROMESA Title III<br><br>No. 17 BK 4780-LTS |

**INFORMATIVE MOTION OF COMITE DIALOGO AMBIENTAL ET. ALS. REGARDING JUNE 12, 2019 HEARING**

**TO THE HONORABLE UNITED STATES DISTRICT LAURA TAYLOR SWAIN:**

**COMES NOW,** Comité Diálogo Ambiental, Inc., Enlace de Acción Climática, Comité Yabucoeño Pro-Calidad de Vida, Inc., Alianza Comunitaria Ambientalista del Sureste, Inc., Sierra Club Puerto Rico, Inc., Mayagüezanos por la Salud y el Ambiente, Inc., Coalición de Organizaciones Anti Incineración, Inc., Amigos del Río Guaynabo, Inc., parties-in-interest in the

captioned cases, and hereby enter their appearance through their undersigned counsel, and respectfully states and prays as follows:

1. William Santiago Sastre will appear in person on behalf of Comité Diálogo Ambiental et. als. at the Hearing in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. Counsel intends to address the **MOTION IDENTIFYING EXPERT WITNESS FOR 9019 MOTION HEARING** [Case No. 17- BK-4780-LTS, Dkt. No. 7231].

2. Comité Diálogo Ambiental et als. reserves all rights to be heard on any matter raised by any party at the Hearing related to the Title III cases or the interests of Comité Diálogo Ambiental et als.

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of the above for all relevant purposes.

**I HEREBY CERTIFY** that, on this same date, I filed this document electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record and CM/ECF participants in this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 7th day of June, 2019.

S/WILLIAM SANTIAGO-SASTRE
USDC PR NO. 201106
P.O. BOX 1801
SABANA SECA, P.R. 00952-1801
(786) 622-3939
wssbankruptcy@gmail.com