**Exhibit 1**



**Attorneys at Law**
472 Tito Castro Ave., Marvesa Building Ste. 106, Ponce, PR 00716
Tel: (787) 848-0666 • Fax: (787) 841-1435
www.bufete-emmanuelli.com

May 30, 2019

To: Moving Parties, Objectors and Supporters to the 9019 Motion

From: UTIER

Re: Preliminary lists of witnesses who may testify at the hearing on the Rule 9019 Motion in accordance with FRCP 26(a)(A)(i)

Dear all:

In accordance with the Court's order at ECF No. 1253 and FRCP 26(a)(A)(i), please find below UTIER's preliminary lists of witnesses who may testify at the hearing on the Rule 9019:

1. **Tom Sanzillo** (expert witness)

   Director of Finance for the Institute for Energy Economics and Financial Analysis (IEEFA).
   Physical Address: 3430 Rocky River Drive Cleveland OH 44111
   216-688-3433
   staff@ieefa.org
   Subject of the information: The RSA is unreasonable and not in the best interest of PREPA, creditors and stakeholders. (UTIER reserves all rights to amend this information as a result of discovery).

2. **Dr. Hector R. Cordero- Guzmán** (expert witness)

   Professor at Baruch College of the City University of New York
   Physical Address: 118 East 117th Street New York, New York 10035
   646-382-3717
   hcordero@aol.com
   Subject of the information: The RSA is unreasonable since it would cause more economic precariousness to vulnerable people of Puerto Rico, thus increasing migration and a substantial reduction in energy demand. (UTIER reserves all rights to amend this information as a result of discovery).

3. **Ángel Figueroa Jaramillo** (fact witness)

   UTIER's President
   Physical Address: Edif. UTIER 612, Calle Cerra Pda. 15 Santurce, Puerto Rico 00908
   Postal Address: PO Box 13068 San Juan, Puerto Rico 00908-3068
   Tel. (787) 721-1700
   jaramillo@utier.org
   Subject of the information: The violation of the Trust Agreement of 1974 and the damages that the RSA will inflict in labor, PREPA and stakeholders. (UTIER reserves all rights to amend this information as a result of discovery).

Please take note, UTIER continues to conduct a reasonable search to discover information. Furthermore, UTIER has not yet completed its investigation, and its review is ongoing.

Sincerely yours,

/S/Rolando Emmanuelli-Jiménez, Esq.

Cc: Jessica E. Méndez-Colberg, Esq