## **Exhibit 2**



*Attorneys at Law*

472 Tito Castro Ave., Marvesa Building Ste. 106, Ponce, PR 00716
Tel: (787) 848-0666 • Fax: (787) 841-1435
www.bufete-emmanuelli.com

May 30, 2019

To: Moving Parties, Objectors and Supporters to the 9019 Motion

From: Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica ("SREAEE")

Re: Preliminary lists of witnesses who may testify at the hearing on the Rule 9019 Motion in accordance with FRCP 26(a)(A)(i)

Dear all:

In accordance with the Court's order at ECF No. 1253 and FRCP 26(a)(A)(i), please find below SREAEE's preliminary lists of witnesses who may testify at the hearing on the Rule 9019:

1. **José Fernández,** ASA, MAAA, EA **(**expert witness)

   Consulting Actuary
   Fase2 C&W, LLC
   1720 Mars Hill Rd, Suite 120-284 Acworth, GA 30101
   678-983-0903
   JoseF@Fase2consulting.com
   Subject of the information: The RSA is unreasonable and not in the best interest of PREPA and SREAEE. (SREAEE reserves all rights to amend this information as a result of discovery).

2. **José Rivera Rivera** (fact witness)

   President of the Board of Trustees
   Physical Address: Edif. Juan Ruiz Vélez Ave. Ponce de León 1110 Santurce, PR
   Tel.: 787-521-4747/ 877-454-4747 Fax: 787-521-4745
   Postal Address: PO Box 13978 San Juan, PR 00908-3978
   jrivera@utier.org
   Subject of the information: The violation of the Trust Agreement of 1974 and the damages that the RSA will inflict in SREAEE and other stakeholders. (SREAEE reserves all rights to amend this information as a result of discovery).

Please take note, SREAEE continues to conduct a reasonable search to discover information. Furthermore, SREAEE has not yet completed its investigation, and its review is ongoing.

Sincerely yours,

/S/Rolando Emmanuelli-Jiménez, Esq.

Cc: Jessica E. Méndez-Colberg, Esq