**<u>Exhibit 7</u>**

# FERNANDO E. AGRAIT
Abogado-Notario

Edificio Centro de Seguros
Oficina 414
701 Avenida Ponce de León
San Juan, Puerto Rico  00907

Tél. 787-725-3390/3391
Fax.  787-724-0353
agraitfe@agraitlawpr.com

June 5, 2019

Ms. Margaret A. Dale
Ms. Elizabeth L. McKeen

Re:     Motion by Windmar Renewable Energy Identifying Potential
        Witnesses for 1919 (sic) Motion Hearing

Dear Ms. Dale, Ms. McKeen:

I received your letter of June 3, 2019 (11:46 p.m.), which I was not able to see, due to
prior commitments, until, today June 5, 2019.

Of course Windmar, a top player in Puerto Rico's, renewable energy market will insist in
testifying at the 9019 motion hearing.

Mr. Víctor González, as principal of Windmar has direct knowledge of the economic and
legal framework of the renewable behind the meter energy production and of the taking
and damage the RSA does to the renewable, behind the meter self-production in Puerto
Rico.

Also Mr. González has personal knowledge of the, at best erroneous, statements that are
presented to support the RSA, and how the RSA is not "fair and reasonable" and not in
the "best interest of the estate".

It is certainly strange to hold that Puerto Rico's biggest developer and installer of
individual residential unit's solar panels (both with and without batteries) has "nothing
relevant to say" on the 9019 motion. The RSA impact, changes and dismantles
unilaterally  the legal, economic, contractual and financial model under which the industry
operates and pretends to use third party non PREPA revenue, not part of PREPA's
income, to pay for bonds to which such revenues were never pledge.

Mr. González is available for the deposition.

Sincerely yours,

Fernando E. Agrait