UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA Title III<br><br>17 BK 4780-LTS<br><br>(This Order shall be filed in Case No. 17 BK 4780-LTS and Case No. 17 BK 3283-LTS.) |

<u>ORDER SETTING BRIEFING SCHEDULE</u>

Upon consideration of the *Urgent Motion of the Puerto Rico Fiscal Agency and Financial Advisory Authority regarding the Scheduling of Deadlines and Briefing in Connection*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

with the *Urgent Motions in Limine Regarding 9019 Motion* (Docket Entry No. 1302 in Case No. 17-4780) (the "Urgent Motion") seeking entry of an order setting scheduling and briefing deadlines for (i) the *Urgent Motion in Limine to Exclude Testimony Offered by Union de Trabajadores de la Industria Electrica y Riego (UTIER), Sistema de Retiro de los Empleados de la Autoridad de Energia Electrica (SREAEE), and Windmar Renewable Energy* (Docket Entry No. 1301 in Case No. 17-4780); and (ii) the *Urgent Motion in Limine to Exclude Testimony Offered by Instituto de Competitividad y Sostenibilidad Economica de Puerto Rico, Centro Unido de Detallistas Camara de Mercadeo, Industria y Distribucion de Alimentos, Asociación de Contratistas y Consultores de Energía Renovable de Puerto Rico, Puerto Rico Manufacturers Association, Comité Diálogo Ambiental, Inc., El Puente de Williamsburg, Inc., Enlace de Acción Climática, Comité Yabucoeño Pro-Calidad de Vida, Inc., Alianza Comunitaria, Ambientalista del Sureste, Inc., Sierra Club Puerto Rico, Inc., Mayagüezanos por la Salud y el Ambiente, Inc., Coalición de Organizaciones Anti Incineración, Inc., and Amigos del Río Guaynabo, Inc., and Somos Inc.* (Docket Entry No. 1300 in Case No. 17-4780) (the "Motions in Limine"); and the Court having found that it has subject matter jurisdiction over this matter pursuant to PROMESA section 306; and it appearing that venue in this district is proper pursuant to PROMESA section 307; and the Court having found that the relief requested in the Urgent Motion is in the best interests of the Title III Debtors, their creditors, and other parties in interest; and due and proper notice of the Urgent Motion having been provided under the particular circumstances and that no other or further notice is required; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1. The Urgent Motion is GRANTED to the extent set forth herein. Accordingly, the Court sets the following schedule for the Motions in Limine:

  a. **Tuesday, June 11, 2019 at 10:00 a.m. (Atlantic Standard Time)**: Deadline to file oppositions to the Motions in Limine.

  b. **Tuesday, June 11, 2019 at 6:00 p.m. (Atlantic Standard Time)**: Deadline to reply to any oppositions to the Motions in Limine.

  c. **Wednesday, June 12, 2019 at 9:30 a.m. (Atlantic Standard Time)**: Hearing on the Motions in Limine.

2. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

3. This Order resolves Docket Entry No. 1302 in Case No. 17-4780 and Docket Entry No. 7333 in Case No. 17-3283.

Dated: June 8, 2019         SO ORDERED:

             /s/ Laura Taylor Swain
             LAURA TAYLOR SWAIN
             United States District Judge