# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors[1]. | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03283 (LTS) |

## CERTIFICATE OF SERVICE

I, Alicia I. Lavergne Ramírez, do hereby certify that on June 7, 2019, I caused a true and correct copy of "Puerto Rico Funds' Informative Motion Regarding June 12-13, 2019 Omnibus Hearing" (Case No. 17-03283-LTS, **Docket 7303**), filed on June 7th 2019, served by U.S. mail (Exhibit A) and by electronic mail (Exhibit B). Also, on the same date, two courtesy copies of the motions were sent by FedEx overnight delivery to the Chambers of the Hon. Laura Taylor Swain:

The United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl St., Suite 3212
New York, NY 10007-1312

A copy of the motion was also sent on June 7, 2019, by messenger, to the Office of the United States Trustee for the District of Puerto Rico.

**RESPECTFULLY SUBMITTED.**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

In San Juan, Puerto Rico, on June 10, 2019.

By:
/s/ *Alicia I. Lavergne-Ramírez*
Alicia I. Lavergne-Ramírez
USDC-PR 215112
alavergne@sanpir.com

SÁNCHEZ PIRILLO LLC
270 Muñoz Rivera Avenue, Suite 1110
San Juan, PR 00918
Tel. (787) 522-6776
Fax: (787) 522-6777

*Counsel for Puerto Rico AAA Portfolio Bond Fund, Inc.,*
*Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto*
*Rico AAA Portfolio Target Maturity Fund, Inc., Puerto*
*Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income*
*Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc.,*
*Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico*
*Fixed Income Fund V, Inc., Puerto Rico GNMA & U.S.*
*Government Target Maturity Fund, Inc., Puerto Rico*
*Investors Bond Fund I, Puerto Rico Investors Tax-Free Fund,*
*Inc., Puerto Rico Investors Tax-Free Fund, Inc. II, Puerto*
*Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors*
*Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund*
*V, Inc., Puerto Rico Investors Tax-Free Fund VI, Inc., Puerto*
*Rico Mortgage-Backed & U.S. Government Securities Fund,*
*Inc., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico*
*Fund II, Inc., and Tax-Free Puerto Rico Target Maturity*
*Fund, Inc.*

- 2 -