# **EXHIBIT 2**

**Success Fee Invoice**



Public Finance Department
Municipal Securities Division

| | | |
|---|---|---|
| **To:** | Natalie Juresko<br>Executive Director<br>PR Financial Oversight and Management Board (PROMESA) | Invoice #: 1028_153 |
| **Date** | February 26, 2019 | |

## Fee Invoice

| | |
|---|---|
| **Client Name:** | PR Financial Oversight and Management Board (PROMESA) |
| **Project Description:** | Cofina Restructuring Fee |
| **Engagement Letter Date:** | January 27, 2017 |
| **Description of Services:** | Strategic Advisory Services |

| | | |
|---|---|---|
| **Amount Due:** | Based on Claim Amount of $17,637,107,394.70 | $ 5,873,156.76 |
| | **Total** | **$ 5,873,156.76** |

**Payment Terms:**   Please remit the Amount Due to **Citigroup Global Markets Inc**
(tax ID #11-2418191) by wire transfer of funds, as follows:

| | |
|---|---|
| Bank: | Citibank, N.A. |
| ABA #: | 021-000089 |
| A/C Name: | Citigroup Global Markets Inc. |
| Account #: | 309-50592 |
| Credit to: | # 029-32007-13 (Must be included) |
| Reference: | Cofina Restructuring Fee<br>(Dafi: 47PC1046) |
| Attention: | Eileen Garvey (212-723-5616) |

Or by Check to: Citigroup Global Markets Inc, addressed as follows:

Attn: Michael Hershkowitz
Citigroup Global Markets Inc.
388 Greenwich Street, 8th Floor
New York, NY 10013

**cc:**   Eileen Garvey, Sr. Vice President
John C Gavin, Managing Director
Mike Leffler, Director
Michael Hershkowitz, Managing Director

Citigroup Global Markets Inc.