**EXHIBIT 4**

**Certification of Mike Leffler**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>　　　　　　　Debtors. | PROMESA<br><br>Title III<br><br>No. 17-bk-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>　　　　　　　Debtor. | PROMESA<br><br>Title III<br><br>No. 17-bk-3284-LTS<br><br>**This Application Relates Only to COFINA and is being filed in both the Lead Case and COFINA's Title III Case** |

## CERTIFICATION OF MIKE LEFFLER

I, Mike Leffler, hereby certify:

1. I am a Director at Citigroup Global Markets Inc. ("Citi"), which has been engaged to serve as investment banker and financial advisor to the Financial Oversight and Management Board for Puerto Rico, as representative of COFINA. I am one of the Directors at Citi responsible for this engagement. I submit this certification in support of Citi's application for final allowance of a $5,873,156.76 success fee earned upon consummation of COFINA's Plan of Adjustment pursuant to Citi's engagement agreement.

2. Pursuant to Local Rule 2016-1, I hereby certify as follows:

(a) I have read the application;

(b) to the best of my knowledge, information and belief formed after reasonable inquiry, the application conforms with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the United States Trustee Guidelines, and the Local Rules; and

(c) the success fee requested therein is commensurate with or lower than similar fees customarily charged by Citi in other municipal restructuring engagements.

3. Pursuant to Rule 2016(a), no agreement or understanding exists between Citi and any other person for sharing compensation to be received in connection with this engagement, except as authorized by the Bankruptcy Code or Rules.

I certify under penalty of perjury that the foregoing is true and correct. Executed on June 10, 2019.

/s/ Mike Leffler