ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| ROSA LYDIA VÉLEZ Y OTROS<br>Demandante<br>vs.<br>DEPARTAMENTO DE EDUCACIÓN Y OTROS<br>Demandados | CIVIL NÚM: K PE1980-1738 (805)<br><br>SOBRE:<br>INJUNCTION CLÁSICO;<br>DAÑOS y PERJUICIOS<br>CASO EDUCACIÓN ESPECIAL |
|---|---|

## Reclamación
FASE DE DAÑOS ROSA LYDIA VÉLEZ vs. DEPR

**Al Comisionado Especial:**

Lcdo. Carlos Rivera Martínez
Comisionado
Apdo. 1713 Caguas,
Puerto Rico 00726-1713
correo electrónico: comisionado.ed.especial@gmail.com

1. Nombre del niño(a) o joven de educación especial: J.A.B.H. ✓

   Núm. de registro (si lo conoce): 0009-9009 ✓
   Núm. de SIE (si lo conoce): 24342419

2. Fecha de nacimiento del niño(a) o joven de educación especial: _____, 1999 ✓

   Nombre de la escuela: Colegio Santa Gema   Municipio: Carolina

3. Nombre de la madre, del padre, del tutor, del encargado(a), que **también son reclamantes**:

   Madre: _____   Padre: Javier A. Braña Lizardi

   Tutor: _____   Encargado: Celeste Gómez Biamón

4. Dirección postal: P.O. Box 29969 San Juan PR 00929-969

   Teléfono: (787) 602-8815   Fax: _____   E-mail: cmgb274@gmail.com
   (939) 717-0463

1

5. Breve relato de la condición del niño/a, joven, incluyendo diagnóstico y servicios directos o relacionados de educación especial que no le están o no le fueron brindados.

**Breve relato de la condición del niño/a, joven:** ✓

Repitió primer grado y tuvo problemas con núcleo familiar primario. Actualmente está medicado para atender Dx TDAH. Año tras año ha tenido dificultad en ejecutar como se espera a su nivel académico actual, undécimo grado. Viene arrastrando lagunas que nunca se han atendido a pesar de reconocer, validar y discutir las evaluaciones que señalan de forma irrefutable que el menor tiene un problema de aprendizaje. Mientras tanto no sabemos de que manera trabajar con el efecto que esto puede tener a nivel de auto estima y auto concepto. Nuestra mayor preocupación es que el menor no alcance ese nivel y no pueda ejecutar adecuadamente con la demanda académica que se le exige.

**Diagnósticos** (Marcar con ✓):

| | | |
|---|---|---|
| __Disturbios Emocionales | __Impedimento Visual | ✓Problemas Específicos de Aprendizaje |
| __Sordo-Ciego | __Impedimentos Múltiples | ✓Problemas de Habla o Lenguaje |
| __Sordo | __Incapacidad intelectual (Retardación Mental) | __Daño Cerebral por Trauma |
| __Problemas de Audición | | __Impedimentos Ortopédicos |
| __Autismo | | ✓Otros Impedimentos de Salud TDAH |

Otros, especifique:

**Servicios de educación que no le están o no le fueron brindados** (Marcar con ✓):

| | | | |
|---|---|---|---|
| __Registro | __Beca de transportación | Terapias (no recibidas): | __física |
| __Evaluación | __Ubicación escolar apropiada | __habla lenguaje | __ocupacional |
| ✓Re evaluación | __Equipo asistencia tecnológica | __visual funcional | __ocupacional enfoque sensorial |
| ✓PEI | __Asistente de servicios (T-1) | __disfagia | ✓otras: Educativa |
| __Transportación | __Servicio (año escolar) extendido | ✓sicológica | |
| | __Dieta recomendada | | |
| | __Servicios compensatorios terapias | | |

Otros, especifique:

2

6. Los daños que reclama a favor del niño, niña o joven de educación especial, así como los daños del padre, madre, tutor o encargado. **Deberá especificar los daños sufridos por cada reclamante.** (Marcar con ✔ y especificar)

**Reclamantes** (Marcar con ✔ y especificar):

✔ niño, niña, joven de educación especial ___ madre ✔ padre ✔ encargado (Celeste Gómez madrastra)

___ Daños físicos :

✔ Angustias y sufrimientos mentales y/o emocionales:
- Problemas en el núcleo familiar
- auto concepto / auto estima.
- Bajo aprovechamiento y motivación escolar.

✔ Pérdidas económicas: ___ pérdida de empleo ✔ pérdida de ingresos

Daños en el aprendizaje:

| ✔ Retraso académico | ___ Retraso en la fecha de graduación |
|---|---|
| ___ Retraso cognoscitivo | ___ Deserción escolar o Abandono de escuela |
| ✔ Retraso en aprendizaje | ___ Retraso en destrezas vida independiente |
| ✔ Retraso en el desarrollo educativo | X verano académico |

Gastos:

| ✔ Gastos médicos | ✔ Deducibles | ___ Gastos por equipo asistivo |
|---|---|---|
| ✔ Gastos por especialistas | ✔ Gastos por servicios | ✔ Gastos por educación privada |
| ___ Gastos por terapias | ___ Gastos por transportación | |

___ Otros daños, especifíque:

3

7. Identificar su representación legal (Escoja una alternativa con ✔)
(1) ✓ Se autoriza a los representantes de la clase en su fase interdictal a representarnos en la fase de daños y perjuicios.
(2) ___ Otra representación legal:
Nombre: _____
Dirección: _____ RUA: _____
Tel. _____
Fax: _____
Email: _____

No se aceptará solicitud de inclusión al pleito de daños que: (1) la fecha de la estampilla (matasellos) del correo o del envío del correo electrónico sea posterior al 31 de octubre de 2016 y (2) que no contenga toda la información aquí solicitada.

Favor de llenar y remitir este formulario, **en o antes del 31 de octubre de 2016**, al:
Lcdo. Carlos Rivera Martínez, Comisionado,
Apdo. 1713 Caguas, Puerto Rico 00726-1713;
o a su correo electrónico: comisionado.ed.especial@gmail.com.

Copyright © 2016 Márquez & Torres, Nazario & Santiago
Derechos reservados 2016 Márquez & Torres, Nazario & Santiago