**Lymaris Perez Rodriguez**

398-021

| | |
|---|---|
| From: | Carlos Rivera Martinez [comisionado.ed.especial@gmail.com] |
| Sent: | Wednesday, November 02, 2016 3:47 PM |
| To: | Celeste Gomez; Lymaris Perez Rodriguez |
| Subject: | Re: Reclamacion: 353495428098311863-~~Javier Alfonso Brana Hernandez~~ J.A.B.H. |

RE: ~~JAVIER ALFONSO BRANA HERNANDEZ~~ J.A.B.H.

Habiendo presentado ante el Comisionado la reclamación, ya la misma está registrada conforme lo requiere el edicto publicado. Lo próximo a tramitarse, tanto por usted como por su(s) abogado(s) es la copia del expediente y los otros requisitos establecidos en el edicto.

Atentamente,

Carlos Rivera Martínez (Fdo.)

c. Lcda. Lymaris Pérez Rodríguez

El 28 de octubre de 2016, 16:23, J.A.B.H. ~~Javier Alfonso Brana Hernandez~~ <noreply@jotform.com> escribió:

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| **ROSA LYDIA VÉLEZ Y OTROS**<br>Demandante<br>vs<br>**DEPARTAMENTO DE EDUCACIÓN Y OTROS**<br>Demandados | CIVIL NÚM: K PE1980-1738 (805)<br><br>SOBRE:<br><br>INJUNCTION CLÁSICO;<br>DAÑOS y PERJUICIOS<br>CASO EDUCACIÓN ESPECIAL |

RECLAMACIÓN

FASE DE DAÑOS ROSA LYDIA VÉLEZ vs DEPR

Al Comisionado Especial:

**Lcdo. Carlos Rivera Martínez**
**Comisionado**
Apdo. 1713 Caguas,
Puerto Rico 00726-1713
correo electrónico: comisionado.ed.especial@gmail.com

1

**Nombre del niño(a) o joven de educación especial:**

~~Javier Alfonso Braña Hernandez~~  J.A.B.H.

**Núm. de registro (si lo conoce):**

0009-9009

**Núm. de SIE:**

**Fecha de Nacimiento**

~~28/00~~-1999

Colegio Santa Gema

Carolina

**Madre**

Celeste Maria Gomez Biamon

**Padre**

**Tutor**

**Encargado**

**Parentesco del encargado**

**Dirección (2)**

**Municipio**

San Juan

**Estado/Pais**

Puerto Rico

**Código Postal**

00929-969

**Teléfono**

(787) 602-8815

**Fax**

(787) 625-6530

**Correo electrónico (email)**

cmgb274@gmail.com

**Breve Relato:**

El menor tiene diagnostico de Trastorno Deficit de Atencion con Hiperactividad. Repitio primer grado y tuvo prob con nucleo familiar primario. Actualmente esta medicado para atender diagnostico T DAH. Ano tras ano ha tenido dificultad en ejecutar como se espera a su nivel academico actual, undecimo grado. Viene arrastrando lagunas que se han atendido a pesar de reconocer validar, y discutir las evaluaciones que senalan de forma irrefutable que el me tiene esas lagunas. Ademas, tiene un problema de aprendizaje. Mientras tanto, no sabemos como trabajar con el efe esto puede tener a nivel de autoestima y auto concepto. Nuestra mayor preocupacion es que el menor no alcance es academico y no pueda ejecutar adecuadamente lo que se le exige.

El incumplimiento del DE ha consistido en que no ha querido reconocer las recomendaciones en las diferentes evaluaciones. Le ha negado el servicio de terapia educativa. Se ha tenido que presentar querella en 3 ocasiones. A de que la madre ha cumplido con todas las diligencias que eran requeridas conforme a los acuerdos en el procedim de querellas, debido a la propia inaccion del DE le cerraban las querellas sin las mismas ser resueltas. El menor no un PEI desde el 2014. Al menor nunca le han cumplido con las reevaluaciones correspondientes.

2

Los padres han estado luchado porque el DE reconozca una necesidad del estudiante que ya esta reconocido en las evaluaciones.

**Diagnóstico**

Problemas Específicos de Aprendizaje

**Otros, especifique**

Deficit de atencion con hiperactividad

**Servicios de educación que no le están o no le fueron brindados:**

Re evaluación
PEI

**Terapias (no recibidas):**

Sicológica

**Otras, especifique**

Educativa

En cuanto al menor, ha sufrido problemas en el nucleo familiar, baja autoestima y autoconcepto. Ademas, bajo aprovechamiento y motivacion escolar.

En cuanto a la encargada del menor, sufre mucha tension. Tiene que estar encima del estudiante para que no pierda grado. Tiene 3 menores adicionales, entre ellos uno que tambien esta registrado en el Programa de EE y requiere de mucha atencion individualizada tambien. En cuanto al procedimiento de las querellas, la encargada del menor sien la amedrentan y la intimidan los funcionarios. Se siente acosada por solicitar los servicios. El estresante mas grand siente es que la tratan como si ella no tuviera el derecho a solicitar los servicios que necesita el menor y que estan reconocidos en las evaluaciones. Siente que el DE se niega caprichosamente a no escribir en la minuta lo que le inc verbalmente, que es que le deniegan la terapia educativa porque el DE no la provee. Escriben solo lo que a ellos le conviene y no le vaya a perjudicar.

En cuanto al padre, ha sufrido un dano psicologico debido a que teme que el estudiante no pase el grado. La falta d servicios para el estudiante ha traido tension en el matrimonio.

**Pérdidas económicas**
Pérdida de ingresos

Niños, Niñas y Joven de Educacion Especial
Madre
Padre

**Seleccione las que apliquen**

**Daños en el aprendizaje:**

Retraso académico
Retrazo en aprendizaje
Retraso en el desarrollo educativo

**Gastos:**

Gastos médicos
Gastos por especialistas
Deducibles
Gastos por servicios

**Otros, especifique**

Tuvo que costear verano academico

**Identificar su representación legal (Escoja una alternativa)**

Otra representación legal:

**Otra representacion legal**

**Nombre**

Lymaris Perez Rodriguez

**RUA**

3

17273

**Dirección Postal**

PO BOX 195287 San Juan PR 00919-5287

**Número de Confirmación**

353495428098311863

Teléfono

(787) 625-6535

Fax

(787) 625-6530

E-mail