Lymaris Perez Rodriguez

398-022

**From:** Carlos Rivera Martinez [comisionado.ed.especial@gmail.com]
**Sent:** Wednesday, November 02, 2016 12:40 PM
**To:** cmgb274@gmail.com; Lymaris Perez Rodriguez
**Subject:** Re: Reclamacion: 353491078098297804-Jaime Andres Braña Gomez J.A.B.G.

RE: Jaime Andres Braña Gomez J.A.B.G.

Habiendo presentado ante el Comisionado la reclamación, ya la misma está registrada conforme lo requiere el edicto publicado. Lo próximo a tramitarse, tanto por usted como por su(s) abogado(s) es la copia del expediente y los otros requisitos establecidos en el edicto.

Atentamente,

Carlos Rivera Martínez (Fdo.)

c.Lcda. Lymaris Pérez Rodríguez

J.A.B.G.

El 28 de octubre de 2016, 15:11, Jaime Andres Braña Gomez <noreply@jotform.com> escribió:

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| ROSA LYDIA VÉLEZ Y OTROS | CIVIL NÚM: K PE1980-1738 (805) |
|---|---|
| Demandante | |
| vs | SOBRE: |
| DEPARTAMENTO DE EDUCACIÓN Y OTROS | INJUNCTION CLÁSICO; DAÑOS y PERJUICIOS |
| Demandados | CASO EDUCACIÓN ESPECIAL |

**RECLAMACIÓN**

FASE DE DAÑOS ROSA LYDIA VÉLEZ vs DEPR

Al Comisionado Especial:

Lcdo. Carlos Rivera Martínez
Comisionado
Apdo. 1713 Caguas,
Puerto Rico 00726-1713
correo electrónico: comisionado.ed.especial@gmail.com

1

**Nombre del niño(a) o joven de educación especial:**

~~[redacted]~~ J.A.B.G.

**Núm. de registro (si lo conoce):**

24433691

**Núm. de SIE:**

24433691

**Fecha de Nacimiento**

~~[redacted]~~-2008

**Nombre de la escuela:**

Colegio Santa Gema

Carolina

**Madre**

Celeste M. Gomez Biamon

**Padre**

**Tutor**

**Encargado**

**Parentesco del encargado**

**Dirección (2)**

**Municipio**

San Juan

**Estado/Pais**

Puerto Rico

**Código Postal**

00929-969

**Teléfono**

(787) 602-8815

**Fax**

(787) 625-6530

**Correo electrónico (email)**

cmgb274@gmail.com

**Breve Relato:**

El menor fue registrado por Problemas de Habla y Lenguaje. Hay sospechas de posible diagnostico de dislexia. Estudiante esta en espera de la realizacion del PEI 2016-2017. El DE ha icumplido con prepararle un PEI desde el Se le realizaron evaluaciones a nivel privado en espera del DE. Se aprobaron servicios por Remedio Provisional p no tener PEI ni minuta del COMPU actualizada que valide los servicios, los contratos no han podido firmarse y lo servicios no han podido comenzar. De igual modo, hay nueva informacion que tiene que ser discutida y validada proposito de que el estudiante no se vea severamente afectado. Por ejemplo, actualmente el menor necesita recibir evaluacion de discriminacion auditiva y visual funcional. Ya el estudiante tiene pobre concepto de ejecucion y baj autoestima, al igual que indicadores emocionales de ansiedad. El colegio nos ha confirmado las necesidades del estudiante. Las terapias educativas que le fueron recomendadas en las evaluaciones no han sido provistas. Tambie recomendadas las terapias ocupacionales dos veces en semana que no han sido provistas. Tampoco ha recibido las terapias psicologicas lo cual es sumamente necesario para trabajar el problema de autoestima y manejo de ansieda

**Diagnóstico**

2

Problemas de Habla o Lenguaje

## Servicios de educación que no le están o no le fueron brindados:

PEI
Evaluación

### Terapias (no recibidas):

Otras
Sicológica
Ocupacional

### Otras, especifique

Educativas

En cuanto al menor, se alega Baja autoestima, bajo autoconcepto de si mismo, llora mucho al estudiar, ansiedad, retraimiento.

En cuanto a los padres, han sufrido mucha tension en el hogar.

Pérdida de ingresos
Pérdidas económicas

Niños, Niñas y Joven de Educacion Especial
Madre
Padre

### Seleccione las que apliquen

### Daños en el aprendizaje:

Retrazo en aprendizaje
Retraso en el desarrollo educativo

### Gastos:

Gastos médicos
Gastos por terapias
Gastos por educación privada

### Identificar su representación legal (Escoja una alternativa)

Otra representación legal:

### Otra representacion legal

### Nombre

Lymaris Perez Rodriguez

### RUA

17273

### Dirección Postal

PO BOX 195287 San Juan, PR 00919-5287

### Número de Confirmación

353491078098297804

Teléfono

(787) 625-6535

Fax

(787) 625-6530

E-mail

3

4