## UNITED STATES DISCTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | |
| | No. 17 BK 3283-LTS |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.,* | (Jointly Administered) |
| Debtors | |

### OPPOSITION TO TWENTY-FOURTH OMNIBUS OBJECTION OF THE COMMONWEALTH OF PUERTO RICO TO EXACT DUPLICATE CLAIMS PROOF OF CLAIM NUMBER 5642

Comes now Mrs. Glenda Liz Rivera Morales ("Rivera Morales"), by and through her legal representative, and very respectfully states and prays, as follows:

1. On April 9, 2018 Rivera Morales presented two separate proofs of claim (claim number 5642 and 5796) regarding two different actions she has against the Commonwealth of Puerto Rico ("Commonwealth") on her behalf and in representation of her two minor children.

2. On April 15, 2019, The Commonwealth, by and through the Financial Oversight and Management Board for Puerto Rico ("Oversight Board"), filed an omnibus objection to five hundred alleged exact duplicate proofs of claim. With this omnibus objection, the Commonwealth was seeking to disallow the proofs of claims listed on Exhibit A of said document. One of the proofs of claim listed on this omnibus objection (claim number 5642) belongs to Rivera Morales.

3. The Commonwealth argues in its omnibus objections that the holders of the Claims to Be Disallowed will not be prejudiced by the disallowance of their claims because they

will each retain a Remaining Claim against the Commonwealth. However, that is not Rivera Morales's case, given that the two proofs of claim that she presented constitute two different and separate actions that she has against the Commonwealth on her behalf and in representation of her two minor children.

4. These actions have different plaintiffs, which include Rivera Morales and her husband, and their minor children. In particular, one claim is based on the Commonwealth's failure to comply with the provision of special education services to Rivera Morales's minor child G.D.R., and the other claim is based on the Commonwealth's failure to comply with the provision of special education services to her other minor child G.J.D.R.

5. Please note that the documents that were attached with each proof of claim show that each claim is different and on behalf of two different minors, which is why they have different case numbers (353764750098507479 and 353499495098402771), Exhibit 1 and Exhibit 2. Additionally, in one of the documents presented with the proof of claim (titled "Reclamación"), one can see that each of the children's birth year (2009 and 2006) and their registry numbers (00245428 and 00186653) are different, Exhibit 3 and Exhibit 4. Lastly, the details of each case (included in the section titled "Breve Relato" of the document) are different.

6. As stated before, each proof of claim presented by Rivera Morales is a different action she has against the Commonwealth on her behalf and in representation of her two minor children. Therefore, they are not exact duplicates and should not be disallowed.

**WHEREFORE**, Rivera Morales respectfully requests the Court to deny the Commonwealth's relief request in relation to her proof of claim 5642.

Respectfully submitted.

It is hereby certified that on this date, the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

At San Juan, Puerto Rico, this June 10, 2019.

        s/Luis E. Palou Balsa

        Luis E. Palou Balsa - USDC 210503

        P.O. Box. 195287
        San Juan, Puerto Rico 00919-5287
        Tel.: (787) 625-6535
        Fax: (787) 625-6530
        lpb@npclawyers.com

        *Attorney for Mrs. Glenda Liz Rivera Morales*