# de confirmación  3534994950984O2771

## 1. Nombre

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN**

| | |
|---|---|
| ROSA LYDIA VÉLEZ Y OTROS | CIVIL NÚM: K PE1980-1738 ( |
| Demandante | |
| vs | SOBRE: |
| DEPARTAMENTO DE EDUCACIÓN Y OTROS | INJUNCTION CLÁSICO |
| Demandados | DAÑOS y PERJUICIOS |
| | CASO EDUCACIÓN ESPECI/ |

**Reclamación** FASE DE DAÑOS ROSA LYDIA VÉLEZ vs DEPR **Al Comisionado Especial:**
**Lcdo. Carlos Rivera Martínez**
**Comisionado**
Apdo. 1713
Caguas, Puerto Rico 00726-1713
correo electrónico: comisionado.ed.especial@gmail.com

**Nombre del niño(a) o joven de educación especial:** *
G.D.R. ✓

**Núm. de registro:**
0018-6653 ✓

**Núm. de SIE:**

## 2. Fecha de Nacimiento

**Fecha de Nacimiento**
_ _/_ _/2006 ✓

**Nombre de la escuela:** *
Kingdom Academy Ministry

**Municipio** *
Carolina

## 3. Otros Reclamantes

Nombre completo de la madre, del padre, del tutor o del encargado(a), que también son reclamantes:

**Madre**
Glendaliz Rivera Morales

**Padre**
José Antonio Díaz Marcano

**Tutor**

**Encargado**

## 4. Dirección Postal

**Dirección ***
Urb. Castellana Gardens

**Dirección (2)**
Calle 3 D-1

**Municipio**
Carolina

**Estado/Pais**
Puerto Rico

**Código Postal ***
00983

**Teléfono ***
787 518-7312

**Fax**
787 625-6530

**Correo electrónico (email)**
monroeliz46@gmail.com

## 5. Breve Relato...

Breve relato de la condición del niño(a), joven, incluyendo diagnóstico y servicios directos o relacionados de educación especial qu

widget
✓ La menor presenta ... por dificultad en el uso de reglas ...
... ... escritura, la menor se ...
ocupacionales ... motor... no y problemas ... ...

En el año 2014, los padres de la menor trataron de solicitar los servicios de transportación a través de las oficinas del Distrito 2 de en turno, la trabajadora social Francisca Lopez, rechazó aceptar la solicitud.

**Diagnóstico ***
Problemas de

2/5

Otros, especifique

Servicios de educación que no
le están o no le fueron
brindados: *
 Transportación

Terapias (no recibidas):
 Ocupacional
 Sicológica

Otros, especifique

# 6. Los daños que reclama...

Los daños que reclama a favor del niño, niña o joven de educación especial, así como los daños del padre, madre, tutor
o encargado. Deberá especificar los daños sufridos por cada reclamante. Seleccione y especifique. **Reclamantes (Puede**

 Niños, Niñas y Joven de Educacion Especial
 Madre
 Padre

**Especifique ***
 Al presente, no se alegan daños físicos

 Angustias y sufrimientos mentales y/o emocionales

**Especifique ***

especialmente al momento de escribir en cursivo, leer y hacer problemas de matemáticas.

La madre ha sufrido
empeoran su condición
solicitar los servicios o darle seguimiento a las terapias. Estos problemas son la _____ pa_

El padre ha sufrido
causado _____

**Seleccione las que apliquen**
 Pérdidas económicas
 Pérdida de ingresos

**Daños en el aprendizaje:**

 Retraso en _

**Gastos:**
 Gastos por transporatación
 Gastos por educación privada

Otros, especifique

## 7. Identificar su representación

**Identificar su representación legal (Escoja una alternativa) ***
Otra representación legal:

**Nombre ***
Angelique M. Rodríguez Amadeo

**RUA ***
19350

**Dirección Postal ***
PO Box 195287, San Juan, PR 00919-5287

**Teléfono ***
787 625-6535

**Fax**
787 625-6530

**E-mail ***
ara@npclawyers.com

No se aceptará solicitud de inclusión al pleito de daños que: (1) la fecha de la estampilla (mata electrónico sea posterior al 31 de octubre de 2016 y (2) que no contenga toda la información a correo electrónico del Comisionado Especial - Lcdo. Carlos Rivera Martínez. Al someter el fo confirmación a su correo electrónico (si lo incluyó), y un archivo PDF del formulario recibido.

**widget**
Verified