# de conf. 35376475009850747 9

Enmienda

2

## 1. Nombre

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE SAN JUAN**

| ROSA LYDIA VÉLEZ Y OTROS | CIVIL NÚM: K PE1980-1738 ( |
|---|---|
| Demandante | |
| vs | SOBRE: |
| DEPARTAMENTO DE EDUCACIÓN Y OTROS | INJUNCTION CLÁSICO |
| Demandados | DAÑOS y PERJUICIOS |
| | CASO EDUCACIÓN ESPECI/ |

**Reclamación** FASE DE DAÑOS ROSA LYDIA VÉLEZ vs DEPR **Al Comisionado Especial:**
**Lcdo. Carlos Rivera Martínez**
**Comisionado**
Apdo. 1713
Caguas, Puerto Rico 00726-1713
correo electrónico: comisionado.ed.especial@gmail.com

**Nombre del niño(a) o joven de educación especial: ***
G.J.D.R. ✓

**Núm. de registro:**
00245428 ✓

**Núm. de SIE:**

## 2. Fecha de Nacimiento

**Fecha de Nacimiento**
2009 ✓

**Nombre de la escuela: ***
Kingdom Academy Ministry

**Municipio ***
Carolina

## 3. Otros Reclamantes

Nombre completo de la madre, del padre, del tutor o del encargado(a), que también son reclamantes:

**Madre**
Glenda Rivera Morales

**Padre**
José Antonio Diaz Marcano

**Tutor**

**Encargado**

## 4. Dirección Postal

**Dirección ***
Urb. Castellana Gardens

**Dirección (2)**
Calle 3 D-1

**Municipio**
Carolina

**Estado/País**
Puerto Rico

**Código Postal ***
00983

**Teléfono ***
787 518-7312

**Fax**
787 625-6530

**Correo electrónico (email)**
monroeliz46@gmail.com

## 5. Breve Relato...

Breve relato de la condición del niño(a), joven, incluyendo diagnóstico y servicios directos o relacionados de educación especial qu

widget
✓ El menor tiene Tr—
en destre— de percepción visual, integración visu motora de control vis— —
interfieren con el progreso en el — — general

Desde que el menor formaba parte de Avanzando Juntos, y luego de a través del DE, éste ha recibido terapias —
al — le asignó terapia ocupacional pero nunca se la brindaron. — madre presentó una querella en DE a tra
le comenzaron a brindar los servicios de terapia ocupacional en agosto de 2016. posteriormente, — de marzo de 2016 re— —
el menor necesitaba — pero — — — que — a brindar

En el año 2014, los padres del menor tra___ ,n de solicitar los servicios de transportación( ___ ivés de las oficinas del Distrito 2 del M embargo la empleada en turno, la trabajadora social Francisca Lopez, rechazo aceptar la solicitud.

De igual forma, cuando los padres del menor acudieron al Distrito 2 del Municipio de Carolina del DE para solicitar un _____
_____ _____ _____ _____ los solicitantes tenían plan médico _____

**Diagnóstico ***
Problemas _____ _____
Otros impedimentos de S___

**Otros, especifique**
_____

**Servicios de educación que no le están o no le fueron brindados: ***
Transportación
Ubicación escolar apropiada

**Terapias (no recibidas):**
_____

**Otros, especifique**

## 6. Los daños que reclama...

Los daños que reclama a favor del niño, niña o joven de educación especial, así como los daños del padre, madre, tutor o encargado. Deberá especificar los daños sufridos por cada reclamante. Seleccione y especifique. **Reclamantes (Puede**

Niños, Niñas y Joven de Educacion Especial
Madre
Padre

**Especifique ***
No se reclaman daños físicos

Angustias y sufrimientos mentales y/o emocionales

**Especifique ***
El menor ha mostrado frustr___ _____ _____ ("___) por darse cuenta que él no aprende al mismo ritmo que l_
menor ha _____ rep___ primer grado, _____ _____ _____ y demás "a ten"

La madre ha sufrido a___ dad e i___ _____ por _____ _____ _____ no está recibiendo las terapias y s___ _____ _____ para ___
empeoran _____ _____ _____ Ademas _____ _____ _____ en su trabajo también son la causa para _____ _____ _____
solicitar _____

El padre ha sufrido _____ _____ _____ _____ _____ _____ por el hecho _____ que _____ _____ _____ cumpliendo sus n___
le ___

**Seleccione las que apliquen**
Pérdidas económicas
Pérdida de ingresos

**Daños en el aprendizaje:**
R___ _____

Retrazo ɾ
Retraso ⁓⁓ ......
Retraso              ıo
Retraso ⁓ˑ ⁽

**Gastos:**
Gastos por transporatación
Gastos por educación privada

**Otros, especifique**

## 7. Identificar su representación

**Identificar su representación legal (Escoja una alternativa) ***
Otra representación legal:

**Nombre ***
Angelique M. Rodriguez Amadeo

**RUA ***
19350

**Dirección Postal ***
P.O. Box 195287, San Juan, PR 00919-5287

**Teléfono ***
787 625-6535

**Fax**
787 625-6530

**E-mail ***
ara@npclawyers.com

**No se aceptará solicitud de inclusión al pleito de daños que: (1) la fecha de la estampilla (mata electrónico sea posterior al 31 de octubre de 2016 y (2) que no contenga toda la información a correo electrónico del Comisionado Especial - Lcdo. Carlos Rivera Martínez. Al someter el for confirmación a su correo electrónico (si lo incluyó), y un archivo PDF del formulario recibido.**

widget
Verified