**Angelique Rodriguez**

**From:** Carlos Rivera Martinez [comisionado.ed.especial@gmail.com]
**Sent:** Friday, November 11, 2016 11:40 AM
**To:** monroeliz46@gmail.com
**Cc:** ara@npclawyers.com
**Subject:** Re: Reclamacion: 353764750098507479- G.J.D.R.

RE: G.J.D.R.

Habiendo presentado ante el Comisionado la reclamación, ya la misma está registrada conforme lo requiere el edicto publicado. Lo próximo a tramitarse, tanto por usted como por su(s) abogado(s) es la copia del expediente y los otros requisitos establecidos en el edicto.

Atentamente,

Carlos Rivera Martínez (Fdo.)

c. Lcda. Angelique m. Rodríguez Amadeo

El 31 de octubre de 2016, 19:12, G.J.D.R. <noreply@jotform.com> escribió:

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE SAN JUAN**

| | |
|---|---|
| **ROSA LYDIA VÉLEZ Y OTROS** | CIVIL NÚM: **K PE1980-1738** (805) |
| Demandante vs | |
| | SOBRE: |
| **DEPARTAMENTO DE EDUCACIÓN Y OTROS** Demandados | **INJUNCTION CLÁSICO;** DAÑOS y PERJUICIOS CASO EDUCACIÓN ESPECIAL |

1

# RECLAMACIÓN

## FASE DE DAÑOS ROSA LYDIA VÉLEZ vs DEPR

**Al Comisionado Especial:**

**Lcdo. Carlos Rivera Martínez**
**Comisionado**
Apdo. 1713 Caguas,
Puerto Rico 00726-1713
correo electrónico: comisionado.ed.especial@gmail.com

FASE DE DAÑOS ROSA LYDIA VÉLEZ vs DEPR

2

**Nombre del niño(a) o joven de educación especial:**

~~[redacted]~~ G.J.B.R.

**Núm. de registro (si lo conoce):**

00245428

**Núm. de SIE:**

**Fecha de Nacimiento**

~~[redacted]~~-2009

Kingdom Academy Ministry

Carolina

**Madre**

Glenda Rivera Morales

**Padre**

**Tutor**

**Encargado**

**Parentesco del encargado**

**Dirección (2)**

Calle 3 D-1

**Municipio**

Carolina

**Estado/Pais**

Puerto Rico

**Código Postal**

00983

**Teléfono**

(787) 518-7312

**Fax**

(787) 625-6530

**Correo electrónico (email)**

monroeliz46@gmail.com

**Breve Relato:**

El menor tiene ___ ... Atención, Problemas de Aprendizaje. E... un
... inmadur...

3

F_____ ___ción _____ ____ción ____ ____ora de c____ol ____ ____tor _____ _ y __ ___
_____ rucciones y _____ ____ _____ ___ ___ __ _____ ____ares, __ _____
general

Desde que el menor formaba parte de Avanzando Juntos, y luego de a través del DE, éste ha recibido ter____ __ _____. Sin embargo, en junio del 2012 el DE evaluó al menor y se le asignó te_____ _____ _____ _____ _rinc___ _____ _ de que la madre presentó ___ _ ___ ___ DE _____ ovisional fue que le comenzaron a brindar los servicios de t_____ ocu__ ____ ___ __ 2016, posteriormen__ __ 25 de marzo de 2015 re-evaluaron al menor y el DE determi__ _ _____ ____ ____ ____ _____ _ _óg____ pero no fue hasta aprox____ ___ __ __ de 2016 que se las comenzaron a brindar.

En el año 2014, los padres del menor trataron de solicitar los servicios de transportación a través de las oficinas del Distrito 2 del Municipio de Carolina del DE; sin embargo la empleada en turno, la trabajadora social Francisca Lopez, rechazó aceptar la solicitud.

De igual forma, cuando los padres del menor acudieron al Distrito 2 del Municipio de Carolina del DE para solicitar un _____ _____ ____ según referido por el Centro de terapias la trabajadora social Francisca Lopez no acepto realizar el estudio dado que los solicitantes tenían plan médico privado.

### Diagnóstico

Problemas F_____ _____
Problemas c_ ___ _____
Otros Impedimentos de Salud

### Otros, especifique

D_ ___ ___ _

### Servicios de educación que no le están o no le fueron brindados:

Transportación
Ubicación escolar apropiada

### Terapias (no recibidas):

C_____
S_ _ ___

El menor ha mostrado ___ _____ _____ _____ _ufrimiento (ll____ __ _____ __ ____ ____ él no aprende al mismo ____ ___ ___ __ _____ en su mismo salón. El menor ha tenido ____ ____ el pri_____ ___ ____ ha di___ ____ ___ y bellu____ ____ e____ ___ ____ _____ticas.

La madre ha sufrido an____ _ _____ _____ por el hecho de que su hijo no está recibiendo las _____ _ _____ _____ ___ _____ _____ _____ ___ empeoran su condición ex___ _ ____ _____ Además ha _____ ___ _____ _____ _____ __ _ ____ ____ _____ trabajo para _____ ____ ____ itar _ _____ '___ g___ ___ ___ _____

Estos probl___ _ _ __
inso__ _ _

El padre ha sufrido de _ ____ _____ impotenc___ _ _ _____ _ __ _ _ _
___ _____ __ _ _____ y de sus necesidades. F___ _ ___ _____ _

4

varias ocasiones.

Pérdidas económicas
Pérdida de ingresos

Niños, Niñas y Joven de Educacion Especial
Madre
Padre

**Seleccione las que apliquen**

**Daños en el aprendizaje:**

Retraso ac~~~
~~~~~~~
Retraso co~~~~~~
~~ ~~~~~ l d~~~~~~~~~~~~~
~~~~

**Gastos:**

Gastos por transporatación
Gastos por educación privada

**Identificar su representación legal (Escoja una alternativa)**

Otra representación legal:

**Otra representacion legal**

**Nombre**

Angelique M. Rodriguez Amadeo

**RUA**

19350

**Dirección Postal**

P.O. Box 195287, San Juan, PR 00919-5287

**Número de Confirmación**

353764750098507479

Teléfono

(787) 625-6535

Fax

(787) 625-6530

E-mail

5