Angelique Rodriguez

From: Carlos Rivera Martinez [comisionado.ed.especial@gmail.com]
Sent: Wednesday, November 02, 2016 4:25 PM
To: monroeliz46@gmail.com; ara@npclawyers.com
Subject: Re: Reclamacion: 353499495098402771- ~~Gladalee Diaz Rivera~~ G.D.R.

RE: ~~Gladalee Diaz Rivera~~ G.D.R.

Habiendo presentado ante el Comisionado la reclamación, ya la misma está registrada conforme lo requiere el edicto publicado. Lo próximo a tramitarse, tanto por usted como por su(s) abogado(s) es la copia del expediente y los otros requisitos establecidos en el edicto.

Atentamente,

Carlos Rivera Martínez (Fdo.)

c. Lcda. Angelique M. Rodríguez Amadeo

El 28 de octubre de 2016, 17:31, ~~Gladalee Diaz Rivera~~ G.D.R. <noreply@jotform.com> escribió:

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN**

| | |
|---|---|
| **ROSA LYDIA VÉLEZ Y OTROS** | CIVIL NÚM: K PE1980-1738 (805) |
| Demandante | |
| vs | SOBRE: |
| **DEPARTAMENTO DE EDUCACIÓN Y OTROS** | INJUNCTION CLÁSICO; DAÑOS y PERJUICIOS CASO EDUCACIÓN ESPECIAL |
| Demandados | |

1

# RECLAMACIÓN

## FASE DE DAÑOS ROSA LYDIA VÉLEZ vs DEPR

Al Comisionado Especial:

**Lcdo. Carlos Rivera Martínez**
**Comisionado**
Apdo. 1713 Caguas,
Puerto Rico 00726-1713
correo electrónico: comisionado.ed.especial@gmail.com

**Nombre del niño(a) o joven de educación especial:**

~~Glendalizmorales~~ G.D.R.

**Núm. de registro (si lo conoce):**

0018-6653

**Núm. de SIE:**

**Fecha de Nacimiento**

##-##-2006

Kingdom Academy Ministry

Carolina

**Madre**

Glendaliz Rivera Morales

**Padre**

**Tutor**

**Encargado**

**Parentesco del encargado**

**Dirección (2)**

Calle 3 D-1

**Municipio**

Carolina

**Estado/Pais**

Puerto Rico

**Código Postal**

00983

**Teléfono**

(787) 518-7312

**Fax**

(787) 625-6530

**Correo electrónico (email)**

monroeliz46@gmail.com

**Breve Relato:**

La menor presenta ... moderado de lenguaje receptivo/ expresivo ...

3

Además [illegible] actualmente no lee con fluidez [illegible] motor fino y problemas [illegible]

En el año 2014, los padres de la menor trataron de solicitar los servicios de transportación a través de las oficinas del Distrito 2 de Carolina del DE pero la funcionaria en turno, la trabajadora social Francisca Lopez, rechazó aceptar la solicitud.

**Diagnóstico**

[illegible]

**Servicios de educación que no le están o no le fueron brindados:**

Transportación

**Terapias (no recibidas):**

[illegible]

La menor ha mostrado [illegible] sufrimiento (llora) [illegible] especialmente al momento de escribir [illegible]

La madre ha [illegible] está recibiendo las terapias [illegible] existentes [illegible] Además, ha tenido [illegible] falta [illegible] terapias [illegible]

El padre ha [illegible] depresión, impotencia y preocupación por el hecho de que a su hijo no le están cumpliendo sus necesidades. Estas preocupaciones [illegible]

Pérdidas económicas
Pérdida de ingresos

Niños, Niñas y Joven de Educacion Especial
Madre
Padre

**Seleccione las que apliquen**

**Daños en el aprendizaje:**

[illegible]

**Gastos:**

Gastos por transporatación
Gastos por educación privada

4

**Identificar su representación legal (Escoja una alternativa)**

Otra representación legal:

**Otra representacion legal**

**Nombre**

Angelique M. Rodríguez Amadeo

**RUA**

19350

**Dirección Postal**

PO Box 195287, San Juan, PR 00919-5287

**Número de Confirmación**

353499495098402771

Teléfono

(787) 625-6535

Fax

(787) 625-6530

E-mail