pleitodeclase.org | Formulario de Reclamación

*# de confirmación   35349949509840277*

# 1. Nombre

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE SAN JUAN**

| | |
|---|---|
| **ROSA LYDIA VÉLEZ Y OTROS** | CIVIL NÚM: K PE1980-1738 ( |
| Demandante | |
| vs | |
| **DEPARTAMENTO DE EDUCACIÓN** | SOBRE: |
| **Y OTROS** | |
| Demandados | **INJUNCTION CLÁSICO** |
| | **DAÑOS y PERJUICIOS** |
| | **CASO EDUCACIÓN ESPECIA** |

**Reclamación** FASE DE DAÑOS ROSA LYDIA VÉLEZ vs DEPR **Al Comisionado Especial:**
**Lcdo. Carlos Rivera Martínez**
**Comisionado**
Apdo. 1713
Caguas, Puerto Rico 00726-1713
correo electrónico: comisionado.ed.especial@gmail.com

**Nombre del niño(a) o joven de educación especial: ***
G.D.R. ✓

**Núm. de registro:**
0018-6653 ✓

**Núm. de SIE:**

# 2. Fecha de Nacimiento

**Fecha de Nacimiento**
.2006 ✓

**Nombre de la escuela: ***
Kingdom Academy Ministry

**Municipio ***
Carolina

10/28/2016

## 3. Otros Reclamantes

Nombre completo de la madre, del padre, del tutor o del encargado(a), que también son reclamantes:

**Madre**
  Glendaliz Rivera Morales

**Padre**
  José Antonio Díaz Marcano

**Tutor**

**Encargado**

## 4. Dirección Postal

**Dirección ***
Urb. Castellana Gardens

**Dirección (2)**
Calle 3 D-1

**Municipio**
Carolina

**Estado/Pais**
Puerto Rico

**Código Postal ***
00983

**Teléfono ***
787 518-7312

**Fax**
787 625-6530

**Correo electrónico (email)**
monroeliz46@gmail.com

## 5. Breve Relato...

Breve relato de la condición del niño(a), joven, incluyendo diagnóstico y servicios directos o relacionados de educación especial qu

**widget**
✓ La menor presenta

ocupacionales

En el año 2014, los padres de la menor trataron de solicitar los servicios de transportación a través de las oficinas del Distrito 2 de
en turno, la trabajadora social Francisca Lopez, rechazó aceptar la solicitud.

**Diagnóstico ***
  Problemas de

pleitodeclase.org | Formulario de Reclamación

**Otros, especifique**

**Servicios de educación que no
le están o no le fueron
brindados: ***
 Transportación

**Terapias (no recibidas):**
 Ocupacional
 Sicológica

**Otros, especifique**

## 6. Los daños que reclama...

Los daños que reclama a favor del niño, niña o joven de educación especial, así como los daños del padre, madre, tutor
o encargado.  Deberá especificar los daños sufridos por cada reclamante. Seleccione y especifique.  **Reclamantes (Puede**

Niños, Niñas y Joven de Educacion Especial
Madre
Padre

**Especifique ***
 Al presente, no se alegan daños fisicos

 Angustias y sufrimientos mentales y/o emocionales

**Especifique ***

 especialmente al momento de escribir en cursivo, leer y hacer problemas de matemáticas.

 La madre ha sufrido
 empeoran su condición            que su hija no está recibiendo           
solicitar los servicios o darle seguimiento a las terapias. Estos problemas son la causa par

 El padre ha sufrido
 causado            preocupación por el hecho de que su hija no le están supliendo sus necesid

**Seleccione las que apliquen**
 Pérdidas económicas
 Pérdida de ingresos

**Daños en el aprendizaje:**
 
 Retraso en 

**Gastos:**
 Gastos por transporatación
 Gastos por educación privada

**Otros, especifique**

Case:17-03283-LTS   Doc#:7345-1   Filed:06/10/19   Entered:06/10/19 15:08:25   Desc:
Exhibit 1 - Pago a los Reclam ión
pleitodeclase.org | Pago a los Reclam ión

## 7. Identificar su representación

Identificar su representación
legal (Escoja una alternativa) *
Otra representación legal:

**Nombre ***
Angelique M. Rodríguez Amadeo

**RUA ***
19350

**Dirección Postal ***
PO Box 195287, San Juan, PR 00919-5287

**Teléfono ***
787 625-6535

**Fax**
787 625-6530

**E-mail ***
ara@npclawyers.com

**No se aceptará solicitud de inclusión al pleito de daños que: (1) la fecha de la estampilla (mata
electrónico sea posterior al 31 de octubre de 2016 y (2) que no contenga toda la información a
correo electrónico del Comisionado Especial - Lcdo. Carlos Rivera Martínez. Al someter el for
confirmación a su correo electrónico (si lo incluyó), y un archivo PDF del formulario recibido.**

widget
Verified