# de conf. 35376475009850747 9

Enmienda

2

## 1. Nombre

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE SAN JUAN**

| | |
|---|---|
| ROSA LYDIA VÉLEZ Y OTROS | CIVIL NÚM: K PE1980-1738 ( |
| Demandante | |
| vs | SOBRE: |
| DEPARTAMENTO DE EDUCACIÓN Y OTROS | INJUNCTION CLÁSICO |
| Demandados | DAÑOS y PERJUICIOS |
| | CASO EDUCACIÓN ESPECI/ |

**Reclamación** FASE DE DAÑOS ROSA LYDIA VÉLEZ vs DEPR **Al Comisionado Especial:**
**Lcdo. Carlos Rivera Martínez**
**Comisionado**
Apdo. 1713
Caguas, Puerto Rico 00726-1713
correo electrónico: comisionado.ed.especial@gmail.com

**Nombre del niño(a) o joven de educación especial:** *
G.J.D.R. ✓

**Núm. de registro:**
00245428 ✓

**Núm. de SIE:**

## 2. Fecha de Nacimiento

**Fecha de Nacimiento**
2009 ✓

**Nombre de la escuela:** *
Kingdom Academy Ministry

**Municipio** *
Carolina

### 3. Otros Reclamantes

Nombre completo de la madre, del padre, del tutor o del encargado(a), que también son reclamantes:

**Madre**
Glenda Rivera Morales

**Padre**
José Antonio Diaz Marcano

**Tutor**

**Encargado**

### 4. Dirección Postal

**Dirección \***
Urb. Castellana Gardens

**Dirección (2)**
Calle 3 D-1

**Municipio**
Carolina

**Estado/País**
Puerto Rico

**Código Postal \***
00983

**Teléfono \***
787 518-7312

**Fax**
787 625-6530

**Correo electrónico (email)**
monroeliz46@gmail.com

### 5. Breve Relato...

Breve relato de la condición del niño(a), joven, incluyendo diagnóstico y servicios directos o relacionados de educación especial qu

widget
✓ El menor tiene Tr[...] [...] Problemas de Aprendizaje. E[...]
en destre[...] de percepción visual, integracion visu motora de control visu[...]
interfieren con el progreso en [...] general

Desde que el menor formaba parte de Avanzando Juntos, y luego de a través del DE, éste ha recibido terapias [...]
al [...] le asignó terapia ocupacional pero nunca se le brindaron. L[...] madre presentó una querella en DE a tra[...]
le comenzaron a b[...] los servicios de terapia ocupacional en agosto de 2016. posteriormente, e[...] de marzo de 2016 re[...]
el menor necesitaba [...] pero no [...] que [...] a brinda[...]

En el año 2014, los padres del menor tra___ ,n de solicitar los servicios de transportación( ___ )vés de las oficinas del Distrito 2 del M embargo la empleada en turno, la trabajadora social Francisca Lopez, rechazó aceptar la solicitud.

De igual forma, cuando los padres del menor acudieron al Distrito 2 del Municipio de Carolina del DE para solicitar un ___
___ los solicitantes tenían plan médi___

**Diagnóstico ***
Problem___
Otros impedimentos de S___

**Otros, especifique**

**Servicios de educación que no le están o no le fueron brindados: ***
Transportación
Ubicación escolar apropiada

**Terapias (no recibidas):**

**Otros, especifique**

## 6. Los daños que reclama...

Los daños que reclama a favor del niño, niña o joven de educación especial, así como los daños del padre, madre, tutor o encargado. Deberá especificar los daños sufridos por cada reclamante. Seleccione y especifique. **Reclamantes (Puede**

Niños, Niñas y Joven de Educacion Especial
Madre
Padre

---

**Especifique ***
No se reclaman daños físicos

Angustias y sufrimientos mentales y/o emocionales

**Especifique ***
El menor ha mostrado frustr___ ("___") por darse cuenta que él no aprende al mismo ritmo que l___
menor ha t___ ,epe___ rimer grado, a___ ___, y demá___ ,a ten___

La madre ha sufrido a___ ,dad e in___ ,u po___ ___ ___ no está recibiendo las terapias y s___
empeoran ___ ___ ___ Ademas ___ ___ ___ ___ ___ on su trabajo tambien son la causa para su___ ___
solicita___

El padre ha sufrido ___ ___ ___ ___ ___ ___ ación por el hecho de que ___ ___ ___ upliendo sus n___
le ___

**Seleccione las que apliquen**
Pérdidas económicas
Pérdida de ingresos

**Daños en el aprendizaje:**
Retr___ ___

Retrazo r
Retraso
Retraso                              /o
Retraso

**Gastos:**
Gastos por transporatación
Gastos por educación privada

**Otros, especifique**

## 7. Identificar su representación

**Identificar su representación
legal (Escoja una alternativa) ***
Otra representación legal:

**Nombre ***
Angelique M. Rodriguez Amadeo

**RUA ***
19350

**Dirección Postal ***
P.O. Box 195287, San Juan, PR 00919-5287

**Teléfono ***
787 625-6535

**Fax**
787 625-6530

**E-mail ***
ara@npclawyers.com

**No se aceptará solicitud de inclusión al pleito de daños que: (1) la fecha de la estampilla (mata electrónico sea posterior al 31 de octubre de 2016 y (2) que no contenga toda la información a correo electrónico del Comisionado Especial - Lcdo. Carlos Rivera Martínez. Al someter el for confirmación a su correo electrónico (si lo incluyó), y un archivo PDF del formulario recibido.**

widget
Verified