**Angelique Rodriguez**

From:      Carlos Rivera Martinez [comisionado.ed.especial@gmail.com]
Sent:      Friday, November 11, 2016 11:40 AM
To:        monroeliz46@gmail.com
Cc:        ara@npclawyers.com
Subject:   Re: Reclamacion: 353764750098507479-~~GJDR~~ G.J.D.R.

RE: ~~[illegible]~~  G.J.D.R.

3

Habiendo presentado ante el Comisionado la reclamación, ya la misma está registrada conforme lo requiere el edicto publicado.  Lo próximo a tramitarse, tanto por usted como por su(s) abogado(s) es la copia del expediente y los otros requisitos establecidos en el edicto.


Atentamente,


Carlos Rivera Martínez (Fdo.)


c. Lcda. Angelique m. Rodríguez Amadeo

G.J.D.R.

El 31 de octubre de 2016, 19:12, ~~[illegible]~~ <noreply@jotform.com> escribió:

### ESTADO LIBRE ASOCIADO DE PUERTO RICO
### TRIBUNAL DE PRIMERA INSTANCIA
### SALA SUPERIOR DE SAN JUAN

| ROSA LYDIA VÉLEZ Y OTROS | CIVIL NÚM: **K PE1980-1738 (805)** |
|---|---|
| Demandante | |
| vs | SOBRE: |
| **DEPARTAMENTO DE EDUCACIÓN Y OTROS** | **INJUNCTION CLÁSICO; DAÑOS y PERJUICIOS CASO EDUCACIÓN ESPECIAL** |
| Demandados | |

1

# RECLAMACIÓN

FASE DE DAÑOS ROSA LYDIA VÉLEZ vs DEPR

**Al Comisionado Especial:**

**Lcdo. Carlos Rivera Martínez**
**Comisionado**
Apdo. 1713 Caguas,
Puerto Rico 00726-1713
correo electrónico: comisionado.ed.especial@gmail.com

**Nombre del niño(a) o joven de educación especial:**

~~Carlos José Colón Rivera~~ G.J.B.R.

**Núm. de registro (si lo conoce):**

00245428

**Núm. de SIE:**

**Fecha de Nacimiento**

~~01-09~~-2009

Kingdom Academy Ministry

Carolina

**Madre**

Glenda Rivera Morales

**Padre**

**Tutor**

**Encargado**

**Parentesco del encargado**

**Dirección (2)**

Calle 3 D-1

**Municipio**

Carolina

**Estado/País**

Puerto Rico

**Código Postal**

00983

**Teléfono**

(787) 518-7312

**Fax**

(787) 625-6530

**Correo electrónico (email)**

monroeliz46@gmail.com

**Breve Relato:**

El menor tiene ...

[texto ilegible] ación [...] ora de c[...] viso [...] y [...]
[...] rucciones y [...] ares [...] en [...] ares, en [...]
general

Desde que el menor formaba parte de Avanzando Juntos, y luego a través del DE, éste ha
recibido terapia del [...]ble. Sin embargo, en junio del 2012 el DE evaluó al menor y se le asignó
tera[...] brind[...] Luego de que la madre presento [...]
DE [...] ovisional fue que le comenzaron a brindar los servicios de terap[...]
ocup[...] de 2016, posteriormen[...] el 25 de marzo de 2016 re-evaluaron al menor y
el DE determi[...] erapias por [...] dicas, pero no fue hasta
aproxi[...] de 2016 que se las comenzaron a brindar.

En el año 2014, los padres del menor trataron de solicitar los servicios de transportación a través
de las oficinas del Distrito 2 del Municipio de Carolina del DE; sin embargo la empleada en
turno, la trabajadora social Francisca Lopez, rechazó aceptar la solicitud.

De igual forma, cuando los padres del menor acudieron al Distrito 2 del Municipio de Carolina
del DE para solicitar un estudi[...] según referido por el Centro de terapias la
trabajadora social Francisca Lopez no acepto realizar el estudio dado que los solicitantes tenían
plan médico privado.

## Diagnóstico

Problemas E[...]
Problemas [...]
Otros Impedimentos de Salud

### Otros, especifique

D[...]

### Servicios de educación que no le están o no le fueron brindados:

Transportación
Ubicación escolar apropiada

### Terapias (no recibidas):

C[...]
S[...]

El menor ha mostrado [...] ido [...] fimiento (l[...] [...]
él no aprende al mismo [...] un [...] en su mismo salón. El menor ha tenido [...]
el pri[...] ha a[...] a leer y demuestra tener excelentes en matemáticas.

La madre ha sufrido an[...] io por el hecho de que su hijo no está recibiendo los
[...] empeoran su condición
exist[...] Además ha [...] pa [...] [...]
[...] trabajo para [...] DE [...] itar a [...] g[...]
Estos probl[...]
inso[...]

El padre ha sufrido de [...] ón impotencia [...]
[...] de sus necesidades. E[...]

varias ocasiones.

Pérdidas económicas
Pérdida de ingresos

Niños, Niñas y Joven de Educacion Especial
Madre
Padre

**Seleccione las que apliquen**

**Daños en el aprendizaje:**

Retraso acadé...

Retraso...

Retraso cogn...

R... l des...

Ret...

**Gastos:**

Gastos por transporatación
Gastos por educación privada

**Identificar su representación legal (Escoja una alternativa)**

Otra representación legal:

**Otra representacion legal**

**Nombre**

Angelique M. Rodriguez Amadeo

**RUA**

19350

**Dirección Postal**

P.O. Box 195287, San Juan, PR 00919-5287

**Número de Confirmación**

353764750098507479

Teléfono

(787) 625-6535

Fax

(787) 625-6530

E-mail