## UNITED STATES DISCTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | |
| | No. 17 BK 3283-LTS |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | (Jointly Administered) |
| Debtors | |

### OPPOSITION TO TWENTY-FOURTH OMNIBUS OBJECTION OF THE COMMONWEALTH OF PUERTO RICO TO EXACT DUPLICATE CLAIMS PROOF OF CLAIM NUMBER 3827

Comes now Mr. Javier A. Braña Lizardi ("Braña Lizardi"), by and through his legal representative, and very respectfully states and prays, as follows:

1. On April 4, 2018 and April 5, 2018, Braña Lizardi presented two separate proofs of claim (claim number 3827 and 4332) regarding two different actions he has against the Commonwealth of Puerto Rico ("Commonwealth") on his behalf and in representation of his two minor children.

2. On April 15, 2019, The Commonwealth, by and through the Financial Oversight and Management Board for Puerto Rico ("Oversight Board"), filed an omnibus objection to five hundred alleged exact duplicate proofs of claim. With this omnibus objection, the Commonwealth was seeking to disallow the proofs of claims listed on Exhibit A of said document. One of the proofs of claim listed on this omnibus objection (claim number 3827) belongs to Braña Lizardi.

3. The Commonwealth argues in its omnibus objections that the holders of the

Claims to Be Disallowed will not be prejudiced by the disallowance of their claims because they will each retain a Remaining Claim against the Commonwealth. However, that is not Braña Lizardi's case, given that the two proofs of claims that he presented constitute two different and separate actions that he has against the Commonwealth on his behalf and in representation of his two minor children.

4. These actions have different plaintiffs, which include Braña Lizardi and his wife, and their minor children. In particular, one claim is based on the Commonwealth's failure to comply with the provision of special education services to Gómez Biamon's minor child J.A.B.H., and the other claim is based on the Commonwealth's failure to comply with the provision of special education services to her other minor child J.A.B.G..

5. Please note that the documents that were attached with each proof of claim show that each claim is different and on behalf of two different minors, which is why they have different case numbers (353495428098311863 and 353491078098297804) Exhibit 1 and Exhibit 2. Additionally, in one of the documents presented with the proof of claim (titled "Reclamación"), one can see that each of the children's birth year (1999 and 2008) and their registry numbers (24342419 and 24433691) are different, Exhibit 3 and Exhibit 4. Lastly, the details of each case (included in the section titled "Breve Relato" of the document) are different.

6. As stated before, each proof of claim presented by Braña Lizardi is a different action he has against the Commonwealth on his behalf and in representation of his two minor children. Therefore, they are not exact duplicates and should not be disallowed.

**WHEREFORE**, Braña Lizardi respectfully requests the Court to deny the Commonwealth's relief request in relation to his proof of claim 3827.

Respectfully submitted.

2

It is hereby certified that on this date, the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

At San Juan, Puerto Rico, this June 10, 2019.

s/Luis E. Palou Balsa
_____
Luis E. Palou Balsa  - USDC 210503

P.O. Box. 195287
San Juan, Puerto Rico 00919-5287
Tel.: (787) 625-6535
Fax: (787) 625-6530
lpb@npclawyers.com

*Attorney for Mr. Javier A. Braña Lizardi*

3