**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE SAN JUAN**

| | |
|---|---|
| **ROSA LYDIA VÉLEZ Y OTROS**<br>Demandante<br>vs.<br>**DEPARTAMENTO DE EDUCACIÓN Y OTROS**<br>Demandados | CIVIL NÚM: **K PE1980-1738 (805)**<br><br>SOBRE:<br>**INJUNCTION CLÁSICO; DAÑOS y PERJUICIOS CASO EDUCACIÓN ESPECIAL** |

## Reclamación

FASE DE DAÑOS ROSA LYDIA VÉLEZ vs. DEPR

**Al Comisionado Especial:**

**Lcdo. Carlos Rivera Martínez**
**Comisionado**
Apdo. 1713 Caguas,
Puerto Rico 00726-1713
correo electrónico: comisionado.ed.especial@gmail.com

1. Nombre del niño(a) o joven de educación especial: J.A.B.H. ✓

Núm. de registro (si lo conoce): 0009-9009 ✓

Núm. de SIE (si lo conoce): 24342419

2. Fecha de nacimiento del niño(a) o joven de educación especial: 1999 ✓

Nombre de la escuela: Colegio Santa Gema Municipio: Carolina

3. Nombre de la madre, del padre, del tutor, del encargado(a), que **también son reclamantes**:

Madre: ______________ Padre: Javier A Braña Lizardi

Tutor: ______________ Encargado: Celeste Gómez Biamón

4. Dirección postal: P.O. Box 29969 San Juan PR 00929-969

Teléfono: (787) 602-8815 (939) 717-0463 Fax: ______________ E-mail: Cmgb274@gmail.com

5. Breve relato de la condición del niño/a, joven, incluyendo diagnóstico y servicios directos o relacionados de educación especial que no le están o no le fueron brindados.

**Breve relato de la condición del niño/a, joven:** ✓

[illegible] ... Actualmente [illegible] ... [illegible] como [illegible] ... [illegible] [illegible] ... tomado [illegible] ... que [illegible] ... las [illegible] ... que [illegible] ... que [illegible] tiene [illegible] ... [illegible] a [illegible] de [illegible] ... con la autonomía académica que [illegible] disfrutar [illegible]

**Diagnósticos** (Marcar con ✓):

| | | |
|---|---|---|
| _ Disturbios Emocionales | _ Impedimento Visual | Problemas Específicos de Aprendizaje |
| _ Sordo-Ciego | Impedimentos Múltiples | Problemas de Habla o Lenguaje |
| Sordo | Incapacidad intelectual (Retardación Mental) | _ Daño Cerebral por Trauma |
| Problemas de Audición | | _ Impedimentos Ortopédicos |
| __Autismo | | ✓ Otros Impedimentos de Salud |

Otros, especifíque:

**Servicios de educación que no le están o no le fueron brindados** (Marcar con ✓):

| | | Terapias (no recibidas): | |
|---|---|---|---|
| __Registro | __Beca de transportación | _ habla lenguaje | __física |
| __Evaluación | __Ubicación escolar apropiada | _ visual funcional | __ocupacional |
| ✓Re evaluación | __Equipo asistencia tecnológica | _ disfagia | __ocupacional enfoque sensorial |
| ✓PEI | __Asistente de servicios (T-1) | _ sicológica | ✓otras: |
| __Transportación | __Servicio (año escolar) extendido | | |
| | __Dieta recomendada | | |
| | __Servicios compensatorios terapias | | |

Otros, especifíque:

6. Los daños que reclama a favor del niño, niña o joven de educación especial, así como los daños del padre, madre, tutor o encargado. **Deberá especificar los daños sufridos por cada reclamante.** (Marcar con ✔ y especificar)

**Reclamantes** (Marcar con ✔ y especificar):

✓ niño, niña, joven de educación especial ___ madre ✓ padre ✓ encargado (Celeste Gómez) madrastra

___ Daños físicos :

✓ Angustias y sufrimientos mentales y/o emocionales:

[illegible]

✓ Pérdidas económicas: ___ pérdida de empleo ✓ pérdida de ingresos

___ Daños en el aprendizaje:

| | |
|---|---|
| ___ Retraso académico | ___ Retraso en la fecha de graduación |
| ___ Retraso cognoscitivo | ___ Deserción escolar o Abandono de escuela |
| ___ Retraso en aprendizaje | ___ Retraso en destrezas vida independiente |
| ___ Retraso en el desarrollo educativo | --- verano académico |

___ Gastos:

| | | |
|---|---|---|
| ✓ Gastos médicos | ✓ Deducibles | ___ Gastos por equipo asistivo |
| ✓ Gastos por especialistas | ✓ Gastos por servicios | ✓ Gastos por educación privada |
| ___ Gastos por terapias | ___ Gastos por transportación | |

___ Otros daños, especifíque:

7. Identificar su representación legal (Escoja una alternativa con ✔)
(1) ✓ Se autoriza a los representantes de la clase en su fase interdictal a representarnos en la fase de daños y perjuicios.
(2) ___ Otra representación legal:
Nombre: ______________________________
Dirección: ______________________________ RUA: __________
Tel. ______________ Fax: ______________ Email: ______________

**No se aceptará solicitud de inclusión al pleito de daños que: (1) la fecha de la estampilla (matasellos) del correo o del envío del correo electrónico sea posterior al 31 de octubre de 2016 y (2) que no contenga toda la información aquí solicitada.**

Favor de llenar y remitir este formulario, **en o antes del 31 de octubre de 2016**, al:
**Lcdo. Carlos Rivera Martínez, Comisionado,**
**Apdo. 1713 Caguas, Puerto Rico 00726-1713;**
**o a su correo electrónico:** comisionado.ed.especial@gmail.com.

Copyright © 2016 Márquez & Torres, Nazario & Santiago
Derechos reservados 2016 Márquez & Torres, Nazario & Santiago