ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN



| ROSA LYDIA VÉLEZ Y OTROS | CIVIL NÚM: K PE19 |
|---|---|
| Demandante | |
| vs | SOBRE: |
| DEPARTAMENTO DE EDUCACIÓN Y OTROS | INJUNCTION |
| Demandados | DAÑOS y PERJUICI |
| | CASO EDUCACIÓN |

Reclamación FASE DE DAÑOS ROSA LYDIA VÉLEZ vs DEPR Al Comisionado Especial:
Lcdo. Carlos Rivera Martínez
Comisionado
Apdo. 1713
Caguas, Puerto Rico 00726-1713
correo electrónico: comisionado.ed.especial@gmail.com

Nombre del niño(a) o joven de educación especial: *
J. A. B. G. ✓

Núm. de registro:
24433691 ✓

Núm. de SIE:
24433691

## 2. Fecha de Nacimiento

Fecha de Nacimiento
2008 ✓

Nombre de la escuela: *
Colegio Santa Gema

Municipio *
Carolina

## 3. Otros Reclamantes

Nombre completo de la madre, del padre, del tutor o del encargado(a), que también son reclamantes:

Madre
Celeste M. Gomez Biamon

Padre
Javier A. Braña Ligardi

Tutor

Encargado

## 4. Dirección Postal

Dirección *
PO BOX 29969

Dirección (2)

Municipio
San Juan

Estado/País
Puerto Rico

Código Postal *
00929-969

Teléfono *
787 602-8815

Fax
787 625-6530

Correo electrónico (email)
cmgb274@gmail.com

## 5. Breve Relato...

Breve relato de la condición del niño(a), joven, incluyendo diagnóstico y servicios directos o relacionados de educación espe

widget
✓ El menor fue registrado po:
2017. El DE ha icumplido con pro---
Provisional pero al no tener PEI ni minuta de ... ---alizada que ...... ...vicios, los contratos no han podido ...
De igual ... ...en que ti...e que ser discutida y validada c... el propósito de que el estudiante no se ... e
a ...mente ... ... ... recib... ...vdluu... ... ...scrmn... ...uditiva y vis... ...nai ... estud... ... pc
al igu... ...icad... ...cion... ... ...ied... ...c... io nos ... ...rmad... ...cesid... ...i estudian... ...rapi
las ... ..a... ..ian si... ...stas. Ta... tenía rec... ..adas las ... .s ocup... ..., ve... ...seman.
...erapi... ...icas ... ...suma... ...te r...cesario ...ara... ...aja... ...ro... ...toestima y ...jo de ar ...

Diagnóstico *
Problemas                e

Otros, especifique

Servicios de educación que no
le están o no le fueron
brindados: *

PEI
Evaluación

**Terapias (no recibidas):**
Otras
Si
al

**Otros, especifique**

## 6. Los daños que reclama...

Los daños que reclama a favor del niño, niña o joven de educación especial, así como los daños del padre, madre, tutor o encargado. Deberá especificar los daños sufridos por cada reclamante. Seleccione y especifique. **Reclamantes (Pu**

Niños, Niñas y Joven de Educacion Especial
Madre
Padre

**Especifique ***
No se alega dano fisico.

Angustias y sufrimientos mentales y/o emocionales

**Especifique ***
En cuanto al menor, s
En cuanto a los padres, han s... do mucha ... el hogar

**Seleccione las que apliquen**
Pérdida de ingresos
Pérdidas económicas

**Daños en el aprendizaje:**
... al desarrollo educativo

**Gastos:**
Gastos médicos
Gastos por terapias
Gastos por educación privada

**Otros, especifique**

## 7. Identificar su representació

**Identificar su representación legal (Escoja una alternativa) ***

https://form.jotform.com/62186980543160

10/28/2016

Otra representación legal:

**Nombre \***
Lymaris Perez Rodriguez

**RUA \***
17273

**Dirección Postal \***
PO BOX 195287 San Juan, PR 00919-5287

**Teléfono \***
787 625-6535

Fax
787 625-6530

**E-mail \***
lpr@npclawyers.com

No se aceptará solicitud de inclusión al pleito de daños que: (1) la fecha de la estampill electrónico sea posterior al 31 de octubre de 2016 y (2) que no contenga toda la inform correo electrónico del Comisionado Especial - Lcdo. Carlos Rivera Martínez. Al somete confirmación a su correo electrónico (si lo incluyó), y un archivo PDF del formulario re

widget
Verified