Lymaris Perez Rodriguez                                                      398-021

| | |
|---|---|
| From: | Carlos Rivera Martinez [comisionado.ed.especial@gmail.com] |
| Sent: | Wednesday, November 02, 2016 3:47 PM |
| To: | Celeste Gomez; Lymaris Perez Rodriguez |
| Subject: | Re: Reclamacion: 353495428098311863-~~~~~~~~~~~~~~~~~~ J. A. B. H. |

RE: ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~    J. A. B. H.                    3

Habiendo presentado ante el Comisionado la reclamación, ya la misma está registrada conforme lo requiere el edicto publicado. Lo próximo a tramitarse, tanto por usted como por su(s) abogado(s) es la copia del expediente y los otros requisitos establecidos en el edicto.

Atentamente,

Carlos Rivera Martínez (Fdo.)

c. Lcda. Lymaris Pérez Rodríguez

J. A. B. H.

El 28 de octubre de 2016, 16:23, ~~~~~~~~~~~~~~~~~~~ <noreply@jotform.com> escribió:

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE SAN JUAN**

| | |
|---|---|
| **ROSA LYDIA VÉLEZ Y OTROS** | CIVIL NÚM: K PE1980-1738 (805) |
| Demandante | |
| vs | SOBRE: |
| **DEPARTAMENTO DE EDUCACIÓN Y OTROS** | **INJUNCTION CLÁSICO;** |
| | **DAÑOS y PERJUICIOS** |
| Demandados | **CASO EDUCACIÓN ESPECIAL** |

**RECLAMACIÓN**

FASE DE DAÑOS ROSA LYDIA VÉLEZ vs DEPR

Al Comisionado Especial:

**Lcdo. Carlos Rivera Martínez**
**Comisionado**
Apdo. 1713 Caguas,
Puerto Rico 00726-1713
correo electrónico: comisionado.ed.especial@gmail.com

1

**Nombre del niño(a) o joven de educación especial:**

~~[ilegible]~~ J.A.B.H

**Núm. de registro (si lo conoce):**

0009-9009

**Núm. de SIE:**

**Fecha de Nacimiento**

~~[ilegible]~~-1999

Colegio Santa Gema

Carolina

**Madre**

Celeste Maria Gomez Biamon

**Padre**

**Tutor**

**Encargado**

**Parentesco del encargado**

**Dirección (2)**

**Municipio**

San Juan

**Estado/País**

Puerto Rico

**Código Postal**

00929-969

**Teléfono**

(787) 602-8815

**Fax**

(787) 625-6530

**Correo electrónico (email)**

cmgb274@gmail.com

**Breve Relato:**

El menor tiene diagnostico de [ilegible] Atencion con [ilegible] [ilegible] y tuvo [ilegible]rob[ilegible] con nucleo fam[ilegible] Actualm[ilegible] [ilegible]o p[ilegible] aten[ilegible] diag[ilegible] [ilegible]o [ilegible] AH. [ilegible] ras [ilegible]b[ilegible] [ilegible]do d[ilegible]Se[ilegible]ad en [ilegible]cutr[ilegible] [ilegible]o se e[ilegible] su [ilegible]vel[ilegible] de [ilegible]ico [ilegible] inde[ilegible] [ilegible]o. Vie[ilegible] [ilegible]ast[ilegible] [ilegible]o [ilegible]o que [ilegible] se [ilegible] ate[ilegible] [ilegible]o [ilegible] de rec[ilegible] valida[ilegible] [ilegible]scutir [ilegible]valua[ilegible] [ilegible]sena[ilegible] [ilegible]on [ilegible]irre[ilegible] [ilegible]e qu[ilegible] [ilegible]e tiene [ilegible] la[ilegible] Ade[ilegible] [ilegible]ne un[ilegible] [ilegible]na de [ilegible]diza[ilegible] Mier[ilegible] tant[ilegible] [ilegible]o s [ilegible]moscon[ilegible] [ilegible]aba[ilegible] [ilegible] efe[ilegible] esto pue[ilegible] [ilegible]ner a[ilegible] [ilegible]el [ilegible] [ilegible]bestir[ilegible] [ilegible]o co[ilegible] Nuestra[ilegible] a [ilegible]or[ilegible] [ilegible]cup[ilegible]on[ilegible] [ilegible]ue [ilegible] [ilegible]meno[ilegible] [ilegible] alcanc[ilegible] es[ilegible] acad[ilegible] [ilegible]co y [ilegible] [ilegible]u[ilegible] [ilegible]ecuta[ilegible] [ilegible]decuadame[ilegible] [ilegible]o que se le exige.

El incumpli[ilegible]to del D[ilegible] [ilegible] [ilegible]nsic[ilegible]o[ilegible] [ilegible] querido [ilegible] [ilegible] [ilegible]s[ilegible] [ilegible]en[ilegible] [ilegible] las d[ilegible] [ilegible]ent[ilegible] eva[ilegible]oi[ilegible] [ilegible]i[ilegible] ha[ilegible] [ilegible]do e[ilegible] [ilegible]cio [ilegible] apia ed[ilegible] [ilegible]va [ilegible] tenid[ilegible] [ilegible]pre [ilegible] r[ilegible] [ilegible]i[ilegible] [ilegible]er[ilegible] [ilegible]es. A[ilegible] [ilegible]e c[ilegible] [ilegible]madr[ilegible] [ilegible]mp[ilegible] [ilegible]on [ilegible] las [ilegible] [ilegible]e[ilegible]as [ilegible] eran r[ilegible] [ilegible]as [ilegible] [ilegible]m[ilegible] [ilegible]s acu[ilegible] s[ilegible] [ilegible] procedim[ilegible] [ilegible] [ilegible]rell[ilegible] debido[ilegible] [ilegible]o[ilegible] [ilegible]cc[ilegible] [ilegible]a[ilegible] [ilegible]rab[ilegible] [ilegible] del [ilegible] [ilegible]smas[ilegible] [ilegible]. El men[ilegible]o[ilegible] [ilegible]n P[ilegible] [ilegible]sde [ilegible] 201[ilegible] [ilegible] me[ilegible] [ilegible]nuca[ilegible]e han cu[ilegible]plido co[ilegible] [ilegible]reevalua[ilegible]iones corresp[ilegible] ent[ilegible]s[ilegible]

Los padres han estado luchado porque el DE re_____ esta reconocido en las
_____

## Diagnóstico

## Otros, especifique

D_____

## Servicios de educación que no le están o no le fueron brindados:

Re evaluación
PEI

## Terapias (no recibidas):

_____

## Otras, especifique

En cuanto al menor, ha sufrido prob_____ _____ _____ familiar baja autoestima y autoconcepto. Ademas, bajo
__ _____ ar.

E_ cuanto a_ encargada _l menor s_ mucha ___i_n. Tiene q_ _star encima d__ estudi__ _ _ra que _ pierda
grad__ Tiene _enore_ ad___ __os, ent__ _ uno que ___ est_ _egistrado en __ __ama de __ __ __ _ de
m__ ___ __ __alizad__ __ion. En __nt_ __ __dimiento __le_ __ _s, la __ar___ _ _menor _
_amedren__ ____h___ido __r _ _ionario__ __nte acos__ por __ los serv___ __tresante_ _ gran
si__ es___ _a__atar___ si ella no___ _a el dere__ a soli__ _os servicio_ _ue __ta el _ nor y a_ __an
reco___tos en_ __ _aluac__ _s _ _ _ue _l DE se n_ _capric__ _mente a_ _cribir e_ _a m__ _io que __ _n_
verbalm__ _que es q_ le d___ an la terap__ _edu__ _va p__ _ue el D__ o i_ _rovee. __criben _ ___10_ _ a ellos
co__ __c_ y _ _le vaya _ _udica.

En __anta al padre ha sufrido __ _o psicologi_ _do a que te____ _e el estudi_ _ase el grado I_ __ _ _ _
servi___s para el e__ __ha trai_ ____ en __ __ma___

Pérdidas económicas
Pérdida de ingresos

Niños, Niñas y Joven de Educacion Especial
Madre
Padre

## Seleccione las que apliquen

## Daños en el aprendizaje:

D_ _____

R_

## Gastos:

Gastos médicos
Gastos por especialistas
Deducibles
Gastos por servicios

## Otros, especifique

Tuvo que costear verano academico

## Identificar su representación legal (Escoja una alternativa)

Otra representación legal:

## Otra representacion legal

## Nombre

Lymaris Perez Rodriguez

## RUA

17273

**Dirección Postal**

PO BOX 195287 San Juan PR 00919-5287

**Número de Confirmación**

353495428098311863

Teléfono

(787) 625-6535

Fax

(787) 625-6530

E-mail