Lymaris Perez Rodriguez

398-022

| | |
|---|---|
| From: | Carlos Rivera Martinez [comisionado.ed.especial@gmail.com] |
| Sent: | Wednesday, November 02, 2016 12:40 PM |
| To: | cmgb274@gmail.com; Lymaris Perez Rodriguez |
| Subject: | Re: Reclamacion: 353491078098297804-~~Jaime Andres Braña Gomez~~ J.A.B.G. |

RE: ~~Jaime Andres Braña Gomez~~ J.A.B.G.

4

Habiendo presentado ante el Comisionado la reclamación, ya la misma está registrada conforme lo requiere el edicto publicado. Lo próximo a tramitarse, tanto por usted como por su(s) abogado(s) es la copia del expediente y los otros requisitos establecidos en el edicto.

Atentamente,

Carlos Rivera Martínez (Fdo.)

c. Lcda. Lymaris Pérez Rodríguez

El 28 de octubre de 2016, 15:11, ~~Jaime Andres Braña Gomez~~ J.A.B.G. <noreply@jotform.com> escribió:

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| ROSA LYDIA VÉLEZ Y OTROS<br>Demandante<br>vs<br>DEPARTAMENTO DE EDUCACIÓN Y OTROS<br>Demandados | CIVIL NÚM: K PE1980-1738 (805)<br><br>SOBRE:<br>INJUNCTION CLÁSICO;<br>DAÑOS y PERJUICIOS<br>CASO EDUCACIÓN ESPECIAL |

RECLAMACIÓN

FASE DE DAÑOS ROSA LYDIA VÉLEZ vs DEPR

Al Comisionado Especial:

Lcdo. Carlos Rivera Martínez
Comisionado
Apdo. 1713 Caguas,
Puerto Rico 00726-1713
Correo electrónico: comisionado.ed.especial@gmail.com

1

**Nombre del niño(a) o joven de educación especial:**

~~[redacted]~~ J.A.B.G.

**Núm. de registro (si lo conoce):**

24433691

**Núm. de SIE:**

24433691

**Fecha de Nacimiento**

[redacted]-2008

**Nombre de la escuela:**

Colegio Santa Gema

Carolina

**Madre**

Celeste M. Gomez Biamon

**Padre**

**Tutor**

**Encargado**

**Parentesco del encargado**

**Dirección (2)**

**Municipio**

San Juan

**Estado/Pais**

Puerto Rico

**Código Postal**

00929-969

**Teléfono**

(787) 602-8815

**Fax**

(787) 625-6530

**Correo electrónico (email)**

cmgb274@gmail.com

**Breve Relato:**

El menor f... registrado p... ... de Habla y Lenguaje. ... ... diagnostic... de dislexia. ... diante es... ... ... ... ... zacion del PEI ... 2017. El ... ... o con pre... ... un ... desde ... Se ... ali... ... luaci... nivel pri... ... pera d... DF ... ... con ser... ... ... ... rro ... no ... El ni mi... el CON... act... ... ue v... ... ... ... ios ... ... ... ... ... ... ... ... vicios n... podia... ... zar igual m... ay ... ... orma... tie... ... ... y va... pro... ito qu... cedula... e ve... ... unent... ado. P... plo... ... ner... enor n... recibi... ev... n de ... in... ... ti... vi... l... onal. ... studi... ne ... concep... ecu... n... oesti... igual indica... mo... ... de ... uad. El ... o ... conti... ... ... ... el e... ante. L... pias e... uvas ... fueror... mendad... ... ... nes n... ... de ... s. Ta... rec... nd... ... ter... us oc... nales ... ces c... se ... ... o an sido... stas. ... co ha... bido ... terapi... sicologic... lo cual es s... am... ... sari... ... ajar el pro... ... e aut... stima y ma... io de a... ied

**Diagnósti...**

Problemas de [...] [...]

### Servicios de educación que no le están o no le fueron brindados:

PEI
Evaluación

### Terapias (no recibidas):

[illegible]

### Otras, especifique

Educativas

En cuanto al menor, se ale[...] [...] [...] de sí mismo, llora mucho al est[...], ans[...],

En cuanto a los padres, [...]

Pérdida de ingresos
Pérdidas económicas

Niños, Niñas y Joven de Educacion Especial
Madre
Padre

### Seleccione las que apliquen

### Daños en el aprendizaje:

D[...]
[...]

### Gastos:

Gastos médicos
Gastos por terapias
Gastos por educación privada

### Identificar su representación legal (Escoja una alternativa)

Otra representación legal:

### Otra representacion legal

### Nombre

Lymaris Perez Rodriguez

### RUA

17273

### Dirección Postal

PO BOX 195287 San Juan, PR 00919-5287

### Número de Confirmación

353491078098297804

### Teléfono

(787) 625-6535

### Fax

(787) 625-6530

### E-mail

3

4