**EXHIBIT 2**



# FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO

## UNANIMOUS WRITTEN CONSENT APPROVING EXECUTION OF PRELIMINARY RESTRUCTURING SUPPORT AGREEMENT OF PUERTO RICO ELECTRIC POWER AUTHORITY

WHEREAS, on June 30, 2016, the federal Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA") was enacted; and

WHEREAS section 101 of PROMESA created the Financial Oversight and Management Board for Puerto Rico (the "Board"); and

WHEREAS, on July 2, 2017, FOMB filed a Title III petition on behalf of PREPA (the "Title III Case") in the United States District Court for the District of Puerto Rico; and

WHEREAS the FOMB is the representative of PREPA in the Title III Case pursuant to PROMESA Section 315(b); and

WHEREAS attached hereto as Exhibit A is a proposed Preliminary Restructuring Support Agreement (the "Agreement") to be entered into by and among: (i) Puerto Rico Electric Power Authority ("PREPA"), (ii) the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), in its capacity as fiscal agent and financial advisor for PREPA, (iii) the Board, (iv) the members of the Ad Hoc Group of PREPA Bondholders identified on Annex A thereto, as such members may change from time to time in accordance therewith, and (v) any other persons who beneficially own or control Uninsured Bonds (as defined therein) and are party to the Agreement or execute a joinder to the Agreement pursuant to Section 5 thereof; and

WHEREAS, after substantial deliberations and consultations with its advisors, the Board has determined to enter into the Agreement;

NOW, THEREFORE, IT IS HEREBY RESOLVED THAT the Board authorizes its Executive Director to execute the Agreement on behalf of the Board.

Dated: July 30, 2018 _____
José B. Carrión, Chair

Dated: July 30, 2018 _____
Andrew G. Biggs

Dated: July 30, 2018 _____
Carlos M. García

Dated: July 30, 2018 _____
Arthur J. González

Dated: July 30, 2018 _____
José R. González

Dated: July 30, 2018 _____
Ana J. Matosantos

Dated: July 30, 2018 _____
David A. Skeel, Jr.