**<u>EXHIBIT 3</u>**

| | |
|---|---|
| **From:** | Pratt, Simon (NYC) <simon.pratt@rothschild.com> |
| **Sent:** | Friday, September 14, 2018 3:17 PM |
| **To:** | Fontanes Gomez, Fermin (AAPP) |
| **Subject:** | FW: Todd Filsinger invited you to "Transformation update and RSA discussion". |
| **Attachments:** | iCal-20180912-214338.ics |

Sent with BlackBerry Work (www.blackberry.com)

**From:** Todd Filsinger <noreply@email.apple.com>
**Sent:** Sep 13, 2018 12:44 AM
**To:** "Pratt, Simon (NYC)" <simon.pratt@rothschild.com>
**Subject:** Todd Filsinger invited you to "Transformation update and RSA discussion".



# Todd Filsinger invited you to "Transformation update and RSA discussion".

when    Wednesday, September 19, 2018, 9:00 AM AST - 10:30 AM AST

location    PREPA CEO Conference Room, 8th Floor

invitees    Amyn.Moolji@treasury.gov, Bradley.Wendt@treasury.gov,
FERNANDO.PADILLA@prepa.com, alejandro.figueroa@promesa.gov,
frederic.chapados@citi.com, garyg@filsingerenergy.com, john.c.gavin@citi.com,
mattl@filsingerenergy.com, nathanp@filsingerenergy.com,
nelson.morales@prepa.com and you.
See replies...

note    Discussion with CITI, PREPA and UST on RSA, Transformation and financial model.



Accept

Decline

Maybe

Don't recognize this sender? Report Junk.

1



iCloud is a service provided by Apple. Apple ID | Support | Terms and Conditions | Privacy Policy
Copyright © 2018 Apple Inc. One Apple Park Way, Cupertino, CA 95014 USA. All rights reserved.



This message and any attachments are for the intended recipient's use only. This message may contain confidential, proprietary or legally privileged information. No right to confidential or privileged treatment of this message is waived or lost by an error in transmission. If you have received this message in error, please immediately notify the sender by e-mail, delete the message, any attachments and all copies from your system and destroy any hard copies. You must not, directly or indirectly, use, disclose, distribute, print or copy any part of this message or any attachments if you are not the intended recipient.

2

Professionals' Eyes Only

PRP3-00057402