**EXHIBIT 4**

# Christian Sobrino appears on the Whatsapp chat

The [government] official states that he did not participate in the creation or administration of the account that is focus of the CEE (Comisión Estatal de Elecciones [State Elections Commission]) scandal

Melissa Correa Velázquez, EL VOCERO 02/28/2018



EL VOCERO / Archive

The president of the Banco Gubernamental de Fomento [Government Development Bank] (BGF), representative of the governor Ricardo Rosselló before the Federal Fiscal Control Board and president of the board of the Autoridad de Asesoría Financiera y Agencia Fiscal [Fiscal Agency and Financial Advisory Authority] (Aafaf), Christian Sobrino, is another one of the attorneys included in the controversial WhatsApp chat that caused a scandal in the State Elections Commission (CEE).

Sources of **EL VOCERO** had offered the information and last night the same was confirmed by Sobrino by an authorized statement issued by La Fortaleza.

"Prior to my appointment and entry into public service, and while I was an attorney in the private sector, I participated in the campaign of governor Ricardo Rosselló Nevares for the primaries of the Partido Nuevo Progresista [New Progressive Party] and later for

the general elections. As a result of my participation in the tourism aspect of the Plan for Puerto Rico, at one time I was included in the #TeamP3R-coffee break" chat, the official stated.

He explained that "I was not the creator or administrator" and that "during the time when I was included on the chat, I did not follow it actively and my participation was limited and brief. For this reason, I recall leaving that chat a very long time ago."

**"I also do not know... the judge"**

Similarly, he clarified that "I also do not personally know judge Rafael Ramos Sáenz. I also take this opportunity to make it clear that any investigation in progress in regards to this subject has my availability and cooperation."

The chat at issue was created by the Deputy Chief of Staff, Itza García, during the past electoral campaign, when she led the platform committee or Rosselló's Plan for Puerto Rico.

Last week this newspaper informed that ten attorneys form part of the chat and that two of them are close to La Fortaleza (Governor's Mansion). According to the sources, several of them exchanged messages.

Among the attorneys whose names, before Sobrino, have become publicly known are the director of the Administración para el Sustento de Menores [Administration for the Sustenance of Minors] (Asume), Waleska Maldonado; the attorney/solicitor general Luis Román Negrón; the adviser to La Fortaleza Yesenia Díaz; the Chief of Staff, William Villafañe, and the suspended judge and now former president of the CEE, Ramos Sáenz.

Other persons added to the chat are the former director of the Agencia Estatal para el Manejo de Emergencias [State Emergency Management Agency], Abner Gómez; the secretary of Agriculture, Carlos Flores; the Insurance Commissioner, Javier Rivera

Ríos; the interim executive director of the Autoridad de Energía Eléctrica [Electric Power Authority] (AEE), Justo González, and the third vice president of the Autoridad de Acueductos y Alcantarillados [Aqueduct and Sewer System Authority] (AAA), Yoaniel Ramos.

Chronology of Facts



**2018**

**January 8**
The governor, Ricardo Rosselló, designated the judge of the Court of First Instance, Rafael Ramos Sáenz, as new president of the CEE.

**February 5**
The PDP senator Aníbal José Torres, showed some messages through the WhatsApp application in which Ramos Sáenz allegedly violated the rules of ethics of the judiciary by actively participating in a political group.

**February 6**
The president of the CEE, Ramos Sáenz, resigned from his position.

**February 7**
The Secretary of Justice notified the OPFEI that the Department of Justice had initiated a preliminary investigation due to allegations against the judge.

**February 8**
The governor offered support to those implicated on the message as a group that also form a party of his office.

**February 9**
The Department of Justice started to call witnesses in relation to the preliminary investigation against the former president of the CEE.

**February 11**
The president of the PPD [Popular Democratic Party], Héctor Ferrer Ríos, filed a complaint at the federal level in which he requested an investigation of the scandal in the CEE

**February 13**
The PDP senator Aníbal José Torres appeared at the Department of Justice.

**February 14**
The federal prosecutor Rosa Emilia Rodríguez referred the complaint filed by the president of the PPD to the Federal Bureau of Investigation (FBI)

**February 14**
The government officials involved in the case of the former president of the CEE did not attend an executive meeting at the Senate to respond about his participation in the chat.

**February 19**
Rosselló justified not having t taken precautionary measures with the members of his office that participated in a group message

**February 22**
The former PNP [New Progressive Party] election commissioner, Aníbal Vega Borges and the current commissioner, Norma Burgos, appeared at the Department of Justice, as part of the investigation against the suspended judge.

**May 2**
Department of Justice concludes and refers investigation related to the "WhatsApp" chat

**Possible crimes**

The Department of Justice investigates possible crimes committed by judge Ramos Sáenz while he also served as president of the Junta de Inscripción Permanente [Permanent Registration Board] (JIP) of Moca. Until now, the attorney Díaz, the PDP senator Aníbal José Torres, the PNP election commissioner, Norma Burgos, and her predecessor, Aníbal Vega Borges, have appeared at interviews at Justice.

In addition to Justice, the chat in dispute is investigated by the Office of Government Ethics (OGE) and preliminarily by the Federal Bureau of Investigation (FBI).

Last February 5, senator Torres publicly disclosed the text messages during a press conference. The legislator stated that a PNP party member who she did not identify informed her about the existence of the chat.

The exchange of messages was related to early voting by people at home while Ramos Sáenz was president of the JIP of Moca. The messages presumably leave it to be discovered that the judge not only actively participated in political activities, but that, in addition, as a part of his duties as president of the JIP he consulted determinations with PNP colleagues.



STATE OF NEW YORK
CITY OF NEW YORK
COUNTY OF NEW YORK

### CERTIFICATION

I, NAME, as an employee of TransPerfect Translations, Inc., do hereby certify, to the best of my knowledge and belief, that the provided Spanish into English translation(s) of the source document(s) listed below are true and accurate:

- *Christian Sobrino figura en el chat de Whatsapp*

TransPerfect Translations, Inc., a translation organization with over 90 offices on six continents, is a leader in professional translations. TransPerfect Translations, Inc. has over twenty-five years experience translating into the above language pair, its work being accepted by business organizations, governmental authorities and courts throughout the United States and internationally.

TransPerfect Translations, Inc. affirms that the provided translation was produced in according to our ISO 9001:2015 and ISO 17100:2015 certified quality management system, and also that the agents responsible for said translation(s) are qualified to translate and review documents for the above language pair, and are not a relation to any of the parties named in the source document(s).

_____
Aurora Landman, Project Assistant

Sworn to before me this
Monday, June 10, 2019

_____
Authorized Signature



LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 40TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE