# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>     as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>     as representative of<br><br>The Puerto Rico Electric Power Authority,<br><br>        Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 04780-LTS<br><br>**Court Filing Relates Only to PREPA and Shall Only be Filed in Case No. 17 BK 4780-LTS** |

### ORDER GRANTING URGENT MOTION OF AD HOC GROUP OF PREPA BONDHOLDERS TO FILE UNDER SEAL UNREDACTED OPPOSITION TO UNSECURED CREDITORS COMMITTEE'S OMNIBUS MOTION <u>TO COMPEL PRODUCTION OF DOCUMENTS</u>

This matter is before the Court on the *Urgent Motion of Ad Hoc Group of PREPA Bondholders to File Under Seal Unredacted Opposition to Unsecured Creditors Committee's Omnibus Motion to Compel Production of Documents* (the "Motion to Seal")[2] (Dkt. No. 1305 in

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

17-BK-4780; Dkt. No. 7335 in 17-BK-3283).  Finding good cause for the requested relief, the

Motion to Seal is ALLOWED in accordance with the following:

1. The Ad Hoc Group is authorized to file under seal an unredacted version of the
   Objection.

2. The Clerk of the Court will provide the Ad Hoc Group, the Committee, and the Oversight
   Board access to the sealed materials through their counsel of record.

This order resolves Dkt. No. 1305 in 17-BK-4780 and Dkt. No. 7335 in 17-BK-3283.

Dated: June 11, 2019

/s/ Judith G. Dein
HONORABLE JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE

---

[2] Capitalized terms not defined in this Order shall have the meanings given to such terms in the Motion to Seal.