**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.,*<br><br>    Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA Title III<br><br>Case No. 17 BK 4780-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, as representative of
PUERTO RICO ELECTRIC POWER AUTHORITY, and
PUERTO RICO FISCAL AGENCY AND FINANCIAL
ADVISORY AUTHORITY,

                              Movants,

v.

OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
*et al*.

                              Respondents.

OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
CORTLAND CAPITAL MARKET SERVICES LLC, AS
ADMINISTRATIVE AGENT, SOLA LTD, SOLUS
OPPORTUNITIES FUND 5 LP, ULTRA MASTER LTD,
and ULTRA NB LLC,

                              Movants,

v.

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO, as representative of
PUERTO RICO ELECTRIC POWER AUTHORITY, and
PUERTO RICO FISCAL AGENCY AND FINANCIAL
ADVISORY AUTHORITY,

                              Respondents.

**INFORMATIVE MOTION OF CITIGROUP GLOBAL MARKETS INC.
REGARDING JUNE 14, 2019 HEARING ON MOTIONS TO COMPEL**

To the Honorable United States Magistrate Judge Judith Gail Dein:

Pursuant to the Court's Order Regarding Procedures for June 14, 2019 Hearing [ECF No. 7259], Citigroup Global Markets Inc. ("Citi") respectfully states as follows:

    **1.** Citi will be in attendance in Boston to present oral argument on any relevant matters at the hearing on **June 14, 2019 at 1:00 p.m. (AST)**.

2

2. <u>Meghan K. Spillane</u> will be in attendance in Boston to represent Citi on any matters relating to the Official Committee of Unsecured Creditors' motion to compel.

3. <u>Party for which counsel will appear:</u>  Citi.

June 11, 2019

Respectfully submitted,

**GOODWIN PROCTER LLP**

/s/ Meghan K. Spillane
Marshall H. Fishman (*pro hac vice*)
Meghan K. Spillane (*pro hac vice*)
620 Eighth Avenue
New York, New York 10018
Tel.: (212) 813-8800
Email: MFishman@goodwinlaw.com
          MSpillane@goodwinlaw.com

**O'NEILL & BORGES LLC**

/s/ DRAFT
Hermann D. Bauer
USDC No. 215205
Daniel Perez-Refojos
USDC No. 303909
Gabriel A. Miranda Rivera
USDC No. 306704
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944
Email: hermann.bauer@oneillborges.com
          daniel.perez@oneillborges.com
          gabriel.miranda@oneillborges.com

*Attorneys for Citigroup Global Markets Inc.*

3