**Participant Name and Contact Information**

RALPH M MORALES
_____
Participant Name

_____
Contact Person (if Participant is not an individual)

rmenendezmorales@gmail.com
_____
Email Address

505 JONATHON CT
_____
Address line 1

_____
Address line 2

EGG HARBOR TOWNSHIP, NJ 08234
_____
City, State Zip Code

USA
_____
Country

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____
Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

RECEIVED & FILED
2019 JUN -7 PM 5: 29
OFFICE
DISTRICT COURT
SAN JUAN, P.R.

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____   intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

__X__   intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.   If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

(b)   Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market?  YES or NO (please **circle one**).

By: _____
Signature

RALPH M MORALES
_____
Print Name

_____
Title (if Participant is not an Individual)

6/3/2019
_____
Date

2

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Ralph Morales
505 Jonathon Ct.
Egg Harbor Township, NJ  08234

RECEIVED & FILED
2019 JUN -7  PM 5: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States
District Court for the District of P.R.
Room 150 Federal Bldg.
150 Carlos Chandon Ave
San Juan, P.R.   00918-1767

0091881703 C018

\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [DATE THAT IS
SIXTY DAYS FROM ENTRY OF ORDER]\*

RECEIVED & FILED

2019 JUN -7 PM 5: 31

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- X
                                       :

In re:                                   :

                                       :

THE FINANCIAL OVERSIGHT AND     :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :  Title III

                                       :

           as representative of         :  Case No. 17-BK-3283 (LTS)

                                       :

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :  (Jointly Administered)

                                       :

           Debtors.[1]               :
---------------------------------------------------------------------- X

**NOTICE OF PARTICIPATION IN OBJECTIONS OF OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND
BANKRUPTCY RULE 3007, TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN 2011
COMMONWEALTH GENERAL OBLIGATION BONDS**

       **This Notice of Participation must be served and filed no later than [sixty days from entry of
order] in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Official Committee of Unsecured
Creditors (the "Committee") that it intends to participate in the litigation of the Committee's objection,
dated May 21, 2019 [Dkt. No. 7057] (the "2011 GO Objection"), to claims filed or asserted by holders of
certain 2011 general obligation bonds (the "2011 GO Bonds"), which objects to all claims that have been
or may be asserted against the Commonwealth of Puerto Rico (the "Commonwealth") because such 2011
GO Bonds are invalid. Even if you filed a Notice of Participation in connection with the objection filed
with respect to Commonwealth general obligations issued in 2012 or 2014, you still must file a Notice of
Participation with respect to the 2011 GO Objection.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico
Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of
Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case
No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last
Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy
Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as
Bankruptcy Case numbers due to software limitations).

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Joe Reiman* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *N/A* | |
| Email Address | Email Address |
| *1909 Westchester ST* | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| *Denton, TX 76201* | |
| City, State Zip Code | City, State Zip Code |
| *USA* | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

　　　　✓　intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

　　　　＿＿＿＿intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.      If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

　　　　(a)　Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

　　　　(b)　Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Joe Reiman*
　Signature

　*Joe Reiman*
　Print Name

　＿＿＿＿＿＿＿＿＿＿＿
　Title (if Participant is not an Individual)
　*6/4/19*
　Date

# STIFEL

Stifel, Nicolaus & Company, Incorporated
320 West Eagle Drive
Suite 101
Denton, Texas 76201

NORTH TEXAS TX P&DC
DALLAS TX 750
4 JUN 2019 PM 10 L



UNITED STATES POSTAGE
PITNEY BOWES
$ 001.50⁰
02 1P
0003211975         JUN 04 2019
MAILED FROM ZIP CODE 76201

The Clerk of the United States Dis. Court
For the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, P R
00918-1767