**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [DATE THAT IS
SIXTY DAYS FROM ENTRY OF ORDER]\***

RECEIVED & FILE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

JUN 10 PM 5: 26

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

------------------------------------------------------------------- X

In re:                                                              :
                                                                    :
THE FINANCIAL OVERSIGHT AND                                         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                   :   Title III
                                                                    :
    as representative of                        :   Case No. 17-BK-3283 (LTS)
                                                                    :
THE COMMONWEALTH OF PUERTO RICO *et al.,*                           :   (Jointly Administered)
                                                                    :
    Debtors.[1]                                  :
------------------------------------------------------------------- X

**NOTICE OF PARTICIPATION IN OBJECTIONS OF OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND
BANKRUPTCY RULE 3007, TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN 2011
COMMONWEALTH GENERAL OBLIGATION BONDS**

      **This Notice of Participation must be served and filed no later than [sixty days from entry of
order] in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Official Committee of Unsecured
Creditors (the "Committee") that it intends to participate in the litigation of the Committee's objection,
dated May 21, 2019 [Dkt. No. 7057] (the "2011 GO Objection"), to claims filed or asserted by holders of
certain 2011 general obligation bonds (the "2011 GO Bonds"), which objects to all claims that have been
or may be asserted against the Commonwealth of Puerto Rico (the "Commonwealth") because such 2011
GO Bonds are invalid.  Even if you filed a Notice of Participation in connection with the objection filed
with respect to Commonwealth general obligations issued in 2012 or 2014, you still must file a Notice of
Participation with respect to the 2011 GO Objection.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico
Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of
Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case
No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last
Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy
Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as
Bankruptcy Case numbers due to software limitations).

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|

VINCENT MAZZELLA
SUSAN MAZZELLA

Participant Name | Firm Name (if applicable)

Contact Person (if Participant is not an individual) | Contact Person

Email Address | Email Address

11 ANTHONY CIRCLE

Address line 1 | Address line 1

Address line 2 | Address line 2

MANCHESTER NJ 08151

City, State Zip Code | City, State Zip Code

USA

Country | Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____   intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

__X__   intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.   If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant: Cusip# ·74514LXG7

(b)   Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: *Vincent Mazzella*
    *Susan Mazzella*
Signature
VINCENT MAZZELLA
SUSAN MAZZELLA
Print Name

Title (if Participant is not an Individual)
JUNE 4, 2019
Date

2



**CERTIFIED MAIL**

7018 2290 0001 1130 7374



THE CLERK OF THE UNITED STATES
DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO, ROOM 150
FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN PUERTO RICO 00918-1767

U.S. POSTAGE PAID
LCM LETTER
LYNDHURST, NJ
JUN 04 19
AMOUNT
$0.00
R2303S104391-07

00918※81600

Manchester New Jersey 08759

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [DATE THAT IS SIXTY DAYS FROM ENTRY OF ORDER]\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

```
----------------------------------------------------------------- X
                                              :
In re:                                        :
                                              :
THE FINANCIAL OVERSIGHT AND                   :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,             :   Title III
                                              :
        as representative of                  :   Case No. 17-BK-3283 (LTS)
                                              :
THE COMMONWEALTH OF PUERTO RICO et al.,       :   (Jointly Administered)
                                              :
        Debtors.¹                             :
----------------------------------------------------------------- X
```

**NOTICE OF PARTICIPATION IN OBJECTIONS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007, TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN 2011 COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than [sixty days from entry of order] in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors (the "Committee") that it intends to participate in the litigation of the Committee's objection, dated May 21, 2019 [Dkt. No. 7057] (the "2011 GO Objection"), to claims filed or asserted by holders of certain 2011 general obligation bonds (the "2011 GO Bonds"), which objects to all claims that have been or may be asserted against the Commonwealth of Puerto Rico (the "Commonwealth") because such 2011 GO Bonds are invalid. Even if you filed a Notice of Participation in connection with the objection filed with respect to Commonwealth general obligations issued in 2012 or 2014, you still must file a Notice of Participation with respect to the 2011 GO Objection.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

---

¹ The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

MANI _ AYYAR
_____
Participant Name                                      _____
                                                      Firm Name (if applicable)

_____                      _____
Contact Person (if Participant is not an individual)  Contact Person

mayyar29@gmail.com
_____                      _____
Email Address                                         Email Address

18816 TUGGLE AVE
_____                      _____
Address line 1                                        Address line 1

_____                      _____
Address line 2                                        Address line 2
CUPERTINO, CA 95014
_____                      _____
City, State Zip Code                                  City, State Zip Code
USA
_____                      _____
Country                                               Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

      ✓ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.      If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)     Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:
        74514LZL4, 74514LZM2, 74514LWQ6, 74514LWR4
    (b)     Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

MANI AYYAR
_____
Print Name

_____
Title (if Participant is not an Individual)

Date 6/6/2019
_____

2

M. Ayyar
18816 Tuggle Ave
Cupertino, CA 95014





CERTIFIED MAIL

7018 1830 0000 3975 5986

U.S. POSTAGE PAID
FCM LETTER
RENO, NV
89510
JUN 06 19
AMOUNT
$4.05
R2304W119961-40

1020

00918

RECEIVED
2019 JUN 10  PM 5:26
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

Clerk of the US Distr. court for Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

00918017O3 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [DATE THAT IS SIXTY DAYS FROM ENTRY OF ORDER]\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------- X

In re:                                                                      :

THE FINANCIAL OVERSIGHT AND                      :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        :      Title III
                                                                             :
               as representative of                              :      Case No. 17-BK-3283 (LTS)
                                                                             :
THE COMMONWEALTH OF PUERTO RICO *et al.*,   :      (Jointly Administered)
                                                                             :
               Debtors.[1]                                           :
-------------------------------------------------------------------- X

### NOTICE OF PARTICIPATION IN OBJECTIONS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007, TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN 2011 COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than [sixty days from entry of order] in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Official Committee of Unsecured Creditors (the "<u>Committee</u>") that it intends to participate in the litigation of the Committee's objection, dated May 21, 2019 [Dkt. No. 7057] (the "<u>2011 GO Objection</u>"), to claims filed or asserted by holders of certain 2011 general obligation bonds (the "<u>2011 GO Bonds</u>"), which objects to all claims that have been or may be asserted against the Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") because such 2011 GO Bonds are invalid. Even if you filed a Notice of Participation in connection with the objection filed with respect to Commonwealth general obligations issued in 2012 or 2014, you still must file a Notice of Participation with respect to the 2011 GO Objection.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.        Participant's contact information, including email address, and that of its counsel, if any:

---

[1]        The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Howard Elconin | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| helconin2@gmail.com | |
| Email Address | Email Address |
| 3724 Eagle Hammock Drive | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| Sarasota, FL 34240 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

      \_\_X\_\_ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.      If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)      Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

    (b)      Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: Howard Elconin
    Signature

    Howard Elconin
    Print Name

    _____
    Title (if Participant is not an Individual)
    6/4/19
    Date

2

**Howard Elconin**
3724 Eagle Hammock Dr.
Sarasota, FL  34240



TAMPA FL 335
SAINT PETERSBURG FL
05 JUN 2019 PM 7 L

RECEIVED & FILED
2019 JUN 10  PM 5: 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United States District
Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico  00918-1767

00918-170625

***THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [DATE THAT IS SIXTY DAYS FROM ENTRY OF ORDER]***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------- X
                                                              :
In re:                                                        :
                                                              :
THE FINANCIAL OVERSIGHT AND                                   :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                             :   Title III
                                                              :
          as representative of                                :   Case No. 17-BK-3283 (LTS)
                                                              :
THE COMMONWEALTH OF PUERTO RICO et al.,                       :   (Jointly Administered)
                                                              :
          Debtors.[1]                                         :
------------------------------------------------------------- X
```

### NOTICE OF PARTICIPATION IN OBJECTIONS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007, TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN 2011 COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than [sixty days from entry of order] in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors (the "Committee") that it intends to participate in the litigation of the Committee's objection, dated May 21, 2019 [Dkt. No. 7057] (the "2011 GO Objection"), to claims filed or asserted by holders of certain 2011 general obligation bonds (the "2011 GO Bonds"), which objects to all claims that have been or may be asserted against the Commonwealth of Puerto Rico (the "Commonwealth") because such 2011 GO Bonds are invalid. Even if you filed a Notice of Participation in connection with the objection filed with respect to Commonwealth general obligations issued in 2012 or 2014, you still must file a Notice of Participation with respect to the 2011 GO Objection.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.       Participant's contact information, including email address, and that of its counsel, if any:

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Participant Name and Contact Information**          **Counsel Contact Information (if any)**

*Robert Turner*
_____                              _____
Participant Name                                     Firm Name (if applicable)

_____                              _____
Contact Person (if Participant is not an individual)  Contact Person


_____                              _____
Email Address                                        Email Address

*1304- Meredith Dr*
_____                              _____
Address line 1                                       Address line 1


_____                              _____
Address line 2                                        Address line 2
*Bismarck, ND 58501*
_____                              _____
City, State Zip Code                                 City, State Zip Code
*USA.*
_____                              _____
Country                                              Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objections (i.e., Participant
believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

      __X__ intends to **oppose** the relief requested in the Objections (i.e., Participant
believes that the Court should find that the 2011 GO Bonds are **valid**)

3.    If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If
Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following
paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:
                       *745142 - B6 - 3*
    (b)    Did Participant purchase any of its 2011 GO Bonds in whole or in part on the
secondary market? (**YES**) or **NO** (please **circle one**).

By: _____
    Signature
*Robert L Turner*
_____
Print Name


_____
Title (if Participant is not an Individual)
*6/4/19*
_____
Date

2

# STIFEL

Stifel, Nicolaus & Company, Incorporated
1400 West Century Avenue
Bismarck, North Dakota 58503



PRESORTED
FIRST CLASS

U.S. POSTAGE PITNEY BOWES

ZIP 58504
02 4W
0000340427 JUN 04 2019

$ 000.42<sup>8</sup>

The Clerk of the United States
District Court for the
District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan PR 00918-1767

ELZ-SMB  00918

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [DATE THAT IS SIXTY DAYS FROM ENTRY OF ORDER]\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

```
--------------------------------------------------------------------- X
                                                    :
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :   Title III
                                                    :
        as representative of                        :   Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,             :   (Jointly Administered)
                                                    :
        Debtors.[1]                                 :
--------------------------------------------------------------------- X
```

RECEIVED & FILED
2019 JUN 10 PM 5: 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

### NOTICE OF PARTICIPATION IN OBJECTIONS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007, TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN 2011 COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than [sixty days from entry of order] in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors (the "Committee") that it intends to participate in the litigation of the Committee's objection, dated May 21, 2019 [Dkt. No. 7057] (the "2011 GO Objection"), to claims filed or asserted by holders of certain 2011 general obligation bonds (the "2011 GO Bonds"), which objects to all claims that have been or may be asserted against the Commonwealth of Puerto Rico (the "Commonwealth") because such 2011 GO Bonds are invalid.  Even if you filed a Notice of Participation in connection with the objection filed with respect to Commonwealth general obligations issued in 2012 or 2014, you still must file a Notice of Participation with respect to the 2011 GO Objection.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and  (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Participant Name and Contact Information**

SHEN T LIU & TAMMY T LIU FAMILY TRUST
Participant Name        UA072114

SHEN T LIU
Contact Person (if Participant is not an individual)

LIUXTS@GMAIL.COM
Email Address

9318 SADDLEBACK LEDGE AVE.
Address line 1

_____
Address line 2

LAS VEGAS, NV 89149
City, State Zip Code

USA
Country

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____
Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.   If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

(b)   Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
Signature

SHEN T LIU
Print Name

_____
Title (if Participant is not an Individual)

6/5/19
Date

2

74514LYW1 PUERTO RICO COMWLTH 5.75% 7/1/2041 25,000 07/05/11 1.00 25,001.13 -- -3.86 0.6698 16,744.00 -8,257.13 -33.03 Long

**Shen T. Liu**
8318 Saddleback Ledge
Las Vegas, NV 89147-5005



LAS VEGAS NV 890

06 JUN 2019 PM 3 L

RECEIVED & FILED
2019 JUN 10 PM 5:26
CLERK.S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R

THE CLERK OF THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

ROOM 150 FEDERAL BUILDING

150 CARLO CHARDON AVENUE

SAN JUAN, PR 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [DATE THAT IS SIXTY DAYS FROM ENTRY OF ORDER]\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 JUN 10  PM 5: 26

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, PR

```
-------------------------------------------------------------------- X
                                                      :
In re:                                                :
                                                      :
THE FINANCIAL OVERSIGHT AND                           :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                     :  Title III
                                                      :
        as representative of                          :  Case No. 17-BK-3283 (LTS)
                                                      :
THE COMMONWEALTH OF PUERTO RICO et al.,               :  (Jointly Administered)
                                                      :
        Debtors.¹                                     :
                                                      :
-------------------------------------------------------------------- X
```

### NOTICE OF PARTICIPATION IN OBJECTIONS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007, TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN 2011 COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than [sixty days from entry of order] in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors (the "Committee") that it intends to participate in the litigation of the Committee's objection, dated May 21, 2019 [Dkt. No. 7057] (the "2011 GO Objection"), to claims filed or asserted by holders of certain 2011 general obligation bonds (the "2011 GO Bonds"), which objects to all claims that have been or may be asserted against the Commonwealth of Puerto Rico (the "Commonwealth") because such 2011 GO Bonds are invalid.  Even if you filed a Notice of Participation in connection with the objection filed with respect to Commonwealth general obligations issued in 2012 or 2014, you still must file a Notice of Participation with respect to the 2011 GO Objection.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| Participant Name and Contact Information | Counsel Contact Information (if any) |
|---|---|
| *BERNARD PEARLMAN* | *NONE* |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| *15 WEST 72ND ST (22H)* | |
| Address line 1 | Address line 1 |
| *NEW YORK, NY 10023* | |
| Address line 2 | Address line 2 |
| | |
| City, State Zip Code | City, State Zip Code |
| *US* | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.    If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

(b)    Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Bernard Pearlman*    74514 LZL4
Signature

*BERNARD PEARLMAN*
Print Name

_____
Title (if Participant is not an Individual)
*6/6/19*
Date

2



NEW YORK
NY 100
07 JUN '19
PM 131

CLERK OF THE U.S. DISTRICT COURT

DISTRICT OF PUERTO RICO

FEDERAL BUILDING ( ROOM 150)

150 CARLOS CHARDON AVENUE

SAN JUAN P.R. 00918-170399

Bernard Pearlman
15 W. 72nd St. APT. 22H
New York, NY 10023

RECEIVED
2019 JUN 10 PM 5:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.



P

**Participant Name and Contact Information**

ROBERT S. NOWIE
Participant Name

_____
Contact Person (if Participant is not an individual)

roberthrsn@gmail.com
Email Address

73461 HAYSTACK ROAD
Address line 1

_____
Address line 2

PALM DESERT, CA 92260
City, State Zip Code

USA
Country

**Counsel Contact Information (if any)**

RECEIVED & FILE
2019 JUN 10  PM 5: 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____
Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.     If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:
74514LB89      745220EZ2   745220JQ7
(b)     Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market?  YES or NO (please **circle one**).

By: _____
Signature

ROBERT S. NOWIE
Print Name

_____
Title (if Participant is not an Individual)

6-6-2019
Date

2



Mr. Robert Nowie
73461 Haystack Rd.
Palm Desert, CA 92260

CLERK OF U.S. DISTRICT COURT FOR THE DISTRICT
OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN PR 00918-1767

00918-170625

\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [DATE THAT IS SIXTY DAYS FROM ENTRY OF ORDER]\*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
RECEIVED & FILED
2019 JUN 10 PM 5: 26
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.
```

```
-------------------------------------------------------------------- X
                                                    :
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :   Title III
                                                    :
        as representative of                        :   Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,             :   (Jointly Administered)
                                                    :
        Debtors.[1]                                 :
-------------------------------------------------------------------- X
```

### NOTICE OF PARTICIPATION IN OBJECTIONS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007, TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN 2011 COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than [sixty days from entry of order] in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors (the "Committee") that it intends to participate in the litigation of the Committee's objection, dated May 21, 2019 [Dkt. No. 7057] (the "2011 GO Objection"), to claims filed or asserted by holders of certain 2011 general obligation bonds (the "2011 GO Bonds"), which objects to all claims that have been or may be asserted against the Commonwealth of Puerto Rico (the "Commonwealth") because such 2011 GO Bonds are invalid. Even if you filed a Notice of Participation in connection with the objection filed with respect to Commonwealth general obligations issued in 2012 or 2014, you still must file a Notice of Participation with respect to the 2011 GO Objection.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

---

[1]     The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| ROGER R. OLDENBURG<br>PATRICIA L. OLDENBURG<br>Participant Name | Firm Name (if applicable) |
| Contact Person (if Participant is not an individual) | Contact Person |
| NONE<br>Email Address | Email Address |
| 2311 W. TRIPOLI AVE.<br>MILWAUKEE, WI. 53221<br>Address line 1 | Address line 1 |
| SAME<br>Address line 2 | Address line 2 |
| City, State Zip Code | City, State Zip Code |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

   X   intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.    If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

              NONE

    (b)    Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: *Patricia S. Oldenburg*
*Roger R. Oldenburg*
    Signature
*Patricia L. Oldenburg*
ROGER R. OLDENBURG
Print Name

Title (if Participant is not an Individual)
6-5-2019
Date

2

ROGER R. OLDENBURG
2311 W. TRIPOLI AVE.
MILWAUKEE, WI. 53221

MILWAUKEE WI 530

07 JUN 2019 PM 6 L



RECEIVED & FILED
2019 JUN 10  PM 5:26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

THE CLERK OF THE UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF PUERTO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, P.R. 00918-1767

00918-170625

**Participant Name and Contact Information**

LORA   G   ROSNER
_____
Participant Name

_____
Contact Person (if Participant is not an individual)

LORAROSNER3 @ hotmail.com
_____
Email Address

7801 34th Avenue
_____
Address line 1

Apt 57
_____
Address line 2

Jackson Heights   NY 11372
_____
City, State Zip Code

USA
_____
Country

**Counsel Contact Information (if any)**

RECEIVED
2019 JUN 10  PM 5: 26
U.S. DISTRICT OFFICE

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____
Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); or

✓ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.    If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

    (b)    Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Lora C. Rosner_____
     Signature

LORA  G  ROSNER
_____
Print Name

_____
Title (if Participant is not an Individual)

5-31-19
_____
Date

2



Lora Rosner
7801 34th Ave Apt 67
Jackson Hts, NY 11372-2434

NEW YORK NY 100
13 JUN 2019 PM 8 L

00918-241250

The Clerk of the US District Court for the District
of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan PR 00918-1767

**Participant Name and Contact Information**

*Sam Allison*
Participant Name

_____
Contact Person (if Participant is not an individual)

*sallison4@ymail.com*
Email Address

*8298 Cypress Dr. N*
Address line 1

_____
Address line 2

*Fort Myers, Fl 33967*
City, State Zip Code

*USA*
Country

**Counsel Contact Information**

RECEIVED
2019 JUN 10 PM 5:26
CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____
Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**.

___✓___ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.    If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge:

    (a)    Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:
        *74514LWQ6*
    (b)    Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**)

By: *H Allison*
Signature

*Sam Allison*
Print Name:

_____
Title (if Participant is not an Individual)

*06/04/2019*
Date



A

Sam Allison
8908 Cypress Dr. N.
Fort Myers, FL 33967-5259

FOREVER / USA

The Clerk of the United States District Court
For the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

0091831703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [DATE THAT IS SIXTY DAYS FROM ENTRY OF ORDER]\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------- X
                                                               :
In re:                                                         :
                                                               :
THE FINANCIAL OVERSIGHT AND                                    :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                              :   Title III
                                                               :
            as representative of                               :   Case No. 17-BK-3283 (LTS)
                                                               :
THE COMMONWEALTH OF PUERTO RICO et al.,                        :   (Jointly Administered)
                                                               :
            Debtors.[1]                                        :
                                                               :
-------------------------------------------------------------- X
```

### NOTICE OF PARTICIPATION IN OBJECTIONS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007, TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN 2011 COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than [sixty days from entry of order] in accordance with the instructions set forth at the end of this document.**

The party identified below ("<u>Participant</u>") hereby advises the Official Committee of Unsecured Creditors (the "<u>Committee</u>") that it intends to participate in the litigation of the Committee's objection, dated May 21, 2019 [Dkt. No. 7057] (the "<u>2011 GO Objection</u>"), to claims filed or asserted by holders of certain 2011 general obligation bonds (the "<u>2011 GO Bonds</u>"), which objects to all claims that have been or may be asserted against the Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") because such 2011 GO Bonds are invalid. Even if you filed a Notice of Participation in connection with the objection filed with respect to Commonwealth general obligations issued in 2012 or 2014, you still must file a Notice of Participation with respect to the 2011 GO Objection.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Participant Name and Contact Information**

_Gerald L. Langerman_
Participant Name

_____
Contact Person (if Participant is not an individual)

_N/A_
Email Address

_121 Highway 15_
Address line 1

_____
Address line 2

_Fenton IA 50539_
City, State Zip Code

_USA_
Country

**Counsel Contact Information (if any)**

_Angeline M Langerman_
Firm Name (if applicable)

_____
Contact Person

_N/A_
Email Address

_121 Highway 15_
Address line 1

_____
Address line 2

_Fenton, IA 50539_
City, State Zip Code

_USA_
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **invalid**); _or_

__X__ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.    If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

(b)    Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? **YES** or **NO** please **circle one**).

By: _Gerald L. Langerman_        _Angeline M Langerman_
      Signature

_GERALD L. LANGERMAN_        _Angeline M Langerman_
Print Name

_____
Title (if Participant is not an Individual)

_June 4, 2019_        _June 4, 2019_
Date

2

SRF 31030

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 JUN 10  PM 5: 26
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN PR

---------------------------------------------------X
                                                   :
In re:                                             :
                                                   :
THE FINANCIAL OVERSIGHT AND                        :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                  :    Title III
                                                   :
        as representative of                       :    Case No. 17-BK-3283 (LTS)
                                                   :
THE COMMONWEALTH OF PUERTO RICO *et al.,*           :    (Jointly Administered)
                                                   :
        Debtors.                                   :
---------------------------------------------------X

NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784] (the "Objection"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "Challenged GO Bonds") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Susan Raybourn
----------------------------------------
Participant Name

----------------------------------------
Contact Person (if Participant is not an individual)

f.f.raybourn@icloud.net
----------------------------------------
Email Address

**Counsel Contact Information (if any)**

RBC Wealth Management
----------------------------------------
Firm Name (if applicable)

Andy Jacobitz
----------------------------------------
Contact Person

andrew.jacobitz@rbc.com
----------------------------------------
Email Address

SRF-31030

Case:17-03283-LTS    Doc#:7364-1    Filed:06/10/19    Entered:06/11/19 14:04:16    Desc:
Pro Se Notices of Participation    Page 33 of 34

Address line 1

*1204 Sunshine Blvd*

Address line 2

*Bellevue NE 108123*

City, State Zip Code

*US*

Country

Address line 1

*12910 Pierce St, Ste 300*

Address line 2

*Omaha NE 108144*

City, State Zip Code

*US*

Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:


(b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Susan C. Rayburn*
*Fr. Fred L. Rayburn, Jr. + SS*

Signature

*SUSAN C. RAYBOURD*
*FR. FRED L. RAYBOURN, JR+SS*

Print Name


Title (if Participant is not an Individual)

*2 April 2019*

Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2



**Wealth Management**

12910 Pierce Street
Suite 300
Omaha, NE 68144-1106



U.S. POSTAGE ⟫ PITNEY BOWES

ZIP 68144  $ 001.15⁰
02 4W
0000354362 JUN 07 2019



RECEIVED
2019 JUN 10 PM 5:
CLERK'S OFFICE
DISTRICT CO.
SAN JUAN

The Clerk of US District Court
for the District of Puerto
Federal Building, Room 150
150 Carlos Chardon Ave
San Juan, PR 00918-1767