IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>Case No. 17 BK 4780-LTS<br><br>**This filing relates only to PREPA, and shall be filed in the lead Case No. 17-BK-3283-LTS, and PREPA's Title III case (Case No. 17-BK-4780-LTS)** |

**INFORMATIVE MOTION OF ASSURED GUARANTY CORP. AND ASSURED GUARANTY MUNICIPAL CORP. REGARDING THE JUNE 14, 2019 HEARING**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States Magistrate Judge Judith Gail Dein:

Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (together, "Assured") hereby submit this informative motion in compliance with the *Order Regarding Procedures for June 14, 2019 Hearing* (ECF No. 1285)[2], and respectfully state as follows:

1. William J. Natbony and Ellen M. Halstead of Cadwalader, Wickersham & Taft LLP will appear on behalf of Assured at the June 14, 2019 hearing in Courtroom 8 of the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210.

2. Mr. Natbony will present oral argument, on behalf of Assured, (i) in opposition to the *Official Committee Of Unsecured Creditors' Omnibus Motion To Compel Production Of Documents In Connection With PREPA RSA Rule 9019 Settlement Motion* (ECF No. 1269), (ii) in support of the *Opposition of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to the Official Committee of Unsecured Creditors Omnibus Motion to Compel Production of Documents in Connection with PREPA RSA Rule 9019 Settlement Motion* (ECF No. 1299), and (iii) on all other related papers.

3. Mr. Natbony and Ms. Halstead reserve the right to be heard on any matter raised by any party at the hearing as concerns Assured related to the Title III cases, or any adversary proceeding pending in the Title III Cases, or the interests of Assured.

---

[2] "ECF No." refers to documents filed in Case No. 17-BK-4780-LTS, unless otherwise noted.

Dated: June 11, 2019
New York, New York

| CASELLAS ALCOVER & BURGOS P.S.C. | CADWALADER, WICKERSHAM & TAFT LLP |
|---|---|
| By: /s/ *Heriberto Burgos Pérez*<br>    Heriberto Burgos Pérez<br>    USDC-PR No. 204,809<br>    Ricardo F. Casellas-Sánchez<br>    USDC-PR No. 203,114<br>    Diana Pérez-Seda<br>    USDC–PR No. 232,014<br>    P.O. Box 364924<br>    San Juan, PR 00936-4924<br>    Tel.: (787) 756-1400<br>    Fax: (787) 756-1401<br>    E-mail:  hburgos@cabprlaw.com<br>             rcasellas@cabprlaw.com<br>             dperez@cabprlaw.com<br><br>*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | By: /s/ *Howard R. Hawkins, Jr.*<br>    Howard R. Hawkins, Jr.*<br>    Mark C. Ellenberg*<br>    William J. Natbony*<br>    Ellen M. Halstead*<br>    Thomas J. Curtin*<br>    Casey J. Servais*<br>    200 Liberty Street<br>    New York, New York 10281<br>    Tel.: (212) 504-6000<br>    Fax: (212) 406-6666<br>    Email:  howard.hawkins@cwt.com<br>            mark.ellenberg@cwt.com<br>            bill.natbony@cwt.com<br>            ellen.halstead@cwt.com<br>            thomas.curtin@cwt.com<br>            casey.servais@cwt.com<br><br>* Admitted pro hac vice<br><br>*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At New York, New York, 11th day of June 2019.

By: /s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.*
* Admitted pro hac vice