**Hearing Date:** June 14, 2019 at 1:00 p.m. (AST)
**Informative Motion Deadline:** June 11, 2019 at 3:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------x
: 
*In re* :
: PROMESA
THE FINANCIAL OVERSIGHT AND : Title III
MANAGEMENT BOARD FOR PUERTO RICO, :
:
  as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO, : (Jointly Administered)
*et al.*, :
:
  Debtors.[1] :
:
----------------------------------------------------------------x
:
*In re* :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
  as representative of :
: Case No. 17-BK-04780-LTS
PUERTO RICO ELECTRICAL POWER :
AUTHORITY (PREPA), : **Court Filing Relates Only to PREPA**
:
  Debtor. :
----------------------------------------------------------------x

## INFORMATIVE MOTION OF CORTLAND CAPITAL MARKET SERVICES LLC, AS ADMINISTRATIVE AGENT, REGARDING JUNE 14, 2019 HEARING AT 1:00 P.M. (AST)

---

[1] The Debtors in these title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

-2-

To the Honorable United States Magistrate Judge Judith Gail Dein:

Cortland Capital Market Services LLC ("Cortland"), as administrative agent for lenders to the Puerto Rico Electric Power Authority ("PREPA"), by and through its attorneys, hereby submits this informative motion in response to this Court's *Order Regarding Procedures for June 14, 2019 Hearing* [Case No. 17-BK-4780-LTS, Dkt. No. 1285] setting forth guidelines for parties wishing to be heard at the June 14, 2019 hearing (the "Hearing").

1. Emil A. Kleinhaus and Angela K. Herring of Wachtell, Lipton, Rosen & Katz will appear in person on behalf of Cortland at the Hearing in Courtroom 8 of the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210. Counsel intends to address the *Omnibus Motion of Cortland Capital Market Services LLC, as Administrative Agent, and Solus to Compel Discovery Responses in Connection with PREPA RSA Settlement Motion* [Dkt. No. 1267].

2. Cortland reserves all rights to be heard on any matter raised by any party at the Hearing related to the Title III cases or the interests of Cortland.

-3-

| | |
|---|---|
| Dated: June 11, 2018 | Respectfully submitted, |

| | |
|---|---|
| */s/ Nayuan Zouairabani* | */s/ Emil A. Kleinhaus* |
| Nayuan Zouairabani | Richard G. Mason (admitted *pro hac vice*) |
| USDC-PR No. 226411 | Amy R. Wolf (admitted *pro hac vice*) |
| MCCONNELL VALDÉS LLC | Emil A. Kleinhaus (admitted *pro hac vice*) |
| 270 Muñoz Rivera Avenue, Suite 7 | Angela K. Herring (admitted *pro hac vice*) |
| Hato Rey, Puerto Rico  00918 | Joseph C. Celentino (admitted *pro hac vice*) |
| P.O. Box 364225 | WACHTELL, LIPTON, ROSEN & KATZ |
| San Juan, Puerto Rico  00936-4225 | 51 West 52nd Street |
| Telephone:  (787) 250-5604 | New York, New York  10019 |
| Facsimile:  (787) 759-9225 | Telephone:  (212) 403-1000 |
| Email:  nzt@mcvpr.com | Facsimile:  (212) 403-2000 |
| | Email:  rgmason@wlrk.com |
| |          arwolf@wlrk.com |
| |          eakleinhaus@wlrk.com |
| |          akherring@wlrk.com |
| |          jccelentino@wlrk.com |

*Attorneys for Cortland Capital Market Services LLC, as Administrative Agent*