**Hearing Date:** June 14, 2019 at 1:00 p.m. (AST)
**Informative Motion Deadline:** June 11, 2019 at 3:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------x
                                                             :
In re                                                        :
                                                             :
                                                             :    PROMESA
THE FINANCIAL OVERSIGHT AND                                  :    Title III
MANAGEMENT BOARD FOR PUERTO RICO,                            :
                                                             :
    as representative of                                     :    Case No. 17-BK-3283 (LTS)
                                                             :
THE COMMONWEALTH OF PUERTO RICO,                             :    (Jointly Administered)
et al.,                                                      :
                                                             :
    Debtors.¹                                                :
                                                             :
-------------------------------------------------------------x
                                                             :
In re                                                        :
                                                             :
                                                             :
THE FINANCIAL OVERSIGHT AND                                  :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                            :    Title III
                                                             :
    as representative of                                     :
                                                             :    Case No. 17-BK-04780-LTS
PUERTO RICO ELECTRICAL POWER                                 :
AUTHORITY (PREPA),                                           :    Court Filing Relates Only to PREPA
                                                             :
    Debtor.                                                  :
-------------------------------------------------------------x
```

**INFORMATIVE MOTION OF SOLA LTD, SOLUS OPPORTUNITIES FUND 5 LP,
ULTRA MASTER LTD, AND ULTRA NB LLC
<u>REGARDING JUNE 14, 2019 HEARING AT 1:00 PM (AST)</u>**

To the Honorable United States District Judge Laura Taylor Swain:

---

[1] The Debtors in these title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Ultra NB LLC (collectively "Solus"), as lenders to the Puerto Rico Electric Power Authority ("PREPA"), by and through their attorneys, hereby submit this informative motion in response to this Court's *Order Regarding Procedures for June 14, 2019 Hearing* [Case No. 17-BK-4780-LTS, Dkt. No. 1285] (the "Scheduling Order") setting forth guidelines for parties wishing to be heard at the June 14, 2019 discovery hearing (the "Hearing").

1. Sarah E. Phillips of Simpson Thacher & Bartlett LLP will appear in person on behalf of Solus at the Hearing in Courtroom 8 of the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210 in connection with the *Omnibus Motion of Cortland Capital Market Services LLC, as Administrative Agent, and Solus to Compel Discovery Responses in Connection with PREPA RSA Settlement Motion* [Dkt. 1267].

2. Solus reserves all rights to be heard on any matter raised by any party at the Hearing related to the Title III cases or the interests of Solus.

Dated: June 11, 2019

Respectfully Submitted,

/s/ *Jose L. Ramirez-Coll*
Jose L. Ramirez-Coll
USDC-PR No. 221702
ANTONETTI, MONTALVO
& RAMIREZ-COLL
P.O. Box 13128
San Juan, Puerto Rico 00908
Telephone: (787) 977-0303
Facsimile: (787) 977-0323
Email: jramirez@amrclaw.com

/s/ *Sarah E. Phillips*
Sarah E. Phillips (admitted *pro hac vice*)
Bryce L. Friedman (admitted *pro hac vice*)
Nicholas Baker (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel.: 212-455-2000
Fax: 212-455-2502
Email: sarah.phillips@stblaw.com
bfriedman@stblaw.com
nbaker@stblaw.com

*Attorneys for SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Ultra NB LLC*