# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 3:17-cv-03283 (LTS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

I hereby certify that AmeriNational Community Services, LLC as servicer for the GDB Debt Recovery Authority, in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Ninth Amended Notice, Case Management and Administrative Procedures Order* (Docket No. 7155 of Case No. 17-03283 (LTS)) (the "CMP Order"), sent a true and exact copy of the documents titled:

(i) *Motion to Inform AmeriNational Community Services, LLC's Appearance at the June 12-13, 2019 Omnibus Hearing* filed on June 6, 2019 (Docket No. 7277 of Case No. 17-03283 (LTS)), **by electronic mail upon all the parties listed in the Master Service List on JUNE 6, 2019 and by U.S. mail upon all the Standard Parties listed in the CMP Order on JUNE 7, 2019**.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 11th day of June, 2019.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- 2 -

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

**MCCONNELL VALDÉS LLC**
*Attorneys AmeriNational Community Services, LLC as servicer for the GDB Debt Recovery Authority*
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
Telephone: 787-250-5619
Facsimile: 787-759-9225

By: *s/Nayuan Zouairabani*
Nayuan Zouairabani, Esq
Email: nzt@mcvpr.com

- 2 -