# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br>**Re: ECF No. 7196** |

## SECOND AMENDED INFORMATIVE MOTION REGARDING ATTENDANCE AT JUNE 12-13, 2019 OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") through the undersigned counsel, hereby states and prays as follows:

1. The undersigned, appearing in this proceeding on behalf of AAFAF, hereby respectfully submit this informative motion in response to the Court's order entered on June 3, 2019 [ECF No. 7196].

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

2. Elizabeth McKeen of O'Melveny & Myers LLP intends to appear in person in the San Juan courtroom at the June 12-13, 2019 hearing (the "Hearing"), and seeks to be heard in connection with the following:

(i) *Pre-Trial Conference Regarding PREPA 9019 Motion* [ECF No. 1276 of Case No. 17-04780 and ECF No. 7216 of Case No. 17-03283];

3. Peter Friedman of O'Melveny & Myers LLP intends to appear in person in the San Juan courtroom at the Hearing and reserves the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III case to the extent it impacts the interests of AAFAF or the elected Government of Puerto Rico or any instrumentality thereof.

4. Carolina Velaz-Rivero and/or Luis C. Marini-Biaggi of Marini Pietrantoni Muñiz LLC intend to appear at the Hearing in the San Juan courtroom and reserve the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III case to the extent it impacts the interests of AAFAF or the elected government of Puerto Rico or any instrumentality thereof.

Dated: June 11, 2019
      San Juan, Puerto Rico

Respectfully submitted,

| | |
|---|---|
| */s/ Peter Friedman* | */s/ Luis C. Marini-Biaggi* |
| John J. Rapisardi | Luis C. Marini-Biaggi |
| Suzzanne Uhland | USDC No. 222301 |
| Peter Friedman | Carolina Velaz-Rivero |
| (Admitted *Pro Hac Vice*) | USDC No. 300913 |
| **O'MELVENY & MYERS LLP** | **MARINI PIETRANTONI MUÑIZ LLC** |
| 7 Times Square | MCS Plaza, Suite 500 |
| New York, NY 10036 | 255 Ponce de León Ave. |
| Tel: (212) 326-2000 | San Juan, Puerto Rico 00917 |
| Fax: (212) 326-2061 | Tel: (787) 705-2171 |
| | Fax: (787) 936-7494 |

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*