**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**NOTICE OF AMENDED[2]**
**AGENDA OF MATTERS SCHEDULED**
**FOR THE HEARING ON JUNE 12–13, 2019 AT 9:30 A.M. AST[23]**

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, June 12, 2019**, from 9:30 a.m. to 12:00 p.m., from 1:00 p.m. to 5:00 p.m., and, if necessary, **Thursday, June 13, 2019**, from 9:30 a.m. to 12:00 p.m., (Atlantic Standard Time) |
| **Location of Hearing:** | Honorable Laura Taylor Swain, United States District Court Judge Honorable Judith G. Dein, United States Magistrate Judge **Courtroom 3** United States District Court for the District of Puerto Rico, **Clemente Ruiz Nazario United States Courthouse,** **150 Carlos Chardón Avenue, San Juan, P.R. 00918-1767** |

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   A redline comparing this agenda to the original agenda filed at ECF No. 7353 is attached hereto as **Exhibit A**.

[23]   Attendees should note that daylight savings time went into effect on March 9, 2019.  As such, the hearing will take place at 9:30 a.m. Atlantic Standard Time, which is also 9:30 a.m. Eastern Standard Time, on June 12–13, 2019.

**Video Teleconference**:   The hearing will be broadcast by **video teleconference in Courtroom 17C**[34] of the United States District Court for the Southern District of New York, **Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007**

**Copies of Documents:**   Copies of all documents filed in these title III cases are available free of charge (a) by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

## I.   STATUS REPORT:

1.  **Report from the Oversight Board.**

    Description: The Oversight Board will report on **(i)** the general status and activities of the Oversight Board, **(ii)** the anticipated filing dates of the proposed Commonwealth disclosure statement and plan, **(iii)** the timing and use of mediation in facilitating confirmation of the plan, **(iv)** response to GO Bondholders' assertion that clawback actions and bond invalidation objections are contingent and request for clarification of Oversight Board and Official Committee of Unsecured Creditors' positions with respect to ripeness of such litigation (see ECF Nos. 6935 and 7092), and **(v)** an update regarding the Oversight Board's plans with respect to the anticipated July 15, 2019 issuance of the First Circuit mandate.

    Estimated Time Required: 15 minutes.

## II.   FEE APPLICATIONS:

1.  **Report from the Fee Examiner regarding Second, Third and Fourth Interim Applications for Compensation and Fee Examiner's Proposed Order on Presumptive Standards for Professionals and Expenses.**

    Description: The Fee Examiner, Brady C. Williamson, will present his recommendations regarding the second, third and fourth interim applications for allowance of compensation and reimbursement of expenses submitted by the following professionals:

|   | Applicant | Docket No. | Period |
|---|---|---|---|
| **1.** | Cancio, Nadal, Rivera & Diaz, PSC (Puerto Rico Counsel to PREPA) | 4232 / 1021 (17-4780) | 06/01/2018 – 09/30/2018 |
| 2. | Filsinger Energy Partners (Chief Financial Advisor to PREPA) | 4240 / 1022 (17-4780) | 06/01/2018 – 09/30/2018 |
| 3. | Luskin Stern & Eisler, LLP (Special Counsel to FOMB) | 5778 | 10/01/2018 – 1/31/2019 |

---

[34]   Attendees should check the notice board in the lobby of the **New York** courthouse on the morning of the hearing to confirm the courtroom location.

| | Applicant | Docket No. | Period |
|---|---|---|---|
| 4. | Estrella, LLC (Local Claims Counsel for FOMB) | 5985 | 10/01/2018 – 1/31/2019 |
| 5. | Filsinger Energy Partners (Chief Financial Advisor to PREPA) | 5799 / 1131 (17-4780) | 10/01/2018 – 1/31/2019 |
| 6. | Bluhaus Capital, LLC (Financial Consultant to AAFAF) | 5777 | 10/01/2018 – 1/31/2019 |
| 7. | Nilda M. Navarro-Cabrer (Puerto Rico Counsel for COFINA Agent) | 5784 | 10/01/2018 – 02/12/2019 |
| 8. | Marchand ICS Group (Informative Agent to the Official Committee of Retired Employees) | 5786 | 10/01/2018 – 1/31/2019 |
| 9. | Retire Employees Committee Members (Members of the Official Committee of Retired Employees) | 5787 | 10/01/2018 – 1/31/2019 |
| 10. | Segal Consulting (Actuaries and Consultants to the Official Committee of Retired Employees) | 5806 | 10/01/2018 – 1/31/2019 |
| 11. | Kroma Advertising, Inc. (Communications Advisors to the Official Committee of Unsecured Creditors) | 5819 | 09/16/2018 – 1/15/2019 |
| 12. | American Federation of Teachers (Member of the Official Committee of Unsecured Creditors) | 5821 | 1/01/2018 – 12/31/2018 |
| 13. | Phoenix Management Services, LLC (Financial Advisor to the Mediation Team) | 5776 | 10/01/2018 – 02/03/2019 |
| 14. | Proskauer Rose LLP (Bankruptcy Counsel to Debtors – Commonwealth) | 4280 | 06/01/2018 – 09/30/2018 |
| 15. | Proskauer Rose LLP (Bankruptcy Counsel to Debtors – COFINA) | 4279 / 348 (17-3284) | 06/01/2018 – 09/30/2018 |
| 16. | Proskauer Rose LLP (Bankruptcy Counsel to Debtors – HTA) | 4284 / 528 (17-3567) | 06/01/2018 – 09/30/2018 |
| 17. | Proskauer Rose LLP (Bankruptcy Counsel to Debtors – ERS) | 4292 / 345 (17-3566) | 06/01/2018 – 09/30/2018 |
| 18. | Proskauer Rose LLP (Bankruptcy Counsel to Debtors – PREPA) | 4287 / 1026 (17-4780) | 06/01/2018 – 09/30/2018 |
| 19. | Alvarez & Marsal (Advisor FOMB – COFINA) | 5789 / 623 (17-3284) | 10/01/2018 – 1/31/2019 |
| 20. | Alvarez & Marsal (Advisor FOMB – Commonwealth) | 5793 | 10/01/2018 – 1/31/2019 |
| 21. | Alvarez & Marsal (Advisor FOMB – ERS) | 5795 / 396 (17-3566) | 10/01/2018 – 1/31/2019 |
| 22. | Alvarez & Marsal (Advisor FOMB – HTA) | 5797 | 10/01/2018 – 1/31/2019 |
| 23. | Brown Rudnick LLP (FOMB Claims Counsel) | 5705 | 11/28/2018 – 1/31/2019 |
| 24. | Zolfo Cooper LLC (Financial Advisor to the Official Committee of Unsecured Creditors) | 5820 | 10/01/2018 – 1/31/2019 |
| 25. | Casillas Santiago & Torres (Puerto Rico Counsel for the Official Committee of Unsecured Creditors) | 5818 | 10/01/2018 – 1/31/2019 |

| | Applicant | Docket No. | Period |
|---|---|---|---|
| 26. | FTI Consulting Inc. (Financial Advisor to the Official Committee of Retired Employees) | 5785 | 10/01/2018 – 1/31/2019 |
| 27. | Jenner & Block LLP (Counsel to the Official Committee of Retired Employees) | 5781/5891 | 10/01/2018 – 1/31/2019 |

Related Documents:

A. Fee Examiner's Third Interim Report on Professional Fees and Expenses (February 1, 2018–May 31, 2018), Summary of Uncontested Fee Applications for the Third Interim and Prior Compensation Periods, Notice of Deferral of Specific Second and Third Interim Applications for Consideration at the December 19 Omnibus Hearing or at a Later Date, and Informative Motion Regarding Attendance and Participation at November 7, 2018 Hearing **[Case No. 17-3283, ECF No. 4126]**

B. Fee Examiner's Supplemental Report, Status Report, and Informative Motion on Presumptive Standards Motion and on Uncontested Fee Applications for the Third (February 1-May 31, 2018) Interim Compensation Period Recommended for Court Approval—All at or before the Omnibus Hearing Scheduled for December 19, 2018 At 9:30 A.M. (AST) **[Case No. 17-3283, ECF No. 4455]**

C. Fee Examiner's Supplemental Report and Status Report on Presumptive Standards Motion and on Uncontested Interim Fee Applications Recommended for Court Approval at or before the Omnibus Hearing Scheduled for January 30, 2019 At 9:30 A.M. (AST) **[Case No. 17-3283, ECF No. 4868]**

D. Supplemental Omnibus Order Awarding Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the Third Compensation Periods from February 1 through May 31, 2018 **[Case No. 17-3283, ECF No. 4998]**

E. Fee Examiner's Fourth Interim Report on Presumptive Standards Motion and On Professional Fees and Expenses (June 1, 2018 – September 30, 2018) **[Case No. 17-3283, ECF No. 5409]**

F. Fee Examiner's Supplemental Report and Status Report on Presumptive Standards Motion and on Uncontested Interim Fee Applications Recommended for Court Approval at or Before the Omnibus Hearing Scheduled for April 24, 2019 at 9:30 A.M. (AST) **[Case No. 17-3283, ECF No. 6374]**

G. Informative Motion of the Fee Examiner Submitting Uncontested Revised Proposed Order Imposing Additional Presumptive Standards **[Case No. 17-3283, ECF No. 7214]**

H. Fee Examiner's Fifth Interim Report on Professional Fees and Expenses (October 1, 2018-January 31, 2019) **[Case No. 17-3283, ECF No. 7233]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes

## III. UNCONTESTED MATTERS:

1. **Commonwealth's Objection to Individual Claim of Ruth E. Garcia Mattos.** Objection of the Commonwealth of Puerto Rico to Proof of Claim of Ruth E. Garcia Mattos (Claim No. 56596) **[Case No. 17-3283, ECF No. 6070]**

   Description:  The Commonwealth of Puerto Rico seeks entry of an order disallowing the claim of Ruth E. Garcia Mattos (Claim No. 56596) as a deficient claim.

   Objection Deadline:  May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
       A.  None.

   Reply, Joinder & Statement Deadlines: June 4, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 5, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

   Replies, Joinders & Statements:
       A.  None.

   Related Documents:
       A.  Informative Motion in Compliance with Court Order **[Case No. 17-3283, ECF No. 6790]**

   Status:  This matter is going forward.

   Estimated Time Required:  5 minutes.

2. **ERS's Objection to Individual Claim of Benjamin Arroyo Sosa.** Objection of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Proof of Claim of Benjamin Arroyo Sosa (Claim No. 45727) **[Case No. 17-3283, ECF No. 6072]**

   Description:  The Employees Retirement System of the Government of the Commonwealth of Puerto Rico seeks entry of an order disallowing the claim of Benjamin Arroyo Sosa (Claim No. 45727) as a deficient claim.

   Objection Deadline:  May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
       A.  None.

Reply, Joinder & Statement Deadlines: June 4, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 5, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  Informative Motion in Compliance with Court Order **[Case No. 17-3283, ECF No. 6790]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

3.  **COFINA's Objection to Proof of Claim of Samuel Hazelton, IV.** Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Samuel Hazelton, IV (Claim No. 168364) **[Case No. 17-3283, ECF No. 6893]**

Description:  The Puerto Rico Sales Tax Financing Corporation seeks entry of an order disallowing the claim of Samuel Hazelton, IV (Claim No. 168364) as a deficient claim.

Objection Deadline:  May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: June 4, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 5, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None

Related Documents:
    A.  None.

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

4.  **COFINA's Objection to Proofs of Claim of Josey Rodriquez Torres.** Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of Josey Rodriquez Torres (Claim Nos. 16844, 168447, 168551) **[Case No. 17-3283, ECF No. 6894]**

<u>Description</u>:   The Puerto Rico Sales Tax Financing Corporation seeks entry of an order disallowing the claims of Josey Rodriquez Torres (Claim Nos. 16844, 168447, 168551) as duplicate, deficient and late-filed.

<u>Objection Deadline</u>:  May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A.  None.

<u>Reply, Joinder & Statement Deadlines</u>: June 4, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 5, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
    A.  None

<u>Related Documents</u>:
    A.  None.

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  5 minutes.

5. **<u>COFINA's Objection to Proof of Claim of Rafael Rentas.</u>** Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Rafael Rentas (Claim No. 168446) **[Case No. 17-3283, ECF No. 6895]**

<u>Description</u>:   Puerto Rico Sales Tax Financing Corporation objection to proof of claim filed by Rafael Rentas (Claim No. 168446) as deficient and late-filed.

<u>Objection Deadline</u>:  May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A.  None.

<u>Reply, Joinder & Statement Deadlines</u>: June 4, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 5, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
    A.  None

<u>Related Documents</u>:
    A.  None.

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  5 minutes.

6. **COFINA's Objection to Proof of Claim of Juan A. Melendez Perez.** Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Juan A. Melendez Perez (Claim No. 168445) **[Case No. 17-3283, ECF No. 6896]**

Description:  The Puerto Rico Sales Tax Financing Corporation seeks entry of an order disallowing the claim of Juan A. Melendez Perez (Claim No. 168445) as deficient and late-filed.

Objection Deadline:  May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: June 4, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 5, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None

Related Documents:
    A.  None.

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

7. **COFINA's Objection to Proof of Claim of Fideicomiso Plaza.** Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Fideicomiso Plaza (Claim No. 30279) **[Case No. 17-3283, ECF No. 6897]**

Description:  The Puerto Rico Sales Tax Financing Corporation seeks an entry of an order disallowing the claim of Fideicomiso Plaza (Claim No. 30279).

Objection Deadline:  May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: June 4, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 5, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None

Related Documents:

A.  None.

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

8.  **HTA's Twenty-Second Omnibus Objection to Claims.** The Puerto Rico Highways and Transportation Authority's Twenty-Second Omnibus Objection (Non-Substantive) to Subsequently Amended Claims **[Case No. 17-3283, ECF No. 6271]**

Description:  The Puerto Rico Highways and Transportation Authority's twenty-second omnibus objection (non-substantive) to subsequently amended claims.

Objection Deadline:  May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None

Reply, Joinder & Statement Deadlines: June 4, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 5, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

9.  **ERS's Twenty-Ninth Omnibus Objection to Claims.** The Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Twenty-Ninth Omnibus Objection (Non-Substantive) to Exact Duplicate Claims **[Case No. 17-3283, ECF No. 6278]**

Description:  The Employees Retirement System of the Government of the Commonwealth of Puerto Rico's twenty-ninth omnibus objection (non-substantive) to exact duplicate claims.

Objection Deadline:  May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None

Reply, Joinder & Statement Deadlines: June 4, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 5, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

10. **ERS's Thirty-Second Omnibus Objection to Claims.** The Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Thirty-Second Omnibus Objection (Non-Substantive) to Subsequently Amended Claims **[Case No. 17-3283, ECF No. 6281]**

Description:  The Employees Retirement System of the Government of the Commonwealth of Puerto Rico's thirty-first omnibus objection (non-substantive) to subsequently amended claims.

Objection Deadline:  May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None

Reply, Joinder & Statement Deadlines: June 4, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 5, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

11. **ERS's Thirty-Third Omnibus Objection to Claims.** The Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Thirty-Third Omnibus Objection (Non-Substantive) to Deficient Claims **[Case No. 17-3283, ECF No. 6282]**

<u>Description</u>:  The Employees Retirement System of the Government of the Commonwealth of Puerto Rico's thirty-first omnibus objection (non-substantive) to deficient claims.

<u>Objection Deadline</u>:  May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A.  None

<u>Reply, Joinder & Statement Deadlines</u>: June 4, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 5, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
    A.  None

<u>Related Documents</u>:
    A.  None

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  5 minutes.

12. **<u>COFINA's Objection to Proof of Claim of Santander Securities LLC.</u>** Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Santander Securities LLC (Claim No. 112132) **[Case No. 17-3283, ECF No. 6892]**

<u>Description</u>:  The Puerto Rico Sales Tax Financing Corporation seeks an entry of an order disallowing the claim of Santander Securities LLC (Claim No. 112132).

<u>Objection Deadline</u>:  May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A.  None.

<u>Reply, Joinder & Statement Deadlines</u>: June 4, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 5, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
    A.  None

<u>Related Documents</u>:
    A.  None.

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  5 minutes.

11

## IV. CONTESTED MATTERS (before Judge Swain):

1. **The Puerto Rico Funds' Motion to Vacate Appointment of Official Committee of Unsecured Creditors.** Motion of the Puerto Rico Funds to Vacate the Appointment of the Official Committee of Unsecured Creditors in the Employees Retirement System of the Government of the Commonwealth of Puerto Rico Title III Case **[Case No. 17-3283, ECF No. 6162, Case No. 17-3566, ECF No. 433]**

   Description:  The Puerto Rico Funds motion pursuant to sections 105 and 1102 of title 11 of the United States Code and Rule 2020 of the Federal Rules of Bankruptcy Procedure to vacate the appointment of the Official Committee of Unsecured Creditors for the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Title III case [ECF No. 1171] (Amended Notice of Appointment of Official Committee of Unsecured Creditors).

   Objection Deadline:  May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
   A. Objection of Official Committee of Unsecured Creditors to Motion of Puerto Rico Funds to Vacate Appointment of Official Committee of Unsecured Creditors in Title III Case of Employees Retirement System **[Case No. 17-3283, ECF No. 7124 Case No. 17-3566, ECF No. 532]**

   B. Objection of United States Trustee to Motion of the Puerto Rico Funds to Vacate the Appointment of the Official Committee of Unsecured Creditors in the Employees Retirement System of the Government of the Commonwealth of Puerto Rico Title III Case (ECF NO. 6162) **[Case No. 17-3283, ECF No. 7129]**

   Reply, Joinder & Statement Deadlines: June 4, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 5, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

   Replies, Joinders & Statements:
   A. Puerto Rico Funds' Omnibus Reply to Objections to Motion to Vacate Appointment of Official Committee of Unsecured Creditors in Title III Case of Employees Retirement System **[Case No. 17-3283, ECF No. 7217, Case No. 17-3566, ECF No. 542]**

   Related Documents:
   A. None.

   Status:  This matter is going forward.

   Estimated Time Required:  20 minutes.

2. **Committee's Motion to Establish Procedures regarding Omnibus Objection to Claims of ERS Bondholders.** Motion of Official Committee of Unsecured Creditors, Under

Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Objections to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Puerto Rico and Requesting Related Relief **[Case No. 17-3283, ECF No. 5589, Case No. 17-3566, ECF No. 386]**

Description:   The Official Committee of Unsecured Creditors, under Bankruptcy Code Sections 105(a) and 502, and Bankruptcy Rule 3007, seeks entry of an order establishing procedures with respect to the omnibus objection to claims filed or asserted by holders of certain Employees Retirement System of the Government of Puerto Rico bonds and requesting related relief.

Objection Deadline:  April 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. Limited Response of the Bank of New York Mellon, as Fiscal Agent, to Motion of Official Committee of Unsecured Creditors, Under Bankruptcy Code Section 105(A) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Objection to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Puerto Rico and Requested Related Relief **[Case No. 17-3283, ECF No. 6160, Case No. 17-3566, ECF No. 434]**

   B. Puerto Rico Funds' Limited Objection and Reservation of Rights to the Motion of Official Committee of Unsecured Creditors, Under Bankruptcy Code Section 105(A) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Objection to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Puerto Rico and Requested Related Relief **[Case No. 17-3283, ECF No. 6163, Case No. 17-3566, ECF No. 435]**

   C. Reservation of Rights of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to the Motion of Official Committee of Unsecured Creditors, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Objections to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Puerto Rico and Requesting Related Relief **[Case No. 17-3283, ECF No. 6258, Case No. 17-3566, ECF No. 444]**

Reply, Joinder & Statement Deadlines: April 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and April 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A. Reply of Official Committee of Unsecured Creditors to Objections to Motion Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Omnibus Objection to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Puerto Rico **[Case No. 17-3283, ECF No. 6353, Case No. 17-3566, ECF No. 448]**

Related Documents:

A. Omnibus Objection of Official Committee of Unsecured Creditors to Claims Asserted by Holders of Bond Issued by Employees Retirement System of Government of Puerto Rico **[Case No. 17-3283, ECF No. 5580, Case No. 17-3566, ECF No. 381]**

B. Declaration of James R. Bliss in Support of Omnibus Objection of Official Committee of Unsecured Creditors to Claims Asserted by Holders of Bond Issued by Employees Retirement System of Government of Puerto Rico **[Case No. 17-3283, ECF No. 5581, Case No. 17-3566, ECF No. 382]**

C. Declaration of G. Alexander Bongartz Pursuant to L.R. 3001-1(a) **[Case No. 17-3283, ECF No. 5582, Case No. 17-3566, ECF No. 383]**

D. Objection of Official Committee of Unsecured Creditors to Claims Asserted by Oaktree Funds that Hold Bonds Issued by Employees Retirement System of Government of Puerto Rico **[Case No. 17-3283, ECF No. 5586, Case No. 17-3566, ECF No. 384]**

E. Declaration of Alberto Juan Enrique Añeses Negrón Pursuant to L.R. 3007-1(a) **[Case No. 17-3283, ECF No. 5587, Case No. 17-3566, ECF No. 385]**

F. Notice of Filing of Revised Order, Pursuant to Bankruptcy Code Sections 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Omnibus Objections of Official Committee of Unsecured Creditors to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Puerto Rico **[Case No. 17-3283, ECF No. 6247, Case No. 17-3566, ECF No. 442]**

G. Informative Motion of Official Committee of Unsecured Creditors Regarding its March 12, 2019 Motion [Docket No. 5589] Establishing Procedures with Respect to Objections to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Puerto Rico and Requesting Related Relief **[Case No. 17-3283, ECF No. 7352, Case No. 17-3566, ECF No. 551]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes.

3. **Debtors' Motion to Approve Amended Omnibus Objection Procedures.** Debtors' Motion for Entry of an Order (A) Approving Amended Omnibus Objection Procedures, (B) Waiving the Requirement of Bankruptcy Rule 3007(e), (C) Approving Additional Forms of Notice, and (D) Granting Related Relief **[Case No. 17-3283, ECF No. 7091]**

Description:  Debtors' (the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Puerto Rico Electric Power Authority) motion, pursuant to section 105(a) of title 11 of the United States Code, made applicable to

these cases pursuant to PROMESA section 301(a), Rules 2002(m) and 3007 of the Federal Rules of Bankruptcy Procedure, approving amended omnibus objection procedures and additional forms of notice, waiving the requirement of Bankruptcy Rule 3007(e), and granting related relief.

<u>Objection Deadline</u>:  May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A. Limited Objection of Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order (A) Approving Amended Omnibus Objection Procedures, (B) Waiving the Requirement of Bankruptcy Rule 3007(E), (C) Approving Additional Forms of Notice, and (D) Granting Related Relief **[Case No. 17-3283, ECF No. 7121]**

<u>Reply, Joinder & Statement Deadlines</u>: June 4, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 5, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
    A. Reply in Support of Motion for Entry of an Order (A) Approving Amended Omnibus Objection Procedures, (B) Waiving the Requirement of Bankruptcy Rule 3007(e), (C) Approving Additional Forms of Notice, and (D) Granting Related Relief **[Case No. 17-3283, ECF No. 7228]**

<u>Related Documents</u>:
    A. None.

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  15 minutes.

4. **<u>Commonwealth's Twentieth Omnibus Objection to Claims.</u>** Commonwealth of Puerto Rico's Twentieth Omnibus Objection (Non-Substantive) to Subsequently Amended Claims **[Case No. 17-3283, ECF No. 6269]**

<u>Description</u>:   The Commonwealth of Puerto Rico's twentieth omnibus objection (non-substantive) to certain subsequently amended claims.

<u>Objection Deadline</u>:  May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A. Response to Debtor's Objection to Claims 96, 157, 10829, 10867 filed by Nestor Rodriguez Marty **[Case No. 17-3283, ECF No. 7029]**

    B. Response of The United States of America to Twentieth Omnibus Objection (Non-Substantive) of The Commonwealth of Puerto Rico to Subsequently Amended Claims **[Case No. 17-3283, ECF No. 7120]**

<u>Reply, Joinder & Statement Deadlines</u>: June 4, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 5, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
   A.  Reply of The Commonwealth of Puerto Rico to Responses filed to Twentieth Omnibus Objection (Nonsubstantive) to Subsequently Amended Claims **[Case No. 17-3283, ECF No. 7234]**

<u>Related Documents</u>:
   A.  Motion to Submit Certified Translation **[Case No. 17-3283, ECF No. 7240]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  15 minutes.

5.  **<u>Commonwealth's Twenty-First Omnibus Objection to Claims.</u>** Commonwealth of Puerto Rico's Twenty-First Omnibus Objection (Non-Substantive) to Deficient Claims **[Case No. 17-3283, ECF No. 6270]**

<u>Description</u>:   The Commonwealth of Puerto Rico's twenty-first omnibus objection (non-substantive) to deficient claims.

<u>Objection Deadline</u>:  May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
   A.  Response to Debtors Twenty-First Omnibus Objection (Non-Substantive) to Deficient Claims filed by Delfina Monserrate Diaz **[Case No. 17-3283, ECF No. 7192]**

<u>Reply, Joinder & Statement Deadlines</u>: June 4, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 5, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
   A.  None

<u>Related Documents</u>:
   A.  None

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  15 minutes.

6.  **<u>Commonwealth's Twenty-Third Omnibus Objection to Claims.</u>** Commonwealth of Puerto Rico's Twenty-Third Omnibus Objection (Non-Substantive) to Exact Duplicate Claims **[Case No. 17-3283, ECF No. 6272]**

Description:   The Commonwealth of Puerto Rico's twenty-third omnibus objection (non-substantive) to exact duplicate claims.

Objection Deadline:  May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:

A. Cooperativa De Seguros Multiples' Omnibus Response and Reservation of Rights in Opposition to the Twenty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Exact Duplicate Claims [ECF No. 6272] **[Case No. 17-3283, ECF No. 7101]**

B. Response and Reservation of Rights in Opposition to the Twenty-third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Exact Duplicate Claims [ECF No. 6272] **[Case No. 17-3283, ECF No. 7102]**

C. Response and Reservation of Rights in Opposition to the Twenty-third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Exact Duplicate Claims [ECF No. 6272] **[Case No. 17-3283, ECF No. 7103]**

D. Response and Reservation of Rights in Opposition to the Twenty-third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Exact Duplicate Claims [ECF No. 6272] **[Case No. 17-3283, ECF No. 7104]**

E. Response to Commonwealth of Puerto Rico's Twenty-Third Omnibus Objection (Non-Substantive) to Exact Duplicate Claims filed by Maritza Barris **[Case No. 17-3283, ECF No. 7144]**

Reply, Joinder & Statement Deadlines: June 4, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 5, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:

A. Reply of The Commonwealth of Puerto Rico to Response filed By Claimant Maritza Barris [ECF No. 6980] to Twenty-Third Objection (Non-Substantive) to Exact Duplicate Claims **Case No. 17-3283, ECF No. 7235]**

Related Documents:

A. Motion to Submit Certified Translation **[Case No. 17-3283, ECF No. 7240]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes.

7. **Commonwealth's Twenty-Fourth Omnibus Objection to Claims.** Commonwealth of Puerto Rico's Twenty-Fourth Omnibus Objection (Non-Substantive) to Exact Duplicate Claims **[Case No. 17-3283, ECF No. 6273]**

<u>Description</u>:  The Commonwealth of Puerto Rico's twenty-fourth omnibus objection (non-substantive) to exact duplicate claims.

<u>Objection Deadline</u>:  May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:

    A.  Response to Debtor's Objection to Claim No. 4454, filed by Fernando Feliciano Aguiar **[Case No. 17-3283, ECF No. 7067]**

    B.  Response and Reservation of Rights in Opposition to the Twenty-fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Exact Duplicate Claims [ECF No. 6273] **[Case No. 17-3283, ECF No. 7105]**

    C.  Response and Reservation of Rights in Opposition to the Twenty-fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Exact Duplicate Claims [ECF No. 6273] **[Case No. 17-3283, ECF No. 7106]**

    D.  Opposition to the Twenty-Fourth Omnibus Objection of the Commonwealth of Puerto Rico to Exact Duplicate Claims Proof of Claim Number 3804 **[Case No. 17-3283, ECF No. 7343]**[45]

    E.  Opposition to the Twenty-Fourth Omnibus Objection of the Commonwealth of Puerto Rico to Exact Duplicate Claims Proof of Claim Number 5642 **[Case No. 17-3283, ECF No. 7344]**[56]

    F.  Opposition to the Twenty-Fourth Omnibus Objection of the Commonwealth of Puerto Rico to Exact Duplicate Claims Proof of Claim Number 4315 **[Case No. 17-3283, ECF No. 7345]**[67]

    G.  Opposition to the Twenty-Fourth Omnibus Objection of the Commonwealth of Puerto Rico to Exact Duplicate Claims Proof of Claim Number 3827 **[Case No. 17-3283, ECF No. 7346]**[78]

<u>Reply, Joinder & Statement Deadlines</u>:  June 4, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 5, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:

    A.  None

---

[45] The instant pleading was late-filed on June 10, 2019.  The objection deadline was May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

[56] The instant pleading was late-filed on June 10, 2019.  The objection deadline was May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

[67] The instant pleading was late-filed on June 10, 2019.  The objection deadline was May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

[78] The instant pleading was late-filed on June 10, 2019.  The objection deadline was May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  15 minutes.

8.  **Commonwealth's Twenty-Fifth Omnibus Objection to Claims.** Commonwealth of
Puerto Rico's Twenty-Fifth Omnibus Objection (Non-Substantive) to Exact Duplicate
Claims **[Case No. 17-3283, ECF No. 6274]**

Description:   The Commonwealth of Puerto Rico's twenty-fifth omnibus objection
(non-substantive) to exact duplicate claims.

Objection Deadline:  May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Response to Commonwealth of Puerto Rico's Twenty-Fifth Omnibus Objection
      (Non-Substantive) to Exact Duplicate Claims filed by Maribel Gonzalez Fontanez
      **[Case No. 17-3283, ECF No. 7138]**

Reply, Joinder & Statement Deadlines: June 4, 2019 at 4:00 p.m. (Atlantic Standard Time)
for all parties other than the Debtors or Statutory Committees and June 5, 2019 at 4:00 p.m.
(Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None

Related Documents:
    A.  None

Status:  This matter is going forward.

Estimated Time Required:  15 minutes.

9.  **Commonwealth's Twenty-Sixth Omnibus Objection to Claims.** Commonwealth of
Puerto Rico's Twenty-Sixth Omnibus Objection (Non-Substantive) to Exact Duplicate
Claims **[Case No. 17-3283, ECF No. 6275]**

Description:   The Commonwealth of Puerto Rico's twenty-sixth omnibus objection
(non-substantive) to exact duplicate claims.

Objection Deadline:  May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:

  A. Response and Reservation of Rights in Opposition to the Twenty-sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Exact Duplicate Claims [ECF No. 6275] **[Case No. 17-3283, ECF No. 7107]**

Reply, Joinder & Statement Deadlines: June 4, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 5, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
  A. None

Related Documents:
  A. None

Status:  This matter is going forward.

Estimated Time Required:  15 minutes.

10. **Commonwealth's Twenty-Seventh Omnibus Objection to Claims.** Commonwealth of Puerto Rico's Twenty-Seventh Omnibus Objection (Non-Substantive) to Exact Duplicate Claims **[Case No. 17-3283, ECF No. 6276]**

Description:  The Commonwealth of Puerto Rico's twenty-seventh omnibus objection (non-substantive) to exact duplicate claims.

Objection Deadline:  May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A. Omnibus Response and Reservation of Rights in Connection with Certain Omnibus, Non-Substantive Objections to Proofs of Claim Filed by Debtors at Docket Nos. 6276, 6277 and 6279 **[Case No. 17-3283, ECF No. 6980]**

  B. Response and Reservation of Rights in Opposition to the Twenty-seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Exact Duplicate Claims [ECF No. 6276] **[Case No. 17-3283, ECF No. 7108]**

  C. Response and Reservation of Rights in Opposition to the Twenty-seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Exact Duplicate Claims [ECF No. 6276] **[Case No. 17-3283, ECF No. 7109]**

  D. Response and Reservation of Rights in Opposition to the Twenty-seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Exact Duplicate Claims [ECF No. 6276] **[Case No. 17-3283, ECF No. 7110]**

  E. Response and Reservation of Rights in Opposition to the Twenty-seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Exact Duplicate Claims [ECF No. 6276] **[Case No. 17-3283, ECF No. 7111]**

Reply, Joinder & Statement Deadlines: June 4, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 5, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A. Reply of The Commonwealth of Puerto Rico to Response filed by Claimant The University of Puerto Rico Retirement System Trust [ECF No. 6980] to Twenty-Seventh Objection (Non-Substantive) to Exact Duplicate Claims **[Case No. 17-3283, ECF No. 7230]**

Related Documents:
   A. None

Status:  This matter is going forward.

Estimated Time Required:  15 minutes.

11. **HTA's Twenty-Eighth Omnibus Objection to Claims.** The Puerto Rico Highways and Transportation Authority's Twenty-Eighth Omnibus Objection (Non-Substantive) to Exact Duplicate Claims **[Case No. 17-3283, ECF No. 6277]**

Description:   The Puerto Rico Highways and Transportation Authority's twenty-eighth omnibus objection (non-substantive) to exact duplicate claims.

Objection Deadline:  May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. Omnibus Response and Reservation of Rights in Connection with Certain Omnibus, Non-Substantive Objections to Proofs of Claim Filed by Debtors at Docket Nos. 6276, 6277 and 6279 **[Case No. 17-3283, ECF No. 6980]**

Reply, Joinder & Statement Deadlines: June 4, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 5, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A. Reply of The Puerto Rico Highways and Transportation Authority to Response filed by The University of Puerto Rico Retirement System Trust [ECF No. 6980] to Twenty-Eighth Omnibus Objection (Non-Substantive) to Exact Duplicate Claims **[Case No. 17-3283, ECF No. 7237]**

Related Documents:
   A. None

Status:  This matter is going forward.

Estimated Time Required:  15 minutes.

12. **ERS's Thirtieth Omnibus Objection to Claims.** The Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Thirtieth Omnibus Objection (Non-Substantive) to Exact Duplicate Claims **[Case No. 17-3283, ECF No. 6279]**

<u>Description</u>:  The Employees Retirement System of the Government of the Commonwealth of Puerto Rico's thirtieth omnibus objection (non-substantive) to exact duplicate claims.

<u>Objection Deadline</u>:  May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
   A. Omnibus Response and Reservation of Rights in Connection with Certain Omnibus, Non-Substantive Objections to Proofs of Claim Filed by Debtors at Docket Nos. 6276, 6277 and 6279 **[Case No. 17-3283, ECF No. 6980]**

<u>Reply, Joinder & Statement Deadlines</u>: June 4, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 5, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
   A. Reply of The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Response filed by The University of Puerto Rico Retirement System Trust [ECF No. 6980] to Thirtieth Omnibus Objection (Non-Substantive) to Exact Duplicate Claims **[Case No. 17-3283, ECF No. 7238]**

<u>Related Documents</u>:
   A. None

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  15 minutes.

13. **ERS's Thirty-First Omnibus Objection to Claims.** The Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Thirty-First Omnibus Objection (Non-Substantive) to Exact Duplicate Claims **[Case No. 17-3283, ECF No. 6280]**

<u>Description</u>:  The Employees Retirement System of the Government of the Commonwealth of Puerto Rico's thirty-first omnibus objection (non-substantive) to exact duplicate claims.

<u>Objection Deadline</u>:  May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
   A. Response to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Thirty-First Omnibus Objection (Non-Substantive) to Exact Duplicate Claims filed by Amarilys Flores Flores **[Case No. 17-3283, ECF No. 7155]**

<u>Reply, Joinder & Statement Deadlines</u>: June 4, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 5, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
  A.  Reply of The Commonwealth of Puerto Rico to Response filed by Claimant Amarilys Flores Flores [ECF No. 7155] to Thirty-First Omnibus Objection (Non-Substantive) to Exact Duplicate Claims **[Case No. 17-3283, ECF No. 7232]**

<u>Related Documents</u>:
  A.  Motion to Submit Certified Translation **[Case No. 17-3283, ECF No. 7240]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  15 minutes.

14. **<u>COFINA's Thirty-Fourth Omnibus Objection to Claims.</u>** Puerto Rico Sales Tax Financing Corporation's Thirty-Fourth Omnibus Objection (Non-Substantive) to Late-Filed and Duplicate Bond Claims **[Case No. 17-3283, ECF No. 6526]**

<u>Description</u>:  The Puerto Rico Sales Tax Financing Corporation's thirty-fourth omnibus objection (non-substantive) to late-filed and duplicate bond claims.

<u>Objection Deadline</u>:  May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
  A.  Answer to Thirty-Fourth Omnibus Objection (Non-Substantive) of Puerto Rico Sales Tax Financing Corporation to Late-Filed and Duplicate Bond Claims **[Case No. 17-3283, ECF No. 7037]**

<u>Reply, Joinder & Statement Deadlines</u>: June 4, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 5, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
  A.  Reply of Puerto Rico Sales Tax Financing Corporation to Response filed By Claimant Cooperativa de Ahorro y Credito Barranquitas [ECF No. 7037] to Thirty-Fourth Omnibus Objection (Non-Substantive) to Late-Filed and Duplicate Bond Claims **[Case No. 17-3283, ECF No. 7239]**

<u>Related Documents</u>:
  A.  None

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  15 minutes.

23

15. **Asociación Puertorriqueña de la Judicatura, Inc.'s Motion for Relief from Stay.**
Motion for Relief from Stay **[Case No. 17-3283, ECF No. 4398]**

Description:  Asociación Puertorriqueña de la Judicatura, Inc. seeks relief from the
automatic stay to pursue its action against the FOMB, which seeks a declaratory judgment
that the FOMB acted *ultra vires* in mandating a retroactive reduction to the pensions of the
Puerto Rico Judiciary.

Objection Deadline:  January 15, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. Objection of FOMB, as Representative of the Commonwealth of Puerto Rico, to
      Motion for Relief from Stay Filed by Asociación Puertorriqueña de la Judicatura,
      Inc. **[Case No. 17-3283, ECF No. 4797]**

Reply, Joinder & Statement Deadlines: January 23, 2019 at 4:00 p.m. (Atlantic Standard
Time).

Replies, Joinders & Statements:
   A. Reply to Opposition of Motion for Relief from Stay **[Case No. 17-3283, ECF No.
      4845]**

Related Documents:
   A. Joint Informative Motion regarding Hearing on Motion for Relief from Stay filed by
      Asociación Puertorriqueña de la Judicatura, Inc. **[Case No. 17-3283, ECF No.
      4881]**

   B. Motion Supplementing APJ's Motion to Lift Stay and Submitting White Paper on
      Judicial Independence **[Case No. 17-3283, ECF No. 7257]**

Status:  This matter is going forward.

Estimated Time Required:  25 minutes.

16. **AMPR's Motion for Relief from Stay.** Motion for Relief from Automatic Stay **[Case No.
17-3283, ECF No. 3914]**

Description:  Asociación de Maestros de Puerto Rico, and its Union, Asociación de
Maestros de Puerto Rico-Local Sindical, both of which are affiliates of the American
Federation of Teachers, seek relief from the automatic stay to pursue its action against the
Department of Education of the Commonwealth, the Secretary of the Department of
Education of the Commonwealth, Julia Keleher in her official capacity, and the
Commonwealth of Puerto Rico.  The action seeks a declaratory judgment concerning
causes of action for breach and/or impairment of contractual and vested property rights.

Objection Deadline:  October 27, 2018 at 4:00 p.m. (Atlantic Standard Time).

24

Responses:
    A. Objection of the Commonwealth to Motion for Relief from Automatic Stay filed by
       Asociación de Maestros de Puerto Rico, and its Union, Asociación de Maestros de
       Puerto Rico-Local Sindical **[Case No. 17-3283, ECF No. 4038]**

Reply, Joinder & Statement Deadlines: October 19, 2018 at 4:00 p.m. (Atlantic Standard
Time).

Replies, Joinders & Statements:
    A. Movants' Reply to Objection of the Commonwealth to Motion for Relief From
       Automatic Stay Filed by AMPR and AMPR-LS **[Case No. 17-3283, ECF No.
       4071]**

Related Documents:
    A. Order Scheduling Briefing of Motion for Relief from Automatic Stay **[Case No.
       17-3283, ECF No. 3916]**

    B. Urgent Joint Motion for Extension of Deadlines **[Case No. 17-3283, ECF No.
       3960]**

    C. Order Extending Deadlines under Order Scheduling Briefing of Motion for Relief
       from Automatic Stay **[Case No. 17-3283, ECF No. 3966]**

    D. Unopposed Motion of Commonwealth of Puerto Rico for Leave to File Sur-Reply
       to Movants' Reply to Objection of the Commonwealth to Motion for Relief from
       Automatic Stay Filed by AMPR and AMPR-LS **[Case No. 17-3283, ECF No.
       4107]**

    E. Order Granting Unopposed Motion of Commonwealth of Puerto Rico for Leave to
       File Sur-Reply **[Case No. 17-3283, ECF No. 4449]**

    F. Joint Informative Motion regarding Hearing on Motion for Relief from Stay filed by
       Asociación de Maestros de Puerto Rico **[Case No. 17-3283, ECF No. 4941]**

Status:  This matter is going forward.

Estimated Time Required:  25 minutes.

## V.  CONTESTED MATTERS (before Judge Dein):

1. **Committee's Motion to Extend Time for Service of Summonses and Complaints and
   to Stay Certain Adversary Proceedings Relating to Certain Challenged GO Bonds.**
   Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and
   Management Board, and its Special Claims Committee to Extend Time for Service of
   Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain
   Challenged GO Bonds **[Case No. 17-3283, ECF No. 6857]**

<u>Description</u>:  The Official Committee of Unsecured Creditors' motion to (i) extend the time for service of the summonses and complaints in certain adversary proceedings relating to certain challenged GO Bonds to November 1, 2019, without prejudice to further extensions, and (ii) otherwise staying the adversary proceedings until either (a) plaintiffs in a particular adversary proceeding jointly request to resume such adversary proceeding or (b) further order of the Court.

<u>Objection Deadline</u>:  May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:

A.  Objection of Financial Guaranty Insurance Company to Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain Challenged GO Bonds **[Case No. 17-3283, ECF No. 7114]**

B.  Objection of the Ad Hoc Group of General Obligation Bondholders to the Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain Challenged GO Bonds **[Case No. 17-3283, ECF No. 7118]**

C.  Limited Objection and Reservation of Rights of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. With Respect To Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain Challenged GO Bonds **[Case No. 17-3283, ECF No. 7119]**

D.  Ambac Assurance Corporation's Objection to the Motion of Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain Challenged GO Bonds **[Case No. 17-3283, ECF No. 7135]**

<u>Reply, Joinder & Statement Deadlines</u>: June 4, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 5, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:

A.  Joinder of Ambac Assurance Corporation to the Objection of Financial Guaranty Insurance Company to Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain Challenged GO Bonds **[Case No. 17-3283, ECF No. 7123]**

26

B.  Oppenheimer Funds' Joinder to the Objection of the Ad Hoc Group of General Obligation Bondholders to the Motion to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Related to Certain Challenged GO Bonds **[Case No. 17-3283, ECF No. 7125]**

C.  Partial Joinder of Ad Hoc Group of Constitutional Debtholders in Ad Hoc Group of General Obligation Bondholders' Response to Omnibus Motion by Official Committee of Unsecured Creditors et al. to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings **[Case No. 17-3283, ECF No. 7130]**

D.  Joinder of National Public Finance Guarantee Corporation to the Limited Objection and Reservation of Rights of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. with Respect to Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain Challenged GO Bonds **[Case No. 17-3283, ECF No. 7150]**

E.  Omnibus Reply of Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and its Special Claims Committee in Support of Motions to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain Challenged GO Bonds, Certain HTA Bonds, and Certain ERS Bonds **[Case No. 17-3283, ECF No. 7223, Case No. 17-3567, ECF No. 578, and Case No. 17-3566, ECF No. 545]**

Related Documents:
A.  Order Regarding Filing Procedures **[Case No. 17-3283, ECF No. 6981]**

B.  Amended Notice of Hearing on Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain Challenged GO Bonds **[Case No. 17-3283, ECF No. 6985]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes.

2.  **Committee's Motion to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain HTA Bonds.** Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings [Adv. Nos. 19-362, 19-363, 19-364, 19-365] Relating to Certain HTA Bonds **[Case No. 17-3283, ECF No. 7060, Case No. 17-3567, ECF No. 567]**

27

<u>Description</u>:  The Official Committee of Unsecured Creditors' motion to (i) extend the time for service of the summonses and complaints in certain adversary proceedings relating to certain HTA Bonds to November 18, 2019, without prejudice to further extensions, and (ii) otherwise staying the adversary proceedings until either (a) plaintiffs in a particular adversary proceeding jointly request to resume such adversary proceeding or (b) further order of the Court.

<u>Objection Deadline</u>:  May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:

    A.  Objection of Financial Guaranty Insurance Company to Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain Challenged HTA Bonds **[Case No. 17-3283, ECF No. 7116]**

    B.  Limited Objection and Reservation of Rights of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. with Respect to Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating ~~yo~~to Certain HTA Bonds **[Case No. 17-3283, ECF No. 7117, Case No. 17-3567, ECF No. 571]**

    C.  Limited Response and Reservation of Rights to Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings [ADV. NOS. 19-362, 19-363, 19-364, 19-365] Relating to Certain HTA Bonds **[Case No. 17-3283, ECF No. 7122, Case No. 17-3567, ECF No. 572]**

<u>Reply, Joinder & Statement Deadlines</u>: June 4, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 5, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:

    A.  Ambac Assurance Corporation's Amended Joinder to the Objection of Financial Guaranty Insurance Company to Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain Challenged HTA Bonds **[Case No. 17-3283, ECF No. 7134]**

    B.  Joinder of National Public Finance Guarantee Corporation to the Limited Objection and Reservation of Rights of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. with Respect to Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and its Special Claims Committee to Extend Time for Service of Summonses and Complaints and

to Stay Certain Adversary Proceedings Relating to Certain HTA Bonds **[Case No. 17-3283, ECF No. 7149, Case No. 17-3567, ECF No. 575]**

C. Omnibus Reply of Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and its Special Claims Committee in Support of Motions to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain Challenged GO Bonds, Certain HTA Bonds, and Certain ERS Bonds **[Case No. 17-3283, ECF No. 7223, Case No. 17-3567, ECF No. 578, and Case No. 17-3566, ECF No. 545]**

Related Documents:

A. Notice of Filing of Revised Order Granting Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings [ADV. NOS. 19-362, 19-363, 19-364, 19-365] Relating to Certain HTA Bonds **[Case No. 17-3283, ECF No. 7136, Case No. 17-3567, ECF No. 574]**

B. [Informative Motion of Financial Guaranty Insurance Company Regarding Filing of Answer, Counterclaim and Third-Party Claim](#) **[Case No. 17-3283, ECF No. 7373, Case No. 17-3567, ECF No. 581]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes.

3. **Committee's Motion to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain ERS Bonds.** Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, Acting Thought its Special Claims Committee, to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain ERS Bonds **[Case No. 17-3283, ECF No. 7061, Case No. 17-3566, ECF No. 523]**

Description:  The Official Committee of Unsecured Creditors' motion to (i) extend the time for service of the summonses and complaints in certain adversary proceedings relating to certain ERS Bonds to November 18, 2019, without prejudice to further extensions, and (ii) otherwise staying the adversary proceedings until either (a) plaintiffs in a particular adversary proceeding jointly request to resume such adversary proceeding or (b) further order of the Court.

Objection Deadline:  May 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:

A.  None.

<u>Reply, Joinder & Statement Deadlines</u>: June 4, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and June 5, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
    A.  Omnibus Reply of Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and its Special Claims Committee in Support of Motions to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain Challenged GO Bonds, Certain HTA Bonds, and Certain ERS Bonds **[Case No. 17-3283, ECF No. 7223, Case No. 17-3567, ECF No. 578, and Case No. 17-3566, ECF No. 545]**

<u>Related Documents</u>:
    A.  None.

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  10 minutes.

## VI.  <u>STATUS CONFERENCE</u>:

1.  **<u>Pretrial Conference Concerning Joint Motion of PREPA and AAFAF Approving Settlement Embodied in Restructuring Support Agreement.</u>** Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(A)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement and Tolling Certain Limitations Periods **[Case No. 17-4780, ECF No. 1235]** [*Per ECF No. 7070 in Case No. 17-3283 (and ECF No. 1253 in Case No. 17-4780), the June 12, 2019 hearing will be treated as a pre-trial conference. The hearing on ECF No. 1235, in Case No. 17-4780, will be heard on July 24, 2019.*]

<u>Description</u>: The conference will concern the procedures, scope, and timing for argumentative and any evidentiary proceeding at the July 24-25, 2019 hearing concerning the joint motion by the FOMB and AAFAF requesting an order approving the settlements embodied in the certain Definitive Restructuring Support Agreement, dated as of May 3, 2019, by and among PREPA, the FOMB, AAFAF, the members of the Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., and Assured Guaranty Municipal Corp. and certain other persons identified in the certain Definitive Restructuring Support Agreement.

<u>Objection Deadline</u>:  N/A

<u>Responses</u>:
    A.  None.

<u>Reply, Joinder & Statement Deadlines</u>: N/A

<u>Replies, Joinders & Statements</u>:

A.  None.

Related Documents:

A.  Corrected Urgent Motion to Extend and Establish Certain Deadlines Applicable to (1) The Joint Motion Of PREPA and AAFA Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(A)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement [ECF No. 1235]; and (2) Oversight Board and AAFAF's Motion Pursuant To Fed. R. Civ. P. 12(B)(6) to Dismiss Insurers' Motion for Relief from the Automatic Stay to Seek Appointment of a Receiver [ECF No. 1233] **[Case No. 17-4780, ECF No. 1250]**

B.  Order Extending and Establishing Certain Deadlines Applicable to the Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(A)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement [ECF No. 1235] **[Case No. 17-3283, ECF No. 7070, Case No. 17-4780, ECF No. 1253]**

C.  Order Setting Deadline for Joint Status Report in Advance of Pre-Trial Conference Regarding PREPA 9019 Motion **[Case No. 17-3283, ECF No. 7216, Case No. 17-4780, ECF No. 1276]**

D.  Joint Status Report[89] **[Case No. 17-4780, ECF No. 1294]**

E.  Informative Motion Regarding UTIER's Response to be Incorporated in the Joint Status Report (Docket No. 1294 Case no. 17-04780) and Request for Order **[Case No. 17-4780, ECF No. 1298]**

F.  Response of the Financial Oversight and Management Board for Puerto Rico to the Informative Motion Regarding UTIER's Response to be Incorporate in the Joint Status Report and Request for Order **[Case No. 17-4780, ECF No. 1308]**

G.  Instituto de Competitividad y Sostenibilidad Economica de Puerto Rico (ICSE); Centro Unido de Detallistas (CUD); Camara de Mercadeo, Industria y Distribucion de Alimentos (MIDA); Asociación de Contratistas y Consultores de Energía Renovable de Puerto Rico (ACONER); Asociacion de Restaurantes de Puerto Rico (ASORE); Puerto Rico Hospital Association (PRHA) and Puerto Rico Manufacturers Association (PRMA) Addition to Joint Status Report Filed on June 7, 2019 **[Case No. 17-4780, ECF No. 1313]**

H.  Amended Joint Status Report **[Case No. 17-4780, ECF No. 1334]**

Status:  This matter is going forward.

Estimated Time Required: 45 minutes.

---

[89] The status report does not reflect the potential PREPA/RSA objection of the Fee Examiner, which does not involve related discovery, still being discussed by the Oversight Board, AAFAF and the other interested parties.

## VII.   MOTIONS IN LIMINE:

1. **FOMB and AAFAF's Urgent Motion *in Limine* to Exclude Testimony Offered by Certain Nonprofits.** Urgent Motion *in Limine* to Exclude Testimony Offered by Instituto de Competitividad y Sostenibilidad Economica de Puerto Rico, Centro Unido de Detallistas Camara de Mercadeo, Industria y Distribucion de Alimentos, Asociación de Contratistas y Consultores de Energía Renovable de Puerto Rico, Puerto Rico Manufacturers Association, Comité Diálogo Ambiental, Inc., El Puente de Williamsburg, Inc., Enlace de Acción Climática, Comité Yabucoeño Pro-Calidad de Vida, Inc., Alianza Comunitaria, Ambientalista del Sureste, Inc., Sierra Club Puerto Rico, Inc., Mayagüezanos por la Salud y el Ambiente, Inc., Coalición de Organizaciones Anti Incineración, Inc., and Amigos del Río Guaynabo, Inc., and Somos Inc. **[Case No. 17-3283, ECF No. 7331, Case No. 17-4780, ECF No. 1300]**

Description:  The FOMB and AAFAF's urgent motion *in limine* to exclude testimony to be offered by certain nonprofits at the July 24, 2019 hearing on the Rule 9019 motion for a certain Definitive Restructuring Support Agreement dated May 3, 2019 [ECF No. 1235].

Objection Deadline:  June 11, 2019 at 10:00 a.m. (Atlantic Standard Time).

Responses:
   A.  ~~None.~~Motion for Permissive Intervention and Opposition to Urgent Motion *in Limine* to Exclude Testimony by Comité Diálogo Ambiental, Inc., El Puente de Williamsburg, Inc., Enlace de Acción Climática, Comité Yabucoeño Pro-Calidad de Vida, Inc., Alianza Comunitaria, Ambientalista Del Sureste, Inc., Sierra Club Puerto Rico, Inc., Mayagüezanos Por La Salud y El Ambiente, Inc., Coalición de Organizaciones Anti Incineración, Inc., and Amigos Del Río Guaynabo, Inc. **[Case No. 17-3283, ECF No. 7357, Case No. 17-4780, ECF No. 1319]**

   B.  Reply to Urgent Motion *in Limine* to Exclude Testimony Offered by Instituto de Competitividad y Sostenibilidad Economica de Puerto Rico, Centro Unido de Detallistas, Camara de Mercadeo, Industria y Distribucion de Alimentos, Asociacion de Contratistas y Consultores de Energia Renovable de Puerto Rico, Puerto Rico Manufacturers Association, Comite Dialogo Ambiental, Inc., El Puente de Williamsburg, Inc., Enlace de Accion Climatica, Comité Yabucoeño Pro-Calidad de Vida, Inc., Alianza Comunitaria, Ambieintalista Del Sureste, Inc., Sierra Club Puerto Rico, Inc., Organizaciones Anti Incineracion, Inc., Amigos Del Rio Guaynabo, Inc. and Somos Inc. (Docket 1300) **[Case No. 17-4780, ECF No. 1336]**

Reply, Joinder & Statement Deadlines: June 11, 2019 at 6:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A.  ~~None.~~Reply in Further Support of Urgent Motion *in Limine* to Exclude Testimony Offered by Instituto de Competitividad y Sostenibilidad Economica de Puerto Rico, Centro Unido de Detallistas Camara de Mercadeo, Industria y Distribucion de Alimentos, Asociación de Contratistas y Consultores de Energía Renovable de

Puerto Rico, Puerto Rico Manufacturers Association, Comité Diálogo Ambiental, Inc., El Puente De Williamsburg, Inc., Enlace de Acción Climática, Comité Yabucoeño Pro-Calidad De Vida, Inc., Alianza Comunitaria, Ambientalista Del Sureste, Inc., Sierra Club Puerto Rico, Inc., Mayagüezanos Por La Salud y El Ambiente, Inc., Coalición de Organizaciones Anti Incineración, Inc., and Amigos Del Río Guaynabo, Inc. [ECF No. 1300] **[Case No. 17-3283, ECF No. 7380, Case No. 17-4780, ECF No. 1338]**

Related Documents:

    A. Urgent Motion of the Puerto Rico Fiscal Agency and Financial Advisory Authority Regarding the Scheduling of Deadlines and Briefing in Connection with Urgent Motions *in Limine* Regarding 9019 Motion **[Case No. 17-3283, ECF No. 7333, Case No. 17-4780, ECF No. 1302]**

    B. Order Setting Briefing Schedule **[Case No. 17-3283, ECF No. 7336, Case No. 17-4780, ECF No. 1307]**

    C. Urgent Motion to Strike Untimely Oppositions to Motions *in Limine* [ECF 1333, 1336] and to Deny Untimely Motion to Extend Time [ECF 1337] **[Case No. 17-4780, ECF No. 1339]**

Status:  This matter is going forward.

Estimated Time Required: 10 minutes.

2. **FOMB and AAFAF's Urgent Motion *in Limine* to Exclude Testimony Offered by UTIER, SREAEE and Windmar.** Urgent Motion *in Limine* to Exclude Testimony Offered by Union de Trabajadores de la Industria Electrica y Riego (UTIER), Sistema de Retiro de los Empleados de la Autoridad de Energia Electrica (SREAEE), and Windmar Renewable Energy **[Case No. 17-3283, ECF No. 7332, Case No. 17-4780, ECF No. 1301]**

Description: The FOMB and AAFAF's urgent motion *in limine* to exclude testimony to be offered by Union de Trabajadores de la Industria Electrica y Riego (UTIER), Sistema de Retiro de los Empleados de la Autoridad de Energia Electrica (SREAEE), and Windmar Renewable Energy at the July 24, 2019 hearing on the Rule 9019 motion for a certain Definitive Restructuring Support Agreement dated May 3, 2019 [ECF No. 1235].

Objection Deadline:  June 11, 2019 at ~~10:00 a~~3:30 p.m. (Atlantic Standard Time).

Responses:

    ~~B.  None.~~

    A. Urgent Joint Motion in Opposition to Urgent Motion *in Limine* to Exclude Testimony Offered by Union de Trabajadores de La Industria Electrica y Riego (UTIER), Sistema de Retiro de Los Empleados de la Autoridad de Energia Electrica (SREAEE), and Windmar Renewable Energy **[Case No. 17-3283, ECF No. 7374, Case No. 17-4780, ECF No. 1333]**

Reply, Joinder & Statement Deadlines: June 11, 2019 at 69:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:

B. None.

A. Reply in Further Support of Urgent Motion *in Limine* to Exclude Testimony Offered by Union de Trabajadores de La Industria Electrica y Riego (UTIER), Sistema de Retiro de Los Empleados de La Autoridad de Energia Electrica (SREAEE), and Windmar Renewable Energy [ECF NO. 1301] **[Case No. 17-4780, ECF No. 1340]**

Related Documents:

A. C. Urgent Motion of the Puerto Rico Fiscal Agency and Financial Advisory Authority Regarding the Scheduling of Deadlines and Briefing in Connection with Urgent Motions *in Limine* Regarding 9019 Motion **[Case No. 17-3283, ECF No. 7333, Case No. 17-4780, ECF No. 1302]**

B. D. Order Setting Briefing Schedule **[Case No. 17-3283, ECF No. 7336, Case No. 17-4780, ECF No. 1307]**

C. Urgent Joint Motion for Leave to File Opposition to Urgent Motion *in Limine* to Exclude Testimony Offered by Union de Trabajadores de La Industria Electrica y Riego (UTIER), Sistema de Retiro de Los Empleados de la Autoridad de Energia Electrica (SREAEE), and Windmar Renewable Energy **[Case No. 17-3283, ECF No. 7368, Case No. 17-4780, ECF No. 1329]**

D. Order Setting Deadlines in Connection with Motion *in Limine* **[Case No. 17-3283, ECF No. 7370, Case No. 17-4780, ECF No. 1332]**

E. Urgent Motion For Extension Of Time To File Opposition To Motion *In Limine* To Exclude Expert Testimony Provided By Somos, Inc. **[Case No. 17-4780, ECF No. 1337]**

F. Urgent Motion to Strike Untimely Oppositions to Motions *in Limine* [ECF 1333, 1336] and to Deny Untimely Motion to Extend Time [ECF 1337] **[Case No. 17-4780, ECF No. 1339]**

Status:  This matter is going forward.

Estimated Time Required: 15 minutes.

## VIII.  ADJOURNED MATTERS:

1. **Creditors' Committee Motion re Proposed Payment of $7 Million to Bonistas Del Patio, Inc.** Official Committee of Unsecured Creditors' (A) Amended Further Response to AAFAF's Informative Motion Disclosing Proposed Payment of $7 Million to Bonistas Del Patio, Inc. [Docket No. 5097] and (B) Urgent Motion Requesting Hearing on Proposed Payment **[Case No. 17-3283, ECF No. 5136]**

<u>Description</u>:   The Official Committee of Unsecured Creditors request a hearing on the proposed payment of $7 million to Bonistas Del Patio, Inc.

<u>Objection Deadline</u>:  TBD

<u>Responses</u>:
    A.  N/A

<u>Reply, Joinder & Statement Deadlines</u>: TBD

<u>Replies, Joinders & Statements</u>:
    A.  N/A

<u>Related Documents</u>:

A. Informative Motion Regarding Stipulation Section 15.2 Expenses **[Case No. 17-3283, ECF No. 5097]**

B. Official Committee of Unsecured Creditors' Urgent Response to AAFAF's Informative Motion Disclosing Proposed Payment of $7 Million to Bonistas Del Patio, Inc. [Docket No. 5097] **[Case No. 17-3283, ECF No. 5100]**

C. Order Directing Response to the Official Committee of Unsecured Creditors' Urgent Response to AAFAF's Informative Motion Disclosing Proposed Payment of $7 million to Bonistas Del Patio, Inc. **[Case No. 17-3283, ECF No. 5101]**

D. Response of the Puerto Rico Fiscal Agency and Financial Advisory Authority to the Official Committee of Unsecured Creditors' Urgent Response to Informative Motion [Docket No. 584] **[Case No. 17-3283, ECF No. 5117]**

E. Statement of the COFINA Senior Bondholders' Coalition in Support of Informative Motion Regarding Stipulation of Section 15.2 Expenses **[Case No. 17-3283, ECF No. 5118]**

F. Order Setting Deadline for Further Response to the Informative Motion Regarding Stipulation Section 15.2 Expenses **[Case No. 17-3283, ECF No. 5121]**

G. Official Committee of Unsecured Creditors' (A) Further Response to AAFAF's Informative Motion Disclosing Proposed Payment of $7 Million to Bonistas Del Patio, Inc. [Docket No. 5097] and (B) Urgent Motion Requesting Hearing on Proposed Payment **[Case No. 17-3283, ECF No. 5135]**

H. Order Setting Deadline for Joint Status Report in Connection with Informative Motion Regarding Stipulation Section 15.2 Expenses **[Case No. 17-3283, ECF No. 5137]**

I.   Urgent Motion for Leave to Cite to Case Law in Spanish Language and for
     Extension of Time to Submit Corresponding Certified English Translations **[Case
     No. 17-3283, ECF No. 5138]**

J.   Order Approving Urgent Motion for Leave to Cite to Case Law in Spanish
     Language and for Extension of Time to Submit Corresponding Certified English
     Translations **[Case No. 17-3283, ECF No. 5147]**

K.   Stipulation and Proposed Order to Extend Deadlines Set Forth in the Court's Order
     Entered on February 14, 2019 (ECF No. 596) **[Case No. 17-3283, ECF No. 5179]**

L.   Order Revising Deadlines Set Forth in the Court's Order Entered on February 14,
     2019 (ECF No. 596) **[Case No. 17-3283, ECF No. 5180]**

M.   Notice of Filing Certified Translations of Case Law Cited in Official Committee of
     Unsecured Creditors' (A) Amended Further Response to AAFAF's Informative
     Motion Disclosing Proposed Payment of $7 Million to Bonistas Del Patio, Inc.
     [Docket No. 5097] and (B) Urgent Motion Requesting Hearing on Proposed
     Payment **[Case No. 17-3283, ECF No. 5204]**

Status:  This matter has been adjourned to the July 24, 2019 omnibus hearing.

Estimated Time Required:  N/A

2.   **FOMB and AAFAF's Motion to Dismiss Insurers' Motion to Appoint a Receiver.** The
     Financial Oversight and Management Board and AAFAF's Memorandum of Law in
     Support of Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss Insurers' Motion for
     Relief from the Automatic Stay to Seek Appointment of a Receiver [ECF No. 975] **[Case
     No. 17-4780, ECF No. 1233]**

     Description:  The FOMB and AAFAF jointly move to dismiss the motion for relief from
     stay in PREPA's Title III case [ECF No. 975], filed by National Public Finance Guarantee
     Corporation, Assured, and Syncora Guarantee Inc. seeking the appointment of a receiver.

     Objection Deadline:  June 19, 2019 at 4:00 p.m. (Atlantic Standard Time).

     Responses:
         A. None.

     Reply, Joinder & Statement Deadlines: July 17, 2019 at 4:00 p.m. (Atlantic Standard Time)

     Replies, Joinders & Statements:
         A. None.

     Related Documents:
         A. Order Setting Briefing Deadlines in Connection with Financial Oversight and
            Management Boards and AAFAF's Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to

Dismiss Insurers' Motion for Relief from the Automatic Stay to Seek Appointment of a Receiver **[Case No. 17-4780, ECF No. 1241]**

B. Corrected Urgent Motion to Extend and Establish Certain Deadlines Applicable to (1) The Joint Motion Of PREPA and AAFA Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(A)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement [Ecf No. 1235]; and (2) Oversight Board and AAFAF's Motion Pursuant To Fed. R. Civ. P. 12(B)(6) to Dismiss Insurers' Motion for Relief from the Automatic Stay to Seek Appointment of a Receiver [ECF No. 1233] **[Case No. 17-4780, ECF No. 1250]**

C. Order Extending Certain Deadlines Applicable to Financial Oversight and Management Board and AAFAF's Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss Insurers' Motion for Relief from the Automatic Stay to Seek Appointment of a Receiver [ECF No. 1233] **[Case No. 17-4780, ECF No. 7071, Case No. 17-4780, ECF No. 1254]**

Status:  This matter has been adjourned to the July 24, 2019 omnibus hearing.

Estimated Time Required:  N/A

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Dated: June ~~10,~~11, 2019
        San Juan, Puerto Rico

Respectfully submitted,

/s/  *Martin J. Bienenstock*

Martin J. Bienenstock
Paul V. Possinger
Ehud Barak

Maja Zerjal

(Admission *Pro Hac Vice*)

**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

/s/  *Hermann D. Bauer*

Hermann D. Bauer

USDC No. 215205

**O'NEILL & BORGES LLC**

250 Muñoz Rivera Ave., Suite 800

San Juan, PR 00918-1813

Tel:  (787) 764-8181

Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

# EXHIBIT A

Document comparison by Workshare Compare on Tuesday, June 11, 2019 21:14:03

| Input: | |
|---|---|
| Document 1 ID | interwovenSite://DMS/CURRENT/108052268/10 |
| Description | #108052268v10<CURRENT> - FOMB - Notice of Agenda 6.12.2019 (to be sent to court 6.6.2019 and filed 6.10.2019) |
| Document 2 ID | interwovenSite://DMS/CURRENT/108052268/11 |
| Description | #108052268v11<CURRENT> - FOMB - Notice of Agenda 6.12.2019 (to be sent to court 6.6.2019 and filed 6.10.2019) |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 53 |
| Deletions | 27 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |

| Total changes | 80 |
|---|---|