# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

## NOTICE OF (A) WITHDRAWAL OF OBJECTIONS TO CERTAIN CLAIMS AND (B) SUBMISSION OF AMENDED EXHIBITS TO CLAIM OBJECTIONS

To the Honorable United States District Court Judge Laura Taylor Swain:

1. Scheduled for hearing on June 12, 2019 are certain objections (each, an "Objection") to claims filed against the Commonwealth of Puerto Rico (the "Commonwealth").

2. In light of responses filed by certain claimants, the Commonwealth, by and through the Financial Oversight and Management Board (the "Oversight Board"), as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] respectfully submits herewith amended versions of exhibits accompanying certain claims objections, with the following changes reflected:

- Exhibits A and D to the *Twenty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Exact Duplicate Claims*, ECF No. 6272, withdrawing the Commonwealth's objections as to Proofs of Claim Nos. 25007, 52368, 50567, 58447, 103140, 152876, 35102, 47379, 21012, and 59522; and identifying Proof of Claim No. 21148 as a claim to be disallowed, and Proof of Claim No. 24272 as a

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA has been codified in 48 U.S.C. §§ 2101–2241.

remaining claim;

- Exhibits A and D to the *Twenty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Exact Duplicate Claims*, ECF No. 6273, withdrawing the Commonwealth's objections as to Proofs of Claim Nos. 4544, 53658, 55025, 48658, 3804, 5642, 4315, 3827, 27395, 72543, 37914, 22306, 40738, and 41679;

- Exhibits A and D to the *Twenty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Exact Duplicate Claims*, ECF No. 6275, withdrawing the Commonwealth's objection as to Proofs of Claim Nos. 58606, 15215, 16645, 36467, 55191, 8326, 8558, 9034, 9527, and 3944; and

- Exhibits A and D to the *Twenty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Exact Duplicate Claims*, ECF No. 6276, withdrawing the Commonwealth's objections as to Proofs of Claim Nos. 59105, 49677, 53291, and 42621.

The Debtors reserve their rights to object to any of the above-referenced proofs of claim on any grounds whatsoever.

[*Remainder of page intentionally left blank*]

Dated: June 11, 2019
      San Juan, Puerto Rico

Respectfully submitted,

/s/ *Ricardo Burgos Vargas*
Ricardo Burgos Vargas
USDC No. 218210
**A&S LEGAL STUDIO, PSC**
434 Ave. Hostos
San Juan, PR 00918
Tel: (787) 751-6764
Fax: (787) 763-8260

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Debtors*

/s/ *Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Co-Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Debtors*