# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA, and ERS.** |

## NOTICE OF (A) WITHDRAWAL OF OBJECTIONS TO CERTAIN CLAIMS AND (B) SUBMISSION OF AMENDED EXHIBITS TO CLAIM OBJECTIONS

To the Honorable United States District Court Judge Laura Taylor Swain:

      1. Scheduled for hearing on June 12, 2019 are certain objections (each, an "Objection") to claims filed against the Commonwealth of Puerto Rico (the "Commonwealth"), Puerto Rico Highways and Transportation Authority ("HTA"), and Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," and, together with the Commonwealth and HTA, the "Debtors").

      2. In light of responses filed by certain claimants, the Debtors, by and through the Financial Oversight and Management Board (the "Oversight Board"), as the Debtors' representative pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Economic Stability Act* ("PROMESA"),[2] respectfully submit herewith amended versions of exhibits accompanying certain claims objections, with the following changes reflected:

- Exhibits A and D to the *Twenty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Exact Duplicate Claims*, ECF No. 6274, withdrawing the Commonwealth's objections as to Proofs of Claim Nos. 7265, 35349, 25441, and 35446;

- Exhibits A and D to the *Twenty-Eighth Omnibus Objection (Non-Substantive) of Puerto Rico Highways and Transportation Authority to Exact Duplicate Claims*, ECF No. 6269, identifying Proof of Claim No. 160756 as a claim to be disallowed, and Proof of Claim No. 95494 as a remaining claim;

- Exhibits A and D to the *Thirtieth Omnibus Objection (Non-Substantive) of the Employees Retirement Systems of the Government of the Commonwealth of Puerto Rico to Exact Duplicate Claims*, ECF No. 6279, withdrawing the Commonwealth's objection as to Proof of Claim No. 30932; and

- Exhibits A and D to the *Thirty-First Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Exact Duplicate Claims*, ECF No. 6280, identifying Proof of Claim No. 129935 as a claim to be disallowed, and identifying Proof of Claim No. 104728 as a remaining claim.

The Debtors reserve their rights to object to any of the above-referenced proofs of claim on any grounds whatsoever.

3. In light of the withdrawal of Proof of Claim No. 68909 by the claimant, the Commonwealth respectfully submits herewith an amended version of Exhibits A and D to the *Twenty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Deficient Claims*, ECF No. 6270.

[*Remainder of Page Intentionally Left Blank*]

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101–2241.

Dated: June 11, 2019　　　　　　　　　　　　Respectfully submitted,
　　　　San Juan, Puerto Rico

　　　　　　　　　　　　　　　　　　　　　　/s/ *Hermann D. Bauer*
　　　　　　　　　　　　　　　　　　　　　　Hermann D. Bauer
　　　　　　　　　　　　　　　　　　　　　　USDC No. 215205
　　　　　　　　　　　　　　　　　　　　　　**O'NEILL & BORGES LLC**
　　　　　　　　　　　　　　　　　　　　　　250 Muñoz Rivera Ave., Suite 800
　　　　　　　　　　　　　　　　　　　　　　San Juan, PR 00918-1813
　　　　　　　　　　　　　　　　　　　　　　Tel: (787) 764-8181
　　　　　　　　　　　　　　　　　　　　　　Fax: (787) 753-8944

　　　　　　　　　　　　　　　　　　　　　　/s/ *Martin J. Bienenstock*
　　　　　　　　　　　　　　　　　　　　　　Martin J. Bienenstock (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　Brian S. Rosen (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　**PROSKAUER ROSE LLP**
　　　　　　　　　　　　　　　　　　　　　　Eleven Times Square
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 969-3000
　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 969-2900

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for the Financial Oversight and*
　　　　　　　　　　　　　　　　　　　　　　*Management Board for Puerto Rico, as*
　　　　　　　　　　　　　　　　　　　　　　*representative of the Debtors*