# **ATTACHMENT 1**

*Twenty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Deficient Claims:*

**Amended Exhibit D (Proposed Order), Exhibit A (Schedule of Claims Subject to the Twenty-First Omnibus Objection), Anexo A (Spanish Translation)**

# **EXHIBIT D**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br>　　as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　　　　　　　　　　　　Debtors.[9] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

### ORDER GRANTING THE TWENTY-FIRST
### OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE
### COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS

Upon the *Twenty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Deficient Claims* ("Twenty-First Omnibus Objection")[10] filed by the Commonwealth of Puerto Rico ("Commonwealth"), dated April 15, 2019, for entry of an order disallowing in their entirety certain claims filed against Commonwealth, as more fully set forth in the Twenty-First Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Twenty-First Omnibus Objection and to grant the relief requested therein pursuant to Section 306(a) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[11]; and venue being proper pursuant to Section 307(a) of PROMESA;

---

[9] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[10] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Thirty-First Omnibus Objection.

[11] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

and due and proper notice of the Twenty-First Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in <u>Exhibit A</u> hereto (collectively, the "<u>Deficient Claims</u>") having failed to comply with the applicable rules and Bar Date Orders by not providing a basis for the claim, such that the Commonwealth cannot determine the validity of the claim; and the Court having determined that the relief sought in the Twenty-First Omnibus Objection is in the best interest of the Commonwealth, its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Twenty-First Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Twenty-First Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Deficient Claims are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk is authorized and directed to delete the Deficient Claims from the official claims register in the Commonwealth Title III Case; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

        Honorable Judge Laura Taylor Swain
        United States District Judge

# **EXHIBIT A**

**Schedule of Claims Subject to the Twenty-First Omnibus Objection**

## Twenty-First Omnibus Objection
## Exhibit A - Insufficient Basis Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ANDINO RIVERA, JESSICA<br>CONDOMINIO BALCONES DE MONTE REAL<br>4205-F<br>CAROLINA, PR 00987 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47586 | $ 58,502,526,000.00 |

Reason: Proof of claim purports to assert liabilities associated with Ley 96, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | ARROYO SOSA, BENJAMIN<br>119 CALLE 2 PARCELAS<br>VIEJAS SAN ISIDRO<br>CANOVANAS, PR 00729 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 57106 | $ 9,999,999,999.00 |

Reason: Proof of claim purports to assert liabilities associated with contributions to Puerto Rico and taxes, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | AYALA RIVERA, NELLY<br>P.O. BOX 785<br>TRUJILLO ALTO, PR 00977 | 7/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 115733 | $ 32,000,000,000.00* |

Reason: Proof of claim purports to assert liabilities associated with services provided, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | BETANCOURT RODRIGUEZ, ELOISA<br>PO BOX 106<br>TRUJILLO ALTO, PR 00977-0106 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 60279 | $ 32,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with services provided, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | CHALUISANT GARCÍA, MARÍA L<br>P.O. BOX 5358<br>SAN SEBASTIÁN, PR 00685 | 6/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 45045 | $ 32,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with employee obligations, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | CINTRON LOPEZ, ELISA<br>HC 645 BOX 5126<br>TRUJILLO ALTO, PR 00976 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 57002 | $ 32,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with services provided, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | DIAZ ALEMAN, ARACELIS<br>PMB #405 PO BOX 2510<br>TRUJILLO ALTO, PR 00977 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 59612 | $ 32,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with services provided, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

## Twenty-First Omnibus Objection
## Exhibit A - Insufficient Basis Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | DIAZ VEGA, IRIS M.<br>HC 61 BUZON 4740<br>TRUJILLO ALTO, PR 00976 | 7/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 156770 | $ 32,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with services provided, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | FEBRES ARROYO, YAZBEL<br>URB. PEDREGALES CALLE AZABACHE #45<br>RIO GRANDE, PR 00745 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 90162 | $ 117,005,052,000.00 |

Reason: Proof of claim purports to assert liabilities associated with Ley 96, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | GARCIA NUNEZ, JENNY<br>CALLE 2 # 134 SAINT JUST<br>TRUJILLO ALTO, PR 00976 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 57204 | $ 32,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with services provided, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | MARTINEZ RESTO, JOSE M.<br>PO BOX 1066<br>TRUJILLO ALTO, PR 00977 | 7/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 161932 | $ 32,000,000,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Industrial Workers Union, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | MEDERO MATOS, JUAN RAMON<br>HC 61 BUZON 4047<br>TRUJILLO ALTO, PR 00976 | 7/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 161324 | $ 64,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with services provided, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | ORILLANO MEDERO, LOURDES<br>HC 61 BOX 4045<br>TRUJILLO ALTO, PR 00976 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 52131 | $ 32,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with services provided, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | PINERO MARQUEZ, SARA<br>II NO. 4 CALLE J. URB. ALTURAS<br>RIO GRANDO, PR 00745 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 130058 | $ 32,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with services provided, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

## Twenty-First Omnibus Objection
### Exhibit A - Insufficient Basis Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | REYES AGOSTO, EVA N.<br>PO BOX 411<br>PALMER, PR 00721 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 115120 | $ 32,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with services provided, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | RIVERA RUBILDA, FIGUEROA<br>H-C 645 BOX 8189<br>TRUJILLO ALTO, PR 00976 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 86628 | $ 32,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with services provided, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | SANTANA , ELIEZER RAMOS<br>PO BOX 1385<br>TRUJILLO ALTO, PR 00977-1385 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56384 | $ 32,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with services provided, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | SANTANA-LEDUC, MILAGROS<br>PO BOX 1385<br>TRUJILLO ALTO, PR 00977-1385 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 56083 | $ 32,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with services provided, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | SANTIAGO FIGUEROA, MAITE<br>URB. VISTAS DEL PALMAR<br>CALLE E # L-7<br>YAUCO, PR 00698 | 6/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 79097 | $ 200,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with employee obligations, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | SANTOS ORTIZ, VICTOR<br>PO BOX 2642<br>BAYAMON, PR 00960-2642 | 4/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7055 | $ 3,000,000,000.00 |

Reason: Proof of claim purports to assert liabilities associated with pension obligations, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors

| | | | | | TOTAL | $ 900,507,577,999.00* |
|---|---|---|---|---|---|---|

\* Indicates claim contains unliquidated and/or undetermined amounts

# **ANEXO A**

## Vigésimoprimera Objeción Colectiva
### Anexo A: Documentación Insuficiente

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ANDINO RIVERA, JESSICA<br>CONDOMINIO BALCONES DE MONTE REAL<br>4205-F<br>CAROLINA, PR 00987 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 47586 | $ 58,502,526,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con la Ley 96, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 2 | ARROYO SOSA, BENJAMIN<br>119 CALLE 2 PARCELAS<br>VIEJAS SAN ISIDRO<br>CANOVANAS, PR 00729 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 57106 | $ 9,999,999,999.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con las contribuciones a Puerto Rico y los impuestos, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 3 | AYALA RIVERA, NELLY<br>P.O. BOX 785<br>TRUJILLO ALTO, PR 00977 | 7/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 115733 | $ 32,000,000,000.00* |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con los servicios brindados, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 4 | BETANCOURT RODRIGUEZ, ELOISA<br>PO BOX 106<br>TRUJILLO ALTO, PR 00977-0106 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 60279 | $ 32,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con los servicios brindados, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 5 | CHALUISANT GARCÍA, MARÍA L<br>P.O. BOX 5358<br>SAN SEBASTIÁN, PR 00685 | 6/20/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 45045 | $ 32,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con obligaciones laborales, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 6 | CINTRON LOPEZ, ELISA<br>HC 645 BOX 5126<br>TRUJILLO ALTO, PR 00976 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 57002 | $ 32,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con los servicios brindados, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Vigésimoprimera Objeción Colectiva
### Anexo A: Documentación Insuficiente

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | DIAZ ALEMAN, ARACELIS<br>PMB #405 PO BOX 2510<br>TRUJILLO ALTO, PR 00977 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 59612 | $ 32,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con los servicios brindados, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 8 | DIAZ VEGA, IRIS M.<br>HC 61 BUZON 4740<br>TRUJILLO ALTO, PR 00976 | 7/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 156770 | $ 32,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con los servicios brindados, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 9 | FEBRES ARROYO, YAZBEL<br>URB. PEDREGALES CALLE AZABACHE #45<br>RIO GRANDE, PR 00745 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 90162 | $ 117,005,052,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con la Ley 96, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 10 | GARCIA NUNEZ, JENNY<br>CALLE 2 # 134 SAINT JUST<br>TRUJILLO ALTO, PR 00976 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 57204 | $ 32,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con los servicios brindados, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 11 | MARTINEZ RESTO, JOSE M.<br>PO BOX 1066<br>TRUJILLO ALTO, PR 00977 | 7/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 161932 | $ 32,000,000,000.00* |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con el Sindicato de Trabajadores Industriales, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 12 | MEDERO MATOS, JUAN RAMON<br>HC 61 BUZON 4047<br>TRUJILLO ALTO, PR 00976 | 7/11/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 161324 | $ 64,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con los servicios brindados, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |

## Vigésimoprimera Objeción Colectiva
### Anexo A: Documentación Insuficiente

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | ORILLANO MEDERO, LOURDES<br>HC 61 BOX 4045<br>TRUJILLO ALTO, PR 00976 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 52131 | $ 32,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con los servicios brindados, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 14 | PINERO MARQUEZ, SARA<br>II NO. 4 CALLE J. URB. ALTURAS<br>RIO GRANDO, PR 00745 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 130058 | $ 32,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con los servicios brindados, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 15 | REYES AGOSTO, EVA N.<br>PO BOX 411<br>PALMER, PR 00721 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 115120 | $ 32,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con los servicios brindados, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 16 | RIVERA RUBILDA, FIGUEROA<br>H-C 645 BOX 8189<br>TRUJILLO ALTO, PR 00976 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 86628 | $ 32,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con los servicios brindados, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 17 | SANTANA , ELIEZER RAMOS<br>PO BOX 1385<br>TRUJILLO ALTO, PR 00977-1385 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 56384 | $ 32,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con los servicios brindados, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 18 | SANTANA-LEDUC, MILAGROS<br>PO BOX 1385<br>TRUJILLO ALTO, PR 00977-1385 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 56083 | $ 32,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con los servicios brindados, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Vigésimoprimera Objeción Colectiva
### Anexo A: Documentación Insuficiente

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 19 | SANTIAGO FIGUEROA, MAITE<br>URB. VISTAS DEL PALMAR<br>CALLE E # L-7<br>YAUCO, PR 00698 | 6/1/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 79097 | $ 200,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con obligaciones laborales, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 20 | SANTOS ORTIZ, VICTOR<br>PO BOX 2642<br>BAYAMON, PR 00960-2642 | 4/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7055 | $ 3,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con obligaciones de pensión, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| | | | | | TOTAL | $ 900,507,577,999.00* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados