*Hearing Date*: June 12, 2019 at 9:30 (EST)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>As representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO,** *et al*.<br><br>Debtors[1]. | PROMESA<br><br>Title III<br><br><br><br>Case No. 17-CV-01578-LTS<br><br>Case No. 17-03283<br><br>**(Joint Administration Requested)** |

UNITED STATES TRUSTEE'S NOTICE
OF REQUEST TO BE HEARD AT JUNE 12, 2019 HEARING

Nancy J. Gargula, United States Trustee for Region 21, through undersigned counsel, hereby states and prays as follows:

Nancy J. Gargula, United States Trustee for Region 21, requests to be heard at the status conference in these cases to be held by the Court on June 12, 2019. Monsita Lecároz-Arribas,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). Case Nos. 17 BK 3283-LTS and 17 BK 3284-LTS are jointly administered by order of the court.

*Hearing Date*: June 12, 2019 at 9:30 (EST)

Assistant United States Trustee for the District of Puerto Rico, will represent the United States Trustee at the hearing. The United States Trustee appears to reiterate the following objections to Dockets Nos. 6162 and 7217 for the Court's consideration:

1) Objection of United States Trustee to Motion of the Puerto Rico Funds to Vacate the Appointment of the Official Committee of Unsecured Creditors in the Employees Retirement System of the Government of the Commonwealth of Puerto Rico title III Case at Docket No. 7129.

Ms. Lecároz-Arribas will appear in person at the Courtroom of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, PR 00918-1767.

WHEREFORE, the United States Trustee requests that the Court take note of the United States Trustee's appearance at the June 12, 2019 hearing.

DATED: June 12, 2019

    NANCY J. GARGULA
United States Trustee for Region 21

U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444
Fax: (787) 729-7449

(Electronically Filed)

By: s/ Monsita Lecaroz-Arribas
Monsita Lecaroz-Arribas
Assistant U.S. Trustee
USDC-PR No. 207707