## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**APPLICABLE HEARING DATE:** June 12, 2019

| | |
|---|---|
| In re:<br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** as representative of the<br><br>**COMMONWEALTH OF PUERTO RICO,**<br><br>    Debtor.<br>_____<br><br>**ASOCIACIÓN PUERTORRIQUEÑA DE LA JUDICATURA, INC.,**<br><br>    Movant,<br><br>v.<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>as representative of the<br><br>**COMMONWEALTH OF PUERTO RICO,**<br><br>    Respondent. | **BANKRUPTCY NO. 17-3283**<br>(CIVIL NO. 17-1578)<br><br><br><br><br><br>RE:<br>Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"),<br>Tittle III Petition for Adjustment of Debts |

<u>**INFORMATIVE MOTION REGARDING THE JUNE 12, 2019 HEARING**</u>

    **PLEASE TAKE NOTICE** that the Asociación Puertorriqueña de la Judicatura, Inc. ("APJ") filed a *Motion for Relief from Stay* on **December 4ᵗʰ, 2018**, *see* DN 4398. The Financial Oversight and Management Board for Puerto Rico, filed an *Objection of FOMB, as a Representative of the Commonwealth of Puerto Rico, to Motion for Relief from Stay Filed by Asociacion Puertorriqueña de la Judicatura, Inc*., on **January 15ᵗʰ, 2019,** *see* DN 4797.

1

**PLEASE TAKE FURTHER NOTICE** that although, the above mentioned motions were going to be argued at the January 30th, 2019 hearing, on **January 24th. 2019**, a motion was filed informing that, in light of the parties' desire to hold a mediation session, they had agreed to request a continuance of said hearing for a later date, *see* DN 4881.

**PLEASE TAKE FURTHER NOTICE** that, as request by the APJ, this matter was included in the agenda for todays hearing which is being held before Honorable Laura Taylor Swain, United States District Court Judge.

**PLEASE TAKE FURTHER NOTICE** that David C. Indiano will appear in person on behalf of the APJ during todays hearing. Counsel intends to address the *Motion to Lift the Stay* filed at DN 4398. APJ reserves all rights to be heard on any matter raised by any party at the Hearing related to the interests of APJ.

**WHEREFORE**, the APJ respectfully requests that this Honorable Court **NOTE** that, attorney David C. Indiano, will be attending the hearing of June 12th, 2019 and intends to address the motion filed at DN 4398.

**CERTIFICATE OF SERVICE: I HEREBY CERTIFY** that on this day, I electronically filed the foregoing motion with the Clerk of the Court using CM/ECF Filing System which will send notification to the parties and subscribed users.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 12th day of June 2019.

**INDIANO & WILLIAMS, P.S.C.**
207 del Parque Street; 3rd Floor
San Juan, P.R. 00912
Tel: (787) 641-4545; Fax: (787) 641-4544
david.indiano@indianowilliams.com
jeffrey.williams@indianowilliams.com

by:   ___*s/ David C. Indiano*___
        DAVID C. INDIANO
        USDC-PR NO. 200601