# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br>Case No. 17-BK-3283 (LTS)<br>(Jointly Administered) |

## ORDER SETTING BRIEFING SCHEDULE

This matter is before the Court on the *Omnibus Motion by the Financial Oversight and Management Board for Puerto Rico, Acting By and Through the Members of the Special Claims Committee, and the Official Committee of Unsecured Creditors to (I) Establish Litigation Case Management Procedures and (II) Establish Procedures for the Approval of Settlement.* (Dkt. No. 7325 in 17-BK-3283; Dkt. No. 580 in 17-BK-3567; Dkt. No. 549 in 17-BK-3566; Dkt. No. 1297 in 17-BK-4780) (the "Motion"). The Court hereby sets the following briefing schedule on the Motion:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17- BK3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780) (Last Four Digits of Federal Tax ID: 3747).

1. Any response shall be due by **June 17, 2019 at 3:00 pm Atlantic Standard Time**;

2. Any reply shall be due by **June 21, 2019 at 3:00 pm Atlantic Standard Time**;

3. A hearing on the Motion shall take place on **June 28, 2019 at 10:00 am Atlantic Standard Time** at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 1007. A formal procedures order will follow.

SO ORDERED.

June 12, 2019

/s/ Judith G. Dein  
Judith Gail Dein  
United States Magistrate Judge