UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
|    as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
|    Debtors.[1] | |

------------------------------------------------------------x

### ORDER REGARDING ARGUMENT AND DISCOVERY IN CONNECTION WITH AMBAC ASSURANCE CORPORATION'S MOTION CONCERNING APPLICATION OF THE AUTOMATIC STAY

      The Court has reviewed the *Joint Status Report of Ambac Assurance Corporation and the Financial Oversight and Management Board Pursuant to Order Granting Motion for Leave to File Sur-Reply and Setting Briefing Deadlines in Connection With Motion of Ambac Assurance Corporation Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Bonds* (Docket Entry No. 7347) and hereby makes the following provisions for presentation of and potential discovery in connection with issues raised by the pending motion practice.

      The July 24, 2019, hearing on the automatic stay-related motion practice will be oral argument on the legal issues of standing and secured status only. Factual submissions must be limited to legal documents (statutes, agreements and the like) relevant to the parties' standing and collateral security arguments.

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Any automatic stay motion-related discovery will be addressed in connection with the Court's decision on the legal issues argued on that stay motion.

Judge Dein will hear oral argument on *Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning PRIFA Rum Taxes* (Docket Entry No. 7328) at the July 24, 2019, hearing.

SO ORDERED.

Dated: June 13, 2019

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge