PETER BONDRA
372 CARRIAGE PARK WAY
ANNAPOLIS, MD 21401

Case:17-03283-LTS Doc#:7154-1 Filed:05/29/19 Entered:05/29/19 17:06:20 Desc:
Proposed Order Page 28 of 29

2019 JUN 11 PM 4: 48

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN

**Participant Name and Contact Information**

Peter Bondra
Participant Name

Contact Person (if Participant is not an individual)

PeterBon12@gmail.com
Email Address

372 Carriage Park Way
Address line 1

Annapolis, MD 21401
Address line 2
City, State Zip Code

USA
Country

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1

Address line 2
City, State Zip Code

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

   _____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); or

   __X__ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3. If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a) Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

   (b) Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? YES or (NO) (please **circle one**).

X By: _[signature]_
Signature

Peter Bondra
Print Name

Title (if Participant is not an Individual)

X Jun. 8. 2019
Date

2

Case:17-03283-LTS Doc#:7154-1 Filed:05/29/19 Entered:05/29/19 17:06:20 Desc:
Proposed Order Page 29 of 29

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

PETER BONDRA
372 C[ARROLLTON] PARK WAY
ANNAPOLIS, MD 21401

RECEIVED & FILED
2019 JUN 11  PM 4:48
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

08 JUN '19
PM 9 L



THE CLERK OF THE US DISTRICT COURT FOR -
DISTRICT OF PR

ROOM 150 FEDERAL BUILDING

150 CARLOS CHARDON AVENUE

SAN JUAN, PR 00918-1767

00918-170399