# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br>Case No. 17-BK-3283 (LTS)<br>(Jointly Administered |

## ORDER MOVING HEARING

On May 29, 2019, this Court set a briefing schedule and hearing date before Judge Dein on the *Motion of (I) Financial Oversight and Management Board, Acting Through Its Special Claims Committee, and (II) Official Committee of Unsecured Creditors, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, To (A) Extend Deadlines and (B) Establish Revised Procedures with Respect to Omnibus Objections to Claims of Holders of Certain Commonwealth General Obligation Bonds Issued in 2011, 2012 and 2014, and for Related Relief* (Dkt. No. 7137) ("Procedures

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17- BK3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780) (Last Four Digits of Federal Tax ID: 3747).

Motion"). (See Scheduling Order at Dkt. No. 7153). Therein, this Court set a hearing date for the Procedures Motion of June 26, 2019.

The Court hereby moves the hearing date to **June 28, 2019 at 10:00 am**, and moves the location of the hearing before Judge Dein to the **Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 1007**. The Court will also hear oral argument on the *Omnibus Motion by the Financial Oversight and Management Board for Puerto Rico, Acting By and Through the Members of the Special Claims Committee, and the Official Committee of Unsecured Creditors to (I) Establish Litigation Case Management Procedures and (II) Establish Procedures for the Approval of Settlement* (Dkt. No. 7325 in 17-BK-3283; Dkt. No. 580 in 17-BK-3567; Dkt. No. 549 in 17-BK-3566; Dkt. No. 1297 in 17-BK-4780) at the 10:00 hearing, as set forth by previous order of this Court. (See Dkt. No. 7391 in 17-BK-3283).

A video-conference connection will be available in Courtroom 5 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Avenue, Federal Building, San Juan, Puerto Rico 00918-1767. A formal procedures order will follow.

SO ORDERED.

June 13, 2019

/s/ Judith G. Dein<br>Judith Gail Dein<br>United States Magistrate Judge

2