## **Exhibit B**

**Task Code Time Breakdown**

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|

**MATTER 33260.0010 COFINA - General**

**201 –   Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants**

| | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **Partner** | | Ann M. Ashton | 730.00 | 0.50 | $365.00 |
| | | Brian S. Rosen | 759.00 | 4.80 | $3,643.20 |
| | | Ehud Barak | 730.00 | 1.10 | $803.00 |
| | | Jeffrey W. Levitan | 759.00 | 0.90 | $683.10 |
| | | Jonathan E. Richman | 730.00 | 1.50 | $1,095.00 |
| | | | 789.00 | 0.30 | $236.70 |
| | | Kevin J. Perra | 730.00 | 3.60 | $2,628.00 |
| | | Margaret A. Dale | 730.00 | 0.80 | $584.00 |
| | | Martin J. Bienenstock | 730.00 | 3.40 | $2,482.00 |
| | | Michael A. Firestein | 730.00 | 0.90 | $657.00 |
| | | Paul Possinger | 730.00 | 3.70 | $2,701.00 |
| | | | 759.00 | 1.80 | $1,366.20 |
| | | Stephen L. Ratner | 730.00 | 1.90 | $1,387.00 |
| | | Timothy W. Mungovan | 730.00 | 1.50 | $1,095.00 |
| | | | 759.00 | 0.40 | $303.60 |
| **Partner Total** | | | | **27.10** | **$20,029.80** |
| | | | | | |
| **Associate** | | Chris Theodoridis | 730.00 | 0.50 | $365.00 |
| | | | 789.00 | 0.30 | $236.70 |
| | | Daniel Desatnik | 730.00 | 3.60 | $2,628.00 |
| | | Elliot Stevens | 759.00 | 0.30 | $227.70 |
| | | Jacquelyn N. Crawley | 789.00 | 0.20 | $157.80 |
| | | Julia D. Alonzo | 730.00 | 3.00 | $2,190.00 |
| | | Laura Stafford | 759.00 | 0.50 | $379.50 |
| | | | 789.00 | 2.00 | $1,578.00 |
| | | Maja Zerjal | 759.00 | 0.30 | $227.70 |
| | | Steve Ma | 789.00 | 0.50 | $394.50 |
| | | William D. Dalsen | 730.00 | 0.30 | $219.00 |
| **Associate Total** | | | | **11.50** | **$8,603.90** |
| | | | | | |
| **201 Total** | | | | **38.60** | **$28,633.70** |

**202 – Legal Research**

| | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **Partner** | | Brian S. Rosen | 730.00 | 0.40 | $292.00 |
| | | Ehud Barak | 730.00 | 20.10 | $14,673.00 |
| | | James P. Gerkis | 759.00 | 1.80 | $1,366.20 |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | Jonathan E. Richman | 730.00 | 9.50 | $6,935.00 |
| | | | 759.00 | 4.80 | $3,643.20 |
| | | Kevin J. Perra | 730.00 | 42.70 | $31,171.00 |
| | | Lary Alan Rappaport | 730.00 | 2.80 | $2,044.00 |
| | | Martin J. Bienenstock | 730.00 | 4.60 | $3,358.00 |
| | | Michael A. Firestein | 730.00 | 2.20 | $1,606.00 |
| | | | 759.00 | 1.40 | $1,062.60 |
| | | | 789.00 | 1.20 | $946.80 |
| | | Paul Possinger | 730.00 | 2.80 | $2,044.00 |
| | | Stephen L. Ratner | 730.00 | 1.40 | $1,022.00 |
| | | Steven O. Weise | 730.00 | 2.90 | $2,117.00 |
| | | Timothy W. Mungovan | 730.00 | 4.00 | $2,920.00 |
| | | | 759.00 | 0.30 | $227.70 |
| | **Partner Total** | | | **102.90** | **$75,428.50** |
| | | | | | |
| | **Senior Counsel** | Jordan B. Leader | 730.00 | 1.30 | $949.00 |
| | **Senior Counsel Total** | | **730.00** | **1.30** | **$949.00** |
| | | | | | |
| | **Associate** | Alexandra V. Bargoot | 730.00 | 3.30 | $2,409.00 |
| | | Blake Cushing | 789.00 | 0.90 | $710.10 |
| | | Carl Mazurek | 789.00 | 1.10 | $867.90 |
| | | Chris Theodoridis | 730.00 | 24.40 | $17,812.00 |
| | | | 759.00 | 31.30 | $23,756.70 |
| | | | 759.00 | 4.10 | $3,111.90 |
| | | | 789.00 | 2.60 | $2,051.40 |
| | | Daniel Desatnik | 730.00 | 19.40 | $14,162.00 |
| | | Elisa Carino | 260.00 | 10.20 | $2,652.00 |
| | | Elliot Stevens | 250.00 | 2.50 | $625.00 |
| | | | 260.00 | 8.10 | $2,106.00 |
| | | | 759.00 | 9.50 | $7,210.50 |
| | | | 789.00 | 0.30 | $236.70 |
| | | Jacquelyn N. Crawley | 789.00 | 1.70 | $1,341.30 |
| | | Jason W. Joffe | 250.00 | 5.80 | $1,450.00 |
| | | Jessica Z. Greenburg | 730.00 | 6.20 | $4,526.00 |
| | | Joshua A. Esses | 730.00 | 0.70 | $511.00 |
| | | Julia D. Alonzo | 730.00 | 24.60 | $17,958.00 |
| | | Kelly M. Curtis | 730.00 | 4.10 | $2,993.00 |
| | | Lucy Wolf | 250.00 | 0.80 | $200.00 |
| | | Marc Palmer | 789.00 | 1.30 | $1,025.70 |
| | | Michael R. Hackett | 730.00 | 2.20 | $1,606.00 |
| | | William D. Dalsen | 730.00 | 4.00 | $2,920.00 |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | Zachary Chalett | 250.00 | 4.90 | $1,225.00 |
| | **Associate Total** | | | **174.00** | **$113,467.20** |
| | **Law Clerk** | Javier Sosa | 270.00 | 3.80 | $1,026.00 |
| | | Philip Omorogbe | 260.00 | 42.00 | $10,920.00 |
| | | | 270.00 | 26.50 | $7,155.00 |
| | **Law Clerk Total** | | | **72.30** | **$19,101.00** |
| | **Legal Assistant** | Christopher M. Tarrant | 260.00 | 1.60 | $416.00 |
| | **Legal Assistant Total** | | | **1.60** | **$416.00** |
| | **Library** | Sherri Cupplo | 250.00 | 0.40 | $100.00 |
| | **Library Total** | | | **0.40** | **$100.00** |
| **202 Total** | | | | **352.50** | **$209,461.70** |

**203 – Hearings**

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | **Partner** | Brian S. Rosen | 730.00 | 1.90 | $1,387.00 |
| | | | 759.00 | 0.20 | $151.80 |
| | | Chantel L. Febus | 730.00 | 0.30 | $219.00 |
| | | Ehud Barak | 730.00 | 0.50 | $365.00 |
| | | James P. Gerkis | 759.00 | 2.00 | $1,518.00 |
| | | Jeffrey W. Levitan | 759.00 | 1.70 | $1,290.30 |
| | | Jonathan E. Richman | 730.00 | 6.80 | $4,964.00 |
| | | Kevin J. Perra | 730.00 | 9.30 | $6,789.00 |
| | | Margaret A. Dale | 730.00 | 3.10 | $2,263.00 |
| | | Martin J. Bienenstock | 730.00 | 7.60 | $5,548.00 |
| | | | 759.00 | 4.50 | $3,415.50 |
| | | Michael A. Firestein | 759.00 | 3.60 | $2,732.40 |
| | | Paul Possinger | 730.00 | 5.30 | $3,869.00 |
| | | Ralph C. Ferrara | 759.00 | 0.70 | $531.30 |
| | | Stephen L. Ratner | 730.00 | 5.30 | $3,869.00 |
| | | Timothy W. Mungovan | 730.00 | 57.40 | $41,902.00 |
| | **Partner Total** | | | **110.20** | **$80,814.30** |
| | **Senior Counsel** | Jordan B. Leader | 730.00 | 0.20 | $146.00 |
| | **Senior Counsel Total** | | | **0.20** | **$146.00** |
| | **Associate** | Alexandra V. Bargoot | 730.00 | 6.50 | $4,745.00 |
| | | Chris Theodoridis | 759.00 | 25.70 | $19,506.30 |
| | | | 789.00 | 3.20 | $2,524.80 |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | Daniel Desatnik | 730.00 | 0.30 | $219.00 |
| | | John E. Roberts | 730.00 | 1.30 | $949.00 |
| | | Joshua A. Esses | 730.00 | 2.90 | $2,117.00 |
| | | Julia D. Alonzo | 730.00 | 48.50 | $35,405.00 |
| | | Laura Stafford | 789.00 | 2.20 | $1,735.80 |
| | | | 789.00 | 5.60 | $4,418.40 |
| | | Maja Zerjal | 759.00 | 0.20 | $151.80 |
| | | Michael R. Hackett | 730.00 | 1.90 | $1,387.00 |
| | | Steve Ma | 759.00 | 4.00 | $3,036.00 |
| | | | 789.00 | 0.20 | $157.80 |
| | | William D. Dalsen | 730.00 | 8.00 | $5,840.00 |
| | **Associate Total** | | | **110.50** | **$82,192.90** |
| | **Legal Assistant** | Shealeen E. Schaefer | 250.00 | 0.30 | $75.00 |
| | | Tayler M. Sherman | 250.00 | 2.60 | $650.00 |
| | **Legal Assistant Total** | | | **2.90** | **$725.00** |
| **203 Total** | | | | **223.80** | **$163,878.20** |

**204 -   Communications with Claimholders**

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | **Partner** | Brian S. Rosen | 759.00 | 26.00 | $19,734.00 |
| | | | 759.00 | 119.50 | $90,700.50 |
| | | | 759.00 | 20.70 | $15,711.30 |
| | | Chantel L. Febus | 759.00 | 0.90 | $683.10 |
| | | Ehud Barak | 730.00 | 3.90 | $2,847.00 |
| | | | 759.00 | 3.80 | $2,884.20 |
| | | Gregg M. Mashberg | 759.00 | 0.10 | $75.90 |
| | | James P. Gerkis | 759.00 | 0.20 | $151.80 |
| | | Jeffrey W. Levitan | 759.00 | 0.40 | $303.60 |
| | | Jonathan E. Richman | 730.00 | 9.80 | $7,154.00 |
| | | Kevin J. Perra | 730.00 | 0.70 | $511.00 |
| | | Margaret A. Dale | 730.00 | 2.60 | $1,898.00 |
| | | | 759.00 | 0.90 | $683.10 |
| | | Martin J. Bienenstock | 730.00 | 21.40 | $15,622.00 |
| | | Michael A. Firestein | 759.00 | 0.30 | $227.70 |
| | | Paul Possinger | 730.00 | 2.10 | $1,533.00 |
| | | | 759.00 | 1.70 | $1,290.30 |
| | | Stephen L. Ratner | 730.00 | 5.70 | $4,161.00 |
| | | | 759.00 | 2.10 | $1,593.90 |
| | | Steven O. Weise | 730.00 | 0.80 | $584.00 |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | Timothy W. Mungovan | 730.00 | 19.00 | $13,870.00 |
| | | | 759.00 | 1.10 | $834.90 |
| | | | 759.00 | 1.40 | $1,062.60 |
| | **Partner Total** | | | **245.10** | **$184,116.90** |
| | | | | | |
| | **Senior Counsel** | Jordan B. Leader | 730.00 | 2.60 | $1,898.00 |
| | **Senior Counsel Total** | | | **2.60** | **$1,898.00** |
| | | | | | |
| | **Associate** | Alexandra V. Bargoot | 730.00 | 1.20 | $876.00 |
| | | Amelia Friedman | 759.00 | 0.70 | $531.30 |
| | | Brandon C. Clark | 759.00 | 2.10 | $1,593.90 |
| | | Chris Theodoridis | 730.00 | 5.60 | $4,088.00 |
| | | | 759.00 | 14.40 | $10,929.60 |
| | | | 759.00 | 2.30 | $1,745.70 |
| | | | 789.00 | 3.40 | $2,682.60 |
| | | Daniel Desatnik | 730.00 | 1.40 | $1,022.00 |
| | | David Simon | 759.00 | 42.30 | $32,105.70 |
| | | Elliot Stevens | 759.00 | 6.20 | $4,705.80 |
| | | Jacquelyn N. Crawley | 759.00 | 3.60 | $2,732.40 |
| | | | 789.00 | 1.10 | $867.90 |
| | | | 789.00 | 5.60 | $4,418.40 |
| | | Joshua A. Esses | 789.00 | 0.10 | $78.90 |
| | | Julia D. Alonzo | 730.00 | 24.50 | $17,885.00 |
| | | Laura Stafford | 789.00 | 5.50 | $4,339.50 |
| | | Maja Zerjal | 730.00 | 1.20 | $876.00 |
| | | Mee R. Kim | 730.00 | 2.10 | $1,533.00 |
| | | Nicholas Pellegrino | 759.00 | 1.50 | $1,138.50 |
| | | Steve Ma | 759.00 | 3.30 | $2,504.70 |
| | | | 759.00 | 13.00 | $9,867.00 |
| | | | 789.00 | 0.20 | $157.80 |
| | | Yomarie Habenicht | 759.00 | 53.10 | $40,302.90 |
| | | Zachary Chalett | 250.00 | 1.90 | $475.00 |
| | **Associate Total** | | | **196.30** | **$147,457.60** |
| | | | | | |
| | **Legal Assistant** | Christopher M. Tarrant | 260.00 | 9.80 | $2,548.00 |
| | | Shealeen E. Schaefer | 250.00 | 1.30 | $325.00 |
| | **Legal Assistant Total** | | | **11.10** | **$2,873.00** |
| | | | | | |
| **204 Total** | | | | **455.10** | **$336,345.50** |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|

**205 -** **Communications with Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities**

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | **Partner** | Ann M. Ashton | 730.00 | 3.50 | $2,555.00 |
| | | Brian S. Rosen | 730.00 | 0.90 | $657.00 |
| | | | 759.00 | 0.90 | $683.10 |
| | | Ehud Barak | 730.00 | 6.90 | $5,037.00 |
| | | Gregg M. Mashberg | 759.00 | 0.40 | $303.60 |
| | | Jonathan E. Richman | 730.00 | 2.00 | $1,460.00 |
| | | Keisha-Ann G. Gray | 730.00 | 1.20 | $876.00 |
| | | Margaret A. Dale | 730.00 | 6.70 | $4,891.00 |
| | | | 759.00 | 0.60 | $455.40 |
| | | Martin J. Bienenstock | 730.00 | 7.00 | $5,110.00 |
| | | Paul Possinger | 730.00 | 12.10 | $8,833.00 |
| | | Stephen L. Ratner | 730.00 | 11.50 | $8,395.00 |
| | | | 759.00 | 1.00 | $759.00 |
| | | Timothy W. Mungovan | 730.00 | 32.50 | $23,725.00 |
| | | | 759.00 | 5.00 | $3,795.00 |
| | **Partner Total** | | | **92.20** | **$67,535.10** |
| | **Senior Counsel** | Jordan B. Leader | 730.00 | 2.90 | $2,117.00 |
| | **Senior Counsel Total** | | | **2.90** | **$2,117.00** |
| | **Associate** | Alexandra V. Bargoot | 730.00 | 2.10 | $1,533.00 |
| | | Carl C. Forbes | 759.00 | 0.60 | $455.40 |
| | | Chris Theodoridis | 730.00 | 1.30 | $949.00 |
| | | | 759.00 | 1.30 | $986.70 |
| | | | 789.00 | 1.90 | $1,499.10 |
| | | Daniel Desatnik | 730.00 | 18.30 | $13,359.00 |
| | | Elliot Stevens | 759.00 | 1.60 | $1,214.40 |
| | | Maja Zerjal | 730.00 | 10.50 | $7,665.00 |
| | | | 759.00 | 2.00 | $1,518.00 |
| | | Julia D. Alonzo | 730.00 | 12.00 | $8,760.00 |
| | | William D. Dalsen | 730.00 | 0.60 | $438.00 |
| | **Associate Total** | | | **52.20** | **$38,377.60** |
| **205 Total** | | | | **147.30** | **$108,029.70** |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **206 -** | **Documents Filed on Behalf of the Board** | | | | |
| | **Partner** | Brian S. Rosen | 730.00 | 9.90 | $7,227.00 |
| | | | 759.00 | 1.10 | $834.90 |
| | | | 759.00 | 7.00 | $5,313.00 |
| | | Chantel L. Febus | 730.00 | 1.50 | $1,095.00 |
| | | Ehud Barak | 730.00 | 81.40 | $59,422.00 |
| | | Gregg M. Mashberg | 759.00 | 0.30 | $227.70 |
| | | Guy Brenner | 730.00 | 0.60 | $438.00 |
| | | James P. Gerkis | 759.00 | 1.60 | $1,214.40 |
| | | Jeffrey W. Levitan | 759.00 | 13.10 | $9,942.90 |
| | | Jonathan E. Richman | 730.00 | 175.10 | $127,823.00 |
| | | | 759.00 | 1.10 | $834.90 |
| | | | 759.00 | 20.10 | $15,255.90 |
| | | | 759.00 | 2.30 | $1,745.70 |
| | | | 789.00 | 5.30 | $4,181.70 |
| | | Keisha-Ann G. Gray | 730.00 | 1.80 | $1,314.00 |
| | | Kevin J. Perra | 730.00 | 131.60 | $96,068.00 |
| | | | 759.00 | 4.90 | $3,719.10 |
| | | Lary Alan Rappaport | 759.00 | 0.80 | $607.20 |
| | | | 789.00 | 0.20 | $157.80 |
| | | Margaret A. Dale | 730.00 | 19.10 | $13,943.00 |
| | | Martin J. Bienenstock | 730.00 | 31.80 | $23,214.00 |
| | | | 759.00 | 3.70 | $2,808.30 |
| | | Michael A. Firestein | 730.00 | 0.90 | $657.00 |
| | | | 759.00 | 2.60 | $1,973.40 |
| | | | 789.00 | 2.30 | $1,814.70 |
| | | Paul Possinger | 730.00 | 19.70 | $14,381.00 |
| | | Philip M. Abelson | 730.00 | 0.90 | $657.00 |
| | | Ralph C. Ferrara | 730.00 | 0.70 | $511.00 |
| | | Stephen L. Ratner | 730.00 | 84.00 | $61,320.00 |
| | | | 759.00 | 1.10 | $834.90 |
| | | | 759.00 | 1.60 | $1,214.40 |
| | | Steven O. Weise | 730.00 | 7.60 | $5,548.00 |
| | | Timothy Q. Karcher | 759.00 | 0.90 | $683.10 |
| | | Timothy W. Mungovan | 730.00 | 110.70 | $80,811.00 |
| | | | 759.00 | 3.90 | $2,960.10 |
| | | | 759.00 | 2.30 | $1,745.70 |
| | | Vincent Indelicato | 730.00 | 1.70 | $1,241.00 |
| | **Partner Total** | | | **755.20** | **$553,739.80** |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | **Senior Counsel** | Jordan B. Leader | 730.00 | 2.70 | $1,971.00 |
| | **Senior Counsel Total** | | | **2.70** | **$1,971.00** |
| | **Associate** | Alexandra V. Bargoot | 730.00 | 43.20 | $31,536.00 |
| | | Amelia Friedman | 759.00 | 3.70 | $2,808.30 |
| | | Brandon C. Clark | 759.00 | 6.40 | $4,857.60 |
| | | Chris Theodoridis | 730.00 | 25.80 | $18,834.00 |
| | | | 759.00 | 92.20 | $69,979.80 |
| | | | 759.00 | 4.10 | $3,111.90 |
| | | | 789.00 | 4.30 | $3,392.70 |
| | | Daniel Desatnik | 730.00 | 88.30 | $64,459.00 |
| | | | 759.00 | 0.40 | $303.60 |
| | | Elliot Stevens | 759.00 | 6.30 | $4,781.70 |
| | | | 789.00 | 6.50 | $5,128.50 |
| | | | 789.00 | 4.10 | $3,234.90 |
| | | Jacquelyn N. Crawley | 789.00 | 0.90 | $710.10 |
| | | Jeramy Webb | 730.00 | 8.00 | $5,840.00 |
| | | John E. Roberts | 730.00 | 3.00 | $2,190.00 |
| | | Joshua A. Esses | 730.00 | 20.90 | $15,257.00 |
| | | | 759.00 | 2.20 | $1,669.80 |
| | | | 759.00 | 21.20 | $16,090.80 |
| | | | 759.00 | 8.70 | $6,603.30 |
| | | | 789.00 | 0.50 | $394.50 |
| | | Julia D. Alonzo | 730.00 | 411.20 | $300,176.00 |
| | | | 759.00 | 60.10 | $45,615.90 |
| | | Laura Stafford | 789.00 | 2.20 | $1,735.80 |
| | | | 789.00 | 3.90 | $3,077.10 |
| | | Lucy Wolf | 250.00 | 3.40 | $850.00 |
| | | Maja Zerjal | 730.00 | 12.10 | $8,833.00 |
| | | | 759.00 | 0.30 | $227.70 |
| | | Matthew J. Morris | 789.00 | 5.90 | $4,655.10 |
| | | Melissa D. Digrande | 730.00 | 33.70 | $24,601.00 |
| | | | 759.00 | 3.90 | $2,960.10 |
| | | Michael R. Hackett | 730.00 | 35.10 | $25,623.00 |
| | | Om V. Alladi | 250.00 | 2.10 | $525.00 |
| | | Shiloh Rainwater | 730.00 | 3.40 | $2,482.00 |
| | | Steve Ma | 759.00 | 41.10 | $31,194.90 |
| | | | 759.00 | 5.10 | $3,870.90 |
| | | | 789.00 | 1.90 | $1,499.10 |
| | | William D. Dalsen | 730.00 | 30.60 | $22,338.00 |
| | | Zachary Chalett | 250.00 | 6.70 | $1,675.00 |
| | | | 730.00 | 3.60 | $2,628.00 |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | **Associate Total** | | | **1,017.00** | **$745,751.10** |
| | **Law Clerk** | Philip Omorogbe | 260.00 | 9.60 | $2,496.00 |
| | **Law Clerk Total** | | | **9.60** | **$2,496.00** |
| | **Legal Assistant** | Angelo Monforte | 270.00 | 1.10 | $297.00 |
| | | Eamon Wizner | 250.00 | 2.00 | $500.00 |
| | | Hannah Silverman | 250.00 | 1.00 | $250.00 |
| | | Lawrence T. Silvestro | 250.00 | 12.70 | $3,175.00 |
| | | Shealeen E. Schaefer | 250.00 | 0.30 | $75.00 |
| | **Legal Assistant Total** | | | **17.10** | **$4,297.00** |
| | **Other Attorney** | James Kay | 390.00 | 4.40 | $1,716.00 |
| | **Other Attorney Total** | | | **4.40** | **$1,716.00** |
| **206 Total** | | | | **1,806.00** | **$1,309,970.90** |

**207 -   Non-Board Court Filings**

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | **Partner** | Brian S. Rosen | 730.00 | 6.80 | $4,964.00 |
| | | | 759.00 | 1.20 | $910.80 |
| | | Chantel L. Febus | 730.00 | 11.50 | $8,395.00 |
| | | Ehud Barak | 730.00 | 19.20 | $14,016.00 |
| | | Jeffrey W. Levitan | 759.00 | 0.80 | $607.20 |
| | | | 789.00 | 1.00 | $789.00 |
| | | Jonathan E. Richman | 730.00 | 20.40 | $14,892.00 |
| | | | 759.00 | 1.10 | $834.90 |
| | | | 759.00 | 0.30 | $227.70 |
| | | Keisha-Ann G. Gray | 730.00 | 10.20 | $7,446.00 |
| | | Kevin J. Perra | 730.00 | 47.90 | $34,967.00 |
| | | | 759.00 | 1.20 | $910.80 |
| | | | 789.00 | 0.50 | $394.50 |
| | | Lary Alan Rappaport | 730.00 | 0.50 | $365.00 |
| | | | 759.00 | 0.40 | $303.60 |
| | | Margaret A. Dale | 730.00 | 9.60 | $7,008.00 |
| | | | 759.00 | 0.50 | $379.50 |
| | | Martin J. Bienenstock | 730.00 | 3.60 | $2,628.00 |
| | | Michael A. Firestein | 730.00 | 2.90 | $2,117.00 |
| | | | 759.00 | 3.80 | $2,884.20 |
| | | | 789.00 | 1.10 | $867.90 |
| | | | 789.00 | 6.40 | $5,049.60 |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | Paul Possinger | 730.00 | 14.50 | $10,585.00 |
| | | | 759.00 | 0.80 | $607.20 |
| | | Ralph C. Ferrara | 730.00 | 2.70 | $1,971.00 |
| | | | 759.00 | 0.80 | $607.20 |
| | | | 789.00 | 8.50 | $6,706.50 |
| | | Richard M. Corn | 730.00 | 0.60 | $438.00 |
| | | Stephen L. Ratner | 730.00 | 17.70 | $12,921.00 |
| | | | 759.00 | 1.60 | $1,214.40 |
| | | Steven O. Weise | 759.00 | 1.10 | $834.90 |
| | | Timothy W. Mungovan | 730.00 | 48.00 | $35,040.00 |
| | | | 759.00 | 9.90 | $7,514.10 |
| | | | 789.00 | 1.40 | $1,104.60 |
| | | Vincent Indelicato | 730.00 | 4.30 | $3,139.00 |
| | **Partner Total** | | | **262.80** | **$193,640.60** |
| | | | | | |
| | **Senior Counsel** | Jordan B. Leader | 730.00 | 0.30 | $219.00 |
| | **Senior Counsel Total** | | | **0.30** | **$219.00** |
| | | | | | |
| | **Associate** | Alexandra V. Bargoot | 730.00 | 56.10 | $40,953.00 |
| | | Chris Theodoridis | 730.00 | 10.10 | $7,373.00 |
| | | | 759.00 | 1.00 | $759.00 |
| | | Daniel Desatnik | 730.00 | 15.30 | $11,169.00 |
| | | Jeramy Webb | 730.00 | 2.70 | $1,971.00 |
| | | John E. Roberts | 730.00 | 4.30 | $3,139.00 |
| | | Julia D. Alonzo | 730.00 | 68.80 | $50,224.00 |
| | | | 759.00 | 0.80 | $607.20 |
| | | Lucy Wolf | 730.00 | 7.30 | $5,329.00 |
| | | Maja Zerjal | 730.00 | 6.20 | $4,526.00 |
| | | | 759.00 | 0.70 | $531.30 |
| | | Matthew I. Rochman | 730.00 | 0.90 | $657.00 |
| | | Matthew J. Morris | 730.00 | 1.40 | $1,022.00 |
| | | Melissa D. Digrande | 730.00 | 14.80 | $10,804.00 |
| | | | 759.00 | 1.20 | $910.80 |
| | | Michael R. Hackett | 730.00 | 10.80 | $7,884.00 |
| | | Steve Ma | 730.00 | 0.20 | $146.00 |
| | | | 789.00 | 1.10 | $867.90 |
| | | William D. Dalsen | 730.00 | 5.60 | $4,088.00 |
| | | Zachary Chalett | 250.00 | 3.40 | $850.00 |
| | **Associate Total** | | | **212.70** | **$153,811.20** |
| | | | | | |
| | **Legal Assistant** | Lawrence T. Silvestro | 250.00 | 3.40 | $850.00 |
| | | Magali Giddens | 250.00 | 0.90 | $225.00 |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | **Legal Assistant Total** | | | **4.30** | **$1,075.00** |
| **207 Total** | | | | **480.10** | **$348,745.80** |
| **208 -** | **Stay Matters** | | | | |
| | **Partner** | Ehud Barak | 730.00 | 1.80 | $1,314.00 |
| | | Jonathan E. Richman | 730.00 | 0.80 | $584.00 |
| | | Kevin J. Perra | 730.00 | 4.70 | $3,431.00 |
| | | Paul Possinger | 730.00 | 1.20 | $876.00 |
| | **Partner Total** | | | **8.50** | **$6,205.00** |
| | **Associate** | Daniel Desatnik | 730.00 | 1.40 | $1,022.00 |
| | | Elliot Stevens | 250.00 | 1.40 | $350.00 |
| | | Jason W. Joffe | 250.00 | 1.90 | $475.00 |
| | | Jeramy Webb | 730.00 | 0.10 | $73.00 |
| | | John E. Roberts | 730.00 | 1.80 | $1,314.00 |
| | **Associate Total** | | | **6.60** | **$3,234.00** |
| **208 Total** | | | | **15.10** | **$9,439.00** |
| **209 -** | **Adversary Proceedings** | | | | |
| | **Partner** | Chantel L. Febus | 730.00 | 2.00 | $1,460.00 |
| | | Ehud Barak | 730.00 | 4.90 | $3,577.00 |
| | | Jonathan E. Richman | 730.00 | 6.50 | $4,745.00 |
| | | Kevin J. Perra | 730.00 | 41.70 | $30,441.00 |
| | | Margaret A. Dale | 730.00 | 2.10 | $1,533.00 |
| | | Michael A. Firestein | 759.00 | 0.50 | $379.50 |
| | | Paul Possinger | 730.00 | 0.30 | $219.00 |
| | | Ralph C. Ferrara | 759.00 | 0.20 | $151.80 |
| | | Stephen L. Ratner | 730.00 | 5.90 | $4,307.00 |
| | | | 759.00 | 0.20 | $151.80 |
| | | Timothy W. Mungovan | 730.00 | 2.30 | $1,679.00 |
| | **Partner Total** | | | **66.60** | **$48,644.10** |
| | **Senior Counsel** | Jordan B. Leader | 730.00 | 15.50 | $11,315.00 |
| | **Senior Counsel Total** | | | **15.50** | **$11,315.00** |
| | **Associate** | Julia D. Alonzo | 730.00 | 33.00 | $24,090.00 |
| | | Lucy Wolf | 759.00 | 0.30 | $227.70 |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | Om V. Alladi | 250.00 | 32.30 | $8,075.00 |
| | | William D. Dalsen | 730.00 | 4.90 | $3,577.00 |
| | | Zachary Chalett | 250.00 | 14.90 | $3,725.00 |
| | **Associate Total** | | | **85.40** | **$39,694.70** |
| | **Legal Assistant** | Shealeen E. Schaefer | 250.00 | 5.60 | $1,400.00 |
| | | Tayler M. Sherman | 250.00 | 0.30 | $75.00 |
| | **Legal Assistant Total** | | | **5.90** | **$1,475.00** |
| **209 Total** | | | | **173.40** | **$101,128.80** |

**210- Analysis and Strategy**

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | **Partner** | Brian S. Rosen | 730.00 | 5.80 | $4,234.00 |
| | | | 759.00 | 2.80 | $2,125.20 |
| | | Chantel L. Febus | 759.00 | 0.60 | $455.40 |
| | | Ehud Barak | 730.00 | 20.30 | $14,819.00 |
| | | James P. Gerkis | 759.00 | 29.00 | $22,011.00 |
| | | | 759.00 | 2.30 | $1,745.70 |
| | | Jeffrey W. Levitan | 759.00 | 1.80 | $1,366.20 |
| | | Jonathan E. Richman | 730.00 | 20.90 | $15,257.00 |
| | | | 759.00 | 0.20 | $151.80 |
| | | Keisha-Ann G. Gray | 730.00 | 7.20 | $5,256.00 |
| | | Kevin J. Perra | 730.00 | 19.60 | $14,308.00 |
| | | | 759.00 | 0.20 | $151.80 |
| | | Lary Alan Rappaport | 730.00 | 2.50 | $1,825.00 |
| | | | 759.00 | 0.10 | $75.90 |
| | | Margaret A. Dale | 730.00 | 5.60 | $4,088.00 |
| | | | 759.00 | 0.70 | $531.30 |
| | | | 789.00 | 0.20 | $157.80 |
| | | Martin J. Bienenstock | 730.00 | 1.60 | $1,168.00 |
| | | | 759.00 | 1.40 | $1,062.60 |
| | | Michael A. Firestein | 730.00 | 0.80 | $584.00 |
| | | | 759.00 | 1.10 | $834.90 |
| | | | 759.00 | 8.40 | $6,375.60 |
| | | | 789.00 | 0.50 | $394.50 |
| | | Paul Possinger | 730.00 | 12.20 | $8,906.00 |
| | | | 759.00 | 1.10 | $834.90 |
| | | | 759.00 | 2.00 | $1,518.00 |
| | | Ralph C. Ferrara | 730.00 | 4.00 | $2,920.00 |
| | | | 759.00 | 8.20 | $6,223.80 |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | Stephen L. Ratner | 730.00 | 27.20 | $19,856.00 |
| | | | 759.00 | 0.80 | $607.20 |
| | | Steven O. Weise | 730.00 | 1.00 | $730.00 |
| | | | 759.00 | 0.70 | $531.30 |
| | | Timothy W. Mungovan | 730.00 | 40.10 | $29,273.00 |
| | | | 759.00 | 6.00 | $4,554.00 |
| | | Vincent Indelicato | 730.00 | 1.40 | $1,022.00 |
| | **Partner Total** | | | **238.30** | **$175,954.90** |
| | **Senior Counsel** | Jordan B. Leader | 730.00 | 5.20 | $3,796.00 |
| | **Senior Counsel Total** | | | **5.20** | **$3,796.00** |
| | **Associate** | Alexandra V. Bargoot | 730.00 | 10.60 | $7,738.00 |
| | | Amelia Friedman | 789.00 | 0.20 | $157.80 |
| | | Brandon C. Clark | 759.00 | 4.40 | $3,339.60 |
| | | | 759.00 | 7.40 | $5,616.60 |
| | | Brooke H. Blackwell | 759.00 | 0.20 | $151.80 |
| | | Chris Theodoridis | 730.00 | 12.80 | $9,344.00 |
| | | | 759.00 | 17.30 | $13,130.70 |
| | | | 789.00 | 21.60 | $17,042.40 |
| | | | 789.00 | 2.30 | $1,814.70 |
| | | Daniel Desatnik | 730.00 | 21.40 | $15,622.00 |
| | | David Simon | 759.00 | 5.50 | $4,174.50 |
| | | Elliot Stevens | 759.00 | 0.70 | $531.30 |
| | | Jacquelyn N. Crawley | 759.00 | 7.40 | $5,616.60 |
| | | | 789.00 | 0.60 | $473.40 |
| | | Jeramy Webb | 730.00 | 0.40 | $292.00 |
| | | Joshua A. Esses | 759.00 | 0.10 | $75.90 |
| | | Julia D. Alonzo | 730.00 | 31.60 | $23,068.00 |
| | | | 759.00 | 0.90 | $683.10 |
| | | Laura Stafford | 759.00 | 0.70 | $531.30 |
| | | Lucy Wolf | 250.00 | 2.80 | $700.00 |
| | | | 730.00 | 0.80 | $584.00 |
| | | Maja Zerjal | 730.00 | 0.20 | $146.00 |
| | | | 759.00 | 1.10 | $834.90 |
| | | | 759.00 | 0.80 | $607.20 |
| | | Matthew I. Rochman | 730.00 | 2.30 | $1,679.00 |
| | | Matthew J. Morris | 730.00 | 2.60 | $1,898.00 |
| | | Mee R. Kim | 759.00 | 0.10 | $75.90 |
| | | Melissa D. Digrande | 730.00 | 0.30 | $219.00 |
| | | | 759.00 | 1.80 | $1,366.20 |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | Om V. Alladi | 250.00 | 0.60 | $150.00 |
| | | Steve Ma | 759.00 | 1.10 | $834.90 |
| | | | 789.00 | 1.80 | $1,420.20 |
| | | William D. Dalsen | 730.00 | 4.50 | $3,285.00 |
| | | Yomarie Habenicht | 759.00 | 1.00 | $759.00 |
| | | Zachary Chalett | 250.00 | 0.60 | $150.00 |
| | **Associate Total** | | | **168.50** | **$124,113.00** |
| | | | | | |
| | **Law Clerk** | Philip Omorogbe | 260.00 | 6.80 | $1,768.00 |
| | | | 270.00 | 0.80 | $216.00 |
| | **Law Clerk Total** | | | **7.60** | **$1,984.00** |
| | | | | | |
| | **Legal Assistant** | Lawrence T. Silvestro | 250.00 | 6.00 | $1,500.00 |
| | | Shealeen E. Schaefer | 250.00 | 0.50 | $125.00 |
| | **Legal Assistant Total** | | | **6.50** | **$1,625.00** |
| | | | | | |
| | **Other Attorney** | James Kay | 390.00 | 1.30 | $507.00 |
| | **Other Attorney Total** | | | **1.30** | **$507.00** |
| | | | | | |
| | **210 Total** | | | **427.40** | **$307,979.90** |

**211-   Non-Working Travel**

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | **Partner** | Ann M. Ashton | 730.00 | 3.40 | $2,482.00 |
| | | Brian S. Rosen | 789.00 | 0.90 | $710.10 |
| | | James P. Gerkis | 759.00 | 0.50 | $379.50 |
| | | Jeffrey W. Levitan | 789.00 | 3.60 | $2,840.40 |
| | | | 789.00 | 2.30 | $1,814.70 |
| | | Lary Alan Rappaport | 789.00 | 4.40 | $3,471.60 |
| | | | 789.00 | 5.90 | $4,655.10 |
| | | Martin J. Bienenstock | 789.00 | 4.00 | $3,156.00 |
| | | Michael A. Firestein | 789.00 | 10.50 | $8,284.50 |
| | | Paul Possinger | 759.00 | 2.00 | $1,518.00 |
| | **Partner Total** | | | **37.50** | **$29,311.90** |
| | | | | | |
| | **Associate** | Chris Theodoridis | 789.00 | 4.00 | $3,156.00 |
| | | Joshua A. Esses | 789.00 | 7.50 | $5,917.50 |
| | | Julia D. Alonzo | 730.00 | 6.80 | $4,964.00 |
| | | Lucy Wolf | 789.00 | 7.00 | $5,523.00 |
| | | Steve Ma | 759.00 | 16.40 | $12,447.60 |
| | | | 789.00 | 11.70 | $9,231.30 |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | Zachary Chalett | 789.00 | 7.20 | $5,680.80 |
| | **Associate Total** | | | **60.60** | **$46,920.20** |
| | | | | | |
| | **Legal Assistant** | Eliot Johnson | 270.00 | 4.00 | $1,080.00 |
| | | Javier Santiago | 270.00 | 4.00 | $1,080.00 |
| | | Julia L. Sutherland | 270.00 | 13.00 | $3,510.00 |
| | | Laura M. Geary | 270.00 | 7.60 | $2,052.00 |
| | **Legal Assistant Total** | | | **28.60** | **$7,722.00** |
| **211 Total** | | | | **126.70** | **$83,954.10** |
| | | | | | |
| **212-** | **General Administration** | | | | |
| | | | | | |
| **Partner** | | James P. Gerkis | 759.00 | 3.90 | $2,960.10 |
| | | Margaret A. Dale | 730.00 | 0.50 | $365.00 |
| | | Timothy W. Mungovan | 730.00 | 0.70 | $511.00 |
| | | | 759.00 | 0.70 | $531.30 |
| | **Partner Total** | | | **5.80** | **$4,367.40** |
| | | | | | |
| **Associate** | | Alexandra V. Bargoot | 730.00 | 5.50 | $4,015.00 |
| | | Daniel Desatnik | 730.00 | 2.50 | $1,825.00 |
| | | Elisa Carino | 260.00 | 8.80 | $2,288.00 |
| | | Joshua A. Esses | 730.00 | 1.60 | $1,168.00 |
| | | Julia D. Alonzo | 730.00 | 0.40 | $292.00 |
| | | Lucy Wolf | 250.00 | 0.50 | $125.00 |
| | | Maja Zerjal | 730.00 | 0.30 | $219.00 |
| | | Melissa D. Digrande | 730.00 | 1.10 | $803.00 |
| | | Om V. Alladi | 250.00 | 13.30 | $3,325.00 |
| | | Zachary Chalett | 250.00 | 7.30 | $1,825.00 |
| | **Associate Total** | | | **41.30** | **$15,885.00** |
| | | | | | |
| **Law Clerk** | | Javier Sosa | 270.00 | 3.30 | $891.00 |
| | **Law Clerk Total** | | | **3.30** | **$891.00** |
| | | | | | |
| **Legal Assistant** | | Alexander J. Volpicello | 270.00 | 3.80 | $1,026.00 |
| | | Allen C. Jones | 250.00 | 1.20 | $300.00 |
| | | America R. Garza | 270.00 | 3.50 | $945.00 |
| | | Angelo Monforte | 250.00 | 18.90 | $4,725.00 |
| | | | 270.00 | 17.80 | $4,806.00 |
| | | Blake Schmidt | 250.00 | 3.00 | $750.00 |
| | | Christopher M. Tarrant | 260.00 | 35.20 | $9,152.00 |
| | | | 270.00 | 79.80 | $21,546.00 |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | Connor Miyamoto | 250.00 | 23.00 | $5,750.00 |
| | | David C. Cooper | 270.00 | 7.20 | $1,944.00 |
| | | Eamon Wizner | 250.00 | 10.00 | $2,500.00 |
| | | | 270.00 | 2.90 | $783.00 |
| | | Eliot Johnson | 270.00 | 18.00 | $4,860.00 |
| | | Elle M. Infante | 270.00 | 4.10 | $1,107.00 |
| | | Evelyn Rodriguez | 250.00 | 3.80 | $950.00 |
| | | Geovanni Cuevas | 270.00 | 6.00 | $1,620.00 |
| | | Hannah Silverman | 250.00 | 7.90 | $1,975.00 |
| | | Javier Santiago | 270.00 | 14.00 | $3,780.00 |
| | | Joseph P. Wolf | 260.00 | 1.10 | $286.00 |
| | | | 270.00 | 24.50 | $6,615.00 |
| | | Julia L. Sutherland | 270.00 | 77.70 | $20,979.00 |
| | | Laura M. Geary | 260.00 | 3.10 | $806.00 |
| | | | 270.00 | 60.40 | $16,308.00 |
| | | Lawrence T. Silvestro | 250.00 | 18.80 | $4,700.00 |
| | | | 260.00 | 2.80 | $728.00 |
| | | | 270.00 | 54.80 | $14,796.00 |
| | | Magali Giddens | 250.00 | 3.90 | $975.00 |
| | | | 260.00 | 6.80 | $1,768.00 |
| | | | 270.00 | 8.30 | $2,241.00 |
| | | Margaret Lederer | 270.00 | 4.10 | $1,107.00 |
| | | Naomi Wong | 260.00 | 1.10 | $286.00 |
| | | Olga A. Golinder | 250.00 | 0.60 | $150.00 |
| | | Rebecca R. Elsner | 270.00 | 2.00 | $540.00 |
| | | Selena F. Williams | 250.00 | 8.20 | $2,050.00 |
| | | Shealeen E. Schaefer | 250.00 | 4.30 | $1,075.00 |
| | | Tayler M. Sherman | 250.00 | 7.30 | $1,825.00 |
| | | Tiffany Miller | 250.00 | 9.20 | $2,300.00 |
| | | | 260.00 | 2.20 | $572.00 |
| | | | 270.00 | 6.80 | $1,836.00 |
| | **Legal Assistant Total** | | | **568.10** | **$150,462.00** |
| | | | | | |
| **Practice Support** | | Joseph Klock | 250.00 | 0.60 | $150.00 |
| | | Michael J. Winkelspecht | 250.00 | 2.70 | $675.00 |
| | | | 260.00 | 1.50 | $390.00 |
| | | New Klebanoff | 250.00 | 2.30 | $575.00 |
| | **Practice Support Total** | | | **7.10** | **$1,790.00** |
| | | | | | |
| **212 Total** | | | | **625.60** | **$173,395.40** |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **215-** | **Plan of Adjustment and Disclosure Statement** | | | | |
| | **Partner** | Brian S. Rosen | 759.00 | 79.60 | $60,416.40 |
| | | | 759.00 | 600.70 | $455,931.30 |
| | | | 759.00 | 60.60 | $45,995.40 |
| | | | 789.00 | 34.80 | $27,457.20 |
| | | | 789.00 | 240.40 | $189,675.60 |
| | | Carlos E. Martinez | 789.00 | 0.30 | $236.70 |
| | | James P. Gerkis | 759.00 | 6.60 | $5,009.40 |
| | | | 759.00 | 128.10 | $97,227.90 |
| | | | 759.00 | 11.00 | $8,349.00 |
| | | | 789.00 | 34.60 | $27,299.40 |
| | | | 789.00 | 7.40 | $5,838.60 |
| | | Jeffrey W. Levitan | 759.00 | 18.10 | $13,737.90 |
| | | | 759.00 | 151.20 | $114,760.80 |
| | | | 759.00 | 17.90 | $13,586.10 |
| | | | 789.00 | 8.80 | $6,943.20 |
| | | | 789.00 | 98.20 | $77,479.80 |
| | | | 789.00 | 2.30 | $1,814.70 |
| | | Jonathan E. Richman | 759.00 | 4.00 | $3,036.00 |
| | | | 789.00 | 44.60 | $35,189.40 |
| | | | 789.00 | 4.60 | $3,629.40 |
| | | Kevin J. Perra | 789.00 | 1.10 | $867.90 |
| | | | 789.00 | 13.20 | $10,414.80 |
| | | Lary Alan Rappaport | 759.00 | 7.90 | $5,996.10 |
| | | | 789.00 | 14.70 | $11,598.30 |
| | | | 789.00 | 69.00 | $54,441.00 |
| | | | 789.00 | 4.10 | $3,234.90 |
| | | Martin J. Bienenstock | 759.00 | 1.20 | $910.80 |
| | | Martin T. Hamilton | 759.00 | 3.30 | $2,504.70 |
| | | | 759.00 | 14.90 | $11,309.10 |
| | | | 759.00 | 4.10 | $3,111.90 |
| | | Matthew Triggs | 759.00 | 0.30 | $227.70 |
| | | Michael A. Firestein | 759.00 | 7.60 | $5,768.40 |
| | | | 789.00 | 4.90 | $3,866.10 |
| | | | 789.00 | 76.40 | $60,279.60 |
| | | | 789.00 | 13.80 | $10,888.20 |
| | | Paul Possinger | 759.00 | 0.60 | $455.40 |
| | | | 789.00 | 0.30 | $236.70 |
| | | Ralph C. Ferrara | 759.00 | 6.90 | $5,237.10 |
| | | | 789.00 | 1.90 | $1,499.10 |
| | | Richard M. Corn | 759.00 | 0.40 | $303.60 |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | Stephen L. Ratner | 759.00 | 4.60 | $3,491.40 |
| | | | 789.00 | 5.70 | $4,497.30 |
| | | Steven O. Weise | 759.00 | 4.10 | $3,111.90 |
| | | Timothy Q. Karcher | 759.00 | 4.40 | $3,339.60 |
| | | | 759.00 | 18.00 | $13,662.00 |
| | | | 759.00 | 4.60 | $3,491.40 |
| | | Timothy W. Mungovan | 759.00 | 5.70 | $4,326.30 |
| | | | 789.00 | 5.40 | $4,260.60 |
| | **Partner Total** | | | **1,852.90** | **$1,426,946.10** |
| | | | | | |
| | **Senior Counsel** | Daniel L. Forman | 759.00 | 5.50 | $4,174.50 |
| | | | 759.00 | 63.00 | $47,817.00 |
| | | | 759.00 | 2.30 | $1,745.70 |
| | | | 789.00 | 1.10 | $867.90 |
| | | | 789.00 | 11.20 | $8,836.80 |
| | **Senior Counsel Total** | | | **83.10** | **$63,441.90** |
| | | | | | |
| | **Associate** | Amelia Friedman | 759.00 | 28.90 | $21,935.10 |
| | | | 759.00 | 217.50 | $165,082.50 |
| | | | 759.00 | 16.90 | $12,827.10 |
| | | | 789.00 | 3.30 | $2,603.70 |
| | | | 789.00 | 43.10 | $34,005.90 |
| | | Brooke L. Fischer | 759.00 | 27.30 | $20,720.70 |
| | | Chris Theodoridis | 759.00 | 21.70 | $16,470.30 |
| | | | 759.00 | 377.90 | $286,826.10 |
| | | | 759.00 | 84.30 | $63,983.70 |
| | | | 789.00 | 23.50 | $18,541.50 |
| | | | 789.00 | 231.00 | $182,259.00 |
| | | | 789.00 | 25.10 | $19,803.90 |
| | | Christopher M. Hayes | 759.00 | 1.10 | $834.90 |
| | | | 759.00 | 5.10 | $3,870.90 |
| | | Daniel Desatnik | 759.00 | 4.80 | $3,643.20 |
| | | | 789.00 | 0.40 | $315.60 |
| | | Daniel Pollick | 759.00 | 6.00 | $4,554.00 |
| | | David Simon | 759.00 | 4.40 | $3,339.60 |
| | | | 759.00 | 32.00 | $24,288.00 |
| | | | 759.00 | 4.10 | $3,111.90 |
| | | Elisa Carino | 260.00 | 9.60 | $2,496.00 |
| | | Elliot Stevens | 759.00 | 4.90 | $3,719.10 |
| | | | 759.00 | 50.50 | $38,329.50 |
| | | | 789.00 | 0.60 | $473.40 |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | Jacquelyn N. Crawley | 789.00 | 2.20 | $1,735.80 |
| | | | 789.00 | 45.30 | $35,741.70 |
| | | Joshua A. Esses | 759.00 | 71.20 | $54,040.80 |
| | | | 759.00 | 10.20 | $7,741.80 |
| | | | 789.00 | 126.20 | $99,571.80 |
| | | Laura Stafford | 759.00 | 9.30 | $7,058.70 |
| | | | 759.00 | 29.50 | $22,390.50 |
| | | | 759.00 | 12.00 | $9,108.00 |
| | | | 789.00 | 56.40 | $44,499.60 |
| | | Lucy Wolf | 789.00 | 9.80 | $7,732.20 |
| | | | 789.00 | 65.10 | $51,363.90 |
| | | Maja Zerjal | 759.00 | 12.30 | $9,335.70 |
| | | | 789.00 | 0.60 | $473.40 |
| | | Matthew J. Morris | 789.00 | 9.30 | $7,337.70 |
| | | | 789.00 | 9.80 | $7,732.20 |
| | | | 789.00 | 4.60 | $3,629.40 |
| | | Mee R. Kim | 759.00 | 10.40 | $7,893.60 |
| | | Nicholas Pellegrino | 759.00 | 62.00 | $47,058.00 |
| | | | 759.00 | 4.10 | $3,111.90 |
| | | Steve Ma | 759.00 | 35.10 | $26,640.90 |
| | | | 759.00 | 362.40 | $275,061.60 |
| | | | 759.00 | 20.20 | $15,331.80 |
| | | | 789.00 | 3.60 | $2,840.40 |
| | | Yomarie Habenicht | 759.00 | 1.10 | $834.90 |
| | | | 759.00 | 22.60 | $17,153.40 |
| | | Zachary Chalett | 759.00 | 2.60 | $1,973.40 |
| | | | 789.00 | 13.70 | $10,809.30 |
| | | | 789.00 | 72.50 | $57,202.50 |
| | **Associate Total** | | | **2,308.10** | **$1,769,440.50** |
| | **Law Clerk** | Javier Sosa | 260.00 | 20.90 | $5,434.00 |
| | | | 270.00 | 1.90 | $513.00 |
| | | Philip Omorogbe | 260.00 | 27.40 | $7,124.00 |
| | | | 270.00 | 55.40 | $14,958.00 |
| | **Law Clerk Total** | | | **105.60** | **$28,029.00** |
| | **Legal Assistant** | Christopher M. Tarrant | 260.00 | 15.10 | $3,926.00 |
| | | Magali Giddens | 260.00 | 13.40 | $3,484.00 |
| | | Natasha Petrov | 260.00 | 8.20 | $2,132.00 |
| | **Legal Assistant Total** | | | **36.70** | **$9,542.00** |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | **Library** | Megan T. D'Errico | 260.00 | 0.50 | $130.00 |
| | **Library Total** | | | **0.50** | **$130.00** |
| **215 Total** | | | | **4,386.90** | **$3,297,529.50** |
| | **216- Confirmation** | | | | |
| | **Partner** | Brian S. Rosen | 759.00 | 0.60 | $455.40 |
| | | | 789.00 | 11.60 | $9,152.40 |
| | | | 789.00 | 17.40 | $13,728.60 |
| | | Chantel L. Febus | 759.00 | 0.80 | $607.20 |
| | | Jeffrey W. Levitan | 759.00 | 2.10 | $1,593.90 |
| | | | 789.00 | 14.70 | $11,598.30 |
| | | | 789.00 | 17.90 | $14,123.10 |
| | | Jonathan E. Richman | 789.00 | 0.60 | $473.40 |
| | | Lary Alan Rappaport | 789.00 | 10.50 | $8,284.50 |
| | | Martin J. Bienenstock | 789.00 | 22.00 | $17,358.00 |
| | | Michael A. Firestein | 789.00 | 30.70 | $24,222.30 |
| | | Ralph C. Ferrara | 789.00 | 2.10 | $1,656.90 |
| | | Stephen L. Ratner | 759.00 | 0.10 | $75.90 |
| | | Timothy W. Mungovan | 759.00 | 0.80 | $607.20 |
| | **Partner Total** | | | **131.90** | **$103,937.10** |
| | **Senior Counsel** | Daniel L. Forman | 789.00 | 9.20 | $7,258.80 |
| | **Senior Counsel Total** | | | **9.20** | **$7,258.80** |
| | **Associate** | Chris Theodoridis | 759.00 | 4.40 | $3,339.60 |
| | | | 789.00 | 14.00 | $11,046.00 |
| | | Elliot Stevens | 789.00 | 0.10 | $78.90 |
| | | Joshua A. Esses | 789.00 | 47.00 | $37,083.00 |
| | | Laura Stafford | 789.00 | 1.10 | $867.90 |
| | | | 789.00 | 1.80 | $1,420.20 |
| | | Lucy Wolf | 789.00 | 15.00 | $11,835.00 |
| | | Maja Zerjal | 789.00 | 0.80 | $631.20 |
| | | Steve Ma | 759.00 | 58.10 | $44,097.90 |
| | | | 759.00 | 2.30 | $1,745.70 |
| | | | 789.00 | 28.50 | $22,486.50 |
| | | | 789.00 | 170.80 | $134,761.20 |
| | | | 789.00 | 8.20 | $6,469.80 |
| | | Zachary Chalett | 789.00 | 9.30 | $7,337.70 |
| | | | 789.00 | 10.70 | $8,442.30 |
| | **Associate Total** | | | **372.10** | **$291,642.90** |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | **Law Clerk** | Philip Omorogbe | 270.00 | 39.60 | $10,692.00 |
| | **Law Clerk Total** | | | **39.60** | **$10,692.00** |
| | **Legal Assistant** | Julia L. Sutherland | 270.00 | 7.00 | $1,890.00 |
| | **Legal Assistant Total** | | | **7.00** | **$1,890.00** |
| **216 Total** | | | | **559.80** | **$415,420.80** |
| | **217-  Tax** | | | | |
| | **Partner** | Annie Kim | 759.00 | 0.40 | $303.60 |
| | | Brian S. Rosen | 759.00 | 2.20 | $1,669.80 |
| | | James P. Gerkis | 759.00 | 3.70 | $2,808.30 |
| | | Jeffrey W. Levitan | 759.00 | 1.10 | $834.90 |
| | | | 759.00 | 2.70 | $2,049.30 |
| | | Martin T. Hamilton | 759.00 | 24.70 | $18,747.30 |
| | | | 759.00 | 122.80 | $93,205.20 |
| | | | 759.00 | 17.40 | $13,206.60 |
| | | | 789.00 | 2.20 | $1,735.80 |
| | | | 789.00 | 14.20 | $11,203.80 |
| | | Richard M. Corn | 730.00 | 21.20 | $15,476.00 |
| | | | 759.00 | 10.40 | $7,893.60 |
| | | | 759.00 | 115.10 | $87,360.90 |
| | | | 759.00 | 6.90 | $5,237.10 |
| | | | 789.00 | 1.10 | $867.90 |
| | | | 789.00 | 22.30 | $17,594.70 |
| | **Partner Total** | | | **368.40** | **$280,194.80** |
| | **Associate** | Chris Theodoridis | 759.00 | 3.90 | $2,960.10 |
| | | | 789.00 | 1.60 | $1,262.40 |
| | | Christine Sherman | 260.00 | 38.70 | $10,062.00 |
| | | | 270.00 | 1.00 | $270.00 |
| | | Martine Seiden Agatston | 730.00 | 16.90 | $12,337.00 |
| | | Sejin Park | 759.00 | 4.90 | $3,719.10 |
| | | | 759.00 | 158.80 | $120,529.20 |
| | | | 759.00 | 2.30 | $1,745.70 |
| | | | 789.00 | 0.10 | $78.90 |
| | | Steve Ma | 759.00 | 1.40 | $1,062.60 |
| | | Yomarie Habenicht | 759.00 | 23.10 | $17,532.90 |
| | | | 759.00 | 141.10 | $107,094.90 |
| | | | 759.00 | 37.80 | $28,690.20 |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | | 789.00 | 2.20 | $1,735.80 |
| | | | 789.00 | 31.50 | $24,853.50 |
| | **Associate Total** | | | **465.30** | **$333,934.30** |
| **217 Total** | | | | **833.70** | **$614,129.10** |
| | | | | | |
| **218-** | **Employment and Fee Applications** | | | | |
| | **Partner** | Ann M. Ashton | 730.00 | 0.40 | $292.00 |
| | | Paul Possinger | 730.00 | 0.60 | $438.00 |
| | **Partner Total** | | | **1.00** | **$730.00** |
| | **Associate** | Chris Theodoridis | 730.00 | 4.20 | $3,066.00 |
| | | Elliot Stevens | 250.00 | 3.00 | $750.00 |
| | | | 759.00 | 4.80 | $3,643.20 |
| | | Jeramy Webb | 730.00 | 8.00 | $5,840.00 |
| | | | 759.00 | 1.00 | $759.00 |
| | | Maja Zerjal | 730.00 | 0.40 | $292.00 |
| | | Mee R. Kim | 759.00 | 12.60 | $9,563.40 |
| | | Steve Ma | 759.00 | 0.30 | $227.70 |
| | **Associate Total** | | | **34.30** | **$24,141.30** |
| | **Law Clerk** | Philip Omorogbe | 260.00 | 0.80 | $208.00 |
| | | | 270.00 | 11.70 | $3,159.00 |
| | **Law Clerk Total** | | | **12.50** | **$3,367.00** |
| | **Legal Assistant** | Christopher M. Tarrant | 260.00 | 16.60 | $4,316.00 |
| | | | 270.00 | 4.40 | $1,188.00 |
| | | Magali Giddens | 260.00 | 3.80 | $988.00 |
| | | Natasha Petrov | 250.00 | 31.80 | $7,950.00 |
| | | | 260.00 | 58.70 | $15,262.00 |
| | | | 270.00 | 6.60 | $1,782.00 |
| | | Tiffany Miller | 260.00 | 0.60 | $156.00 |
| | **Legal Assistant Total** | | | **122.50** | **$31,642.00** |
| **218 Total** | | | | **170.30** | **$59,880.30** |
| | | | | | |
| **219-** | **Appeal** | | | | |
| | **Associate** | Matthew I. Rochman | 730.00 | 5.00 | $3,650.00 |
| | **Associate Total** | | | **5.00** | **$3,650.00** |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | **Litigation Support** | Laurie A. Henderson | 250.00 | 4.10 | $1,025.00 |
| | **Litigation Support Total** | | | **4.10** | **$1,025.00** |
| **219 Total** | | | | **9.10** | **$4,675.00** |
| **GRAND TOTAL** | | | | **10,831.40** | **$7,572,597.40** |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **MATTER 33260.0027 COFINA – General (Puerto Rico)** | | | | | |
| **201** | **Partner** | Brian S. Rosen | 759.00 | 1.60 | $1,214.40 |
| | **Partner Total** | | | **1.60** | **$1,214.40** |
| **201 Total** | | | | **1.60** | **$1,214.40** |
| **204** | **Partner** | Brian S. Rosen | 759.00 | 0.60 | $455.40 |
| | **Partner Total** | | | **0.60** | **$455.40** |
| **204 Total** | | | | **0.60** | **$455.40** |
| **205** | **Partner** | Brian S. Rosen | 759.00 | 0.20 | $151.80 |
| | | Timothy W. Mungovan | 730.00 | 0.50 | $365.00 |
| | **Partner Total** | | | **0.70** | **$516.80** |
| **205 Total** | | | | **0.70** | **$516.80** |
| **210** | **Partner** | Brian S. Rosen | 759.00 | 2.20 | $1,669.80 |
| | | Timothy W. Mungovan | 730.00 | 0.20 | $146.00 |
| | **Partner Total** | | | **2.40** | **$1,815.80** |
| **210 Total** | | | | **2.40** | **$1,815.80** |
| **215** | **Partner** | Brian S. Rosen | 759.00 | 24.30 | $18,443.70 |
| | | | 759.00 | 4.10 | $3,111.90 |
| | **Partner Total** | | | **28.40** | **$21,555.60** |
| **215 Total** | | | | **28.40** | **$21,555.60** |
| **GRAND TOTAL** | | | | **33.70** | **$25,558.00** |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **MATTER 33260.0042 COFINA – BNYM** | | | | | |
| 206 | **Partner** | Brian S. Rosen | 759.00 | 5.80 | $4,402.20 |
| | | Kevin J. Perra | 759.00 | 10.50 | $7,969.50 |
| | **Partner Total** | | | **16.30** | **$12,371.70** |
| | **Associate** | Lucy Wolf | 759.00 | 2.30 | $1,745.70 |
| | **Associate Total** | | | **2.30** | **$1,745.70** |
| **206 Total** | | | | **18.60** | **$14,117.40** |
| 207 | **Partner** | Ehud Barak | 759.00 | 2.20 | $1,669.80 |
| | | Jonathan E. Richman | 759.00 | 1.20 | $910.80 |
| | | Kevin J. Perra | 759.00 | 1.90 | $1,442.10 |
| | | | 789.00 | 1.10 | $867.90 |
| | | Michael A. Firestein | 759.00 | 0.20 | $151.80 |
| | | Stephen L. Ratner | 759.00 | 0.30 | $227.70 |
| | | Timothy W. Mungovan | 789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **7.10** | **$5,427.90** |
| | **Associate** | Daniel Desatnik | 759.00 | 1.10 | $834.90 |
| | **Associate Total** | | | **1.10** | **$834.90** |
| **207 Total** | | | | **8.20** | **$6,262.80** |
| 212 | **Legal Assistant** | Julia L. Sutherland | 270.00 | 0.80 | $216.00 |
| | | Tiffany Miller | 260.00 | 0.40 | $104.00 |
| | **Legal Assistant Total** | | | **1.20** | **$320.00** |
| **212 Total** | | | | **1.20** | **$320.00** |
| **GRAND TOTAL** | | | | **28.00** | **$20,700.20** |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **MATTER 33260.0942 COFINA – BNYM (Puerto Rico)** | | | | | |
| **206** | **Partner** | Brian S. Rosen | 759.00 | 0.70 | $531.30 |
| | **Partner Total** | | | **0.70** | **$531.30** |
| **206 Total** | | | | **0.70** | **$531.30** |
| **207** | **Partner** | Brian S. Rosen | 759.00 | 1.10 | $834.90 |
| | **Partner Total** | | | **1.10** | **$834.90** |
| **207 Total** | | | | **1.10** | **$834.90** |
| **GRAND TOTAL** | | | | **1.80** | **$1,366.20** |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|

### MATTER 33260.0044 COFINA – MISCELLANEOUS

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **201** | **Partner** | Lary Alan Rappaport | 789 | 2.60 | $2,051.40 |
| | **Partner Total** | | | **2.60** | **$2,051.40** |
| **201 Total** | | | | **2.60** | **$2,051.40** |
| **202** | **Partner** | Jonathan E. Richman | 789 | 6.70 | $5,286.30 |
| | | Lary Alan Rappaport | 789 | 0.80 | $631.20 |
| | | Michael A. Firestein | 759 | 0.30 | $227.70 |
| | | | 789 | 1.00 | $789.00 |
| | **Partner Total** | | | **8.80** | **$6,934.20** |
| | **Associate** | Daniel Desatnik | 759 | 0.20 | $151.80 |
| | | Lucy Wolf | 789 | 1.00 | $789.00 |
| | | Marc Palmer | 789 | 16.50 | $13,018.50 |
| | **Associate Total** | | | **17.70** | **$13,959.30** |
| **202 Total** | | | | **26.50** | **$20,893.50** |
| **204** | **Partner** | Brian S. Rosen | 789 | 0.30 | $236.70 |
| | | Jeffrey W. Levitan | 789 | 1.30 | $1,025.70 |
| | | Jonathan E. Richman | 789 | 3.30 | $2,603.70 |
| | | Lary Alan Rappaport | 789 | 7.20 | $5,680.80 |
| | | Michael A. Firestein | 789 | 1.60 | $1,262.40 |
| | | Timothy W. Mungovan | 789 | 0.20 | $157.80 |
| | **Partner Total** | | | **13.90** | **$10,967.10** |
| | **Associate** | Laura Stafford | 789 | 5.00 | $3,945.00 |
| | **Associate Total** | | | **5.00** | **$3,945.00** |
| **204 Total** | | | | **18.90** | **$14,912.10** |
| **205** | **Partner** | Timothy W. Mungovan | 789 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.30** | **$236.70** |
| **205 Total** | | | | **0.30** | **$236.70** |

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **206** | **Partner** | Brian S. Rosen | 759 | 1.10 | $834.90 |
| | | Jonathan E. Richman | 759 | 1.20 | $910.80 |
| | | | 789 | 27.00 | $21,303.00 |
| | | Lary Alan Rappaport | 759 | 0.90 | $683.10 |
| | | | 789 | 23.80 | $18,778.20 |
| | | Michael A. Firestein | 759 | 0.40 | $303.60 |
| | | | 789 | 7.00 | $5,523.00 |
| | | Timothy W. Mungovan | 789 | 0.90 | $710.10 |
| | **Partner Total** | | | **62.30** | **$49,046.70** |
| | **Associate** | Chris Theodoridis | 789 | 2.50 | $1,972.50 |
| | | Joshua A. Esses | 759 | 7.00 | $5,313.00 |
| | | Laura Stafford | 789 | 29.90 | $23,591.10 |
| | | Lucy Wolf | 789 | 17.80 | $14,044.20 |
| | | Marc Palmer | 789 | 13.40 | $10,572.60 |
| | | Zachary Chalett | 789 | 37.20 | $29,350.80 |
| | **Associate Total** | | | **107.80** | **$84,844.20** |
| **206 Total** | | | | **170.10** | **$133,890.90** |
| **207** | **Partner** | Jeffrey W. Levitan | 759 | 0.50 | $379.50 |
| | | Lary Alan Rappaport | 789 | 0.20 | $157.80 |
| | | Michael A. Firestein | 759 | 0.80 | $607.20 |
| | | | 789 | 0.80 | $631.20 |
| | | Stephen L. Ratner | 759 | 0.70 | $531.30 |
| | | Timothy W. Mungovan | 759 | 0.40 | $303.60 |
| | | | 789 | 0.40 | $315.60 |
| | **Partner Total** | | | **3.80** | **$2,926.20** |
| | **Associate** | Matthew J. Morris | 789 | 0.60 | $473.40 |
| | **Associate Total** | | | **0.60** | **$473.40** |
| **207 Total** | | | | **4.40** | **$3,399.60** |
| **210** | **Partner** | Brian S. Rosen | 759 | 0.70 | $531.30 |
| | | | 789 | 0.10 | $78.90 |
| | | Jonathan E. Richman | 759 | 3.70 | $2,808.30 |
| | | Lary Alan Rappaport | 759 | 3.80 | $2,884.20 |

28

FOMB
PROMESA TITLE III: COFINA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | | 789 | 7.20 | $5,680.80 |
| | | Michael A. Firestein | 759 | 5.00 | $3,795.00 |
| | | | 789 | 2.20 | $1,735.80 |
| | | Timothy W. Mungovan | 759 | 1.50 | $1,138.50 |
| | | | 789 | 0.30 | $236.70 |
| | **Partner Total** | | | **24.50** | **$18,889.50** |
| | | | | | |
| | **Associate** | Daniel Desatnik | 759 | 0.20 | $151.80 |
| | | Joshua A. Esses | 759 | 0.60 | $455.40 |
| | | Laura Stafford | 789 | 0.90 | $710.10 |
| | | Lucy Wolf | 789 | 5.30 | $4,181.70 |
| | | Steve Ma | 789 | 0.10 | $78.90 |
| | **Associate Total** | | | **7.10** | **$5,577.90** |
| **210 Total** | | | | **31.60** | **$24,467.40** |
| | | | | | |
| 212 | **Law Clerk** | Elisa Carino | 260 | 0.70 | $182.00 |
| | **Law Clerk Total** | | | **0.70** | **$182.00** |
| | | | | | |
| | **Legal Assistant** | Angelo Monforte | 270 | 1.80 | $486.00 |
| | | Joseph P. Wolf | 270 | 0.40 | $108.00 |
| | **Legal Assistant Total** | | | **2.20** | **$594.00** |
| **212 Total** | | | | **2.90** | **$776.00** |
| | | | | | |
| 215 | **Partner** | Lary Alan Rappaport | 759 | 1.60 | $1,214.40 |
| | **Partner Total** | | | **1.60** | **$1,214.40** |
| **215 Total** | | | | **1.60** | **$1,214.40** |
| | | | | | |
| 217 | **Partner** | Martin T. Hamilton | 789 | 13.80 | $10,888.20 |
| | **Partner Total** | | | **13.80** | **$10,888.20** |
| **217 Total** | | | | **13.80** | **$10,888.20** |
| | | | | | |
| **GRAND TOTAL** | | | | **272.70** | **$212,730.20** |