**Exhibit C**

**Budget Plan**[5]

---

[5] The Budget charts summarize Proskauer's estimated budget plans for the first through fifth interim fee periods, which were drafted based on the foreseeable activities at the time. Actual work performed by Proskauer varied based on actual facts and circumstances that arose during the Debtor's Title III case, including as a result of unanticipated disputes.

| PROJECT CATEGORY | TASK CODE | EST. HOURS | EST. FEES | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|---|
| COFINA - General (33260/010 and 33260/027) | | | | | |
| Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 201 | 45 – 270 | $33,450 – $202,240 | 40.20 | $29,848.10 |
| Legal Research | 202 | 285 – 600 | $208,365 – $448,685 | 352.50 | $209,461.70 |
| Hearings and other non-filed communications with the Court | 203 | 140 – 435 | $103,970 – $324,150 | 223.80 | $163,878.20 |
| Communications with Claimholders | 204 | 355 – 660 | $268,180 – $493,180 | 455.70 | $336,800.90 |
| Communications with the Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities | 205 | 120 – 390 | $88,780 – $286,630 | 148.00 | $108,546.50 |
| Documents Filed on Behalf of the Board | 206 | 1,675 – 2,325 | $1,233,927 – $1,716.016 | 1,806.00 | $1,309,970.90 |
| Non-Board Court Filings | 207 | 395 – 780 | $287,065 – $577,335 | 480.10 | $348,745.80 |
| Stay Matters | 208 | 10 – 220 | $7,300 – $164,700 | 15.10 | $9,439.00 |
| Adversary Proceeding | 209 | 155 – 385 | $113,150 – $284,710 | 173.40 | $101,128.80 |
| Analysis and Strategy | 210 | 285 – 675 | $211,570 – $502,850 | 429.80 | $309,795.70 |
| Non-Working Travel Time | 211 | 90 – 290 | $70,710 – $224,610 | 126.70 | $83,954.10 |
| General Administration | 212 | 495 – 810 | $383,470 – $619,172 | 625.60 | $173,395.40 |

7

| PROJECT CATEGORY | TASK CODE | EST. HOURS | EST. FEES | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|---|
| COFINA - General (33260/010 and 33260/027) | | | | | |
| Labor, Pension Matters | 213 | 0 – 195 | $0 – $146,010 | 0.00 | $0.00 |
| Legal/Regulatory Matters | 214 | 0 – 190 | $0 – $142,210 | 0.00 | $0.00 |
| Plan of Adjustment and Disclosure Statement | 215 | 3,730 – 4,925 | $2,861,120 – $3,780,860 | 4,415.30 | $3,319,085.10 |
| Confirmation | 216 | 480 – 740 | $377,820 – $574,360 | 559.80 | $415,420.80 |
| Tax | 217 | 630 – 1,055 | $479,400 – $800,450 | 833.70 | $614,129.10 |
| Employment and Fee Applications | 218 | 155 – 375 | $107,647 – $270,414 | 170.30 | $59,880.30 |
| Appeal | 219 | 15 – 235 | $11,095 – $175,560 | 9.10 | $4,675.00 |
| Fee Applications for Other Parties | 220 | 0 – 90 | $0 – $68,620 | 0.00 | $0.00 |
| TOTALS | | 9,060 – 15,645 | $6,847,019 - $11,802,762 | 10,865.10 | $7,598,155.40 |

8

| PROJECT CATEGORY | TASK CODE | EST. HOURS | EST. FEES | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|---|
| **COFINA - BNYM (33260/042 & 33260/942)** | | | | | |
| Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 201 | 0 – 50 | $0 – $38,250 | 0.00 | $0.00 |
| Legal Research | 202 | 0 – 50 | $0 – $38,250 | 0.00 | $0.00 |
| Hearings and other non-filed communications with the Court | 203 | 0 – 50 | $0 – $38,250 | 0.00 | $0.00 |
| Communications with Claimholders | 204 | 0 – 50 | $0 – $38,250 | 0.00 | $0.00 |
| Communications with the Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities | 205 | 0 – 50 | $0 – $38,250 | 0.00 | $0.00 |
| Documents Filed on Behalf of the Board | 206 | 0 – 50 | $0 – $38,250 | 19.30 | $14,648.70 |
| Non-Board Court Filings | 207 | 0 – 50 | $0 – $38,250 | 9.30 | $7,097.70 |
| Stay Matters | 208 | 0 – 50 | $0 – $38,250 | 0.00 | $0.00 |
| Adversary Proceeding | 209 | 0 – 50 | $0 – $38,250 | 0.00 | $0.00 |
| Analysis and Strategy | 210 | 0 – 50 | $0 – $38,250 | 0.00 | $0.00 |
| Non-Working Travel Time | 211 | 0 – 50 | $0 – $38,250 | 0.00 | $0.00 |
| General Administration | 212 | 0 – 50 | $0 – $38,250 | 1.20 | $320.00 |
| Labor, Pension Matters | 213 | 0 – 50 | $0 – $38,250 | 0.00 | $0.00 |
| Legal/ Regulatory Matters | 214 | 0 – 50 | $0 – $38,250 | 0.00 | $0.00 |
| Plan of Adjustment and Disclosure Statement | 215 | 0 – 50 | $0 – $38,250 | 0.00 | $0.00 |

9

| PROJECT CATEGORY | TASK CODE | | | | |
|---|---|---|---|---|---|
| | | EST. HOURS | EST. FEES | HOURS BILLED | FEES SOUGHT |
| **COFINA - BNYM (33260/042 & 33260/942)** | | | | | |
| Confirmation | 216 | 0 – 50 | $0 – $38,250 | 0.00 | $0.00 |
| Tax | 217 | 0 – 50 | $0 – $38,250 | 0.00 | $0.00 |
| Employment and Fee Applications | 218 | 0 – 50 | $0 – $38,250 | 0.00 | $0.00 |
| Appeal | 219 | 0 – 50 | $0 – $38,250 | 0.00 | $0.00 |
| | TOTALS | 0 – 950 | $0 - $726,750 | 29.80 | $22,066.40 |

10

| PROJECT CATEGORY | TASK CODE | EST. HOURS | EST. FEES | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|---|
| **COFINA - Miscellaneous (33260/044 & 33260/944)** | | | | | |
| Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 201 | 0 – 20 | $0 – $15,480 | 2.60 | $2,051.40 |
| Legal Research | 202 | 20 – 50 | $15,780 - $39,150 | 26.50 | $20,893.50 |
| Hearings and other non-filed communications with the Court | 203 | 0 – 20 | $0 – $15,480 | 0.00 | $0.00 |
| Communications with Claimholders | 204 | 10 – 30 | $7,890 - $23,370 | 18.90 | $14,912.10 |
| Communications with the Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities | 205 | 0 – 20 | $0 – $15,480 | 0.30 | $236.70 |
| Documents Filed on Behalf of the Board | 206 | 150 – 190 | $118,350 – $149,610 | 170.10 | $133,890.90 |
| Non-Board Court Filings | 207 | 0 – 20 | $0 – $15,480 | 4.40 | $3,399.60 |
| Stay Matters | 208 | 0 – 20 | $0 – $15,480 | 0.00 | $0.00 |
| Adversary Proceeding | 209 | 0 – 20 | $0 – $15,480 | 0.00 | $0.00 |
| Analysis and Strategy | 210 | 20 – 40 | $15,480 – $30,960 | 31.60 | $24,467.40 |
| Non-Working Travel Time | 211 | 0 – 20 | $0 – $15,480 | 0.00 | $0.00 |
| General Administration | 212 | 0 – 20 | $0 – $15,480 | 2.90 | $776.00 |
| Labor, Pension Matters | 213 | 0 – 20 | $0 – $15,480 | 0.00 | $0.00 |
| Legal/ Regulatory Matters | 214 | 0 – 20 | $0 – $15,480 | 0.00 | $0.00 |

| PROJECT CATEGORY | TASK CODE | EST. HOURS | EST. FEES | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|---|
| **COFINA - Miscellaneous (33260/044 & 33260/944)** | | | | | |
| Plan of Adjustment and Disclosure Statement | 215 | 0 – 20 | $0 – $15,480 | 1.60 | $1,214.40 |
| Confirmation | 216 | 0 – 20 | $0 – $15,480 | 0.00 | $0.00 |
| Tax | 217 | 10 – 30 | $7,890 – $23,370 | 13.80 | $10,888.20 |
| Employment and Fee Applications | 218 | 0 – 20 | $0 – $15,480 | 0.00 | $0.00 |
| Appeal | 219 | 0 – 20 | $0 – $15,480 | 0.00 | $0.00 |
| | **TOTALS** | **210 – 620** | **$165,390 – $483,180** | **272.70** | **$212,730.20** |

12