UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor. | PROMESA<br>TITLE III<br><br>No. 17 BK 3283-LTS |

CERTIFICATE OF SERVICE

I hereby certify that on this same date a true and correct copy of the Objection Of The Commonwealth Of Puerto Rico To Motion In Request That Paralyzation Be Lifted In The Case DDP2014-0673 Filed By Eliezer Santana-Báez (Re: ECF No. 7140)(Dkt.7414) and Objection Of

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Commonwealth Of Puerto Rico To Motion In Request That Paralyzation Be Lifted In The Case DDP2015-0215 Filed By Eliezer Santana-Báez (Re: ECF No. 7141)(Dkt. 7415) were mailed by regular U.S. Mail and properly addressed to the following: Eliezer Santana Baez, 50 Carr. 5 Unit A-501, Edif. 3-J, Ind. Luchetti, Bayamón, Puerto Rico, 00961-7403.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 13th day of June of 2019.

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

*/s/ Wandymar Burgos Vargas*
Wandymar Burgos Vargas
USDC No. 223502
Deputy Secretary in Charge of Litigation
**DEPARTMENT OF JUSTICE**
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Phone: 787-721-2900 Ext. 1404
wburgos@justicia.pr.gov

*Attorney for the Commonwealth of Puerto Rico*