UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| In re: | PROMESA |
| --- | --- |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, et al. Debtors.[1] | Title III No. 17 BK 3283-LTS (Jointly Administered) |

NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

COMES NOW, Procesos de Informática, Inc. ("Procesos", without submitting itself to the jurisdiction of this Honorable Court and without waiving any of their claims or affirmative defenses, including insufficient process, insufficient service of process or lack of jurisdiction, through the undersigned attorneys and very respectfully STATES and PRAYS:

1. The undersigned attorneys and the law firm of C. Conde & Assoc. have been retained by Procesos as their counsels, in order to appear on their behalf in these proceedings. Consequently, pursuant to Rule 83D(a) of the Local Civil Rules for the United States District Court for the District of Puerto Rico, Rule 2090-1(a) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Puerto Rico, and to Rule

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

1

9010 of the Federal Rules of Bankruptcy Procedure, made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170 *et seq.*, the undersigned attorney respectfully requests that this Honorable Court takes notice of the undersigned as counsel of record for Procesos.

2. It is further requested that its names be added to the master address list of the Clerk of the Court in the above case and that all documents served or required to be served in this case be notified to the address below:

**C. CONDE & ASSOC.**
San Jose Street #254,
Suite 5
San Juan, PR 00901-1253
Electronic Mail: notices@condelaw.com

3. This appearance is made without submitting Procesos to the jurisdiction of this Honorable Court and it should not be interpreted in any or fashion, that the same is a waiver of Procesos' rights and defenses including but not limited to, insufficient process, insufficient service of process or lack of jurisdiction, among any other rights, defenses or claims that Procesos may have in these proceedings.

**WHEREFORE,** Procesos respectfully request this Honorable Court to take notice of the information stated above, and grants leave to the undersigned counsel to appear as their counsel of record in the above-captioned cases. It is further requested that the undersigned be provided notice of any pleading or order filed or entered in this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 14th day of June, 2019.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel who have filed appearances in this case.

**C. CONDE & ASSOC.**
254 San José Street, 5th Floor
Old San Juan, Puerto Rico 00901
Telephone: 787-729-2900
Facsimile: 787-729-2203
E-mail:condecarmen@condelaw.com

*/s/Carmen D. Conde Torres*
Carmen D. Conde Torres, Esq.
USDC 207312

*/s/Luisa S. Valle Castro*
Luisa S. Valle Castro, Esq.
USDC No. 215611