UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
as representative of

PROMESA
TITLE III
Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO, et al.,
  Debtors[1]

## NOTICE OF APPEARANCE

Please take notice that the undersigned counsel and the law firm of Kane Russell Coleman Logan PC hereby enter an appearance on behalf of NEXTGEN HEALTHCARE, INC. AND QUALITY SYSTEMS, INC. ("NextGen").  The undersigned hereby requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon:

**Paul J. Hammer**
USDC-PR 228306
KANE RUSSELL COLEMAN LOGAN PC
5051 Westheimer Road, 10th Floor
Houston, Texas 77056
Ph: (713) 425-7427
Fax: (713) 425-7700
phammer@krcl.com

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

7075526 v1 (71943.00002.000)

This request encompasses all notices, copies and pleadings referred to or contemplated in the Bankruptcy Code and Rules, including without limitation, notices of any orders, motions, demands, complaints, plans, disclosure statements, petitions, pleadings, requests, applications and any other documents brought before the Court in this case, and any hearings, trials or proceedings related thereto, which affect or otherwise relate to the above case.

Dated: June 14, 2019

**RESPECTFULLY SUBMITTED,**

**KANE RUSSELL COLEMAN LOGAN PC**

*/s/ Paul J. Hammer*

Paul J. Hammer
USDC-PR 228306
5051 Westheimer Road, 10th Floor
Houston, TX 77056
Tel: (713) 425-7427
Fax: (713) 425-7700
phammer@krcl.com

**ATTORNEYS FOR NEXTGEN HEALTHCARE, INC. AND QUALITY SYSTEMS, INC.**

## NOTICE OF SERVICE

Notice of this Motion shall be served via the CM/ECF system as allowed in Section II.I, and as described in Section II.D, to counsel for the Oversight Board; the Puerto Rico Fiscal Agency and Financial Advisory Authority; Creditors' Committee; Committee of Retirees, and to PREPA, the affected party, and to the US Trustee.

*/s/ Paul J. Hammer*
Paul J. Hammer

7075526 v1 (71943.00002.000)