# EXHIBIT 2

| | |
|---|---|
| Accounting Office:<br>18111 Von Karman Ave, Suite 800, Irvine CA, 92612<br>For any accounting/billing related assistance, please go to<br>https://www.community.nextgen.com/SuccessCommunityLogin<br>or contact us at (888) 407-3126 | **Statement of Open Items**<br>Page 1 of 1<br><br>Statement Date: 05/14/2019<br>Run Date:         05/14/2019<br>Customer ID:          106655 |

**Customer:**

Puerto Rico Department of Health
Departamento de Salud
PO Box 70184
SAN JUAN PR  00936

| Document Nbr | Document Date | Document Type | Document Amount | Credited Amount | Paid Amount | Last Payment Date | Open Amount |
|---|---|---|---|---|---|---|---|
| 90605747 | 09/30/2017 | Subscriptions | 10,000.00 | 0.00 | (9,595.00) | 01/03/2018 | 405.00 |
| 90618944 | 10/31/2017 | Subscriptions | 10,000.00 | 0.00 | 0.00 | | 10,000.00 |
| 90630015 | 11/30/2017 | Subscriptions | 10,000.00 | 0.00 | 0.00 | | 10,000.00 |
| 90641474 | 12/31/2017 | Subscriptions | 10,000.00 | 0.00 | 0.00 | | 10,000.00 |
| 90658072 | 01/31/2018 | Subscriptions | 10,000.00 | 0.00 | 0.00 | | 10,000.00 |
| 90669595 | 02/28/2018 | Subscriptions | 10,000.00 | 0.00 | 0.00 | | 10,000.00 |
| 90687467 | 03/31/2018 | Subscriptions | 10,000.00 | 0.00 | 0.00 | | 10,000.00 |
| 76509 | 04/19/2018 | Payment | (6,895.00) | 0.00 | 0.00 | | (6,895.00) |
| 90700283 | 04/30/2018 | Subscriptions | 10,000.00 | 0.00 | 0.00 | | 10,000.00 |
| 90713243 | 05/31/2018 | Subscriptions | 10,000.00 | 0.00 | 0.00 | | 10,000.00 |
| 90725301 | 06/30/2018 | Subscriptions | 10,000.00 | 0.00 | 0.00 | | 10,000.00 |
| 90739534 | 07/31/2018 | Subscriptions | 10,000.00 | 0.00 | 0.00 | | 10,000.00 |
| 90752732 | 08/31/2018 | Subscriptions | 10,000.00 | 0.00 | 0.00 | | 10,000.00 |
| 90768517 | 09/30/2018 | Subscriptions | 10,000.00 | 0.00 | 0.00 | | 10,000.00 |
| 90784274 | 10/31/2018 | Subscriptions | 10,000.00 | 0.00 | 0.00 | | 10,000.00 |
| 90794961 | 11/30/2018 | Subscriptions | 10,000.00 | 0.00 | 0.00 | | 10,000.00 |
| 90805951 | 12/31/2018 | Subscriptions | 10,000.00 | 0.00 | 0.00 | | 10,000.00 |
| 90822509 | 01/31/2019 | Subscriptions | 10,000.00 | 0.00 | 0.00 | | 10,000.00 |
| 90833220 | 02/28/2019 | Subscriptions | 10,000.00 | 0.00 | 0.00 | | 10,000.00 |
| 90844516 | 03/31/2019 | Subscriptions | 10,000.00 | 0.00 | 0.00 | | 10,000.00 |
| 90857255 | 04/18/2019 | Subscriptions | 6,000.00 | 0.00 | 0.00 | | 6,000.00 |
| **Nbr of Documents** | **0-30 DAYS** | **31-60 DAYS** | **61-90 DAYS** | **91-180 DAYS** | **181-365 DAYS** | **366 + DAYS** | **TOTAL DUE** |
| 21 | $6,000.00 | $10,000.00 | $10,000.00 | $30,000.00 | $60,000.00 | $63,510.00 | $179,510.00 |

Please remit payment to:     NextGen Healthcare, Inc.
                             PO Box 511449
                             LOS ANGELES CA 90051