# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
as representative of

PROMESA
TITLE III
Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO, et al.,
Debtors[1]

## UNSWORN DECLARATION IN SUPPORT OF MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF POST-PETITION EXECUTORY CONTRACT PAYMENTS

I, Susan Brown, of legal age, married and resident of California, pursuant to the provisions 28 U.S.C. 1746, declare as follows:

1. I currently hold the position of Accounts Services Representative with NextGen Healthcare, Inc. and Quality Systems, Inc. (hereinafter, "NextGen").

2. In this capacity, I am knowledgeable of the Master Agreement entered into with the Commonwealth of Puerto Rico, through the Puerto Rico Department of Health (hereinafter the "Department of Health" and the "Agreement"), for healthcare software services.

3. The Agreement was executed by the parties on March 23, 2016, as Contract #29178.

4. As of the below date, the amount accrued and owed by the Department of Health to NextGen under the Agreement totals $179,510.00. The amount due pertains to the time period beginning from September 30, 2017 to April 18, 2019.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

I declare that the foregoing is true to the best of my knowledge and under penalty of perjury.

DATE: May 23, 2019

*Susan Brown* (signed)