# EXHIBIT 4

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**In re:**

| | |
|---|---|
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** as representative of | **PROMESA TITLE III** Case No. 17-BK-3283 (LTS) |
| **THE COMMONWEALTH OF PUERTO RICO, et al.,** Debtors[1] | |

## UNSWORN DECLARATION IN SUPPORT OF MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF POST-PETITION EXECUTORY CONTRACT PAYMENTS

I, Marvin Pascua, of legal age, married and resident of California, pursuant to the provisions 28 U.S.C. 1746, declare as follows:

1. I currently hold the position of Sales Manager with NextGen Healthcare, Inc. and Quality Systems, Inc. (hereinafter, "NextGen").

2. In this capacity, I am knowledgeable of the Master Agreement entered into with the Commonwealth of Puerto Rico, through the Puerto Rico Department of Health (hereinafter the "Department of Health" and the "Agreement"), for healthcare software services.

3. The Agreement was executed by the parties on March 23, 2016, as Contract #29178.

4. The Agreement is a service agreement wherein NextGen fully installed and implemented its "Mirth HIE SaaS Bundle" cloud-based software, designed to allow for the efficient standardization and exchange of critical patient data. This Agreement, in essence, acted like a Software-as-a-Service offering, but included the purchase of the necessary license to access NextGen's Health information Exchange (HIE) applications that NextGen hosts for the Department of Health in NextGen's data center. This hosted solution allowed the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Department of Health to access and use Next Gen's Mirth application (also known as "Mirth Connect", "Mirth Match", "Mirth Results", and "Mirth Mail") for their healthcare data exchange needs. This provided a centralized database for patient data, allowing medical practitioners access to medical files of patients. In addition to this hosted service, the offering included professional services for software installation, maintenance, configuration, troubleshooting resolution and training.

5. At minimum, the cost for this offering is $10,000.00 per month. The Department of Health purchased the license to NextGen's software based on a monthly patient minimum of 40,000. This minimum limit was never exceeded by the Department of Health.

6. Billing to the Department of Health was initiated once the platform was fully installed and configured to be data ready, which in turn generated the first $10,000.00 invoice.

7. Since the date that the platform was installed and configured, the Department of Health had access to utilize the software applications and have requested various service "tickets" to have technical issues addressed and resolved.

8. Since the date that the Agreement was executed to the date below, the Department of Health has never rejected receiving services from NextGen under the Agreement.

I declare that the foregoing is true to the best of my knowledge and under penalty of perjury.

DATE: June, 4 2019

_____
Marvin Pascua