# EXHIBIT 5

| Date Opened | Case Number | Contact Name | Subject | Status | NextGen Support | Service Request Made By | Last Modified Date/Time |
|---|---|---|---|---|---|---|---|
| 1/12/2018 | 4625731 | Rodriguez, Yosue | Unable to start Mirth Connec | Closed | Nguyen, Vincent | Customer Community Portal | 3/2/2018 14:06 |
| 1/9/2018 | 4620830 | Rodriguez, Yosue | User unknown in Virtual Mail | Closed | Foo, David | Customer Community Portal | 3/5/2018 10:21 |
| 1/9/2018 | 4620829 | Rodriguez, Yosue | Syntax Error When trying to c | Closed | Foo, David | Customer Community Portal | 3/5/2018 10:21 |
| 9/11/2017 | 4482262 | Sisco, Antonio | Integration of external TA | Closed | Khuu, Alvin | Customer Community Portal | 10/23/2017 9:43 |
| 9/11/2017 | 4482227 | Sisco, Antonio | API & Integration Guide | Closed | Pham, Minh-Quan | Customer Community Portal | 9/28/2018 16:56 |
| 9/11/2017 | 4482223 | Sisco, Antonio | Need to create accounts | Closed | Brown, Susan | Customer Community Portal | 8/12/2018 16:26 |
| 3/6/2017 | 4198228 | Sisco, Antonio | VPN Needs to be established | Closed | Brown, Susan | Phone | 8/5/2017 8:56 |
| 3/6/2017 | 4197783 | Sisco, Antonio | VPN Needs to be established | Closed | Oliver, Nicholas | Email | 3/7/2017 8:11 |
| 10/11/2016 | 4141141 | Rios, Janet | Update expired myhie.com C | Closed | Li, Christopher | Phone | 1/15/2017 10:44 |
| 10/7/2016 | 4141139 | Zambrana, Jorge | Expired myhie.com Certs | Closed | Li, Christopher | Phone | 1/15/2017 11:10 |
| 8/1/2016 | 4141143 | Nieves, Pablo | HL7 to SQL | Closed | Nguyen, Vincent | Phone | 1/15/2017 11:07 |
| 6/28/2016 | 4141142 | Nieves, Pablo | Port 22 open CHANGE-538 | Closed | Mirth Queue | Phone | 1/24/2017 8:36 |
| 6/22/2016 | 4141138 | Nieves, Pablo | Mirth Connect question | Closed | Mirth Queue | Phone | 1/25/2017 7:52 |
| 6/22/2016 | 4141137 | Nieves, Pablo | sftp situation | Closed | Nguyen, Ha Tien | Phone | 1/25/2017 7:22 |
| 6/8/2016 | 4141136 | Sisco, Antonio | Question regarding Mirth doc | Closed | Shigekawa, Dylan | Phone | 1/25/2017 7:22 |
| 5/16/2016 | 4141144 | Sisco, Antonio | Need password for prhintestr | Closed | Shigekawa, Dylan | Phone | 1/24/2017 8:37 |
| 3/24/2016 | 4141140 | Zambrana, Jorge | Public IP address mappings ar | Closed | Mirth Queue | Phone | 1/15/2017 10:44 |