UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
as representative of

PROMESA
TITLE III
Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO, et al.,
  Debtors[1]

PROPOSED ORDER ON MOTION FOR PAYMENT OF ADMINISTRATIVE
EXPENSE CLAIM OF POST-PETITION EXECUTORY CONTRACT PAYMENTS

Came on for consideration *Motion for Payment of Administrative Expense Claim of Post-Petition Executory Contract Payments* (the "**Motion**") filed by creditor and administrative expense claimant NextGen Healthcare, Inc. and Quality Systems, Inc. (hereinafter, "NextGen"). Having reviewed the Motion, relevant pleadings, and the evidence and the arguments presented therewith and by counsel, the Court finds that: (a) NextGen's claim should be considered an administrative expense under the provisions of sections 503(b) and 507(a)(2) of the Bankruptcy Code and (b) cause exists to grant the relief requested in the Motion as set forth below.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED** and that the Commonwealth of Puerto Rico pay the priority administrative expense claim of NextGen in the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

amount of $179,510.00 for the post-petition services provided under the terms of the subject executory contract, i.e. the Agreement.

### ###END OF ORDER###

ORDER PREPARED AND SUBMITTED BY:

**KANE RUSSELL COLEMAN LOGAN PC**

*/s/ Paul J. Hammer*

Paul J. Hammer
USDC-PR 228306
5051 Westheimer Road
10th Floor
Houston, TX 77056
Tel: 713-425-7427
Fax: 713-425-7700
phammer@krcl.com

**ATTORNEYS FOR NEXTGEN**