## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA<br>TITLE III<br>Case No. 17 BK 3283-LTS |
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTOHORITY<br><br>Debtor | TITLE III<br>No. 17 BK 4780-LTS<br><br>Court Filing Relates Only to PREPA and Shall only be Filed Case No. 17- BK-4780 (LTS) and Main Case 17- BK-3283 (LTS) |

**MOTION FOR LEAVE TO WITHDRAW LEGAL REPRESENTATION**

**TO THE HONORABLE COURT**:

**COMES** NOW Master Link Corporation ("Movant" or "ML"), through the undersigned counsel and very respectfully states and prays:

1. The undersigned has been one of the attorneys of record representing movant Master Link Corporation, in conjunction with attorney Alexis Betancourt Vincenty.

2. Movant and the undersigned have agreed that attorney Betancourt Vincenty will continue to handle this matter. Hence, the undersigned respectfully requests this Court to grant him leave to withdraw as legal representation for ML, since this withdrawal will not affect the Court's proceedings.

**WHEREFORE**, Movant ML very respectfully requests this Honorable Court to grant the undersigned's request for leave to withdraw as legal representation.

**RESPECTFULLY SUBMITTED**.

**I HEREBY CERTIFY** that on this date, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

In San Juan, Puerto Rico, this 14th day of June, 2019.

**S/Henry Vázquez Irizarry**
USDC No. 205011
Bufete Vázquez Irizarry, CSP
Urb. Villa Fontana Park
Calle Parque Luis M. Rivera 5 HH6
Carolina, PR 00983
Tel. (787) 724-7514 / 787-645-2241
Fax (888) 518-1318
hvilaw@gmail.com