**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**INFORMATIVE MOTION OF AAFAF
REGARDING THE PUERTO RICO TEACHERS ASSOCIATION'S
<u>REJECTION OF COLLECTIVE BARGAINING AGREEMENT MODIFICATIONS</u>**

To the Honorable United States District Court Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("**AAFAF**"), by and through its undersigned counsel, respectfully submits this informative motion and states as follows:

1.  At the omnibus hearing held on June 12, 2019, counsel for the Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**") announced that the Oversight Board had achieved a deal in principle with the Puerto Rico Teachers' Association ("**AMPR**" by its Spanish acronym)—one of Puerto Rico's public employee unions—for a proposed plan support agreement (the "**FOMB Agreement**") that purported to provide for a new collective bargaining

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("**COFINA**") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("**HTA**") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("**ERS**") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("**PREPA**") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

agreement ("**CBA**") and treatment of AMPR member claims arising from their existing CBA under a Commonwealth Title III plan of adjustment. The Oversight Board's counsel also indicated that AMPR members were voting this week on whether to accept or reject the terms of the FOMB Agreement.

2. In response, counsel for AAFAF stated at the omnibus hearing that the Government objects to both the terms of the FOMB Agreement and the Oversight Board's authority under PROMESA to enter into the FOMB Agreement and any other similar agreements with Puerto Rico's various public employee unions.

3. As of the date of this informative motion, AMPR announced that its members voted to reject the terms of the FOMB Agreement by a margin of 55.7% to 44.3%. A Spanish language article describing the outcome of the vote can be accessed at this link:

https://www.elnuevodia.com/noticias/locales/nota/elmagisteriorechazaelacuerdodelaasociacionde maestrosylajuntafiscalporlaspensiones-2499611/

Dated: June 15, 2019
      San Juan, Puerto Rico

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Peter Friedman* | */s/ Luis C. Marini-Biaggi* |
| John J. Rapisardi | Luis C. Marini-Biaggi |
| Suzzanne Uhland | USDC No. 222301 |
| Peter Friedman | Carolina Velaz-Rivero |
| (Admitted *Pro Hac Vice*) | USDC No. 300913 |
| **O'MELVENY & MYERS LLP** | **MARINI PIETRANTONI MUÑIZ LLC** |
| 7 Times Square | 250 Ponce de León Ave. Suite 900 |
| New York, NY 10036 | San Juan, Puerto Rico 00918 |
| Tel: (212) 326-2000 | Tel: (787) 705-2171 |
| Fax: (212) 326-2061 | Fax: (787) 936-74943 |
| | |
| *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* | *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* |