UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

             Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER SCHEDULING BRIEFING OF MOTION OF NEXTGEN HEALTHCARE, INC.
AND QUALITY SYSTEMS, INC. FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

      The Court has received and reviewed the *Motion for Payment of Administrative Expense Claim of Post-Petition Executory Contract Payments* (Docket Entry No. 7449 in Case No. 17-3283, the "Motion") filed by NextGen Healthcare, Inc. and Quality Systems, Inc. (the "Movants"). Opposition papers to the Motion must be filed by **June 28, 2019**. Movants' reply papers must be filed by **July 8, 2019**. The Court will thereafter take the Motion on submission, unless a party thereto requests a hearing.

      SO ORDERED.

Dated: June 17, 2019

                       /s/ Laura Taylor Swain
                      LAURA TAYLOR SWAIN
                      United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).