# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

|  |  |  |
|---|---|---|
| In re: | ) ) ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | ) ) ) ) | Title III Case No. 3:17-bk-03283 (LTS) |
| as representative of | ) |  |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) ) |  |
| Debtors. | ) ) ) |  |
|  | X |  |
| In re: | ) ) ) |  |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | ) ) ) ) | PROMESA Title III |
| as representative of | ) ) | Case No. 3:17-cv-01685 (LTS) Case No. 3:17-bk-03566 (LTS) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, | ) ) ) ) |  |
| Debtor. | ) ) ) |  |
|  | x |  |

**[PROPOSED] ORDER GRANTING RENEWED MOTION OF CERTAIN SECURED CREDITORS OF THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO COMPEL PRODUCTION OF DOCUMENTS FROM <u>FINANCIAL OVERSIGHT AND MANAGEMENT BOARD</u>**

Upon consideration of the *Renewed Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Compel Production of Documents from Financial Oversight and Management Board* (the "<u>Motion</u>")[1] filed by the Bondholders,[2] the Court having reviewed the Motion and the relief requested; the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); the Court determining that venue of this proceeding and the Motion in this District is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); notice of the Motion being adequate and proper under the circumstances; and after due deliberation and sufficient cause appearing; therefore, it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein. The Court overrules the Financial Oversight and Management Board for Puerto Rico's assertion of (i) deliberative process privilege for Docs. 1-4, 11, 17, 20, 22-23, 35, 50, 59, 66, 69, 84, 103-104, 106-107, 110-111, 120, 164-165, 191, 209-210, 227, 245, 247-248, 260, 265, 320, 331; (ii) attorney-client privilege for Docs. 53, 56-57, 94-95, 122-124, 127, 129-130, 132, 134, 136, 141, 150-151, 156, 169-175, 177-182, 184-186, 188, 194-200, 204-205, 207-208, 216-222, 226, 230-233, 235-238, 240-244, 249, 252-257, 259, 262-264, 267-270, 272-273, 278, 280-282, 284-286, 290-292, 294, 299, 305-310, and (iii) work product doctrine for Docs. 56, 43-44, 144, 246, 228- 229. The Financial Oversight and Management Board for Puerto Rico shall supplement its production accordingly on or before _____.

---

[1] Capitalized terms used but not otherwise defined herein will have the meaning as set forth in the Motion.
[2] Andalusian Global Designated Activity Company, Glendon Opportunities Fund, L.P., Mason Capital Master Fund L.P., Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Ocher Rose, L.L.C., Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Investors Bond Fund I, Puerto Rico Investors Tax-Free Fund, Inc., Puerto Rico Investors Tax-Free Fund, Inc. II, Puerto Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax- Free Fund VI, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., SV Credit, L.P., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., and Tax-Free Puerto Rico Target Maturity Fund, Inc.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated: _____
Boston, Massachusetts

_____
UNITED STATES MAGISTRATE JUDGE