# EXHIBIT A

## Proposed Order

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

```
------------------------------------------------------------------ x
                                                                   :
In re:                                                             :
                                                                   :
                                                                   :
THE FINANCIAL OVERSIGHT AND                                        :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                  :   Title III
                                                                   :
                                                                   :
        as representative of                                       :   Case No. 17-BK-3283 (LTS)
                                                                   :
THE COMMONWEALTH OF PUERTO RICO et al.,                            :   (Jointly Administered)
                                                                   :
                                                                   :
        Debtors.1                                                  :
------------------------------------------------------------------ x
                                                                   :
In re:                                                             :
                                                                   :
                                                                   :
THE FINANCIAL OVERSIGHT AND                                        :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                  :   Title III
                                                                   :
                                                                   :
        as representative of                                       :   Case No. 17-BK-4780 (LTS)
                                                                   :
PUERTO RICO ELECTRIC POWER AUTHORITY                               :   This filing relates only to
                                                                   :   Case No. 17-BK-4780 (LTS)
                                                                   :
                                                                   :
        Debtor.                                                    :
------------------------------------------------------------------ X
```

**ORDER, PURSUANT TO BANKRUPTCY CODE SECTION 926(a), AUTHORIZING**
**COMMITTEE TO PURSUE CERTAIN AVOIDANCE ACTIONS ON BEHALF OF**
**PUERTO RICO ELECTRIC POWER AUTHORITY**

Upon the Urgent Motion of Official Committee of Unsecured Creditors for Order,

Pursuant to Bankruptcy Code Section 926(a), Authorizing Committee to Pursue Certain

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

Avoidance Actions on Behalf of Puerto Rico Electric Power Authority (the "Urgent Motion");[2]

and the Court having found and determined that: (i) the Court has jurisdiction to consider the

Urgent Motion and the relief requested therein pursuant to section 306 of PROMESA; (ii) venue

is proper before this Court pursuant to section 307(a) of PROMESA; (iii) cause exists to shorten

the notice period as requested in the Urgent Motion; (iv) due and proper notice of the Urgent

Motion has been provided under the particular circumstances and no other or further notice need

be provided; (v) any objections to the relief requested in the Urgent Motion having been

withdrawn or overruled; and (vi) after due deliberation and sufficient cause appearing therefor, it

is HEREBY ORDERED THAT:

1.      The Urgent Motion is GRANTED as set forth herein.

2.      Unless the Oversight Board enters into a stipulation with the Committee and the

members of the Special Claims Committee for the joint prosecution of PREPA causes of action

(including the Lien Challenge) on the same terms as the Commonwealth Stipulation and the

HTA/ERS Stipulation, the Committee is hereby appointed as trustee under section 926(a) of the

Bankruptcy Code to pursue the Lien Challenges against any potential defendants that has not

entered into a tolling agreement that includes the Committee as a party.

3.      The future adversary proceeding(s) asserting the Lien Challenge shall, once

commenced, be stayed pending further order of the Court.

4.      This Order remains subject to modification by the Court by a subsequent order,

including in the event the Court approves the 9019 Motion.

5.      The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

---

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Urgent
        Motion.

6.      The Committee is authorized to take all actions necessary to effectuate the relief

granted pursuant to this Order.

7.      The Court retains jurisdiction over any disputes relating to the interpretation or

implementation of this Order.

Dated:   June___, 2019

_____

HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE