# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------- x

|  |  |
|---|---|
| In re: | : |
|  | : |
| THE FINANCIAL OVERSIGHT AND | : PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Title III |
|  | : |
| as representative of | : Case No. 17-BK-3283 (LTS) |
|  | : |
| THE COMMONWEALTH OF PUERTO RICO *et al.,* | : (Jointly Administered) |
|  | : |
| Debtors.[1] | : |

-------------------------------------------------------------------- x

|  |  |
|---|---|
| In re: | : |
|  | : |
| THE FINANCIAL OVERSIGHT AND | : PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Title III |
|  | : |
| as representative of | : Case No. 17-BK-4780 (LTS) |
|  | : |
| PUERTO RICO ELECTRIC POWER AUTHORITY | : **This filing relates only to** |
|  | : **Case No. 17-BK-4780 (LTS)** |
|  | : |
| Debtor. | : |

-------------------------------------------------------------------- x

### URGENT CONSENTED TO MOTION FOR EXPEDITED CONSIDERATION OF URGENT MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER, PURSUANT TO BANKRUPTCY CODE SECTION 926(a), AUTHORIZING COMMITTEE TO PURSUE CERTAIN AVOIDANCE ACTIONS ON BEHALF OF PUERTO RICO ELECTRIC POWER AUTHORITY

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

To the Honorable United States District Judge Laura Taylor Swain:

The Official Committee of Unsecured Creditors of All Title III Debtors (other than COFINA) (the "Committee") hereby files this urgent motion (the "Urgent Motion"), requesting entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), for expedited consideration of the *Urgent Motion of Official Committee of Unsecured Creditors for Order, Pursuant to Bankruptcy Code Section 926(a), Authorizing Committee to Pursue Certain Avoidance Actions on Behalf of Puerto Rico Electric Power Authority* (the "Section 926 Motion").  **The Oversight Board consents to having this Urgent Motion heard on an expedited basis, subject to the proposed deadlines reflected in the Proposed Order.**  In support of this Urgent Motion, the Committee respectfully states as follows:

## JURISDICTION AND VENUE

1.     The United States District Court for the District of Puerto Rico has subject matter jurisdiction over this matter pursuant to section 306(a) of PROMESA.[1]

2.     Venue is proper pursuant to section 307(a) of PROMESA.

3.     The statutory bases for the relief requested herein are section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006, made applicable to these Title III cases by sections 301(a) and 310 of PROMESA, Rule 9013-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "Local Rules"), and the *Ninth Amended Notice, Case Management and Administrative Procedures* [Docket No. 7115-1] (the "Case Management Procedures").

---

[1]     References to PROMESA are references to 48 U.S.C. §§ 2101 *et. seq.*

## RELIEF REQUESTED

4.      By this Urgent Motion, the Committee respectfully requests entry of the Proposed

Order (a) scheduling oral argument on the Section 926 Motion at the hearing scheduled for **June

28, 2019, at 10:00 a.m. (Atlantic Standard Time)** in New York, (b) setting **June 21, 2019** as

the deadline to file objections or responses to the Section 926 Motion, and (c) setting **4:00 p.m.**

**noon (Atlantic Standard Time) on June 25, 2019** as the Committee's deadline to file its  reply

in further support of the Section 926 Motion.

## BASIS FOR RELIEF REQUESTED

5.      Bankruptcy Rule 9006(c)(1) provides that "the court for cause shown may in its

discretion with or without motion or notice order the period [for notice] reduced."  Further, Local

Rule 9013-1(a) allows a party to request that a court "consider a motion on an expedited basis."

Cause exists to schedule the Section 926 Motion on an expedited basis.

6.      As explained further in the Section 926 Motion, expedited consideration of the

Section 926 Motion is critical given the imminent expiration of statutes of limitations for

PREPA-related causes of action on July 1, 2019.  Further, expedited consideration of the Section

926 Motion is consistent with the expedited consideration granted by the Court in connection

with the stipulations for the joint prosecution of Commonwealth, HTA, and ERS causes of action

in order to allow for the prosecution of causes of action prior to the expiration of the applicable

statutes of limitations.[2]  **Finally, the Oversight Board consents to having the 926 Motion**

---

[2]     *See Order Granting Urgent Joint Motion for Expedited Consideration (Docket Entry No. 6868)* [Case No. 17-
32083-LTS, Docket No. 6880] (granting expedited consideration of stipulation for joint prosecution of HTA
and ERS causes of action); *Order (A) Expediting Consideration of Urgent Joint Motion for Entry of Order
Approving Stipulation and Agreed Order By and Among Financial Oversight and Management Board, Its
Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of
Debtor Causes of Action, (B) Pending Approval of Stipulation, Further Extension of Briefing Schedule with
Respect to Potential Omnibus Motion of Official Committee of Unsecured Creditors to Be Appointed to Pursue
Commonwealth Causes of Action, and (C) Approval of Briefing Schedule with Respect to Limited Motion of
Official Committee of Unsecured Creditors to Be Appointed to Pursue Certain Commonwealth Claims* [Case

**heard on expedited basis, including the Committee's proposed briefing schedule and
hearing date.** Under the circumstances, the Committee submits that expedited consideration of
the Section 926 Motion is appropriate.

7.      Pursuant to Paragraph I.H of the Case Management Procedures, the Committee
hereby certifies that it has carefully examined the matter and concluded that there is a true need
for an urgent motion; has not created the urgency through any lack of due diligence; has made a
bona fide effort to resolve the matter without a hearing; and has made reasonable, good-faith
communications in an effort to resolve or narrow the issues that are being brought to the Court.

## NOTICE

8.      Notice of this Urgent Motion has been provided to the following entities, or their
counsel, if known: (i) the U.S. Trustee; (ii) the Office of the United State Attorney for the
District of Puerto Rico; (iii) AAFAF; (iv) the official committee of retirees; (v) the insurers of
the bonds issued or guaranteed by the Debtors; (vi) counsel to certain ad hoc groups of holders of
bonds issued or guaranteed by the Debtors; and (vii) all parties that have filed a notice of
appearance in the above-captioned Title III cases.

## NO PRIOR REQUEST

9.      No previous request for the relief requested herein has been made to this or any
other court.

*[Remainder of page intentionally left blank.]*

---

No. 17-32083-LTS, Docket No. 6319] (granting expedited consideration of stipulation for joint prosecution of
Commonwealth causes of action).

WHEREFORE, the Committee respectfully requests the Court to enter the order attached hereto as **Exhibit A**, and grant the Committee such other relief as is just and proper.

Dated: June 17, 2019                    By:   */s/ Luc A. Despins*_____

PAUL HASTINGS LLP
Luc. A. Despins, Esq. *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
James B. Worthington, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured
Creditors*

By:   */s/ Juan J. Casillas Ayala*_____

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Alberto J. E. Añeses Negrón, Esq. (USDC - PR
302710)
Israel Fernández Rodríguez, Esq. (USDC - PR
225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR
306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
aaneses@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
crernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured
Creditors*

4