# EXHIBIT A

**Proposed Order**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

```
------------------------------------------------------------------- x
                                                                    :
In re:                                                              :
                                                                    :
THE FINANCIAL OVERSIGHT AND                                         :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                   :  Title III
                                                                    :
        as representative of                                        :  Case No. 17-BK-3283 (LTS)
                                                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,                             :  (Jointly Administered)
                                                                    :
        Debtors.¹                                                   :
------------------------------------------------------------------- x
                                                                    :
In re:                                                              :
                                                                    :
THE FINANCIAL OVERSIGHT AND                                         :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                   :  Title III
                                                                    :
        as representative of                                        :  Case No. 17-BK-4780 (LTS)
                                                                    :
PUERTO RICO ELECTRIC POWER AUTHORITY                                :  This filing relates only to
                                                                    :  Case No. 17-BK-4780 (LTS)
                                                                    :
        Debtor.                                                     :
------------------------------------------------------------------- x
```

**ORDER GRANTING URGENT CONSENTED TO MOTION FOR
EXPEDITED CONSIDERATION OF URGENT MOTION OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR ORDER, PURSUANT
TO BANKRUPTCY CODE SECTION 926(a), AUTHORIZING COMMITTEE
TO PURSUE CERTAIN AVOIDANCE ACTIONS ON BEHALF OF PUERTO
RICO ELECTRIC POWER AUTHORITY**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

Upon the *Urgent Consented to Motion to Expedite Consideration of the Urgent Motion of Official Committee of Unsecured Creditors for Order, Pursuant to Bankruptcy Code Section 926(a), Authorizing Committee to Pursue Certain Avoidance Actions on Behalf of Puerto Rico Electric Power Authority* (the "Urgent Motion");[2] and the Court having found and determined that: (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to section 306 of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA; (iii) cause exists to shorten the notice period as requested in the Urgent Motion; (iv) due and proper notice of the Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided; (v) any objections to the relief requested in the Urgent Motion having been withdrawn or overruled; and (vi) after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Urgent Motion is GRANTED as set forth herein.

2. A hearing on the Section 926 Motion is hereby scheduled for **June 28, 2019 at 10:00 a.m. (Atlantic Standard Time).**

3. Objections or responses, if any, to the Section 926 Motion must be filed and served (in accordance with the Case Management Procedures) by **June 21, 2019**.

4. Replies to any objections or responses must be filed and served (in accordance with the Case Management Procedures) by **June 25, 2019 at 4:00 p.m. noon (Atlantic Standard Time)**.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Urgent Motion.

2

6. The Committee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

7. The Court retains jurisdiction over any disputes relating to the interpretation or implementation of this Order.

Dated: June___, 2019

                                         _____
                                         HONORABLE LAURA TAYLOR SWAIN
                                         UNITED STATES DISTRICT JUDGE