# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**In re:**

| | |
|---|---|
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** as representative of | **PROMESA TITLE III** Case No. 17-BK-3283 (LTS) |
| **THE COMMONWEALTH OF PUERTO RICO, et al.,** Debtors[1] | |

## CERTIFICATE OF SERVICE

TO THE HONORABLE JUDGE OF SAID COURT:

I hereby certify that NEXTGEN HEALTHCARE, INC. AND QUALITY SYSTEMS, INC. ("NextGen"), in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004 (b), and the Court's *Ninth Amended Notice, Case Management and Administrative Procedures Order* (Docket No. 7115 of Case No. 17-03283 (LTS)) (the "CMP Order"), sent a true and exact copy of the documents titled:

1. *Notice of Appearance* filed on June 14, 2019 (Docket No. 7448 of Case No. 17-BK-3283 (LTS), **by electronic mail upon all the parties listed in the Master Service List and by U.S. Mail upon all the Standard Parties listed in the CMP Order on June 17, 2019.**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. *Motion for Payment of Administrative Expense Claim of Post-Petition Executory Contract Payments* filed on June 14, 2019 (Docket No. 7449 of Case No. 17-BK-3283 (LTS), **by electronic mail upon all the parties listed in the Master Service List and by U.S. Mail upon all the Standard Parties listed in the CMP Order on June 17, 2019.**

|  |  |
|---|---|
| Dated: June 17, 2019 | **RESPECTFULLY SUBMITTED,** |
|  | **KANE RUSSELL COLEMAN LOGAN PC** |
|  | */s/ Paul J. Hammer* |
|  | Paul J. Hammer |
|  | USDC-PR 228306 |
|  | 5051 Westheimer Road, 10th Floor |
|  | Houston, TX 77056 |
|  | Tel: (713) 425-7427 |
|  | Fax: (713) 425-7700 |
|  | phammer@krcl.com |
|  | **ATTORNEYS FOR NEXTGEN HEALTHCARE, INC. AND QUALITY SYSTEMS, INC.** |

### NOTICE OF SERVICE

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

*/s/ Paul J. Hammer*
Paul J. Hammer