**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

**MOTION FOR ADMISSION**
***PRO HAC VICE* OF DANI ZYLBERBERG**

COMES NOW, Dani Zylberberg, Applicant herein and respectfully states:

1. Applicant is an attorney and associated with the law firm of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, with offices at:

> 2000 K Street, N.W., 4th Floor
> Washington, DC 20006
> dzylberberg@robbinsrussell.com
> Telephone: (202) 775-4500
> Facsimile: (202) 775-4510

2. Applicant will sign all pleadings with the name Dani Zylberberg.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3. Applicant has been retained as an associate of the above-named firm by an ad hoc group of certain holders of bonds issued or guaranteed by the Commonwealth of Puerto Rico (the "Ad Hoc Group of General Obligation Bondholders")[2] to provide legal representation in connection with the above-styled matters now pending before the United States District Court for the District of Puerto Rico.

4. Since February 15, 2017, applicant has been and presently is a member in good standing of the bar of the State of New York. Applicant's New York State bar registration number is 5490198.

5. Applicant currently practices in the District of Columbia, supervised by principals of the above-named firm. Applicant has a pending application by motion to become a member of the District of Columbia Bar.

6. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| New York Supreme Court, Appellate Division | 2/15/2017 |

7. Applicant is a member in good standing of the bars of the courts listed in Paragraph 6.

8. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

9. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

---

[2] The Ad Hoc Group of General Obligation Bondholders consists of: (i) Aurelius Capital Management, LP, on behalf of its managed entities ("Aurelius"); and (ii) Autonomy Capital (Jersey) LP, on behalf of certain of its Capital affiliated investment funds ("Autonomy"). The Ad Hoc Group of General Obligation Bondholders does not assume any fiduciary or other duties to any other creditor or person.

10. Applicant has never filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

11. Local counsel of record associated with applicant in this matter is:

> J. Ramón Rivera Morales
> USDC-PR Bar No. 200701
> Jiménez, Graffam & Lausell
> P.O. Box 366104
> San Juan, Puerto Rico 00936-6101
> Telephone: (787) 767-1030
> Facsimile: (787) 751-4068
> E-Mail: rrivera@jgl.com

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico and will comply with the same.

13. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to: Clerk, U.S. District Court.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: June 17, 2019

Respectfully submitted,

*/s/ Dani Zylberberg*

Dani Zylberberg
Robbins, Russell, Englert, Orseck, Untereiner &
  Sauber LLP
2000 K Street, N.W., 4th Floor
Washington, DC 20006

dzylberberg@robbinsrussell.com
Telephone: (202) 775-4500
Facsimile: (202) 775-4510

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: June 17, 2019

Respectfully submitted,

/s/ J. Ramón Rivera Morales

J. Ramón Rivera Morales
USDC-PR Bar No. 200701
Jiménez, Graffam & Lausell
P.O. Box 366104
San Juan, Puerto Rico 00936-6101
Telephone: (787) 767-1030
Facsimile: (787) 751-4068
E-Mail: rrivera@jgl.com

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.

/s/ J. Ramón Rivera Morales
J. Ramón Rivera Morales
USDC-PR Bar No. 200701
Jiménez, Graffam & Lausell
P.O. Box 366104
San Juan, Puerto Rico 00936-6101
Telephone: (787) 767-1030
Facsimile: (787) 751-4068
E-Mail: rrivera@jgl.com

Dani Zylberberg
Robbins, Russell, Englert, Orseck, Untereiner
 & Sauber LLP
2000 K Street, N.W., 4th Floor
Washington, DC 20006
dzylberberg@robbinsrussell.com
Telephone: (202) 775-4500
Facsimile: (202) 775-4510

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS) |

## ORDER GRANTING ADMISSION
## *PRO HAC VICE* OF DANI ZYLBERBERG

This Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

\_\_\_\_ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

\_\_\_\_ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this \_\_\_\_\_ day of _____, 2017.

_____
Laura Taylor Swain
U.S. District Judge