# Exhibit 1

```
Court Name: District Court
Division: 1
Receipt Number: PRX100064374
Cashier ID: arodrig
Transaction Date: 06/17/2019
Payer Name: JIMENEZ, GRAFFAM AND LAUSELL
------------------------------------
PRO HAC VICE
 For: JIMENEZ, GRAFFAM AND LAUSELL
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:          $300.00
------------------------------------
PAPER CHECK CONVERSION
 Remitter: JIMENEZ, GRAFFAM AND LAUSELL
 Check/Money Order Num: 066674
 Amt Tendered:    $300.00
------------------------------------
Total Due:        $300.00
Total Tendered:   $300.00
Change Amt:         $0.00

17-3283(LTS) PRO HAC VICE OF DANI
ZYLBERBERG

THRU: J RAMON RIVERA-MORALES
```