UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | : PROMESA |
| | : Title III |
| THE FINANCIAL OVERSIGHT AND | : |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Case No. 17-BK-3283 (LTS) |
| | : |
| as representative of | : (Jointly Administered) |
| | : |
| THE COMMONWEALTH OF PUERTO RICO et al., | : |
| | : |
| Debtors.[1] | : |

---

| | |
|---|---|
| In re: | : PROMESA |
| | : Title III |
| THE FINANCIAL OVERSIGHT AND | : |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Case No. 17-BK-3566 (LTS) |
| | : |
| as representative of | : (Jointly Administered) |
| | : |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE | : |
| GOVERNMENT OF THE COMMONWEALTH OF PUERTO | : |
| RICO, | : |
| | : |
| Debtors. | : |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## **ORDER**

This matter is before the Court on the *Renewed Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Compel Production of Documents from Financial Oversight and Management Board* (Dkt. No. 562 in 17-BK-3566; Dkt. No. 7483 in 17-BK-3283) ("Renewed Motion to Compel"). The Court hereby sets the following briefing schedule on the Renewed Motion to Compel:

1. Any response shall be filed on or before **Tuesday, June 18, 2019 at 3:00 p.m. Atlantic Standard Time**.

2. Any reply shall be filed on or before **Wednesday, June 19, 2019 at 10:00 a.m. Atlantic Standard Time**.

3. The Court will thereafter take the Renewed Motion to Compel on submission.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: June 17, 2019