# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS) |

## MOTION TO WITHDRAWAL

**PLEASE TAKE NOTICE** that Lanora C. Pettit hereby respectfully withdraws his appearance as counsel for Ad Hoc Group of General Obligation Bondholders, a party-in-interest in the above-captioned Title III cases, and requests removal from service of any further pleadings in connection with these matters. The appearances by other attorneys at Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP are unaffected by this request.

Dated: June 14, 2019            Respectfully Submitted,

                                                 */s/ Lanora C. Pettit*
                                                 Lanora C. Pettit
                                                 ROBBINS, RUSSELL, ENGLERT, ORSECK,
                                                           UNTEREINER & SAUBER LLP
                                                 2000 K Street, 4th Floor
                                                 Washington, D.C. 20006
                                                 Phone: 202-775-4490
                                                 Fax: 202-775-4510