```
Court Name: District Court
Division: 1
Receipt Number: PRX100064383
Cashier ID: arodrigu
Transaction Date: 06/10/2019
Payer Name: SALDANA, CARVAJA AND VELEZ RI
VE

PRO HOC VICE
 For: SALDANA, CARVAJA AND VELEZ RIVE
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00

PAPER CHECK CONVERSION
 Remitter: SALDANA, CARVAJA AND VELEZ RIV
E
 Check/Money Order Num: 005292
 Amt Tendered:  $300.00

Total Due:      $300.00
Total Tendered: $300.00
Change Amt:     $0.00

17-3283(LTS) PRO HAC VICE OF JULIE
E. COHEN

THRU: LUIS N. SALDANA-ROMAN
```