Exhibit 1

| Privilege ID | Specific Privilege(s) Challenged | Other Privileges Asserted but not Challenged |
|---|---|---|
| 1 | Deliberative Process | |
| 2 | Deliberative Process | |
| 3 | Deliberative Process | |
| 4 | Deliberative Process | |
| 11 | Deliberative Process | Attorney-Client |
| 17 | Deliberative Process | |
| 20 | Deliberative Process | |
| 22 | Deliberative Process | |
| 23 | Deliberative Process | |
| 35 | Deliberative Process | |
| 43 | Work Product | Deliberative Process; Attorney-Client; Mediation |
| 44 | Work Product | Deliberative Process; Attorney-Client; Mediation |
| 50 | Deliberative Process | |
| 53 | Attorney-Client | Deliberative Process |
| 56 | Attorney-Client Work Product | Deliberative Process |
| 57 | Attorney-Client | Deliberative Process |
| 59 | Deliberative Process | |
| 66 | Deliberative Process | |
| 69 | Deliberative Process | |
| 84 | Deliberative Process | |
| 94 | Attorney-Client | Deliberative Process |
| 95 | Attorney-Client | Deliberative Process |
| 103 | Deliberative Process | |
| 104 | Deliberative Process | |
| 106 | Deliberative Process | |
| 107 | Deliberative Process | |
| 110 | Deliberative Process | |
| 111 | Deliberative Process | |
| 120 | Deliberative Process | |
| 122 | Attorney-Client | Work Product |
| 123 | Attorney-Client | Work Product |
| 124 | Attorney-Client | Work Product |
| 127 | Attorney-Client | Work Product; Deliberative Process |
| 129 | Attorney-Client | Work Product |
| 130 | Attorney-Client | Work Product |
| 132 | Attorney-Client | Work Product |
| 134 | Attorney-Client | Work Product |

| Privilege ID | Specific Privilege(s) Challenged | Other Privileges Asserted but not Challenged |
|---|---|---|
| 136 | Attorney-Client | Work Product |
| 141 | Attorney-Client | Deliberative Process (Attorney-Client was not asserted) |
| 144 | Work Product | Attorney-Client |
| 150 | Attorney-Client | Work Product |
| 151 | Attorney-Client | Work Product |
| 156 | Attorney-Client | Deliberative Process |
| 164 | Deliberative Process | |
| 165 | Deliberative Process | |
| 169 | Attorney-Client | Work Product |
| 170 | Attorney-Client | Work Product |
| 171 | Attorney-Client | Work Product |
| 172 | Attorney-Client | Work Product |
| 173 | Attorney-Client | Work Product |
| 174 | Attorney-Client | Work Product |
| 175 | Attorney-Client | Deliberative Process |
| 177 | Attorney-Client | Work Product |
| 178 | Attorney-Client | Work Product |
| 179 | Attorney-Client | Work Product |
| 180 | Attorney-Client | Work Product |
| 181 | Attorney-Client | Work Product |
| 182 | Attorney-Client | Work Product |
| 184 | Attorney-Client | Work Product |
| 185 | Attorney-Client | Work Product |
| 186 | Attorney-Client | Work Product |
| 188 | Attorney-Client | |
| 191 | Deliberative Process | |
| 194 | Attorney-Client | Work Product |
| 195 | Attorney-Client | Work Product |
| 196 | Attorney-Client | Work Product |
| 197 | Attorney-Client | Work Product |
| 198 | Attorney-Client | Work Product |
| 199 | Attorney-Client | Work Product |
| 200 | Attorney-Client | Work Product |
| 204 | Attorney-Client | Deliberative Process |
| 205 | Attorney-Client | Work Product |
| 207 | Attorney-Client | Work Product |
| 208 | Attorney-Client | Work Product |
| 209 | Deliberative Process | Attorney-Client |
| 210 | Deliberative Process | |

| Privilege ID | Specific Privilege(s) Challenged | Other Privileges Asserted but not Challenged |
|---|---|---|
| 216 | Attorney-Client | Deliberative Process |
| 217 | Attorney-Client | Deliberative Process |
| 218 | Attorney-Client | Deliberative Process |
| 219 | Attorney-Client | Work Product |
| 220 | Attorney-Client | Work Product |
| 221 | Attorney-Client | Work Product |
| 222 | Attorney-Client | Work Product |
| 226 | Attorney-Client | Work Product |
| 227 | Deliberative Process | Attorney-Client |
| 228 | Work Product | Deliberative Process; Mediation |
| 229 | Work Product | Deliberative Process; Mediation |
| 230 | Attorney-Client | Work Product |
| 231 | Attorney-Client | Work Product |
| 232 | Attorney-Client | Work Product |
| 233 | Attorney-Client | Work Product |
| 235 | Attorney-Client | Work Product |
| 236 | Attorney-Client | Work Product |
| 237 | Attorney-Client | Work Product |
| 238 | Attorney-Client | Work Product |
| 240 | Attorney-Client | Work Product |
| 241 | Attorney-Client | Work Product |
| 242 | Attorney-Client | Work Product |
| 243 | Attorney-Client | Work Product |
| 244 | Attorney-Client | Work Product |
| 245 | Deliberative Process | Attorney-Client |
| 246 | Work Product | Attorney-Client |
| 247 | Deliberative Process |  |
| 248 | Deliberative Process |  |
| 249 | Attorney-Client | Deliberative Process |
| 252 | Attorney-Client | Deliberative Process |
| 253 | Attorney-Client | Work Product |
| 254 | Attorney-Client | Work Product |
| 255 | Attorney-Client | Work Product |
| 256 | Attorney-Client | Deliberative Process |
| 257 | Attorney-Client | Deliberative Process |
| 259 | Attorney-Client |  |
| 260 | Deliberative Process | Attorney-Client |
| 262 | Attorney-Client | Work Product |
| 263 | Attorney-Client | Work Product |

| Privilege ID | Specific Privilege(s) Challenged | Other Privileges Asserted but not Challenged |
|---|---|---|
| 264 | Attorney-Client | Work Product |
| 265 | Deliberative Process | |
| 267 | Attorney-Client | Work Product |
| 268 | Attorney-Client | Work Product |
| 269 | Attorney-Client | Work Product |
| 270 | Attorney-Client | Deliberative Process |
| 272 | Attorney-Client | Work Product |
| 273 | Attorney-Client | Work Product |
| 278 | Attorney-Client | Work Product; Mediation |
| 280 | Attorney-Client | Work Product |
| 281 | Attorney-Client | Work Product |
| 282 | Attorney-Client | Work Product |
| 284 | Attorney-Client | Work Product |
| 285 | Attorney-Client | Work Product |
| 286 | Attorney-Client | Work Product |
| 290 | Attorney-Client | Work Product |
| 291 | Attorney-Client | Work Product |
| 292 | Attorney-Client | Work Product |
| 294 | Attorney-Client | Work Product |
| 299 | Attorney-Client | Work Product |
| 305 | Attorney-Client | Work Product |
| 306 | Attorney-Client | Work Product |
| 307 | Attorney-Client | Work Product |
| 308 | Attorney-Client | Work Product |
| 309 | Attorney-Client | Work Product |
| 310 | Attorney-Client | Work Product |
| 320 | Deliberative Process | |
| 331 | Deliberative Process | |