UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and The Management Board for Puerto Rico<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et. al.<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17-003283 |

**JOINT MOTION TO INFORM WITHDRAWAL OF APPEARANCE
AS COUNSEL OF RECORD FOR PUERTO RICO HOSPITAL SUPPLY, INC.
AND TO INFORM APPEARANCE OF NEW COUNSEL**

**TO THE HONORABLE COURT:**

**COME NOW** the undersigned attorneys and most respectfully inform and move the Court as follows:

1. The undersigned law firm O'Neill & Gilmore Law Office, LLC ("O&G") has acted to date as counsel for creditor Puerto Rico Hospital Supply, Inc. ("PRHS"), in these proceedings.

2. O&G respectfully notifies this Honorable Court that they withdraw their appearance as counsel of record for PRHS. They respectfully request the Court to take note of their resignation as counsel for PRHS and consequently to cease notification to them of the motions, pleadings, papers, briefs and other documents filed in this matter.

3. The undersigned firm of Fuentes Law Offices, LLC hereby assumes the legal representation of PRHS in these proceedings effective immediately and requests this Honorable Court to notify it hereforth of all motions, pleadings, papers, briefs and other documents filed in

this matter to them at its address of record as follows: Atty. Alexis Fuentes Hernández, Fuentes Law Offices, LLC, PO Box 9022266 San Juan, PR 00902-2726.

WHEREFORE, the undersigned law firms respectfully request that this Honorable Court to take notice of the foregoing and consequently to authorize the withdrawal of O'Neill & Gilmore, LLC as counsel for PRHS in these proceedings effective immediately, to cease notifying O&G of the motions, pleadings, orders, legal briefs and other documents in this matter, and to allow the appearance of the Law firm of Alexis Fuentes to assume the representation of PRHS on these proceedings effective immediately and to notify it of all filings in these case hereforth.

RESPECTFULLY SUBMITTED,

In San Juan, today the 18th day of June, 2019.

I hereby certify that on this date the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all CM/ECF participants and that a copy of this motion was notified to PRHS by first class U.S. mail at its main address as follows: PRHS, Attn: Mr. Felix Santos, Call Box 158, Carolina, Puerto Rico 00986.

| | |
|---|---|
| FUENTES LAW OFFICES, LLC | O'NEILL & GILMORE |
| PO Box 9022266 | LAW OFFICE, LLC |
| San Juan, PR 00902-2726 | Suite 1701 City Towers |
| Tel. 787-722-5215 | 252 Ponce de León Avenue |
| Email: alex@fuenteslaw.com | San Juan, Puerto Rico |
| | Tel:  787 620 0670 |
| | Fax:  787 620 0671 |
| By: s/ Alexis Fuentes Hernández | Email:  pdo@go-law.com |
|     Alexis Fuentes Hernández | |
|     USDC PR 217201 | By:  s/ Patrick D. O'Neill |
| |     Patrick D. O'Neill |
| |     USDC PR 12 82 02 |