# **EXHIBIT 1**

# **TITLE III STAY MODIFICATIONS AGREED TO BY THE DEBTORS FROM FEBRUARY 13, 2019 THROUGH APRIL 12, 2019**

|   | **CASE INFORMATION** | **MOVANT** | **DEBTOR** | **BRIEF DESCRIPTION OF THE MODIFICATION** | **STIPULATION DATE** |
|---|---|---|---|---|---|
| 1. | *Luis Corchado Colón v. Director Administrativo de los Tribunales*,<br><br>Case No. A-14-70<br><br>Personnel Board of the Judicial Branch<br><br>Employment Action | Luis A. Corchado-Colón | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to an administrative judgment or resolution before the Personnel Board; provided, however, that the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment or resolution and for any claims for back pay, restitution, money damages and provisional remedies against the Commonwealth or any other Title III Debtor. | April 24, 2019 |
| 2. | *Autoridad de Energía Eléctrica de Puerto Rico v. Vitol Inc., et al.*,<br><br>Civil No. K AC2009-1376 (901)<br><br>Puerto Rico Court of First Instance<br><br>Civil Action | Vitol Inc., and Vitol S.A. | PREPA | The Title III Stay is hereby modified solely to the limited extent necessary to permit VIC and VSA to assert and litigate the Counterclaim in the First Proceeding solely to resolve and liquidate VIC's unliquidated Counterclaim against PREPA; provided, however, the Title III Stay shall continue to apply in all other respects to the Commonwealth Proceedings including, but not limited to, the execution and enforcement of (i) any judgment, (ii) injunction, (iii) any claim for money damages, or (iv) any provisional remedies against PREPA or any other Title III Debtor. | April 24, 2019 |
| 3. | *Pedro Carbonera Pardo v. Departamento del Trabajo y Recursos Humanos*,<br><br>Case No. 2014-08-0412<br><br>Puerto Rico Commission for Appeals of Public Service | Pedro Carbonera Pardo | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow (a) the Prepetition Action to proceed to final judgment before CASP, the Court of Appeals of Puerto Rico and the Supreme Court of Puerto Rico, and (b) Movant to execute and enforce the Post-Petition Claims; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment for money damages, | April 30, 2019 |

|   | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
|   | Employment Action |   |   | backpay and provisional remedies against the Commonwealth or any other Title III Debtor (except as expressly provided for in Section 1(b) hereof). |   |
| 4. | *Eliza Ríos Vargas v. Commonwealth of Puerto Rico et als.*, Case No. CAC2017-0194 Puerto Rico Court of First Instance Personal Property Dispute | Eliza Rios Vargas | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Litigation to proceed to final judgment before the State Court only with respect to the determination of the lawful titleholder of the lottery ticket; provided, however, that the Title III Stay shall continue to apply in all other respects to the Litigation, including, but not limited to, the execution and enforcement of any judgment, any claims for money damages and provisional remedies against the Commonwealth or any other Title III Debtor, and the collection of any prize under the lottery ticket. | May 10, 2019 |
| 5. | *Heirs to the estate of Pedro Matos Centeno, represented by Teresa Matos Mercado; Jose Matos Mercado; William Matos Mercado; Pablo Matos Mercado v. Puerto Rico Electric Power Authority*, Case No. B3CI201500212 Puerto Rico Court of First Instance Inverse Condemnation Proceeding | Heirs to the estate of Pedro Matos Centeno, represented by Teresa Matos Mercado; José Matos Mercado; William Matos Mercado; Pablo Matos Mercado | PREPA | The Title III Stay is hereby modified solely to the extent necessary to permit the Prepetition Action to proceed in the ordinary course until its conclusion, including the right of the Movants to withdraw the funds awarded thereto in the Prepetition Action. | May 31, 2019 |
| 6. | *Thalia Jiménez Cadilla, et al v. Department of Education of Puerto Rico, et al*, Case No. KCD2017-0440 | Thalia Jiménez Cadilla on Behalf of the Minor B.N.R.J.; Miguel Morales, on Behalf of the | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow Movants to enforce this Stipulation and seek payment of the Settlement Amount from the Commonwealth; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any | June 10, 2019 |

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| | Puerto Rico Court of First Instance<br><br>IDEA Case | Minor A.M.V.; and<br><br>Yolanda Ríos Flores, on Behalf of the Minor J.O.S. | | judgment for damages and provisional remedies. | |