# EXHIBIT 2

# TITLE III STAY MODIFICATIONS REGARDING CONDEMNATION PROCEEDINGS AGREED TO BY HTA[1]

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | MODIFICATION DATE |
|---|---|---|---|---|---|
| 1. | *ACT v. Autoridad de Edificios Públicos*, Case No. K EF2011-0243 (1003) Puerto Rico Court of First Instance Condemnation Proceeding | Autoridad de Edificios Públicos | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to (i) allow the parties to continue negotiations to settle the Prepetition Action, and (ii) if no settlement is reached, to enable the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement any amounts consigned to the Prepetition Court. | June 11, 2019 |
| 2. | *ACT v. Rosario González, Santiago (SUCN.)*, Case No. K EF2004-0633 (1003) Puerto Rico Court of First Instance Condemnation Proceeding | Rosario González, Santiago (SUCN.) | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement any amounts consigned to the Prepetition Court. | June 11, 2019 |
| 3. | *ACT v. González Rivera, Orlando*, Case No. K EF2016-0075 (1003) | Orlando González Rivera | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not | June 11, 2019 |

---

[1] Capitalized terms used herein that are not otherwise defined shall have the meaning given to them in the *Debtors' Tenth Omnibus Motion for Approval of Modifications of the Automatic Stay*.
"Prepetition Court" shall mean the Puerto Rico Court of First Instance.
"Prepetition Action" shall mean the action identified in the column, "Case Information."

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | MODIFICATION DATE |
|---|---|---|---|---|---|
| | Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | | | limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement any amounts consigned to the Prepetition Court. | |