**Objection Deadline:** July 9, 2019 at 4:00 p.m. (Atlantic Standard Time)
**Hearing Date:** July 24, 2019 at 9:30 a.m. (Atlantic Standard Time)

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br><br>Title III<br><br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF HEARING ON AMBAC ASSURANCE CORPORATION'S MOTION FOR ENTRY OF ORDER AUTHORIZING DISCOVERY UNDER BANKRUPTCY RULE 2004 CONCERNING PENSION LIABILITIES

**PLEASE TAKE NOTICE** that a hearing on *Ambac Assurance Corporation's Motion to Compel Compliance with the Court's December 15, 2017 and February 26, 2018 Orders Regarding the Urgent Renewed Joint Motion of the Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., the Mutual Fund Group, and National Public Finance Guarantee Corporation for Order Authorizing Rule 2004 Examination* (the "Motion") will be held before the Honorable

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Judge Laura Taylor Swain on July 24, 2019 at 9:30 a.m. (Atlantic Standard Time), or as soon

thereafter as counsel may be heard, in Courtroom 3 of the United States District Court for the

District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico

00918-1767.

> **PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections")

to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and

the Local Bankruptcy Rules for the District of Puerto Rico, shall be filed with the Court so as to

be received by July 9, 2019 at 4:00 p.m. (Atlantic Standard Time) (a) by attorneys admitted to

practice in the District Court, including attorneys admitted *pro hac vice*, electronically in

accordance with Rule 5 of the Local Civil Rules for the District of Puerto Rico, and (b) by all other

parties in interest, by submitting a hard copy via mail to the Clerk's Office, United States District

Court, 150 Carlos Chardón Avenue, Federal Building, Room 150, San Juan, PR 00918-1767 or by

hand delivery to the Clerk's Office, United States District Court, 150 Carlos Chardón Avenue,

Room 150, San Juan, PR 00918, and serving it in hard copy or on a CD-ROM, in text-searchable

portable document format (PDF), on counsel for Ambac Assurance Corporation.

> **PLEASE TAKE FURTHER NOTICE** that if an Objection to the Motion is not received

by the Objection Deadline,[2] the relief requested shall be deemed unopposed, and the District Court

may enter an order granting the relief sought without a hearing pursuant to the Ninth Amended

Case Management Procedures.


[*Remainder of Page Intentionally Left Blank*]

---

[2] All capitalized terms not defined herein shall have the meaning set forth in the Ninth Amended Notice, Case
Management and Administrative Procedures.  Dkt. No. 7115-1.

Dated:  June 18, 2019
        San Juan, Puerto Rico

**FERRAIUOLI LLC**

By: /s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
Sonia Colón (USDC-PR No. 213809)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile:  (787) 766-7001
Email:  rcamara@ferraiuoli.com
       scolon@ferraiuoli.com

**MILBANK LLP**

By: /s/ *Atara Miller*
Dennis F. Dunne
Andrew M. Leblanc
Atara Miller
Grant R. Mainland
(admitted *pro hac vice*)
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5770
Facsimile:  (212) 822-5770
Email: ddunne@milbank.com
      aleblanc@milbank.com
      amiller@milbank.com
      gmainland@milbank.com

*Attorneys for Ambac Assurance Corporation*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this same date a true and exact copy of this notice was filed

with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.


/s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)