UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | (Jointly Administered) |
| et al., | |
|     Debtors.[1] | |

------------------------------------------------------------x

ORDER DENYING OVERSIGHT BOARD AND UCC MOTION FOR
LIMITED RELIEF FROM SUPPLEMENTAL CASE MANAGEMENT ORDER (DOCKET ENTRY NO. 7349)

        The Court has received and reviewed the *Urgent Motion of the Financial Oversight and Management Board of Puerto Rico and the Official Committee of Unsecured Creditors of All Title III Debtors (Except COFINA) for Limited Relief from Supplemental Case Management Order* (Docket Entry No. 7349 in Case No. 17-3283), in which Movants seek leave to amend the complaints filed in certain adversary proceedings to dismiss certain defendants and to add newly disclosed bondholders as defendants. Movants suggest that, after consultation with the office of the Clerk of Court, adding more than 100, and not more than 1,000, defendants to a single amended complaint would be "feasible and not unduly burdensome."

        The office of the Clerk of Court has confirmed that Movants' suggested allowance of up to 1,000 defendants in a single amended complaint is not workable. Movants are directed to utilize related-case designations and to comply fully with the procedures and technical specifications set forth by the Clerk of Court on the following webpage: https://www.prd.uscourts.gov/promesa/how-file-ap-case-50-parties-or-more.

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Order resolves Docket Entry No. 7349.

SO ORDERED.

Dated: June 19, 2019

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge