# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtors.[1] | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | Case No. 17-BK-4780-LTS<br><br>**This Court Filing Relates Only to Case No. 17-BK-4780-LTS**<br><br>**Re: ECF Nos. 975, 1233, 1254** |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION, ASSURED GUARANTY CORP.,
ASSURED GUARANTY MUNICIPAL CORP.,
AND SYNCORA GUARANTEE INC.,

    Movants,

v.

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

    Respondent.

**JOINT STIPULATION REGARDING DEADLINES
FOR MOTION TO DISMISS RECEIVER LITIGATION**

National Public Finance Guarantee Corporation ("National"), Assured Guaranty Corp. and Assured Guaranty Municipal Corp. ("Assured"), Syncora Guarantee Inc. ("Syncora"), the Puerto Rico Electric Power Authority ("PREPA" or the "Debtor"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtor's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") (collectively, the "Parties") respectfully submit this Joint Stipulation regarding the deadlines set forth in the May 22, 2019 Order (ECF No. 1254) in connection with the pending motion pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 1233) (the "Dismissal Motion") to dismiss the motion by National, Assured, and Syncora for relief from the automatic stay to seek appointment of a receiver (ECF No. 975) (the Receiver Motion"):

WHEREAS, on May 22, 2019, in response to a joint motion by the Oversight Board and AAFAF, the Court aligned the hearing date for Dismissal Motion with the hearing date for the motion to approve the 9019 settlement (the "9019 Motion"), such that both motions would be heard at the July 24, 2019 Omnibus Hearing (*see* ECF No. 1254);

WHEREAS, on June 18, 2019, at the Court's direction, a new proposed schedule was submitted in connection with the 9019 Motion (ECF No. 1361-1, Ex. B) (the "Proposed 9019 Schedule");

WHEREAS, under the Proposed 9019 Schedule, the 9019 Motion would be heard at September 11, 2019 Omnibus Hearing;

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101–2241.

3

WHEREAS the Parties believe that the Dismissal Motion still should be heard on the same date as the 9019 Motion (*i.e.*, September 11, 2019), and that the briefing schedule for the Dismissal Motion should be extended accordingly;

WHEREAS a mutually agreeable extension of the Dismissal Motion schedule would not prejudice any Party, should not burden the Court, would permit coordinated briefing of motions with overlapping issues, and would allow additional time for the Parties to attempt to settle the Receiver Motion;

IT IS HEREBY STIPULATED AND AGREED that:

1. Within seven (7) days, the Parties will jointly move the Court for a new Dismissal Motion schedule to be agreed upon;

2. The proposed new schedule for the Dismissal Motion will request that the Dismissal Motion be heard at the September 11, 2019 Omnibus Hearing, and that objections be due *no earlier than* July 12, 2019, on a date to be agreed upon;

3. The schedule in respect of the Dismissal Motion set forth in the May 22, 2019 Order (ECF No. 1254) shall be vacated.

IT IS SO STIPULATED.

Dated: June 19, 2019

**ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC**

/s/ *Eric Perez-Ochoa*
ERIC PÉREZ-OCHOA
USDC-PR No. 206,314
E-mail: epo@amgprlaw.com

/s/ *Luis A. Oliver-Fraticelli*
LUIS A. OLIVER-FRATICELLI
USDC-PR NO. 209,204
E-mail: loliver@amgprlaw.com

**WEIL, GOTSHAL & MANGES LLP**

/s/ *Robert Berezin*
MARCIA GOLDSTEIN*
JONATHAN POLKES*
GREGORY SILBERT*
ROBERT BEREZIN*
767 Fifth Avenue
New York, New York 10153
Tel.: (212) 310-8000
Fax: (212) 310-8007

| | |
|---|---|
| 208 Ponce de Leon Ave., Suite 1600<br>San Juan, PR 00936<br>Tel.: (787) 756-9000<br>Fax: (787) 756-9010<br><br>*Counsel for National Public Finance Guarantee Corp.*<br><br>**CASELLAS ALCOVER & BURGOS P.S.C.**<br><br>/s/ *Heriberto Burgos Pérez*<br>　　Heriberto Burgos Pérez<br>　　USDC-PR 204,809<br>　　Ricardo F. Casellas-Sánchez<br>　　USDC-PR 203,114<br>　　Diana Pérez-Seda<br>　　USDC-PR 232,014<br>　　Email:　hburgos@cabprlaw.com<br>　　　　　rcasellas@cabprlaw.com<br>　　　　　dperez@cabprlaw.com<br><br>　　P.O. Box 364924<br>　　San Juan, PR 00936-4924<br>　　Telephone: (787) 756-1400<br>　　Facsimile: (787) 756-1401<br><br>*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*<br><br>**GOLDMAN ANTONETTI & CORDOVA, LLC**<br><br>By: /s/ *Carlos A. Rodriguez*<br>CARLOS A. RODRÍGUEZ-VIDAL USDC-PR No. 201,213<br>E-mail: crodriguez-vidal@gaclaw.com<br><br>SOLYMAR CASTILLO-MORALES USDC-PR NO. 218,310<br>E-mail: scastillo@gaclaw.com<br><br>P.O. Box 70364 | Email: marcia.goldstein@weil.com<br>　　　　jonathan.polkes@weil.com<br>　　　　gregory.silbert@weil.com<br>　　　　robert.berezin@weil.com<br><br>*admitted pro hac vice<br><br>*Counsel for National Public Finance Guarantee Corp.*<br><br>**CADWALADER, WICKERSHAM & TAFT LLP**<br><br>y: /s/ *William J. Natbony*<br>　　Howard R. Hawkins, Jr.*<br>　　Mark C. Ellenberg*<br>　　Ellen V. Holloman*<br>　　William J. Natbony*<br>　　Ellen M. Halstead*<br>　　Thomas J. Curtin*<br>　　Casey J. Servais*<br>　　200 Liberty Street<br>　　New York, NY 10281<br>　　Telephone: (212) 504-6000<br>　　Facsimile: (212) 406-6666<br>　　Email: howard.hawkins@cwt.com<br>　　　　　mark.ellenberg@cwt.com<br>　　　　　ellen.holloman@cwt.com<br>　　　　　bill.natbony@cwt.com<br>　　　　　ellen.halstead@cwt.com<br>　　　　　thomas.curtin@cwt.com<br>　　　　　casey.servais@cwt.com<br><br>\* admitted *pro hac vice*<br><br>*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*<br><br>**DEBEVOISE & PLIMPTON LLP**<br><br>By: /s/ *Elie J. Worenklein*<br>MY CHI TO*<br>CRAIG A. BRUENS*<br>ELIE J. WORENKLEIN*<br>919 Third Avenue<br>New York, New York 10022 |

San Juan, PR 00936-8364
Tel.: (787) 759-4117
Fax: (787) 767-9177

*Counsel for Syncora Guarantee Inc.*

**PROSKAUER ROSE, LLP**

/s/ Martin J. Bienenstock

Martin J. Bienenstock
Ehud Barak
Margaret A. Dale
Gregg M. Mashberg
Eleven Times Square
New York, NY 10036-8299
Tel:  (212) 969-3000
Fax:  (212) 969-2900
mbienenstock@proskauer.com
ebarak@proskauer.com
mdale@proskauer.com
gmashberg@proskauer.com

-and-

Paul V. Possinger
70 W. Madison St., Suite 3800
Chicago, IL 60602
Tel:  (312) 962-3550
Fax:  (312) 962-3551
ppossinger@proskauer.com

-and-

**DEL VALLE EMMANUELLI LAW OFFICES**

Luis F. del Valle Emmanuelli
PO Box 79897
Carolina, PR 00984-9897
Tel: (787) 977-1932
Fax: (787) 722-1932

Tel.: (212) 909-6000
Fax: (212) 909-6836
Email: mcto@debevoise.com
cabruens@debevoise.com
eworenklein@debevoise.com

*admitted pro hac vice

*Counsel for Syncora Guarantee Inc.*

**O'MELVENY & MYERS LLP**

/s/      Elizabeth L. McKeen

John J. Rapisardi
Nancy A. Mitchell
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: jrapisardi@omm.com
nmitchell@omm.com

-and-

Peter Friedman
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: pfriedman@omm.com

-and-

Elizabeth L. McKeen
Ashley M. Pavel
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
Email: emckeen@omm.com

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority and Puerto Rico Electric Power Authority*

6

devlawoffices@gmail.com

*Attorneys for The Financial Oversight and Management Board for Puerto Rico, as representative of The Commonwealth of Puerto Rico and the Puerto Rico Electric Power Authority*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

*/s/ Eric Perez-Ochoa*
Eric Perez-Ochoa