IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA <br> Title III |
| THE FINANCIAL OVERSIGHT AND <br> MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
|     Debtors.[1] | |

------------------------------------------------------------------x

**HEARING PROCEDURES ORDER**

The Court has set the following three motions for hearing on **June 28, 2019 at 10:00 am**:

1. *Omnibus Motion by the Financial Oversight and Management Board for Puerto Rico, Acting By and Through the Members of the Special Claims Committee, and the Official Committee of Unsecured Creditors to (I) Establish Litigation Case Management Procedures and (II) Establish Procedures for the Approval of Settlement* (Dkt. Nos. 7325 in 17-BK-3283; 580 in 17-BK-3567; 549 in 17-BK-3566; 1297 in 17-BK-4780).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. *Motion of (I) Financial Oversight and Management Board, Acting Through Its Special Claims Committee, and (II) Official Committee of Unsecured Creditors, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, to (A) Extend Deadlines and (B) Establish Revised Procedures with Respect to Omnibus Objections to Claims by Holders of Certain Commonwealth General Obligation Bonds Issued in 2011, 2012 and 2014, and for Related Relief* (Dkt. No. 7137 in 17-BK-3283).

3. *Urgent Motion of Official Committee of Unsecured Creditors for Order, Pursuant to Bankruptcy Code Section 926(a), Authorizing Committee to Pursue Avoidance Actions on Behalf of Puerto Rico Electric Power Authority.* (Dkt. No. 7484 in 17-BK-3283; 1354 in 17-BK-4780).

The hearing shall be held in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007 and by video conference in Courtroom 5 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardon Avenue, Federal Building, San Juan, Puerto Rico 00918-1767. Judge Swain and Judge Dein will be present in the New York courtroom.

**Counsel who intend to present oral argument at the hearing must file an Informative Motion** stating their name, the party for which they intend to appear, what location they intend to appear from, and the motion on which they intend to argue **no later than June 25, 2019 at 12:00 p.m. (Atlantic Standard time)**.

Other attorneys, members of the press and the general public may attend and observe the hearing in either the New York or Puerto Rico courtrooms. Attorneys who have entered an appearance in the Title III proceedings may register to listen-in on the proceedings by telephone. Such attorneys must register with CourtSolutions at www.court-solutions.com by **June 25, 2019 at 12:00 p.m. (Atlantic Standard time)** and pay the fee established by CourtSolutions. No recording or retransmission of the hearing is permitted by any person,

2

including, but not limited to, the parties or the press. Failure to comply may result in sanctions, including suspension of press privileges for members of the press in either court.

Counsel seeking to bring electronic devices into the courtroom for the hearing must submit such request by e-mail to the following address: swaindprcorresp@nysd.uscourts.gov by **June 25, 2019 at 12:00 p.m. (Atlantic Standard time)**. Such requests must be compliant with, and made in the format required by, S.D.N.Y. Standing Order M10-468, which is published on the S.D.N.Y. website (nysd.uscourts.gov ("Application to Bring an Electronic Device into the Courthouse")). Counsel's attention is directed to the technical and device usage restrictions detailed in the Standing Order and counsel are reminded that devices may not be used for communications purposes in the courtroom.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: June 20, 2019