UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | (Jointly Administered) |
| et al., | |
| Debtors.[1] | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Debtor. | |

------------------------------------------------------------x

ORDER EXPEDITING CONSIDERATION OF URGENT JOINT MOTION FOR
ENTRY OF ORDER APPROVING STIPULATION AND AGREED ORDER
BETWEEN SPECIAL CLAIMS COMMITTEE OF FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD AND OFFICIAL COMMITTEE OF UNSECURED
CREDITORS RELATED TO JOINT PROSECUTION OF CERTAIN CAUSES OF
ACTION OF PUERTO RICO ELECTRIC POWER AUTHORITY

Upon the *Urgent Joint Motion for Expedited Consideration of Joint Motion for Entry of*

*Order Approving Stipulation and Agreed Order Between Special Claims Committee of Financial*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Oversight and Management Board and Official Committee of Unsecured Creditors Related to Joint Prosecution of Certain Causes of Action of Puerto Rico Electric Power Authority* (Docket Entry No. 7520, the "Urgent Motion");[2] and the Court having found and determined that: (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to section 306 of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA; (iii) cause exists to shorten the notice period as requested in the Urgent Motion; (iv) due and proper notice of the Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided; (v) any objections to the relief requested in the Urgent Motion having been withdrawn or overruled; and (vi) after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Urgent Motion is GRANTED as set forth herein.

2. A hearing on the Approval Motion is hereby scheduled for **June 28, 2019 at 10:00 a.m. (Atlantic Standard Time)** in New York.

3. Objections or responses, if any, to the Approval Motion must be filed and served (in accordance with the Case Management Procedures) by **June 24, 2019 at 4:00 p.m. (Atlantic Standard Time)**.

4. Replies to any objections or responses must be filed and served (in accordance with the Case Management Procedures) by **June 26, 2019 at 4:00 p.m. (Atlantic Standard Time)**.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Urgent Motion.

6. The Parties are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

7. The Court retains jurisdiction over any disputes relating to the interpretation or implementation of this Order.

8. This Order resolves Docket Entry No. 7520 in Case No. 17-3283 and Docket Entry No. 1368 in Case No. 17-4780.

Dated: June 20, 2019

/s/ Laura Taylor Swain
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE