UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

           Debtors. [1]

----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO,

           Debtor.

----------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PROMESA
Title III

No. 17 BK 3566-LTS

ORDER SCHEDULING BRIEFING ON OBJECTION OF CERTAIN ERS
BONDHOLDERS TO THE MAGISTRATE JUDGE'S JUNE 6, 2019 ORDER ON MOTION TO COMPEL

       The Court has received and reviewed the *Objection of Certain ERS Bondholders to the Magistrate Judge's June 6, 2019 Order on Motion to Compel* (Docket Entry No. 7518 in

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

Case No. 17-3283 and Docket Entry No. 566 in Case No. 17-3566, the "Objection").  Response papers to the Objection must be filed by **June 24, 2019 at 5:00 p.m. (Atlantic Standard Time)**. Any reply papers in support of the Objection must be filed by **June 25, 2019 at 2:00 p.m. (Atlantic Standard Time)**.

       SO ORDERED.

Dated: June 20, 2019

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              United States District Judge