# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 4780-LTS |

## APPLICATION OF DANIEL S. SHAMAH FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

  **COMES NOW Daniel S. Shamah, Esq.** (the "Applicant") and respectfully request *pro hac vice* admission to this Court, by stating as follows:

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

1

1. Applicant is an attorney with the law firm O'Melveny & Myers, LLP with an office at:

| | |
|---|---|
| **Address:** | Times Square Tower |
| | 7 Times Square |
| | New York, NY 10036 |
| **Email:** | dshamah@omm.com |
| **Telephone:** | 212-326-2138 |
| | 718-812-1541 |

2. Applicant will sign all pleadings with the name <u>Daniel S. Shamah</u>.

3. Applicant does not reside in the Commonwealth of Puerto Rico.

4. Applicant has been retained by the Puerto Rico Fiscal Agency and Financial Advisory Authority ("<u>AAFAF</u>") and PREPA, to provide legal representation in connection with the above-captioned cases now pending before the United States District Court for the District of Puerto Rico.

5. Since 2007, Applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where applicant regularly practices law. Applicant's bar license number is 4474581.

6. Applicant has also been admitted to practice before the following courts where he remains as a member in good standing:

| **Court:** | **Admission Date:** |
|---|---|
| United States District Court, Northern District of Florida | 12/30/2011 |
| United States District Court, Eastern District of New York | 05/31/2006 |
| United States District Court, Southern District of New York | 08/21/2007 |
| United States Court of Appeals, Second Circuit | 03/14/2019 |
| United States Court of Appeals, Third Circuit | 05/08/2017 |

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding, or criminal charges before any court or jurisdiction.

9. During the past three years, Applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico

10. Local counsel of record associated with Applicant in this matter is:

| | |
|---|---|
| **Name:** | Luis C. Marini-Biaggi, Esq. |
| **USDC-PR Bar No.** | 222301 |
| **Email:** | lmarini@mpmlawpr.com |
| **Address:** | 250 Ponce de Leon Ave., Suite 900 |
| | San Juan, PR, 00918 |
| **Telephone:** | 787-705-2171 |
| **Fax:** | 787-936-7494 |

11. Applicant has been furnished a copy of, and has read, the Local Rules of the United States District Court for the District of Puerto Rico and agreed to comply with them in their entirety.

12. Applicant is further aware that such rules provide in part that attorneys appearing *pro hac vice* must pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee shall be completed either through the CM/ECF payment module (using the pay.gov portal) or by attaching a check or money order payable to "Clerk, U.S. District Court."

**WHEREFORE**, Applicant respectfully requests to be admitted to practice in the United States Court for the District of Puerto Rico for the above-captioned case only.

In New York, New York, this 21st day of June 2019.

*Daniel S. Shamah*

Daniel S. Shamah

I HEREBY CERTIFY that I consent to the designation of local counsel of record for all purposes pursuant to Local Rule 83A(f).

In San Juan, Puerto Rico, this 21st day of June 2019.

*Luis C. Marini-Biaggi*

Luis C. Marini-Biaggi
USDC PR No. 222301
