**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 7505, 7507** |

**JOINDER OF AD HOC GROUP OF CONSTITUTIONAL DEBTHOLDERS TO AMBAC ASSURANCE CORPORATION'S REQUESTS FOR RULE 2004 DISCOVERY**

To the Honorable Judith G. Dein:

1.     The Ad Hoc Group of Constitutional Debtholders (the "Ad Hoc Group")[2] joins in *Ambac Assurance Corporation's Motion to Compel Compliance with the Court's December 15, 2017 and February 26, 2018 Orders Regarding the Urgent Renewed Joint Motion of the Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., the Mutual Fund Group, and National Public Finance Guarantee Corporation for Order Authorizing Rule 2004 Examination* [Docket No. 7505] and *Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] *See Third Supplemental Verified Statement of the Ad Hoc Group of Constitutional Debtholders Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Docket No. 6067].

*Bankruptcy Rule 2004 Concerning Pension Liabilities* [Docket No. 7507] (together, the "Rule

2004 Motions").[3]

2.       PROMESA section 211 grants the Oversight Board broad powers to investigate the

Commonwealth's pension system, including an "actuarial study of the [Commonwealth's] pension

liabilities" and a "review of the existing benefits." *See* PROMESA §§ 211(b)(1), (3).  Although

the Oversight Board's advisors have conducted actuarial analyses to determine the projected

funding needs for the Commonwealth's pension systems over the life of the fiscal plan, there has

been no serious effort to probe the underlying data that serves as the input to those analyses.  In

other words, nearly three years after the Oversight Board's appointment, nobody seems to know

the true amount of the Commonwealth's unfunded pension liabilities (which at various times have

been represented to range from $50 to $55 billion).  At the risk of stating the obvious, to the extent

that the true amount of those liabilities is materially lower, billions of dollars of additional

resources could potentially be made available, both to fund the Commonwealth's continued

provision of government services and for distribution to creditors.

3.       Like Ambac, the Ad Hoc Group has attempted—unsuccessfully—to obtain this

information from AAFAF for nearly a year.  Because such critical information has not been made

available to creditors on a voluntary basis, the Court's intervention is warranted.  For these reasons,

and those set forth in the Rule 2004 Motions, the Ad Hoc Group respectfully requests that the

Court: (a) authorize an examination pursuant to Rule 2004 into the Commonwealth's pension

liabilities and (b) compel compliance with the Court's previous orders pertaining to discovery of

pension-related information.

---

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Rule 2004 Motions.

ny-1676829

Dated:  June 21, 2019

**G. CARLO-ALTIERI LAW OFFICES, LLC**

By: */s/ Gerardo A. Carlo*
Gerardo A. Carlo
USDC PR No. 112009
Telephone: (787) 247-6680
gacarlo@carlo-altierilaw.com

By: */s/ Kendra Loomis*
Kendra Loomis
USDC PR No. 227408
Telephone: (787) 370-0255
loomislegal@gmail.com

254 San Jose St., Third Floor
San Juan, Puerto Rico 00901
Telephone: (787) 247-6680
Facsimile: (787) 919-0527

**MORRISON & FOERSTER LLP**

By: /s/ *Gary S. Lee*
James M. Peck (admitted *pro hac vice*)
Gary S. Lee (admitted *pro hac vice*)
Grant J. Esposito (admitted *pro hac vice*)
David J. Fioccola (admitted *pro hac vice*)
Andrew R. Kissner (admitted *pro hac vice*)
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
jpeck@mofo.com
glee@mofo.com
gesposito@mofo.com
dfioccola@mofo.com
akissner@mofo.com

*Counsel for the Ad Hoc Group of Constitutional Debtholders*

3

ny-1676829