# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ------------------------------------------------------------------- X | : | |
| In re: | : | |
| | : | |
| THE FINANCIAL OVERSIGHT AND | : | PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : | Title III |
| | : | |
| as representative of | : | Case No. 17-BK-3283 (LTS) |
| | : | |
| THE COMMONWEALTH OF PUERTO RICO *et al.,* | : | (Jointly Administered) |
| | : | |
| Debtors.[1] | : | |
| ------------------------------------------------------------------- X | | |

**ORDER SETTING OBJECTION DEADLINE FOR URGENT MOTION OF FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE, AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS UNDER BANKRUPTCY CODE SECTIONS 105(a) AND 502 AND BANKRUPTCY RULE 3007, TO (I) CONTINUE HEARING ON MOTION TO ESTABLISH CLAIMS OBJECTION PROCEDURES AND (II) EXTEND RELATED DEADLINES WITH RESPECT TO OMNIBUS OBJECTION TO CLAIMS OF HOLDERS OF CERTAIN COMMONWEALTH <u>GENERAL OBLIGATION BONDS</u>**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Court has received the *Urgent Motion of Financial Oversight and Management Board, Acting Through Its Special Claims Committee, and Official Committee of Unsecured Creditors Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, to (I) Continue Hearing on Motion to Establish Claims Objection Procedures and (II) Extend Related Deadlines with Respect to Omnibus Objection to Claims of Holders of Certain Commonwealth General Obligation Bonds* (Dkt. No. 7528) ("Motion to Continue"). Therein, the Oversight Board and the Official Committee of Unsecured Creditors seek to continue the hearing set for June 28, 2019 on the Amended Procedures Motion[2], extend the deadline for filing reply briefs in connection with the Amended Procedures Motion, and extend certain deadlines related to litigation of the GO Objections. Specifically, the Oversight Board and the Committee "request that the hearing on the Amended Procedures Motion be adjourned to July 24, 2019, that the deadline for filing reply briefs in support of the Amended Procedures Motion be extended to July 17, 2019, and that all deadlines related to the Objections Procedures should be likewise tolled until such a time sufficiently after the Court has ruled on the Stay Motion." (Motion to Continue ¶ 5).

As an initial matter, the Court hereby denies the Oversight Board and the Committee's request to extend the deadline to reply in support of the Amended Procedures Motion until July 17, 2019. **Any reply in support of the Amended Procedures Motion shall be filed on or before Monday, June 24, 2019 at 12:00 p.m. Atlantic Standard Time**.

---

[2] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion to Continue.

2

The Court hereby also orders that **any objection to the Motion to Continue shall be filed on or before Tuesday, June 25, 2019 at 12:00 p.m. Atlantic Standard Time**. The Court will thereafter take the Motion to Continue on submission.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: June 21, 2019

3