# CERTIFICATE OF SERVICE

I have caused to be sent a copy of (1) [Response to Docket #7137 and #7154] Response Of Individual General Obligation Bondholder To Amended Motion of FOMB And UCC, To (A) Extend Deadlines And (B) Establish Revised Procedures With Respect To Omnibus Objections To Claims Of Holders Of Certain Commonwealth General Obligation Bonds Issued In 2011, 2012 and 2014, And For Related Relief; and (2) letter to Clerk of Court, to each of the other parties or their attorneys on the attached service list pages, by email (where available) or by U.S. mail.

Dated: June 15, 2019

_____
Peter C. Hein

Proskauer Rose LLP
11 Times Square
New York, NY 10036

Attn: Martin J. Bienenstock, Esq. (mbienenstock@proskauer.com)
Brian Rosen, Esq. (brosen@proskauer.com)
Paul V. Possinger, Esq. (ppossinger@proskauer.com)
Ehud Barak, Esq. (ebarak@proskauer.com)
Maja Zerjal, Esq. (mzerjal@proskauer.com)

Paul Hastings LLP
200 Park Ave.
New York, NY 10166

Attn: Luc A. Despins, Esq. (lucdespins@paulhastings.com)
James Bliss, Esq. (jamesbliss@paulhastings.com)
Andrew V. Tenzer, Esq. (andrewtenzer@paulhastings.com)
Michael E. Comerford, Esq. (michaelcomerford@paulhastings.com)
James Worthington, Esq. (jamesworthington@paulhastings.com)
G. Alexander Bongartz, Esq. (alexbongartz@paulhastings.com)

**From:** petercheinsr@gmail.com [mailto:petercheinsr@gmail.com]
**Sent:** Wednesday, April 10, 2019 5:02 PM
**To:** mbienenstock@proskauer.com; brosen@proskauer.com; ppossinger@proskauer.com; ebarak@proskauer.com; mzerjal@proskauer.com; lucdespins@paulhastings.com; jamesbliss@paulhastings.com; andrewtenzer@paulhastings.com; michaelcomerford@paulhastings.com; jamesworthington@paulhastings.com; alexbongartz@paulhastings.com; mbienenstock@proskauer.com; brosen@proskauer.com; ppossinger@proskauer.com; ebarak@proskauer.com; mzerjal@proskauer.com; lucdespins@paulhastings.com; jamesbliss@paulhastings.com; andrewtenzer@paulhastings.com; michaelcomerford@paulhastings.com; jamesworthington@paulhastings.com; alexbongartz@paulhastings.com
**Cc:** petercheinsr@gmail.com

## Hein, Peter C.

| | |
|---|---|
| **From:** | petercheinsr@gmail.com |
| **Sent:** | Thursday, May 23, 2019 10:21 AM |
| **To:** | Despins, Luc A. (Paul Hastings LLP) |
| **Cc:** | 'Goldstein, Irena'; Fioccola, David J. (Morrison & Foerster, LLP); kurt.mayr@bracewell.com; rachel.goldman@bracewell.com; david.ball@bracewell.com; david.lawton@bracewell.com; shannon.wolf@bracewell.com; Kirpalani, Susheel (Quinn Emanuel Urquhart & Sullivan LLP); Goldstein, Marcia L. (Weil, Gotshal & Manges LLP); DiBlasi, Kelly (Weil, Gotshal & Manges LLP); gabriel.morgan@weil.com; Polkes, Jonathan D. (Weil, Gotshal & Manges LLP); gregory.silbert@weil.com; Friedmann, Jared R. (Weil, Gotshal & Manges LLP); Miller, Atara (Milbank LLP); Mainland, Grant R. (Milbank LLP); dburke@robbinsrussell.com; Stancil, Mark T. (Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP); Bernstein, Donald S. (Davis Polk & Wardwell LLP); Resnick, Brian M. (Davis Polk & Wardwell LLP); Libby, Angela (Davis Polk & Wardwell LLP); Peck, James M. (Morrison & Foerster, LLP); Lee, Gary S. (Morrison & Foerster, LLP); Esposito, Grant J. (Morrison & Foerster, LLP); Ellenberg, Mark C. (Cadwalader, Wickersham & Taft LLP); Caton, Amy (Kramer Levin Naftalis & Frankel LLP); Mayer, Thomas Moers (Kramer Levin Naftalis & Frankel LLP); Bello, Nancy M. (Kramer Levin Naftalis & Frankel LLP); O'Neill, P. Bradley (Kramer Levin Naftalis & Frankel LLP); Zeituni, Karen (Paul, Weiss, Rifkind, Wharton & Garrison LLP); Rosenberg, Andrew N. (Paul, Weiss, Rifkind, Wharton & Garrison LLP); Buckley, Douglas (Kramer Levin Naftalis & Frankel LLP); Bjork, Jeffrey E. (Latham & Watkins LLP); Harris, Christopher (Latham & Watkins LLP); Goldberg, Adam J. (Latham & Watkins LLP); Burton, Liza L. (Latham & Watkins LLP); Casey.Servais@cwt.com; Csteege@jenner.com; rgordon@jenner.com; lralford@jenner.com; deborahnewman@quinnemanuel.com; dblabey@kramerlevin.com; Bassett, Nicholas A. (Paul Hastings LLP); Bliss, James R. (Paul Hastings LLP); Papalaskaris, Angela (Brown Rudnick Berlack Israels LLP); Beville, Sunni P. (Brown Rudnick Berlack Israels LLP); Weisfelner, Edward S. (Brown Rudnick Berlack Israels LLP); TAxelrod@brownrudnick.com; Peter Hein; RSierra@brownrudnick.com |

**From:** petercheinsr@gmail.com [mailto:petercheinsr@gmail.com]
**Sent:** Wednesday, April 10, 2019 5:07 PM
**To:** Gerardo.Portela@aafaf.pr.gov; Mohammad.Yassin@aafaf.pr.gov; jrapisardi@omm.com; suhland@omm.com; pfriedman@omm.com; mitchelln@omm.com; mdiconza@omm.com; lmarini@mpmlawpr.com; cvelaz@mpmlawpr.com; malvarez@mpmlawpr.com; mbienenstock@proskauer.com; ppossinger@proskauer.com; herman.bauer@oneillborges.com; ebarak@proskauer.com; mzerjal@proskauer.com; lucdespins@paulhastings.com; jamesbliss@paulhastings.com; jamesworthington@paulhastings.com; alexbongartz@paulhastings.com; jcasillas@cstlawpr.com; dbatlle@cstlawpr.lcom; aaneses@cstlawpr.com; emontull@cstlawpr.com; rgordon@jenner.com; rlevin@jenner.com; csteege@jenner.com; ajb@bennazar.org; Monsita.lecaroz@usdoj.gov; ustp.region21@usdoj.gov
**Cc:** petercheinsr@gmail.com