Peter C. Hein
101 Central Park West, Apt 14E
New York, NY 10023

petercheinsr@gmail.com
(212) 403-1237

June 15, 2019

Clerk's Office
United States District Court
Room 150
Federal Building
San Juan, Puerto Rico 00918-1767

Re: **Filing for 17BK3283-LTS**

TO WHOM IT MAY CONCERN:

I am enclosing one copy clipped and one copy stapled of my [Response to Docket #7137 and #7154] Response Of Individual General Obligation Bondholder To Amended Motion Of FOMB And UCC, To (A) Extend Deadlines And (B) Establish Revised Procedures With Respect To Omnibus Objections To Claims Of Holders Of Certain Commonwealth General Obligation Bonds Issued In 2011, 2012 And 2014, And For Related Relief. A certificate of service is attached.

Please file this response in the Court docket. If you have any questions about this filing you can contact me at petercheinsr@gmail.com or call me at (212) 403-1237. Thank you.

Sincerely

Peter C Hein

Peter C. Hein, Pro Se