

PRIORITY MAIL POSTAGE REQUIRED
DOMESTIC USE ONLY

REQUIERE SELLO DE
"PRIORITY MAIL",
USO NACIONAL UNICAMENTE

U.S. POSTAGE >> PITNEY BOWES

ZIP 10019 $013.00
02 1W
0001403547 JUN 15 2019



USPS TRACKING #
9114 9011 5981 8678 1848 36

Peter C. Hein
101 Central Park West, Apt 14E
New York, NY 10023

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767

RECEIVED & FILED
CLERK'S OFFICE
US DISTRICT COURT
2019 JUN 17 PM 3:33

PLACE LABEL HERE
ADHIERA ETIQUETA AQUI



**2. PAYMENT METHOD**
Affix postage, meter strip or PC postage label to area indicated in upper right hand corner.

**FORMA DE PAGO**
En el área superior del lado derecho, coloque sello postal, franja de máquina franqueadora o etiqueta de franqueo impreso por computadora.



**3. ATTACH LABEL (If provided)**
Remove label backing and adhere where indicated.

**ADHIERA ETIQUETA**
Si le fue provista, remueva la parte posterior y adhiera sobre la zona de dirección indicada.