Case:17-03283-LTS Doc#:7542-1 Filed:06/14/19 Entered:06/21/19 17:11:49 Desc:
Pro Se Notices of Participation Page 1 of 16

Case:17-03283-LTS Doc#:7154-1 Filed:05/29/19 Entered:05/29/19 17:06:20 Desc:
Proposed Order Page 27 of 29

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [DATE THAT IS SIXTY DAYS FROM ENTRY OF ORDER]\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- X
: 
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO et al., : (Jointly Administered)
:
Debtors.[1] :
---------------------------------------------------------------------- X

**NOTICE OF PARTICIPATION IN OBJECTIONS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007, TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN 2011 COMMONWEALTH GENERAL OBLIGATION BONDS**

This Notice of Participation must be served and filed no later than [sixty days from entry of order] in accordance with the instructions set forth at the end of this document.

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors (the "Committee") that it intends to participate in the litigation of the Committee's objection, dated May 21, 2019 [Dkt. No. 7057] (the "2011 GO Objection"), to claims filed or asserted by holders of certain 2011 general obligation bonds (the "2011 GO Bonds"), which objects to all claims that have been or may be asserted against the Commonwealth of Puerto Rico (the "Commonwealth") because such 2011 GO Bonds are invalid. Even if you filed a Notice of Participation in connection with the objection filed with respect to Commonwealth general obligations issued in 2012 or 2014, you still must file a Notice of Participation with respect to the 2011 GO Objection.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Participant Name and Contact Information**

Gary S. Pfisterer
Participant Name

_____
Contact Person (if Participant is not an individual)

None
Email Address

16 Shaw Road
Address line 1

~~to~~
Address line 2

Wales, MA 01081
City, State Zip Code

USA
Country

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____
Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

   _____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

   __X__ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.   If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:
         20 Bonds 74514LXH5
   (b)   Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _[signature]_
Signature

Gary S. Pfisterer
Print Name

_____
Title (if Participant is not an Individual)

June 10, 2019
Date

2

Pfisterer
16 Shaw Road
Wales, MA
01081

RECEIVED
2019 JUN 14 PM 5:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Clerk, U.S. District Court
District of Puerto Rico
150 Carlos Chardon Ave., Room 150
San Juan, PR
  00918-1767

MONSON MA
JUN 11 2019
USPS

0091881706 C018

Case:17-03283-LTS Doc#:7542-1 Filed:06/14/19 Entered:06/21/19 17:11:49 Desc:
Pro Se Notices of Participation Page 4 of 16

Case:17-03283-LTS Doc#:7154-1 Filed:05/29/19 Entered:05/29/19 17:06:20 Desc:
Proposed Order Page 27 of 29

\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [DATE THAT IS SIXTY DAYS FROM ENTRY OF ORDER]\*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | : |
| | : |
| THE FINANCIAL OVERSIGHT AND | : PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Title III |
| | : |
| as representative of | : Case No. 17-BK-3283 (LTS) |
| | : |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | : (Jointly Administered) |
| | : |
| Debtors.[1] | : |

---

### NOTICE OF PARTICIPATION IN OBJECTIONS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007, TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN 2011 COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than [sixty days from entry of order] in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors (the "Committee") that it intends to participate in the litigation of the Committee's objection, dated May 21, 2019 [Dkt. No. 7057] (the "2011 GO Objection"), to claims filed or asserted by holders of certain 2011 general obligation bonds (the "2011 GO Bonds"), which objects to all claims that have been or may be asserted against the Commonwealth of Puerto Rico (the "Commonwealth") because such 2011 GO Bonds are invalid. Even if you filed a Notice of Participation in connection with the objection filed with respect to Commonwealth general obligations issued in 2012 or 2014, you still must file a Notice of Participation with respect to the 2011 GO Objection.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Case:17-03283-LTS Doc#:7542-1 Filed:06/14/19 Entered:06/21/19 17:11:49 Desc:
Pro Se Notices of Participation Page 5 of 16

Case:17-03283-LTS Doc#:7154-1 Filed:05/29/19 Entered:05/29/19 17:06:20 Desc:
Proposed Order Page 28 of 29

**Participant Name and Contact Information**

Richard Schrick
Participant Name

Richard Schriek
Contact Person (if Participant is not an individual)

NONE
Email Address

391 Douglas Rd.
Address line 1

Roselle
Address line 2

N.J. 07203
City, State Zip Code

UNION
Country

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____
Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3. If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

(b) Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Richard Schriek*
Signature

Richard Schriek
Print Name

Richard Schriek
Title (if Participant is not an Individual)

JUN. 11, 2019
Date

*[Received stamp: 2019 JUN 14 PM 5:38 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN]*

2

Richard Schriek
391 Douglas Rd.
Roselle, N.J. 07203

The Clerk of the United States District Court
for the District of Puerto Rico, Room-150
Federal Building 150 Carlos Ave. San Juan, PR
00918-1767

Case:17-03283-LTS Doc#:7542-1 Filed:06/14/19 Entered:06/21/19 17:11:49 Desc:
Pro Se Notices of Participation Page 7 of 16

Case:17-03283-LTS Doc#:7154-1 Filed:05/29/19 Entered:05/29/19 17:06:20 Desc:
Proposed Order Page 27 of 29

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [DATE THAT IS SIXTY DAYS FROM ENTRY OF ORDER]\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- X

| | : | |
|---|---|---|
| In re: | : | |
| | : | |
| THE FINANCIAL OVERSIGHT AND | : | PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : | Title III |
| | : | |
| as representative of | : | Case No. 17-BK-3283 (LTS) |
| | : | |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors.[1] | : | |

---------------------------------------------------------------------- X

**NOTICE OF PARTICIPATION IN OBJECTIONS OF OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND
BANKRUPTCY RULE 3007, TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN 2011
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>**

This Notice of Participation must be served and filed no later than [sixty days from entry of order] in accordance with the instructions set forth at the end of this document.

The party identified below ("<u>Participant</u>") hereby advises the Official Committee of Unsecured Creditors (the "<u>Committee</u>") that it intends to participate in the litigation of the Committee's objection, dated May 21, 2019 [Dkt. No. 7057] (the "<u>2011 GO Objection</u>"), to claims filed or asserted by holders of certain 2011 general obligation bonds (the "<u>2011 GO Bonds</u>"), which objects to all claims that have been or may be asserted against the Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") because such 2011 GO Bonds are invalid. Even if you filed a Notice of Participation in connection with the objection filed with respect to Commonwealth general obligations issued in 2012 or 2014, you still must file a Notice of Participation with respect to the 2011 GO Objection.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Participant Name and Contact Information**

Participant Name
BENJAMIN RANDAZZO

Contact Person (if Participant is not an individual)

Email Address

Address line 1
2360 HAMILTON RD.

Address line 2

City, State Zip Code
BELLMORE N.Y 11710

Country
NASSAU

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1

Address line 2

City, State Zip Code

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

_____ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3. If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

(b) Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature
*Benjamin Randazzo*

Print Name
BENJAMIN RANDAZZO

Title (if Participant is not an Individual)

Date
JUNE 11 2019

2

Benjamin Randazzo
2360 Hamilton Road
North Bellmore, NY 11710



CERTIFIED MAIL
7018 2290 0002 2757 3625

U.S. POSTAGE PAID
FCM LETTER
NORTH BELLMORE, NY 11710
JUN 11, 19
AMOUNT
$7.00
R2304N118403-16

The Clerk of the United States District Court- District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

RETURN RECEIPT REQUESTED

Case:17-03283-LTS Doc#:7542-1 Filed:06/14/19 Entered:06/21/19 17:11:49 Desc:
Pro Se Notices of Participation Page 10 of 16

Case:17-03283-LTS Doc#:7154-1 Filed:05/29/19 Entered:05/29/19 17:06:20 Desc:
Proposed Order Page 27 of 29

\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [DATE THAT IS SIXTY DAYS FROM ENTRY OF ORDER]\*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | :<br>:<br>: |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | : PROMESA<br>: Title III<br>: |
| as representative of | : Case No. 17-BK-3283 (LTS)<br>: |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | : (Jointly Administered)<br>: |
| Debtors.[1] | :<br>: |

---

**NOTICE OF PARTICIPATION IN OBJECTIONS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007, TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN 2011 COMMONWEALTH GENERAL OBLIGATION BONDS**

**This Notice of Participation must be served and filed no later than [sixty days from entry of order] in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors (the "Committee") that it intends to participate in the litigation of the Committee's objection, dated May 21, 2019 [Dkt. No. 7057] (the "2011 GO Objection"), to claims filed or asserted by holders of certain 2011 general obligation bonds (the "2011 GO Bonds"), which objects to all claims that have been or may be asserted against the Commonwealth of Puerto Rico (the "Commonwealth") because such 2011 GO Bonds are invalid. Even if you filed a Notice of Participation in connection with the objection filed with respect to Commonwealth general obligations issued in 2012 or 2014, you still must file a Notice of Participation with respect to the 2011 GO Objection.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Participant Name and Contact Information**

Participant Name
IRENE RANDAZZO

Contact Person (if Participant is not an individual)

Email Address

Address line 1
2360 HAMILTON RD.

Address line 2

City, State Zip Code
BELLMORE N.Y 11710

Country
NASSAU

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1

Address line 2

City, State Zip Code

Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

_____ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3. If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a) Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

   (b) Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Irene Randazzo_
Signature

Print Name
IRENE RANDAZZO

Title (if Participant is not an Individual)

Date 6/11/2019

Irene Randazzo
2360 Hamilton Road
North Bellmore, NY 11710

CERTIFIED MAIL
7018 2290 0002 2757 3595




U.S. POSTAGE PAID
FCM LETTER
NORTH BELLMORE, NY
11710
JUN 11, 19
AMOUNT
$6.85
R2304N118403-16

The Clerk of the United States District Court- District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

009180170З C018

RETURN RECEIPT REQUESTED

Case:17-03283-LTS Doc#:7542-1 Filed:06/14/19 Entered:06/21/19 17:11:49 Desc:
Pro Se Notices of Participation Page 13 of 16

Case:17-03283-LTS Doc#:7154-1 Filed:05/29/19 Entered:05/29/19 17:06:20 Desc:
Proposed Order Page 28 of 29

**Participant Name and Contact Information**

Miguel De Jesús Cabrera
Participant Name

_____
Contact Person (if Participant is not an individual)

drmigueldejesus@gmail.com
Email Address

Calle 1 #10 Ext Alt San Patricio
Address line 1

_____
Address line 2

Guaynabo, PR 00968
City, State Zip Code

USA
Country

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____
Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

   _____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

   ___✓___ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3. If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a) Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

   (b) Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _[signature]_
Signature

Miguel De Jesús Cabrera
Print Name

_____
Title (if Participant is not an Individual)

06/13/2019
Date

RECEIVED 2019 JUN 14 PM 5: 37 CLERK'S OFFICE U.S. DISTRICT COURT

Dr Miguel De Jesús
Calle 1 #10 Ext. Alt. San Patricio
Guaynabo PR 00968



The clerk of the United States District of P.R.
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

2019 JUN 14 PM 5:37
CLERK'S OFFICE
U.S. DISTRICT COURT

0091831706

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| JEBEL Enterprises Inc. <br> Participant Name | _____ <br> Firm Name (if applicable) |
| Ben Pinkerton <br> Contact Person (if Participant is not an individual) | _____ <br> Contact Person |
| benjopink@gmail.com <br> Email Address | _____ <br> Email Address |
| 4521 Evergreen St. <br> Address line 1 | _____ <br> Address line 1 |
| _____ <br> Address line 2 | _____ <br> Address line 2 |
| Bellaire, TX 77401 <br> City, State Zip Code | _____ <br> City, State Zip Code |
| USA <br> Country | _____ <br> Country |

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

   _____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

   ✓ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3. If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a) Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

   (b) Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? YES or (NO) (please **circle one**).

By: _[signature]_
Signature

Ben Pinkerton
Print Name

President
Title (if Participant is not an Individual)

6/12/2019
Date

2

**USPS PRIORITY MAIL 3-Day**

US POSTAGE PAID: $7.35
Origin: 77005
06/12/19
4813830032-05

0 Lb 1.70 Oz
1006

EXPECTED DELIVERY DAY: 06/15/19

C018

SHIP TO:
150 AVE CARLOS CHARDON
STE 150
SAN JUAN PR 00918-1706

USPS TRACKING NUMBER
9505 5117 7517 9163 3362 17



From:
Ben Pinkerton + Allen Pinkerton
4521 Evergreen St.
Bellaire, TX 77401

To:
The Clerk of the United States District Court
for the District of Puerto

Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

EP14F July 2013
OD: 12.5 x 9.5

PS00001000014

