**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [DATE THAT IS
SIXTY DAYS FROM ENTRY OF ORDER]\***

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 JUN 17 PM 4:56

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

```
------------------------------------------------------- X
                                                        :
In re:                                                  :
                                                        :
                                                        :
THE FINANCIAL OVERSIGHT AND                             :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                       :  Title III
                                                        :
          as representative of                          :  Case No. 17-BK-3283 (LTS)
                                                        :
THE COMMONWEALTH OF PUERTO RICO et al.,                 :  (Jointly Administered)
                                                        :
          Debtors.¹                                     :
                                                        :
------------------------------------------------------- X
```

### NOTICE OF PARTICIPATION IN OBJECTIONS OF OFFICIAL COMMITTEE OF
### UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND
### BANKRUPTCY RULE 3007, TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN 2011
### COMMONWEALTH GENERAL OBLIGATION BONDS

   **This Notice of Participation must be served and filed no later than [sixty days from entry of
order] in accordance with the instructions set forth at the end of this document.**

   The party identified below ("Participant") hereby advises the Official Committee of Unsecured
Creditors (the "Committee") that it intends to participate in the litigation of the Committee's objection,
dated May 21, 2019 [Dkt. No. 7057] (the "2011 GO Objection"), to claims filed or asserted by holders of
certain 2011 general obligation bonds (the "2011 GO Bonds"), which objects to all claims that have been
or may be asserted against the Commonwealth of Puerto Rico (the "Commonwealth") because such 2011
GO Bonds are invalid. Even if you filed a Notice of Participation in connection with the objection filed
with respect to Commonwealth general obligations issued in 2012 or 2014, you still must file a Notice of
Participation with respect to the 2011 GO Objection.

   To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.   Participant's contact information, including email address, and that of its counsel, if any:

---

¹  The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico
Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of
Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case
No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last
Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy
Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as
Bankruptcy Case numbers due to software limitations).

**Participant Name and Contact Information**       **Counsel Contact Information (if any)**

_Raymond Schafer_
Participant Name                         Firm Name (if applicable)

Contact Person (if Participant is not an individual)     Contact Person

Email Address                             Email Address

_943 E. Centron Ave_
Address line 1                              Address line 1

Address line 2                            Address line 2

_BISMARCK, ND  58501_
City, State Zip Code                        City, State Zip Code

_USA_
Country                                  Country

2.       Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

            _____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

            ___✓___ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.       If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

            (a)     Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

            (b)     Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Raymond Schafer_
      Signature

_RAymond Schafer_
Print Name

Title (if Participant is not an Individual)

_6/11/19_
Date



STIFEL | Stifel, Nicolaus & Company, Incorporated
1400 West Century Avenue
Bismarck, North Dakota 58503



Presort
First Class Mail
ComBasPrice





U.S. POSTAGE ≫ PITNEY BOWES

ZIP 58504
02 4W
0000340429 JUN 11 2019

$ 000.42⁸

The Clerk of the United States
District Court for the
District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan PR 00918-1767

ELZ-SMB  00918

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [DATE THAT IS SIXTY DAYS FROM ENTRY OF ORDER]\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

2019 JUN 17  PM 4: 56

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

```
-------------------------------------------------------------------  X
                                                       :
In re:                                                 :
                                                       :
THE FINANCIAL OVERSIGHT AND                            :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                      :   Title III
                                                       :
            as representative of                       :   Case No. 17-BK-3283 (LTS)
                                                       :
THE COMMONWEALTH OF PUERTO RICO et al.,                :   (Jointly Administered)
                                                       :
            Debtors.[1]                                :
-------------------------------------------------------------------  X
```

### NOTICE OF PARTICIPATION IN OBJECTIONS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007, TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN 2011 COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than [sixty days from entry of order] in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors (the "Committee") that it intends to participate in the litigation of the Committee's objection, dated May 21, 2019 [Dkt. No. 7057] (the "2011 GO Objection"), to claims filed or asserted by holders of certain 2011 general obligation bonds (the "2011 GO Bonds"), which objects to all claims that have been or may be asserted against the Commonwealth of Puerto Rico (the "Commonwealth") because such 2011 GO Bonds are invalid. Even if you filed a Notice of Participation in connection with the objection filed with respect to Commonwealth general obligations issued in 2012 or 2014, you still must file a Notice of Participation with respect to the 2011 GO Objection.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.       Participant's contact information, including email address, and that of its counsel, if any:

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Joyce E. MacLennan | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| wtswench@yahoo.com | |
| Email Address | Email Address |
| | |
| 20 Governor Foss Drive | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| Wellfleet, MA 02667 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

      X\_\_\_\_\_ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.  If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)   Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:
        — NONE —

    (b)   Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: *Joyce E. MacLennan*
    Signature

    JOYCE E. MACLENNAN
    Print Name

    _____
    Title (if Participant is not an Individual)
    06/13/2019
    Date

2



**Joyce MacLennan**
20 Governor Foss Drive
Wellfleet, MA 02667



CERTIFIED MAIL

7017 1450 0001 7463 9690




U.S. POSTAGE PAID
FCM LETTER
SOUTH WELLFLEET, MA
02663
JUN 14, 19
AMOUNT
$6.85
1000        00918        R2305H128405-3

The Clerk of the U.S. District Court for Dist. of P.R.,
Room 150  Federal Bldg
150 Carlos Chardon Ave
San Juan, PR 00918-1767

RETURN RECEIPT REQUESTED

00918-170625

\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [DATE THAT IS
SIXTY DAYS FROM ENTRY OF ORDER]\*

RECEIVED × × × ×

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**   2019 JUN 17 PM 4: 57

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

----------------------------------------------------------------- X
                                                :
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III
                                                :
        as representative of                    :   Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :   (Jointly Administered)
                                                :
        Debtors.[1]                             :
----------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN OBJECTIONS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007, TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN 2011 COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than [sixty days from entry of order] in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors (the "Committee") that it intends to participate in the litigation of the Committee's objection, dated May 21, 2019 [Dkt. No. 7057] (the "2011 GO Objection"), to claims filed or asserted by holders of certain 2011 general obligation bonds (the "2011 GO Bonds"), which objects to all claims that have been or may be asserted against the Commonwealth of Puerto Rico (the "Commonwealth") because such 2011 GO Bonds are invalid. Even if you filed a Notice of Participation in connection with the objection filed with respect to Commonwealth general obligations issued in 2012 or 2014, you still must file a Notice of Participation with respect to the 2011 GO Objection.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Lisa Jordan     lgjordan25@gmail.com

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Participant Name and Contact Information**                    **Counsel Contact Information (if any)**

_Lisa Jordan + Adam R. Jordan_
Participant Name        _Revoc Trust_                           _____
                                                                Firm Name (if applicable)

_____                                     _____
Contact Person (if Participant is not an individual)            Contact Person

_L g jordan 25 e gmail . com_
Email Address                                                   _____
                                                                Email Address

_2/3 Merida Rd_
Address line 1                                                  _____
                                                                Address line 1

_____                                     _____
Address line 2                                                  Address line 2

_St Augustine, FL 32086_
City. State Zip Code                                            _____
                                                                City, State Zip Code
_USA_
_____                                     _____
Country                                                         Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

            _X_  intends to **support** the relief requested in the Objections (i.e., Participant
            believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

            _____  intends to **oppose** the relief requested in the Objections (i.e., Participant
            believes that the Court should find that the 2011 GO Bonds are **valid**)

3.    If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If
      Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following
      paragraphs (a) and (b) to the best of Participant's knowledge.

            (a)    Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

            (b)    Did Participant purchase any of its 2011 GO Bonds in whole or in part on the
                   secondary market?  **YES** or **NO** (please **circle one**).

By: _Lisa Jordan_
    Signature                                                   _7 4514 LB89_
    _LISA G. JORDAN_                                             _7 4514 LB89_
Print Name

_____
Title (if Participant is not an Individual)
_6/11/19_
Date

2



Lisa Jordan
213 Merida Rd
Saint Augustine, FL 32086

JACKSONVILLE FL 320

12 JUN 2019 PM 4 L



USA
FOREVER

RECEIVED
2019 JUN 17  PM 4: 57
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN

The Clerk of The United States
District Court for the district of
Puerto Rico
Rm 150 Federal Building
150 Carlos Chardon Ave
San Juan,   PR   00918-1767

**Participant Name and Contact Information**

Debra Freund
_____
Participant Name

_____
Contact Person (if Participant is not an individual)

_____
Email Address

1324 Briarwood Street
_____
Address line 1

_____
Address line 2

Jackson, MO   63755
_____
City, State Zip Code

USA
_____
Country

**Counsel Contact Information (if any)**

RECEIVED

2019 JUN 17  PM 4: 57

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____
Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.    If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

(b)    Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market?  YES or NO (please **circle one**).

By: Debra Freund
_____
Signature

Debra Freund
_____
Print Name

_____
Title (if Participant is not an Individual)

6-6-2019
_____
Date

2

Debra Freund
1324 Briarwood St.
Jackson, MO 63755

SAINT LOUIS MO 630

11 JUN 2019 PM 9 L



The Clerk of the United States District Court
for the District of Puerto, Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170399

**Participant Name and Contact Information**    **Counsel Contact Information (if any)**

JAVE W. PEGEL

Participant Name                                Firm Name (if applicable)

2019 JUN 17 PM 4:57
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN

Contact Person (if Participant is not an individual)    Contact Person

Sailing19@charter.net

Email Address                                   Email Address

P.O. Box 40

Address line 1                                  Address line 1

Address line 2                                  Address line 2

Williams Bay, WI 53191

City, State Zip Code                            City, State Zip Code

USA

Country                                         Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

X intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.      If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

(b)     Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
        Signature

JAVE W. PEGEL

Print Name

_____
Title (if Participant is not an Individual)

6/17 2019

Date

2



Jane Pegel
PO Box 40
Williams Bay WI 53191-0040



The Clerk of the United States District Court
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardón Avenue
San Juan, PR 00918-1767

RECEIVED & FILED
2019 JUN 17 PM 4: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

0091861703 C018

MILWAUKEE WI 530

12 JUN 2019 PM 3 L

Case:17-03283-LTS Doc#:7154-1 Filed:05/29/19 Entered:05/29/19 17:06:20 Desc:
Proposed Order Page 27 of 29

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [DATE THAT IS
SIXTY DAYS FROM ENTRY OF ORDER]\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ X
                        :

In re:                              :
                        :

THE FINANCIAL OVERSIGHT AND       :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :   Title III
                        :

       as representative of         :   Case No. 17-BK-3283 (LTS)
                        :

THE COMMONWEALTH OF PUERTO RICO *et al.,*  :   (Jointly Administered)
                        :

       Debtors.[1]              :
------------------------------------------------------------------------ X

**NOTICE OF PARTICIPATION IN OBJECTIONS OF OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND
BANKRUPTCY RULE 3007, TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN 2011
COMMONWEALTH GENERAL OBLIGATION BONDS**

       **This Notice of Participation must be served and filed no later than [sixty days from entry of
order] in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Official Committee of Unsecured
Creditors (the "Committee") that it intends to participate in the litigation of the Committee's objection,
dated May 21, 2019 [Dkt. No. 7057] (the "2011 GO Objection"), to claims filed or asserted by holders of
certain 2011 general obligation bonds (the "2011 GO Bonds"), which objects to all claims that have been
or may be asserted against the Commonwealth of Puerto Rico (the "Commonwealth") because such 2011
GO Bonds are invalid. Even if you filed a Notice of Participation in connection with the objection filed
with respect to Commonwealth general obligations issued in 2012 or 2014, you still must file a Notice of
Participation with respect to the 2011 GO Objection.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico
Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of
Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case
No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last
Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy
Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as
Bankruptcy Case numbers due to software limitations).

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Thomas HoLTmeyeR* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| *103 SyosseT CiRcLe* | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| *SyosseT N.Y. 11791* | |
| City, State Zip Code | City, State Zip Code |
| *USA* | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

　　　_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

　　　　X intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.  If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

　　(a)　Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

　　(b)　Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Thomas Noltmeyer*
　　Signature

　　*Thomas HoLTmeyeR*
　　Print Name

　　_____
　　Title (if Participant is not an Individual)
　　*6/12/19*
　　Date

2



HOLTMEYER
103 SYOSSET CIRCLE
SYOSSET, NY 11791



The Clerk of The United States District Court For The District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918$1706 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [DATE THAT IS
SIXTY DAYS FROM ENTRY OF ORDER]\***

<center>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

</center>

------------------------------------------------------------------ X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

    Debtors.[1]

------------------------------------------------------------------ X

: PROMESA

: Title III

:

: Case No. 17-BK-3283 (LTS)

:

: (Jointly Administered)

:

<center>

**NOTICE OF PARTICIPATION IN OBJECTIONS OF OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND
BANKRUPTCY RULE 3007, TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN 2011
COMMONWEALTH GENERAL OBLIGATION BONDS**

</center>

     **This Notice of Participation must be served and filed no later than [sixty days from entry of
order] in accordance with the instructions set forth at the end of this document.**

     The party identified below ("<u>Participant</u>") hereby advises the Official Committee of Unsecured
Creditors (the "<u>Committee</u>") that it intends to participate in the litigation of the Committee's objection,
dated May 21, 2019 [Dkt. No. 7057] (the "<u>2011 GO Objection</u>"), to claims filed or asserted by holders of
certain 2011 general obligation bonds (the "<u>2011 GO Bonds</u>"), which objects to all claims that have been
or may be asserted against the Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") because such 2011
GO Bonds are invalid.  Even if you filed a Notice of Participation in connection with the objection filed
with respect to Commonwealth general obligations issued in 2012 or 2014, you still must file a Notice of
Participation with respect to the 2011 GO Objection.

     To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico
Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of
Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case
No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last
Four Digits of Federal Tax ID: 9686); and  (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy
Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as
Bankruptcy Case numbers due to software limitations).

| Participant Name and Contact Information | Counsel Contact Information (if any) |
|---|---|
| JOHN A. ROBINSON | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| pra2redunes@yahoo.com | |
| Email Address | Email Address |
| | |
| 2603 NEVADA ST. | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| HUTCHINSON, KS 67502-5151 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____   intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

_X_   intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.     If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

(b)     Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _John A. Robinson_
Signature

_JOHN A. ROBINSON_
Print Name

_____
Title (if Participant is not an Individual)
Cust

Date
6-12-19

2

JOHN A. ROBINSON
2603 NEVADA ST
HUTCHINSON, KS 67502-5151

WICHITA KS 670

12 JUN 2019 PM 3 L



THE CLERK OF THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF PUERTO,
ROOM 150, FEDERAL BUILDING,
150 CARLOS CHARDON AVENUE,
SAN JAUN, PR 00918-1767

00918-170625

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED

2019 JUN 17  PM 4: 57

CLERK'S OFFICE
U.S DISTRICT COURT
SAN ....

----------------------------------------------------------X

In re:                                              :

THE FINANCIAL OVERSIGHT AND                         :        PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :        Title III

           as representative of                     :        Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*           :        (Jointly Administered)

           Debtors.                                 :

----------------------------------------------------------X

**NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
<u>COMMONWEALTH GENERAL OBLIGATION BONDS</u>**

**This Notice of Participation must be served and filed no later than April 16, 2019 in
accordance with the instructions set forth at the end of this document.**

         The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to
participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board,
Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by
Holders of Certain Commonwealth General Obligation Bonds,* dated January 14, 2019 [Docket No. 4784]
(the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the
Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or
after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

         To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.       Participant's contact information, including email address, and that of its counsel, if any:

<u>**Participant Name and Contact Information**</u>                    <u>**Counsel Contact Information (if any)**</u>

RICHARD V. WINDER
_____                              _____
Participant Name                                          Firm Name (if applicable)


_____                              _____
Contact Person (if Participant is not an individual)      Contact Person

BWINDY2@yahoo.com
_____                              _____
Email Address                                             Email Address


_____

Address line 1                                      Address line 1

Richard V Winder
529 Meandering Way
Polk City FL 33868-5149

City, State Zip Code                                Address line 2

USA                                                City, State Zip Code
Country
                                                   Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

            ___X___ intends to **support** the relief requested in the Objection (i.e., Participant
            believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

            _____ intends to **oppose** the relief requested in the Objection (i.e., Participant
            believes that the Court should find that the Challenged GO Bonds are **valid**)

3.    If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and
      sign.  If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to
      the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

      (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the
             secondary market?  **YES** or **NO** (please circle one).

By: _____
      Signature

      RICHARD V. WINDER
      Print Name

      _____
      Title (if Participant is not an Individual)

      6-15-19
      Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

2



Mr. Richard V. Winder, USN
Plankowner
529 Meandering Way
Polk City, FL  33868

TAMPA FL 335
SAINT PETERSBURG FL
14 JUN 2019 PM 5 L

USA FOREVER

The Clerk of the United States District
Court for the District of Puerto, Room 150
Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918$1703 C018



Special Note:
I know it is
late, fell behind
my week, and just
found it. Decided
to mail it anyway!

92 yr. old WW II U.S.
Navy Overseas
Combat Veteran.

Cm. Winder

55862ME

Case:17-03283-LTS   Doc#:7194-1   Filed:05/29/19   Entered:05/29/19 17:06:20   Desc:
Proposed Order   Page 27 of 29

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [DATE THAT IS
SIXTY DAYS FROM ENTRY OF ORDER]\***

RECEIVED

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**   2019 JUN 17   PM 4: 57

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN

------------------------------------------------------------------------- X

In re:                                                         :

THE FINANCIAL OVERSIGHT AND                 :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :   Title III
                                                               :
        as representative of                             :   Case No. 17-BK-3283 (LTS)
                                                               :
THE COMMONWEALTH OF PUERTO RICO *et al.*,   :   (Jointly Administered)
                                                               :
        Debtors.[1]                                       :
------------------------------------------------------------------------- X

**NOTICE OF PARTICIPATION IN OBJECTIONS OF OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND
BANKRUPTCY RULE 3007, TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN 2011
COMMONWEALTH GENERAL OBLIGATION BONDS**

        **This Notice of Participation must be served and filed no later than [sixty days from entry of
order] in accordance with the instructions set forth at the end of this document.**

        The party identified below ("Participant") hereby advises the Official Committee of Unsecured
Creditors (the "Committee") that it intends to participate in the litigation of the Committee's objection,
dated May 21, 2019 [Dkt. No. 7057] (the "2011 GO Objection"), to claims filed or asserted by holders of
certain 2011 general obligation bonds (the "2011 GO Bonds"), which objects to all claims that have been
or may be asserted against the Commonwealth of Puerto Rico (the "Commonwealth") because such 2011
GO Bonds are invalid.  Even if you filed a Notice of Participation in connection with the objection filed
with respect to Commonwealth general obligations issued in 2012 or 2014, you still must file a Notice of
Participation with respect to the 2011 GO Objection.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.        Participant's contact information, including email address, and that of its counsel, if any:

---

[1]      The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
        (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
        Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico
        Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of
        Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case
        No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
        Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last
        Four Digits of Federal Tax ID: 9686); and  (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy
        Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as
        Bankruptcy Case numbers due to software limitations).

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| SUZANNE LACROIX ROBINSON | |
| Participant Name | Firm Name (if applicable) |
| SAME | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| 34 DOGWOOD DR | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| WEST ORANGE NJ. 07052 | |
| City, State Zip Code | City, State Zip Code |
| USA. | |
| Country | Country |

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.   If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)   Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

    (b)   Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Suzanne LaCroix Robinson*
    Signature

    SUZANNE LACROIX ROBINSON
    Print Name

    _____
    Title (if Participant is not an Individual)
    6/8/19
    Date

2



**Wealth Management**

200 Park Avenue, 2nd Floor
Florham Park, NL 07932



U.S. POSTAGE ⟫ PITNEY BOWES

ZIP 07932   $ 000.50⁰
02 4W
0000351774 JUN 13 2019

RECEIVED
2019 JUN 17  PM 4: 57
CLERK'S OFFICE
U.S. DISTRICT CT
SAN JUAN

The Clerk of the US District Court
For the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

0091801703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [DATE THAT IS SIXTY DAYS FROM ENTRY OF ORDER]\***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------ X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

      Debtors.[1]

------------------------------------------------------------ X

    :
    :   PROMESA
    :   Title III
    :
    :   Case No. 17-BK-3283 (LTS)
    :
    :   (Jointly Administered)
    :

**NOTICE OF PARTICIPATION IN OBJECTIONS OF OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND
BANKRUPTCY RULE 3007, TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN 2011
COMMONWEALTH GENERAL OBLIGATION BONDS**

        **This Notice of Participation must be served and filed no later than [sixty days from entry of order] in accordance with the instructions set forth at the end of this document.**

        The party identified below ("<u>Participant</u>") hereby advises the Official Committee of Unsecured Creditors (the "<u>Committee</u>") that it intends to participate in the litigation of the Committee's objection, dated May 21, 2019 [Dkt. No. 7057] (the "<u>2011 GO Objection</u>"), to claims filed or asserted by holders of certain 2011 general obligation bonds (the "<u>2011 GO Bonds</u>"), which objects to all claims that have been or may be asserted against the Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") because such 2011 GO Bonds are invalid.  Even if you filed a Notice of Participation in connection with the objection filed with respect to Commonwealth general obligations issued in 2012 or 2014, you still must file a Notice of Participation with respect to the 2011 GO Objection.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and  (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Participant Name and Contact Information**    **Counsel Contact Information (if any)**

Edward F. STEELE
_____        _____
Participant Name                              Firm Name (if applicable)

_____        _____
Contact Person (if Participant is not an individual)   Contact Person

efsteele2@aol.com
_____        _____
Email Address                                 Email Address

518 GARENdon DR.
_____        _____
Address line 1                                Address line 1

_____        _____
Address line 2                                Address line 2

CARY, NC 27519
_____        _____
City, State Zip Code                          City, State Zip Code

USA
_____        _____
Country                                       Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); _or_

✔ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.    If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)    Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

   (b)    Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Edw.F.Steele_____
    Signature

    Edward F. STEELE
    _____
    Print Name

    _____
    Title (if Participant is not an Individual)
    JUNE 12, 2019
    _____
    Date

2



Edward Steele
518 Garendon Dr
Cary, NC 27519



RALEIGH NC 275
Research Triangle Region
13 JUN 2019 PM 11

The Clerk of the United States District Court for District of Puerto Rico,
Room 150, Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

00918-170399

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [DATE THAT IS SIXTY DAYS FROM ENTRY OF ORDER]\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED 5 PM

2019 JUN 17  PM 4: 58

CLERK S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R

-------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

      Debtors.[1]

-------------------------------------------------------------- X

   :
   :
   :    PROMESA
   :    Title III
   :
   :    Case No. 17-BK-3283 (LTS)
   :
   :    (Jointly Administered)
   :
   :

**NOTICE OF PARTICIPATION IN OBJECTIONS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007, TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN 2011 COMMONWEALTH GENERAL OBLIGATION BONDS**

      **This Notice of Participation must be served and filed no later than [sixty days from entry of order] in accordance with the instructions set forth at the end of this document.**

      The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors (the "Committee") that it intends to participate in the litigation of the Committee's objection, dated May 21, 2019 [Dkt. No. 7057] (the "2011 GO Objection"), to claims filed or asserted by holders of certain 2011 general obligation bonds (the "2011 GO Bonds"), which objects to all claims that have been or may be asserted against the Commonwealth of Puerto Rico (the "Commonwealth") because such 2011 GO Bonds are invalid. Even if you filed a Notice of Participation in connection with the objection filed with respect to Commonwealth general obligations issued in 2012 or 2014, you still must file a Notice of Participation with respect to the 2011 GO Objection.

      To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *BARBARA Tuck* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| *3 Town House Place, Apt. 3L* | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| *GREAT NECK, N.Y. 11021* | |
| City, State Zip Code | City, State Zip Code |
| *USA* | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

___✓___ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)
                                                              *2012*

3.  If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

    (b)  Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: *Barbara Tuck*
    Signature
    *BARBARA Tuck*
    Print Name

_____
Title (if Participant is not an Individual)
    *June 14, 2019*
Date

2

Barbara A. Tuck
3 Townhouse Pl. Apt. 3L
Great Neck, NY 11021

FOREVER USA

JUN 14 2019

The Clerk of the U.S District Court
In the District of Puerto
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, P.R. 00918-1767

0091881703 C018

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [DATE THAT IS
SIXTY DAYS FROM ENTRY OF ORDER]\***

RECEIVED

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

2019 JUN 17  PM 4: 58

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

-------------------------------------------------------------------- X
                                                      :

In re:                                           :
                                           :

THE FINANCIAL OVERSIGHT AND       : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  : Title III
                                           :

      as representative of                 : Case No. 17-BK-3283 (LTS)
                                           :

THE COMMONWEALTH OF PUERTO RICO *et al.,*  : (Jointly Administered)
                                           :

      Debtors.[1]                            :
-------------------------------------------------------------------- X

**NOTICE OF PARTICIPATION IN OBJECTIONS OF OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND
BANKRUPTCY RULE 3007, TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN 2011
COMMONWEALTH GENERAL OBLIGATION BONDS**

       **This Notice of Participation must be served and filed no later than [sixty days from entry of
order] in accordance with the instructions set forth at the end of this document.**

       The party identified below ("<u>Participant</u>") hereby advises the Official Committee of Unsecured
Creditors (the "<u>Committee</u>") that it intends to participate in the litigation of the Committee's objection,
dated May 21, 2019 [Dkt. No. 7057] (the "<u>2011 GO Objection</u>"), to claims filed or asserted by holders of
certain 2011 general obligation bonds (the "<u>2011 GO Bonds</u>"), which objects to all claims that have been
or may be asserted against the Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") because such 2011
GO Bonds are invalid.  Even if you filed a Notice of Participation in connection with the objection filed
with respect to Commonwealth general obligations issued in 2012 or 2014, you still must file a Notice of
Participation with respect to the 2011 GO Objection.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico
Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of
Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case
No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last
Four Digits of Federal Tax ID: 9686); and  (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy
Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as
Bankruptcy Case numbers due to software limitations).

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Elizabeth Towle_ | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| _98 Pageant St._ | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| _Belen, NM 87002_ | |
| City, State Zip Code | City, State Zip Code |
| _USA_ | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.    If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

(b)    Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By _Elizabeth Towle_
Signature

_Elizabeth Towle_
Print Name

_____
Title (if Participant is not an Individual)
_6 - 7 - 19_
Date

2



PRIORITY® ★ MAIL ★

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*

APPLY PRIORITY MAIL POSTAGE HERE

UNITED STATES POSTAL SERVICE® Click-N-Shi

P

usps.com
$7.35
US POSTAGE
SM Flat Rate Env

9405 5036 9930 0030 3078 02 0073 500

06/11/2019 Mailed from 87002 062S

**PRIORITY MAIL 3-DAY™**

NICOLETTE PANAGOPOULOS
CETERA ADVISOR NETWORKS LLC
511 W REINKEN AVE
BELEN NM 87002-3640

Expected Delivery D

[redacted]

C01

SHIP TO: THE CLERK OF UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF PUE
150 AVE CARLOS CHARDON
STE 150
SAN JUAN PR 00918-1706

**USPS TRACKING #**

**9405 5036 9930 0030 3078 02**

Electronic Rate Approved #038555749

* For International shipments, the maximum weight is 4 lbs.

EP14H July 2013 Outer Dimension: 10 x 5

**Participant Name and Contact Information**

LYNDA L. PINKerton
Participant Name

Contact Person (if Participant is not an individual)

LYNDA @ ACCORD,NTL.CON
Email Address

LYNDA P. NKerton
Address line 1

1730 Country Club Blvd
Address line 2

Sugar LAND Tx 77478
City, State, Zip Code

U.S.A
Country

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____
Address line 1

_____
Address line 2

_____
City, State, Zip Code

_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

X     intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.    If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

    (b)    Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

Cyncha Pinkerton
Print Name

_____
Title (if Participant is not an Individual)

Date   June 13, 2019

CUSIP   2012A
        74514LB89

2

PRIORITY®

| UNITED STATES POSTAL SERVICE. | Retail |
|---|---|

**P**  **US POSTAGE PAID**
**$7.35**
Origin: 77479
06/13/19
4887110479-64

**PRIORITY MAIL 3-Day ®**

0 Lb 1.70 Oz

**1006**

EXPECTED DELIVERY DAY:  06/17/19

C018

SHIP
TO:
150 AVE CARLOS CHARDON
STE 150
SAN JUAN PR  00918-1706

**USPS TRACKING NUMBER**



9505 5135 6462 9164 4133 20

**FROM:**
Allen Pinkerton
Lynda Pinkerton
1730 Country Club Blvd.
Sugar Land, TX 77478

**TO:**
The Clerk of the United States Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.
2019 JUN 17  PM 4:58





PS00001000014

EP14F July 2013
OD: 12.5 x 9.5


VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


UNITED STATES
POSTAL SERVICE®

Case 17-03283-LTS Doc#7544-1 Filed 06/24/19 Entered 06/24/19 17:27:45 Desc: Proposed Order Page 28 of 29

Case 17-03283-LTS Doc#7544-1 Filed 06/29/19 Entered 06/29/19 17:06:20 Desc: Pro Se Notices of Participation Page 39 of 40

**Participant Name and Contact Information**

Allen Pinkerton
_____
Participant Name

_____
Contact Person (if Participant is not an individual)

Allen@accordintli.com
_____
Email Address

Allen Pinkerton
_____
Address line 1

1730 Country Club Blvd
_____
Address line 2

Sugarland, TX 77478
_____
City, State Zip Code

U.S.A
_____
Country

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____
Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

   X   intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.    If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)    Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

   (b)    Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
      Signature

Allen W. Pinkerton
_____
Print Name

CuSIP
2D12 A
74514 LB 89

_____
Title (if Participant is not an Individual)

Date   June 13, 2019

2

PRIORITY



| | |
|---|---|
| **P** | UNITED STATES POSTAL SERVICE. *Retail* |

## US POSTAGE PAID
### $7.35
Origin: 77479
06/13/19
4887110479-64

## PRIORITY MAIL 3-Day ®

0 Lb 1.70 Oz
**1006**

EXPECTED DELIVERY DAY:  06/17/19

C018

SHIP TO:
150 AVE CARLOS CHARDON
STE 150
SAN JUAN PR 00918-1706

### USPS TRACKING NUMBER

9505 5135 6462 9164 4133 20





PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

**FROM:**

Allen Pinkerton
Lynda Pinkerton
1730 Country Club Blvd.
Sugar Land, TX 77478

**TO:**

The Clerk of the United States Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, P R 00918-1767

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


UNITED STATES POSTAL SERVICE.