# EXHIBIT H

```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF PUERTO RICO

   IN RE:                            * PROMESA TITLE III
                                     *
   THE FINANCIAL OVERSIGHT AND       * CASE NO. 3:17-bk-03283 (LTS)
   MANAGEMENT BOARD FOR PUERTO RICO  *
                                     *
        As representatives of        *
                                     *
   THE COMMONWEALTH OF PUERTO RICO   *
   RICO; Et Al.                      *
                                     *
        Debtor                       *
   *********************************
   IN RE:                            * PROMESA TITLE III
                                     *
   THE FINANCIAL OVERSIGHT AND       * CASE NO. 3:17-cv-01685 (LTS)
   MANAGEMENT BOARD FOR PUERTO RICO  *
                                     *
        As representative of         * CASE NO. 3:17-bk-03566 (LTS)
                                     *
   THE EMPLOYEES RETIREMENT SYSTEM   *
   OF THE GOVERNMENT OF THE COMMON-  *
   WEALTH OF PUERTO RICO             *
                                     *
        Debtor                       *
   *********************************

          DEPOSITION OF MR. FRANCISCO JOSÉ PEÑA MONTAÑEZ

   DATE      :   May 30, 2019

   TIME      :   9:03 a.m.

   CLIENT    :   JONES DAY

   ADDRESS   :   Brickell World Plaza
                 600 Brickell Avenue, Suite 3300
                 Miami, Florida

   HELD AT   :   Delgado & Fernández
                 Professional Offices Complex
                 1001 San Roberto Street, Second Floor
                 San Juan, Puerto Rico
```

43

1       Q    And what do you understand that term to be?
2       A    I am not sure of what AUC means.
3       Q    Have you come to an understanding that ERS
4  historically, before June 2017, was underfunded in terms
5  of the amount of money coming in order to pay pensions
6  going out.
7       A    According to my reading of the documents, I
8  understand that the system had a debt, and that it was
9  underfunded.
10      Q    And over the years, efforts were made within
11 the Commonwealth of Puerto Rico to try to re-form the
12 system, in order to...
13 INTERPRETER:
14      "Balance...?"
15 MR. PAPEZ:
16      --balance the... thank you!
17                (Laughter.)
18 MR. PAPEZ:
19      Do you want this seat?
20 INTERPRETER:
21      Not really.
22 MR. PAPEZ:
23      No, that's okay.  That's fine.
24 MR. SUSHON:
25      Objection, beyond the scope.

Case:17-03283-LTS Doc#:7554-8 Filed:06/21/19 Entered:06/21/19 21:37:57 Desc:
Exhibit H Page 4 of 10

78

1    MR. SUSHON:

2        ...I won't allow Mr. Peña to testify about that.

3    MR. PAPEZ:

4        I guess, then let me, I'm going to speak clear,

5    then.

6        Q   And if you need to Mr. Peña, just wait a

7    minute, and let Mr. Sushon assert deliberative process

8    before you answer, if he is going to assert it.  Okay?

9        A   Yes.

10       Q   In February, in February of 2017, how was it

11   contemplated that the switch to the pay-as-you-go model

12   would address the cash-flow shortfall of the ERS System?

13   MR. SUSHON:

14       Please translate my objection.  Francisco, in

15   answering this question, you can testify about the

16   anticipated effect of the pay-as-you-go forms that were

17   actually adopted by the Commonwealth.  To the extent

18   that you would answer based on other potential reforms,

19   you should not provide that information, because it is

20   deliberative process privilege.

21   MR. PAPEZ:

22       Q   Can you answer?

23       A   Can you repeat the question for me?

24            (Laughter.)

25       Q   Okay.  In February of 2017, how was it

1    contemplated that the switch to the pay-as-you-go model
2    would address the cash-flow shortfall?
3        A    Basically, it was a mechanism to identify the
4    resources that would guarantee the payment of the
5    pensions.
6        Q    Okay.  And what resources are you referring to
7    that would guarantee the payment of the pensions?
8        A    I cannot answer that question, because there
9    were several sources, and it was part of what was being
10   evaluated.
11       Q    So, would your answer then fall within Mr.
12   Sushon's instruction not to reveal deliberations?
13       A    That is correct.
14       Q    In the second box there, on the top it says,
15   "Maintain quality of life," and you go over to the
16   strategy, there's two bullets, "Protect benefits for
17   lowest pension income earners, and a progressive
18   strategy to reduce retirement benefit costs."  Do you
19   see that?
20       A    I can see that, yes.
21       Q    Are those two bullets referring to a potential
22   decrease in pension benefits that would be paid to at
23   least some retirees?
24   MR. SUSHON:
25       I object on the grounds that that's beyond the

101

1    DEPONENT:
2        What trust funds are you referring to, in order to
3    answer the question?
4    MR. PAPEZ:
5        Uhhh... Can you hand him Exhibit 10, please?
6        Q   Mr. Peña, this is a copy of Act 106.  There's
7    an English translation and a Spanish version in the
8    back.  You're welcome to refer to whichever one you'd
9    like.  I'm going to refer to the Spanish version--
10       Okay.  Section 2; it's on Page 17 of the English
11   version, all right, it says, "The accumulated Pensions
12   Payment Account is hereby created under the auspices of
13   the Treasury Department, which will be kept in a trust
14   fund separate from the general assets and accounts of
15   the Government, which will operate under a pay-as-you-go
16   system for the payment of pensions accumulated by the
17   Retirement Systems."  And then it goes on.
18       So my first question is, has the Central Government
19   created, under the auspices of the Treasury Department,
20   a trust fund separate from the general assets and
21   accounts of the Central Government?
22       A   The accounts that were opened are bank
23   accounts, they were not trusts, and they are maintained
24   separate from the other accounts of the Government of
25   Puerto Rico.

102

1     Q   Okay. So, just so I understand, they're just
2 normal bank accounts, they're not trust bonds, but
3 they're still separate from General Funds or other TSA
4 accounts.
5 MR. SUSHON:
6     Object to the form.
7 DEPONENT:
8     That is correct.
9 MR. PAPEZ:
10     Q   Do the Public Corporations in the
11 Municipalities pay their Pay-Go fees into those separate
12 bank accounts that we just discussed?
13     A   That is correct.
14     Q   And then, as I understand it, periodically the
15 Treasury Department sweeps those, the funds from those
16 separate accounts, in order to collect the Pay-Go fees
17 that the Municipalities and Public Corporations paid.
18 Is that correct?
19     A   That is correct.
20     Q   How often does that process happen? The
21 sweeping process happen?
22     A   Currently, it is on a daily basis.
23     Q   So, as of midnight, on any given day, there
24 could be zero funds in those separate accounts. Is that
25 correct?

1    INTERPRETER:
2        "Rather than just pay the pensions directly?"
3    MR. SUSHON:
4        I object to that question on the grounds of the
5    deliberative process privilege, and instruct you not to
6    answer.
7    MR. PAPEZ:
8        Q    All right.  After Joint Resolution 188 went
9    into effect, Public Corporations and Municipalities, and
10   the Central Government were obligated to pay Pay-Go
11   fees.  Correct?
12   MR. SUSHON:
13       I object under the Best Evidence Rule.
14   DEPONENT:
15       I do not see that in the text, but I do see, at the
16   end of the document, is that AAFAF would establish a
17   mechanism to establish a system based on Pay-Go.
18   MR. PAPEZ:
19       Q    Okay, put aside the text.  I'm just asking you
20   what happened.  After Joint Resolution 188 went into
21   effect, was a system set up such that municipalities
22   started paying Pay-Go fees?
23       A    That is correct.
24       Q    And, similarly, Public Corporations started
25   paying Pay-Go fees.

126

1   MR. SUSHON:
2       Object to the form.
3   DEPONENT:
4       Yes, that is correct.
5   MR. PAPEZ:
6       Q   And, as we talked about before, the Central
7   Government didn't actually make transfers, but made
8   accounting entries to reflect Pay-Go fees. Correct?
9       A   That is correct.
10      Q   Okay. And all of those Pay-Go fees were used
11  to fund pension payments to retirees, that existed
12  before Joint Resolution 188 went into effect. Correct?
13  MR. SUSHON:
14      Object to the form.
15  DEPONENT:
16      Okay, all of the payments were to make payments for
17  pensions, but I cannot specify if it was all of them,
18  but most of them.
19  MR. PAPEZ:
20      Q   Aside from where the funds were paid to, Pay-
21  Go fees being paid to the accounts we talked about
22  earlier, and employer contributions being paid to ERS,
23  what is the difference between Pay-Go fees and employer
24  contributions?
25      A   Okay, the payroll payments are based on an

1  amount similar to the payment, the pension payments,
2  whereas the contributions by the employer are based on a
3  percentage of the annual payroll.
4      Q   Is there any other difference that you can
5  think of?
6      A   At this time, that is the most significant
7  one.
8  MR. PAPEZ:
9      I'm handing deponent...
10 COURT REPORTER:
11     This one is 25.
12 MR. PAPEZ:
13     Q   I'm handing you Exhibit 25.  There's an
14 English and a Spanish version, and you're welcome to
15 refer to whichever you please.  It's an e-mail dated
16 July 7, 2017 from Omar Rodríguez to several folks, and
17 your C.C. is on it.
18         (Deponent reviews exhibit.)
19     A   I can see that.
20     Q   Okay.  Who is Omar Rodríguez?
21     A   He is the deputy secretary of Central
22 Accounting at the Department of the Treasury.
23     Q   Okay.  Does he report to you?
24     A   At the time of this notification, no.  As the
25 current under-secretary of the Treasury, yes.