# EXHIBIT K

REDACTED

REDACTED