# EXHIBIT L

```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF PUERTO RICO

     IN RE:                              * PROMESA TITLE III
                                         *
     THE FINANCIAL OVERSIGHT AND         * CASE NO. 3:17-bk-03283 (LTS)
     MANAGEMENT BOARD FOR PUERTO RICO    *
                                         *
         As representatives of           *
                                         *
     THE COMMONWEALTH OF PUERTO RICO     *
     RICO; Et Al.                        *
                                         *
         Debtor                          *
     **********************************
     IN RE:                              * PROMESA TITLE III
                                         *
     THE FINANCIAL OVERSIGHT AND         * CASE NO. 3:17-cv-01685 (LTS)
     MANAGEMENT BOARD FOR PUERTO RICO    *
                                         *
         As representative of            * CASE NO. 3:17-bk-03566 (LTS)
                                         *
     THE EMPLOYEES RETIREMENT SYSTEM     *
     OF THE GOVERNMENT OF THE COMMON-    *
     WEALTH OF PUERTO RICO               *
                                         *
         Debtor                          *
     **********************************

            DEPOSITION OF MR. MOHAMMAD SALEH YASSIN-MAHMUD

     DATE     :   MAY 29, 2019

     TIME     :   9:03 a.m.

     CLIENT   :   JONES DAY

     ADDRESS  :   600 Brickell Avenue, Suite 3300
                  Miami, Florida

     HELD AT  :   Delgado & Fernández
                  Professional Offices Complex
                  1001 San Roberto Street
                  Second floor
                  San Juan, Puerto Rico
```

1   checks but you should check with Hacienda, I think they're
2   like deposits.
3   MR. STEWART:
4        Q    Like a wire transfer or something like that?
5        A    I believe, I, Hacienda will be able to give you
6   that detail.
7        Q    Okay. We'll ask. Thank you. Okay. The
8   calculation of pay-as-you-go charge...
9        A    Yes.

# REDACTED

25

1    MR. SUSHON:

2        Object to the form.

3    DEPONENT:

4        Yes.

5    MR. STEWART:

6        Q    It does, it still do so?

7        A    Yes, I believe so.

8        Q    Okay. Where in AAFAF is that function housed?

9        A    Currently be in the financial advisory side,

10   should be in the financial advisory side.

11       Q    And do you know how they do it?

12       A    Without going into privileged materials it's

13   mainly by how much actually gets paid to pensioners we

14   trace back who that pensioner retired from that is I think

15   filed and computed, how do you call that, the employer and

16   pursuant to ACT 106 and back then Joint Resolution 188

17   that person would have to make the pay-as-you-go charge

18   which mainly is the, the or principally is the, the amount

19   that actually gets paid to the pensioners and in that

20   sense it's different from what the employer used to

21   contribute before which was a formula that was a

22   percentage of total payroll.

23       Q    Mmhm. Is this process automated now in some

24   kind of a model?

25       A    You need to ask ERS how it's done because they

104

1　　MR. STEWART:
2　　　　Q　Okay. And so other than the hundred and ninety
3　　million four hundred no more...
4　　　　A　Approximately.
5　　　　Q　...sure, other than the hundred ninety million
6　　four hundred thousand dollars no more ERS available funds
7　　were transferred to the Secretary?
8　　　　A　To the best of my knowledge.

# REDACTED

1    DEPONENT:
2        Yes.
3    MR. STEWART:
4        Q    How many visits did you have?
5        A    I don't recall. Exactly but I can probably,
6    maybe around four or five.
7        Q    What were the names of the legislators you met
8    with to discuss the statute?
9        A    The, mostly the, Lourdes Ramos who heads the
10   subcommittee on pensions of the house...
11       Q    Mmhm.
12       A    ...and Senator Miguel Romero who heads the
13   senate committee on, on pension related matters.
14       Q    Okay. So let's go back to where we were.
15       A    Yes.
16       Q    It speaks about the payment the pensions
17   systems are unable to make...
18       A    Yes.
19       Q    ...and was it your view at the time the pension
20   systems were not able to make pension payments?
21       A    They were facing liquidity issues, yes.
22       Q    Were they able to make, pay any part of the
23   pension payments to your knowledge?
24       A    Remember that on July 1st they pre-funded 390
25   million which was the, necessary to get the budget

115

1 certified and once that pre-funding was made...

2 Q Mmhm.

3 A ...we did not go back to them.

4 Q Mmhm. Okay. And that they, I think you told me

5 the three ninety, one ninety point four came from the ERS?

6 A I believe one hundred and ninety, four hundred

7 came from ERS.

8 Q And the rest came from the other systems?

9 A Mostly TRS if my memory doesn't fail.

10 Q Okay. And then the balance of the money at ERS

11 stayed at ERS, correct?

12 A Yes.

13 Q In a still...

14 A You have, you have to confirm with ERS because

15 I don't run their operation.

16 Q But to your knowledge.

17 A To the best of my knowledge, yes.

18 Q And, and it is still there?

19 A To the best of my knowledge but you, you should

20 confirm with the ERS office.

21 Q Okay. So let's go, oh, by the way, let's go to

22 2, Page 2...

23 A Page 2-O...

24 Q ..the number, okay, now we're doing numbered

25 pages. First paragraph, the bottom of the paragraph...

140

1     Q     Mmhm.
2     A     ...that I wouldn't be able to do, I'd be
3  speculating.
4     Q     So when I'm asking you about of the amount of
5  the invoice..
6     A     Mmhm.
7     Q     ...do you see that AAFAF comes up with you
8  don't know one way or the other whether the amount of the
9  invoice reflects payments going, being made in the present
10 year are payments that are going to be made...
11    A     Well...
12    Q     ...in a coming year...
13    A     No, because...
14    Q     ...is that right?
15    A     ...what, what happens, you have, you have to
16 distinguish two things, right, the actual budgeting, we
17 cannot say, you know, we don't know who's going to retire
18 when or who's going to die when so you cannot do one
19 estimate based on, on like the latest information that you
20 have for budgeting purposes because the budget is, for
21 example, this year's or next year's Fiscal Budget is going
22 to be certified sometime by, prior to June 30th, right...
23    Q     Mmhm.
24    A     ...so there you, you had to get the entities,
25 hey, you know, we think your Pay-Go charge would be X or

141

1 Y, now if people die faster or if you have additional
2 people who retired because, remember, at the end of the
3 day looking into the future is, is more of an actuarial
4 type exercise...
5 Q Mmhm.
6 A ...because we don't know who's going to be
7 alive or retired in January of 2020...
8 Q Mmhm.
9 A ...right? So you have an estimate of that
10 payment, now, my understanding is that estimate of Pay-Go
11 is what goes into the budgeting process. Obviously what
12 goes into the the budgeting process might not end up being
13 the actual expense because you might, what I just
14 explained, people might die, people might retire and that
15 obviously will, will change that so the, you question by
16 saying "is it annual or is it monthly" I think is a little
17 bit misleading or imprecise for the reasons I just
18 described to you.
19 Q Mmhm. So in determining the amount that the
20 Pay-Go charge will be what document does AAFAF rely on?
21 A The ones that we rely on now are obviously we
22 take the latest Pay-Go charges from, for example, to do
23 the, the incoming fiscal year, last budget, for example,
24 you take the latest, the most recent month of Pay-Go
25 charge which...

142

1    Q    Mmhm.

2    A    ...presumably reflect the pensioners that were
3    active or alive and, and retired at that moment and what
4    we do is we kind of, my understanding is that it gets
5    combined with the actuarial estimate of what would be the,
6    the actual charge by or the actual actuarial estimation of
7    the Retirement Benefits and I believe a, a process of
8    taking the actuarial estimation and the, this results in
9    a Pay-Go charge.

10   Q    Where does the actuarial estimation come from?
11   A    I believe Milliman is the current actuary for
12   both, for all three systems I believe.

13   Q    Mmhm. In what form does this information come
14   from Milliman?

15   A    I believe it's letters that we ask them to, to
16   provide the estimates, they, you know, ERS gives them the
17   population who died, who, you know, the detail and I
18   believe Milliman performs their actuarial studies and I
19   guess they produce on an employer by employer basis, what
20   they believe the actuarial liability I think they usually
21   forecast forward a couple of years or something. I'm not
22   an actuarial, so I refer you to their actuarial reports
23   which...

24   Q    Mmhm.

25   A    ...which speak for themselves.

143

1     Q   Do you know what kind of models or, it's just
2 what sort of models, I'll just withdraw that. Do you know
3 what kind of models Milliman uses to come up with this,
4 this employer by employer...
5     A   I would be speculating, I'm not an actuarial,
6 how do you say it, actuarial?
7 MR. SUSHON:
8     Actuary.
9 DEPONENT:
10     ...actuary in English, sorry, my...
11 MR. STEWART:
12     Q   Mmhm.
13     A   ...my English is a little rusty. I'm not an
14 actuary so I have no idea, I just know that they sent me
15 a letter, it has numbers, that's the number.
16     Q   Okay. And...
17 MR. SUSHON:
18     Excuse, excuse me one second, it doesn't need to be
19 right away but a health break for counsel...
20 MR. STEWART:
21     Yeah.
22 MR. SUSHON:
23     ...would be appreciated...
24 MR. STEWART:
25     Good.

1    an ERS for 2011 the list of expenses were 28.5, other
2    expense is 18.8 and in 2015 it was 25.9, 43.1 and I guess
3    they have an average at the bottom.
4        Q    Mmhm. To your knowledge, is this accurate?
5        A    Well, they pay in, I mean, I don't pay, but ERS
6    and TRS pays him a lot of money to, to be accurate, so
7    presumably that, that is their job as they were supposed
8    to do, that's, yes.
9        Q    Would you know what the administrative expenses
10   have been since Fiscal Year 2015-2016?
11       A    I would refer you to, to the, to individual
12   systems.
13       Q    You don't have any independent knowledge?
14       A    No.
15       Q    Okay.
16       A    Let's go back to our Exhibit 10 and in
17   particular Page 30.
18       Q    Yes.
19       A    There's something about "Transitory
20   Provisions", do you see that...
21       Q    Yes.
22       A    ...on Page 30?
23       Q    At the right bottom and in section 51-C it
24   says: "Retirement system administrators shall take all
25   necessary steps to liquidate their assets and transfer the

152

1  proceeds to the General Fund" and it goes to talk about
2  other things. Do you know if ERS in fact has done that?
3  MR. SUSHON:
4      Object to the form.
5  DEPONENT:
6      Besides the pre-funding of the 190 million dollars?
7  MR. STEWART:
8      Q    Mmhm.
9      A    To the best of my knowledge, no.
10     Q    Do you know why they have not?
11     A    That's privileged.
12 MR. SUSHON:
13     You can answer his question yes or no, it's whatever
14 you do know, a reason for that.
15 DEPONENT:
16     I, yes I know, it's privileged.
17 MR. SUSHON:
18     Okay.
19 MR. STEWART:
20     Q    His answer is you know why but you can't tell
21 me, is that right?
22     A    Exactly.
23     Q    Okay. Do you know whether the statute was
24 amended to allow ERS to not transfer all the proceeds to
25 the General Fund?