# EXHIBIT N

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>*et al.*,<br><br>Debtors.[1] | PROMESA<br><br>Title III<br><br><br><br>Case No. 17-bk-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF<br>THE GOVERNMENT OF THE<br>COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br><br>Title III<br><br>**Re: ECF No. 289**<br><br><br>Case No. 17-cv-01685 (LTS)<br><br>Case No. 17-bk-03566 (LTS) |

**REBUTTAL DECLARATION OF GAURAV MALHOTRA IN RESPONSE TO EXPERT
REPORT OF FATEN SABRY IN CONNECTION WITH
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

<u>I, Gaurav Malhotra, hereby declare under penalty of perjury:</u>

1. I have been asked by counsel for the Oversight Board to review and respond to certain aspects of the expert report submitted by Faten Sabry, Ph.D. ("Sabry") on behalf of the pension

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

108894395v1



obligation bondholders in the litigation of the *Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay*.

2. Certain responses below elaborate on research reported in my first expert declaration, submitted May 30, 2019, as well as correct one typographical error in that declaration.

## I. PAYGO FEES ARE SUFFICIENT TO SATISFY THE PROJECTED AMORTIZATION OF ALLEGED BOND CLAIM

3. While Sabry outlines a calculation approach to identify that PayGo payments will decline by 72 percent over the remaining life of the bonds, no context is provided regarding the starting level of PayGo costs. An important aspect to consider is the relative magnitude of the currently expected PayGo costs to the estimated amount of the bondholders' claim. In addition, the timeframe over which this decline is expected to take place is lengthy. See Exhibit B for year-by-year detail related to the following nominal and net present value ("NPV") amounts as previously provided:

| Employer ($ in billions) | PayGo – Nominal (FY19-FY58) | PayGo – NPV @ 3.58% | PayGo – NPV @ 3.79% |
|---|---|---|---|
| ERS Total | $47.7 | $26.9 | $26.2 |

4. Based on these PayGo projections, I have the following findings:

   a. Nominal PayGo costs in each of the first 10 years, at a projected level of $1.5 billion or higher, represent on an annual basis, more than 1/3 of the total estimated bondholder claim.

   b. Exhibit A demonstrates that PayGo costs for each year exceed the amount of debt service that would be scheduled to be paid for that year through 2058.

2



Exhibit A: Projected ERS debt service and paygo costs

    c. While the PayGo costs do in fact decline over time, they are projected to remain at a level which is at least 80% of current levels for over 20 years on a nominal basis and then gradually decline to levels such as those described by Sabry in her report, reaching approximately 1/4 of 2019 levels only at the end of a 40-year projection period.

5. Based on the statement by the bondholders that the amount of the bond claim represents $3.8 billion, I compared this amount to the net present value of future PayGo costs over varying timeframes. See Exhibit B for this comparison which identifies that the ratio remains above 120% ($4.56 billion) until 2043 for all ERS PayGo costs.

6. There is a typographical error in the last sentence of paragraph 16 of my May 30, 2019 declaration. The sentence should read as follows: "Further analysis utilizing a more recent discount rate for the referenced Bond Buyer 20-Bond Municipal Bond Index rate as of March 31, 2019 of 3.79% results in a NPV of **$26.2** billion for the 40 years of annual PayGo Projections." In the original paragraph, the number $26.9 billion was mistakenly included.

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 12, 2019

_____
Gaurav Malhotra

**EXHIBIT B**

Year-by-year PayGo costs ($000's)* for all entities that had participated in ERS based on May 9, 2019 fiscal plan

| Fiscal Year End | Total ERS Annual Projected PayGo Costs | Present Value at 3.58% | Present Value at 3.79% | Present value of future PayGo costs at 3.58% | Present value of future Paygo costs at 3.58% as a % of the $3.8 billion claim | Fiscal Year end | Total ERS Annual Projected PayGo Costs | Present Value at 3.58% | Present Value at 3.79% | Present value of future PayGo costs at 3.58% | Present value of future PayGo costs at 3.58% as a % of the $3.8 billion claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/30/2019 | $1,648,080 | $1,536,124 | $1,529,914 | $26,941,871 | 709% | 6/30/2040 | $1,295,688 | $576,972 | $550,711 | $5,730,503 | 151% |
| 6/30/2020 | 1,740,659 | 1,566,340 | 1,556,852 | 25,405,747 | 669% | 6/30/2041 | 1,255,114 | 539,587 | 513,986 | 5,153,531 | 136% |
| 6/30/2021 | 1,533,960 | 1,332,633 | 1,321,880 | 23,839,407 | 627% | 6/30/2042 | 1,210,578 | 502,453 | 477,645 | 4,613,944 | 121% |
| 6/30/2022 | 1,521,023 | 1,275,723 | 1,262,869 | 22,506,774 | 592% | 6/30/2043 | 1,163,518 | 466,229 | 442,313 | 4,111,491 | 108% |
| 6/30/2023 | 1,508,970 | 1,221,870 | 1,207,112 | 21,231,051 | 559% | 6/30/2044 | 1,115,454 | 431,521 | 408,557 | 3,645,262 | 96% |
| 6/30/2024 | 1,499,803 | 1,172,473 | 1,155,968 | 20,009,181 | 527% | 6/30/2045 | 1,064,683 | 397,644 | 375,721 | 3,213,741 | 85% |
| 6/30/2025 | 1,494,132 | 1,127,669 | 1,109,545 | 18,836,708 | 496% | 6/30/2046 | 1,013,463 | 365,432 | 344,586 | 2,816,097 | 74% |
| 6/30/2026 | 1,500,611 | 1,093,415 | 1,073,664 | 17,709,039 | 466% | 6/30/2047 | 961,718 | 334,788 | 315,052 | 2,450,665 | 64% |
| 6/30/2027 | 1,502,289 | 1,056,804 | 1,035,615 | 16,615,624 | 437% | 6/30/2048 | 909,846 | 305,784 | 287,175 | 2,115,877 | 56% |
| 6/30/2028 | 1,501,248 | 1,019,571 | 997,107 | 15,558,820 | 409% | 6/30/2049 | 857,039 | 278,081 | 260,630 | 1,810,093 | 48% |
| 6/30/2029 | 1,500,146 | 983,610 | 959,992 | 14,539,249 | 383% | 6/30/2050 | 805,465 | 252,314 | 236,001 | 1,532,012 | 40% |
| 6/30/2030 | 1,495,996 | 946,986 | 922,378 | 13,555,639 | 357% | 6/30/2051 | 753,682 | 227,933 | 212,765 | 1,279,698 | 34% |
| 6/30/2031 | 1,490,420 | 910,848 | 885,383 | 12,608,653 | 332% | 6/30/2052 | 702,553 | 205,127 | 191,089 | 1,051,765 | 28% |
| 6/30/2032 | 1,482,897 | 874,928 | 848,747 | 11,697,805 | 308% | 6/30/2053 | 653,853 | 184,309 | 171,349 | 846,638 | 22% |
| 6/30/2033 | 1,471,788 | 838,360 | 811,628 | 10,822,877 | 285% | 6/30/2054 | 606,252 | 164,985 | 153,073 | 662,329 | 17% |
| 6/30/2034 | 1,457,493 | 801,523 | 774,395 | 9,984,517 | 263% | 6/30/2055 | 560,427 | 147,243 | 136,336 | 497,344 | 13% |
| 6/30/2035 | 1,441,255 | 765,199 | 737,805 | 9,182,994 | 242% | 6/30/2056 | 516,702 | 131,063 | 121,109 | 350,101 | 9% |
| 6/30/2036 | 1,420,518 | 728,123 | 700,635 | 8,417,795 | 222% | 6/30/2057 | 474,682 | 116,243 | 107,197 | 219,038 | 6% |
| 6/30/2037 | 1,395,737 | 690,693 | 663,274 | 7,689,672 | 202% | 6/30/2058 | 434,793 | 102,795 | 94,603 | 102,795 | 3% |
| 6/30/2038 | 1,367,570 | 653,364 | 626,158 | 6,998,979 | 184% | | | | | | |
| 6/30/2039 | 1,333,596 | 615,112 | 588,306 | 6,345,615 | 167% | Total | $47,663,701 | $26,941,871 | $26,169,125 | | |

* As table is in $000's, small rounding differences may exist

5

108894395v1

**EXHIBIT C**

Materials considered

1) Puerto Rico Government Employees Retirement System June 30, 2017 Actuarial Valuation Report
2) Puerto Rico Government Employees Retirement System June 30, 2016 Actuarial Valuation Report
3) Milliman letter re: PRGERS Estimated Projected Benefit Payments reflecting Act 106-2017 – CONFIDENTIAL, dated December 8, 2017
4) Milliman letter re: PRGERS Estimated Projected Benefit Payments reflecting Act 106-2017 – Agencies Covered by the Fiscal Plan Only – revised – CONFIDENTIAL, dated December 21, 2017
5) Milliman letter re: PRGERS Estimated Benefit Projection Payments, dated April 4, 2019
6) Milliman ERS census data, PRGERS_July12016ParticipantData_forJune302017Valuation_forEY
7) 2015 ERS Active census from PTA
8) 2015 Inactive census from PTA
9) Commonwealth of Puerto Rico Certified Fiscal Plan, dated May 9, 2019
10) Commonwealth of Puerto Rico Certified Fiscal Plan, dated October 28, 2018
11) Explanatory memorandum on pension reform, dated August 4, 2017
12) Mortality Improvement Scale MP-2018
13) 20 Year AA Municipal Bond Quarterly Rates
14) Bond Buyer 20-year monthly index of FRB_H15
15) PR Pension Bonds 2008 Series A OS
16) PR Pension Bonds 2008 Series B OS
17) PR Pension Bonds 2008 Series C OS
18) From proval export.xls

6