# EXHIBIT O

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

             As a representative of

THE COMMONWEALTH OF PUERTO RICO, et al.

Debtor

    PROMESA
    Title III

    Case No. 3:17-bk-03283 (LTS)

----------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

             As a representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF PUERTO RICO,

             Debtor.

    PROMESA
    Title III

    Case No. 3:17-cv-01685 (LTS)
    Case No. 3:17-bk-03566 (LTS)

----------------------------------------------------------------x

# REBUTTAL EXPERT REPORT OF
# FATEN SABRY, PH.D.

## NERA ECONOMIC CONSULTING, INC.

## CONFIDENTIAL

**June 12, 2019**

CONFIDENTIAL

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED