# EXHIBIT R

CONFIDENTIAL
Faten Sabry - June 20, 2019

Page 1

```
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF PUERTO RICO
 2     ─────────────────────────────────
                                        )
 3   In re:                             )
     THE FINANCIAL OVERSIGHT AND        )
 4   MANAGEMENT BOARD FOR PUERTO        )
     RICO,                              )   PROMESA Title III
 5                                      )   Case No. 17 BK 3283(LTS)
          as representative of          )
 6   THE COMMONWEALTH OF PUERTO         )
     RICO, et al.,                      )
 7                                      )
             Debtors.                   )
 8   ─────────────────────────────────  )
                                        )
 9   In re:                             )
     THE FINANCIAL OVERSIGHT AND        )
10   MANAGEMENT BOARD FOR PUERTO        )
     RICO,                              )
11                                      )   PROMESA Title III
          as representative of          )   Case No. 17-CV-01685(LTS)
12   THE EMPLOYEES RETIREMENT           )   Case No. 17-BK-03566(LTS)
     SYSTEM OF THE GOVERNMENT           )
13   OF THE COMMONWEALTH OF             )
     PUERTO RICO,                       )
14            Debtor.                   )
     ─────────────────────────────────  )
15

16

17              C O N F I D E N T I A L

18

19              VIDEOTAPED DEPOSITION OF

20                 FATEN SABRY, PH.D.

21                Thursday, June 20, 2019

22                  New York, New York

23

24   Reported By:

25   LINDA J. GREENSTEIN
```

REDACTED

REDACTED

REDACTED

REDACTED