IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03566 (LTS) |

**HEARING EXHIBIT LIST OF CERTAIN SECURED CREDITORS
OF THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

Pursuant to the Court's *Order Granting Urgent Joint Motion Regarding the Scheduling of Discovery and Briefing in Connection with the Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay* [Docket No. 505 in Case No. 17-3566], Movants,[2] by and through their undersigned counsel, hereby respectfully submit their Hearing Exhibit List. As of the date of this filing, discovery is still ongoing in this matter. Movants therefore reserve the right to amend this Exhibit List as further facts are revealed through discovery.

As of the date of this disclosure, Movants expect to introduce the following exhibits into evidence at the final hearing:

| EX. NO. | DESCRIPTION | DEP. EX / BATES |
|---|---|---|
| 1. | ERS Bond Resolution, dated January 24, 2008 | BNYM00001 |
| 2. | ERS Basic Financial Statements and Required Supplementary Information, dated June 30, 2014 | Yassin-Mohammad Ex. 3 |
| 3. | Commonwealth of Puerto Rico Financial Information and Operating Data Report, dated December 18, 2016 | Collazo Rodriguez Ex. 4<br>Pena-Montanez Ex. 4<br>Yassin-Mohammad Ex. 4 |
| 4. | Letter from Oversight Board to Governor Alejandro Garcia Padilla re: Assessment of Fiscal Plan, dated November 23, 2016 | Collazo Rodriguez Ex. 5<br>El Koury Ex. 4<br>Pena-Montanez Ex. 5<br>Yassin-Mohammad Ex. 5 |
| 5. | Commonwealth Fiscal Plan, dated February 28, 2017 | Collazo Rodriguez Ex. 6<br>El Koury Ex. 6<br>Pena-Montanez Ex. 6<br>Yassin-Mohammad Ex. 6 |
| 6. | Certified translation of House Joint Resolution 188 | Collazo Rodriguez Ex. 8<br>Pena-Montanez Ex. 8<br>Yassin-Mohammad Ex. 8 |

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the *Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay* [Docket No. 289 in Case No. 17-3566].

| | | |
|---|---|---|
| 7. | Draft Memorandum of Understanding between the Commonwealth, ERS, and AAFAF re: Payment of Pension and Other Benefits | El Koury Ex. 10<br>Pena-Montanez Ex. 9<br>Yassin-Mohammad Ex. 9<br>ERS-CW_LS0000309-313 |
| 8. | Certified translation of Law No. 106 | El Koury Ex. 12<br>Pena-Montanez Ex. 10<br>Yassin-Mohammad Ex. 10 |
| 9. | Commonwealth Fiscal Plan, dated October 14, 2016 | Collazo Rodriguez Ex. 11<br>El Koury Ex. 3<br>Pena-Montanez Ex. 11<br>Yassin-Mohammad Ex. 11 |
| 10. | Letter from Milliman to Yassin Mohammad re: Administrative Expenses Summary, dated December 20, 2017 | Yassin-Mohammad Ex. 12<br>CW_RJM2004_0018462–CW_RJM2004_0018465 |
| 11. | Puerto Rico Treasury Department Circular Letter No. 1300-46-17, dated June 27, 2017 | Collazo Rodriguez Ex. 38<br>El Koury Ex. 11<br>Pena-Montanez Ex. 13<br>Yassin-Mohammad Ex. 13 |
| 12. | Certified translation of SB1258 | Yassin Ex. 14<br>Pena Ex. 14<br>El Koury Ex. 14 |
| 13. | Commonwealth Fiscal Plan, dated May 9, 2019 | El Koury Ex. 16<br>Yassin-Mohammad Ex. 15 |
| 14. | AAFAF Presentation on PayGo Payments and Individual Contributions Debt by Entity, dated December 31, 2017 | Yassin-Mohammad Ex. 16<br>CW_RJM2004_0009937-CW_RJM2004_0009953 |
| 15. | AAFAF Presentation on PayGo Payments and Individual Contributions Debt by Entity, dated June 30, 2018 | Yassin-Mohammad Ex. 17<br>ERS_BH_002892 |
| 16. | Letter from Oversight Board to Commonwealth Chief Financial Officer Maldonado Gautier and ERS Executive Director Collazo Rodriguez re: Latest PayGo and Individual Contribution Debt by Entity, dated April 30, 2019 | Collazo Rodriguez Ex. 18<br>El Koury Ex. 15<br>Pena-Montanez Ex. 18<br>Yassin-Mohammad Ex. 18 |
| 17. | AAFAF Presentation on PayGo Payments and Individual Contributions Debt by Entity, dated June 30, 2018 | El Koury Ex. 13<br>Yassin-Mohammad Ex. 19<br>ERS_LS0000745-767 |
| 18. | Commonwealth Revised Baseline Projections, dated December 20, 2016 | Collazo Rodriguez Ex. 21<br>Pena-Montanez Ex. 21 |

| | | |
|---|---|---|
| 19. | Commonwealth Fiscal Plan, dated March 13, 2017 | Collazo Rodriguez Ex. 22<br>El Koury Ex. 5<br>Pena-Montanez Ex. 22 |
| 20. | Oversight Board Resolution Adopted on March 13, 2017 (Fiscal Plan Certification) | Collazo Rodriguez Ex. 23<br>El Koury Ex. 9<br>Pena-Montanez Ex. 23 |
| 21. | Commonwealth Fiscal Plan, dated March 13, 2017 (conformed to include amendments, corrections, and an exhibit) | Pena-Montanez Ex. 24 |
| 22. | E-mail from Omar E. Rodriguez Perez to Gilberto Reyes Malave and Others re: Pay Go, dated July 7, 2017 | Collazo Rodriguez Ex. 25<br>Pena-Montanez Ex. 25<br>ERS-CW_LS0000304 |
| 23. | Puerto Rico Treasury Department Circular Letter No. 1300-46-17, dated June 27, 2017 (Spanish version) | Collazo Rodriguez Ex. 26<br>Pena-Montanez Ex. 26<br>ERS-CW_LS0000305 |
| 24. | Presentation from Puerto Rico Secretary of Public Affairs and Public Policy Ramon L. Rosario Cortes on Transformation of the Retirement Systems, dated July 25, 2017 | Pena-Montanez Ex. 27<br>ERS_LS0005105-ERS_LS0005118 |
| 25. | Letter from AAFAF to Luis M. Collazo Rodriguez re: House Joint Resolution 188, dated July 19, 2017 | Collazo Rodriguez Ex. 28<br>El Koury Ex. 8<br>Pena-Montanez Ex. 28<br>ERS-AAFAF_LS0001280 |
| 26. | E-mail from Brian P. Biggio (Conway MacKenzie) to Francisco Pena Montanez re: FY18 Budgeted Pay-Go by Agency, dated September 11, 2017 | Pena-Montanez Ex. 29<br>ERS-CW_LS0000397 and ERS-CW_LS0000398 |
| 27. | Government Committee Presentation on Status of the Trusts of the Government Employees Retirement System and the Judiciary Retirement System, dated March 15, 2017 | Pena-Montanez Ex. 31<br>ERS_LS0005068 |
| 28. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico Basic Financial Statements and Required Supplementary Information, dated June 30, 2016 | Collazo Rodriguez Ex. 34 |
| 29. | Letter from Milliman to Luis M. Collazo Rodriguez re: Third Addendum to June 30, 2016 PRGERS Valuation Report to Reflect Updated Assets, dated October 23, 2018 | Collazo Rodriguez Ex. 35 |
| 30. | Milliman ERS Actuarial Valuation Report June 30, 2017 | Collazo Rodriguez Ex. 36 |

| | | |
|---|---|---|
| 31. | Offering Memorandum for $1,588,810,799.70 Employees Retirement System of the Government of the Commonwealth of Puerto Rico Senior Pension Funding Bonds, Series A | Collazo Rodriguez Ex. 37 BH-ERS-C-002670 |
| 32. | Puerto Rico Treasury Department Circular Letter No. 1300-46-17, dated June 27, 2017 | Collazo Rodriguez Ex. 38 ERS-CW_LS0000305 |
| 33. | ERS Presentation on Implementation of the "PayGo" Retirement Payment System, dated June 29, 2017 | Collazo Rodriguez Ex. 39 ERS_LS0005056-ERS_LS0005065 |
| 34. | Memorandum of Understanding between the Commonwealth, ERS, and AAFAF re: Payment of Pension and Other Benefits | Collazo Rodriguez Ex. 40 ERS_LS0006237-ERS_LS0006241 |
| 35. | Letter from Government of Puerto Rico to Banco Popular Requesting Transfer on Account of Liquidation of Assets of ERS, dated July 25, 2017 | Collazo Rodriguez Ex. 41 ERS-AAFAF_LS001506–ERS-AAFAF_LS001507 |
| 36. | Summary of Funds in Pre-Petition Segregated Account (Banco Popular Account No. 030-067944) and Transfers to and from Account Since January 2017 | Collazo Rodriguez Ex. 42 |
| 37. | Compilation of Bank Statements Produced by ERS for Pre-Petition Segregated Account (Banco Popular Account No. 030-067944) | Collazo Rodriguez Ex. 43 ERS_LS0002841– ERS_LS0002891 |
| 38. | Summary of Funds in ERS Operational Account (Banco Popular Account No. 030-051177) and Transfers to and from Account Since Petition Date | Collazo Rodriguez Ex. 44 |
| 39. | Compilation of Bank Statements Produced by ERS for ERS Operational Account (Banco Popular Account No. 030-051177) | Collazo Rodriguez Ex. 45 ERS_LS0002050– ERS_LS0002249 |
| 40. | Fiscal Plan Amendments Summary, dated March 13, 2017 | El Koury Ex. 7 |
| 41. | E-mail from Adam Chepenik (Ernst & Young) to Gerardo Portela Franco re: ERS Pensions, dated May 26, 2017 | El Koury Ex. 17 ERS-AAFAF_LS0001529 |
| 42. | Minutes from the first meeting of the Oversight Board on September 30, 2016 | |
| 43. | Press Release issued by the Oversight Board on December 20, 2016 re Revisions to Baseline Projections | |
| 44. | December 20, 2016 Letter from the Oversight Board to then-Governor García Padilla and Governor-Elect Rosselló Nevares re Revisions to Baseline Projections | |

| | | |
|---|---|---|
| 45. | January 18, 2017 Letter from the Oversight Board to Governor Rosselló Nevares | |
| 46. | ERS Annual Financial Information and Operating Data Report for Fiscal Year 2018, dated May 1, 2019 | |
| 47. | Milliman ERS Actuarial Valuation Report, June 30, 2014 | |
| 48. | Milliman ERS Actuarial Valuation Report, June 30, 2015 | |
| 49. | ERS Basic Financial Statements and Required Supplementary Information, June 30, 2015 | |
| 50. | ERS Annual Financial Information, Fiscal Year 2016, dated April 25, 2017 | |
| 51. | AAFAF Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities, dated April 30, 2019 | |
| 52. | ERS Schedules of Employer Allocations, June 30, 2016 and 2015 | |
| 53. | AAFAF Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities: Information as of June 30, 2018, dated July 24, 2018 | |
| 54. | Report by U.S. Government Accountability Office, "State and Local Government Retiree Benefits: Current Status of Benefit Structures, Protections, and Fiscal Outlook for Funding Future Costs" | |
| 55. | Excerpts of Deposition Transcript Mohammad Yassin Mahmud (May 29, 2019) | |
| 56. | Excerpts of Deposition Transcript Francisco Pena Montanez (May 30, 2019) | |
| 57. | Excerpts of Deposition Transcript Luis Collazo Rodriguez (June 4, 2019) | |
| 58. | Excerpts of Deposition Transcript Jaime El Koury (June 6, 2019) | |
| 59. | Excerpts of Deposition Transcript Andrew Samwick (June 17, 2019) | |
| 60. | Excerpts of Deposition Transcript Faten Sabry (June 20, 2019) | |
| 61. | Excerpts of Deposition Transcript Gaurav Malhotra (June 18, 2019) | |
| 62. | Excerpts of Deposition Transcript Lawrence Sher (June 20, 2019) | |
| 63. | Expert Report of Andrew A. Samwick, Ph.D., dated May 30, 2019 | |

| | | |
|---|---|---|
| 64. | Curriculum vitae of Andrew A. Samwick | |
| 65. | Expert Report of Faten Sabry, Ph.D., dated May 30, 2019 | |
| 66. | Curriculum vitae of Faten Sabry | |
| 67. | Rebuttal Expert Report of Faten Sabry, Ph.D., dated June 12, 2019 | |
| 68. | Letter from Oversight Board to Mitchell McConnell, Jr., Paul Ryan, Jr., Charles Schumer, and Nancy Pelosi re: Independent Representation of Title III Debtors, dated March 12, 2018 | |
| 69. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico Annual Financial Information for Fiscal Year 2017 | |
| 70. | AAFAF Presentation on PayGo Payments and Individual Contributions Debt by Entity dated April 15, 2019 | |
| 71. | March 14, 2019, news article from Reorg Research, Inc. titled Gov. Rosselló Warns Fiscal Challenges Will Make Some Municipalities Inoperable Within 5 Years Absent Structural Reform, Acknowledges Opposition to County Plan | |
| 72. | March 15, 2019, news article from Reorg Research, Inc. titled Gov. Rosselló Says Administration Will File Legislation to Create County System of Government, Cites Potential Annual Savings Between $600M and $1B | |
| 73. | Press Release Oversight Board Calls for Urgent Action to Collect $340 Million due from Municipalities and Public Corporations in PayGo and Individual Employee Payroll Withholdings | |
| 74. | Law No. 177 | |
| 75. | Municipality of Ponce Audit Report (Mar. 4, 2019) | |
| 76. | El Nuevo Dia article titled Mayors denounce errors in the PayGo (Jul. 27, 2018) | |
| 77. | May 9, 2019, Letter from the Oversight Board to Governor Rosselló re designation of municipalities | |
| 78. | Act 29-2019 | |

| | | |
|---|---|---|
| 79. | May 17, 2019, Letter from the Oversight Board to Governor Rosselló, the President of the Senate of Puerto Rico and the Speaker of the House of Representatives of Puerto Rico re SB 1258 | |
| 80. | UCC Financing Statements and Security Agreement Package | |
| 81. | Article titled San Juan Mayor Discusses Order in Local Pay-Go Lawsuit, Skips Oversight Board Meeting at CRIM Based on City's Pending Lawsuit Against Board published by Reorg Research, Inc. and dated June 11, 2019. | |
| 82. | May 29, 2019, municipality of San Juan Sworn Complaint against the ERS, the Puerto Rico Treasury Department, the Retirement Board of the Government of Puerto Rico and the heads of the entities in their official capacity in the San Juan Court of First Instance | |
| 83. | June 10, 2019, Motion to Dismiss and, In the Alternative, In Opposition to Preliminary and Permanent Injunction and Mandamus Petition in municipality of San Juan suit in Court of First Instance | |
| 84. | June 12, 2019, Oversight Board Letter to Governor Rosselló, President of the Senate Schatz, and Speaker of the House Núñez re Act 29 | |
| 85. | Fiscal board to send lawmakers its own version of Puerto Rico's budget, https://caribbeanbusiness.com/fiscal-board-to-send-lawmakers-its-own-version-of-puerto-ricos-budget/ (May 28, 2019) | |
| 86. | Oversight Board to Present $9.1B Fiscal 2020 General Fund Budget to Legislature, Reorg Research, Inc. (May 28, 2019) | |
| 87. | Unofficial Transcript, Altair Global Credit Opportunities Fun (A), LLC, et al., v. Garcia-Padilla, et al., No. 16-2433 | |
| 88. | AAFAF Report on PayGo Payments and Individual Contributions Debt by Entity 1/31/2019 | ERS_LS0000690 |
| 89. | Email from Cecile Tirado Soto to Luis Collazo Rodriguez re: PayGo Retirement, dated May 5, 2017 | ERS_LS0005066 |

| | | |
|---|---|---|
| 90. | Email from Fernando Scherrer to Mauricio Sanchez re: PayGo Pension Analysis, dated May 20, 2017 | ERS_LS0007599 |
| 91. | Email from Jorge Aponte Hernandez to Mauricio Sanchez re: Draft PayGo Analysis, dated June 2, 2017 | ERS_LS0008173 |
| 92. | Email from Fernando Scherrer to William Fornia re: PayGo Pension Analysis, dated May 29, 2017 | ERS_LS0008185 |
| 93. | Email from Fernando Scherrer to Adam Chepenik re: PayGo Pension Analysis, dated May 21, 2017 | ERS_LS0008249 |
| 94. | Report Listing Paygo but breaking out Employer Contributions | ERS_LS0008279 |
| 95. | ERS Presentation on PayGo Delinquencies, dated July 28, 2017 | ERS_LS0009262 |
| 96. | Letter from Robert A. Longfield, Jr. (Gavion) to Luis Collazo Rodriguez re: Recommendation to Liquidate ERS Assets, dated July 14, 2017 | ERS_LS0009282 |
| 97. | Letter from Gerardo Jose Portela Franco to Juan M. Medina Colon re: Liquidation of ERS, dated August 25, 2017 | ERS-AAFAF_LS0001139 |
| 98. | Email from Carlos M. Yamin Rivera to Luis Collazo Rodriguez re: Liquidation of ERS Assets, dated July 19, 2017 | ERS-AAFAF_LS0001279 |
| 99. | Email from Adam Chepenik to Gerardo Portela Franco re: ERS Pensions Transition to PayGo, dated May 26, 2017 | ERS-AAFAF_LS0001520 |
| 100. | Email from Maria Gonzalez Garay to Gerardo Portela Franco re: Progress Update on Budget Process, dated April 21, 2017 | ERS-AAFAF_LS0001523 |
| 101. | Agenda for Discussion for AAFAF Meeting | ERS-AAFAF_LS0001694 |
| 102. | Email from Glenn Bowen (Milliman) to Jesus Mattei Perez (AAFFA) re: Actuarial PayGo, dated May 3, 2017 | ERS-AAFAF_LS0001698 |
| 103. | ERS Form of Requisition for Payment to Bank of New York | ERS-AAFAF_LS0001995 |
| 104. | Email from Luis Collazo Rodriguez to Francisco Pena Montanez re: Joint Stipulation Order, dated August 29, 2017 | ERS-CW_LS0000026 |
| 105. | Oversight Board Explanatory Memorandum on Pension Reform, dated August 4, 2017 | ERS-CW_LS0000232 |
| 106. | Email from Francisco Pena Montanez to Mauricio Sanchez re: Pensions FY18, dated July 15, 2017 | ERS-CW_LS0000344 |

| | | |
|---|---|---|
| 107. | Email communication Conway Mackenzie, AAFAF, Treasury Department, and ERS | ERS-CW_LS0000386 |
| 108. | Milliman letter re PRERS Estimated Projected Benefit Payments reflecting Act 106-2017, dated December 8, 2017 | MALHOTRA00000003 |
| 109. | Milliman letter re PRERS Estimated Projected Benefit Payments reflecting Act 106-2017– Agencies Covered by Fiscal Plan Only, dated December 21, 2017 | MALHOTRA00000098 |
| 110. | Milliman letter re PRERS Estimated Projected Benefit Projection Payments, dated April 4, 2019 | MALHOTRA00000081 |
| 111. | Malhotra Excel Spreadsheet with NPV Calculations | MALHOTRA00000179 |
| 112. | ERS Amended and Restated First Supplemental Pension Funding Bond Resolution Authorizing Senior Pension Funding Bonds Series A, dated January 29, 2008 | |
| 113. | Brief in Opposition to Motion for Relief From the PROMESA Automatic Stay filed by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's | Altair Global Credit Opportunities Fund (A), L.L.C., et al. v. Governor Alejandro García Padilla, et al., No. 16-cv-2696, Dkt. 52 (Oct. 26, 2016) |
| 114. | Brief in Opposition to Motion for Relief From the PROMESA Automatic Stay filed by the Commonwealth of Puerto Rico | Altair Global Credit Opportunities Fund (A), L.L.C., et al. v. Governor Alejandro García Padilla, et al., No. 16-cv-2696, Dkt. 53 (Oct. 26, 2016) |
| 115. | Brief for the Employees Retirement System of the Government of the Commonwealth of Puerto Rico | First Circuit in Case No. 16-2433 (1st Cir. Dec. 23, 2016) |
| 116. | Brief for Alejandro Garcia-Padilla (then-Governor of Puerto Rico), Juan C. Zaragoza-Gomez (then-Secretary of Treasury of Puerto Rico), Luis G. Cruz-Batista (Director of the Puerto Rico Office of Management and Budget), and Carmen Villar-Prados (then-Executive Director of the Puerto Rico Highways and Transportation Authority) | First Circuit in Case No. 16-2433 (1st Cir. Dec. 23, 2016) |
| 117. | Brief of Amicus Curiae Financial Oversight and Management Board for Puerto Rico in Support of Respondents-Appellees Urging Affirmance of the District Court Order | First Circuit in Case No. 16-2433 (1st Cir. Dec. 23, 2016) |
| 118. | Milliman ERS Actuarial Valuation Report, June 30, 2007 | |

| | | |
|---|---|---|
| 119. | Milliman ERS Actuarial Valuation Report, June 30, 2009 | |
| 120. | Milliman ERS Actuarial Valuation Report, June 30, 2010 | |
| 121. | Milliman ERS Actuarial Valuation Report, June 30, 2011 | |
| 122. | Milliman ERS Actuarial Valuation Report, June 30, 2012 | |
| 123. | Milliman ERS Actuarial Valuation Report, June 30, 2013 | |
| 124. | ERS Basic Financial Statements and Required Supplementary Information, June 30, 2009 | |
| 125. | ERS Basic Financial Statements and Required Supplementary Information, June 30, 2010 | |
| 126. | ERS Schedules of Employer Allocations, June 30, 2014 and 2013 | |
| 127. | ERS Schedules of Employer Allocations, June 30, 2015 and 2014 | |
| 128. | Report by Board of Governors of Federal Reserve System, "State and Local Government Pension Funding Ratios, 2002 – 2016" | |
| 129. | Summary of Bank Account Balances for the Government of Puerto Rico and Its Instrumentalities as of November 30, 2018 | ERS_LS0000232 |
| 130. | ERS Circular Letter No. 2019-01 from Luis Collazo re: Employer and Individual Contributions Pursuant to Act 70 of July 2, 2010 and Act 211 of December 8, 2015, dated August 29, 2018 | ERS_LS0001815 |
| 131. | Office of Public Finance Circular Letter No. 2019-01 from Raul Maldonado Gautier re: Pay-Go Fee Payments, dated September 4, 2018 | ERS_LS0001820 |
| 132. | ERS and TRS Assets and Investments | ERS_LS0006259 |
| 133. | ERS Chart of Operational Account and PayGo Restructuring Account for May 2017–July 2017 | ERS_LS0009213 |
| 134. | Letter from Gerardo Portela Franco to Maria de Lourdes Ramos re: PayGo Legislation, dated August 1, 2017 | ERS-AAFAF_LS0001508 |
| 135. | Letter from Gerardo Portela Franco to Miguel Romero re: PayGo Legislation, dated August 1, 2017 | ERS-AAFAF_LS0001514 |

| 136. | Moody's Investors Service Report on Downgrade of Puerto Rico Bonds, dated April 5, 2017 | ERS-AAFAF_LS0001558 |
|---|---|---|
| 137. | Pension Related Inflows and Outflows for Reconciliation between Consolidated Budget and TSA Cash Flow Projections for FY2018 | ERS-CW_LS0000296 |
| 138. | Oversight Board Pre-Read February 16/17 Board Presentation, dated February 19, 2017 | FOMB_ERS_00000286 |
| 139. | Oversight Board FY18 Recommended Budget, dated June 2, 2017 | FOMB_ERS_00000656 |
| 140. | Fiscal Projections for Puerto Rico Government and Instrumentalities | FOMB_ERS_00009108 |
| 141. | Projected Cash Flows Before Cliffs, Measures, and Debt for Puerto Rico Government and Instrumentalities | FOMB_ERS_00009109 |
| 142. | Projected Expenses for Puerto Rico Government | FOMB_ERS_00009460 |
| 143. | The Commonwealth of Puerto Rico's Responses and Objections to ERS Bondholders' Amended Interrogatories, produced on April 23, 2019 | |
| 144. | The Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Responses and Objections to ERS Bondholders' Amended Interrogatories, produced on April 23, 2019 | |