**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors. | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 3:17-cv-01685 (LTS)<br>Case No. 3:17-bk-03566 (LTS) |

**DECLARATION OF FATEN SABRY IN CONNECTION WITH MOTION OF CERTAIN SECURED CREDITORS OF THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO <u>FOR RELIEF FROM THE AUTOMATIC STAY</u>**

I, Faten Sabry, hereby declare under penalty of perjury:

1. I am a Managing Director in the Securities and Finance Practice at NERA Economic Consulting, Inc. ("NERA") and Chair of the Bankruptcy Practice, as well as Chair of the Securities and Finance Practice. I submit this declaration in support of the *Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay* [Docket No. 3418 in Case No. 17-bk-03283 and Docket No. 289 in Case No. 17-bk-03566]. I have knowledge of the matters addressed in this declaration.

2. Attached as Exhibit A hereto is a true and correct copy of the *Expert Report of Faten Sabry, Ph.D.* that I prepared along with other NERA personnel working at my direction. The report was produced to the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, the Commonwealth of Puerto Rico, the Puerto Rico Fiscal Agency and Financial Advisory Authority, and the Financial Oversight and Management Board for Puerto Rico on May 30, 2019.

3. Attached as Exhibit B hereto is a true and correct copy of the *Rebuttal Expert Report of Faten Sabry, Ph.D.* that I prepared along with other NERA personnel working at my direction. The report was produced to the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, the Commonwealth of Puerto Rico, the Puerto Rico Fiscal Agency and Financial Advisory Authority, and the Financial Oversight and Management Board for Puerto Rico on June 12, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 21, 2019

_____
Faten Sabry

2

# EXHIBIT A

# Redacted in its Entirety Pursuant to Para. 11 of the Stipulation and Order for the Production and Exchange of Confidential Information, Case No. 17-00213-LTS, Docket No. 60

# EXHIBIT B

# Redacted in its Entirety Pursuant to Para. 11 of the Stipulation and Order for the Production and Exchange of Confidential Information, Case No. 17-00213-LTS, Docket No. 60