UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------- x
:
In re:                                                                    :
                                                                          :
THE FINANCIAL OVERSIGHT AND                    :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              :  Title III
                                                                          :
    as representative of                        :  Case No. 17-BK-3283 (LTS)
                                                                          :
THE COMMONWEALTH OF PUERTO RICO *et al.,*      :  (Jointly Administered)
                                                                          :
    Debtors.[1]                                 :
------------------------------------------------------------------------- x

**SECOND SUPPLEMENTAL INFORMATIVE MOTION OF OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, PURSUANT TO ORDER, ESTABLISHING INITIAL
PROCEDURES WITH RESPECT TO OMNIBUS OBJECTION TO CLAIMS FILED OR
ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL
OBLIGATION BONDS, REGARDING UPDATED LIST OF PARTIES FILING
<u>NOTICES OF PARTICIPATION</u>**

To the Honorable United States District Judge Laura Taylor Swain:

    The Official Committee of Unsecured Creditors of all Title III Debtors (the

"<u>Committee</u>") hereby submits this supplemental informative motion pursuant to the Court's

*Order, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, Establishing Initial*

*Procedures with Respect to Omnibus Objection of (I) Financial Oversight and Management*

*Board, Acting Through Its Special Claims Committee, and (II) Official Committee of Unsecured*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

*Creditors, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds and Granting Related Relief* [Docket No. 5143] (the "Initial Procedures Order"),[2] and respectfully states as follows:

1. On February 15, 2019, the Court entered the Initial Procedures Order, which approved and incorporated by reference certain Objection Procedures, attached as Exhibit 2 to the Initial Procedures Order, in connection with the Objectors' omnibus objection to claims filed or asserted by holders of certain Commonwealth general obligation bonds.[3]

2. The Objection Procedures required, among other things, that parties in interest wishing to participate in the litigation of the Objection serve and file a Notice of Participation by April 16, 2019 (the "Participation Deadline") indicating, among other things, whether the Participant supports or opposes the Objection, and the name, address, and email address of the Participant and its counsel, if any.[4]

3. In addition, the Objection Procedures provide that, "[o]n the date that is five (5) days after the Participation Deadline, the Objectors shall file with the District Court a list of all parties that filed Notices of Participation, their counsel, and whether such Participants are Joint Objectors or Respondents. Such list will be updated as necessary every thirty (30) days to reflect any late-filed or updated Notices of Participation."[5]

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Initial Procedures Order and the exhibits thereto.

[3] Initial Procedures Order, ¶ 3.

[4] Objection Procedures, at 2.

[5] *Id.* at 4.

2

4. Pursuant to the Initial Procedures Order and the Objection Procedures, the Committee hereby files the updated list of parties that have filed Notices of Participation, along with required related information,[6] attached hereto as **Exhibit A**.

[*Remainder of page intentionally left blank.*]

---

[6] A number of Participants returned Notices of Participation that failed to indicate whether they supported or opposed the Objection, and so their status as Respondents or Joint Objectors is currently listed as "Undetermined" on **Exhibit A**. In addition, Participants who returned Notices of Participation after the Participation Deadline are marked with asterisks.

WHEREFORE, the Committee respectfully requests that the Court take notice of the above.

Dated: June 21, 2019     */s/ Luc A. Despins*

PAUL HASTINGS LLP
Luc A. Despins, Esq. *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
James B. Worthington, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212)318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to Official Committee of Unsecured Creditors for all Title III Debtors (other than COFINA)*

- and -

*/s/ Juan J. Casillas*

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
Alberto J. E. Aneses Negron, Esq., USDC - PR 302710
Ericka C. Montull-Novoa, Esq., USDC - PR 230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787)523-3434
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*Local Counsel to Official Committee of Unsecured Creditors for all Title III Debtors (other than COFINA)*

4