**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

-----------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

                     Debtors.[1]

-----------------------------------------------------------------X

CERTAIN ALLEGED SECURED CREDITORS
OF THE EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO,

                    Movant,

     -against-

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH
OF PUERTO RICO,

                   Respondent.

-----------------------------------------------------------------X

PROMESA
Title III


No. 17-cv-1685-LTS
No. 17-bk-3566-LTS

**Re:  ECF Nos. 289, 292, 367, 371 & 505**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**NOTICE OF SUBMISSION OF LIST OF DECLARATIONS AND EXHIBITS BY THE**
**EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE**
**COMMONWEALTH OF PUERTO RICO**

To the Honorable United States District Court Judge Laura Taylor Swain:

The Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," "System," or the "Debtor"), by and through the Financial Oversight and Management Board (the "Oversight Board"), as the Debtor's representative pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] hereby respectfully states the following:

1.      On May 13, 2019, Judge Swain entered the *Order Granting Urgent Motion Regarding the Scheduling of Discovery and Briefing in Connection with the Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay* [ECF No. 505][3] (the "Scheduling Order").

2.      The Scheduling Order directed each party to file a list of declarations and exhibits it plans to introduce as its principal case.  *Id.* at 3.  In compliance with the Scheduling Order, ERS hereby submits as **Exhibit A** its list of declarations and exhibits it plans to introduce as its principal case.

*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*

---

[2] PROMESA has been codified at 48 U.S.C. §§ 2101–2241.

[3] Unless otherwise specified, ECF numbers refer to Case No. 17-bk-03566.

Dated: June 21, 2019
San Juan, Puerto Rico

/s/ Margaret A. Dale
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
Jeffrey W. Levitan (*pro hac vice*)
Paul V. Possinger (*pro hac vice*)
Margaret A Dale (*pro hac vice*)
Joshua A. Esses (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900
Email:  mbienenstock@proskauer.com
Email:  brosen@proskauer.com
Email:  jlevitan@proskauer.com
Email:  ppossinger@proskauer.com
Email: mdale@proskauer.com
Email:  jesses@proskauer.com

*Attorneys for the Financial Oversight and
Management Board for Puerto Rico, as
representative of the Employees Retirement
System of the Government of the
Commonwealth of Puerto Rico*

/s/ Luis F. del. Valle-Emmanuelli
Luis F. del Valle-Emmanuelli
USDC-PR No. 209514
P.O. Box 79897
Carolina, Puerto Rico 00984-9897
Tel. 787.977.1932
Fax. 787.722.1932
dvelawoffices@gmail.com

OF COUNSEL FOR
A&S LEGAL STUDIO, PSC
434 Avenida Hostos
San Juan, PR 00918
Tel: (787) 751-6764/ 763-0565
Fax: (787) 763-8260

*Attorneys for the Financial Oversight and
Management Board for Puerto Rico, as
representative of the Employees Retirement*

3

*System of the Government of the*
*Commonwealth of Puerto Rico*

4

## Exhibit A

**List of Declarations and Exhibits the Employees Retirement System of the Government of
the Commonwealth of Puerto Rico Plans to Introduce as its Principal Case**

| Declarations to be presented on Debtor's Case in Chief |
| --- |
| Declaration of Gaurav Malhotra in connection with Motion for Relief from the Automatic Stay dated May 30, 2019 |
| Rebuttal Declaration of Gaurav Malhotra in response to Expert Report of Faten Sabry in connection with Motion for Relief from the Automatic Stay dated June 12, 2019 |
| Expert Rebuttal Report of Lawrence J. Sher, F.S.A., F.C.A., M.A.A.A., E.A. dated June 12, 2019 |
| Declaration of Luis Collazo in Support of Luis Collazo Rodriguez in Support of ERS's Supplemental Brief in Support of Motion for Summary Judgment, dated March 21, 2018 |
| Declaration of Luis Collazo Rodriguez in Support of Debtor's Supplemental Opposition to Motion of Certain Secured Claimholders of Employees Retirement System of Government of Commonwealth of Puerto Rico for Relief from Automatic Stay, dated June 21, 2019 |

| Exhibits to be presented on Debtor's Case in Chief |
| --- |
| ERS Bond Resolution, dated January 24, 2008 |
| ERS First Supplemental Bond Resolution, dated January 29, 2008 |
| ERS Second Supplemental Bond Resolution, dated May 27, 2008 |
| ERS Third Supplemental Bond Resolution, dated June 26, 2008 |
| Security Agreement, dated June 2, 2008 |
| Certified Translation of Act 106-2017, dated August 23, 2017 |
| Certified Translation of House Joint Resolution 188, dated June 6, 2017 |
| The Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Responses and Objections to ERS Bondholders' Amended Interrogatories, dated April 23, 2019 |
| Movants' Responses and Objections to Debtor's First Set of Interrogatories, dated March 8, 2019 |
| Movants' Supplemental Responses and Objections to the Debtor's Interrogatory Numbers 5, 6, 8, and 9, dated April 15, 2019 |
| Movants' Responses and Objections to the Oversight Board's First Set of Contention Interrogatories, dated May 24, 2019 |
| Excerpt from Deposition of Dr. Faten Sabry, dated June 20, 2019 |
| Puerto Rico Government Employees Retirement System June 30, 2017 Actuarial Valuation Report (MALHOTRA0000110 - 178) |
| Puerto Rico Government Employees Retirement System June 30, 2016 Actuarial Valuation Report (MALHOTRA0000008 - 80) |
| Milliman letter re: PRGERS Estimated Projected Benefit Payments reflecting Act 106-2017 – CONFIDENTIAL, dated December 8, 2017 (MALHOTRA0000003 - 7) |
| Milliman letter re: PRGERS Estimated Projected Benefit Payments reflecting Act 106-2017 – Agencies Covered by the Fiscal Plan Only - revised - CONFIDENTIAL, dated December 21, 2017 (MALHOTRA0000098 - 109) |
| Milliman letter re: PRGERS Estimated Benefit Projection Payments, dated April 4, 2019 (MALHOTRA0000081 - Milliman ERS census data, PRGERS_July12016ParticipantData_forJune302017Valuation_forEY |
| 2015 ERS Active census from PTA (MALHOTRA000002) |
| 2015 Inactive census from PTA (MALHOTRA000001) |
| Commonwealth of Puerto Rico Certified Fiscal Plan, dated May 9, 2019 |
| Commonwealth of Puerto Rico Certified Fiscal Plan, dated October 28, 2018 |
| Explanatory memorandum on pension reform, dated August 4, 2017 (MALHOTRA000087 - 97) |
| Mortality Improvement Scale MP-2018 (MALHOTRA000185 - 210) |
| 20 Year AA Municipal Bond Quarterly Rates (MALHOTRA000181 - 185) |

| |
|---|
| Bond Buyer 20-year monthly index of FRB_H15 (MALHOTRA000180) |
| PR Pension Bonds 2008 Series A Offering Statement |
| PR Pension Bonds 2008 Series B Offering Statement |
| PR Pension Bonds 2008 Series C Offering Statement |
| Proval export.xls |
| Demonstratives |