# EXHIBIT D



## GOVERNMENT OF PUERTO RICO

**Puerto Rico Fiscal Agency and Financial Advisory Authority**

# Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities

*Information as of March 29, 2019*

**April 30, 2019**

# Disclaimer

- This presentation was prepared and is being published by the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") as part of the ongoing evaluation of financial matters of the Government of Puerto Rico, including certain of its public corporations and its instrumentalities (the "Government").  The information contained herein provides the cash balances of Government accounts as of the dates indicated but is not intended to provide an analysis of the source of these funds or their adequacy to satisfy the Government's liquidity needs. Government creditors and other third parties should not rely on this information to make any investment decision regarding securities issued by the Government or any instrumentality thereof.

- The account balances included herein are based on information AAFAF obtained from governmental instrumentalities and financial institutions as of the dates indicated as part of an ongoing review of the bank accounts and balances of the Government and its instrumentalities.  AAFAF has not validated all the information received and, as a result, cannot and does not assume any responsibility for the accuracy of such information. As additional information becomes available and the validation process is completed, there could be material changes to the information contained herein.

- The account balances included herein are provided to show the cash position as of specific dates, and this presentation does not purport to provide, nor take into consideration, any changes since such dates.  Such balances are expected to change, potentially materially, on a day to day basis based on, among other things, the financial needs of the Government and its instrumentalities, as well as judicial determinations regarding such funds.

- The information contained herein regarding the restricted or unrestricted nature of any cash balance is preliminary and subject to further analysis.

- The account balances included herein have not been confirmed through an audit conducted in accordance with generally accepted auditing standards, an examination of internal controls or other attestation or review services in accordance with standards established by the American Institute of Certified Public Accountants or any other organization. This document does not constitute an audit of compliance with any federal law, rule, or regulation.

## Disclaimer (cont'd.)

- Nothing in this document shall be considered a solicitation, recommendation or advice to any person to participate, pursue or support a particular course of action or transaction, to purchase or sell any security, or to make any investment decision.

- AAFAF, the Government, and each of their respective officers, directors, employees, agents, attorneys, advisors, members, partners or affiliates (collectively, with AAFAF and the Government, the "Parties") make no representation or warranty, express or implied, to any third party with respect to the information contained herein, and all Parties expressly disclaim any such representations or warranties.

- The Parties do not owe or accept any duty or responsibility to any reader or recipient of this presentation, whether in contract or tort, and shall not be liable for or in respect of any loss, damage (including, without limitation, consequential damages or lost profits) or expense of whatsoever nature of such third party that may be caused by, or alleged to be caused by, the use of or reliance upon this presentation or that is otherwise consequent upon the gaining of access to this document by such third party.

- By receiving this document, the recipient shall be deemed to have acknowledged and agreed to the terms described in the "Disclaimer" slides.

- This document may contain capitalized terms that are not defined herein, or may contain terms that are discussed in other documents or that are commonly understood. You should make no assumptions about the meaning of capitalized terms that are not defined.

- The Parties do not undertake any duty to update the information contained herein.

# Executive Summary



$ in millions

**DELTA**

| | 2/28/2019² | 3/29/2019 | DELTA |
|---|---|---|---|
| | $11,833 | $12,566 | +732 |
| Restricted Accounts/ Subject to Title III Proceedings G1 | 1,695 | 1,662 | -33 |
| Public Corporations and Legally Separate Entities G4 | 2,754 | 2,757 | +3 |
| Pension Related G3 | 697 | 733 | +36 |
| Non-TSA Central Gov't G2 | 1,704 | 1,723 | +19 |
| TSA¹ G5 | 4,984 | 5,690 | +706 |

**Key takeaways:**

1. Overall **balance** of reported accounts **increased by approximately $752M** from February 28th to March 29th.

2. Mainly **driven by:**

   a) **+752M I**ncrease in central Government's Treasury Single Account balance ("TSA¹")

   b) **+36M Increase in Pension Related Accounts**

   c) **+$3M Increase** Public Corporations and Legally Separate Entities

   d) **+$19M Increase** in Central Gov't Non-TSA Accounts.

   e) **($33M)** Decrease in Restricted Accounts and/or subject to Title III Proceedings

¹ Includes TSA Sweep Accounts.
² Refer to the footnotes on Slide 19 - Appendix A, pertaining to revised balances and newly identified accounts as of 2/28/2019.
* Refer to the groupings, 'G', as they summarize the current classifications presented in detail on Slide 8.

4

# Executive Summary (cont'd.)

- AAFAF started its efforts to identify government bank accounts and their balances to obtain a comprehensive view of the cash position of the Government. Requests were sent to governmental instrumentalities, the Office of the Commissioner of Financial Institutions ("OCIF") and various commercial banks.

- Based on the information obtained, AAFAF prepared an inventory of bank accounts across governmental instrumentalities, including those outside the scope of the fiscal plans submitted to the Financial Oversight and Management Board for Puerto Rico ("FOMB").

- The exercise and the inventory described in this presentation, which had not been conducted by prior administrations, obtained information on +800 bank accounts.  AAFAF now has centralized access to bank account information for most of the Government.

- AAFAF has conducted this process in consultation with the FOMB and its advisors, and has been providing periodic reports to the FOMB since July 2017.

- On October 31, 2017, AAFAF commenced publishing weekly cash flow reports for the TSA on its website and EMMA.  On December 18, 2017, AAFAF commenced reporting on month-end cash balance position of the bank accounts included in this presentation to provide additional transparency.

- On December 18, 2017, the FOMB announced that it would conduct an independent forensic investigation of the information on Government bank accounts published by AAFAF. On February 6, 2018, the FOMB announced the retention of Duff & Phelps, LLC ("D&P") to conduct this forensic analysis.

- D&P published an *"Independent Forensic Analysis Team" Report on Title III Bank Accounts as of June 30, 2018*, on March 12, 2019.  AAFAF takes no position in this summary on the D&P Report.

- The information presented excludes certain funds as set forth in the "Excluded Funds" slide.

# Excluded Funds

| Agency | Description |
|---|---|
| **Legislative Branch** | ▪ The Puerto Rico Legislative Assembly receives monthly transfers from the General Fund to fund its operations based on budgetary appropriations. |
| **Judicial Branch** | ▪ The Puerto Rico Judicial Branch receives monthly transfers from the General Fund to fund its operations based on budgetary appropriations. The Judicial Branch also holds funds in custody related to legal proceedings. |
| **Municipal Funds** | ▪ Municipal funds include funds of Puerto Rico municipalities, the Municipal Revenue Collections Center and the Puerto Rico Municipal Finance Agency. |
| **Government Development Bank** | ▪ GDB was the subject of a Qualifying Modification which went effective on November 29, 2018.  No funds either held by GDB or transferred to any entity as a result of the Qualifying Modification are accounted for herein. |
| **Investment Accounts** | ▪ Various investment accounts are included for certain instrumentalities (e.g. ERS, TRS, JRS, State Insurance Fund Corporation and Automobile Accident Compensation Administration, UPR). |

# Bank Account Balances for the Government and its Instrumentalities

| $ in millions | Balance as of[1] | | Notes |
|---|---|---|---|
| **Revised Grouping** | **2/28/2019** | **3/29/2019** | *Notes* |
| **G5** TSA | 4,927.9 | 5,644.2 | ▪ Reported on a weekly basis on AAFAF's website. |
| **G5** TSA Sweep | 55.8 | 46.2 | ▪ Accounts that collect income and completely pass through to TSA on a daily basis. |
| **G3** **G2** Pension Related | 697.4 | 733.1 | ▪ On January 17, 2019, the Commonwealth, as grantor, and the Retirement Board for the Government of Puerto Rico, as administrator, created a trust pursuant to Act 106-2017 to hold temporarily in said trust individual employee contributions to be credited to their defined contribution retirement accounts.  As of March 29th, 2019, the balance on the Trust accounts was of $436.5 million of such contributions at the trust.<br>▪ Also included, the repayment of employee loans issued by the retirement system ($261M). |
| Central Gov't Non-TSA | 1,703.5 | 1,722.9 | ▪ $622M at US Treasury pertaining to the PR Unemployment Trust Fund from the Department of Labor<br>▪ $465M federal funds administered by the Public Housing Authority.<br>▪ $228M lottery related funds. |
| **G1** **G1** COFINA | 22.3 | 22.3 | ▪ Balance previously on deposit at BNYM and subject to the *Third Amendment Title III Plan of Adjustment of the Debts of Puerto Rico  Sales Tax Financing Corporation* ('the COFINA Plan"). The United States District Court for the District of Puerto Rico confirmed the COFINA Plan by amended order dated February 5, 2019. The COFINA Plan became effective on February 12, 2019, and such funds were distributed pursuant to the Plan. Given the resolution of ownership of future SUT by the COFINA Plan, AAFAF does not intend to include COFINA bank account balances in this summary going forward.<br>▪ The balance shown on the COFINA accounts as of 3/29/19 reflects operational funds post-effectiveness of the Plan of Adjustment. |
| **G1** Other Restricted Title III Accounts | 785.2 | 785.5 | ▪ ERS related accounts ($371M), GO Redemption Fund ($268M), and clawback funds ($147M). |
| **G4** PREPA | 428.0 | 413.5 | ▪ Refer to the PREPA slide for breakdown of classified accounts. |
| **G1** PRASA | 575.9 | 588.3 | ▪ Refer to the PRASA slide for breakdown of classified accounts. |
| HTA | 459.3 | 440.8 | ▪ Refer to the HTA slide for breakdown of classified accounts. |
| **G4** UPR | 406.6 | 416.4 | ▪ Refer to the UPR slide for breakdown of classified accounts. |
| **G4** ASES | 270.5 | 284.9 | ▪ State and federal funds used mainly for payments of health insurance premiums and claims. |
| **G4** Other Public Corps & Legally Separate Entities | 1,501.5 | 1,467.7 | ▪ Government entities with autonomous fiscal authority established by law.<br>▪ Slide 21 includes an overview of the entities and balances. |
| **TOTAL** | **$11,834M** | **$12,566M** | |

[1] Except for accounts with an aggregate balance of $52M (27 accounts), which have not been updated as of the indicated dates.
[2] Refer to the footnotes on Slide 19 for Appendix A, on revised, reclassified and newly incorporated accounts.
\* Refer to the groupings, 'G', as they are summarized on Slide 4.

# TSA, TSA Sweep and Pension Related Accounts

| $ in millions | Balance as of | | |
|---|---|---|---|
| Grouping Subcategory | 2/28/2019 | 3/29/2019 | Notes |
| TSA | 4,927.9 | 5,644.2 | • The TSA is the Government's main operational bank account in which a majority of receipts from governmental funds are deposited and from which most expenses are disbursed.<br>• It includes tax collections, charges for services, intergovernmental collections, the proceeds of prior short and long term debt issuances held in custody by the Secretary of Treasury for the benefit of Government fiduciary funds, and other receipts. |
| **TOTAL** | **$4,061M** | **$4,927M** | |

**TSA Sweep Accounts[1]:**

| | | | |
|---|---|---|---|
| General Collection Posts | - | - | • Account used for Government receipts from all the collection posts Island wide and the web based platform, known by its Spanish name as *Colecturía Virtual*. Receipts in collections posts account sweep daily to the TSA. |
| SUT & Other | 55.7 | 46.2 | • Account used for consolidated receipts of Sales and Use Tax. Balances are swept on a daily basis into accounts held by the trustee of the COFINA bonds, the General Fund and/or the Municipal Administration Fund. |
| Agency Collection Posts | - | - | • Account used to receive amounts collected by collection officers at the agencies mainly for charges for services and fees. Receipts in agency collections posts account sweep daily to the TSA. |
| **TOTAL** | **$56M** | **$46M** | |

**Pension Related:**

| | | | |
|---|---|---|---|
| Employee Withholding | 697.3 | 733.0 | • On January 17, 2019, the Commonwealth, as grantor, and the Retirement Board for the Government of Puerto Rico, as administrator, created a trust pursuant to Act 106-2017 to hold temporarily in said trust individual employee contributions to be credited to their defined contribution retirement accounts. As of March 29, 2019, the balance of the Trust accounts was $437 million. The Commonwealth does not claim any interest in the funds held in the Trust.<br>• Also included, the repayment of employee loans issued by the retirement system ($271M). |
| Pay-go charges | - | - | • Pay-go charges include balances from payments made by municipalities and public corporations in connection with benefits paid to retirees. These Pay-Go related charges are being deposited in a separate specific account, and now programmed to sweep back to the TSA account for reimbursement of pension payments pertaining to Municipalities and Public Corporations. |
| **TOTAL** | **$697M** | **$733M** | |

[1] Includes Zero Balance Accounts which are accounts used for disbursements of vendors payments, payroll and pensions. These accounts make disbursements and are automatically replenished from the TSA account.

# Central Government – Non-TSA

| $ in millions | Balance as of[1] | | Notes |
|---|---|---|---|
| *Central Government Entity* | *2/28/2019* | *3/29/2019* | *Notes* |
| Public Housing Administration | 465.2 | 464.9 | ▪ PHA accounts include grants of federal funds received to finance public housing programs and their operations. |
| Other Treasury Custody Accounts | 36.9 | 36.6 | ▪ Other Treasury Custody Accounts include balances from the *Lotteries*. |
| Department of Labor and Human Resources | 765.3 | 764.9 | ▪ DLHR accounts include operational accounts and other funds as follows:<br>– PR Unemployment Trust Fund at US Treasury ($622M)<br>– Work Opportunity Incentive Fund to finance an incentive program to promote job creation.<br>– Contribution Trust Fund from employers' receipts used to pay claims to employees.<br>– Act No. 15 special revenues for operations. |
| Child Support Administration | 49.9 | 58.8 | ▪ Custody bank account containing child support payments from non-custodial parents. |
| Puerto Rico Police | 20.6 | 17.2 | ▪ Bank account used to process Police Department payroll funded through budget appropriations. |
| Department of Housing | 8.0 | 4.4 | ▪ DOH accounts include grants of federal funds received to finance public housing programs and their operations. |
| DDEC | 16.0 | 22.2 | ▪ DDEC accounts include operational accounts from General Fund appropriations and internally generated revenues, Act No. 22-2012, film program and federal funds. |
| 9-1-1 Services | 20.2 | 20.7 | ▪ 9-1-1 Services account represents their operational account from special revenues (Act 144-1994). |
| Other Non-TSA Entities | 319.0 | 331.5 | ▪ Description included in Appendix B. |

| TOTAL | $1,704M | $1,723M |
|---|---|---|

[1] Except for accounts with an aggregate balance of $30M, which have not been updated as of the indicated dates.
[2] Refer to the footnotes on Slide 19 for Appendix A, on revised, reclassified and newly incorporated accounts.

# Restricted Accounts Subject to Title III Proceedings - COFINA

$ in millions

| | Balance as of | |
|---|---|---|
| **Grouping** | **2/28/2019** | **3/29/2019** |
| COFINA - Post-effectiveness of the Plan of Adjustment. | $22.3 | $22.3 |

- The Puerto Rico Sales Tax Financing Corporation ("COFINA") was created pursuant to Act No. 91-2006, as amended, and, prior to the commencements of its Title III proceeding, had issued bonds payable solely from a portion of the sales and use tax imposed by the Government on qualified transactions.

- Sales and use tax collections are consolidated at an account at Banco Popular de Puerto Rico ("BPPR").

- Amounts are swept on a daily basis into corresponding accounts at BNYM, as trustee for the COFINA bondholders, the Puerto Rico Treasury Department and/or the Municipal Administration Fund.

- As of January 31, 2019, subject to orders of the Title III Court, COFINA's Amended and Restated  Sales Tax Revenue Bond Resolution, as amended on June 10, 2009, (the "2009 Resolution"), governed application of funds held by BNYM. BNYM applies the funds received from BPPR pursuant to the waterfall set forth in the 2009 Resolution. BNYM also receives certain funds from the Federal Government in connection with certain bonds issued by COFINA that receive a federal interest subsidy. The funds on deposit at BNYM may solely be used to pay COFINA bonds and obligations.

- Balance as of January 31, 2019 was restricted pursuant to the court order issued by the United States District Court for the District of Puerto Rico in Adversary Proceeding Nos. 17-133-LTS and 17-257-LTS in COFINA's Title III proceeding under PROMESA.

- The COFINA Pledged Sales Tax Base Amount deposit requirement for FY19 has been met. Further allocations of the 5.5% Sales and Use Tax transferred through June 30th, 2019,  go to the Commonwealth's General Fund.

- The United States District Court for the District of Puerto Rico confirmed the Third Amendment Title III Plan of Adjustment of the Debts of Puerto Rico Sales Tax Financing Corporation (the "COFINA Plan") by amendment order dated February 5, 2019. The COFINA Plan became effective on February 12, 2019.

- Given the resolution of ownership of future SUT by the COFINA Plan, AAFAF does not intend to include COFINA bank account balances in this summary going forward.

- The balance shown on the COFINA accounts as of 3/20/19 reflects operational funds post-effectiveness of the Plan of Adjustment.

# Restricted Accounts Subject to Title III Proceedings

| $ in millions | Balance as of[1] | | Notes |
| Grouping Subcategory | 2/28/2019 | 3/29/2019 | |
|---|---|---|---|
| ERS Related Accounts | 370.5 | 370.7 | ▪ $109M relating to proceeds from sale of investments.<br>▪ $93M corresponding to a Post-petition Segregated Account created as part of a stipulation entered into as part of the Title III proceedings. |
| GO Redemption Funds | 268.1 | 268.1 | ▪ Revenues from the 1.03% property tax collected since fiscal year 2017 and deposited in the Public Debt Redemption Fund, the use of which is currently restricted to the payment of general obligation debt. |
| Clawbacks | 146.6 | 146.6 | ▪ $147M corresponding to revenues retained (or "clawed-back") by the Government in fiscal year 2016 pursuant to Executive Order 2015-46 for the payment of General Obligation debt. |
| **TOTAL** | **$785** | **$786** | |

*The aforementioned funds are held in segregated accounts and most of them are subject to various claims under the Title III proceedings. The ultimate use of the funds may be subject to court determination.*

[1] Except for accounts with an aggregate balance of $20.3M, which have not been updated as of the indicated dates.
[2] Refer to the footnotes on Slide 19 for Appendix A, on revised, reclassified and newly incorporated accounts.

# Restricted Accounts / Subject to Title III Proceedings - PREPA

| $ in millions | Balance as of | | Notes |
|---|---|---|---|
| Grouping Subcategory | 2/28/2019 | 3/29/2019 | |
| Operating | 324.9 | 310.4 | ▪ Decrease primarily due to timing of payments to restoration contractors made in advance of corresponding FEMA reimbursement and paydown of Commonwealth Loan. |
| Segregated | 0.0 | 0.0 | ▪ No significant change from prior month |
| FEMA | 2.0 | 2.0 | ▪ No significant change from prior month |
| Insurance (Restricted) | 50.7 | 50.8 | ▪ No significant change from prior month |
| Construction & Other Restricted | 33.9 | 33.9 | ▪ No significant change from prior month |
| US Bank Accounts | 16.5 | 16.5 | ▪ No significant change from prior month |
| **TOTAL** | **$428M** | **$414M** | |

# UPR

| $ in millions | Bank Balances as of | | Notes |
|---|---|---|---|
| **Grouping Subcategory** | **2/28/2019** | **3/29/2019** | *Notes* |
| Operational Accounts[1] | 299.1 | 308.9 | ▪ Increase of $9.8M in operational account balances is primarily due to an increase in money market account at BPPR with a partial offsetting decrease in Fin Student Aid - Pell Grant at Recinto de Mayaguez campus.<br><br>▪ Approximately $296.2M, or 95.9% of UPR operational funds are held in five (5) accounts managed by Central Administration, $142.8M of which are restricted:<br>  ▪ $159.0M market value of a securities account ($90M internally restricted)[1],<br>  ▪ $80.6M in a money market account ($15.5M[2] restricted),<br>  ▪ $33.9M in hurricane insurance proceeds account (restricted),<br>  ▪ $19.2M in concentration account (unrestricted),<br>  ▪ $3.5M in UBS Pell grant account at Recinto de Mayaguez at BPPR (restricted).<br><br>▪ Approximately $12.2M is in thirty nine (39) active Banco Popular bank accounts managed by UPR, or it's units, which typically contain deposits of federal student aid ($12.2M restricted).[3] |
| Component Units Accounts | 39.0 | 36.1 | ▪ Decrease of $2.9M in component unit account balances mainly due to decrease in Retirement System accounts.<br><br>▪ $16.1M in 12 accounts at *DUI* ($14.7M restricted),<br>▪ $15.6M in 4 accounts at *Servicios Médicos Universitarios, Inc. ("SMU")* ($8.3M restricted),<br>▪ $2.3M in 2 restricted accounts at *University of Puerto Rico Parking System Inc.,*<br>▪ $1.8M in 2 restricted accounts related to Retirement Systems,<br>▪ $0.4M in 2 accounts at *Materials Characterization Center, Inc.* ($0.1M restricted). |
| Bond Sinking Fund Accounts | 68.4 | 71.4 | ▪ Increase of $3.0M is primarily due to scheduled funding deposits required for the biannual debt payments according to the UPR Bond Trust Agreement.  Next payment is due in June of 2019.<br><br>▪ Three restricted US Bank accounts related to debt service obligations on UPR revenue bonds. |
| **TOTAL** | **$407M[4]** | **$416M[4]** | • 2/28/19: $270.6M Restricted ($172.5M operational; $29.7M CUs; $68.4M bonds), or 66.6%.<br>• 3/31/19: $254.0M Restricted ($155.4M operational; $27.1M CUs; $71.4M bonds), or 61.0%. |

*In general, the unrestricted account balances in operational accounts are used as working capital for payments of the ordinary obligations of the University, which are not subsidized by other sources. For example, accounts payable, budget deficits (including those related to UPR's Retirement System), and needs resulting from spend/reimbursement timing and uninsured portions for 2017 hurricane damages.*

1 UPR purchased T-Bills with monies from the BPPR money market account in three trades, each $50M - with maturities of only 30, 60 and 90 days, most of which has been earmarked for Capital Expenditure projects.
2 Building and Facilities (Molecular Sciences/Plant Nursery): $7.8M; Endowment Fund: $6.2M; Perkins Federal Program: $1.0M; Donations: $0.5M.
3 Overall balance also includes restricted funds totaling $0.4M in an account at Banco Santander.
4 Confirming whether there are other legally separate entities, under the UPR structure that could have additional bank accounts. For example, totals do not include approximately $51M in restricted endowment funds held in a separate bank account at BNY Mellon.  Will continue to update disclosure as information is available and validated.

# PRASA

| $ in millions | Balance as of | | Notes |
|---|---|---|---|
| **Grouping Subcategory** | **2/28/2019** | **3/29/2019** | *Notes* |
| Debt Service Accounts | 71.6 | 90.1 | ▪ Payment of principal and interest on senior and senior sub indebtedness due on 1/1/19.<br>▪ Funding for the Commonwealth Guaranteed Debt and Commonwealth Supported Obligations |
| Debt Service Reserve | 94.8 | 94.9 | ▪ Debt service required as requested by the MAT for 2008 Series A&B Bonds |
| Operating Reserve | 98.0 | 100.3 | ▪ To cover the operating reserve fund for current expenses as required per the MAT. Increase considers deposits made by PRASA following requirements under the MAT. |
| Current Expense Fund | 121.6 | 114.8 | ▪ For payment of operational expenses. |
| Revenue Fund | 4.9 | 5.1 | ▪ To fund trust reserves with amounts held in deposit following the MAT priority schedule (Sr Debt Service, Sr Sub Debt Service, Current Expense Fund, Operating Reserve, Capital Improvement Fund and the Commonwealth Payment Fund. June increase is related of government payments received. |
| Capital Improvement | 60.8 | 57.9 | ▪ Balance to pay for capital improvement investments deposited on a fund held by the Trust |
| Construction Fund | 52.8 | 53.9 | ▪ To pay cost of improvements, payment of the costs of issuance of bonds, and interests during construction. |
| Disaster Recovery | 69.7 | 68.9 | ▪ Proceeds in accounts for Disaster Recovery Efforts. Moneys including advancements on Insurance proceeds and FEMA Public Assistance Program |
| Compliance Escrow | 1.2 | 1.2 | ▪ Established through Consent Decree and Transactional Agreements with the Department of Health. |
| **TOTAL** | **$575M** | **$587M** | |

# Restricted Accounts / Subject to Title III Proceedings - HTA

| $ in millions | Balance as of | | |
|---|---|---|---|
| Grouping Subcategory | 2/28/2019 | 3/29/2019 | Notes |
| Operational | 25.3 | 19.9 | ▪ Includes construction and operational accounts. This bank account is the main deposit account for HTA. Funds from this account are commonly transferred to other HTA bank accounts to cover operational expenses, including payroll accounts for payroll, payroll taxes, and discounts. The decrease (-$5.4M) is primarily due to the net effect of operating expenses other than payroll (-$28.0M) during the month offsetting operating and intra-government receipts (+$18.2M) and transfers from/to other accounts (+$4.3M). |
| Payroll | 6.5 | 5.4 | ▪ Related to payroll and payroll taxes. The decrease (-$1.1M) is due to payroll and payroll taxes payments for the month of March (-$7.1M) offsetting transfers from the Operational Account (+$6.0M). |
| Federal Funds | 3.0 | 1.3 | ▪ HTA receives federal funds from the Federal Highway Administration ("FHWA") and the Federal Transit Administration ("FTA") and uses those funds to spend on FHWA and FTA earmarked infrastructure projects. The decrease (-$1.7M) is primarily due to net effect during the month of FHWA and FTA inflows (+$9.0M) offsetting federal capex spending (-$10.4M) and transfers to other accounts (-0.4M) during the month. |
| Reserve | 341.7 | 331.5 | ▪ Consists of restricted/reserved funds for operational and construction contracts. The decrease (-$10.2) is primarily due to net effect of transfers from/to other accounts (-10.2M) during the month. |
| BNY Accounts (Debt Issuance) | 82.8 | 82.8 | ▪ Consists of restricted/reserved funds for debt issuance. |
| TOTAL | $459M | $441M | |

# ASES

| $ in millions | Balance as of | | Notes |
|---|---|---|---|
| Grouping Subcategory | 2/28/2019 | 3/29/2019 | |
| Premium Payments Account | 138.1 | 180.0 | • Premium Payments account receives federal and state funding, and makes disbursements for Managed Care Organizations ("MCO") premiums. |
| Control Account | 132.9 | 104.8 | • The Control Account receives monies from the Rebates and Operational accounts, and makes disbursements for MCO premiums, and general overhead and payroll expenses.<br>• The monthly reduction is a timing variance related to receipt of offsetting federal funds related to the federal Bipartisan Budget Agreement, incremental to the approved FY18 federal funds budget, and the related discontinuation of Commonwealth funds to ASES. |
| Rebates and Operational Accounts | - | - | • The Operational account receives monies from appropriations of approximately $4M per month and additional $4M to $5M from federal administrative reimbursements.<br>• Each day cash is swept into the control accounts, which brings balance to zero in Operational Account. The Rebate Account operates the same way in that monies are swept from it to Control Account. |
| **TOTAL** | **$271M** | **$284M** | |

# Other Public Corporations and Legally Separate Entities

| $ in millions | Balance as of[1] | | Notes |
|---|---|---|---|
| **PC or Legally Separate Entity** | **2/28/2019** | **3/29/2019** | *Notes* |
| State Insurance Fund Corporation | 319.4 | 285.8 | • Almost all of the balances include unrestricted operational accounts for premium collections and concentration purposes. The remaining balance consists of reserve and operational pass-through accounts. |
| Automobile Accident Compensation Administration | 132.2 | 133.9 | • The majority of these funds represent investment reserves for the purposes of meeting future benefit payments, a standard operating procedure of insurance providers. The remaining amounts are mostly used for operational expenses. |
| Tourism Company | 116.1 | 122.5 | • $66.9M in debt service reserve accounts, $7.3M related to room tax revenues and the rest are funds in operational accounts. |
| Agricultural Enterprises Development Administration | 66.1 | 63.7 | • The majority of the balances include operational accounts including sweep and deposit accounts. The remaining balances consist of restricted/reserve accounts. |
| Housing Financing Authority | 53.2 | 52.5 | • A portion of the balances are composed of restricted accounts including debt service, escrow, and federal funds. The remaining accounts are unrestricted operational accounts. |
| Industrial Development Company | 160.7 | 164.9 | • Most of these funds are deposited for specific uses including, but not limited to, debt service reserves, incentive payments established by law, and capital expenditures. Remaining funds are mostly used for PRIDCO and Rums of PR operating expenses. |
| Other Public Corporations[2] | 654.0 | 645.0 | • Description included in Appendix C. |
| **TOTAL** | **$1,501M** | **$1,467.7M** | |

[1] Except for accounts with an aggregate balance of $1.2M which have not been updated as of the indicated dates.
[2] Refer to the footnotes on Slide 19 for Appendix A, on revised, reclassified and newly incorporated accounts.

# Appendix A: Reconciliations and Revisions of Reported Balances to Date

**Detail of Updated Balances vs. April 1st disclosure**
*(2/28/2019 balances reported on April, $ in millions)*

| $ in M | TSA | TSA Sweep | Pension related | Central Government - Non TSA | COFINA DSR | Other Restricted Title III Accounts | PREPA | PRASA | HTA | UPR | ASES | Other Public Corp's. | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reported 2/28 Balances | 4,927.9 | 67.4 | 697.4 | 1,693.8 | 22.3 | 785.2 | 428.0 | 575.4 | 459.3 | 406.6 | 270.5 | 1,499.9 | 11,834 |
| Account Reclassifications | - | - | - | - | - | - | - | - | - | - | - | - | 0 |
| Revisions to Balances | - | (11.7) [1] | - | 11.6 | - | - | - | - | - | - | - | 1.5 | 0 |
| Incorporated Accounts | - | - | - | 1.1 | - | - | - | 0.4 | - | - | - | - | 0 |
| Removed Accounts | - | - | - | - | - | - | - | - | - | - | - | - | 0 |
| Restated 2/28 Balances | 4,927.9 | 55.7 | 697.4 | 1,706.5 | 22.3 | 785.2 | 428.0 | 575.8 | 459.3 | 406.6 | 270.5 | 1,501.4 | 11,918 |

1 A single account was found duplicated, in the mount of $11.7M. The account has been removed from the inventory, and the balances have been revised and updated.

# Appendix B: Central Government – Non TSA

*$ in '000s*

| Agency Name | Balance as of 2/28/2019 | | Balance as of 3/29/2019 | | DELTA 3/29/2019 | |
|---|---|---|---|---|---|---|
| Electronic Lottery | $ | 128,409 | $ | 142,097 | $ | 13,687 |
| Traditional Lottery | | 83,995 | | 86,208 | | 2,212 |
| PR Government Investment Trust | | 33,841 | | 33,847 | | 6 |
| Department of Education | | 23,254 | | 18,044 | | (5,210) |
| Telecommunication's Regulatory Board | | 13,421 | | 13,917 | | 496 |
| Institute of Forensic Sciences | | 9,183 | | 11,954 | | 2,771 |
| Office of the Comptroller | | 6,102 | | 6,249 | | 147 |
| Office of Government Ethics | | 6,069 | | 6,207 | | 138 |
| Institute of Statistics | | 2,990 | | 2,985 | | (5) |
| Department of Correction and Rehabilitation | | 3,022 | | 2,748 | | (274) |
| OCAM - OGP | | 2,539 | | 2,539 | | - |
| Environmental Quality Board | | 1,438 | | 1,438 | | (0) |
| Department of the Family | | 824 | | 861 | | 38 |
| Department of Consumer Affairs | | 711 | | 686 | | (25) |
| Families and Children Administration | | 514 | | 472 | | (42) |
| Puerto Rico National Guard | | 497 | | 451 | | (46) |
| Office of Socioeconomic Development | | 353 | | 356 | | 3 |
| Commonwealth Election Commission | | 302 | | 261 | | (41) |
| Administration for Socioeconomic Development of the Family | | 129 | | 144 | | 15 |
| Other | | 1,428 | | - | | (1,428) |
| **Total** | $ | 319,021 | $ | 331,463 | $ | 12,442 |

# Appendix C: Other Public Corporations and Legally Separate Entities

*$ in '000s*

| Agency Name | Balance as of 2/28/2019 | | Balance as of 3/29/2019 | | DELTA 3/29/2019 | |
|---|---|---|---|---|---|---|
| | | | | | $ | - |
| Economic Development Bank | $ | 90 | $ | 98 | | 8 |
| Public Buildings Authority | | 73 | | 75 | | 2 |
| Infrastructure Financing Authority | | 70 | | 68 | | (2) |
| Fiscal Agency and Financial Advisory Authority | | 51 | | 52 | | 1 |
| Medical Services Administration | | 35 | | 38 | | 4 |
| Ports Authority | | 34 | | 34 | | (0) |
| Financial Oversight Board | | 30 | | 33 | | 4 |
| Comprehensive Cancer Center | | 29 | | 28 | | (0) |
| Public Private Partnership Authority | | 22 | | 20 | | (3) |
| COR3 | | 43 | | 24 | | |
| Other | | 22 | | 20 | | (1) |
| Convention Center District Authority | | 19 | | 18 | | (1) |
| Land Authority | | 16 | | 16 | | 0 |
| Puerto Rico Trade and Export Company | | 14 | | 14 | | (0) |
| Puerto Rico and the Caribbean Cardiovascular Center Corporation | | 12 | | 14 | | 1 |
| Integrated Transport Authority | | 14 | | 13 | | (1) |
| Land Administration | | 12 | | 13 | | 1 |
| Energy Commission | | 12 | | 12 | | (0) |
| Solid Waste Authority | | 12 | | 12 | | 0 |
| Teacher's Retirement System | | 8 | | 8 | | (1) |
| National Guard Institutional Trust | | 6 | | 6 | | 0 |
| Farm Insurance Corporation | | 6 | | 6 | | (0) |
| Musical Arts and Stagecraft Corporation | | 6 | | 5 | | (0) |
| Fine Arts Center Corporation | | 4 | | 4 | | 0 |
| Institute of Puerto Rican Culture | | 3 | | 3 | | (0) |
| Public Broadcasting Corporation | | 3 | | 2 | | (0) |
| Authority for the Redevelopment of the land and facilities of the Roosevelt Roads Naval Station | | 2 | | 2 | | (0) |
| Conservatory of Music | | 2 | | 2 | | (0) |
| School of Plastic Arts | | 1 | | 1 | | (0) |
| Center for Research, Education and Medical Services for Diabetes | | 1 | | 1 | | (0) |
| Company for the Integral Development of Cantera's Peninsula | | 1 | | 1 | | (0) |
| Bosque Modelo de PR | | 0 | | 0 | | 0 |
| Culebra Conservation and Development Authority | | 0 | | 0 | | (0) |
| Martín Peña Canal ENLACE Project Corporation | | 0 | | 0 | | - |
| | | | | | | - |
| | $ | 654 | $ | 644 | | 9 |