# **EXHIBIT F**

**Redacted in its Entirety Pursuant to Para. 11 of the Stipulation and Order for the Production and Exchange of Confidential Information, Case No. 17-00213-LTS, Docket No. 60**