# EXHIBIT K

**Redacted in its Entirety Pursuant to
Para. 11 of the Stipulation and Order
for the Production and Exchange of
Confidential Information,
Case No. 17-00213-LTS, Docket No. 60**