# EXHIBIT Y

(S.B. 1032)

# LAW NO. 177
# AUGUST 5, 2018

To authorize agencies, instrumentalities, and public corporations of the Government of Puerto Rico to establish payment plans with the municipalities, according to their circumstances, as long as this does not affect their earnings projections and respective fiscal plans, without being subject to any specific requirements contained in any general or special law to that effect; and for other related purposes.

## STATEMENT OF PURPOSE

During the month of September 2017, Puerto Rico was battered by two powerful hurricanes which devastated all of our municipalities. On September 6th we were struck by hurricane Irma, a category 5 hurricane with sustained winds that reached over 185 miles per hour. After that hurricane, over a million residents in Puerto Rico were left without electricity. People worked tirelessly to restore power. Nevertheless, while we finished dealing with Irma's devastation, on September 20th, all of Puerto Rico was pummeled by hurricane Maria, another powerful category 5 hurricane which traveled the entirety of Puerto Rico from east to west. The magnitude of the damage caused by said hurricane has no parallel in recent history. In fact, this event was classified by the federal agency known as FEMA as the greatest natural disaster in the history of the United States. In its wake, 100% of power, water and telecommunications were severely affected at never-before-seen levels. As a result of these events, thousands of houses and homes suffered catastrophic, and in some cases irreparable, damage.

During the emergency, municipalities have been of key importance to the recovery, as they were the first line of response of their residents. The serious economic crisis that the Government is undergoing, including municipalities, is commonly known. These municipalities have been dealing with serious fiscal challenges since before the hurricanes.

In these times of emergency, municipal governments have had to leave behind some of their obligations to the central government due to the lack of cash flow. The need of municipalities to provide essential services to their citizens has caused some municipalities to be in debt to the central government, in amounts that currently cannot be paid.

Our administration acknowledges the complicated economic situation that many municipalities, the central government, and public corporations are undergoing. We are working arduously to get Puerto Rico out of this fiscal crisis that we inherited. Therefore, we adopted Law 96-2018, known as the "Municipal Support Act", and the "Municipal Emergency Assistance Fund" which assigns a million dollars to each of the 78 municipalities of Puerto Rico. Similarly, we have worked

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

on additional measures to gather additional resources, such as the Municipal Fund of $50 million per year which is part of the Agreement with the Financial Oversight and Management Board. On an administrative level we have worked on measures to loosen these debt requirements and payment plans in light of the fiscal situation. The above without disrupting the precarious fiscal situation of the central government and of public corporations.

There are several laws that regulate payment plans, and they allow the debtor to become current on its debts, paying a portion of its debt in installments. Nevertheless, there are laws that specifically impose a percentage of the debt to be paid. Municipalities wish to settle their debts, however, sometimes they are not able to comply with the parameters established in the laws that allow for payment plans.

To that effect, this Legislative Assembly believes it is prudent to authorize agencies, instrumentalities and public corporations to, if they deem it appropriate and without affecting income projections and their respective fiscal plans, allow payment plans on payments that are lower than those required by Law through July 1, 2021. To that effect, the head of the agency may waive specific legal requirements according to the circumstances of each case, in times of fiscal crisis.

This legislative action is necessary to protect the health, welfare and security of the 78 municipalities of Puerto Rico during the current fiscal crisis, as well as to allow the municipal governments to provide more help to our residents.

**THE LEGISLATIVE ASSEMBLY OF PUERTO RICO HEREBY DECREES:**

Article 1.- The agencies, instrumentalities and public corporations of the Government of Puerto Rico are hereby authorized to establish payment plans with the municipalities, according to their specific circumstances, without being subject to any specific requirement contained in any general or special law or any regulations. The head of the agency, instrumentality or public corporation shall ensure that said payment plan is undertaken without affecting the income and their respective fiscal plans.

Article 2.- Agencies, instrumentalities and public corporations of the Government of Puerto Rico are authorized to enact regulations that are required to comply with this Law.

Article 3.- Supremacy over Other Laws

In the event that the provisions of this Law are in conflict with the provisions of any other state law, the provisions of this law shall prevail.

Article 3.- Severability

If any clause, paragraph, sub-paragraph, sentence, word, letter, article, provision, section, subsection, title, chapter, subchapter, heading or part of this Law is nullified or declared unconstitutional, the resolution, ruling or judgment issued to that effect shall not affect, prejudice or invalidate the remainder of this Law. The effect of said judgment shall be limited to the clause, paragraph, subparagraph, sentence, word, letter, article, provision, section, subsection, title, chapter, subchapter, heading or part thereof that is invalidated or declared unconstitutional. If the application to a person or to a circumstance of any clause, paragraph, subparagraph, sentence, word, letter, article, provision, section, subsection, title, chapter, subchapter, heading or part of this Law is invalidated or declared unconstitutional, the resolution, ruling or judgment to

2


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

that effect shall not affect or invalidate the application of the remainder of this Law to such persons or circumstances in which it may be validly applied. It is the express and unequivocal intention of this Legislative Assembly that courts enforce the provisions and application of this Law to the greatest extent possible, even if any of its parts are set aside, nullified, invalidated, affected or declared unconstitutional, or even if its application to a person or circumstance is set aside, invalidated or declared unconstitutional.

Article 4.- Effect.

This Law shall enter into effect immediately after its approval.

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

**(P. del S. 1032)**

# LEY NUM. 177
# 5 DE AGOSTO DE 2018

Para autorizar a las agencias, instrumentalidades y corporaciones públicas del Gobierno de Puerto Rico a establecer planes de pago con los municipios, según sus circunstancias, siempre y cuando esto no afecte sus proyecciones de recaudo y sus respectivos planes fiscales, sin sujeción a cualquier requisito específico que tenga una ley general o especial a tales efectos; y para otros fines relacionados.

## EXPOSICIÓN DE MOTIVOS

Durante el mes de septiembre de 2017, Puerto Rico recibió el embate de dos poderosos huracanes que devastaron todos nuestros municipios. El 6 de septiembre, recibimos al huracán Irma, un huracán categoría 5 que llegó a tener vientos sostenidos de sobre 185 millas por hora. Tras ese huracán, sobre un millón de residentes de Puerto Rico estuvieron sin servicio de energía eléctrica. Se trabajó incansablemente para restituir el servicio eléctrico. No obstante, mientras terminábamos de lidiar con los estragos de Irma, el 20 de septiembre, Puerto Rico completo fue azotado por el huracán María, otro poderoso huracán categoría 5 que arropó a Puerto Rico de este a oeste. La magnitud de los daños ocasionados por dicho huracán no tienen paralelo en nuestra historia moderna. De hecho, este evento fue catalogado por la agencia federal conocida como FEMA como el desastre natural más grande de los Estados Unidos. Tras su paso, el 100% del servicio eléctrico, de agua potable y de telecomunicaciones se vio severamente afectado a un nivel nunca antes visto. Como resultado de estos eventos, miles de casas y hogares sufrieron daños catastróficos y en algunos casos irreparables.

Durante la emergencia, los municipios han sido pieza clave para la recuperación siendo la primera línea de respuesta de sus residentes. Es de conocimiento general la grave crisis económica por la que atraviesa el Gobierno, incluyendo los municipios. Estos municipios han estado manejando, desde antes de los huracanes, grandes retos fiscales.

En estos tiempos de emergencia, los ayuntamientos municipales han tenido que dejar atrás algunas de sus obligaciones con el gobierno central, ante la falta de flujo de efectivo. La necesidad de los municipios de brindar servicios de primera necesidad a sus constituyentes ha provocado que algunos municipios estén en deuda con el gobierno central, con cifras que en la actualidad no pueden pagar.

Nuestra administración reconoce la complicada situación económica por la que atraviesan muchos municipios, así como el gobierno central y las corporaciones públicas. Estamos trabajado arduamente para lograr que Puerto Rico salga de esta crisis fiscal que heredamos. Por ello, adoptamos la Ley 96-2018, conocida como la "Ley de Apoyo a los Municipios", y el "Fondo de Asistencia de Emergencia Municipal" que asigna un millón de dólares a cada uno de los 78 municipios de Puerto Rico. De igual forma, hemos trabajado

medidas adicionales para allegarle recursos adicionales, como el Fondo Municipal de $50 millones anuales parte del Acuerdo con la Junta de Supervisión Fiscal. A nivel administrativo, hemos trabajado medidas para flexibilizar estos requisitos de deudas y planes de pago ante la situación fiscal. Ello, sin trastocar la precaria situación fiscal del gobierno central y las corporaciones públicas.

Existen diversas leyes que regulan los planes de pago, y estas permiten al deudor a ponerse al día en sus deudas, pagando una porción de su deuda a plazos. No obstante, existen leyes que imponen específicamente un porciento de la deuda a pagar. Los municipios interesan saldar sus deudas, sin embargo, en ocasiones no pueden cumplir con los parámetros establecidos en leyes que permiten planes de pago.

A tales efectos, esta Asamblea Legislativa entiende prudente autorizar a las agencias, instrumentalidades y corporaciones públicas a que, de entenderlo meritorio y sin que se afecten las proyecciones de recaudo y sus respectivos planes fiscales, puedan permitir planes de pago, con pagos menores a aquellos requeridos por Ley hasta el 1 de julio de 2021. Para ello, el jefe de agencia podrá eximir de requisitos específicos en Ley, según las circunstancias de cada caso, en tiempos de crisis fiscal.

Esta acción legislativa es necesaria para salvaguardar la salud, el bienestar y la seguridad de los 78 municipios de Puerto Rico durante la actual crisis fiscal así como para permitir que los ayuntamientos provean más ayudas a nuestros residentes.

**DECRÉTASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:**

Artículo 1.- Se autoriza, hasta el 1 de julio de 2021, a las agencias, instrumentalidades y corporaciones públicas del Gobierno de Puerto Rico a establecer planes de pago con los municipios, según las circunstancias de cada una, sin sujeción a cualquier requisito específico que tenga una ley general o especial o cualquier reglamento. El jefe de la agencia, instrumentalidad o corporación pública se asegurará que dicho plan de pago se promueva sin afectar sus proyecciones de recaudo y sus respectivos planes fiscales.

Artículo 2.- Se faculta a las agencias, instrumentalidades y corporaciones públicas del Gobierno de Puerto Rico a promulgar la reglamentación necesaria para cumplir con esta Ley.

Artículo 3.- Supremacía Sobre Otras Leyes

En caso de que las disposiciones de esta Ley estén en conflicto con las disposiciones de cualquier otra ley estatal, las disposiciones de esta Ley prevalecerán.

Artículo 3.- Separabilidad

Si cualquier cláusula, párrafo, subpárrafo, oración, palabra, letra, artículo, disposición, sección, subsección, título, capítulo, subcapítulo, acápite o parte de esta Ley fuera anulada o declarada inconstitucional, la resolución, dictamen o sentencia a tal efecto dictada no afectará, perjudicará, ni invalidará el remanente de esta Ley. El efecto de dicha sentencia quedará limitado a la cláusula, párrafo, subpárrafo, oración, palabra, letra, artículo, disposición, sección, subsección, título, capítulo, subcapítulo, acápite o parte de la misma que así hubiere sido anulada o declarada inconstitucional. Si la aplicación a una persona o a una circunstancia de cualquier cláusula, párrafo, subpárrafo, oración, palabra, letra, artículo, disposición, sección, subsección, título, capítulo, subcapítulo, acápite o parte de esta Ley fuera invalidada o declarada inconstitucional, la resolución, dictamen o sentencia a tal efecto dictada no afectará ni invalidará

la aplicación del remanente de esta Ley a aquellas personas o circunstancias en que se pueda aplicar válidamente. Es la voluntad expresa e inequívoca de esta Asamblea Legislativa que los tribunales hagan cumplir las disposiciones y la aplicación de esta Ley en la mayor medida posible, aunque se deje sin efecto, anule, invalide, perjudique o declare inconstitucional alguna de sus partes, o aunque se deje sin efecto, invalide o declare inconstitucional su aplicación a alguna persona o circunstancia.

Artículo 4.- Vigencia.

Esta Ley empezará a regir inmediatamente después de su aprobación.