# EXHIBIT HH

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
IN RE:                          * PROMESA TITLE III
                                *
THE FINANCIAL OVERSIGHT AND     * CASE NO. 3:17-bk-03283 (LTS)
MANAGEMENT BOARD FOR PUERTO RICO *
                                *
        As representatives of   *
                                *
THE COMMONWEALTH OF PUERTO RICO *
RICO; Et Al.                    *
                                *
        Debtor                  *
*********************************
IN RE:                          * PROMESA TITLE III
                                *
THE FINANCIAL OVERSIGHT AND     * CASE NO. 3:17-cv-01685 (LTS)
MANAGEMENT BOARD FOR PUERTO RICO *
                                *
        As representative of    * CASE NO. 3:17-bk-03566 (LTS)
                                *
THE EMPLOYEES RETIREMENT SYSTEM *
OF THE GOVERNMENT OF THE COMMON- *
WEALTH OF PUERTO RICO           *
                                *
        Debtor                  *
*********************************
```

DEPOSITION OF MR. MOHAMMAD SALEH YASSIN-MAHMUD

DATE     :   MAY 29, 2019

TIME     :   9:03 a.m.

CLIENT   :   JONES DAY

ADDRESS  :   600 Brickell Avenue, Suite 3300
             Miami, Florida

HELD AT  :   Delgado & Fernández
             Professional Offices Complex
             1001 San Roberto Street
             Second floor
             San Juan, Puerto Rico

1   MR. STEWART:

2        Q    Good morning, Mohammmad.

3        A    Good morning, Geoff.

4        Q    I am Geoff Stewart, I represent various ERS

5   bond holders in this case. Have you ever given a

6   deposition before?

7        A    Yes.

8        Q    So you're aware of how this works.

9        A    Yes.

10       Q    Okay. Before we get going two things that I

11  think can, I'm sure you know, one is if you don't

12  understand one of my questions just tell me, I'll give

13  you, repeat the question and second, if you don't know the

14  answer just tell me because it doesn't do me, it doesn't

15  do you, it doesn't do your counsel any good to speculate.

16  I'm just interested in what you know. There are plenty of

17  other people who know things that I can ask them about

18  things if you don't happen to know them. Could you repeat

19  your name for the record?

20       A    Yes, my name is Mohammad Saleh Yassin.

21       Q    And what is your, where do you live?

22       A    I live in San Juan, Puerto Rico.

23       Q    And you are represented today by counsel.

24       A    Yes, I am.

25       Q    Who are your counsels?

7

1      A      Bill Sushon from O'Melveny & Myers.

2      Q      Okay. And are you employed?

3      A      Yes, I am.

4      Q      What is your position right now?

5      A      I'm currently the director of the fiscal

6   agency, AFAF.

7      Q      Okay. Tell me where you, tell me about your

8   education starting with college.

9      A      Yes, I have a Bachelors Degree in Economics

10   from Harvard University, Harvard college and I have an MBA

11   in Finance from Wharton School of Business at the

12   University of Pennsylvania and I have a JD in, in law from

13   the University of Puerto Rico.

14     Q      Okay. What year did you get your Bachelors

15   Degree?

16     A      In '93.

17     Q      And your degree from Wharton?

18     A      2000.

19     Q      And your law degree?

20     A      2014.

21     Q      Okay. I understand you're a member of the, of

22   the bar of New York.

23     A      And the one in Puerto Rico.

24     Q      When did you join those two bars?

25     A      The bar of Puerto Rico was in February, I

12

1      Q      And what sort of matters did you work on with

2 the ERS?

3      A      Several matters, basically from, related to

4 pensioners funds meaning.

5      Q      Okay. Fair to say it was the matters later

6 reflected in Joint Resolution 188 and ACT 106?

7 MR. SUSHON:

8      Objection to the form.  You can answer.

9 MR. STEWART:

10      Q      You can answer.

11      A      Among others.

12      Q      Okay. What are some of the others?

13      A      The actual consolidation of the operations and

14 restructuring.

15      Q      Anything else?

16      A      No.

17      Q      Actually let me do this next, it's marked as

18 Exhibit 1 of the 30(b)(6) subpoena.

19 MR. SUSHON:

20      Thanks Geoff.

21 MS. DALE:

22      Thanks Geoff.

23 MR. STEWART:

24      Q      And this will be Exhibit 2, it's going to be

25 the objections to the 30(b)(6) subpoena. Mohammad, do you

1    MR. SUSHON:

2        I'm going to object, that's beyond the scope of the

3    topics but you can go ahead and answer, Mohammad.

4    MR. STEWART:

5        Q    Yeah.

6        A    Yes.

7        Q    Okay. Is ERS still in existence?

8        A    Yes.

9        Q    What does it do today?

10   MR. SUSHON:

11       Objection, that's also beyond the scope but you can

12   answer.

13   DEPONENT:

14       My understanding is that it provides services to the

15   retirement Board.

16   MR. STEWART:

17       Q    Okay. Are you a member of the retirement Board?

18       A    No.

19       Q    Okay. And the chair at the Board is from AAFAF,

20   correct?

21       A    Yes, I was executive director of the agency by

22   that time.

23       Q    So who is that?

24       A    I'm sorry?

25       Q    Who is the, who is the head of the retirement

1       A    Yes.

2       Q    Okay. Do you have, do you know the difference

3   between those two plans?

4       A    Not in particular details, no.

5       Q    In 1999 a defined contribution plan was added?

6       A    I believe so.

7       Q    And that's called System 2000?

8       A    That, I believe so.

9       Q    Do you know the difference between the plan

10  administer the, the plan described under System 2000 and

11  the plans under the two defined benefit plans?

12      A    I'm not sure, I don't understand the question,

13  could you be more specific?

14      Q    System 2000 was a defined contribution plan,

15  correct?

16      A    Yes.

17      Q    Do you know the difference between the defined

18  contribution plan and the defined benefit plan?

19      A    Yes.

20      Q    Okay. And just very briefly what is your

21  understanding of the difference?

22      A    I don't, to be clear I'm not familiar with the

23  details of the two systems but in general terms not

24  specific to, to the ones that you cite a defined benefit

25  plan is people may pay into, make contributions with the

22

1    promise of getting specific benefits at some point in the

2    future...

3         Q    Mmhm.

4         A    ...and a defined contribution plan is you make

5    contributions into a specific type of account or corpus

6    and that grows and you basically get paid from that.

7         Q    Okay. Like a, IRA would be a defined

8    contribution.

9         A    A, 401K's.

10        Q    401K?

11        A    Similar.

12        Q    And before June of 2017 what did you understand

13   the role was of ERS with respect to those plans?

14   MR. SUSHON:

15        Objection to form.

16   MR. STEWART:

17        Q    You can answer it if you understand.

18        A    I'm, I'm not quite sure what, when you...

19        Q    Okay. I'm going to ask you now only up until

20   June 2017.

21        A    Okay.

22        Q    Okay. But before June 2017 what was the ERS's

23   job when it came to those plans that you and I just talked

24   about?

25        A    Well...

23

1    MR. SUSHON:

2        Which plans are those, Geoff, I just...

3    MR. STEWART:

4        The   defined   benefit   plans   and   the   defined

5    contribution plans.

6    MR. SUSHON:

7        Okay.

8    DEPONENT:

9        The ones that it administered?

10   MR. STEWART:

11       Q    Yes. So their job is to administer the plans?

12       A    Yes.

13       Q    What, what...

14       A    Among other things.

15       Q    Okay. Well, first of all what did it mean to

16   administer plans?

17       A    I believe that they were in a, receiving the

18   contributions and inflow of cash and were investing that

19   cash, was, were remitting payments and, to beneficiaries

20   of, of, of the system.

21       Q    Do  you  know  if  ERS  paid  the  beneficiaries

22   directly or whether some other part of the Puerto Rican

23   government actually mad the payments?

24   MR. SUSHON:

25       Object to the form.

1    DEPONENT:

2         I'm, I'm not sure, that question should be asked to

3    the ERS.

4    MR. STEWART:

5         Q    Okay. You said that they administered the

6    plans, ERS administered the plans among other things, what

7    were the other things?

8         A    As I told you they were investing the proxies

9    they were, they had a lending operation, I believe, they

10   did that to the beneficiaries of the system they, I

11   believe they had sold part of that investment, loan, loans

12   to private clients so I know they used to do some

13   servicing those loans that they sold.

14        Q    Okay.

15        A    Those are...

16        Q    Those are...

17        A    ...those are ones that pop into my head at this

18   moment.

19        Q    I think you mentioned employer contributions a

20   minute ago. What was your understanding...

21        A    As I mentioned, contributions...

22        Q    Contributions.

23        A    ..and inflows in cash.

24        Q    Okay. Let me ask, who made those contributions?

25        A    You had different sources, you had I believe,

1   the different employers used to make contributions into

2   the corpus, you had the employees by the law, there was a

3   deduction made out of their, their paychecks which was

4   also contributed into the system.

5        Q    Mmhm.

6        A    I believe there was the AUC, that was

7   contributing to the system...

8        Q    Okay. What are AUC's...

9        A    ...and I believe also...

10       Q    ...sorry, I didn't meant to...

11       A    ...there were some investment income...

12       Q    Okay.

13       A    ...and some income that may have come from,

14  from their loan portfolio.

15       Q    What is or was an AUC?

16       A    I believe that's the additional, Additional

17  Uniform Contribution. It was instituted as part of one of

18  the reforms to, to shore up the, the corpus of the pension

19  system.

20       Q    Who, who made the AUC's?

21       A    I believe the, the employers.

22       Q    All of the employers?

23       A    I'm not sure if it was all... it was a

24  statutory mandate, so If you give me... show me the Act I

25  can...

1          Q     Have you heard of the law called 32, Act

2     32213?

3          A     Thirty two, honestly, I've heard I've heard

4     about a lot of Acts, if you can show me the act I can, my

5     preference to it.

6          Q     It's not that important, during the month.

7          A     Yes sir.

8          Q     Do you know how the amount of the AUC's was

9     set?

10          A     No.

11          Q     Did you understand that one of the ideas behind

12     the AUC's was to make sure that ERS always had at least

13     one billion dollars of liquidity?

14     MR. SUSHON:

15          Objection to the form. You can answer.

16     DEPONENT:

17          Yes.

18     MR. STEWART:

19          Q     Do you know whether ERS did in fact always have

20     that much liquidity?

21          A     I don't.

22          Q     Okay. I'm going back to the contributions for

23     a minute.  The contributions came from the Central

24     Government, correct?

25

1    MR. SUSHON:

2         Objection. You can answer.

3    DEPONENT:

4         Depends on which one of the different inflows you're

5    talking about.

6    MR. STEWART:

7         Q    The, well, did the Central Government, was the

8    central government responsible for paying AUC's?

9         A    I believe yes, part of it.

10        Q    And was the Central Government also responsible

11   to pay contributions to ERS to fund its employees pension

12   plans?

13        A    It had, it was an employee that participated

14   within the ERS, yes.

15        Q    Did all agencies and instrumentalities of the

16   Central Government participate in the ERS?

17        A    I believe no, for example, UPR which is an

18   instrumentality...

19        Q    Mmhm.

20        A    ...had it's own pension program.

21        Q    Okay.

22        A    ...and I believe also that PREPA which is the

23   electric utility also had a separate pension program.

24        Q    Okay.

25        A    I also believe that, I think one of the, the

1    symphony orchestra or something like that, I mean that's

2    like seventeen people or twenty people had also their own

3    retirement program.

4         Q    Okay. Back with those exceptions, the balance

5    in the Central Government was under ERS?

6         A    No

7    MR. SUSHON:

8         Objection to the form. Go ahead.

9    DEPONENT:

10        No because you had, for example, JRS and, administers

11    the, the judicial...

12   MR. STEWART:

13        Q    Right.

14        A    ...portion.

15        Q    And the teachers?

16        A    And the teachers also had their ERS.

17        Q    Okay. Putting those to one side, was there any

18   other part of the Central Government you can think of that

19   did not participate in the ERS?

20        A    At this moment I cannot come, I can't think of,

21   I don't...

22        Q    Do you know how money flowed to and through the

23   ERS before June of 2017?

24        A    The mechanics? No.

25        Q    Okay.

1    sitting.

2    DEPONENT:

3        I'm sorry, could you repeat the question?

4    MR. STEWART:

5        Q    Have you heard of something called pay-as-you-

6    go?

7        A    Yes.

8        Q    What is...

9        A    The concept, I've heard of the concept.

10       Q    Okay. What is the concept pay-as-you-go?

11       A    Basically it is a system that you receive

12   inflows and those same inflows that you receive you use

13   them to make the actual payments, they don't go into

14   corpus per se. That's why it's called pay-as-you-go...

15       Q    Mmhm.

16       A    ...you know, as it comes in you pay and that's

17   the usual activity.

18       Q    Okay. Do you understand the, the, even if we

19   asked about a question, do you understand that there are

20   pension systems that are run on a purely actuarial basis?

21       A    I don't understand the question, what do you

22   mean by that.

23   MR. SUSHON:

24       Objection to the form.

25

1    MR. STEWART:

2         Q    Okay. What, what is the alternative to a pay-

3    as-you-go system?

4         A    I think there, there are multiple alternatives,

5    depends on, on you. You could have, I'm not an expert in

6    pension matters but my understanding, you can have a, the

7    typical funded pension program or you have corpus and

8    inflows going to that corpus and those inflows are

9    invested and, and the corpus and the trust usually it's in

10   a trust, trust fund has specific outflows into it and

11   that's one side, one typical thing. I believe there are

12   also hybrid programs but I wouldn't venture, on applying

13   on it, I'm not an expert.

14        Q    Do you know if ERS was ever a fully funded

15   program?

16        A    I would refer you to the financial statements

17   and, and ERS it self to find out about that.

18        Q    Okay.  Now, ERS had the services up on actuary?

19        A    I believe so.

20   MR. SUSHON:

21        Geoff, this is beyond the scope.

22   MR. STEWART:

23        This is a foundational question.

24        Q    And the actuary was Milliman?

25        A    At least the recent interactions except in

1    government has been with, Milliman, I don't know how far

2    back.

3         Q    Do you ever yourself ever had dealings with

4    Milliman?

5         A    Yes.

6         Q    Okay. And what was the, in a very general

7    level, what was the nature of your dealings with Milliman?

8    MR. SUSHON:

9         Objection, beyond the scope. You can answer.

10   DEPONENT:

11        There might be deliberate issues there but that's

12   subject to...

13   MR. STEWART:

14        Q    If it's privileged don't tell me, okay? If you

15   want to confirm with your counsel that's also fine. Well,

16   let me just ask this, did you confirm with Milliman in

17   connection with the preparation of either Joint Resolution

18   188 or ACT 106?

19   MR. SUSHON:

20        You can answer that yes or no, Mohammad.

21   DEPONENT:

22        Yes.

23   MR. STEWART:

24        Q    Thank you. Okay. So going back to the pay-as-

25   you-go, system, is it your understanding that pay-as-you-

38

 1    consulting   actuaries   if   measures   are   not   taken   to

 2    significantly   increase   contributions   the   system   will

 3    become   insolvent   by   fiscal   year   2018   depending   on   the

 4    timing of receipt of contributions in the system's ability

 5    to dispose of a liquid asset." Do you see what I just read

 6    to you?

 7        A    Yes.

 8        Q    Was that consistent with your understanding of

 9    the state of the ERS back in June 2016?

10    MR. SUSHON:

11        Objection, beyond the scope.

12    DEPONENT:

13        I never looked at the document on the 16th, I wasn't

14    in government.

15    MR. STEWART:

16        Q    So when you did become involved with AAFAF did

17    you have an understanding whether or not ERS was at that

18    time insolvent?

19        A    Our understanding and concern was that ERS was

20    that the ERS was running out of liquidity to meet it's

21    pension obligations sometime in early fiscal '17-'18.

22        Q    Okay. Just for the record, the fiscal year

23    begins July 1 and ends on June 30th, correct?

24        A    July 1, yes.

25        Q    Okay. And we are right now in fiscal year 2019?

1      A      This would be '18-'19, 18 dash 19, yes.

2      Q      Okay. And July 1, what fiscal year begins?

3      A      In, '19-'20.

4      Q      Okay. That would run all the way to then June

5      2020?

6      A      June 30, 2020. That's correct.

7      Q      Okay. If we go to stub of Page number 9.

8      A      It's 9...

9      Q      9, well the number at the bottom, nine.  In the

10     third paragraph it begins with the phrase that the system

11     becomes insolvent. I'll read, well, why won't you read it

12     to yourself.

13     A      I'm sorry?

14     Q      Just, I'll wait, I was going to  make your read

15     it to yourself and it'd be easier if I just read it into

16     the record. It says here: "If the system becomes insolvent

17     it would be operating solely on a "pay-as-you-go" that was

18     in quotes, basis which means that the system would be

19     unable to pay benefits that exceed the actual employer and

20     member contributions received and there is a parenthesis

21     (net  of  administrative  and  other  expenses),  close

22     parenthesis  unless  the  Commonwealth  and  other

23     participating employers provide the funding required to

24     meet the, "pay-as-you-go" required benefits." Do you see

25     the language that I just read into the record?

1        A    Yes.

2        Q    Was that your understanding of what would

3    happen if the ERS became insolvent?

4    MR. SUSHON:

5        Objection, his understanding as of when?

6    MR. STEWART:

7        As the time he joined AAFAF.

8    DEPONENT:

9        As I mentioned earlier in, in my testimony our

10   understanding or my understanding and the understanding of

11   the people who worked on pension is that the ERS system

12   would be running out of liquidity to meet it's pension

13   obligations sometime early in the fiscal year '17-'18.

14   MR. STEWART:

15       Q    Okay. Thank you. And then actually let's get

16   this to... Then there's another document, isn't it?

17   MS. PÉREZ:

18       Mmhm.

19   MR. STEWART:

20       The we'll give him three of them. I'm going to

21   remove the exhibit cover.

22   MS. PÉREZ:

23       What exhibit cover?

24   MR. STEWART:

25       Now, I can't remove this off the cover. So what's the

46

1    been asked by the Board when it asked the Commonwealth to

2    provide a Revised Baseline forecast to reflect Pay-Go

3    funding for pension benefits?

4    MR. SUSHON:

5         Objection...

6    MS. DALE:

7         Objection to the form.

8    MR. SUSHON:

9         ..and I just want to clarify you're just asking about

10   the actual Fiscal Plan...

11   MR. STEWART:

12        That's right.

13   MR. SUSHON:

14        ...that's certified?

15   MR. SUSHON:

16        Okay.

17   MR. STEWART:

18        Yeah.

19   MR. SUSHON:

20        You can answer that, Mohammad.

21   DEPONENT:

22        Yes.

23   MR. STEWART:

24        Q    Okay. And when did you begin, let me back up a

25   little bit, what was done to incorporate such a forecast

47

1    into the Fiscal Plan?

2         A    Basically we estimated what was the, the

3    pension payment obligations and that was incorporated into

4    the, the Fiscal Plan outflows and obviously the ones that

5    pertained to the government depending on, on each, there

6    were multiple Fiscal Plans so which one are you make, are

7    you referring to? Are you referring to the...

8         Q    Just the first one you worked on.

9         A    Well, we worked on multiple within, there were,

10   the Fiscal Plan for the government versus Fiscal Plans for

11   PRASA for plans for...

12        Q    For the government...

13        A    ...EVD fiscal...

14        Q    ...for the government.

15   MR. SUSHON:

16        So, for the Commonwealth.

17   MR. STEWART:

18        Q    The Commonwealth, yes.

19        A    Okay, you're right. Well, in the Commonwealth

20   Fiscal Plan then that reflected the, the estimate of what

21   would be payment to pensioners...

22        Q    Mmhm.

23        A    ...for entities that were within or within that

24   Fiscal Plan and that was done to, to reflect that Pay-Go

25   funding and the segregation of the current employee

48

1    contributions from, I would say probably from that get go

2    the administration was committed to protect the, the

3    contribution of the employees and setting up a 401 like,

4    defined contribution program, so that's what got

5    incorporated.

6         Q    Do you remember when you did that?

7         A    When I did what?

8         Q    When you, what you just described how Pay-Go,

9    Pay-Go funding was incorporated into the Fiscal Plan and

10   my question was do you remember when that was.

11        A    I'm, I'm not sure what you mean.

12        Q    Well, you joined AAFAF in January 2017?

13        A    Yes.

14        Q    Okay. And when you joined AAFAF in January 2017

15   did you begin working on the Fiscal Plan?

16        A    A, I mean, a team of people was working on the

17   Fiscal Plan, yes.

18        Q    Right. You and people who you've worked with?

19        A    Yes.

20        Q    And did you and your team in January 2017 begin

21   working on a Fiscal Plan that incorporated a Revised

22   Baseline forecast to reflect Pay-Go funding for pension

23   benefits?

24        A    The Fiscal Plan that was submitted to the

25   Fiscal Oversight Board tried to comply with the

1    people responsible for coming up with the nuts and bolts

2    of Pay-Go in the following months?

3    MR. SUSHON:

4        Object to the form.

5    DEPONENT:

6        I believe that I, that there was a team in place

7    that, that worked on it and yes, I was involved in that,

8    in that effort.

9    MR. STEWART:

10       Q    Okay. And you mentioned as well that the Board

11   wanted to cut on pension benefits?

12       A    Yes, it continued to want the cut and we

13   continued to oppose the cut.

14       Q    Does the Fiscal Plan they certified in fact say

15   there would be a ten percent cut in benefits?

16       A    Yes.

17       Q    To your knowledge...

18       A    I'm...

19       Q    ...go ahead.

20       A    ...I'm referring obviously to the March...

21       Q    correct.

22       A    ...Fiscal Plan because it's been like five or

23   six different certified plans, so...

24       Q    Does the...

25       A    ...I'm assuming you're asking about that one,

52

1   right?

2        Q    I did but I'll ask whether the pension plan in,

3   the Fiscal Plan enforced today also calls for a ten

4   percent cut in pension benefits.

5        A    You're right, yes.

6        Q    Okay. Sorry. Just to be clear, though, that's

7   not an across the Board cut, correct?

8        A    I believe it's, I'm, I'm not actually sure

9   because they have this weird way of kind of like...

10       Q    Don't, don't speculate. If you don't know just

11   tell me you don't know.

12       A    I don't know but there's a document that I

13   referred you...

14       Q    Yes.

15       A    ...on the...

16       Q    Yeah.

17       A    ...Fiscal Oversight Board on how they interpret

18   the cuts, so I refer you to that one.

19       Q    Okay. So let's pull out the February 28 Fiscal

20   Plan which is Exhibit 6.

21   MS. PÉREZ:

22        This is from the Board's website.

23   MR. STEWART:

24       Q    Okay. This is from the Board's website annual

25   report. Mohammad the reporter's had place before you the

56

1    around to different pages but I'd like to start at, let's,

2    on the column slide do you call it by slide or page, what

3    is the proper way to describe this?

4         A    Either way, which one do you like?

5         Q    I don't like either, it's up to you, you're the

6    witness, you tell me what you like.

7         A    It's a PowerPoint so let's go with slides.

8         Q    Slides, let's go to slide, slide 62.

9         A    And I just, for the record, I've never seen so

10   many PowerPoints in my life until I got to the government.

11        Q    Yeah, I think it's taking over the world.

12        A    Which one, which one?

13        Q    Sixty-two.

14        A    Six, six-two?

15        Q    Six-two, please. Do you see under specific

16   initiatives, there's...

17        A    Specific initiatives, yes.

18        Q    ...the first bullet point says which, pardon

19   me, "Switch to pay-as-to-go model to cover remaining

20   defined remaining defined benefit obligations."

21        A    Yes.

22        Q    Okay. And so in the February 28 Fiscal Plan

23   that was submitted to the Board this was an initiative the

24   Commonwealth had decided to undertake, is that fair to

25   say?

57

1       A     Yes.

2       Q     Okay. Was there anything particular in this

3    pay-as-you-go model at that point in time that you

4    remember?

5       A     At that point in time I think it was more,

6    still in the conceptual level of, of the process.

7       Q     What thought had been given about how the pay-

8    as-you-go model was going to be funded?

9    MR. SUSHON:

10      I'm going to object, I think that that has the

11   potential to get into a deliberative process, privileged,

12   so Mohammad, you should carve out of your answer anything

13   that was under consideration but not then finally decided

14   in answering Mr. Stewart's question. Subject to that you

15   can answer.

16   DEPONENT:

17      Could you rephrase the, your question?

18   MR. STEWART:

19      Q     Sure.

20      A     Just to make sure that I...

21      Q     Okay. As of the date of this report...

22      A     Yes...

23      Q     ...February 28th, 2017 what thought had been

24   given to how the pay-as-you-go model was going to be

25   funded?

1    MR. SUSHON:

2         And I have the same objection.

3    DEPONENT:

4         At that time we used to, we were still

5    deliberating...

6    MR. STEWART:

7         Q    Okay.

8         A    ..the specifics.

9         Q    Fair to say there were different approaches

10   being considered but none decided upon yet?

11   MR. SUSHON:

12        Object to the form.

13   DEPONENT:

14        I think it was decided it was going to be a pay-as-

15   you-go...

16   MR. STEWART:

17        Q    Mmhm.

18        A    ...because the corpus was already empty and we,

19   the government was facing fiscal challenges that wouldn't

20   have allowed it to bail out, the system.

21        Q    Okay. Right. I'd like to, I have a question

22   raised by, it's on slide 92. It says at the top: "The

23   scope of this liquidity plan is the Treasury Single

24   Account, TSA, which channels approximately two thirds of

25   the government's cash flow."

1      A      A Fiscal Cliff is a point in time where, I

2   guess, there would be a drop in, in the amount of cash

3   necessary to comply with an obligation.

4      Q      Okay.

5      A      That's in general terms.

6      Q      The first bullet of this, right next to that

7   says: "Pension asset depletion assumes ERS and TRS run out

8   of liquid assets and are unable to transfer funds to  the

9   TSA beginning January 2018 and April 2018 respectively.

10      A      Yes.

11      Q      Was the assumption you worked with in preparing

12   the Fiscal Plan?

13      A      Again at that, at that, and this Fiscal Plan,

14   yes, it was the assumption.

15      Q      Did the assumption later change?

16      A      I don't think so because the procedure plans

17   that were certified were beyond the point of, of

18   depletion, so it was no assumption, they were just

19   depleted.

20      Q      So they were beyond the point of completion?

21      A      That's my, of the liquid assets, yes.

22      Q      When did the liquid assets become depleted?

23      A      I couldn't... that's a question that the ERS

24   can tell you specifically when these funds were

25   depleted...

63

1          Q     Right.

2          A     ...but what I meant to say, so that we can be

3     clear, is that the posterior Fiscal Plans were already

4     beyond those points so that's why the assumption probably

5     has changed.

6          Q     There came a time yet they're not, when here

7     were asked, was directed to liquidated assets and transfer

8     of the proceeds to Hacienda, correct?

9          A     I believe that the Joint Resolution 188 and Act

10    106 speak for themselves.

11         Q     Okay. And that was done? ERS did indeed

12    liquidate it's assets, transferred the money to Hacienda?

13         A     No.

14         Q     It did not.

15         A     It, I believe transferred the hundred,

16    approximately the one hundred million four hundred or

17    something.

18         Q     What, okay, what happened to the rest?

19         A     They are at ERS?

20         Q     To this day?

21         A     That's my understanding, ERS can confirm that,

22    my understanding is that, they are there.

23         Q     Do you know why they're ERS to this day?

24    MR. SUSHON:

25         Objection to the extent that that, answering that

64

1    question would require you to divulge attorney-client

2    privilege, communications or any deliberative process.

3    Privilege communications you shouldn't answer. Subject to

4    that you may answer the question.

5    DEPONENT:

6         I cannot answer that question.

7    MR. STEWART:

8         Q    Okay. Let's go to slide 113.

9         A    One, one three?

10        Q    One, one three. This slide is entitled

11   "Pensions Implementation Timeline?"

12        A    Yes.

13        Q    Can you tell me what this slide is intended to

14   show?

15        A    This was a requirement and that the Fiscal

16   Oversight Board required, required from the government to,

17   to not only on, on the concepts present what, what would

18   be the blueprint but rather tried to provide an estimate

19   of what the timing would be to, on these issues and

20   specific steps that would need to, to be addressed and

21   that's what this slide is.

22        Q    And when, and not only the steps to be

23   addressed but then they would be addressed?

24        A    Yes, the targeted timeline.

25        Q    Okay. And who, who was it that came up with

1    A    ...as we all know.

2    Q    Mmhm. Okay. So that, we go to slide 132. The

3    slide's entitled Detailed TSA Cash Flows Before Cliffs

4    Measures and Debt Service.

5    A    Yes.

6    Q    And there's a line that's numbered, row 17,

7    it's "Pension Benefits."

8    A    Yes.

9    Q    Do you know where the, and this projects what

10   benefits are expected to be starting with July 2016 and

11   ending at the end of fiscal year 2018?

12   A    Yes.

13   Q    Do you know where this information came from?

14   A    This would be an estimate based on the best

15   available data at that time. We need to keep in mind that

16   when the current administration took office on January

17   2nd, 2017...

18   Q    Mmhm.

19   A    ...we got the cash balance of the government,

20   overall it was two hundred some million dollars and we

21   were facing a payroll expense that was not, we didn't have

22   the funding for it and we didn't have, there was the

23   pension cliff that we estimated was going to be hitting

24   and there was no reporting whatsoever on cash availability

25   for the government so a lot of what we handed was no other

1    financial statements so when we came in, there was little

2    visibility to the finances of the government so a lot of

3    the information that was gathered was based on movements

4    of cash, on a cash basis and trying to reconstruct from

5    that movement of cash to the best of our ability what we

6    estimated was going to be so that came probably from some

7    type of estimate, best estimate based on cash outflows and

8    cash inflows, obviously from then on then, as we put in,

9    as AAFAF developed the systems and the monitoring of the

10    cash flow obviously more robust data, obviously, became

11    available but at that point that, probably it is an

12    estimate based on, it's the best guess estimate of, of

13    what the, based on the existing cash inflows and outflows

14    that were available at that time.

15    Q    Let's go to the next page, to row number 3...

16    A    Okay.

17    Q    ...it's a fiscal cliff called ERS Asset

18    Depletion.

19    A    Let me see. At page 133?

20    Q    133.

21    A    Yeah, I'm sorry, what is it?

22    Q    row 3 to the far right.

23    A    But...

24    MR. SUSHON:

25    The second row of three...

72

1   Q  Okay. Where you involved in the preparation of

2 Joint Resolution 188?

3   A  The initial drafting? No. We were, AAFAF was

4 once it was filed AAFAF made some comments.

5   Q  When you say "filed" you mean introduced...

6   A  Yes, I'm sorry...

7   Q  ...in the Legislature?

8   A  ...yeah.

9   Q  That's fine. I'm, is this a document or that

10 you are familiar with?

11   A  Yes.

12   Q  Let me ask you some questions about it.

13   A  Yes, of course.

14   Q  I'm now on Page 2 which is section 1.

15   A  Page 2, section 1, yes.

16   Q  And section 1 talks about, section 1, first

17 sentence...

18   A  Mmhm.

19   Q  ...it says "The amount of $390,480,000.00 is

20 allocated under the custody of the Office of Management

21 and Budget for payment of pensioners in the Central

22 Government, and Judiciary Retirement Systems, the Teachers

23 Retirement System arising from the sale of assets or

24 available funds from the Central Government and Judiciary

25 Retirement System and the Teachers Retirement System.' Did

1    you see that, what I read in here?

2        A     Yeah, let me just read it in Spanish for a

3    second.

4        Q     Okay.

5        A     Yes.

6        Q     Okay? And do you know why this amount was

7    allocated as supposed to some other amount?

8        A     That was the amount that was necessary to be

9    able to certify the budget.

10       Q     Okay. Necessary under the Fiscal Plan that had

11   been approved by the Board?

12   MR. SUSHON:

13       Object to the form.

14   DEPONENT:

15       And necessary as to... yes, necessary as to the, to,

16   to have a compliant budget to the Fiscal Plan.

17   MR. STEWART:

18       Q     Do the number, did that number come from the

19   oversight Board or from some other source?

20       A     That came from the Oversight Board, the process

21   of certification of the budget...

22       Q     Mmhm.

23       A     ...they indicated that number.

24       Q     Okay. Let's go to the next page into Section 2.

25   That says "The Central Government and Judiciary Retirement

1    System and the Teachers Retirement System are ordered to

2    sell their assets and to transfer the net cash proceeds in

3    addition to any available funds into the Treasury

4    Secretary's account." Do you see that?

5         A    Yes, let me read it in Spanish just to...

6         Q    Sure.

7         A    Yes.

8         Q    Is the translation consistent so far as you can

9    tell?

10        A    It's actually pretty good.

11        Q    Okay. Where they ordered and your understanding

12    of this section is...

13        A    Mmhm.

14        Q    ...did Section 2 order these retirement systems

15    to sell all of their assets per less than all of their

16    assets?

17   MR. SUSHON:

18        Object to the form.

19   DEPONENT:

20        I believe that that calls for, the document speaks

21    for itself. The orderly in sense of the words, the sense

22    of the words speaks for themselves.

23   MR. STEWART:

24        Q    What's your understanding?

25        A    Are you asking me for legal interpretation?

1       Q    I'm asking you for your personal understanding.

2       A    It's, it orders them to sell their assets and

3    to transfer any proceeds.

4       Q    Okay.

5       A    That's my understanding...

6       Q    Do you know...

7       A    ...the plain, the plain language speaks for

8    itself.

9       Q    Do you know whether they did sell al of their

10   assets?

11      A    That's a question that you should address to

12   them, my understanding is that no, that you should check

13   and confirm with them.

14      Q    Mmhm. It says here "Into the Treasury

15   Secretary's account", do you know if that's reference too?

16      A    It must, it's not specific, it goes to a

17   specific, to, to an account belonging to the Secretary of

18   the Treasury. You would have to ask Treasury to identify

19   which account if....

20      Q    There is not one account called the Treasury

21   Secretary's account to your knowledge?

22      A    To my knowledge no, that's a question that

23   should be directed to...

24      Q    Okay. So let's go onto Section 4 then.

25      A    Yes.

1      Q    As a few subparagraphs, the first of these

2    says: "The Genaral Fund through the pay-as-you-go system

3    shall assume any payments for the three Retirement Systems

4    cannot make." Okay. At the time this was written what was

5    the understanding if any about what payments the

6    Retirement Systems were not going to be able to make?

7    MR. SUSHON:

8        Object to the form.  Understanding by whom?

9    MR. STEWART:

10       Q    By his own understanding, it's all I can ask

11   him.

12   MR. SUSHON:

13       Okay.

14   DEPONENT:

15       The, the different systems, ERS in particular had a

16   statutory obligation to make pension payments and what

17   this refers to is to the extent that ERS is unable to pay

18   those statutory obligation pension payments, and the

19   Genaral Fund would assume such payments.

20       Q    Would do the Genaral Fund do so by giving money

21   to the Retirement Systems or by doing to it...

22       A    No.

23       Q    ...by some other sources?

24   MR. SUSHON:

25       Object to the form.

1          Q     Do you know what the General Fund is?

2          A     You need to check with Hacienda but my

3    understanding is the General Fund is basically the main

4    budget of the operating budget, operating fund of, of the

5    government. I'm not, I'm not an expert on government

6    accounting terminology...

7          Q     Mmhm.

8          A     ...but I believe that that's the fund from

9    where the actual budgeting goes from the main government

10   but again, Hacienda probably can give you a, to add more

11   color to that.

12         Q     Okay. The next paragraph...

13         A     Yes.

14         Q     ...says: "Employer contributions by the Central

15   Government, Public Corporations and Municipalities to the

16   Puerto Rico Government Employee Retirement System and the

17   Teachers Retirement System shall be eliminated given the

18   burden of the respective payments of these systems

19   pensioners places on the General Fund." I believe we've

20   talked about contributions before. Do you understand the

21   phrase employer contributions here to be referring to the

22   same thing you testified about earlier, about

23   contributions made to the ERS?

24   MR. SUSHON:

25         Object to the form.  I also object on the grounds

79

1    that it calls for a legal conclusion from a lawyer. You

2    can answer with your general understanding if you have

3    one, Mohammad.

4    DEPONENT:

5        Again, I think we, the employer contribution probably

6    is defined in the corresponding acts probably or for each

7    one of the systems that would be made...

8    MR. STEWART:

9        Q    Okay. So should go to the...

10       A    ...that's my understanding.

11       Q    ...go to the original obligation to see what

12   that means.

13       A    Yes because it, this eliminates a, I guess,

14   purports to eliminate a, legal obligations or I would have

15   preferred to award that original obligation was enacted.

16       Q    It says here and then it goes on to say: "Given

17   the burden of that respective payments the these systems'

18   pensioners places on the General Fund." Do you see what I

19   just read here?

20       A    Yes.

21       Q    Why would it be that the burden that the

22   respective payments to those systems' pensioners was

23   placed on the General Fund?

24   MR. SUSHON:

25       Object to the form.  Also Mohammad, to the extent

1    that answering that question would require you to testify

2    that deliberative process, privileged communications, you

3    shouldn't answer if you have any independent answer to

4    that question then you can give it.

5    DEPONENT:

6        I'm going to ask you to rephrase the question because

7    I didn't understanding the question.

8    MR. STEWART:

9        Q    Sure. Do you know, do you know why it says here

10    that those contributions placed a burden on the General

11    Fund ?

12    MR. SUSHON:

13        Same objection.

14    DEPONENT:

15        Because, again, the, the systems were created as a

16    trust of, into which money had to come in and we had also

17    the statutory obligations to make those payments to that's

18    regrettably by the time this administration took control

19    those funds were pretty much depleted and they were not

20    going to be able to meet whether statutory requirements

21    and, and I would probably say that the creation of, for

22    the government part of the issue is if those payments were

23    not made it would require the General Fund to have to give

24    them food stamps, health, free healthcare, free housing

25    and so on and so forth so in that sense that would have,

1    burden  the  General  Fund  because  the  General  Fund  is

2    basically were a lot of those monies are budgeted.

3    MR. STEWART:

4        Q    Can we backup a little? The contributions from

5    municipalities to ERS did not come from the General Fund,

6    did they?

7        A    No.

8    MR. SUSHON:

9        Object to the theform.

10   MR. STEWART:

11       Q    And in the contributions by public corporations

12   to the ERS did not come from the General Fund, did they?

13   MR. SUSHON:

14       Same objection.

15   DEPONENT:

16       Some of them, yes.

17   MR. STEWART:

18       Q    How much were percentage?

19       A    I don't know, you would need to look at the, at

20   each budget for each year to identify but I don't think,

21   I think you, you're looking at it from the wrong side

22   because the issue is if the municipalities would not pay,

23   if all, let me say if pension as the municipalities do not

24   receive payments whether, regardless of where the source

25   of  the  payment  comes  from  the  fact  is  that  person

1    presumably will need to continue to eat, receive public,

2    and receive healthcare and depending on the specific

3    things they might qualify for other governmental help, so

4    when that pensioner who used to work for a municipality

5    and when he retired would stop receiving that pension

6    payment the end result would be that that pensioner

7    probably would seek governmental help in the forum of food

8    stamps, healthcare, probably free housing and a multitude

9    of other social programs that we have and those programs

10   are, are paid for by the, by the General Fund so to the

11   extent that, for example, Mohammad was a pensioner of the

12   municipality of Jayuya and for some reason Mohammad's

13   pension check didn't come through and Mohammad fell below

14   the threshold levels to qualify for public assistance

15   Mohammad probably would go ask for food stamps and go ask

16   for, to be on the healthcare program and so on and so

17   forth and that charge, the expenses of giving Mohammad

18   food stamps and the expenses of giving Mohammad healthcare

19   and all the myriad of other programs that is paid for by

20   the General Fund, not the municipality...

21        Q    Something...

22        A    ...so that, and I'm just using myself as a

23   simple example.

24        Q    So if the municipality did continue to make

25   contributions it would relieve the burden of the General

1    Fund, correct?

2    MR. SUSHON:

3        Object to the form.

4    DEPONENT:

5        The obligation to, to that, the pensioner's, the

6    obligation to pay the pensioner is actually of the trust.

7    MR. STEWART:

8        Q    Mmhm.  So if the municipality gave money to the

9    trust so it can pay the pensioners that would take some of

10   the load off of the General Fund, wouldn't it?

11       A    The issue that the corpus of the system is,

12   doesn't have liquidity so there wasn't sufficient money to

13   do that.

14       Q    But, okay, but the municipalities did put in

15   money it could only help, correct?

16   MR. SUSHON:

17       Object to the form. Asked and answered. You can go

18   ahead and tell him again.

19   DEPONENT:

20       Yes, I don't feel comfortable speculating about

21   hypotheticals...

22   MR. STEWART:

23       Q    I see.

24       A    ...because I don't know when the inflows are

25   versus the outflows.

84

1        Q      What projections did you see of the inflows

2    versus the outflows of these burdens on the General Fund

3    that would come from food stamps and other services if

4    contributions to ERS stopped?

5    MR. SUSHON:

6        I object to the extent that that was part of the

7    deliberative process, you shouldn't testify about that. If

8    there are any projections that you saw independent of that

9    deliberative process you can testify about those...

10   DEPONENT:

11       No, there...

12   MR. SUSHON:

13       ...so anything would be covered by the leverage.

14   DEPONENT:

15       It's privileged, yes.

16   MR. STEWART:

17       Q      You have, just for the record, you just said

18   you can't answer my question because it's privileged?

19       A      Yes.

20       Q      Okay.

21       A      I mean, do, your question so I can, to make

22   sure that I'm, is what studies or the projections we

23   looked at...

24       Q      Mmhm.

25       A      ...in the process of formulating?

1      Q      Well, it is this particular thing you told me

2      about...

3      A      Yeah.

4      Q      ...which is that cities stopped giving money to

5      ERS, ERS it would cause more people to seek Central

6      Government benefits.

7      A      That's the working assumption, yes.

8      Q      Okay. And the reverse is if cities kept making

9      contributions to ERS how would it increase the burden on

10     the General Fund, same answer?

11     A      And my answer to the second one was that we

12     would need to see the specific inflows of, and outflows on

13     the specific municipalities to be able to give an answer.

14     Q      Okay.

15     A      The general presumption was that the inflows

16     were less than the outflows so by, by nature...

17     Q      Mmhm.

18     A      ...that's what, that's...

19     Q      Fair to say.

20     A      ...that's why we have a problem, otherwise if

21     the inflows were higher then we wouldn't be sitting here

22     probably.

23     Q      Fair to say it's better to have some inflows

24     than no inflows?

25

1    MR. SUSHON:

2        Object to the form.

3    DEPONENT:

4        It depends because at the end of the day the, the

5    corpus of ERS was already depleted so it's kind of like

6    the stage 5 cancer when we came in...

7    MR. STEWART:

8        Q    Mmhm.

9        A    ...and notwithstanding all of funds for the

10   pensions at the point that we came in, you know, the

11   liquid assets were pretty much depleted.

12       Q    But my question is all a little but different,

13   it's more simple, isn't it better to have some inflows to

14   ERS rather than no inflows into ERS?

15   MR. SUSHON:

16       Object to the form. It's an incomplete hypothetical.

17   You can answer.

18   DEPONENT:

19       The answer to your question it depends because if

20   you, if you take away the burden of 49 billion dollar

21   unfunded pension liability then that's, that's much more

22   beneficial than any inflow that you can bring into the

23   agency, so...

24   MR. STEWART:

25       Q    So is it fair to say that by removing ERS'

1    obligation to pay pensions there was no more need for

2    employer contributions?

3    MR. SUSHON:

4        Object to the form.

5    DEPONENT:

6        I wouldn't, that's not what I was mentioning, I mean,

7    ERS has a main statutory obligation which is to provide

8    the pension payments the trust has beneficiaries and it

9    has to pay those beneficiaries to the extent that we, the

10   government helped ERS by, to comply with the statutory

11   objective which is the payment of social, of pension

12   payments to avoid the social upheaval that would result,

13   the damage to society and the fact that we alleviated 49

14   billion dollars of, of the balance sheet in itself that's

15   not possible.

16   MR. STEWART:

17       Q    Mmhm. So you're saying ERS no longer had the

18   obligation to make those payments?

19       A    To the, if you see here the obligation is not

20   that no longer have it, it says that it has to pay

21   inasmuch as it can...

22       Q    Mmhm.

23       A    ...and once it, it's, the corpus cannot make

24   any additional payments then the General Fund would have

25   to step in...

88

1      Q     Mmhm.

2      A     ...so, I mean, that's, that's I think it was on

3    number 2 that you read to me, see, "The three retirement

4    systems shall continue to meet their obligations to the

5    beneficiaries and pensioners by contributing available

6    funds on funds arising from sale of their assets to the

7    General Fund" and if you combine that with number 1, 'The

8    General Fund through the pay-as-you-go system shall assume

9    any payments that the three retirement systems cannot

10   make."

11     Q     Mmhm. So this was taking that obligation, paid

12   pensioners, and putting it on the General Fund?

13     A     It, it...

14   MR. SUSHON:

15        Object to the form.

16   DEPONENT:

17        ...here it doesn't put the obligation on the General

18   Fund, it just says that General Fund shall assume the

19   payment because remember, subsequent to this there was ACT

20   106, right? So...

21   MR. STEWART:

22     Q     Good, and we will get to that, okay? Next

23   paragraph on...

24     A     Yes.

25     Q     ...page, it's subparagraph number 4...

1      A     Yes.

2      Q     ...it says: "The obligation to pay the

3      Additional Uniform Contribution shall be eliminated."

4      A     Yes.

5      Q     Do you know why that was done?

6      A     No, I believe for the same reason as, that

7      applies to number 3.

8      Q     Okay. And five says: "AAFAF shall establish and

9      implement all mechanisms necessary so that Central

10     Government, the Municipalities and Public Corporations may

11     contribute to financing the pay-as-you-go systems." Do you

12     see that?

13     A     Yes.

14     Q     Was that something that you worked on at AAFAF?

15     A     Yes.

16     Q     And they used the word mechanisms or some other

17     word to describe the scope of what, what you did pursuant

18     to the subparagraph.

19     A     We didn't use any specific word.

20     Q     Okay. This should be next. Mohammad, the

21     reporter has placed before you Exhibit 9, take a minute to

22     look at it, my question's going to be whether you

23     recognize this document.

24     A     Yes.

25     Q     Is this the document that you were involved in

1      Q      Do you know whether this memorandum understand

2      ever became effective?

3      A      Yeah, I believe it in terms of operations it

4      was as I told you when, when there's a division of labor

5      each party assumes their areas of expertise and these

6      describe those divisions of labors, I am not sure if they

7      were effectively put in operations as they were here.

8      Q      Mmhm. Okay. Do you know if this...

9      A      That would...

10      Q      Go ahead, please.

11      A      ...what I would ask is if you probably need to

12      ask ERS if they effectively put them in place...

13      Q      Mmhm.

14      A      ...and ask Hacienda if they put their place

15      in...

16      Q      Mmhm.

17      A      ...as to AAFAF's obligations, yes, we did

18      calculate the pay-as-you-go charge.

19      Q      To, to your knowledge is this document still in

20      force?

21      A      No.

22      Q      Do you know when it was written?

23      A      I can't recall.

24      Q      Was it, let's pout it, how soon after Joint

25      Resolution 188 was passed was this written if you have any

1        Q     Okay.

2        A     ..the, the joint resolutions because remember,

3   you have a joint resolution on, on the General Fund for

4   the main government so I'm not sure what that contains. If

5   you can provide me with a copy of them I'll be able to...

6        Q     Maybe at the break we'll see what we can find

7   though, okay. Go to Page 3. It speaks about obligations of

8   the parties.

9        A     Yes.

10       Q     Okay. And while you go through these so just I

11  understand them. First is calculating Retirement Benefits,

12  that's 2-A...

13       A     Yes.

14  ██  ███ ████ ████ ████ ████ ████ ████ ████ ████
██  ████ ██ ████ ████ ████ ████ ████ ████ ████
██  ████ ██ ████ ████ ████ ████ ██ ███
██  ████ ████ ████ ████ ████ ████ ████
██  ████ ████

19  MR. SUSHON:

20       Objection.

21  DEPONENT:

22       The, these, the actual operational system for how

23  much a pensioner receives?

24  MR. STEWART:

25       Q     Mmhm.

1      A      ...resides with each one of the entities, so
2      they, they probably are the ones who are calculating how
3      much the end the pensioner receives.

4      Q      By each entity you mean each plan...

5      A      Yes.

6      Q      ...not each entity...

7      A      No, no, no.

8      Q      ...that makes a contribution or employs people.

9      A      No, no.

10     Q      Okay.

11     A      The only one who knows what are the historical
12     pension benefits that each pensioner should receive would
13     be ERS for it's trust beneficiaries and TRS for it's trust
14     beneficiaries and JRS for it's trust beneficiaries.

15     ██  ████ ██ ██ ████ ██ ████ ██ ██ ██
██ ██████████████████████████████████████████████
██ ██████████████████████████████████████████████
██ ██████████████████████████████████████████████
██ ████████████████

20     A      Where are your reading, sir? I'm sorry.

21     Q      At the very end of that same subparagraph.

22     MS. DALE:

23     2-A.

24     MR. STEWART:

25     Q      ...2-A at the very end.

1      A      Mmhm.

2      Q      See the last two lines?

3      A      Yes.

4      Q      Do you know by the time this MOU was written

5  who actually made the payment?

6  MR. SUSHON:

7      Object to the form.

8  DEPONENT:

9      I believe the payments were being made by the

10  Secretary of the Treasury pursuant to...

11  MR. STEWART:

12      Q      Okay.

13      A      ...to the Joint Resolution 188 and other

14  budgetary resolutions.

15      Q      And let me ask what I know sound like a stupid

16  question.

17      A      There are no stupid questions.

18      Q      Just wait to hear mine.

19      A      I'll let you know.

20      Q      The, these checks, are they on a bank or are

21  they just say Hacienda of Puerto Rico only, if you know?

22  MR. SUSHON:

23      Objection.

24  DEPONENT:

25      I don't know the details so I don't think there are

97

1    checks but you should check with Hacienda, I think they're

2    like deposits.

3    MR. STEWART:

4         Q    Like a wire transfer or something like that?

5         A    I believe, I, Hacienda will be able to give you

6    that detail.

7         Q    Okay.  We'll  ask.  Thank  you.  Okay.  The

8    calculation of pay-as-you-go charge...

9         A    Yes.

10

25

1    MR. SUSHON:

2        Object to the form.

3    DEPONENT:

4        Yes.

5    MR. STEWART:

6        Q    It does, it still do so?

7        A    Yes, I believe so.

8        Q    Okay. Where in AAFAF is that function housed?

9        A    Currently be in the financial advisory side,

10   should be in the financial advisory side.

11       Q    And do you know how they do it?

12       A    Without going into privileged materials it's

13   mainly by how much actually gets paid to pensioners we

14   trace back who that pensioner retired from that is I think

15   filed and computed, how do you call that, the employer and

16   pursuant to ACT 106 and back then Joint Resolution 188

17   that person would have to make the pay-as-you-go charge

18   which mainly is the, the or principally is the, the amount

19   that actually gets paid to the pensioners and in that

20   sense it's different from what the employer used to

21   contribute before which was a formula that was a

22   percentage of total payroll.

23       Q    Mmhm.  Is this process automated now in some

24   kind of a model?

25       A    You need to ask ERS how it's done because they

99

1    are the ones who, who report that thing.

2         Q    Mmhm.

3         A    My understanding is that based on the actual

4    payments every month ERS provides an actual invoice based,

5    you know, we pay X or Y on your behalf...

6         Q    Yeah.

7         A    ..and that gets submitted to, to...



1  Q And from ERS?

2  A Yes because they are the one, I mean, ERS, ERS

3 has the ERS, JRS has the JRS but this one is pertaining to

4 the ERS, yes.

5  Q Okay. Are those...

6  A Remember, they have the Operational System,

7 right and just, that Operational System is like, under ACT

8 106 was to be history, privatized though, you know, it was

9 going to be externalized.

10  Q Has it been privatized yet?

11  A I believe there, I'm a little bit removed from

12 that process now but I believe there's some RFP or RFQ

13 process going on.

14  Q Are the invoices paper invoices or they handle

15 some other way if you know?

16  A You would need to check with ERS.

17   ███ ████ ████ ██ █ ████ ████ ████ ████

██ ████ ████ ████ █ ████ ████ ████ ████ ████

██ ████ ████ ████ █ ████ ████ ████ ████ ██

██ ████████████████████████

██ ██████

██   ████████

██ █████

██ █ ████ ████ ████ ████ ████ ████ ████ ██

██ █████████████████

101

1

2

3

4

5

6

7

8

9

10      MR. SUSHON:

11          Objection.

12      MR. STEWART:

13          Q    And was that done? Is that how the system

14      works?

15          A    I, I can't go into the detail as, that's

16      privileged as to the handling of that.

17          Q    But, today how's it done?

18          A    Today the, the Commonwealth has sufficient

19      liquidity and we have not had to, to receive monies.

20          Q    Okay. Well, back at this time you say that the

21      matters covered by paragraph 2-D would involve privileged

22      information?

23          A    Not at that time, at that time it was a hundred

24      ninety million dollars million dollars four hundred.

25          Q    Okay. What was the...

102

1      A   ...your question, your question was not to that

2    time, your question was if that's happening and that's

3    what I told you, there are some privileged materials and

4    deliberative process also.

5      Q   I see. So let me break it down so I can get

6    what I'm allowed to get...

7      A   Yes, of course.

8

15    MR. SUSHON:

16      By this you mean everything in...

17    MR. STEWART:

18      Yeah, that, that mechanism.

19    MR. SUSHON:

20      ...today..?

21    MR. STEWART:

22      Mmhm.

23    MR. SUSHON:

24      Okay. You can...

25

1    DEPONENT:

2         Actually I...

3    MR. SUSHON:

4         ...answer yes or no, Mohammad.

5    DEPONENT:

6         No because the joint resolution authorized the

7    transfer of the 390 and as the liquidity of the government

8    improved there was no need but you, what you need to, to

9    keep in mind is, you know, and again, this is a draft so

10   I have not seen the, the final thing but as ACT 108, I

11   mean, 106 was instituted the legal basis for a lot of

12   these things got stashed away, statutory established

13   becomes inoperative.

14   MR. STEWART:

15        Q    Okay. So to understand your testimony correctly

16   that after the money was transferred to the Treasury

17   Secretary's account under Joint Resolution 188 there was

18   no requirement for ERS to transfer any further available

19   funds to the Secretary of the Treasury.

20   MR. SUSHON:

21        Objection, mis-characterized his testimony, you can

22   answer.

23   DEPONENT:

24        The only requirement to transfer was that of

25   transferring a hundred and ninety million four hundred.

1    MR. STEWART:

2         Q    Okay. And so other than the hundred and ninety

3    million four hundred no more...

4         A    Approximately.

5         Q    ...sure, other than the hundred ninety million

6    four hundred thousand dollars no more ERS available funds

7    were transferred to the Secretary?

8         A    To the best of my knowledge.

9    ███  ███ ███ ███ ███ ███ ███ ███ ███

1

2

3

4     Q    Okay. So do I understand correctly the monthly

5  payment  of  Retirement  Benefits  directly  to  the

6  beneficiaries is made by the Secretary of the Treasury?

7     A    That's what it says.

8     Q    And is that what happened?

9     A    You need to check with, with Hacienda but I

10  believe that's what happens.

11     Q    There's a reference to something called the

12  Pay-Go appropriation. What is that?

13     A    It's capitalized terms, so I don't see what...

14     Q    Mmhm.

15     A    I don't know what it is refers to, it has

16  capitalized terms, so...

17     Q    Okay.

18     A    ...I don't know what it's defined.

19  MR. SUSHON:

20     I believe just to speed things along if you look at

21  the, where as crossed at the top of Page 2 might be...

22  DEPONENT:

23     Ah, okay, thank you very much. Okay. Yes, that's,

24  that, from this it is, it talks about the fiscal year 2018

25  budget and appropriations included within that budget for

108

1    MR. STEWART:

2         Ten. You want to take a short break?

3    MR. SUSHON:

4         I sure do. Mohammad, you want a break?

5    DEPONENT:

6         I'm fine.

7    MR. STEWART:

8         Q    Okay. Mohammad, the report had placed before

9    you, the document marked as Exhibit 10.

10        A    Yes.

11        Q     Exhibit 10 is a translation of Act 106. Can

12   you take a look at it for a minute?

13        A    Yes.

14        Q    Here we are. Were you responsible for providing

15   advise regarding the drafting of Act 106?

16        A    Yes.

17        Q    Okay. Who did you work with in providing that

18   advise?

19        A    The AAFAF team that worked on pensions at that

20   time, our legal, outside legal counsel...

21        Q    Mmhm. For the record, who's your outside legal

22   counsel?

23        A    On this specific thing I think we had Ferdinand

24   Ocasio Law Firm, a small boutique...

25        Q    Mmhm.

1      Q      I see. Okay.

2      A      ...that's, that's the reason for my comment.

3      Q      Okay. So...

4      A      But presumably around August 23rd or 24th, yeah.

5      Q      Good, okay.

6      A      I'm assuming this is the final version of

7      the...

8      Q      That's what I assume as well. Still on that

9      same page it recites that the purpose of this law and now

10     we're in the middle it says: "Established that the General

11     Fund via the pay-as-you-go system will take over the

12     payments that the Puerto Rican Government Employee

13     Retirement System, Teachers Retirement System and

14     Judiciary Retirement System are unable to make." Do you

15     see that?

16     A      Yes.

17     Q      Okay. And why was it if you know, oh, by the

18     way, did you see the language of this before the statue,

19     before it was passed by the Legislature?

20     A      Yes.

21     Q      Okay. When did you begin working on it?

22     MR. SUSHON:

23          Object to the form.

24     DEPONENT:

25          Sometime probably in, I want to say maybe end of

1    April, start of May.

2    MR. STEWART:

3        Okay.

4    MR. SUSHON:

5        2017?

6    DEPONENT:

7        2017, I'm sorry, yes.

8    MR. STEWART:

9        Q    Mmhm.   Okay. And how much of your time was

10   spent working on the legislation that became Law Number

11   106?

12       A    Are you asking of...

13       Q    You.

14       A    ...Mohammad's time?

15       Q    Mohammad's time, I care about no one else's

16   time.

17       A    I thank you for being so, so appreciative of

18   my, my time. I don't know, maybe five percent or ten

19   percent. One of my staff attorneys, Carlos Yamil was in

20   charge of like legal legislative affairs, so I just to

21   interact more with him on, on the legislation but...

22       Q    And do the legislation go through a number of

23   drafts?

24       A    Yes.

25       Q    And you would get copies and comment on them

1    and send them back?

2    MR. SUSHON:

3        Object to the form.

4    DEPONENT:

5        I, I don't, there's also some deliberative process as

6    to how...

7    MR. STEWART:

8        Q    That's not privileged whether you got copies,

9    comments and sent it back it's not...

10       A    Yes, I say it, that answer yes.

11       Q    Yeah. Okay. That's all I'm asking.

12       A    No, no, no problem.

13       Q    You know how many times you sent drafts back

14   and forth?

15       A    I don't recall.

16       Q    More than five?

17       A    Probably.

18       Q    Did you appear before the Legislature to

19   testify about the statute?

20       A    No, the statute was enacted during a special

21   session, there was no use.

22       Q    Did you personally visit with any of the

23   members of the Legislature to discuss the statute?

24   MR. SUSHON:

25       You can answer that yes or no.

1    DEPONENT:

2        Yes.

3    MR. STEWART:

4        Q    How many visits did you have?

5        A    I don't recall. Exactly but I can probably,

6    maybe around four or five.

7        Q    What were the names of the legislators you met

8    with to discuss the statute?

9        A    The, mostly the, Lourdes Ramos who heads the

10   subcommittee on pensions of the house...

11       Q    Mmhm.

12       A    ...and Senator Miguel Romero who heads the

13   senate committee on, on pension related matters.

14       Q    Okay. So let's go back to where we were.

15       A    Yes.

16       Q    It speaks about the payment the pensions

17   systems are unable to make...

18       A    Yes.

19       Q    ...and was it your view at the time the pension

20   systems were not able to make pension payments?

21       A    They were facing liquidity issues, yes.

22       Q    Were they able to make, pay any part of the

23   pension payments to your knowledge?

24       A    Remember that on July 1st they pre-funded 390

25   million which was the, necessary to get the budget

1      certified and once that pre-funding was made...

2           Q      Mmhm.

3           A      ...we did not go back to them.

4           Q      Mmhm. Okay. And that they, I think you told me

5      the three ninety, one ninety point four came from the ERS?

6           A      I believe one hundred and ninety, four hundred

7      came from ERS.

8           Q      And the rest came from the other systems?

9           A      Mostly TRS if my memory doesn't fail.

10          Q      Okay. And then the balance of the money at ERS

11     stayed at ERS, correct?

12          A      Yes.

13          Q      In a still...

14          A      You have, you have to confirm with ERS because

15     I don't run their operation.

16          Q      But to your knowledge.

17          A      To the best of my knowledge, yes.

18          Q      And, and it is still there?

19          A      To the best of my knowledge but you, you should

20     confirm with the ERS office.

21          Q      Okay. So let's go, oh, by the way, let's go to

22     2, Page 2...

23          A      Page 2-O...

24          Q      ..the number, okay, now we're doing numbered

25     pages. First paragraph, the bottom of the paragraph...

124

1    MR. SUSHON:

2         ...that's Exhibit 10.

3    MR. STEWART:

4         Exhibit 10.

5    DEPONENT:

6         ...I'm going to   give her back 11 so I don't get...

7    MR. STEWART:

8         Q    You can put it over there.

9         A    Okay.

10        Q    Yeah. Back to Exhibit 10, Page 5.

11        A    Page 5, yes.

12        Q    Are you on Page 5?

13        A    Yes I am.

14        Q    Okay. Second paragraph, third sentence. It

15   says: "On February 28, 2017 the Governor presented a

16   complete all encompassing real Fiscal Plan which at the

17   same time is sensitive to the needs of our people and the

18   most vulnerable among us." Do you see that?

19        A    Yes.

20        Q    Your knowledge is that the Fiscal Plan that we

21   looked at earlier today that's Exhibit Number 6.

22   MR. SUSHON:

23        I object, calls for speculation.

24   DEPONENT:

25        Based on your representation that you downloaded this

125

1      from the Oversight Board, website, yes.

2      MR. STEWART:

3          Q      Okay. In other words, the real Fiscal Plan is

4      referred to here as the February 28 Fiscal Plan.

5          A      I guess, if that's what it says I guess.

6          Q      Okay. Let's jump Exhibit 10 to Page 10. It's

7      just a couple of statements here. I want to ask youi about

8      it if you know.

9          A      Mmhm.

10         Q      At the top of Page 10 it refers to the

11     administration of Governor García Padilla...

12         A      Mmhm.

13         Q      ...committing to make additional contributions

14     to the establishment of Uniform Additional Contributions

15     but failed to comply.

16         A      Yes.

17         Q      What is that referring to...

18     MR. SUSHON:

19         Object to...

20     MR. STEWART:

21         ...if you know.

22     MR. SUSHON:

23         Object to the form...

24     DEPONENT:

25         I would...

1    MR. SUSHON:

2         ...calls for speculation.

3    DEPONENT:

4         ...I would look at the legislative history or ask the

5    Legislature...

6    MR. STEWART:

7         Q    Mmhm.

8         A    ...what that was.

9         Q    Okay. Do you, were you aware that the, they are

10   not being compliant with the obligation to pay the UAC's?

11        A    Not  specific  awareness  but  you  know,  an

12   awareness.

13        Q    Mmhm.  Okay. The next paragraph first sentence

14   speaks about the passage of special laws, do you see that

15   at the end of that first one?

16        A    Yes.

17        Q    Do you know what that's referring to?

18   MR. SUSHON:

19        Objection, calls for speculation.

20   DEPONENT:

21        Again, I would refer you to the legislative history

22   of the legislation for that.

23   MR. STEWART:

24        Q    Okay. So let's go look at the statute itself.

25   I'm going to ask you just about the mechanics of the

127

1      statute.

2           A     Yes.

3           Q     So let's go to Page 18.

4           A     Yes.

5           Q     Here we go. Okay. So whether's a couple of

6      phrases in here I'm trying to understand. On Page 16 under

7      the definitions that are something called an accumulated

8      pension but let me just ask as a background...

9           A     Okay.

10          Q     After Act 106 was passed were you involved in

11     setting up the mechanisms under which it would be

12     administered?

13          A     I'm not quite sure what the question is, I'm

14     sorry.

15          Q     After Act 106 was passed what involvement if

16     any did you hjave in creating the procedures under which

17     the provisions of the statute would be implemented?

18          A     I was tangentially involved on the, the Pay-Go

19     charge and the mechanism that pretty much survived from

20     general Resolution 88 included.

21          Q     Okay. So let me ask you about that as best I

22     can.

23          A     Yeah, sure.

24          Q     On Page 16 subparagraph R...

25          A     Yes.

134

1        Q    Okay.  So tell me, since Act 106 was enacted

2    what role has AAFAF played, pardon me, in managing or

3    administering the Pay-Go system?

4    MR. SUSHON:

5        Object to the form.

6    DEPONENT:

7        The, the Executive Director of AAFAF is the, I think

8    it is the person of the Retirement Board thus established

9    and in that capacity he oversees the function of the

10   Retirement Board, the Retirement Board has an Executive

11   Director...

12   MR. STEWART:

13       Q    Mmhm.

14       A    ..who the Board designated, Luis Collazo, who

15   knew, who was or is...

16       Q    Mmhm.

17       A    ...concurrently the administrator of the ERS

18   system.

19       Q    Right. And in terms of calculating the Pay-Go

20   fee, the Pay-Go charge...

21       A    Yes...

22       Q    ...what role does AAFAF play?

23       A    AAFAF statutorily is the entity that has the

24   statutory authority to establish the Pay-Go, pay-as-you-go

25   charge.

136

1    MR. STEWART:

2        Q    Well, he's answered as to another MOU system

3    which he said was supplanted in part by 106 so I think I

4    need a clear answer on this but that would be sure just

5    tell me how...

6        A    Let me no, I don't, I refer you to my this, I

7    mean to my earlier testimony but in essence mainly or

8    principally the amount that actually goes out to the

9    pensioners that is basically the, the basis for

10   computation of the Pay-Go charge.

11       Q    The amount that goes out is supposed to be

12   matched by the amount coming in as Pay-Go fees?

13       A    It, obviously when you look at the, and this

14   calls for a legal interpretation so I refer you to the

15   functioning of the, of Act 106 as to who's obligation it

16   is and the first place to remit them who's obligation it

17   is or who is guaranteeing that the pension actually gets

18   paid, that's a legal question.

19       Q    Mmhm.  My question was simple...

20       A    Mmhm.

21       Q    ...I thought I understood you but the amount of

22   the Pay-Go charge is added up or supposed to be the amount

23   of the pension fees? In other words, the amount of the

24   inflows is supposed to match the amount of the outflows?

25       A    Again, the, the obligation of who, two, there

1    are two things here which are seem to want to link them

2    that we...

3         Q    Mmhm.

4         A    ..you know, they're linked but or they're

5    associated but not linked...

6         Q    Okay.

7         A    ...the pensioners get the pension payment...

8         Q    Mmhm.

9         A    ...and that pension payment is paid by the

10   Commonwealth, based on that pension payments the actual

11   employer gets invoiced for whatever got paid or get some

12   invoice, the Pay-Go charge...

13        Q    Mmhm.

14        A    ...the Pay-Go charge statutory also allows for

15   Administrative expenses and what have you so it's not just

16   that but mainly, principally is the, the actual payments

17   so it gets invoiced, there are as publically has been

18   disclosed some Municipalities post María have had

19   difficulty paying and some Public Corporations and that's

20   an issue that the Government is actively working with the

21   Fiscal Oversight Board to, to correct. So by, you know, if

22   a municipality doesn't pay that doesn't mean that the

23   pensioner is not receiving them, the pensioner receives

24   the money beforehand because the Municipalities were,

25   repaying what the Commonwealth already paid.

138

1     Q    Mmhm. So you're saying based on the pensions

2    that there was invoice sent out to employers that's based

3    on the amount of pensions paid plus some Administrative

4    and other expenses. I understood you there.  Who, who

5    sends that invoice now?

6    A    I believe this, the actual, the actual

7    administrators of the systems who had the operational

8    models know how much it is so they are the ones who

9    actually do that on behalf of Treasury.

10    Q    So the case of ERSs pensioners it would be ERS?

11    A    Yes, and TRS would be for TRS and so on.

12    Q    Who tells ERS how much the invoice should be?

13    A    I believe the Pay-Go charge is determined by

14    AAFAF...

15    Q    Okay.

16    A    ...and that incorporates the actual cash out

17    source that incorporates it.

18    Q    And you said it was what they have, you know

19    what's the Fiscal Advisory part of AAFAF that determines

20    the amount?

21    A    Yeah, the operational aspects of it I would

22    refer you to, to ERS because they're more familiar, you

23    know, they, I'm not privy to their internal operations

24    so...

25    Q    What is AAFAF rely...

1      A    ...my testimony is hearsay, it's that, how do

2    you say it in English?

3    MR. SUSHON:

4        That's a, that's a legal conclusion but with that...

5    MR. STEWART:

6        Yeah, I was gonna say.

7        Q    What does AAFAF rely upon to determine the

8    amount?

9        A    As I mentioned to you the principally is the

10   actual payments and I believe they statutorily would allow

11   to   make   adjustments   to   it   including,   for   example,

12   Administrative expenses and what have you.

13       Q    Aren't the, isn't the amount of the Pay-Go fees

14   determined one year in advance?

15   MR. SUSHON:

16       Object to the form.

17   DEPONENT:

18       Not, not necessarily, I believe it is based and

19   again, this is something that needs to be, I don't know

20   how it did, the mechanics work, we need to address that,

21   that answer to, that question better said to, to ERS,

22   they're be in a better position to answer the actual...

23   MR. STEWART:

24       Q    Mmhm.

25       A    ...nuts and bolts of it...

1      Q     Mmhm.

2      A     ...that I wouldn't be able to do, I'd be

3  speculating.

4      Q     So when I'm asking you about of the amount of

5  the invoice..

6      A     Mmhm.

7      Q     ...do you see that AAFAF comes up with you

8  don't know one way or the other whether the amount of the

9  invoice reflects payments going, being made in the present

10  year are payments that are going to be made...

11      A     Well...

12      Q     ...in a coming year...

13      A     No, because...

14      Q     ...is that right?

15      A     ...what, what happens, you have, you have to

16  distinguish two things, right, the actual budgeting, we

17  cannot say, you know, we don't know who's going to retire

18  when or who's going to die when so you cannot do one

19  estimate based on, on like the latest information that you

20  have for budgeting purposes because the budget is, for

21  example, this year's or next year's Fiscal Budget is going

22  to be certified sometime by, prior to June 30th, right...

23      Q     Mmhm.

24      A     ...so there you, you had to get the entities,

25  hey, you know, we think your Pay-Go charge would be X or

1    Y, now if people die faster or if you have additional

2    people who retired because, remember, at the end of the

3    day looking into the future is, is more of an actuarial

4    type exercise...

5         Q    Mmhm.

6         A    ...because we don't know who's going to be

7    alive or retired in January of 2020...

8         Q    Mmhm.

9         A    ...right?  So you have an estimate of that

10   payment, now, my understanding is that estimate of Pay-Go

11   is what goes into the budgeting process. Obviously what

12   goes into the the budgeting process might not end up being

13   the actual expense because you might, what I just

14   explained, people might die, people might retire and that

15   obviously will, will change that so the, you question by

16   saying "is it annual or is it monthly" I think is a little

17   bit misleading or imprecise for the reasons I just

18   described  to you.

19        Q    Mmhm. So in determining the amount that the

20   Pay-Go charge will be what document does AAFAF rely on?

21        A    The ones that we rely on now are obviously we

22   take the latest Pay-Go charges from, for example, to do

23   the, the incoming fiscal year, last budget, for example,

24   you take the latest, the most recent month of Pay-Go

25   charge which...

1          Q      Mmhm.

2          A      ...presumably reflect the pensioners that were

3     active or alive and, and retired at that moment and what

4     we do is we kind of, my understanding is that it gets

5     combined with the actuarial estimate of what would be the,

6     the actual charge by or the actual actuarial estimation of

7     the Retirement Benefits and I believe a, a process of

8     taking the actuarial estimation and the, this results in

9     a Pay-Go charge.

10         Q      Where does the actuarial estimation come from?

11         A      I believe Milliman is the current actuary for

12    both, for all three systems I believe.

13         Q      Mmhm. In what form does this information come

14    from Milliman?

15         A      I believe it's letters that we ask them to, to

16    provide the estimates, they, you know, ERS gives them the

17    population who died, who, you know, the detail and I

18    believe Milliman performs their actuarial studies and I

19    guess they produce on an employer by employer basis, what

20    they believe the actuarial liability I think they usually

21    forecast forward a couple of years or something. I'm not

22    an actuarial, so I refer you to their actuarial reports

23    which...

24         Q      Mmhm.

25         A      ...which speak for themselves.

144

```
1     MR. SUSHON:

2          ...at some point.

3     MR. STEWART:

4          Q     But in any event it always comes from Milliman,

5     correct?

6          A     I believe that is the, the actuary that is

7     engaged currently by the systems.

8          Q     And the letters come to you?

9          A     Usually I don't know why they keep addressing

10    that to me but they pop in my e-mail and I forward it to

11    our, to our consultants but...

12         Q     And AAFAF itself does not have these models?

13         A     No, that's on the, I think it's a proprietary,

14    that's what, that's what the business model is a proper

15    value, proprietary...

16         Q     Yeah, proprietary.

17         A     ...models.

18         Q     So you're relying totally on Milliman?

19         A     Yeah, we pay him a lot of money to...

20         Q     Yeah...

21         A     ...to do that job.

22         Q     ...that's kind of a... Okay. Now we take a

23    break it would give time to go over what I've got..

24         A     Alright.

25         Q     ...and to do a rechecking...
```

1          A      Let me go to the bathroom.

2                           OFF THE RECORD

3     COURT REPORTER:

4          Okay. We're ready.

5     MR. STEWART:

6          Okay?

7     COURT REPORTER:

8          Yes.

9     MR. STEWART:

10         Q      Now, let's jump to Page 29, same exhibit. At

11    the bottom...

12         A      Mmhm.

13         Q      ...it, I think you testified earlier about

14    something called an administrative fee.

15         A      Yes.

16         Q      Okay. And it refers here to the, this page is

17    about the "Powers, Authority and Duties of the Retirement

18    Board."

19         A      Yes.

20         Q      Do you see that title at the top besides 4.2?

21    So has the board you know just, established and collected

22    an administration fee every year?

23         A       To the best of my knowledge not yet, I think

24    they are, as I had mentioned to you the, the Pay-Go charge

25    is, you know, gets, I guess invoiced based on what

146

1    actually gets paid and...

2          Q    Mmhm.

3          A    ..you add to it what would be here so this is

4    still in the RFPRFQ process...

5          Q    Mmhm.

6          A    ...so I would presumably assumed that ones that

7    gets externalized to the Private Sector then at that point

8    presumably a fee would be established by the Retirement

9    Board.

10         Q    Are administrative expenses incurred in the,

11   administering the Pay-Go system today?

12   MR. SUSHON:

13         Object to the form.

14   DEPONENT:

15         I believe that at least in AAFAF that it's being paid

16   for by AAFAF, we don't, I think it's included...

17   MR. SUSHON:

18         Excuse me.

19   DEPONENT:

20         ...in our budget.

21   MR. STEWART:

22         Q    Mmhm. Do you know about... go ahead, I'm sorry

23   to interrupt.

24         A    Yeah.

25         Q    Do you know if the ERS is paying an

147

1    administrative fee or receiving an administrative fee of

2    any sort?

3    MR. SUSHON:

4        Object to the form.

5    DEPONENT:

6        I refer you to the ERS and I'm not privy to their

7    internal operations.

8    MR. SUSHON:

9        Are we done with Exhibit 10 or we...

10   MR. STEWART:

11       Q    Oh, not quite...

12   MR. SUSHON:

13       Okay.

14   MR. STEWART:

15       ...not quite. Mark this as 11.

16   COURT REPORTER:

17       No, this one is 12.

18   MR. STEWART:

19       Twelve.

20   MS. DALE:

21       Twelve?

22   MR. STEWART:

23       Yeah.

24   COURT REPORTER:

25       We haven't used 11 yet.

149

1    letter...

2         A    This is, this is Glen.

3         Q    ...yeah, Glen, Glen. The reporter has given

4    Exhibit 12 is in place in front of you...

5         A    Yes.

6         Q    ...is this the letter you received from

7    Milliman?

8         A    Yes, it appears so.

9         Q    Was Milliman supposed to come up with a study

10   of administrative expenses?

11   MR. SUSHON:

12        Object to the form.

13   DEPONENT:

14        I don't believe so. I don't remember. Let me see.

15   MR. STEWART:

16        Q    Okay.

17        A    Yes, this is the, the purpose for this I

18   believe is the reason why they were requested to do that,

19   there's, the legislation has a threshold savings to be

20   able to externalize the services so I would probably

21   presumably think that this is related to, to that.

22        Q    Did AAFAF hire Milliman to conduct any kind of

23   an analysis of the administrative expenses?

24        A    Actually Milliman operates under its contracts

25   with ERS and TRS...

1      Q    Mmhm.

2      A    ...and AAFAF is a party to that contract and

3  due to the deliberative process the contract was amended

4  to reflect that, that we could ask directly and request

5  from Milliman services without having to go through the

6  systems.

7      Q    And did you ask Milliman to do work involving

8  administrative expenses?

9      A    Appears so.

10     Q    And did they do it?

11     A    I think, exhibit is not marked but last page of

12  the, of exhibit 12...

13     Q    Okay.

14     A    ...provides an estimate, right.

15     Q    What's this, a summary?

16     A    A summary, yeah.

17     Q    Okay. Would you say, I mean, it, this is a

18  leter they sent to you?

19     A    Yes, that's correct.

20     Q    And were you able to understand it when they

21  sent it to you?

22     A    Yeah, but, for example, their telling you for

23  each one of the systems what is the administrative expense

24  and in the case of TRS they only, I guess, they group

25  often this and when you look at it you have, for example,

1    an ERS for 2011 the list of expenses were 28.5, other

2    expense is 18.8 and in 2015 it was 25.9, 43.1 and I guess

3    they have an average at the bottom.

4        Q    Mmhm. To your knowledge, is this accurate?

5        A    Well, they pay in, I mean, I don't pay, but ERS

6    and TRS pays him a lot of money to, to be accurate, so

7    presumably that, that is their job as they were supposed

8    to do, that's, yes.

9        Q    Would you know what the administrative expenses

10   have been since Fiscal Year 2015-2016?

11       A    I would refer you to, to the, to individual

12   systems.

13       Q    You don't have any independent knowledge?

14       A    No.

15       Q    Okay.

16       A    Let's go back to our Exhibit 10 and in

17   particular Page 30.

18       Q    Yes.

19       A    There's something about "Transitory

20   Provisions", do you see that...

21       Q    Yes.

22       A    ...on Page 30?

23       Q    At the right bottom and in section 51-C it

24   says: "Retirement system administrators shall take all

25   necessary steps to liquidate their assets and transfer the

1    proceeds to the General Fund" and it goes to talk about

2    other things. Do you know if ERS in fact has done that?

3    MR. SUSHON:

4        Object to the form.

5    DEPONENT:

6        Besides the pre-funding of the 190 million dollars?

7    MR. STEWART:

8        Q    Mmhm.

9        A    To the best of my knowledge, no.

10       Q    Do you know why they have not?

11       A    That's privileged.

12   MR. SUSHON:

13       You can answer his question yes or no, it's whatever

14   you do know, a reason for that.

15   DEPONENT:

16       I, yes I know, it's privileged.

17   MR. SUSHON:

18       Okay.

19   MR. STEWART:

20       Q    His answer is you know why but you can't tell

21   me, is that right?

22       A    Exactly.

23       Q    Okay. Do you know whether the statute was

24   amended to allow ERS to not transfer all the proceeds to

25   the General Fund?

153

1        A     No.

2        Q     Do you know...

3        A     To the best of my knowledge, no.

4        Q     Do you know anything that has happened that

5   allows them as a matter of law to not transfer all

6   proceeds to the General Fund?

7        A     Yes and it's privileged of deliberative

8   information.

9        Q     It's not, whatever it is, it's not public.

10       A     no.

11       Q     Okay. Good. Let's do this next. This is...

12  MR. SUSHON:

13       Thirteen.

14  MR. STEWART:

15       Q     ...thirteen. Here you go.

16       A     Are we finished with this one?

17       Q     We're done with that.

18       A     Okay. So I put this number 10.

19  MR. SUSHON:

20       We're done with Exhibit 10?

21  MR. STEWART:

22       Q     We are done with 10. Mohammad, the reporter's

23  placed Exhibit 13 before you, the last few pages are the

24  Spanish version and the first few pages are the certified

25  translation of it.

1      A      Yes.

2      Q      Circular letter 13-46-17. Do you have it...

3      A      Yes.

4      Q      ...before you?

5      A      Yes.

6      Q      Can you tell me what this is?

7      A      This is, if you refer to my prior testimony

8  when we were discussing the MOU...

9      Q      Mmhm.

10     A      ..this is the circular letter that, I guess,

11 governs the, provides instructions and governs

12 implementation of the Pay-Go Retirement System, this is a

13 circular, a joint circular letter by the Treasury

14 Department, Central Government Accounting area and ERS.

15     Q      Where you involved in the preparation of this

16 document?

17     A      Tangentially.

18     Q      What was your involvement?

19     A      Nudging them to get it out...

20     Q      Anything else?

21     A      ...and general advise as to the enactment of

22 Act 106.

23     Q      What was the relation between the circular and

24 the enactment of Act 106?

25     A      The, this letter predates the, the Act 106...

1    Department of Treasury publishes a circular letter it,

2    it's part of their statutory powers to establish and it

3    becomes, it is the responsibility of I guess every

4    secretary and every head of instrumentalities and Public

5    Corporations and Municipalities to be current with the law

6    so this is part of the regulation.

7        Q    How does the Central Government pay its Pay-Go

8    charge?

9        A    You would need to consult withe Treasury about

10   that but my general knowledge is, you know, everything

11   starts with a budget once the budget, and there's a budget

12   allocation and I believe that internally within Treasury

13   and they can confirm it and elaborate on it but I

14   understand its internally within Hacienda, they make an

15   actual transfer from one side to another to actually

16   compensate for the payments that amount.

17       Q    So it, transfer what one to the other?

18       A    Remember that the, a Commonwealth has

19   retirees...

20       Q    Mmhm.

21       A    ...that they have to do the, I guess, pay in

22   the pensions so technically speaking those pension

23   payments go out, then the Government would reimburse that,

24   would reimburse Hacienda from its budgetary account,

25   remember, a Government cannot use money that is not

1   budgeted so you need to have the specific budgetary

2   account to, to compensate for or repay what was paid out

3   to the pensioners.

4       Q    So accounting entries were made reflecting the,

5   the transfer of the money from a  budgetary account to

6   some other...

7       A    I would check with Hacienda if it's an

8   accounting entry or if it's an actual cash transfer from

9   an account to another account, that's, that's two nuts and

10  bolts, you need to check with Hacienda, they would be able

11  to tell you...

12      Q    Okay.

13      A    ...but my general understanding is that, you

14  know, that's the general functionality.

15      Q    Yeah. You know who the person was or people

16  were who wrote this, Exhibit 13?

17      A    It says here it's the Central Government

18  Accounting area. I don't know. Who specifically in the

19  Central Government Accounting area but I believe that the

20  person, that Hacienda can tell you specifically who it is.

21      Q    Mmhm.

22      A    I'll refer you to them because I honestly don't

23  know.

24      Q    Were you asked to approve this document before

25  it went out?

166

1       Q      Do you see there, "Chapter 15, Reduction and

2    Appropriations to UPR..."

3       A      I'm sorry, 132?

4       Q      123.

5       A      Ah, 123, I'm sorry.

6       Q      Mmhm.

7       A      Very good, yes.

8       Q      See it says "Chapter 15?"

9       A      Chapter 15, yes.

10      Q      Yeah. Is it part of the Fiscal Plan that the

11   amount   of   Commonwealth   appropriations   to   the

12   Municipalities is to be reduced in the coming years.

13   MR. SUSHON:

14      Objection, beyond the scope.

15   DEPONENT:

16      It, which, which part are you making reference to?

17   MR. STEWART:

18      Q      I'm just looking at this part starting on 123

19   and continuing...

20      A      Can you be more specific on...

21      Q      Is  it  part  of  the  Fiscal  Plan  to  your

22   knowledge...

23      A      Mmhm.

24      Q      ..that the Commonwealth would be reducing in

25   the coming years its appropriations to the Municipalities?

```
 1        A    Yes.

 2        Q    And how do you, how do you...

 3   MR. SUSHON:

 4        I object, it's beyond the scope. It, Mohammad, let's

 5   pause for a second so I can come to the fact, I have to...

 6   DEPONENT:

 7        I'm sorry.

 8   MR. STEWART:

 9        Not a problem.

10   MR. SUSHON:

11        Sorry.

12   MR. STEWART:

13        And how did you come to learn that?

14   MR. SUSHON:

15        Same objection.

16   DEPONENT:

17        I'm, I'm not sure what the question is.

18   MR. STEWART:

19        Q    Before I showed you this document were you

20   aware of that fact?

21   MR. SUSHON:

22        Same objection.

23   DEPONENT:

24        Yes, I was.

25
```

168

1    MR. STEWART:

2         Q    How did you become aware of that fact?

3         A    That's...

4    MR. SUSHON:

5         Beyond the scope.

6    DEPONENT:

7         ...deliberative in nature.

8    MR. STEWART:

9         Q    Okay. Right. Okay. So let's get this one.

10   Actually let's start with, let's do this one next. And

11   were down to the last few and we will, and we will be

12   done. What's the number of that, 15, 16. Let's mark it as

13   the next exhibit, this document. Mohammad, the reporter's

14   placed before you Exhibit 16.

15        A    Yes.

16        Q    Is this the document prepared by AAFAF?

17        A    If you represent that it was downloaded from

18   from our website, yes.

19        Q    Does it purport to be...

20        A    It purports to be...

21        Q    ...prepared by AAFAF?

22        A    ...yes.

23        Q    And does it have a control number on the lower

24   right hand corner?

25        A    Yes.

1    2017 and post-collection owed Pay-Go certification.

2         Q    Mmhm.   Do you know why AAFAF prepares this

3    document?

4         A    This document is prepared, it, the numbers are

5    reported by, by ERS which is, which does the, I guess, the

6    back office on the Pay-Go and the reason is published, I

7    believe it's part of our, the requirements of the Fiscal

8    Oversight, our reporting requirements....

9         Q    Mmhm.

10        A    ...required as to, to publish this I believe.

11        Q    You mentioned...

12        A    Actually here it says Requirement number 6.

13        Q    Okay. You mentioned that some of these pages

14   speak of Pay-Go debt?

15        A    That is correct.

16        Q    What, do you understand what they mean, these

17   pages being when they refer to Pay-Go debt?

18        A    That probably shows what is the amounts

19   outstanding that was paid to, to pensioners and that had

20   not been received from the employer.

21        Q    Mmhm. Do you mean paid to pensioners or

22   invoiced to the employer and not paid?

23        A    No, you have the, you, when you here have the

24   invoice, this is what got invoiced and then...

25        Q    Mmhm.

171

1       A     ...you have here the actual balance I believe

2    as of December 31st it says here and this is the Pay-Go

3    one and I saw here that these, the balances of in the

4    field contributions was...

5       Q     So what is the balance represented?

6       A     I believe, for example, I'm going to just take

7    the first one, right...

8       Q     Mmhm.

9       A     ...and, for example, balances as of December

10   31st, 2017 and the first one is Senado de Puerto Rico

11   which is the Puerto Rico Senate...

12      Q     Mmhm.

13      A     ...$22,981.81 so I guess the Senate of Puerto

14   Rico has not remitted the December payment.

15      Q     Mmhm. Let's go if we could to the last couple

16   of pages of the exhibit.

17      A     I assume, yes, of course. The last one?

18      Q     The last two pages.

19      A     Okay.

20      Q     It says: "Comparison of Pay-Go owed amounts...

21      A     Yes.

22      Q     ...as of December 31, 2017...

23      A     Mmhm.

24      Q     ...and    Post-Collection    of    Pay-Go

25   Certification."

172

1      A      Yes.

2      Q      Okay.  Do you know what post-collection owed

3   Pay-Go certification is?

4      A      I believe that this is the, on, ERS reported

5   and certified as of December 31st and obviously you have

6   payments that are flowing...

7      Q      Mmhm.

8      A      ...so, for example, if this was a report that,

9   this doesn't indicate when the report was made, it just

10   gives you as of when the report was made...

11     Q      Mmhm.

12     A      ...so I would say the post-certification is

13   since this is what, what the amount says are owed so it's

14   assumed that as of December 31st, so, for example, if we

15   go to the example I gave you and the Senate had an amount

16   and it was agency 101 and if, when you come here, I'm just

17   quickly running through this, I don't see it here, so,

18   which means that a payment was received from the Senate

19   posterior to the balance as of December 31st so that's why

20   it doesn't appear.

21     Q      So let's look at this page...

22     A      Yeah, sure.

23     Q      ...okay.

24     A      Which one would be next?

25     Q      The second one from the back.

1      A    Okay.

2      Q    Do you know whether this, if something shows as

3   a debt if it's just two weeks late or how much of a

4   break...

5      A    It's not an issue as to week, you have thirty

6   days to effectuate the payment so...

7      Q    I see.

8      A    ...it gets booked as a receivable, it's just in

9   the current columns, right...

10     Q    Right.

11     A    ...so, you know...

12     Q    So you said...

13     A    ...it's not outstanding, it's not past due debt

14  it's total debt, so if it's not an aging.

15     Q    Mmhm. So you just said the invoices go out on

16  the 15th of each month?

17     A    I believe so but ERS can confirm the mechanics.

18     Q    Mmhm.  And that payment is due within thirty

19  days you said...

20     A    I believe so...

21     Q    ...that too?

22     A    ...that the ERS can, can confirm for you, okay.

23     Q    So what do we have, we've dealt with this one,

24  this is the next, right? Eighteen, yeah. Exhibit 17,

25  another AAFAF report.

181

1      A      That, I'm not sure if that's the total because

2    this is, the header of this says that it's one million or

3    above so to, to be able to ascertain how much is owed you

4    need to know, number one, the total report, not the subset

5    and number two, we would also need to know what is the

6    subsequent collection activity.

7      Q      Mmhm. As of the day of this, of, this refers to

8    a report AAFAF issued, correct?

9      A      I am but I don't know which reported.

10     Q      Right.

11     A      ...first, that's why I'm asking you.

12     Q      Right.

13     A      It's difficult for me to opine on, on, without

14   having...

15     Q      To   your   knowledge,   are   AAFAF's   reports

16   accurate?

17     A      They are, they reflect what ERS provides in the

18   reports. ERS is the one who actually maintains the...

19     Q      Mmhm.

20     A      ...the Operating Systems so we believe that ERS

21   represents to us they accurate and as such we publish it.

22     Q      Could you, you rely upon the information that

23   comes to AAFAF from the ERS?

24     A      And   that   functionality   right   now   has   been

25   transitioned to the office of the CFO as part of some of

184

1    activity...

2    MR. STEWART:

3         Q    Mmhm.

4         A    ...so you have to be, you have to look, when

5    you're looking at these reports which are lagging...

6         Q    Mmhm.

7         A    ...you need to, when you make statements you

8    need to account for the fact that they're not audited and

9    that they are lagging in nature...

10        Q    Mmhm. Under Municipalities the total is

11   $127,750,000.00?

12        A    I don't know. Because I have...

13        Q    Is that what it says?

14        A    Yeah, I mean, that's what it reads but...

15        Q    Okay.

16        A    ...right below it says "other Municipalities"

17   and I'm not sure to what date this reserves and I'm not

18   sure if this reflects the latest collections so for me to

19   ascertain a level of debt without knowing the timing...

20        Q    Mmhm.

21        A    ...and the base from which we are referring is,

22   would be speculative at best.

23        Q    Do you have any reason to believe these numbers

24   are not accurate?

25        A    I would assume that the Board is, when they

185

1    make the presentations they do their due diligence but you

2    should refer that question to the Fiscal Oversight Board.

3         Q    As I'm, now I'm referring to you. Do you have

4    any reason to believe...

5         A    I have not seen, I have not seen the Board

6    misrepresent facts if that answers your question.

7         Q    Okay. This letter goes on to direct "delinquent

8    entities", direct the managing entities to certify the

9    debt of each delinquent entity, do you understand what

10   that's in reference to?

11        A    Where are you?

12        Q    Page 3, if you look at the paragraph that

13   begins with the word "According."

14        A    Yes.

15        Q    Okay. It says here: "Accordingly...

16        A    Mmhm.

17        Q    ...the Board or its designee or the managing

18   entity shall certify the debt of each delinquent entity",

19   and it goes on to say what it's to be done.

20        A    Yes.

21        Q    Do you see, see that?

22        A    Yes.

23        Q    Do you know what is meant in the phrase

24   "certify the debt of each delinquent entity?"

25

188

1    MR. STEWART:

2        Q    Okay. I'll put a different... under the Joint

3    Resolution 188 one of the, one of the mechanisms is the

4    means by which delinquent accounts can be collected,

5    correct?

6        A    Joint Resolution 188 was superseded by the

7    statutory language of 106.

8        Q    106. Okay.

9    MR. SUSHON:

10       So I object, it's beyond the scope.

11   MR. STEWART:

12       Q    Okay. are there mechanisms on 106 to enforce

13   delinquencies?

14       A    I think the law speaks for itself so I would...

15       Q    Would you know what they are?

16       A    Not at the top of my head, no.

17       Q    So, let's go over to ask you if, if a non-

18   lawyer would ask you at work you wouldn't be able to give

19   them an answer to that question?

20       A    The non-lawyer answer would be that there are

21   robust collection mechanisms that were incorporated into

22   Act 106.

23       Q    And if that non-lawyer said "tell me more about

24   them" what would you say?

25       A    I would refer then to that, so...