# EXHIBIT II

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                              * PROMESA TITLE III
                                    *
THE FINANCIAL OVERSIGHT AND         * CASE NO. 3:17-bk-03283 (LTS)
MANAGEMENT BOARD FOR PUERTO RICO    *
                                    *
     As representatives of          *
                                    *
THE COMMONWEALTH OF PUERTO RICO     *
RICO; Et Al.                        *
                                    *
     Debtor                         *
*********************************** 
IN RE:                              * PROMESA TITLE III
                                    *
THE FINANCIAL OVERSIGHT AND         * CASE NO. 3:17-cv-01685 (LTS)
MANAGEMENT BOARD FOR PUERTO RICO    *
                                    *
     As representative of           * CASE NO. 3:17-bk-03566 (LTS)
                                    *
THE EMPLOYEES RETIREMENT SYSTEM     *
OF THE GOVERNMENT OF THE COMMON-    *
WEALTH OF PUERTO RICO               *
                                    *
     Debtor                         *
*********************************** 

DEPOSITION OF MR. FRANCISCO JOSÉ PEÑA MONTAÑEZ

DATE      :   May 30, 2019

TIME      :   9:03 a.m.

CLIENT    :   JONES DAY

ADDRESS   :   Brickell World Plaza
              600 Brickell Avenue, Suite 3300
              Miami, Florida

HELD AT   :   Delgado & Fernández
              Professional Offices Complex
              1001 San Roberto Street, Second Floor
              San Juan, Puerto Rico

4

1    proceedings.)

2    MR. HERNÁNDEZ:

3        Thank you.  Now the court reporter, can you please

4    raise your right hand and state your full name for the

5    record?

6    COURT REPORTER:

7        Lissette Guardiola Merced for Crespo & Rodríguez,

8    Inc.

9        (Whereupon,

10            MS. LISSETTE GUARDIOLA MERCED,

11   was duly sworn as the official court reporter for these

12   proceedings.)

13   MR. HERNÁNDEZ:

14       May I please be excused?

15   MR. PAPEZ:

16       Yes, thank you.

17            (Notary exits the proceedings.)

18   MR. PAPEZ:

19       Good morning, Mr. Peña, could you please state your

20   name for the record again?

21   THE DEPONENT:

22       Francisco José Peña Montañez.

23   MR. PAPEZ:

24       I'm going to be asking you questions today in

25   English.  Do you speak English?

1       for topics two thru five?

2           A    I believe so.

3           Q    What is your current position at the

4       Commonwealth?

5           A    I am undersecretary of the Treasury.

6           Q    Do you report directly to the secretary of the

7       Treasury?

8           A    Yes.

9           Q    How long have you held the position of

10      undersecretary of the Treasury?

11          A    Since March 2019, approximately two-to-three

12      months.

13          Q    What position did you have before

14      undersecretary of Treasury?

15          A    Deputy secretary of the Treasury in the

16      Treasury Department.

17          Q    And how long did you have that position?

18          A    As of January 2017.

19          Q    So from January 2017 thru March 2019, you were

20      the deputy secretary of Treasury?

21          A    That is correct.

22      MR. MAYOL:

23          If I may...?  I think there's some confusion on the

24      titles, I've been, I've been a secretary, and in the

25      number two position under secretaries or associate

12

1    secretaries, or assistant secretaries, are the ones

2    under the different departments, so I think we should

3    clarify exactly what positions those were.

4    INTERPRETER:

5        Do you have a suggestion on how we should--

6    MR. PAPEZ:

7        I'll do it.

8    INTERPRETER:

9        All right.

10   MR. PAPEZ:

11       Q    I understand your position today is under

12   secretary of the Treasury, is that correct?

13       A    That is correct.

14       Q    Do you oversee a particular department within

15   the Treasury Department?

16       A    As under secretary, I supervise generally

17   speaking all of the divisions in the Treasury

18   Department, with the exception of Internal Revenue, the

19   Internal Revenue area.

20       Q    How does that job description differ from when

21   you were the assistant secretary of the Treasury?

22   MR. SUSHON:

23       Object to the form.

24   THE DEPONENT:

25       Okay, the secretariat of the Treasury is a

13

1   division, or a department, within the Department of the

2   Treasury.

3   MR. PAPEZ:

4        Q    What were your job, your primary job

5   responsibilities as the assistant secretary of the

6   Treasury?

7        A    The primary function was to administrate the

8   cash flow, and that the liquid status of the accounts,

9   under the custody of the secretary.

10       Q    Did you report directly to the secretary of

11   the Treasury as assistant secretary of the Treasury?

12       A    Yes.

13       Q    Just give me, briefly, a description of your,

14   well, I'll start with your education in college.

15       A    I have a bachelor's degree in business

16   administration, with a major in accounting and finances.

17   And I passed a CPA exam in 1995.

18       Q    Any other formal education?

19       A    No.

20       Q    And where did you obtain your college degree?

21       A    University of Puerto Rico.

22       Q    And when did you graduate?

23       A    Graduation was in February 1995.

24       Q    All right.  Give me, briefly, just a

25   description of your jobs between, when you graduated

15

1    of 2017, when you began as assistant secretary of

2    Treasury, I understand that was the time when the

3    administration of the Commonwealth changed.  Correct?

4         A    Yes, the change in the administration was in

5    January of 2017.

6         Q    Approximately how many people, within your

7    department, when you were assistant secretary of

8    Treasury, reported to you in January of 2017?

9         A    About 45 people, 45 employees.

10        Q    How many of those 45 employees were also

11   employees in the same positions, in the prior

12   administration, in December 2016, for example?

13   MR. SUSHON:

14        Objection to the form.  Also, beyond the scope.

15   THE DEPONENT:

16        Using, as a baseline, the first day I arrived at

17   the office, my understanding is that all of them were

18   there at the time of the change in the administration.

19   MR. PAPEZ:

20        Q    Who held the position of assistant secretary

21   of Treasury before you held it?

22   MR. SUSHON:

23        Objection, beyond the scope.

24   THE DEPONENT:

25        I do not know the person's name.

1    that.  Let me ask you:  Before June of 2017, you

2    understand that ERS was a pension system, correct?

3         A    My best understanding is that ERS was a

4    trusteeship that administrated the Puerto Rico Pension

5    System.

6         Q    Before June of 2017, what was your

7    understanding of how ERS collected funds to pay

8    pensions?

9         A    I cannot describe all of ERS's activities in

10   terms of its revenue sources, there were taxes that the

11   employers had to contribute to the trusteeship.

12   MS. GORDON:

13        Sorry for the interruption, but taxes should be

14   more than contributions.

15   INTERPRETER:

16        There were contributions that the employees had to

17   submit to the trusteeship.

18   DEPONENT:

19        I need a translation for that.

20   THE INTERPRETER:

21        He would like to know what it was that you had just

22   commented.

23   THE DEPONENT:

24        Okay?

25

1    INTERPRETER:

2        "La diferencia fue el uso de la palabra

3    contribuciones que yo lo traduje como 'taxes' versus el

4    uso de la palabra "contributions", que es una traducción

5    literal de contribuciones."

6    DEPONENT:

7        Okay, okay.

8    INTERPRETER:

9        Okay, it would be a literal translation, then

10   "contributions."

11   MR. PAPEZ:

12       Q    Okay.  So let me just make sure I understand.

13       A    Mmhm.

14       Q    Part of the revenues, that went into ERS,

15   included contributions from employers, correct?

16       A    That is correct.

17       Q    And, historically, before June 2017, ERS would

18   invest the employer contributions in order to build up

19   investment assets.  Is that correct?

20   MR. SUSHON:

21       Objection.  I'm sorry, you finish.  Object to the

22   form.

23   DEPONENT:

24       I cannot explain what activities the ERS undertook

25   with its assets.  But my understanding was that it was

25

1      the resources, the financial resources of the ERS

2      should've been used for the payment of pensions.

3      MR. PAPEZ:

4          Q    Do you understand that, If I use the term

5      "pay-as-you-go" model, do you understand what that, do

6      you have an understanding of what that term means?

7          A    I wouldn't know how to answer your question,

8      because what I could possibly understand of the concept,

9      it may not be the same thing.  So, I wouldn't know how

10     to answer that.

11         Q    That's fine.  What do you understand by the

12     term "pay-as-you-go" with regard to pensions?

13         A    My understanding is that once the need to pay

14     the pensions is there, the resources will be identified

15     in order to pay the total amount of those payments.  Or

16     in order to cover the total amount of those payments.

17     INTERPRETER:

18         He said, "in order to cover the total of those

19     payments."

20     MR. PAPEZ:

21         Q    All right.  Are you familiar with another type

22     of asset system where, strike that.  Are you familiar

23     with another type of pension system where assets are

24     built up, and then investment, and then pensions are

25     paid out, through income that's generated from the

1   investment.

2   MR. SUSHON:

3       Objection to the form.

4   INTERPRETER:

5       "...pensions are paid out through..."

6   MR. PAPEZ:

7       Q    Income generated by the investment.

8       A    No.

9       Q    Okay.  What was your understanding of how ERS

10  paid pensions in January of 2017?

11  MR. SUSHON:

12      Objection, beyond the scope.

13  DEPONENT:

14      I do not know how the ERS resources were used to

15  pay pensions.  The current disbursement of pension

16  payments is done through the Department of the Treasury.

17  MR. PAPEZ:

18      Q    Who actually paid the pension in January of

19  2017?

20  MR. SUSHON:

21      Objection, beyond the scope.

22  DEPONENT:

23      The Government disbursements to pensions to retired

24  personnel was through the Department of the Treasury.

25

1      MR. PAPEZ:

2          Q    And that was true between January 2017 and

3      June 2017, as well?

4      MR. SUSHON:

5          Objection, beyond the scope.

6      DEPONENT:

7          My understanding is that it was.

8      MR. PAPEZ:

9          Q    In that time period, January 2017 thru June

10     2016 (sic), were actual checks sent out from the

11     Department of the Treasury to pensioners?

12     MR. SUSHON:

13         Object to the form.  I think you meant June 2017.

14     And it's also beyond the scope.

15     MR. PAPEZ:

16         Let me start over.

17         Q    Between January 2017 and June 2017, when the

18     Government disbursed pension payments to retirees, in

19     the Department of the Treasury, were retirees sent an

20     actual check?

21     MR. SUSHON:

22         Objection, beyond the scope.

23     DEPONENT:

24         I understand that was a method of payment.

25

28

1    MR. PAPEZ:

2         Q     All right.   Who was the payor on the check?

3    MR. SUSHON:

4         Objection, beyond the scope.

5    DEPONENT:

6         To the best of my understanding, it was the

7    Department of the Treasury.

8    MR. PAPEZ:

9         Q     Were any pensions paid by wire transfer in the

10   January 2017 thru June 2017 time period?

11   MR. SUSHON:

12        Objection, beyond the scope.

13   DEPONENT:

14        I cannot specify exactly if there were payments

15   made through direct deposit, but it is a method of

16   payment.

17   MR. MAYOL:

18        Can I clarify?  I'm the former administrator, so

19   during my tenure in 2009.  All transfers are wire

20   transfers; there are no checks issued.

21   MR. PAPEZ:

22        I'm not sure how that's relevant, it's not true

23   that you're sworn to testify, but okay.  That's fine.

24        Q     And I'm going to be focusing now on January

25   2017 thru June 2017.  When the Department of Treasury

1    sent payments to pensioners, would the Department of

2    Treasury then seek reimbursement from ERS?

3    MR. SUSHON:

4        Objection to form, and beyond the scope.

5    DEPONENT:

6        The Department of the Treasury did receive funds as

7    reimbursements for those payments.

8    MR. PAPEZ:

9        Q    And did those reimbursements come from ERS?

10   MR. SUSHON:

11       Objection, beyond the scope.

12   DEPONENT:

13       Yes.

14   MR. PAPEZ:

15       Q    In that same time period, was ERS able to pay

16   the entire amount of reimbursement requested by the

17   Department of Treasury?

18   MR. SUSHON:

19       Objection, beyond the scope.

20   DEPONENT:

21       I cannot specify if it was the total amount of

22   reimbursement, but it did receive funds from ERS.

23   MR. PAPEZ:

24       Q    My understanding of how the pension system

25   worked, in that time period, was that the employers,

1    whose employees were covered by the system, would make

2    contributions to ERS.  Is that correct?

3    MR. SUSHON:

4        Objection, beyond the scope.

5    DEPONENT:

6        To the best of my understanding, yes.

7    MR. PAPEZ:

8        Q    In Exhibit 4, if you can turn to page 228...

9    And the third full paragraph begins, "The Commonwealth

10   Central Government..." do you see that?

11       A    Yes.

12       Q    Okay.  It says, "The Commonwealth Central

13   Government is responsible for approximately 59.5 percent

14   of total employer contributions to ERS, and the other

15   40.5 is the responsibility of Public Corporations in

16   municipalities."  Do you see that?

17       A    Yes.

18       Q    Do you have any reason to disagree with those

19   estimates?

20   MR. SUSHON:

21       Objection, beyond the scope.

22   DEPONENT:

23       I do not have the information in order to respond

24   regarding the estimates.

25

34

1    MR. PAPEZ:

2        Well, it is covered by Topic 3, if he cannot answer

3    the question, and I am right that it is within the Topic

4    3, then the Commonwealth will not have an answer on

5    that.  That's how a 30(b)(6) works.

6    MR. SUSHON:

7        I know how 30(b)(6) works. Thank you

8    MR. PAPEZ:

9        All right.

10       Q    So, let me just start:  Does the Commonwealth

11   agree that, even before June 2017, it was ultimately

12   responsible for any funding deficiency with respect to

13   Central Government employees in ERS?

14   MR. SUSHON:

15       Object to the form, beyond the scope.

16   DEPONENT:

17       I cannot respond to that question right now, in the

18   name of the Central Government, because that would

19   require a legal analysis.

20   MR. PAPEZ:

21       Q    And so you're unprepared to testify about

22   that, to answer that question on that subject today,

23   correct?

24       A    I am prepared to answer, generally speaking,

25   on the topics that were shown to me; not to do a legal

1    could just read that to yourself, and if you need a

2    translation, please let the translator know.

3    MR. SUSHON:

4         The entire paragraph now?

5    MR. PAPEZ:

6         Q    Yes, please.

7         (Deponent reviews paragraph accordingly.)

8    INTERPRETER:

9         "Imminent domain."

10   MR. SAGARDÍA:

11        "Expropriación."

12   INTERPRETER:

13        "Expropriación."

14            (Interpreter translates paragraph.)

15   MR. PAPEZ:

16        Q    Okay, first off, there is a part in this

17   paragraph that talks about "Employer contributions by

18   the Commonwealth to the Retirement Systems."  Before

19   June of 2017, would the Commonwealth actually transfer

20   money to the Retirement Systems' ERS?

21   MR. SUSHON:

22        Beyond the scope.

23   DEPONENT:

24        In order to answer your question, I am going to

25   separate the Commonwealth from the agencies of the

1    Commonwealth.  On behalf of the agencies of the Central

2    Government, the Department of the Treasury did not make

3    transfers to the ERS.  My understanding is that the

4    municipalities and the Public Corporations did do

5    transfers to the ERS.

6    MR. PAPEZ:

7         Q    The Central Government was responsible for

8    some employer contributions to ERS, before June of 2017.

9    Correct?

10   MR. SUSHON:

11        Objection, beyond the scope.

12   DEPONENT:

13        From the point of view of the employer

14   contribution, yes.

15   MR. PAPEZ:

16        Q    But my understanding, from your testimony just

17   a few minutes ago, is that no money was actually

18   transferred from the Central Government Treasury to ERS

19   on account of those employer contributions.  Do I have

20   that correct?

21   MR. SUSHON:

22        Objection to form, beyond the scope, and mis-

23   characterizes his testimony.

24   DEPONENT:

25        Regarding the agencies of the Central Government,

38

1    there were no transfers to the ERS because the

2    Department of the Treasury pays retirees directly.

3    MR. PAPEZ:

4         Q    Were there accounting entries made within the

5    Department of Treasury to account for employer

6    contributions it would make to ERS, but for its payment

7    of Retirement Benefits to pensioners?  Do you understand

8    my question?

9    MR. SUSHON:

10        I don't understand your question.

11   INTERPRETER:

12        I didn't either.

13                  (Laughter by all.)

14   MR. PAPEZ:

15        Let me start over.

16        Q    How did the Central Government account for

17   employer contributions, it was required to make to

18   ERS...

19   INTERPRETER:

20        Okay, let me start with that.

21   MR. PAPEZ:

22        Q    ...has offset by actual monies that the

23   Treasury Department paid to retirees?

24   MR. SUSHON:

25        Objection, and beyond the scope.

39

1   DEPONENT:

2       In order to explain the accounting issues, I am not

3   going to go into the conceptual framework, I am going to

4   go into the conceptual framework, in which a debt to the

5   ERS is created, a debt by the Central Government is

6   created to the ERS.

7       And, simultaneously, an account receivable account

8   is generated in the Treasury again to the ERS.

9       They compensate each other, they offset each other,

10  that's why, at one point, I answered that the ERS

11  transfers money to the Treasury Department as that

12  offset.

13  MR. PAPEZ:

14      Q    All right.  Turning back to page 230, in that

15  paragraph that I read, that I asked you to read, there's

16  a sentence that says, "The Commonwealth, however, has

17  continued to partially make its employer contribution to

18  ERS subject to the offset of the amount of debt service

19  payable on the Pension Bonds, discussed above..."

20  MS. DALE:

21      I'm sorry, can you just tell us where we're now.

22  MR. SUSHON:

23      Two thirty.

24  MR. PAPEZ:

25      Two thirty, yeah.

1    MR. SUSHON:

2       Two thirty in that paragraph.

3    MS. DALE:

4       Got it.

5    MR. PAPEZ:

6       Q   My question is, do you have an understanding

7    of what that sentence means?

8    MR. SUSHON:

9       Objection, beyond the scope.

10   DEPONENT:

11      Okay.  I have not read the full document, but I can

12   interpret it in part, regarding the partial payments on

13   employee contributions.  The second part of the

14   sentence, I do not understand.

15   MR. PAPEZ:

16      Q   Okay.  Well, let's start with the part that

17   you understand about "partially making its employer

18   contributions to ERS."  What do you understand that to

19   mean?

20   MR. SUSHON:

21      Objection, beyond the scope.

22   DEPONENT:

23      I have never read the entire document, so I don't

24   understand the reference to "Commonwealth."  In order to

25   understand it, I establish "Central Government, Public

41

1   Corporations, and Municipalities."

2        And due to information that has become public,

3   there are debts that need to be collected from certain

4   employers.

5   MR. PAPEZ:

6        Q    Between January 2017 and June 2017, did the

7   Commonwealth make the full amount of its required

8   employer contribution to ERS?

9   MR. SUSHON:

10       Objection, beyond the scope.

11   DEPONENT:

12       In terms of the Commonwealth, certain employers

13   made their payments, but I cannot attest to all of the

14   employers having made their contributions.

15   MR. PAPEZ:

16       Q    I'm talking now about the Commonwealth Central

17   Government.  Did the Commonwealth Central Government

18   make the full amount of its required contribution to the

19   ERS between January 2017 and June 2017?

20   MR. SUSHON:

21       Objection, beyond the scope.

22   DEPONENT:

23       In order to answer that question, I would need to

24   review all of the accounting entries, that was generated

25   between the ERS and the Central Government, and I did

43

1      Q     And what do you understand that term to be?

2      A     I am not sure of what AUC means.

3      Q     Have you come to an understanding that ERS

4    historically, before June 2017, was underfunded in terms

5    of the amount of money coming in order to pay pensions

6    going out.

7      A     According to my reading of the documents, I

8    understand that the system had a debt, and that it was

9    underfunded.

10     Q     And over the years, efforts were made within

11   the Commonwealth of Puerto Rico to try to re-form the

12   system, in order to...

13   INTERPRETER:

14         "Balance...?"

15   MR. PAPEZ:

16         --balance the... thank you!

17                        (Laughter.)

18   MR. PAPEZ:

19         Do you want this seat?

20   INTERPRETER:

21         Not really.

22   MR. PAPEZ:

23         No, that's okay.  That's fine.

24   MR. SUSHON:

25         Objection, beyond the scope.

44

1    DEPONENT:

2         I have heard of several intents of re-form.

3    MR. PAPEZ:

4         Q    One of the efforts to re-form was to increase

5    the amount of money going into ERS from the

6    Municipalities, Public Corporations, and the Central

7    Government.   Correct?

8    MR. SUSHON:

9         Objection, beyond the scope.

10   MS. DALE:

11        Objection to form.

12   THE DEPONENT:

13        In order to answer that question, I would need to

14   review the laws that gave rise to that.  Yes, but I have

15   heard.

16   MR. PAPEZ:

17        Q    Okay.  Have you heard, also, that one of the

18   ways that actuarially enacted to increase the funding to

19   ERS was to require AUC, or Additional Uniform

20   Contributions by the Municipalities, Public

21   Corporations, and the Commonwealth Central Government?

22   MR. SUSHON:

23        Objection to form and beyond the scope.

24   DEPONENT:

25        Okay, in terms of having heard, yes, I have heard

1    that I could, I have not confirmed it by reading the

2    law.

3    MR. PAPEZ:

4        Q    Based on your understanding and I'm not asking

5    you to give me a legal interpretation, based on your

6    understanding, were AUCs, additional contributions, in

7    order to fund ERS?

8    INTERPRETER:

9        "Were they used..."

10   MR. PAPEZ:

11       Let me try again.

12   INTERPRETER:

13       I missed a verb somewhere in there.

14   MR. PAPEZ:

15       That's okay.

16       Q    Based on your understanding, were AUCs also

17   meant to be contributions to ERS, in order to have funds

18   to ERS?

19   MR. SUSHON:

20       Objection to form and beyond the scope.

21   DEPONENT:

22       Based on my understanding, I would not know how to

23   answer that question, because I have not read the law.

24   MR. PAPEZ:

25       Does anyone want a break?

50

1    understood that ERS was severely underfunded.  Correct?

2    MR. SUSHON:

3        Objection to the form.

4    DEPONENT:

5        I understand that there were deficiencies; it is

6    not up to me to characterize them as "severe."

7    MR. PAPEZ:

8        Q    Do you understand that in order to make up for

9    the funding deficiencies ERS was selling its assets?

10   MR. SUSHON:

11       Objection to the form.  As of what time?

12   MR. PAPEZ:

13       Before June 2017.

14   MR. SUSHON:

15       To the extent that that goes back beyond January

16   1st, 2017, I object that it's beyond the scope.

17   DEPONENT:

18       I do not know what activities the ERS undertook in

19   order to cover its deficiencies.  I understand that it

20   is a mechanism to do so.

21   MR. PAPEZ:

22       Q    By January of 2017, did the Commonwealth

23   understand that ERS would soon deplete its investment

24   assets?

25

1    MR. SUSHON:

2        Object to the form.

3    DEPONENT:

4        I would not be able to be precise when, in January

5    of 2017, if the Commonwealth understood that it was

6    depleting that the ERS was depleting its assets.  But,

7    yes, we had an understanding by then that there was a

8    deficiency.

9    MR. PAPEZ:

10       Q    Did the Commonwealth also understand that once

11   ERS had depleted its assets, additional funding into ERS

12   would've been needed for ERS to continue meeting its

13   pension obligations?

14   MR. SUSHON:

15       Object to the form, incomplete hypothetical.

16   DEPONENT:

17       The Commonwealth understood that once the system no

18   longer had funding, in order to fulfill its payment

19   obligations, it would have to create mechanisms in order

20   to fulfill its payment obligations.

21   MR. PAPEZ:

22       Q    And those mechanisms would be to increase the

23   funding into ERS, so that it could meet its pension

24   obligations going out.  Correct?

25

1    MR. SUSHON:

2         Object to the form, incomplete hypothetical.

3    DEPONENT:

4         There could be any number of mechanisms; I cannot

5    be precise if that was one of them, or if that is one of

6    them, but there are a number of them.

7    MR. PAPEZ:

8         Q    Would you turn to page 213 of Exhibit 4?

9    About three-quarters of the way down the page, there's a

10   paragraph that begins, "In the opinion of management of

11   the Retirement Systems..." do you see that?

12        A    Yes.

13        Q    Okay.  It says, "In the opinion of management

14   of the Retirement Systems and based on information

15   prepared by consulting actuaries, if measures are not

16   taken to significantly increase funding to the

17   Retirement System, in the near term, these will exhaust

18   their liquidity, and become pay-as-you-go in the near

19   term."  Do you see that?

20        A    Yes.

21        Q    My first question is, did the Commonwealth

22   have that understanding in January of 2017?

23   MR. SUSHON:

24        Object to the form.

25

1    DEPONENT:

2        I could not specify if, in January of 2017, that

3    the Commonwealth had that understanding, but it did know

4    that there were deficiencies.

5    MR. PAPEZ:

6        Q    Did the Commonwealth have an understanding,

7    before June of 2017, that once ERS depleted its assets,

8    its investment assets, it would become a pay-as-you-go

9    system?

10       A    Okay.  To respond to the question, as of June

11   2017, the Commonwealth did have an understanding that

12   ERS would become a pay-as-you-go.

13       Q    I'm going to hand you what was marked

14   yesterday as Exhibit 11.  Here you go.  And we have

15   extra copies of it for whoever wants one.

16   MR. SAGARDÍA:

17       This is exhibit what?

18   MR. PAPEZ:

19       This was marked yesterday as Exhibit 11.

20       Q    All right.  As an initial matter, you

21   understand that after the passage of the PROMESA Act,

22   the Commonwealth is required to submit Fiscal Plans to

23   the Oversight Board.  Correct?

24   MR. SUSHON:

25       Objection, beyond the scope.

54

1    DEPONENT:

2        Yes.

3    MR. PAPEZ:

4        Q    Okay.  And do you understand that to be an

5    obligation of the Central Government?

6    MR. SUSHON:

7        Same objection.

8    DEPONENT:

9        I cannot specify that it would be the Central

10   Government, because there are some definitions as to

11   what entities are covered.

12   MR. PAPEZ:

13       Q    Okay.  Have you seen Exhibit 11 before?

14                    (Deponent reviews exhibit.)

15       A    I saw it for the first time during the

16   preparation for this deposition.

17       Q    All right.  If you turn to Page 11, Page

18   number 11 in Exhibit 11, and look at Box 3 there, it

19   says, "Provide adequate funding for Public Pension

20   Systems, and then "comments" going up on "Previous

21   pension reforms, the Fiscal Plan provides for funding of

22   Retirement Benefits through payments of the actuarially-

23   determined AACs and AUCs, for the entities included in

24   the Fiscal Plan, and additional reforms."  Do you see

25   that?

1        A    Yes.

2        Q    Okay.  Would you agree with the October 2016

3    Fiscal Plan from the Commonwealth proposed providing

4    funding of Retirement Benefits through actuarially-

5    determined AACs and AUCs?

6    INTERPRETER:

7        The date, I'm sorry...  Sixteen?

8    MR. PAPEZ:

9        Yes.  October 2016.

10   MR. SUSHON:

11       Objection, beyond the scope.

12   DEPONENT:

13       Okay.  According to the document that is before me,

14   that is what it has included there, but I have no way of

15   determining that that would be the actual, or the only

16   mechanisms to manage that situation.

17   MR. PAPEZ:

18       Q    Okay.  At least, as presented on Page 11, the

19   comments that the Commonwealth provided stated that "It

20   would build upon previous pension reforms, and provide

21   for funding of Retirement Benefits, through payments of

22   actuarially-determined AACs and AUCs."  Correct?

23   MR. SUSHON:

24       Objection, beyond the scope.  And if it helps you,

25   I will stipulate that the words on the page, are the

56

1    words on the page.  You don't have to take up Mr. Peña's

2    time with questions like that.

3    MR. PAPEZ:

4         Q    You can answer that one.

5         A    What the document states as what I can confirm

6    is included in the document.

7         Q    All right.  Turn to Page 83, please.  If you

8    look at the right-hand column, in the second row down,

9    it says, "AAC/AUC (Incr.  Retirement System Funding.) Do

10   you see that?

11        A    Yes.

12        Q    Okay, and then it has "Number eleven zero,

13   that represents eleven billion dollars."  Do you see

14   that?

15   INTERPRETER:

16        Was that "million" or "billion"?

17   MR. PAPEZ:

18        Billion.

19   MR. SUSHON:

20        Object to the form.

21   DEPONENT:

22        Yes.

23   MR. PAPEZ:

24        Q    Okay.  Am I correct in understanding that the

25   Fiscal Plan was, as of October 2016, submitted by the

1    Commonwealth, was proposing eleven billion dollars in

2    increased funding to ERS, TRS and JRS?

3    MR. SUSHON:

4         Object to the form, and beyond the scope.

5    DEPONENT:

6         The only thing I can confirm is that the document

7    includes this information about increasing funds to the

8    ERS, TRS, and JRS at eleven billion, but I have no way

9    of confirming, I have no way of confirming the basis for

10   the information.

11   MR. PAPEZ:

12        Q    Okay.  If you turn to Page 86, do you see,

13   under "Adjusted Expenses," two lines down, there's

14   AAC/AUC, and there's a footnote to that.  Let me know

15   when you see it.

16        A    Yes.

17        Q    Okay.  And if you follow that line, all the

18   way over, the ten-year estimate is $10.993 billion

19   dollars?

20   MR. SUSHON:

21        Object to the form.

22   INTERPRETER:

23        "Ten billion"?

24   MR. PAPEZ:

25        "Ten point nine billion."

59

1     handing Exhibit 5, please.

2         All right.  I've placed before you Exhibit 5, which

3     was marked yesterday.  It's a November 23rd, 2016 letter

4     from the Financial Oversight Management Board to then-

5     Governor García Padilla.

6         A    Yes.

7         Q    This was after the election in 2016.  Correct?

8     MR. SUSHON:

9         Objection, beyond the scope.

10    DEPONENT:

11        To my understanding, yes.

12    MR. PAPEZ:

13        Q    When was it that you, and I'm just asking you

14    personally, understood that you would become the

15    assistant secretary of Treasury?  What day was it, if

16    you remember?

17    MR. SUSHON:

18        So this is just him personally, not as a...

19    MR. PAPEZ:

20        I just wanted to know when that would be.

21    DEPONENT:

22        Between the second and third week of January of

23    2017.

24    MR. PAPEZ:

25        Q    Okay.  When did you know you were going to

1    become an employee of the Commonwealth?

2    MR. SUSHON:

3        Is that also in his personal...

4    MR. PAPEZ:

5        Q    When you knew personally.

6        A    For that same period, between the second and

7    third week of January.

8        Q    Okay.  All right.  When you, okay, I am asking

9    in your capacity as a Commonwealth witness now.

10       Do you understand Exhibit 5 to be a letter from the

11   Financial Oversight Board, providing comments to the

12   Commonwealth about the Fiscal Plan that the Commonwealth

13   had previously submitted?

14       A    I understand that the first part of the letter

15   is a letter from the Financial Oversight Board,

16   addressed to the then-Governor.  I have not read the

17   contents, and I would need to read the contents in order

18   to refresh whatever information.

19       Q    All right.  I'll direct you to Page 3.

20   Actually, start on Page 2.  Right at the bottom it says,

21   "Consistent with these principles, the Board requests

22   that the plan be amended to reflect the principles

23   stated above, as well as the following points."  And

24   then it goes on.

25       If you turn onto Page 3, Point Number 3 says,

1      "Incorporate a Revised Baseline forecast to reflect pay-

2      go funding for pension benefits, and segregation of

3      current employee contributions beginning no later than

4      2018."

5           Okay.  Did the Commonwealth understand the

6      Financial Oversight Board to be requesting that the

7      Commonwealth provide a Revised Baseline forecast to

8      adopt pay-go funding for pension benefits?

9      MS. DALE:

10          Objection to the form.

11     MR. SUSHON:

12          And beyond the scope.

13     DEPONENT:

14          Based on the letter here, it is a request made by

15     the Board to the then-Governor.

16     MR. SUSHON:

17          Are you done with this one for now?

18     MR. PAPEZ:

19          Yeah.  I'd like you to mark that.  Which one is

20     that?

21     COURT REPORTER:

22          Twenty-one.

23     MS. DALE:

24          Twenty-one?

25

1    MR. PAPEZ:

2        Yes.

3    MR. SUSHON:

4        Matt, this doesn't have Bates numbers on it.  Do

5    you know where it came from?

6    MR. PAPEZ:

7        It was down-loaded from, from the FOMB web site.

8    It may have also been from the AAFAF web site.  It was

9    either FOMB or AAFAF web site.

10       Q    My first question, sir, is have you seen this

11   document before?

12               (Deponent reviews document.)

13       A    No.

14       Q    All right.  Let's just go through it.  Turn to

15   Page 3 of the document.  Just right up at the top it

16   says, "Pursuant to the request of the Oversight Board,

17   and based on revised assumptions developed in

18   cooperation with the Oversight Board, the Commonwealth

19   prepared updated baseline projections."  Do you see

20   that?

21       A    Yes.

22       Q    All right.  And we have just seen, in the

23   prior document, that the Oversight Board had actually

24   requested updated baseline projections.  Correct?

25

MR. SUSHON:

Object to the form you may answer.

DEPONENT:

That is correct.

MR. PAPEZ:

Q Okay. Would you agree that this December 20, 2016 Revised Baseline projections are in response to the efforts being request?

MR. SUSHON:

Objection, beyond the scope.

DEPONENT:

I can agree that the document states what we have just read. I cannot guarantee that the document is, in fact, a response to the request that we have just read.

MR. PAPEZ:

Q Please turn to Page 7 of the document, please. Do you see this chart provides, as it says up at the top a "Summary of the changes incorporated in the Revised Baseline forecast, as well as the accumulative ten-year impact of those changes on October, based on projections." Do you see that.

MR. SUSHON:

Object to the form.

DEPONENT:

I see that, yes.

64

1      MR. PAPEZ:

2          Q    All right.  And then there's a chart, and it

3      has, the third column summarizes the October baseline

4      projections and its exceptions.  Do you see that?

5          A    I can see that that is the heading in the

6      column.

7          Q    All right.  And then it summarizes, there's a

8      box for pensions, and it summarizes the October baseline

9      projections as including Additional Uniform

10     Contributions were required to be paid to ERS.  Do you

11     see that?

12     INTERPRETER:

13         Could you repeat that?

14     MR. PAPEZ:

15         Q    If you look in the row for pensions, it states

16     that "The October baselines projections included the

17     Additional Uniform Contribution required to be paid to

18     ERS."

19     MR. SUSHON:

20         Object to the form.

21     DEPONENT:

22         I can see that that is the text on the document.

23     MR. PAPEZ:

24         Q    And that's also what we saw in the October

25     2016 Fiscal Plan, that we saw, that we covered earlier,

65

1    correct?

2    MR. SUSHON:

3        Object to the form, and beyond the scope.

4    DEPONENT:

5        Not verbatim, but in general terms, yes.

6    MR. PAPEZ:

7        Q    And then if you look on the far right-hand

8    column, it has the "Revised Baseline Projections

9    Assumption."  Do you see that?

10       A    I can see the heading, yes.

11       Q    And in the row for pensions, it says, "The

12   Revised Baseline Projections assume that the

13   Commonwealth no longer makes AUC/AAC payments, including

14   past-due amounts.  Instead, existing Pension System

15   assets, employer contributions, and investment income

16   are used to fund benefit payments."  Do you see that?

17       A    Yes, I can see that text in the document.

18       Q    All right.  Was this the change from, strike

19   that.  "Existing" if you see, in the second sentence

20   that I just read to you, it says, "Existing Pension

21   System Assets, employer contributions, and investment

22   income are used to fund benefit payments."  Do you see

23   that?

24       A    Yes, I can see that.

25       Q    Okay.  "The Existing Pension System Assets,"

1      income."  What do you understand the investment income

2      there to be referring to?

3      MR. SUSHON:

4          Objection, beyond the scope.

5      DEPONENT:

6          I can have a general understanding of what "an

7      investment income" is, but I cannot specify what income

8      investment is being referred to in this document.

9      MR. PAPEZ:

10         Q    Would you again defer to ERS on that?

11     MR. SUSHON:

12         Objection, beyond the scope.

13     DEPONENT:

14         I believe it could be answered by ERS.

15     MR. PAPEZ:

16         Q    Okay.  What do you understand "employer

17     contributions" in that sentence to mean?

18     MR. SUSHON:

19         Objection, beyond the scope.

20     DEPONENT:

21         I understand that it could be the employer

22     contributions that are legislated, that the employers

23     would be transferring to ERS.

24     MR. PAPEZ:

25         Q    Do you see, in the second column there, it

69

1    says, "Impact over ten years," and it has a minus $678

2    million?

3         A    Yes.

4         Q    Do you understand that to mean that the

5    Revised Baseline projections would have the effect of

6    increasing the deficit by $678 million over ten years?

7    MR. SUSHON:

8         Object to the form, and it's beyond the scope.

9    DEPONENT:

10        Okay, based on the document that is before me, I

11   cannot project that this would increase the deficit,

12   because I don't have the information for that.

13   MR. PAPEZ:

14        Q    Okay.  If you turn to Page 9.  About a third

15   of the way down the page it says, "Retirement System

16   Contributions."  Do you see that?

17             (Deponent views document.)

18        A    The line with Footnote Number 1?

19        Q    Yes.

20        A    I see it.

21        Q    Okay.  And then, in the lines below, it has a

22   line for October baseline projections, Revised Baseline

23   projections, and then Delta.  Do you see that?

24        A    I see it.

25        Q    Okay.  And after Delta, it says in parenthesis

1    ("if positive, a reduction in the deficit.")

2        A    That is in the text in the document.

3        Q    Okay.  And if you follow it all the way over

4    to the ten-year mark, the Delta line, it has parenthesis

5    ($678) and it's (in millions.)  Do you see that?

6        A    Yes, I see it.

7        Q    All right.  So now, would you agree with me

8    that, at least what was projected by this document, that

9    the Revised Baseline projections for the Pension System

10   would have increased the deficit by $678 million over

11   the October baseline projections?

12   MR. SUSHON:

13       Object to the form, and beyond the scope.

14   DEPONENT:

15       I can testify that the document states that it has

16   $678 million, and referring to a reduction in the

17   deficit.  I cannot comment on the information that was

18   used, nor what deficit it refers to.

19   MR. PAPEZ:

20       Q    All right.  Would you agree that it states on

21   the document that The Revised Baseline projections, from

22   December 2016, would require increased expenditures of

23   $678 million over a ten-year period, versus the October

24   baseline projections?

25

1    MR. SUSHON:

2        Object to the form, and beyond the scope.

3    DEPONENT:

4        According to the document, it indicates that it is

5    a Delta, and because it is a negative, it would indicate

6    a reduction in the deficit.

7    MR. PAPEZ:

8        Q    And if you go over to the very left-hand side,

9    in the Delta, it says, "Delta," and then it says

10   parentheses (if positive, a reduction in the deficit.)

11       A    That is correct.

12       Q    Okay, and so then the $678 million would

13   actually be an increase in the deficit.

14   MR. SUSHON:

15       Objection, beyond the scope.

16   DEPONENT:

17       Based on the text in the document, that is correct.

18   MR. PAPEZ:

19       Q    Okay.  If you turn to Page 12 and this will be

20   the last page on this document this table presents "A

21   summary of the expenditures included in the Revised

22   Baseline Projections." Do you see that?

23       A    I can see it in the title.

24       Q    All right.  Would you go down to Rows 55 and

25   56, it refers to "Pay-go contributions in excess of

1    Asset Balance."

2         A    I can see that.

3         Q    All right.  Are those pay-go contributions in

4    excess of asset balance, a reference to the additional,

5    strike that, and let me start over.

6         Are those pay-go contributions in excess of asset

7    balance are reference to the employer contributions,

8    that we looked at earlier, on Page 7?

9    MR. SUSHON:

10        Object to the form, and beyond the scope, and mis-

11   characterizes the document.

12   DEPONENT:

13        Based in the text in the document, I cannot state

14   that it refers to the same thing.

15   MR. PAPEZ:

16        Q    Okay.  You can't make that assessment one way

17   or the other, as you sit here today?

18   MR. SUSHON:

19        Objection.  Beyond the scope.

20   DEPONENT:

21        No, I cannot do that.

22   MR. PAPEZ:

23     Okay.  All right.  Please give Exhibit 6 to Mr. Peña.

24        Q    Okay, my first question is, have you seen Exhibit

25   6 before?

1                    (Deponent reviews exhibit.)

2          A    Yes.

3          Q    Okay.  Was it in preparation for today, or did

4     you see at the time in 2017?

5     MR. SUSHON:

6          I'm going to object.  You're not allowed to get

7     into my attorney work product as to what I showed him in

8     preparation for today's deposition.

9     MR. PAPEZ:

10         I know.  That's fine.  I don't care.

11         Q    Did you see it back at the time it was

12    prepared?

13         A    Once it was published, yes.

14         Q    Did you assist in preparing it?  And by "you,"

15    I mean, "you, Mr. Peña."

16         A    No.

17         Q    Okay.  First, if you could turn to page 92 in

18    the document.  Right up at the top there's a reference

19    to the "Treasury Single Account."  Do you see that?

20         A    Yes.

21         Q    Yesterday, we asked the witness for what he

22    thought what that was, and he referred us to the

23    Commonwealth, so, and the Department of Treasury.  So,

24    I'm going to ask you, what is the Treasury Single

25    Account?

1      A      The TSA is a group of bank accounts which are

2   presented as the operating accounts under the Department

3   of the Treasury.

4      Q      And there are several accounts, not just one?

5      A      That is correct.

6      Q      All right.  In the second box, from the top

7   there, it says, "Outside TSA pool."  And if you go over

8   into the right-hand column there, it has "pension funds"

9   as being "outside the TSA pool."  Do you see that?

10      A      The line with Footnote 2?

11      Q      Right.

12      A      I see it.

13      Q      What does it mean for the pension funds to be

14   "outside the TSA pool"?

15      A      Okay.  That the pension funds of the ERS are

16   not part of the structure of bank accounts of the TSA.

17      Q      And if you look at Footnote 2, it says, "TRS

18   and ERS manage the fund assets, which are periodically

19   liquidated to transfer to the TSA for the payment of

20   benefits."  Do you see that?

21      A      I see that, yes.

22      Q      Does that mean that periodically ERS transfers

23   funds into the TSA accounts?

24   MR. SUSHON:

25      Object to the form.  Are you asking as of today, or

1     as of that date..

2     MR. PAPEZ:

3          As of the date of the document.  Let me start over.

4     DEPONENT:

5          Up to the date of the document or as of...

6     MR. PAPEZ:

7          Let me just start over.

8     INTERPRETER:

9          Okay.

10    MR. PAPEZ:

11         Q    Does Footnote 2 mean that in February of 2017,

12    ERS would periodically liquidate some of its assets, and

13    transfer the proceeds to the TSA?

14         A    Yes, I see that.

15         Q    Is that what it means?  Is that how it

16    happened?

17         A    Yes, the TSA received monies transferred from

18    the ERS.

19         Q    Do you know how often that occurred, back in

20    the February 2017 time-frame?

21         A    The frequency could have been once every two

22    months, as such.

23         Q    Did it vary, in terms of, sometimes it was,

24    sometimes it happened more often, and sometimes it

25    happened less often?

76

1          A     That is the frequency in the period from

2     January to June, that I know of.

3          Q     Okay.  If you turn to Page 62 in the

4     document...  In the right-hand column, you'll see

5     "Specific Initiatives."  Do you see that?

6          A     Yes, I see it.

7          Q     And the first one says, "Switch to pay-as-you-

8     go model to cover remaining defined benefit

9     obligations."

10         A     That's what the document says.

11         Q     Okay.  Did you understand that the

12    Commonwealth was, at this point, proposing in its Fiscal

13    Plan to formally "Switch to a pay-as-you-go model, to

14    cover remaining defined benefit obligations?

15         A     At a conceptual level, yes.

16         Q     Okay.  At the conceptual level, at this point,

17    was the pay-as-you-go model still conceived to be within

18    ERS?

19    MR. SUSHON:

20         I object to that on the grounds of deliberative

21    process privilege and instruct you not to answer.

22    MR. PAPEZ:

23         Q     Are you going to follow your attorney's

24    instruction?

25         A     Yes.

1     MR. SUSHON:

2          ...I won't allow Mr. Peña to testify about that.

3     MR. PAPEZ:

4          I guess, then let me, I'm going to speak clear,

5     then.

6          Q     And if you need to Mr. Peña, just wait a

7     minute, and let Mr. Sushon assert deliberative process

8     before you answer, if he is going to assert it.  Okay?

9          A     Yes.

10         Q     In February, in February of 2017, how was it

11    contemplated that the switch to the pay-as-you-go model

12    would address the cash-flow shortfall of the ERS System?

13    MR. SUSHON:

14         Please translate my objection.   Francisco, in

15    answering this question, you can testify about the

16    anticipated effect of the pay-as-you-go forms that were

17    actually adopted by the Commonwealth.  To the extent

18    that you would answer based on other potential reforms,

19    you should not provide that information, because it is

20    deliberative process privilege.

21    MR. PAPEZ:

22         Q     Can you answer?

23         A     Can you repeat the question for me?

24                    (Laughter.)

25         Q     Okay.  In February of 2017, how was it

1    contemplated that the switch to the pay-as-you-go model

2    would address the cash-flow shortfall?

3        A    Basically, it was a mechanism to identify the

4    resources that would guarantee the payment of the

5    pensions.

6        Q    Okay.  And what resources are you referring to

7    that would guarantee the payment of the pensions?

8        A    I cannot answer that question, because there

9    were several sources, and it was part of what was being

10   evaluated.

11       Q    So, would your answer then fall within Mr.

12   Sushon's instruction not to reveal deliberations?

13       A    That is correct.

14       Q    In the second box there, on the top it says,

15   "Maintain quality of life," and you go over to the

16   strategy, there's two bullets, "Protect benefits for

17   lowest pension income earners, and a progressive

18   strategy to reduce retirement benefit costs."  Do you

19   see that?

20       A    I can see that, yes.

21       Q    Are those two bullets referring to a potential

22   decrease in pension benefits that would be paid to at

23   least some retirees?

24   MR. SUSHON:

25       I object on the grounds that that's beyond the

1    scope.

2    DEPONENT:

3        I understand that these two points refer to the

4    risk that there would be if pension payments are not

5    made.

6    MR. PAPEZ:

7        Q    What do you mean by "the risk"?

8    MR. SUSHON:

9        The same objection.

10   DEPONENT:

11       Consequences.

12   MR. PAPEZ:

13       Q    I'm just going to ask:  Was the Commonwealth

14   contemplating reducing pension benefits to some

15   retirees, as of February of 2017?

16   MR. SUSHON:

17       Objection, beyond the scope.

18   DEPONENT:

19       I understand that it wasn't.

20   MR. PAPEZ:

21       Q    Turn to Page 124 in the document.  Point 14,

22   in the very last checkmark at the bottom, says, "The

23   Fiscal Plan does not contemplate any violation, of the

24   lawful priorities or liens in the Puerto Rico

25   Constitution, laws and agreements, in effect prior to

1     the enactment of PROMESA."  Do you see that?

2          A    Yes, I see it.

3          Q    What did the Fiscal Plan propose with regard

4     to the payment of the ERS pension bonds?

5     MR. SUSHON:

6          Object to the form.  The best evidence of what the

7     Fiscal Plan proposes is in the Fiscal Plan.

8     DEPONENT:

9          I don't recall.  I cannot recall the information in

10    order to answer this question.

11    MR. PAPEZ:

12         Q    What did the Fiscal Plan contemplate with

13    regard to the security interests that, or the liens,

14    that were securing the payment of the ERS pension bonds?

15    MR. SUSHON:

16         The same objection.  The best evidence of what the

17    Fiscal Plan contemplated is in the Fiscal Plan.

18    DEPONENT:

19         I have no knowledge of what the Fiscal Plan says,

20    regarding your question.

21    MR. PAPEZ:

22         Q    All right, you can put that document aside.

23    MR. SUSHON:

24         Would this be a good time for a break?

25

82

```
 1    MR. PAPEZ:

 2         Yeah, sure, fine.

 3                        OFF THE RECORD.

 4    COURT REPORTER:

 5         This one is 22.

 6    MR. PAPEZ:

 7         Twenty-two?

 8    COURT REPORTER:

 9         Yes.  Okay, we're on record.

10    MR. PAPEZ:

11         Q    Okay.  Mr. Peña, I've handed you what  I've

12    marked as Exhibit 22.  Do you recognize this as the

13    Fiscal Plan for Puerto Rico, dated March 13th, 2017?

14                    (Deponent reviews document.)

15         A    I'm not sure it's the final one, but, yes, I

16    have seen a document similar to this one.

17         Q    Okay.  And for everybody's benefit, we printed

18    this off.  Again, either it would have been the FOMB web

19    site or the AAFAF web site, I think this was probably

20    FOMB.  Okay, if you could turn to Page 13 of the

21    document, on the bottom-right corner.  All right.  You

22    see this is a page showing "Assumptions and

23    Methodology," listing various expenses.

24         A    That is the title, yes.

25         Q    Okay.  And these would be assumed expenses for
```

85

1    answers to what this means in the Fiscal Plan.

2    MR. PAPEZ:

3         Q    At this point in time, of March 2017, was the

4    proposal for Pay-Go contributions to be put into ERS?

5    MR. SUSHON:

6         I'm going to object to that on the grounds of

7    deliberative process privilege, to the extent that it

8    goes into proposed plans that were not adopted.

9         I instruct you not to answer with respect to those.

10   MR. PAPEZ:

11        Q    Can you provide an answer without violating

12   your attorney's instructions?

13        A    Can you repeat the question, please?

14        Q    Sure.  In March of 2017, was there a proposal

15   within the Commonwealth to have Pay-Go contributions

16   paid into ERS?

17   MR. SUSHON:

18        And the same objection and instruction applies.

19   DEPONENT:

20        I cannot answer that question.

21   MR. PAPEZ:

22        Q    Okay.  Because of your attorney's

23   instructions?

24        A    That is correct.

25        Q    Okay.  Turn to page, hang on, 27 of the

1     MR. PAPEZ:

2          Q    All right.  Now, let's go back to Point 1 on

3     Exhibit 23.  It says, "Fund existing pension

4     obligations, on a Pay-Go basis, liquidating assets to

5     help fund benefits, and using General Fund revenues to

6     pay benefits owed under previous plans."  Do you see

7     that?

8          A    I see it.

9          Q    Okay.  Switching to a Pay-Go model was also in

10    Exhibit 22, which was the March 13th , 2017 Fiscal Plan

11    that the Commonwealth submitted.  Correct?

12    MR. SUSHON:

13         Objection.  The best evidence of what's in the

14    Fiscal Plan is the Fiscal Plan.

15         I'm not joking.  I will stipulate that every

16    document has the words the document has in it, and maybe

17    we can speed this along.

18    MR. PAPEZ:

19         All right.

20         Q    Okay.

21         A    Based on the documents before me, they use

22    similar language, therefore I cannot differentiate.

23         Q    Okay.  Going on, in Point 1 of Exhibit 23, it

24    refers to "liquidating assets to help fund benefits."

25    And then it says, "...and using General Fund revenues to

1    MS. GORDON:

2        To include the exhibit numbers when he's

3    referencing them.

4    INTERPRETER:

5     Okay.  That would be, okay, let me repeat.

6            (Interpreter translates question again.)

7    MR. SUSHON:

8        I'm going to object.  The best evidence of what's

9    in the Fiscal Plan is the Fiscal Plan.

10   DEPONENT:

11       I cannot understand that question, in a document as

12   extensive as the Fiscal Plan, if in effect it mentions

13   it, and I understand that if there is any reference to

14   that in the Fiscal Plan, AAFAF would be the best agency

15   to answer the question.

16   MR. PAPEZ:

17       Q    All right.  What does it mean to "use General

18   Fund revenues to pay benefits owed under a previous

19   pension plan"?

20   MR. SUSHON:

21       Objection, foundation.

22   DEPONENT:

23       To me, it means what the text itself says.  Use

24   revenues from the General Fund to pay benefits in the

25   Pension Plans.

1    MR. PAPEZ:

2         Q    Okay.  And what is the "General Fund"?

3         A    The General Fund is the Operational Fund for

4    the Government of Puerto Rico to cover its governing

5    activities.  Or its Government activities.

6    MR. SUSHON:

7         Object to the form.  Did you mean "General Fund"

8    divorced from this document, Exhibit 23, or "General

9    Fund" as used in Exhibit 23 there?

10   MR. PAPEZ:

11        Q    Did you understand my question, sir?

12   MR. SUSHON:

13        Matt, I've asked you to clarify it.  He's not going

14   to answer the question until I understand the question.

15   MR. PAPEZ:

16        Well, he did answer the question, based on his

17   understanding.  And so I'm asking him and you've noted

18   your objection, and that's fine.

19   MR. SUSHON:

20        I didn't, I'm going to have a chance to interject

21   my objection, and I'm interjecting it now.  I've asked

22   you to clarify your question, and you need to clarify

23   your question before he is going to answer it.  I need

24   to understand it.

25

1    you want to know what General Fund means.

2    MR. PAPEZ:

3        Let's do it this way.

4        Q    Is there, put aside Exhibit 23.  What does the

5    General Fund mean?  What is the General Fund?

6        A    My definition of the General Fund is the one

7    included in the Audited Financial Statements, and it is

8    the Government's Operating Fund in order to carry out

9    its activities.

10       Q    Under the Retirement System, as it existed

11   before June of 2017, we earlier covered that, "payments

12   to pensioners would be made from the Treasury

13   Department, and then the Treasury Department would seek

14   reimbursement from ERS."  Correct?

15   MR. SUSHON:

16       Objection.  Mis-characterizes his testimony.

17   DEPONENT:

18       The disbursements come from the secretary of the

19   Treasury account, and then reimbursement is requested

20   from the ERS.

21   MR. PAPEZ:

22       Q    So now then, getting back to Exhibit 23, when

23   it says that "Funding existing pension obligations on a

24   Pay-Go basis, liquidating assets to help fund benefits,

25   and using General Fund revenues to pay benefits owed

1    under previous plans."

2         When the Oversight Board requested that enrollment

3    to the Fiscal Plan, did the Commonwealth understand the

4    Oversight Board to be requesting that payments to

5    pensioners be made from the Commonwealth General Fund?

6    MR. SUSHON:

7         Object to the form.

8    DEPONENT:

9         The Government understood that it was one of the

10   mechanisms it was suggesting, based on the Resolution.

11   MR. PAPEZ:

12        Q    And the Government of Puerto Rico eventually

13   adopted that suggestion.  Correct?

14        A    The Government of Puerto Rico developed a new

15   pension system.

16        Q    And under the new pension system, the revenues

17   to pay previous pension obligations come from the

18   Commonwealth General Fund.  Is that right?

19        A    When you say "previous plans," do you mean

20   "retirement plans"?

21        Q    Yes.

22        A    Okay.  Can you repeat the question, please?

23        Q    Sure.  Under the new system that the

24   Commonwealth has adopted, do the revenues, that are used

25   to pay pensions under previous pension plans, come from

1     the Commonwealth General Fund?

2          A     It is one of the income sources; it's not all

3     of it.

4          Q     Okay.  The other or another income source are

5     Pay-Go fees, correct?

6          A     That is correct.

7          Q     Okay.  Under the new system that has been in

8     place since July 1st, 2017, does the Treasury Department

9     actually make the payments to pensioners still?

10         A     To the payment plans or to the retirees?

11         Q     To the retirees.

12         A     That is correct.

13         Q     Is it still in the form of actual physical

14    checks?

15         A     It is one of the payment methods.

16         Q     And another payment method would be the direct

17    deposit?

18         A     That is correct.

19         Q     Is the accounts, that either the check or the

20    direct deposit is drawn on, one of the TSA accounts?

21         A     That is correct.

22         Q     With regard, and when the Treasury Department

23    sends out the retirement monies to the pensioners, does

24    it then request reimbursement in the form of Pay-Go fees

25    from some entity?  Just start that.

1        A      The Pay-Go fees are requested from

2    Municipalities and Public Corporations.

3        Q      Does the Commonwealth Central Government, pay

4    Pay-Go fees to reimburse for the payment of pensions?

5        A      From the point of view of monies, of paying

6    out monies, it is not in effect a transfer of monies, it

7    is accounted, the accounting of it goes in as an

8    expense, as an expense to the payroll fees.

9        Q      Okay.  So, just so I understand then, for the

10   portion of the Pay-Go fees that the Commonwealth Central

11   Government is responsible for, there is no actual

12   transfer of funds from one account to another.

13       A      For the purposes of Pay-Go fees, that is

14   correct.

15       Q      And, instead, it is just an accounting entry

16   in the various accounts.

17       A      That is correct.

18       Q      Now, with regard to the Pay-Go fees that are,

19   let's start with the Public Corporations, those are

20   obligated to pay.  Is there a specific fee references to

21   a trust fund, that those are paid into?  Is that how it

22   works?

23   MR. SUSHON:

24       Object to the form.

25

1    DEPONENT:

2         What trust funds are you referring to, in order to

3    answer the question?

4    MR. PAPEZ:

5         Uhhh... Can you hand him Exhibit 10, please?

6         Q    Mr. Peña, this is a copy of Act 106.  There's

7    an English translation and a Spanish version in the

8    back.  You're welcome to refer to whichever one you'd

9    like.  I'm going to refer to the Spanish version--

10        Okay.  Section 2; it's on Page 17 of the English

11   version, all right, it says, "The accumulated Pensions

12   Payment Account is hereby created under the auspices of

13   the Treasury Department, which will be kept in a trust

14   fund separate from the general assets and accounts of

15   the Government, which will operate under a pay-as-you-go

16   system for the payment of pensions accumulated by the

17   Retirement Systems."  And then it goes on.

18        So my first question is, has the Central Government

19   created, under the auspices of the Treasury Department,

20   a trust fund separate from the general assets and

21   accounts of the Central Government?

22        A    The accounts that were opened are bank

23   accounts, they were not trusts, and they are maintained

24   separate from the other accounts of the Government of

25   Puerto Rico.

1      Q     Okay.  So, just so I understand, they're just

2  normal bank accounts, they're not trust bonds, but

3  they're still separate from General Funds or other TSA

4  accounts.

5  MR. SUSHON:

6      Object to the form.

7  DEPONENT:

8      That is correct.

9  MR. PAPEZ:

10      Q     Do the Public Corporations in the

11  Municipalities pay their Pay-Go fees into those separate

12  bank accounts that we just discussed?

13      A     That is correct.

14      Q     And then, as I understand it, periodically the

15  Treasury Department sweeps those, the funds from those

16  separate accounts, in order to collect the Pay-Go fees

17  that the Municipalities and Public Corporations paid.

18  Is that correct?

19      A     That is correct.

20      Q     How often does that process happen? The

21  sweeping process happen?

22      A     Currently, it is on a daily basis.

23      Q     So, as of midnight, on any given day, there

24  could be zero funds in those separate accounts.  Is that

25  correct?

1     MR. SUSHON:

2         Object to the form.

3     DEPONENT:

4         That is correct.

5     MR. PAPEZ:

6         Q    And the most that would ever accumulate in

7     those separate accounts would be whatever Pay-Go fees

8     are paid on any given day.  Is that correct?

9         A    Given the nature of the account, I believe so.

10    MR. PAPEZ:

11        What is this one?

12    COURT REPORTER:

13        Twenty-four.

14    MR. SUSHON:

15        This is Exhibit number what?

16    MR. PAPEZ:

17        That's Exhibit 24.

18        Q    All right.  Several minutes ago, we were

19    discussing the FOMB certification of the March 2017

20    Fiscal Plan.

21        Exhibit 24, that I've just placed in front of you,

22    has a box up in the corner, it says, "Conform to include

23    amendments from March 13, 2017 corrections from April

24    15, 2017."

25        My question is:  Did the Commonwealth revise or

1    MR. PAPEZ:

2        Q    In private, has other and now I'm talking

3    about, I'm not talking about your conversations with

4    attorneys, I'm talking about the Commonwealth.  Does the

5    Commonwealth view the Oversight Board's requested

6    amendments as mandatory, even if they don't acknowledge

7    it to the public?

8    MR. SUSHON:

9        I object to the form, and I object to your

10   snickering at the witness.

11   MR. PAPEZ:

12       I was not snickering.

13   MS. DALE:

14       Objection to form.

15   DEPONENT:

16       The question is based on the recommendations to the

17   Fiscal Plan?

18   MR. PAPEZ:

19       Q    All right, let me rephrase it. When the

20   Oversight Board requests amendments to the Fiscal Plan,

21   does the Commonwealth view those requested amendments as

22   mandatory, even if it won't openly say to the public

23   that they are mandatory?

24   MR. SUSHON:

25       I object to the form.  And, again, instruct you, to

1    answer to the extent that any information you have, that

2    would be responsive to this question, is legal advice

3    from your attorneys, you shouldn't testify about that.

4        Subject to that, you can answer the question.

5    DEPONENT:

6        Based on the public statements that have been made,

7    the public is going to assume that they are

8    recommendations.

9    MR. PAPEZ:

10       Q    Has the Oversight Board ever requested an

11   amendment that the Commonwealth has refused to make?

12   MR. SUSHON:

13       Objection, beyond the scope.

14   DEPONENT:

15       In terms of that last letter, I would not be able

16   to answer that because that goes to decisions on Public

17   Policy.

18   MR. PAPEZ:

19       Q    Okay.  In any event, if you could turn to Page

20   22(a), Exhibit 24...of Exhibit 24, I should say.  All

21   right, on Page 22(a).  There you go.

22       Do you see here, "Amendment Number 2, Pension

23   Amendment to the Commonwealth Proposed Fiscal Plan," and

24   then it appears to be the amendments that the Oversight

25   Board requested, that we had just gone over in the prior

1          Q     Let's move on.  If you turn further into

2     Exhibit Number 24, there's an Exhibit A that has been

3     added to it.

4     MR. SUSHON:

5          Object to the form.

6     MR. PAPEZ:

7          Q     And you see it referenced on the front page.

8     The front page of Exhibit 24 says, "See Exhibit A for

9     AAFAF letter from May 31st, 2017."  Do you see that, in

10    the letter box?

11         A     Yes.

12         Q     Okay.  So, if you turn towards the back of the

13    document, there's Exhibit A.  And it's the May 31st

14    letter from AAFAF.

15    MR. SUSHON:

16         Is there a question?

17    MR. PAPEZ:

18         Yeah, I was just thinking about it.

19         Q     You see the first set, the first couple

20    paragraphs refer to the Oversight Board making certain

21    revisions to the Revenue Forecast for Fiscal Year 2018?

22    MR. SUSHON:

23         Object to the form.

24    DEPONENT:

25         I see it.

1    MR. PAPEZ:

2         Q    Okay.  In the fourth bullet, it says, "Pay-Go

3    Reimbursements, General Fund, Additional Revenue of $390

4    million should be added to the General Fund due to

5    pension reimbursements, and other agencies, and asset

6    sales, subject to continuing diligence."  Do you see

7    that?

8         A    I see it.

9         Q    Yeah.  Do I understand that to, well, what do

10   you understand that to mean?

11   MR. SUSHON:

12        Object to the form.

13   DEPONENT:

14        Well, the text of the letter says that "it is

15   considered additional income to cover payment of pension

16   funds."

17   MR. PAPEZ:

18        Q    Okay.  And, so what I understand then is that,

19   based on revisions made in May of 2017, an additional

20   $390 million would be added to the General Fund of the

21   Commonwealth to account for Pay-Go fees that are paid

22   from other agencies.  Is that correct?

23   MR. SUSHON:

24        Objection, lacks foundation.  Matt, you want the

25   witness to tell you what you understand?

1    MR. PAPEZ:

2        Q    Do you agree with my characterization?

3    MR. SUSHON:

4        Objection.

5    DEPONENT:

6        I honestly did not understand the question.

7    MR. PAPEZ:

8        Q    All right, fine.  Turn to the next page, Page

9    3 of the document.  The last page, do you see a chart

10   that says, "Fiscal Year Ending June 30"?

11       A    I see it.

12       Q    And then there's, the top part of the chart

13   has the General Fund revenues, and then it lists the

14   various sources of revenue.  Do you see that?

15       A    I see it.

16       Q    And these General Fund revenues are revenues

17   into the Commonwealth General Fund, correct?

18       A    Based on the table in front of me, that is

19   correct.

20       Q    Okay.  The fourth entry, up from the bottom,

21   in that section says, "Pay-Go Reimbursement."  Do you

22   see that?

23       A    That is correct.

24       Q    And, the Certified Fiscal Plan of 2018, that

25   showed "zero," correct?

112

1      A     Based on the document presented, that is

2      correct.

3      Q     Okay.  And then in the revised 2018 column, it

4      shows $390 million, for Pay-Go reimbursement.  Correct?

5      A     That is correct.

6      Q     All right.  So, now, then going back to my

7      original question, was $390 million added to the General

8      Fund revenues on account of Pay-Go reimbursements

9      sometime after the March 2017 Fiscal Plan was certified?

10     A     Based on the document, and regarding the

11     Fiscal Plan, I believe so.

12     Q     Okay, I want you to turn back to the first

13     page of that appendix.  The last bullet.

14     MR. SUSHON:

15         The letter from AAFAF?

16     MR. PAPEZ:

17         Right, yeah.

18     Q     So, the last bullet in the May 31st, 2017

19     AAFAF letter says, "Pay-Go reimbursements, other income,

20     additional revenue of $344 million should be added to

21     the other Income Fund, due to pension reimbursements

22     from other agencies and asset sales, subject to

23     continuing diligence."  Do you see that?

24     A     Yes, I see it.

25     Q     Okay, my first question is:  What's the

1  difference between "General Fund" and "Other Income"?

2  MR. SUSHON:

3       Objection.  Is that with respect to the way they're

4  used in this document, or just as a General Fund?

5  MR. PAPEZ:

6       Well, let's first talk about they're used in the

7  document.

8  MR. SUSHON:

9       Okay.  So he's asking you how it's used in the

10  document, and what's the difference between those two

11  terms.

12  DEPONENT:

13       The General Fund receives monies from the Govern-

14  ment Revenues, General Government Revenues, versus other

15  incomes which are income sources that are specifically

16  identified.

17  MR. PAPEZ:

18       Q    Does "Other Income" go into the General Fund?

19  Just in general, not in respect to this document.

20       A    Yeah, the general rule is that the General

21  Fund receives revenues from, general revenues normally

22  known as "taxes."

23       Q    Now, let's turn to the Page 3 again, that you

24  looked at earlier.  There is about two-thirds of the way

25  down in that box, there is a sub-total for General Fund

114

1    revenue, and then two lines down from that, there's

2    another entry for "Pay-Go Reimbursement."  Do you see

3    that?

4         A    That is correct.

5         Q    And, again, if you look back, that "Pay-Go

6    Reimbursement" in that line is $344 million, which

7    matches up to the $344 million that was referenced in

8    the last bullet of the May 31st, 2017 letter.

9    MR. SUSHON:

10        Object to the form.

11   DEPONENT:

12        Based on the document, that is correct.

13   MR. PAPEZ:

14        Q    All right.  Now, the $344 million dollar

15   entry, in the second "Pay-Go Reimbursement" line would

16   be in addition to the $390 million, in the first "Pay-Go

17   Reimbursement" line.  Is that correct?

18        A    Based on the document, and my understanding of

19   it, that would be correct.

20        Q    So, I'll venture some math here, between the

21   $390 million and the $344 million, that's $734 million

22   into the Commonwealth General Fund as a result of the

23   May 31st, 2017 letter.  Is that correct?

24   MR. SUSHON:

25        I object to requiring the witness to do math.

1          A    I can see that.

2          Q    Okay.  Those other entries, let's just take

3     the first one, "Additional SUT."  And then it has some

4     entries.  Those revenue figures, for "Additional SUT,"

5     are they put in the General Fund?

6     MR. SUSHON:

7          Object to the form.

8     DEPONENT:

9          The General Fund.  My answer to that is, they are

10    not part of the General Fund.

11    MR. PAPEZ:

12         Q    Are they, Let's then talk about the second

13    Pay-Go Reimbursement for $344 million.

14         A    According to the table herein, they are not

15    revenues to the General Fund.

16         Q    What are they revenues to?

17         A    According to my understanding, they must be

18    revenues from payroll fees.

19         Q    In which account are they credited to?

20         A    When you refer to "accounts," are you

21    referring to bank accounts, or accounting accounts?

22         Q    Well, let's first start with bank accounts.

23         A    They are deposited in the bank account that

24    was opened for that purpose.

25         Q    And then those were the funds that would be

1    swept out on a daily basis.  Correct?

2    MR. SUSHON:

3        Object to the form.

4    DEPONENT:

5        That is correct.

6    MR. PAPEZ:

7        Q    When those funds are swept out on a daily

8    basis, where are they swept to?

9        A    To the TSA account.

10       Q    And once they are swept into the TSA accounts,

11   do they become available for general use by the

12   Commonwealth Central Government?

13       A    No, they are subject to the purpose for which

14   they were created, which is the payment of pensions.

15   They are available for the purpose for which they were

16   created, which is the payment of pensions.

17       Q    When they're swept out of the accounts and

18   into the TSA accounts, are they commingled with other

19   funds that are dedicated for other purposes?

20       A    Due to their nature, they are mixed with other

21   deposits.  They are mingled with other deposits.

22   MS. DALE:

23       Matt, when you get a chance, could we take a break?

24   MR. PAPEZ:

25       Yeah, sure, let's go on break.

1                          OFF THE RECORD.

2    COURT REPORTER:

3        Okay, we're back on record.

4    MR. PAPEZ:

5        Q    Okay.  Mr. Peña, we've handed you what was

6    marked yesterday as Exhibit 8.  Do you see this is a

7    copy of the Joint Resolution 188?

8    MR. SUSHON:

9        This is the Spanish version of that.

10   MR. PAPEZ:

11       Q    You've seen, or are familiar with, Joint

12   Resolution 188.  Correct?

13       A    I have seen it before, yes.

14       Q    Okay.  When did the Commonwealth start

15   drafting Joint Resolution 188?

16   MR. SUSHON:

17       Object to the form.

18   DEPONENT:

19       I understand it was during the process of preparing

20   the budget.

21   MR. PAPEZ:

22       Q    And when was that?

23       A    Sometime between March and May, which is when

24   the budget is submitted.

25       Q    Was the Treasury Department at all involved in

121

1    drafting this?

2         A    The Department of Treasury may have received

3    it for comments, but not for preparation.

4         Q    If you look at Section 4-1, it states that

5    "The General Fund, thru the pay-as-you-go System shall

6    assume any payments that the three Retirement Systems

7    cannot make."

8    INTERPRETER:

9         Section...

10   MR. SUSHON:

11        Four.

12   INTERPRETER:

13        Uh-huh.

14   MR. PAPEZ:

15        Q    Are the payments they're referring to there

16   would be the same pension benefits that the three

17   retirement systems would have owed under the existing

18   pension systems?

19   MR. SUSHON:

20        Objection.  The best evidence of what the

21   legislation means is the claim made by the legislation.

22   DEPONENT:

23        Based on this text, that would basically be the

24   payments that the retirement systems need to make.

25

122

1     MR. PAPEZ:

2          Q    All right.  So, just to cut through this,

3     nothing in Joint Resolution 188 created new pension

4     benefits for members of ERS.  Correct?

5     MR. SUSHON:

6          Object to the form.  The best evidence is the

7     effect of Joint Resolution 188 is the Tax Return

8     Resolution 188.

9     DEPONENT:

10         Just for my clarification, what do you mean by

11    "members"?

12    MR. PAPEZ:

13         Q    The retirees.

14         A    Okay.  Based on the text of the Resolution, I

15    do not see any additional benefits for retirees.

16         Q    Okay.  So, in other words...

17    MS. GORDON:

18         Sorry.  Did you clarify "beneficios" or '¿eso lo

19    dijiste?'

20    INTERPRETER:

21         "Benefits."

22    MS. GORDON:

23         No, but did you said "benefits," or

24    "beneficiaries"?

25

123

1    INTERPRETER:

2         No, no, "nuevos beneficios para los retirados."

3    MR. PAPEZ:

4         Q    So, just to clarify that, the obligations that

5    the General Fund was assuming are obligations that the

6    Retirement Systems already had.

7    MR. SUSHON:

8         Same objection.   The best evidence...

9    DEPONENT:

10         It would be the obligations of pension payments.

11    MR. PAPEZ:

12         Q    Why did the Commonwealth direct that the

13    General Fund assume those benefit payments, instead of

14    just directing that contributions to ERS be increased?

15    MR. SUSHON:

16         I'm going to object to that on the deliberative

17    process privilege ban, and I instruct you not to answer.

18    MR. PAPEZ:

19         Q    We can refer to Joint Resolution 188, if you

20    want, but would you agree that one of the results of the

21    legislation was that ERS had to sell its assets, and

22    contribute the proceeds of that to the General Fund for

23    the payment of pensions?

24    MR. SUSHON:

25         I object under the Best Evidence Rule.

124

1    DEPONENT:

2        The text of Resolution 188 is clear, and speaks for

3    itself, regarding the different Retirement Systems, and

4    the expectations of the General Fund of the Government,

5    the Government's General Fund receiving transfer of

6    monies.

7    MR. PAPEZ:

8        Q    My question is:  Why is it that the

9    Commonwealth directed ERS to sell its assets and

10   transfer those funds to the General Fund, as opposed to

11   just using them to pay pensions?

12   INTERPRETER:

13       To transfer the funds to what? TRS?

14   MR. PAPEZ:

15       No, the General Fund.

16   DEPONENT:

17       To the General Fund to pay for the benefits, as

18   opposed to...

19   INTERPRETER:

20       The second part of your question.

21   MR. SAGARDÍA:

22       I think you are confused with the question.

23   MS. GORDON:

24       "To transfer the funds to the General Fund"

25

1    INTERPRETER:

2        "Rather than just pay the pensions directly?"

3    MR. SUSHON:

4        I object to that question on the grounds of the

5    deliberative process privilege, and instruct you not to

6    answer.

7    MR. PAPEZ:

8        Q    All right.  After Joint Resolution 188 went

9    into effect, Public Corporations and Municipalities, and

10   the Central Government were obligated to pay Pay-Go

11   fees.  Correct?

12   MR. SUSHON:

13       I object under the Best Evidence Rule.

14   DEPONENT:

15       I do not see that in the text, but I do see, at the

16   end of the document, is that AAFAF would establish a

17   mechanism to establish a system based on Pay-Go.

18   MR. PAPEZ:

19       Q    Okay, put aside the text.  I'm just asking you

20   what happened.  After Joint Resolution 188 went into

21   effect, was a system set up such that municipalities

22   started paying Pay-Go fees?

23       A    That is correct.

24       Q    And, similarly, Public Corporations started

25   paying Pay-Go fees.

```
 1     MR. SUSHON:

 2         Object to the form.

 3     DEPONENT:

 4         Yes, that is correct.

 5     MR. PAPEZ:

 6         Q    And, as we talked about before, the Central

 7     Government didn't actually make transfers, but made

 8     accounting entries to reflect Pay-Go fees.  Correct?

 9         A    That is correct.

10         Q    Okay.  And all of those Pay-Go fees were used

11     to fund pension payments to retirees, that existed

12     before Joint Resolution 188 went into effect.  Correct?

13     MR. SUSHON:

14         Object to the form.

15     DEPONENT:

16         Okay, all of the payments were to make payments for

17     pensions, but I cannot specify if it was all of them,

18     but most of them.

19     MR. PAPEZ:

20         Q    Aside from where the funds were paid to, Pay-

21     Go fees being paid to the accounts we talked about

22     earlier, and employer contributions being paid to ERS,

23     what is the difference between Pay-Go fees and employer

24     contributions?

25         A    Okay, the payroll payments are based on an
```

1    amount similar to the payment, the pension payments,

2    whereas the contributions by the employer are based on a

3    percentage of the annual payroll.

4         Q    Is there any other difference that you can

5    think of?

6         A    At this time, that is the most significant

7    one.

8    MR. PAPEZ:

9         I'm handing deponent...

10   COURT REPORTER:

11        This one is 25.

12   MR. PAPEZ:

13        Q    I'm handing you Exhibit 25.  There's an

14   English and a Spanish version, and you're welcome to

15   refer to whichever you please.  It's an e-mail dated

16   July 7, 2017 from Omar Rodríguez to several folks, and

17   your C.C. is on it.

18             (Deponent reviews exhibit.)

19        A    I can see that.

20        Q    Okay.  Who is Omar Rodríguez?

21        A    He is the deputy secretary of Central

22   Accounting at the Department of the Treasury.

23        Q    Okay.  Does he report to you?

24        A    At the time of this notification, no.  As the

25   current under-secretary of the Treasury, yes.

1          Q     Okay.  Just briefly, do you know who the folks

2     are that you're sending this to?  And I don't need a big

3     description, but can you tell by their names where they

4     work?

5          A     I can recognize all of them except Radames

6     García, as employees of the Department of the Treasury.

7          Q     And there's no reason to disagree that you

8     received this e-mail on or about July 7, 2017.

9     MR. SUSHON:

10         Object to the form.

11    DEPONENT:

12         I'm copied on the e-mail, so...

13    MR. PAPEZ:

14         Q     So you would assume you had received it?

15         A     I can assume that the e-mail was sent to me.

16         Q     You have no reason to think that you didn't

17    receive it, correct?

18    MR. SUSHON:

19         Object to the form.

20    DEPONENT:

21         No, I have no reason.

22    MR. PAPEZ:

23         Q     Okay.  You can see that it attaches a circular

24    letter, No. 1300-46-17, do you see that?

25         A     That is correct.

129

1          Q     Okay.

2     MR. PAPEZ:

3          Can you hand him Exhibit 13?

4          And, Bill, this more a question for you, we have

5     the version, the attachment, but it's in Spanish, the

6     one that we reviewed yesterday, it has a different Bates

7     number, and that's the one we had translated.

8          I'm happy to staple the attachment onto, you know,

9     Exhibit 25, if you'd like, but I'm going to be working

10    with Exhibit 13, which is the attachment, which is the

11    circular letter.

12    MR. SUSHON:

13         You can work with whatever you want; it's your

14    deposition.  Exhibit 13 is not a Bates-numbered

15    document, it's in the original Spanish version.  It's

16    also not Bates numbered.  So, I have no basis, sitting

17    here, and knowing whether Exhibit 13 is the actual

18    attachment to Exhibit 25.

19         If you want to make that representation, and then

20    prove it up, that's fine.

21    MR. PAPEZ:

22         Okay, why don't we just mark the Spanish version...

23    COURT REPORTER:

24         Twenty-six.

25

130

1    MR. PAPEZ:

2         Twenty-six.  Mark that as Exhibit 26.

3         Q    Okay.  If you look at Exhibit 26, it's the

4    attachment to the e-mail it's referenced in, Exhibit 25.

5    Do you see that?

6         A    Yes, I see the reference.

7         Q    Okay.  And turn to the back page of Exhibit

8    26, it's signed by Mr. Raúl Maldonado Gautier.  Do you

9    see that?

10        A    Yes, I see it.

11        Q    And that's the secretary of the Treasury at

12   the time?

13        A    That is correct.

14        Q    Is he still the secretary of the Treasury?

15        A    Currently, yes.

16        Q    Did you read this document at the time, in

17   June of 2017?

18   MR. SUSHON:

19        Objection.

20   DEPONENT:

21        That is correct.

22   MR. PAPEZ:

23        Q    If you look on, if you look on the top of Page

24   2 of Exhibit 26, there are various bank accounts listed

25   there.  Do you see that?

131

 1      A     Okay, I see on Page 2 that there are two

 2   tables with bank accounts.

 3      Q     Okay.  I'm focusing on the top one.  It says,

 4   in the text above, that "it is the responsibility of the

 5   entities to send the Pay-Go charge in its entirety to

 6   the Department of the Treasury to the following:  Banco

 7   Popular de Puerto Rico accounts."  Do you see that?

 8   MR. SUSHON:

 9        Object to the form.

10   DEPONENT:

11        I see it.

12   MR. PAPEZ:

13      Q     All right.  Earlier, when we were talking

14   about the bank accounts that were set up to receive the

15   Pay-Go fees, are these the bank accounts that you were

16   referring to?

17      A     That is correct.

18      Q     All right.  If you turn to the first page of

19   Exhibit 24, 26, I'm sorry, the last paragraph, second

20   sentence, it refers to the "systems," meaning ERS, JRS,

21   and TRS, "...shall determine and administer the amount

22   of the payment per pensioner to be paid by each public

23   corporation and municipality."

24   MR. SUSHON:

25        I'm sorry, Matt, where are you on?

1    DEPONENT:

2        I see it.

3    MR. PAPEZ:

4        Q    Is that how the system, or the payroll system

5    works, in the sense that, does ERS determine the amount

6    of payment per pensioner to be paid by the Public

7    Corporations and the Municipalities?

8        A    To the best of my understanding, ERS invoices,

9    and applies the payments to the platform, but the

10   amounts are determined jointly with AAFAF.

11       Q    ERS and AAFAF, jointly determine?

12       A    Yes.

13       Q    But you said "ERS actually sends the

14   invoices"?

15   MR. SUSHON:

16       Object to the form.

17   DEPONENT:

18       That is correct.

19   MR. PAPEZ:

20       Q    All right.  You can set those documents aside.

21   Going back to Exhibit 26, which was the circular letter,

22   it was signed by both the Treasury secretary and the

23   administrator of ERS.  Correct?

24       A    That is correct.

25       Q    All right.  Would you agree that it would've

1    been important for all the statements, in Exhibit 26, to

2    be accurate?

3    MR. SUSHON:

4         Objection.  Object to the form.

5    DEPONENT:

6         I don't understand what the question refers to.

7    MR. PAPEZ:

8         Q    Well, this was an official document, that was

9    signed by two high-level governmental employees.

10   Correct?

11   MR. SUSHON:

12        Object to the form.

13   DEPONENT:

14        That is correct.

15   MR. PAPEZ:

16        Q    Okay.  Do you agree, that it is important for

17   a document like that to be accurate?

18   MR. SUSHON:

19        Object to the form.

20   DEPONENT:

21        It would be reasonable to say that it should

22   contain the most complete information possible.

23   MR. PAPEZ:

24        Q    And it would also be reasonable to believe

25   that there would be no misrepresentations in that

134

1    document.  Correct?

2    MR. SUSHON:

3        Object to the form.

4    DEPONENT:

5        That is the good faith intention of any circular

6    letter.

7    MR. PAPEZ:

8        Q    Okay.  You can set it aside.   Okay, we'll

9    mark that as Exhibit -- what's the next one?

10   COURT REPORTER:

11       Twenty-seven.

12   MR. PAPEZ:

13       I made them one exhibit, so we'll staple them as

14   soon as he's finished with them.

15   MR. SUSHON:

16       Okay, so it's Exhibit 27, and there are the same,

17   it appears they are the same Bates numbers.

18   MR. PAPEZ:

19       The English is a translation of the Spanish.

20   MR. SUSHON:

21       So the produced version is the Spanish language

22   exhibit.

23   MR. PAPEZ:

24       Right.

25

1    DEPONENT:

2        I do not know the answer.

3    MR. PAPEZ:

4        Okay.  Now you can put that aside.  Now, we'll take

5    a look at Exhibit 10.  I think we...

6    COURT REPORTER:

7        Ten?

8    MR. PAPEZ:

9        Yeah.  I think we showed it to him earlier.

10   COURT REPORTER:

11       Yes.

12   MR. PAPEZ:

13       Q    Okay, Exhibit 10, we looked at earlier, is a

14   copy of Act 106.  Earlier we talked about Section 221.

15   I have a couple of questions.

16       All right.  I'd like to direct your attention to

17   Section 1.4, which is Public Policy.  And I'm not going

18   to ask you to interpret the document, or anything like

19   that, I'm just using that as a point of reference.

20       Section 1.4 declares it to be "The Public Policy of

21   the Government of Puerto Rico, to protect the pensions

22   of all public service retirees, who participated in the

23   three aforementioned Retirement Systems," meaning ERS,

24   JRS and TRS.  Do you see that?

25       A    Yes.

138

1        Q     Was that actually the Public Policy of the

2    Commonwealth to protect the pensions of all public

3    service retirees who participated in ERS?

4        A     That's the text of the law.

5        Q     And aside from the text of the law, is that

6    the Public Policy of the Commonwealth?

7        A     I will interpret it as "yes," because it is

8    part of the text of the law.  That's very clear.

9        Q     Was the Public Policy to protect pensions

10   given a higher priority by the Commonwealth in the

11   payment of the pension bonds?

12   MR. SUSHON:

13       I'm going to object to that on the grounds of

14   deliberative process privilege to the extent that there

15   were any deliberations that have not resulted in some

16   sort of final decision.  If there's been some final

17   decision that you're aware of, along the lines of what

18   he has described, he can testify as to that. Please

19   translate that if you can.

20   INTERPRETER:

21       Okay.  You're going to have to repeat that.  I'm

22   sorry.

23   MR. SUSHON:

24       I was afraid of that. I am going to assert

25   deliberative process privilege...

1    INTERPRETER:

2        Okay.

3    MR. SUSHON:

4        ...that have not resulted in a final decision.   So

5    you should not discuss those when answering the

6    question.  But if there have been any final decisions,

7    that you're aware of, along the lines of what you have

8    described, you may testify as to those.

9    DEPONENT:

10       Okay.  Public Policy is what is contained in

11   Article 1.4 of the law, of Law Number 106.

12   MR. PAPEZ:

13       Q    Okay.  The Pay-Go System went into effect on

14   July 1st, 2017.  Correct?

15       A    We began implementing on that date.

16       Q    Okay.  Did the Commonwealth have an

17   understanding, on July 1st, 2017, about whether ERS

18   would be able to pay its interest and principal payments

19   on the ERS bonds, pension bonds, if the Pay-Go System

20   was implemented?

21   MR. SUSHON:

22       Object to the form.  Incomplete hypothetical.

23   DEPONENT:

24       To answer your question, I believe that on a

25   previous date there had been, a protection had been

1    instituted, based on the fact that they would probably

2    not be able to, okay, a moratorium based on some issues,

3    that they would probably not be able to pay.

4    MR. PAPEZ:

5         Q    "They" being ERS?

6         A    Yes, the answer to your question is, yes, ERS.

7         Q    The Commonwealth was aware, was it not, that

8    ERS bondholders claimed the security interest on ERS's

9    future revenues, through at least 2050.

10   INTERPRETER:

11        Okay, repeat that again for me, so I can get this

12   order straight.

13   MR. PAPEZ:

14        Sure.

15        Q    On June 1st, 2017, was the Commonwealth aware

16   that ERS bondholders claimed a security interest...

17   INTERPRETER:

18        Okay.

19   MR. PAPEZ:

20        Q    ...on ERS's future revenues?

21   MS. GORDON:

22        No, I'm sorry.  That's an improper translation of

23   what he said.

24   MR. PAPEZ:

25        Let me try again.

1      Q      I want to frame my question as of June 1st,

2      2017.  On that day, did the Commonwealth know that ERS

3      bondholders claimed a security interest on ERS's future

4      revenues?

5      A      In order to answer that question, I would have

6      to confirm that with ERS, because I do not know the

7      procedures at ERS.

8      Q      Was the Commonwealth aware that ERS had issued

9      pension obligation bonds in 2008?

10     A      Based on the information in the financial

11     statements, yes.

12     Q      And was the Commonwealth aware that those

13     pension obligation bonds were secured by certain assets

14     of ERS?

15     INTERPRETER:

16        Secured by what?

17     MR. PAPEZ:

18        Certain assets of ERS.

19     DEPONENT:

20        I understand that, yes.

21     MR. PAPEZ:

22     Q      Okay.  And was the Commonwealth aware that

23     some of the ERS assets, that secured the pension

24     obligation bonds, were future employer contributions to

25     ERS?

144

1    MR. PAPEZ:

2        I'm just trying to lay some foundation.  If he

3    wants to read it, he can.

4    INTERPRETER:

5        Okay.  This would Schedule A?

6    MR. PAPEZ:

7        Yes.

8        Q    So I'm just going to ask you:  In the

9    Commonwealth's understanding, what was the effect of

10   Joint Resolution 188 and Act 106, on the ERS

11   bondholders' security interest?

12   MR. SUSHON:

13       I am going to object to the form, and Matt, as you

14   know, we objected to these topics, and defined the

15   subject matters on which Mr. Peña would be available to

16   testify, so, and among our objections, I believe, I

17   don't have them at the tips of my fingers there's an

18   objection to define term "security interest," but if you

19   can answer his question, you can answer his question.

20   DEPONENT:

21       I do not have information in order to answer

22   regarding the impact of ERS's transactions.

23   MR. PAPEZ:

24       Q    All right.  Does the Commonwealth have

25   testimony today about the effect of Joint Resolution 188

1    MR. SUSHON:

2        We're going through the process of objecting to

3    your 30(b)(6) witness.  And that we conferred about it.

4    You didn't have any issues, that I can recall, with

5    respect to the objections to these particular defined

6    terms, so, let's proceed.

7    MR. PAPEZ:

8        Q    All right, Mr. Peña, I just want to know:  Do

9    you have testimony, on behalf of the Commonwealth today,

10   about the effect of either Joint Resolution 188, or Act

11   106, on the pledged property?

12       A    I cannot give any testimony on transactions,

13   assets, or debts by ERS. It would have to be ERS who

14   would have to respond to the questions on those issues.

15   MR. PAPEZ:

16       All right.  That's Exhibit?

17   COURT REPORTER:

18       Twenty-eight.

19   MR. PAPEZ:

20       Exhibit 28.

21       Q    I'm handing you Exhibit 28, which is a

22   translation that we performed, or had a certified

23   translation done.

24       I'm not going to go through this in detail, but you

25   see it's a July 19, 2017 letter from executive director

148

1      of AAFAF to Mr. Collazo at ERS.

2           A    Yes, I can see that.

3           Q    Okay.  In the second full paragraph, it talks

4      about Joint Resolution 188, allocating $390,480,000 from

5      liquidation of available funds of ERS for the payment of

6      pension benefits and that's a summary, but you're free

7      to read the whole paragraph.

8           A    Yes, I see that.

9           Q    Okay.  Do you know whether the actual three

10     hundred and ninety, strike that. Let me start over.

11          Do you know whether ERS actually liquidated its

12     assets, as referenced in the second paragraph there?

13     MR. SUSHON:

14          Object to the form.

15     DEPONENT:

16          I cannot respond in terms of the transaction that

17     ERS carried out.  I can respond in terms of the

18     Government having received cash from ERS.

19     MR. PAPEZ:

20          Q    And the cash that the Central Government

21     received is $190,480,000, that's referenced in the

22     second-to-the-last paragraph of April the 28th.

23     Correct?

24          A    That is correct.

25          Q    Is there $200 million, no, let me strike that

1    and start over.  The difference between $390,480,000 and

2    $190,400,000 is exactly $200 million dollars.  Is that

3    $200 million dollars still at ERS?

4    MR. SUSHON:

5         Objection to that.  Also object to the foundation.

6    DEPONENT:

7         I cannot respond in reference to the assets that

8    ERS may still have, but the Government of Puerto Rico

9    did receive $200 million, $200,000 million, $20,000

10   million dollars from another retirement system within

11   the Government.

12   MR. SUSHON:

13        $200 million.

14   DEPONENT:

15        Clarification, $200 million, from another

16   retirement system.

17   MR. PAPEZ:

18        Q    Which retirement system was that?

19        A    The retirement system for teachers.

20        Q    Is that $200 million from the teachers system,

21   plus the $190,480,000, referenced in Exhibit 28, is the

22   $390,480,000 that's also referenced in Exhibit 28?

23        A    That is correct.  That is correct.

24        Q    The $200 million dollars from the Teachers

25   Retirement System, was that paid over to the Central

150

1     Government also in or around July of 2017?

2          A     That is correct.

3          Q     Is the Commonwealth aware that recently

4     legislation was passed, and signed by the Governor that

5     eliminates the obligation of Municipalities to make

6     Pay-Go fees?

7          A     I am aware.

8          Q     Is that statute now in effect such that

9     Municipalities, as of today, don't have to pay Pay-Go

10    fees?

11         A     My understanding is that it is in effect, is

12    currently in effect and applicable to transactions for

13    the next fiscal year.

14         Q     And so, as of today, May 30, 2019, are

15    Municipalities still paying their Pay-Go fees into the

16    account that we discussed earlier?

17         A     Some of the Municipalities are paying.

18         Q     All of the Municipalities will be excused from

19    paying Pay-Go fees into that account that we talked

20    about earlier.

21    MR. SUSHON:

22         Object to the form.

23    DEPONENT:

24         That is the knowledge that I have.

25

1    MR. PAPEZ:

2        Q    And so as of July 1st, 2019, the only entities

3    that will be paying Pay-Go fees in the account we

4    discussed, are the Public Corporations.

5    MR. SUSHON:

6        We object to the form and beyond the scope of the

7    notice.

8    DEPONENT:

9        According to the approved law, the Public

10   Corporations will continue to pay their Pay-Go fees, and

11   the Municipalities that previously paid Pay-Go fees will

12   be paying those fees into the General Fund.  Those fees

13   will be covered by the General Fund.

14   MR. PAPEZ:

15       Q    So, just so I understand, as of July 1, 2019,

16   the General Fund will cover the Pay-Go fees that the

17   Municipalities would have otherwise have been obligated

18   to pay.

19   MR. SUSHON:

20       Object to the form and beyond the scope.

21   DEPONENT:

22       That is what I understand.

23   MR. PAPEZ:

24       Q    Will those also be accounting entries similar

25   to what the Central Government does with regard to its

152

1    Pay-Go fees?

2    MR. SUSHON:

3        Object to the form and beyond the scope.

4    DEPONENT:

5        We have not yet determined the accounting treatment

6    for those transactions.

7    MR. PAPEZ:

8        Q    But, as far as you understand, the money will

9    be paid, no, strike that.  All right, Mr. Peña, I've

10   handed you Exhibit 18, which was marked yesterday.

11       It's a letter from the Oversight Board to, well, it

12   says, "The chief financial officer of the Government of

13   Puerto Rico, Mr. Maldonado Gautier."  Do you see that?

14       A    Yes, I see it.

15       Q    Is Mr. Maldonado Gautier still the Treasury

16   Secretary?

17       A    That is correct.

18       Q    Is there any different title between CFO and

19   Treasury secretary that is meant to be conveyed by this,

20   and I don't know...

21   MR. SUSHON:

22       Objection, beyond the scope.

23   DEPONENT:

24       The secretary of the Treasury is a designation

25   under the Constitution of the Commonwealth of Puerto

153

1    Rico.  The Chief Financial Officer is a designation

2    under the Governor.  Or designated by the Governor.

3        Q    Okay.  I'm not going to cover this letter in

4    detail, but, I guess let me ask you:  Is the

5    Commonwealth aware of this letter that was sent to Mr.

6    Gautier, Maldonado Gautier?

7        A    That is correct.

8        Q    And, generally, it discusses an underpayment

9    of Pay-Go fees by certain Municipalities and Public

10   Corporations.  Is that presently?

11   MR. SUSHON:

12       Object to the form.

13   DEPONENT:

14       Basically what it does is make the Government aware

15   of the debts incurred by Municipalities and Public

16   Corporations, regarding the Pay-Go fees, and the

17   individual contributions that have been withheld.

18   MR. PAPEZ:

19       Q    Towards the end of the letter, on Page 3,

20   carrying over to 4, it describes various actions that

21   the Oversight Board would like the secretary of the

22   Treasury, the Office of Management and Budget, and the

23   Municipal Revenue Collection Center to start taking.

24       Do you see that?

25

155

1       summarized in, Exhibit 18, been collected?

2            A     That is correct.

3            Q     How much?

4            A     Okay, in Section 4, individual employees with

5       individual payroll withheld, as of last week, 5.5

6       million were collected, and in the case of the

7       corporations, I can recall a payment of approximately

8       $20 million by PRASA, for payroll fees.

9            Q     Can you recall any other payments, by any of

10      the other Public Corporations and Municipalities for

11      their Pay-Go fee debt?

12           A     I cannot recall them at this time.

13      MR. PAPEZ:

14           I tell you what:  Let me just review my notes, and

15      we'll take a quick break.  Take a break.

16      COURT REPORTER:

17           Take a break?

18      MR. PAPEZ:

19           Yeah.

20                        OFF THE RECORD.

21      COURT REPORTER:

22           Okay, we're ready.

23      MR. PAPEZ:

24           Q     Okay, Mr. Peña, I have handed you what we

25      marked as Exhibit 29, which is an e-mail from Mr. Brian

156

1    Bigio and Conway McKenzie, to you, and copying Rafael Di

2    Napoli, do you see that?

3         A    Yes, I can see that.

4    MR. SUSHON:

5         I have just a quick question:  The attached last

6    two pages, that these were produced as the attachment to

7    the e-mail?

8    MR. PAPEZ:

9         Yes.

10   MR. SUSHON:

11        Okay.

12   MR. PAPEZ:

13        So, the attachment, you'll see, as an Excel file,

14   and so...

15   MR. SUSHON:

16        That's true.

17   MR. PAPEZ:

18        Q    If you read the e-mail, Mr. Biggio writes to

19   you that Rafael said that you, Mr. Peña, were looking

20   for detailed budgeted Pay-Go by agency.  Do you see

21   that?

22        A    That is correct.

23        Q    Do you recall why you were looking for that

24   information, in September 2017?

25

157

1    MR. SUSHON:

2        In answering that question, to the extent that it

3    involves any pre-decisional deliberations of the

4    Government, you shouldn't testify as to that

5    information.  But, otherwise, you can answer.

6    DEPONENT:

7        At that time, as the treasurer, I did the forecasts

8    for cash-flows.

9    MR. PAPEZ:

10       Q    And the Pay-Go budget by agency was

11   information that you would take into account for the

12   cash-flow?

13       A    That is correct.

14       Q    Mr. Biggio sent you what he described as "a

15   summary of employer contributions," in a June 1st

16   version of the budget by an agency, and then if you look

17   at the attachment, up at the top it says, "FY 18

18   Employers Pension Contribution."  Do you see that?

19       A    I can see that.

20       Q    Were these, the employer contributions that

21   are in the attachment, calculated under the old pre-July

22   1, 2017 system?

23   MR. SUSHON:

24       Object to the form, and this is beyond the scope of

25   the topics.

158

1    DEPONENT:

2        I can't specify how these amounts were calculated.

3    MR. PAPEZ:

4        Q    Do you recall whether, in calculating Pay-Go

5    fees, whoever it was, whether ERS or somebody used the

6    old employer contributions as a baseline?

7    MR. SUSHON:

8        Object to the form.  Are you talking about actual

9    Pay-Go fees, or projected Pay-Go fees?

10   MR. PAPEZ:

11       Q    Let's start with actual Pay-Go fees.  And just

12   so I understand, and we'll do this in steps, what I'm

13   trying to understand is, was there a relationship

14   between employer contributions, before July 2017, and

15   Pay-Go fees after July 2017, in terms of how they were

16   calculated?

17       A    I understand that there was no relation.

18   Payment for employer by payroll contributions is based

19   on a percentage of the payroll calculated annually, and

20   the Pay-Go fees is based, is more related to the payment

21   of benefits to the retiree.

22       Q    Okay.  Getting back to the e-mail, Mr. Biggio

23   writes, "As you are aware, in the final approved budget,

24   the employer contributions were moved to Agency 17

25   (under the custody of OMB)."  My question is:  What is

159

1    "Agency 17"?

2         A    It is an agency code, within the accounting

3    system, to identify transactions under the custody of

4    the Office of Management and Budget.

5         Q    So what is Mr. Biggio referring to there, when

6    he says that, "In the final approved budget, employer

7    contributions were moved to Agency 17"?

8    MR. SUSHON:

9         Objection, calls for speculation.

10   DEPONENT:

11        I cannot specify what Mr. Biggio was referring to

12   at that time.

13   MR. PAPEZ:

14        Q    Okay.  Well, were you aware, in July of 2017

15   that, in the final approved budget, employer

16   contributions were moved to Agency 17?

17        A    I am aware that in the final approved budget,

18   there are appropriations for the payment of pensions

19   that are under the custody of the Office of Management

20   and Budget.

21        Q    Mr. Peña, just a couple of quick questions on

22   Exhibit 9.  You'll see this is a MOU, a Memorandum of

23   Understanding, that purports to be among the Government

24   of Puerto Rico ERS and AAFAF.  Do you see that?

25        If you turn to the last page, you'll see that it's

162

```
1     COURT REPORTER:

2          Thirty.

3     MR. PAPEZ:

4          Thirty?

5          Q    Okay.  Mr. Peña, if you could turn to Topic,

6     or to Page 6, in Exhibit 30, Topic Number 1 is "The

7     value of the property subject to the ERS bondholders

8     security interest at any time, or any analysis thereof,

9     including, without limitation, on the following dates:

10    May 21, 2017; June 30, 2017; August 23rd, 2017; and

11    today."  Do you see that?  Am I correct that you're not

12    prepared to offer testimony on that topic today?

13         A    That is correct.

14         Q    Okay.

15    MR. PAPEZ:

16         With that I have no more questions.  I pass the

17    witness.

18    MR. GREEN:

19         Good afternoon, I'm Jesse Green of one case on

20    behalf of the Puerto Rico Funds.

21    MR. SUSHON:

22         That is Exhibit number what?

23    MR. PAPEZ:

24         That was Exhibit 30, so...

25
```