# EXHIBIT KK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

----------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND

MANAGEMENT BOARD FOR PUERTO RICO,

                as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.

                Debtor,

----------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND

MANAGEMENT BOARD FOR PUERTO RICO


                as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF

THE GOVERNMENT OF THE

COMMONWEALTH OF PUERTO RICO,

                Debtor.

----------------------------------------X

                        Two Vesey Street

                        New York, New York

                        June 6, 2019

                        10:03 A.M.

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

2

1          EXAMINATION BEFORE TRIAL of JAIME EL KOURY, the

2     Witness herein, taken by the attorneys for the

3     respective parties, pursuant to Notice, held at the

4     above-stated time and place, before Melissa

5     Leonetti, RPR, a Notary Public of the State of New

6     York.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

Video Deposition of Jaime El Koury, 6/6/2019

7

1                         J. EL KOURY
2     questions I can answer for you?
3          A.    Nothing right now.
4          Q.    Can you just for the record give us your
5     full name and your address.
6          A.    Jaime, J-A-I-M-E, middle initial A, last
7     name is two words, E-L K-O-U-R-Y.  My address is
8     ██████████████████████████████████████████████
      █
      ████████████
10         Q.    Are you represented by counsel here
11    today?
12         A.    Yes.
13         Q.    Who is your counsel?
14         A.    The firm of Proskauer with Margaret Dale
15    and Will Dalsen.
16              MR. STEWART:  Let's mark as Exhibit 1 a
17         curriculum vitae of the witness.
18              (Whereupon, a CV was marked as Exhibit
19         1 for identification, as of this date.)
20         Q.    Mr. El Koury, the court reporter has
21    placed before you Exhibit 1.
22              Is Exhibit 1 you're curriculum vitae?
23         A.    Yes, it is.
24         Q.    Is it -- does it remain accurate or has
25    anything about it changed?

Video Deposition of Jaime El Koury, 6/6/2019

8

1                    J. EL KOURY

2        A.    It's accurate.

3        Q.    At some point you went to work for the

4   Puerto Rican Financial Oversight and Management

5   Board?

6        A.    Yes, sir.

7        Q.    Which I will call the board, if that's

8   acceptable to you.

9              Just by way of background, what is the

10  board?

11       A.    The board is a creature of statute of the

12  financial -- I'll use the short name, PROMESA.

13  Within PROMESA, the board is established as the

14  Financial Oversight and Management Board for Puerto

15  Rico.

16       Q.    Okay.  Where is the board located?

17       A.    The board's main offices are in San Juan.

18       Q.    Does it also have offices in other

19  places?

20       A.    Yes, I have an office in New York.

21       Q.    How many people work for the board?

22       A.    I can only give an approximate number.

23       Q.    That's fine.

24             MS. DALE:  As of today, I assume,

25       Geoff?

Video Deposition of Jaime El Koury, 6/6/2019

9

1                    J. EL KOURY

2          MR. STEWART:  Yes.

3      A.    I would say 20 to 30.  It's approximate.

4      Q.    When did you begin working at the board?

5      A.    February 17, 2017.

6      Q.    And what was your title when you took the

7  job?

8      A.    General counsel.

9      Q.    Is that still your title today?

10      A.    Yes, sir.

11      Q.    In a nutshell, can you tell me what your

12  responsibilities are as the general counsel of the

13  board.

14      A.    I oversee all legal matters, which

15  include litigation, internal legal procedural

16  matters, and working with the board members in terms

17  of governance and legal procedures.

18          MR. STEWART:  First of all, there was a

19      beep in the line.  Did anyone else join the

20      deposition on the telephone?

21          MR. POSSINGER:  Yes, Geoff.  It's Paul

22      Possinger from Proskauer.

23      Q.    Do you have a staff as general counsel at

24  the board?

25      A.    I have one person who works with me.

AD advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

13

                              J. EL KOURY

1

2      Q.     What documents did you look at?

3             MS. DALE:  I'm going to object.  What

4      we showed Mr. El Koury is our work product.

5             And I'm going to direct you not to

6      answer that question.

7      Q.     Did any of these documents refresh your

8  recollection?

9      A.     Yes.

10     Q.     Okay.  Can you tell me which ones

11 refreshed your recollection?

12     A.     There was a fiscal plan, which we had

13 certified on March 13, 2017, and there were the

14 budget resolutions that we certified on June 30,

15 2017.

16     Q.     Anything else?

17     A.     Not that comes to my mind immediately.

18     Q.     Okay.  In the course of your preparation,

19 did you speak with anyone other than counsel to

20 learn facts to impart here today in your deposition?

21     A.     Yes.  I spoke with Andrew Biggs, who is a

22 board member.

23     Q.     Okay.  Anyone other than Mr. Biggs?

24     A.     In terms of facts, no.

25     Q.     What topics did you discuss with

Video Deposition of Jaime El Koury, 6/6/2019

14

1                         J. EL KOURY

2    Mr. Biggs?

3         A.    We spoke about the different kinds of

4    pension plans, specifically defined benefit plans

5    versus defined contribution plans, and the way those

6    plans are generally funded.

7         Q.    Did Mr. Biggs show you any documents or

8    refer you to any documents in the course of your

9    discussion?

10        A.    No.

11        Q.    Okay.  How long was your discussion with

12   Mr. Biggs?

13        A.    About 30 to 25 minutes.  B-I-G-G-S.

14        Q.    Was that here in New York or was it --

15        A.    It was by telephone.

16        Q.    Is he in Puerto Rico?

17        A.    He is in -- he's on the West Coast.

18        Q.    Okay.  Do you remember anything else --

19   let me back up.

20              What did you say to Mr. Biggs and he

21   say to you in your phone conversation?

22        A.    We discussed generally the -- the plans

23   that Puerto Rico has for its retirees.

24        Q.    Did you discuss the Pay-Go system that

25   Puerto Rico now uses for some of its retirement

Video Deposition of Jaime El Koury, 6/6/2019

15

1                        J. EL KOURY

2    plans?

3         A.    Yes.

4         Q.    What did you say to him and he say to you

5    about the Pay-Go system?

6         A.    My recollection is that he said that this

7    is a system that he's generally used for funding

8    retirement plans, defined benefit plans.

9         Q.    Generally used in Puerto Rico or

10   generally used in other places, too?

11        A.    In other places.

12        Q.    Did he say anything more about Pay-Go

13   plans?

14        A.    Not to my recollection.

15        Q.    Okay.  Was -- while we're on the subject,

16   were Pay-Go plans something you were already

17   familiar with from your work on the board?

18             MS. DALE:  In terms of time?

19             MR. STEWART:  When he spoke with Mr.

20        Biggs.

21        A.    Yes.

22        Q.    Okay.  And when did you first learn about

23   Pay-Go plans?

24        A.    When we were working on the fiscal plan

25   that was certified on March 13, 2017.

advanced
depositions

Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

Video Deposition of Jaime El Koury, 6/6/2019

18

                              J. EL KOURY

1    would like.  There's a point of the document here

2    where they talk about something called additional

3    uniform contributions or AUCs.

4              Is that a term you've heard before?

5         A.    Only yesterday in preparation for the

6    deposition.

7              (Whereupon, a letter was marked as

8         Exhibit 4 for identification, as of this

9         date.)

10        Q.    Mr. El Koury, the reporter's placed

11   before you a document stickered as Exhibit 4.  I

12   represent to you that in a previous deposition, that

13   of Mr. Yassin, it was marked as Exhibit 5.  But for

14   our purposes here today, we're going to deal with it

15   as number 4.

16             My question to you is whether you have

17   seen this document before?

18        A.    I saw it yesterday.

19        Q.    That's the first time you saw it?

20        A.    It may have been in the packet of the

21   documents that I reviewed a few days ago, but my

22   most vivid recollection is that I saw it yesterday.

23        Q.    Okay.  Couple of questions about it.

24   It's authored by Jose Carrion.  He's the chair of

Video Deposition of Jaime El Koury, 6/6/2019

19

                         J. EL KOURY

1

2    the board?

3         A.    Yes.

4         Q.    I'm going to show you part of it.  Even

5    though you haven't seen it, if you could look at

6    page 3.  Let me back up.

7              Can you tell by looking at the document

8    what it is?

9              MS. DALE:  Objection to the form.

10             You can answer.

11             THE WITNESS:  May I answer?

12             MS. DALE:  Sure.

13        A.    I believe this is what we normally call a

14   notice of violation.

15        Q.    Okay.  What is a notice of violation?

16        A.    Under Section 201 of PROMESA, there is a

17   process by which a fiscal plan is certified, and one

18   of the steps in that process is to issue, if

19   required, a notice of violation reciting the

20   deficiencies of a fiscal plan.

21        Q.    Okay.  If you can -- if you can, what's

22   the -- what happens when the board issues a notice

23   of violation?

24        A.    The concept is that the government of

25   Puerto Rico will then revise the fiscal plan to deal

Video Deposition of Jaime El Koury, 6/6/2019

20

                            J. EL KOURY

1    with the violations that are noticed in the letter.

3        Q.    Okay.  On page 3, paragraph 3 -- let's go

4    look at actually page 2 at the bottom.  Here it

5    states -- it starts with the words "consistent with

6    these principles, the board requests."

7                Do you see the language?

8        A.    Yes.

9        Q.    Consistent with these principles, the

10   board requests that the plan be amended to reflect

11   the principles stated above as well as the following

12   points.

13               And then next page, paragraph 3, it

14   says:  Incorporate a revised baseline forecast to

15   reflect Pay-Go funding for pension benefits.

16               And then it goes on to say other

17   things.

18               What is a revised baseline forecast, if

19   you know?

20       A.    It's a -- my familiarity with that

21   concept starts when I arrived at the board.  My

22   recollection is that it is the basis upon which then

23   the projections, the five-year projections of a

24   fiscal plan, are placed.

25       Q.    Then it continues to say:  To reflect

21

1                          J. EL KOURY

2    Pay-Go funding for pension benefits.

3              Do you see that?

4         A.   Yes, sir.

5         Q.   Did there come a time after you joined

6    the board where you came to understand what the

7    phrase "Pay-Go funding for pension benefits" meant?

8         A.   Yes.

9         Q.   What did it mean?

10        A.   It means that -- my understanding is that

11   it means that pension payments are made out of the

12   general fund of the government.

13        Q.   Is that something you learned soon after

14   joining the board in mid-February 2017?

15        A.   I would say it's something that I -- that

16   I learned and I keep learning.

17        Q.   Okay.

18             MR. STEWART:  I'm going to ask the

19        reporter to skip a number so it has the same

20        number as it did in the Yassin deposition, a

21        previous deposition.

22             Madam Reporter, can you mark this as

23        Exhibit 6, with the understanding we've

24        skipped over Exhibit 5.

25             (Whereupon, a fiscal plan was marked as

Video Deposition of Jaime El Koury, 6/6/2019

23

1                      J. EL KOURY

2      Q.    About that very day, did you not?

3      A.    Yes.

4      Q.    I'm sorry.

5      A.    That's okay.

6      Q.    Sorry for my confusion there.

7            So actually --

8            MS. DALE:  Objection.  I think the

9      testimony was that he arrived on February

10     17th.

11           MR. STEWART:  That's true.  I've

12     confused the chronology terribly here.

13     Q.    It came to the board in late February

14     2017?

15     A.    Yes, the last day of February.

16     Q.    Do you know when it was that you saw it

17     for the first time?

18     A.    It must have been sometime in March.

19     Q.    Do you know why it was a document that

20     was given to you to look at?

21     A.    This was in preparation for our own

22     certificating of a fiscal plan which could have been

23     the one that was submitted by the government

24     February 28th.

25     Q.    If you could -- actually, this would be a

Video Deposition of Jaime El Koury, 6/6/2019

24

J. EL KOURY

1

2    good time, if you could, to walk me through -- and

3    you don't have to do it in excessive detail -- what

4    the steps were in -- that the board would take in

5    certifying or choosing not to certify a fiscal plan.

6              MS. DALE:  I would just note that I

7         think this is outside the scope of the topics

8         of the deposition noticed for today.

9              To the extent you can answer that, you

10        should.

11        A.    Step number one is we request -- we set

12   out a schedule for the government to submit a fiscal

13   plan, a proposed fiscal plan.  The second step is we

14   review that submission.  The third step is we issue

15   a notice of violation if that fiscal plan has

16   deficiencies in our view.  The fourth step is that

17   the government submits a revised fiscal plan.

18              Throughout that process until step

19   four, there are discussions with the government.

20   And then depending on the revisions that the

21   government has made on step four, we either

22   proceed to certify the government's fiscal plan or

23   we certify the board's own fiscal plan.

24              There is also a procedure within

25   PROMESA whereby the government and the board may

advanced
depositions

Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

Video Deposition of Jaime El Koury, 6/6/2019

25

J. EL KOURY

1
2  adopt a consensual fiscal plan.

3      Q.    Okay.  Thanks.

4          So let's look at Exhibit 6 in

5  particular.  Let's, if we could, start with -- I

6  guess let's go over the document generally very

7  quickly.

8          The document has a number of sections;

9  is that not correct?  It has an executive summary.

10  It goes on for a number of pages.  And then

11  starting about slide 11, there's a background

12  section that goes on for a time.  And then there

13  are a number of particular categories, such as

14  revenue enhancement and rightsizing and other

15  things that the government addresses in the course

16  of its fiscal plan.

17          Is that a very broad, if not overbroad,

18  summary of how the fiscal plan is structured?

19      A.    Yes.

20          MS. DALE:  There's also a table of

21      contents on slide 3.

22          MR. STEWART:  Yes.  Would have been a

23      very good way to start that.  Yeah.

24      Q.    Let's go, if we could, back to slide 62,

25  which is entitled Pension Reform.

26

                              J. EL KOURY

1              Do you have slide 62 before you?

2       A.    Yes, sir.

3       Q.    Okay.  It says here -- on the left side

4   under Current, you see there's sort of a table

5   underneath the graphic.  And Reform Measures is one

6   heading of the table.  Current State is another

7   heading.  And the third is -- Specific Initiatives

8   is yet a third heading.

9              Under Reform Measures, it says:

10  Contribution segregation and new benefit plans.

11             Does that generally describe the reform

12  measures the government was proposing in this

13  fiscal plan?

14             MS. DALE:  Objection to the form of the

15        question.

16      A.    Yes.

17      Q.    Under Current State, there are two

18  bullets, and I want to focus on the second one.  It

19  says:  All three pension systems are severely

20  underfunded and are projected to deplete their

21  assets in the near future.

22             Do you see where I'm reading from?

23      A.    Yes, sir.

24      Q.    Was that a true statement, to the best of

Video Deposition of Jaime El Koury, 6/6/2019

27

1                          J. EL KOURY

2    your knowledge, at the time you received this fiscal

3    plan?

4         A.    Yes, sir.

5         Q.    And then over to the right, the

6    government has written specific initiatives?

7         A.    Uh-huh.

8         Q.    The top bullet says:  Switch to Pay as

9    You Go model to cover remaining defined benefit

10   obligations.

11              Do you understand what that was

12   referring to?

13        A.    Generally, yes.

14        Q.    Okay.  And generally speaking, what were

15   they describing in here?

16        A.    The method of funding going forward of

17   defined benefit plans of the government.

18        Q.    What would the method of funding be?

19        A.    Pay as You Go.

20        Q.    Under the Pay as You Go as shown here,

21   who would actually be paying the pensions to

22   retirees?

23              MS. DALE:  Objection to the form.  Are

24         you asking him as of the time that he

25         reviewed this --

Video Deposition of Jaime El Koury, 6/6/2019

28

1                    J. EL KOURY

2           MR. STEWART:  Yes.  Exactly.

3           MS. DALE:  If you know at the time you

4     were reviewing this who was going to be the

5     payor.

6      A.    That would be -- if it's out of the

7  general fund of the government, that would be the

8  Puerto Rico taxpayer.

9      Q.    Thanks.  Okay.

10          Were the sources for those funds to

11 come from anywhere other than general tax

12 revenues, if you know?

13     A.    To the best of my knowledge, no.  That

14 would be the source of funding.

15     Q.    Okay.  At page 96-97, there's a page

16 called -- a reference to something called a fiscal

17 cliff?

18          MS. DALE:  Can you give us more

19     direction.

20          MR. STEWART:  It's at the top of 97,

21     but it refers back to the bottom of 96.

22     A.    Yes, sir.

23     Q.    What was or is a fiscal cliff?

24          MS. DALE:  Objection.  Outside the

25     scope of the topics he's here to testify

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 ▪ www.advanceddepositions.com

Video Deposition of Jaime El Koury, 6/6/2019

30

                         J. EL KOURY

1

2    transfer funds to the TSA beginning January 2018 and

3    April of 2018 respectively.

4         A.    Uh-huh.

5         Q.    First of all, what is the TSA?

6         A.    I believe the TSA is the central treasury

7    account managed by Hacienda in Puerto Rico.

8         Q.    Just for the record, can you tell us what

9    Hacienda is?

10        A.    It is the Department of the Treasury of

11   Puerto Rico.

12        Q.    So it says under pension asset depletion:

13   Assumes ERS and TRS run out of liquid assets.

14             Do you know why it was they would be

15   running -- ERS, at least, would be running out of

16   liquid assets?

17        A.    No, sir.

18        Q.    Okay.  I think you had mentioned when you

19   were describing the fiscal plan process that there

20   was a -- this is my word -- timeline -- I think that

21   was your word -- for things to be done, and let's

22   look, if we could, at slide 113.

23             Do you have 113 before you?

24        A.    Yes, sir.

25        Q.    Is this the implementation timeline for



advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

31

1                    J. EL KOURY

2    pensions under the fiscal plan?

3         A.    That's what the slide says.

4         Q.    Okay.  And when you -- when you saw this

5    document, that's what you understood this to be?

6         A.    I did not focus on this page.

7         Q.    Okay.  The top few lines are about legal

8    pension implementation timeline.  It says "legal"

9    over on the right.

10        A.    Yes, sir.

11        Q.    Did any of those things involve you or

12   your staff at the board?

13        A.    No.

14        Q.    Who was to handle the legal side of this

15   pensions implementation?

16        A.    My understanding is this would be the

17   government of Puerto Rico.

18        Q.    Okay.  And just so it's clear, because

19   there are a lot of parties here, the government of

20   Puerto Rico is the Commonwealth.

21              Would you include ERS in your

22   definition of the government of Puerto Rico or

23   would you view that as not being in the government

24   of Puerto Rico, as you have just used that term?

25        A.    As I used the term in terms of

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

32

1                        J. EL KOURY

2    implementing fiscal plan initiatives, I use it more

3    in terms of AAFAF and the executive.  But it would

4    be AAFAF.

5         Q.    Okay.  Who from -- did you work with any

6    lawyers from AAFAF on implementing pension reform?

7              MS. DALE:  Objection to the form.

8         Foundation.

9         A.    Answer is no.

10        Q.    Did you work with lawyers from AAFAF at

11   any time on anything?

12             MS. DALE:  Objection to the form.

13        A.    During the course of --

14        Q.    Yes.  I'm actually trying to find the

15   name of any lawyer from AAFAF who you know.  That's

16   really my question.

17        A.    I deal with the legal staff, particularly

18   with those matters that they have to bring to us

19   under PROMESA.  For instance, contracts that we

20   review under PROMESA.  So I deal with them on that.

21        Q.    Who do you deal with the most from the

22   legal staff at AAFAF?

23        A.    Mohammed Yassin, Y-A-S-S-I-N.

24        Q.    Under strategy, there are four lines

25   under slide 113.  The bottom line says -- well,

34

                          J. EL KOURY

1           Do you know what employer contributions
2
3    they were talking about here?
4           A.    Just generally.
5           Q.    Okay.  What did you know about employer
6    contributions?
7           A.    That employer contributions are used to
8    fund the pension system.
9           Q.    Okay.  Contributions from whom?
10          A.    From employers, and employers would be in
11   the public sector context.  My understanding is that
12   they include municipalities.  They include public
13   corporations.  And the central government.
14          Q.    Do you know why this referred to
15   segregation of employer contributions?
16          A.    I do not, no.
17          Q.    Or why it spoke of segregation of
18   employer contributions of public corporations that
19   generate revenue?
20          A.    No, I do not -- I do not know.
21          Q.    At the time this plan was being analyzed
22   by the board, what did the board instruct the
23   government to do in terms of handling of employer
24   contributions?
25          A.    To the best of my knowledge, there were

35

1                          J. EL KOURY
2    no instructions to that effect.
3         Q.    Okay.  Do you know what --
4              MR. STEWART:  Withdraw that.
5              (Whereupon, a fiscal plan was marked as
6         Exhibit 5 for identification, as of this
7         date.)
8         Q.    Mr. El Koury, the report's placed before
9    you Exhibit 5, which also was marked, I think, as
10   Exhibit 22 in another deposition, but in your
11   deposition.  We're going to go with Exhibit Number
12   5.  Okay?
13        A.    Uh-huh.
14        Q.    Do you have it before you?
15        A.    Yes, sir.
16        Q.    Can you tell me what this is.
17        A.    This is the fiscal plan that was
18   certified but subject to an additional -- additional
19   provisions that were included in the certification.
20        Q.    Okay.  Is this a document you've seen
21   before?
22        A.    Yes, sir.
23        Q.    And one that you worked with in the
24   course of your work for the board?
25        A.    Yes, sir.

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

36

J. EL KOURY

1

2     Q.     You said it was certified with the --
3     subject to additional provisions?

4     A.     Uh-huh.

5     Q.     Did that mean a new plan had to be
6     presented, or this plan was accepted but the
7     additional provisions were just appended to it one
8     way or the other?

9     A.     This plan was accepted with the
10    additional provisions.

11    Q.     Let's look, if we could, at slide number
12    10.

13    A.     (Witness complies.)

14    Q.     You see there are three bullet points
15    down below the table?

16    A.     Yes, sir.

17    Q.     I have just one minor question on the
18    first bullet point.  I'm going to read it into the
19    record.  My question is about language at the end of
20    it.

21           It says:  Cash flows post measures
22    before debt service trends.

23           And bullet one says:  FY2017 estimate
24    of $0.8B, declining to a low of $0.4B, and FY2018,
25    driven by GNP contraction and ERS Pay-Go

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 · www.advanceddepositions.com

Video Deposition of Jaime El Koury, 6/6/2019

37

1                        J. EL KOURY

2     contributions of $1.0B and FY2018.

3                My question is:  Do you know what is

4     referred to here when this bullet point speaks of

5     ERS Pay-Go contributions?

6          A.    Generally, yes.

7          Q.    What is your understanding?

8          A.    That this would be the Pay-Go funding for

9     the pension system, for the defined benefit plans.

10         Q.    Funding coming from whom?

11         A.    From the central government.  From the

12    general fund.

13         Q.    So its contributions by the general fund

14    to ERS Pay-Go?

15         A.    That would be my understanding of this.

16         Q.    Okay.  Let's look, if we could, at slide

17    number 13.

18         A.    (Witness complies.)

19         Q.    Do you have 13 before you?

20         A.    Yes, sir.

21         Q.    Okay.  Category number 5 speaks about

22    Pay-Go contributions in excess of asset balance.

23                Do you see that?

24         A.    Yes, sir.

25         Q.    Do you know what that's referring to?

38

1                           J. EL KOURY

2          A.      Pay-Go contributions, yes.   The phrase

3     "in excess of asset balance" is a little challenging

4     for me.

5          Q.      Okay.   Do you have any understanding of

6     what that means?

7          A.      Not really.

8          Q.      Okay.   The description talks about

9     required Pay-Go contribution.

10              Do you see that?

11         A.      Yes, sir.

12         Q.      Do you know who was making that required

13    contribution?

14         A.      I would say that that's the general fund,

15    the government's general fund.

16         Q.      And then on the far right side, there are

17    two bullet points.   The second one says:   Steady

18    growth in expenses starting in 2020.

19              Do you know what expenses are being

20    referred to here?

21         A.      No, sir.

22              (Whereupon, a summary was marked as

23         Exhibit 7 for identification, as of this

24         date.)

25         Q.      Mr. El Koury, the reporter's placed

39

                              J. EL KOURY

1  before you the document marked as Exhibit 7.

2              Have you seen Exhibit 7 before?

3       A.    Yes, sir.

4       Q.    Can you tell me what it is.

5       A.    This is a summary of the additional

6  provisions that were part of the certified fiscal

7  plan of March 13.

8       Q.    These were additional provisions that the

9  board added to the fiscal plan?

10      A.    Yes, sir.

11      Q.    Let's look, if we could, at page 3.

12      A.    (Witness complies.)

13      Q.    Do you have page 3 before you?

14      A.    Yes, sir.

15      Q.    Okay.  It's entitled Amendment to Pension

16  Section, and do you understand that to be an

17  amendment to the pension section of the fiscal plan

18  we just looked that had been marked as Exhibit 5?

19      A.    Yes, sir.

20      Q.    Okay.  The first bullet point under

21  current situation says, and I'm starting in the

22  middle of it:  The government's plan does not

23  achieve the magnitude of savings that the board

24  believes represents an equitable sharing of burden.

Video Deposition of Jaime El Koury, 6/6/2019

40

                              J. EL KOURY
1
2            Do you see where I've read?
3       A.    Yes.
4       Q.    What is the magnitude of savings being
5    referred to there?
6       A.    I believe it refers to the pension
7    payments projected to the future.
8       Q.    So it refers to reducing pension
9    payments?
10      A.    Yes, sir.
11      Q.    I see.  By the way, before this amendment
12   was prepared by the board, I assume everything in it
13   was discussed within the board?
14           MS. DALE:  You can answer that yes or
15      no.
16      A.    Yes.
17      Q.    Who was involved in that discussion?
18           MS. DALE:  You may answer that question
19      identifying the people.
20      A.    Pension matters are important to the
21   board; therefore, almost all of them were involved
22   in that discussion.
23      Q.    Was there anyone on the board's staff who
24   was particularly active in the discussion of matters
25   related to the amendment of the pension section?

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

Video Deposition of Jaime El Koury, 6/6/2019

41

                          J. EL KOURY

1

2        A.      There was not much staff at that time.

3   You're looking at the staff.

4        Q.      Okay.

5        A.      It was a discussion that involved the

6   advisors, including legal advisors and strategic

7   financial advisors.

8        Q.      You can stop there.

9                Was there anyone on the staff of the

10  board at that time who was thought to have special

11  expertise in matters involving pensions and

12  retirement plans?

13       A.      Within the staff, no.

14       Q.      Who were the advisors the board relied

15  upon in dealing with amending the pension section of

16  the fiscal plan?

17       A.      To the best of my recollection, it was a

18  combination of McKinsey, Proskauer, and to a certain

19  degree of my recollection, there is a little -- my

20  recollection is somewhat vague on that, but it would

21  include Ernst & Young.

22       Q.      Who from Ernst & Young?

23       A.      The main person at that point was Adam

24  Chepenik.  Should I spell that?

25               MS. DALE:  Sure.

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

42

1                    J. EL KOURY

2      A.    C-H-E-P-E-N-I-K.

3      Q.    Anyone else from EY?

4      A.    Guarov Malhotra.

5      Q.    Who from McKinsey?

6      A.    From McKinsey, it would be Bertil

7  Chappuis, C-H-A-P-P-U-I-S.  He would be the lead

8  person.  There were others.

9      Q.    Okay.

10          Going back to the same part of the same

11  page we were looking at, the last bullet point

12  under current situation says:  The board believes

13  annual pension savings of -- then there's a

14  tilde -- 200MM beginning in FY2020 are necessary.

15          Do you know where the number of 200

16  million came from?

17      A.    No.

18      Q.    Under the next section, it says

19  principles to be adhered to, and the first bullet

20  point says:  The board resolves to amend the

21  government's fiscal plan to achieve the target

22  savings based on the following design principles.

23          My first question is a simple one.  It

24  says the board resolves to amend.  When the board

25  made this amendment, did it have an actual board

AD  advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 ▪ www.advanceddepositions.com

43

1                         J. EL KOURY

2     meeting?

3          A.    Yes.

4          Q.    It was a formal resolution drafted and

5     proposed to the board?

6          A.    Yes, sir.

7          Q.    And voted upon by the board?

8          A.    Yes, sir.

9          Q.    Was the presentation made to the board by

10    anyone to show the board what was being proposed?

11         A.    Yes.

12         Q.    Who made the presentation?

13         A.    There were -- just to --

14               MS. DALE:  I'm just going to caution

15         you not to disclose what the presentation was

16         but rather --

17               THE WITNESS:  Right.

18         Q.    Just the names.

19         A.    Just as a point of information, the board

20    has -- the board's meetings, this was done in a

21    public meeting, and the minutes of the board's

22    proceedings are public and are on our website, and

23    that includes reference to the presentations that

24    were made.

25         Q.    Okay.

Video Deposition of Jaime El Koury, 6/6/2019

44

J. EL KOURY

1

2      A.    To the best of my recollection, the

3  presentation was made by our executive director at

4  the time, Mr. Ramon Ruiz, R-U-I-Z, and by both

5  representatives of McKinsey and Ernst & Young.

6      Q.    And the presentations they made, were

7  they PowerPoints put up on the screen or was it more

8  of a talk?

9      A.    My recollection is that they were oral

10 presentations.

11     Q.    And the board voted to adopt the

12 amendment?

13     A.    That's right.  The board voted to certify

14 the fiscal plan with the amendments.

15     Q.    Who drafted the amendment?

16     A.    The amendment was drafted by the board.

17     Q.    Any particular person?

18     A.    It was a group endeavor.

19     Q.    Was it drafted on the spot during the

20 board meeting or had it been prepared before the

21 public meeting?

22     A.    It was prepared before.

23     Q.    How long before?

24     A.    About one or -- one day before.  One or

25 two days before.

Video Deposition of Jaime El Koury, 6/6/2019

45

                            J. EL KOURY

1

2       Q.     Did all the board members participate in

3    the drafting or just a few?

4       A.     The actually drafting, only a few, and

5    then it was presented to the whole board.

6       Q.     Were you involved in the actual drafting?

7       A.     I believe I was.

8       Q.     Okay.  Who wrote the very first draft?

9       A.     I believe it was a combination of Anna

10   Mato Santos, who was a board member; I believe

11   Carlos Garcia, who's another board member.

12             Perhaps, although my recollection is

13   somewhat vague, Andrew Biggs was also involved in

14   that group.  And then Proskauer lawyers took a

15   hand at that first draft.

16      Q.     Did Proskauer have a lawyer who was an

17   expert in pension plans that worked with you on it?

18      A.     (No verbal response given.)

19      Q.     Who was the Proskauer lawyer?

20      A.     The actual drafting, that process, the

21   person I was interacting with, Martin Bienenstock.

22      Q.     Were there any dissenting votes when the

23   amendment was voted upon?

24      A.     No, sir.

25      Q.     In the same section, see there are five

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

46

J. EL KOURY

1   little dashes there?  The third dash says:

2   Progressively reduce annual benefit outlays by 10

3   percent while preventing retirees from falling into

4   poverty.

5   Do you see what I just read?

6   A.    Yes, sir.

7   Q.    What is that a reference to?

8   A.    That is a reference to the cuts in the

9   pension benefits going forward by 10 percent but

10  providing for a -- but providing for a safety net in

11  terms of retirees who may fall into poverty.

12  Q.    Okay.  At the bottom, the bottom category

13  is entitled Process Going Forward, and the first

14  bullet point says -- I'm going to read it:  Over the

15  next 30 days, the government and the board will work

16  together to craft policies that preserve jointly

17  agreed-upon principles, achieve necessary savings

18  targets, and adequately fund pensions.

19  Who from the government and who from

20  the board worked together on this project?

21  A.    To the best of my recollection, there was

22  no actual working together on this.  There was no

23  process.

24  Q.    I see.  What happened instead?

47

1                          J. EL KOURY

2              MS. DALE:  Objection to the form of the

3        question.

4        A.    To the best of my recollection, the

5   government worked on these policies.

6        Q.    Okay.

7        A.    Without the board.

8        Q.    Without the board.  Okay.  What part of

9   the government?  AAFAF?  ERS?  Central government?

10       A.    I would be speculating, but I would

11   assume it would be AAFAF.

12             MS. DALE:  Don't speculate.

13       Q.    Do you know who from AAFAF?  I assume the

14   answer is no.

15       A.    No.

16       Q.    Okay.  Let's look at the next bullet.

17   I'm going to read it again, but show it to the

18   reporter.

19             It says:  The board will finalize its

20   decisions on pensions by June 30, 2017, in

21   alignment with the budget timing.

22             What was it that was to be finalized by

23   June 30, 2017?

24       A.    I don't know.

25       Q.    When it says here "its decisions on

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

48

J. EL KOURY

1

2      pensions," are those decisions anything other than

3      what we've seen in the amendment to the pension

4      section on this page?

5             A.    No, sir.

6             Q.    Do you know what is meant when it says

7      finalize its decisions?

8             A.    Implement decisions.

9             Q.    Okay.

10            MS. DALE:  For the record, again, this

11         document that we're looking at, Exhibit 7, is

12         the summary of the amendment.  It's not the

13         actual amendment.  So I just want to make it

14         clear on the record when you're reading from

15         this document, it's not the actual text of

16         the amendment that was enacted, proved.

17            MR. STEWART:  Okay.

18            (Whereupon, a resolution was marked as

19         Exhibit 8 for identification, as of this

20         date.)

21            Q.    Mr. El Koury, the reporter has placed

22      before you the document marked as Exhibit 8.  The

23      first page is the certification of a translator, but

24      the rest is -- the next few pages are a translation

25      of House Resolution 188, and after that, it is the

Video Deposition of Jaime El Koury, 6/6/2019

49

                          J. EL KOURY
1
2    Spanish language version of that same resolution.
3              Have you seen House Resolution 188
4    before?
5         A.    Yes, sir.
6         Q.    How did that resolution come to your
7    attention?
8         A.    It was part of the budget certification
9    process with which I was involved.
10        Q.    How was it part of the budget
11   certification process?
12        A.    My recollection is that just like with
13   the fiscal plan, there is a process by which we
14   exchange budget resolutions in order to finally
15   arrive at a certified version.
16        Q.    When did you first see the budget
17   resolution that ended up becoming Resolution 188?
18        A.    Sometime in June 2017.
19        Q.    And how did it come to your attention?
20        A.    As part of the certification process, in
21   preparing the certification resolution, I would have
22   to include the budget resolutions as exhibits.
23        Q.    Who gave you the draft of this budget
24   resolution?
25              MS. DALE:  Objection to the form.

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

Video Deposition of Jaime El Koury, 6/6/2019

50

1                         J. EL KOURY

2        Misstates the testimony.

3        A.    It would have some -- I actually believe

4    it came from our advisors who were looking at this,

5    at the budget resolutions, probably Ernst & Young.

6        Q.    Did this document go through different

7    versions before it became final?

8        A.    I believe so, yes.

9        Q.    Who participated in revising the

10   document?

11       A.    That would have been principally Ernst &

12   Young.

13       Q.    What decisions or subtractions to the

14   document were made by the board?

15       A.    I don't have specific information on

16   that.

17       Q.    Can you think of anything that the board

18   added or subtracted from the draft resolution?

19       A.    The only thing that comes to my mind was

20   on the eve of approving -- certifying the budget

21   resolution, there were line items having to do with

22   not-for-profit organizations in Puerto Rico that we

23   wanted certain funding to be consistent.

24       Q.    Okay.  So let's go, if we could -- let's

25   go to the -- let's go to page 2 of our exhibit.  It

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

Video Deposition of Jaime El Koury, 6/6/2019

51

J. EL KOURY

1    starts with the statement of legislative intent and

2    goes down to the resolution itself.

3          Do you see how it's structured?

4    A.    Yes, sir.

5    Q.    Section 1 says:  The amount of

6    390,480,000 is allocated under the custody of the

7    Office of Management and Budget for payment of

8    pensioners in the central government and Judiciary

9    Retirement Systems and the Teachers Retirement

10   System arising from the sale of assets or available

11   funds from the central government and Judiciary

12   Retirement System and the Teachers Retirement

13   System.

14         Do you see what I just read?

15   A.    Yes, sir.

16   Q.    Did that reflect assets or money that was

17   realized by selling assets of the retirement

18   systems?

19         MS. DALE:  Objection to the form of the

20         question.

21   A.    I read what is on the page, and that

22   seems to be what it says.

23   Q.    Do you know why that amount was

24   specified?

52

1                       J. EL KOURY

2        A.     No, sir.

3        Q.     Who came up with that number, if you

4    know?

5        A.     No, sir.

6        Q.     And the next page, section 2, it says:

7    The central government and Judiciary Retirement

8    System and the Teachers Retirement System are

9    ordered to sell their assets and to transfer the net

10   cash proceeds in addition to any available funds

11   into the treasury secretary's account.

12             Do you see what I just read?

13       A.     Yes.

14       Q.     Did, in fact, those retirement systems

15   sell their assets and transfer the net cash proceeds

16   to the treasury secretary's account?

17       A.     I do not know.

18       Q.     Do you know what this means when it says

19   treasury secretary's account?

20       A.     No, sir.

21       Q.     Section 4 has five subparagraphs, and I

22   would like to go through each of them with you.

23             The first says:  The general fund

24   through the Pay as You Go system shall assume any

25   payments that the three retirement systems cannot

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

Video Deposition of Jaime El Koury, 6/6/2019

53

J. EL KOURY

1

2     make.

3              Do I understand correctly that if

4     there's a shortcoming in funding, it means the

5     general fund will make those payments?

6        A.    I read what is on the page, and that

7     seems to be the purpose of that.

8        Q.    Okay.  The second says:  The three

9     retirement systems shall continue to meet their

10    obligations to the beneficiaries and pensioners by

11    contributing available funds and funds arriving from

12    the sale of their assets to the general fund.

13             Does that refer to what we saw before,

14    that they had been directed to sell their assets

15    and transfer the net cash proceeds to the treasury

16    secretary's account?

17             MS. DALE:  Objection to the form.

18             You can answer.

19       A.    That seems to be what it says on the

20    page.

21       Q.    That was your understanding of this

22    budget resolution?

23       A.    It is my understanding now.  I had not

24    read those words when this was first presented to me

25    as part of the certification process.

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

54

J. EL KOURY

1

2      Q.     So you did see it as part of the

3  certification process, but as you sit here today,

4  you don't remember focusing on those words?

5      A.     That's correct.

6      Q.     Okay.  Paragraph 3 says:  Employer

7  contributions by the central government, public

8  corporations, and municipalities to the Puerto Rico

9  Government Employee Retirement System and the

10 Teachers Retirement System shall be eliminated.

11         What did you understand this part of

12 the resolution to do?

13     A.     As I read those words, they -- they

14 suggest that those contributions shall not be

15 required going forward.

16     Q.     How long had it been -- how long -- let

17 me start over again.

18         For how many years had the central

19 government, public corporations, and

20 municipalities made employer contributions to

21 those retirement systems?

22         MS. DALE:  Objection.  Outside the

23     scope of the topics that he's prepared to

24     testify to.

25         If you know the answer, you can answer.

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 ▪ www.advanceddepositions.com

55

                          J. EL KOURY

1

2        A.     I do not know the answer.

3        Q.     And how were those employer contributions

4   calculated, if you know?

5        A.     I do not know.

6        Q.     Do you know the general level of

7   contributions in terms of what they totaled to in

8   any given year?

9        A.     No, sir.

10       Q.     Okay.  Do you know why they were being

11  eliminated?

12       A.     No, sir.

13       Q.     It goes on to say, that same sentence:

14  Given the burden that the representative payments to

15  these systems pensioners places on the general fund.

16              What does that -- did you understand

17  what that language was intended to mean?

18              MS. DALE:  Objection to the form.

19       A.     No, sir.

20       Q.     Paragraph 4, it says:  The obligation to

21  pay the additional uniform contribution shall be

22  eliminated.

23              Do you see that?

24       A.     Yes, sir.

25       Q.     I asked you before about the additional

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

Video Deposition of Jaime El Koury, 6/6/2019

56

J. EL KOURY

1

2   uniform contribution, and my recollection was you

3   weren't familiar with it; is that fair to say?

4        A.    Yes.

5        Q.    Do you know what this language was

6   intended to do?

7        A.    No, sir.

8        Q.    Okay.  Number 5 says:  The Puerto Rico

9   Fiscal Agency and Financial Advisory Authority

10  (AAFAF) shall establish and implement all mechanisms

11  necessary so that the central government, the

12  municipalities, and the public corporations may

13  contribute to financing the Pay as You Go system.

14            Do you know why it was that AAFAF was

15  directed to do this?

16       A.    No, sir.

17       Q.    It speaks of establishing and

18  implementing all mechanisms.

19            Do you know what mechanisms in

20  particular were being considered?

21       A.    No, sir.

22       Q.    Do you know whether at the time this

23  joint resolution was enacted any mechanisms had

24  already been decided upon?

25       A.    No.

Video Deposition of Jaime El Koury, 6/6/2019

57

J. EL KOURY

1

2     Q.    As you sit here today, do you know what

3   those mechanisms are?

4     A.    I understand it was legislation.

5     Q.    Okay.  All right.

6           MS. DALE:  May we have a break?

7           MR. STEWART:  Yes.  Not a problem.

8     We've been on the record an hour and 15

9     minutes.  Let's take a break.

10          THE VIDEOGRAPHER:  Off the record 11:18

11    a.m.

12          (Whereupon, there was a pause in the

13    proceeding.)

14          THE VIDEOGRAPHER:  We are back on the

15    video record at 11:29 a.m.

16          (Whereupon, a fiscal plan was marked as

17    Exhibit 9 for identification, as of this

18    date.)

19    Q.    Mr. El Koury, the reporter's put before

20  you the document marked as Exhibit 9.

21          Have you seen Exhibit 9 before?

22    A.    Yes, sir.

23    Q.    Is this the fiscal plan certification you

24  referred to a few minutes ago?

25    A.    Yes, sir.

Video Deposition of Jaime El Koury, 6/6/2019

60

                          J. EL KOURY

1

2      Q.    What is Exhibit 12?

3      A.    It is Law Number 106.

4      Q.    What is Law Number 106, if you know?

5      A.    To the best of my understanding, it is

6    the law that implements the Pay as You Go system,

7    among other things.

8      Q.    Okay.  When did you first see Law 106 or

9    any draft of Law 106?

10     A.    This would have been in 2018.

11     Q.    So you saw it after it had been enacted?

12     A.    Yes, sir.

13     Q.    And you did not even see drafts of 106

14   before 2018?

15     A.    No, sir.

16     Q.    Do you know why it was you didn't see it

17   until 2018 when the law had been passed in 2017?

18     A.    So we have a process by which laws that

19   are enacted by the Commonwealth have to be submitted

20   to us under section 204 of PROMESA with certain

21   certifications by the government.

22          This law did not come to us until, I

23   believe, March or April of 2018.  There was

24   backlog of submissions under Section 204 by the

25   government of laws that had been enacted because

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

Video Deposition of Jaime El Koury, 6/6/2019

61

                              J. EL KOURY

1

2    of the hurricane and similar circumstances.

3        Q.    By the time this law came to you, was it

4    already a law that was in effect in Puerto Rico?

5        A.    As I understand it, yes.

6        Q.    In other words, Law 106 did not require

7    the board's approval in order to become effective?

8        A.    Under PROMESA, it does not require our

9    approval.

10       Q.    What, if anything, did the board do with

11   respect to Law 106?

12            MS. DALE:  Objection to the form of the

13       question.

14       A.    To the best of my recollection, nothing.

15       Q.    Okay.

16            (Whereupon, Requirement 6 was marked as

17       Exhibit 13 for identification, as of this

18       date.)

19       Q.    Mr. El Koury, the court reporter has

20   placed before you Exhibit 13.

21            Have you ever seen Exhibit 13 before or

22   any report like Exhibit 13?

23       A.    I saw Exhibit 13 yesterday for the first

24   time.

25       Q.    Until preparation for your deposition,

62

```
1                        J. EL KOURY
2     you had not seen it, correct?
3          A.    That's correct.
4                (Whereupon, a law was marked as Exhibit
5          14 for identification, as of this date.)
6          Q.    Mr. El Koury the reporter's placed before
7     you Exhibit 14.
8                Do you know what Exhibit 14 is?
9          A.    Yes.
10         Q.    What is Exhibit 14?
11         A.    It is a law that exempts the
12    municipalities from payment from Pay as You Go and
13    payments of healthcare contributions.
14         Q.    What was the payments for Pay as You Go
15    sometimes called -- are they sometimes called Pay-Go
16    fees?  Have you heard that term used before?
17         A.    Generally.
18         Q.    Okay.  And what is the function of Pay-Go
19    fees under the Pay-Go system?
20         A.    To fund the pension payments.
21         Q.    Okay.  And who makes or made Pay-Go fees?
22         A.    I understand that it's the central
23    government, municipalities, and public corporations.
24         Q.    Do you know who the Pay-Go fees are paid
25    to?
```

63

J. EL KOURY

1

2     A.     To the central treasury, I believe.

3     Q.     Directly to the central treasury?

4     A.     To the best of my knowledge, yes.

5     Q.     Do you know how the Pay-Go fees are

6  calculated?

7     A.     No, sir.

8     Q.     Or who calculates them?

9     A.     No, sir.

10     Q.     Do you know -- I think you've said that

11  -- and I apologize if I poorly paraphrase what you

12  said -- that this law, S1258, exempted

13  municipalities from making Pay-Go fees?

14     A.     Yes, sir.

15     Q.     Is it in effect today?  Do you know?

16     A.     Yes, sir.

17     Q.     Was this a law that had to be sent to the

18  board for any reason?

19     A.     Yes, sir.

20     Q.     And did the board, in fact, get a copy

21  and look at it?

22         MS. DALE:  Objection.  Timing.  Before

23     it was?  After?

24     Q.     Before it was enacted, did the board see

25  a draft or version of that?

64

1                        J. EL KOURY

2        A.    Yes, sir.

3        Q.    When did the board for the first time see

4    a version of what became S1258?

5        A.    I believe sometime in April.

6        Q.    The law purports to be dated April 30,

7    2019.  Do you know how long before the 30th of April

8    the version of this came to the board?

9        A.    No, sir.

10       Q.    Was it days or weeks or --

11       A.    It could have been --

12             MS. DALE:  Objection.  If you don't

13       know --

14       A.    I don't know.

15       Q.    Some point in April?

16       A.    Some point in April.

17       Q.    By the way, did it come to you or did it

18   come to somebody else?

19       A.    It came to somebody else.

20       Q.    And did they then refer it to you?

21       A.    I was copied on it.

22       Q.    What, if anything, was done in response

23   when the board got this to this proposed

24   legislation?

25             MS. DALE:  Objection to the form.  And

AD  advanced
depositions

Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

65

1                    J. EL KOURY

2        also to the extent that you should carve out

3        from your answer any deliberations that were

4        had in answering Mr. Stewart's question.

5        A.    I believe the board responded in a letter

6    to this -- to this proposed bill.

7        Q.    All right.  Has the board done any

8    analysis of the effect of this S1258 upon the Puerto

9    Rico pension systems?

10            MS. DALE:  That would be a yes or a no.

11       A.    Yes.

12       Q.    Who from the board conducted that

13   analysis?

14       A.    That would be our advisors, Ernst &

15   Young.

16       Q.    Do you know when Ernst & Young did this?

17       A.    There is -- it is an ongoing process.

18       Q.    Would that be the same two people from

19   Ernst & Young you identified to me earlier?

20       A.    Yes.

21       Q.    Those are --

22       A.    And I think there would be a third.

23       Q.    Who is the third?

24       A.    Juan -- his last name is Santo Giglio.

25   It's an Italian last name.

66

J. EL KOURY

1

2      Q.    Since I don't remember where I wrote the

3   other two names down, who are the other two?

4      A.    Adam Chepenik.  I would say it would be

5   Adam and Juan.  I don't know if --

6      Q.    Okay.  If we look at page 2 of Exhibit 14

7   in the second full paragraph, it refers to a body

8   called Municipal Revenue Collection Center, CRIM.

9      A.    Yes, sir.

10     Q.    What is CRIM?

11     A.    To the best of my knowledge, they are in

12  charge of collecting property taxes in Puerto Rico.

13     Q.    It mentions here something called an

14  equalization fund at CRIM.

15           Do you know what that is?

16     A.    No, sir.

17     Q.    This paragraph seems to suggest that

18  certain monies are going to be retained in the

19  equalization fund that otherwise would have gone to

20  the Pay as You Go fee.

21           Do you see that reference?

22     A.    Yes.

23     Q.    Do you understand why that works?

24     A.    No, sir.

25     Q.    Or why it was done this way?

Video Deposition of Jaime El Koury, 6/6/2019

67

1                            J. EL KOURY

2        A.     No, sir.

3               (Whereupon, a letter was marked as

4        Exhibit 15 for identification, as of this

5        date.)

6        Q.     Mr. El Koury the court reporter has

7    placed before you Exhibit 15.  Can you tell me what

8    Exhibit 15 is.

9        A.     It's a letter from the The Financial

10   Oversight and Management Board for Puerto Rico to

11   the secretary of the treasury, also the chief

12   financial officer of Puerto Rico, and also to the

13   executive director of the Retirement Board for

14   Puerto Rico.

15       Q.     This is dated April 30, 2019?

16       A.     Yes, sir.

17       Q.     The same day as S1258 was -- the same

18   date that Exhibit 14 showed?  In other words, that

19   was --

20       A.     Correct.

21       Q.     Do you know whether this letter was sent

22   before or after S1258 was introduced?

23       A.     I do not know.

24       Q.     Do you know whether this was the letter

25   you referred to that was sent to in response to

Video Deposition of Jaime El Koury, 6/6/2019

68

                          J. EL KOURY

1      S1258?

2           A.    I believe so, yes.

3           Q.    Did you see a draft of this letter before

4      it became final?

5           A.    Yes, sir.

6           Q.    And what was the purpose of this letter?

7           A.    This is to call attention to the

8      deficiencies in the payments by public corporations

9      and municipalities of their Pay-Go obligations and

10     also to call attention, I believe -- if I could take

11     a minute.

12              MS. DALE:  Take your time.

13          A.    Yes.  And also to call attention to the

14     failure to remit to the central government the

15     withholdings of employees' defined contribution

16     payments.

17          Q.    Okay.  Who is the main author of this

18     letter?

19          A.    It was an effort both by our advisors,

20     including financial advisors and legal advisors, and

21     the board staff.

22          Q.    Who from the board staff?

23          A.    This would have been, to the best of my

24     knowledge, Ginorly, G-I-N-O-R-L-Y, Maldonado, our

Video Deposition of Jaime El Koury, 6/6/2019

69

1                        J. EL KOURY

2    executive director, Natalie Deresco, and others.

3         Q.    Were you involved?

4         A.    I was involved in reviewing the letter.

5         Q.    Okay.

6               Who from your advisors worked on it?

7         A.    Ernst & Young and our local counsel,

8    O'Neill and Borges, B-O-R-G-E-S.

9         Q.    And the same people from Ernst & Young

10   you referred to a few minutes ago?

11              MS. DALE:  Objection.  He's referred to

12         a few different people.

13        Q.    Who from Ernst & Young?

14        A.    Adam Chepenik, Juan --

15              MS. DALE:  Name to be given to you

16         later.

17        A.    -- and I believe others from EY, but I

18   cannot recall their names.

19        Q.    What part of the letter did EY prepare?

20              MS. DALE:  If you know.

21        Q.    If you know?

22        A.    I do not know.

23        Q.    What part did O'Neill & Borges prepare?

24        A.    I do not know.

25        Q.    You see on page 2 and also on page 3

70

                          J. EL KOURY

1  there are tables containing financial information.

3          Do you know where that information came

4  from?

5      A.    I believe that it's the information that

6  is referred to in the first sentence of the letter.

7      Q.    The first sentence on the first page?

8      A.    The first sentence on the first page.

9      Q.    This is the latest -- it says:  I write

10 to you regarding the latest Pay-Go and individual

11 contribution debt by entity report.

12          That's where it came from?

13     A.    Yes, I believe so.

14     Q.    And I showed you one of those a minute

15 ago.  I think it's Exhibit 13 in the stack in front

16 of you.

17          Do you understand that's the type of

18 report they're referring to?

19     A.    I believe so.

20     Q.    To your knowledge, is that report an

21 accurate report?

22     A.    To my knowledge, yes.

23     Q.    And in this letter that's been marked as

24 Exhibit 15, were steps taken before the letter went

25 out to make sure that the financial information in

71

1                       J. EL KOURY

2    the letter was complete and was accurate?

3        A.    I do not know.

4             MS. DALE:  Objection to the form.

5        Q.    On page 3 of 4 the second full paragraph

6    begins with the words "as contemplated."

7             Do you see that?

8        A.    Yes, sir.

9        Q.    The first sentence says:  As contemplated

10   in section 3.2 of Act 106-2017, remedial action must

11   be taken immediately to rectify this situation and

12   secure repayment for those overdue amounts.

13            Do you see what I just read?

14       A.    Yes, sir.

15       Q.    Is the remedial action set forth in the

16   subsequent paragraphs of the letter?

17       A.    I believe so.

18       Q.    Was this remedial action, in fact, taken

19   with respect to the municipalities?

20            MS. DALE:  Objection to the form.

21       A.    I believe there were subsequent -- there

22   were subsequent correspondence to that effect.

23       Q.    Did the municipalities eventually pay the

24   money they owed?

25       A.    I do not know.

72

J. EL KOURY

1

2     Q.    Was remedial action taken with respect to

3     the public corporations?

4     A.    I do not know.

5     Q.    As we sit here today, do you know if the

6     public corporation have made the Pay-Go

7     contributions that they were in arrears on?

8     A.    I do not know.

9     Q.    Let me go back to an earlier topic.

10    You're aware, are you not, that in 2008, the

11    employment retirement system issued bonds to the

12    investing public to raise money to improve the

13    liquidity of the ERS system?

14    A.    I am generally familiar with that.

15    Q.    Have you ever read the bond resolution

16    that was promulgated in connection with that bond

17    issue?

18    A.    No, sir.

19          MS. DALE:  I'm going to object, because

20    it's outside the scope of the topics he's

21    prepared for.

22          But go ahead.

23    Q.    Do you have any knowledge of whether the

24    bonds are secured or not secured?

25    A.    No, sir.

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

Video Deposition of Jaime El Koury, 6/6/2019

73

                        J. EL KOURY
1
2      Q.    Do you know whether they're
3   collateralized upon anything?
4      A.    No, sir.
5      Q.    At any point did you investigate --
6            MR. STEWART:  I withdraw that.
7      Q.    At any point, have you learned what
8   collateral the bondholders claim they have securing
9   their bonds?
10           MS. DALE:  Objection.  Outside the
11      scope.
12           MR. STEWART:  It's actually
13      foundational for topic 1.
14           MS. DALE:  Understood.
15           In answering that question, I guess you
16      can answer it yes or no at this point.
17     A.    Yes.
18     Q.    What do you understand the bondholder's
19   position is with respect to the collateral securing
20   their bonds?
21           MS. DALE:  I'm going to object and
22      direct you in answering that question not to
23      disclose information you have obtained from
24      counsel.  So if there's information that you
25      have that you did not obtain from counsel,

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

Video Deposition of Jaime El Koury, 6/6/2019

74

                        J. EL KOURY

1           you can answer it.

2      A.      Can you repeat the question.

3           MR. STEWART:  Reread the question.

4           (Whereupon, the requested portion of

5      the record was read.)

6      A.      Based on general information that they

7  have collateral in the employer contributions.

8      Q.      What's the source of your information on

9  that?

10     A.      Reorg research.

11     Q.      Other than reorg research, do you have

12 any other source of information on that subject?

13     A.      No.

14     Q.      Do you have knowledge of what the amount

15 of those employer contributions was at any time

16 since May -- since you joined the board in February

17 2017?

18     A.      I believe I answered that question

19 before, but I will say no again.

20     Q.      Okay.  Do you know what the mechanism was

21 by which the employer contributions are said to have

22 collateralized the bonds?

23     A.      I believe I answered the question before.

24 The answer is no.

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

Video Deposition of Jaime El Koury, 6/6/2019

75

J. EL KOURY

1

2      Q.    Do you know, as you sit here today, the

3  total amount of employer contributions that are

4  received each month by the treasury from any source?

5              MS. DALE:  Objection to the form.

6      A.    No, sir.

7      Q.    As you sit here today, do you know of any

8  prospect that those employer contributions are going

9  to increase or decrease?

10             MS. DALE:  Objection to the form.

11     A.    No, sir.

12     Q.    If you needed to determine the amount of

13  Pay-Go fees that had been collected for any period,

14  where would you go to get that information?

15     A.    I would -- I don't think that information

16  is publicly available.  I would have to see if

17  somehow the board has that information.

18     Q.    Same answer -- if I were to ask you if

19  you need to to obtain information about the source

20  of the Pay-Go fees that had been collected?

21     A.    Yes.

22     Q.    Do you know how the central government

23  actually pays its Pay-Go fees?

24     A.    No, sir.

25             (Whereupon, a fiscal plan was marked as

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 ▪ www.advanceddepositions.com

Video Deposition of Jaime El Koury, 6/6/2019

76

J. EL KOURY

1
2      Exhibit 16 for identification, as of this
3      date.)
4      Q.    Mr. El Koury, the report's placed before
5  you Exhibit 16.
6            Have you seen Exhibit 16 before?
7      A.    Yes, sir.
8      Q.    Is this the current fiscal plan for
9  Puerto Rico?
10     A.    Yes, sir.
11     Q.    And it's been certified by the board?
12     A.    Yes.
13     Q.    I'm going to simply ask you about two
14  parts of it.
15            Is it still the case that the budget
16  for Puerto Rico anticipates a 10 percent reduction
17  in pension benefits?
18     A.    Could I have a clarification.
19     Q.    Why don't we go to page 130?
20            MS. DALE:  130?
21            MR. STEWART:  130.
22     Q.    Do you have page 130 before you?
23     A.    Yes, sir.
24     Q.    This speaks, does it not, of a 10 percent
25  pension benefit reduction?

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

Video Deposition of Jaime El Koury, 6/6/2019

77

                        J. EL KOURY

1    A.    Yes, sir.

2    Q.    Is it still in the Puerto Rico certified

3    fiscal plan that pension benefits are to be reduced

4    by 10 percent?

5    A.    Yes, sir.

6    Q.    Do you know of any proposal to change

7    that?

8         MS. DALE:  You can answer that yes or

9         no.

10   A.    Could I speak with counsel?

11   Q.    Sure.

12        THE VIDEOGRAPHER:  Off the record,

13        12:00.

14        (Whereupon, there was a pause in the

15        proceeding.)

16        THE VIDEOGRAPHER:  We're back on the

17        video at 12:04 p.m.

18        MR. STEWART:  Can you reread the last

19        question, Missy.

20        (Whereupon, the requested portion of

21        the record was read.)

22        MS. DALE:  And the reference to "that,"

23        I think, is to the fiscal plan section 16.2.2

24        that you had pointed us to.

78

                        J. EL KOURY

1

2       A.    No.

3       Q.    Let's go, if we could, to page 123.  Do

4  you see where it says chapter 15, reduction and

5  appropriations to UPL and municipalities?

6       A.    Yes.

7       Q.    Does the fiscal plan also provide for

8  reductions in the amount of appropriations they

9  would have received from the Commonwealth in fiscal

10  year 2018?

11      A.    Yes.

12      Q.    Is that still part of the fiscal plan?

13      A.    Yes, sir.

14      Q.    Do you know of any proposals to increase

15  the appropriations municipalities are to receive

16  from the Commonwealth from what the fiscal plan

17  provides today?

18      A.    Could you repeat the question.

19            (Whereupon, the requested portion of

20      the record was read.)

21      A.    Yes.

22      Q.    Okay.  What are the proposals?

23      A.    I believe it is -- as part of the ongoing

24  budget process, the --

25            MS. DALE:  I have to just jump in, and

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

Video Deposition of Jaime El Koury, 6/6/2019

79

                           J. EL KOURY

1              I apologize.  I don't want you to disclose

2          deliberations that are pre-decisional at this

3          point regarding the budget that's being

4          considered.

5              But to the extent there's information

6          you can answer that does not include

7          discussions and deliberations regarding that

8          budget process, you may answer.

9     A.    I believe that the government is

10    proposing as part of the budget to increase the

11    appropriations directly or indirectly to take into

12    account what PS1258 -- the effect of PS1258.

13    Q.    Increase of appropriations to who?

14    A.    Municipalities.

15    Q.    So municipalities would no longer have to

16    make Pay-Go fees and also would get a higher

17    appropriation from the central government?

18    A.    I don't know if it's they would get a

19    higher.  It would be a way of funding the fact that

20    they would not be making any Pay-Go payments.

21    Q.    If you know, would the appropriation

22    operate to simply replace in terms of the budget the

23    money that municipalities otherwise would have

24    contributed in Pay-Go fees?

80

                         J. EL KOURY
1
2        A.     That's my understanding.
3        Q.     Do you know if there's any pending
4    proposal to change the manner in which public
5    corporations make their Pay-Go fees?
6        A.     No.
7        Q.     Okay.
8               Do you know how much in assets ERS
9    continues to hold?
10       A.     No, sir.
11       Q.     Or why they continue to hold whatever
12   amount it is that they hold?
13       A.     No, sir.
14              MR. STEWART:  That is all I have.
15       Thank you.
16   EXAMINATION BY
17   JESSE GORDON, ESQ.:
18               (Whereupon, an email was marked as
19          Exhibit 17 for identification, as of this
20          date.)
21       Q.     Good afternoon.  I'm Jesse Green from
22   White & Case.  I represent the Puerto Rico funds.
23               In front of you you have Exhibit 17,
24   and I want to focus you on the second email on the
25   -- starting at the point of the page.  It's from

81

                         J. EL KOURY
1
2    Mr. Chepenik to Mr. Portela Franco.
3              Do you know who Portela Franco is?
4       A.    Yes.
5       Q.    Who is he?
6       A.    He is -- he was for some time the
7    executive director of AAFAF.
8       Q.    Do you know if he was the executive
9    director of AAFAF on May 26, 2017?
10      A.    I believe so.
11      Q.    Mr. Chepenik writes:  Hi, Gerry.  Just
12   wanted to follow up with you on the ERS pension
13   contribution question that was raised earlier today.
14   The board discussed the request and would like to
15   proceed with the current plan for ERS in the budget
16   which includes having the ERS system transition to
17   Pay-Go by July 1st.  After that date, no further
18   employer contributions would be made to ERS.
19             Do you see that?
20      A.    Yes, sir.
21      Q.    Do you know what he's referring to when
22   it says the ERS contribution question?
23      A.    No, other than as illustrated in the next
24   paragraph.
25      Q.    Do you have any recollection of any