# EXHIBIT PP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:
:
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
:
        As a representative of
:
THE COMMONWEALTH OF PUERTO RICO, et al.
:
Debtor
:    PROMESA
:    Title III

---------------------------------------------------------------:

In re:
:    Case No. 3:17-bk-03283 (LTS)
THE FINANCIAL OVERSIGHT AND
:    Case No. 3:17-cv-01685 (LTS)
MANAGEMENT BOARD FOR PUERTO RICO
:    Case No. 3:17-bk-03566 (LTS)
        As a representative of
:
THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF PUERTO RICO,
:
        Debtor.
:
:
:

---------------------------------------------------------------x

# EXPERT REPORT OF
# ANDREW A. SAMWICK, PH.D.

**May 30, 2019**

# CONTENTS

LIST OF EXHIBITS ........................................................................................................... 2

I.      Qualifications ............................................................................................................ 3

II.     Assignment .............................................................................................................. 4

III.    Summary of Findings ............................................................................................. 5

IV.     Background on ERS ............................................................................................... 6

V.      Solvency of ERS ..................................................................................................... 8

VI.     ERS Approaching 2017 ...................................................................................... 11

VII.    The Change to PayGo in Summer 2017 ......................................................... 12

VIII.   The Equivalence of ERS and PayGo ............................................................. 14

IX.     Miscellaneous ..................................................................................................... 16

# LIST OF EXHIBITS

Exhibit 1.     Expert CV – See Attached

Exhibit 2.     Materials Considered – See Attached

Exhibit 3.     Changes in Net Fiduciary Position, Selected Years

Exhibit 4.     Actual Versus Required Employer Contributions

## I.  Qualifications

1.  I am the Sandra L. and Arthur L. Irving '72a P'10 Professor of Economics and the Director of the Nelson A. Rockefeller Center at Dartmouth College. I have expertise in the fields of public economics and finance, including the economics of retirement systems like Social Security and employer-provided pensions. I have consulted on one prior legal case concerning public-sector pension plans but have never provided expert testimony in State or Federal Courts.

2.  I received my A.B. *summa cum laude* with a major in Economics from Harvard College in 1989 and my Ph.D., also in Economics, from the Massachusetts Institute of Technology in 1993. I have taught courses in Economics and Public Policy at Dartmouth College since joining the faculty in 1994. I am a Research Associate of the National Bureau of Economic Research, with appointments in both the Aging and Public Economics Programs.

3.  I have previously served on technical panels for the Social Security Advisory Board (1999, 2011) on the assumptions and methods used by the Social Security Administration to make long-term projections. In 1995-1996, I served as a consultant to the Pension Benefit Guaranty Corporation on its Pension Insurance Modeling System (PIMS). I have testified before Congressional committees on Social Security reform on three occasions. I have served on the editorial boards of a number of journals, including my present service at the *Journal of Pension Economics and Finance.*

4.  My scholarly work has been published in *American Economic Review*, *Journal of Political Economy*, *Journal of Finance*, *Journal of Monetary Economics*, *Journal of Public Economics*, *Journal of Development Economics*, *Review of Economics and Statistics*, and a number of specialized journals and conference volumes. Much of that research has considered the issues of solvency and risk in retirement systems, comparisons of defined benefit and defined contribution pension plans, and possible reforms to those systems in light

of perennial underfunding in defined benefit plans. My curriculum vitae is attached as
Exhibit 1.

Exhibit 1. *Expert CV – See Attached*

5.  The materials considered in the preparation of this report are listed in Exhibit 2.

Exhibit 2. *Materials Considered – See Attached*

6.  My billing rate is $725 per hour for my services in this matter, and I was assisted by NERA
Economic Consulting. My compensation is not contingent upon the nature of my findings or
on the outcome of this matter.


## II.    Assignment

7.  I have been retained by counsel for the Movants[1] in connection with the Motion of Certain
Secured Creditors of the Employees Retirement System of the Government of the
Commonwealth of Puerto Rico for Relief from the Automatic Stay, Docket No. 3418 in Case
No. 17-bk-03283 and Docket No. 289 in Case No. 17-bk-03566 (the "Motion"), to provide
expert testimony at the hearing on the Motion. Counsel for the Movants asked me to (1)
evaluate the current and historic structure and funding status of the Employees Retirement
System of the Government of the Commonwealth of Puerto Rico ("ERS"), (2) evaluate the
structure and funding status of the Pay-As-You-Go or "PayGo" system that was instituted in
mid-2017, and (3) compare the economic functioning of the pre-June 2017 ERS with the
PayGo system, including the relationship between ERS employer contributions and PayGo
fees.

---

[1] The Movants are Andalusian Global Designated Activity Company, Glendon Opportunities Fund, L.P., Mason
Capital Master Fund, LP, Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P.,
Ocher Rose, L.L.C., and SV Credit, L.P.

### III.    Summary of Findings and Opinions

8.  My findings and opinions can be summarized as follows:

   a.  Before 2017, ERS combined three separate pension plans: two defined benefit plans
       (under Act 447-1951 and Act 1-1990) and the System 2000 hybrid cash-balance plan
       established by Act 305-1999. ERS was funded by a combination of employer
       contributions from the Commonwealth, municipalities, and public corporations;
       employee contributions from covered employees; and earnings on ERS's investments.

   b.  For many years before 2017, ERS was not actuarially sound. Rather, the level of
       contributions paid by employers was insufficient to cover the current benefits that
       were being paid to beneficiaries, much less fund ERS's accrued liabilities. To cover
       the shortfall in cash flow, ERS used employee contributions under System 2000 to
       pay benefits and, later, depleted its cash reserves and investments. Although the
       Puerto Rico Legislature amended the ERS Enabling Act in hopes of increasing the
       system's soundness and liquidity, the various amendments did not adequately address
       this problem.

   c.  By the beginning of the 2017 calendar year, ERS's investments were nearly depleted,
       and it was projected that its investments would be totally depleted in the near future.
       Under the governing statutes, employers were required to make contributions
       sufficient to meet ERS's actuarially determined needs. Once ERS had depleted its
       investments, paying benefits to which Members were entitled would have required
       increasing employer contributions to levels sufficient to operate ERS as a Pay-As-
       You-Go system.

    d.   Conceptually, a change from a funded defined benefit system to a Pay-As-You-Go defined benefit system is a change only in the timing of contributions made by the sponsors of that system to support benefit payments. By itself, it is not a change in the claims that participants and other creditors have on that system. The change to PayGo did not improve or alter benefit payments or the cost of paying accrued pension benefits.

    e.   In economic terms, the PayGo system reflects only inconsequential changes from the pre-2017 ERS pension system. The benefits paid are the same benefits that were accrued under ERS. The PayGo fees that fund those benefits come from the same employers who previously paid employer contributions to ERS, and they are paid in amounts that reflect amounts required to fund the pension benefits accrued under ERS, amounts for which the employers were already liable. The changes in how the PayGo fees on employers are calculated are ones that could have been made to required employer contributions within ERS, and they do not represent a substantial change in the nature of the payments.

## IV.    Background on ERS

9.   Before 2017, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico (the "ERS" or the "System") combined three separate pension plans: two defined benefit plans (under Act 447-1951 and Act 1-1990) and the System 2000 hybrid cash-balance plan established by Act 305-1999.[2]

    a.   ERS was created by Act No. 447 of May 15, 1951 ("Act 447-1951") to provide pension and other benefits to retired employees of the Commonwealth and certain of

---

[2] Dr. Faten Sabry's report of May 30, 2019 provides a more detailed discussion of the history and legal structure of ERS, including changes to that system from its establishment in 1951 to the present day. I have not repeated all of that background here, but I have considered it in reaching the opinions in this report.

its municipalities and public corporations. As of June 2018, ERS had 233,048 members, including 119,048 retirees, disabled members, and beneficiaries, and 114,000 active employees.[3]

b.  Members who enrolled before April 1, 1990 have benefits determined by Act 447-1951, as amended. Members who entered after April 1, 1990 and before December 31, 1999 have benefits determined by Act 1 of February 16, 1990, as amended ("Act 1-1990"). Both Act 447 Members and Act 1 Members are entitled to benefits based on a defined benefit pension plan, with the latter plan less generous than the former.

c.  Members who entered the System on or after January 1, 2000 have a hybrid cash-balance plan governed by Act 305 of September 24, 1999, as amended ("Act 305-1999").

d.  The Commonwealth's Act 3 of April 4, 2013 ("Act 3-2013") transferred all active Act 447 and Act 1 Members to a hybrid plan and froze their benefit accruals under their prior defined benefit plans.

10. ERS was funded by a combination of employer contributions from the Commonwealth, municipalities, and public corporations; employee contributions from covered employees; and earnings on ERS's investments.

a.  In Fiscal Year 2015-2016, the last year for which audited numbers on employer contributions under ERS are available, the Central Government contributed $484 million, Public Corporations contributed $172 million, and Municipalities contributed $123 million.[4]

---

[3] Employees Retirement System of the Government of the Commonwealth of Puerto Rico Annual Financial Information, Fiscal Year 2018, page 2.

[4] Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Schedules of Employer Allocations, June 30, 2016 and 2015, pages 3 – 5.

b. The top panel of Exhibit 3 shows the breakdown of the total additions to the ERS fiduciary net position for the years ending June 30, 2007 and 2016. In 2007, employee contributions were $339 million, employer contributions (including those for early retirement programs and appropriations for special laws) were $460.5 million, and net investment income was $454 million. Total additions to the fiduciary net position were $1,253 million.  In 2016, the respective amounts were $334 million from employees, $779 million from employers, and $90 million from investments, for total additions of $1,204 million.

## V.      Solvency of ERS

11. For many years before 2017, ERS was not actuarially sound. Rather, the level of contributions paid by employers was insufficient to cover the current benefits that were being paid to beneficiaries, much less fund ERS's accrued liabilities.

a. Since 1990, the ERS funding ratio of the actuarial valuation of its assets to the total pension liability never exceeded 25%, peaking at 24.6% in 2001, and turned negative in 2015.[5]

b. The bottom panel of Exhibit 3 shows the breakdown of the total deductions to the ERS fiduciary net position for the years ending June 30, 2007 and 2016. In 2007, total deductions were $903 million, with Member benefits comprising $832 million. In 2016, total deductions were $1,801 million, including Member benefits of  $1,533 million.

---

[5] See Financial Statements and Actuarial Valuation Reports of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico since 1990.

    c.   In 2007, investment income of $454 million was sufficient to generate a positive change in the Market Value of Assets of $350 million. In 2016, investment income was only $90 million, and the Market Value of Assets decreased by $598 million. The 2007 experience was unusual. Since 2008, total additions have exceeded total deductions in only one year, 2011, in which investment income was also relatively high.[6]

    d.   If ERS were to operate as a funded defined benefit plan, then employers would be required to contribute an amount each year that reflects not only the incremental cost of Member benefits accrued during the year, but also the amortization of the unfunded actuarial liability pertaining to Member benefits accrued but not funded in prior years. Exhibit 4 shows the actual employer contributions, the annual required contributions, and their ratio over the years from 1999 to 2014.[7] Over this period, the maximum percentage of the required contribution that employers actually made was 69%. For each of the last 5 years of the period, the ratio was 40% or lower.

12. To cover the shortfall in cash flow, ERS used employee contributions under System 2000 to pay benefits and, later, depleted its cash reserves and investments.

    a.   Prior to Act 305-1999, which established the System 2000 hybrid cash-balance plan, employee contributions to ERS were available to pay current benefits and expenses.

    b.   For a hybrid cash-balance plan to operate in a financially sound manner, the employee contributions should have been segregated from all other System funds and used to prefund the employees' future benefits. Payments to the current beneficiaries

---

[6] See Actuarial Valuation Reports of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, 2008 - 2017.

[7] These calculations were reported pursuant to Governmental Accounting Standards Board Statements 25 and 27, which were superceded by GASB Statements 67 and 68 after 2014. The data underlying Exhibit 4 are drawn from the Puerto Rico Government Employees Retirement System Actuarial Valuation Reports from 2005 – 2014.

in ERS would be funded only through other sources like employer contributions and employee contributions from Act 447 and Act 1 Members.

    c.   However, as noted in the Financial Oversight and Management Board's Explanatory Memorandum on Pension Reform, "More recently, instead of depositing employee contributions to System 2000 accounts to fund future benefits, the plans have diverted employee contributions to pay benefits for current retirees."[8]  Despite the diversion of these funds, the System's net fiduciary position turned negative as of the June 30, 2015 actuarial valuation.[9]

13. Although the Puerto Rico Legislature amended the ERS Enabling Act in hopes of increasing the system's soundness and liquidity, the various amendments did not adequately address this problem.

    a.   The Commonwealth's Act 116 of July 6, 2011 ("Act 116-2011") scheduled a series of increases in the employer contribution rate, from 9.275% to 10.275% effective July 1, 2011, followed in successive years by 4 additional 1 percentage point increases and 5 increases of 1.25 percentage points, reaching an ultimate employer contribution rate of 20.525% by July 1, 2020.[10]

    b.   In addition to the changes noted above, Act 3-2013 increased the retirement age for Act 447 members, System 2000 members, and most new entrants to the System. It also increased the employee contribution rate from 8.275% to 10%.[11]

---

[8] Financial Oversight and Management Board Explanatory Memorandum on Pension Reform, August 4, 2017, page 5.

[9] Puerto Rico Government Employees Retirement System, June 30, 2015 Actuarial Valuation Report, page 1.

[10] Puerto Rico Government Employees Retirement System, June 30, 2015 Actuarial Valuation Report, page 4.

[11] Act 3-2013, page 20.

c. The Commonwealth's Act 32 of June 25, 2013 ("Act 32-2013"), as amended by Act 244 of February 18, 2014 ("Act 244-2014") legislated two decades of Additional Uniform Contributions ("AUC") each fiscal year to make up for the System's cash flow deficits. Each employer's AUC in a given fiscal year would be based on the percentage of the total employer contributions corresponding to that employer. Payments of the AUC were meant to keep the projected gross assets of the System from falling below $1 billion in any subsequent fiscal year.[12]

## VI. ERS Approaching 2017

14. By the beginning of the 2017 calendar year, ERS's investments were nearly depleted, and it was projected that its investments would be totally depleted in the near future. Under the governing statutes, employers were required to make contributions sufficient to meet ERS's actuarially determined needs. For example, Section 2-116 of Act 447-1951, as amended, stipulates that any difference between the minimum employer contribution rate (e.g. 9.275% as of April 1, 1990) and the rate required to cover the total costs of the System "shall constitute a deficiency in the employer contribution." The Act further states that, "The obligation accrued as a result of this deficiency shall constitute an actuarial deficit for the System and an obligation of the employer."[13]

15. The 2015 Actuarial Valuation Report, transmitted August 31, 2016 contains the following warning, highlighted at the end of its Section I – Summary: "PRGERS net assets have been exhausted in the 2014-2015 fiscal year. If the increasing Law 116 employer contributions, the Supplemental Contribution under Act 3, and the Additional Uniform Contribution under Act 32 (as amended by Act 244) are not paid in full on an annual basis, PRGERS will continue being rapidly disfunded and gross assets will be exhausted."[14]

---

[12] Act 32-2013, pages 6-7.

[13] Act 447-1951, as amended, page 31.

[14] Puerto Rico Government Employees Retirement System, June 30, 2015 Actuarial Valuation Report, page 11.

16. Once ERS had depleted its investments, paying benefits to which Members were entitled would have required increasing employer contributions to levels sufficient to operate ERS as a Pay-As-You-Go system.

    a. As noted above and shown in Exhibit 3, in Fiscal Year 2016, total contributions of $1,114 million were less than the $1,533 million of benefits paid.

    b. Exhibit 4 shows that over the seven fiscal years from 2008 – 2014 (the latest for which Actuarial Valuation Report makes this comparison), actual employer contributions were between 29 – 56% of the annual required contributions.

    c. This pattern of contributing less than what the law stipulates, and in some cases less than even current benefits, implies that moving to a Pay-As-You-Go system would actually increase employer contributions in some years.

## VII.   The Change to PayGo in Summer 2017

17. On August 23, 2017, the Commonwealth enacted Act No. 106 of 2017 ("Act 106-2017"), which established a "New Defined Contribution Plan" for all active employees as of July 1, 2017. Employees who begin working after that date will not be ERS Members.[15] Their employee contributions will accumulate in individual accounts, similar to a 401(k) plan, with retirement benefits later payable solely from the contributions and investment earnings in those accounts. Act 106 also formally eliminated employer contributions to the System and instituted a PayGo fee "equal to the amount actually paid to Pensioners and Beneficiaries" attributable to each employer.[16]

---

[15] Act 106-2017, pages 22-24.

[16] Act 106-2017, page 17.

18. Conceptually, a change from a funded defined benefit system under ERS to a Pay-As-You-Go defined benefit system introduced by Act 106 is a change only in the timing of contributions to the System to support benefit payments.

19. Under a Pay-As-You-Go system, the System is obliged to pay an amount in a given year that matches the expenses incurred directly that year. Such expenses include payments to beneficiaries, administrative costs, and debt service on bonds.[17] The unfunded accrued liability is reduced over time due to these payments and eventually reaches zero as beneficiaries pass away. Bondholders receive their interest and principal payments in the years they are owed.

20. In contrast, the size of the annual required contribution in a funded system is determined by the incremental cost of Member benefits accrued during the year and the amortization of the unfunded actuarial liability pertaining to Member benefits accrued but not funded in prior years. With ERS presently closed to new Members, benefit accruals frozen for existing Members, and net plan assets at zero, the annual required contributions by employers would reflect only the amortization of the unfunded accrued liability for that year.[18] These contributions are sufficient to fund the interest and principal payments to bondholders because the value of bonds payable is incorporated as a liability in the calculation of the plan's unfunded accrued liability.

21. Thus, by itself, a change to a Pay-As-You-Go system is not a change in the claims that Members and other creditors have on the System. The change to PayGo did not improve or

---

[17] Puerto Rico Employees Retirement System June 30, 2017 Actuarial Valuation Report, page 9.

[18] The System adopted an amortization period of 30 years in the development of the Fiscal Year 2007-2008 Annual Required Contribution. See, for example, Puerto Rico Employees Retirement System June 30, 2007 Actuarial Valuation Report, page 23.

alter benefit payments or the cost of paying accrued pension benefits.[19] The change to PayGo changed only the timing of contributions to fund those benefits. Under a funded defined benefit plan, benefit accruals are funded immediately, and any underfunding is amortized gradually over time. Under a Pay-As-You-Go system, contributions are deferred until benefit payments are due. There is no prefunding and no amortization.

## VIII.   The Equivalence of ERS and PayGo

22. In economic terms, the PayGo system reflects only inconsequential changes from the pre-2017 ERS pension system. The benefits paid under the PayGo system are the same benefits that were accrued under ERS. The PayGo fees that fund those benefits come from the same employers who previously paid employer contributions to ERS, and they are paid in amounts that reflect amounts required to fund the pension benefits accrued under ERS, amounts for which the employers were already liable.

23. Act 106-2017 established the Pay-Go Fee as follows: "The foregoing notwithstanding, the Municipalities, Legislative Branch, Public Corporations, the Government and the Court Administration shall be required to pay the 'Pay-Go' Fee, according to each one to support the Accumulated Pensions Payment Account."[20] Key terms are subsequently defined as follows:

   a. The *Pay-Go Fee* is defined in Act 106-2017 as "a fee to be established and imposed by the AAFAF [the Puerto Rico Fiscal Agency and Financial Advisory Authority created by Law 2-2017] and paid by the Government, the Municipalities, Judicial Branch, Legislative Branch and the Public Corporations, and other entities considered

---

[19] The change to PayGo also does not necessarily lower the cost of administering the System. For example, Exhibit 3 reports administrative expenses of $28 million in 2016. The Financial Model for Puerto Rico's New Fiscal Plan of October 23, 2018, assumes administrative expenses of $55 million in fiscal year 2018, growing at 2.5% per year.

[20] Act 106-2017, Section 1.4, pages 13 - 14.

employers under the Puerto Rican Government Employee Retirement System and the Teachers Retirement System, in accordance with Chapter 2 of this Law. The fee shall be collected by the Secretary of the Treasury or his or her appointee, as set forth herein."[21] Thus, an entity is obliged to pay the Pay-Go Fee if it was an employer under ERS.

b.   The *Accumulated Pensions Payment Account* is defined in Act 106-2017 as an "account in trust, separate from general assets and Government accounts, designed to pay the Accumulated Pensions for the Puerto Rican Government Employee Retirement System, the Teacher Retirement System and Judiciary Retirement Systems under a 'pay as you go' system as set forth in Chapter 2 of this Law. The account in trust will be centralized and segregated from general assets and Government accounts by the Treasury Department and dedicated solely and exclusively to the purposes set forth herein, and subject to the terms and conditions set out herein."[22]

c.   The *Accumulated Pensions* are defined in Act 106-2017 as an "annuity, benefit or defined benefit to which Participants will be entitled upon retiring from service based on the contributions and rules applicable to their respective Retirement Systems, calculated as of the moment this Act takes effect."[23]

d.   Thus, the Accumulated Pensions Payment Account is explicitly defined to connect the amount of the Pay-Go Fee paid by an employer to the Participants in ERS for whom the employer would have been responsible for contributions under the prior System.

---

[21] Act 106-2017, Section 1.6, page 15.

[22] Act 106-2017, Section 1.6, page 15.

[23] Act 106-2017, Section 1.6, page 16.

24. The changes in how the PayGo fees on employers are calculated are ones that could have been made to required employer contributions within ERS, and they do not represent a substantial change in the nature of the payments.

    a. ERS was perennially underfunded due to employer contributions insufficient to cover the accrued actuarial liability in past years. Had ERS employer contribution rates been higher prior to Act 106-2017, then employers would have been charged a higher amount for each then-current employee, in accordance with that employee's benefit accrual while working.

    b. Because those benefit accruals were not adequately funded while the employees were working, they appear now as an unfunded accrued liability that must be serviced by the PayGo fee. The size of the PayGo fee on each employer corresponds to the ERS benefits attributable to the employer's former employees. Those benefits, in turn, are the accumulation of the prior benefit accruals that occurred while the employees were working. Thus, the PayGo fees and the ERS employer contributions both originate from the same source – the entitlement earned by public-sector employees while working under ERS prior to Act 106-2017.

## IX.   Miscellaneous

25. My work is ongoing and my opinions are subject to revision based on new information (including documentation, reports or testimony by other experts), which subsequently may be provided to, or obtained by, me.

By: _____

               Andrew A. Samwick

16

# Exhibit 1

# ANDREW A. SAMWICK

Department of Economics
6106 Rockefeller Hall
Dartmouth College
Hanover, NH 03755-3514

**Phone:** (603) 646-2893
**Fax:** (603) 646-2122
**E-mail:** andrew.samwick@dartmouth.edu
**URL:** https://sites.dartmouth.edu/asamwick

## CURRENT AND PAST ACADEMIC POSITIONS

Director, The Nelson A. Rockefeller Center at Dartmouth College, July 2004 – present.

Sandra L. and Arthur L. Irving '72a, P'10 Professor of Economics, Dartmouth College, 2010 – present.  (Professor, 2001 – 2010.  Associate Professor, 2000 – 2001.  Assistant Professor, 1994 – 2000).

Visiting Assistant Professor of Finance and Economics, Columbia University Graduate School of Business, Fall 1998.

## OTHER PROFESSIONAL POSITIONS

Member, Census Scientific Advisory Committee, Washington, DC, Summer 2015 – present.

Research Associate, National Bureau of Economic Research, April 2000 – present. (Faculty Research Fellow, 1994 – 2000).

Board of Directors, National Tax Association, November 2012 – November 2015.

Co-chair of the Social Security Working Group, National Bureau of Economic Research, December 1999 – December 2013.

Chief Economist, Staff of the President's Council of Economic Advisers, Washington, DC, July 2003 – June 2004.

## EDUCATION

Ph.D., Economics, Massachusetts Institute of Technology, 1993
　　　National Institute on Aging, Pre-doctoral Training Grant, 1992 -1993
　　　Lynde and Harry Bradley Foundation Fellowship, 1992 - 1993
　　　National Science Foundation Graduate Fellowship, 1989 - 1992

A.B., Summa cum laude, Economics, Harvard College, 1989
　　　Phi Beta Kappa, October 1988

## PRIZES AND AWARDS

Dartmouth Class of 1964 Outstanding Leadership Award, May 2019

Duke TIP Distinguished Alumnus Award, May 2016.

New Hampshire Professor of the Year, selected by the Carnegie Foundation for the Advancement of Teaching and the Council for the Advancement and Support of Education (CASE), November 2009.

The Karen E. Wetterhahn Award for Distinguished Creative or Scholarly Achievement, Dartmouth College, May 2000

## FELLOWSHIPS

TIAA-CREF Institute Fellow, 2005 – present.
National Bureau of Economic Research National Fellow, 2001 – 2002
C. Troy Shaver 1969 Fellow, Dartmouth College, 2001 – 2002
Elizabeth R. and Robert A. Jeffe Fellow, Dartmouth College, 2000 – 2001
Faculty Fellowship, Dartmouth College, 1997 – 1998
Aging and Health Care Economics Fellow, NBER, 1993 – 1994

## PUBLICATIONS

"Means-Testing Federal Health Entitlement Benefits." in Robert A. Moffitt (ed.) *Tax Policy and the Economy* 32 (2018), Chicago: University of Chicago Press, 173 – 210.

"The Welfare Cost of Perceived Policy Uncertainty: Evidence from Social Security." *American Economic Review,* 108 (February 2018), 275 – 307. (with Erzo Luttmer)

"Effects of Income Tax Changes on Economic Growth," in Alan J. Auerbach and Kent Smetters (eds.) *The Economics of Tax Policy.* Oxford: Oxford University Press, 2017, 13 – 39. (with William G. Gale)

"Donating the Voucher: An Alternative Tax Treatment of Private School Enrollment," in Jeffrey Brown (ed.) *Tax Policy and the Economy* 27 (2013), Chicago: University of Chicago Press, 125 – 160.

"Policy Forum: A Decade of Reckoning – Fiscal Policy Challenges in the United States," *Canadian Tax Journal* 61:2 (2013), 413-424.

"The Design of Retirement Saving Programs in the Presence of Competing Consumption Needs," *National Tax Association Proceedings – 2010*, 71 – 80.

"Moral Hazard in the Policy Response to the 2008 Financial Market Meltdown." *Cato Journal* 29 (Winter 2009), 131-139.

"Changing Progressivity as a Means of Risk Protection in Investment-Based Social Security Reform," in Jeffrey R. Brown, Jeffrey Liebman, and David A. Wise (eds.) *Social Security Policy in a Changing Environment*.  Chicago: University of Chicago Press, 2009, 299-327.

"Disability Risk and the Value of Disability Insurance." in David M. Cutler and David A. Wise (eds.) *Health at Older Ages: The Causes and Consequences of Declining Disability Among the Elderly*.  Chicago: University of Chicago Press, 2008, 295 – 336. (with Amitabh Chandra)

"Empire-Builders and Shirkers: Investment, Firm-Performance, and Managerial Incentives." *Journal of Corporate Finance* 12 (June 2006), 489-515 (with Rajesh Aggarwal).

"Saving for Retirement: Understanding the Importance of Heterogeneity," *Business Economics* 41 (January 2006), 21-27.

"The Effects of Social Security Reform on Private Pensions." in William G. Gale, John B. Shoven, and Mark J. Warshawsky (eds.) *Private Pensions and Public Policies*. Washington: Brookings Institution Press, 2004, 189-213.

"Social Security Reform: The United States in 2002." in Einar Overbye and Peter A. Kemp (eds.) *Pensions: Challenges and Reform*. Aldershot: Ashgate Publishing Limited, 2004, 53-69.

"How Will 401(k) Plans Affect Retirement Income?" *American Economic Review* 94 (March 2004), 329 – 343 (with Jonathan Skinner).

"Option Value Estimation with HRS Data." in Seiritsu Ogura, Toshiaki Tachibanaki, and David A. Wise (eds.) *Labor Markets and Firm Benefit Policies in Japan and the United States*.  Chicago: University of Chicago Press, 2003, 205-228 (with David Wise).

"Performance Incentives Within Firms: The Effect of Managerial Responsibility." *Journal of Finance* 58 (August 2003), 1613-1649 (with Rajesh Aggarwal).

"Why Do Managers Diversify Their Firms?  Agency Reconsidered." *Journal of Finance* 58 (February 2003), 71-118 (with Rajesh Aggarwal).

"Taxation and Household Portfolio Composition: U.S. Evidence from the 1980s and 1990s." *Journal of Public Economics* 87 (January 2003), 5-38. (with James Poterba)

"Potential Paths of Social Security Reform," in James M. Poterba (ed.) *Tax Policy and the Economy*, 16 (2002).  Cambridge: MIT Press, 181-224 (with Martin Feldstein).

"Portfolio Allocations Over the Life Cycle," in Seiritsu Ogura, Toshiaki Tachibanaki, and A. David Wise (eds.) *Aging Issues in the United States and Japan*. Chicago: University of Chicago Press, 2001, 65-103 (with James Poterba).

"The Transition to Investment-based Social Security when Portfolio Returns and Capital Profitability Are Uncertain," in John Y. Campbell and Martin S. Feldstein (eds.) *Risk Aspects of Investment Based Social Security Reform*.  Chicago: University of Chicago Press, 2001, 41-87 (with Martin Feldstein and Elena Ranguelova).

"Evaluating Pension Entitlements." in P. Brett Hammond, Olivia Mitchell, and Anna Rappaport (eds.) *Forecasting Retirement Needs and Retirement Wealth*. Philadelphia: University of Pennsylvania Press, 2000, 309-326 (with Alan Gustman, Olivia Mitchell, and Thomas Steinmeier).

"Portfolio Responses to Taxation: Evidence from the End of the Rainbow." in Joel Slemrod (ed.) *Does Atlas Shrug? The Economic Consequences of Taxing the Rich*. Cambridge: Harvard University Press, 2000, 289-323.

"Allocating Payroll Tax Revenue to Personal Retirement Accounts." *Tax Notes* (June 19, 2000), 1645-1652 (with Martin Feldstein).

"Is Pension Reform Conducive to Higher Saving?" *Review of Economics and Statistics*, 82 (May 2000), 264-272.

"Pension and Social Security Wealth in the Health and Retirement Study." in Robert Willis and James Smith (eds.) *Wealth, Work, and Health: Innovations in Measurement in the Social Sciences*. Ann Arbor: University of Michigan Press, 1999, 150-208. (with Alan Gustman, Olivia Mitchell, and Thomas Steinmeier)

"Tax Arbitrage." in Joseph J. Cordes, Robert D. Ebel, and Jane G. Gravelle (eds.) *Encyclopedia of Taxation and Tax Policy*. Washington: Urban Institute Press, 1999, 365-367.

"Executive Compensation, Strategic Competition, and Relative Performance Evaluation: Theory and Evidence." *Journal of Finance* 54 (December 1999), 1999-2043. (with Rajesh Aggarwal)

"Social Security Reform in the United States." *National Tax Journal*, 52 (December 1999), 819 – 842.

"The Other Side of the Tradeoff: The Impact of Risk on Executive Compensation." *Journal of Political Economy* 107 (February 1999), 65-105 (with Rajesh Aggarwal).

"The Transition Path in Privatizing Social Security." in Martin Feldstein (ed.) *Privatizing Social Security*. Chicago: University of Chicago Press, 1998, 215-260 (with Martin Feldstein).

"New Evidence on Pensions, Social Security, and the Timing of Retirement." *Journal of Public Economics* 70 (November 1998), 207-236.

"Discount Rate Heterogeneity and Social Security Reform." *Journal of Development Economics* 57 (October 1998), 117-146.

"Tax Reform and Target Saving." *National Tax Journal* 51 (September 1998), 621-635.

"How Important Is Precautionary Saving?" *Review of Economics and Statistics* 80 (August 1998), 410-419. (with Christopher Carroll)

"Potential Effects of Two Percent Personal Retirement Accounts." *Tax Notes* (May 4, 1998), 615-620. (with Martin Feldstein)

 "Abandoning the Nest Egg? 401(k) Plans and Inadequate Pension Saving." in Sylvester J. Schieber and John B. Shoven (eds.) *Public Policy Toward Pensions*. Cambridge: MIT Press, 1997, 197-217. (with Jonathan Skinner)

"The Impact of Social Security Reform on Saving." *National Tax Association Proceedings – 1997*, 178-186.

"The Economics of Prefunding Social Security and Medicare Benefits." in B. Bernanke and J. Rotemberg (eds.) *NBER Macroeconomics Annual 1997*. Cambridge: MIT Press, 115-148. (with Martin Feldstein)

 "The Nature of Precautionary Wealth." *Journal of Monetary Economics* 40 (September 1997), 41-72. (with Christopher Carroll)

"Household Portfolio Structure: Taxation and Other Factors." *National Tax Association Proceedings - 1996*, 391-401. (with James Poterba)

"Tax Shelters and Passive Losses after the Tax Reform Act of 1986." in Martin S. Feldstein and James M. Poterba (eds.) *Empirical Foundations of Household Taxation*. Chicago: University of Chicago Press, 1996, 193-226.

"Welfare Across the Generations." *Contemporary Economic Policy* 14 (January 1996), 1-21. (with Harold Demsetz et. al.)

"Stock Ownership Patterns, Stock Market Fluctuations, and Consumption." in William C. Brainard and George L. Perry (eds.) *Brookings Papers on Economic Activity*, 2:1995, 295-372. (with James Poterba)

"Social Security Rules and Marginal Tax Rates." *National Tax Journal* 45 (March 1992), 1-22. (with Martin Feldstein)

Case:17-03283-LTS   Doc#:7561-42   Filed:06/21/19   Entered:06/21/19 22:54:55   Desc:
Exhibit PP   Page 25 of 91

# COMMENTS AND REVIEWS

Comment on Mason, Andrew, Ronald Lee, An-Chi Tung, Mun-Sim Lai, and Tim Miller, "Population Aging and Intergenerational Transfers: Introducing Age into National Accounts," in David A. Wise (ed.) *Developments in the Economics of Aging*. Chicago: University of Chicago Press, 2009, 122-124.

Comment on Kapteyn, Arie and Constantijn Panis, "Institutions and Saving for Retirement: Comparing the United States, Italy, and the Netherlands," in David A. Wise (ed.) *Analyses in the Economics of Aging*. Chicago: University of Chicago Press, 2005, 313-316.

Comment on Böersch-Supan, Axel and Lothar Essig, "Household Saving in Germany: Results of the First SAVE survey," in David A. Wise (ed.) *Analyses in the Economics of Aging*. Chicago: University of Chicago Press, 2005, 352-355.

Comment on Blake, David, "The United Kingdom: Examining the Switch from Low Public Pensions to High-Cost Private Pensions," in Martin Feldstein and Horst Siebert (eds.) *Social Security Pension Reform in Europe.* Chicago: University of Chicago Press, 2002, 341-346.

Comment on Brown, Jeffrey R. "Differential Mortality and the Value of Individual Retirement Annuities," in Martin Feldstein and Jeffrey B. Liebman (eds.) *The Distributional Aspects of Social Security and Social Security Reform*. Chicago: University of Chicago Press, 2002, 440-444.

Comment on Coile, Courtney and Jonathan Gruber, "Social Security Incentives for Retirement," in David A. Wise (ed.) *Themes in the Economics of Aging*. Chicago: University of Chicago Press, 2001, 341-354.

Review of *Administrative Aspects of Investment-Based Social Security Reform*. Edited by John B. Shoven. In *Journal of Economic Literature* 39 (September 2001), 923-924.

Comment on Kotlikoff, Laurence J., Kent A. Smetters, and Jan Walliser, "The Economic Impact of Privatizing Social Security," in Horst Siebert (ed.) *Redesigning Social Security*. Tübingen: Mohr Siebeck, 1998.

Review of *Getting It Right: Markets and Choices in a Free Society*. By Robert J. Barro. In *Journal of Economic Literature* 36 (March 1998), 256-257.

Review of *Securing Employer-Based Pensions: An International Perspective*. Edited by Zvi Bodie, Olivia S. Mitchell, and John A. Turner. In *Journal of Economic Literature* 35 (September 1997), 1397-1398.

Comment on Engen, Eric M. and William G. Gale, "Effects of Social Security Reform on Private and National Saving," in Steven A. Sass and Robert K. Triest (eds.) *Social

*Security Reform Conference Proceedings: Links to Saving, Investment, and Growth.*
Federal Reserve Bank of Boston, Conference Series No. 41, June 1997, 149-152.

## UNPUBLISHED PAPERS

"The Insurance Value of Financial Aid," Manuscript, Dartmouth College, November
2016 (with Kristy Fan and Tyler J. Fisher)

"Value Creation and Value Reallocation in Mergers and Acquisitions," Manuscript,
Dartmouth College, June 2009. (with Pui-Lam Yiu)

"The Announcement and Long-Term Effects of Hiring a Management Consulting Firm."
Manuscript, Dartmouth College, June 2003. (with Ajay Prakash)

"Patience, Pensions, and Saving." Manuscript, Dartmouth College, June 2003.

"The Other Side of the Tradeoff: The Impact of Risk on Executive Compensation—A
Reply." Manuscript, Dartmouth College, October 2002 (with Rajesh Aggarwal).

## RESEARCH GRANTS

Nelson Rockefeller Research Fund in Economics
> "Improving the Financial Aid Formula: Balancing Insurance, Incentives, and
> Equity," (Principal Investigator), November 2018.

Social Security Administration (through the National Bureau of Economic Research)
> "Means-Testing Federal Health Entitlement Benefits," January 2012.

Social Security Administration (through the National Bureau of Economic Research)
> "The Costs and Consequences of Perceived Political Uncertainty in Social
> Security," January 2011 (with Erzo Luttmer).

Social Security Administration (through the National Bureau of Economic Research)
> "The Design of Retirement Saving Programs in the Presence of Competing
> Consumption Needs," January 2009.

Social Security Administration (through the National Bureau of Economic Research)
> "Changing Progressivity as a Means of Risk Protection in Investment-Based
> Social Security Reform," January 2006.

Nelson Rockefeller Research Fund in Economics
> "Managerial Agency and Investment" (Principal Investigator), March 2002.

U.S. Department of Health and Human Services, National Institute on Aging
> "Portfolio Choice and Time Preference Over the Life Cycle"
> (Principal Investigator), September 1999.

Rockefeller Social Science Grant
"Frenzies and Crashes: A Frequency Based Test of Efficient Markets" (Principal Investigator), July 1999.

Nelson Rockefeller Research Fund in Economics
"The Tax-Adjusted Capital Asset Pricing Model: Evidence from Household Balance Sheets" (Principal Investigator), February 1997.

American Compensation Association
"The Role of Teamwork in Top Management Compensation" (Co-Principal Investigator), January 1997.

U.S. Department of Health and Human Services, National Institute on Aging
"The Effects of Pensions and Social Security on Retirement and Saving" (Principal Investigator), January 1997.

Department of Labor, Bureau of Labor Statistics
"Wages, Fringe Benefits, and Savings: Interactions and Implications for Labor Market Outcomes" (Co-Principal Investigator), September 1994.

## EDITORIALS & COMMENTARY

"The Fiscal Grand Canyon," *New York Daily News*. January 6, 2013. [http://www.nydailynews.com/opinion/fiscal-grand-canyon-article-1.1233477]

"A Better Approach to Stimulus Spending," *U.S. News & World Report, Economic Intelligence Blog*. November 30, 2012. [http://www.usnews.com/opinion/blogs/economic-intelligence/2012/11/30/stimulus-better-spent-on-infrastructure-not-tax-cuts]

"Main street gets government help too," *National Public Radio Marketplace Commentary*. October 6, 2008. [http://marketplace.publicradio.org/display/web/2008/10/06/samwick_commentary]

"We need a carbon tax on gasoline," *National Public Radio Marketplace Commentary*. June 2, 2008. [http://marketplace.publicradio.org/display/web/2008/06/02/carbon_tax_commentary]

"Life is unfair, and so is the bailout," *National Public Radio Marketplace Commentary*. March 17, 2008. [http://marketplace.publicradio.org/display/web/2008/03/17/bailouts/]

"A Budget that Plans for the Future," *The Ripon Forum*, Volume 42, No. 1, February/March 2008, 27-28. [http://www.riponsociety.org/forum108L.htm]

"A Better Way to Deal with Downturns," *The Washington Post*. January 27, 2008.
[http://www.washingtonpost.com/wp-
dyn/content/article/2008/01/25/AR2008012502593.html]

"It's Not a Stimulus, It's Deficit Spending," *National Public Radio Marketplace
Commentary*.  January 25, 2008.
[http://marketplace.publicradio.org/display/web/2008/01/25/samwick_commentary/]

"Save the Homeowners, Not Hedge Funds," *Providence Journal*.  August 31, 2007. (with
Dean Baker). [http://www.projo.com/opinion/contributors/content/CT_baker31_08-31-
07_8G6SA6I.1c1d9dc.html]

"Stitching a New Safety Net," *Wall Street Journal Online*.  Econoblog, February 7, 2006
(with Mark Thoma). [http://online.wsj.com/public/article/SB113922850451565956.html]

"Shopped Out?" *Wall Street Journal Online*.  Econoblog, August 31, 2005 (with Barry
Ritholtz). [http://online.wsj.com/public/resources/documents/econoblog08312005.htm]

"The Economic Crystal Ball: Cloudy, or Clearing?" *Wall Street Journal Online*,
Econoblog, December 30, 2004 (with John Irons).
[http://online.wsj.com/public/resources/documents/econoblog12302004.htm]

"401(k)s beat out older pensions." *USA Today*, Page 15A, Column 1.  Editorial,
September 17, 2002 (with Jonathan Skinner).
[http://www.usatoday.com/news/opinion/2002-09-16-opcom_x.htm]

## OTHER PROFESSIONAL ACTIVITIES

Academic:

Associate Editor, *Economics Letters*, 2015 – present. [Editor: September 2011 –
December 2014. Co-Editor: 2002 – 2011]

Editorial Advisory Board, *Public Finance Review*, 2017 – present.

Editorial Board, *Review of Financial Economics*, 2013 – present.

Editorial Board, *Journal of Pension Economics and Finance*, 2013 – present.

Editorial Board, *Applied Economics Quarterly*, 2003 – 2014.

Editorial Board, *The B.E. Journals in Economic Analysis and Policy*, 2001 – 2013.

Associate Editor, *Journal of Public Economic Theory*, 2002 – 2003.

<u>Congressional Testimony:</u>

House Committee on Ways and Means, Subcommittee on Social Security, June 21, 2005:
"Protecting and Strengthening Social Security"

Senate Budget Committee, January 19, 1999: "Social Security in the 21st Century"

Senate Finance Committee, September 9, 1998: "Retirement Issues II: Proposals to
Protect and Preserve Social Security"

<u>Consulting:</u>

Social Security Advisory Board, Member, Technical Panel on Assumptions and Methods,
September 2010 – September 2011.  January 1999 - January 2000.

Pension Benefit Guaranty Corporation, 1995 – 1996

**Exhibit 2. Materials Considered**

<u>Court and Administrative Documents:</u>
- "Adversary Complaint," The Financial Oversight And Management Board For Puerto Rico, v. Altair Global Credit Opportunities Fund (A), LLC, et al. Case No. 17-00213-LTS, filed July 21, 2017.
- "Agreement Among Underwriters - Instructions, Terms and Acceptance," UBS Financial Services Incorporated of Puerto Rico, May 27, 2008.
- "Amended and Supplemented Complaint," Altair Global Credit Opportunities Fund (A), LLC., et al., v. The United States of America, Case No. 1:17-cv-00970-SGB, filed October 31, 2017.
- "Brief Of Amicus Curiae Financial Oversight And Management Board For Puerto Rico In Support Of Respondents-Appellees Urging Affirmance Of The District Court Order," Peaje Investments LLC., v. Alejandro Garcia-Padilla, et al. Case No. 16-2433, filed December 23, 2016.
- "Certificate as to Resolution 8872," Board of Directors of GDB, May 27, 2008.
- "Certificate of Secretary of the System as to Amended and Restated Purchase Contract," January 31, 2008.
- "Certificate of Secretary of the System as to Master Continuing Disclosure Agreement," January 31, 2008.
- "Certificate of Secretary of the System as to Master Continuing Disclosure Agreement," June 2, 2008.
- "Certificate of Secretary of the System as to Purchase Contract," June 2, 2008.
- "Certificate of Secretary of the System as to Security Agreement," January 31, 2008.
- "Certificate of Secretary of the System as to Security Agreement," June 2, 2008.
- "Certificate of Secretary of the System as to the Preliminary Official Statement," January 31, 2008.
- "Certification as to Resolution 8798," January 24, 2008.
- "Certification as to Resolution EC-1671," January 29, 2008.
- "Certification for Act No. 69," January 31, 2008.
- "Certification of Acting General Counsel of Government Development Bank with Respect to No Adverse Legislation," January 31, 2008.
- "Certification of Resolution No. 2008-02," January 24, 2008.
- "Certification of Resolution No. 2008-03," January 24, 2008.
- "Certification of Resolution No. 2008-03," Puerto Rico Public Employees Retirement System Board of Trustees, January 24, 2008.
- "Certification of Resolution No. 2008-04," January 24, 2008.
- "Certification of Resolution No. 2008-05," January 24, 2008.
- "Certification of Resolution No. 2008-06," January 24, 2008.
- "Certification of Resolution No. 2008-11," Puerto Rico Public Employees Retirement System Board of Trustees, May 27, 2008.
- "Collateral Certificate," Commonwealth of Puerto Rico - The Secretary of State, June 2, 2008.
- "Declaration of Luis M. Collazo-Rodriguez in Support of Objection of the Employees Retirement System to Motion for Lift of Stay Filled by the Cooperativa de Ahorro y Credito Vegabejena and in Compliance with Order ECF No. 4194," Cooperativa de Ahorro y Credito Vegabejena v. The Financial Oversight and Management Board for Puerto Rico. Case No. 17-03283-LTS, November 15, 2018.
- "Declaration of Sparkle L. Sooknanan in Support of ERS Bondholders' Motion for Relief from the Automatic Stay," Case No. 17-03566-LTS, August 3, 2018.
- "Employee Retirement System of the Government of the Commonwealth of Puerto Rico - First Supplemental Pension Funding Bond Resolution authorizing Senior Pension Funding Bonds Series A," January 29, 2008.
- "Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Second Supplemental Pension Funding Bond Resolution authorizing Senior Pension Funding Bonds Series B," May 27, 2008.
- "Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Series A Senior Pension Funding Bond Resolution," January 24, 2008.
- "Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Series B Senior Pension Funding Bond Resolution," January 24, 2008.
- "Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Series C Senior Pension Funding Bonds," June 30, 2008.
- "Employees Retirement System of the Government of the Commonwealth of Puerto Rico Senior Pension Funding Bond Series A," Bond Certificate, January 31, 2008.
- "Employees Retirement System of the Government of the Commonwealth of Puerto Rico Senior Pension Funding Bond Series B," Bond Certificate, June 2, 2008.
- "ERS Bondholders' Motion for Summary Judgment on Issues Relating to Perfection and Application of Section 552 of the Bankruptcy Code," The Financial Oversight And Management Board For Puerto Rico, v. Altair Global Credit Opportunities Fund (A), LLC, et al. Case No. 17-00213-LTS, filed November 3, 2017.
- "Exhibit A - Security Agreement," June 2, 2008.
- "Exhibit C - Acceptance of Agreement Among Underwriters," January 23, 2008.

**Exhibit 2. Materials Considered**

- "Final Closing Memorandum," UBS Financial Services Incorporated of Puerto Rico, June 2, 2008.
- "General Certificate," Puerto Rico Public Employees Retirement System Board of Trustees, June 2, 2008.
- "General Certification," January 31, 2008.
- "Incumbency Certificate," Commonwealth of Puerto Rico - The Secretary of State, June 2, 2008.
- "Incumbency Certificate," Government Development Bank for Puerto Rico, June 2, 2008.
- "Joint Stipulation and Order," Altair Global Credit Opportunities Fund (A), LLC, et al., v. Governor Ricardo A. Rossello-Nevares, et al. Case No. 3:16-cv-02696-FAB, filed April 4, 2017.
- "Law for Reduction of Administrative Responsibilities of the Municipalities," Senate of Puerto Rico P. of the S. 1258, presented April 30, 2019.
- "Limited Response and joinder of the Bank of New York Mellon, as Fiscal Agent, to Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico Request for Adequate Protection and for Relief from the Automatic Stay," Case No. 17-03283, filed June 19, 2017.
- "Memorandum In Support Of Motion For Summary Judgment Of Employees Retirement System Of The Government Of Commonwealth Of Puerto Rico," The Financial Oversight And Management Board For Puerto Rico, v. Altair Global Credit Opportunities Fund (A), LLC, et al. Case No. 17-00213, filed November 3, 2017.
- "Motion of Appellee the Financial Oversight and Management Board for Puerto Rico to Stay the Mandate Pending Supreme Court Disposition," Case No. 18-1671, filed April 24, 2019.
- "Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay," Case No. 17-03283-LTS, July 3, 2018.
- "Motion Of Certain Secured Creditors Of The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico Request For Adequate Protection And For Relief From The Automatic Stay," Case No. 17-03566-LTS, May 31, 2017.
- "Officers and Seal Certificate," January 30, 2008.
- "Officers and Seal Certificate," January 31, 2008.
- "Officers and Seal Certificate," Puerto Rico Public Employees Retirement System Board of Trustees, June 2, 2008.
- "Opinion and Order Granting and Denying in Part Cross Motions for Summary Judgment," The Financial Oversight And Management Board For Puerto Rico, v. Altair Global Credit Opportunities Fund (A), LLC, et al. Case No. 17-00213-LTS, filed
- "Order Approving Stipulation, Setting Aside Hearing and Dismissing Case," Altair Global Credit Opportunities Fund (a), LLC., et al., v. Governor Ricardo A. Rossello-Nevares, et al. Case No. 3:16-cv-02696-FAB, filed January 17, 2017.
- "R. of the H. 417 - Third Report," Government of Puerto Rico House of Representatives, June 30, 2012.
- "Reply In Support Of Motion Of Certain Secured Creditors Of The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico To Compel Discovery," Case No. 17-03566-LTS, March 27, 2019.
- "Statement Of Certain Secured Creditors Of The Employees Retirement System To Debtors' Status Report Regarding (A) Financial Disclosures To Creditors And (B) Status Of Settlement Discussions," Case No. 17-03566, filed June 27, 2017.
- Administrative Bulletin No. OE-2014-029, "Executive Order Of The Governor Of The Commonwealth Of Puerto Rico, Hon. Alejandro J. Garcia-Padilla, To Provide For The Disbursement Of Available Resources For The Closing Of The Fiscal Year 2013-2014," June 27, 2014.
- Arias, Jose G., "Underwriters' Receipt for Series A Bonds," January 31, 2008.
- Certification for Puerto Rico Laws House Joint Resolution 188 approved June 6, 2017, October 31, 2017.
- Certification for Puerto Rico Laws No. 106 approved August 23, 2017, October 12, 2017.
- Certification of Puerto Rico Laws Act 447 approved May 15, 1951, June 2, 2008.
- Letter from Bond Counsel to establish validity of ERS Bond issuance, Fiddler Gonzalez & Rodriguez, P.S.C., January 31, 2008.
- Letter to Jorge Irizarry, May 23, 2008.
- Letter, Ana M. del Toro, "Re: $1,058,634,613.05 Employees Retirement System of the Government of the Commonwealth of Puerto Rico Senior Pension Funding Bonds, Series B," Fiddler Gonzalez & Rodriguez, P.S.C., May 30, 2008.
- Letter, Ana M. del Toro, "Re: $1,588,810,799.60 Employees Retirement System of the Government of the Commonwealth of Puerto Rico Senior Pension Funding Bonds, Series A," February 26, 2008.
- Official Statement, "$1,058,634,613.05 Employees Retirement System of the Government of the Commonwealth of Puerto Rico Senior Pension Funding Bonds, Series B," May 28, 2008.
- Official Statement, "$1,588,810,799.60 Employees Retirement System of the Government of the Commonwealth of Puerto Rico Senior Pension Funding Bonds, Series A," January 29, 2008.
- Official Statement, "$300,202,930 Employees Retirement System of the Government of the Commonwealth of Puerto Rico Senior Pension Funding Bonds, Series C," June 26, 2008.
- Official Statement, "$948.540.000 Taxable Certificates of Participation Series 2006 issued by the Detroit Retirement Systems Funding Trust 2006," June 7, 2006.
- Official Statement, "GDB Debt Recovery Authority - GDB Debt Recovery Authority Bonds (Taxable) - $2,597,754,625 Aggregate Principal Amount Of 7.500% Bonds Due 2040," November 7, 2018.

## Exhibit 2. Materials Considered

- Official Statement, "State of Illinois General Obligation Bonds Pension Funding Series of June 2003 (Taxable)," June 5, 2003.
- Puerto Rico Executive Order No 14-2006, "Orden Ejecutiva Del Gobernador Del Estado Libre Asociado De Puerto Rico Para Establecer El Programa De Retiro Incentivado," May 24, 2006.
- Puerto Rico Executive Order No. 30, June 30, 2016.
- Puerto Rico Executive Order No. 31, June 30, 2016.
- Puerto Rico Laws "Government of the Commonwealth of Puerto Rico Special Fiscal and Operational Sustainability Act," Act No. 66, approved June 17, 2014.
- Puerto Rico Laws Act No. 1, approved February 16, 1990.
- Puerto Rico Laws Act No. 106, approved August 23, 2017.
- Puerto Rico Laws Act No. 116, approved July 6, 2011.
- Puerto Rico Laws Act No. 13, approved January 4, 2000.
- Puerto Rico Laws Act No. 160, approved December 24, 2013.
- Puerto Rico Laws Act No. 177, approved August 5, 2018.
- Puerto Rico Laws Act No. 196, approved September 18, 2011.
- Puerto Rico Laws Act No. 244, approved December 23, 2014.
- Puerto Rico Laws Act No. 279, approved December 24, 2011.
- Puerto Rico Laws Act No. 296, approved September 15, 2004.
- Puerto Rico Laws Act No. 3, approved April 4, 2013.
- Puerto Rico Laws Act No. 305, approved September 24, 1999.
- Puerto Rico Laws Act No. 32, approved June 25, 2013.
- Puerto Rico Laws Act No. 40, approved May 5, 2016.
- Puerto Rico Laws Act No. 447, approved May 15, 1991, as amended.
- Puerto Rico Laws Act No. 447, May 15, 1951.
- Puerto Rico Laws Act No. 447, section 2-116 and 3-105, approved May 15, 1991, as amended.
- Puerto Rico Laws Act No. 45, approved February 29, 2012.
- Puerto Rico Laws Act No. 70, approved July 2, 2010.
- Puerto Rico Laws Act No. 94, approved June 24, 1998.
- Puerto Rico Laws Senate Bill 1258, approved April 30, 2019.
- Puerto Rico Laws, Emergency Moratorium and Rehabilitation Act, April 6, 2016.
- Puerto Rico Laws, House of Representatives R.C. of C. Joint Resolution 188, June 6, 2017.
- Puerto Rico Laws, Reconsideration of Joint Resolution 187.
- United States Court of Appeals for the First Circuit, Case No. 08-1836, filed January 30, 2019.
- United States H.R. 244, Consolidated Appropriations Act, 2017.
- United States H.R. 5278, An Act to establish an Oversight Board to assist the Government of Puerto Rico, including instrumentalities, in managing its public finances, and for other purposes, June 13, 2016.

**Government Hearings:**
- "Examining Challenges in Puerto Rico's Recovery and the Role of the Financial Oversight and Management Board," Written Testimony of Noel Zamot - Revitalization Coordinator Financial Oversight and Management Board for Puerto Rico - before the House Committee on Natural Resources, November 7, 2017.
- "Examining Challenges in Puerto Rico's Recovery and the Role of the Financial Oversight and Management Board," Written Testimony of Natalie Jaresko - Executive Director Financial Oversight and Management Board for Puerto Rico - before the House Committee on Natural Resources, November 7, 2017.

**Fiscal Plans:**
- "The Revised Fiscal Plan for PRASA - As Certified by The Financial Oversight and Management Board for Puerto Rico - August 1, 2018," August 1, 2018.
- Financial Oversight and Management Board for Puerto Rico, "2019 Fiscal Plan for Puerto Rico - Restoring Growth and Prosperity - As certified by the Financial Oversight and Management Board for Puerto Rico - May 9, 2019," May 9, 2019.
- Financial Oversight and Management Board for Puerto Rico, "DRAFT: 2019 Fiscal Plan for Puerto Rico - Restoring Growth and Prosperity - Draft as of May 9, 2019," May 9, 2019.
- Financial Oversight Board and Management Board for Puerto Rico, "New Fiscal Plan for Puerto Rico - Restoring Growth and Prosperity - As Certified by the Financial Oversight and Management Board for Puerto Rico," June 29, 2018.
- Financial Oversight Board and Management Board for Puerto Rico, "New Fiscal Plan for Puerto Rico - Restoring Growth and Prosperity - As Certified by the Financial Oversight and Management Board for Puerto Rico," October 23, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Commonwealth of Puerto Rico Fiscal Plan Appendix," October 14, 2016.

**Exhibit 2. Materials Considered**

- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Commonwealth of Puerto Rico Fiscal Plan," October 14, 2016.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Fiscal Plan for Puerto Rico - As Submitted to the Financial Oversight and Management Board for Puerto Rico - August 20, 2018 Revision," August 20, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Fiscal Plan for Puerto Rico - As Submitted to the Financial Oversight and Management Board for Puerto Rico - September 7, 2018 Revision," September 7, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Fiscal Plan for Puerto Rico," February 28, 2017.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Fiscal Plan for Puerto Rico," March 13, 2017.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "March 13th Certified Fiscal Plan - Revised Version," March 13, 2017.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "New Fiscal Plan for Puerto Rico," April 26, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "New Fiscal Plan for Puerto Rico," April 5, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "New Fiscal Plan for Puerto Rico," February 12, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "New Fiscal Plan for Puerto Rico," January 24, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "New Fiscal Plan for Puerto Rico," March 23, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Revised Fiscal Plan for Puerto Rico - As Submitted to the Financial Oversight and Management Board for Puerto Rico - March 10, 2019," March 10, 2019.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Revised Fiscal Plan for Puerto Rico - As Submitted to the Financial Oversight and Management Board for Puerto Rico - March 27, 2019," March 27, 2019.
- The Financial Oversight and Management Board for Puerto Rico, "PRHTA Revised Fiscal Plan 2018-2023 - As Certified by The Financial Oversight and Management Board for Puerto Rico - June 29, 2018," June 29, 2018.

**Reports:**
- "Commonwealth of Puerto Rico Financial Information and Operating Data Report," April 30, 2011.
- "Commonwealth of Puerto Rico Financial Information and Operating Data Report," December 18, 2016.
- "Commonwealth of Puerto Rico Financial Information and Operating Data Report," November 6, 2015.
- "Commonwealth of Puerto Rico Financial Information and Operating Data Report," October 30, 2014.
- "Employees' Retirement System of the Government of the Commonwealth of Puerto Rico - Schedules of Employer Allocations and Schedules of Pension Amounts by Employer - June 30, 2014 and 2013 (With Independent Auditors' Report Thereon)," May 11, 2018.
- "Employees' Retirement System of the Government of the Commonwealth of Puerto Rico - Schedules of Employer Allocations and Schedules of Pension Amounts by Employer - June 30, 2015 and 2014 (With Independent Auditors' Report Thereon)," October 18, 2018.
- "Employees' Retirement System of the Government of the Commonwealth of Puerto Rico - Schedules of Employer Allocations and Schedules of Pension Amounts by Employer - June 30, 2016 and 2015 (With Independent Auditors' Report Thereon)," November 2, 2018.
- "Moody's affirms Puerto Rico general obligation bonds at Baa3; affirms notched and related debt as well," Moody's Investors Service, Inc., October 3, 2013.
- "Moody's announces completion of a periodic review of ratings of Puerto Rico (Commonwealth of)," Moody's Investors Service, Inc., April 19, 2019.
- "Moody's downgrades Puerto Rico GDB notes to Ca from Caa1, GOs to Caa2 from Caa1; outlook negative," Moody's Investors Service, Inc., May 21, 2015.
- "Moody's downgrades Puerto Rico general obligation and related bonds to Baa3 from Baa1 and certain notched bonds to Ba1," Moody's Investors Service, Inc., December 13, 2012.
- "Moody's downgrades Puerto Rico GO bonds to Caa1 from B2, COFINA to B3/Caa1 from Ba3/B1," Moody's Investors Service, Inc., February 19, 2015.
- "Moody's downgrades Puerto Rico GOs to B2 from Ba2, COFINA Senior-Sub to Ba3-B1; outlooks negative," Moody's Investors Service, Inc., July 1, 2014.
- "Moody's places 8 ratings under review for downgrade in wake of recent court ruling on special revenue pledges," Moody's Investors Service, Inc., May 13, 2019.
- "Proposed Budget For Fiscal Year 2019-2020, As Submitted By The Chief Financial Officer Of The Government Of Puerto Rico ("Coo") To The Financial Oversight And Management Board For Puerto Rico, Pursuant To Section 202(C) Of The Puerto Rico Oversight, Management, And Economic Stability Act ("Promise")," Draft, Government of Puerto Rico Chief Financial Officer.
- "State Employees' Retirement System of Illinois - A Pension Trust Fund of the State of Illinois - Comprehensive Annual Financial Report for the Fiscal Year Ended June 30, 2016," January 4, 2017.
- "State Insurance Fund Corporation - Financial Statements for the Years Ended June 30, 1998 and 1997 and Independent Auditors' Report," November 28, 1998.

**Exhibit 2. Materials Considered**

- "The 1994 Uninsured Pensioner Mortality Table," Transactions of Society of Actuaries Vol. 47 (1995), p. 819-863.
- Aaron, Thomas, Ted Hampton, and Timothy Blake, "Puerto Rico (Commonwealth of) Resistance to pension cuts and furloughs is negative for bondholders and may test oversight board's power," Moody's Investors Service, September 7, 2017.
- Actuarial Standards Board, "Second Exposure Draft - Actuarial Standard of Practice No. 41, " December 2009.
- Aldrete-Sanchez, Horacio and David G. Hitchcock, "Puerto Rico Employees Retirement System Outlook Revised To Negative From Stable Based On Budget And Pension Challenges," Standard & Poor's Financial Services LLC, July 26, 2012.
- Aldrete-Sanchez, Horacio and David G. Hitchcock, "Puerto Rico Employees Retirement System; Appropriations," Standard & Poor's Financial Services LLC, January 14, 2008.
- Aldrete-Sanchez, Horacio and David G. Hitchcock, "Puerto Rico Employees Retirement System's $4.2B Of Senior Pension Funding Bonds Rated 'BBB-'," Standard & Poor's Financial Services LLC, January 14, 2008.
- Aldrete-Sanchez, Horacio and David G. Hitchcock, "Summary: Puerto Rico Employees Retirement System; Appropriations," Standard & Poor's Financial Services LLC, January 14, 2008.
- Aldrete-Sanchez, Horacio and David G. Hitchcock, "Summary: Puerto Rico Employees Retirement System; Appropriations," Standard & Poor's Financial Services LLC, July 26, 2012.
- Arthur Andersen, LLP., "Employees' Retirement System of the Government of Puerto Rico and Its Instrumentalities - Financial Statements as of June 30, 1993, 1992, and 1991 Together with Auditors' Report," July 22, 1994.
- Arthur Andersen, LLP., "Employees' Retirement System of the Government of Puerto Rico and Its Instrumentalities - Financial Statements as of June 30, 1994 and 1993 Together with Auditors' Report," December 30, 1994.
- Arthur Andersen, LLP., "Employees' Retirement System of the Government of Puerto Rico and Its Instrumentalities - Financial Statements as of June 30, 1995 and 1994 Together with Auditors' Report," September 29, 1995.
- Arthur Andersen, LLP., "Employees' Retirement System of the Government of Puerto Rico and Its Instrumentalities - Financial Statements as of June 30, 1996 and 1995 Together with Auditors' Report," October 7, 1996.
- Arthur Andersen, LLP., "Employees' Retirement System of the Government of Puerto Rico and Its Instrumentalities - Financial Statements as of June 30, 1997 and 1996 Together with Auditors' Report," September 29, 1997.
- Arthur Andersen, LLP., "Employees' Retirement System of the Government of Puerto Rico and Its Instrumentalities - Financial Statements as of June 30, 1998 and 1997 Together with Auditors' Report," September 28, 1998.
- Arthur Andersen, LLP., "Employees' Retirement System of the Government of Puerto Rico and Its Instrumentalities - Financial Statements as of June 30, 1999 and 1998 Together with Auditors' Report," December 10, 1999.
- BDO Puerto Rico, P.S.C., "Municipality of San Juan (Commonwealth of Puerto Rico) Comprehensive Annual Financial Report and Single Audit of Federal Financial Assistance for the Fiscal Year Ended June 30, 2017 and Independent Auditors' Report Thereon," April 27, 2018.
- Buck Consultants, "Employees Retirement System of the Commonwealth of Puerto Rico and its Instrumentalities - Actuarial Valuation Report as of June 30, 2001," February 4, 2003.
- Buck Consultants, "Employees Retirement System of the Commonwealth of Puerto Rico and its Instrumentalities - Actuarial Valuation Report as of June 30, 2005," February 12, 2007.
- Buck Consultants, "The Judiciary Retirement System of the Government of Puerto Rico and its Instrumentalities - Actuarial Valuation Report as of June 30, 2001," October 29, 2002.
- Buck Consultants, "The Judiciary Retirement System of the Government of Puerto Rico and its Instrumentalities - Actuarial Valuation Report as of June 30, 2005," February 12, 2007.
- Chutchian, Maria, "Puerto Rico Court Watch - Litigation and Restructuring Tracker," Debtwire, February 16, 2018.
- City of Detroit Finance Department, "City of Detroit - Comprehensive Annual Financial Report for the Fiscal Year Ended June 30, 2008," November 18, 2009.
- Commonwealth of Puerto Rico Office of the Comptroller, "Audit Report M-19-30 - March 4, 2019 - Municipality of Ponce," March 4, 2019.
- Conway MacKenzie, Inc., "Summary of Findings."
- Deloitte & Touche, LLP., "Employee's Retirement System of the Government of the Commonwealth of Puerto Rico (A Pension Trust Fund of the Commonwealth of Puerto Rico) Basic Financial Statements as of and for the Year Ended June 30, 2009, Required Supplementary Information as of and for the year ended June 30, 2009, and Independent Auditors' Report," April 26, 2010.
- Deloitte & Touche, LLP., "Employee's Retirement System of the Government of the Commonwealth of Puerto Rico (A Pension Trust Fund of the Commonwealth of Puerto Rico) Basic Financial Statements as of and for the Year Ended June 30, 2010, Required Supplementary Information as of and for the year ended June 30, 2010, and Independent Auditors' Report," March 18, 2011.
- Deloitte & Touche, LLP., "Employee's Retirement System of the Government of the Commonwealth of Puerto Rico (A Pension Trust Fund of the Commonwealth of Puerto Rico) Basic Financial Statements as of and for the Year Ended June 30, 2011, Required Supplementary Information as of and for the year ended June 30, 2011, and Independent Auditors' Report," April 27, 2012.

## Exhibit 2. Materials Considered

- Deloitte & Touche, LLP., "Employee's Retirement System of the Government of the Commonwealth of Puerto Rico (A Pension Trust Fund of the Commonwealth of Puerto Rico) Basic Financial Statements as of and for the Year Ended June 30, 2012, Required Supplementary Information as of and for the year ended June 30, 2012, and Independent Auditors' Report," August 27, 2013.
- Deloitte & Touche, LLP., Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities Independent Auditors' Report for Fiscal Year 2000, December 22, 2000.
- Dold, Elizabeth T. and David N. Levine, "Employee Benefits Corner: Qualified Pension Plans for Puerto Rico Employees - The Perfect Storm has Arrived," Taxes - The Tax Magazine, July 2011.
- Ehrhardt, John W., Zorast Wadia, and Alan Perry, "Milliman 2012 Pension Funding Study," Milliman, March 2012.
- Ernst & Young Puerto Rico, LLC., "Financial Bridge Analysis," March 7, 2017.
- Ernst & Young, LLP., "Audited Financial Statements - Required Supplementary Information and Supplemental Schedules - Puerto Rico Highways and Transportation Authority (A Component Unit of the Commonwealth of Puerto Rico) Years Ended June 30, 2014 and 2013 - With Report of Independent Auditors," December 18, 2015.
- Ernst & Young, LLP., "Audited Financial Statements Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities - June 30, 2001," October 4, 2001.
- Ernst & Young, LLP., "Audited Financial Statements Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities - June 30, 2002," September 6, 2002.
- Ernst & Young, LLP., "Audited Financial Statements Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities - June 30, 2003," September 26, 2003.
- Estado Libre Asociado De Puerto Rico Comisión Especial Permanente Sobre Los Sistemas De Retiro, "Sistema De Retiro De Los Empleados Del Gobierno Origen, Déficit Actuarial Y Recomendaciones (Volumen 3)," January 2013.
- Estrella, A. and C.J. Nesbitt, "Actuarial Study in Respect to Active Members as of June 30, 1975 of the Retirement System of the Government of Puerto Rico and Its Instrumentalities, and Supplementary Comments," June 20, 1977.
- Financial Oversight and Management Board for Puerto Rico, "Annual Report - Fiscal Year 2018," July 30, 2018.
- Financial Oversight and Management Board for Puerto Rico, "Explanatory Memorandum on Pension Reform," August 4, 2017.
- Financial Oversight and Management Board for Puerto Rico, "Forecasted Statement of Revenues, Expenditures and Changes in Fund Balance For Year Ending June 30, 2018."
- Financial Oversight and Management Board for Puerto Rico, "Forecasted Statement of Revenues, Expenditures and Changes in Fund Balance For Year Ending June 30, 2019."
- Financial Services for Office of Retirement Services, "Comprehensive Annual Financial Report for the Fiscal Year Ended September 30, 2016 - MSERS," September 30, 2015.
- Fong, Harry and Darren Marcus, "Pension Overhaul Puts Puerto Rico on the Right Path," MKM Partners, July 18, 2013.
- Government Development Bank for Puerto Rico, "Annual Financial Information Fiscal Year 2014," February 27, 2015.
- Government Development Bank for Puerto Rico, "Annual Financial Information Fiscal Year 2015," April 28, 2016.
- Hampton, Edward and Emily Raimes, "Moody's assigns Caa3 to Puerto Rico Aqueduct & Sewer's $750M issue; outlook negative," Moody's Investors Service, Inc., August 14, 2015.
- Hampton, Edward and Emily Raimes, "Moody's Downgrades $13 Billion of Puerto Rico Bonds, Revises Outlook to Negative from Developing," Moody's Investors Service, Inc., April 5, 2017.
- Hampton, Edward, and Emily Raimes, "Moody's Revises Puerto Rico's Outlook to Developing from Negative," Moody's Investors Service, Inc., July 1, 2016.
- Hampton, Ted, Genevieve Nolan, Emily Raimes, and Timothy Blake, "Puerto Rico (Commonwealth of) Pension Bonds Face Imminent Payment Default as Creditor Conflict With Pensioners Brews," Moody's Investors Service, Inc., February 13, 2017.
- Hanif, Farooq, et al., "The Coming Pension Crisis - Recommendations for Keeping the Global Pension System Afloat," Citi GPS: Global Perspectives & Solutions, March 2016.
- Hansen PPPR, "The Retirement System of the Government of Puerto Rico and its Instrumentalities - Report on the Actuarial Valuation Prepared as of June 30, 1979."
- Hitchcock, David G. and Christina Marin, "Puerto Rico Employees Retirement System A, 2008B, And 2008C Bonds Downgraded To 'D' On Interest Payments Default," S&P Global Ratings, December 22, 2017.
- Hitchcock, David G. and Christina Marin, "Summary: Puerto Rico Employees Retirement System; Appropriations," Standard & Poor's Financial Services LLC, December 22, 2017.
- Hitchcock, David G. and Horacio G. Aldrete-Sanchez, "Puerto Rico Employees Retirement System Series A-C Senior Pension Funding Bonds On Watch Neg On Commonwealth Downgrade," Standard & Poor's Financial Services LLC, March 26, 2013.
- Hitchcock, David G. and Horacio G. Aldrete-Sanchez, "Summary: Puerto Rico Employees Retirement System; Appropriations," Standard & Poor's Financial Services LLC, March 26, 2013.
- Hitchcock, David G., "Puerto Rico General Obligation Debt and Various Tax-Backed Debt Ratings Affirmed at 'CC'; Outlook Negative," S&P Global Ratings, March 22, 2016.

## Exhibit 2. Materials Considered

- HLB Parissi P.S.C., "Public Buildings Authority (A Component Unit of the Commonwealth of Puerto Rico) Basic Financial Statements for the Fiscal Years Ended June 30, 2014 and 2013 and Independent Auditor's Report," January 20, 2015.
- Jones, D.A. and C.J. Nesbitt, "Actuarial Study of Liabilities for the Current Beneficiaries of the Retirement System of the Government of Puerto Rico and Its Instrumentalities and of Retirement System of the Judiciary as of June 30, 1974," January 1975.
- Keith, Robert, "The Statutory Pay-As-You-Go Act of 2010: Summary and Legislative History," Congressional Research Service, April 2, 2010.
- Kevane Grant Thornton, LLP., "Financial Statements and Report of Independent Certified Public Accountants Puerto Rico Aqueduct and Sewer Authority (A Component Unit of the Commonwealth of Puerto Rico) June 30, 2016 and 2015," March 7, 2017.
- Kobre & Kim, LLP., "Final Investigative Report," August 20, 2018.
- Kobre & Kim, LLP., "Independent Investigator's First Interim Report," October 30, 2017.
- KPMG, "Commonwealth of Puerto Rico - Basic Financial Statements and Required Supplementary Information - June 30, 2015 (With Independent Auditors' Report Thereon.)"
- KPMG, "Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (A Component Unit of the Commonwealth of Puerto Rico) Basic Financial Statements and Required Supplementary Information - June 30, 2013 (With Independent Auditors' Report Thereon)," June 30, 2014.
- KPMG, "Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (A Component Unit of the Commonwealth of Puerto Rico) Basic Financial Statements and Required Supplementary Information - June 30, 2014 (With Independent Auditors' Report Thereon)," June 1, 2016.
- KPMG, "Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (A Component Unit of the Commonwealth of Puerto Rico) Basic Financial Statements and Required Supplementary Information - June 30, 2015 (With Independent Auditors' Report Thereon)," February 29, 2018.
- KPMG, "Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (A Component Unit of the Commonwealth of Puerto Rico) Basic Financial Statements and Required Supplementary Information - June 30, 2016 (With Independent Auditors' Report Thereon)," October 5, 2018.
- KPMG, "Sistema de Retiro de los Empleados del Gobierno de Puerto Rico y sus Instrumentalidades - Estados Financieros - 30 de Junio de 1990 y 1989 - Incluyendo el Informe de los Auditores Independientes," October 11, 1993.
- KPMG, LLP., "Commonwealth of Puerto Rico - Basic Financial Statements and Required Supplementary Information - June 30, 2015," June 29, 2018.
- Krop, Karen and Laura Porter, "Fitch Downgrades Puerto Rico Pension Bonds to 'D'," Fitch Ratings, July 20, 2017.
- Krop, Karen and Laura Porter, "Fitch Downgrades Puerto Rico's IDR and Related Ratings to 'C'; Maintains Rating Watch Negative," Fitch Ratings, June 24, 2016.
- Krop, Karen and Laura Porter, "Fitch Places Puerto Rico GO and Related Debt Ratings on Rating Watch Negative," Fitch Ratings, February 21, 2013.
- Krop, Karen and Marcy Block, "Fitch Affirms Puerto Rico's Pension Funding Bonds 'BBB+'," Fitch Ratings, August 15, 2011.
- Krop, Karen and Marcy Block, "Fitch Affirms Puerto Rico's Pension Funding Bonds 'BBB+'," Fitch Ratings, August 8, 2012.
- Krop, Karen, Laura Porter, and Doug Scott, "Fitch Downgrades Puerto Rico's GO and Related Ratings to 'CC'; Maintains Rating Watch Negative," Fitch Ratings, June 29, 2015.
- Kruger, Anne O., Ranjit Teja, and Andrew Wolfe, "Puerto Rico - A Way Forward," June 29, 2015.
- Lee, Candice, "Morningstar Special Report - Puerto Rico Fiscal Strain: Implications for Investors," Morningstar, October 16, 2013.
- Lopez-Vega, CPA, PSC., "Commonwealth of Puerto Rico - Autonomous Municipality of Cidra - Basic Financial Statements with Additional Reports and Information Required by the Single Audit Act - Year Ended June 30, 2016," May 31, 2017.
- Lopez-Vega, CPA, PSC., "Commonwealth of Puerto Rico - Autonomous Municipality of Ponce - Basic Financial Statements with Additional Reports and Information Required by the Single Audit Act - Year Ended June 30, 2016," May 27, 2017.
- McLoughlin, Thomas, "Municipal Brief: Puerto Rico Credit and Market Update," UBS Financial Services, Inc., February 11, 2019.
- Mellon, "Employees Retirement System of the Commonwealth of Puerto Rico and its Instrumentalities - Actuarial Valuation Report as of June 30, 2003 (Revised)," December 22, 2004.
- Mellon, "The Judiciary Retirement System of the Government of Puerto Rico and its Instrumentalities - Actuarial Valuation Report as of June 30, 2003," February 16, 2005.
- Milliman, "Puerto Rico Government Employees Retirement System - June 30, 2007 Actuarial Valuation Report," July 10, 2009.
- Milliman, "Puerto Rico Government Employees Retirement System - June 30, 2009 Actuarial Valuation Report," April 9, 2010.
- Milliman, "Puerto Rico Government Employees Retirement System - June 30, 2010 Actuarial Valuation Report," March 8, 2011.
- Milliman, "Puerto Rico Government Employees Retirement System - June 30, 2011 Actuarial Valuation Report," June 7, 2012.

## Exhibit 2. Materials Considered

- Milliman, "Puerto Rico Government Employees Retirement System - June 30, 2012 Actuarial Valuation Report," July 31, 2013.
- Milliman, "Puerto Rico Government Employees Retirement System - June 30, 2013 Actuarial Valuation Report," June 27, 2014.
- Milliman, "Puerto Rico Government Employees Retirement System - June 30, 2014 Actuarial Valuation Report (revised)," October 16, 2015.
- Milliman, "Puerto Rico Government Employees Retirement System - June 30, 2015 Actuarial Valuation Report," August 31, 2016.
- Milliman, "Puerto Rico Government Employees Retirement System - June 30, 2017 Actuarial Valuation Report," March 26, 2019.
- Milliman, "Puerto Rico Judiciary Retirement System - June 30, 2007 Actuarial Valuation Report," July 10, 2009.
- Milliman, "Puerto Rico Judiciary Retirement System - June 30, 2009 Actuarial Valuation Report," April 9, 2010.
- Milliman, "Puerto Rico Judiciary Retirement System - June 30, 2010 Actuarial Valuation Report," March 8, 2011.
- Milliman, "Puerto Rico Judiciary Retirement System - June 30, 2011 Actuarial Valuation Report," February 6, 2012.
- Milliman, "Puerto Rico Judiciary Retirement System - June 30, 2012 Actuarial Valuation Report," July 31, 2013.
- Milliman, "Puerto Rico Judiciary Retirement System - June 30, 2013 Actuarial Valuation Report," June 26, 2014.
- Milliman, "Puerto Rico Judiciary Retirement System - June 30, 2014 Actuarial Valuation Report," May 21, 2015.
- Milliman, "Puerto Rico Judiciary Retirement System - June 30, 2015 Actuarial Valuation Report," November 14, 2016.
- Milliman, "Puerto Rico Judiciary Retirement System - June 30, 2016 Actuarial Valuation Report," July 10, 2017.
- Milliman, "Puerto Rico Teachers Retirement System - June 30, 2007 Actuarial Valuation Report," March 25, 2008.
- Milliman, "Puerto Rico Teachers Retirement System - June 30, 2009 Actuarial Valuation Report," December 22, 2009.
- Milliman, "Puerto Rico Teachers Retirement System - June 30, 2011 Actuarial Valuation Report," February 7, 2012.
- Milliman, "Puerto Rico Teachers Retirement System - June 30, 2012 Actuarial Valuation Report," July 31, 2013.
- Milliman, "Puerto Rico Teachers Retirement System - June 30, 2013 Actuarial Valuation Report," June 19, 2014.
- Milliman, "Puerto Rico Teachers Retirement System - June 30, 2014 Actuarial Valuation Report," May 18, 2015.
- Milliman, "Puerto Rico Teachers Retirement System - June 30, 2015 Actuarial Valuation Report," July 29, 2016.
- Milliman, "Re: Second Addendum to June 30, 2015 PRGERS Valuation Report to Reflect Updated Assets," January 23, 2018.
- Milliman, "Re: Third Addendum to June 30, 2016 PRGERS Valuation Report to Reflect Updated Assets," October 23, 2018.
- National Institute on Retirement Security, "Public Pension Resource Guide - Case Studies of State Pension Plans that Switched to Defined Contribution Plans," February 2015.
- Ortiz, Rivera, Rivera & Co., "Commonwealth of Puerto Rico - Municipality of Guaynabo - Financial Statements (with additional reports required by the Government Auditing Standards and the Uniform Guidance) - For the Fiscal Year Ended June 30, 2017," March 21, 2018.
- Parissi P.S.C., "Employee's Retirement System of the Government of the Commonwealth of Puerto Rico (A Pension Trust Fund of the Commonwealth of Puerto Rico) Basic Financial Statements for the Years Ended June 30, 2008 and 2007 and Independent Auditors' Report," April 27, 2009.
- Parissi, P.S.C., "Employee's Retirement System of the Government of the Commonwealth of Puerto Rico (A Pension Trust Fund of the Commonwealth of Puerto Rico) Basic Financial Statements as of and for the Years Ended June 30, 2007 and 2006 and Independent Auditors' Report," December 28, 2007.
- Parissi, P.S.C., "Employee's Retirement System of the Government of the Commonwealth of Puerto Rico Financial Statements (with Independent Auditors' Report Thereon) for the Years Ended June 30, 2006 and 2005," June 30, 2006.
- Parissi, P.S.C., "Municipality of San Juan (Commonwealth of Puerto Rico) - Basic Financial Statements and Single Audit of Federal Financial Assistance For the Fiscal Year - Ended June 30, 2013 and Independent Auditors' Report Thereon," April 24, 2014.
- Porter, Laura and Richard Raphael, "Fitch Rates Puerto Rico's $4.3B Pension Funding Bonds 'BBB-'," Fitch Ratings, January 11, 2008.
- Porter, Laura and Richard Raphael, "Tax Supported New Issue - Employees Retirement System of the Government of the Commonwealth of Puerto Rico," Fitch Ratings, January 16, 2008.
- Public Administration Service, "Report on an Actuarial Valuation of the Employees' Retirement System of the Commonwealth of Puerto Rico - June 30, 1965," July 7, 1966.
- Puerto Rico Department of the Treasury, "Commonwealth of Puerto Rico - Basic Financial Statements and Required Supplementary Information - June 30, 2014."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Annual Financial Information Fiscal Year 2016," April 25, 2017.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Annual Financial Information Fiscal Year 2017," May 1, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Annual Financial Information Fiscal Year 2018," May 1, 2019.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Component Unit Liquidity For the Month Ended April 30, 2018," May 30, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Component Unit Liquidity For the Month Ended August 31, 2018," August 31, 2018.

## Exhibit 2. Materials Considered

- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Component Unit Liquidity For the Month Ended December 31, 2018," December 31, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Component Unit Liquidity For the Month Ended February 2019," February 28, 2019.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Component Unit Liquidity For the Month Ended January 2019," January 31, 2019.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Component Unit Liquidity For the Month Ended July 31, 2018," July 31, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Component Unit Liquidity For the Month Ended June 30, 2018," June 30, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Component Unit Liquidity For the Month Ended March 31, 2018," April 30, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Component Unit Liquidity For the Month Ended May 31, 2018," May 31, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Component Unit Liquidity For the Month Ended November 30, 2018," November 30, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Component Unit Liquidity For the Month Ended October 31, 2018," October 31, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Component Unit Liquidity For the Month Ended September 30, 2018," September 30, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Component Unit Liquidity For the Month of March 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "FY2018-19 Recorded General Fund Expenditures per the Puerto Rico Financial Accounting System 'PRIFAS' as of the date of the report March 19, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Office of the Administration and Transformation of Human Resources - Attendance Report - As of June 30, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Office of the Administration and Transformation of Human Resources - Attendance Report - As of October 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "PayGo and Individual Contribution Debt by Entity - April 15, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "PayGo and Individual Contribution Debt by Entity - August 31, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "PayGo and Individual Contribution Debt by Entity - February 28, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "PayGo and Individual Contribution Debt by Entity - January 18, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "PayGo and Individual Contribution Debt by Entity - July 31, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "PayGo and Individual Contribution Debt by Entity - June 30, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "PayGo and Individual Contribution Debt by Entity - May 31, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "PayGo and Individual Contribution Debt by Entity - September 30, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "PayGo and Individual Contribution Debt by Entity For the month of January 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "PayGo and Individual Contribution Debt by Entity For the month of November 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Payroll Report - PR Department of Treasury - For the month of June and Fourth Quarter FY2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Revised Baseline Projections," December 20, 2016.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for Puerto Rico Governmental Instrumentalities - As of November 30, 2017," December 18, 2017.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities - Information as of April 30, 2018," May 18, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities - Information as of August 31, 2018," September 28, 2018.

**Exhibit 2. Materials Considered**

- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities - Information as of December 31, 2017," January 19, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities - Information as of February 28, 2019," April 1, 2019.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities - Information as of January 31, 2018," March 8, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities - Information as of January 31, 2019," February 28, 2019.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities - Information as of July 31, 2018," August 28, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities - Information as of June 30, 2018," July 24, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities - Information as of March 29, 2019," April 30, 2019.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities - Information as of March 31, 2018," April 24, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities - Information as of May 31, 2018," June 18, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities - Information as of September 28, 2018," October 31, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities - As of November 30, 2017," December 18, 2017.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities - Balances as of November 30, 2018," December 31, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities - Information as of December 31, 2017," January 19, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities - Information as of December 31, 2018," January 31, 2019.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities - Information as of February 28, 2018," April 6, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities - Information as of October 31, 2018," November 30, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Technical Meeting Discussion Materials," November 16, 2016.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of April 13, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of April 27, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of April 6, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of December 1, 2017."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of December 15, 2017."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of December 22, 2017."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of December 29, 2017."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of December 8, 2017."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of February 16, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of February 2, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of February 23, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of February 9, 2018."

**Exhibit 2. Materials Considered**

- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of January 12, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of January 19, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of January 26, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of January 5, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of June 1, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of June 15, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of June 22, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of June 29, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of June 8, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of March 16, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of March 2, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of March 23, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of March 30, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of March 9, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of May 11, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of May 18, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of May 25, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of May 4, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of November 10, 2017."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of November 17, 2017."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of November 24, 2017."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of November 3, 2017."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of October 20, 2017."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of October 27, 2017."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of April 12, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of April 19, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of April 20, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of April 26, 2019."

## Exhibit 2. Materials Considered

- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of April 5, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of August 10, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of August 17, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of August 24, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of August 3, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of August 31, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of December 14, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of December 21, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of December 28, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of December 7, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of February 1, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of February 15, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of February 22, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of February 8, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of January 11, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of January 18, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of January 25, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of January 4, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of July 13, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of July 20, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of July 27, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of July 6, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of March 1, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of March 15, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of March 22, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of March 29, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of March 8, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of May 10, 2019."

## Exhibit 2. Materials Considered

- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of May 17, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of May 3, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of November 16, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of November 2, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of November 23, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of November 30, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of November 9, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of October 12, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of October 19, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of October 26, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of October 5, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of September 14, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of September 21, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of September 28, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of September 7, 2018."
- Raimes, Emily and Baye B. Larsen, "Moody's Downgrades Puerto Rico General Obligation Bonds To Baa1 From A3; Outlook Is Negative," Moody's Investors Service, Inc., August 8, 2011.
- Rattner, Yaffa, John Pellicci, Darci Doneff, and Jon Faison, "Investors Beware: Credit Challenges Loom for Puerto Rico," Piper Jaffray Fixed Income Analytics Services, November 9, 2010.
- Ruperto Vazquez Cruz, "Liquidez y Solvencia a 6-30-81 del Sistema de Retiro de Los Empleados del E.L.A. y sus Instrumentalidades," February 12, 1982.
- Sielman, Rebecca A., "2016 Public Pension Funding Study," Milliman, September 2016.
- Sielman, Rebecca A., "2017 Public Pension Funding Study," Milliman, October 2017.
- Sielman, Rebecca A., "2018 Public Pension Funding Study," Milliman, January 2019.
- Sielman, Rebecca A., "Milliman 2012 Public Pension Funding Study," Milliman, October 2012.
- Sielman, Rebecca A., "Milliman 2013 Public Pension Funding Study," Milliman, November 2013.
- Sielman, Rebecca A., "Milliman 2014 Public Pension Funding Study," Milliman, November 2014.
- Sielman, Rebecca A., "Milliman 2015 Public Pension Funding Study," Milliman, November 2015.
- Society of Actuaries, "Mortality Improvement Scale MP-2017," October 2017.
- Society of Actuaries, "RP-2014 Mortality Tables Report," October 2014.
- Spiotto, James E. "How Municipalities in Financial Distress Should Deal with Unfunded Pension Obligations and Appropriate Funding of Essential Service," Willamette Law Review 50, no. 515 (2014).
- Sutton, Lee and Andrew Trahan, "Dominican Republic & Puerto Rico Country Risk Report," Fitch Solutions, February 1, 2019.
- The PEW Charitable Trusts, "The Challenge of Meeting Detroit's Pension Promises Analysis of progress to date, the path forward, and lessons for other public sector retirement plans," March 2018.
- Towers Perrin, "Government and Judiciary Retirement Systems Administration - Actuarial Study - April 1988," February 24, 1989.
- Towers Perrin, Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1990, May 25, 1993.
- Towers Perrin, The Employees Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1991, September 30, 1993.

## Exhibit 2. Materials Considered

- Towers Perrin, The Employees Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1993, July 12, 1994.
- Towers Perrin, The Employees Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1994, February 9, 1995.
- Towers Perrin, The Employees Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1995, November 2, 1995.
- Towers Perrin, The Employees Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1996, October 7, 1996.
- Towers Perrin, The Employees Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1997, October 6, 1997.
- Towers Perrin, The Employees Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1998, October 7, 1998.
- Towers Perrin, The Employees Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1999, December 17, 1999.
- Towers Perrin, The Employees Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 2000, January 4, 2001.
- Towers Perrin, The Judiciary Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1990, March 11, 1994.
- Towers Perrin, The Judiciary Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1993, July 12, 1994.
- Towers Perrin, The Judiciary Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1995, November 2, 1995.
- Towers Perrin, The Judiciary Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1996, October 7, 1996.
- Towers Perrin, The Judiciary Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1997, October 6, 1997.
- Towers Perrin, The Judiciary Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1998, October 7, 1998.
- Towers Perrin, The Judiciary Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1999, December 17, 1999.
- Towers Perrin, The Judiciary Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 2000, December 6, 2000.
- United States Government Accountability Office, "State and Local Government Retiree Benefits: Current Status of Benefit Structures, Protections, and Fiscal Outlook for Funding Future Costs," September 2007.
- Vidal, Phillip, "Annual Survey of Public Pensions: State- and Locally-Administered Defined Benefit Data Summary Report: 2014," United States Census Bureau, July 2015.
- Woodward and Fondiller, "Draft - Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities Actuarial Valuation as of June 30, 1970," June 29, 1971.
- Zayas, Morazzani & Co., "Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (formerly Employees' Retirement System of the Government of Puerto Rico and Its Instrumentalities) Financial Statements - June 30, 2004 and 2003 (With Independent Auditors' Report Thereon)," December 17, 2004.
- Zayas, Morazzani & Co., "Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (formerly Employees' Retirement System of the Government of Puerto Rico and Its Instrumentalities) Financial Statements - June 30, 2005 and 2004 (With Independent Auditors' Report Thereon)," December 21, 2005.
- Zezas, Michael, Mark Schmidt, and Spencer Chang, "After Puerto Rico's GO Default, Still Waiting…," Morgan Stanley, July 11, 2016.
- Zezas, Michael, Mark Schmidt, and Spencer Chang, "Commonwealth Contagion?," Morgan Stanley, June 30, 2015.
- Zezas, Michael, Mark Schmidt, and Spencer Chang, "Puerto Rico: A Symptom, Not the Cause, of Systemic Muni Sovereign Risk," Morgan Stanley, February 12, 2016.
- Zezas, Michael, Mark Schmidt, and Spencer Chang, "Puerto Rico: The Wait," Morgan Stanley, May 2, 2016.

**Data:**
- "Informe de puestos ocupandos, vacantes y autorizados," The Commonwealth of Puerto Rico Comptroller's Office.
- "Registro Anual de Puestos por Demografía 2012-13 - Diccionario de variables," Instituto de Estadísticas de Puerto Rico.
- "Registro Anual de Puestos por Demografía," Instituto de Estadísticas de Puerto Rico.
- "Selected Bonds Chart Updated," Conway Mackenzie, Inc.
- "Weighted Average Chart updated," Conway Mackenzie, Inc.

**Exhibit 2. Materials Considered**

- Bloomberg, L.P.
- Board of Governors of the Federal Reserve System, "State and Local Government Pension Funding Ratios, 2002 – 2016," https://www.federalreserve.gov/releases/z1/dataviz/pension/funding ratio/map/#year:2016 (Accessed May 28, 2019).
- Capital IQ.
- FactSet.
- Gross National Product Data from FY 2007 to 2016, Government Development Bank for Puerto Rico.
- Society of Actuaries Mortality Tables and Mortality Improvement Scales.
- U.S. Census Bureau.

**News Articles:**
- "Barron's Blog: A Rare Good Week For Munis, But Puerto Rico Still Plagued," DowJones Newswires, September 9, 2013.
- "BREAKING: PROMESA Oversight Board Designates 78 Municipalities, CRIM As 'Covered Instrumentalities, Required to Submit Fiscal Plans, Budgets," Reorg Research, Inc., May 9, 2019.
- "City of Detroit Closes Four Bond Financings Totalling $1.28 Billion to Fund Revitalization Efforts and Creditor Settlements," Miller Canfield, December 10, 2014.
- "Cramer: House Approves 2016 Omnibus Spending Bill; Repeals Crude Oil Export Ban; Rep. Kevin Cramer (R-ND) News Release," Congressional Documents and Publications, December 18, 2015.
- "Fitch Downgrades Puerto Rico's Employee Retirement System Bond," Money Management Letter, July 10, 2014.
- "Fitch Downgrades Puerto Rico's GO and Related Ratings to 'B' on Rating Watch Negative," Dow Jones Institutional News, March 26, 2015.
- "Fitch Maintains Puerto Rico Sales Tax and Pension Bonds on Ratings Watch Negative," Dow Jones Institutional News, April 13, 2017.
- "Fitch Places Puerto Rico GOs, Related Debt on Rating Watch Negative," The Bond Buyer, February 22, 2013.
- "Fitch: Puerto Rico's Ratings Unchanged by Title III Bankruptcy Filing," Dow Jones Institutional News, May 5, 2017.
- "Fitch: Puerto Rico's Ratings Unchanged by Title III Bankruptcy Filing," Fitch Ratings, May 5, 2017.
- "Gobernador Rossello Nevares firma ley para designar calle del Viejo San Juan con el nombre de Osiris Delgado Mercado," Gobernador de Puerto Rico. May 17, 2019.
- "Gov. Rosselló Says Administration Will File Legislation to Create County System of Government, Cites Potential Annual Savings Between $600M and $1B," Reorg Research, Inc., March 15, 2019.
- "Gov. Rosselló Warns Fiscal Challenges Will Make Some Municipalities Inoperable Within 5 Years Absent Structural Reform, Acknowledges Opposition to County Plan," Reorg Research, Inc., March 14, 2019.
- "Governor Would Sell Last Of Phone Company Stake," Orlando Sentinel, October 10, 1999.
- "HR3823: Disaster Tax Relief and Airport and Airway Extension Act of 2017," Congressional Research Service, October 23, 2017.
- "Legislature Passes Bill to Free Municipal Governments From Pension, Health Plan Contributions," Reorg Research, Inc., May 8, 2019.
- "Moody's Assigns A1 (Global Scale Rating) To $1B Puerto Rico Pension Funding Bonds," Moody's Investors Service Press Release, May 20, 2008.
- "Moody's assigns A1 (Global Scale Rating) to $4B Puerto Rico Pension Funding Bonds," Moody's Investor Service Press Release, January 7, 2008.
- "Moody's Assigns Baa3 To Approximately $4 B Puerto Rico Pension Funding Bonds, Series A," Moody's Investor Service Press Release, January 4, 2008.
- "Moody's Assigns Baa3 To Approximately $500 M Puerto Rico Pension Funding Bonds, Series C," Moody's Investor Service Press Release, June 23, 2008.
- "Morningstar: Wisconsin the Strongest-Funded Pension System, Illinois the Weakest, Puerto Rico the Weakest Overall," Manufacturing Close-Up, September 25, 2013.
- "Oversight Board Designates 78 Municipalities as Covered Instrumentalities Under PROMESA, Approves New Commonwealth Fiscal Plan," Reorg Research, Inc., May 9, 2019.
- "Oversight Board to Present $9.1B Fiscal 2020 General Fund Budget to Legislature," Reorg Research Inc., May 28, 2019.
- "PREPA Enters Restructuring Support Agreement with Ad Hoc Bondholder Group, Fuel Line Lenders and Government Development Bank" PREPA, November 5, 2015.
- "PROMESA Board Tells Commonwealth to Take Immediate Action to Secure $340M in Back PayGo Debt From 28 Public Corporations, 66 Municipalities," Reorg Research, Inc., April 30, 2019.
- "Puerto Rico Bondholders Win Ruling Against U.S.," DowJones Newswires, July 17, 2018.
- "Puerto Rico GO Rating Lowered To 'BB'; Outlook Negative," Dow Jones Institutional News, July 11, 2014.

**Exhibit 2. Materials Considered**

- "Puerto Rico Governor Ricardo Rossello, Prepared Testimony Before The Senate Energy
  And Natural Resources Committee Hearing On Hurricane Recovery Efforts In Puerto Rico
  And The U.S. Virgin Islands, As Released By The Committee - News Event," SEC Wire, November 14, 2017.
- "Puerto Rico Pension Bill Passes Senate," Money Management Letter, April 12, 2013.
- "Puerto Rico pension bondholders get second chance at day in court," Reuters, January 11, 2017.
- "Puerto Rico pension, highway agency join government in bankruptcy," Reuters, May 22, 2017.
- "Puerto Rico phone sale to GTE completed," Reuters, March 2, 1999.
- "Puerto Rico Responds to Barron's Story," Barron's, August 27, 2013.
- "Puerto Rico: Rossello Enacts Senate Bill 1258 Despite PROMESA Board Warning," Reorg Research, Inc., May 17, 2019.
- "Puerto Rico: Union Leader Denounces Pension Privatization," DowJones Newswires, December 9, 1996.
- "Rosselló Announces Revised Budget of $9.624B, Reiterates Threat of Court Fight if PROMESA Board Tries to Reduce
  Pension Funding," Reorg Research Inc., May 23, 2019.
- "Rosselló Expresses Support for Bill Exempting Towns From Pension, Health Payments; Discusses New Fiscal Plan, Federal
  Disaster Legislation and New Permitting Regulations," Reorg Research, Inc., May 10, 2019.
- "Rosselló Vows to Fight Proposed Pension Reform, Calls for Unity In Battle Against PROMESA Board," Reorg Research, Inc.,
  May 17, 2019.
- "S&P Dwngrds Puerto Rico to 'CCC+' From 'B', On Watch Neg," Dow Jones Institutional News, April 24, 2015.
- "S&P: Puerto Rico Credit Remains Uncertain Despite Legislation," Dow Jones Institutional News, December 11, 2015.
- "S&PBulletin: No Rtg Action On Puerto Rico After Pension Ruling," Dow Jones Institutional News, April 1, 2014.
- "S&PBulletin: Puerto Rico Pension Reform Is A Credit Positive," Dow Jones Newswires, April 5, 2013.
- "San Juan Files Suit Against PROMESA Oversight Board Challenging Designation as Covered Entity," Reorg Research Inc.,
  May 20, 2019.
- "Sobrino Predicts PREPA Deal Will Be Confirmed as Support Continues to Grow; Says Commonwealth Plan of Adjustment
  May Be Presented This Year or Early 2020," Reorg Research, Inc., May 7, 2019.
- "Spotlight: Puerto Rico," Money Management Letter, November 3, 1997.
- "There's no choice: Puerto Rico will default on more than $1 billion in debt on Friday," CNBC, June 29, 2016.
- "UPDATE 1: Jaresko Issues Warning On Bill Exempting Towns From Healthcare, Pension Payments," Reorg Research, Inc.,
  May 17, 2019.
- "UPDATE 1-Puerto Rico governor, oversight board sued over planned
  pension cuts," Reuters, April 12, 2017.
- "UPDATE 2-Puerto Rico hires restructuring expert as financial adviser," Reuters, March 5, 2014.
- "UPDATE 2-S&P cuts Puerto Rico rating after restructuring voided," Reuters, February 12, 2015.
- Aldridge, Leonardo, "Puerto Rican governor vows to eliminate 23,000 jobs, slash spending," Associated Press, March 17, 2005.
- Bary, Andrew, "Troubling Winds," Barron's, August 26, 2013.
- Bomey, Nathan, Brent Snavely and Alisa Priddle, "Detroit becomes largest U.S. city to enter bankruptcy," USA Today,
  December 3, 2013.
- Bradford, Hazel, "Puerto Rico ERS bondholders sue to be made trustees," Pensions & Investments, February 21, 2019.
- Brown, Nick, "Puerto Rico Budget to Protect Pension Payments: Governor," Reuters, May 31, 2017.
- Brown, Nick, "Puerto Rico enacts emergency debt moratorium bill," Reuters, April 6, 2016.
- Brown, Nick, "Puerto Rico's other crisis: impoverished pensions," Reuters, April 7, 2016.
- Carlson, Valerie C., "Searches: Puerto Rico Picks Two Firms to Run New Short-Term Fund," The Bond Buyer, May 8, 1995.
- Cherney, Mike, and Kelly Nolan, "Proposed Puerto Rico Pension Reform Fails to Impress Muni Market," DowJones Newswires,
  February 28, 2013.
- Chico, Ricardo Cortés "Junta de Supervisión Fiscal recorta excesos del presupuesto recomendado por el gobernador," El Nuevo
  Día, May 28, 2019.
- Connor, Michael, "UPDATE 2-Fitch cuts Puerto Rico GO debt to near junk BBB-minus," Reuters, March 20, 2013.
- Cooper, Richard, Luke Barefoot, Daniel Soltman and Antonio Pietrantoni, and Cleary Gottlieb Steen & Hamilton LLP,
  "Disarming Puerto Rico's Pension Time Bomb," Law360, April 19, 2017.
- Corkery, Michael, "Judge Strikes Down Puerto Rico's Debt Restructuring Law," The New York Times, February 8, 2015.
- Cornwell, Susan and Nick Brown, "Puerto Rico oversight board appointed," Reuters, August 31, 2016.
- Coto, Danica, "Board extends power to cover Puerto Rico's 78 municipalities," Associated Press, May 9, 2019.
- Coto, Danica, "Puerto Rico reveals record deficit from fiscal year 2012," Associated Press, September 17, 2013.
- de la Merced, Michael J., and Michael Corkery, "Puerto Rico Hires Supervisor for Utility Restructuring," The New York Times,
  September 4, 2014.
- DePillis, Lydia, "Puerto Rico's pension system was in crisis, Hurricane Maria made it into a catastrophe," CNN, October 5,
  2017.
- Ferretti, Christine, "Detroit bankruptcy 'threw everything into chaos' for retirees," The Detroit News, July 18, 2018.

## Exhibit 2. Materials Considered

- Ferretti, Christine, "For Detroit retirees, pension cuts become reality," The Detroit News, February 27, 2015.
- Gamboa, Suzanne, "Puerto Rico Makes Debt Payment; Governor Issues 'Distress Call'," NBC News, December 1, 2015.
- Giel, Dawn, "Puerto Rico takes dramatic step to avoid default," CNBC, December 1, 2015.
- Giel, Dawn, "Puerto Rico will default on portion of $1B in bonds due Monday: Officials," CNBC, December 30, 2015.
- Gillers. Heather. "S&P Downgrade Brings Illinois Debt One Step Closer to Junk; Illinois may become the first U.S. state to be given a junk rating," The Wall Street Journal, June 2, 2017.
- González, Joanisabel, "Mayors denounce errors in the PayGo," El Nuevo Día, July 27, 2018.
- González, Por Joanisabel, "Rosselló firma el proyecto que libera a los municipios del pago de pensiones, " El Nuevo Día, May 17, 2019.
- Green, Rick, "Gov. Mary Fallin signs bill changing pension program for most future Oklahoma state workers," The Oklahoman, May 31, 2014.
- Halcom, Chad, "Detroit agrees to pay bondholders 74% on $388M claim in bankruptcy," Crain's Detroit Business, April 9, 2014.
- Horn, Jamie, "Lessons from the Detroit Bankruptcy," PNC Capital Advisors, November 2014.
- Hudson, Joshua, "Puerto Rico's Pensions Reach Pay-As-You-Go Status," Seeking Alpha, January 17, 2017.
- Hume, Lynn, "Morningstar: Puerto Rico Pension Funded Ratio Only 8.4%," The Bond Buyer, November 21, 2013.
- Kaplan, Thomas, "Senate Approves $36.5 Billion Aid Package as Hurricane Costs Mount," The New York Times, October 24, 2017.
- Kaske, Michelle, "Market Reacts to Acevedo Vila Indictment," The Bond Buyer, March 28, 2008.
- Kaske, Michelle, "Report Outlines Puerto Rico Pension Risks," The Bond Buyer, November 22, 2010.
- Krop, Karen and Marcy Block, "Fitch Places Puerto Rico GO and Related Debt Ratings on Rating Watch Negative," Fitch Ratings, November 14, 2013.
- Layvand, Yuriy and Ian Rasmussen, "Fitch: Puerto Rico Bonds Decline Following Recovery Act," Fitch Ratings, July 11, 2014.

- Levy, Santiago, "The great failure: Retirement pensions in Latin America," Brookings, January 27, 2017.
- Long, Cate, "Puerto Rico government stumbles on teacher pension reform," Reuters, April 14, 2014.
- Long, Heather, "President Obama signs Puerto Rico rescue bill," CNN, June 30, 2016.
- Long, Heather, "Puerto Rico files for biggest US municipal bankruptcy," CNN, May 3, 2017.
- Martel, Enrique, "Puerto Rico gov. approves $350 mln in budget cuts," Reuters, May 25, 2006.
- McGuiness, Kevin, "Puerto Rico Pension Codes Misapplied on Form 5500," Plan Sponsor, May 22, 2014.
- McLaughlin, Tim, "Puerto Rico debt roils U.S. municipal bond mutual funds," Reuters, September 3, 2013.
- Meyer, Robinson, "What's Happening With the Relief Effort in Puerto Rico?," The Atlantic, October 4, 2017.
- Miller Rich, "Trim Taxes or Build Bridges? Partisan Debate in U.S. Rolls On," Bloomberg Law News, April 11, 2019.
- Nolan, Kelly, "Puerto Rico Debt Prices Continue To Slide," DowJones Newswires, September 9, 2013.
- Ortiz, Luis Valentin, "Puerto Rico board files flurry of lawsuits ahead of claim deadline," Reuters, April 30, 2019.
- Ortiz, Luis Valentin, "Puerto Rico's revised fiscal plan approved over government opposition," Reuters, October 23, 2018.
- Ortiz, Luis Valentin, "Puerto Rico's revised fiscal plan shows surplus; bonds rally," Reuters, October 22, 2018.
- Ortiz, Luis Valentin, "UPDATE 1-Puerto Rico wins court approval for sales taxbacked debt restructuring," Reuters, February 4, 2019.
- Pidherny, Dennis, Karen Krop, and Robert Rowan, "Fitch: Puerto Rico Recovery Hurt by Storm," Fitch Ratings, September 27, 2017.
- Pierog, Karen and Luis Valentin Ortiz, "Puerto Rico governor signs bill for $2 billion in tax relief," Reuters, December 10, 2018.
- Pierog, Karen and Luis Valentin Ortiz, "U.S. Appeals Court reverses ruling on Puerto Rico pension bonds," Reuters, January 31,
- Pierog, Karen and Luis Valentin Ortiz, "White House says will reappoint Puerto Rico oversight board," Reuters, April 30, 2019.

- Pierog, Karen, "Labor unions file pension lawsuit against Puerto Rico," Reuters, November 15, 2018.
- Pierog, Karen, "Participants in Detroit Pension Borrowing Knew Debt Sale Was 'iffy': City Lawyer," Reuters, October 1, 2014.
- Pierog, Karen, "Report reveals 34 pct recovery for Detroit limited-tax GO bonds," Reuters, July 10, 2014.
- Platt, Eric, "Puerto Rico to Shift $2bn in Pension Obligations onto Budget," The Financial Times, May 31, 2017.
- Plumer, Brad, "Detroit's pension problems, in one chart," The Washington Post, July 19, 2013.
- Press Release by Puerto Rico Fiscal Agency and Financial Advisory Authority on August 7, 2017.
- Press Release, "Financial Oversight and Management Board Selects Outside Legal Counsel and Strategic Consultant," Financial Oversight Board and Management Board for Puerto Rico, November 27, 2016.
- Press Release, "García Padilla Administration Encourages the Public to Access Public Financial Information," AAFAF, November 16, 2016.
- Press Release, "Gobernador Rosselló Nevares firma proyectos de ley aprobados en la Sesión Extraordinaria," Oficina del Gobernador, August 23, 2017.

**Exhibit 2. Materials Considered**

- Press Release, "Governor Announces Restructuring Agreement," Puerto Rico Federal Affairs Administration, May 15, 2017.
- Press Release, "Governor Rosselló announces protection under Title III of PROMESA to ensure essential services," Puerto Rico Federal Affairs Administration."
- Press Release, "Governor Rosselló Announces Relief Due To Cuts In Medicare Advantage Rates," Puerto Rico Federal Affairs Administration, April 4, 2017.
- Press Release, "Governor Rossello Nevares signs bills of law enacted in the Extraordinary Session," Office of the Governor, August 23, 2017.
- Press Release, "Governor Rosselló Nevares Signs Bills to Support the Municipalities," Office of the Governor, May 17, 2019.
- Press Release, "Hermanas y hermanos puertorriqueños," Governor's Office of Puerto Rico, May 16,  2019.
- Press Release, "Junta de Retiro selecciona compañía administradora del nuevo Plan de Contribuciones Definidas para los empleados públicos," Junta de Retiro del Gobierno de Puerto Rico, February 15,  2019.
- Press Release, "Last Economic Activity Index of 2016 Reflects a Dramatic Reduction in Only One Year and the Lowest Number in 25 Years," Government Development Bank for Puerto Rico, February 20,  2017.
- Press Release, "Oversight Board Addresses Larger Fiscal Deficit - Will Pursue Third-Party Validation Of Deficit; Outlines Framework For Fiscal Plan - Proposes Measures To Fill The Budget Gap And Fiscal Plan Goals To Improve Quality Of Life In Puerto Rico," Financial Oversight and Management Board for Puerto Rico, December 20,  2016.
- Press Release, "Oversight Board Alerts Government's Liquidity Position is Critically Low; Will Run Out of Money in Few Months," Financial Oversight Board and Management Board for Puerto Rico, March 8, 2017.
- Press Release, "Oversight Board Allows More Time to Revise Fiscal Plans with Updated Macroeconomic Information," Financial Oversight Board and Management Board for Puerto Rico, June 28, 2018.
- Press Release, "Oversight Board Calls for Urgent Action to Collect $340 Million due from Municipalities and Public Corporations in PayGo and Individual Employee Payroll Withholdings," Financial Oversight and Management Board for Puerto Rico, April 30, 2019.
- Press Release, "Oversight Board Certifies Fiscal Plan for Puerto Rico," Financial Oversight and Management Board for Puerto Rico, March 13, 2017.
- Press Release, "Oversight Board Certifies Revised, Compliant FY 18 Budget for Commonwealth of Puerto Rico and Proposed Budgets for Four Territorial Instrumentalities," Financial Oversight Board and Management Board for Puerto Rico, June 30, 2017.
- Press Release, "Oversight Board Designates Municipalities As Covered Territorial Instrumentalities Under Promise To Secure Their Long-Term Fiscal Viability," Financial Oversight and Management Board for Puerto Rico, May 9, 2019.
- Press Release, "Oversight Board Meets in Puerto Rico Again," Financial Oversight Board and Management Board for Puerto Rico, January 28, 2017.
- Press Release, "Oversight Board Statement of Hurricane Irma," Financial Oversight Board and Management Board for Puerto Rico, September 6, 2017.
- Press Release, "Oversight Board Statement of Hurricane Maria," Financial Oversight Board and Management Board for Puerto Rico, September 19, 2017.
- Press Release, "Oversight Board to Certify Fiscal Plans at Public Meetings on April 19 and 20," Financial Oversight and Management Board for Puerto Rico, April 15, 2018.
- Press Release, "Oversight Board Urges Maximum Support for Puerto Rico with Trump Administration Officials, Congress," Financial Oversight Board and Management Board for Puerto Rico, September 30,  2017.
- Press Release, "Puerto Rico Enacts Sweeping Pension Reform," Government Development Bank for Puerto Rico, April 4, 2013.
- Press Release, "Puerto Rico Launches Initiative to Facilitate Communications with Bondholders," Government Development Bank for Puerto Rico, June 15, 2016.
- Press Release, "Request for Proposal - Financial Advisor," Financial Oversight Board and Management Board for Puerto Rico, December 4, 2016.
- Press Release, "Request for Proposal - Strategic Consulting Firm," Financial Oversight Board and Management Board for Puerto Rico, October 20, 2016.
- Press Release, "Request for Proposals - Accounting and Bookkeeping Services Firm," Financial Oversight Board and Management Board for Puerto Rico, February 3, 2017.
- Press Release, "Request for Proposals - Development Of Fiscal Plans And Budgets For Puerto Rico Municipalities And The Centro De Recaudación De Impuestos Municipales," Financial Oversight Board and Management Board for Puerto Rico,  May 9, 2019.
- Press Release, "Retirement Board selects company to administer new Defined Contribution Plan for public employees," Retirement Board of the Government of Puerto Rico, February 15, 2019.
- Press Release, "Statement from the Oversight Board on Pensions," The Financial Oversight and Management Board for Puerto Rico, May 17, 2019.
- Ruiz-Kuilan, Gloria, "Meeting with Jaresko does not please the Mayors," El Nuevo Día, May 16, 2019.

**Exhibit 2. Materials Considered**

- Slavin, Robert, "Battle lines form over Puerto Rico pension cuts," The Bond Buyer, March 8, 2019.
- Slavin, Robert, "Bondholders seek to take over Puerto Rico pension system," The Bond Buyer, February 22, 2019.
- Slavin, Robert, "Cautious Optimism About Puerto Rico Pension Reform Plan," The Bond Buyer, March 1, 2013.
- Slavin, Robert, "Puerto Rico board sues to claw back $392 million in ERS payments," The Bond Buyer, May 20, 2019.
- Slavin, Robert, "Puerto Rico Governor Claims Progress in First Six Months," The Bond Buyer, July 15, 2013.
- Slavin, Robert, "Puerto Rico Pension Reform Advances," The Bond Buyer, April 3, 2013.
- Stempel, Jonathan, "Detroit defeats pensioners' appeal over bankruptcy cuts," Reuters, October 3, 2016.
- Timiraos, Nick, "Puerto Rico Pension Mess Comes to Head," The Wall Street Journal, August 26, 2016.
- Tumulty, Brian, "Trump signs tax bill after Congress waives PayGo spending cuts," The Bond Buyer, December 26, 2017.
- Vélez, Eva Lloréns, "Credit union sues Puerto Rico retirement system for nonpayment," Caribbean Business, March 15, 2019.
- Vélez, Eva Lloréns, "Fiscal board to send lawmakers its own version of Puerto Rico's budget," Caribbean Business, May 26, 2019.
- Vélez, Eva Lloréns, "PayGo Charge goes into effect to pay Puerto Rico gov't retirees," Caribbean Business, July 3, 2017.
- Vélez, Eva Lloréns, "Supreme Court Rules Against Puerto Rico Debt Recovery Act," Caribbean Business, June 13, 2016.
- Walsh, Mary Williams, "As Puerto Rico Defaults, Eyes Turn to Washington," The New York Times, May 2, 2016.
- Walsh, Mary Williams, "Puerto Rico Defaults on Bond Payment," The New York Times, August 3, 2015.
- Walsh, Mary Williams, "Puerto Rico's Governor Says Island's Debts Are 'Not Payable'," The New York Times, June 28, 2015.
- Walsh, Mary Williams, "Study Finds Public Pension Promises Exceed Ability to Pay," The New York Times, March 18, 2016.
- Werner, Erica, and Jeff Stein, "Massive disaster relief bill stalls in Senate over Puerto Rico dispute," The Washington Post, April 1, 2019.
- Williams, Corey, "3 years out of bankruptcy, Detroit released from state financial oversight," Associated Press, April 30, 2018.

**Documents from Production:**
- BH-ERS-0-000001  - 000074.
- BH-ERS-0-000075  - 000113.
- BH-ERS-0-000112  - 000113.
- BH-ERS-0-002545  - 002546.
- CW_RJM2004_0006405.
- CW_RJM2004_0006419.
- CW_RJM2004_0006433.
- CW_RJM2004_0006617.
- CW_RJM2004_0006767  - 0006845.
- CW_RJM2004_0006846  - 0006942.
- CW_RJM2004_0006943  - 0006945.
- CW_RJM2004_0006946  - 0009936.
- CW_RJM2004_0009937  - 0010963.
- CW_RJM2004_0010964  - 0010968.
- CW_RJM2004_0010969  - 0010973.
- CW_RJM2004_0010974  - 0010978.
- CW_RJM2004_0010979  - 0010983.
- CW_RJM2004_0010984  - 0010988.
- CW_RJM2004_0012583.
- CW_RJM2004_0013485.
- CW_RJM2004_0013625 - 0013636.
- CW_RJM2004_0014653.
- CW_RJM2004_0014739 - 0014751.
- CW_RJM2004_0014752.
- CW_RJM2004_0015111  - 0016247.
- CW_RJM2004_0016248  - 0016273.
- CW_RJM2004_0016274  - 0017207.
- CW_RJM2004_0017208  - 0018142.
- CW_RJM2004_0018248  - 0018320.
- CW_RJM2004_0018321  - 0018380.
- CW_RJM2004_0018381  - 0018445.
- CW_RJM2004_0018446  - 0018461.
- CW_RJM2004_0018462  - 0018465.
- CW_RJM2004_0018471  - 0018482.

**Exhibit 2. Materials Considered**

- CW_RJM2004_0019000 - 0019020.
- CW_RJM2004_0020706.
- CW_RJM2004_0021761.
- CW_RJM2004_0023261.
- CW_RJM2004_0087227 - 0087232.
- CW_RJM2004_0087233 - 0087236.
- CW_RJM2004_0087237 - 0087241.
- CW_RJM2004_0087242 - 0087269.
- CW_RJM2004_0087270 - 0087274.
- CW_RJM2004_0087275 - 0087282.
- CW_RJM2004_0087283 - 0087310.
- CW_RJM2004_0087311 - 0087312.
- CW_RJM2004_0087336 - 0087340.
- CW_RJM2004_0087341 - 0087347.
- CW_RJM2004_0087348 - 0087351.
- CW_RJM2004_0087361 - 0087451.
- CW_RJM2004_0087457 - 0087462.
- CW_RJM2004_0087463 - 0087467.
- CW_RJM2004_0087468 - 0089470.
- ERS_LS0000001 - 0000021.
- ERS_LS0000022 - 0000042.
- ERS_LS0000043 - 0000063.
- ERS_LS0000064 - 0000084.
- ERS_LS0000085 - 0000105.
- ERS_LS0000106 - 0000126.
- ERS_LS0000127 - 0000147.
- ERS_LS0000148 - 0000168.
- ERS_LS0000169 - 0000189.
- ERS_LS0000190 - 0000190.
- ERS_LS0000211 - 0000231.
- ERS_LS0000232 - 0000252.
- ERS_LS0000253 - 0000273.
- ERS_LS0000274 - 0000294.
- ERS_LS0000295 - 0000337.
- ERS_LS0000338 - 0000358.
- ERS_LS0000359 - 0000382.
- ERS_LS0000383 - 0000419.
- ERS_LS0000420 - 0000454.
- ERS_LS0000450.
- ERS_LS0000455 - 0000448.
- ERS_LS0000489 - 0000529.
- ERS_LS0000530 - 0000569.
- ERS_LS0000570 - 0000609.
- ERS_LS0000610 - 0000649.
- ERS_LS0000650 - 0000689.
- ERS_LS0000690 - 0000715.
- ERS_LS0000716 - 0000744.
- ERS_LS0000745 - 0000767.
- ERS_LS0000768 - 0000791.
- ERS_LS0000792 - 0000817.
- ERS_LS0000818 - 0000843.
- ERS_LS0000844 - 0000869.
- ERS_LS0000870 - 0000895.
- ERS_LS0000896 - 0000908.
- ERS_LS0000909 - 0000923.
- ERS_LS0000924 - 0000938.
- ERS_LS0000939 - 0000953.

## Exhibit 2. Materials Considered

- ERS_LS0000954  - 0000969.
- ERS_LS0000970  - 0000985.
- ERS_LS0000986  - 0001001.
- ERS_LS0001002 - 0001017.
- ERS_LS0001018 - 0001033.
- ERS_LS0001034 - 0001050.
- ERS_LS0001051 - 0001067.
- ERS_LS0001068 - 0001084.
- ERS_LS0001085 - 0001101.
- ERS_LS0001102 - 0001118.
- ERS_LS0001119 - 0001135.
- ERS_LS0001136 - 0001153.
- ERS_LS0001154 - 0001171.
- ERS_LS0001172 - 0001189.
- ERS_LS0001190 - 0001207.
- ERS_LS0001208 - 0001225.
- ERS_LS0001226 - 0001243.
- ERS_LS0001244 - 0001261.
- ERS_LS0001262 - 0001279.
- ERS_LS0001280 - 0001297.
- ERS_LS0001298 - 0001315.
- ERS_LS0001316 - 0001333.
- ERS_LS0001334 - 0001351.
- ERS_LS0001352 - 0001358.
- ERS_LS0001359 - 0001365.
- ERS_LS0001366 - 0001372.
- ERS_LS0001373 - 0001379.
- ERS_LS0001380 - 0001386.
- ERS_LS0001387 - 0001393.
- ERS_LS0001394 - 0001400.
- ERS_LS0001401 - 0001407.
- ERS_LS0001408 - 0001414.
- ERS_LS0001415 - 0001427.
- ERS_LS0001428 - 0001440.
- ERS_LS0001441 - 0001454.
- ERS_LS0001455 - 0001468.
- ERS_LS0001469 - 0001482.
- ERS_LS0001483 - 0001496.
- ERS_LS0001497 - 0001510.
- ERS_LS0001511 - 0001524.
- ERS_LS0001525 - 0001539.
- ERS_LS0001540 - 0001554.
- ERS_LS0001555 - 0001564.
- ERS_LS0001565 - 0001582.
- ERS_LS0001583 - 0001600.
- ERS_LS0001601 - 0001618.
- ERS_LS0001619 - 0001636.
- ERS_LS0001637 - 0001654.
- ERS_LS0001655 - 0001661.
- ERS_LS0001662 - 0001670.
- ERS_LS0001671 - 0001679.
- ERS_LS0001680 - 0001688.
- ERS_LS0001689 - 0001697.
- ERS_LS0001698 - 0001706.
- ERS_LS0001707 - 0001715.
- ERS_LS0001716 - 0001724.
- ERS_LS0001725 - 0001734.

## Exhibit 2. Materials Considered

- ERS_LS0001735 - 0001744.
- ERS_LS0001745 - 0001754.
- ERS_LS0001755 - 0001764.
- ERS_LS0001765 - 0001744.
- ERS_LS0001775 - 0001784.
- ERS_LS0001785 - 0001794.
- ERS_LS0001795 - 0001804.
- ERS_LS0001805 - 0001814.
- ERS_LS0001815 - 0001816.
- ERS_LS0001817 - 0001819.
- ERS_LS0001820 - 0001822.
- ERS_LS0001823.
- ERS_LS0001824.
- ERS_LS0001825 - 0001826.
- ERS_LS0001827.
- ERS_LS0001828 - 0001829.
- ERS_LS0001830.
- ERS_LS0001831.
- ERS_LS0001832 - 0001833.
- ERS_LS0001834.
- ERS_LS0001835 - 0001836.
- ERS_LS0001837 - 0001838.
- ERS_LS0001839.
- ERS_LS0001840.
- ERS_LS0001841 - 0001842.
- ERS_LS0001843 - 0001844.
- ERS_LS0001845.
- ERS_LS0001846 - 0001849.
- ERS_LS0001850.
- ERS_LS0001851 - 0001852.
- ERS_LS0001853.
- ERS_LS0001854 - 0001855.
- ERS_LS0001856.
- ERS_LS0001857.
- ERS_LS0001858 - 0001859.
- ERS_LS0001860.
- ERS_LS0001861 - 0001862.
- ERS_LS0001863.
- ERS_LS0001864.
- ERS_LS0001865 - 0001866.
- ERS_LS0001867.
- ERS_LS0001868.
- ERS_LS0001869 - 0001872.
- ERS_LS0001873 - 0001912.
- ERS_LS0001913.
- ERS_LS0001914 - 0001915.
- ERS_LS0001916 - 0001917.
- ERS_LS0001918.
- ERS_LS0001919.
- ERS_LS0001920 - 0001921.
- ERS_LS0001922 - 0001923.
- ERS_LS0001924.
- ERS_LS0001925 - 0001928.
- ERS_LS0001929.
- ERS_LS0001930.
- ERS_LS0001932.
- ERS_LS0001933 - 0001934.

**Exhibit 2. Materials Considered**

- ERS_LS0001935.
- ERS_LS0001936.
- ERS_LS0001937.
- ERS_LS0001938.
- ERS_LS0001939.
- ERS_LS0001940.
- ERS_LS0001941.
- ERS_LS0001942.
- ERS_LS0001943.
- ERS_LS0001944.
- ERS_LS0001945.
- ERS_LS0001946.
- ERS_LS0001947.
- ERS_LS0001948.
- ERS_LS0001949.
- ERS_LS0001950.
- ERS_LS0001951.
- ERS_LS0001952.
- ERS_LS0001953.
- ERS_LS0001954.
- ERS_LS0001955.
- ERS_LS0001956.
- ERS_LS0001957.
- ERS_LS0001958.
- ERS_LS0001959.
- ERS_LS0001960.
- ERS_LS0001961.
- ERS_LS0001962.
- ERS_LS0001963.
- ERS_LS0001964.
- ERS_LS0001965.
- ERS_LS0001966 - 0001967.
- ERS_LS0001968.
- ERS_LS0001969 - 0001970.
- ERS_LS0001971.
- ERS_LS0001972.
- ERS_LS0001973 - 0001974.
- ERS_LS0001975.
- ERS_LS0001976 - 0001977.
- ERS_LS0001978 - 0001979.
- ERS_LS0001980.
- ERS_LS0001981.
- ERS_LS0001982 - 0001983.
- ERS_LS0001984 - 0001985.
- ERS_LS0001986.
- ERS_LS0001987 - 0001990.
- ERS_LS0001991.
- ERS_LS0001992 - 0001993.
- ERS_LS0001994.
- ERS_LS0001995 - 0001996.
- ERS_LS0001997 - 0001998.
- ERS_LS0001999 - 0002000.
- ERS_LS0002001 - 0002002.
- ERS_LS0002003 - 0002004.
- ERS_LS0002005 - 0002006.
- ERS_LS0002007 - 0002008.
- ERS_LS0002009 - 0002010.

## Exhibit 2. Materials Considered

- ERS_LS0002011 - 0002012.
- ERS_LS0002013 - 0002014.
- ERS_LS0002015 - 0002016.
- ERS_LS0002017 - 0002018.
- ERS_LS0002019 - 0002020.
- ERS_LS0002021 - 0002022.
- ERS_LS0002023 - 0002024.
- ERS_LS0002025 - 0002026.
- ERS_LS0002027 - 0002028.
- ERS_LS0002029 - 0002030.
- ERS_LS0002031 - 0002032.
- ERS_LS0002033 - 0002034.
- ERS_LS0002035 - 0002036.
- ERS_LS0002037 - 0002038.
- ERS_LS0002039 - 0002049.
- ERS_LS0002050 - 0002051.
- ERS_LS0002052 - 0002063.
- ERS_LS0002064 - 0002065.
- ERS_LS0002066 - 0002067.
- ERS_LS0002068 - 0002080.
- ERS_LS0002081 - 0002083.
- ERS_LS0002084 - 0002085.
- ERS_LS0002086 - 0002096.
- ERS_LS0002097 - 0002098.
- ERS_LS0002099 - 0002109.
- ERS_LS0002110 - 0002111.
- ERS_LS0002112 - 0002113.
- ERS_LS0002114 - 0002124.
- ERS_LS0002125 - 0002127.
- ERS_LS0002128 - 0002129.
- ERS_LS0002130 - 0002143.
- ERS_LS0002144 - 0002155.
- ERS_LS0002156 - 0002157.
- ERS_LS0002158 - 0002170.
- ERS_LS0002171 - 0002172.
- ERS_LS0002173 - 0002186.
- ERS_LS0002187 - 0002197.
- ERS_LS0002198 - 0002199.
- ERS_LS0002200 - 0002211.
- ERS_LS0002212 - 0002213.
- ERS_LS0002214 - 0002215.
- ERS_LS0002216 - 0002228.
- ERS_LS0002229 - 0002230.
- ERS_LS0002231 - 0002233.
- ERS_LS0002234 - 0002244.
- ERS_LS0002245 - 0002246.
- ERS_LS0002247 - 0002249.
- ERS_LS0002250 - 0002260.
- ERS_LS0002261 - 0002269.
- ERS_LS0002270 - 0002277.
- ERS_LS0002278 - 0002285.
- ERS_LS0002286 - 0002294.
- ERS_LS0002295 - 0002302.
- ERS_LS0002303 - 0002312.
- ERS_LS0002313 - 0002320.
- ERS_LS0002321 - 0002327.
- ERS_LS0002328 - 0002335.

## Exhibit 2. Materials Considered

- ERS_LS0002336 - 0002343.
- ERS_LS0002344 - 0002354.
- ERS_LS0002355 - 00023363.
- ERS_LS0002364 - 0002372.
- ERS_LS0002373 - 0002384.
- ERS_LS0002385 - 0002392.
- ERS_LS0002393 - 0002399.
- ERS_LS0002400 - 0002403.
- ERS_LS0002404 - 0002413.
- ERS_LS0002414 - 0002418.
- ERS_LS0002419 - 0002428.
- ERS_LS0002429 - 0002433.
- ERS_LS0002434 - 0002438.
- ERS_LS0002439 - 0002441.
- ERS_LS0002442 - 0002445.
- ERS_LS0002446 - 0002447.
- ERS_LS0002448 - 0002451.
- ERS_LS0002452 - 0002455.
- ERS_LS0002456 - 0002457.
- ERS_LS0002458 - 0002461.
- ERS_LS0002462 - 0002464.
- ERS_LS0002465 - 0002469.
- ERS_LS0002470 - 0002472.
- ERS_LS0002473 - 0002477.
- ERS_LS0002478 - 0002478.
- ERS_LS0002479 - 0002482.
- ERS_LS0002483 - 0002483.
- ERS_LS0002485 - 0002487.
- ERS_LS0002488 - 0002489.
- ERS_LS0002490 - 0002492.
- ERS_LS0002493 - 0002494.
- ERS_LS0002495 - 0002497.
- ERS_LS0002498 - 0002499.
- ERS_LS0002500 - 0002501.
- ERS_LS0002502 - 0002504.
- ERS_LS0002505 - 0002506.
- ERS_LS0002507 - 0002508.
- ERS_LS0002509 - 0002510.
- ERS_LS0002511 - 0002512.
- ERS_LS0002513 - 0002514.
- ERS_LS0002515 - 0002516.
- ERS_LS0002517 - 0002518.
- ERS_LS0002519 - 0002520.
- ERS_LS0002521 - 0002522.
- ERS_LS0002523 - 0002524.
- ERS_LS0002525 - 0002526.
- ERS_LS0002527 - 0002528.
- ERS_LS0002529 - 0002530.
- ERS_LS0002531 - 0002532.
- ERS_LS0002533 - 0002533.
- ERS_LS0002534 - 0002535.
- ERS_LS0002536 - 0002537.
- ERS_LS0002538 - 0002540.
- ERS_LS0002541 - 0002542.
- ERS_LS0002543 - 0002544.
- ERS_LS0002545 - 0002546.
- ERS_LS0002547 - 0002548.

## Exhibit 2. Materials Considered

- ERS_LS0002549 - 0002550.
- ERS_LS0002551 - 0002552.
- ERS_LS0002553 - 0002554.
- ERS_LS0002555 - 0002556.
- ERS_LS0002557 - 0002558.
- ERS_LS0002559 - 0002560.
- ERS_LS0002561 - 0002562.
- ERS_LS0002563 - 0002564.
- ERS_LS0002565 - 0002565.
- ERS_LS0002566 - 0002567.
- ERS_LS0002568 - 0002569.
- ERS_LS0002570.
- ERS_LS0002571 - 0002572.
- ERS_LS0002573 - 0002574.
- ERS_LS0002575 - 0002576.
- ERS_LS0002577 - 0002578.
- ERS_LS0002579 - 0002580.
- ERS_LS0002581 - 0002582.
- ERS_LS0002583 - 0002584.
- ERS_LS0002585.
- ERS_LS0002586 - 0002587.
- ERS_LS0002588 - 0002589.
- ERS_LS0002590 - 0002591.
- ERS_LS0002592.
- ERS_LS0002593 - 0002594.
- ERS_LS0002595 - 0002596.
- ERS_LS0002597.
- ERS_LS0002598.
- ERS_LS0002600.
- ERS_LS0002601 - 0002602.
- ERS_LS0002603 - 0002604.
- ERS_LS0002605 - 0002606.
- ERS_LS0002607 - 0002608.
- ERS_LS0002609 - 0002610.
- ERS_LS0002611 - 0002612.
- ERS_LS0002613 - 0002613.
- ERS_LS0002614 - 0002615.
- ERS_LS0002616.
- ERS_LS0002617 - 0002618.
- ERS_LS0002619 - 0002620.
- ERS_LS0002621 - 0002622.
- ERS_LS0002623 - 0002624.
- ERS_LS0002625 - 0002626.
- ERS_LS0002627 - 0002628.
- ERS_LS0002629 - 0002630.
- ERS_LS0002631 - 0002632.
- ERS_LS0002633 - 0002634.
- ERS_LS0002635 - 0002636.
- ERS_LS0002637 - 0002638.
- ERS_LS0002639 - 0002640.
- ERS_LS0002641 - 0002642.
- ERS_LS0002643 - 0002644.
- ERS_LS0002645 - 0002646.
- ERS_LS0002647 - 0002648.
- ERS_LS0002649 - 0002650.
- ERS_LS0002651 - 0002652.
- ERS_LS0002653 - 0002654.

**Exhibit 2. Materials Considered**

- ERS_LS0002655 - 0002656.
- ERS_LS0002657 - 0002658.
- ERS_LS0002659 - 0002660.
- ERS_LS0002661 - 0002662.
- ERS_LS0002663 - 0002664.
- ERS_LS0002665 - 0002666.
- ERS_LS0002667 - 0002668.
- ERS_LS0002669 - 0002670.
- ERS_LS0002671 - 0002672.
- ERS_LS0002673 - 0002674.
- ERS_LS0002675 - 0002676.
- ERS_LS0002677 - 0002678.
- ERS_LS0002679 - 0002680.
- ERS_LS0002681 - 0002682.
- ERS_LS0002683 - 0002684.
- ERS_LS0002685 - 0002686.
- ERS_LS0002687 - 0002688.
- ERS_LS0002689 - 0002690.
- ERS_LS0002691 - 0002692.
- ERS_LS0002693 - 0002694.
- ERS_LS0002695 - 0002696.
- ERS_LS0002697 - 0002698.
- ERS_LS0002699 - 0002700.
- ERS_LS0002701 - 0002702.
- ERS_LS0002703 - 0002704.
- ERS_LS0002705 - 0002706.
- ERS_LS0002707 - 0002708.
- ERS_LS0002709 - 0002710.
- ERS_LS0002711 - 0002712.
- ERS_LS0002713 - 0002714.
- ERS_LS0002715 - 0002716.
- ERS_LS0002717 - 0002718.
- ERS_LS0002719 - 0002720.
- ERS_LS0002721 - 0002722.
- ERS_LS0002723 - 0002724.
- ERS_LS0002725 - 0002726.
- ERS_LS0002727 - 0002728.
- ERS_LS0002729 - 0002730.
- ERS_LS0002731 - 0002732.
- ERS_LS0002733 - 0002734.
- ERS_LS0002735 - 0002736.
- ERS_LS0002737 - 0002738.
- ERS_LS0002739 - 0002740.
- ERS_LS0002741 - 0002742.
- ERS_LS0002743 - 0002744.
- ERS_LS0002745 - 0002746.
- ERS_LS0002747 - 0002748.
- ERS_LS0002749 - 0002750.
- ERS_LS0002751 - 0002752.
- ERS_LS0002753 - 0002754.
- ERS_LS0002755 - 0002756.
- ERS_LS0002757 - 0002758.
- ERS_LS0002759 - 0002760.
- ERS_LS0002761 - 0002762.
- ERS_LS0002763 - 0002764.
- ERS_LS0002765 - 0002766.
- ERS_LS0002767 - 0002768.

## Exhibit 2. Materials Considered

- ERS_LS0002769 - 0002770.
- ERS_LS0002771 - 0002772.
- ERS_LS0002773 - 0002774.
- ERS_LS0002775 - 0002776.
- ERS_LS0002777 - 0002778.
- ERS_LS0002779 - 0002780.
- ERS_LS0002781 - 0002782.
- ERS_LS0002783 - 0002784.
- ERS_LS0002785 - 0002786.
- ERS_LS0002787 - 0002788.
- ERS_LS0002789 - 0002790.
- ERS_LS0002791 - 0002792.
- ERS_LS0002793 - 0002794.
- ERS_LS0002795 - 0002796.
- ERS_LS0002797 - 0002798.
- ERS_LS0002799 - 0002800.
- ERS_LS0002801 - 0002802.
- ERS_LS0002803 - 0002804.
- ERS_LS0002805 - 0002806.
- ERS_LS0002807 - 0002808.
- ERS_LS0002809 - 0002810.
- ERS_LS0002811 - 0002812.
- ERS_LS0002813 - 0002814.
- ERS_LS0002815 - 0002816.
- ERS_LS0002817 - 0002818.
- ERS_LS0002819 - 0002820.
- ERS_LS0002821 - 0002822.
- ERS_LS0002823 - 0002824.
- ERS_LS0002825 - 0002826.
- ERS_LS0002827 - 0002828.
- ERS_LS0002829 - 0002830.
- ERS_LS0002831 - 0002832.
- ERS_LS0002833 - 0002834.
- ERS_LS0002835 - 0002836.
- ERS_LS0002837 - 0002838.
- ERS_LS0002839 - 0002840.
- ERS_LS0002841 - 0002842.
- ERS_LS0002843 - 0002844.
- ERS_LS0002845 - 0002846.
- ERS_LS0002847 - 0002848.
- ERS_LS0002849 - 0002850.
- ERS_LS0002851 - 0002852.
- ERS_LS0002853 - 0002854.
- ERS_LS0002855 - 0002856.
- ERS_LS0002857 - 0002858.
- ERS_LS0002859 - 0002860.
- ERS_LS0002861 - 0002862.
- ERS_LS0002863 - 0002864.
- ERS_LS0002865 - 0002866.
- ERS_LS0002867 - 0002868.
- ERS_LS0002869 - 0002870.
- ERS_LS0002871 - 0002872.
- ERS_LS0002873 - 0002874.
- ERS_LS0002875 - 0002876.
- ERS_LS0002877 - 0002879.
- ERS_LS0002880 - 0002881.
- ERS_LS0002882 - 0002883.

## Exhibit 2. Materials Considered

- ERS_LS0002884 - 0002885.
- ERS_LS0002886 - 0002887.
- ERS_LS0002888 - 0002889.
- ERS_LS0002890 - 0002891.
- ERS_LS0002892 - 0002899.
- ERS_LS0002900 - 0002908.
- ERS_LS0002909 - 0002916.
- ERS_LS0002917 - 0002923.
- ERS_LS0002924 - 0002931.
- ERS_LS0002932 - 0002938.
- ERS_LS0002939 - 0002946.
- ERS_LS0002947 - 0002954.
- ERS_LS0002955 - 0002960.
- ERS_LS0002961 - 0002969.
- ERS_LS0002970 - 0002979.
- ERS_LS0002980 - 0002988.
- ERS_LS0002989 - 0002996.
- ERS_LS0002997 - 0003003.
- ERS_LS0003004 - 0003010.
- ERS_LS0003011 - 0003016.
- ERS_LS0003017 - 0003023.
- ERS_LS0003024 - 0003029.
- ERS_LS0003030 - 0003040.
- ERS_LS0003041 - 0003051.
- ERS_LS0003052 - 0003062.
- ERS_LS0003063 - 0003071.
- ERS_LS0003072 - 0003080.
- ERS_LS0003081 - 0003088.
- ERS_LS0003089 - 0003099.
- ERS_LS0003100 - 0003108.
- ERS_LS0003109 - 0003116.
- ERS_LS0003117 - 0003125.
- ERS_LS0003126 - 0003136.
- ERS_LS0003137 - 0003149.
- ERS_LS0003150 - 0003160.
- ERS_LS0003161 - 0003170.
- ERS_LS0003171 - 0003178.
- ERS_LS0003179 - 0003186.
- ERS_LS0003187 - 0003191.
- ERS_LS0003192 - 0003202.
- ERS_LS0003203 - 0003210.
- ERS_LS0003211 - 0003223.
- ERS_LS0003224 - 0003232.
- ERS_LS0003233 - 0003242.
- ERS_LS0003243 - 0003252.
- ERS_LS0003253 - 0003261.
- ERS_LS0003262 - 0003271.
- ERS_LS0003272 - 0003280.
- ERS_LS0003281 - 0003290.
- ERS_LS0003291 - 0003300.
- ERS_LS0003301 - 0003308.
- ERS_LS0003309 - 0003317.
- ERS_LS0003318 - 0003327.
- ERS_LS0003328 - 0003336.
- ERS_LS0003337 - 0003346.
- ERS_LS0003347 - 0003355.
- ERS_LS0003356 - 0003364.

**Exhibit 2. Materials Considered**

- ERS_LS0003365 - 0003370.
- ERS_LS0003371 - 0003380.
- ERS_LS0003381 - 0003388.
- ERS_LS0003389 - 0003397.
- ERS_LS0003398 - 0003404.
- ERS_LS0003405 - 0003411.
- ERS_LS0003412 - 0003419.
- ERS_LS0003420 - 0003426.
- ERS_LS0003427 - 0003434.
- ERS_LS0003435 - 0003441.
- ERS_LS0003442 - 0003448.
- ERS_LS0003449 - 0003455.
- ERS_LS0003456 - 0003461.
- ERS_LS0003462 - 0003468.
- ERS_LS0003469 - 0003476.
- ERS_LS0003477 - 0003484.
- ERS_LS0003485 - 0003491.
- ERS_LS0003492 - 0003498.
- ERS_LS0003499 - 0003505.
- ERS_LS0003506 - 0003512.
- ERS_LS0003513 - 0003517.
- ERS_LS0003518 - 0003523.
- ERS_LS0003524 - 0003530.
- ERS_LS0003531 - 0003531.
- ERS_LS0003532 - 0003533.
- ERS_LS0003534 - 0003535.
- ERS_LS0003536.
- ERS_LS0003537 - 0003538.
- ERS_LS0003539.
- ERS_LS0003540.
- ERS_LS0003541 - 0003542.
- ERS_LS0003543.
- ERS_LS0003544 - 0003545.
- ERS_LS0003546 - 0003547.
- ERS_LS0003548.
- ERS_LS0003549 - 0003550.
- ERS_LS0003551.
- ERS_LS0003552 - 0003553.
- ERS_LS0003554 - 0003555.
- ERS_LS0003556 - 0003557.
- ERS_LS0003558 - 0003559.
- ERS_LS0003560 - 0003561.
- ERS_LS0003562.
- ERS_LS0003563.
- ERS_LS0003564.
- ERS_LS0003565.
- ERS_LS0003567.
- ERS_LS0003568 - 0003569.
- ERS_LS0003570.
- ERS_LS0003571.
- ERS_LS0003572.
- ERS_LS0003573 - 0003574.
- ERS_LS0003575 - 0003577.
- ERS_LS0003578 - 0003579.
- ERS_LS0003580 - 0003581.
- ERS_LS0003582 - 0003583.
- ERS_LS0003584 - 0003585.

**Exhibit 2. Materials Considered**

- ERS_LS0003586 - 0003587.
- ERS_LS0003588 - 0003589.
- ERS_LS0003590 - 0003591.
- ERS_LS0003592 - 0003593.
- ERS_LS0003594 - 0003595.
- ERS_LS0003596 - 0003597.
- ERS_LS0003598 - 0003599.
- ERS_LS0003600 - 0003601.
- ERS_LS0003602 - 0003603.
- ERS_LS0003604 - 0003605.
- ERS_LS0003606 - 0003607.
- ERS_LS0003608 - 0003609.
- ERS_LS0003610 - 0003611.
- ERS_LS0003612 - 0003613.
- ERS_LS0003614 - 0003615.
- ERS_LS0003616 - 0003617.
- ERS_LS0003618 - 0003619.
- ERS_LS0003620 - 0003621.
- ERS_LS0003622 - 0003623.
- ERS_LS0003624 - 0003625.
- ERS_LS0003626 - 0003627.
- ERS_LS0003628 - 0003629.
- ERS_LS0003630 - 0003630.
- ERS_LS0003631 - 0003632.
- ERS_LS0003633 - 0003634.
- ERS_LS0003635 - 0003636.
- ERS_LS0003637 - 0003638.
- ERS_LS0003639 - 0003640.
- ERS_LS0003641 - 0003642.
- ERS_LS0003643 - 0003644.
- ERS_LS0003645 - 0003646.
- ERS_LS0003647 - 0003648.
- ERS_LS0003649 - 0003650.
- ERS_LS0003651 - 0003652.
- ERS_LS0003653 - 0003654.
- ERS_LS0003655 - 0003656.
- ERS_LS0003657 - 0003658.
- ERS_LS0003659 - 0003660.
- ERS_LS0003661 - 0003662.
- ERS_LS0003663 - 0003664.
- ERS_LS0003665 - 0003666.
- ERS_LS0003667 - 0003668.
- ERS_LS0003669 - 0003670.
- ERS_LS0003671 - 0003672.
- ERS_LS0003673 - 0003674.
- ERS_LS0003675 - 0003676.
- ERS_LS0003677 - 0003678.
- ERS_LS0003679 - 0003680.
- ERS_LS0003681 - 0003682.
- ERS_LS0003683 - 0003684.
- ERS_LS0003685 - 0003686.
- ERS_LS0003687 - 0003688.
- ERS_LS0003689 - 0003690.
- ERS_LS0003691 - 0003692.
- ERS_LS0003693 - 0003694.
- ERS_LS0003695 - 0003696.
- ERS_LS0003697 - 0003698.

**Exhibit 2. Materials Considered**

- ERS_LS0003699 - 0003700.
- ERS_LS0003701 - 0003702.
- ERS_LS0003703 - 0003704.
- ERS_LS0003705 - 0003706.
- ERS_LS0003707 - 0002708.
- ERS_LS0003709 - 0003710.
- ERS_LS0003711 - 0003712.
- ERS_LS0003713 - 0003714.
- ERS_LS0003715 - 0003716.
- ERS_LS0003717 - 0003718.
- ERS_LS0003719 - 0003720.
- ERS_LS0003721 - 0003722.
- ERS_LS0003723 - 0003724.
- ERS_LS0003725 - 0003726.
- ERS_LS0003727 - 0003728.
- ERS_LS0003729 - 0003730.
- ERS_LS0003731 - 0003732.
- ERS_LS0003733 - 0003734.
- ERS_LS0003735 - 0003736.
- ERS_LS0003737 - 0003738.
- ERS_LS0003739 - 0003740.
- ERS_LS0003741 - 0003742.
- ERS_LS0003743 - 0003744.
- ERS_LS0003745 - 0003746.
- ERS_LS0003747 - 0003748.
- ERS_LS0003749 - 0003750.
- ERS_LS0003751 - 0003752.
- ERS_LS0003753 - 0003754.
- ERS_LS0003755 - 0003756.
- ERS_LS0003757 - 0003758.
- ERS_LS0003759 - 0003760.
- ERS_LS0003761 - 0003762.
- ERS_LS0003763 - 0003764.
- ERS_LS0003765 - 0003766.
- ERS_LS0003767 - 0003768.
- ERS_LS0003769 - 0003770.
- ERS_LS0003771 - 0003772.
- ERS_LS0003773 - 0003774.
- ERS_LS0003775 - 0003776.
- ERS_LS0003777 - 0003778.
- ERS_LS0003779 - 0003780.
- ERS_LS0003781 - 0003782.
- ERS_LS0003783 - 0003784.
- ERS_LS0003785 - 0003786.
- ERS_LS0003787 - 0003788.
- ERS_LS0003789 - 0003790.
- ERS_LS0003791 - 0003792.
- ERS_LS0003793 - 0003794.
- ERS_LS0003795 - 0003796.
- ERS_LS0003797 - 0003798.
- ERS_LS0003799 - 0003800.
- ERS_LS0003801 - 0003802.
- ERS_LS0003803 - 0003804.
- ERS_LS0003805 - 0003806.
- ERS_LS0003807 - 0003808.
- ERS_LS0003809 - 0003810.
- ERS_LS0003811 - 0003812.

**Exhibit 2. Materials Considered**

- ERS_LS0003813 - 0003814.
- ERS_LS0003815 - 0003816.
- ERS_LS0003817 - 0003818.
- ERS_LS0003819 - 0003820.
- ERS_LS0003821 - 0003822.
- ERS_LS0003823 - 0003824.
- ERS_LS0003825 - 0003826.
- ERS_LS0003827 - 0003828.
- ERS_LS0003829 - 0003830.
- ERS_LS0003831 - 0003832.
- ERS_LS0003833 - 0003834.
- ERS_LS0003835 - 0003836.
- ERS_LS0003837 - 0003838.
- ERS_LS0003839 - 0003840.
- ERS_LS0003841 - 0003842.
- ERS_LS0003843 - 0003844.
- ERS_LS0003845 - 0003846.
- ERS_LS0003847 - 0003848.
- ERS_LS0003849 - 0003850.
- ERS_LS0003851 - 0003852.
- ERS_LS0003853 - 0003854.
- ERS_LS0003855 - 0003856.
- ERS_LS0003857 - 0003858.
- ERS_LS0003859 - 0003860.
- ERS_LS0003861 - 0003862.
- ERS_LS0003863 - 0003864.
- ERS_LS0003865 - 0003866.
- ERS_LS0003867 - 0003868.
- ERS_LS0003869 - 0003870.
- ERS_LS0003871 - 0003872.
- ERS_LS0003873 - 0003874.
- ERS_LS0003875 - 0003876.
- ERS_LS0003877 - 0003878.
- ERS_LS0003879 - 0003880.
- ERS_LS0003881 - 0003882.
- ERS_LS0003883 - 0003884.
- ERS_LS0003885 - 0003886.
- ERS_LS0003887 - 0003888.
- ERS_LS0003889 - 0003890.
- ERS_LS0003891 - 0003892.
- ERS_LS0003893 - 0003894.
- ERS_LS0003895 - 0003896.
- ERS_LS0003897 - 0003898.
- ERS_LS0003899 - 0003900.
- ERS_LS0003901 - 0003902.
- ERS_LS0003903 - 0003904.
- ERS_LS0003905 - 0003906.
- ERS_LS0003907 - 0003908.
- ERS_LS0003909 - 0003911.
- ERS_LS0003912 - 0003913.
- ERS_LS0003914 - 0003915.
- ERS_LS0003916 - 0003917.
- ERS_LS0003918 - 0003919.
- ERS_LS0003920 - 0003921.
- ERS_LS0003922 - 0003923.
- ERS_LS0003924 - 0003925.
- ERS_LS0003926 - 0003927.

## Exhibit 2. Materials Considered

- ERS_LS0003928 - 0003929.
- ERS_LS0003930 - 0003931.
- ERS_LS0003932 - 0003933.
- ERS_LS0003934 - 0003935.
- ERS_LS0003936 - 0003937.
- ERS_LS0003938 - 0003939.
- ERS_LS0003940 - 0003941.
- ERS_LS0003942 - 0003943.
- ERS_LS0003944 - 0003945.
- ERS_LS0003946 - 0003947.
- ERS_LS0003948 - 0003949.
- ERS_LS0003950 - 0003951.
- ERS_LS0003952 - 0003953.
- ERS_LS0003954 - 0003955.
- ERS_LS0003956 - 0003957.
- ERS_LS0003958 - 0003960.
- ERS_LS0003961 - 0003962.
- ERS_LS0003963 - 0003964.
- ERS_LS0003965 - 0003966.
- ERS_LS0003967 - 0003968.
- ERS_LS0003969 - 0003970.
- ERS_LS0003971 - 0003972.
- ERS_LS0003973 - 0003974.
- ERS_LS0003975 - 0003977.
- ERS_LS0003978 - 0003979.
- ERS_LS0003980 - 0003981.
- ERS_LS0003982 - 0003983.
- ERS_LS0003984 - 0003985.
- ERS_LS0003986 - 0003987.
- ERS_LS0003988 - 0003989.
- ERS_LS0003990 - 0003990.
- ERS_LS0003992 - 0003994.
- ERS_LS0003995 - 0003996.
- ERS_LS0003997 - 0003998.
- ERS_LS0003999 - 0004000.
- ERS_LS0004001 - 0004002.
- ERS_LS0004003 - 0004005.
- ERS_LS0004006 - 0004007.
- ERS_LS0004008 - 0004009.
- ERS_LS0004010 - 0004011.
- ERS_LS0004012 - 0004013.
- ERS_LS0004014 - 0004015.
- ERS_LS0004016 - 0004017.
- ERS_LS0004018 - 0004019.
- ERS_LS0004020 - 0004021.
- ERS_LS0004022 - 0004023.
- ERS_LS0004024 - 0004025.
- ERS_LS0004026 - 0004027.
- ERS_LS0004028 - 0004029.
- ERS_LS0004030 - 0004031.
- ERS_LS0004032 - 0004034.
- ERS_LS0004035 - 0004036.
- ERS_LS0004037 - 0004038.
- ERS_LS0004039 - 0004040.
- ERS_LS0004041 - 0004042.
- ERS_LS0004043 - 0004044.
- ERS_LS0004045 - 0004046.

## Exhibit 2. Materials Considered

- ERS_LS0004047.
- ERS_LS0004048 - 0004049.
- ERS_LS0004050 - 0004051.
- ERS_LS0004052 - 0004053.
- ERS_LS0004054 - 0004055.
- ERS_LS0004056 - 0004057.
- ERS_LS0004058 - 0004059.
- ERS_LS0004060 - 0004061.
- ERS_LS0004062 - 0004063.
- ERS_LS0004064 - 0004065.
- ERS_LS0004066 - 0004067.
- ERS_LS0004068 - 0004069.
- ERS_LS0004070 - 0004071.
- ERS_LS0004072 - 0004073.
- ERS_LS0004074 - 0004075.
- ERS_LS0004076 - 0004077.
- ERS_LS0004078 - 0004079.
- ERS_LS0004080 - 0004081.
- ERS_LS0004082 - 0004083.
- ERS_LS0004084 - 0004085.
- ERS_LS0004086 - 0004087.
- ERS_LS0004088 - 0004089.
- ERS_LS0004090 - 0004091.
- ERS_LS0004092 - 0004093.
- ERS_LS0004094 - 0004096.
- ERS_LS0004097 - 0004098.
- ERS_LS0004099 - 0004100.
- ERS_LS0004101 - 0004102.
- ERS_LS0004103 - 0004104.
- ERS_LS0004105 - 0004106.
- ERS_LS0004107 - 0004108.
- ERS_LS0004109 - 0004110.
- ERS_LS0004111 - 0004112.
- ERS_LS0004113 - 0004114.
- ERS_LS0004115 - 0004116.
- ERS_LS0004117 - 0004118.
- ERS_LS0004119 - 0004120.
- ERS_LS0004121 - 0004123.
- ERS_LS0004124 - 0004125.
- ERS_LS0004126 - 0004127.
- ERS_LS0004128 - 0004129.
- ERS_LS0004130 - 0004131.
- ERS_LS0004132 - 0004133.
- ERS_LS0004134 - 0004135.
- ERS_LS0004136 - 0004137.
- ERS_LS0004138 - 004139.
- ERS_LS0004140 - 0004141.
- ERS_LS0004142 - 0004143.
- ERS_LS0004144 - 0004145.
- ERS_LS0004146 - 0004147.
- ERS_LS0004148 - 0004149.
- ERS_LS0004150 - 0004151.
- ERS_LS0004152 - 0004153.
- ERS_LS0004154 - 0004155.
- ERS_LS0004156 - 0004157.
- ERS_LS0004158 - 0004159.
- ERS_LS0004160 - 0004161.

**Exhibit 2. Materials Considered**

- ERS_LS0004162 - 0004163.
- ERS_LS0004164 - 0004165.
- ERS_LS0004166 - 0004167.
- ERS_LS0004168 - 0004169.
- ERS_LS0004170 - 0004171.
- ERS_LS0004172 - 0004173.
- ERS_LS0004174 - 0004175.
- ERS_LS0004176 - 0004177.
- ERS_LS0004178 - 0004179.
- ERS_LS0004180 - 0004181.
- ERS_LS0004182 - 0004183.
- ERS_LS0004184 - 0004185.
- ERS_LS0004186 - 0004187.
- ERS_LS0004188 - 0004189.
- ERS_LS0004190 - 0004191.
- ERS_LS0004192 - 0004193.
- ERS_LS0004194 - 0004195.
- ERS_LS0004196 - 0004197.
- ERS_LS0004198 - 0004199.
- ERS_LS0004200 - 0004201.
- ERS_LS0004202 - 0004203.
- ERS_LS0004204 - 0004205.
- ERS_LS0004206 - 0004207.
- ERS_LS0004208 - 0004209.
- ERS_LS0004210 - 0004211.
- ERS_LS0004212 - 0004213.
- ERS_LS0004214 - 0004215.
- ERS_LS0004216 - 0004217.
- ERS_LS0004218 - 0004219.
- ERS_LS0004220 - 0004221.
- ERS_LS0004222 - 0004223.
- ERS_LS0004224 - 0004225.
- ERS_LS0004226 - 0004227.
- ERS_LS0004228 - 0004229.
- ERS_LS0004230 - 0004231.
- ERS_LS0004232 - 0004233.
- ERS_LS0004234 - 0004235.
- ERS_LS0004236 - 0004237.
- ERS_LS0004238 - 0004239.
- ERS_LS0004240 - 0004241.
- ERS_LS0004242 - 0004243.
- ERS_LS0004244 - 0004245.
- ERS_LS0004246 - 0004247.
- ERS_LS0004248 - 0004249.
- ERS_LS0004250 - 0004251.
- ERS_LS0004252 - 0004253.
- ERS_LS0004254 - 0004255.
- ERS_LS0004256 - 0004257.
- ERS_LS0004258 - 0004259.
- ERS_LS0004260 - 0004261.
- ERS_LS0004262 - 0004263.
- ERS_LS0004264 - 0004265.
- ERS_LS0004266 - 0004267.
- ERS_LS0004268 - 0004269.
- ERS_LS0004270 - 0004271.
- ERS_LS0004272 - 0004273.
- ERS_LS0004274 - 0004275.

### Exhibit 2. Materials Considered

- ERS_LS0004276 - 0004277.
- ERS_LS0004278 - 0004279.
- ERS_LS0004280 - 0004281.
- ERS_LS0004282 - 0004283.
- ERS_LS0004284 - 0004285.
- ERS_LS0004286 - 0004287.
- ERS_LS0004288 - 0004289.
- ERS_LS0004290 - 0004291.
- ERS_LS0004292 - 0004293.
- ERS_LS0004294 - 0004295.
- ERS_LS0004296 - 0004297.
- ERS_LS0004298 - 0004299.
- ERS_LS0004300 - 0004301.
- ERS_LS0004302 - 0004303.
- ERS_LS0004304 - 0004305.
- ERS_LS0004306 - 0004307.
- ERS_LS0004308 - 0004309.
- ERS_LS0004310 - 0004311.
- ERS_LS0004312 - 0004313.
- ERS_LS0004314 - 0004315.
- ERS_LS0004316 - 0004317.
- ERS_LS0004318 - 0004319.
- ERS_LS0004320 - 0004321.
- ERS_LS0004322 - 0004323.
- ERS_LS0004324 - 0004325.
- ERS_LS0004326 - 0004327.
- ERS_LS0004328 - 0004329.
- ERS_LS0004330 - 0004331.
- ERS_LS0004332 - 0004333.
- ERS_LS0004334 - 0004335.
- ERS_LS0004336 - 0004337.
- ERS_LS0004337 - 0004338.
- ERS_LS0004339 - 0004340.
- ERS_LS0004341 - 0004342.
- ERS_LS0004343 - 0004344.
- ERS_LS0004345 - 0004346.
- ERS_LS0004347 - 0004348.
- ERS_LS0004349 - 0004350.
- ERS_LS0004351 - 0004352.
- ERS_LS0004353 - 0004354.
- ERS_LS0004355 - 0004356.
- ERS_LS0004357 - 0004358.
- ERS_LS0004359 - 0004360.
- ERS_LS0004361 - 0004362.
- ERS_LS0004363 - 0004364.
- ERS_LS0004365 - 0004366.
- ERS_LS0004367 - 0004368.
- ERS_LS0004369 - 0004370.
- ERS_LS0004371 - 0004372.
- ERS_LS0004373 - 0004374.
- ERS_LS0004375 - 0004376.
- ERS_LS0004377 - 0004378.
- ERS_LS0004379 - 0004380.
- ERS_LS0004381 - 0004382.
- ERS_LS0004383 - 0004384.
- ERS_LS0004385 - 0004386.
- ERS_LS0004387 - 0004388.

## Exhibit 2. Materials Considered

- ERS_LS0004389 - 0004390.
- ERS_LS0004391 - 0004392.
- ERS_LS0004393 - 0004394.
- ERS_LS0004395 - 0004396.
- ERS_LS0004397 - 0004398.
- ERS_LS0004399 - 0004400.
- ERS_LS0004400 - 0004401.
- ERS_LS0004402 - 0004403.
- ERS_LS0004404 - 0004405.
- ERS_LS0004406 - 0004407.
- ERS_LS0004408 - 0004409.
- ERS_LS0004410 - 0004411.
- ERS_LS0004412 - 0004413.
- ERS_LS0004414 - 0004415.
- ERS_LS0004416 - 0004417.
- ERS_LS0004418 - 0004419.
- ERS_LS0004420 - 0004421.
- ERS_LS0004422 - 0004423.
- ERS_LS0004424 - 0004425.
- ERS_LS0004426 - 0004427.
- ERS_LS0004428 - 0004429.
- ERS_LS0004430 - 0004431.
- ERS_LS0004432 - 0004433.
- ERS_LS0004434 - 0004435.
- ERS_LS0004436 - 0004437.
- ERS_LS0004438 - 0004439.
- ERS_LS0004440 - 0004441.
- ERS_LS0004442 - 0004443.
- ERS_LS0004444 - 0004445.
- ERS_LS0004446 - 0004447.
- ERS_LS0004448 - 0004449.
- ERS_LS0004450 - 0004451.
- ERS_LS0004452 - 0004453.
- ERS_LS0004454 - 0004455.
- ERS_LS0004456.
- ERS_LS0004457 - 0004458.
- ERS_LS0004459 - 0004460.
- ERS_LS0004461 - 0004462.
- ERS_LS0004463 - 0004464.
- ERS_LS0004465 - 0004466.
- ERS_LS0004467 - 0004468.
- ERS_LS0004469 - 0004470.
- ERS_LS0004471 - 0004472.
- ERS_LS0004473 - 0004474.
- ERS_LS0004475 - 0004476.
- ERS_LS0004477 - 0004478.
- ERS_LS0004479 - 0004480.
- ERS_LS0004481 - 0004482.
- ERS_LS0004483 - 0004484.
- ERS_LS0004485 - 0004486.
- ERS_LS0004487 - 0004488.
- ERS_LS0004489 - 0004490.
- ERS_LS0004491 - 0004492.
- ERS_LS0004493 - 0004494.
- ERS_LS0004495 - 0004496.
- ERS_LS0004497 - 0004498.
- ERS_LS0004499 - 0004500.

**Exhibit 2. Materials Considered**

- ERS_LS0004501  - 0004502.
- ERS_LS0004503  - 0004504.
- ERS_LS0004505  - 0004506.
- ERS_LS0004507  - 0004508.
- ERS_LS0004509  - 0004510.
- ERS_LS0004511  - 0004512.
- ERS_LS0004513  - 0004514.
- ERS_LS0004515  - 0004516.
- ERS_LS0004517  - 0004518.
- ERS_LS0004518  - 0004519.
- ERS_LS0004520  - 0004521.
- ERS_LS0004522  - 0004523.
- ERS_LS0004524  - 0004525.
- ERS_LS0004526  - 0004527.
- ERS_LS0004528  - 0004529.
- ERS_LS0004530  - 0004531.
- ERS_LS0004532  - 0004533.
- ERS_LS0004534  - 0004535.
- ERS_LS0004536  - 0004537.
- ERS_LS0004538  - 0004539.
- ERS_LS0004540  - 0004541.
- ERS_LS0004542  - 0004543.
- ERS_LS0004544  - 0004545.
- ERS_LS0004546  - 0004547.
- ERS_LS0004548  - 0004549.
- ERS_LS0004550  - 0004551.
- ERS_LS0004552  - 0004553.
- ERS_LS0004554  - 0004555.
- ERS_LS0004556  - 0004557.
- ERS_LS0004558  - 0004559.
- ERS_LS0004560  - 0004561.
- ERS_LS0004562  - 0004563.
- ERS_LS0004564  - 0004565.
- ERS_LS0004566  - 0004567.
- ERS_LS0004568  - 0004569.
- ERS_LS0004570  - 0004571.
- ERS_LS0004572  - 0004573.
- ERS_LS0004574  - 0004575.
- ERS_LS0004576  - 0004577.
- ERS_LS0004578  - 0004579.
- ERS_LS0004579  - 0004580.
- ERS_LS0004581  - 0004582.
- ERS_LS0004583  - 0004584.
- ERS_LS0004585  - 0004586.
- ERS_LS0004587  - 0004588.
- ERS_LS0004589  - 0004590.
- ERS_LS0004591  - 0004592.
- ERS_LS0004593  - 0004594.
- ERS_LS0004595.
- ERS_LS0004596  - 0004597.
- ERS_LS0004598  - 0004599.
- ERS_LS0004600  - 0004601.
- ERS_LS0004602  - 0004605.
- ERS_LS0004606  - 0004606.
- ERS_LS0004607  - 0004608.
- ERS_LS0004609  - 0004612.
- ERS_LS0004613  - 0004613.

**Exhibit 2. Materials Considered**

- ERS_LS0004614 - 0004617.
- ERS_LS0004618 - 0004619.
- ERS_LS0004619 - 0004620.
- ERS_LS0004621 - 0004622.
- ERS_LS0004623.
- ERS_LS0004624 - 0004625.
- ERS_LS0004626 - 0004627.
- ERS_LS0004628 - 0004629.
- ERS_LS0004630 - 0004631.
- ERS_LS0004632 - 0004633.
- ERS_LS0004634 - 0004635.
- ERS_LS0004636 - 0004637.
- ERS_LS0004638 - 0004639.
- ERS_LS0004640 - 0004641.
- ERS_LS0004642 - 0004643.
- ERS_LS0004644 - 0004645.
- ERS_LS0004646 - 0004649.
- ERS_LS0004650 - 0004651.
- ERS_LS0004652 - 0004653.
- ERS_LS0004654 - 0004655.
- ERS_LS0004656 - 0004657.
- ERS_LS0004658 - 0004659.
- ERS_LS0004659 - 0004660.
- ERS_LS0004661 - 0004662.
- ERS_LS0004663.
- ERS_LS0004664 - 0004665.
- ERS_LS0004666 - 0004667.
- ERS_LS0004668 - 0004671.
- ERS_LS0004672 - 0004674.
- ERS_LS0004675.
- ERS_LS0004676 - 0004679.
- ERS_LS0004680 - 0004681.
- ERS_LS0004682.
- ERS_LS0004683 - 0004685.
- ERS_LS0004686.
- ERS_LS0004687 - 0004690.
- ERS_LS0004691 - 0004692.
- ERS_LS0004693 - 0004694.
- ERS_LS0004695 - 0004698.
- ERS_LS0004699 - 0004700.
- ERS_LS0004701 - 0004702.
- ERS_LS0004703 - 0004704.
- ERS_LS0004705 - 0004706.
- ERS_LS0004707 - 0004708.
- ERS_LS0004709 - 0004710.
- ERS_LS0004711 - 0004712.
- ERS_LS0004713 - 0004714.
- ERS_LS0004715 - 0004716.
- ERS_LS0004717.
- ERS_LS0004718 - 0004723.
- ERS_LS0004724 - 0004725.
- ERS_LS0004726 - 0004727.
- ERS_LS0004728 - 0004731.
- ERS_LS0004732 - 0004733.
- ERS_LS0004734 - 0004735.
- ERS_LS0004736 - 0004739.
- ERS_LS0004740 - 0004741.

**Exhibit 2. Materials Considered**

- ERS_LS0004742.
- ERS_LS0004743 - 0004744.
- ERS_LS0004745 - 0004746.
- ERS_LS0004747 - 0004750.
- ERS_LS0004751 - 0004754.
- ERS_LS0004755.
- ERS_LS0004756 - 0004759.
- ERS_LS0004760 - 0004761.
- ERS_LS0004762.
- ERS_LS0004763 - 0004765.
- ERS_LS0004766.
- ERS_LS0004767 - 0004770.
- ERS_LS0004771 - 0004772.
- ERS_LS0004773.
- ERS_LS0004774 - 0004777.
- ERS_LS0004778 - 0004779.
- ERS_LS0004780 - 0004781.
- ERS_LS0004782 - 0004783.
- ERS_LS0004784 - 0004785.
- ERS_LS0004786 - 0004787.
- ERS_LS0004788 - 0004789.
- ERS_LS0004790 - 0004791.
- ERS_LS0004792 - 0004793.
- ERS_LS0004794 - 0004795.
- ERS_LS0004796.
- ERS_LS0004797 - 0004802.
- ERS_LS0004803 - 0004804.
- ERS_LS0004805 - 0004806.
- ERS_LS0004807 - 0004810.
- ERS_LS0004811 - 0004812.
- ERS_LS0004813.
- ERS_LS0004814 - 0004818.
- ERS_LS0004818 - 0004820.
- ERS_LS0004821.
- ERS_LS0004822.
- ERS_LS0004823 - 0004824.
- ERS_LS0004825.
- ERS_LS0004826 - 0004827.
- ERS_LS0004828 - 0004830.
- ERS_LS0004831.
- ERS_LS0004832 - 0004833.
- ERS_LS0004834 - 0004835.
- ERS_LS0004836.
- ERS_LS0004837 - 0004838.
- ERS_LS0004839 - 0004839.
- ERS_LS0004840 - 0004841.
- ERS_LS0004842 - 0004843.
- ERS_LS0004844.
- ERS_LS0004845 - 0004846.
- ERS_LS0004847 - 0004850.
- ERS_LS0004851 - 0004852.
- ERS_LS0004853.
- ERS_LS0004854 - 0004855.
- ERS_LS0004856.
- ERS_LS0004857 - 0004860.
- ERS_LS0004861 - 0004862.
- ERS_LS0004863 - 0004864.

## Exhibit 2. Materials Considered

- ERS_LS0004865 - 0004866.
- ERS_LS0004867.
- ERS_LS0004868 - 0004871.
- ERS_LS0004872 - 0004873.
- ERS_LS0004874 - 0004874.
- ERS_LS0004875 - 0004876.
- ERS_LS0004877 - 0004878.
- ERS_LS0004879 - 0004880.
- ERS_LS0004880 - 0004881.
- ERS_LS0004882 - 0004885.
- ERS_LS0004886 - 0004887.
- ERS_LS0004888 - 0004891.
- ERS_LS0004892 - 0004893.
- ERS_LS0004894 - 0004897.
- ERS_LS0004898 - 0004901.
- ERS_LS0004902 - 0004903.
- ERS_LS0004904 - 0004907.
- ERS_LS0004908 - 0004911.
- ERS_LS0004912 - 0004913.
- ERS_LS0004914 - 0004917.
- ERS_LS0004918 - 0004919.
- ERS_LS0004920 - 0004923.
- ERS_LS0004924 - 0004925.
- ERS_LS0004926 - 0004927.
- ERS_LS0004928 - 0004931.
- ERS_LS0004932 - 0004933.
- ERS_LS0004934 - 0004937.
- ERS_LS0004938 - 0004939.
- ERS_LS0004940 - 0004943.
- ERS_LS0004944 - 0004945.
- ERS_LS0004946 - 0004947.
- ERS_LS0004948 - 0004949.
- ERS_LS0004950 - 0004951.
- ERS_LS0004952 - 0004955.
- ERS_LS0004956 - 0004957.
- ERS_LS0004958 - 0004965.
- ERS_LS0004966 - 0004969.
- ERS_LS0004970 - 0004971.
- ERS_LS0004972 - 0004975.
- ERS_LS0004976 - 0004979.
- ERS_LS0004980 - 0004981.
- ERS_LS0004982 - 0004985.
- ERS_LS0004986 - 0004987.
- ERS_LS0004988 - 0004989.
- ERS_LS0004990 - 0004991.
- ERS_LS0004992 - 0004993.
- ERS_LS0004994 - 0004995.
- ERS_LS0004996 - 0004997.
- ERS_LS0004998 - 0004999.
- ERS_LS0005000 - 0005001.
- ERS_LS0005002 - 0005003.
- ERS_LS0005004 - 0005005.
- ERS_LS0005006 - 0005007.
- ERS_LS0005008 - 0005009.
- ERS_LS0005010 - 0005011.
- ERS_LS0005012 - 0005013.
- ERS_LS0005014 - 0005015.

### Exhibit 2. Materials Considered

- ERS_LS0005016 - 0005017.
- ERS_LS0005018 - 0005019.
- ERS_LS0005020 - 0005021.
- ERS_LS0005022 - 0005023.
- ERS_LS0005024 - 0005025.
- ERS_LS0005026 - 0005027.
- ERS_LS0005028 - 0005029.
- ERS_LS0005030 - 0005031.
- ERS_LS0005032 - 0005033.
- ERS_LS0005034 - 0005035.
- ERS_LS0005036 - 0005037.
- ERS_LS0005038 - 0005039.
- ERS_LS0005040 - 0005041.
- ERS_LS0005042 - 0005043.
- ERS_LS0005044 - 0005045.
- ERS_LS0005046 - 0005047.
- ERS_LS0005048 - 0005049.
- ERS_LS0005050 - 0005051.
- ERS_LS0005052.
- ERS_LS0005053 - 0005055.
- ERS_LS0005056 - 0005065.
- ERS_LS0005066 - 0005067.
- ERS_LS0005068 - 0005104.
- ERS_LS0005105 - 0005118.
- ERS_LS0005119 - 0005166.
- ERS_LS0005167 - 0005203.
- ERS_LS0005204 - 0005281.
- ERS_LS0005282 - 0005283.
- ERS_LS0005284 - 0005325.
- ERS_LS0005326 - 0005397.
- ERS_LS0005398 - 0005453.
- ERS_LS0005454 - 0005497.
- ERS_LS0005498 - 0005507.
- ERS_LS0005508 - 0005509.
- ERS_LS0005510 - 0005513.
- ERS_LS0005514 - 0005555.
- ERS_LS0005556.
- ERS_LS0005557.
- ERS_LS0005558 - 0005625.
- ERS_LS0005626 - 0005627.
- ERS_LS0005628 - 0005699.
- ERS_LS0005700 - 0005776.
- ERS_LS0005777 - 0005853.
- ERS_LS0005854 - 0005922.
- ERS_LS0005923 - 0005990.
- ERS_LS0005991 - 0006062.
- ERS_LS0006063 - 0006066.
- ERS_LS0006067 - 0006070.
- ERS_LS0006071 - 0006110.
- ERS_LS0006111 - 0006182.
- ERS_LS0006183 - 0006230.
- ERS_LS0006231.
- ERS_LS0006232 - 0006234.
- ERS_LS0006235 - 0006236.
- ERS_LS0006237 - 0006241.
- ERS_LS0006242.
- ERS_LS0006243.

## Exhibit 2. Materials Considered

- ERS_LS0006244 - 0006258.
- ERS_LS0006259.
- ERS_LS0006260.
- ERS_LS0006261.
- ERS_LS0006262 - 0006338.
- ERS_LS0006339 - 0003640.
- ERS_LS0006341 - 0006342.
- ERS_LS0006343 - 0006344.
- ERS_LS0006345 - 0006384.
- ERS_LS0006385 - 0006424.
- ERS_LS0006425 - 0006426.
- ERS_LS0006427.
- ERS_LS0006428.
- ERS_LS0006429 - 0006496.
- ERS_LS0006497 - 0006506.
- ERS_LS0006507 - 0006550.
- ERS_LS0006551 - 0006606.
- ERS_LS0006607 - 0006610.
- ERS_LS0006611 - 0006614.
- ERS_LS0006615 - 0006654.
- ERS_LS0006655 - 0006702.
- ERS_LS0006703 - 0006750.
- ERS_LS0006751 - 0006790.
- ERS_LS0006791 - 0006838.
- ERS_LS0006839 - 0006842.
- ERS_LS0006843 - 0006852.
- ERS_LS0006853 - 0006908.
- ERS_LS0006909 - 0006952.
- ERS_LS0006953 - 0007000.
- ERS_LS0007001 - 0007122.
- ERS_LS0007123 - 0007126.
- ERS_LS0007127 - 0007170.
- ERS_LS0007171 - 0007180.
- ERS_LS0007181 - 0007236.
- ERS_LS0007237 - 0007240.
- ERS_LS0007241 - 0007257.
- ERS_LS0007258 - 0007261.
- ERS_LS0007262 - 0007305.
- ERS_LS0007306 - 0007361.
- ERS_LS0007362 - 0007371.
- ERS_LS0007372 - 0007377.
- ERS_LS0007378 - 0007426.
- ERS_LS0007427 - 0007484.
- ERS_LS0007485 - 0007488.
- ERS_LS0007489 - 0007498.
- ERS_LS0007499 - 0007542.
- ERS_LS0007543 - 0007598.
- ERS_LS0007599 - 0007600.
- ERS_LS0007601 - 0007603.
- ERS_LS0007604 - 0007606.
- ERS_LS0007607 - 0007664.
- ERS_LS0007665 - 0007713.
- ERS_LS0007714 - 0007786.
- ERS_LS0007787 - 0007827.
- ERS_LS0007828 - 0007868.
- ERS_LS0007869 - 0007941.
- ERS_LS0007942 - 0007982.

## Exhibit 2. Materials Considered

- ERS_LS0007983 - 0008055.
- ERS_LS0008056 - 0008057.
- ERS_LS0008058 - 0008059.
- ERS_LS0008060 - 0008061.
- ERS_LS0008062 - 0008119.
- ERS_LS0008120 - 0008168.
- ERS_LS0008169 - 0008172.
- ERS_LS0008173 - 0008176.
- ERS_LS0008177.
- ERS_LS0008178 - 0008184.
- ERS_LS0008185 - 0008190.
- ERS_LS0008191 - 0008197.
- ERS_LS0008198 - 0008202.
- ERS_LS0008203 - 0008208.
- ERS_LS0008209 - 0008214.
- ERS_LS0008215 - 0008220.
- ERS_LS0008221 - 0008227.
- ERS_LS0008228 - 0008232.
- ERS_LS0008233 - 0008238.
- ERS_LS0008239 - 0008243.
- ERS_LS0008244 - 0008248.
- ERS_LS0008249 - 0008252.
- ERS_LS0008253 - 0008255.
- ERS_LS0008256 - 0008258.
- ERS_LS0008259 - 0008262.
- ERS_LS0008263.
- ERS_LS0008264 - 0008267.
- ERS_LS0008268 - 0008270.
- ERS_LS0008271 - 0008274.
- ERS_LS0008275.
- ERS_LS0008276.
- ERS_LS0008277.
- ERS_LS0008278.
- ERS_LS0008279.
- ERS_LS0008280.
- ERS_LS0008281 - 0008322.
- ERS_LS0008323 - 0008325.
- ERS_LS0008326 - 0008329.
- ERS_LS0008330 - 0008331.
- ERS_LS0008332 - 0008334.
- ERS_LS0008335.
- ERS_LS0008336 - 0008340.
- ERS_LS0008341.
- ERS_LS0008342.
- ERS_LS0008343 - 0008346.
- ERS_LS0008347.
- ERS_LS0008348.
- ERS_LS0008349 - 0008352.
- ERS_LS0008353 - 0008356.
- ERS_LS0008357 - 0008405.
- ERS_LS0008406 - 0008463.
- ERS_LS0008464.
- ERS_LS0008465 - 0008467.
- ERS_LS0008468 - 0008525.
- ERS_LS0008526 - 0008574.
- ERS_LS0008575 - 0008578.
- ERS_LS0008579 - 0008584.

**Exhibit 2. Materials Considered**

- ERS_LS0008585 - 0008587.
- ERS_LS0008588 - 0008592.
- ERS_LS0008593 - 0008597.
- ERS_LS0008598 - 0008602.
- ERS_LS0008603 - 0008607.
- ERS_LS0008608 - 0008655.
- ERS_LS0008656 - 0008660.
- ERS_LS0008661 - 0008664.
- ERS_LS0008665 - 0008712.
- ERS_LS0008713 - 0008722.
- ERS_LS0008723 - 0008770.
- ERS_LS0008771 - 0008818.
- ERS_LS0008819.
- ERS_LS0008820 - 0008821.
- ERS_LS0008822.
- ERS_LS0008823 - 0008832.
- ERS_LS0008833 - 0008835.
- ERS_LS0008836 - 0008838.
- ERS_LS0008839 - 0008848.
- ERS_LS0008849 - 0008851.
- ERS_LS0008852 - 0008861.
- ERS_LS0008862 - 0008871.
- ERS_LS0008872 - 0008874.
- ERS_LS0008875 - 0008884.
- ERS_LS0008885 - 0008887.
- ERS_LS0008888 - 0008890.
- ERS_LS0008891 - 0008900.
- ERS_LS0008901 - 0008903.
- ERS_LS0008904 - 0008913.
- ERS_LS0008914 - 0008922.
- ERS_LS0008923 - 0008932.
- ERS_LS0008933 - 0008942.
- ERS_LS0008943 - 0008952.
- ERS_LS0008953 - 0008955.
- ERS_LS0008956 - 0008965.
- ERS_LS0008966 - 0008975.
- ERS_LS0008976 - 0008985.
- ERS_LS0008986 - 0008988.
- ERS_LS0008989 - 0008997.
- ERS_LS0008998 - 0009007.
- ERS_LS0009008 - 0009015.
- ERS_LS0009016 - 0009023.
- ERS_LS0009024 - 0009030.
- ERS_LS0009031 - 0009037.
- ERS_LS0009038 - 0009042.
- ERS_LS0009043 - 0009049.
- ERS_LS0009050 - 0009055.
- ERS_LS0009056 - 0009064.
- ERS_LS0009065 - 0009073.
- ERS_LS0009074 - 0009081.
- ERS_LS0009082 - 0009090.
- ERS_LS0009091 - 0009099.
- ERS_LS0009100 - 0009108.
- ERS_LS0009109.
- ERS_LS0009110 - 0009112.
- ERS_LS0009113 - 0009122.
- ERS_LS0009123 - 0009125.

**Exhibit 2. Materials Considered**

- ERS_LS0009126 - 0009135.
- ERS_LS0009136.
- ERS_LS0009137  - 0009142.
- ERS_LS0009143  - 0009148.
- ERS_LS0009149  - 0009154.
- ERS_LS0009155  - 0009159.
- ERS_LS0009160  - 0009164.
- ERS_LS0009165  - 0009168.
- ERS_LS0009169  - 0009170.
- ERS_LS0009171  - 0009174.
- ERS_LS0009175.
- ERS_LS0009176 - 0009212.
- ERS_LS0009213.
- ERS_LS0009214  - 0009261.
- ERS_LS0009262  - 0009271.
- ERS_LS0009272  - 0009281.
- ERS_LS0009282  - 0009283.
- ERS_LS0009284  - 0009298.
- ERS_LS0009299  - 0009300.
- ERS_LS0009301  - 0009302.
- ERS_LS0009303  - 0009317.
- ERS_LS0009318  - 0009319.
- ERS_LS0009320  - 0009324.
- ERS_LS0009325  - 0009334.
- ERS_LS0009335  - 0009348.
- ERS_LS0009349.
- ERS_LS0009350  - 0009351.
- ERS_LS0009352  - 0009353.
- ERS_LS0009354  - 0009355.
- ERS_LS0009356  - 0009358.
- ERS_LS0009359  - 0009360.
- ERS_LS0009361  - 0009362.
- ERS_LS0009363  - 0009365.
- ERS_LS0009366.
- ERS-AAFAF_LS0000001  - 0000048.
- ERS-AAFAF_LS0000049  - 0000052.
- ERS-AAFAF_LS0000053  - 0000056.
- ERS-AAFAF_LS0000057  - 0000059.
- ERS-AAFAF_LS0000060  - 0000062.
- ERS-AAFAF_LS0000063  - 0000078.
- ERS-AAFAF_LS0000079  - 0000080.
- ERS-AAFAF_LS0000081  - 0000083.
- ERS-AAFAF_LS0000083.
- ERS-AAFAF_LS0000084.
- ERS-AAFAF_LS0000085  - 0000156.
- ERS-AAFAF_LS0000157  - 0000220.
- ERS-AAFAF_LS0000221  - 0000262.
- ERS-AAFAF_LS0000263  - 0000339.
- ERS-AAFAF_LS0000340.
- ERS-AAFAF_LS0000341.
- ERS-AAFAF_LS0000342.
- ERS-AAFAF_LS0000343  - 0000475.
- ERS-AAFAF_LS0000476  - 0000775.
- ERS-AAFAF_LS0000776  - 0001138.
- ERS-AAFAF_LS0001139.
- ERS-AAFAF_LS0001140 - 0001146.
- ERS-AAFAF_LS0001147.

## Exhibit 2. Materials Considered

- ERS-AAFAF_LS0001148 - 0001277.
- ERS-AAFAF_LS0001278.
- ERS-AAFAF_LS0001279.
- ERS-AAFAF_LS0001280.
- ERS-AAFAF_LS0001281.
- ERS-AAFAF_LS0001284.
- ERS-AAFAF_LS0001308 - 0001309.
- ERS-AAFAF_LS0001310 - 0001311.
- ERS-AAFAF_LS0001312 - 0001315.
- ERS-AAFAF_LS0001316 - 0001319.
- ERS-AAFAF_LS0001320.
- ERS-AAFAF_LS0001321 - 0001326.
- ERS-AAFAF_LS0001327 - 0001332.
- ERS-AAFAF_LS0001333 - 0001375.
- ERS-AAFAF_LS0001376 - 0001420.
- ERS-AAFAF_LS0001421 - 0001464.
- ERS-AAFAF_LS0001465 - 0001505.
- ERS-AAFAF_LS0001506 - 0001507.
- ERS-AAFAF_LS0001508 - 0001513.
- ERS-AAFAF_LS0001514 - 0001519.
- ERS-AAFAF_LS0001520 - 0001521.
- ERS-AAFAF_LS0001522.
- ERS-AAFAF_LS0001523 - 0001524.
- ERS-AAFAF_LS0001525 - 0001526.
- ERS-AAFAF_LS0001527 - 0001528.
- ERS-AAFAF_LS0001529 - 0001530.
- ERS-AAFAF_LS0001531.
- ERS-AAFAF_LS0001532.
- ERS-AAFAF_LS0001533.
- ERS-AAFAF_LS0001534 - 0001535.
- ERS-AAFAF_LS0001536 - 0001538.
- ERS-AAFAF_LS0001539 - 0001541.
- ERS-AAFAF_LS0001542 - 0001543.
- ERS-AAFAF_LS0001544 - 0001546.
- ERS-AAFAF_LS0001547.
- ERS-AAFAF_LS0001548 - 0001549.
- ERS-AAFAF_LS0001550 - 0001551.
- ERS-AAFAF_LS0001552.
- ERS-AAFAF_LS0001553 - 0001554.
- ERS-AAFAF_LS0001555 - 0001557.
- ERS-AAFAF_LS0001558 - 0001566.
- ERS-AAFAF_LS0001567 - 0001575.
- ERS-AAFAF_LS0001576 - 0001577.
- ERS-AAFAF_LS0001578 - 0001579.
- ERS-AAFAF_LS0001580 - 0001588.
- ERS-AAFAF_LS0001589 - 0001592.
- ERS-AAFAF_LS0001593 - 0001624.
- ERS-AAFAF_LS0001625 - 0001656.
- ERS-AAFAF_LS0001657 - 0001686.
- ERS-AAFAF_LS0001687 - 0001693.
- ERS-AAFAF_LS0001694 - 0001697.
- ERS-AAFAF_LS0001698 - 0001700.
- ERS-AAFAF_LS0001701.
- ERS-AAFAF_LS0001702.
- ERS-AAFAF_LS0001703.
- ERS-AAFAF_LS0001704.
- ERS-AAFAF_LS0001705 - 0001706.

**Exhibit 2. Materials Considered**

- ERS-AAFAF_LS0001707 - 0001790.
- ERS-AAFAF_LS0001791 - 0001871.
- ERS-AAFAF_LS0001872 - 0001952.
- ERS-AAFAF_LS0001953 - 0001984.
- ERS-AAFAF_LS0001985 - 0001987.
- ERS-AAFAF_LS0001988.
- ERS-AAFAF_LS0001989 - 0001991.
- ERS-AAFAF_LS0001992 - 0001994.
- ERS-AAFAF_LS0001995 - 0001996.
- ERS-AFAF_LS0001147.
- ERS-CW_LS0000001.
- ERS-CW_LS0000002.
- ERS-CW_LS0000003.
- ERS-CW_LS0000004 - 000025.
- ERS-CW_LS0000026 - 000028.
- ERS-CW_LS0000029 - 000031.
- ERS-CW_LS0000032 - 000037.
- ERS-CW_LS0000038 - 000047.
- ERS-CW_LS0000048 - 000055.
- ERS-CW_LS0000056 - 000064.
- ERS-CW_LS0000065 - 000071.
- ERS-CW_LS0000072.
- ERS-CW_LS0000073 - 000076.
- ERS-CW_LS0000077 - 0000125.
- ERS-CW_LS0000126 - 0000183.
- ERS-CW_LS0000184 - 0000187.
- ERS-CW_LS0000188.
- ERS-CW_LS0000189.
- ERS-CW_LS0000190 - 0000231.
- ERS-CW_LS0000232 - 0000242.
- ERS-CW_LS0000243 - 0000251.
- ERS-CW_LS0000252 - 0000259.
- ERS-CW_LS0000260 - 0000265.
- ERS-CW_LS0000266 - 0000269.
- ERS-CW_LS0000270 - 0000278.
- ERS-CW_LS0000279.
- ERS-CW_LS0000280 - 0000289.
- ERS-CW_LS0000290 - 0000293.
- ERS-CW_LS0000294 - 0000295.
- ERS-CW_LS0000296.
- ERS-CW_LS0000297 - 0000299.
- ERS-CW_LS0000300.
- ERS-CW_LS0000301 - 0000303.
- ERS-CW_LS0000304.
- ERS-CW_LS0000305 - 0000308.
- ERS-CW_LS0000309 - 0000313.
- ERS-CW_LS0000314 - 0000316.
- ERS-CW_LS0000317 - 0000320.
- ERS-CW_LS0000321.
- ERS-CW_LS0000322.
- ERS-CW_LS0000323.
- ERS-CW_LS0000324.
- ERS-CW_LS0000325.
- ERS-CW_LS0000326.
- ERS-CW_LS0000327.
- ERS-CW_LS0000328 - 0000330.
- ERS-CW_LS0000331 - 0000332.

**Exhibit 2. Materials Considered**

- ERS-CW_LS0000333.
- ERS-CW_LS0000334 - 0000338.
- ERS-CW_LS0000339 - 0000340.
- ERS-CW_LS0000341 - 0000343.
- ERS-CW_LS0000344 - 0000345.
- ERS-CW_LS0000346 - 0000349.
- ERS-CW_LS0000350 - 0000353.
- ERS-CW_LS0000354 - 0000357.
- ERS-CW_LS0000358.
- ERS-CW_LS0000359 - 0000368.
- ERS-CW_LS0000369 - 0000375.
- ERS-CW_LS0000376 - 0000378.
- ERS-CW_LS0000379 - 0000383.
- ERS-CW_LS0000384.
- ERS-CW_LS0000385.
- ERS-CW_LS0000386 - 0000387.
- ERS-CW_LS0000388 - 0000392.
- ERS-CW_LS0000393.
- ERS-CW_LS0000394 - 0000395.
- ERS-CW_LS0000396.
- ERS-CW_LS0000397.
- ERS-CW_LS0000398.
- ERS-CW_LS0000399 - 0000419.
- ERS-CW_LS0000420 - 0000428.
- ERS-CW_LS0000429 - 0000433.
- ERS-CW_LS0000434 - 0000437.
- ERS-CW_LS0000438 - 0000440.
- ERS-CW_LS0000441 - 0000444.
- ERS-CW_LS0000445 - 0000448.
- ERS-CW_LS0000449.
- FOMB_ERS_00000001.
- FOMB_ERS_00000002 - 00000047.
- FOMB_ERS_00000048.
- FOMB_ERS_00000049 - 00000094.
- FOMB_ERS_00000095.
- FOMB_ERS_00000096 - 00000141.
- FOMB_ERS_00000142.
- FOMB_ERS_00000143 - 00000188.
- FOMB_ERS_00000189 - 00000190.
- FOMB_ERS_00000191 - 00000236.
- FOMB_ERS_00000237 - 00000238.
- FOMB_ERS_00000239.
- FOMB_ERS_00000285.
- FOMB_ERS_00000286 - 00000458.
- FOMB_ERS_00000459 - 00000460.
- FOMB_ERS_00000461 - 00000558.
- FOMB_ERS_00000559.
- FOMB_ERS_00000560 - 00000628.
- FOMB_ERS_00000629.
- FOMB_ERS_00000630 - 00000645.
- FOMB_ERS_00000646.
- FOMB_ERS_00000647 - 00000654.
- FOMB_ERS_00000655.
- FOMB_ERS_00000656 - 00000712.
- FOMB_ERS_00000713.
- FOMB_ERS_00000714.
- FOMB_ERS_00000715 - 00000760.

## Exhibit 2. Materials Considered

- FOMB_ERS_00000761.
- FOMB_ERS_00000762.
- FOMB_ERS_00000763  - 00000876.
- FOMB_ERS_00000877  - 00000899.
- FOMB_ERS_00000900  - 00000932.
- FOMB_ERS_00000933  - 00000949.
- FOMB_ERS_00000950  - 00000953.
- FOMB_ERS_00000954  - 00000999.
- FOMB_ERS_00001000.
- FOMB_ERS_00001001 - 00001003.
- FOMB_ERS_00001004.
- FOMB_ERS_00001005.
- FOMB_ERS_00001006.
- FOMB_ERS_00001007.
- FOMB_ERS_00001008.
- FOMB_ERS_00001009.
- FOMB_ERS_00001010.
- FOMB_ERS_00001011  - 00001015.
- FOMB_ERS_00001016  - 00001030.
- FOMB_ERS_00001031  - 00001084.
- FOMB_ERS_00001086  - 00001219.
- FOMB_ERS_00001220.
- FOMB_ERS_00001221.
- FOMB_ERS_00001222.
- FOMB_ERS_00001223  - 00001238.
- FOMB_ERS_00001239  - 00001263.
- FOMB_ERS_00001264  - 00001289.
- FOMB_ERS_00001290  - 00001315.
- FOMB_ERS_00001325.
- FOMB_ERS_00001326.
- FOMB_ERS_00001327.
- FOMB_ERS_00001328.
- FOMB_ERS_00001329.
- FOMB_ERS_00001330.
- FOMB_ERS_00001331.
- FOMB_ERS_00001332.
- FOMB_ERS_00001333.
- FOMB_ERS_00001334.
- FOMB_ERS_00001335.
- FOMB_ERS_00001336.
- FOMB_ERS_00001337  - 00001376.
- FOMB_ERS_00001377  - 00001415.
- FOMB_ERS_00001416.
- FOMB_ERS_00001417  - 00001432.
- FOMB_ERS_00001433  - 00001469.
- FOMB_ERS_00001470  - 00001506.
- FOMB_ERS_00001525.
- FOMB_ERS_00001526.
- FOMB_ERS_00001527.
- FOMB_ERS_00001528.
- FOMB_ERS_00001529.
- FOMB_ERS_00001530.
- FOMB_ERS_00001531.
- FOMB_ERS_00001532.
- FOMB_ERS_00001533.
- FOMB_ERS_00001534.
- FOMB_ERS_00001535.

**Exhibit 2. Materials Considered**

- FOMB_ERS_00001536.
- FOMB_ERS_00001537.
- FOMB_ERS_00001538.
- FOMB_ERS_00001539.
- FOMB_ERS_00001540.
- FOMB_ERS_00001541.
- FOMB_ERS_00001542.
- FOMB_ERS_00001543.
- FOMB_ERS_00001544.
- FOMB_ERS_00001545.
- FOMB_ERS_00001546  - 00001547.
- FOMB_ERS_00001548  - 00001585.
- FOMB_ERS_00001586  - 00001633.
- FOMB_ERS_00001634  - 00001682.
- FOMB_ERS_00001683  - 00001719.
- FOMB_ERS_00001720  - 00001722.
- FOMB_ERS_00001723  - 00001726.
- FOMB_ERS_00001727  - 00001735.
- FOMB_ERS_00001736.
- FOMB_ERS_00001737  - 00001752.
- FOMB_ERS_00001753  - 00001789.
- FOMB_ERS_00001790  - 00001826.
- FOMB_ERS_00001845.
- FOMB_ERS_00001846.
- FOMB_ERS_00001847.
- FOMB_ERS_00001848.
- FOMB_ERS_00001849.
- FOMB_ERS_00001850.
- FOMB_ERS_00001851.
- FOMB_ERS_00001852.
- FOMB_ERS_00001853.
- FOMB_ERS_00001854.
- FOMB_ERS_00001855.
- FOMB_ERS_00001856.
- FOMB_ERS_00001857.
- FOMB_ERS_00001858.
- FOMB_ERS_00001859.
- FOMB_ERS_00001860.
- FOMB_ERS_00001861.
- FOMB_ERS_00001862.
- FOMB_ERS_00001863.
- FOMB_ERS_00001864.
- FOMB_ERS_00001865.
- FOMB_ERS_00001866  - 00001902.
- FOMB_ERS_00001903  - 00001934.
- FOMB_ERS_00001935  - 00001938.
- FOMB_ERS_00001939  - 00001940.
- FOMB_ERS_00001941.
- FOMB_ERS_00001942  - 00001957.
- FOMB_ERS_00001958  - 00001994.
- FOMB_ERS_00001995  - 00002031.
- FOMB_ERS_00002050.
- FOMB_ERS_00002051.
- FOMB_ERS_00002052.
- FOMB_ERS_00002053.
- FOMB_ERS_00002054.
- FOMB_ERS_00002055.

**Exhibit 2. Materials Considered**

- FOMB_ERS_00002056.
- FOMB_ERS_00002057.
- FOMB_ERS_00002058.
- FOMB_ERS_00002059.
- FOMB_ERS_00002060.
- FOMB_ERS_00002061.
- FOMB_ERS_00002062.
- FOMB_ERS_00002063.
- FOMB_ERS_00002064.
- FOMB_ERS_00002065.
- FOMB_ERS_00002066.
- FOMB_ERS_00002068.
- FOMB_ERS_00002069.
- FOMB_ERS_00002070.
- FOMB_ERS_00002071 - 00002077.
- FOMB_ERS_00002078.
- FOMB_ERS_00002079.
- FOMB_ERS_00002080 - 00002084.
- FOMB_ERS_00002085.
- FOMB_ERS_00002086 - 00002143.
- FOMB_ERS_00002144 - 00002192.
- FOMB_ERS_00002193 - 00002196.
- FOMB_ERS_00002197 - 00002199.
- FOMB_ERS_00002200 - 00002202.
- FOMB_ERS_00002203 - 00002260.
- FOMB_ERS_00002261 - 00002309.
- FOMB_ERS_00002310 - 00002313.
- FOMB_ERS_00002314 - 00002316.
- FOMB_ERS_00002317 - 00002319.
- FOMB_ERS_00002320 - 00002321.
- FOMB_ERS_00002322 - 00002325.
- FOMB_ERS_00002326 - 00002450.
- FOMB_ERS_00002451 - 00002452.
- FOMB_ERS_00002453 - 00002455.
- FOMB_ERS_00002456 - 00002457.
- FOMB_ERS_00002458 - 00002472.
- FOMB_ERS_00002473 - 00002508.
- FOMB_ERS_00002509.
- FOMB_ERS_00002510.
- FOMB_ERS_00002511.
- FOMB_ERS_00002512.
- FOMB_ERS_00002513.
- FOMB_ERS_00002514.
- FOMB_ERS_00002515.
- FOMB_ERS_00002516.
- FOMB_ERS_00002517.
- FOMB_ERS_00002518.
- FOMB_ERS_00002519.
- FOMB_ERS_00002520.
- FOMB_ERS_00002521.
- FOMB_ERS_00002522.
- FOMB_ERS_00002523.
- FOMB_ERS_00002524.
- FOMB_ERS_00002525.
- FOMB_ERS_00002526.
- FOMB_ERS_00002527 - 00006463.
- FOMB_ERS_00006464.

**Exhibit 2. Materials Considered**

- FOMB_ERS_00006465.
- FOMB_ERS_00006466.
- FOMB_ERS_00006467.
- FOMB_ERS_00006468.
- FOMB_ERS_00006469.
- FOMB_ERS_00006470.
- FOMB_ERS_00006471.
- FOMB_ERS_00006472.
- FOMB_ERS_00006473.
- FOMB_ERS_00006474.
- FOMB_ERS_00006475.
- FOMB_ERS_00006476.
- FOMB_ERS_00006477.
- FOMB_ERS_00006478.
- FOMB_ERS_00006479  - 00006480.
- FOMB_ERS_00006481  - 00006495.
- FOMB_ERS_00006496  - 00006531.
- FOMB_ERS_00006532.
- FOMB_ERS_00006533.
- FOMB_ERS_00006534  - 00006549.
- FOMB_ERS_00006550  - 00006625.
- FOMB_ERS_00006626.
- FOMB_ERS_00006627  - 00006637.
- FOMB_ERS_00006638  - 00006693.
- FOMB_ERS_00006694.
- FOMB_ERS_00006695  - 00006704.
- FOMB_ERS_00006705  - 00006754.
- FOMB_ERS_00006755.
- FOMB_ERS_00006756.
- FOMB_ERS_00006757 - 00006795.
- FOMB_ERS_00006841.
- FOMB_ERS_00006842.
- FOMB_ERS_00006843.
- FOMB_ERS_00006844.
- FOMB_ERS_00006845.
- FOMB_ERS_00006846.
- FOMB_ERS_00006847.
- FOMB_ERS_00006848.
- FOMB_ERS_00006849.
- FOMB_ERS_00006850.
- FOMB_ERS_00006851.
- FOMB_ERS_00006852.
- FOMB_ERS_00006853  - 00006854.
- FOMB_ERS_00006855  - 00006862.
- FOMB_ERS_00006863  - 00006908.
- FOMB_ERS_00006909.
- FOMB_ERS_00006910  - 00006911.
- FOMB_ERS_00006912  - 00006952.
- FOMB_ERS_00006953.
- FOMB_ERS_00006954  - 00006968.
- FOMB_ERS_00006969  - 00006971.
- FOMB_ERS_00006972  - 00007012.
- FOMB_ERS_00007013.
- FOMB_ERS_00007014 - 00007028.
- FOMB_ERS_00007029.
- FOMB_ERS_00007030.
- FOMB_ERS_00007031 - 00007067.

**Exhibit 2. Materials Considered**

- FOMB_ERS_00007068 - 00007104.
- FOMB_ERS_00007123.
- FOMB_ERS_00007124.
- FOMB_ERS_00007125.
- FOMB_ERS_00007126.
- FOMB_ERS_00007127.
- FOMB_ERS_00007128.
- FOMB_ERS_00007129.
- FOMB_ERS_00007130.
- FOMB_ERS_00007131.
- FOMB_ERS_00007132.
- FOMB_ERS_00007133.
- FOMB_ERS_00007134.
- FOMB_ERS_00007135.
- FOMB_ERS_00007136.
- FOMB_ERS_00007137.
- FOMB_ERS_00007138.
- FOMB_ERS_00007139.
- FOMB_ERS_00007140.
- FOMB_ERS_00007141.
- FOMB_ERS_00007142.
- FOMB_ERS_00007143.
- FOMB_ERS_00007144.
- FOMB_ERS_00007145.
- FOMB_ERS_00007146 - 00007161.
- FOMB_ERS_00007162 - 00007186.
- FOMB_ERS_00007187 - 00007212.
- FOMB_ERS_00007213 - 00007238.
- FOMB_ERS_00007248.
- FOMB_ERS_00007249.
- FOMB_ERS_00007250.
- FOMB_ERS_00007251.
- FOMB_ERS_00007252.
- FOMB_ERS_00007253.
- FOMB_ERS_00007254.
- FOMB_ERS_00007255.
- FOMB_ERS_00007256.
- FOMB_ERS_00007257.
- FOMB_ERS_00007258.
- FOMB_ERS_00007259 - 00007260.
- FOMB_ERS_00007261 - 00007298.
- FOMB_ERS_00007299 - 00007346.
- FOMB_ERS_00007347 - 00007395.
- FOMB_ERS_00007396 - 00007432.
- FOMB_ERS_00007433 - 00007435.
- FOMB_ERS_00007436 - 00007439.
- FOMB_ERS_00007440 - 00007448.
- FOMB_ERS_00007449 - 00007450.
- FOMB_ERS_00007449.
- FOMB_ERS_00007451 - 00007575.
- FOMB_ERS_00007576.
- FOMB_ERS_00007577 - 00007578.
- FOMB_ERS_00007579.
- FOMB_ERS_00007580 - 00007581.
- FOMB_ERS_00007580.
- FOMB_ERS_00007582.
- FOMB_ERS_00007583 - 00007884.

## Exhibit 2. Materials Considered

- FOMB_ERS_00007885.
- FOMB_ERS_00007886 - 00007901.
- FOMB_ERS_00007902 - 00007938.
- FOMB_ERS_00007939 - 00007975.
- FOMB_ERS_00007994.
- FOMB_ERS_00007995.
- FOMB_ERS_00007996.
- FOMB_ERS_00007997.
- FOMB_ERS_00007998.
- FOMB_ERS_00007999.
- FOMB_ERS_00008000.
- FOMB_ERS_00008001.
- FOMB_ERS_00008002.
- FOMB_ERS_00008003.
- FOMB_ERS_00008004.
- FOMB_ERS_00008005.
- FOMB_ERS_00008006.
- FOMB_ERS_00008007.
- FOMB_ERS_00008008.
- FOMB_ERS_00008009.
- FOMB_ERS_00008010.
- FOMB_ERS_00008011.
- FOMB_ERS_00008012.
- FOMB_ERS_00008013.
- FOMB_ERS_00008014.
- FOMB_ERS_00008015 - 00008016.
- FOMB_ERS_00008017 - 00008054.
- FOMB_ERS_00008055 - 00008102.
- FOMB_ERS_00008103 - 00008151.
- FOMB_ERS_00008152 - 00008188.
- FOMB_ERS_00008189 - 00008191.
- FOMB_ERS_00008192 - 00008195.
- FOMB_ERS_00008196 - 00008204.
- FOMB_ERS_00008205 - 00008211.
- FOMB_ERS_00008205.
- FOMB_ERS_00008212.
- FOMB_ERS_00008213 - 00008252.
- FOMB_ERS_00008253.
- FOMB_ERS_00008254 - 00008269.
- FOMB_ERS_00008270 - 00008306.
- FOMB_ERS_00008307 - 00008343.
- FOMB_ERS_00008362.
- FOMB_ERS_00008363.
- FOMB_ERS_00008364.
- FOMB_ERS_00008365.
- FOMB_ERS_00008366.
- FOMB_ERS_00008367.
- FOMB_ERS_00008368.
- FOMB_ERS_00008369.
- FOMB_ERS_00008370.
- FOMB_ERS_00008371.
- FOMB_ERS_00008372.
- FOMB_ERS_00008373.
- FOMB_ERS_00008374.
- FOMB_ERS_00008375.
- FOMB_ERS_00008376.
- FOMB_ERS_00008377.

## Exhibit 2. Materials Considered

- FOMB_ERS_00008378.
- FOMB_ERS_00008380.
- FOMB_ERS_00008381.
- FOMB_ERS_00008382  - 00008384.
- FOMB_ERS_00008385  - 00008457.
- FOMB_ERS_00008458.
- FOMB_ERS_00008459 - 00008501.
- FOMB_ERS_00008502.
- FOMB_ERS_00008503  - 00008504.
- FOMB_ERS_00008505  - 00008542.
- FOMB_ERS_00008543  - 00008590.
- FOMB_ERS_00008591  - 00008639.
- FOMB_ERS_00008640  - 00008676.
- FOMB_ERS_00008677  - 00008679.
- FOMB_ERS_00008680  - 00008683.
- FOMB_ERS_00008684  - 00008692.
- FOMB_ERS_00008693  - 00008704.
- FOMB_ERS_00008705.
- FOMB_ERS_00008706  - 00008707.
- FOMB_ERS_00008708  - 00008745.
- FOMB_ERS_00008746  - 00008793.
- FOMB_ERS_00008794  - 00008842.
- FOMB_ERS_00008843  - 00008879.
- FOMB_ERS_00008880  - 00008882.
- FOMB_ERS_00008883  - 00008886.
- FOMB_ERS_00008887  - 00008895.
- FOMB_ERS_00008896.
- FOMB_ERS_00008897 - 00008977.
- FOMB_ERS_00008978.
- FOMB_ERS_00008979 - 00008983.
- FOMB_ERS_00008984.
- FOMB_ERS_00008985  - 00009000.
- FOMB_ERS_00009001  - 00009037.
- FOMB_ERS_00009038  - 00009094.
- FOMB_ERS_00009093.
- FOMB_ERS_00009094.
- FOMB_ERS_00009095.
- FOMB_ERS_00009096.
- FOMB_ERS_00009097.
- FOMB_ERS_00009098.
- FOMB_ERS_00009099.
- FOMB_ERS_00009100.
- FOMB_ERS_00009101.
- FOMB_ERS_00009102.
- FOMB_ERS_00009103.
- FOMB_ERS_00009104.
- FOMB_ERS_00009105.
- FOMB_ERS_00009106.
- FOMB_ERS_00009107.
- FOMB_ERS_00009108.
- FOMB_ERS_00009109.
- FOMB_ERS_00009110.
- FOMB_ERS_00009111.
- FOMB_ERS_00009112.
- FOMB_ERS_00009113.
- FOMB_ERS_00009114 - 00009159.
- FOMB_ERS_00009160.

**Exhibit 2. Materials Considered**

- FOMB_ERS_00009161 - 00009162.
- FOMB_ERS_00009163 - 00009200.
- FOMB_ERS_00009201 - 00009248.
- FOMB_ERS_00009249 - 00009297.
- FOMB_ERS_00009298 - 00009334.
- FOMB_ERS_00009335 - 00009337.
- FOMB_ERS_00009338 - 00009341.
- FOMB_ERS_00009342 - 00009350.
- FOMB_ERS_00009351.
- FOMB_ERS_00009352 - 00009367.
- FOMB_ERS_00009368 - 00009404.
- FOMB_ERS_00009405 - 00009441.
- FOMB_ERS_00009460.
- FOMB_ERS_00009461.
- FOMB_ERS_00009462.
- FOMB_ERS_00009463.
- FOMB_ERS_00009464.
- FOMB_ERS_00009465.
- FOMB_ERS_00009466.
- FOMB_ERS_00009467.
- FOMB_ERS_00009468.
- FOMB_ERS_00009469.
- FOMB_ERS_00009470.
- FOMB_ERS_00009471.
- FOMB_ERS_00009472.
- FOMB_ERS_00009473.
- FOMB_ERS_00009474.
- FOMB_ERS_00009475.
- FOMB_ERS_00009476.
- FOMB_ERS_00009477 .
- FOMB_ERS_00009478.
- FOMB_ERS_00009479.
- FOMB_ERS_00009480.
- FOMB_ERS_00009481 - 00009614.
- FOMB_ERS_00009615.
- FOMB_ERS_00009616 - 00009749.
- PR-ERS-000000020 - 000000022.
- PR-ERS-000000023 - 000000028.
- PR-ERS-000000029 - 000000037.
- PR-ERS-000000038 - 000000041.
- PR-ERS-000000042 - 000000047.
- PR-ERS-000000048 - 000000056.
- PR-ERS-000002529 - 000002816.
- PR-ERS-000003590 - 000005146.
- PR-ERS-000004602 - 000004627.

**Others:**
- "Bradford Cornell: Summary of Testimony, dated October 29, 2016," October 29, 2016.
- "Covered Entities Under the PROMESA Act," Financial Oversight and Management Board for Puerto Rico, October 30, 2016.
- "Employee's Retirement System of the Government of the Commonwealth of Puerto Rico - Fiduciary Net Position-Pension Benefits - As of June 30, 2016," Estado Libre Asociado de Puerto Rico.
- "Employee's Retirement System of the Government of the Commonwealth of Puerto Rico - Summary of Fiduciary Net Position-Pension Benefits - As of June 30, 2015," Estado Libre Asociado de Puerto Rico.
- "Employee's Retirement System of the Government of the Commonwealth of Puerto Rico - Summary of Fiduciary Net Position-Pension Benefits - As of June 30, 2016," Estado Libre Asociado de Puerto Rico.
- "Exhibit I - 19 L.P.R.A.§ 2265," Westlaw.

## Exhibit 2. Materials Considered

- "Exhibit J - 2008 19 L.P.R.A. § 2106," LexisNexis.
- "Expert Report of Faten Sabry, Ph.D.," NERA Economic Consulting, May 30, 2019.
- "Fundamentals of Current Pension Funding and Accounting For Private Sector Pension Plans," An Analysis by the Pension Committee of the American Academy of Actuaries, July 2004, https://www.actuary.org/sites/default/files/files/publications/fundamentals_0704.pdf
- "Grand Bargain," Encyclopaedia of Detroit, accessed April 15, 2019.
- "Overview of 2019 Fiscal Plan for Puerto Rico," Financial Oversight and Management Board for Puerto Rico, May 9, 2019.
- "Post Registration Consultation," Oficina del Contralor - Estado Libre Asociado de Puerto Rico, https://www.ocpr.gov.pr/registros/consulta-de-registro-de-contratos/ (accessed May 27, 2019).
- "Presentation on Centro de Recaudación de Ingresos Muinicipales de Puerto Rico (CRIM) and Municipalities," Financial Oversight and Management Board for Puerto Rico.
- "Puerto Rico Public Corporation Debt Enforcement and Recovery Act, 2014 P.R. Laws Act No. 71.," 128 Harvard Law Review 1320 (2015).
- "Rescuing the Puerto Rico Retirement Systems - Implementing Permanent Solutions," February 27, 2013.
- "S&P Dow Jones Indices: Fixed Income S&P Municipal Bond High Yield Index," S&P Dow Jones Indices, LLC., April 30, 2019.
- "S&P Dow Jones Indices: Fixed Income S&P Municipal Bond Index," S&P Dow Jones Indices, LLC., April 30, 2019.
- "S&P Dow Jones Indices: Fixed Income S&P Municipal Bond Puerto Rico General Obligation Index," S&P Dow Jones Indices, LLC., April 30, 2019.
- "S&P Dow Jones Indices: Fixed Income S&P Municipal Bond Puerto Rico Index," S&P Dow Jones Indices, LLC., April 30, 2019.
- "S&P Municipal Bond Index Methodology," S&P Dow Jones Indices, LLC., January 2019.
- "Selected Events Relating to Puerto Rico Debt Obligations (2013-2016)."
- "Types of Retirement Plans," U.S. Department of Labor, *https://www.dol.gov/general/topic/retirement/typesofplans* (Accessed May 27, 2019).
- "Unanimous Written Consent Certifying the Revised New Fiscal Plan," Financial Oversight and Management Board for Puerto Rico, May 30, 2018.
- Bradford Cornell Expert Testimony Presentation, Case No. 16-CV-02696, January 20, 2017.
- Bradford Cornell Expert Testimony Presentation, Case No. 16-CV-02696, November 3 2016.
- Circular Letter No. 1300-46-17, "Exhibit N - Matter: Implementation of PayGo Retirement System," Government of Puerto Rico Department of the Treasury, June 27, 2017.
- Conway Mackenzie, Inc., "Commonwealth Historical Reporting."
- Conway Mackenzie, Inc., "Liquidity Plan - Bridge from 1/28 Forecast to Fiscal Plan."
- Financial Oversight and Management Board for Puerto Rico, "Board Resolution Adopted on March 13, 2017," March 13, 2017.
- Financial Oversight and Management Board for Puerto Rico, "Minutes - Eighth Meeting of the Board," June 30, 2017.
- Financial Oversight and Management Board for Puerto Rico, "Minutes - Eleventh Meeting of the Board," December 5, 2017.
- Financial Oversight and Management Board for Puerto Rico, "Minutes - Fifth Meeting of the Board," March 13, 2017.
- Financial Oversight and Management Board for Puerto Rico, "Minutes - First Meeting of the Board," September 30, 2016.
- Financial Oversight and Management Board for Puerto Rico, "Minutes - Fourth Meeting of the Board," January 28, 2017.
- Financial Oversight and Management Board for Puerto Rico, "Minutes - Ninth Meeting of the Board," August 4, 2017.
- Financial Oversight and Management Board for Puerto Rico, "Minutes - Seventh Meeting of the Board," April 28, 2017.
- Financial Oversight and Management Board for Puerto Rico, "Minutes - Sixth Meeting of the Board," March 31, 2017.
- Financial Oversight and Management Board for Puerto Rico, "Minutes - Tenth Meeting of the Board," October 31, 2017.
- Financial Oversight and Management Board for Puerto Rico, "Minutes - Thirteenth Meeting of the Board," April 20, 2018.
- Geller, Hannah, "Reforming Municipal Bankruptcy: Lessons From Puerto Rico." University of Puerto Rico Business Law Journal 7, no. 1 (2015).
- Jane Rose Reporting, "Exhibit P - US District Court - Puerto Rico - The Financial Oversight and Management Board for Puerto Rico v. Altair Global Video Deposition," October 24, 2017.
- José B. Carrión III Keynote Speech at the 2018 Puerto Rico Investment Summit - Transcript, February 12, 2018.
- Letter from Bond Counsel to establish validity of ERS Bond Series B issuance, Fiddler Gonzalez & Rodriguez, P.S.C., June 2 2008.
- Letter to Governor Fortuno, Commission on Puerto Rico Government Pension Systems Reform, October 21, 2010.
- Letter to Governor García Padilla and Governor-Elect Rosselló Nevares, Financial Oversight and Management Board for Puerto Rico, December 20, 2016.
- Letter to Governor García Padilla, Financial Oversight and Management Board for Puerto Rico, November 23, 2016.

## Exhibit 2. Materials Considered

- Letter to Governor Rosselló Nevares, Financial Oversight and Management Board for Puerto Rico, February 21, 2019.
- Letter to Governor Rosselló Nevares, Financial Oversight and Management Board for Puerto Rico, January 18, 2017.
- Letter to Governor Rosselló Nevares, Financial Oversight and Management Board for Puerto Rico, March 9, 2017.
- Letter to Governor Rosselló Nevares, Financial Oversight and Management Board for Puerto Rico, May 11, 2019.
- Letter to Governor Rosselló Nevares, Financial Oversight and Management Board for Puerto Rico, May 9, 2019.
- Letter to Governor Rosselló Nevares, Financial Oversight and Management Board for Puerto Rico, November 27, 2017.
- Letter to Governor Rosselló Nevares, President Rivera Schatz, and Speaker Méndez Núñez Financial Oversight and Management Board for Puerto Rico, October 24, 2018.
- Letter to Governor Rosselló Nevares, President Rivera Schatz, and Speaker Méndez Núñez, Financial Oversight and Management Board for Puerto Rico, June 29, 2018.
- Letter to Governor Rosselló Nevares, President Rivera Schatz, and Speaker Méndez Núñez, Financial Oversight and Management Board for Puerto Rico, May 17, 2019.
- Letter to Governor-elect Rosselló, December 28, 2016.
- Letter to José B. Carrión, Governor of Puerto Rico Ricardo Rosselló Nevares, January 20, 2017.
- Letter to José B. Carrión, November 29, 2016.
- Letter to President Trump, Financial Oversight and Management Board for Puerto Rico, October 6, 2017.
- Letter to Secretary Maldonado Gautier and Executive Director Collazo Rodríguez, Financial Oversight and Management Board for Puerto Rico, April 30, 2019.
- National Association of Public Pension Attorneys (NAPPA) Conference, "Pensions and Municipal Bankruptcy - Important Concepts and Issues For Public Pension Attorneys (Plus the Detroit Perspective," June 26, 2015.
- Presentation, "Commonwealth of Puerto Rico - Investor Outreach," March 22, 2013.
- Press Conference, Financial Oversight and Management Board for Puerto Rico on May 6.
- S&P Global Ratings, "Guide to Credit Rating Essentials - What are credit ratings and how do they work?," spratings.com/understanding-ratings (Accessed May 27, 2019).
- Sánchez-Sifonte, Elías F., "Re: Response Letter to Oversight Board," Governor's Office of Puerto Rico, January 4, 2017.
- Wang, Qiushi & Peng, Jun, "An Empirical Analysis of State and Local Public Pension Plan Funded Ratio Change, 2001-2009," The American Review of Public Administration, January 1, 2016, Volume 46, Issue 1, pp. 75-91.
- West, Darrell, Palmira N. Rios Gonzalez, David Hitchcock, and Barry P. Bosworth, "The Debt Crisis in Puerto Rico," The Brookings Institution, November 6, 2014.

Exhibit 3

Changes in Fiduciary Net Position, Selected Years

| | 2007 | 2016 |
|---|---|---|
| **Additions** | | |
| Contributions | | |
| Employer Contributions | $374,394,000 | $579,657,000 |
| Member Contributions | $338,791,000 | $333,633,000 |
| Early Retirement Programs | $69,097,000 | $3,146,000 |
| Interest on cultural loans | | $452,000 |
| Appropriations for Special Laws | $17,000,000 | $196,674,000 |
| Total Contributions | $799,282,000 | $1,113,562,000 |
| | | |
| Investment Income | | |
| Interest Income | $68,231,000 | $59,651,000 |
| Dividend Income | $14,494,000 | $277,000 |
| Net Appreciation of Investments | $364,185,000 | $870,000 |
| Insurance Premiums | $2,441,000 | |
| Other Income | $17,431,000 | $31,970,000 |
| Investment Related Expenses | -$12,940,000 | -$2,631,000 |
| Net Investment Income | $453,842,000 | $90,137,000 |
| | | |
| Total Additions | $1,253,124,000 | $1,203,699,000 |
| | | |
| **Deductions** | | |
| Refund of Member Contributions | $33,305,000 | $34,937,000 |
| Annuities and Death Benefits | $814,658,000 | $1,335,966,000 |
| Special Law Benefits | $17,000,000 | $196,674,000 |
| Insurance Claims | $2,118,000 | |
| Interest on cultural loans | | $452,000 |
| Administrative Expenses | $35,873,000 | $27,670,000 |
| Other Expenses | | $9,401,000 |
| Cost of Bonds | | $196,211,000 |
| | | |
| Total Deductions | $902,954,000 | $1,801,311,000 |
| | | |
| Net Increase (or Decrease) in Market Value of Assets | $350,170,000 | -$597,612,000 |

Sources: Statement of Changes in Fiduciary Net Position, ERS Actuarial Valuation Reports, 2007 & 2016



Source: ERS Actuarial Valuation Reports, 2005 – 2014.