UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------X
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

    Debtors.[1]

---------------------------------------------------------------------X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

    I hereby certify that **Promotions & Direct, Inc.** ("P&D"), in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Ninth Amended Notice, Case Management and Administrative Procedures Order* (Docket No. 7155 of Case No. 17-03283 (LTS)) (the "CMP Order"), sent a true and exact copy of the document titled *Limited Objection and Reservation of Rights to the Omnibus Motion by the Financial Oversight and Management Board for Puerto Rico, Acting by and Through the Members of the Special Claims Committee, and the Official Committee of Unsecured Creditors to (I) Establish Litigation Case Management Procedures and (II) Establish Procedures for the Approval of Settlements* filed on June 17, 2019, (Docket No. 7471 of Case No. 17-073283 (LTS), **by electronic mail upon all the parties listed in the Master Service List, and by U.S. mail upon all the Standard Parties listed in the CMP Order, on JUNE 17, 2019**.

    **RESPECTFULLY SUBMITTED**.

    In San Juan, Puerto Rico, this 23rd day of June, 2019.

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

- 2 -

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

**MCCONNELL VALDÉS LLC**
*Attorneys for Promotions & Direct, Inc.*
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico  00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: 787-250-5619
Facsimile:  787-759-9225

By: *s/Nayuan Zouairabani*
Nayuan Zouairabani
USDC-PR No. 226411
nzt@mcvpr.com