## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS

## PARA EL DISTRITO DE PUERTO RICO

CASO 17-03283-LTS

DOC# 72248-2    FILED: 06/06/19

### RESPUESTA A LA OBJECCION COLECTIVA

**(I)    JESUS LIBRADA SANZ**

Urb. Alturas del Villas del Rey

El Damasco G-5 Caguas, P.R.  00727-6745

Tel. (787) 744-21488

librodejesus@yahoo.es

**(ii) LEYENDA**

1.  Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico
2.  Bonos del Sistema de retiro de los Empleados del Estado Libre Asociado de Puerto Rico
3.  Reclamaciones Deficientes -Trigésima Novena Objeción colectiva Anexo a reclamaciones deficientes.
4.  No de Caso: 17 BK03566-LTS
5.  DEUDOR: Sistema de Retiro:  Los empleados del Gobierno del Estado Libre Asociado de Puerto Rico
6.  NUMERO DE RECLAMCION:  60916
7.  CANTIDAD RECLAMADA:  $30,000.00

CUSIP:  29216 MBL3

## MOTIVOS PARA OPONERME A LA OBJECION TRIGESIMA NOVENA-RELACIONES 1) EFICIENTES

A) En la página 9-18 hay un error en la cantidad que se reclamó.  Está escrito en el Exhibit  60,000.00 y como consta en la reclamación enviada por mí anteriormente en el formulario de reclamación son $30,000.00.  CUSIP: 29216MBL3

B) Según me informó y aseguró el Sr. Guillermo Machuca empleado de U.B.S. los bonos estaban garantizados por la Constitución y Leyes

del E.L.A.   Esta fué su respuesta a mis dudas sobre el Capital e intereses ya que los quería para mi retiro.

C) Los bonos los compré con el fruto de mi trabajo y ahorro y con un estilo de vida sobrio y pensando en mi último periodo de mi vida y la preocupación de la soledad, pobreza e incapacidad para valerme por mí mismo.   Así es que cero especulación.

D) El Estado y la democracia se sustenta en la seguridad jurídica tienen los ciudadanos en las instituciones del Estado.

1. Registro de reclamación por mi parte – enviado anteriormente.

    CUSIP: 29216 MBL  $30,000.00

2. Informe mensual y anual   1) U.B.S del pago de intereses Depositados en mi cuenta en el Banco Santander.

3. La compra de los bonos de los empleados Sistema de Retiro de ELA, cantidad, costo y madurez 0/0 de interés.