**UBS**

**Resource Management Account**

August 2017

**Account name:**    JESUS LIBRADA SANZ
**Account number:**    Redacted 5 QR

**Your Financial Advisor**
PR INVESTMENT CENTER
787-250-3600/800-221-982

# Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Cash

### Cash and money balances

| Holding | Opening balance on Aug 1 ($) | Closing balance on Aug 31 ($) | Price per share on Aug 31 ($) | Average rate | Dividend/Interest period | Days in period | Cap amount ($) |
|---|---|---|---|---|---|---|---|
| Cash | -153.75 | 0.00 | | | | | |
| UBS BANK USA DEP ACCT | 153.75 | 0.00 | | | | | 250,000.00 |
| **Total** | **$0.00** | **$0.00** | | | | | |

## Fixed income

### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Aug 31 ($) | Value on Aug 31 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| EMPLOYEES RETIREMENT SYS SR C RV      BE/R/ RATE 06.150% MATURES 07/01/28 CALLABLE 07/01/18 @ 100.00 ACCRUED INTEREST $153.75 CUSIP 29216MBL3 Moody: C    S&P: CC EAI: $1,845 Current yield: 15.05% Original cost basis: $30,002.00 | Jul 24, 08 | 30,000.000 | 100.004 | 30,001.38 | 40.875 | 12,262.50 | -17,738.88 | LT |

*continued next page*



**UBS FINANCIAL SERVICES INC.**

**Detalles para las partidas informadas en las Formas 480.6D**
Details for Items Reported on Forms 480.6D

Número de cuenta:
Account number:
Redacted  65

**Línea 8 Intereses sobre Obligaciones del Estado Libre Asociado de Puerto Rico**
Line 8 Interest upon Obligations from the Commonwealth of Puerto Rico

| Descripción Description | CUSIP y/o símbolo CUSIP and/or symbol | Fecha Date | Actividad Activity | Cantidad Amount | CBA ABT | Enmendado Amended |
|---|---|---|---|---|---|---|
| EMPLOYEES RETIREMENT SYS SR C RV BE/R/ 6.150 070128 DTD 063008 | 29216MBL3 | 01/01/15 | Interest | 153.75 | | |
| | | 02/01/15 | Interest | 153.75 | | |
| | | 03/01/15 | Interest | 153.75 | | |
| | | 04/01/15 | Interest | 153.75 | | |
| | | 05/01/15 | Interest | 153.75 | | |
| | | 06/01/15 | Interest | 153.75 | | |
| | | 07/01/15 | Interest | 153.75 | | |
| | | 08/01/15 | Interest | 153.75 | | |
| | | 09/01/15 | Interest | 153.75 | | |
| | | 10/01/15 | Interest | 153.75 | | |
| | | 11/01/15 | Interest | 153.75 | | |
| | | 12/01/15 | Interest | 153.75 | | |
| | | Total- Total | | 1,845.00 | | |
| PR ACUEDUCT SEWER AUTH P SR A RV BE/R/ 6.100 070134 DTD 031808 | 74516DQF1 | 01/01/15 | Interest | 177.92 | | |
| | | 02/01/15 | Interest | 177.92 | | |
| | | 03/01/15 | Interest | 177.92 | | |
| | | 04/01/15 | Interest | 177.91 | | |
| | | 05/01/15 | Interest | 177.91 | | |
| | | 06/01/15 | Interest | 177.91 | | |
| | | 07/01/15 | Interest | 177.92 | | |
| | | 08/01/15 | Interest | 177.91 | | |
| | | 09/01/15 | Interest | 177.92 | | |
| | | 10/01/15 | Interest | 177.92 | | |
| | | 11/01/15 | Interest | 177.92 | | |
| | | 12/01/15 | Interest | 177.92 | | |
| | | Total- Total | | 2,135.00 | | |
| PR SALES TAX FING CORP S SR07B RV BE/R/ 6.050 080136 DTD 073107 | 74529JAC9 | 01/01/15 | Interest | 302.50 | | |
| | | 02/01/15 | Interest | 302.50 | | |
| | | 03/01/15 | Interest | 302.50 | | |
| | | 04/01/15 | Interest | 302.50 | | |
| | | 05/01/15 | Interest | 302.50 | | |
| | | 06/01/15 | Interest | 302.50 | | |
| | | 07/01/15 | Interest | 302.50 | | |
| | | 08/01/15 | Interest | 302.50 | | |
| | | 09/01/15 | Interest | 302.50 | | |
| | | 10/01/15 | Interest | 302.50 | | |
| | | 11/01/15 | Interest | 302.50 | | |
| | | 12/01/15 | Interest | 302.50 | | |
| | | Total- Total | | 3,630.00 | | |
| PUERTO RICO FIXED INCOME FUND INC | PR7449071062 | 01/12/15 | Tax-exempt dividend | 512.48 | | 04/06/16 |
| | | 02/10/15 | Tax-exempt dividend | 509.85 | | 04/06/16 |
| | | 03/10/15 | Tax-exempt dividend | 504.63 | | 04/06/16 |
| | | 04/10/15 | Tax-exempt dividend | 499.91 | | 04/06/16 |
| | | 05/11/15 | Tax-exempt dividend | 496.04 | | 04/06/16 |
| | | 06/10/15 | Tax-exempt dividend | 490.83 | | 04/06/16 |
| | | 07/10/15 | Tax-exempt dividend | 500.27 | | 04/06/16 |
| | | 08/10/15 | Tax-exempt dividend | 438.38 | | 04/06/16 |
| | | 09/10/15 | Tax-exempt dividend | 437.93 | | 04/06/16 |
| | | 10/13/15 | Tax-exempt dividend | 412.38 | | 04/06/16 |
| | | 11/10/15 | Tax-exempt dividend | 412.34 | | 04/06/16 |
| | | 12/10/15 | Tax-exempt dividend | 402.28 | | 04/06/16 |
| | | Total- Total | | 5,526.32 | | |
| PUERTO RICO FIXED INCOME FD II INC | PR7449061046 | 01/12/15 | Tax-exempt dividend | 412.77 | | 04/06/16 |
| | | 02/10/15 | Tax-exempt dividend | 410.36 | | 04/06/16 |
| | | 03/10/15 | Tax-exempt dividend | 407.71 | | 04/06/16 |
| | | 04/10/15 | Tax-exempt dividend | 404.64 | | 04/06/16 |
| | | 05/11/15 | Tax-exempt dividend | 402.08 | | 04/06/16 |
| | | 06/10/15 | Tax-exempt dividend | 398.60 | | 04/06/16 |
| | | 07/10/15 | Tax-exempt dividend | 395.21 | | 04/06/16 |
| | | 08/10/15 | Tax-exempt dividend | 345.86 | | 04/06/16 |

Prime Clerk LLC
(844) 822-9231·PRClaimsInfo@primeclerk.com

**\*\*\* Se requiere respuesta \*\*\***

NÚMERO DE EVIDENCIA DE RECLAMACIÓN EN VIRTUD DE LA LEY PROMESA: **61**

Nombre del demandante:  **Librada Sanz, Jesus**

**Complete y envíe este formulario hasta el 22 de febrero de 2019 inclusive**, por correo electró
PRClaimsInfo@primeclerk.com **O** por correo postal, entrega en mano o correo con entrega en 2
la siguiente dirección:

Centro de procesamiento de información complementaria del Estado Libre Asociado de Pue
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Toda la información complementaria que proporcione se adjuntará a su reclamación y aparecerá
registro oficial de reclamaciones.

FUNDAMENTO DE LA RECLAMACIÓN:

☒ Titularidad de bonos
☐ Otro (describir):

PARA LA TITULARIDAD DE BONOS:

Números CUSIP de los bonos y monto reclamado por CUSIP (si se necesita más espacio, adjun
hoja adicional):

| | CUSIP | Monto reclamado |
|---|---|---|
| 1 | | |
| 2 | 29216 MBL3 | 30,000.00 |
| 3 | | |
| 4 | | |

El monto total de su reclamación:

$ 30,000.00

En la medida que posea documentación para respaldar su reclamación, como estados de cuenta
corretaje, incluya dichos documentos en su respuesta.

PARA OTRO TIPO DE RECLAMACIÓN:

El monto de su reclamación:

Describa el fundamento de su reclamación:

Trigésima Novena Objeción Colectiva

Anexo A - Reclamaciones Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 47 | IVAEM COLLAGE INC/ INST VOC AUREA MENDEZ 14 INTENDENTE RAMIREZ CAGUAS, PR 00725 | 4/4/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 6526 | $ 18,500.00* |

Base para: La evidencia de reclamación pretende invocar obligaciones asociadas a uno o más bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el ERS, de modo tal que los Deudores se ven impedidos de determinar la validez de una reclamación contra el ERS o contra cualquier otro de los deudores al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 48 | KENNETH, BRODY J 200 RIVER'S EDGE DRIVE SUITE 300 MEDFORD, MA 02155 | 6/29/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 83379 | $ 10,000.00 |

Base para: La evidencia de reclamación pretende invocar obligaciones asociadas a uno o más bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra la HTA, de modo tal que los Deudores se ven impedidos de determinar la validez de una reclamación contra la HTA o contra cualquier otro de los deudores al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 49 | LEIST, RICHARD 530 WESTGATE DRIVE EDISON, NJ 08820 | 3/17/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 1792 | $ 10,000.00 |

Base para: La evidencia de reclamación pretende invocar obligaciones asociadas a uno o más bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra la HTA, de modo tal que los Deudores se ven impedidos de determinar la validez de una reclamación contra la HTA o contra cualquier otro de los deudores al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 50 | LIBRADA SANZ, JESUS ALT VILLA DEL REY G5 CALLE DAMASCO CAGUAS, PR 00727-6745 | 6/7/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 60916 | $ 60,000.00 |

Base para: El demandante pretende reclamar obligaciones asociadas a bonos emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA"), pero omite proporcionar un fundamento para formular una reclamación contra el ERS fundada en los bonos emitidos por otro de los Deudores.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 51 | LOPEZ ADAMES, MARIE E P.O. BOX 192452 SAN JUAN, PR 00919-2452 | 4/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 8568 | $ 10,000.00 |

Base para: La evidencia de reclamación pretende invocar obligaciones asociadas a uno o más bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el ERS, de modo tal que los Deudores se ven impedidos de determinar la validez de una reclamación contra el ERS o contra cualquier otro de los deudores al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 52 | LOPEZ NEGRON, LUIS URB BELISSA 1527 CALLE CAVALIER SAN JUAN, PR 00927 | 4/16/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 7444 | $ 34,916.87 |

Base para: El demandante pretende reclamar obligaciones asociadas a bonos emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA"), pero omite proporcionar un fundamento para formular una reclamación contra la HTA fundada en los bonos emitidos por otro de los Deudores.

Trigésima Novena Objeción Colectiva

Anexo A - Reclamaciones Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 53 | MALDONADO MATOS, SYLVIA URB. STA. TERESITA 2208 CALLE MCLEARY SAN JUAN, PR 00913 | 5/24/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 29030 | $ 55,033.65 |
| | Base para: El demandante pretende reclamar obligaciones asociadas a bonos emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA"), pero omite proporcionar un fundamento para formular una reclamación contra la HTA fundada en los bonos emitidos por otro de los Deudores. | | | | | |
| 54 | MARIE V. KROKAR TRUST JOHN C. LISICICH - TRUSTEE 7296 WEST 174TH STREET TINLEY PARK, IL60477 | 3/19/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 2982 | $ 60,000.00 |
| | Base para: La evidencia de reclamación pretende invocar obligaciones asociadas a uno o más bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra la HTA, de modo tal que los Deudores se ven impedidos de determinar la validez de una reclamación contra la HTA o contra cualquier otro de los deudores al amparo del Título III. | | | | | |
| 55 | MARROIG, JUAN URB. MANSION REAL BOX 404 COTO LAUREL, PR 00780-2632 | 9/27/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 167579 | $ 20,000.00 |
| | Base para: La evidencia de reclamación pretende invocar obligaciones asociadas a uno o más bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el ERS, de modo tal que los Deudores se ven impedidos de determinar la validez de una reclamación contra el ERS o contra cualquier otro de los deudores al amparo del Título III. | | | | | |
| 56 | MARROIG, JUAN URB. MANSION REAL BOX 404 COTÓ LAUREL, PR 00780 | 9/27/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 167582 | $ 815,000.00 |
| | Base para: La evidencia de reclamación pretende invocar obligaciones asociadas a uno o más bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el ERS, de modo tal que los Deudores se ven impedidos de determinar la validez de una reclamación contra el ERS o contra cualquier otro de los deudores al amparo del Título III. | | | | | |
| 57 | MATOS ROSA, MARITZA HC 01 BOX 9209 PENUELAS, PR 00624 | 6/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 113354 | Indeterminado* |
| | Base para: La evidencia de reclamación pretende invocar obligaciones asociadas a uno o más bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el ERS, de modo tal que los Deudores se ven impedidos de determinar la validez de una reclamación contra el ERS o contra cualquier otro de los deudores al amparo del Título III. | | | | | |
| 58 | MATTEI LOUIS MD, JORGE EIDIFICIO CHINEA 655 CALLE EUROPA STE202 SAN JUAN, PR 00909 | 4/24/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 6800 | $ 100,000.00 |
| | Base para: La evidencia de reclamación pretende invocar obligaciones asociadas a uno o más bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el ERS, de modo tal que los Deudores se ven impedidos de determinar la validez de una reclamación contra el ERS o contra cualquier otro de los deudores al amparo del Título III. | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados