Jesus Librada Sanz
Alt Villa Del Rey
G5 Calle Damasco
Caguas PR 00727



CERTIFIED MAIL
7019 0160 0000 0923 8976

U.S. POSTAGE PAID
FCM LG ENV
CAGUAS, PR
00725
JUN 14, 19
AMOUNT
$4.65
R2304N118189-03

RECEIVED
2019 JUN 17 PM 4:56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
150 AV. CARLOS CHARDON
OFICINA DEL SECRETARIO
ROOM 150 FEDERAL BILDING
S. JUAN, PUERTO RICO 00918-1767