May 25, 2019

| | |
|---|---|
| Subject: | The Commonwealth of Puerto Rico Case # 17-BK-3283-LTS |
| Subject: | Puerto Rico Electric Power Authority Case #17-BK-4780-LTS |
| CUSIP #: | 74526QKX9 |
| Acquired: | 06/23/2008 |
| Amount: | 50 Bonds = $50,000.00 |
| Subject: | Motion 9019 |
| Attention: | Honorable Laura Taylor Swain |
| | Care of US District Court for the District of Puerto Rico |
| | 150 Carlos Chardon Street, Federal Building, |
| | San Juan, Puerto Rico 00918-1767 |

Dear Judge Swain;

It is my position that the courts of the United States of America do not grant relief of this or any motion granting relief of its debts to United States citizens in the form of investment bonds or any other legal form of investment. Further a contract to pay them in a timely fashion is a contract not to be changed by the courts at the debtor's whim. Further the constitution of the United States provides that our government is responsible for its territories' debts.

*Richard Tracy*

Richard Tracy

61-23 220th Street

Oakland Gardens, NY 11364

718 631-1739