

Richard Tracy
6123 220th St.
Oakland Gdns, NY 11364



1000



00918

U.S. POSTAGE PAID
FCM LETTER
OAKLAND GARDENS, NY
11364
JUN 05, 19
AMOUNT

$6.85

R2304M110656-26

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®



7019 0160 0000 6280 4484

Honorable Laura Taylor Swain
Care of US District Court for District of Puerto Rico
150 Carlos Chardon Street, Federal Building,
San Juan, Puerto Rico 00918-1767



009180 1703 C018