UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☐ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☒ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación                                    04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

**Part 1 / Parte 1    Identify the Claim / Identificar la reclamación**

1. **Who is the current creditor?**
   **¿Quién es el acreedor actual?**

   Rafael F. Castro-Lang
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor    n/a
   Otros nombres que el acreedor usó con el deudor

| | | |
|---|---|---|
| 2. Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>   Sí. ¿De quién? _____ | |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g) | Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>P.O. Box 9023222<br>San Juan, P.R. 00902-3222<br><br>787-644-1448<br>Contact phone / Teléfono de contacto<br><br>rafacastrolang@gmail.com<br>Contact email / Correo electrónico de contacto | Where should payments to the creditor be sent? (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>P.O. Box 9023222<br>San Juan, P.R. 00902-3222<br><br>787-644-1448<br>Contact phone / Teléfono de contacto<br><br>rafacastrolang@gmail.com<br>Contact email / Correo electrónico de contacto |
| 4. Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes. Claim number on court claims registry (if known)<br>   Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____<br>   Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA) | |
| 5. Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☐ No / No<br>☒ Yes. Who made the earlier filing?<br>   Sí. ¿Quién hizo la reclamación anterior? Broker(UBS) informed POB as Trustee is filing a master clai | |

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| | |
|---|---|
| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☒ No / No<br>☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/). |
| 7. Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ 40,000.00 |

Modified Official Form 410                          Proof of Claim                          page 2

| | |
|---|---|
| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ 40,000.00 . Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>[X] No / No<br>[ ] Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>**40 Employee Retirement System Bonds POB 6.15% '38** |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | [X] No / No<br>[ ] Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>Nature of property / Naturaleza del bien:<br>[ ] Motor vehicle / Vehículos<br><br>[ ] Other. Describe:<br>Otro. Describir: Interest rate 6.15%<br><br>Basis for perfection / Fundamento de la realización de pasos adicionales:<br>n/a<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>Value of property / Valor del bien: $ 40,000.00<br><br>Amount of the claim that is secured /<br>Importe de la reclamación que está garantizado: $ I don't know<br><br>Amount of the claim that is unsecured /<br>Importe de la reclamación que no está garantizado: $ I don't know<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>Amount necessary to cure any default as of the Petition Date /<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :<br>$ 40,000.00<br><br>Annual Interest Rate (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso) 6.15 %<br>[X] Fixed / Fija<br>[ ] Variable / Variable |
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | [X] No / No<br><br>[ ] Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso<br>$ |

Modified Official Form 410         Proof of Claim         page 3

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received $ _____<br>by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

**Part 3 / Parte 3:**

Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Signature: *Rafael F. Castro-lang*
Rafael F. Castro-lang (May 26, 2018)

Signature / Firma _____  Email: rafacastrolang@gmail.com

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name: Rafael F. Castro-Lang
First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo: owner/creditor

Company / Compañía: n/a
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección: PO.Box 9023222
Number / Número   Street / Calle

San Juan                                    PR        00902-3222
City / Ciudad                           State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto 787-644-1448   Email / Correo electrónico rafacastrolang@gmail.com

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ have supporting documentation. ☐ I do **not** have supporting documentation.
(attach below)

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

Thirty-Ninth Omnibus Objection
Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | CASTRO-LANG, RAFAEL F<br>P.O. BOX 9023222<br>SAN JUAN, PR 00902-3222 | 5/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 23624 | $40,000.00* |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | CECILIO DIAZ SOLA/ELAINE TORRES FERRER<br>SABANERA DEL RIO<br>#381 CAMINO DE LOS SAUCES<br>GURABO, PR 00778-5254 | 5/17/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 16391 | $75,000.00* |

Reason: Claimant purports to assert liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against ERS based on bonds issued by another of the Debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | CERRA, DOLORES F.<br>7106 CALLE DIVINA PROVIDENCIA<br>URB SANTA MARIA<br>PONCE, PR 00717-1016 | 5/3/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 12375 | $60,000.00 |

Reason: Claimant purports to assert liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | CINTRON OTERO, BLANCA I<br>PALACIOS DEL RIO I<br>488 CALLE TANAMA<br>TOA ALTA, PR 00953 | 5/8/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 14929 | $200,000.00 |

Reason: Claimant purports to assert liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | COCA HERNANDEZ, JOSE D<br>BOX 801087<br>COTO LAUREL, PR 00780-1087 | 5/21/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 18504 | $110,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | COLON, GLORIA E<br>PO BOX 370596<br>CAYEY, PR 00737-0596 | 5/15/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 16457 | $225,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.



* Indicates claim contains unliquidated and/or undetermined amounts

Exhibit 2

## Rafael Castro

**From:** <fernando.gonzalez@ubs.com>
**Date:** Tuesday, May 15, 2018 2:57 PM
**To:** <rafacastrolang@gmail.com>
**Attach:** ES1110491-ES868322-ES1269620.pdf; PR COFINA - Trustee Notice.pdf; disclaim.txt
**Subject:** RE: Some Truustee Notices related to Proof of Claim Title III 5/4/2018

Lic. Rafael Castro Lang:

Muy buenas tardes. Espero que se encuentre bien Licenciado.

Usted tiene cinco bonos distintos en su cuenta; tres de ellos los podrás encontrar en el primer "file" (Employees Retirement System "POB") y el otro en el segundo "file" (Cofina).
El quinto bono que tiene es el de PR Housing Fin. Corp; este no está en Default.

A continuación encontrará los "Cusips" de los bonos con la cantidad que usted compró.

*Bono COFINA (Cusip: 74529JAC9) $20,000 (20 bonos)
*Bono POB 6.15% '38 (Cusip: 29216MAC4) $40,000 (40 bonos)
*Bono POB 6.25% '38 (Cusip: 29216MBN9) $10,000 (10 bonos)
*Bono POB 6.30% '43 (Cusip: 29216MBP4) $30,000 (30 bonos)

En los "files" PDF podrá ver como ambos los POB y COFINA como Trustees van a hacer un Master Claim para los bonos que salen en el documento. Esos cuatro bonos que tiene usted se encuentran en el documento que ellos dicen que van a hacer el Master Claim como Trustee.

Si usted decide someter los papeles por su cuenta como quiera; también lo puede hacer. Si necesita información de la fecha de compra me puede llamar y con gusto le daré la información.


Espero que esta información le ayude a usted.

Buen día.


Fernando J. González del Valle
Financial Advisor
Puerto Rico

UBS Financial Services Incorporated of Puerto Rico
250 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918

Tel: (787)250-3654
Fax: (855)330-3559
fernando.gonzalez@ubs.com


Please be advised that this e-mail is not an official transaction confirmation.
The only official confirmation of this transaction will be sent to you via regular mail.

As a firm providing wealth management services to clients in the U.S. and Puerto Rico, we offer both investment advisory



**Resource Management Account**
May 2019

Account name: RAFAEL CASTRO LANG
Account number: Redacted 7 NK

Your Financial Advisor:
GONZALEZ/GONZALEZ
787-250-3600/800-221-9825

## Your assets (continued)

### Fixed income

#### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on May 31 ($) | Value on May 31 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| EMPLOYEES RETIREMENT SYS RV BE/R/ DEFAULTED RATE 06.150% MATURES 07/01/38 CALLABLE 06/01/19 @ 100.00 CUSIP 29216MAC4 Moody: C  S&P: Not rated | Feb 18, 10 | 40,000.000 | 95.485 | 38,194.05 | 54.250 | 21,700.00 | -16,494.05 | LT |
| EMPLOYEES RETIREMENT SYS SR C RV BE/R/ DEFAULTED RATE 06.250% MATURES 07/01/38 CALLABLE 06/30/19 @ 100.00 CUSIP 29216MBN9 Moody: C  S&P: Not rated | Oct 14, 10 | 10,000.000 | 98.098 | 9,809.85 | 54.250 | 5,425.00 | -4,384.85 | LT |
| EMPLOYEES RETIREMENT SYS SR C RV BE/R/ DEFAULTED RATE 06.300% MATURES 07/01/43 CALLABLE 06/30/19 @ 100.00 CUSIP 29216MBP4 Moody: C  S&P: Not rated | Aug 20, 09 | 30,000.000 | 95.165 | 28,549.50 | 54.250 | 16,275.00 | -12,274.50 | LT |
| Total | | $80,000.000 | | $76,553.40 | | $43,400.00 | -$33,153.40 | |



Exhibit 4