UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3566-LTS |
| THE EMPLOYEES RETIREMENT SYSTEM<br>OF THE GOVERNMENT OF THE<br>COMMONWEALTH OF PUERTO RICO, | |
| Debtor. | |

------------------------------------------------------------x

ORDER SCHEDULING BRIEFING ON OBJECTION OF CERTAIN ERS BONDHOLDERS
TO THE MAGISTRATE JUDGE'S JUNE 20, 2019 ORDER ON THE RENEWED MOTION
TO COMPEL AND MODIFYING BRIEFING SCHEDULE ON OBJECTION OF CERTAIN ERS
BONDHOLDERS TO THE MAGISTRATE JUDGE'S JUNE 6, 2019 ORDER ON MOTION TO COMPEL

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

The Court has received and reviewed the *Objection of Certain ERS Bondholders to the Magistrate Judge's June 20, 2019 Order on the Renewed Motion to Compel* (Docket Entry No. 7577 in Case No. 17-3283 and Docket Entry No. 584 in Case No. 17-3566, the "Objection to the June 20 Order"). The deadlines set forth in the *Order Scheduling Briefing on Objection of Certain ERS Bondholders to the Magistrate Judge's June 6, 2019 Order on Motion to Compel* (Docket Entry No. 7527 in Case No. 17-3283 and Docket Entry No. 570 in Case No. 17-3566) are hereby extended, and further briefing on the Objection to the June 20 Order and the *Objection of Certain ERS Bondholders to the Magistrate Judge's June 6, 2019 Order on Motion to Compel* (Docket Entry No. 7518 in Case No. 17-3283 and Docket Entry No. 566 in Case No. 17-3566, together with the Objection to the June 20 Order, the "Objections") is hereby consolidated, as follows: (i) an omnibus response to the Objections must be filed by **June 25, 2019 at 12:00 p.m. (Atlantic Standard Time)**; and (ii) an omnibus reply, if any, must be filed by **June 26, 2019 at 12:00 p.m. (Atlantic Standard Time)**.

SO ORDERED.

Dated: June 24, 2019

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge