Motion in Opposition

Re: 7292

Contact Information: Bradford C. Vassey
665 S. Gouldsboro Rd
Gouldsboro, Maine 04607
email: bcvassey@yahoo.com

Caption: U.S. District Court for the District of P.R.
No. 17Bk 3283-LTS

Claimant: Bradford Clarke Vassey
#17705

Reason for Opposing the Omnibus Objection:

It diminishes the value of the bankruptcy estate due to the legal costs associated with the Objection, and is duplicative of a filing of the Objection to the Master Claim.

Pray the Court dismiss the Objection with prejudice, and deny any legal fees associated with debtor's Objection and recapture any fees previously paid by the estate.

Respectfully submitted,

Bradford Clarke Vassey