Bradford E. Vassey
665 S. Gouldsboro Rd
Gouldsboro, Me 04607

Clerk's Office
U.S. District Court
150 Federal Bldg.
San Juan, Puerto Rico 00918-1767