UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | : |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : PROMESA<br>: Title III |
| as representative of | : Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO *et al.,* | : (Jointly Administered) |
| Debtors.[1] | : |

---

### INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS SPECIAL CLAIMS COMMITTEE, REGARDING ORDER ON PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF THE JUNE 28, 2019 HEARING

To the Honorable United States District Court Judge Laura Taylor Swain and the Honorable Judith G. Dein, United States Magistrate Judge:

1. The Financial Oversight and Management Board for the Commonwealth of Puerto Rico (the "Commonwealth"), acting through its Special Claims Committee (the "Special Claims Committee"), hereby submits this informative motion in response to the Court's *Hearing Procedures Order Hearing* [ECF No. 7524] (the "Order").

2. Edward S. Weisfelner, Esq., Sunni P. Beville, Esq. and Rosa Sierra, Esq. of Brown Rudnick LLP will appear in person on behalf of the Special Claims Committee in

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and  (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY to address, as necessary, the following matters:

a) *Omnibus Motion by the Financial Oversight and Management Board for Puerto Rico, Acting By and Through the Members of the Special Claims Committee, and the Official Committee of Unsecured Creditors to (i) Establish Litigation Case Management Procedures and (ii) Establish Procedures for the Approval of Settlement* [Docket No. 7325] (the "Litigation Procedures Motion");

b) *Motion of (i) Financial Oversight and Management Board, Acting Through Its Special Claims Committee, and (ii) Official Committee of Unsecured Creditors, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, to (a) Extend Deadlines and (b) Establish Revised Procedures with Respect to Omnibus Objections to Claims by Holders of Certain Commonwealth General Obligation Bonds Issued in 2011, 2012 and 2014, and for Related Relief ([Docket No. 7137]* (the "Amended GO Procedures Motion");

c) *Urgent Motion of Official Committee of Unsecured Creditors for Order, Pursuant to Bankruptcy Code Section 926(a), Authorizing Committee to Pursue Avoidance Actions on Behalf of Puerto Rico Electric Power Authority* [Docket No. 7484] (the "Committee's Urgent Motion to Pursue PREPA Avoidance Actions";

d) Any objections, responses, statements, joinders, or replies to the (i) Litigation Procedures Motion, (ii) Amended GO Procedures Motion, and (iii) Committee's Urgent Motion to Pursue PREPA Avoidance Actions (collectively, the

"<u>Motions</u>"), including, but not limited to, the Motions, and any other related motions or responsive pleadings filed in connection with those matters; and

e) Any other matters scheduled for the Hearing or statements made by any party in connection with the Title III cases, objections or any adversary proceeding pending therein.

3. Alberto G. Estrella, Esq. and Kenneth C. Suria, Esq. of Estrella LLC may also be attending the Hearing on behalf of the Special Claims Committee by telephone via Court Solutions.

4. In addition, Jeffrey L. Jonas, Esq. of Brown Rudnick LLP may also be attending the Hearing, on behalf of the Special Claims Committee, by telephone via Court Solutions.

[*The remainder of this page is intentionally left blank*]

WHEREFORE, the Special Claims Committee respectfully requests that the Court take notice of the foregoing.

Dated: June 24, 2019

/s/ Edward S. Weisfelner

BROWN RUDNICK LLP
Edward S. Weisfelner, Esq. (*Pro Hac Vice*)
Angela M. Papalaskaris, Esq. (*Pro Hac Vice*)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
eweisfelner@brownrudnick.com
apapalaskaris@brownrudnick.com

Sunni P. Beville, Esq. (*Pro Hac Vice*)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
sbeville@brownrudnick.com

*Counsel to the Financial Oversight and Management Board, Acting Through Its Special Claims Committee*

and

/s/ Kenneth C. Suria

ESTRELLA, LLC
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Financial Oversight and Management Board, Acting Through Its Special Claims Committee*

4