```
Court Name: District Court
Division: 1
Receipt Number: PRX100064401
Cashier ID: arodrigu
Transaction Date: 06/24/2019
Payer Name: QUINONES-RIVERA, ROBERTO
----------------------------------
PRO HOC VICE
 For: QUINONES-RIVERA, ROBERTO
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
PRO HOC VICE
 For: QUINONES-RIVERA, ROBERTO
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
----------------------------------
PAPER CHECK CONVERSION
 Remitter: ORRICK, HERRINGTON & SUTCLI
 Check/Money Order Num: 003648
 Amt Tendered: $300.00
PAPER CHECK CONVERSION
 Remitter: ORRICK, HERRINGTON & SUTCLI
 Check/Money Order Num: 003649
 Amt Tendered: $300.00
----------------------------------
Total Due:      $600.00
Total Tendered: $600.00
Change Amt:     $0.00

17-3283(LTS) PRO HAC VICE OF
TIFFANY ROWE & ROBERT STERN

THRU: QUINONES-RIVERA, ROBERTO
```