# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>et al.<br>Debtors. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br>(Jointly Administered) |

## APPLICATION FOR ADMISSION
## PRO HAC VICE OF ROBERT STERN

**COMES NOW, Robert Stern**, (hereafter, the "Applicant") and, pursuant to L. Dist. Ct. R. 83A(f) of the Local Rules of the United States District Court for the District of Puerto Rico, as incorporated by Rule 1001-l(b) of the Local Bankruptcy Rules as well as this Court's *Ninth Amended Notice, Case Management and Administrative Procedures Order* (Docket No. 7115 of Case No. 17-03283 (LTS)) (the "CMP Order"), hereby requests to be permitted to appear and participate in this particular case, in association with the law firm of McConnell Valdés, LLC, and the undersigned members of the bar of this Court, in representation of creditor and party-in-interest *RBC Capital Markets, LLC*. Applicant respectfully shows:

1. Applicant is an attorney and a member of the law firm of Orrick, Herrington & Sutcliffe, LLP with offices at:

---

The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| Address | Columbia Center<br>1152 15th Street, N.W.<br>Washington, D.C. 20005. |
|---|---|
| Email | RStern@orrick.com |
| Telephone No. | (202) 339-8400 |
| Fax No. | (202) 339-8500 |

2. Applicant will sign all pleadings with the name Robert Stern.

3. Applicant has been retained as a member of the above-named firm by *RBC Capital Markets, LLC* to provide legal representation in connection with the above-styled matters now pending before the United States District Court for the District of Puerto Rico.

4. Since 2000, applicant has been and presently is a member in good standing of the bar of the state of New York, where applicant regularly practices law. Applicant's bar license number is 3029105.

5. Since 2002, applicant has been and presently is a member in good standing of the bar of the District of Columbia, where applicant regularly practices law. Applicant's bar license number is 478742.

6. Applicant has been admitted to practice before the following courts:

| **Court:** | **Admission Date:** |
|---|---|
| U.S. District Court, Southern District of New York | July 11, 2000 |
| U.S. District Court, Western District of New York | July 6, 2001 |
| U.S. District Court, Eastern District of New York | July 18, 2001 |
| U.S. Court of Appeals, Fifth Circuit | May 6, 2002 |
| U.S. District Court, District of Columbia | February 3, 2003 |

7.  Applicant is a member in good standing of the bars of the courts listed in Paragraph 5

8.  Applicant is not currently suspended from the practice of law before any court or jurisdiction. Applicant has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

9.  Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction

10. During the past three years, applicant has not filed for pro hac vice admission in the United States District Court for the District of Puerto Rico.

11. Local counsel of record associated with applicant in this matter is:

> Roberto C. Quiñones-Rivera
> **MCCONNELL VALDÉS LLC**
> 270 Muñoz Rivera Avenue, Suite 7
> San Juan, Puerto Rico 00918
> Telephone: 787-250-5619
> Facsimile: 787-759-9225
> rcq@mcvpr.com

12. Applicant has read the Local Civil Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court".

13. WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled cases only.

Date: June 19, 2019

Robert Stern
Printed Name of Applicant,

Signature of Applicant

**I HEREBY CERTIFY THAT**, pursuant to L. Dist. Ct. R. 83A(f) of the Local Rules of the United States District Court for the District of Puerto Rico, that I consent to the designation of local counsel for all purposes.

Date: June 24, 2019

Roberto C. Quinones-Rivera
Printed Name of Local Counsel

Signature of Local Counsel

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 24th day of June, 2019

**I HEREBY CERTIFY** that on this same date, we electronically filed the document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

**MCCONNELL VALDÉS LLC**
*Attorneys for RBC Capital Markets, LLC*
270 Muñoz Rivera Avenue, Suite 7
San Juan, Puerto Rico, 00918
PO Box 364225
San Juan, Puerto Rico 00936-4225

Telephone: 787-250-2631
Facsimile: 787-759-9225

By: *s/Roberto C. Quinones-Rivera*
Roberto C. Quinones Rivera
USDC-PR No. 211512
rcq@mcvpr.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>et al.<br>Debtors | PROMESA<br>Title III<br><br><br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## *ORDER*

This Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

_____ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

_____ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2019.

_____
U.S. District Judge