IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al<br><br>Debtors | PROMESA<br>TITLE III<br><br>CASE NO. 17-BK-3283( LTS)<br><br>Jointly Administered |

**MOTION REGARDING ATTENDANCE PARTICIPATION IN JUNE 28 HEARING**

**TO THE HONORABLE COURT:**

COME NOW, Alpha Guards Management, Inc. and Cabrera & Ramos, Inc., through their undersigned attorney and respectfully states as follows:

1. Alpha Guards Management, Inc. and Cabrera & Ramos, Inc. present this informative motion. John E. Mudd, Esq., will appear in person in Courtroom 17C of the US District Court for the Southern District of New York, to address the *Omnibus Motion by the Financial Oversight and Management Board for Puerto Rico, Acting By and Through the Members of the Special Claims Committee, and the Official Committee of Unsecured Creditors to (i) Establish Litigation Case Management Procedures and (ii) Establish Procedures for the Approval of Settlement* (Docket 7325.

2. In addition, he will be addressing any objections, responses, statements, joinders, or replies to this motion and any other matters scheduled for the Hearing or statements made by any party in connection with this motion or the adversary proceedings where movants are a party.

WHEREFORE: Movants requests from the Honorable Court that it take note of this motion.

Respectfully submitted on this 24th day of June, 2019.

CERTIFY: That on this same day, the ECF system sent a copy of this motion to all parties in this litigation.

/s John E. Mudd
John E. Mudd
Bar Number: 201102
Attorney for Plaintiffs
LAW OFFICES JOHN E. MUDD
P. O. BOX 194134
SAN JUAN, P.R. 00919
(787) 413-1673
Fax. (787) 753-2202
johnmuddlaw@gmail.com