IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 3:17-cv-01685 (LTS)<br>Case No. 3:17-bk-03566 (LTS) |

**AFFIDAVIT OF SERVICE**

STATE OF FLORIDA        )
                                         )SS:
COUNTY OF MIAMI-DADE  )

I, Aileen Venes, being duly sworn, depose and say that:

    1.  I am a legal assistant employed by White & Case LLP at Southeast Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida, 33131. I am over the age of twenty-one years and not a party to the above-captioned proceeding.

    2.  On June 23, 2019, I served copies of the *Objection of Certain ERS Bondholders to the Magistrate Judge's June 20, 2019 Order on the Renewed Motion to Compel* [Case No. 17-03283, Docket No. 7577 and Case No. 17-03566, Docket No. 584] on the following parties:

- The Chambers of the Honorable Laura Taylor Swain, by e-mail addressed to: swaindprcorresp@nysd.uscourts.gov.

- All interested parties in the above-captioned case that have appeared through the Court's CM/ECF system, through said system, including but not limited to the Standard Parties, as defined in the *Ninth Amended Case Management Procedures Order* [Case No. 17-03283, Docket No. 7115], for whom service is allowed in this matter.

3. That on June 24, 2019, I mailed, via U.S. Mail, to the following:

- Office of the United States Trustee for Region 21, by U.S. mail at the following address: Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, P.R. 00901-1922.

- To all parties listed in the Master Service List as of June 19, 2019 [Case No. 17-03283, Docket No. 7511], for which an e-mail address has not been provided, by U.S. mail.

*Aileen Venes*

Aileen Venes

Sworn to and subscribed before me this 24th day of June, 2019, by Aileen Venes, who is personally known to me.

My Commission Expires: August 27, 2022

NOTARY PUBLIC

DEANNA HIRSHORN
Notary Public - State of Florida
Commission # GG 213153
My Comm. Expires Aug 27, 2022
Bonded through National Notary Assn.