UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF No. 7524 |

**INFORMATIVE MOTION REGARDING ATTENDANCE AT
JUNE 28, 2019 HEARING**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States Magistrate Judge Judith Gail Dein:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") through the undersigned counsel, hereby states and prays as follows:

1. The undersigned, appearing in this proceeding on behalf of AAFAF, hereby respectfully submit this informative motion in response to the Court's order entered on June 20, 2019 [ECF No. 7524].

2. Maria J. DiConza and Daniel Shamah of O'Melveny & Myers LLP intend to appear in person in the New York courtroom at the June 28, 2019 hearing (the "Hearing") and reserve the right to be heard on the following matters:

   a) *Omnibus Motion by the Financial Oversight and Management Board for Puerto Rico, Acting By and Through the Members of the Special Claims Committee, and the Official Committee of Unsecured Creditors to (I) Establish Litigation Case Management Procedures and (II) Establish Procedures for the Approval of Settlement* [ECF No. 7325 in 17-BK-3283; ECF No. 580 in 17-BK-3567; ECF No. 549 in 17-BK-3566; and ECF No. 1297 in 17-BK-4780);

   b) *Motion of (I) Financial Oversight and Management Board, Acting Through Its Special Claims Committee, and (II) Official Committee of Unsecured Creditors, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, to (A) Extend Deadlines and (B) Establish Revised Procedures with Respect to Omnibus Objections to Claims by Holders of Certain Commonwealth General Obligation Bonds Issued in 2011, 2012 and 2014, and for Related Relief* [ECF No. 7137 in 17-BK-3283]; and

   c) *Urgent Motion of Official Committee of Unsecured Creditors for Order, Pursuant to Bankruptcy Code Section 926(a), Authorizing Committee to Pursue Avoidance Actions on Behalf of Puerto Rico Electric Power Authority.* [ECF No. 7484 in 17-BK-3283; ECF No. 1354 in 17-BK-4780].

   d) Any other matter presented to the Court to the extent it impacts the interests of AAFAF or the elected Government of Puerto Rico or any instrumentality thereof.

3. Carolina Velaz-Rivero and/or Ignacio Labarca-Morales of Marini Pietrantoni Muñiz LLC intend to appear at the Hearing in the San Juan courtroom but do not seek to be heard.

Dated: June 24, 2019
San Juan, Puerto Rico

*/s/ Maria J. DiConza*                  */s/ Luis C. Marini-Biaggi*

| | |
|---|---|
| John J. Rapisardi | Luis C. Marini-Biaggi |
| Nancy Mitchell | USDC No. 222301 |
| Peter Friedman | lmarini@mpmlawpr.com |
| Maria J. DiConza | |
| Daniel Shamah | Carolina Velaz-Rivero |
| (Admitted *Pro Hac Vice*) | USDC No. 300913 |
| **O'MELVENY & MYERS LLP** | cvelaz@mpmlawpr.com |
| Seven Times Square | |
| New York, New York 10036 | *Attorneys for the Puerto Rico Fiscal Agency* |
| (212) 326-2000 | *and Financial Advisory Authority* |
| jrapisardi@omm.com | |
| suhland@omm.com | |
| pfriedman@omm.com | |
| dshamah@omm.com | |
| mdiconza@omm.com | |

2