# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                   Debtors. | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**Re: Dkt. No. 7524** |

### INFORMATIVE MOTION OF THE AD HOC GROUP OF CONSTITUTIONAL DEBTHOLDERS PURSUANT TO ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF JUNE 28, 2019, HEARING

The Ad Hoc Group of Constitutional Debtholders (the "Ad Hoc Group")[1] hereby files this Informative Motion pursuant to the *Hearing Procedures Order* [Dkt. No. 7524].

Andrew Kissner of Morrison & Foerster LLP ("Morrison & Foerster") intends to appear and, to the extent necessary, present argument at the June 28, 2019 omnibus hearing on behalf of the Ad Hoc Group in connection with any matters relating to the *Motion of (I) Financial Oversight and Management Board, Acting Through Its Special Claims Committee, and (II) Official Committee of Unsecured Creditors, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, to (A) Extend Deadlines and (B) Establish Revised Procedures with Respect to Omnibus Objections to Claims by Holders of Certain Commonwealth General Obligation Bonds Issued in 2011, 2012 and 2014, and for Related Relief* [Dkt. No. 7137] filed by the Financial Oversight and Management Board, Acting Through Its Special Claims Committee and the Official Committee of Unsecured Creditors, in Courtroom 17C of the United States District Court for the Southern

---

[1] *See Third Supplemental Verified Statement of the Ad Hoc Group of Constitutional Debtholders Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Dkt. No. 6067].

ny-1680259

District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. An additional attorney from Morrison & Foerster also intends to attend the hearing in New York.

Attorney Kendra Loomis from G. Carlo-Altieri Law Offices, LLC also intends to attend the omnibus hearing on behalf of the Ad Hoc Group via telephone through Court Solutions, which appearance has already been approved.

Counsel will also be prepared to respond to any matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

| | |
|---|---|
| Date: June 25, 2019 | By: */s/ Gerardo A. Carlo*<br>Gerardo A. Carlo<br>USDC PR No. 112009<br>gacarlo@carlo-altierilaw.com<br><br>By: */s/ Kendra Loomis*<br>Kendra Loomis<br>USDC PR No. 227408<br>loomislegal@gmail.com<br><br>**G. CARLO-ALTIERI LAW OFFICES, LLC**<br>254 San Jose St., Third Floor<br>San Juan, Puerto Rico 00901<br>Telephone: (787) 247-6680<br>Fax: (787) 919-0527<br><br>-and-<br><br>By: */s/ James M. Peck*<br>James M. Peck (admitted *pro hac vice*)<br>Gary S. Lee (admitted *pro hac vice*)<br><br>**MORRISON & FOERSTER LLP**<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>JPeck@mofo.com<br>GLee@mofo.com<br><br>*Counsel for the Ad Hoc Group of Constitutional Debtholders* |

ny-1680259