# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO, | PROMESA Title III |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1] | No. 17 BK 3283-LTS (Jointly Administered) |
| Debtors. | |

## INFORMATIVE MOTION OF THE QTCB NOTEHOLDER GROUP REGARDING JUNE 28, 2019 OMNIBUS HEARING

The QTCB Noteholder Group[2] hereby submits this informative motion pursuant to the Court's *Hearing Procedures Order* (Case No. 17-BK-3283, Dkt. No. 7524), and respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers listed as Bankruptcy Case numbers due to software limitations).

[2] The QTCB Noteholder Group has the same meaning as set forth in *Notice of Appearance and Request for Notice* (Case No. 17-BK-3283 LTS, Dkt. No. 134) and *Second Supplemental Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019* (Case No. 17-BK-3283 LTS, Dkt. No. 4871).

1.     Kurt A. Mayr and Shannon B. Wolf of Bracewell LLP will appear in person on behalf of the QTCB Noteholder Group at the June 28, 2019, hearing in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY to address, as necessary, the following matters:

   a) *Motion of (i) Financial Oversight and Management Board, Acting Through Its Special Claims Committee, and (ii) Official Committee of Unsecured Creditors, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, to (a) Extend Deadlines and (b) Establish Revised Procedures with Respect to Omnibus Objections to Claims by Holders of Certain Commonwealth General Obligation Bonds Issued in 2011, 2012 and 2014, and for Related Relief* [Docket No. 7137] (the "Amended GO Procedures Motion");

   b) *Urgent Motion of Financial Oversight and Management Board, Acting Through Its Special Claims Committee, and Official Committee of Unsecured Creditors Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, to (I) Continue Hearing on Motion to Establish Claims Objection Procedures and (II) Extend Related Deadlines with Respect to Omnibus Objection to Claims of Holders of Certain Commonwealth General Obligation Bonds* [Dkt. No. 7528] ("Motion to Continue");

   c) Any objections, responses, statements, joinders, or replies to the (i) Amended GO Procedures Motion, and (ii) Motion to Continue.

2.     Counsel reserves the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III cases, and/or any adversary proceeding pending in the Title III cases.

**WHEREFORE**, the QTCB Noteholder Group respectfully requests that the Court take notice of the foregoing.

**RESPECTFULLY SUBMITTED,**

Dated: June 25, 2019
San Juan, Puerto Rico

                **BRACEWELL LLP**

                */s/ Kurt A. Mayr*
                Kurt A. Mayr (*pro hac vice*)
                David L. Lawton (*pro hac vice*)
                Shannon Wolf (*pro hac vice*)
                CityPlace I, 34th Floor
                185 Asylum Street
                Hartford, CT 06103
                Telephone: (860) 256-8534
                Email: kurt.mayr@bracewell.com

                *Counsel for the QTCB Noteholder Group*

                **CORREA ACEVEDO & ABESADA LAW OFFICES, P.S.C.**

                */s/ Sergio E. Criado*
                Sergio E. Criado
                Centro Internacional de Mercadeo II
                #90 Carr. 165 Suite 407
                Guaynabo, Puerto Rico 00968-8064
                ra@calopsc.com
                (787) 273- 8300

                *Co-Counsel for the QTCB Noteholder Group*

**I HEREBY CERTIFY** that on June 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notifications of such filing to all attorneys of record.

**CORREA ACEVEDO & ABESADA
LAW OFFICES, P.S.C.**

*/s/ Sergio E. Criado*
Sergio E. Criado
Centro Internacional de Mercadeo II
#90 Carr. 165 Suite 407
Guaynabo, Puerto Rico 00968-8064
ra@calopsc.com
(787) 273- 8300