**Hearing Date:** June 28, 2019 at 10:00 a.m. (AST)
**Informative Motion Deadline:** June 25, 2019 at 12:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ------------------------------------------------------------x | | |
| *In re* | : | |
| | : | PROMESA |
| THE FINANCIAL OVERSIGHT AND | : | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | : | |
| | : | |
| as representative of | : | Case No. 17-BK-3283 (LTS) |
| | : | |
| THE COMMONWEALTH OF PUERTO RICO, | : | (Jointly Administered) |
| *et al.*, | : | |
| | : | |
| Debtors.[1] | : | |
| | : | |
| ------------------------------------------------------------x | | |
| *In re* | : | |
| | : | |
| THE FINANCIAL OVERSIGHT AND | : | PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : | Title III |
| | : | |
| as representative of | : | |
| | : | Case No. 17-BK-04780-LTS |
| PUERTO RICO ELECTRICAL POWER | : | |
| AUTHORITY (PREPA), | : | **Court Filing Relates Only to PREPA** |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------------x | | |

# INFORMATIVE MOTION OF CORTLAND CAPITAL
# MARKET SERVICES LLC, AS ADMINISTRATIVE AGENT,
# <u>REGARDING JUNE 28, 2019 HEARING AT 10:00 A.M.</u>

---

[1] The Debtors in these title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

To the Honorable United States District Judge Laura Taylor Swain and the Honorable United States Magistrate Judge Judith G. Dein:

Cortland Capital Market Services LLC ("Cortland"), as administrative agent for lenders to the Puerto Rico Electric Power Authority ("PREPA"), by and through its attorneys, hereby submits this informative motion in response to this Court's *Hearing Procedures Order* [Case No. 17-BK-4780-LTS, Dkt. No. 1369] (the "Scheduling Order") setting forth guidelines for parties wishing to be heard at the June 28, 2019 hearing (the "Hearing").

1. Emil A. Kleinhaus of Wachtell, Lipton, Rosen & Katz will appear in person on behalf of Cortland at the Hearing in Courtroom 17C of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007. Counsel intends to address the *Urgent Motion of Official Committee of Unsecured Creditors for Order, Pursuant to Bankruptcy Code Section 926(a), Authorizing Committee to Pursue Certain Avoidance Actions on Behalf of Puerto Rico Electric Power Authority* [Case No. 17-BK-4780-LTS, Dkt. No. 1354].

2. Cortland reserves all rights to be heard on any matter raised by any party at the Hearing related to the Title III cases or the interests of Cortland.

Dated: June 25, 2018

/s/ *Nayuan Zouairabani*
Nayuan Zouairabani
USDC-PR No. 226411
MCCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: (787) 250-5604
Facsimile: (787) 759-9225
Email: nzt@mcvpr.com

Respectfully submitted,

/s/ *Emil A. Kleinhaus*
Richard G. Mason (admitted *pro hac vice*)
Amy R. Wolf (admitted *pro hac vice*)
Emil A. Kleinhaus (admitted *pro hac vice*)
Angela K. Herring (admitted *pro hac vice*)
Joseph C. Celentino (admitted *pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
Email: rgmason@wlrk.com
   arwolf@wlrk.com
   eakleinhaus@wlrk.com
   akherring@wlrk.com
   jccelentino@wlrk.com

*Attorneys for Cortland Capital Market Services LLC, as Administrative Agent*