# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors. | PROMESA<br>Title III<br><br><br><br>Case No. 3:17-cv-03283 (LTS)<br><br>(Jointly Administered)[1] |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT**:

  **COMES NOW Ramírez & Co.** and hereby enters its appearance through the law firm of McConnell Valdés, LLC and the undersigned counsel, Antonio A. Arias-Larcada pursuant to Rule 83(d) of the Local District Court Rules for the District of Puerto Rico and Federal Rule of Bankruptcy Procedure 9010(b), as made applicable to these proceedings by virtue of section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("<u>PROMESA</u>"), 48 U.S.C. § 2170. The undersigned requests that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon the addresses and telephone numbers set forth below:

    Antonio A. Arias-Larcada, Esq.
    MCCONNELL VALDÉS LLC
    270 Muñoz Rivera Avenue
    San Juan, Puerto Rico 00918
    Tel.: (787) 250-5604
    Fax.: (787) 759-9225
    E-mail: aaa@mcvpr.com

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Tittle III case number and the last four (4) digits of Debtor's federal tax identification number are: 1) Commonwealth of Puerto Rico (Case No. 17 BK 3283-LTS) number 3481 ; (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Case No. 17 BK 3284-LTS) number 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Case No. 17 BK 3567-LTS) number 3808; and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") ( Case No. 17 BK 3566-LTS) number 9686 and v) Puerto Rico Electric Power Authority ("PREPA") (Case No. 17 BK 4780) number 3747.

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed, which may affect or seek to affect in any way any rights or interest of appearing party with respect to the captioned debtor or any property or proceeds in which the debtor may claim an interest. <u>Please add the foregoing to such mailing matrix as may be used for all purposes in this case</u>.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 25th day of June, 2019.

**I HEREBY CERTIFY** that on this same date, a true copy of the foregoing was filed through the Court's CM/ECF system, which will generate a notice to all CM/ECF participants in this case.

**MCCONNELL VALDÉS LLC**
*Attorneys for Ramírez & Co.*
270 Muñoz Rivera Avenue, Suite 7
San Juan, Puerto Rico 00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: 787-250-5612
Facsimile: 787-759-9225


By: <u>s/Antonio A. Arias-Larcada</u>
Antornio A. Arias-Larcada Esq.
USDC-PR Bar No. 204906
Email: aaa@mcvpr.com