# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, *et al.* <br><br> Debtors | PROMESA <br> Title III <br><br> **Case No. 17 BK 3283-LTS** <br><br> (Joint Administered) |

## REQUEST FOR LEAVE TO WITHDRAW AS COUNSEL

**TO THE HONORABLE COURT:**

**COMES NOW** the undersigned counsel, Hilda Quiñones Rivera, and respectfully states and prays as follows:

1. On April 15, 2019, the undersigned counsel filed a "Notice of Participation […]" on behalf of John Hancock Investments, Inc. (JHI). [**6268**] Subsequently, on May 30, 2019, attorneys Roberto Lefranc Morales and Francisco J. Ramos Martínez filed a "Notice of Appearance and Request for Notice" on behalf of the aforementioned party. [**7161**]

2. The undersigned attorney has been notified of a potential conflict of interest in her appearance as counsel for JHI. Accordingly, the undersigned requests leave of court to withdraw from this case. *See* Local Rule 83D.

3. JHI has been notified of this determination and agrees with the same. The undersigned does not have any files, documents or property of JHI, and there are no pending filings or hearings related to said entity. In consideration thereof, there is not an impediment to grant the requested leave.

**WHEREFORE,** the undersigned respectfully requests this Honorable Court to grant this motion allowing the undersigned to withdraw as counsel for John Hancock Investments, Inc. in the captioned case, effective immediately.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this **25th** day of June 2019.

**CERTIFICATE OF FILING**: I hereby certify that on this date, I electronically filed the foregoing documents through the Court's CM/ECF system, which will send notification of such filing to all participating parties in the case.

> **Q.R. & ASOCIADOS, LLC**
> Attorneys for John Hancock Investments, Inc.
> MCS Plaza, Suite 819
> 255 Ponce de León Ave.
> San Juan, PR 00917
> Tel.: (787) 922-8083
>
> **/s/ Hilda Quiñones Rivera**
> HILDA QUIÑONES RIVERA
> hquinones@qralaw.com
> USDC 218201