## **EXHIBIT A**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------- x
                                                              :
In re:                                                        :
                                                              :
THE FINANCIAL OVERSIGHT AND                                   :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                             :  Title III
                                                              :
         as representative of                                 :  Case No. 17-BK-3283 (LTS)
                                                              :
THE COMMONWEALTH OF PUERTO RICO et al.,                       :  (Jointly Administered)
                                                              :
         Debtors.¹                                            :
------------------------------------------------------------- x
                                                              :
In re:                                                        :
                                                              :
THE FINANCIAL OVERSIGHT AND                                   :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                             :  Title III
                                                              :
         as representative of                                 :  Case No. 17-BK-4780 (LTS)
                                                              :
PUERTO RICO ELECTRIC POWER AUTHORITY                          :  This filing relates only to
                                                              :  Case No. 17-BK-4780 (LTS)
                                                              :
         Debtor.                                              :
------------------------------------------------------------- x
```

**ORDER APPROVING URGENT MOTION FOR LEAVE TO CITE
TO CASE LAW IN SPANISH LANGUAGE AND FOR EXTENSION OF
TIME TO SUBMIT CORRESPONDING CERTIFIED ENGLISH TRANSLATION**

Upon the *Urgent Motion for Leave to Cite to Case Law in Spanish Language and for Extension of Time to Submit Corresponding Certified English Translation* (the "Urgent Motion");[2] and the

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

Court having found and determined that (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to section 306 of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA; (iii) the relief requested in the Urgent Motion is proper and in the best interest of the Title III debtors, their creditors, and other parties in interest; and (iv) due and proper notice of the Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided; and upon the record herein, and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

The Urgent Motion is GRANTED as set forth herein.

1. The Committee's Reply may cite to the Supporting Case in its original Spanish language, and the Committee shall file a certified translation of the Supporting Case on or before **June 26, 2019 at 4:00 p.m. (AST).**

2. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: June \_\_\_\_, 2019  _____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Urgent Motion.

2