RECEIVED & FILED

**Participant Name and Contact Information**

Umansky Family Trust
_____
Participant Name

Dan Umansky
_____
Contact Person (if Participant is not an individual)

Dumansky@aol.com
_____
Email Address

8226 Limerick
_____
Address line 1

_____
Address line 2

Wichita, KS, 67206
_____
City, State Zip Code

USA
_____
Country

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)   CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

_____
Contact Person

_____
Email Address

_____
Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.   If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

   (b)   Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

DAN UMANSKY
_____
Print Name

_____
Title (if Participant is not an Individual)

6-12-19
_____
Date

2



**Riedl First
Securities**
COMPANY OF KANSAS

1841 N. Rock Rd. Ct. Ste 400
Wichita, KS 67206-4213



Hasler
06/12/2019
US POSTAGE   $000.65⁰

FIRST-CLASS MAIL

ZIP 67206
011D11650520

The Clerk of the United States District
Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR, 00918-1767

RECEIVED & FILED

**Participant Name and Contact Information**

John M Gunter

Participant Name

**Counsel Contact Information (if any)**

2019 JUN 3 14

CLERK'S OFFICE
Firm Name (if applicable) DISTRICT COURT
SAN JUAN PR

Contact Person (if Participant is not an individual)

jmg1821@outlook.com

Email Address

1300 Roschaun Dr

Address line 1

Contact Person

Email Address

Address line 1

Address line 2

Oklahoma City, OK 73162

City, State Zip Code

USA

Country

Address line 2

City, State Zip Code

Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.   If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

     (a)   Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant: 74514LYW1

     (b)   Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? YES or NO (please **circle one**).

By: _John M. Gunter_
Signature

JOHN M. GUNTER
Print Name

Title (if Participant is not an Individual)

6/2/19
Date

2



**Riedl First Securities**
COMPANY OF KANSAS

1841 N. Rock Rd. Ct. Ste 400
Wichita, KS 67206-4213





Hasler
06/12/2019
US POSTAGE $000.65⁰

FIRST-CLASS MAIL

ZIP 67206
011D11650520

The Clerk of the United States District
Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR, 00918-1767

**Participant Name and Contact Information**

Jean Ann Pepin

Participant Name

_____
Contact Person (if Participant is not an individual)

jeanann.pepin@gmail.com
Email Address

6241 Skylark Lane
Address line 1

_____
Address line 2

Lincoln, NE 68516
City, State Zip Code

USA
Country

**Counsel Contact Information (if any)**

RECEIVED & FILED
2019 JUN 20  PM 3: 15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____
Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

  _____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

  __X__ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.   If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

  (a)   Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

  (b)   Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? YES or NO (please **circle one**).

By: Jean Ann Pepin
Signature

Jean Ann Pepin
Print Name

_____
Title (if Participant is not an Individual)

6/12/19
Date

2



**Riedl First Securities**
COMPANY OF KANSAS

1841 N. Rock Rd. Ct. Ste 400
Wichita, KS 67206-4213



Hasler
06/12/2019
US POSTAGE  $000.65⁰

FIRST-CLASS MAIL

ZIP 67206
011D11650520

The Clerk of the United States District
Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
Loo Juan, P.R. 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [DATE THAT IS
SIXTY DAYS FROM ENTRY OF ORDER]\***

RECEIVED & FILED

**UNITED STATES DISTRICT COURT** 2019 JUN 20 PM 3: 15
**FOR THE DISTRICT OF PUERTO RICO**

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

-------------------------------------------------------------------- X
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
       as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)
:
       Debtors.[1] :
-------------------------------------------------------------------- X

**NOTICE OF PARTICIPATION IN OBJECTIONS OF OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND
BANKRUPTCY RULE 3007, TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN 2011
COMMONWEALTH GENERAL OBLIGATION BONDS**

       **This Notice of Participation must be served and filed no later than [sixty days from entry of
order] in accordance with the instructions set forth at the end of this document.**

       The party identified below ("Participant") hereby advises the Official Committee of Unsecured
Creditors (the "Committee") that it intends to participate in the litigation of the Committee's objection,
dated May 21, 2019 [Dkt. No. 7057] (the "2011 GO Objection"), to claims filed or asserted by holders of
certain 2011 general obligation bonds (the "2011 GO Bonds"), which objects to all claims that have been
or may be asserted against the Commonwealth of Puerto Rico (the "Commonwealth") because such 2011
GO Bonds are invalid. Even if you filed a Notice of Participation in connection with the objection filed
with respect to Commonwealth general obligations issued in 2012 or 2014, you still must file a Notice of
Participation with respect to the 2011 GO Objection.

       To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico
Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of
Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case
No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last
Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy
Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as
Bankruptcy Case numbers due to software limitations).

**Participant Name and Contact Information**       **Counsel Contact Information (if any)**

Dale Snelling
_____                        _____
Participant Name                                    Firm Name (if applicable)

_____                        _____
Contact Person (if Participant is not an individual) Contact Person

_____                        _____
Email Address                                       Email Address

463 Cedar Creek Rd.
_____                        _____
Address line 1                                      Address line 1

_____                        _____
Address line 2                                      Address line 2
Cedar Point, KS 66843
_____                        _____
City, State Zip Code                                City, State Zip Code

USA
_____                        _____
Country                                             Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant
believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objections (i.e., Participant
believes that the Court should find that the 2011 GO Bonds are **valid**)

3.      If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign.  If
Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following
paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

        (b)     Did Participant purchase any of its 2011 GO Bonds in whole or in part on the
                secondary market?  **YES** or **NO** (please **circle one**).

By: _Dale Snelling_____
    Signature

_Dale Snelling_____
Print Name

_____
Title (if Participant is not an Individual)
        6-6-19
_____
Date

2



**Riedl First Securities**
COMPANY OF KANSAS

1841 N. Rock Rd. Ct. Ste 400
Wichita, KS 67206-4213

RECEIVED & FILE
2019 JUN 20  PM 3:
CLERK'S OFFICE
US DISTRICT
SAN JUAN



Hasler          FIRST-CLASS MAIL
06/12/2019
US POSTAGE  $000.65⁰

ZIP 67206
011D11650520

The Clerk of the United States District
Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918 1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [DATE THAT IS SIXTY DAYS FROM ENTRY OF ORDER]\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
20   PM 3:15

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

---------------------------------------------------------------- X

In re:                                                           :

                                                                 :

THE FINANCIAL OVERSIGHT AND                                      :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                :   Title III

                                                                 :

     as representative of                                        :   Case No. 17-BK-3283 (LTS)

                                                                 :

THE COMMONWEALTH OF PUERTO RICO *et al.,*                        :   (Jointly Administered)

                                                                 :

     Debtors.[1]                                                 :

---------------------------------------------------------------- X

### NOTICE OF PARTICIPATION IN OBJECTIONS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007, TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN 2011 COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than [sixty days from entry of order] in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors (the "Committee") that it intends to participate in the litigation of the Committee's objection, dated May 21, 2019 [Dkt. No. 7057] (the "2011 GO Objection"), to claims filed or asserted by holders of certain 2011 general obligation bonds (the "2011 GO Bonds"), which objects to all claims that have been or may be asserted against the Commonwealth of Puerto Rico (the "Commonwealth") because such 2011 GO Bonds are invalid. Even if you filed a Notice of Participation in connection with the objection filed with respect to Commonwealth general obligations issued in 2012 or 2014, you still must file a Notice of Participation with respect to the 2011 GO Objection.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Participant Name and Contact Information**         **Counsel Contact Information (if any)**

Dorothea Hardrick
_____
Participant Name

_____      _____
Firm Name (if applicable)

_____      _____
Contact Person (if Participant is not an individual)      Contact Person

_____      _____
Email Address      Email Address

P.O. Box 14
_____      _____
Address line 1      Address line 1

_____      _____
Address line 2      Address line 2

Coaldale, CO 81222
_____      _____
City, State Zip Code      City, State Zip Code

USA
_____      _____
Country      Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

X intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.      If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

(b)      Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: Dorothea J. Hardrick
_____
Signature

Dorothea J. Hardrick
_____
Print Name

_____
Title (if Participant is not an Individual)

6-10-19
_____
Date

2



**Riedl First Securities**
COMPANY OF KANSAS

1841 N. Rock Rd. Ct. Ste 400
Wichita, KS 67206-4213

Hasler
06/12/2019
US POSTAGE $000.65⁰

FIRST-CLASS MAIL



ZIP 67206
011D11650520

The Clerk of the United States District
Court for the District of Puerto Rico.
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR. 00918-1767

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [DATE THAT IS SIXTY DAYS FROM ENTRY OF ORDER]\***

RECEIVED & FILE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

2019 JUN 20  PM 3: 15

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN P.R.

-------------------------------------------------------------------- X

In re:                                                       :
                                                             :
THE FINANCIAL OVERSIGHT AND                                  :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                            :  Title III
                                                             :
      as representative of                                   :  Case No. 17-BK-3283 (LTS)
                                                             :
THE COMMONWEALTH OF PUERTO RICO *et al.,*                    :  (Jointly Administered)
                                                             :
      Debtors.[1]                                            :
-------------------------------------------------------------------- X

### NOTICE OF PARTICIPATION IN OBJECTIONS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007, TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN 2011 COMMONWEALTH GENERAL OBLIGATION BONDS

**This Notice of Participation must be served and filed no later than [sixty days from entry of order] in accordance with the instructions set forth at the end of this document.**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors (the "Committee") that it intends to participate in the litigation of the Committee's objection, dated May 21, 2019 [Dkt. No. 7057] (the "2011 GO Objection"), to claims filed or asserted by holders of certain 2011 general obligation bonds (the "2011 GO Bonds"), which objects to all claims that have been or may be asserted against the Commonwealth of Puerto Rico (the "Commonwealth") because such 2011 GO Bonds are invalid. Even if you filed a Notice of Participation in connection with the objection filed with respect to Commonwealth general obligations issued in 2012 or 2014, you still must file a Notice of Participation with respect to the 2011 GO Objection.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and  (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|

James + Betty Taylor
Participant Name

_____
Firm Name (if applicable)

_____
Contact Person (if Participant is not an individual)

_____
Contact Person

Taylorin hutch @ yahoo.com
Email Address

_____
Email Address

57 East Wood Drive
Address line 1

_____
Address line 1

_____
Address line 2

_____
Address line 2

Hutchinson, KS 67508
City, State Zip Code

_____
City, State Zip Code

USA
Country

_____
Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.      If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

(b)      Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: James E. Taylor            Betty L. Taylor
    Signature

James E. Taylor                 Betty L. Taylor
Print Name

_____
Title (if Participant is not an Individual)

June 10, 2019
Date

2



**Riedl First Securities**
COMPANY OF KANSAS

1841 N. Rock Rd. Ct. Ste 400
Wichita, KS 67206-4213

RECEIVED
2019 JUN 20 PM 3
CLERK'S OFFICE
US DISTRICT
SAN JUAN



Hasler
06/12/2019
US POSTAGE $000.65⁰

FIRST-CLASS MAIL

ZIP 67206
011D11650520

The Clerk of the United States District
Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

Case:17-03283-LTS   Doc#:7194-1   Filed:05/29/19   Entered:05/29/19 17:06:20   Desc:
Proposed Order   Page 27 of 29

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [DATE THAT IS SIXTY DAYS FROM ENTRY OF ORDER]\***

RECEIVED

2019 JUN 20  PM 3: 15

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- X

In re:                                                          :

                                                                :

THE FINANCIAL OVERSIGHT AND                                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                               :   Title III
                                                                :
        as representative of                                    :   Case No. 17-BK-3283 (LTS)
                                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,                         :   (Jointly Administered)
                                                                :
        Debtors.[1]                                             :

------------------------------------------------------------------- X

### NOTICE OF PARTICIPATION IN OBJECTIONS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007, TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN 2011 COMMONWEALTH GENERAL OBLIGATION BONDS

        **This Notice of Participation must be served and filed no later than [sixty days from entry of order] in accordance with the instructions set forth at the end of this document.**

        The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors (the "Committee") that it intends to participate in the litigation of the Committee's objection, dated May 21, 2019 [Dkt. No. 7057] (the "2011 GO Objection"), to claims filed or asserted by holders of certain 2011 general obligation bonds (the "2011 GO Bonds"), which objects to all claims that have been or may be asserted against the Commonwealth of Puerto Rico (the "Commonwealth") because such 2011 GO Bonds are invalid.  Even if you filed a Notice of Participation in connection with the objection filed with respect to Commonwealth general obligations issued in 2012 or 2014, you still must file a Notice of Participation with respect to the 2011 GO Objection.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

---

[1]     The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Participant Name and Contact Information**

Alvin L & Evelyn R Leaque TR 3/4/89
_____
Participant Name

Alvin L Leaque TTEE
_____
Contact Person (if Participant is not an individual)

eleague@juno.com
_____
Email Address

1901A E Old Hwy #40
_____
Address line 1

_____
Address line 2

New Cambria KS 67470
_____
City, State Zip Code

USA
_____
Country

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____
Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

___X___intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.     If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant: 74514LYW1

   (b)   Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? (**YES** or **NO** (please **circle one**).

By: Alvin L. League, TTEE
_____
Signature

Alvin L League
_____
Print Name

Trustee
_____
Title (if Participant is not an Individual)

6/10/19
_____
Date

2



**Riedl First
Securities**
COMPANY OF KANSAS

1841 N. Rock Rd. Ct. Ste 400
Wichita, KS 67206-4213



Hasler
06/12/2019
**US POSTAGE** $000.65⁰

FIRST-CLASS MAIL

ZIP 67206
011D11650520

The Clerk of the United States District
Court for the District of Puerto Rico
room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

| Participant Name and Contact Information | Counsel Contact Information (if any) |
|---|---|
| Mary Beth + James M Cole JT Ten/WROS | 2019 JUN 20 PM 3: 15 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN P.R. |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| jamewocole @gmail.com | |
| Email Address | Email Address |
| 522 Skyline Dr | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| Woodland Park CO 80863 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.  If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)  Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant: 74514 LRW1

(b)  Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? **YES** or NO (please **circle one**).

By: _Mary Beth Cole_
   Signature

_Mary Beth Cole_
Print Name

_____
Title (if Participant is not an Individual)

_6/10/17_
Date

2



**Riedl First Securities**
COMPANY OF KANSAS

1841 N. Rock Rd. Ct. Ste 400
Wichita, KS 67206-4213



Hasler
06/12/2019
US POSTAGE   $000.65

FIRST-CLASS MAIL

ZIP 67206
011D11650520

The Clerk of the United States District
Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR. 00918-1767

*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE [DATE THAT IS
SIXTY DAYS FROM ENTRY OF ORDER]*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------------- X

In re:                                                                 :

THE FINANCIAL OVERSIGHT AND                          :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III
                                                                       :
            as representative of                                 :   Case No. 17-BK-3283 (LTS)
                                                                       :
THE COMMONWEALTH OF PUERTO RICO et al.,        :   (Jointly Administered)
                                                                       :
            Debtors.[1]                                           :
----------------------------------------------------------------------- X

NOTICE OF PARTICIPATION IN OBJECTIONS OF OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND
BANKRUPTCY RULE 3007, TO CLAIMS ASSERTED BY HOLDERS OF CERTAIN 2011
COMMONWEALTH GENERAL OBLIGATION BONDS

        This Notice of Participation must be served and filed no later than [sixty days from entry of
order] in accordance with the instructions set forth at the end of this document.

        The party identified below ("Participant") hereby advises the Official Committee of Unsecured
Creditors (the "Committee") that it intends to participate in the litigation of the Committee's objection,
dated May 21, 2019 [Dkt. No. 7057] (the "2011 GO Objection"), to claims filed or asserted by holders of
certain 2011 general obligation bonds (the "2011 GO Bonds"), which objects to all claims that have been
or may be asserted against the Commonwealth of Puerto Rico (the "Commonwealth") because such 2011
GO Bonds are invalid.  Even if you filed a Notice of Participation in connection with the objection filed
with respect to Commonwealth general obligations issued in 2012 or 2014, you still must file a Notice of
Participation with respect to the 2011 GO Objection.

        To ensure full participation rights in the litigation of the Objection, Participant provides all of the
information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

---

[1]      The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico
Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of
Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case
No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last
Four Digits of Federal Tax ID: 9686); and  (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy
Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as
Bankruptcy Case numbers due to software limitations).

**Participant Name and Contact Information**

Vincent J - Incopero

Participant Name

_____
Contact Person (if Participant is not an individual)

Email Address

PO B 146 Elmhurst, Ill.
60124
Address line 1

_____
Address line 2

_____
City, State Zip Code

USA

Country

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____
Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

_____ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3.      If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:

(b)      Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
        Signature

Vincent J-I Ncopero

_____
Print Name

_____
Title (if Participant is not an Individual)

June 1 2019
Date

2

# Morgan Stanley

*This transaction is confirmed in accordance
with the information provided on the
Conditions and Disclosures page*

Exchange Code: 8
Execution Code: 7
Your Account Number:   Redacted -374

Cash Account - Active Assets

VINCENT J INCOPERO TOD
VINCENT A INCOPERO
SUBJECT TO STA RULES
P.O. BOX 146
ELMHURST, IL 60126-0146

Your Financial Advisor
DONALD METTER
111 S PFINGSTEN RD, STE 200
DEERFIELD, IL       60015
(847) 480-3600

**You Sold**
**Trade Date 09/16/16 for Settlement on 09/21/16**

| Quantity | 430,000 | Price | 109.125 | Settlement | Amount |
|---|---|---|---|---|---|

*Description:*
PUERTO RICO COMWLTH PUB IMPT REF
MATURES 07/01/2020       COUPON 5.50% FIXED
COUPON PAYABLE SEMI-ANNUALLY ON JANUARY AND JULY 1st
ISSUE DATE 10/25/2001       FIRST COUPON DATE 01/01/2002

YIELD TO MATURITY       2.929%
GENERAL OBLIGATION
INSURED BY NATL PUBLIC FINANCE GUARANTEE (FORM MBIA)
THE CREDIT RATINGS PRINTED BELOW REFLECT THE RATINGS AT THE
CLOSE-OF-BUSINESS ON 09/16/16 AND ARE SUBJECT TO CHANGE.
   S&P RATING: AA-
   MOODY'S RATING: A3
   FITCH RATING: D
BOOK ENTRY ONLY

| | |
|---|---|
| Principal | $469,237.50 |
| Processing Fee | 6.50 |
| Interest | 5,255.56 |
| Net Amount | $474,486.56 |

Security No.   Redacted

Morgan Stanley Smith Barney LLC. Member SIPC.  The transaction may have been executed with
Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services.

CONDITIONS AND DISCLOSURES

## CODES, ABBREVIATIONS AND EXPLANATIONS

**EXCHANGE WHERE EXECUTED**

1  New York Stock Exchange
2  Pacific Stock Exchange
3  Philadelphia Stock Exchange
4  Chicago Stock Exchange
5  American Stock Exchange
6  Other Markets
7  Over the Counter
8  Morgan Stanley Smith Barney LLC as principal which may result in a profit to Morgan Stanley Smith Barney LLC.

**EXECUTION CODE**

1, 2, 3, 4, 5, 9, F, L, P, T, V OR W: As agent we have bought or sold for your account
6:  As agent for another we have sold to you or bought from you
7, C, E, G, N, OR S:  As principal we sold to you or bought from you for our own account
8 OR U:  Prospectus/Official Statement
A, B, C, X, Y, OR Z:  Primary and Secondary Unit Trust or listed and OTC when issued Securities
K:  Precious Metals
M, R: Mutual Funds

**OTHER ABBREVIATIONS**

ELTR  Estimated Long Term Return
CR  Current Return
PV  Par Value

**FINAL PROSPECTUS/OFFERING DOCUMENTATION AVAILABLE**

Indicates that these securities/instruments are being sold (i) pursuant to an SEC registration statement or where a prospectus is otherwise required, (ii) in the case of certain exempted securities or certificates of deposit (CDs), either where offering documentation is required or there is an agreement or policy to deliver offering documentation.  For assistance obtaining a copy of the final prospectus/offering documentation relating to these securities, you may contact us at 800-584-6837.

## CHARGES AND FEES

**CHARGE**  Represents the markup/down from the wholesaler's or dealer's price.

**FSCF**  Represents a pass through of Foreign Securities clearance fees incurred by Morgan Stanley Smith Barney LLC for this transaction.

**SUPPLEMENTAL TRANSACTION FEE**  Represents fee to offset additional expenses associated with processing certain transactions.

**PROCESSING FEE**  Represents processing charges for certain executed orders.

**CDSC**  Represents Contingent Deferred Sales Charge.

**DSC**  Represents Deferred Sales Charge.

## BACKUP WITHHOLDING

Under Federal Income Tax Law, the customer is required to provide Morgan Stanley Smith Barney LLC with a certification of the customer's Social Security or Taxpayer Identification Number.  In the absence of such certification, Morgan Stanley Smith Barney LLC is required to withhold taxes from the proceeds of sales at the current withholding rate.

## GROSS PROCEEDS

If the transaction being confirmed is a sale or a redemption, this information will be furnished to the Internal Revenue Service.

## SECURITY MEASURES

Your Morgan Stanley Smith Barney LLC trade confirmation features an embedded security element to safeguard its authenticity.  It is a unique security mark -- a blue rectangle in heat-sensitive blue ink.  When exposed to warmth, the blue rectangle will disappear, and then reappear.

## CONDITIONS

IT IS AGREED THAT

All transactions are subject to the rules, regulations, requirements and customs of the exchange or market (and its clearing agency, if any) where executed, the regulations of the Federal Reserve Board and the Securities and Exchange Commission.

Payment for securities purchased must be received by us no later than the Settlement Date indicated on the reverse side hereof. Payments not received by Settlement Date may be subject to late payment fees.

Securities held in margin accounts or purchased but not yet paid for in cash accounts may be hypothecated by Morgan Stanley Smith Barney LLC under circumstances which will permit the commingling thereof with securities of other clients.

Securities sold "long" must be on deposit in your account(s) or delivered to us by Settlement Date.

Morgan Stanley Smith Barney LLC will furnish, upon written request, the date and time when the transaction took place, the name of the other party to the transaction and the source and amount of any other remuneration received or to be received by Morgan Stanley Smith Barney LLC in connection with the transaction.

Morgan Stanley Smith Barney LLC and/or its affiliates may accept benefits that constitute payment for order flow.  Details regarding these benefits will be furnished upon written request.

Debt securities may be redeemed in whole or in part before maturity, and such a redemption could affect any yield represented in this trade confirmation.  Additional information is available upon request.

Credit rating(s), if any, contained on this trade confirmation were provided by an unaffiliated third party.  In some instances, the credit rating shown is based on the issuer's credit ranking and not the credit rating of the specific security purchased or sold.  For an explanation of credit ratings for bonds, please see www.morganstanley.com/wealth/investmentsolutions/creditratings.asp, or request a copy from your Financial Advisor.

Insurance trades are subject to carrier underwriting approval.

Any inquiries regarding this transaction should be made by using the telephone number provided on the reverse side.

This transaction is conclusive and binding if not objected to in writing within five days of receiving this trade confirmation.

All Good Till Cancelled (GTC) orders have an expiration date, which is displayed on the front of this notice.  Until expiration, all open orders are considered good until cancelled by you or executed by us.  When entering a substitute order or changing an existing order, the responsibility for canceling the original order rests upon the customer.  Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered in the customer's account.

Municipal Advisor Rule; Disclosures for Municipal Entities and Obligated Persons:  Morgan Stanley Smith Barney LLC is not acting as a municipal advisor to any municipal entity or obligated person within the meaning of Section 15B of the Securities Exchange Act (Municipal Advisor Rule).  If you have a Brokerage Account, please note that: 1) we do not owe you a fiduciary duty pursuant to the Municipal Advisor Rule when we make statements or provide you with information regarding your Brokerage Account; 2) we may be acting for our own interests; and 3) before acting on any statements made or information provided by us, you should consult any and all advisors as you deem appropriate.

This agreement shall inure to the benefit of any successor or assigns of Morgan Stanley Smith Barney LLC.

**Morgan Stanley**

# Morgan Stanley

*This transaction is confirmed in accordance
with the information provided on the
Conditions and Disclosures page*

Exchange Code: 8
Execution Code:7
Your Account Number:   Redacted -374

Cash Account - Active Assets

VINCENT J INCOPERO TOD
VINCENT A INCOPERO
SUBJECT TO STA RULES
P.O. BOX 146
ELMHURST, IL 60126-0146

Your Financial Advisor
DONALD METTER
111 S PFINGSTEN RD, STE 200
DEERFIELD, IL      60015
(847) 480-3600

**You Bought**
**Trade Date 05/22/14 for Settlement on 05/28/14**

| Quantity | 430,000 | Price | 109.71 | | Settlement | Amount |
|---|---|---|---|---|---|---|

*Description:*
PUERTO RICO COMWLTH PUB IMPT REF
MATURES 07/01/2020      COUPON 5.50% FIXED
COUPON PAYABLE SEMI-ANNUALLY ON JANUARY AND JULY 1st
ISSUE DATE 10/25/2001      FIRST COUPON DATE 01/01/2002

YIELD TO MATURITY      3.704%
GENERAL OBLIGATION
INSURED BY NATL PUBLIC FINANCE GUARANTEE (FORM MBIA)
THE CREDIT RATINGS PRINTED BELOW REFLECT THE RATINGS AT THE
CLOSE-OF-BUSINESS ON 05/22/14 AND ARE SUBJECT TO CHANGE.
   S&P RATING: AA-
   MOODY'S RATING: A3
   FITCH RATING: BB
BOOK ENTRY ONLY
FOR ADDITIONAL INFORMATION RELATED TO THIS SECURITY,
INCLUDING MUNICIPAL MATERIAL EVENT AND FINANCIAL DISCLOSURES
AND MARKET DATA, PLEASE GO TO www.emma.msrb.org

Principal          $471,753.00
Processing Fee              6.50
Interest              9,657.08

Net Amount      $481,416.58

Security No. :Redacted

Morgan Stanley Smith Barney LLC. Member SIPC.  The transaction may have been executed with
Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services.

CONDITIONS AND DISCLOSURES

## CODES, ABBREVIATIONS AND EXPLANATIONS

### EXCHANGE WHERE EXECUTED

1. New York Stock Exchange
2. Pacific Stock Exchange
3. Philadelphia Stock Exchange
4. Chicago Stock Exchange
5. American Stock Exchange
6. Other Markets
7. Over the Counter
8. Morgan Stanley Smith Barney LLC as principal which may result in a profit to Morgan Stanley Smith Barney LLC.

### EXECUTION CODE

1, 2, 3, 4, 5, 9, F, L, P, T, V OR W: As agent we have bought or sold for your account

6: As agent for another we have sold to you or bought from you

7, C, E, G, N, OR S: As principal we sold to you or bought from you for our own account

8 OR U: Prospectus/Official Statement

A, B, C, X, Y, OR Z: Primary and Secondary Unit Trust or listed and OTC when issued Securities

K: Precious Metals

M, R: Mutual Funds

### OTHER ABBREVIATIONS

ELTR — Estimated Long Term Return
CR — Current Return
PV — Par Value

### FINAL PROSPECTUS/OFFERING DOCUMENTATION AVAILABLE

Indicates that these securities/instruments are being sold (i) pursuant to an SEC registration statement or where a prospectus is otherwise required, (ii) in the case of certain exempted securities or certificates of deposit (CDs), either where offering documentation is required or there is an agreement or policy to deliver offering documentation. For assistance obtaining a copy of the final prospectus/offering documentation relating to these securities, you may contact us at 800-584-6837.

## CHARGES AND FEES

| | |
|---|---|
| **CHARGE** | Represents the markup/down from the wholesaler's or dealer's price. |
| **FSCF** | Represents a pass through of Foreign Securities clearance fees incurred by Morgan Stanley Smith Barney LLC for this transaction. |
| **SUPPLEMENTAL TRANSACTION FEE** | Represents fee to offset additional expenses associated with processing certain transactions. |
| **PROCESSING FEE** | Represents processing charges for certain executed orders. |
| **CDSC** | Represents Contingent Deferred Sales Charge. |
| **DSC** | Represents Deferred Sales Charge. |

## BACKUP WITHHOLDING

Under Federal Income Tax Law, the customer is required to provide Morgan Stanley Smith Barney LLC with a certification of the customer's Social Security or Taxpayer Identification Number. In the absence of such certification, Morgan Stanley Smith Barney LLC is required to withhold taxes from the proceeds of sales at the current withholding rate.

## GROSS PROCEEDS

If the transaction being confirmed is a sale or a redemption, this information will be furnished to the Internal Revenue Service.

## SECURITY MEASURES

Your Morgan Stanley Smith Barney LLC trade confirmation features an embedded security element to safeguard its authenticity. It is a unique security mark -- a blue rectangle in heat-sensitive blue ink. When exposed to warmth, the blue rectangle will disappear, and then reappear.

## CONDITIONS

IT IS AGREED THAT

All transactions are subject to the rules, regulations, requirements and customs of the exchange or market (and its clearing agency, if any) where executed, the regulations of the Federal Reserve Board and the Securities and Exchange Commission.

Payment for securities purchased must be received by us no later than the Settlement Date indicated on the reverse side hereof. Payments not received by Settlement Date may be subject to late payment fees.

Securities held in margin accounts or purchased but not yet paid for in cash accounts may be hypothecated by Morgan Stanley Smith Barney LLC under circumstances which will permit the commingling thereof with securities of other clients.

Securities sold "long" must be on deposit in your account(s) or delivered to us by Settlement Date.

Morgan Stanley Smith Barney LLC will furnish, upon written request, the date and time when the transaction took place, the name of the other party to the transaction and the source and amount of any other remuneration received or to be received by Morgan Stanley Smith Barney LLC in connection with the transaction.

Morgan Stanley Smith Barney LLC and/or its affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits will be furnished upon written request.

Debt securities may be redeemed in whole or in part before maturity, and such a redemption could affect any yield represented in this trade confirmation. Additional information is available upon request.

Credit rating(s), if any, contained on this trade confirmation were provided by an unaffiliated third party. In some instances, the credit rating shown is based on the issuer's credit ranking and not the credit rating of the specific security purchased or sold. For an explanation of credit ratings for bonds, please see www.morganstanley.com/wealth/investmentsolutions/creditratings.asp, or request a copy from your Financial Advisor.

Insurance trades are subject to carrier underwriting approval.

Any inquiries regarding this transaction should be made by using the telephone number provided on the reverse side.

This transaction is conclusive and binding if not objected to in writing within five days of receiving this trade confirmation.

All Good Till Cancelled (GTC) orders have an expiration date, which is displayed on the front of this notice. Until expiration, all open orders are considered good until cancelled by you or executed by us. When entering a substitute order or changing an existing order, the responsibility for canceling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered in the customer's account.

NOTICE TO MUNICIPAL ENTITIES: unless we have agreed otherwise in writing, we are not acting as a municipal advisor under the Dodd-Frank Act.

This agreement shall inure to the benefit of any successor or assigns of Morgan Stanley Smith Barney LLC.

Morgan Stanley

# Morgan Stanley

*This transaction is confirmed in accordance*
*with the information provided on the*
*Conditions and Disclosures page*

Exchange Code: 8
Execution Code: 7
Your Account Number:   Redacted  -374

Cash Account - Active Assets

VINCENT J INCOPERO TOD
VINCENT A INCOPERO
SUBJECT TO STA RULES
P.O. BOX 146
ELMHURST, IL 60126-0146

Your Financial Advisor
DONALD METTER
111 S PFINGSTEN RD, STE 200
DEERFIELD, IL       60015
(847) 480-3600

**You Sold**
**Trade Date 09/16/16 for Settlement on 09/21/16**

| Quantity | 250,000 | Price | 107.246 | Settlement | Amount |
|---|---|---|---|---|---|

*Description:*
PUERTO RICO COMWLTH HWY & TRANSN AUTH HWY REV REF-AA
MATURES 07/01/2019      COUPON 5.50% FIXED
COUPON PAYABLE SEMI-ANNUALLY ON JANUARY AND JULY 1st
ISSUE DATE 04/29/2003      FIRST COUPON DATE 07/01/2003

YIELD TO MATURITY    2.770%
REVENUE BOND
INSURED BY NATL PUBLIC FINANCE GUARANTEE (FORM MBIA)
THE CREDIT RATINGS PRINTED BELOW REFLECT THE RATINGS AT THE
CLOSE-OF-BUSINESS ON 09/16/16 AND ARE SUBJECT TO CHANGE.
   S&P RATING: AA-
   MOODY'S RATING: A3
DOCUMENTS AND CONTINUING DISCLOSURES RELATING TO THIS
SECURITY MAY ALSO BE AVAILABLE ON EMMA AT CUSIP 745181XK8.
BOOK ENTRY ONLY

| | |
|---|---|
| Principal | $268,115.00 |
| Processing Fee | 6.50 |
| Interest | 3,055.56 |
| Net Amount | $271,164.06 |

Security No.   Redacted

Morgan Stanley Smith Barney LLC. Member SIPC.  The transaction may have been executed with
Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services.

CONDITIONS AND DISCLOSURES

## CODES, ABBREVIATIONS AND EXPLANATIONS

### EXCHANGE WHERE EXECUTED

1. New York Stock Exchange
2. Pacific Stock Exchange
3. Philadelphia Stock Exchange
4. Chicago Stock Exchange
5. American Stock Exchange
6. Other Markets
7. Over the Counter
8. Morgan Stanley Smith Barney LLC as principal which may result in a profit to Morgan Stanley Smith Barney LLC.

### EXECUTION CODE

1, 2, 3, 4, 5, 9, F, L, P, T, V OR W: As agent we have bought or sold for your account

6: As agent for another we have sold to you or bought from you

7, C, E, G, N, OR S: As principal we sold to you or bought from you for our own account

8 OR U: Prospectus/Official Statement
A, B, C, X, Y, OR Z: Primary and Secondary Unit Trust or listed and OTC when issued Securities
K: Precious Metals
M, R: Mutual Funds

### OTHER ABBREVIATIONS

ELTR        Estimated Long Term Return
CR          Current Return
PV          Par Value

### FINAL PROSPECTUS/OFFERING DOCUMENTATION AVAILABLE

Indicates that these securities/instruments are being sold (i) pursuant to an SEC registration statement or where a prospectus is otherwise required, (ii) in the case of certain exempted securities or certificates of deposit (CDs), either where offering documentation is required or there is an agreement or policy to deliver offering documentation. For assistance obtaining a copy of the final prospectus/offering documentation relating to these securities, you may contact us at 800-584-6837.

## CHARGES AND FEES

**CHARGE** — Represents the markup/down from the wholesaler's or dealer's price.

**FSCF** — Represents a pass through of Foreign Securities clearance fees incurred by Morgan Stanley Smith Barney LLC for this transaction.

**SUPPLEMENTAL TRANSACTION FEE** — Represents fee to offset additional expenses associated with processing certain transactions.

**PROCESSING FEE** — Represents processing charges for certain executed orders.

**CDSC** — Represents Contingent Deferred Sales Charge.

**DSC** — Represents Deferred Sales Charge.

## BACKUP WITHHOLDING

Under Federal Income Tax Law, the customer is required to provide Morgan Stanley Smith Barney LLC with a certification of the customer's Social Security or Taxpayer Identification Number. In the absence of such certification, Morgan Stanley Smith Barney LLC is required to withhold taxes from the proceeds of sales at the current withholding rate.

## GROSS PROCEEDS

If the transaction being confirmed is a sale or a redemption, this information will be furnished to the Internal Revenue Service.

## SECURITY MEASURES

Your Morgan Stanley Smith Barney LLC trade confirmation features an embedded security element to safeguard its authenticity. It is a unique security mark -- a blue rectangle in heat-sensitive blue ink. When exposed to warmth, the blue rectangle will disappear, and then reappear.

## CONDITIONS

IT IS AGREED THAT

All transactions are subject to the rules, regulations, requirements and customs of the exchange or market (and its clearing agency, if any) where executed, the regulations of the Federal Reserve Board and the Securities and Exchange Commission.

Payment for securities purchased must be received by us no later than the Settlement Date indicated on the reverse side hereof. Payments not received by Settlement Date may be subject to late payment fees.

Securities held in margin accounts or purchased but not yet paid for in cash accounts may be hypothecated by Morgan Stanley Smith Barney LLC under circumstances which will permit the commingling thereof with securities of other clients.

Securities sold "long" must be on deposit in your account(s) or delivered to us by Settlement Date.

Morgan Stanley Smith Barney LLC will furnish, upon written request, the date and time when the transaction took place, the name of the other party to the transaction and the source and amount of any other remuneration received or to be received by Morgan Stanley Smith Barney LLC in connection with the transaction.

Morgan Stanley Smith Barney LLC and/or its affiliates may accept benefits that constitute payment for order flow. Details regarding these benefits will be furnished upon written request.

Debt securities may be redeemed in whole or in part before maturity, and such a redemption could affect any yield represented in this trade confirmation. Additional information is available upon request.

Credit rating(s), if any, contained on this trade confirmation were provided by an unaffiliated third party. In some instances, the credit rating shown is based on the issuer's credit ranking and not the credit rating of the specific security purchased or sold. For an explanation of credit ratings for bonds, please see www.morganstanley.com/wealth/investmentsolutions/creditratings.asp, or request a copy from your Financial Advisor.

Insurance trades are subject to carrier underwriting approval.

Any inquiries regarding this transaction should be made by using the telephone number provided on the reverse side.

This transaction is conclusive and binding if not objected to in writing within five days of receiving this trade confirmation.

All Good Till Cancelled (GTC) orders have an expiration date, which is displayed on the front of this notice. Until expiration, all open orders are considered good until cancelled by you or executed by us. When entering a substitute order or changing an existing order, the responsibility for canceling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered in the customer's account.

Municipal Advisor Rule; Disclosures for Municipal Entities and Obligated Persons: Morgan Stanley Smith Barney LLC is not acting as a municipal advisor to any municipal entity or obligated person within the meaning of Section 15B of the Securities Exchange Act (Municipal Advisor Rule). If you have a Brokerage Account, please note that: 1) we do not owe you a fiduciary duty pursuant to the Municipal Advisor Rule when we make statements or provide you with information regarding your Brokerage Account; 2) we may be acting for our own interests; and 3) before acting on any statements made or information provided by us, you should consult any and all advisors as you deem appropriate.

This agreement shall inure to the benefit of any successor or assigns of Morgan Stanley Smith Barney LLC.

## Morgan Stanley

# Morgan Stanley

*This transaction is confirmed in accordance with the information provided on the Conditions and Disclosures page*

Exchange Code: 8
Execution Code: 7
Your Account Number:   Redacted   -374

Cash Account - Active Assets

VINCENT J INCOPERO TOD
VINCENT A INCOPERO
SUBJECT TO STA RULES
P.O. BOX 146
ELMHURST, IL 60126-0146

Your Financial Advisor
DONALD METTER
111 S PFINGSTEN RD, STE 200
DEERFIELD, IL      60015
(847) 480-3600

**You Bought**
**Trade Date 06/04/14 for Settlement on 06/09/14**

| Quantity | 250,000 | Price | 108.181 | | Settlement | Amount |
|----------|---------|-------|---------|---|------------|--------|

*Description:*
PUERTO RICO COMWLTH HWY & TRANSN AUTH HWY REV REF-AA
MATURES 07/01/2019      COUPON 5.50% FIXED
COUPON PAYABLE SEMI-ANNUALLY ON JANUARY AND JULY 1st
ISSUE DATE 04/29/2003      FIRST COUPON DATE 07/01/2003

YIELD TO MATURITY      3.711%
REVENUE BOND
INSURED BY NATL PUBLIC FINANCE GUARANTEE (FORM MBIA)
THE CREDIT RATINGS PRINTED BELOW REFLECT THE RATINGS AT THE
CLOSE-OF-BUSINESS ON 06/04/14 AND ARE SUBJECT TO CHANGE.
   S&P RATING: AA-
   MOODY'S RATING: A3
FOR ADDITIONAL INFORMATION RELATED TO THIS SECURITY,
INCLUDING MUNICIPAL MATERIAL EVENT AND FINANCIAL DISCLOSURES
AND MARKET DATA, PLEASE GO TO www.emma.msrb.org
DOCUMENTS AND CONTINUING DISCLOSURES RELATING TO THIS
SECURITY MAY ALSO BE AVAILABLE ON EMMA AT CUSIP 745181XK8.
BOOK ENTRY ONLY

| | |
|---|---|
| Principal | $270,452.50 |
| Processing Fee | 6.50 |
| Interest | 6,034.72 |
| Net Amount | $276,493.72 |

Security No.  Redacted

Morgan Stanley Smith Barney LLC. Member SIPC.  The transaction may have been executed with
Morgan Stanley & Co. LLC, an affiliate, which may receive compensation for any such services.

**CONDITIONS AND DISCLOSURES**

## CODES, ABBREVIATIONS AND EXPLANATIONS

### EXCHANGE WHERE EXECUTED

1   New York Stock Exchange
2   Pacific Stock Exchange
3   Philadelphia Stock Exchange
4   Chicago Stock Exchange
5   American Stock Exchange
6   Other Markets
7   Over the Counter
8   Morgan Stanley Smith Barney LLC as principal which may result in a profit to Morgan Stanley Smith Barney LLC.

### EXECUTION CODE

1, 2, 3, 4, 5, 9, F, L, P, T, V OR W: As agent we have bought or sold for your account
6:   As agent for another we have sold to you or bought from you
7, C, E, G, N, OR S:   As principal we sold to you or bought from you for our own account
8 OR U:   Prospectus/Official Statement
A, B, C, X, Y, OR Z:   Primary and Secondary Unit Trust or listed and OTC when issued Securities
K:   Precious Metals
M, R: Mutual Funds

### OTHER ABBREVIATIONS

ELTR   Estimated Long Term Return
CR   Current Return
PV   Par Value

### FINAL PROSPECTUS/OFFERING DOCUMENTATION AVAILABLE

Indicates that these securities/instruments are being sold (i) pursuant to an SEC registration statement or where a prospectus is otherwise required, (ii) in the case of certain exempted securities or certificates of deposit (CDs), either where offering documentation is required or there is an agreement or policy to deliver offering documentation.  For assistance obtaining a copy of the final prospectus/offering documentation relating to these securities, you may contact us at 800-584-6837.

## CHARGES AND FEES

CHARGE   Represents the markup/down from the wholesaler's or dealer's price.

FSCF   Represents a pass through of Foreign Securities clearance fees incurred by Morgan Stanley Smith Barney LLC for this transaction.

SUPPLEMENTAL TRANSACTION FEE   Represents fee to offset additional expenses associated with processing certain transactions.

PROCESSING FEE   Represents processing charges for certain executed orders.

CDSC   Represents Contingent Deferred Sales Charge.

DSC   Represents Deferred Sales Charge.

## BACKUP WITHHOLDING

Under Federal Income Tax Law, the customer is required to provide Morgan Stanley Smith Barney LLC with a certification of the customer's Social Security or Taxpayer Identification Number.  In the absence of such certification, Morgan Stanley Smith Barney LLC is required to withhold taxes from the proceeds of sales at the current withholding rate.

## GROSS PROCEEDS

If the transaction being confirmed is a sale or a redemption, this information will be furnished to the Internal Revenue Service.

## SECURITY MEASURES

Your Morgan Stanley Smith Barney LLC trade confirmation features an embedded security element to safeguard its authenticity.  It is a unique security mark -- a blue rectangle in heat-sensitive blue ink.  When exposed to warmth, the blue rectangle will disappear, and then reappear.

## CONDITIONS

IT IS AGREED THAT

All transactions are subject to the rules, regulations, requirements and customs of the exchange or market (and its clearing agency, if any) where executed, the regulations of the Federal Reserve Board and the Securities and Exchange Commission.

Payment for securities purchased must be received by us no later than the Settlement Date indicated on the reverse side hereof. Payments not received by Settlement Date may be subject to late payment fees.

Securities held in margin accounts or purchased but not yet paid for in cash accounts may be hypothecated by Morgan Stanley Smith Barney LLC under circumstances which will permit the commingling thereof with securities of other clients.

Securities sold "long" must be on deposit in your account(s) or delivered to us by Settlement Date.

Morgan Stanley Smith Barney LLC will furnish, upon written request, the date and time when the transaction took place, the name of the other party to the transaction and the source and amount of any other remuneration received or to be received by Morgan Stanley Smith Barney LLC in connection with the transaction.

Morgan Stanley Smith Barney LLC and/or its affiliates may accept benefits that constitute payment for order flow.  Details regarding these benefits will be furnished upon written request.

Debt securities may be redeemed in whole or in part before maturity, and such a redemption could affect any yield represented in this trade confirmation.  Additional information is available upon request.

Credit rating(s), if any, contained on this trade confirmation were provided by an unaffiliated third party.  In some instances, the credit rating shown is based on the issuer's credit ranking and not the credit rating of the specific security purchased or sold.  For an explanation of credit ratings for bonds, please see www.morganstanley.com/wealth/investmentsolutions/creditratings.asp, or request a copy from your Financial Advisor.

Insurance trades are subject to carrier underwriting approval.

Any inquiries regarding this transaction should be made by using the telephone number provided on the reverse side.

This transaction is conclusive and binding if not objected to in writing within five days of receiving this trade confirmation.

All Good Till Cancelled (GTC) orders have an expiration date, which is displayed on the front of this notice. Until expiration, all open orders are considered good until cancelled by you or executed by us. When entering a substitute order or changing an existing order, the responsibility for cancelling the original order rests upon the customer. Therefore, if a customer fails to cancel an existing order, transactions resulting from the execution of both the original and new order(s) will be entered in the customer's account.

NOTICE TO MUNICIPAL ENTITIES: unless we have agreed otherwise in writing, we are not acting as a municipal advisor under the Dodd-Frank Act.

This agreement shall inure to the benefit of any successor or assigns of Morgan Stanley Smith Barney LLC.

Morgan Stanley

#MS922 (04/14)

Page 2 of 2

V.J. Iacopello
POB 146
Elmhurst, Ill
          60126

CAROL STREAM IL 601
06 JUN 2019 PM 24

FOREVER USA

RECEIVED & FILED
2019 JUN 20  PM 3:14
CLERK'S OFFICE
U.S. DISTRICT COURT

US District court
150 Carlos Chardon Ave.
Federal Building
San Juan Puerto Rico
          00918 - 1767

< Clerk of
       Court

PM:
150

60126>01