# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>et al.<br><br>Debtors. | PROMESA<br>Title III<br><br><br>Case No. 17 BK 3283-LTS<br>(Jointly Administered) |

## APPLICATION FOR ADMISSION
## **PRO HAC VICE OF LEO KAYSER, III**

**COMES NOW, Leo Kayser,** III (hereafter, the "Applicant") and, pursuant to L. Dist. Ct. R. 83A(f) of the Local Rules of the United States District Court for the District of Puerto Rico, as incorporated by Rule 1001-l(b) of the Local Bankruptcy Rules as well as this Court's *Ninth Amended Notice, Case Management and Administrative Procedures Order* (Docket No. 7155 of Case No. 17-03283 (LTS)) (the "CMP Order"), hereby requests to be permitted to

---

The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

appear and participate in this particular case, in association with the law firm of McConnell Valdés, LLC, and the undersigned members of the bar of this Court, in representation of creditor and party-in-interest Samuel A. Ramirez & Co, Inc. Applicant respectfully shows:

1. Applicant is an attorney and a member of the law firm of Kayser & Redfern, LLP with offices at:

| Address | 515 Madison Avenue, 31st Floor<br>New York, NY 10022 |
|---|---|
| Email | lkayser@515law.com |
| Telephone No. | 212-935-5057 |
| Fax No. | 212-935-6424 |

2. Applicant will sign all pleadings with the name **Leo Kayser, III**.

3. Applicant has been retained as a member of the above-named firm by Samuel A. Ramirez & Co., Inc. to provide legal representation in connection with the above-styled matters now pending before the United States District Court for the District of Puerto Rico.

4. Since July 7, 1970, applicant has been and presently is a member in good standing of the bar of the State of New York where applicant regularly practices law. Applicant's attorney registration number is 1487263.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| Supreme Court State of New York, First Department | July 7, 1970 |
| United States Court of Appeals, Second Circuit | October 5, 1970 |
| Southern District of New York | October 28, 1971 |

| | |
|---|---|
| Eastern District of New York | November 12, 1971 |
| United States Supreme Court | June 16, 1986 |
| United States Court of Appeals, Fourth Circuit | June 16, 1997 |
| United States Court of Appeals, Fifth Circuit | April 18, 2010 |

6. Applicant is a member in good standing of the bars of the courts listed in Paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction. Applicant has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction

9. During the past three (3) years, Applicant has not filed for pro hac vice admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is:

> Rosamar Garcia-Fontan
> **MCCONNELL VALDÉS LLC**
> 270 Muñoz Rivera Avenue, Suite 7
> San Juan, Puerto Rico 00918
> Telephone: 787-250-5612
> Facsimile: 787-759-9225
> rgf@mcvpr.com

11. Applicant has read the Local Civil Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court".

12. WHEREFORE, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled cases only.

Date: June 24, 2019

Leo Kayser, III (LK 3550)

Printed Name of Applicant,

*[signature]*

Signature of Applicant

**I HEREBY CERTIFY THAT**, pursuant to L. Dist. Ct. R. 83A(f) of the Local Rules of the United States District Court for the District of Puerto Rico, that I consent to the designation of local counsel for all purposes.

Date: June 24, 2019

Rosamar Garcia-Fontan

Printed Name of Local Counsel

*[signature]*

Signature of Local Counsel

USDC. No. 221004

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this **25** day of June, 2019

**I HEREBY CERTIFY** that on this same date, we electronically filed the document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

**MCCONNELL VALDÉS LLC**

*Attorneys for SAMUEL A. RAMIREZ & CO., INC.*

270 Muñoz Rivera Avenue, Suite 7

San Juan, Puerto Rico, 00918

PO Box 364225

San Juan, Puerto Rico 00936-4225

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

---

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## LEO KAYSER, III

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **July 7, 1970**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**June 21, 2019**

7020

*Clerk of the Court*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system of the U.S. Bankruptcy Court for the District of Puerto Rico for Case No. 17 BK 3283, which will send notification of such filing to all attorneys of record, and the original was served upon the Clerk of Court on June ___, 2019, accompanied by a $300.00 *pro hac vice* admission fee.

Respectfully submitted, in San Juan, Puerto Rico, this _25_ day of June 2019.

*[signature]*

MCCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue, Suite 7
San Juan, Puerto Rico 00918
Telephone: 787-250-5612
Facsimile: 787-759-9225
rgf@mcvpr.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al,. | |
| Debtors | |

## *ORDER*

This Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

_____ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

_____ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2019.

_____

U. D. District Judge