```
Court Name: District Court
Division: 1
Receipt Number: PRX100064513
Cashier ID: arodrigu
Transaction Date: 06/25/2019
Payer Name: GARCIA-FONTAN, ROSAMAR
--------------------------------
PRO HAC VICE
 For: GARCIA-FONTAN, ROSAMAR
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00
--------------------------------
PAPER CHECK CONVERSION
 Remitter: KAYSER & REDFERN LLP
 Check/Money Order Num: 19827
 Amt Tendered:   $300.00
--------------------------------
Total Due:       $300.00
Total Tendered:  $300.00
Change Amt:      $0.00

17-3283(LTS) PRO HAC VICE OF LEO
KAYSER
THRU: GARCIA-FONTAN, ROSAMAR
```