Eric MacLennan
44565 Harmony Ln
Belleville, MI 48111

Clerk of U.S. District Court Puerto Rico

Room 150 Federal Bldg

150 Carlos Chardon Ave

San Juan, PR 00918-1767

00918-170625