# CONTRATO DE PRÉSTAMO

DE LA PRIMERA PARTE: El **BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO,** una institución bancaria organizada y existente a tenor con la Ley Núm. 17, aprobada el 23 de septiembre de 1948, según enmendada, (el "BANCO"), representado en este acto por su Vicepresidente Ejecutivo de Financiamiento, José R. Otero Freiría, mayor de edad, casado y vecino de Dorado, Puerto Rico.

DE LA SEGUNDA PARTE: La **AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO,** una entidad jurídica, creada en virtud de la Ley Núm. 74 de 23 de junio de 1965, (la "AUTORIDAD"), según enmendada, representada en este acto por Rubén A. Hernández Gregorat, Director Ejecutivo de la Autoridad y Secretario del Departamento de Transportación y Obras Públicas, mayor de edad, casado, y vecino de Guaynabo, Puerto Rico, según autorizado por la Resolución Núm. 2011-66 de fecha 27 de octubre de 2011 emitida por el Departamento de Transportación y Obras Públicas de Puerto Rico.

## EXPONEN

POR CUÁNTO: La AUTORIDAD interesa obtener financiamiento para sufragar la conversión al sistema autoexpreso en la PR 22 y PR 5 y para cubrir gastos operacionales.

POR CUÁNTO: El 21 de septiembre de 2011 la Junta de Directores del BANCO aprobó la Resolución Núm. 9624 para conceder a la AUTORIDAD una línea de crédito no rotativa por la suma máxima de SETENTA Y UN MILLONES CIENTO DIEZ Y NUEVE MIL QUINIENTOS OCHENTA Y NUEVE DÓLARES ($71,119,589) para los anteriores propósitos.

POR LO QUE, en consideración a los hechos afirmados anteriormente y a las representaciones, acuerdos y garantías que más adelante se exponen, las partes comparecientes acuerdan y convienen otorgar este Contrato de Préstamo.

## ARTÍCULO 1.

## PRÉSTAMO

**1.1    Línea de Crédito:**

Una vez se otorguen y suscriban los DOCUMENTOS LEGALES, que se relacionan en el Artículo 4.1 de este CONTRATO DE PRÉSTAMO, el BANCO extenderá a la AUTORIDAD una LÍNEA DE CRÉDITO no rotatoria por la cantidad máxima de principal de SETENTA Y UN MILLONES CIENTO DIEZ Y NUEVE MIL QUINIENTOS OCHENTA Y NUEVE DÓLARES ($71,119,589), más intereses capitalizados.  De dicha suma de principal, la AUTORIDAD utilizará la suma de $11,397,243 para la conversión al sistema de Auto Expreso en la PR-22 y PR-5, y la suma de $59,722,346 para sufragar gastos operacionales del primer semestre del Año Fiscal 2012.

La LÍNEA DE CRÉDITO estará evidenciada por dos (2) PAGARÉS uno por la suma de por la suma $11,397,243 y otro por la suma de $59,722,346,  suscritos en la misma fecha que este CONTRATO DE PRÉSTAMO y pagaderos a la orden del BANCO.

**1.2    Tasa de Interés:**

La AUTORIDAD acuerda y conviene pagar intereses sobre el balance insoluto de la suma principal de la LÍNEA DE CRÉDITO, calculados sobre una base actual/360 días, a una tasa equivalente a la tasa *Prime Rate* más 150 puntos base, la cual nunca será menor de 6%,  o la que el Presidente del BANCO o su representante autorizado determine, según el mercado de tasas de interés. Los intereses será capitalizados al

vencimiento Si en la fecha de vencimiento de la obligación de repago la AUTORIDAD no ha pagado el balance insoluto del principal, la AUTORIDAD pagará intereses sobre dicha suma computados a base de 200 puntos base sobre la tasa que le aplicaría bajo este CONTRATO DE PRÉSTAMO. La AUTORIDAD autoriza al BANCO y le confiere poder, sin que se requiera notificación alguna, para aplicar el derecho a compensación (*"set-off"*) a las obligaciones que se originan en este CONTRATO DE PRÉSTAMO, realizando cualquier aplicación de pagos de cualquier suma de dinero perteneciente a la AUTORIDAD en poder del BANCO para el pago de la LÍNEA DE CRÉDITO e intereses acumulados, en caso de incumplimiento por la AUTORIDAD de sus obligaciones de pago bajo el CONTRATO DE PRÉSTAMO.

1.3   **Término y Fuente de Pago:**

El principal de la LÍNEA DE CRÉDITO más los intereses capitalizados será pagadera el 31 de agosto de 2013. La fuente de pagó será futuras emisiones de bonos y productos de futuras alianzas público privadas al igual que ingresos propios.

1.4   **Desembolsos:**

La AUTORIDAD deberá solicitar los desembolsos por escrito, con tres (3) días laborables de anticipación. La solicitud de desembolso incluirá un formulario de certificación (*notice of drawing*) igual al Anejo A de este Contrato, en el cual el Director Ejecutivo de la AUTORIDAD, o la persona que éste designe, certificará la necesidad de los fondos y la justificación para su uso. La AUTORIDAD deberá incluir, además, cualquier otra documentación que el BANCO a su entera discreción le solicite previo al desembolso, incluyendo, pero sin limitarse, a copias de facturas. Los desembolsos bajo este financiamiento están sujetos al cumplimiento de la AUTORIDAD con el Área de

Agencia Fiscal para las condiciones estipuladas en el *Fiscal Oversight Agreement* (FOA) que la AUTORIDAD tenga vigente con el BANCO. La gerencia del BANCO asignará un auditor externo para verificar los gastos operacionales y autorizar los desembolsos, como condición para dichos desembolsos.



## ARTÍCULO 2.

## ACUERDOS AFIRMATIVOS

**2.1** **Otras Condiciones:**

La AUTORIDAD conviene y acuerda:

(a) Proveerle al BANCO una certificación confirmando que los puestos cuyo personal renunció mediante la Ley Núm. 70 de 2 de julio de 2010, están y continúan congelados;

(b) Pagar al BANCO la suma de $35,559.79 (1/20 de 1% de $71,119,589) por concepto de honorarios correspondientes a esta transacción, según la política vigente del BANCO, los cuales podrán ser incluidos como parte de este financiamiento, de ser necesario.

(c) Que los contratos por más de $10,000 sean aprobados por el Área de Agencia Fiscal del BANCO.

(d) Proveerle al BANCO la lista de contratos por tipo de servicios para ser revisada por el Área de Agencia Fiscal del BANCO.

Este CONTRATO DE PRÉSTAMO se otorga como una declaración oficial de intención bajo la regulación del Departamento del Tesoro de los Estados Unidos, Sección 1.150-2.

**2.1** **Causa de Incumplimiento:**

La AUTORIDAD notificará al BANCO de cualquier condición, hecho o suceso que pueda constituir causa de incumplimiento o en virtud de cuya notificación o el mero transcurso del tiempo, o ambos, pueda constituir causa de incumplimiento, entregándole al BANCO una certificación suscrita por uno de sus oficiales, especificando la naturaleza de dicha causa, tiempo durante el cual ha existido, y qué curso de acción la AUTORIDAD se propone iniciar con relación a los mismos. Tal notificación deberá ser cursada al BANCO dentro de los diez (10) días siguientes a la ocurrencia del incumplimiento.

2.2   **Pago de Gestiones Extrajudiciales de Cobro, Honorarios, Gastos, etc.:**

A requerimiento del BANCO, la AUTORIDAD deberá rembolsar prontamente al BANCO el pago de las costas, gastos y honorarios de abogados incurridos por el BANCO en gestiones extrajudiciales de cobro de cualquier plazo en mora en relación con la LÍNEA DE CRÉDITO adeudada por la AUTORIDAD. La omisión de la AUTORIDAD de reembolsar dichas costas, gastos y honorarios de abogados constituirá causa de incumplimiento en la LÍNEA DE CRÉDITO.

Dichas costas, gastos y honorarios de abogados incurridos por el BANCO de conformidad con las disposiciones de este CONTRATO DE PRÉSTAMO serán reembolsados por la AUTORIDAD de inmediato al serle requeridos.

2.3   **Incumplimiento bajo los Documentos Legales:**

La AUTORIDAD conviene que cualquier incumplimiento de los términos del PAGARÉ y/o la carta de compromiso, será considerado simultáneamente incumplimiento con este CONTRATO DE PRÉSTAMO y viceversa, y de ocurrir el mismo el BANCO tendrá inmediatamente el derecho de ejecutar cualesquiera de los

derechos y privilegios que puedan conferir cualquiera de los DOCUMENTOS LEGALES.

**2.4** **Autorización para Tomar Prestado:**

La AUTORIDAD ha tomado las medidas apropiadas y necesarias, oficiales o de otro tipo, para autorizar el otorgamiento y entrega de los DOCUMENTOS LEGALES sin limitación alguna.

**ARTÍCULO 3.**

**INCUMPLIMIENTOS**

**3.1** **Causas de Incumplimiento:**

Cada una de las siguientes constituirá una causa de incumplimiento bajo los términos de este CONTRATO DE PRÉSTAMO:

      3.1.1    si cualquier representación dada o extendida por la AUTORIDAD al BANCO en cualquiera de los trámites y DOCUMENTOS LEGALES, o si cualquier informe, garantía o certificado financiero o de otra índole provisto al BANCO en relación con este CONTRATO DE PRÉSTAMO resultare falso o engañoso;

      3.1.2    la falta de pago de principal e intereses y sus penalidades, si alguna, de la LÍNEA DE CRÉDITO a su fecha de vencimiento de acuerdo con los términos de cualquiera de los DOCUMENTOS LEGALES;

      3.1.3    el incumplimiento o violación por la AUTORIDAD de cualquiera de los términos, cláusulas y condiciones pactadas con el BANCO en los Artículos 1 y 2 de este CONTRATO DE PRÉSTAMO; o

3.1.4   la omisión por la AUTORIDAD de remediar o subsanar dentro de un plazo de treinta (30) días de su ocurrencia, sin notificación previa escrita por parte del BANCO, cualquier incumplimiento a los términos, cláusulas y condiciones de este CONTRATO DE PRÉSTAMO. Esto no aplica a los términos y condiciones relacionadas con las obligaciones de pago de la LÍNEA DE CRÉDITO, ya que la AUTORIDAD deberá cumplir estrictamente con dicho pago a su vencimiento.

3.2   **Remedios**:

Ante la ocurrencia de cualquiera de las causas de incumplimiento enumeradas en el Artículo 3.1 de este CONTRATO DE PRÉSTAMO, y si dicho incumplimiento no es subsanado o remediado según dispuesto, sin que sea necesario que medie notificación alguna del incumplimiento, a cuyos derechos la AUTORIDAD mediante el presente otorgamiento renuncia, el BANCO podrá:

3.2.1   proceder a reclamar el pago del balance insoluto de la LÍNEA DE CRÉDITO;

3.2.2   radicar un procedimiento judicial solicitando el cumplimiento específico de cualquier término, cláusula o condición de cualquiera de los DOCUMENTOS LEGALES, o un entredicho ("injunction") provisional o permanente para impedir que la AUTORIDAD viole cualquiera de dichos términos, cláusulas y condiciones; o

3.2.3   ejercitar cualquier otro remedio a que tenga derecho bajo las leyes del Estado Libre Asociado de Puerto Rico.



## ARTÍCULO 4.

## DISPOSICIONES MISCELÁNEAS

**4.1     Documentos Legales:**

Según utilizado en este CONTRATO DE PRÉSTAMO, el término DOCUMENTOS LEGALES significa:

1. PAGARÉ

2. CONTRATO DE PRÉSTAMO

**4.2     Renuncias, Alivios, Prórrogas, Tolerancias y Remedios Adicionales:**

Ninguna dilación o demora por parte del BANCO o de cualquier tenedor o dueño del PAGARÉ en el ejercicio de cualquier derecho, facultad o remedio que pueda tener conforme a los términos de cualquiera de los DOCUMENTOS LEGALES se considerará como una renuncia, limitación o disminución de los mismos, como tampoco el ejercicio parcial o exclusivo de cualquiera de los mismos será óbice para que subsiguientemente sean ejercitados en su totalidad, incluyendo, pero sin limitarse a ello, el derecho de compensación.   Los remedios a favor del BANCO dispuestos en los DOCUMENTOS LEGALES se considerarán adicionales a, y no excluyentes de, cualquier otro remedio contemplado en ley.  Para que todo alivio, prórroga o tolerancia extendida por el BANCO a la AUTORIDAD, o cualquier enmienda a este CONTRATO DE PRRÉSTAMO, sea efectiva, deberá constar por escrito suscrito por un oficial autorizado del BANCO, que especificará el alcance del alivio, prórroga, tolerancia o enmienda concedida.    Todo alivio, prórroga, tolerancia o enmienda concedida será válida únicamente para la ocurrencia o eventualidad para la cual se concedió.

**4.4     Direcciones para Notificaciones, etc.:**

Toda notificación, reclamo, directriz o cualquier comunicación dispuesta por los DOCUMENTOS LEGALES constará por escrito y deberá ser entregada personalmente o enviada por fax o por correo, a las siguientes direcciones:

A LA "AUTORIDAD":

Autoridad de Carreteras y Transportación
Departamento de Transportación y Obras Públicas
P.O. Box 42007
San Juan, Puerto Rico 00940-2007
(787) 721-8787

Atención: Director Ejecutivo

AL "BANCO":

Banco Gubernamental de Fomento para Puerto Rico
P.O. Box 42001
San Juan, Puerto Rico 00940-2001
Fax: (787) 721-1443

Atención: Presidente

o a cualquier otra dirección que las partes señalen mediante notificación escrita cursada conforme a lo dispuesto en este Artículo. Éstas se considerarán perfeccionadas una vez las mismas se depositen debidamente franqueadas en el correo y sean cursadas a las direcciones mencionadas.

**4.5    Sucesores y Causahabientes:**

Los pactos y cláusulas aquí contenidas obligarán y beneficiarán a las partes y a sus respectivos causahabientes, albaceas, administradores, sucesores y cesionarios.

**4.6    Renuncias por la AUTORIDAD a Presentación, Protesto, etc.:**

La AUTORIDAD renuncia a toda notificación de aceptación o demanda o requerimiento a la realización de cualquier condición precedente por parte del BANCO, y así mismo renuncia a los derechos de presentación, protesto, notificación de protesto,

requerimiento de pago, notificación de incumplimiento o falta de pago, relevo, compromiso, compensación, transacción, prórroga, renovación o extensión de cualquier derecho contractual o instrumento legal y, en general, a toda otra formalidad legal.

EN TESTIMONIO DE LO CUAL, las partes comparecientes otorgan este CONTRATO DE PRÉSTAMO, en San Juan, Puerto Rico, hoy ____ de octubre de 2011.

**BANCO GUBERNAMENTAL DE**          **AUTORIDAD DE CARRETERAS Y**
**FOMENTO PARA PUERTO RICO**        **TRANSPORTACIÓN DE PUERTO RICO**

_____          _____
Jose R. Otero Freiría                Rubén Hernández Gregorat
Vicepresidente Ejecutivo             Director Ejecutivo
                                     Secretario, Departamento de Transportación
                                     y Obras Públicas de Puerto Rico

Testimonio 624

    Reconocido y suscrito ante mí por Rubén Hernández Gregorat, mayor de edad, casado, ejecutivo y vecino de San Juan, Puerto Rico, en su carácter de Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, y Secretario del Departamento de Trasportación y Obras Publicas de Puerto Rico, a quien conozco personalmente.

    En San Juan, Puerto Rico, a 27 de octubre de 2011.

                                     _____
                                     Notario Público

Testimonio 306

    Reconocido y suscrito ante mí por Jose R. Otero Freiría, mayor de edad, casado, y vecino de Dorado, Puerto Rico, en su carácter de Vicepresidente Ejecutivo de Financiamiento del Banco Gubernamental de Fomento para Puerto Rico, a quien conozco personalmente.

    En San Juan, Puerto Rico, a 27 de noviembre de 2011.

                                     _____
                                     Notario Público

## PRIMERA ENMIENDA A CONTRATO DE PRÉSTAMO

DE LA PRIMERA PARTE:  El **BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**, una institución bancaria organizada y existente a tenor con la Ley Núm. 17, aprobada el 23 de septiembre de 1948, según enmendada, (el "BANCO"), representado en este acto por su Vicepresidente Ejecutivo de Financiamiento, José R. Otero Freiría, mayor de edad, casado y vecino de Dorado, Puerto Rico.

DE LA SEGUNDA PARTE:   La **AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO**, una entidad jurídica, creada en virtud de la Ley Núm. 74 de 23 de junio de 1965, (la "AUTORIDAD"), según enmendada, representada en este acto por Rubén A. Hernández Gregorat, Director Ejecutivo de la Autoridad y Secretario del Departamento de Transportación y Obras Públicas, mayor de edad, casado, y vecino de Guaynabo, Puerto Rico.

### EXPONEN

**POR CUANTO:**  El 27 de octubre de 2011, la AUTORIDAD y el BANCO otorgaron un Contrato de Préstamo para una línea de crédito no rotativa por SETENTA Y UN MILLÓN CIENTO DIEZ Y NUEVE MIL QUINIENTOS OCHENTA Y NUEVE DÓLARES ($71,119,589), más intereses capitalizados, para sufragar la conversión al sistema autoexpreso en la PR 22 y PR 5 y para cubrir gastos operacionales (el "Contrato de Préstamo Original").  En dicha fecha, la AUTORIDAD suscribió dos (2) PAGARÉS a favor del BANCO, uno por la suma de por la suma de

28157v4

$11,397,243 correspondiente a los fondos para sufragar la conversión al sistema autoexpreso en la PR 22 y PR 5 y otro por la suma de $59,722,346 correspondiente a los fondos para sufragar gastos operacionales del primer semestre del año fiscal 2012;

**POR CUANTO**, la referida porción de $59,722,346 fue utilizada por la AUTORIDAD para gastos operacionales del primer semestre del año fiscal 2012, y los intereses acumulados al 31 de enero de 2012 se proyecta ascenderán a $587,980.35;

**POR CUANTO**, la fuente de repago de esta línea de crédito son futuras emisiones de bonos de la AUTORIDAD, y productos de futuras alianzas público privadas al igual que ingresos propios;

**POR CUANTO**, al 31 de enero de 2012, esta línea de crédito poseía un balance de principal ascendente a $59,722,346 y los intereses acumulados al 31 de agosto de 2013 se proyecta ascenderán a $17,373,844.11;

**POR CUANTO**, la AUTORIDAD presenta la necesidad de un financiamiento interino para los meses de febrero a junio de 2012, por la suma de $109,177,741 para financiar gastos operacionales;

**POR CUANTO**, la AUTORIDAD presenta además la necesidad de un financiamiento por $17,424,485 para cubrir el pago de los cargos por asesoría financiera ($50,640.89) y la capitalización de los intereses al vencimiento ($17,373,844.11);

**POR CUANTO**, la gerencia del BANCO recomendó se enmiende esta línea de crédito con el propósito de incrementarla en la suma de $109,177,741 para financiar

28157v4

gastos operacionales; más un incremento de $17,424,485 para cubrir los cargos por asesoría financiera en la suma de $50,640.89 y la capitalización de los intereses que acumularía hasta el 31 de agosto de 2013, que ascenderían aproximadamente a $17,373,844.11. Todo lo anterior para un incremento total de $126,602,226, y aumento al monto total de la línea de crédito a un máximo de $197,721,815;

**POR CUANTO:** El 22 de febrero de 2012 la Junta de Directores del BANCO aprobó la Resolución Núm. 9719 para conceder a la AUTORIDAD un aumento de esta línea de crédito ascendiente a $126,602,226 para los anteriores propósitos, alcanzando la línea de crédito un máximo de $197,721,815, sujeto a los términos y condiciones allí dispuestos.

**POR CUANTO:** En Resolución Núm. 2012-10 de fecha 2 de marzo de 2012 emitida por la AUTORIDAD, ésta aceptó los términos y condiciones establecidos en la referida Resolución Núm. 9719 de la Junta de Directores del BANCO.

**POR LO QUE**, en consideración a los hechos afirmados anteriormente y a las representaciones, acuerdos y garantías que más adelante se exponen, las partes comparecientes acuerdan y convienen otorgar esta Primera Enmienda a Contrato de Préstamo, bajo los siguientes:



### TÉRMINOS Y CONDICIONES

**PRIMERO:** Se enmienda el primer párrafo de la Sección 1.1 del Artículo 1 del Contrato de Préstamo para que disponga lo siguiente:

"1.1 <u>Línea de Crédito:</u>

28157v4



Una vez se otorguen y suscriban los DOCUMENTOS LEGALES que se relacionan en el Artículo 4.1 de este CONTRATO DE PRÉSTAMO, el BANCO extenderá a la AUTORIDAD una LÍNEA DE CRÉDITO no rotatoria por la cantidad máxima de principal de **CIENTO NOVENTA Y SIETE MILLONES SETECIENTOS VEINTE Y UN MIL OCHOCIENTOS QUINCE DÓLARES ($197,721,815).** De dicha suma de principal, la AUTORIDAD utilizará la suma de $11,397,243 para la conversión al sistema de Auto Expreso en la PR-22 y PR-5; la suma de $59,722,346 para sufragar gastos operacionales del primer semestre del año fiscal 2012; la suma de $17,424,485 para cubrir el pago de $50,640.89 por concepto de asesoría financiera y la capitalización de intereses al vencimiento que ascenderían a $17,373,844.11; y la suma de $109,177,741 para sufragar gastos operacionales del segundo semestre del año fiscal 2012 de la siguiente manera:

A. $16,279,074 para apoyo operacional a la AMA durante el AF 2012

B. $16,891,471 para cumplir con la sentencia relacionada al caso de <u>Redondo Construction Corp. v. PRHTA</u>, Caso Número 09-2299 (CCC) ante el Tribunal Federal de Distrito para el Distrito de Puerto Rico.

C. $42,052,683.27 para saldar las cuentas por pagar según se desglosan a continuación:

| Aging @ 31- enero-2012 | | |
|---|---|---|
| **Cuentas por Pagar** | | |
| ACI | $ | 17,532,109.00 |
| TRANSCORE | | 9,958,933.85 |
| FIRST TRANSIT | | 3,382,933.04 |
| GENESIS | | 1,456,878.14 |
| INSTRANST | | 228,463.15 |
| SKANSKA | | 1,100,000.00 |
| AAA | | 984,071.70 |
| PRTC | | 784,361.00 |
| DEVELOPMENT AND CONSTRUCTION LAW GROUP, LLC | | 750,000.00 |
| Bufete Toledo & Toledo | | 900,000.00 |
| Bufete Vazques Graciani | | 452,607.00 |
| JC BARRIER  SOLUTIONS CORP | | 264,105.96 |
| LEASEWAY OF PR | | 431,366.50 |
| MANGUAL'S OFFICE CLEANING SERVICE, INC. | | 644,487.16 |
| NEW STAR ADQUISITION | | 332,033.80 |
| TRIPLE-S SALUD | | 2,638,209.40 |
| XEROX CORP | | 212,123.57 |
| AEP | | |
| | $ | 42,052,683.27 |

D.    $33,954,512.73  para gastos operacionales".

**SEGUNDO:** Para evidenciar el referido aumento en monto del principal de la referida línea de crédito, en esta misma fecha la AUTORIDAD suscribe  enmiendas a cada uno de los dos PAGARÉS suscritos  el 27 de octubre de 2011 en relación al Contrato de Préstamo Original.  A tales efectos, en esta misma fecha la AUTORIDAD suscribe  una  Primera  Enmienda  a    Pagaré ("Allonge")  para  incrementar    a $12,440,090.81 el monto del  PAGARÉ  por  $11,397,243 (conversión al sistema de Auto Expreso en la PR-22 y PR-5), y una Primera Enmienda a  Pagaré ("Allonge")  para




28157v4

incrementar a $185,281,724.19 el monto del PAGARÉ por $59,722,346 (gastos operacionales del primer semestre del Año Fiscal 2012).

**TERCERO:** Para los desembolsos de las cuentas por pagar, la AUTORIDAD entregará, además del formulario de Petición de Desembolso (*Notice of Drawing*) dispuesto en el Anejo A del Contrato de Préstamo Original, el formulario de certificación que se hace formar parte de esta Primera Enmienda a Contrato de Préstamo como Anejo B, y se seguirá el siguiente procedimiento. La AUTORIDAD entregará al BANCO temprano en la mañana: (a) Petición de Desembolso *(Notice of Drawing)*, (b) Certificación para los Desembolsos de las Cuentas por Pagar, y (c ) copia del cheque preparado para el suplidor. El BANCO tramitará el desembolso e informará a la AUTORIDAD una vez los fondos estén disponibles en la cuenta. La AUTORIDAD le solicitará al suplidor que recoja su cheque en la AUTORIDAD y al entregar el cheque, la AUTORIDAD solicitará un acuse de recibo. La AUTORIDAD enviará inmediatamente copia electrónica del acuse de recibo al BANCO.

**CUARTO:** El Banco podrá contratar un consultor para evaluar la situación operacional y financiera de la AUTORIDAD según sea necesario.

**QUINTO:** El BANCO y la AUTORIDAD hacen constar expresamente que esta enmienda no constituye una novación de la obligación original. Todos los demás términos y condiciones de la Línea de Crédito, según evidenciados por el Contrato de Préstamo Original y correspondientes PAGARÉS, no inconsistentes con lo anterior, continuarán en pleno efecto y vigor.



28157v4

**EN TESTIMONIO DE LO CUAL**, las partes comparecientes otorgan esta

Primera Enmienda a Contrato de Préstamo, en San Juan, Puerto Rico, hoy

_5_ de marzo de 2012.

**BANCO GUBERNAMENTAL DE**          **AUTORIDAD DE CARRETERAS Y**
**FOMENTO PARA PUERTO RICO**        **TRANSPORTACIÓN**

_____    _____
Jose R. Otero Freiría              Rubén Hernández Gregorat
Vicepresidente Ejecutivo           Director Ejecutivo y
De Financiamiento                  Secretario, Departamento de Transportación
                                   y Obras Públicas de Puerto Rico

Testimonio Núm. **659**

    Reconocido y suscrito ante mí por Rubén Hernández Gregorat, mayor de
edad, casado, ejecutivo y vecino de ~~San Juan~~, Puerto Rico, en su carácter de Director
Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, y
Secretario del Departamento de Trasportación y Obras Publicas de Puerto Rico, a
quien conozco personalmente.

    En San Juan, Puerto Rico, a __5__ de marzo de 2012.

                                   _____
                                   Notario Público

Testimonio Núm. **549**

    Reconocido y suscrito ante mí por Jose R. Otero Freiría, mayor de edad,
casado, y vecino de Dorado, Puerto Rico, en su carácter de Vicepresidente Ejecutivo
de Financiamiento del Banco Gubernamental de Fomento para Puerto Rico, a quien
conozco personalmente.

    En San Juan, Puerto Rico, a __2__ de marzo de 2012.



                                   _____
                                   Notario Público

28157v4

## SEGUNDA ENMIENDA A CONTRATO DE PRÉSTAMO

**DE LA PRIMERA PARTE:** El **BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**, una institución bancaria organizada y existente a tenor con la Ley Núm. 17, aprobada el 23 de septiembre de 1948, según enmendada, (el "BANCO"), representado en este acto por su Vicepresidente Ejecutivo de Financiamiento, José R. Otero Freiría, mayor de edad, casado y vecino de Dorado, Puerto Rico.

**DE LA SEGUNDA PARTE:** La **AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO,** una entidad jurídica, creada en virtud de la Ley Núm. 74 de 23 de junio de 1965, (la "AUTORIDAD"), según enmendada, representada en este acto por Rubén A. Hernández Gregorat, Director Ejecutivo de la Autoridad y Secretario del Departamento de Transportación y Obras Públicas, mayor de edad, casado, y vecino de Guaynabo, Puerto Rico.

### EXPONEN

**POR CUANTO:** El 27 de octubre de 2011, la AUTORIDAD y el BANCO otorgaron un Contrato de Préstamo para una línea de crédito no rotativa por SETENTA Y UN MILLÓN CIENTO DIEZ Y NUEVE MIL QUINIENTOS OCHENTA Y NUEVE DÓLARES ($71,119,589), más intereses capitalizados, para sufragar la conversión al sistema autoexpreso en la PR 22 y PR 5 y para cubrir gastos operacionales (el "Contrato de Préstamo Original").



1

**POR CUANTO**, el 5 de marzo de 2012, la AUTORIDAD y el BANCO suscribieron una Primera Enmienda a Contrato de Préstamo para incrementar por $126,602,226, el monto de la línea de crédito para un monto total máximo de $197,721,815.

**POR CUANTO**, la referida Primera Enmienda a Contrato de Préstamo dispuso que de dicho incremento la AUTORIDAD utilizaría la suma de $109,177,741 para financiar gastos operacionales correspondientes al segundo semestre del año fiscal 2011-2012. Se dispuso que de dicha suma de $109,177,741, la AUTORIDAD utilizaría la suma de $42,052,683.27 para saldar ciertas cuentas pendiente de pago a determinados suplidores por determinadas sumas.

**POR CUANTO:** la AUTORIDAD y el Banco estiman necesario suscribir esta Tercera Enmienda al Contrato de Préstamo para: [1] aclarar que las cuantías de cuentas pendiente de pago a suplidores identificadas en el inciso (C) de la sección 1.1 del Contrato de Préstamo Original, según enmendado en la Primera Enmienda a Contrato de Préstamo, son cuantías estimadas y que la cifra final de cada una de estas cuantías está en proceso de determinarse; y [2] disponer flexibilidad en el uso de la suma de $42,052,683.27 para los pagos de estas cuentas por la AUTORIDAD.

**POR LO QUE**, en consideración a los hechos afirmados anteriormente y a las representaciones, acuerdos y garantías que más adelante se exponen, las partes comparecientes acuerdan y convienen otorgar esta Tercera Enmienda a Contrato de Préstamo, bajo los siguientes:



## TÉRMINOS Y CONDICIONES

**PRIMERO:**  Se enmienda la primera oración del inciso (C) de la Sección 1.1 del Artículo 1 del Contrato de Préstamo Original, según enmendado, de forma que el referido inciso disponga lo siguiente:

(C)  $42,052,683.27 para saldar las cuentas por pagar a los suplidores que se desglosan a continuación, cuyas cuantías se estiman en la cifra que sigue el nombre de cada suplidor, las cuales la AUTORIDAD, con el consentimiento del BANCO, podrá aumentar o reducir por suplidor, según sea necesario una vez se determine o negocie la cifra final aplicable a cada suplidor, sin que la AUTORIDAD exceda el pago máximo de $42,052,683.27 autorizado para este propósito:



Aging @ 31- enero-2012

| Cuentas por Pagar | |
|---|---:|
| ACI | $ 17,532,109.00 |
| TRANSCORE | 9,958,933.85 |
| FIRST TRANSIT | 3,382,933.04 |
| GENESIS | 1,456,878.14 |
| INSTRANST | 228,463.15 |
| SKANSKA | 1,100,000.00 |
| AAA | 984,071.70 |
| PRTC | 784,361.00 |
| DEVELOPMENT AND CONSTRUCTION LAW GROUP, LLC | 750,000.00 |
| Bufete Toledo & Toledo | 900,000.00 |
| Bufete Vazques Graciani | 452,607.00 |
| JC BARRIER  SOLUTIONS CORP | 264,105.96 |
| LEASEWAY OF PR | 431,366.50 |
| MANGUAL'S OFFICE CLEANING SERVICE, INC. | 644,487.16 |
| NEW STAR ADQUISITION | 332,033.80 |
| TRIPLE-S SALUD | 2,638,209.40 |
| XEROX CORP | 212,123.57 |
| AEP | |
| | $ 42,052,683.27 |

3

**SGUNDO**: El BANCO y la AUTORIDAD hacen constar expresamente que esta enmienda no constituye una novación de la obligación original. Todos los demás términos y condiciones de la Línea de  Crédito, según evidenciados por el Contrato de Préstamo Original, según enmendado en la Primera Enmienda a Contrato de Préstamo,  y correspondientes PAGARÉS, según enmendados, no inconsistentes con lo anterior, continuarán en pleno efecto y vigor.

**[FIRMAS EN LA PÁGINA SIGUIENTE]**



**EN TESTIMONIO DE LO CUAL,** las partes comparecientes otorgan esta

Segunda Enmienda a Contrato de Préstamo, en San Juan, Puerto Rico, hoy

___9___ de marzo de 2012.

<table>
<tr>
<td><strong>BANCO GUBERNAMENTAL DE<br>FOMENTO PARA PUERTO RICO</strong></td>
<td><strong>AUTORIDAD DE CARRETERAS Y<br>TRANSPORTACIÓN</strong></td>
</tr>
<tr>
<td>Jose R. Otero Freiría<br>Vicepresidente Ejecutivo</td>
<td>Rubén Hernández Gregorat<br>Director Ejecutivo y Secretario,<br>Departamento de Transportación y<br>Obras Públicas de Puerto Rico</td>
</tr>
</table>

Testimonio Núm.- 550 -

Reconocido y suscrito ante mí por Rubén Hernández Gregorat, mayor de
edad, casado, ejecutivo y vecino de San Juan, Puerto Rico, en su carácter de Director
Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, y
Secretario del Departamento de Trasportación y Obras Publicas de Puerto Rico, a
quien conozco personalmente.

En San Juan, Puerto Rico, a ___9___ de marzo de 2012.

Notario Público

Testimonio Núm.- 551 -

Reconocido y suscrito ante mí por Jose R. Otero Freiría, mayor de edad,
casado, y vecino de Dorado, Puerto Rico, en su carácter de Vicepresidente Ejecutivo
de Financiamiento del Banco Gubernamental de Fomento para Puerto Rico, a quien
conozco personalmente.

En San Juan, Puerto Rico, a ___9___ de marzo de 2012.



Notario Público

## TERCERA ENMIENDA A CONTRATO DE PRÉSTAMO

DE LA PRIMERA PARTE: El **BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**, una corporación pública del Estado Libre Asociado de Puerto Rico creada en virtud de la Ley Núm. 17 del 23 de septiembre de 1948, según enmendada (el "BANCO"), representado en este acto por su Vicepresidente Ejecutivo y Agente Fiscal, Jorge A. Clivillés Díaz, mayor de edad, casado y vecino de San Juan, Puerto Rico.

DE LA SEGUNDA PARTE: La **AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO**, una corporación pública del Estado Libre Asociado de Puerto Rico creada en virtud de la Ley Núm. 74 de 23 de junio de 1965, según enmendada (la "AUTORIDAD"), representada en este acto por Javier E. Ramos Hernández, Director Ejecutivo, mayor de edad, casado y vecino de Bayamón, Puerto Rico.

A menos que un término escrito en letras mayúsculas sea definido de otra forma en esta Tercera Enmienda a Contrato de Préstamo (en adelante, la "TERCERA ENMIENDA AL CONTRATO DE PRÉSTAMO"), el mismo tendrá el significado adscrito en el CONTRATO DE PRÉSTAMO según se define más adelante.

### EXPONEN

**POR CUANTO**: El 27 de octubre de 2011, la AUTORIDAD y el BANCO otorgaron un Contrato de Préstamo para una LÍNEA DE CRÉDITO no rotativa por $71,119,589, más intereses capitalizados, con el propósito de sufragar la conversión al

sistema Auto Expreso en las carreteras PR-22 y PR-5 y para cubrir gastos operacionales del primer semestre del Año Fiscal 2012 (en adelante, el "CONTRATO DE PRÉSTAMO").

**POR CUANTO**: En la misma fecha del otorgamiento del CONTRATO DE PRÉSTAMO, la AUTORIDAD suscribió dos PAGARÉS a favor del BANCO, uno por la cantidad de \$11,397,243 correspondiente a los fondos para sufragar la conversión al sistema Auto Expreso en la PR-22 y PR-5, y el otro por la cantidad de \$59,722,346 correspondiente a los fondos para sufragar los gastos operacionales del primer semestre del año fiscal 2012.

**POR CUANTO**: El 5 de marzo de 2012, el BANCO y la AUTORIDAD suscribieron una Primera Enmienda a Contrato de Préstamo a los fines de incrementar la LÍNEA DE CRÉDITO por una cuantía adicional de \$126,602,226 para financiar gastos operacionales, cubrir los cargos por asesoría financiera y la capitalización de intereses hasta el 31 de agosto de 2013. A tenor con dicho incremento, el monto total máximo de la LÍNEA DE CRÉDITO quedó aumentado a \$197,721,815. En esa misma fecha, la AUTORIDAD suscribió una Primera Enmienda a Pagaré ("Allonge") para incrementar a \$12,440,090.81 el monto del PAGARÉ por \$11,397,243 (conversión al sistema de Auto Expreso en la PR-22 y PR-5), y una Primera Enmienda a Pagaré ("Allonge") para incrementar a \$185,281,724.19 el monto del PAGARÉ por \$59,722,346 (gastos operacionales del primer semestre del Año Fiscal 2012).

**POR CUANTO**: El 9 de marzo de 2012, el BANCO y la AUTORIDAD otorgaron una Segunda Enmienda a Contrato de Préstamo con el propósito de establecer que las cuantías de las cuentas por pagar a los suplidores desglosados en el inciso (C) de la Sección 1.1 del CONTRATO DE PRÉSTAMO son estimadas y para dar flexibilidad en el uso de los fondos destinados al pago de dichas cuentas por pagar. Esta Segunda Enmienda a Contrato de Préstamo no conllevó modificación o enmienda alguna a los PAGARÉS.

**POR CUANTO**: La LÍNEA DE CRÉDITO tiene una vigencia hasta el 31 de agosto de 2013 y la fuente de repago de la misma son futuras emisiones de bonos y productos de futuras alianzas público privadas, al igual que ingresos propios de la AUTORIDAD.

**POR CUANTO:** Al 30 de junio de 2013, la LÍNEA DE CRÉDITO tiene un balance de principal ascendente a \$171,301,740.88 e intereses acumulados por \$11,274,053.04.

**POR CUANTO**: La gerencia del BANCO ha recomendado enmendar la LÍNEA DE CRÉDITO con el propósito de extender su vigencia hasta el 31 de agosto de 2014.

**POR CUANTO**: Mediante la Resolución Núm. 10102 adoptada en reunión celebrada el 17 de julio de 2013, la Junta de Directores del BANCO ha autorizado enmendar el CONTRATO DE PRÉSTAMO a los fines de extender la fecha de

29858

vencimiento de la obligación hasta el 31 de agosto de 2014, entre otros términos y condiciones.

**POR CUANTO**: La AUTORIDAD ha aceptado los términos y condiciones establecidos por el BANCO para la presente enmienda de conformidad con la Resolución Núm. 2013-36 emitida el 16 de agosto de 2013 por su Junta de Directores.

**POR LO QUE,** en consideración a los hechos afirmados anteriormente y a las representaciones, acuerdos y garantías que más adelante se exponen, las partes acuerdan y convienen otorgar esta TERCERA ENMIENDA A CONTRATO DE PRÉSTAMO, bajo los siguientes:

### TÉRMINOS Y CONDICIONES

**PRIMERO:** Se enmienda la primera oración de la Sección 1.3 del Artículo 1 del CONTRATO DE PRÉSTAMO para que disponga lo siguiente:

> "El principal de la LÍNEA DE CRÉDITO más los intereses capitalizados será pagadero el 31 de agosto de 2014."

**SEGUNDO**: En esta misma fecha la AUTORIDAD suscribe enmiendas a cada uno de los dos PAGARÉS, según enmendados. A tales efectos, en esta misma fecha la AUTORIDAD suscribe las respectivas Segunda Enmienda a Pagaré ("Allonge") correspondiente a cada PAGARÉ. Cada ALLONGE se hará formar parte de los respectivos PAGARÉS suscritos por la AUTORIDAD, según enmendados, con el propósito de incorporar los acuerdos y enmiendas aquí consignadas.

**TERCERO**: La AUTORIDAD reconoce, conviene y acepta pagar al BANCO honorarios por servicios de asesoría financiera igual a una veinticincoava (1/25) parte del uno por ciento (1%) hasta $100 millones y una treintava (1/30) parte del uno por ciento (1%) sobre $100 millones, para un total de Setenta y Dos Mil Quinientos Setenta y Tres Dólares Con Noventa y Cuatro ($72,573.94) correspondientes a esta transacción y según la política vigente del BANCO.

**CUARTO**: Esta TERCERA ENMIENDA AL CONTRATO DE PRÉSTAMO y los respectivos ALLONGES no constituyen una novación de las obligaciones de la AUTORIDAD bajo el CONTRATO DE PRÉSTAMO y PAGARÉ, según aquí enmendados. Todos los demás términos y condiciones del CONTRATO DE PRÉSTAMO y el PAGARÉ, según enmendados, que no contravengan lo aquí acordado, permanecerán inalterados y en pleno vigor.

**QUINTO**: Esta TERCERA ENMIENDA AL CONTRATO DE PRÉSTAMO se suscribe de conformidad con la Resolución 10102 adoptada por la Junta de Directores del BANCO el 17 de julio de 2013, la cual se aprobó como una Declaración de Intención bajo la Sección 1.150-2 de la Regulación del Departamento del Tesoro Federal (*U.S. Treasury Department Regulation Section 1.150-2*).

[FIRMAS EN LA SIGUIENTE PÁGINA]

29858

6

**EN TESTIMONIO DE LO CUAL**, las partes comparecientes otorgan esta

Tercera Enmienda a Contrato de Préstamo, en San Juan, Puerto Rico, hoy

28 de agosto de 2013.

| | |
|---|---|
| **BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO** | **AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN** |

Jorge A. Clivillés Díaz
Vicepresidente Ejecutivo
y Agente Fiscal

Javier E. Ramos Hernández
Director Ejecutivo

Testimonio Núm. 872

Reconocido y suscrito ante mí por Javier E. Ramos Hernández, mayor de edad, casado y vecino de Bayamón, Puerto Rico, en su carácter como Director Ejecutivo de la Autoridad de Carreteras y Transportación de Puerto Rico, a quien conozco personalmente.

En San Juan, Puerto Rico, a 28 de agosto de 2013.

Notaria Público

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

Testimonio Núm. 845

Reconocido y suscrito ante mí por Jorge A. Clivillés Díaz, mayor de edad, casado y vecino de San Juan, Puerto Rico, en su carácter de Vicepresidente Ejecutivo y Agente Fiscal del Banco Gubernamental de Fomento para Puerto Rico, a quien conozco personalmente.

En San Juan, Puerto Rico, a 28 de agosto de 2013.

Notaria Público

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982

29858

## CUARTA ENMIENDA A CONTRATO DE PRÉSTAMO

DE LA PRIMERA PARTE: El **BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO**, una corporación pública del Estado Libre Asociado de Puerto Rico creada en virtud de la Ley Núm. 17 del 23 de septiembre de 1948, según enmendada (el "BANCO"), representado en este acto por su Vicepresidente Ejecutivo y Agente Fiscal, Jorge A. Clivillés Díaz, mayor de edad, casado, ejecutivo y vecino de San Juan, Puerto Rico.

DE LA SEGUNDA PARTE: La **AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO**, una corporación pública del Estado Libre Asociado de Puerto Rico creada en virtud de la Ley Núm. 74 de 23 de junio de 1965, según enmendada (la "AUTORIDAD"), representada en este acto por Javier E. Ramos Hernández, Director Ejecutivo, mayor de edad, casado, ingeniero y vecino de Bayamón, Puerto Rico.

A menos que un término escrito en letras mayúsculas sea definido de otra forma en esta Cuarta Enmienda a Contrato de Préstamo (en adelante, la "CUARTA ENMIENDA AL CONTRATO DE PRÉSTAMO"), el mismo tendrá el significado adscrito en el CONTRATO DE PRÉSTAMO según se define más adelante.

### EXPONEN

**POR CUANTO**: El 27 de octubre de 2011, la AUTORIDAD y el BANCO otorgaron un Contrato de Préstamo para una LÍNEA DE CRÉDITO no rotativa por $71,119,589, más intereses capitalizados, con el propósito de sufragar la conversión al

30900

sistema Auto Expreso en las carreteras PR-22 y PR-5 y para cubrir gastos operacionales del primer semestre del Año Fiscal 2012 (en adelante, el "CONTRATO DE PRÉSTAMO").

**POR CUANTO**: En la misma fecha del otorgamiento del CONTRATO DE PRÉSTAMO, la AUTORIDAD suscribió dos Pagarés a favor del BANCO, uno por la cantidad de $11,397,243 correspondiente a los fondos para sufragar la conversión al sistema Auto Expreso en la PR-22 y PR-5, y el otro por la cantidad de $59,722,346 correspondiente a los fondos para sufragar los gastos operacionales del primer semestre del Año Fiscal 2012 (en adelante "PAGARÉ" y, conjuntamente, los ("PAGARÉS").

**POR CUANTO**: El 5 de marzo de 2012, el BANCO y la AUTORIDAD suscribieron una Primera Enmienda a Contrato de Préstamo a los fines de incrementar la LÍNEA DE CRÉDITO por una cuantía adicional de $126,602,226 para financiar gastos operacionales, cubrir los cargos por asesoría financiera y la capitalización de intereses hasta el 31 de agosto de 2013. A tenor con dicho incremento, el monto total máximo de la LÍNEA DE CRÉDITO quedó aumentado a $197,721,815. En esa misma fecha, la AUTORIDAD suscribió una Primera Enmienda a Pagaré ("Allonge") para incrementar a $12,440,090.81 el monto del PAGARÉ por $11,397,243 (conversión al sistema de Auto Expreso en la PR-22 y PR-5), y una Primera Enmienda a Pagaré ("Allonge") para incrementar a $185,281,724.19 el monto del PAGARÉ por $59,722,346 (gastos operacionales del primer semestre del Año Fiscal 2012).

**POR CUANTO**: El 9 de marzo de 2012, el BANCO y la AUTORIDAD otorgaron una Segunda Enmienda a Contrato de Préstamo con el propósito de establecer que las cuantías de las cuentas por pagar a los suplidores desglosados en el inciso (C) de la Sección 1.1 del CONTRATO DE PRÉSTAMO son estimadas y para dar flexibilidad en el uso de los fondos destinados al pago de dichas cuentas por pagar. Esta Segunda Enmienda a Contrato de Préstamo no conllevó modificación o enmienda alguna a los PAGARÉS.

**POR CUANTO**: El 28 de agosto de 2013, el BANCO y la AUTORIDAD suscribieron una Tercera Enmienda a Contrato de Préstamo para extender su vigencia hasta el 31 de agosto de 2014. En esa misma fecha, la AUTORIDAD suscribió las respectivas Segunda Enmienda a Pagaré ("Allonge") a los PAGARÉS a fin de extender las fechas de vencimientos de los mismos de conformidad con lo anterior.

**POR CUANTO:** Al 31 de mayo de 2014, la LÍNEA DE CRÉDITO tenía un balance de principal ascendente a $171,604,829 e intereses acumulados por $20,846,634.

**POR CUANTO:** La LÍNEA DE CRÉDITO tiene fondos disponibles para desembolsar por las cantidades de $1,902,502.87 para los gastos operacionales del Año Fiscal 2012, y $6,840,638.86 para el financiamiento de la conversión al sistema Auto Expreso de las carreteras PR-22 y PR-5.

**POR CUANTO:** El 25 de junio de 2013, la Asamblea Legislativa del Estado Libre Asociado de Puerto Rico aprobó las Leyes 30 y 31-2013, las cuales incrementan

los ingresos de la AUTORIDAD para que pueda continuar con su programa de emisiones de bonos para el pago de las líneas de crédito con el BANCO.

**POR CUANTO:** La LÍNEA DE CRÉDITO tuvo una vigencia hasta el 31 de agosto de 2014, y la fuente de repago de la misma son futuras emisiones de bonos y productos de futuras alianzas público privadas, al igual que ingresos propios de la AUTORIDAD.

**POR CUANTO**: La gerencia del BANCO ha recomendado enmendar la LÍNEA DE CRÉDITO con el propósito de extender su vigencia hasta el 31 de agosto de 2015 y establecer el pago de intereses al vencimiento.

**POR CUANTO**: Mediante la Resolución Núm. 10368 adoptada en reunión celebrada el 27 de junio de 2014, la Junta de Directores del BANCO autorizó enmendar el CONTRATO DE PRÉSTAMO a los fines de extender la fecha de vencimiento de la obligación hasta el 31 de agosto de 2015, entre otros términos y condiciones.

**POR CUANTO**: La AUTORIDAD ha aceptado los términos y condiciones establecidos por el BANCO para la presente enmienda mediante la aprobación de la Resolución Núm. 2014-74 adoptada el 22 de septiembre de 2014 por la Junta de Directores de la AUTORIDAD.

**POR LO QUE**, en consideración a los hechos afirmados anteriormente y a las representaciones, acuerdos y garantías que más adelante se exponen, las partes acuerdan y convienen otorgar esta CUARTA ENMIENDA A CONTRATO DE PRÉSTAMO, bajo los siguientes:

30900

## TÉRMINOS Y CONDICIONES

**PRIMERO:** Se enmienda la primera oración de la Sección 1.3 del Artículo 1 del CONTRATO DE PRÉSTAMO para que disponga lo siguiente:

> "El principal de la LÍNEA DE CRÉDITO más los intereses capitalizados serán pagaderos el 31 de agosto de 2015."

**SEGUNDO**: En esta misma fecha, la AUTORIDAD suscribe las respectivas Tercera Enmienda a Pagaré ("ALLONGE") correspondientes a cada PAGARÉ, según enmendados. Cada ALLONGE se hará formar parte de los respectivos PAGARÉS con el propósito de incorporar los acuerdos y enmiendas aquí consignadas.

**TERCERO**: La AUTORIDAD reconoce, conviene y acepta pagar al BANCO honorarios por servicios de asesoría financiera igual a una veinticincoava (1/25) parte del uno por ciento (1%) hasta Cien Millones ($100,000,000) y una treintava (1/30) parte del uno por ciento (1%) sobre Cien Millones ($100,000,000), para un total de Setenta y Dos Mil Quinientos Setenta y Tres Dólares con Noventa y Cuatro ($72,573.94), correspondientes a esta transacción y según la política vigente del BANCO.

**CUARTO**: Esta CUARTA ENMIENDA AL CONTRATO DE PRÉSTAMO y cada ALLONGE no constituyen una novación de las obligaciones de la AUTORIDAD bajo el CONTRATO DE PRÉSTAMO y PAGARÉS, según aquí enmendados. Todos los demás términos y condiciones del CONTRATO DE PRÉSTAMO y los PAGARÉS, según enmendados, que no contravengan lo aquí acordado, permanecerán inalterados y en pleno vigor.

30900

**EN TESTIMONIO DE LO CUAL**, las partes comparecientes otorgan esta

Cuarta Enmienda a Contrato de Préstamo, en San Juan, Puerto Rico, hoy

9 de diciembre de 2014.

**BANCO GUBERNAMENTAL DE**           **AUTORIDAD DE CARRETERAS Y**
**FOMENTO PARA PUERTO RICO**          **TRANSPORTACIÓN**


Jorge A. Clivillés Díaz                                     Javier E. Ramos Hernández
Vicepresidente Ejecutivo                                  Director Ejecutivo
y Agente Fiscal

Testimonio Núm. 1,011

Reconocido y suscrito ante mí por Javier E. Ramos Hernández, mayor de edad,
casado, ingeniero y vecino de Bayamón, Puerto Rico, en su carácter como Director Ejecutivo
de la Autoridad de Carreteras y Transportación de Puerto Rico, a quien conozco
personalmente.

En San Juan, Puerto Rico, a 9 de diciembre de 2014.

EXENTO DEL PAGO DE ARANCEL            Notario Público
LEY 47 DE 4 DE JUNIO DE 1~

Testimonio Núm. 1,012

Reconocido y suscrito ante mí por Jorge A. Clivillés Díaz, mayor de edad,
casado, ejecutivo y vecino de San Juan, Puerto Rico, en su carácter de Vicepresidente
Ejecutivo y Agente Fiscal del Banco Gubernamental de Fomento para Puerto Rico, a
quien conozco personalmente.

En San Juan, Puerto Rico, a 9 de diciembre de 2014.

Notario Público

EXENTO DEL PAGO DE ARANCEL
LEY 47 DE 4 DE JUNIO DE 1982