*In the Matter Of:*

*The Financial Oversight and Management Board for Puerto Rico*

*May 09, 2019*

HEARING

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD

FOR

PUERTO RICO

The hearing of:

　　FISCAL PLAN for the COMMONWEALTH OF PUERTO RICO,

held on Thursday, May 9, 2019, at the Puerto Rico

Convention Center, Room 208 and 209, located at 100

Boulevard Saint John, San Juan, Puerto Rico  00907,

beginning at 9:00 A.M.

APPEARANCES:

MEMBERS PRESENT:

JOSÉ B. CARRIÓN III - CHAIRMAN

ANDREW BIGGS

CARLOS M. GARCÍA

ARTHUR J. GONZÁLEZ

JOSÉ R. GONZÁLEZ

DAVID A. SKEEL

CHRISTIAN SOBRINO


NATALIE JARESKO - EXECUTIVE DIRECTOR

JAIME EL KOURY - LEGAL COUNSEL

```
 1   express their view.  Any person interested
 2   in a turn, please stand up.  Once we
 3   recognize you, we'll turn the microphone on
 4   and it will be taken to your seat.  Please
 5   state your full name and your affiliation,
 6   if you have one, and speak as clearly as
 7   possible.  Would anybody like to make a
 8   public comment?  Welcome.
 9         MS. NOGALES:  Yes.  My name is Mariana
10   Nogales Molineli.  I am hereby representing
11   "Junte de Mujeres."  And I have two or
12   three questions, if I may.  I would like to
13   know what are the essential services
14   according to the Fiscal Control Board and
15   according to Natalie Jaresko.  I would like
16   to know how can a country emerge and
17   develop without proper funding to education
18   and the University of Puerto Rico.  I would
19   like to know the views of the Fiscal
20   Control Board on "Leyes de Cabotaje."  And
21   I would like to know the purpose of
22   increasing the budget and the monies to the
23   Police of Puerto Rico and if it has
24   something to do with a regime of
25   repression.  Thank you.
```

1     MR. CARRIÓN: Okay. Natalie, I'll let
2  you take the first two. I can answer
3  the -- the third one is "Leyes de
4  Cabotaje," it's the Jones Act. Right? And
5  then the fourth, there's no -- the
6  rationale behind the concept of dealing
7  with the police issue has nothing to do
8  with the premise of your question. It is
9  related to the belief shared by the
10 majority of people in Puerto Rico that
11 without security you really can't have
12 economic development or anything. So we've
13 decided to -- and the government has
14 decided to move those issues forward.
15     And the remaining issues, if you could
16 please address the question.
17     MR. EL KOURY: Yes. On the essential
18 services point, we have not defined
19 essential services because PROMESA itself
20 sets forth a structure whereby we have to
21 actually consider 14 factors when we come
22 up with our fiscal plan. Essential
23 services is just one of those factors.
24     What we have tried to do is to balance
25 the 14 factors rather than just defining

```
 1   essential services and coming up with a
 2   strict nomenclature for that.  I think it
 3   is in the benefit of the people of Puerto
 4   Rico actually not to define essential
 5   services, but rather to leave it as one of
 6   the factors that we must take into account.
 7        MS. JARESKO:  With regards to
 8   education, the University of Puerto Rico, I
 9   think everyone agrees there.  It's
10   absolutely critical to the economic
11   development on the island.  And that's why
12   we're adding funding to it.  That's why
13   we've been supportive of the government's
14   efforts to reform and improve educational
15   outcomes in the public education sector.
16   And that's why we've set up the
17   means-tested scholarship funding for the
18   University of Puerto Rico.
19        But at the same time, it's not always
20   how much you spend, it's how you spend it.
21   So with regard to the University of Puerto
22   Rico, there's no question that the Fiscal
23   Plan, which we're not discussing today, but
24   is in place, requires increased tuition,
25   requires looking for other sources, third
```

```
 1   to invest, being able to invest requires
 2   hopefully the achievement of the goals this
 3   Financial Oversight Board has set for
 4   itself.
 5       MR. JARESKO:  With regard to the Jones
 6   Act, it's a congressional action that's
 7   required.  We were supportive of the
 8   government's request for a -- since the
 9   long term full exception doesn't seem to be
10   on the Congress's agenda, we were
11   supportive of a shorter term exemption for
12   the transport of L&G, which I understand
13   has not been provided.  But again, it is
14   not in the Board's hand to make that
15   decision.
16       MR. CARRIÓN:  Thank you.
17       Does anybody have any additional
18   questions or comments?
19       MR. SOBRINO:  Yes, Mr. Chairman.
20   Regarding the question on central services,
21   we've addressed this also with some members
22   of the press and in other forms stating
23   that essential services depends on the
24   amount of resource that -- how much -- what
25   you classify as essential depends on the
```

1   amount of resources you have available to
2   allocate.
3        So in a context we have a lot of
4   resources.  You can deem many things
5   essential and you can -- but it's not only
6   the categories.  Within each category there
7   are actions, there's contracting, there's
8   different things you allocate to.  And what
9   we've always stated is that essential
10  services are defined on a budget-by-budget
11  basis on a fiscal plan-by-fiscal plan
12  basis, depending on the amount of resources
13  that are available for that allocation.
14       And I think if we look at what's
15  happened today we can see that what we
16  indicated before actually works.  I might
17  not be happy with large parts of the Fiscal
18  Plan, but what I can recognize is that in
19  August of last year we identified the need
20  for additional resources in the police and
21  in public safety.  We had private and
22  public debates that I'm sure were as
23  frustrating to everybody on this table as
24  it was for me.  And the result of that is
25  that we have reached a number of more

1  resources for public safety.
2      And the same in education. And the
3  same in health. Areas that nobody in this
4  room will doubt are essential services.
5  Right? So we have to recognize that the
6  definition would be used by our opponents,
7  opponents of Puerto Rico, to pigeonhole our
8  work and not help us use the process to
9  actually allocate resources where we need.
10 So I just wanted to add that to the
11 comments.
12     MR. CARRIÓN: Thank you, Mr. Sobrino.
13     Any additional comments? Would
14 anybody else like to make a public comment
15 or question? "Sí."
16     MS. CARRASQUILLO: Good morning.
17     MR. CARRIÓN: "Bienvenida." Good
18 morning.
19     MS. CARRASQUILLO: My name is Yadira
20 Carrasquillo. And I'm here representing
21 thousands, maybe millions of citizens here
22 in Puerto Rico, United States, and
23 international.
24     First thing, about essential services
25 and the definition that you have to define

```
 1
 2
 3
 4
 5
 6              REPORTER'S CERTIFICATE
 7
 8    I, ANDREA CAMILO, E.R. Reporter, do hereby
 9  certify that the following transcript is a full,
10  true and correct record transcribed by me.
11    I further certify that I am not interested in
12  the outcome of the case named in said caption.
13
14  [signature: Andrea Camilo]
15  _____
16  ANDREA CAMILO
17
18
19
20
21
22
23
24
25
```