```
                      UNITED STATES BANKRUPTCY COURT

                          DISTRICT OF PUERTO RICO


In Re:                          )    Docket No. 3:17-BK-3283(LTS)
                                )
                                )    Title III
The Financial Oversight and     )
Management Board for            )
Puerto Rico,                    )    (Jointly Administered)
                                )
as representative of            )
                                )
The Commonwealth of             )
Puerto Rico, et al.,            )    June 12, 2019
                                )
and                             )
                                )
                                )
Puerto Rico Electric            )
Power Authority,                )
                                )
          Debtors.              )
_____
In Re:                          )    Docket No. 3:17-BK-3566(LTS)
                                )
                                )    PROMESA Title III
The Financial Oversight and     )
Management Board for            )
Puerto Rico,                    )    (Jointly Administered)
                                )
as representative of            )
                                )
Employees Retirement System     )
of the Government of the        )
Commonwealth of                 )
Puerto Rico,                    )
                                )
          Debtor.               )
_____
```

```
 1  _____

 2  In Re:                          )    Docket No. 3:17-BK-3567(LTS)
                                    )
 3                                  )    PROMESA Title III
     The Financial Oversight and    )
 4   Management Board for           )
     Puerto Rico,                   )    (Jointly Administered)
 5                                  )
     as representative of           )
 6                                  )
     Puerto Rico Highways and       )
 7   Transportation Authority,      )
                                    )
 8            Debtor.               )

 9  _____

10   In Re:                         )    Docket No. 3:17-BK-4780(LTS)
                                    )
11                                  )    PROMESA Title III
     The Financial Oversight and    )
12   Management Board for           )
     Puerto Rico,                   )    (Jointly Administered)
13                                  )
     as representative of           )
14                                  )
     Puerto Rico Electric           )
15   Power Authority,               )
                                    )
16            Debtor.               )

17  _____

18                      OMNIBUS HEARING

19   BEFORE THE HONORABLE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN

20              UNITED STATES DISTRICT COURT JUDGE

21    AND THE HONORABLE U.S. MAGISTRATE JUDGE JUDITH GAIL DEIN

22              UNITED STATES DISTRICT COURT JUDGE

23  _____

24

25
```

```
 1   APPEARANCES:

 2   For The Commonwealth
     of Puerto Rico, et al.:   Mr. Martin J. Bienenstock, PHV
 3                             Mr. Paul Possinger, PHV
                               Ms. Laura Stafford, PHV
 4                             Mr. Gregg M. Mashberg, Esq.

 5   For the U.S. Trustee
     Region 21:                Ms. Monsita Lecaroz Arribas, AUST
 6
     For Official Committee
 7   of Unsecured Creditors:   Mr. Luc A. Despins, PHV

 8
     For Puerto Rico Fiscal
 9   Agency and Financial
     Advisory Authority:       Mr. Peter Friedman, PHV
10

11   For Financial Guaranty
     Insurance Company:        Mr. Martin Sosland, PHV
12                             Mr. Jason Callen, PHV

13   For Ad Hoc Group of
     General Obligation
14   Bondholders:              Mr. Mark T. Stancil, PHV

15
     For Ambac Assurance
16   Corporation:              Ms. Atara Miller, PHV

17   For Association of
     the Puerto Rico
18   Judiciary:                Mr. David Indiano Vicic, Esq.

19   For Ad Hoc Group of
     Constitutional
20   Debtholders:              Mr. Andrew Kissner, PHV

21   For Syncora Guarantee:    Mr. Carlos Rodriguez Vidal, Esq.

22   For Windmar Renewable
     Energy, Inc., et al.:     Mr. Fernando Agrait Betancourt, Esq.
23
     For National Public
24   Finance Guarantee:        Mr. Robert Berezin, PHV

25
```

```
 1   APPEARANCES, Continued:

 2
     For AmeriNational
 3   Community Services,
     LLC:                         Mr. Nayuan Zouairabani, Esq.
 4
     For U.S. Bank
 5   National Association:        Mr. Clark Whitmore, PHV

 6   For Assured Guaranty
     Corporation and Assured
 7   Guaranty Municipal
     Corporation:                 Mr. William Natbony, PHV
 8
     For Union de
 9   Trabajadores de la
     Industria Electrica y
10   Riego, Inc.:                 Mr. Rolando Emmanuelli Jiminez, Esq.

11   For Sistema de Retiro
     de los Empleados de la
12   Autoridad de Energia
     Electrica:                   Ms. Jessica Mendez Colberg, Esq.
13
     For the Official
14   Committee of Retired
     Employees of the
15   Commonwealth of
     Puerto Rico:                 Mr. Robert Gordon, PHV
16
     For Cortland Capital
17   Market Services, LLC:        Mr. Emil Kleinhaus, PHV

18   For the Fee Examiner:        Mr. Brady Williamson, Fee Examiner
                                  Ms. Katherine Stadler, PHV
19
20   Additional speakers:         Mr. Jay Herriman
                                  Mr. Carlos Cintron Garcia
21

22

23

24
     Proceedings recorded by stenography.  Transcript produced by
25   CAT.
```

1  they either need to put up or shut up, Your Honor.  So I
2  believe that time has come now.
3          There is no basis for the stay.  However, we would
4  not be opposed to some joint prosecution for the litigation in
5  order to have everything done orderly, Your Honor.  And in
6  that sense, even if the Court were to consider a stay, we ask
7  that that stay be bifurcated.  AmeriNat has very particular
8  defenses and a unique situation, and any such stay would be
9  prejudicial upon us, Your Honor.  Thank you.
10          HONORABLE MAGISTRATE JUDGE DEIN:  Thank you.
11          MR. BIENENSTOCK:  Your Honor --
12          HONORABLE MAGISTRATE JUDGE DEIN:  Let me just make
13  sure, are there any other opponents?
14          (No response.)
15          HONORABLE MAGISTRATE JUDGE DEIN:  We're done.  Okay.
16  Go ahead.
17          MR. BIENENSTOCK:  I had not been part of this, but
18  I've listened and wonder if I could have a few minutes both to
19  provide some information that might be helpful to everyone and
20  to respond to some unfounded accusations that were made
21  against my client.
22          HONORABLE MAGISTRATE JUDGE DEIN:  Why don't you take
23  a couple of minutes.
24          MR. BIENENSTOCK:  Thank you.
25          In terms of the information that might help everyone,

1    we know that the GO holders have asserted liens against the
2    property -- certain of the property taxes and the clawback
3    revenues.  We've disagreed with them, but we know they assert
4    them, because they filed a Complaint that went up to the First
5    Circuit.
6            While we disagree with them, in the plan we file,
7    we're going to provide that they get property taxes and they
8    get clawback funds, because we have to pay them out of
9    something, so we might as well pay them out of the things they
10   say they have a lien on first.  So that might make some of the
11   issues go away.  I just raise it for that purpose.
12           And as far as the accusations that were made by
13   Ambac, just three or four quick responses.  I was shocked to
14   hear about my client's -- the Oversight Board's strategy and
15   intentions.  I don't know where they got this from, but they
16   ended up saying that we took some very small agreements with
17   some small classes with the intent of ramming through a
18   confirmation.
19           Well, how could anyone be so silly as to think that
20   Judge Swain would ever let us do that?  That's never what we
21   wanted to do or intended to do, and that can never happen in
22   this Court.  When we file a plan, to the extent there are
23   overarching issues, I've actually said it I think at prior
24   Omnibus Hearings, we might ask Judge Swain to tee up some of
25   the issues, such as clawback revenues, at the disclosure

```
 1  U.S. DISTRICT COURT    )
 2  DISTRICT OF PUERTO RICO)
 3
 4       I certify that this transcript consisting of 196 pages is
 5  a true and accurate transcription to the best of my ability of
 6  the proceedings in this case before the Honorable United
 7  States District Court Judge Laura Taylor Swain and the
 8  Honorable United States District Court Magistrate Judge Judith
 9  Gail Dein on June 12, 2019.
10
11
12
13  S/ Amy Walker
14  Amy Walker, CSR 3799
15  Official Court Reporter
16
17
18
19
20
21
22
23
24
25
```