# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

**Comes now, Brian J. Poronsky,** (hereafter, the "Applicant") and, pursuant to L. Dist. Ct. R. 83A(f) of the Local Rules of the United States District Court for the District of Puerto Rico, as incorporated by Rule 1001-l(b) of the Local Bankruptcy Rules as well as this Court's *Ninth Amended Notice, Case Management and Administrative Procedures Order* (Docket No. 7155 of Case No. 17-03283 (LTS)) (the "CMP Order"), hereby requests to be permitted to appear and participate in this particular case, in association with the law firm of McConnell Valdés, LLC, and the undersigned members of the bar of this Court, in representation of creditor and party-in-interest Wells Fargo Bank, National Association and Wells Fargo Securities, LLC. Applicant herein and respectfully states:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title II case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1.     Applicant is an attorney and a member of the law firm **of Katten Muchin Rosenman LLP**, with offices at:

| Address: | 525 W. Monroe Street, Chicago, IL 60661 |
|---|---|
| Email: | brian.poronsky@kattenlaw.com |
| Telephone: | (312) 902-5200 |
| Facsimile: | (312) 902-1061 |

2.     Applicant will sign all pleadings with the name **Brian J. Poronsky**.

3.     Applicant has been retained personally or as a member of the above-named firm by Wells Fargo Bank, National Association and Wells Fargo Securities, LLC to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4.     Since November 9, 2006, applicant has been and presently is a member in good standing of the bar of the highest court of the State of Illinois, where applicant regularly practices law. Applicant's bar license number is 6290488.

5.     Applicant has been admitted to practice before the following courts:

| Court | Admission Date |
|---|---|
| U.S.D.C. for the Northern District of Illinois | May 31, 2007 |
| U.S. Court of Appeals for the Seventh Circuit | November 2, 2012 |

6.     Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7.      Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8.      Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9.      During the past three (3) years, applicant has not filed for pro hac vice admission in the United States District Court for the District of Puerto Rico.

10.     Local counsel of record associated with applicant in this matter is:

> **Roberto C. Quiñones-Rivera**
> **McConnell Valdés LLC,**
> 270 Muñoz Rivera Avenue,
> San Juan, Puerto Rico 00918
> rcq@mcvpr.com
> (787) 250-2631
> (787) 759-9225

11.     Applicant has read the Local Civil Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court".

**WHEREFORE,** applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: June    , 2019

Brian J. Poronsky
**Printed Name of Applicant**

/s/ *Brian J. Poronsky*
**Signature of Applicant**

**I HEREBY CERTIFY THAT**, pursuant to L. Dist. Ct. R. 83A(f) of the Local Rules of the United States District Court for the District of Puerto Rico, that I consent to the designation of local counsel for all purposes.

Date: June 25, 2019

Roberto C. Quinones- Rivera
**Printed Name of Local Counsel**

_/s/ Roberto C. Quinones- Rivera_
**Signature of Local Counsel**

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this day of June 25, 2019

**I HEREBY CERTIFY** that on this same date, we electronically filed the document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

**MCCONNELL VALDÉS LLC**
**Attorneys for Wells Fargo Bank,**
**National Association and**
**Wells Fargo Securities, LLC**
270 Muñoz Rivera Avenue, Suite 7
San Juan, Puerto Rico 00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: 787-250-5619
Facsimile:  787-759-9225

By: _s/ Roberto C. Quiñones-Rivera_
USDC-PR No. 211512
rcq@mcvpr.com

4

<u>ORDER</u>

The Court, having considered the above Application for Admission Pro Hac Vice, orders

that:

☐        The application be granted. The Clerk of Court shall deposit the admission fee to the

account of Non-Appropriated Funds of this Court.

☐        The application be denied. The Clerk of Court shall return the admission fee to the

applicant.

SO, ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.


_____
U.S. District Judge