# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtors. | PROMESA<br>Title III<br><br><br><br>No. 17 BK 3567-LTS |

### ORDER GRANTING THE DRA PARTIES' MOTION FOR LEAVE TO REQUEST ADDITIONAL RELIEF PURSUANT TO LOCAL BANKRUPTY RULE 4001-1(a)

Upon consideration of the *The DRA Parties' Motion for Leave to Request Additional Relief Pursuant to Local Bankruptcy Rule 4001-1(a)* (the "Motion")[2] filed by AmeriNational Community Services, LLC, as servicer for the GDB Debt Recovery Authority, and Cantor-Katz Collateral

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

[2] Capitalized terms not defined in this Order shall have meaning ascribed to them in the Motion.

Monitor LLC, a Delaware limited liability company (collectively, the "DRA Parties"), seeking authorization and leave from this Court in compliance with Local Bankr. R. 4001-1(a) to pursue their alternative request for administrative expense priority in *The DRA Parties' Motion and Memorandum of Law in Support of their Motion for Relief from the Automatic Stay, or in the Alternative, Ordering Payment of Adequate Protection* (the "Motion for Relief from Stay") (Dkt. No. 7643 of Case No. 17-03283 (LTS) and Dkt. No. 591 of Case No. 17-03567 (LTS)) .

The Court having reviewed the Motion and the relief requested; having jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); the Court determining that venue of this proceeding and the Motion in this District is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); notice of the Motion being adequate and proper under the circumstances; having considered the arguments and positions made on the hearing on the Motion; and after due deliberation and sufficient cause appearing; therefore, it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein:

    a. The DRA Parties are authorized to request an alternative remedy for administrative expense priority under 11 U.S.C. § 503(b) as part of their Motion for Relief from Stay.

2. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____

                                           _____
                                           LAURA TAYLOR SWAIN
                                           UNITED STATES DISTRICT JUDGE