UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
|     Debtors.¹ | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | No. 17 BK 3566-LTS |
| THE EMPLOYEES RETIREMENT SYSTEM<br>OF THE GOVERNMENT OF THE<br>COMMONWEALTH OF PUERTO RICO, | |
|     Debtor. | |

------------------------------------------------------------x

ORDER APPROVING STIPULATION BETWEEN THE OVERSIGHT BOARD, MOVANTS,
AND THE RETIREE COMMITTEE REGARDING CERTAIN PRE-HEARING FILING DEADLINES

        The Court has received and reviewed the *Urgent Joint Motion for Entry of an Order Approving Stipulation Between the Oversight Board, Movants, and the Retiree Committee Regarding Certain Pre-Hearing Filing Deadlines* (Docket Entry No. 7634 in Case No. 17-3283 and Docket Entry No. 591 in Case No. 17-3566, the "Urgent Motion") concerning certain deadlines with

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

respect to the litigation of the *Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay* (Docket Entry No. 3418 in Case No. 17-3283 and Docket Entry No. 289 in Case No. 17-3566, the "Stay Relief Motion").

The Urgent Motion is granted to the extent set forth herein. The deadlines with respect to the Stay Relief Motion are hereby amended as follows:

1. The Parties will still serve objections to declarations and exhibits on each other by **11:59 p.m. Atlantic Standard Time on Tuesday, June 25, 2019**. The Parties must promptly meet and confer in a good faith effort to resolve any objections to declarations, witnesses, and exhibits. The deadline to file any unresolved objections to declarations and exhibits is extended to **3:00 p.m. Atlantic Standard Time on Thursday, June 27, 2019**.

2. For the avoidance of doubt, the deadline for reply briefs and for designation of witnesses for cross-examination, including anticipated timing and topics, will remain **June 25, 2019**.

3. The deadline to file **joint** compilations of exhibits with the Court is extended to **3:00 p.m. Atlantic Standard Time on Thursday, June 27, 2019**.

4. The Parties must file by **June 28, 2019 at 12:00 p.m. (Atlantic Standard Time)** any request for use of display equipment and/or computer projections to show demonstratives or exhibits, to ensure that observers in both courtrooms can see such materials.

5. The Parties must deliver a USB drive or DVD containing properly marked and identified exhibits and an exhibit list for the Clerk's Office in the District of Puerto Rico by **July 1, 2019 at 12:00 p.m. (Atlantic Standard Time)**.[2] The Parties must deliver two (2) paper copies of their declarations and exhibits to the Southern District of New York courthouse by **June 28, 2019 at 12:00 p.m. (Atlantic Standard Time)**.

This Order resolves Docket Entry No. 7634 in Case No. 17-3283 and Docket Entry No. 591 in Case No. 17-3566.

Dated: June 25, 2019

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] See https://www.prd.uscourts.gov/promesa/sites/promesa/files/documents/23/Jury%20Evidence%20Recording%20System%20PROMESA_VS_MJB_MO.pdf