# EXHIBIT Y

| Discount Rate | PV of All PayGo | PV of PayGo Less Muni. | PV of PayGo (FP Entities only) |
|---|---|---|---|
| - | $ 26,941,871 | $ 23,742,887 | $ 21,667,925 |
| 3.58% | 26,941,871 | 23,742,887 | 21,667,925 |
| 3.79% | 26,169,125 | 23,064,775 | 21,045,936 |
| 5.00% | 22,312,170 | 19,678,840 | 17,941,774 |
| 5.50% | 20,970,529 | 18,500,482 | 16,862,142 |
| 5.66% | 20,567,779 | 18,146,682 | 16,538,059 |
| 6.00% | 19,751,373 | 17,429,412 | 15,881,143 |
| 6.50% | 18,640,779 | 16,453,459 | 14,987,561 |
| 7.00% | 17,626,625 | 15,562,025 | 14,171,638 |
| 7.50% | 16,698,361 | 14,745,877 | 13,424,860 |
| 31.67% | 3,800,000 | 3,373,004 | 3,053,804 |

| Fiscal year end | Paygo for all FP entities | Paygo for non fiscal plan entities | Total ERS paygo | Paygo for municipalities | Paygo net of municipalities | PV factor at 3.58% | PV factor at 3.79% | Total ERS paygo | Paygo net of municipalities | PV (3.58%) all paygo | PV (3.58%) paygo less municipalities | PV (3.58%) paygo (FP entities only) | PV (3.79%) all paygo | PV (3.79%) paygo less municipalities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/30/2019 | 1,315,286,000 | 332,793,590 | 1,648,079,590 | 183,827,873 | 1,464,251,718 | 0.932069 | 0.928301 | 1,648,080 | 1,464,252 | 1,536,124 | 1,364,784 | 1,225,938 | 1,529,914 | 1,359,267 |
| 6/30/2020 | 1,407,826,433 | 332,832,994 | 1,740,659,428 | 185,140,185 | 1,555,519,243 | 0.899854 | 0.894403 | 1,740,659 | 1,555,519 | 1,566,340 | 1,399,741 | 1,266,839 | 1,556,852 | 1,391,262 |
| 6/30/2021 | 1,237,737,035 | 296,223,403 | 1,533,960,438 | 171,435,364 | 1,362,525,075 | 0.868753 | 0.861743 | 1,533,960 | 1,362,525 | 1,332,633 | 1,183,698 | 1,075,288 | 1,321,880 | 1,174,147 |
| 6/30/2022 | 1,225,133,086 | 295,890,332 | 1,521,023,417 | 171,976,237 | 1,349,047,180 | 0.838727 | 0.830276 | 1,521,023 | 1,349,047 | 1,275,723 | 1,131,482 | 1,027,552 | 1,262,869 | 1,120,081 |
| 6/30/2023 | 1,212,758,196 | 296,211,796 | 1,508,969,991 | 173,007,297 | 1,335,962,695 | 0.809738 | 0.799958 | 1,508,970 | 1,335,963 | 1,221,870 | 1,081,780 | 982,016 | 1,207,112 | 1,068,713 |
| 6/30/2024 | 1,203,222,830 | 296,580,544 | 1,499,803,374 | 174,063,785 | 1,325,739,589 | 0.781751 | 0.770746 | 1,499,803 | 1,325,740 | 1,172,473 | 1,036,399 | 940,621 | 1,155,968 | 1,021,809 |
| 6/30/2025 | 1,197,591,609 | 296,540,593 | 1,494,132,202 | 174,809,576 | 1,319,322,626 | 0.754732 | 0.742602 | 1,494,132 | 1,319,323 | 1,127,669 | 995,735 | 903,861 | 1,109,545 | 979,731 |
| 6/30/2026 | 1,203,425,294 | 297,185,635 | 1,500,610,929 | 176,034,031 | 1,324,576,898 | 0.728646 | 0.715485 | 1,500,611 | 1,324,577 | 1,093,415 | 965,148 | 876,872 | 1,073,664 | 947,715 |
| 6/30/2027 | 1,205,477,460 | 296,811,761 | 1,502,289,221 | 176,702,589 | 1,325,586,633 | 0.703462 | 0.689358 | 1,502,289 | 1,325,587 | 1,056,804 | 932,500 | 848,008 | 1,035,615 | 913,804 |
| 6/30/2028 | 1,205,209,044 | 296,039,108 | 1,501,248,152 | 177,091,010 | 1,324,157,142 | 0.679149 | 0.664185 | 1,501,248 | 1,324,157 | 1,019,571 | 899,300 | 818,516 | 997,107 | 879,486 |
| 6/30/2029 | 1,204,680,361 | 295,465,950 | 1,500,146,311 | 177,709,993 | 1,322,436,318 | 0.655676 | 0.639932 | 1,500,146 | 1,322,436 | 983,610 | 867,089 | 789,880 | 959,992 | 846,269 |
| 6/30/2030 | 1,201,654,370 | 294,341,369 | 1,495,995,738 | 177,864,560 | 1,318,131,178 | 0.633014 | 0.616564 | 1,495,996 | 1,318,131 | 946,986 | 834,395 | 760,664 | 922,378 | 812,713 |
| 6/30/2031 | 1,197,480,519 | 292,939,183 | 1,490,419,702 | 177,861,942 | 1,312,557,759 | 0.611135 | 0.59405 | 1,490,420 | 1,312,558 | 910,848 | 802,150 | 731,823 | 885,383 | 779,725 |
| 6/30/2032 | 1,191,691,790 | 291,204,816 | 1,482,896,606 | 177,490,339 | 1,305,406,267 | 0.590013 | 0.572357 | 1,482,897 | 1,305,406 | 874,928 | 770,206 | 703,113 | 848,747 | 747,159 |
| 6/30/2033 | 1,182,921,238 | 288,866,579 | 1,471,787,818 | 176,777,362 | 1,295,010,456 | 0.56962 | 0.551457 | 1,471,788 | 1,295,010 | 838,360 | 737,664 | 673,816 | 811,628 | 714,143 |
| 6/30/2034 | 1,171,837,705 | 285,655,312 | 1,457,493,017 | 175,447,051 | 1,282,045,966 | 0.549933 | 0.53132 | 1,457,493 | 1,282,046 | 801,523 | 705,039 | 644,432 | 774,395 | 681,177 |
| 6/30/2035 | 1,159,071,407 | 282,183,816 | 1,441,255,223 | 174,120,377 | 1,267,134,846 | 0.530926 | 0.511918 | 1,441,255 | 1,267,135 | 765,199 | 672,754 | 615,381 | 737,805 | 648,670 |
| 6/30/2036 | 1,142,788,702 | 277,729,500 | 1,420,518,202 | 172,069,440 | 1,248,448,762 | 0.512575 | 0.493225 | 1,420,518 | 1,248,449 | 728,123 | 639,924 | 585,765 | 700,635 | 615,766 |
| 6/30/2037 | 1,123,337,923 | 272,398,640 | 1,395,736,563 | 169,684,597 | 1,226,051,966 | 0.494859 | 0.475215 | 1,395,737 | 1,226,052 | 690,693 | 606,723 | 555,894 | 663,274 | 582,638 |
| 6/30/2038 | 1,100,976,939 | 266,592,984 | 1,367,569,923 | 167,000,389 | 1,200,569,534 | 0.477756 | 0.457862 | 1,367,570 | 1,200,570 | 653,364 | 573,579 | 525,998 | 626,158 | 549,695 |
| 6/30/2039 | 1,073,963,281 | 259,632,630 | 1,333,595,911 | 163,536,588 | 1,170,059,322 | 0.461243 | 0.441142 | 1,333,596 | 1,170,059 | 615,112 | 539,682 | 495,358 | 588,306 | 516,163 |
| 6/30/2040 | 1,043,690,778 | 251,996,981 | 1,295,687,758 | 159,625,156 | 1,136,062,603 | 0.445301 | 0.425034 | 1,295,688 | 1,136,063 | 576,972 | 505,890 | 464,757 | 550,711 | 482,865 |
| 6/30/2041 | 1,011,255,076 | 243,859,381 | 1,255,114,457 | 155,300,935 | 1,099,813,522 | 0.429911 | 0.409513 | 1,255,114 | 1,099,814 | 539,587 | 472,822 | 434,749 | 513,986 | 450,388 |
| 6/30/2042 | 975,654,954 | 234,923,464 | 1,210,578,419 | 150,320,687 | 1,060,257,731 | 0.415052 | 0.394559 | 1,210,578 | 1,060,258 | 502,453 | 440,062 | 404,947 | 477,645 | 418,334 |
| 6/30/2043 | 937,841,545 | 225,676,430 | 1,163,517,975 | 145,086,536 | 1,018,431,439 | 0.400707 | 0.380151 | 1,163,518 | 1,018,431 | 466,229 | 408,092 | 375,799 | 442,313 | 387,158 |
| 6/30/2044 | 899,034,935 | 216,419,175 | 1,115,454,110 | 139,787,271 | 975,666,838 | 0.386857 | 0.36627 | 1,115,454 | 975,667 | 431,521 | 377,444 | 347,798 | 408,557 | 357,357 |
| 6/30/2045 | 858,138,207 | 206,544,474 | 1,064,682,681 | 133,996,095 | 930,686,586 | 0.373486 | 0.352895 | 1,064,683 | 930,687 | 397,644 | 347,599 | 320,503 | 375,721 | 328,435 |
| 6/30/2046 | 816,813,708 | 196,649,221 | 1,013,462,929 | 128,233,369 | 885,229,559 | 0.360578 | 0.340009 | 1,013,463 | 885,230 | 365,432 | 319,194 | 294,525 | 344,586 | 300,986 |
| 6/30/2047 | 775,046,926 | 186,670,892 | 961,717,818 | 122,360,559 | 839,357,258 | 0.348115 | 0.327593 | 961,718 | 839,357 | 334,788 | 292,193 | 269,805 | 315,052 | 274,968 |
| 6/30/2048 | 733,333,610 | 176,512,670 | 909,846,280 | 116,396,356 | 793,449,924 | 0.336083 | 0.315631 | 909,846 | 793,450 | 305,784 | 266,665 | 246,461 | 287,175 | 250,437 |
| 6/30/2049 | 690,831,940 | 166,207,116 | 857,039,056 | 110,236,460 | 746,802,596 | 0.324467 | 0.304105 | 857,039 | 746,803 | 278,081 | 242,313 | 224,152 | 260,630 | 227,106 |
| 6/30/2050 | 649,202,176 | 156,262,754 | 805,464,931 | 104,290,781 | 701,174,150 | 0.313253 | 0.293 | 805,465 | 701,174 | 252,314 | 219,645 | 203,364 | 236,001 | 205,444 |
| 6/30/2051 | 607,454,923 | 146,227,065 | 753,681,988 | 98,257,890 | 655,424,098 | 0.302426 | 0.282301 | 753,682 | 655,424 | 227,933 | 198,217 | 183,710 | 212,765 | 185,027 |
| 6/30/2052 | 566,714,137 | 135,838,480 | 702,552,617 | 91,747,255 | 610,805,362 | 0.291973 | 0.271993 | 702,553 | 610,805 | 205,127 | 178,339 | 165,465 | 191,089 | 166,135 |
| 6/30/2053 | 527,663,013 | 126,190,267 | 653,853,280 | 85,776,326 | 568,076,954 | 0.281882 | 0.262061 | 653,853 | 568,077 | 184,309 | 160,131 | 148,739 | 171,349 | 148,871 |
| 6/30/2054 | 489,528,631 | 116,722,956 | 606,251,587 | 79,858,067 | 526,393,520 | 0.272139 | 0.252491 | 606,252 | 526,394 | 164,985 | 143,252 | 133,220 | 153,073 | 132,910 |
| 6/30/2055 | 452,820,996 | 107,605,845 | 560,426,842 | 74,112,813 | 486,314,029 | 0.262734 | 0.243271 | 560,427 | 486,314 | 147,243 | 127,771 | 118,971 | 136,336 | 118,306 |
| 6/30/2056 | 417,787,104 | 98,915,158 | 516,702,262 | 68,572,353 | 448,129,909 | 0.253653 | 0.234388 | 516,702 | 448,130 | 131,063 | 113,669 | 105,973 | 121,109 | 105,036 |
| 6/30/2057 | 384,179,103 | 90,503,336 | 474,682,439 | 63,212,246 | 411,470,193 | 0.244886 | 0.225829 | 474,682 | 411,470 | 116,243 | 100,763 | 94,080 | 107,197 | 92,922 |
| 6/30/2058 | 352,216,806 | 82,576,210 | 434,793,016 | 58,120,052 | 376,672,963 | 0.236422 | 0.217583 | 434,793 | 376,673 | 102,795 | 89,054 | 83,272 | 94,603 | 81,957 |
| Total | $ 38,353,279,790 | $ 9,310,422,409 | $ 47,663,702,199 | $ 5,758,941,792 | $ 41,904,760,407 | | | $ 47,663,701 | $ 41,904,763 | $ 26,941,871 | $ 23,742,887 | $ 21,667,925 | $ 26,169,125 | $ 23,064,775 |
| | | | | | | | | | | 26,941,875 | 23,742,889 | 21,667,927 | 26,169,128 | 23,064,773 |

**Exhibit A**: Net Present Value of PayGo Fees at Various Discount Rates

| ($ in Billions) | | Total ERS PayGo Fees | ERS PayGo Fees excluding Municipalities | ERS PayGo Fees excluding Non-Fiscal Plan Entities |
|---|---|---|---|---|
| | Nominal (FY19 - FY58) | $47.7 | $41.9 | $38.4 |
| NPV Discount Rate[1] | 3.58% | 26.9 | 23.7 | 21.7 |
| | 3.79% | 26.2 | 23.1 | 21.0 |
| | 5.00% | 22.3 | 19.7 | 17.9 |
| | 5.50% | 21.0 | 18.5 | 16.9 |
| | 5.66% | 20.6 | 18.1 | 16.5 |
| | 6.00% | 19.8 | 17.4 | 15.9 |
| | 6.50% | 18.6 | 16.5 | 15.0 |
| | 7.00% | 17.6 | 15.6 | 14.2 |
| | 7.50% | 16.7 | 14.7 | 13.4 |
| | 31.67% | 3.8 | 3.4 | 3.1 |

**Notes and Sources:**
[1] NPV calculations discounted back to FY2017 assuming payments made at fiscal year-end; originally presented in the declaration of Gaurav Malhotra.
- Underlying PayGo data and certain discount rates from MALHOTRA000179

**Exhibit 2**

5.66%   $11,777,365.00

| Date[1] | Debt Service Cash Flows on New Bonds ($ in '000s) | Discount Factor (5.66% Discount Rate) | Net Present Value ($ in '000s) |
|---|---|---|---|
| 7/1/2020 | $1,034,646 | 0.97642 | $1,010,251 |
| 7/1/2021 | 1,017,174 | 0.92415 | 940,021 |
| 7/1/2022 | 998,987 | 0.87468 | 873,790 |
| 7/1/2023 | 980,088 | 0.82785 | 811,366 |
| 7/1/2024 | 960,424 | 0.78353 | 752,523 |
| 7/1/2025 | 939,976 | 0.74159 | 697,073 |
| 7/1/2026 | 918,708 | 0.70189 | 644,828 |
| 7/1/2027 | 896,593 | 0.66431 | 595,616 |
| 7/1/2028 | 873,587 | 0.62875 | 549,265 |
| 7/1/2029 | 849,664 | 0.59509 | 505,625 |
| 7/1/2030 | 824,792 | 0.56323 | 464,548 |
| 7/1/2031 | 798,909 | 0.53308 | 425,881 |
| 7/1/2032 | 772,004 | 0.50454 | 389,507 |
| 7/1/2033 | 744,022 | 0.47753 | 355,292 |
| 7/1/2034 | 714,913 | 0.45197 | 323,116 |
| 7/1/2035 | 684,645 | 0.42777 | 292,870 |
| 7/1/2036 | 653,162 | 0.40487 | 264,445 |
| 7/1/2037 | 620,421 | 0.38319 | 237,742 |
| 7/1/2038 | 586,380 | 0.36268 | 212,669 |
| 7/1/2039 | 550,966 | 0.34326 | 189,127 |
| 7/1/2040 | 514,136 | 0.32489 | 167,037 |
| 7/1/2041 | 479,122 | 0.30750 | 147,328 |
| 7/1/2042 | 479,112 | 0.29103 | 139,438 |
| 7/1/2043 | 479,120 | 0.27545 | 131,975 |
| 7/1/2044 | 479,120 | 0.26071 | 124,910 |
| 7/1/2045 | 479,118 | 0.24675 | 118,223 |
| 7/1/2046 | 479,122 | 0.23354 | 111,895 |
| 7/1/2047 | 479,116 | 0.22104 | 105,903 |
| 7/1/2048 | 479,115 | 0.20921 | 100,233 |
| 7/1/2049 | 479,120 | 0.19801 | 94,868 |
| **Total** | **$21,246,262** | | **$11,777,365** |

**Notes and Sources:**
[1] Assumed deemed issuance date of February 29, 2020 with amortizations due on July 1 of each fiscal year
- Debt service figures based on Exhibit A of the Term Sheet in the GO/PBA Bondholders PSA dated May 31, 2019