# Exhibit A

| Ex. No. | Date | Description | Begin Bates | End Bates | Dep. Ex. No. |
|---|---|---|---|---|---|
| A | 1/31/2008 | Bond Resolution | | | |
| B | 1/31/2008 | $1,588,810,799.60 Employees Retirement System of the Government of the Commonwealth of Puerto Rico Senior Pension Funding Bonds, Series A | BH-ERS-C-002670 | BH-ERS-C-002956 | Rodriguez 37 Highley 7 |
| C | 8/23/2017 | Act No. 106 | | | Yassin 10 |
| D | 6/6/2017 | House Joint Resolution 188 | | | Yassin 8 |
| E | 6/4/2019 | Excerpts from the deposition testimony of Luis Rodriguez | | | |
| F | 6/30/2017 | Puerto Rico Government Employees Retirement System, June 30, 2017 Actuarial Valuation Report | BH-ERS-EX-001727 | BH-ERS-EX-001795 | |
| G | 5/30/2019 | Excerpts from the deposition testimony of Francisco Jose Peña Montañez | | | |
| H | 3/13/2017 | Board Resolution Adopted on March 13, 2017 (Fiscal Plan Certification) | | | Montañez 23 |
| Group I | 5/31/2017 | Banco Popular and GDB Puerto Rico Government Employees Account Statements | ERS_LS0002187 ERS_LS0002570 ERS_LS0002875 ERS_LS0003543 ERS_LS0003813 | ERS_LS0002197 ERS_LS0002570 ERS_LS0002876 ERS_LS0003543 ERS_LS0003813 | |

5

| | | | | | |
|---|---|---|---|---|---|
| J | 7/25/2017 | Letter to Sr. Carlos Garcia Alvira from Luis M. Callazo Rodriguez re transferring $190,480,000.000 | ERS-AAFAF-LS0001506 | ERS-AAFAF-LS0001507 | Rodriguez 41 |
| K | 5/29/2019 | Excerpts from the deposition testimony of Mohammad Saleh Yassin-Mahmud | | | |
| L | 5/30/2019 | Declaration of Gaurav Malhotra in Connection with Motion for Relief from the Automatic Stay | | | Malhotra 1 |
| M | 6/12/2019 | Rebuttal Declaration of Gaurav Malhotra in Response to Expert Report of Faten Sabry in Connection with Motion for Relief from the Automatic Stay | | | Malhotra 7 |
| N | 6/16/2019 | FOMB Press Release | | | |
| O | | Chart Summarizing ERS Bond Debt Service | | | |
| P | 6/2/2008 | $1,058,634,613.05 Employees Retirement System of the Government of the Commonwealth of Puerto Rico Senior Pension Funding Bonds, Series B | | | |

| | | | | | |
|---|---|---|---|---|---|
| Q | 6/30/2008 | $300,202,930 Employees Retirement System of the Government of the Commonwealth of Puerto Rico Senior Pension Funding Bonds, Series C | | | |
| R | 5/31/2019 | Plan Support Agreement | | | |
| S | | Analysis Based on Malhotra0000179 | | | |
| T | | Present Value Calculations | Malhotra0000179 | | Malhotra 8 |
| U | 6/25/2019 | Analysis Based on Malhotra0000179 | | | |