UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER REGARDING RELIEF SOUGHT IN THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO'S OPPOSITION TO URGENT MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER, PURSUANT TO BANKRUPTCY CODE SECTION 926(A), AUTHORIZING COMMITTEE TO PURSUE CERTAIN AVOIDANCE ACTIONS ON BEHALF OF PUERTO RICO ELECTRIC POWER AUTHORITY (DOCKET ENTRY NO. 7536)

        The Court has received and reviewed the *Financial Oversight and Management Board for Puerto Rico's Opposition to Urgent Motion of Official Committee of Unsecured Creditors for Order, Pursuant to Bankruptcy Code Section 926(A), Authorizing Committee to Pursue Certain Avoidance Actions on Behalf of Puerto Rico Electric Power Authority* (Docket Entry No. 7536, the "Oversight Board's Opposition").  The Oversight Board's Opposition includes a request that the Puerto Rico Fiscal Agency and Financial Advisory Authority be appointed as a co-trustee solely with respect to the prosecution of the Lien Challenge pursuant to the proposed stipulation and order attached to the Oversight Board's Opposition as Exhibit A.

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Oversight Board is hereby ordered to file a motion seeking the requested relief by **June 26, 2019 at 5:00 p.m. (AST)**. The *Omnibus Reply of Official Committee of Unsecured Creditors in Support of Motion for Order, Pursuant to Bankruptcy Code Section 926(A), Authorizing Committee to Pursue Certain Avoidance Actions on Behalf of Puerto Rico Electric Power Authority* (Docket Entry No. 7636) will be deemed an opposition to such motion. The Official Committee of Unsecured Creditors and any other parties-in-interest may file any further oppositions to the Oversight Board's motion on or before **June 27, 2019 at 4:00 p.m. (AST).**

SO ORDERED.

Dated: June 25, 2019

/s/ Laura Taylor Swain
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE