# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17-bk-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17-cv-01685 (LTS)<br>Case No. 17-bk-03566 (LTS)<br><br>**Re: ECF No. 367** |

**NOTICE OF DESIGNATION OF WITNESSES, TOPICS, AND TIMING FOR CROSS-EXAMINATION AT THE JULY 2, 2019 HEARING BY THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR**

To the Honorable United States Judge Laura Taylor Swain:

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), for itself and as representative for debtor the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS" or "Debtor"), pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act*, codified at 48 U.S.C. §§ 2101-2241 ("PROMESA"), respectfully designates the following witnesses for cross-examination, including anticipated timing and topics, in accordance with this Court's orders [ECF Nos. 505 and 593 in Case No. 17-bk-03566]:

1. Andrew A. Samwick:

    a. Anticipated Topics: Opinions in his expert report offered as direct testimony in this proceeding [ECF No. 575-3 in Case No. 17-bk-03566]

    b. Anticipated Timing: 20 minutes.

2. Faten Sabry:

    a. Anticipated Topics: Opinions in her expert report and expert rebuttal report offered as direct testimony in this proceeding [ECF No. 575-2 in Case No. 17-bk-03566].

    b. Anticipated Timing: 20 minutes.

*[Remainder of Page Intentionally Left Blank]*

4

Dated: June 25, 2019
New York, NY

        Respectfully submitted,

        <u>/s/ Margaret A. Dale</u>
        Martin J. Bienenstock (*pro hac vice*)
        Brian S. Rosen (*pro hac vice*)
        Jeffrey W. Levitan (*pro hac vice*)
        Margaret A. Dale (*pro hac vice*)
        William D. Dalsen (*pro hac vice*)
        **PROSKAUER ROSE LLP**
        Eleven Times Square
        New York, NY 10036
        Tel: (212) 969-3000
        Fax: (212) 969-2900
        Email: mbienenstock@proskauer.com
        Email: brosen@proskauer.com
        Email: jlevitan@proskauer.com
        Email: mdale@proskauer.com
        Email: wdalsen@proskauer.com

        Luis F. del Valle-Emmanuelli
        USDC-PR No. 209514
        P.O. Box 79897
        Carolina, Puerto Rico 00984-9897
        Tel. 787.977.1932
        Fax. 787.722.1932
        dvelawoffices@gmail.com

        OF COUNSEL FOR
        A&S LEGAL STUDIO, PSC
        434 Avenida Hostos
        San Juan, PR 00918
        Tel: (787) 751-6764/ 763-0565
        Fax: (787) 763-8260

        *Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico*

## CERTIFICATE OF SERVICE

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

Dated: June 25, 2019 */s/ Luis F. del Valle-Emmanuelli*
Luis F. del Valle-Emmanuelli

3