# EXHIBIT B

*In re Employees Retirement System of the Government of the Commonwealth of Puerto Rico* (Case No. 17-bk-03283)
*In re Commonwealth of Puerto Rico, et al.* (Case No. 17-bk-03566)
Motion of Certain Secured Creditors of ERS for Relief from the Automatic Stay (ECF No. 289 in Case No. 17-3566)

Financial Oversight and Management Board for Puerto Rico
Supplemental Privilege Log with Final Production – May 1, 2019

| Privilege ID | Beginning Bates Number (if redacted) | Date | Author/From | Email To | Email CC | Privileges Asserted | Description | Applicable Policy Decisions | Confidentiality Markings and/or Designation |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | | | ■ | ■ | ■ | |
| ■ | ■ | ■ | ■ | | | ■ | ■ | ■ | |
| ■ | ■ | ■ | ■ | | | ■ | ■ | ■ | |
| ■ | ■ | ■ | ■ | | | ■ | ■ | ■ | |
| ■ | ■ | ■ | ■ | | | ■ | ■ | ■ | |
| ■ | ■ | ■ | | | | ■ | ■ | ■ | |
| ■ | ■ | ■ | | | | ■ | ■ | ■ | |
| ■ | ■ | ■ | ■ | | | ■ | ■ | ■ | |
| ■ | ■ | | ■ | | | ■ | ■ | ■ | |

Case:17-03283-LTS Doc#:7665-2 Filed:06/26/19 Entered:06/26/19 11:55:45 Desc:
Exhibit B Page 3 of 4

*In re Employees Retirement System of the Government of the Commonwealth of Puerto Rico* (Case No. 17-bk-03283)
*In re Commonwealth of Puerto Rico, et al.* (Case No. 17-bk-03566)
Motion of Certain Secured Creditors of ERS for Relief from the Automatic Stay (ECF No. 289 in Case No. 17-3566)

Financial Oversight and Management Board for Puerto Rico
Supplemental Privilege Log with Final Production – May 1, 2019

| Privilege ID | Beginning Bates Number (if redacted) | Date | Author/From | Email To | Email CC | Privileges Asserted | Description | Applicable Policy Decisions | Confidentiality Markings and/or Designation |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | | | ■ | ■ | ■ | |
| ■ | ■ | ■ | ■ | | | ■ | ■ | ■ | |
| ■ | ■ | ■ | ■ | | | ■ | ■ | ■ | |
| ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | |
| ■ | ■ | ■ | ■ | | | ■ | ■ | ■ | |

*In re Employees Retirement System of the Government of the Commonwealth of Puerto Rico* (Case No. 17-bk-03283)
*In re Commonwealth of Puerto Rico, et al.* (Case No. 17-bk-03566)
Motion of Certain Secured Creditors of ERS for Relief from the Automatic Stay (ECF No. 289 in Case No. 17-3566)

Financial Oversight and Management Board for Puerto Rico
Supplemental Privilege Log with Final Production – May 1, 2019

| Privilege ID | Beginning Bates Number (if redacted) | Date | Author/From | Email To | Email CC | Privileges Asserted | Description | Applicable Policy Decisions | Confidentiality Markings and/or Designation |
|---|---|---|---|---|---|---|---|---|---|
| ▉ | ▉ | ▉ | | | | ▉ | ▉ | ▉ | |
| ▉ | | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | ▉ | |
| ▉ | ▉ | | | | ▉ | ▉ | ▉ | ▉ | |
| ▉ | ▉ | ▉ | | | ▉ | ▉ | ▉ | ▉ | |