In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**EXHIBIT A**

**Fourth - Fifth Interim Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Puerto Rico Counsel to PREPA* | | | | | | | |
| 1 | **Cancio, Nadal, Rivera & Diaz, PSC [Dkt. No. 4232 -- 17-04780 Dkt. No. 1021]** | 6/01 - 9/30/2018 | $ 378,910.00 | $ 7,142.25 | $ 133.13 | $ - | $ 371,767.75 | $ 133.13 |
| | *Chief Financial Advisor to PREPA* | | | | | | | |
| 2 | **Filsinger Energy Partners [Dkt. No. 4240 -- 17-04780 Dkt. No. 1022]** | 6/01 - 9/30/2018 | $ 4,658,183.60 | $ - | $ 343,922.99 | $ - | $ 4,658,183.60 | $ 343,922.99 |
| | *Special Counsel to FOMB* | | | | | | | |
| 3 | **Luskin Stern & Eisler LLP [Dkt. No. 5778]** | 10/1/2018 - 1/31/2019 | $ 547,219.50 | $ 605.50 | $ 1,314.13 | $ 2.62 | $ 546,614.00 | $ 1,311.51 |
| | *Local Claims Counsel for FOMB* | | | | | | | |
| 4 | **Estrella, LLC [Dkt. No. 5985]** | 10/1/2018 - 1/31/2019 | $ 21,876.00 | $ 355.00 | $ 1,208.26 | $ - | $ 21,521.00 | $ 1,208.26 |
| | *Chief Financial Advisor to PREPA* | | | | | | | |
| 5 | **Filsinger Energy Partners [Dkt. No. 5799 and 17-04780 Dkt. No. 1131]** | 10/1/2018 - 1/31/2019 | $ 4,614,400.90 | $ - | $ 297,381.32 | $ - | $ 4,614,400.90 | $ 297,381.32 |
| | *Financial Consultant to AAFAF* | | | | | | | |
| 6 | **Bluhaus Capital LLC [Dkt. No. 5777]** | 10/1/2018 - 1/31/2019 | $ 520,000.00 | $ - | $ - | $ - | $ 520,000.00 | $ - |
| | *Puerto Rico Counsel for COFINA Agent* | | | | | | | |
| 7 | **Nilda M. Navarro-Cabrer [Dkt. No. 5784]** | 10/1/2018 - 2/12/2019 | $ 61,737.50 | $ - | $ 24.78 | $ - | $ 61,737.50 | $ 24.78 |
| | *Information Agent to the Official Committee of Retired Employees* | | | | | | | |
| 8 | **Marchand ICS Group [Dkt. No. 5786]** | 10/1/2018 - 1/31/2019 | $ 64,746.00 | $ - | $ 1,492.90 | $ - | $ 64,746.00 | $ 1,492.90 |
| | *Members of the Official Committee of Retired Employees* | | | | | | | |
| 9 | **Retired Employees Committee Members [Dkt. No. 5787]** | 10/1/2018 - 1/31/2019 | $ - | $ - | $ 286.75 | $ - | $ - | $ 286.75 |
| | *Actuaries and Consultants to the Official Committee of Retired Employees* | | | | | | | |
| 10 | **Segal Consulting [Dkt. No. 5806]** | 10/1/2018 - 1/31/2019 | $ 312,422.00 | $ 2,846.65 | $ 1,237.68 | $ 154.27 | $ 309,575.35 | $ 1,083.41 |
| | *Communications Advisor to the Official Committee of Unsecured Creditors* | | | | | | | |
| 11 | **Kroma Advertising Inc. [Dkt. No. 5819]** | 9/16/2018 - 1/15/2019 | $ 120,000.00 | $ - | $ - | $ - | $ 120,000.00 | $ - |
| | *Member of the Official Committee of Unsecured Creditors* | | | | | | | |
| 12 | **American Federation of Teachers [Dkt. No. 5821]** | 1/1/2018 - 12/31/2018 | $ - | $ - | $ 3,235.10 | $ - | 0 | $ 3,235.10 |
| | *Financial Advisor to the Mediation Team* | | | | | | | |
| 13 | **Phoenix Management Services, LLC [Dkt. No. 5776]** | 10/1/2018 - 2/3/2019 | $ 132,756.50 | $ 225.00 | $ - | $ - | $ 132,531.50 | $ - |
| | *Bankruptcy Counsel to Debtors - Commonwealth* | | | | | | | |
| 14-a | **Proskauer Rose LLP [Dkt. No. 4280]** | 6/01 - 9/30/2018 | $ 8,001,864.20 | $ 305,572.95 | $ 228,540.36 | $ 26,857.52 | $ 7,696,291.25 | $ 201,682.84 |
| | *Bankruptcy Counsel to Debtors - COFINA* | | | | | | | |
| 14-b | **Proskauer Rose LLP [Dkt. No.4279 -- 17-03284 Dkt. No. 348]** | 6/01 - 9/30/2018 | $ 1,177,407.10 | $ 44,962.49 | $ 59,541.78 | $ 6,997.21 | $ 1,132,444.61 | $ 52,544.57 |
| | *Counsel for Debtors - HTA* | | | | | | | |
| 14-c | **Proskauer Rose [Dkt. No. 4284 -- 17-03567 Dkt. No. 528]** | 6/01 - 9/01/2018 | $ 1,349,179.70 | $ 51,522.10 | $ 40,907.03 | $ 4,807.30 | $ 1,297,657.60 | $ 36,099.73 |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**EXHIBIT A**

**Fourth - Fifth Interim Fee Period Applications Recommended:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Counsel for Debtors - ERS* | | | | | | | |
| 14-d | **Proskauer Rose [Dkt. No. 4292 -- 17-03566 Dkt. No. 345]** | 6/01 - 9/30/2018 | $ 624,262.00 | $ 23,839.14 | $ 10,753.07 | $ 1,263.68 | $ 600,422.86 | $ 9,489.39 |
| | *Counsel for Debtors - PREPA* | | | | | | | |
| 14-e | **Proskauer Rose [Dkt. No. 4287 -- 17-04780 Dkt. No. 1026]** | 6/01 - 9/30/2018 | $ 1,081,438.70 | $ 41,297.68 | $ 28,931.16 | $ 3,399.92 | $ 1,040,141.02 | $ 25,531.24 |
| | *Advisor FOMB - COFINA* | | | | | | | |
| 15-a | **Alvarez & Marsal [Dkt. No. 5789 and 17-03284 Dkt. No. 623]** | 10/1/2018 - 1/31/2019 | $ 358,890.75 | $ 1,417.50 | $ - | $ - | $ 357,473.25 | $ - |
| | *Advisor FOMB - Commonwealth* | | | | | | | |
| 15-b | **Alvarez & Marsal [Dkt. No. 5793]** | 10/1/2018 - 1/31/2019 | $ 1,997,295.75 | $ 1,774.13 | $ 22,518.22 | $ 1,376.28 | $ 1,995,521.62 | $ 21,141.94 |
| | *Advisor FOMB - ERS* | | | | | | | |
| 15-c | **Alvarez & Marsal [Dkt. No. 5795 and 17-03566 Dkt. No. 396]** | 10/1/2018 - 1/31/2019 | $ 282,318.75 | $ - | $ - | $ - | $ 282,318.75 | $ - |
| | *Advisor FOMB - HTA* | | | | | | | |
| 15-d | **Alvarez & Marsal [Dkt. No. 5797]** | 10/1/2018 - 1/31/2019 | $ 178,886.25 | $ - | $ - | $ - | $ 178,886.25 | $ - |
| | *FOMB Claims Counsel* | | | | | | | |
| 16 | **Brown Rudnick LLP [ Dkt. No. 5705]** | 11/28/2018 - 1/31/2019 | $ 1,567,375.50 | $ 89,920.15 | $ 64,470.84 | $ 4,602.84 | $ 1,477,455.35 | $ 59,868.00 |
| | *Financial Advisor to the Official Committee of Unsecured Creditors* | | | | | | | |
| 17 | **Zolfo Cooper LLC [Dkt. No. 5820]** | 10/1/2018 - 1/31/2019 | $ 1,523,426.50 | $ 37,954.89 | $ 8,668.60 | $ 756.73 | $ 1,485,471.61 | $ 7,911.87 |
| | *Puerto Rico Counsel for the Official Committee of Unsecured Creditors* | | | | | | | |
| 18 | **Casillas Santiago & Torres LLC [Dkt. No. 5818]** | 10/1/2018 - 1/31/2019 | $ 237,277.00 | $ 1,105.00 | $ 6,690.07 | $ - | $ 236,172.00 | $ 6,690.07 |
| | *Financial Advisor to the Official Committee of Retired Employees* | | | | | | | |
| 19 | **FTI Consulting Inc. [Dkt. No. 5785]** | 10/1/2018 - 1/31/2019 | $ 925,735.00 | $ 40,000.00 | $ 74,704.99 | $ - | $ 885,735.00 | $ 74,704.99 |
| | *Counsel to the Official Committee of Retired Employees* | | | | | | | |
| 20 | **Jenner & Block LLP [Dkt. No. 5781 CORRECTED by 5891]** | 10/1/2018 - 1/31/2019 | $ 1,600,680.36 | $ 26,905.76 | $ 70,178.13 | $ 3,204.94 | $ 1,573,774.60 | $ 66,973.19 |