In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.

PROMESA Title III No. 17 BK 3283-LTS

**EXHIBIT B**

**Second - Fifth Interim Fee Period Applications Deferred to July 24, 2019**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Financial Advisors to the Puerto Rico Fiscal Agency and Financial Advisory Authority* | | | | | | | |
| 1-a | **Ankura Consulting Group, LLC [Dkt. No. 2751]** | 10/01 - 1/31/2018 | $ 3,937,979.00 | | $ 175,457.10 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 1-b | **Ankura Consulting Group, LLC [Dkt. No. 2755]** | 10/01 - 1/31/2018 | $ 3,475,283.50 | | $ 153,684.90 | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 2-a | **Ankura Consulting Group LLC [Dkt. No. 3564]** | 2/01 - 5/31/2018 | $ 2,002,323.50 | | $ 128,217.60 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 2-b | **Ankura Consulting Group LLC [17-04780 Dkt. No. 918; First Amended Dkt. No. 3658]** | 2/01 - 5/31/2018 | $ 3,325,832.00 | | $ 261,639.11 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 3 | **Citigroup Global Markets Inc. [Dkt. No. 4020]** | 2/01 - 5/31/2018 | $ 1,803,571.43 | | $ 40,912.98 | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 4-a | **Ankura Consulting Group, LLC [Dkt. No. 4358]** | 6/01 - 9/30/2018 | $ 2,373,633.63 | | $ 199,003.27 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 4-b | **Ankura Consulting Group, LLC [Dkt. No. 1048 (17-04780)]** | 6/01 - 9/30/2018 | $ 2,779,593.00 | | $ 216,596.27 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 5 | **Citigroup Global Markets Inc. [Dkt. No. 4897]** | 6/01 - 9/30/2018 | $ 1,975,000.00 | | $ 20,450.63 | | | |
| | *Financial Advisor and Investment Banker to AAFAF* | | | | | | | |
| 6 | **Rothschild & Co US Inc. [Dkt. No. 4260]** | 6/01 - 9/30/2018 | **PREVIOUSLY** | **APPROVED** | $ 63,468.70 | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 7-a | **O'Melveny & Myers [Dkt. No. 4298]** | 6/01 - 9/30/2018 | $ 4,967,118.86 | | $ 125,613.01 | | | |
| | *Counsel to AAFAF - COFINA* | | | | | | | |
| 7-b | **O'Melveny & Myers [Dkt. No. 4283 -- 17-03284 Dkt. No. 350]** | 6/01 - 9/30/2018 | $ 1,339,632.66 | | $ 4,436.91 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 7-c | **O'Melveny & Myers [Dkt. No. 4286 -- 17-3567 Dkt. No. 527]** | 6/01 - 9/30/2018 | $ 54,282.40 | | $ 1,225.20 | | | |
| | *Counsel for AAFAF - ERS* | | | | | | | |
| 7-d | **O'Melveny & Myers [Dkt. No. 4288 -- 17-03566 Dkt. No. 346]** | 6/01 - 9/30/2018 | $ 184,302.74 | | $ 5,587.39 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 7-e | **O'Melveny & Myers [Dkt. No. 4327 -- 17-04780 Dkt. No. 1030]** | 8/10 - 9/30/2018 | $ 407,832.68 | | $ 4,650.14 | | | |
| | *Bankruptcy Counsel to Debtors - Commonwealth* | | | | | | | |
| 8-a | **Proskauer Rose LLP [Dkt. No. 7045]** | 10/1/2018 - 1/31/2019 | $ 7,039,833.22 | | $ 286,789.32 | | | |
| | *Bankruptcy Counsel to Debtors - COFINA* | | | | | | | |
| 8-b | **Proskauer Rose LLP [Dkt. No.7054 -- 17-03284 Dkt. No. 636]** | 10/1/2018 - 2/12/2019 | $ 4,598,569.08 | | $ 93,096.52 | | | |
| | *Counsel for Debtors - HTA* | | | | | | | |
| 8-c | **Proskauer Rose [Dkt. No. 7047 -- 17-03567 Dkt. No. 565]** | 10/1/2018 - 1/31/2019 | $ 913,485.37 | | $ 43,161.01 | | | |
| | *Counsel for Debtors - ERS* | | | | | | | |
| 8-d | **Proskauer Rose [Dkt. No. 7049 -- 17-03566 Dkt. No. 521]** | 10/1/2018 - 1/31/2019 | $ 764,444.39 | | $ 49,023.60 | | | |
| | *Counsel for Debtors - PREPA* | | | | | | | |
| 8-e | **Proskauer Rose [Dkt. No. 7052 -- 17-04780 Dkt. No. 1247]** | 10/1/2018 - 1/31/2019 | $ 2,690,790.26 | | $ 78,301.24 | | | |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.

PROMESA Title III No. 17 BK 3283-LTS

**Second - Fifth Interim Fee Period Applications Deferred to July 24, 2019**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Financial Adviosr to FOMB* | | | | | | | |
| 9 | **Ernst & Young LLP [Dkt. No. 5808]** | 10/1/2018 - 1/31/2019 | $ 3,053,407.50 | | $ 121,966.01 | | | |
| | *Macroeconomic Consultant to FOMB* | | | | | | | |
| 10 | **Andrew Wolfe [Dkt. No. 6982]** | 10/1/2018 - 1/31/2019 | $ 100,000.00 | | $ 3,235.85 | | | |
| | *Independent Forensic Analysis Team to FOMB* | | | | | | | |
| 11 | **Duff & Phelps LLC [Dkt. No. 5800]** | 11/1/2018 - 1/31/2019 | $ 1,914,104.50 | | $ 71,798.08 | | | |
| | *Consulting Services Provider to FOMB - PREPA* | | | | | | | |
| 12-a | **McKinsey & Company, Inc. [Dkt. No. 5802 and 17-04780 Dkt. No. 1132]** | 10/1/2018 - 1/31/2019 | $ 2,960,000.00 | | $ - | | | |
| | *Consulting Services Provider to FOMB - Commonwealth* | | | | | | | |
| 12-b | **McKinsey & Company, Inc. [Dkt. No. 5804]** | 10/1/2018 - 1/31/2019 | $ 5,670,000.00 | | $ - | | | |
| | *Consulting Services Provider to FOMB - HTA* | | | | | | | |
| 12-c | **McKinsey & Company, Inc. [Dkt. No. 5805 and 17-03567 Dkt. No. 543]** | 10/1/2018 - 1/31/2019 | $ 1,240,000.00 | | $ - | | | |
| | *Counsel for PREPA* | | | | | | | |
| 13 | **Greenberg Traurig [Dkt. No. 5716 and 17-04780 Dkt. No. 1129]** | 10/1/2018 - 1/31/2019 | $ 1,040,868.60 | | $ 18,115.44 | | | |
| | *Puerto Rico Counsel for PREPA* | | | | | | | |
| 14 | **Cancio Nadal Rivera & Diaz P.S.C. [Dkt. No. 5810 and 17-04780 Dkt. No. 1133]** | 10/1/2018 - 1/31/2019 | $ 541,280.00 | | $ 756.22 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 15 | **Ankura Consulting Group, LLC [Dkt. No. 1137 (17-04780)]** | 10/1/2018 - 1/31/2019 | $ 3,080,936.50 | | $ 228,902.66 | | | |
| | *Special Debt Financing Counsel for PREPA* | | | | | | | |
| 16 | **Norton Rose Fulbright US LLP [Dkt. No. 5717 and 17-04780 Dkt. No. 1130]** | 10/1/2018 - 1/31/2019 | $ 424,724.50 | | $ - | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 17-a | **O'Melveny & Myers [Dkt. No. 6042 and 1147 (17-04780)]** | 10/1/2018 - 1/31/2019 | $ 4,076,587.31 | | $ 57,507.47 | | | |
| | *Counsel to AAFAF - COFINA* | | | | | | | |
| 17-b | **O'Melveny & Myers [Dkt. No. 6043]** | 10/1/2018 - 1/31/2019 | $ 1,412,850.36 | | $ 16,394.02 | | | |
| | *Counsel for AAFAF - ERS* | | | | | | | |
| 17-c | **O'Melveny & Myers [Dkt. No. 6044]** | 10/1/2018 - 1/31/2019 | $ 188,464.21 | | $ 10,558.23 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 17-d | **O'Melveny & Myers [Dkt. No. 6045]** | 10/1/2018 - 1/31/2019 | $ 180,162.60 | | $ 6,214.30 | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 17-e | **O'Melveny & Myers [Dkt. No. 6047]** | 10/1/2018 - 1/31/2019 | $ 4,402,648.26 | | $ 136,119.82 | | | |
| | *Counsel to AAFAF* | | | | | | | |
| 18 | **DLA Piper [Dkt. No. 5801]** | 10/1/2018 - 1/31/2019 | $ 152,473.00 | | $ 568.53 | | | |
| | *Puerto Rico Counsel for AAFAF* | | | | | | | |
| 19 | **Marini Pietrantoni Muniz LLC [Dkt. No. 5825]** | 10/1/2018 - 1/31/2019 | $ 302,011.65 | | $ 5,930.22 | | | |
| | *Macroeconomic Support Services to AAFAF* | | | | | | | |
| 20 | **DevTech Systems, Inc. [Dkt. No. 5973]** | 8/1/2018 - 1/31/2019 | $ 610,457.65 | | $ - | | | |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.

PROMESA Title III No. 17 BK 3283-LTS

**EXHIBIT B**

**Second - Fifth Interim Fee Period Applications Deferred to July 24, 2019**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *COFINA Agent* | | | | | | | |
| 21 | **Bettina Whyte [Dkt. No. 5780]** | 10/1/2018 - 2/12/2019 | $ 158,770.00 | | $ 1,686.98 | | | |
| | *Counsel to COFINA Agent* | | | | | | | |
| 22 | **Willkie Farr & Gallagher LLP [Dkt. No. 5782]** | 10/1/2018 - 2/12/2019 | $ 522,279.50 | | $ 13,607.57 | | | |
| | *Special Municipal Bankruptcy Counsel for COFINA Agent* | | | | | | | |
| 23 | **Klee Tuchin Bofdanoff & Stern LLP [Dkt. No. 5783]** | 10/1/2018 - 2/12/2019 | $ 279,280.50 | | $ 379.61 | | | |
| | *Service Agent for Debtors* | | | | | | | |
| 24 | **EPIQ Corporate Restructing, LLC and EPIQ eDiscovery Solutions [Dkt. No. 5917]** | 8/14/2018 - 11/30/2018 | $ 148,745.00 | | $ 103,537.58 | | | |
| | *Puerto Rico Counsel to FOMB* | | | | | | | |
| 25 | **O'Neill & Borges LLC [Dkt. No. 6296]** | 10/1/2018 - 1/31/2019 | $ 418,754.85 | | $ 6,604.94 | | | |
| | *Puerto Rico Counsel for the Official Committee of Retired Employees* | | | | | | | |
| 26 | **Bennazar Garcia Milian C.S.P. [Dkt. No. 5811]** | 10/1/2018 - 1/31/2019 | $ 281,772.50 | | $ 1,540.07 | | | |
| | *Counsel to the Official Committee of Unsecured Creditors* | | | | | | | |
| 27 | **Paul Hastings [Dkt. No. 5822]** | 10/1/2018 - 1/31/2019 | $ 3,637,669.19 | | $ 89,404.29 | | | |