**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

```
------------------------------------------------------------------------ x
                                                                         :
In re:                                                                   :
                                                                         :
THE FINANCIAL OVERSIGHT AND                                              :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                        :  Title III
                                                                         :
        as representative of                                             :  Case No. 17-BK-3283 (LTS)
                                                                         :
THE COMMONWEALTH OF PUERTO RICO et al.,                                  :  (Jointly Administered)
                                                                         :
        Debtors.¹                                                        :
------------------------------------------------------------------------ x
                                                                         :
In re:                                                                   :
                                                                         :
THE FINANCIAL OVERSIGHT AND                                              :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                        :  Title III
                                                                         :
        as representative of                                             :  Case No. 17-BK-4780 (LTS)
                                                                         :
PUERTO RICO ELECTRIC POWER AUTHORITY                                     :  This filing relates only to
                                                                         :  Case No. 17-BK-4780 (LTS)
                                                                         :
        Debtor.                                                          :
------------------------------------------------------------------------ x
```

**NOTICE OF FILING OF REVISED STIPULATION AND AGREED ORDER BETWEEN
SPECIAL CLAIMS COMMITTEE OF FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD AND OFFICIAL COMMITTEE OF UNSECURED
CREDITORS RELATED TO JOINT PROSECUTION OF CAUSES OF ACTION OF
<u>PUERTO RICO ELECTRIC POWER AUTHORITY</u>**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

**PLEASE TAKE NOTICE** that on June 20, 2019, the Official Committee of Unsecured Creditors of all Title III Debtors (other than COFINA) (the "Committee") and the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico (the "Special Claims Committee" and, together with the Committee, the "Parties") filed the *Urgent Joint Motion for Entry of Order Approving Stipulation and Agreed Order Between Special Claims Committee of Financial Oversight and Management Board and Official Committee of Unsecured Creditors Related to Joint Prosecution of Certain Causes of Action of Puerto Rico Electric Power Authority* [Case No. 17-3283, Docket No. 7519; Case No. 17-4780, Docket No. 1367] (the "Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that the deadline to object or file a response to the Motion was June 24, 2019 at 4:00 p.m. (ET) (the "Objection Deadline"). To the best of counsels' knowledge, no objection, other responsive pleading, or request for a hearing with respect to the Motion has been filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Case Management Procedures, nor has any objection, other responsive pleading, or request for hearing with respect to the Motion been served on counsel to the Parties to date.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit A is a copy of the revised proposed PREPA Stipulation, which is identical to the version attached to the Motion, except that, at the request of certain PREPA bondholders, the Parties have agreed to add one clarification (namely that all causes of action related to the Bonds are excluded from the PREPA Stipulation). Attached hereto as Exhibit B is a blackline version of the proposed PREPA Stipulation marked to show the changes that have been made to the version attached to the Motion.

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Urgent Joint Motion.

For the reasons set forth in the Motion, the Parties respectfully request the Court to approve and enter the PREPA Stipulation, attached hereto as <u>Exhibit A</u>.

Dated: June 26, 2019 /s/ Luc A. Despins

PAUL HASTINGS LLP
Luc. A. Despins, Esq. (Pro Hac Vice)
James R. Bliss, Esq. (Pro Hac Vice)
Nicholas A. Bassett, Esq. (Pro Hac Vice)
G. Alexander Bongartz, Esq. (Pro Hac Vice)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and -

By: /s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Alberto J. E. Añeses Negrón, Esq. (USDC - PR 302710)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
aaneses@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*

By: /s/ Sunni P. Beville

BROWN RUDNICK LLP
Edward S. Weisfelner, Esq. (*Pro Hac Vice*)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
eweisfelner@brownrudnick.com

Sunni P. Beville, Esq. (*Pro Hac Vice*)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
sbeville@brownrudnick.com

*Counsel to the Special Claims Committee*

and

ESTRELLA, LLC
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Special Claims Committee*