**Participant Name and Contact Information**

Yan-Chow B. Ma
Participant Name

_____
Contact Person (if Participant is not an individual)

ycma1950@yahoo.com
Email Address

30806 Casilina Drive
Address line 1

Rancho Palos Verdes, CA 90275
Address line 2
City, State Zip Code

USA
Country

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____
Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

RECEIVED & FILED 2019 JUN 26 PM 2:14

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

   _____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); *or*

   __X__ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3. If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a) Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant:
   74514LXH5, 74514LXG7, 74514LXF9, 74514LXE2, 74514LXC6

   (b) Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? YES or NO (please **circle one**).

By: Yan-Chow Ma
Signature

Yan-Chow B. Ma
Print Name

_____
Title (if Participant is not an Individual)

6/17/2019
Date

2

Taiann MA
30806 Casilina Dr.
Rch Palos Vrd, CA 90275-6206

LOS ANGELES CA 900

18 JUN 2019 PM 8 L

RECEIVED & FILED
2019 JUN 26 PM 2: 15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court
for the district of Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170399