P.O. Box 2044
Lakewood, NJ 08701


**Merrill Lynch**
Wealth Management
Bank of America Corporation

Merrill Lynch
Office Serving Your Account
101 CALIFORNIA STREET 25TH FL.
SAN FRANCISCO CA 94111-5898
(800) 937-0615

MLPF& S CUST FPO
JOE PACE IRRA
FBO JOE PACE
8316 SNUG HILL LN
POTOMAC MD 20854

Account Number: REDACTED 1444

# TRADE CONFIRMATION

Date: January 15, 2013

*We confirm the following transaction(s) subject to the agreement below.*

**BOUGHT** EMPLOYEES RETIREMENT SYS GOVT COMWLTH PUERTO RICO RETAIL-SR  SER A PENSION
FDG ISSD 1/31/08

| Quantity | 10000 | Price | 91.875000 | Amount | 9187.50 | Trade Date | 01/15/13 |
|---|---|---|---|---|---|---|---|
| Processing Fee | | | | | 5.35 | Settle Date | 01/18/13 |
| Transaction Fee | | | | | | ML Symbol | |
| Accrued Interest/Dividends | | | | | 29.04 | Security # | TC350 |
| | | | | | | Cusip # | 29216MAC4 |
| NET AMOUNT | | | | | 9221.09 | FA # | 5751 |

6.15 PCT 7/01/2038  YIELD 6.82% @ $91.87 7/01/38 CALLABLE-MAY AFFECT YIELD.
DETAILS UPON REQUEST. NEXT CALL 07/01/18 @ 100.00.  TAXABLE, EXCEPT FOR PUERTO
RICO RESIDENTS.  17 DAYS INTR-PAYS.MONTHLY BOOK ENTRY ONLY.  FOR MORE
INFORMATION ABOUT THIS BOND GO TO WWW.EMMA.MSRB.ORG.

ML ACTED AS PRINCIPAL

Payment for securities or other investment instruments purchased, and delivery of securities or other investment instruments sold, are due not later than SETTLEMENT DATE unless otherwise indicated by a DATE DUE. Please preserve this confirmation for income tax purposes. If submitting a check, money order or correspondence, please write your account number and forward to "Merrill Lynch Office Serving Your Account", shown at the top of the page above your account number. If you have moved or plan to move, notify your Financial Advisor of your new address.

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

Note: CDs are FDIC-insured (subject to applicable limits).

P.O. Box 2044  
Lakewood, NJ 08701


**Merrill Lynch**  
Wealth Management  
Bank of America Corporation

Merrill Lynch  
Office Serving Your Account  
101 CALIFORNIA STREET 25TH FL  
SAN FRANCISCO CA 94111-5898  
(800) 937-0615

MLPF& S CUST FPO  
JOE PACE IRRA  
FBO JOE PACE  
8316 SNUG HILL LN  
POTOMAC MD 20854

Account Number: REDACTED 1444

# TRADE CONFIRMATION

Date: January 15, 2013

We confirm the following transaction(s) subject to the agreement below.

**BOUGHT** EMPLOYEES RETIREMENT SYS GOVT COMWLTH PUERTO RICO RETAIL-SR SER A PENSION FDG ISSD 1/31/08

| Quantity | 10000 | Price | 91.875000 | Amount | 9187.50 | Trade Date | 01/15/13 |
|---|---|---|---|---|---|---|---|
| Processing Fee | | | | | 5.35 | Settle Date | 01/18/13 |
| Transaction Fee | | | | | | ML Symbol | |
| Accrued Interest/Dividends | | | | | 29.04 | Security # | TC350 |
| | | | | | | Cusip # | 29216MAC4 |
| **NET AMOUNT** | | | | | **9221.89** | FA # | 5751 |

6.15 PCT 7/01/2038 YIELD 6.82% @ $91.87 7/01/38 CALLABLE-MAY AFFECT YIELD.  
DETAILS UPON REQUEST. NEXT CALL 07/01/18 @ 100.00. TAXABLE, EXCEPT FOR PUERTO RICO RESIDENTS. 17 DAYS INTR-PAYS.MONTHLY BOOK ENTRY ONLY. FOR MORE INFORMATION ABOUT THIS BOND GO TO WWW.EMMA.MSRB.ORG.

ML ACTED AS PRINCIPAL

Payment for securities or other investment instruments purchased, and delivery of securities or other investment instruments sold, are due not later than SETTLEMENT DATE unless otherwise indicated by a DATE DUE. Please preserve this confirmation for income tax purposes. If submitting a check, money order or correspondence, please write your account number and forward to "Merrill Lynch Office Serving Your Account", shown at the top of the page above your account number. If you have moved or plan to move, notify your Financial Advisor of your new address.

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

Note: CDs are FDIC-insured (subject to applicable limits).

## IT IS AGREED BETWEEN MERRILL LYNCH (ML)(24) AND YOU THAT:

(1) All transactions are subject to the constitution, rules, customs, usages and rulings of the exchange or market and its clearing house, if any, where executed, as well as applicable federal and state laws and regulations, FINRA rules and the provisions of any other written agreement and shall be governed by the laws of the State of New York, excluding choice of law principles.

(2) This confirmation shall be deemed conclusive if not objected to in writing within ten (10) business days after delivery or communication to you. We reserve the right to correct any errors.

(3) Time of execution will be provided upon written request.

(4) All purchase transactions for your account require by settlement date: (a) with respect to a cash account, full payment and (b) with respect to a margin or good faith account, any required margin. All purchase transactions in a cash account are based on your agreement that you will promptly make full cash payment for the security or asset before selling it and that you do not contemplate selling it prior to making such payment, with the understanding that net settlement of transactions done on a DVP/RVP basis may be permitted at our discretion. All sale transactions in a cash account are based on your representation that you own the security and that you will deposit it promptly in your account (if not already held therein). Late delivery may result in additional charges for premium payment on securities borrowed. ML reserves the right to close transactions through buy ins or sell outs without further notice when ML deems such action appropriate.

(5) ML will hold for your account all securities bought and proceeds of securities sold unless you instruct us otherwise.

(6) If ML carries your securities in a cash account and these securities have been sold to you or purchased from you in this account, until these securities have been paid for in full, such securities may be hypothecated under circumstances which will permit the commingling thereof with securities carried for the account of other customers. If you have pledged securities or other property to ML as collateral, until all your obligations of any kind to ML are discharged, we may without notice to you (a) pledge or hypothecate such securities or property, including under circumstances that will permit them to be commingled with securities or property of others and (b) lend, sell or otherwise transfer such securities or other property owned by you or deliver the same on others' contracts of sale without ML having in its possession and control for delivery a like amount of similar securities or property.

(7) All of your securities and other property in any account (margin or cash) in which you have an interest, or which at any time are in your possession or under your control, other than retirement accounts (IRAs), and all proceeds of the foregoing, shall be subject to a lien for the discharge of any and all indebtedness or any other obligations you may have to ML or any ML affiliate. Securities and other property held in retirement accounts are not subject to this lien, and are not used as security for the payment of your obligations or indebtedness for other accounts you maintain with ML. You agree that ML holds all securities and other property in margin or cash accounts, other than retirement accounts, as security for the payment of any such obligations or indebtedness to ML in any account in which you have an interest. Subject to applicable laws, ML may, at any time and without giving you prior notice, use and or transfer any or all securities and other property in any account in which you have an interest, other than retirement accounts, without regard to ML having made any advances in connection with such security and other property and without regard to the number of accounts you may have with ML. In enforcing the lien, ML, at its sole discretion, may determine which securities and other property are to be sold or which contracts are to be closed.

(8) If securities loaned for a short sale are no longer available, ML reserves the right to decide, by random selection, which positions will be subject to a buy-in.

(9) It is your responsibility to cancel any open order for your account, including, under circumstances when entering a substitution order.

(10) Except for certain custodian accounts, ML holds all bonds and preferred securities in bulk segregation. In the event of a partial call, the securities to be called will be selected at random; the probability of your holdings being selected will be in proportion to all such securities held with us. We may not receive any allocations from the depository for any such partial call. If we do receive such an allocation, your position may not be selected in the random process. Callable securities may be called prior to your receipt of any notice (unless you are the registered holder).

(11) Municipal and other bonds may have call features that could affect the yield; ML will provide information on written request. Debt securities (including municipal securities) with a zero coupon, if callable, may be called at a price below their maturity value.

(12) If this transaction is for a single mortgage-backed security pool that is TBA eligible during the applicable distribution period, additional pool information is available by telephoning the toll free number for the issuer found in the issuer's offering documents.

(13) Any attempt by you to vote securities will be void if such securities are not in our possession or control. For the purposes of proxy voting, customers will not be notified that the securities are not in ML's possession or control or that a vote was void.

(14) If this transaction involves a debt security subject to redemption, such security may be redeemed in whole or in part before maturity. Such redemption could affect the yield represented. ML will provide information on written request.

(15) When a security is quoted ex-dividend or ex-interest, all buy, sell, stop and sell stop limit orders will be reduced on the ex-date by the value of the payment unless otherwise specified. When a security is ex-rights or ex-distribution, such orders will be reduced without exception.

All sell, buy stop and buy stop limit orders will not be reduced.

(16) ML acts as a market maker, dealer, block positioner or arbitrageur in certain securities. ML may act to stabilize or maintain the market price of certain securities at a level above that which might otherwise prevail on the open market. Such stabilization may be discontinued at any time. As a result of these activities, ML may have a position on the opposite side of a transaction that we execute for you and may profit from such trading. In certain cases, there may not have been any market in such securities other than that made by ML. We reserve the right to offer for sale and to sell from time to time as principal or agent an amount of the securities described on the front hereof in excess of the amount owned by us (or the seller for whom we act as agent) at the time such offers and/or sales are made. Such offers or sales ("short sales" or "overallotments") may or may not be made in conjunction with stabilizing transactions.

(17) Where a foreign currency is indicated in the security description or where you choose to convert from the currency in which the security or payment thereon is denominated, information provided as to principal, interest, dividend and yield is subject to fluctuation in applicable exchange rates and costs. Any foreign currency conversion may have been conducted through ML or an ML affiliate, which may have profited in connection with such conversion.

(18) Transactions executed in non-U.S. markets may have been conducted through a ML affiliate.

(19) For transactions executed as principal, ML bought or sold the security for or from its own account. For investment advisory accounts, execution as principal was done after pre-trade disclosure and with your consent. In non-discretionary advisory accounts you may revoke your general consent to principal trades at any time in writing on a form provided by your Advisor. For transactions executed as agent, the name of the other party to the transaction (where applicable) and the source and amount of any additional remuneration received will be furnished upon written request.

(20) The term "Quantity," in the case of fixed income securities, is the principal amount. For reported securities, unless otherwise indicated "price" is the reported price.

(21) If this transaction involves an asset-backed security (an interest in or an interest secured by a pool of receivables or other such financial assets that are subject continuously to prepayment), then its actual yield may vary according to the rate at which the underlying receivables or other financial assets are prepaid. Information concerning the factors that affect yield (including at a minimum estimated yield, weighted average life and the prepayment assumptions underlying yield) will be provided upon written request.

(22) If this transaction involves a "When-As and If-Issued" or "When-As and If-Distributed" security, the final trade details will be forwarded to you when obtainable on issue or delivery.

(23) If an odd-lot differential or fee has been charged, the amount of any such odd-lot differential or fee will be furnished upon request.

(24) The name "ML" may include transactions with: Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), Merrill Lynch Government Securities, Inc. or Merrill Lynch Money Markets Inc. or other ML affiliate. MLPF&S is a registered broker-dealer and a wholly-owned subsidiary of Bank of America Corporation (BAC). Unless otherwise agreed with you in writing, this agreement will apply to any successor of ML, whether by merger, consolidation or other means, and ML may transfer your account to any such successor.

(25) Unless otherwise disclosed, INVESTMENTS THROUGH MLPF&S ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED, AND MAY LOSE VALUE.

(26) BofA Merrill Lynch Research is research produced by MLPF&S or one of its affiliates. Third party research ratings from selected vendors are provided where available for informational purposes and not as a solicitation or recommendation on such security. Neither MLPF&S nor any of its affiliates bears any responsibility or liability with respect to third party research which may have been made available to you. You assume full responsibility for any trading decision you make based upon third party research ratings or reports.

(27) MLPF&S makes available investment products sponsored, managed, distributed or provided by companies that are affiliates of BAC or in which BAC has a substantial economic interest, including BofA Global Capital Management.

(28) ML and its affiliates may acquire, hold or sell positions in the securities or related derivatives purchased from or sold to you and may have an investment banking or banking relationship with the issuers thereof.

(29) Ratings information is provided based on sources deemed reliable, but its accuracy or completeness cannot be guaranteed.

SALES CHG PD and SALES CHG % represent the total commissions and the percentage of commissions, respectively, paid on the purchase of a mutual fund containing front-end sales charges. Purchases at certain dollar thresholds, and other criteria, may qualify purchases for lower sales charges. Please see the fund's prospectus for additional information.

Transaction Fee - Includes fees originated by ML for services provided by ML, as well as fees charged to recoup part or all of a fee assessed on brokerage firms by others.

Pricing information provided for certain thinly traded securities may be stale.

JOEY IRA ROLLOVER                    Account Number: REDACTED                    24-Hour Assistance: (800) MERRILL

## YOUR RETIREMENT ACCOUNT ASSETS

May 01, 2019 - May 31, 2019

| CORPORATE BONDS (continued) Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|
| CITIGROUP INC SER MTN VAR% APR 29 2034 MOODY'S: *** S&P: BBB+ CUSIP: 1730TON62 PAR CALL DATE: 04/29/15  PAR CALL PRICE: 100.00 | 06/06/14 | 40,000 | 39,785.35 | 71.9900 | 28,796.00 | (10,989.35) | 8.00 | | |
| TOTAL | | 50,000 | 49,615.70 | | 36,368.00 | (13,247.70) | 27.48 | | |

| MUNICIPAL BONDS Description | Acquired | Quantity | Adjusted/Total Cost Basis | Estimated Market Price | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income | Current Yield% |
|---|---|---|---|---|---|---|---|---|---|
| OAKLAND CA PENSION OBLIG 6.89%CI NPFG TAXABLE  OCT01 00.000%DEC15 2020 MOODY'S: AA3 S&P: AA CUSIP: 672319BA7 | 06/19/12 | 10,000 | 6,492.85 | 96.0320 | 9,603.20 | N/A | | | |
| WAYNE CNTY MICH TAXABLE LTD GO BDS SER A TAXABLE  DEC10 09.250%DEC01 2025 MOODY'S: BAA2 S&P: BBB+ CUSIP: 944488QL2 PAR CALL DATE: 12/01/20  PAR CALL PRICE: 100.00 | 05/22/12 | 15,000 | 17,629.01 | 108.7290 | 16,309.35 | (1,319.66) | 693.75 | 1,388 | 8.50 |
| EMPLOYEES RET GOVT COMWLTH PR SER A TAXABLE  JAN08 06.150%JUL01 2038 MOODY'S: C S&P: *** CUSIP: 29216MAC4 PAR CALL DATE: 07/03/19  PAR CALL PRICE: 100.00 | 01/15/13 | 10,000 | 9,192.85 | 54.2500 | 5,425.00 | (3,767.85) | | DEF | |
| WAYNE CNTY MICH TAXABLE LTD GO BDS SER A TAXABLE  DEC10 10.000%DEC01 2040 MOODY'S: BAA2 S&P: BBB+ CUSIP: 944488QK4 PAR CALL DATE: 12/01/20  PAR CALL PRICE: 100.00 | 11/27/12 | 15,000 | 18,099.10 | 109.5510 | 16,432.65 | (1,666.45) | 750.00 | 1,500 | 9.12 |
| TOTAL | | 50,000 | 51,413.81 | | 47,770.20 | (6,753.96) | 1,443.75 | 2,888 | 7.57 |

P.O. Box 2044  
Lakewood, NJ 08701

**Merrill Lynch Wealth Management**  
Bank of America Corporation

Merrill Lynch  
Office Serving Your Account  
101 CALIFORNIA STREET 25TH FL  
SAN FRANCISCO CA 94111-5898  
(800) 937-0615

TO THE HOUSEHOLD OF:  
JOE PACE  
REBECCA PACE  
8316 SNUG HILL LN  
POTOMAC MD 20854-4057

JOE PACE AND  
REBECCA PACE JTWROS  
8316 SNUG HILL LN  
POTOMAC MD 20854

TRADE CONFIRMATIONS FOR THE FOLLOWING ACCOUNTS INCLUDED IN THIS PACKAGE:

REDACTED 2622        REDACTED 1444

REDACTED  
Account Number    2622

JOE PACE AND  
REBECCA PACE JTWROS  
8316 SNUG HILL LN  
POTOMAC MD 20854

# TRADE CONFIRMATION

Date: January 15, 2013

We confirm the following transaction(s) subject to the agreement below.

**BOUGHT**  EMPLOYEES RETIREMENT SYS GOVT COMWLTH PUERTO RICO RETAIL-SR   SER A PENSION FDG ISSD 1/31/08

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Quantity | 5000 | Price | 91.875000 | Amount | 4593.75 | Trade Date | 01/15/13 |
| Processing Fee | | | | | 5.35 | Settle Date | 01/18/13 |
| Transaction Fee | | | | | | ML Symbol | |
| Accrued Interest/Dividends | | | | | 14.52 | Security # | TC350 |
| | | | | | | Cusip # | 29216MAC4 |
| NET AMOUNT | | | | | 4613.62 | FA # | 5751 |

6.15 PCT 7/01/2038   YIELD 6.82% @ $91.87 7/01/38 CALLABLE-MAY AFFECT YIELD.  
DETAILS UPON REQUEST. NEXT CALL 07/01/18 @ 100.00.   TAXABLE, EXCEPT FOR PUERTO RICO RESIDENTS.   17 DAYS INTR-PAYS.MONTHLY BOOK ENTRY ONLY.   FOR MORE INFORMATION ABOUT THIS BOND GO TO WWW.EMMA.MSRB.ORG.

ML ACTED AS PRINCIPAL

Payment for securities or other investment instruments purchased, and delivery of securities or other investment instruments sold, are due not later than SETTLEMENT DATE unless otherwise indicated by a DATE DUE. Please preserve this confirmation for income tax purposes. If submitting a check, money order or correspondence, please write your account number, forward to "Merrill Lynch Office Serving your Account", shown at the top of the page above your account number. If you have moved or plan to move notify your Financial Advisor of your new address.

Merrill Lynch Wealth Management makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S) and other subsidiaries of Bank of America Corporation. MLPF&S is a registered broker-dealer, member Securities Investor Protection Corporation (SIPC) and a wholly owned subsidiary of Bank of America Corporation. Investment products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

Note: CDs are FDIC-insured (subject to applicable limits).

*THIS PAGE INTENTIONALLY LEFT BLANK.*