UNITED STATES DISTRICT COURT

DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br>Debtors. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br>(Jointly Administered) |

### APPLICATION FOR ADMISSION PRO HAC VICE

**COMES NOW,** Ryan Matthew Billings, (hereafter, the "Applicant") and, pursuant to L. Dist. Ct. R. 83A(f) of the Local Rules of the United States District Court for the District of Puerto Rico, as incorporated by Rule 1001-l(b) of the Local Bankruptcy Rules as well as this Court's *Ninth Amended Notice, Case Management and Administrative Procedures Order* (Docket No. 7155 of Case No. 17-03283 (LTS)) (the "CMP Order"), hereby requests to be permitted to appear and participate in this particular case, in association with the law firm of

---

The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

McConnell Valdés, LLC, and the undersigned members of the bar of this Court, in representation of creditor and party-in-interest ManpowerGroup, Inc., Applicant respectfully shows:

1. Applicant is an attorney and a member of the law firm of Kohner, Mann & Kailas, S.C. with offices at:

| Address | 4650 N. Port Washington Road<br>Milwaukee, WI 53212 |
|---|---|
| Email | rbillings@kmksc.com |
| Telephone No. | (414) 962-5110 |
| Fax No. | (414) 962-8725 |

2. Applicant will sign all pleadings with the name **Ryan M. Billings**.

3. Applicant has been retained as a member of the above-named firm by ManpowerGroup, Inc., to provide legal representation in connection with the above-styled matters now pending before the United States District Court for the District of Puerto Rico.

4. Since May 10, 2011, applicant has been and presently is a member in good standing of the bar of the state of Wisconsin, where applicant regularly practices law. Applicant's bar license number is 1084543.

5. Applicant has been admitted to practice before the following courts:

| **Court:** | **Admission Date:** |
|---|---|
| New York | February 7, 2005 |
| Supreme Court of the United States | October 7, 2013 |
| Fifth Circuit Court of Appeals | July 26, 2018 |
| Seventh Circuit Court of Appeals | October 11, 2013 |

| | |
|---|---|
| Ninth Circuit Court of Appeals | October 2, 2013 |
| S.D.N.Y. | November 15, 2005 |
| Bankr. Ct. S.D.N.Y. | November 15, 2005 |
| E.D. Wis. | February 22, 2011 |
| Bankr. Ct. E.D. Wis. | December 11, 2012 |
| W.D. Wis. | August 19, 2011 |
| Bankr. Ct. W.D. Wis. | December 13, 2012 |
| N.D. Ill. | September 17, 2013 |

6. Applicant is a member in good standing of the bars of the courts listed in Paragraph 5

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction. Applicant has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction

9. During the past three (3) years, applicant has not filed for pro hac vice admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is:

**Nayuan Zouairabani, Esq.**
**MCCONNELL VALDÉS LLC**
270 Muñoz Rivera Avenue, Suite 7
San Juan, Puerto Rico 00918
Telephone: 787-250-5612

Facsimile: 787-759-9225
nzt@mcvpr.com

11. Applicant has read the Local Civil Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court".

12. WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled cases only.

Date: June 24, 2019

Ryan M. Billings, Esq.
Printed Name of Applicant,

*Ryan M. Billings*
Signature of Applicant

**I HEREBY CERTIFY THAT**, pursuant to L. Dist. Ct. R. 83A(f) of the Local Rules of the United States District Court for the District of Puerto Rico, that I consent to the designation of local counsel for all purposes.

Date: June 24, 2019

Nayuan Zouairabani, Esq.
Printed Name of Local Counsel

*s/Nayuan Zouairabani*
Signature of Local Counsel

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 24th day of June, 2019

**I HEREBY CERTIFY** that on this same date, we electronically filed the document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

**MCCONNELL VALDÉS LLC**

*Attorneys for ManpowerGroup, Inc.*
270 Muñoz Rivera Avenue, Suite 7
San Juan, Puerto Rico 00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: 787-250-5619
Facsimile: 787-759-9225

By: *s/Nayuan Zouairabani*
Nayuan Zouairabani
USDC-PR No. 226411
nzt@mcvpr.com