IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 3:17-cv-01685 (LTS)<br>Case No. 3:17-bk-03566 (LTS) |

### AFFIDAVIT OF SERVICE

STATE OF FLORIDA         )
                                         )SS:
COUNTY OF MIAMI-DADE  )

I, Aileen Venes, being duly sworn, depose and say that:

1. I am a legal assistant employed by White & Case LLP at Southeast Financial Center, 200 South Biscayne Boulevard, Suite 4900, Miami, Florida, 33131. I am over the age of twenty-one years and not a party to the above-captioned proceeding.

2. On June 26, 2019, I caused the following document to be served in the manners set forth on the Service Lists attached hereto as **Exhibit A** and **Exhibit B**:

- *Reply in Support of Objections of Certain ERS Bondholders to the Magistrate Judge's June 6, 2019 Order on Motions to Compel and June 20, 2019 Order on the Renewed Motion to Compel* [Case No. 17-03283, Docket No. 7665 and Case No. 17-03566, Docket No. 601]

Aileen Venes

Sworn to and subscribed before me this 26th day of June, 2019, by Aileen Venes, who is personally known to me.

My Commission Expires: August 27, 2022

NOTARY PUBLIC

DEANNA HIRSHORN
Notary Public - State of Florida
Commission # GG 213153
My Comm. Expires Aug 27, 2022
Bonded through National Notary Assn.

**Exhibit A**

Via E-mail

| NAME | EMAIL |
|---|---|
| A&S Legal Studio, PSC | rburgos@adameslaw.com |
| Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | epo@amgprlaw.com<br>larroyo@amgprlaw.com<br>acasellas@amgprlaw.com<br>loliver@amgprlaw.com<br>asantiago@amgprlaw.com<br>kstipec@amgprlaw.com<br>pjime@icepr.com |
| Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | kstipec@amgprlaw.com<br>pjime@icepr.com<br>pjime@lawfirm-pr.com |
| Aguirre Offshore Gasport, LLC | daniel.bustos@excelerateenergy.com |
| Aldarondo & López-Bras, P.S.C. | icastro@alblegal.net<br>storres@alblegal.net<br>ealdarondo@alblegal.net<br>drodriguez.alb@gmail.com<br>drodriguez@alblegal.net |
| Alexandra Bigas Valedon | alexandra.bigas@gmail.com |
| Alianza Comunitaria Ambientalista del Sureste, Inc. | acasepr@gmail.com |
| Almeida & Dávila, P.S.C. | ealmeida@almeidadavila.com<br>zdavila@almeidadavila.com |
| American Federation of State, County and Municipal Employees | jrivlin@afscme.org<br>tpaterson@afscme.org<br>martz@afscme.org |
| AmeriNat | mfredericks@amerinatls.com<br>fdearmas@ciacpr.com |
| Andrés L. Córdova | acordova@juris.inter.edu |
| Antonetti Montalvo & Ramirez Coll | Jramirez@amrclaw.com<br>Kellyrivero@hotmail.com |
| Antonio Fuentes-González | antoniofuentesgonzalez@yahoo.com |
| Arroyo & Rios Law Offices, PSC | mrios@arroyorioslaw.com<br>jfigueroa@arroyorioslaw.com |
| Arthur Samodovitz | Arthursail@stny.rr.com |
| Asociación de Empleados Gerenciales del Fondo del Seguro del Estado | asociacióngerencialescfse@gmail.com |
| Autonomous Municipality of Ponce | Marieli.Paradizo@ponce.pr.gov |
| Autopistas de PR, LLC | xavier.carol@abertis.com |
| Autopistas de PR, LLC | xavier.carol@abertis.com |
| Autopistas Metropolitanas de Puerto Rico, LLC | julian.fernandez@metropistas.com |
| Autopistas Metropolitanas de Puerto Rico, LLC | julian.fernandez@metropistas.com |
| Badillo Saatchi & Saatchi Inc. | orlando.gonzalez@publicisone.com |
| Banco Santander Puerto Rico | rbonilla@bspr.com |
| Barnes & Thornburg, LLP | david.powlen@btlaw.com<br>kevin.collins@btlaw.com |
| Belk & Grovas Law Offices | belkgrovas@gmail.com |
| Bennazar, García & Milián, C.S.P. | ajb@bennazar.org<br>bgm.csp@bennazar.org<br>hector.mayol@bennazar.org<br>francisco.delcastillo@bennazar.org |

**Exhibit A**
Via E-mail

| NAME | EMAIL |
|---|---|
| Bennazar, García & Milián, CSP | ajb@bennazar.org |
| | bgm.csp@bennazar.org |
| | hector.mayol@bennazar.org |
| | francisco.delcastillo@bennazar.org |
| Bermúdez Díaz & Sánchez LLP | jsanchez@bdslawpr.com |
| | rdiaz@bdslawpr.com |
| Bobonis, Bobonis & Rodriguez Poventud | cbg@bobonislaw.com |
| | efl@bobonislaw.com |
| Bracewell, LLP | kurt.mayr@bracewell.com |
| | daniel.connolly@bracewell.com |
| | david.lawton@bracewell.com |
| | rachel.goldman@bracewell.com |
| Brown Rudnick LLP | eweisfelner@brownrudnick.com |
| Brown Rudnick LLP | sbest@brownrudnick.com |
| | bchew@brownrudnick.com |
| Brown Rudnick LLP | sbeville@brownrudnick.com |
| Buchalter, A Professional Corporation | schristianson@buchalter.com |
| | vbantnerpeo@buchalter.com |
| Bufete Emmanuelli, C.S.P. | jessica@bufete-emmanuelli.com |
| Bufete Emmanuelli, C.S.P. | remmanuelli@me.com |
| Bufete Emmanuelli, C.S.P. | rolando@bufete-emmanuelli.com |
| | yasmin@bufete-emmanuelli.com |
| | jessica@bufete-emmanuelli.com |
| | notificaciones@bufete-emmanuelli.com |
| | wilbert_lopez@yahoo.com |
| Bufete Emmanuelli, C.S.P. | rolando@bufete-emmanuelli.com |
| | jessica@bufete-emmanuelli.com |
| | notificaciones@bufete-emmanuelli.com |
| | wilbert_lopez@yahoo.com |
| Bufete Rodríguez Miranda, C.S.P. | mcrm100@msn.com |
| Butler Snow, LLP | chris.maddux@butlersnow.com |
| | mitch.carrington@butlersnow.com |
| Butler Snow, LLP | jason.callen@butlersnow.com |
| Butler Snow, LLP | martin.sosland@butlersnow.com |
| | Chris.Maddux@butlersnow.com |
| | Mitch.Carrington@butlersnow.com |
| Butler Snow, LLP | stan.ladner@butlersnow.com |
| C. Conde & Assoc. | condecarmen@condelaw.com |
| | ls.valle@condelaw.com |
| | notices@condelaw.com |
| Cadwalader, Wickersham & Taft, LLP | howard.hawkins@cwt.com |
| | mark.ellenberg@cwt.com |
| | ellen.halstead@cwt.com |
| | thomas.curtin@cwt.com |
| | casey.servais@cwt.com |
| | NATHAN.BULL@CWT.COM |
| | bill.natbony@cwt.com |
| Cadwalader, Wickersham & Taft, LLP | mark.ellenberg@cwt.com |
| Cancio Covas & Santiago, LLP | ioliver@ccsllp.com |
| Cancio, Nadal, Rivera & Diaz, PSC | Adiaz@cnrd.com |
| | Kbolanos@cnrd.com |
| | avalencia@cnrd.com |
| Cardona-Jimenez Law Offices, PSC | jf@cardonalaw.com |
| Caribbean Hospital Corporation | delapena.sylvia@gmail.com |

**Exhibit A**
Via E-mail

| NAME | EMAIL |
|---|---|
| Carla T. Rodríguez Bernier | carla.rodriguezbernier@yahoo.com |
| Carlos A. Quilichini Paz & Jessica M. Quilichini Ortiz | quilichinipazc@microjuris.com |
| Carlos Alsina Batista Law Offices, PSC | calsina@prquiebra.com |
| Carlos E. Cardona-Fernández | carloscardonafe@hotmail.com |
| Carlos E. Rivera-Justiniano | lcdo.carlos.e.riverajustiniano@gmail.com |
| Carlos Fernandez-Nadal, Esq. | carlosfernandez@cfnlaw.com |
| Carlos M. Vergne Law Offices | carlosvergne@aol.com |
| Carroll Warren & Parker PLLC | jwarren@cwplaw.com |
| Casellas Alcover & Burgos, PSC | hburgos@cabprlaw.com<br>rcasellas@cabprlaw.com<br>dperez@cabprlaw.com |
| Casillas, Santiago & Torres, LLC | jcasillas@cstlawpr.com<br>dbatlle@cstlawpr.com<br>aaneses@cstlawpr.com |
| Casillas, Santiago & Torres, LLC | jcasillas@cstlawpr.com<br>aaneses@cstlawpr.com |
| Charles A. Cuprill, PSC, Law Offices | ccuprill@cuprill.com |
| Charlie Hernandez Law Offices | charliehernandezlaw@gmail.com |
| Chiesa Shahinian & Giantomasi PC | rnies@csglaw.com<br>gspadoro@csglaw.com<br>mlepelstat@csglaw.com<br>mcaruso@csglaw.com |
| Choate, Hall & Stewart, LLP | softedal@choate.com<br>mbarulli@choate.com<br>jsantiago@choate.com<br>dgooding@choate.com |
| Cintron-Garcia Law | cintrongarcialaw@gmail.com |
| Coalición de Organizaciones Anti Incineración, Inc. & Amigos del Río Guaynabo, Inc. | gmchg24@gmail.com |
| Cobián Roig Law Offices | eduardo@cobianroig.com |
| Cohen, Weiss and Simon LLP | harnaud@cwsny.com |
| Cohen, Weiss and Simon, LLP | pdechiara@cwsny.com |
| Comité Diálogo Ambiental, Inc. | valvarados@gmail.com |
| Comité Yabucoeño Pro-Calidad de Vida, Inc. | ausubopr88@gmail.com |
| Constructora Santiago II, Corp. | jlopez@constructorasantiago.com |
| Córdova & Dick, LLC | bmd@bmdcounselors.com |
| Córdova & Dick, LLC | bmd@bmdcounselors.com |
| Correa Acevedo & Abesada Law Offices, PSC | ra@calopsc.com<br>scriado@calopsc.com |
| Coto & Associates | rco@crlawpr.com<br>gar@crlawpr.com |
| Coto & Associates | rco@crlawpr.com<br>gar@crlawpr.com |
| Daniel Molina López, Esq. | dmolinalaw@gmail.com |
| David Carrion Baralt | davidcarrionb@aol.com |

**Exhibit A**
Via E-mail

| NAME | EMAIL |
|---|---|
| Davis Polk & Wardwell LLP | donald.bernstein@davispolk.com<br>brian.resnick@davispolk.com<br>angela.libby@davispolk.com |
| De Diego Law Offices, PSC | wssbankruptcy@gmail.com |
| Debevoise & Plimpton, LLP | mcto@debevoise.com<br>cabruens@debevoise.com<br>eworenklein@debevoise.com |
| Dechert, LLP | allan.brilliant@dechert.com |
| Dechert, LLP | eric.brunstad@dechert.com |
| Dechert, LLP | stuart.steinberg@dechert.com<br>michael.doluisio@dechert.com |
| Del Valle Group, SP | hreynolds@delvallegroup.net |
| Delgado & Fernandez, LLC | afernandez@delgadofernandez.com |
| Department of Justice | wburgos@justicia.pr.gov |
| Despacho Juridico Ramos Luina LLC | gramlui@yahoo.com |
| Development & Construction Law Group, LLC | rcastellanos@devconlaw.com |
| Diaz Soto Law Office | diazsotolaw@gmail.com |
| Diego Corral González | corraldieg@gmail.com |
| DLA Piper (Puerto Rico), LLC | jose.sosa@dlapiper.com |
| DLA Piper, LLP (US) | richard.chesley@dlapiper.com<br>rachel.albanese@dlapiper.com |
| Donna A. Maldonado-Rivera | Donna.Maldonado@popular.com |
| Edgardo Barreto Law Office | edgardo_barreto@yahoo.com |
| Edgardo Muñoz, PSC | emunozPSC@gmail.com |
| El Puente de Williamsburg, Inc.-Enlace Latino de Acción Climática | dortiz@elpuente.us |
| Elián N. Escalante De Jesús, Esq. | elian.escalante@gmail.com |
| Environmental Protection Agency (EPA) | mark.gallagher@usdoj.gov |
| Estrella, LLC | agestrella@estrellallc.com<br>kcsuria@estrellallc.com |
| Faccio & Pabon Roca | lpabonroca@microjuris.com<br>clarisasola@hotmail.com |
| Faccio & Pabon Roca | lpabonroca@microjuris.com<br>clarisasola@hotmail.com |
| Faegre Baker Daniels, LLP | robert.schnell@faegrebd.com<br>pjime@icepr.com |
| Federación de Maestros de Puerto Rico | legal.fmpr@gmail.com |
| Feldesman Tucker Leifer Fidell, LLP | jfeldesman@FTLF.com |
| Félix J. Montañez-Miranda | fmontanezmiran@yahoo.com |
| Ferraiuoli, LLC | rcamara@ferraiuoli.com<br>scolon@ferraiuoli.com |
| Ferrari Law, PSC | ferraric@ferrarilawpr.com |
| Ferrovial Agroman, SA | n.tactuk@ferrovial.com |
| Figueroa y Morgade Law | figueroaymorgadelaw@yahoo.com |
| Foley & Lardner LLP | auetz@foley.com |
| Fortuño Law | bkfilings@fortuno-law.com |
| Francisco González Law Office | bufetefrgonzalez@gmail.com |
| G. Carlo-Altieri Law Offices, LLC | gacarlo@carlo-altierilaw.com<br>loomislegal@gmail.com<br>gaclegal@gmail.com |
| G. Carlo-Altieri Law Offices, LLC | gacarlo@carlo-altierilaw.com<br>loomislegal@gmail.com |
| Garay Massey Law Office | juans@prtc.net |
| Garcia-Arregui & Fullana PSC | ifullana@gaflegal.com |
| Garffer & Jusino Attorneys at Law | wmq@wmarrerolaw.com |

**Exhibit A**
**Via E-mail**

| NAME | EMAIL |
|---|---|
| Genovese Joblove & Batista, P.A. | jgenovese@gjb-law.com |
| | mguitian@gjb-law.com |
| | jsuarez@gjb-law.com |
| | jarrastia@gjb-law.com |
| Gerena Law Office | jlgere@gmail.com |
| Gibson, Dunn & Crutcher, LLP | tolson@gibsondunn.com |
| | mmcgill@gibsondunn.com |
| | hwalker@gibsondunn.com |
| | lshelfer@gibsondunn.com |
| | jchristiansen@gibsondunn.com |
| Gierbolini & Carroll Law Offices, P.S.C. | courtneyrcarroll@gierbolinicarroll.com |
| | miguelgierbolini@gierbolinicarroll.com |
| Godreau & Gonzalez Law, LLC | dg@g-glawpr.com |
| | rgv@g-glawpr.com |
| Goldman Antonetti & Cordova, LLC | crodriguez-vidal@gaclaw.com |
| | scastillo@gaclaw.com |
| González López & López Adames LLC | marielopad@gmail.com |
| Gonzalez Munoz Law Offices, PSC | Jnieves@gonzalezmunozlaw.com |
| Goodwin Procter LLP | bpastuszenski@goodwinlaw.com |
| | cbrown@goodwinlaw.com |
| Greenberg Traurig, LLP | Clearyd@gtlaw.com |
| | Huttonj@gtlaw.com |
| | Haynesn@gtlaw.com |
| | fingerk@gtlaw.com |
| | haynesn@gtlaw.com |
| Guillermo Ramos Luiña | gramlui@yahoo.com |
| Hagens Berman Sobol Shapiro LLP | MARKV@HBSSLAW.COM |
| Hagens Berman Sobol Shapiro LLP | steve@hbsslaw.com |
| HALS, PSC | ygc@rclopr.com |
| | ygc1@prtc.net |
| Harry Anduze Montano | handuze@microjuris.com |
| Harry Anduze Montano Law Offices | jmoralesb@microjuris.com |
| | handuze@microjuris.com |
| | corraldieg@gmail.com |
| Hector Figueroa Vincenty | QUIEBRAS@ELBUFETEDELPUEBLO.COM |
| Hernandez & Rodriguez Law Offices | hernandezrodriguezlaw@gmail.com |
| Hogan Lovells US, LLP | robin.keller@hoganlovells.com |
| Holland & Knight, LLP | jesus.cuza@hklaw.com |
| Holland & Knight, LLP | bos-bankruptcy@hklaw.com |
| Honorable Judge Laura Taylor Swain | swaindprcorresp@nysd.uscourts.gov |
| Honorable Rosanna López León | mvega@senado.pr.gov |
| Indiano & Williams, PSC | claudia.quinones@indianowilliams.com |
| | david.indiano@indianowilliams.com |
| | leticia.casalduc@indianowilliams.com |
| Internal Revenue Service | Mimi.M.Wong@irscounsel.treas.gov |
| Internal Revenue Service | Mimi.M.Wong@irscounsel.treas.gov |
| Internal Revenue Service | Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV |
| Ismael Marrero Rolon | janebeckerwhitaker@gmail.com |
| Israel Roldán González & Isis Aimée Roldán Márquez | irg@roldanlawpr.com |
| | irm@roldanlawpr.com |
| Ivonne González-Morales | ivonnegm@prw.net |
| James Law Offices | glenncarljameslawoffices@gmail.com |
| Jean Philip Gauthier Law Offices | JPGLaw@outlook.com |

**Exhibit A**
Via E-mail

| NAME | EMAIL |
|---|---|
| Jean Philip Gauthier Law Offices | JPGLaw@outlook.com |
| Jenner & Block, LLP | mroot@jenner.com<br>csteege@jenner.com |
| Jenner & Block, LLP | rgordon@jenner.com<br>rlevin@jenner.com<br>cwedoff@jenner.com |
| Jiménez, Graffam & Lausell | rrivera@jgl.com<br>apico@jgl.com |
| Jones Day | brosenblum@jonesday.com<br>jgross@jonesday.com |
| Jones Day | bbennett@jonesday.com |
| Jones Day | ssooknanan@jonesday.com<br>gstewart@jonesday.com<br>bheifetz@jonesday.com<br>vdorfman@jonesday.com<br>cdipompeo@jonesday.com |
| Jorge Luis Guerrero-Calderon | tuttieguerrero@yahoo.com |
| Jorge P. Sala Colon | jpsala_pr@yahoo.com<br>salalawyers@yahoo.com |
| Jorge R. Quintana-Lajara | jorgequintanalajara@gmail.com |
| José Luis Barrios-Ramos | barrios.jl@outlook.com |
| José Luis Barrios-Ramos | barrios.jl@outlook.com |
| José Luis Cumbas Torres | jlcumbastorres@yahoo.com |
| Jose W. Cartagena | jwc@jwcartagena.com |
| JRAF Law Firm, PSC | riveraroman@hotmail.com |
| JRJ Consultants & Legal Advisors, LLLC | javrua@gmail.com |
| Juan A. Hernández Rivera, Esq. | juan@jahrlaw.com |
| Juan B. Soto Law Offices, PSC | jsoto@jbsblaw.com |
| Juan Ramón Rivera Font, Esq. | juan@riverafont.com |
| Julio E Leandry-Hernández and Ileana Ortiz-Santiago | ileanaortix@outlook.com |
| Kane Russell Coleman Logan PC | phammer@krcl.com |
| Karon LLC | dkaron@karonllc.com |
| Kasowitz Benson Torres LLP | AGlenn@kasowitz.com<br>SSchmidt@kasowitz.com<br>TWelch@kasowitz.com |
| Klee, Tuchin, Bogdanoff & Stern, LLP | kklee@ktbslaw.com<br>dbussel@ktbslaw.com<br>jweiss@ktbslaw.com |
| Kohner, Mann & Kailas, S.C. | swisotzkey@kmksc.com<br>rbillings@kmksc.com |
| KPMG, LLC | aperez@kpmg.com<br>Lnegron@kpmg.com |
| Kramer Levin Naftalis & Frankel, LLP | acaton@kramerlevin.com<br>tmayer@kramerlevin.com<br>pbentley@kramerlevin.com<br>dblabey@kramerlevin.com<br>dbuckley@kramerlevin.com<br>nhamerman@kramerlevin.com<br>abyowitz@kramerlevin.com<br>ghorowitz@kramerlevin.com<br>boneill@kramerlevin.com |

**Exhibit A**
Via E-mail

| NAME | EMAIL |
|---|---|
| Latham & Watkins LLP | adam.goldberg@lw.com |
| | liza.burton@lw.com |
| | christopher.harris@lw.com |
| Latham & Watkins LLP | jeff.bjork@lw.com |
| Law Firm of Fernando E. Agrait | agraitfe@agraitlawpr.com |
| Law Office Aníbal Acevedo-Vilá | acevedovila1@gmail.com |
| Law Office of Frank Pola, Jr. | pola@frankpolajr.com |
| Law Offices of Giselle López Soler | gls@lopezsolerlaw.com |
| Law Offices of John E. Mudd | jemudd@yahoo.com |
| Law Offices of Michael Craig McCall | craigmcc@me.com |
| Ledesma & Vargas, LLC | fpabon@lvvlaw.com |
| Legal Aid Clinic, UIA | rrodriguez@juris.inter.edu |
| Legal Partners, PSC | suarezcobo@gmail.com |
| Legal Partners, PSC | dvelawoffices@gmail.com |
| Legal Partners, PSC | dvelawoffices@gmail.com |
| Lehman Brothers Holdings, Inc. | abhishek.kalra@lehmanholdings.com |
| Lemuel Negrón Colón | lemuel.law@gmail.com |
| Lex Services PSC | ivandialo2001@yahoo.com |
| Linares Palacios Law Offices | alinares2020@yahoo.com |
| López Sánchez & Pirillo, LLC | alavergne@lsplawpr.com |
| López Sánchez & Pirillo, LLC | jsanchez@lsplawpr.com |
| | alavergne@lsplawpr.com |
| | mvazquez@lsplawpr.com |
| Lugo Mender Group, LLC | wlugo@lugomender.com |
| Lugo-Emanuelli Law Offices | lawlugo1@gmail.com |
| Luis Fred Salgado, Esq. | luisfredsalgado@hotmail.com |
| M.L. & R.E. Law Firm | jorge@mlrelaw.com |
| | emil@mlrelaw.com |
| María E. Vicéns Rivera | mevicens@yahoo.com |
| María Fernanda Vélez Pastrana | mfvelezquiebras@gmail.com |
| Mariani Franco Law, P.S.C. | marianifrancolaw@gmail.com |
| Marini Pietrantoni Muñiz, LLC | cvelaz@mpmlawpr.com |
| | lmarini@mpmlawpr.com |
| | malvarez@mpmlawpr.com |
| Martínez-Alvarez, Menéndez Cortada & Lefranc Romero, PSC | rlm@martilaw.com |
| | jnazario@martilaw.com |
| | fjramos@martilaw.com |
| | jnazario@martilaw.com |
| Maslon LLP | Clark.whitmore@maslon.com |
| | Brian.klein@maslon.com |
| | Jason.reed@maslon.com |
| | Ana.chilingarishvili@maslon.com |
| Maximiliano Trujillo-Gonzalez, Esq. | maxtruj@gmail.com |
| Mayagüezanos por la Salud y el Ambiente, Inc. | julia.mignuccisanchez@gmail.com |
| McConnell Valdes LLC | nzt@mcvpr.com |
| McConnell Valdes LLC | nzt@mcvpr.com |
| McConnell Valdés, LLC | nzt@mcvpr.com |
| | aaa@mcvpr.com |
| | rgf@mcvpr.com |
| | ezm@mcvpr.com |
| | rcq@mcvpr.com |

**Exhibit A**
Via E-mail

| NAME | EMAIL |
|---|---|
| McConnell Valdés, LLC | nzt@mcvpr.com |
| | aaa@mcvpr.com |
| | rgf@mcvpr.com |
| | ezm@mcvpr.com |
| | rcq@mcvpr.com |
| MCD Law, LLC | harlawpr@gmail.com |
| McDermott Will and Emery | wsmith@mwe.com |
| | jkapp@mwe.com |
| | mthibert-ind@mwe.com |
| | ksheehan@mwe.com |
| Miguel Ángel Serrano-Urdaz | serrano.urdaz.law@hotmail.com |
| Milbank LLP | ddunne@milbank.com |
| | amiller@milbank.com |
| | gmainland@milbank.com |
| Miriam Sanchez Lebron | sanchez.lebron501@gmail.com |
| Monserrate Simonet & Gierbolini, LLC | dmonserrate@msglawpr.com |
| | fgierbolini@msglawpr.com |
| | msimonet@msglawpr.com |
| | rschell@msglawpr.com |
| Moore & Van Allen PLLC | luislluberas@mvalaw.com |
| Morell, Bauzá, Cartagena & Dapena | ramon.dapena@mbcdlaw.com |
| | victor.quinones@mbcdlaw.com |
| Morell, Bauzá, Cartagena & Dapena | ramon.dapena@mbcdlaw.com |
| | victor.quinones@mbcdlaw.com |
| Morgan, Lewis & Bockius LLP | rachel.mauceri@morganlewis.com |
| Morrison & Foerster LLP | JPeck@mofo.com |
| | GLee@mofo.com |
| Morrison & Foerster LLP | jpeck@mofo.com |
| | glee@mofo.com |
| | jnewton@mofo.com |
| | lhughes@mofo.com |
| | akissner@mofo.com |
| Morrison & Foerster LLP | jpalmore@mofo.com |
| Muñoz Benitez Brugueras & Cruz | jbrugue@mbbclawyers.com |
| N. Harris Computer Corporation | JArmstrong@harriscomputer.com |
| Navarro-Cabrer Law Offices | navarro@navarrolawpr.com |
| Nazario Briceño Law Offices, LLC | man@nblawpr.com |
| Norton Rose Fulbright US LLP | lawrence.bauer@nortonrosefulbright.com |
| Norton Rose Fulbright US LLP | peter.canzano@nortonrosefulbright.com |
| Norton Rose Fulbright US LLP | toby.gerber@nortonrosefulbright.com |
| O'Neill & Borges, LLC | hermann.bauer@oneillborges.com |
| | daniel.perez@oneillborges.com |
| | ubaldo.fernandez@oneillborges.com |
| | Carla.garcia@oneillborges.com |
| Office of Government Ethics of Puerto Rico | ldelacruz@oeg.pr.gov |
| | nrivera@oeg.pr.gov |
| Oliveras & Ortiz Law Offices, PSC | l.ortizsegura@ploolaw.com |
| Olivieri-Geigel & Co. | lawrog@gmail.com |
| O'Melveny & Myers, LLP | emckeen@omm.com |
| | apavel@omm.com |

**Exhibit A**
**Via E-mail**

| NAME | EMAIL |
|---|---|
| O'Melveny & Myers, LLP | jrapisardi@omm.com<br>suhland@omm.com<br>pfriedman@omm.com<br>dperez@omm.com<br>dcantor@omm.com |
| O'Melveny & Myers, LLP | roppenheimer@omm.com |
| O'Melveny & Myers, LLP | mpocha@omm.com |
| O'Melveny & Myers, LLP | pfriedman@omm.com |
| Orlando Fernández Law Offices | ofernandez@oflawoffice.com |
| Orlando Ortiz-Cintron, Esq. | orlando1701@gmail.com |
| Oscar Gonzalez Badillo | gonzalezbadillo@gmail.com |
| Osvaldo Toledo Martinez, Esq. | toledo.bankruptcy@gmail.com |
| Otero and Associates | Otero_and_assoc@hotmail.com |
| Pattern Energy Group Inc. | daniel.elkort@patternenergy.com |
| Paul Hastings, LLP | lucdespins@paulhastings.com<br>andrewtenzer@paulhastings.com<br>jamesbliss@paulhastings.com<br>jamesworthington@paulhastings.com<br>anthonybuscarino@paulhastings.com<br>michaelcomerford@paulhastings.com<br>alexbongartz@paulhastings.com |
| Paul Hastings, LLP | nicholasbassett@paulhastings.com |
| Paul, Weiss, Rifkind, Wharton & Garrison, LLP | arosenberg@paulweiss.com |
| Pavia & Lazaro, PSC | gpavia@pavialazaro.com<br>gerardopavialaw@msn.com |
| Peaje Investments, LLC | peajeinfo@dechert.com |
| Pedro A. Vargas-Fontánez | pevarfon@gmail.com |
| Pedro Nicot Santana, Esq. | pedronicot@gmail.com |
| Peerless Oil & Chemicals, Inc. | luis.vazquez@peerlessoil.com |
| Perkins Coie LLP | geisenberg@perkinscoie.com |
| Picó & Blanco, LLC | adtoro@pico-blanco.com |
| Pietrantoni Mendez & Alvarez | mmercado@mercado-echegaray-law.com<br>margaritalmercado@gmail.com |
| Pietrantoni Méndez & Alvarez LLC | oramos@pmalaw.com<br>mtrelles@pmalaw.com |
| Populicom, Inc. | gpaz@populicom.com |
| Prime Clerk, LLC | puertoricoteam@primeclerk.com<br>serviceqa@primeclerk.com |
| Proskauer Rose, LLP | gbrenner@proskauer.com |

**Exhibit A**

**Via E-mail**

| NAME | EMAIL |
|---|---|
| Proskauer Rose, LLP | mbienenstock@proskauer.com<br>ppossinger@proskauer.com<br>ebarak@proskauer.com<br>mzerjal@proskauer.com<br>sratner@proskauer.com<br>tmungovan@proskauer.com<br>bbobroff@proskauer.com<br>mfirestein@proskauer.com<br>lrappaport@proskauer.com<br>cfebus@proskauer.com<br>kperra@proskauer.com<br>jerichman@proskauer.com<br>jalonzo@proskauer.com<br>JLevitan@proskauer.com<br>BRosen@proskauer.com |
| Proskauer Rose, LLP | wdalsen@proskauer.com<br>MHackett@proskauer.com |
| Proskauer Rose, LLP | sweise@proskauer.com<br>LRappaport@proskauer.com |
| Prosol-Utier | prosol@utier.org |
| PRV Law Office | prodriguez@prvlaw.com |
| Puerto Rico Department of Justice | penagaricanobrownusdc@gmail.com |
| Puerto Rico Electric Power Authority | c-aquino@prepa.com |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Mohammad.Yassin@aafaf.pr.gov |
| Puerto Rico Hospital Supply | |
| Puerto Rico Industrial Development Company | anabelle.centeno@pridco.pr.gov |
| Puerto Rico Telephone Company d/b/a Claro | fsilva@claropr.com |
| Quinn Emanuel Urquhart & Sullivan, LLP | susheelkirpalani@quinnemanuel.com<br>ericwinston@quinnemanuel.com<br>danielsalinas@quinnemanuel.com<br>erickay@quinnemanuel.com<br>katescherling@quinnemanuel.com<br>darrengoldman@quinnemanuel.com |
| Quinn Emanuel Urquhart & Sullivan, Llp | susheelkirpalani@quinnemanuel.com<br>johnshaffer@quinnemanuel.com<br>danielsalinas@quinnemanuel.com<br>matthewscheck@quinnemanuel.com<br>erickay@quinnemanuel.com<br>darrengoldman@quinnemanuel.com<br>zacharyrussell@quinnemanuel.com |
| Rafael A. Ortiz-Mendoza | rafael.ortiz.mendoza@gmail.com |
| Ramon Torres Rodriguez, Esq. | rtorres@torresrodlaw.com |
| RB Law Offices | erb@rodriguezbinetlaw.com |
| Reed Smith, LLP | cgray@reedsmith.com<br>dschlecker@reedsmith.com |
| Reed Smith, LLP | cspringer@reedsmith.com |
| Reed Smith, LLP | eschaffer@reedsmith.com<br>lsizemore@reedsmith.com |
| Reed Smith, LLP | kgwynne@reedsmith.com |

**Exhibit A**
Via E-mail

| NAME | EMAIL |
| --- | --- |
| Reichard & Escalera, LLC | escalera@reichardescalera.com |
| | arizmendis@reichardescalera.com |
| | riverac@reichardescalera.com |
| | pabong@reichardescalera.com |
| Reno & Cavanaugh, PLLC | iacosta@renocavanaugh.com |
| Reno & Cavanaugh, PLLC | tpennington@renocavanaugh.com |
| ReSun (Barceloneta), LLC | maria.baco@msn.com |
| Rexach & Picó, CSP | mpico@rexachpico.com |
| Rexach Hermanos, Inc. | prcr@mcvpr.com |
| Rhonda M. Castillo Gammill | rhoncat@netscape.net |
| Ricardo L. Castillo Filippetti, Esq. | filippetti_r@hotmail.com |
| | castilloricardo977@gmail.com |
| Ricardo L. Ortiz-Colón, Esq. | ortizcolonricardo@gmail.com |
| | rortiz@rloclaw.onmicrosoft.com |
| Rickenbach Ojeda Attorneys at Law PSC | nrickenbach@rickenbachpr.com |
| Rivera Colón, Rivera Torres & Rios Berly, PSC | victorriverarios@rcrtrblaw.com |
| Rivera Tulla & Ferrer, LLC | etulla@riveratulla.com |
| | icabrera@riveratulla.com |
| | marivera@riveratulla.com |
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP | lrobbins@robbinsrussell.com |
| | mstancil@robbinsrussell.com |
| | gorseck@robbinsrussell.com |
| | kzecca@robbinsrussell.com |
| | dburke@robbinsrussell.com |
| | lpettit@robbinsrussell.com |
| | jbolian@robbinsrussell.com |
| Roberto Maldonado Law Office | romn1960@gmail.com |
| Roberto Quiles | estudiolegalrivera2@gmail.com |
| Rochelle McCullough, LLP | buzz.rochelle@romclaw.com |
| | kdm@romclaw.com |
| Rodriguez Banchs, CSP | manuel@rodriguezbanchs.com |
| | rosasegui@yahoo.com |
| Rodriguez Marxuach Law Offices, PSC | mrm@rmlawpr.com |
| Ropes & Gray LLP | Douglas.Hallward-Driemeier@ropesgray.com |
| Ropes & Gray LLP | Keith.Wofford@ropesgray.com |
| | Daniel.Egan@ropesgray.com |
| Rosendo E. Miranda López, Esq. | r.miranda@rmirandalex.net |
| RPP Law, PSC | rprats@rpplaw.com |
| Saldaña & Saldaña Egozcue, PSC | carlos.lugo@saldanalaw.com |
| | hector.saldana@saldanalaw.com |
| Saldaña, Carvajal & Vélez Rivé, P.S.C. | lsaldana@scvrlaw.com |
| | arotger@scvrlaw.com |
| Saldaña, Carvajal & Vélez-Rivé, PSC | jsanchez@scvrlaw.com |
| | mhernandez@scvrlaw.com |
| Salichs Pou & Associates, PSC | jsalichs@splawpr.com |
| | etejeda@splawpr.com |
| Sanabria Bauermeister Garcia & Berio | avb@sbgblaw.com |
| | avb@sbgblaw.com |
| Sanchez Betances, Sifre & Munoz Noya | lsb@sbsmnlaw.com |

**Exhibit A**

Via E-mail

| NAME | EMAIL |
|---|---|
| Sanchez Pirillo LLC | gviviani@sanpir.com |
| | jreyes@sanpir.com |
| | jsanchez@sanpir.com |
| | alavergne@sanpir.com |
| Santander Asset Management, LLC | fserra@sampr.com |
| Santander Securities, LLC | jvannah@santandersecurities.com |
| Santi Law Office | santilawoffice@yahoo.com |
| Sarlaw LLC | sramirez@sarlaw.com |
| Scotiabank de Puerto Rico | Roy.purcell@scotiabank.com |
| Scotiabank De Puerto Rico | Rgf@mcvpr.com |
| Securities & Exchange Commission | secbankruptcy@sec.gov |
| | NYROBankruptcy@sec.gov |
| Securities & Exchange Commission – NY Office | bankruptcynoticeschr@sec.gov |
| Seda & Perez Ochoa, PSC | epo@amgprlaw.com |
| Sepulvado & Maldonado, PSC | jsantos@smlawpr.com |
| | anunez@smlawpr.com |
| | emaldonado@smlawpr.com |
| | acouret@smlawpr.com |
| | adeliz@smlawpr.com |
| Sepulvado Maldonado & Couret | lcumpiano@yahoo.com |
| Shearman & Sterling LLP | FSosnick@Shearman.com |
| | Kelly.McDonald@Shearman.com |
| Shindler, Anderson, Goplerud & Weese, P.C. | goplerud@sagwlaw.com |
| | howie@sagwlaw.com |
| Sidley Austin LLP | bguzina@sidley.com |
| | blair.warner@sidley.com |
| Sierra Club Puerto Rico, Inc. | jmenen6666@gmail.com |
| Simpson Thacher & Bartlett LLP | squsba@stblaw.com |
| | bfriedman@stblaw.com |
| | nbaker@stblaw.com |
| | edward.linden@stblaw.com |
| Sistema de Retiro AEE | MARIAE.HERNANDEZ@prepa.com |
| Sistema de Retiro AEE | MARIAE.HERNANDEZ@prepa.com |
| | carmen.herrero@prepa.com |
| Skadden, Arps, Slate, Meagher & Floam LLP | Jay.goffman@skadden.com |
| | mark.mcdermott@skadden.com |
| Stanley J. Teich | stansoffice@aol.com |
| Stradling Yocca Carlson & Rauth, PC | pglassman@sycr.com |
| Stroock & Stroock & Lavan LLP | cmechling@stroock.com |
| | smillman@stroock.com |
| Stroock & Stroock & Lavan, LLP | cmechling@stroock.com |
| | smillman@stroock.com |
| | khansen@stroock.com |
| | jcanfield@stroock.com |
| Tamrio, Inc. | jlopez@constructorasantiago.com |
| TEC General Contractors, Corp | Saultoledo22@yahoo.com |
| The Collateral Monitor | Mcantor4@mac.com |
| The Collateral Monitor | rich.katz@torquepointllc.com |
| The Financial Attorneys, P.S.C. | rfc@thefinancialattorneys.com |
| The Garffer Group of Legal Advisors, LLC | julio.pagan@g2la.com |
| The Law Offices of Andres W. Lopez, P.S.C. | andres@awllaw.com |

**Exhibit A**
Via E-mail

| NAME | EMAIL |
|---|---|
| Toro, Colon, Mullet, Rivera & Sifre, P.S.C. | Mfb@tcmrslaw.com<br>Lft@tcmrslaw.com<br>nperez@tcmrslaw.com<br>jvankirk@tcmrslaw.com |
| TransCore Atlantic, Inc. | Paula.Flowers@TransCore.com |
| U.S. Department of Justice, Civil Division | Cesar.a.lopez-morales@usdoj.gov<br>Jean.lin@usdoj.gov<br>Laura.A.Hunt@usdoj.gov |
| U.S. Department of Justice, Civil Division | Thomas.g.ward@usdoj.gov |
| Unión de Empleados de la Corporación del Fondo del Seguro del Estado | unionecfse@yahoo.com |
| Unión de Médicos de la Corporación del Fondo del Seguro del Estado | migade19@hotmail.com<br>jaimeenriquecruzalvarez@gmail.com |
| United States Attorney for the Southern District of New York | christopher.connolly@usdoj.gov |
| United States Department of Justice | velez.hector@epa.gov |
| United States Department of Justice | mark.gallagher@usdoj.gov |
| United States District Court, District of Massachusetts | deindprcorresp@mad.uscourts.gov |
| US Department of Justice | wardlow.w.benson@usdoj.gov |
| US Trustee for the District of Puerto Rico | USTP.Region21@usdoj.gov |
| Valdes Ortiz Law Offices, PA | hvaldes@v-olaw.com |
| Valenzuela-Alvarado, LLC | jeva@valenzuelalaw.net<br>jose.enrico.valenzuela1@gmail.com |
| Veronica Ferraiuoli Hornedo | vero@ferraiuoli.pr |
| Víctor Calderón Cestero | victor@calderon-law.com |

**Exhibit A**

**Via E-mail**

| NAME | EMAIL |
|---|---|
| Viñas Law Office, LLC | ramonvinas@vinasllc.com |
| Viñas Law Office, LLC | ramonvinas@vinasllc.com |
| Wachtell, Lipton, Rosen & Katz | Rgmason@wlrk.com<br>Arwolf@wlrk.com<br>Eakleinhaus@wlrk.com<br>AKHerring@wlrk.com |
| Weil, Gotshal & Manges, LLP | marcia.goldstein@weil.com<br>kelly.diblasi@weil.com<br>gabriel.morgan@weil.com<br>jonathan.polkes@weil.com<br>gregory.silbert@weil.com<br>robert.berezin@weil.com |
| Weinstein-Bacal, Miller & Vega, P.S.C. | swb@wbmvlaw.com<br>sawbacal@aol.com<br>pwm@wbmvlaw.com<br>prwolverine@gmail.com<br>jvv@wbmvlaw.com<br>javier.a.vega@gmail.com |
| White & Case, LLP | gkurtz@whitecase.com<br>jcunningham@whitecase.com<br>brian.pfeiffer@whitecase.com<br>michele.meises@whitecase.com |
| White & Case, LLP | jzakia@whitecase.com<br>csloane@whitecase.com |
| Wilbert Lopez Moreno & Asociados | wilbert_lopez@yahoo.com |
| William Estrella Law Offices, PSC | kcsuria@welo.net |
| William M. Vidal-Carvajal Law Office, P.S.C. | william.m.vidal@gmail.com |
| William Santiago-Sastre, Esq. | wssbankruptcy@gmail.com |
| Willkie Farr & Gallagher, LLP | mfeldman@willkie.com<br>jminias@willkie.com<br>mseidel@willkie.com<br>jdugan@willkie.com<br>jkorn@willkie.com<br>tmundiya@willkie.com<br>pshalhoub@willkie.com<br>ayanez@willkie.com |
| Winston & Strawn LLP | jmalin@winston.com<br>chardman@winston.com |
| Wollmuth Maher & Deutsch LLP | JLawlor@wmd-law.com |
| Young Conaway Stargatt & Taylor, LLP | jpatton@ycst.com<br>rbrady@ycst.com |

**Exhibit B**
**Via U.S. Mail**

AmeriCorps
1201 New York Ave., NW
Washington, DC 20525
Attn: Kim Mansaray

Integrand Assurance Company
PO Box 70128
San Juan, P.R. 00907

APRUM
Apartado Postal 2227
Mayagüez, P.R. 00681

Antilles Power Depot, Inc.
PO Box 81090
Carolina, P.R. 00981-0190

Office of the United States Trustee for Region 21
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, P.R. 00901-1922

Departamento de Justicia de Puerto Rico
Apartado 9020192
San Juan, P.R. 00902-0192

Department of Defense (DOD)
1400 Defense Pentagon
Washington, DC 20301-1400
Attn: Patrick M. Shanahan

Department of Energy (DOE)
1000 Independence Ave., SW
Washington, DC 20585
Attn: Rick Perry

Department of Homeland Security (DHS)
245 Murray Lane., SW
Washington, DC 20528-0075
Attn: Kevin McAleenan

Department of Housing and Urban Development (HUD)
451 7th Street, SW
Washington, DC 20410
Attn: Ben Carson

Department of Human and Health Services
200 Independence Ave, SW
Washington, DC 20201
Attn: Alex M. Azar II

Department of the Interior (DOI)
1849 C St., NW
Washington, DC 20240
Attn: David Bernhardt

Department of Transportation (DOT)
1200 New Jersey Ave., SE
Washington, DC 20590
Attn: Elaine L. Chao

Department of Veterans Affairs (VA)
810 Vermont Ave., NW
Washington, DC 20420
Attn: Robert Wilkie

Sepulvado & Maldonado, PSC
304 Ave Ponce de Leon, # 990
San Juan, P.R. 00918-2029
Attn: José Javier Santos Mimoso

Jaime Rodríguez Avilés
128 Apartamento
201 Edificio Bernardo Torres
Sector La Trocha
Yauco, P.R. 00698

Kanoso Auto Sales Inc.
PO Box 1446
San German, P.R. 00683
Attn: José A. Crespo Gonzalez, President

Federal Communications Commission (FCC)
445 12th St., SW
Washington, DC 20554
Attn: Ajit Pai

Federal Emergency Management Agency (FEMA)
500 C St., SW
Washington, DC 20472
Attn: Bob Fenton

Marichal, Hernandez, Santiago & Juarbe, LLC
PO Box 190095
San Juan, PR 00919-0095
Attn: Rafael M. Santiago-Rosa

HALS, PSC Carrasquillo
PO Box 365061
San Juan, PR 00936-5061
Attn: Yarymar González

Quiñones Vargas Law Offices
Box 429
Cabo Rojo, P.R. 00623
Attn: Damaris Quiñones Vargas, Esq.

Small Business Administration SBA)
409 3rd St., SW
Washington, DC 20416
Attn: Linda McMahon

The Commonwealth of Puerto Rico
Office of the Governor
La Fortaleza
63 Calle Fortaleza
San Juan, P.R. 00901

U.S. Attorney for the District of Puerto Rico
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, P.R. 00918
Attn: Rosa E. Rodriguez-Velez

US Army Corps of Engineers
441 G St., NW
Washington, DC 20548
Attn: Todd T. Semonite

U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230
Attn: Wilbur Ross

U.S. Department of Agriculture
1400 Independence Ave., SW
Washington, DC 20250
Attn: Sonny Perdue

U.S. Department of Health and Services
330 C St., SW
Washington, DC 20201
Attn: Amanda Barlow

U.S. Department of Education (ED)
400 Maryland Ave., SW
Washington, DC 20202
Attn: Betsy DeVos

| | | |
|---|---|---|
| U.S. Department of Labor (DOL)<br>Frances Perkins Building<br>200 Constitution Ave.<br>Washington, DC 20210<br>Attn: Alexander R. Acosta | U.S. Department of Justice (DOJ)<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530<br>Attn: William Barr | Metro Pavia Health System<br>PO Box 3180<br>Carolina, P.R. 00984<br>Attn: Zarel J. Soto Abaca |
| Del Valle Group, S.P.<br>PO Box 2319<br>Toa Baja, P.R. 00951-2319<br>Attn: Humberto Reynolds, President | Puerto Rico Hospital Supply<br>Call Box 158<br>Carolina, P.R. 00986-0158 | Puerto Rico Electric Power Authority<br>Litigation Division<br>PO Box 363928<br>San Juan, P.R. 00936-3928<br>Attn: Carlos M. Aquino-Ramos |
| Financial Oversight and Management Board<br>40 Washington Square South<br>Office 314A<br>New York, NY 10012<br>Attn: Prof. Arthur J. González,<br>Board Member | The American Federation of Teachers (AFT)<br>555 New Jersey Ave., N.W., 11th Floor<br>Washington, DC 20001<br>Attn: Mark Richard | A&S Legal Studio, PSC<br>434 Avenida Hostos<br>San Juan, P.R. 00918<br>Attn: Legal Department |
| Rene Pinto-Lugo<br>PO Box 13531<br>San Juan, P.R. 00908 | Jack Katz<br>ESJ Towers<br>6165 Isla Verde Ave.<br>Carolina, P.R. 00979-5729 | Unitech Engineering<br>205 Calle Eleonor Roosevelt<br>San Juan, P.R. 00918-3096<br>Attn: Ramón Ortiz Carro |
| Reliable Equipment Corporation<br>PO Box 2316<br>Toa Baja, P.R. 00951-2316<br>Attn: Marylin Del Valle, General Manager | Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Attn: Brant Kuehn, Esq. | Unión de Médicos de la Corporación<br>del Fondo del Seguro del Estado<br>PO Box 70344, CMM33<br>San Juan, P.R. 00936-8344 |
| Antonetti Montalvo & Ramírez-Coll<br>1225 Avenida Ponce de León, Suite 1001<br>VIG Tower<br>San Juan, P.R. 00907<br>Attn: Ana M. del Toro-Sabater, Esq. | Pablo Del Valle Rivera<br>PO Box 2319<br>Toa Baja, P.R. 00951 | Asociación de Profesoras y Profesores<br>del Recinto Universitario de<br>Mayaguez, Inc.<br>Apartado Postal 2227<br>Mayaguez, P.R. 00681 |
| Asociación de Empleados Gerenciales<br>del Fondo del Seguro del Estado<br>PO Box 71325, Suite 84<br>San Juan, P.R. 00936 | Edgardo Seda Arroyo 35299-054<br>FCI Fairton<br>Federal Correction Institution<br>PO Box 420<br>Fairton, NJ 08320 | Autonomous Municipality of Ponce<br>PO Box 331709<br>Ponce, P.R. 00733-1709 |
| Puerto Rico Electric Power Authority<br>PO Box 364267<br>San Juan, P.R. 00936-4267<br>Attn: Office of General Counsel | Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166<br>Attn: Jennifer L. Malin, Esq.<br>Carrie V. Hardman, Esq. | Alan Friedman<br>124 Lander Ave.<br>Staten Island, NY 10314 |
| Economics and Statistics Administration<br>1401 Constitution Ave., NW<br>Washington, DC 20230<br>Attn: Brad Burke | Ing. José F. Ortiz Vázquez<br>Autoridad de Energía Eléctrica<br>PO Box 70151<br>San Juan, P.R. 00936 | Marichal, Hernández, Santiago &<br>Juarbe, LLC<br>Triple S Plaza, 1510 F.D. Roosevelt Ave.,<br>9th Floor, Suite 9 B1<br>Guaynabo, P.R. 00968<br>Attn: Vanessa Medina-Romero, Esq. |
| Liberty Cablevision of Puerto Rico, LLC<br>PO Box 192296<br>San Juan, P.R. 00919-2296<br>Attn: Alexandra Verdiales | | |