UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3567-LTS |
| PUERTO RICO HIGHWAYS AND<br>TRANSPORTATION AUTHORITY | (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------x

ORDER (I) DENYING THE DRA PARTIES' MOTION FOR LEAVE TO REQUEST ADDITIONAL RELIEF PURSUANT TO LOCAL BANKRUPTCY RULE 4001-1(A) (DOCKET ENTRY NO. 7647) AND (II) SETTING BRIEFING SCHEDULE WITH RESPECT TO THE DRA PARTIES' MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOCKET ENTRY NO. 7643)

The Court has received and reviewed *The DRA Parties' Motion for Leave to Request Additional Relief Pursuant to Local Bankruptcy Rule 4001-1(a)* (Docket Entry No. 7647 in Case No. 17-3283 and Docket Entry No. 594 in Case No. 17-3567, the "Local Rule 4001-1(a)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Motion") and *The DRA Parties' Motion and Memorandum of Law in Support of their Motion for Relief from the Automatic Stay, or in the Alternative, Ordering Payment of Adequate Protection* (Docket Entry No. 7643 and Docket Entry No. 591 in Case No. 17-3567, the "Stay Relief Motion"), each filed by AmeriNational Community Services, LLC, as servicer for the GDB Debt Recovery Authority, and Cantor-Katz Collateral Monitor LLC (collectively, the "DRA Parties").

The Local Rule 4001-1(a) Motion provides no basis for allowing the DRA Parties to pursue their alternative request for an administrative expense claim in the context of the Stay Relief Motion. To ensure the orderly administration of these Title III cases, the Local Rule 4001-1(a) Motion is denied, and the Court will deem the DRA Parties' alternative request for an administrative expense claim stricken without prejudice from the Stay Relief Motion.

Furthermore, notwithstanding the briefing schedule provided in the notice of the Stay Relief Motion and Section III.S of the *Ninth Amended Notice, Case Management and Administrative Procedures* (Docket Entry No. 7115-1 in Case No. 17-3283), responses to the Stay Relief Motion must be filed by **July 9, 2019** and the DRA Parties' reply must be filed by **July 16, 2019**.

This Order resolves Docket Entry No. 7647 in Case No. 17-3283 and Docket Entry No. 594 in Case No. 17-3567.

SO ORDERED.

Dated: June 26, 2019

/s/ Laura Taylor Swain
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE