UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |

**ORDER GRANTING DEBTORS' URGENT MOTION REQUESTING
ORDER (I) APPROVING SERVICE OF PROCESS AT ADDRESSES LISTED IN
DEFENDANTS' PROOFS OF CLAIMS AND/OR RULE 2019 DISCLOSURES AND (II)
APPROVING DEBTORS' FORM OF NOTICE IN GO AND HTA LIEN CHALLENGES**

Upon consideration of the *Urgent Motion Requesting Order (I) Approving Service of Process at Addresses Listed in Defendants' Proofs of Claims and/or Rule 2019 Disclosures and (II) Approving Debtors' Form of Notice in GO and HTA Lien Challenges* (Dkt. No. 7644 in 17-BK-3283; Dkt. No. 592 in 17-BK-3567) (the "Motion"),[2] the Court finds good cause for the relief requested therein and ALLOWS the Motion as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

[2] Capitalized terms used but not defined in this Order shall have the meaning given them in the Motion.

2

1. The form of notice at Exhibit A hereto, informing the Defendants of the applicable deadline to respond to the Omnibus Lien Challenges in compliance with the Stay Orders, is approved.

2. Debtors may serve the summonses, complaints, the form of notice attached as Exhibit A hereto and the Stay Orders to Defendants at either the address(es) listed in Defendant's proof(s) of claim or the address(es) listed in Defendant's Rule 2019 Disclosure pursuant to Bankruptcy Rule 7004 and Fed. R. Civ. P. 4.

This Order resolves Dkt. No. 7644 in 17-BK-3283 and Dkt. No. 592 in 17-BK-3567.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: June 27, 2019