## **Exhibit A**

**Form of Notice**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |

NOTICE OF DEADLINE TO
RESPOND TO THE DEBTORS' GO AND HTA LIEN CHALLENGES

**PLEASE TAKE NOTICE** that, on June 13, 2019, this Court has issued the following orders (the "Stay Orders"): (1) *Order Regarding Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain Challenged GO Bonds*; and (2) *Order Regarding Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings [Adv. Nos. 19- 362, 19-363, 19-364,*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

*19-365] Relating to Certain HTA Bonds*. A copy of the applicable Stay Order accompanies this Notice.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Stay Orders the Omnibus Lien Challenges[2] are stayed until September 1, 2019, except to effectuate service of any complaint or third party complaint. *See, e.g.*, Case No. 17-BK-3283, ECF No. 7426 at 2. Furthermore, no responsive pleading to the Omnibus Lien Challenges is **due until thirty (30) days** after the stay expires. The Stay Orders supersede any deadlines contained in the enclosed summonses.

**PLEASE TAKE FURTHER NOTICE** that if you wish to meet and confer with Movants relating to the scheduling and case management of the Omnibus Lien Challenges, please send a notice stating that you wish to meet and confer, and providing your contact details, to:

PROSKAUER ROSE LLP
c/o Chris Tarrant
Eleven Times Square
New York, NY 10036
ctarrant@proskauer.com

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov subject to the procedures and fees set forth therein.

[*Remainder of Page Intentionally Left Blank*]

---

[2] Capitalized terms used but not defined in this Notice shall have the meaning given them in the *Urgent Motion Requesting Order (i) Approving Service of Process at Addresses Listed in Defendants' Proofs of Claims and/or Rule 2019 Disclosures and (ii) Approving Debtors' Form of Notice in GO and HTA Lien Challenges* [Case No. 17-BK-3283, ECF No. [____]).

Dated: [____], 2019
      San Juan, Puerto Rico

/s/ *Luis F. del Valle-Emmanuelli*

Luis F. del Valle-Emmanuelli
**LUIS F. DEL VALLE-EMMANUELLI**
USDC-PR No. 209514
P.O. Box 79897
Carolina, Puerto Rico 00984-9897

*Co-Attorney for the Financial Oversight and Management Board as representative of the Debtors in Certain of the Adversary Proceedings*[3]

/s/ *Kenneth C. Suria*

**ESTRELLA, LLC**
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee, in Certain of the Adversary Proceedings*[4]

/s/ *Juan J. Casillas Ayala*

**CASILLAS, SANTIAGO & TORRES LLC**
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Alberto J. E. Añeses Negrón, Esq. (USDC - PR 302710)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)

Respectfully submitted,

/s/ *Jeffrey W. Levitan*

Martin J. Bienenstock (*pro hac vice*)
Jeffrey W. Levitan (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

Michael A. Firestein (*pro hac vice*)
Lary Alan Rappaport (*pro hac vice*)
**PROSKAUER ROSE LLP**
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
Tel: (310) 557-2900
Fax: (310) 557-2193

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors in Certain of the Adversary Proceedings*[7]

/s/ *Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and*
*Management Board as representative for*

---

[3] *See* Adv. Proc. Nos. 19-297, 19-362, 19-363, 19-364.
[4] *See* Adv. Proc. No. 19-296, 19-365.
[7] *See* Adv. Proc. Nos. 19-291, 19-292, 19-293, 19-294, 19-295, 19-362, 19-363.

Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
aaneses@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com

*Local Counsel to Official Committee of Unsecured Creditors for all Title III Debtors (other than COFINA) in Certain of the Adversary Proceedings*[5]


*/s/ John Arrastia*,
**GENOVESE JOBLOVE & BATTISTA, P.A**
John Arrastia, Esq. (Pro Hac Vice)
John H. Genovese, Esq. (Pro Hac Vice)
Jesus M. Suarez, Esq. (Pro Hac Vice)
Mariaelena Gayo-Guitian, Esq. (Pro Hac Vice)
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Tel: 305-349-2300
jarrastia@gjb-law.com
jgenovese@gjb-law.com
jsuarez@gjb-law.com
mguitian@gjb-law.com

*Proposed Special Litigation Counsel to the Official Committee of Unsecured Creditors for all Title III Debtors (other than COFINA)*[6]

the Debtors in Certain of the Proceedings[8]


-and-

*/s/ Nicholas A. Basset*

**PAUL HASTINGS LLP**
Luc A. Despins, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Tel: (212) 318-6000
lucdespins@paulhastings.com

Nicholas A. Bassett, Esq. (*Pro Hac Vice*)
**PAUL HASTINGS LLP**
875 15th Street, N.W.
Washington, D.C. 20005
Tel: (202) 551-1700
nicholasbassett@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors for all Title III Debtors (except for COFINA) in Certain of the Advesary Proceedings*[9]

---

[5] *See* Adv. Proc. Nos. 19-291, 19-292, 19-293, 19-294, 19-295, 19-296, 19-297, 19-362, 19-363, 19-364, 19-365.
[6] *See* Adv. Proc. Nos. 19-297, 19-364.
[8] *See* Adv. Proc. Nos. 19-291, 19-292, 19-293, 19-294, 19-295.
[9] *See* Adv. Proc. Nos. 19-291, 19-292, 19-293, 19-294, 19-295, 19-296, 19-362, 19-363, 19-365.

4