# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3566-LTS |

**RETIREE COMMITTEE EXHIBIT LIST**

---

[1] The Debtors in these jointly-administered PROMESA title III cases (these "**Title III Cases**"), along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

The Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "**Retiree Committee**") and pursuant to the Court's *Order Granting Urgent Joint Motion Regarding the Scheduling of Discovery and Briefing in Connection with the Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay* (Case No. 17-bk-03283 Dkt. 6915; Case No. 17-bk-03566, Dkt. 505) hereby files its Second Revised Exhibit List, which removes certain exhibits from the initial exhibit list, including exhibits that are either (a) being filed jointly by the Retiree Committee, Movants and the Oversight Board; or (b) appear on the Oversight Board's exhibit list. In addition, the Retiree Committee also will be filing its designations and counter-designations of deposition transcripts prior to the hearing.

The Retiree Committee reserves the right to amend this Second Revised Exhibit List as further facts are revealed through discovery. The Retiree Committee also reserves the right to introduce additional exhibits for cross-examination or rebuttal.

| Ex. No. | Original Ex. No | Date | Description | Begin Bates | End Bates |
| --- | --- | --- | --- | --- | --- |
| RC A (Group Exhibit) | J | 5/31/2017 | Banco Popular and GDB Puerto Rico Government Employees Account Statements | ERS_LS0002187 ERS_LS0002570 ERS_LS0002875 ERS_LS0003543 ERS_LS0003813 | ERS_LS0002197 ERS_LS0002570 ERS_LS0002876 ERS_LS0003543 ERS_LS0003813 |
| RC B | Q | 6/16/2019 | FOMB Press Release | | |
| RC C | V | 5/31/2019 | Plan Support Agreement | | |
| RC D (Demonstrative) | S | | Chart Summarizing ERS Bond Debt Service | | |
| RC E (Demonstrative) | Y | | Analysis Based on Malhotra0000179 | | |

Dated: June 27, 2019 						Respectfully submitted,

| | |
|---|---|
| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
| By: | By: |
| */s/ Robert Gordon* | */s/ A.J. Bennazar-Zequeira* |
| Robert Gordon (admitted *pro hac vice*) | A.J. Bennazar-Zequeira |
| Richard Levin (admitted *pro hac vice*) | Héctor M. Mayol Kauffmann |
| 919 Third Ave | Francisco del Castillo Orozco |
| New York, NY 10022-3908 | Edificio Union Plaza, |
| rgordon@jenner.com | 1701 Avenida Ponce de León #416 |
| rlevin@jenner.com | Hato Rey, San Juan |
| 212-891-1600 (telephone) | Puerto Rico 00918 |
| 212-891-1699 (facsimile) | ajb@bennazar.org |
| | hector.mayol@bennazar.com |
| Catherine Steege (admitted *pro hac vice*) | 787-754-9191 (telephone) |
| Melissa Root (admitted *pro hac vice*) | 787-764-3101 (facsimile) |
| Landon Raiford (admitted *pro hac vice*) | |
| 353 N. Clark Street | *Counsel for The Official Committee of Retired* |
| Chicago, IL 60654 | *Employees of Puerto Rico* |
| csteege@jenner.com | |
| mroot@jenner.com | |
| lraiford@jenner.com | |
| 312-222-9350 (telephone) | |
| 312-239-5199 (facsimile) | |