# BANCO POPULAR

**Estado Bancario**

Desde: 29 de abril de 2017
Hasta: 31 de mayo de 2017

PUERTO RICO GOVERNMENT EMPLOYEES
ASR DEPOSITOS OPERACIONALES
PO BOX 42003
SAN JUAN PR 00940-2203

AUTHORITIES

Página 1

Número de Cuenta
**030-051177**
PUERTO RICO GOVERNMENT EMPLOYEES

## Resumen de su Cuenta

### Cheques

| | | |
|---|---|---|
| Balance Inicial | | $294,785,425.32 |
| 245 Depósitos | + | 76,351,447.39 |
| 26 Retiros | - | 99,948,108.68 |
| Cargos por Servicios | - | 0.00 |
| Balance Final | | $271,188,764.03 |

Recibe GRATIS en tu correo electrónico tu Estado de Cuenta comercial!!! Llame al 787-756-3939 ó 1-855-756-3939.

Ahora TeleBanco Comercial es el nuevo Centro de Banca de Negocios y nuestro nuevo número es el 787-756-3939 ó 1-855-756-3939.

CENTRO DE BANCA DE NEGOCIOS le ofrece la forma más rápida y eficiente de obtener información de sus cuentas comerciales y servicios relacionados sin tener que visitar la sucursal.

Usted puede obtener información de:

- Balance en sus cuentas
- Productos y sercicios comerciales
- Préstamos Comerciales
- Soluciones de crédito
- Todo tipo de reclamaciones
- Apoyo técnico en los servicios

## Detalle de la actividad de su Cuenta

### Cheques

| | Balance inicial | $294,785,425.32 |
|---|---|---|

### Depósitos

#### Hojas de Depósito

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 05-01 | 500221656 | Depósito Captura Remota | 100.00 |
| 05-02 | 500102097 | Depósito Captura Remota | 55,833.25 |
| 05-03 | 500046960 | Depósito | 144,099.62 |
| 05-04 | 500102198 | Depósito Captura Remota | 163,089.68 |
| 05-05 | 500115992 | Depósito Captura Remota | 52,933.35 |
| 05-09 | 500109122 | Depósito Captura Remota | 338,422.63 |
| 05-10 | 500091324 | Depósito Captura Remota | 20,206.06 |
| 05-11 | 500098868 | Depósito Captura Remota | 62,157.62 |
| 05-12 | 500104909 | Depósito Captura Remota | 55,596.60 |
| 05-15 | 500188400 | Depósito Captura Remota | 25,489.33 |
| 05-16 | 500172126 | Depósito | 86,835.52 |
| 05-16 | 500119493 | Depósito Captura Remota | 15,698.66 |
| 05-16 | 120046815 | Depósito Sucursal Humacao C.Comercial | 702.30 |
| 05-17 | 500107768 | Depósito Captura Remota | 19,771.56 |
| 05-18 | 500100723 | Depósito Captura Remota | 2,963.65 |
| 05-18 | 120022715 | Depósito Sucursal Humacao C.Comercial | 296.00 |
| 05-19 | 500101899 | Depósito Captura Remota | 7,408.29 |
| 05-19 | 72047616 | Depósito Sucursal Coamo | 421.00 |
| 05-22 | 500155881 | Depósito Captura Remota | 326,832.10 |
| 05-22 | 233044224 | Depósito Sucursal Humacao Este | 15.49 |
| 05-23 | 500112827 | Depósito Captura Remota | 3,817,791.21 |
| 05-24 | 500092507 | Depósito Captura Remota | 15,283.91 |
| 05-25 | 500100634 | Depósito Captura Remota | 29,528.18 |

RC A

STIPO9S.010-06/01/2017-000002373
ERS_LS0002187

**BANCO POPULAR**

| | |
|---|---|
| Desde: | 29 de abril de 2017 |
| Hasta: | 31 de mayo de 2017 |

AUTHORITIES

Página 2

Número de Cuenta
**030-051177**

PUERTO RICO GOVERNMENT EMPLOYEES

## Depósitos (continuación)

### Hojas de Depósito (continuación)

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 05-26 | 500119783 | Depósito Captura Remota | 80,479.74 |
| 05-30 | 500205678 | Depósito Captura Remota | 2,718.20 |
| 05-31 | 500104893 | Depósito Captura Remota | 59,503.55 |
| 05-31 | 77076327 | Depósito Sucursal Yauco Plaza | 857.25 |
| | | 27 Total de hojas de depósito | $5,385,034.75 |

### Otros Créditos

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 05-01 | 18009433941 | Depósito Sistema Retiro Mun. de San Jua Credits | 947,600.64 |
| 05-01 | 18009511293 | Depósito Xxxxxx9686 Sist Retiro Ela Debits | 173.34 |
| 05-01 | 18009511287 | Depósito Xxxxxx9686 Sist Retiro Ela Debits | 25.00 |
| 05-02 | 21009955574 | Depósito Xxxxxx3514 Mun de Humacao Credits | 273,077.77 |
| 05-02 | 21010111567 | Depósito Xxxxxx3565 Municipio Dorado Credits | 166,821.34 |
| 05-02 | 21010038710 | Depósito Retiro Autoridad de Con Credits | 2,685.20 |
| 05-02 | 21010038722 | Depósito Retiro Autoridad de Con Credits | 2,563.08 |
| 05-02 | 21010038716 | Depósito Retiro Ley 70 Autoridad de Con Credits | 290.23 |
| 05-02 | 32756020517 | Transferencia entre Cuentas | 31,365.00 |
| 05-02 | 32339020517 | Transferencia entre Cuentas | 27,157.50 |
| 05-03 | 22000576725 | Depósito Xxx-xx-068 Mun Guayanilla Nómina | 69,831.79 |
| 05-03 | 22000515450 | Depósito Mun Adjuntas Mun de Adjuntas Payments | 31,046.76 |
| 05-03 | 22000253024 | Depósito Xxxxxx1111 Panel Fei Retiro | 23,774.09 |
| 05-03 | 23000776355 | Depósito Xxxxxx1147 Compañía de Turi Supach0502 | 21,814.27 |
| 05-04 | 23000948112 | Depósito Asr Mguayn Ctaco Credits | 795,703.02 |
| 05-04 | 23000951093 | Depósito Xxxxxx9686 Corp.Cardiovascu Credits | 438,283.28 |
| 05-04 | 23000827181 | Depósito Xxxxxx5408 Corrección Nomin Payments | 377,838.16 |
| 05-04 | 23000776398 | Depósito Xxxxxx1147 Compañía de Turi Supach0502 | 359,132.03 |
| 05-04 | 23000828793 | Depósito Asem 115 Asem Credits | 100,589.27 |
| 05-04 | 23000941871 | Depósito Xxxxxx0103 Conserv Música Credits | 53,179.50 |
| 05-04 | 23000948801 | Depósito Pago Retiro Mun de Jayuya Credits | 33,964.80 |
| 05-04 | 22000576162 | Depósito Retiro Wia Mp Cta General Credits | 33,453.74 |

Confidential

STIPO9S.010-06/01/2017-00002373

ERS_LS0002188

**BANCO POPULAR**

Desde: 29 de abril de 2017
Hasta: 31 de mayo de 2017

AUTHORITIES

Página 3

Número de Cuenta
**030-051177**

PUERTO RICO GOVERNMENT EMPLOYEES

## Depósitos (continuación)

### Otros Créditos (continuación)

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 05-04 | 23000865515 | Depósito          Retiro Ela         Consejo Educa    Payments | 25,621.82 |
| 05-04 | 23000827182 | Depósito          Xxxxxx5408         Corrección Nomin Payments | 7,070.34 |
| 05-04 | 23000760359 | Depósito          Xxxxxx9686         Sist Retiro Ela  Debits | 1,834.00 |
| 05-04 | 23000941864 | Depósito          Xxxxxx0103         Conserv Música   Credits | 599.37 |
| 05-04 | 23000941857 | Depósito          Xxxxxx0103         Conserv Música   Credits | 415.45 |
| 05-04 | 23000827183 | Depósito          Xxxxxx5408         Corrección Nomin Payments | 44.86 |
| 05-05 | 24001317852 | Depósito          Xxxxxx0663         Policía          Nómina | 349,529.49 |
| 05-05 | 24001322052 | Depósito          Retiro             Icf General      Credits | 192,079.28 |
| 05-05 | 24001259356 | Depósito          Oeg242             Oeg              Credits | 119,572.40 |
| 05-05 | 24001329420 | Depósito          Xxx-xx-9686        Mun Naguabo      Credits | 73,135.23 |
| 05-05 | 24001184871 | Depósito          Xxxxxx0001         Municipio Barran Credits | 62,855.59 |
| 05-05 | 24001185570 | Depósito          Xxxxxx9689         Mun de Orocovis  Payments | 36,808.06 |
| 05-05 | 23000944059 | Depósito          Xxxxxx9686         Sist Retiro Ela  Debits | 904.00 |
| 05-05 | 23000944072 | Depósito          Xxxxxx9686         Sist Retiro Ela  Debits | 25.00 |
| 05-08 | 25001711335 | Depósito          Retiro             Acaa  Ret Nómina Credits | 349,043.00 |
| 05-08 | 25001796188 | Depósito          Adm Sist Retiro    Crim Nómina      Payments | 313,319.65 |
| 05-08 | 25001712997 | Depósito          Sistema de Reti    Jca Nómina       Remittance | 220,028.15 |
| 05-08 | 25001801870 | Depósito          Mh001              Mun de Hatillo   Credits | 172,387.15 |
| 05-08 | 28001889964 | Depósito          Xxxxxx3488         Mun Mayagüez     Retiro | 168,372.97 |
| 05-08 | 25001742007 | Depósito          Xxxxxx1111         Mun Juncos       Abr 2017 | 77,431.25 |
| 05-08 | 25001799021 | Depósito          Xxxxxx3803         Admin Terrenos   Credits | 73,034.75 |
| 05-08 | 25001713004 | Depósito          Sistema de Reti    Jca Nómina       Remittance | 19,204.20 |
| 05-08 | 25001799015 | Depósito          Xxxxxx3803         Admin Terrenos   Credits | 17,933.28 |
| 05-08 | 25001799027 | Depósito          Xxxxxx3803         Admin Terrenos   Credits | 264.80 |
| 05-09 | 28002104019 | Depósito          Definido, Refor    Mun Peñuelas     Credits | 88,486.62 |
| 05-09 | 28002186201 | Depósito          Xxxxxx0210         Ads Operaciones  Payments | 28,636.42 |
| 05-09 | 25001726344 | Depósito          Xxxxxx1451         Ofic Serv Legisl Retiro | 18,713.24 |

**BANCO POPULAR**

| | |
|---|---|
| Desde: | 29 de abril de 2017 |
| Hasta: | 31 de mayo de 2017 |

AUTHORITIES

Página 4

Número de Cuenta
**030-051177**

PUERTO RICO GOVERNMENT EMPLOYEES

## Depósitos (continuación)

### Otros Créditos (continuación)

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 05-09 | 28002186213 | Depósito Xxxxxx0210 Ads Operaciones Payments | 9,943.01 |
| 05-09 | 28002186207 | Depósito Xxxxxx0210 Ads Operaciones Payments | 9,079.24 |
| 05-09 | 11705001457 | 170509001457000 -incoming Wire | 214,039.84 |
| 05-09 | 010300001 | Rec Fallecido Marino Hernández | 538.86 |
| 05-09 | 010300004 | Rec Fallecido Felipe Lorenzo | 286.96 |
| 05-09 | 010300003 | Rec Falle Milagros Rodríguez | 245.50 |
| 05-09 | 010300002 | Rec Fallecido Horacio Martinez | 196.18 |
| 05-10 | 29002472434 | Depósito Xxxxxx1111 Pridco 2vendor | 485,848.35 |
| 05-10 | 29002446321 | Depósito Retiro Ela Autoridad Puerto Remittance | 447,787.21 |
| 05-10 | 29002469624 | Depósito Retiro Municipio Utuado Payments | 89,608.53 |
| 05-10 | 29002374133 | Depósito Xxxxxx0001 Mun Hormigueros Cash Disb | 84,704.82 |
| 05-10 | 29002446328 | Depósito Retiro Ela Autoridad Puerto Remittance | 74,505.04 |
| 05-10 | 29002374836 | Depósito Xxxxxx9686 Mun de Aibonito Payments | 71,239.91 |
| 05-10 | 29002447718 | Depósito Xxx-xx-0711 Mun Quebradillas Payments | 62,195.21 |
| 05-10 | 29002537390 | Depósito Xxxxxx0321 Benef Marg Coamo Payments | 61,313.67 |
| 05-10 | 23000827797 | Depósito Xxxxxx0678 Adm Seguro Salud Credits | 59,116.74 |
| 05-10 | 29002467463 | Depósito Adm Sist Ret Mun Las Marías Credits | 50,713.68 |
| 05-10 | 29002442317 | Depósito Retiro Cst Fondos Estatales Credits | 33,347.19 |
| 05-10 | 23000827803 | Depósito Xxxxxx0678 Adm Seguro Salud Credits | 10,746.78 |
| 05-10 | 29002537388 | Depósito Xxxxxx321a Benef Marg Coamo Payments | 9,898.12 |
| 05-10 | 29002304776 | Depósito Retiro Sup Capitolio PR Aportacion | 9,094.97 |
| 05-10 | 28002135108 | Depósito Abr 2017 Fideicomiso Payment | 4,026.83 |
| 05-10 | 29002441127 | Depósito Sisret Metropistas Payables | 1,113.35 |
| 05-10 | 29002442310 | Depósito Retiro Cst Fondos Estatales Credits | 986.12 |
| 05-10 | 29002442324 | Depósito Retiro Cst Fondos Estatales Credits | 834.92 |
| 05-10 | 29002537389 | Depósito Xxxxxx321b Benef Marg Coamo Payments | 599.62 |
| 05-10 | 010400001 | Rec Fallecido Luis Collazo | 2,512.40 |
| 05-11 | 30002718745 | Depósito Retiro Bpr Mun Cidra Credits | 177,413.27 |
| 05-11 | 29002471945 | Depósito Gurabo 4-2017 Mugu Cuenta Corr Abril 2017 | 79,134.49 |

STIPO9S.010-06/01/2017-000002373

**BANCO POPULAR**

Desde:
29 de abril de 2017

Hasta:
31 de mayo de 2017

AUTHORITIES

Página 5

Número de Cuenta
030-051177

PUERTO RICO GOVERNMENT EMPLOYEES

## Depósitos (continuación)

### Otros Créditos (continuación)

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 05-11 | 30002649342 | Depósito 769-1 Sepr Desembolsos Suplidores | 41,807.54 |
| 05-11 | 29002471800 | Depósito Gurabo 4-2017 Mugu Cuenta Corr Abril 2017 | 898.30 |
| 05-11 | 010000001 | Rec Fallecido Harry Cruz | 162.25 |
| 05-11 | 500082824 | Crédito | 2,692,753.48 |
| 05-12 | 32003789809 | Depósito Xxxxxx0663 Policía Nómina | 9,660,471.24 |
| 05-12 | 32003789810 | Depósito Xxxxxx0663 Policía Nómina | 1,046,678.53 |
| 05-12 | 31003576606 | Depósito Fdo.Esp.Retiro Mun. Bayamón Credits | 253,641.49 |
| 05-12 | 31003410946 | Depósito Retiro 328-971 Mun de Guayama Payments | 168,838.66 |
| 05-12 | 31003573327 | Depósito Retiro Mun de Vega Baja Payments | 145,403.04 |
| 05-12 | 32003770234 | Depósito Group: 6792 Int Credited Apr/17 | 133,304.18 |
| 05-12 | 31003524460 | Depósito Xxxxxx1177 Mun Juana Díaz Pagoretiro | 102,947.64 |
| 05-12 | 30003123584 | Depósito Ret Ela Ddec Desarrollo Payments | 97,961.86 |
| 05-12 | 31003575724 | Depósito Xxxxxx1068 Mun de Vega Alta Remittance | 92,032.51 |
| 05-12 | 31003480163 | Depósito Pago Retiro Mun Las Piedras Remittance | 88,938.30 |
| 05-12 | 31003443623 | Depósito Ret Ela Ddec Desarrollo Payments | 77,401.58 |
| 05-12 | 31003474806 | Depósito a.S.R. Mun Camuy 7226 Payments | 72,178.76 |
| 05-12 | 31003467310 | Depósito Retiro Municipio Rincón Credits | 70,137.70 |
| 05-12 | 30002760392 | Depósito Retiro Mun San Sebastia Retiro | 59,579.90 |
| 05-12 | 21010108141 | Depósito Retiro Mun Corozal Credits | 53,792.82 |
| 05-12 | 30002844518 | Depósito Xxxxxx9686 Mun de Añasco Credits | 46,104.97 |
| 05-12 | 31003479038 | Depósito Retiro Mun Culebra Credits | 31,537.64 |
| 05-12 | 21010108147 | Depósito Retiro Mun Corozal Credits | 12,320.65 |
| 05-12 | 32003789811 | Depósito Xxxxxx0663 Policía Nómina | 649.54 |
| 05-12 | 29002543403 | Depósito Xxxxxx9686 Sist Retiro Ela Debits | 25.00 |
| 05-12 | 11705000612 | 170512000612000 -incoming Wire | 981,170.47 |
| 05-12 | 11705000619 | 170512000619000 -incoming Wire | 181,497.51 |
| 05-12 | 11705000616 | 170512000616000 -incoming Wire | 43,625.44 |
| 05-15 | 32004021015 | Depósito Remesa Nómina Cfse Remittance | 4,007,042.96 |
| 05-15 | 35004534816 | Depósito Xxxxxx0001 a.a.a. Remittance | 2,741,592.37 |

**BANCO POPULAR**

Desde: 29 de abril de 2017
Hasta: 31 de mayo de 2017

AUTHORITIES

Página 6

Número de Cuenta
**030-051177**
PUERTO RICO GOVERNMENT EMPLOYEES

## Depósitos (continuación)

### Otros Créditos (continuación)

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---:|
| 05-15 | 32004091335 | Depósito  Xxxxxx0589  Aut. Carreteras Credits | 1,325,134.64 |
| 05-15 | 32004097707 | Depósito  Xxxxxx0041  M Caguas Suplido Credits | 560,180.81 |
| 05-15 | 32004092467 | Depósito  Xxxxxx1017  Municipio Caroli Credits | 538,554.14 |
| 05-15 | 31003576158 | Depósito  Pago Remesa  Aeela Credits | 401,128.55 |
| 05-15 | 32003768189 | Depósito  Adm Sis  Oficina del Cont Payments | 383,638.13 |
| 05-15 | 32003791783 | Depósito  Xxxxxx0198  Ma-cta Corriente Payments | 259,244.99 |
| 05-15 | 35004537039 | Depósito  Barceloneta  Mun Barceloneta Credits | 207,343.06 |
| 05-15 | 32003768183 | Depósito  Adm Sis  Oficina del Cont Payments | 198,813.91 |
| 05-15 | 35004534817 | Depósito  Xxxxxx0001  a.a.a. Remittance | 189,860.97 |
| 05-15 | 31003574683 | Depósito  Xxxxxx0223  Aut Maritimo Payments | 172,043.17 |
| 05-15 | 32004016768 | Depósito  Adm Retiro  Cta Operacional Remittance | 140,101.76 |
| 05-15 | 32004018777 | Depósito  84asr  Mun Cabo Rojo Credits | 139,370.71 |
| 05-15 | 32004021728 | Depósito  Xxxxxx2345  Corporación Wipr Credits | 136,698.65 |
| 05-15 | 31003565846 | Depósito  Xxxxxx0262  Banco Desarrollo Credits | 130,550.06 |
| 05-15 | 32004096421 | Depósito  Retiro  Municipio Aguada Credits | 122,701.95 |
| 05-15 | 32004096897 | Depósito  Retiro  Mun de Moca Cash Disb | 118,887.73 |
| 05-15 | 32004092466 | Depósito  Xxxxxx3017  Municipio Caroli Credits | 106,945.34 |
| 05-15 | 32004020861 | Depósito  Xxxxxx4154  Lecossec Dd 12 Mayo | 104,263.82 |
| 05-15 | 29002531869 | Depósito  Xxxxxx9686  Aut de Tierras Credits | 104,048.95 |
| 05-15 | 32004098270 | Depósito  Xxxxxx9686  Mun Isabela Payments | 84,085.84 |
| 05-15 | 31003410444 | Depósito  Xxxxxx0001  Mun Lares Cash Disb | 80,452.55 |
| 05-15 | 32003675744 | Depósito  Xxxxxx1111  Mun de Cayey Mun Cayey | 80,226.58 |
| 05-15 | 32004096882 | Depósito  Adm Retiro  Mun Comeío Credits | 54,154.45 |
| 05-15 | 32003791175 | Depósito  10reti  Bella Artes 9147 Remittance | 52,169.94 |
| 05-15 | 32004096477 | Depósito  Retiro  Seguros Agricola Credits | 28,602.56 |
| 05-15 | 29002531863 | Depósito  Xxxxxx9686  Aut de Tierras Credits | 19,413.79 |
| 05-15 | 32004096778 | Depósito  Adm-retiro  Corp Enlace Cash Disb | 19,363.85 |

Confidential

**BANCO POPULAR**

| | |
|---|---|
| Desde: | 29 de abril de 2017 |
| Hasta: | 31 de mayo de 2017 |

AUTHORITIES

Página 7

Número de Cuenta
**030-051177**

PUERTO RICO GOVERNMENT EMPLOYEES

## Depósitos (continuación)

### Otros Créditos (continuación)

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 05-15 | 32004022524 | Depósito Retiro 03/2017 Mun de Naranjito Credits | 17,464.38 |
| 05-15 | 30003252939 | Depósito Xxxxxx9686 Sist Retiro Ela Debits | 12,152.73 |
| 05-15 | 31003658001 | Depósito Banco Popu Puerto de Ponce Abr 2017 | 11,705.85 |
| 05-15 | 31003574689 | Depósito Xxxxxx0223 Aut Maritimo Payments | 8,539.20 |
| 05-15 | 32004096470 | Depósito Retiro Seguros Agricola Credits | 3,871.40 |
| 05-15 | 32004020863 | Depósito Xxxxxx4155 Lecossec Dd 12 Mayo | 3,706.18 |
| 05-15 | 32004016803 | Depósito Adm Retiro Cta Operacional Remittance | 3,101.80 |
| 05-15 | 32003791191 | Depósito 10reti Bella Artes 9147 Remittance | 1,194.59 |
| 05-15 | 30003252910 | Depósito Xxxxxx9686 Sist Retiro Ela Debits | 472.48 |
| 05-15 | 30003252947 | Depósito Xxxxxx9686 Sist Retiro Ela Debits | 173.34 |
| 05-15 | 32004092468 | Depósito Xxxxxx2017 Municipio Caroli Credits | 118.66 |
| 05-15 | 32003791793 | Depósito Xxxxxx9686 Sist Retiro Ela Debits | 50.00 |
| 05-15 | 11705001941 | 170515001941000 -incoming Wire | 485,213.70 |
| 05-15 | 500211366 | Crédito | 3,550,636.82 |
| 05-16 | 35004443695 | Depósito Sistema Retiro Mun. de San Jua Credits | 3,255,548.26 |
| 05-16 | 35004619024 | Depósito 1000 1040 Gdb Gdb Pay | 190,932.34 |
| 05-16 | 35004619022 | Depósito 1000 1040 Gdb Gdb Pay | 163,853.87 |
| 05-16 | 35004534915 | Depósito Xxxxxx0001 Mun Toa Alta Credits | 94,991.84 |
| 05-16 | 35004445388 | Depósito Adm Sist Retiro Cta Gen Mun Laja Credits | 90,626.50 |
| 05-16 | 35004381129 | Depósito Xxxxxx0223 Aut Maritimo Payments | 84,798.90 |
| 05-16 | 32004131741 | Depósito Xxxxxx0288 Mun de Fajardo Payments | 66,634.41 |
| 05-16 | 35004619028 | Depósito 7000 34 Aut Asesoria Fin Aafaf | 45,356.08 |
| 05-16 | 35004430489 | Depósito Asr Mun Santa Isabel Retiro Pay | 41,955.12 |
| 05-16 | 35004444273 | Depósito Xxxxxx3344 Mun Aguas Buenas Payments | 37,595.24 |
| 05-16 | 35004188351 | Depósito Adm. Sistemas D Cdr Operacional Suplidores | 35,202.10 |
| 05-16 | 35004619020 | Depósito 1000 1040 Gdb Gdb Pay | 33,679.22 |
| 05-16 | 35004619018 | Depósito 1000 1040 Gdb Gdb Pay | 32,355.85 |
| 05-16 | 35004535000 | Depósito Retiro Cam Credits | 21,994.56 |

**BANCO POPULAR**

Desde: 29 de abril de 2017
Hasta: 31 de mayo de 2017

AUTHORITIES

Página 8

Número de Cuenta
**030-051177**
PUERTO RICO GOVERNMENT EMPLOYEES

## Depósitos (continuación)

### Otros Créditos (continuación)

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 05-16 | 32004131740 | Depósito Xxxxxx0287 Mun de Fajardo Payments | 12,739.87 |
| 05-16 | 35004619014 | Depósito 1000 1040 Gdb Gdb Pay | 6,210.22 |
| 05-16 | 35004619026 | Depósito 9100 1040 Gdb Gdb Pay | 5,036.34 |
| 05-16 | 35004535006 | Depósito Retiro Cam Credits | 4,264.20 |
| 05-16 | 32004131739 | Depósito Xxxxxx8938 Mun de Fajardo Payments | 652.21 |
| 05-16 | 500136233 | Crédito | 3,597,972.83 |
| 05-17 | 36004855933 | Depósito Xxxxxx1111 Pridco 2vendor | 485,848.35 |
| 05-17 | 36004651312 | Depósito Xxxxxx1111 Adm Desarrollo Adea | 262,377.91 |
| 05-17 | 35004581725 | Depósito Barceloneta Mun Barceloneta Credits | 1,011.18 |
| 05-17 | 010200002 | Rec Fallecido Ines Díaz | 508.92 |
| 05-17 | 010200001 | Rec Fallecid Felix Caraballo | 250.00 |
| 05-18 | 36004855578 | Depósito Adm Sist Retiro Cuenta Corriente Trujilloal | 176,215.06 |
| 05-18 | 37005337192 | Depósito Retiro San Mun San Germán Retiro Abr | 113,296.48 |
| 05-18 | 37005404816 | Depósito Remesa Ati 0839 Payments | 11,586.35 |
| 05-18 | 37005404810 | Depósito Remesa Ati 0839 Payments | 9,086.25 |
| 05-18 | 500095719 | Crédito | 2,900,078.37 |
| 05-19 | 38005661046 | Depósito Xxxxxx0656 Aut. Carreteras Credits | 1,078,623.64 |
| 05-19 | 37005454951 | Depósito 10reti Bella Artes 9147 Remittance | 20,296.30 |
| 05-19 | 011000001 | Fec Fallecid Nelly Rodríguez | 567.27 |
| 05-22 | 38005774521 | Depósito Retiro Ela Autoridad Puerto Remittance | 300,000.00 |
| 05-22 | 39006061272 | Depósito Retiro 03/2017 Mun de Naranjito Credits | 72,395.05 |
| 05-22 | 39006062964 | Depósito Retiro Mun Sabana Grand Payments | 69,551.67 |
| 05-22 | 39006062776 | Depósito Retiro Ela Consejo Educa Payments | 7,557.08 |
| 05-23 | 42006401957 | Depósito Ret Ela Ddec Desarrollo Payments | 112,286.25 |
| 05-23 | 42006496106 | Depósito Retiro Mun de Morovis Credits | 90,751.94 |
| 05-23 | 71434435751 | TelePago Xxxxxx7944 Crédito | 13,876,582.48 |
| 05-23 | 010100001 | Rec Fallecido José Ruíz | 249.00 |
| 05-24 | 39006120492 | Depósito Xxxxxx0017 Municipio Caroli Credits | 605,041.70 |
| 05-24 | 43006798265 | Depósito Xxxxxx0210 Ads Operaciones Payments | 65,564.29 |

**BANCO POPULAR**

Desde:
29 de abril de 2017

Hasta:
31 de mayo de 2017

AUTHORITIES

Página 9

Número de Cuenta
030-051177

PUERTO RICO GOVERNMENT EMPLOYEES

## Depósitos (continuación)

### Otros Créditos (continuación)

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 05-24 | 43006850837 | Depósito Xxxxxx0367 Banco Desarrollo Credits | 54,816.33 |
| 05-25 | 43006774111 | Depósito Xxxxxx9686 Sist Retiro Ela Debits | 1,004.00 |
| 05-25 | 010300001 | Rec Fallecido Carmen Rios | 498.00 |
| 05-25 | 010300002 | Rec Fallecido Petra Tapia | 321.73 |
| 05-26 | 45007878453 | Depósito Ret-regular Nómina Remittance | 32,683.28 |
| 05-26 | 45007878474 | Depósito Ret-plan de Pag Nómina Remittance | 14,879.05 |
| 05-26 | 45007824449 | Depósito Xxxxxx9686 Sist Retiro Ela Debits | 4,975.00 |
| 05-26 | 45007878488 | Depósito Ret-transitorio Operacional Remittance | 3,733.72 |
| 05-26 | 45007797879 | Depósito Retiro Cst Fondos Estatales Credits | 2,504.70 |
| 05-26 | 45007878466 | Depósito Ley70-eapd Nómina Remittance | 1,669.41 |
| 05-30 | 46008175484 | Depósito Sistema Retiro Mun. de San Jua Credits | 993,061.56 |
| 05-30 | 46008190900 | Depósito Retiro Hs Mp Head Start Credits | 133,924.91 |
| 05-30 | 45007910119 | Depósito Xxxxxx0001 Municipio Barran Credits | 62,775.10 |
| 05-30 | 46008228557 | Depósito Xxxxxx9686 Sist Retiro Ela Debits | 28,876.18 |
| 05-30 | 46008228587 | Depósito Xxxxxx9686 Sist Retiro Ela Debits | 3,873.15 |
| 05-30 | 46008228495 | Depósito Xxxxxx9686 Sist Retiro Ela Debits | 1,670.78 |
| 05-30 | 71386273170 | TelePago Xxxxxx4833 Crédito | 562.02 |
| 05-31 | 51009009011 | Depósito Xxxxxx6061 Adfan EFT Pay | 205,047.67 |
| 05-31 | 44007002582 | Depósito Xxxxxx9686 Cc Exportacion Credits | 113,288.73 |
| 05-31 | 44007002568 | Depósito Xxxxxx9686 Cc Exportacion Credits | 8,109.86 |
| 05-31 | 51009304661 | Depósito Xxxxxx1111 Pridco 6vendor | 1,571.15 |
| 05-31 | 71510035191 | TelePago Xxxxxx4589 Transferencia de Fondos | 77,018.19 |
| 05-31 | 71515990911 | TelePago Xxxxxx5199 Transferencia de Fondos | 48,987.49 |
| 05-31 | 71510036301 | TelePago Xxxxxx4600 Transferencia de Fondos | 37,958.31 |
| 05-31 | 71510037021 | TelePago Xxxxxx4562 Transferencia de Fondos | 18,604.08 |
| 05-31 | 71510035781 | TelePago Xxxxxx4597 Transferencia de Fondos | 7,662.60 |
| 05-31 | 71510037571 | TelePago Xxxxxx4570 Transferencia de Fondos | 4,540.79 |
| | | 218 Total de otros depósitos | 70,966,412.64 |

**BANCO POPULAR**

Desde: 29 de abril de 2017
Hasta: 31 de mayo de 2017

AUTHORITIES

Página 10

Número de Cuenta: 030-051177

PUERTO RICO GOVERNMENT EMPLOYEES

|  | 245 Total de depósitos | $76,351,447.39 |
|---|---|---|

## Retiros

### Otros Débitos

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 05-01 | 21010234696 | Pago -sett-webcashma Return Settle Return | 2,835.14 |
| 05-02 | 22000637967 | Pago -sett-webcashma Return Settle Return | 479.81 |
| 05-03 | 22000342345 | Pago Xxxxxx9686 Sist Retiro Ela Credits | 50.00 |
| 05-05 | 71250908381 | TelePago Xxxxxx7944 Transferencia a Cuenta Cheques | 20,726,033.54 |
| 05-05 | 71250918801 | TelePago Xxxxxx1185 Transferencia a Cuenta Cheques | 2,000,000.00 |
| 05-05 | 23000760367 | Pago Xxxxxx9686 Sist Retiro Ela Credits | 75.00 |
| 05-05 | 23000944066 | Pago Xxxxxx9686 Sist Retiro Ela Credits | 50.00 |
| 05-08 | 25001796853 | Pago Xxxxxx9686 Sist Retiro Ela Credits | 45,827.69 |
| 05-09 | 25001796859 | Pago Xxxxxx9686 Sist Retiro Ela Credits | 56,475,000.00 |
| 05-10 | 28002104148 | Pago Xxxxxx9686 Sist Retiro Ela Credits | 656.85 |
| 05-10 | 28002104154 | Pago Xxxxxx9686 Sist Retiro Ela Credits | 8,799.00 |
| 05-10 | 28002184221 | Pago Xxxxxx9686 Sist Retiro Ela Payments | 82,438.10 |
| 05-11 | 29002634337 | Pago Xxxxxx9686 Sist Retiro Ela Payments | 672,377.55 |
| 05-15 | 35004636153 | Pago -sett-webcashma Return Settle Return | 690.26 |
| 05-16 | 71364884071 | TelePago Xxxxxx1185 Transferencia a Cuenta Cheques | 2,000,000.00 |
| 05-16 | 36005083577 | Pago -sett-webcashma Return Settle Return | 494.00 |
| 05-17 | 37005522506 | Pago -sett-webcashma Return Settle Return | 658.00 |
| 05-22 | 32004023414 | Pago Xxxxxx9686 Debits Ela Credits | 13,876,582.48 |
| 05-23 | 39006072491 | Pago Xxxxxx9686 Sist Retiro Ela Payments | 120,967.68 |
| 05-23 | 39006072498 | Pago Xxxxxx9686 Sist Retiro Ela Payments | 447,446.02 |
| 05-25 | 39006072484 | Pago Xxxxxx9686 Sist Retiro Ela Payments | 2,197,650.99 |
| 05-25 | 39006072505 | Pago Xxxxxx9686 Sist Retiro Ela Payments | 234,379.95 |
| 05-25 | 39006072512 | Pago Xxxxxx9686 Sist Retiro Ela Payments | 1,048,251.31 |
| 05-26 | 71461278571 | TelePago Xxxxxx5199 Transferencia a Cuenta Cheques | 2,856.20 |
| 05-30 | 50008948752 | Pago -sett-webcashma Return Settle Return | 25.00 |
| 05-31 | 51009546931 | Pago -sett-webcashma Return Settle Return | 3,484.11 |

Confidential

**BANCO POPULAR**

| | |
|---|---|
| Desde: | 29 de abril de 2017 |
| Hasta: | 31 de mayo de 2017 |

AUTHORITIES

Página 11

Número de Cuenta
030-051177
PUERTO RICO GOVERNMENT EMPLOYEES

## Retiros (continuación)

Otros Débitos (continuación)

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| | | 26 Total de otros retiros | $99,948,108.68 |
| | | 26 Total de retiros | $99,948,108.68 |
| | | **Balance Final** | **$271,188,764.03** |

## Historial de Balance Diario

| Fecha | Cantidad en Libro | Cantidad Disponible | Fecha | Cantidad en Libro | Cantidad Disponible |
|---|---|---|---|---|---|
| 05-01 | 295,730,489.16 | 295,557,487.61 | 05-16 | 262,632,852.31 | 262,547,536.24 |
| 05-02 | 296,289,802.72 | 296,289,025.09 | 05-17 | 263,401,962.23 | 263,282,472.38 |
| 05-03 | 296,580,319.25 | 296,467,573.96 | 05-18 | 266,615,484.39 | 266,492,034.20 |
| 05-04 | 298,971,138.57 | 298,746,819.76 | 05-19 | 267,722,800.89 | 263,591,743.44 |
| 05-05 | 277,132,822.43 | 220,395,682.75 | 05-22 | 254,622,569.80 | 250,559,718.86 |
| 05-08 | 278,498,013.94 | 221,833,721.40 | 05-23 | 271,951,816.98 | 271,590,813.65 |
| 05-09 | 222,731,602.44 | 222,355,470.39 | 05-24 | 272,692,523.21 | 272,373,985.91 |
| 05-10 | 224,220,108.01 | 223,291,947.72 | 05-25 | 269,243,592.87 | 269,192,363.19 |
| 05-11 | 226,602,057.41 | 226,251,227.06 | 05-26 | 269,381,661.57 | 269,234,746.44 |
| 05-12 | 240,077,893.44 | 239,893,232.73 | 05-30 | 270,609,098.47 | 270,427,550.73 |
| 05-15 | 256,707,709.87 | 256,607,512.74 | 05-31 | 271,188,764.03 | 271,171,988.59 |

Su balance mínimo durante este período fue: $222,731,602.44

Su próximo estado será el 30 de junio de 2017

### Mensajes de Interés

DE TENER ALGUNA PREGUNTA O IDENTIFICAR ALGÚN ERROR EN ESTE ESTADO DE CUENTA DEBE COMUNICARSE AL CENTRO DE BANCA DE NEGOCIOS AL 787-756-3939 O 1-855-756-3939 DENTRO DEL TÉRMINO ESTABLECIDO EN EL CONTRATO DE CUENTAS DE DEPÓSITO COMERCIALES.

Confidential ERS_LS0002197

STIPO9S.010-06/01/2017-000002373

# BANCO POPULAR

**Estado Bancario**

Desde: 29 de abril de 2017
Hasta: 31 de mayo de 2017

PUERTO RICO GOVERNMENT EMPLOYEES 3065
ASR PAGO DE BENEFICIOS
PO BOX 42003
SAN JUAN PR 00940-2203

MAXI PREMIUM AUTHORITIES

Página 1

Número de Cuenta
**030-064546**

PUERTO RICO GOVERNMENT EMPLOYEES

## Resumen de su Cuenta

### Cheques

| | |
|---|---|
| Balance Inicial | $533,818.78 |
| 01 Depósitos + | 72.38 |
| 00 Retiros - | 0.00 |
| Cargos por Servicios - | 0.00 |
| Balance Final | $533,891.16 |

## Detalle de la actividad de su Cuenta

### Cheques

| | |
|---|---|
| Balance Inicial | $533,818.78 |

### Depósitos

#### Otros Créditos

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 05-31 | | Intereses Acreditados | 72.38 |
| | | 01 Total de otros depósitos | 72.38 |
| | | 01 Total de depósitos | $72.38 |
| | | Balance Final | $533,891.16 |

### Cómputo del interés devengado

| | | Días en el Ciclo | Tasa Periódica Diaria | Tasa de Rendimiento Anual |
|---|---|---|---|---|
| Balance promedio durante este ciclo | $533,818.78 | 33 | 0.000410900% | 0.15000% |

| | Cantidad |
|---|---|
| Interés devengado | $72.38 |

### Historial de Balance Diario

| Fecha | Cantidad en Libro | Cantidad Disponible | Fecha | Cantidad en Libro | Cantidad Disponible |
|---|---|---|---|---|---|
| 05-01 | 533,818.78 | 533,818.78 | 05-16 | 533,818.78 | 533,818.78 |
| 05-02 | 533,818.78 | 533,818.78 | 05-17 | 533,818.78 | 533,818.78 |
| 05-03 | 533,818.78 | 533,818.78 | 05-18 | 533,818.78 | 533,818.78 |
| 05-04 | 533,818.78 | 533,818.78 | 05-19 | 533,818.78 | 533,818.78 |
| 05-05 | 533,818.78 | 533,818.78 | 05-22 | 533,818.78 | 533,818.78 |
| 05-08 | 533,818.78 | 533,818.78 | 05-23 | 533,818.78 | 533,818.78 |
| 05-09 | 533,818.78 | 533,818.78 | 05-24 | 533,818.78 | 533,818.78 |
| 05-10 | 533,818.78 | 533,818.78 | 05-25 | 533,818.78 | 533,818.78 |
| 05-11 | 533,818.78 | 533,818.78 | 05-26 | 533,818.78 | 533,818.78 |
| 05-12 | 533,818.78 | 533,818.78 | 05-30 | 533,818.78 | 533,818.78 |
| 05-15 | 533,818.78 | 533,818.78 | 05-31 | 533,891.16 | 533,891.16 |

Recibe GRATIS en tu correo electrónico tu Estado de Cuenta comercial!!! Llame al 787-756-3939 ó 1-855-756-3939.

Ahora TeleBanco Comercial es el nuevo Centro de Banca de Negocios y nuestro nuevo número es el 787- 756- 3939 ó 1- 855-756-3939.

CENTRO DE BANCA DE NEGOCIOS le ofrece la forma más rápida y eficiente de obtener información de sus cuentas comerciales y servicios relacionados sin tener que visitar la sucursal.

Usted puede obtener información de:

- Balance en sus cuentas
- Productos y sercicios comerciales
- Préstamos Comerciales
- Soluciones de crédito
- Todo tipo de reclamaciones
- Apoyo técnico en los servicios



# Estado Bancario

Desde: 29 de abril de 2017
Hasta: 31 de mayo de 2017

PUERTO RICO GOVERNMENT EMPLOYEES 3073
EMPLOYER CONTRIBUTION SEGREGATED ACCOUNT
PO BOX 42003
SAN JUAN PR 00940-2203

MAXI PREMIUM AUTHORITIES

Página 1

Número de Cuenta
**030-067944**
PUERTO RICO GOVERNMENT EMPLOYEES

## Resumen de su Cuenta

### Cheques

| | |
|---|---|
| Balance Inicial | $179,381,619.84 |
| 02 Depósitos + | 20,752,143.39 |
| 01 Retiros - | 13,876,582.48 |
| Cargos por Servicios - | 0.00 |
| Balance Final | $186,257,180.75 |

Recibe GRATIS en tu correo electrónico tu Estado de Cuenta comercial!!! Llame al 787-756-3939 ó 1-855-756-3939.

Ahora TeleBanco Comercial es el nuevo Centro de Banca de Negocios y nuestro nuevo número es el 787-756-3939 ó 1-855-756-3939.

CENTRO DE BANCA DE NEGOCIOS le ofrece la forma más rápida y eficiente de obtener información de sus cuentas comerciales y servicios relacionados sin tener que visitar la sucursal.

Usted puede obtener información de:
- Balance en sus cuentas
- Productos y sercicios comerciales
- Préstamos Comerciales
- Soluciones de crédito
- Todo tipo de reclamaciones
- Apoyo técnico en los servicios

## Detalle de la actividad de su Cuenta

### Cheques

| | Balance inicial | $179,381,619.84 |
|---|---|---|

### Depósitos

#### Otros Créditos

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 05-05 | 71250908381 | TelePago Xxxxxx1177 Crédito | 20,726,033.54 |
| 05-31 | | Intereses Acreditados | 26,109.85 |
| | | 02 Total de otros depósitos | 20,752,143.39 |
| | | 02 Total de depósitos | $20,752,143.39 |

### Retiros

#### Otros Débitos

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 05-23 | 71434435751 | TelePago Xxxxxx1177 Transferencia a Cuenta Cheques | 13,876,582.48 |
| | | 01 Total de otros retiros | $13,876,582.48 |
| | | 01 Total de retiros | $13,876,582.48 |
| | | **Balance Final** | **$186,257,180.75** |

### Cómputo del interés devengado

| | Días en el Ciclo | Tasa Periódica Diaria | Tasa de Rendimiento Anual |
|---|---|---|---|
| Balance promedio durante este ciclo $192,554,761.15 | 33 | 0.000410900% | 0.15000% |

| | Cantidad |
|---|---|
| Interés devengado | $26,109.85 |

### Historial de Balance Diario

| Fecha | Cantidad en Libro | Cantidad Disponible | Fecha | Cantidad en Libro | Cantidad Disponible |
|---|---|---|---|---|---|
| 05-01 | 179,381,619.84 | 179,381,619.84 | 05-02 | 179,381,619.84 | 179,381,619.84 |

Confidential

ERS_LS0002875

# BANCO POPULAR

Desde: 29 de abril de 2017
Hasta: 31 de mayo de 2017

MAXI PREMIUM AUTHORITIES

Página 2

Número de Cuenta
030-067944

PUERTO RICO GOVERNMENT EMPLOYEES

## Historial de Balance Diario (continuación)

| Fecha | Cantidad en Libro | Cantidad Disponible | Fecha | Cantidad en Libro | Cantidad Disponible |
|-------|-------------------|---------------------|-------|-------------------|---------------------|
| 05-03 | 179,381,619.84 | 179,381,619.84 | 05-17 | 200,107,653.38 | 200,107,653.38 |
| 05-04 | 179,381,619.84 | 179,381,619.84 | 05-18 | 200,107,653.38 | 200,107,653.38 |
| 05-05 | 200,107,653.38 | 200,107,653.38 | 05-19 | 200,107,653.38 | 200,107,653.38 |
| 05-08 | 200,107,653.38 | 200,107,653.38 | 05-22 | 200,107,653.38 | 200,107,653.38 |
| 05-09 | 200,107,653.38 | 200,107,653.38 | 05-23 | 186,231,070.90 | 186,231,070.90 |
| 05-10 | 200,107,653.38 | 200,107,653.38 | 05-24 | 186,231,070.90 | 186,231,070.90 |
| 05-11 | 200,107,653.38 | 200,107,653.38 | 05-25 | 186,231,070.90 | 186,231,070.90 |
| 05-12 | 200,107,653.38 | 200,107,653.38 | 05-26 | 186,231,070.90 | 186,231,070.90 |
| 05-15 | 200,107,653.38 | 200,107,653.38 | 05-30 | 186,231,070.90 | 186,231,070.90 |
| 05-16 | 200,107,653.38 | 200,107,653.38 | 05-31 | 186,257,180.75 | 186,257,180.75 |

Su balance mínimo durante este período fue: $179,381,619.84

Su próximo estado será el 30 de junio de 2017

### Mensajes de Interés

DE TENER ALGUNA PREGUNTA O IDENTIFICAR ALGÚN ERROR EN ESTE ESTADO DE CUENTA DEBE COMUNICARSE AL CENTRO DE BANCA DE NEGOCIOS AL 787-756-3939 O 1-855-756-3939 DENTRO DEL TÉRMINO ESTABLECIDO EN EL CONTRATO DE CUENTAS DE DEPÓSITO COMERCIALES.

Confidential

ERS_LS0002876

**BANCO POPULAR**

**Estado Bancario**

Desde: 18 de julio de 2017
Hasta: 31 de julio de 2017

PUERTO RICO GOVERNMENT EMPLOYEES
ASR POST PETITION SEGREGATED ACCOUNT
PO BOX 42003
SAN JUAN PR  00940-2203

2623

AUTHORITIES

Página 1

Número de Cuenta
**030-078059**
PUERTO RICO GOVERNMENT EMPLOYEES

## Resumen de su Cuenta

### Cheques

| | | |
|---|---|---|
| Balance Inicial | | $0.00 |
| 03 Depósitos | + | 37,183,691.60 |
| 00 Retiros | - | 0.00 |
| Cargos por Servicios | - | 0.00 |
| Balance Final | | $37,183,691.60 |

## Detalle de la actividad de su Cuenta

### Cheques

Balance inicial  $0.00

#### Depósitos
Otros Créditos

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 07-18 | 030052212 | Ajuste Realizado en Sucursal | 18,500,000.00 |
| 07-18 | 030051612 | Cuenta Nueva | 183,691.60 |
| 07-31 | 030049917 | Ajuste Realizado en Sucursal | 18,500,000.00 |
| | | 03 Total de otros depósitos | 37,183,691.60 |
| | | 03 Total de depósitos | $37,183,691.60 |
| | | **Balance Final** | **$37,183,691.60** |

### Historial de Balance Diario

| Fecha | Cantidad en Libro | Cantidad Disponible | Fecha | Cantidad en Libro | Cantidad Disponible |
|---|---|---|---|---|---|
| 07-18 | 18,683,691.60 | 18,683,691.60 | 07-25 | 18,683,691.60 | 18,683,691.60 |
| 07-19 | 18,683,691.60 | 18,683,691.60 | 07-26 | 18,683,691.60 | 18,683,691.60 |
| 07-20 | 18,683,691.60 | 18,683,691.60 | 07-27 | 18,683,691.60 | 18,683,691.60 |
| 07-21 | 18,683,691.60 | 18,683,691.60 | 07-28 | 18,683,691.60 | 18,683,691.60 |
| 07-24 | 18,683,691.60 | 18,683,691.60 | 07-31 | 37,183,691.60 | 37,183,691.60 |

Su balance mínimo durante este período fue: $18,683,691.60

Su próximo estado será el 31 de agosto de 2017

### Mensajes de Interés

DE TENER ALGUNA PREGUNTA O IDENTIFICAR ALGÚN ERROR EN ESTE ESTADO DE CUENTA DEBE COMUNICARSE AL CENTRO DE BANCA DE NEGOCIOS AL 787-756-3939 O 1-855-756-3939 DENTRO DEL TÉRMINO ESTABLECIDO EN EL CONTRATO DE CUENTAS DE DEPÓSITO COMERCIALES.

---

Recibe GRATIS en tu correo electrónico tu Estado de Cuenta comercial!!! Llame al 787-756-3939 ó 1-855-756-3939.

Ahora TeleBanco Comercial es el nuevo Centro de Banca de Negocios y nuestro nuevo número es el 787- 756- 3939 ó 1-855-756-3939.

CENTRO DE BANCA DE NEGOCIOS le ofrece la forma más rápida y eficiente de obtener información de sus cuentas comerciales y servicios relacionados sin tener que visitar la sucursal.

Usted puede obtener información de:
- Balance en sus cuentas
- Productos y sercicios comerciales
- Préstamos Comerciales
- Soluciones de crédito
- Todo tipo de reclamaciones
- Apoyo técnico en los servicios

```
                         S T A T E M E N T   O F   A C C O U N T

                                                         Page number:      1 /     2

                                                       AS OF : MAY 2017


    Account Number : 25001406
    Account Name   : ADMINISTRACION DE LOS SISTEMAS DE RE

    Adm Sistemas de Retiro de los Empleados del Gobierno
    Cecil Tirado Soto
    Contralor
    Apartado 42003
    Estacion Minillas
    San Juan PR 00940 2003

                                         PREVIOUS BALANCE ON   04/2017     32,058,235.84

                          ***   MONTHLY TRANSACTION DETAIL ***

   ----------------------------------------------------------------------------------
    DATE      VALUE              DESCRIPTION                TRANSACTION
              DATE                                             AMOUNT            BALANCE
   ----------------------------------------------------------------------------------

    05/04/17            BALANCE PLANES MEDICOS - OPE         2,036,153.44-    30,022,082.40
    05/31/17 06/01/17   Interest Payment                            2,613.24  30,024,695.64




                          ***   MONTHLY TRANSACTION SUMMARY ***
   ----------------------------------------------------------------------------------
    NUMBER OF DEBIT(S)          :              1  NUMBER OF CREDIT(S)   :              1
    TOTAL AMOUNT DEBIT          :      2,036,153.44  TOTAL AMOUNT CREDIT   :       2,613.24
    CLOSING BALANCE   05/31/17 :     30,024,695.64
   ----------------------------------------------------------------------------------
```

*Any claim related to this statement must be made in writing during the following 30 days of the statement date.*



GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO
COMMONWEALTH OF PUERTO RICO

PO Box 42001 San Juan, PR 00940-2001
Telephone (787) 722-2525

Confidential

ERS_LS0003813