**Chart Summarizing ERS Bond Debt Service**

| Bond Year | Series A Principal Debt Service[1] | Series A Bonds Interest[2] | Series B Principal Debt Service[3] | Series B Bonds Interest[4] | Series C Principal Debt Service[5] | Series C Bonds Interest[6] | Total Debt Service[7] |
|---|---|---|---|---|---|---|---|
| 2019 | | 95,504,240 | | 52,428,250 | | 18,586,500 | 166,518,990 |
| 2020 | | 95,504,240 | | 52,428,250 | | 18,586,500 | 166,518,990 |
| 2021 | 50,000,000 | 95,504,240 | | 52,428,250 | | 18,586,500 | 216,518,990 |
| 2022 | 70,000,000 | 92,579,240 | | 52,428,250 | | 18,586,500 | 233,593,990 |
| 2023 | 80,000,000 | 88,484,240 | | 52,428,250 | | 18,586,500 | 239,498,990 |
| 2024 | | 83,804,240 | | 52,428,250 | 18,700,000 | 18,586,500 | 173,518,990 |
| 2025 | | 83,804,240 | | 52,428,250 | 22,000,000 | 17,436,450 | 175,668,940 |
| 2026 | | 83,804,240 | | 52,428,250 | 29,150,000 | 16,083,450 | 181,465,940 |
| 2027 | | 83,804,240 | | 52,428,250 | 36,300,000 | 14,290,725 | 186,823,215 |
| 2028 | 45,040,800 | 195,443,440 | 34,028,471 | 138,969,778 | 3,850,000 | 12,058,275 | 429,390,764 |
| 2029 | | 83,804,240 | 74,042,325 | 257,790,925 | 100,000 | 11,821,500 | 427,558,990 |
| 2030 | | 83,804,240 | 32,999,752 | 152,053,497 | 2,742,930 | 18,612,320 | 290,212,739 |
| 2031 | 3,000,000 | 83,804,240 | 142,100,911 | 135,642,338 | 100,000 | 11,782,500 | 376,429,989 |
| 2032 | 4,500,000 | 83,619,740 | 24,999,346 | 135,410,154 | 3,420,000 | 11,775,250 | 263,724,490 |
| 2033 | 4,000,000 | 83,342,990 | 25,000,570 | 142,973,929 | 4,320,000 | 11,561,500 | 271,198,989 |
| 2034 | 133,500,000 | 83,096,990 | 26,463,236 | 157,226,263 | 100,000 | 11,291,500 | 411,677,989 |
| 2035 | 133,500,000 | 74,886,740 | | 45,109,500 | 11,940,000 | 11,285,250 | 276,721,490 |
| 2036 | 133,500,000 | 66,676,490 | 67,500,000 | 45,109,500 | 2,160,000 | 10,539,000 | 325,484,990 |
| 2037 | 133,500,000 | 58,466,240 | 67,500,000 | 40,857,000 | 7,920,000 | 10,404,000 | 318,647,240 |
| 2038 | 133,500,000 | 50,255,990 | 67,500,000 | 36,604,500 | 14,400,000 | 9,909,000 | 312,169,490 |

---

[1] Ex. C, Bond Offering Statement, Series A, at 18-19.
[2] Id.
[3] Ex. T, Bond Offering Statement, Series B, at 18-19.
[4] Id.
[5] Ex. U, Bond Offering Statement, Series C, at 18-19.
[6] Id.
[7] Id.

**RC D**

| Bond Year | Series A Principal Debt Service[1] | Series A Bonds Interest[2] | Series B Principal Debt Service[3] | Series B Bonds Interest[4] | Series C Principal Debt Service[5] | Series C Bonds Interest[6] | Total Debt Service[7] |
|---|---|---|---|---|---|---|---|
| 2039 | 167,920,000 | 42,045,740 | 67,500,000 | 32,352,000 | 28,600,000 | 9,009,000 | 347,426,740 |
| 2040 | 89,750,000 | 31,634,700 | | 28,099,500 | 28,600,000 | 7,207,200 | 185,291,400 |
| 2041 | 37,550,000 | 26,070,200 | | 28,099,500 | 28,600,000 | 5,405,400 | 125,725,100 |
| 2042 | 37,550,000 | 23,742,100 | | 28,099,500 | 28,600,000 | 3,603,600 | 121,595,200 |
| 2043 | | 21,414,000 | | 28,099,500 | 28,600,000 | 1,801,800 | 79,915,300 |
| 2044 | | 21,414,000 | | 28,099,500 | | | 49,513,500 |
| 2045 | | 21,414,000 | | 28,099,500 | | | 49,513,500 |
| 2046 | | 21,414,000 | | 28,099,500 | | | 49,513,500 |
| 2047 | | 21,414,000 | | 28,099,500 | | | 49,513,500 |
| 2048 | | 21,414,000 | | 28,099,500 | | | 49,513,500 |
| 2049 | | 21,414,000 | | 28,099,500 | | | 49,513,500 |
| 2050 | | 21,414,000 | | 28,099,500 | | | 49,513,500 |
| 2051 | | 21,414,000 | | 28,099,500 | | | 49,513,500 |
| 2052 | | 21,414,000 | | 28,099,500 | | | 49,513,500 |
| 2053 | | 21,414,000 | | 28,099,500 | | | 49,513,500 |
| 2054 | | 21,414,000 | | 28,099,500 | | | 49,513,500 |
| 2055 | 86,950,000 | 21,414,000 | 96,250,000 | 28,099,500 | | | 232,713,500 |
| 2056 | 83,350,000 | 15,805,725 | 96,250,000 | 21,795,125 | | | 217,200,850 |
| 2057 | 80,850,000 | 10,423,650 | 96,250,000 | 15,490,750 | | | 203,014,400 |
| 2058 | 80,850,000 | 5,214,825 | 140,250,000 | 9,186,375 | | | 235,501,200 |