IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03566 (LTS) |

**REVISED HEARING EXHIBIT LIST OF CERTAIN SECURED CREDITORS
OF THE EMPLOYEES RETIREMENT SYSTEM OF THE
<u>GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO</u>**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

Pursuant to the Court's *Order Granting Urgent Joint Motion Regarding the Scheduling of Discovery and Briefing in Connection with the Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay* [Docket No. 6915 in Case No. 17-bk-03283 and Docket No. 505 in Case No. 17-bk-03566], Movants,[2] by and through their undersigned counsel, filed their initial hearing exhibit list on June 21, 2019 [Docket No. 7556 in Case No. 17-bk-03283 and Docket No. 575 in Case No. 17-bk-03566]. Pursuant to the Court's *Order Approving Stipulation Between the Oversight Board, Movants and the Retiree Committee Regarding Certain Pre-Hearing Filing Deadlines* [Docket No. 7650 in Case No. 17-bk-03283 and Docket No. 593 in Case No. 17-bk-03566], Movants served a revised hearing exhibit list and their objections to the declarations and exhibits of the Oversight Board and the Retiree Committee on June 25, 2019.

As a result of the meet-and-confer process required by the Court's Order, Movants hereby respectfully submit their Revised Exhibit List, which includes additional exhibits that were filed along with Movants' *Supplemental Reply Brief in Support of Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay* [Docket No. 7657 in Case No. 17-bk-03283 and Docket No. 599 in Case No. 17-bk-03566] and removes certain exhibits from the initial hearing exhibit list. As of the date of this filing, discovery is still ongoing in this matter. Movants therefore reserve the right to amend this Revised Exhibit List as further facts are revealed through discovery.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the *Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay* [Docket No. 3418 in Case No. 17-bk-03283 and Docket No. 289 in Case No. 17-bk-03566].

As of the date of this disclosure, Movants expect to introduce the following exhibits into evidence as part of their case-in-chief at the final hearing. Movants reserve the right to introduce additional exhibits for cross-examination or rebuttal.

| EX. NO. | DESCRIPTION | DEP. EX / BATES |
|---|---|---|
| 1. | ERS Basic Financial Statements and Required Supplementary Information, dated June 30, 2014 | Yassin-Mohammad Ex. 3 |
| 2. | Commonwealth of Puerto Rico Financial Information and Operating Data Report, dated December 18, 2016 | Collazo Rodriguez Ex. 4<br>Pena-Montanez Ex. 4<br>Yassin-Mohammad Ex. 4 |
| 3. | Letter from Oversight Board to Governor Alejandro Garcia Padilla re: Assessment of Fiscal Plan, dated November 23, 2016 | Collazo Rodriguez Ex. 5<br>El Koury Ex. 4<br>Pena-Montanez Ex. 5<br>Yassin-Mohammad Ex. 5 |
| 4. | Commonwealth Fiscal Plan, dated February 28, 2017 | Collazo Rodriguez Ex. 6<br>El Koury Ex. 6<br>Pena-Montanez Ex. 6<br>Yassin-Mohammad Ex. 6 |
| 5. | Draft Memorandum of Understanding between the Commonwealth, ERS, and AAFAF re: Payment of Pension and Other Benefits | El Koury Ex. 10<br>Pena-Montanez Ex. 9<br>Yassin-Mohammad Ex. 9<br>ERS-CW_LS0000309-313 |
| 6. | Commonwealth Fiscal Plan, dated October 14, 2016 | Collazo Rodriguez Ex. 11<br>El Koury Ex. 3<br>Pena-Montanez Ex. 11<br>Yassin-Mohammad Ex. 11 |
| 7. | Puerto Rico Treasury Department Circular Letter No. 1300-46-17, dated June 27, 2017 | Collazo Rodriguez Ex. 38<br>El Koury Ex. 11<br>Pena-Montanez Ex. 13<br>Yassin-Mohammad Ex. 13 |
| 8. | Certified translation of SB1258 | Yassin Ex. 14<br>Pena Ex. 14<br>El Koury Ex. 14 |
| 9. | AAFAF Presentation on PayGo Payments and Individual Contributions Debt by Entity, dated December 31, 2017 | Yassin-Mohammad Ex. 16<br>CW_RJM2004_0009937-CW_RJM2004_0009953 |

| EX. NO. | DESCRIPTION | DEP. EX / BATES |
|---|---|---|
| 10. | Letter from Oversight Board to Commonwealth Chief Financial Officer Maldonado Gautier and ERS Executive Director Collazo Rodriguez re: Latest PayGo and Individual Contribution Debt by Entity, dated April 30, 2019 | Collazo Rodriguez Ex. 18<br>El Koury Ex. 15<br>Pena-Montanez Ex. 18<br>Yassin-Mohammad Ex. 18 |
| 11. | Commonwealth Revised Baseline Projections, dated December 20, 2016 | Collazo Rodriguez Ex. 21<br>Pena-Montanez Ex. 21 |
| 12. | Commonwealth Fiscal Plan, dated March 13, 2017 | Collazo Rodriguez Ex. 22<br>El Koury Ex. 5<br>Pena-Montanez Ex. 22 |
| 13. | Commonwealth Fiscal Plan, dated March 13, 2017 (conformed to include amendments, corrections, and an exhibit) | Pena-Montanez Ex. 24 |
| 14. | E-mail from Omar E. Rodriguez Perez to Gilberto Reyes Malave and Others re: Pay Go, dated July 7, 2017 | Collazo Rodriguez Ex. 25<br>Pena-Montanez Ex. 25<br>ERS-CW_LS0000304 |
| 15. | Puerto Rico Treasury Department Circular Letter No. 1300-46-17, dated June 27, 2017 (Spanish version) | Collazo Rodriguez Ex. 26<br>Pena-Montanez Ex. 26<br>ERS-CW_LS0000305 |
| 16. | Puerto Rico Treasury Department Circular Letter No. 1300-46-17, dated June 27, 2017 | Collazo Rodriguez Ex. 38<br>ERS-CW_LS0000305 |
| 17. | E-mail from Brian P. Biggio (Conway MacKenzie) to Francisco Pena Montanez re: FY18 Budgeted Pay-Go by Agency, dated September 11, 2017 | Pena-Montanez Ex. 29<br>ERS-CW_LS0000397 and ERS-CW_LS0000398 |
| 18. | Government Committee Presentation on Status of the Trusts of the Government Employees Retirement System and the Judiciary Retirement System, dated March 15, 2017 | Pena-Montanez Ex. 31<br>ERS_LS0005068 |
| 19. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico Basic Financial Statements and Required Supplementary Information, dated June 30, 2016 | Collazo Rodriguez Ex. 34 |
| 20. | ERS Presentation on Implementation of the "PayGo" Retirement Payment System, dated June 29, 2017 | Collazo Rodriguez Ex. 39<br>ERS_LS0005056-ERS_LS0005065 |
| 21. | Memorandum of Understanding between the Commonwealth, ERS, and AAFAF re: Payment of Pension and Other Benefits | Collazo Rodriguez Ex. 40<br>ERS_LS0006237-ERS_LS0006241 |

| EX. NO. | DESCRIPTION | DEP. EX / BATES |
|---|---|---|
| 22. | Fiscal Plan Amendments Summary, dated March 13, 2017 | El Koury Ex. 7 |
| 23. | ERS Annual Financial Information and Operating Data Report for Fiscal Year 2018, dated May 1, 2019 | |
| 24. | Milliman ERS Actuarial Valuation Report, June 30, 2014 | |
| 25. | Milliman ERS Actuarial Valuation Report, June 30, 2015 | |
| 26. | ERS Basic Financial Statements and Required Supplementary Information, June 30, 2015 | |
| 27. | ERS Annual Financial Information, Fiscal Year 2016, dated April 25, 2017 | |
| 28. | AAFAF Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities, dated April 30, 2019 | |
| 29. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico Annual Financial Information for Fiscal Year 2017 | |
| 30. | AAFAF Presentation on PayGo Payments and Individual Contributions Debt by Entity dated April 15, 2019 | |
| 31. | March 14, 2019, news article from Reorg Research, Inc. titled Gov. Rosselló Warns Fiscal Challenges Will Make Some Municipalities Inoperable Within 5 Years Absent Structural Reform, Acknowledges Opposition to County Plan | |
| 32. | March 15, 2019, news article from Reorg Research, Inc. titled Gov. Rosselló Says Administration Will File Legislation to Create County System of Government, Cites Potential Annual Savings Between $600M and $1B | |
| 33. | Press Release Oversight Board Calls for Urgent Action to Collect $340 Million due from Municipalities and Public Corporations in PayGo and Individual Employee Payroll Withholdings | |
| 34. | Municipality of Ponce Audit Report (Mar. 4, 2019) | |
| 35. | El Nuevo Dia article titled Mayors denounce errors in the PayGo (Jul. 27, 2018) | |
| 36. | May 9, 2019, Letter from the Oversight Board to Governor Rosselló re designation of municipalities | |
| 37. | Act 29-2019 | |
| 38. | May 17, 2019, Letter from the Oversight Board to Governor Rosselló, the President of the Senate of Puerto Rico and the Speaker of the House of Representatives of Puerto Rico re SB 1258 | |

| EX. NO. | DESCRIPTION | DEP. EX / BATES |
|---|---|---|
| 39. | Article titled San Juan Mayor Discusses Order in Local Pay-Go Lawsuit, Skips Oversight Board Meeting at CRIM Based on City's Pending Lawsuit Against Board published by Reorg Research, Inc. and dated June 11, 2019. | |
| 40. | May 29, 2019, municipality of San Juan Sworn Complaint against the ERS, the Puerto Rico Treasury Department, the Retirement Board of the Government of Puerto Rico and the heads of the entities in their official capacity in the San Juan Court of First Instance | |
| 41. | June 10, 2019, Motion to Dismiss and, In the Alternative, In Opposition to Preliminary and Permanent Injunction and Mandamus Petition in municipality of San Juan suit in Court of First Instance | |
| 42. | June 12, 2019, Oversight Board Letter to Governor Rosselló, President of the Senate Schatz, and Speaker of the House Núñez re Act 29 | |
| 43. | Unofficial Transcript, Altair Global Credit Opportunities Fun (A), LLC, et al., v. Garcia-Padilla, et al., No. 16-2433 | |
| 44. | AAFAF Report on PayGo Payments and Individual Contributions Debt by Entity 1/31/2019 | ERS_LS0000690 |
| 45. | Report Listing Paygo but breaking out Employer Contributions | ERS_LS0008279 |
| 46. | Email from Maria Gonzalez Garay to Gerardo Portela Franco re: Progress Update on Budget Process, dated April 21, 2017 | ERS-AAFAF_LS0001523 |
| 47. | Brief in Opposition to Motion for Relief From the PROMESA Automatic Stay filed by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's | Altair Global Credit Opportunities Fund (A), L.L.C., et al. v. Governor Alejandro García Padilla, et al., No. 16-cv-2696, Dkt. 52 (Oct. 26, 2016) |
| 48. | Brief in Opposition to Motion for Relief From the PROMESA Automatic Stay filed by the Commonwealth of Puerto Rico | Altair Global Credit Opportunities Fund (A), L.L.C., et al. v. Governor Alejandro García Padilla, et al., No. 16-cv-2696, Dkt. 53 (Oct. 26, 2016) |
| 49. | Brief for the Employees Retirement System of the Government of the Commonwealth of Puerto Rico | First Circuit in Case No. 16-2433 (1st Cir. Dec. 23, 2016) |

| EX. NO. | DESCRIPTION | DEP. EX / BATES |
|---|---|---|
| 50. | Brief for Alejandro Garcia-Padilla (then-Governor of Puerto Rico), Juan C. Zaragoza-Gomez (then-Secretary of Treasury of Puerto Rico), Luis G. Cruz-Batista (Director of the Puerto Rico Office of Management and Budget), and Carmen Villar-Prados (then-Executive Director of the Puerto Rico Highways and Transportation Authority) | First Circuit in Case No. 16-2433 (1st Cir. Dec. 23, 2016) |
| 51. | Brief of Amicus Curiae Financial Oversight and Management Board for Puerto Rico in Support of Respondents-Appellees Urging Affirmance of the District Court Order | First Circuit in Case No. 16-2433 (1st Cir. Dec. 23, 2016) |
| 52. | ERS Circular Letter No. 2019-01 from Luis Collazo re: Employer and Individual Contributions Pursuant to Act 70 of July 2, 2010 and Act 211 of December 8, 2015, dated August 29, 2018 | ERS_LS0001815 |
| 53. | June 24, 2019 article from Reorg Research, Inc. titled Puerto Rico House Passes $9.188B Fiscal 2020 Budget Bill, Separate $286M Resolution to Cover Municipal Pay-Go and Health Plan Contributions Out of General Fund | |
| 54. | Statement from the Oversight Board on Pensions, issued as a press release by the Oversight Board on May 17, 2019 | |
| 55. | Email communication Conway Mackenzie, AAFAF, Treasury Department, and ERS | ERS-CW_LS0000386 |
| 56. | AAFAF Presentation on PayGo Payments and Individual Contributions Debt by Entity, dated June 30, 2018 | El Koury Ex. 13<br>Yassin-Mohammad Ex. 19<br>ERS_LS0000745-767 |
| 57. | UCC Statements and Security Agreement Package | |

In San Juan, Puerto Rico, today June 27, 2019.

By:

*/s/ Alfredo Fernández-Martínez*  
Alfredo Fernández-Martínez  
DELGADO & FERNÁNDEZ, LLC  
PO Box 11750  
Fernández Juncos Station  
San Juan, Puerto Rico 00910-1750  
Tel. (787) 274-1414  
Fax: (787) 764-8241  
afernandez@delgadofernandez.com  
USDC-PR 210511  

*/s/ Bruce Bennett*  
Bruce Bennett (*pro hac vice*)  
JONES DAY  
555 South Flower Street  
Fiftieth Floor  
Los Angeles, California 90071  
Tel. (213) 489-3939  
Fax: (213) 243-2539  
bbennett@jonesday.com  

Benjamin Rosenblum (*pro hac vice*)  
JONES DAY  
250 Vesey Street  
New York, New York 10281  
Tel. (212) 326-3939  
Fax: (212) 755-7306  
brosenblum@jonesday.com  

Geoffrey S. Stewart (*pro hac vice*)  
Matthew E. Papez (*pro hac vice*)  
Sparkle L. Sooknanan (*pro hac vice*)  
JONES DAY  
51 Louisiana Ave. N.W.  
Washington, DC 20001  
Tel. (202) 879-3939  
Fax: (202) 626-1700  
gstewart@jonesday.com  
mpapez@jonesday.com  
ssooknanan@jonesday.com  

David R. Fox (*pro hac vice*)  
JONES DAY  
100 High Street, Floor 21  
Boston, MA 02110  
Tel. (617) 960-3939  
Fax: (617) 449-6999  
drfox@jonesday.com  

*Counsel for ERS Bondholders Andalusian Global Designated Activity Company, Glendon Opportunities Fund, L.P., Mason Capital Master Fund, LP, Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Ocher Rose, L.L.C., and SV Credit, L.P.*

| | |
|---|---|
| */s/ Alicia I. Lavergne-Ramírez* | */s/ Jason N. Zakia* |
| José C. Sánchez-Castro | John K. Cunningham (*pro hac vice*) |
| USDC-PR 213312 | Glenn M. Kurtz (*pro hac vice*) |
| jsanchez@sanpir.com | WHITE & CASE LLP |
| | 1221 Avenue of the Americas |
| Alicia I. Lavergne-Ramírez | New York, NY 10036 |
| USDC-PR 215112 | Tel. (212) 819-8200 |
| alavergne@sanpir.com | Fax (212) 354-8113 |
| | jcunningham@whitecase.com |
| Maraliz Vázquez-Marrero | gkurtz@whitecase.com |
| USDC-PR 225504 | |
| mvazquez@sanpir.com | Jason N. Zakia (*pro hac vice*) |
| | Cheryl T. Sloane (*pro hac vice*) |
| SÁNCHEZ PIRILLO LLC | WHITE & CASE LLP |
| 270 Muñoz Rivera Avenue, Suite 1110 | 200 S. Biscayne Blvd., Suite 4900 |
| San Juan, PR 00918 | Miami, FL 33131 |
| Tel. (787) 522-6776 | Tel. (305) 371-2700 |
| Fax: (787) 522-6777 | Fax (305) 358-5744 |
| | jzakia@whitecase.com |
| | csloane@whitecase.com |

*Counsel for Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Investors Bond Fund I, Puerto Rico Investors Tax-Free Fund, Inc., Puerto Rico Investors Tax-Free Fund, Inc. II, Puerto Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax-Free Fund VI, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., and Tax-Free Puerto Rico Target Maturity Fund, Inc.*