# EXHIBIT 7

# EXHIBIT N

EXHIBIT NUMBER 13

CERTIFIED TRANSLATION

**Government of Puerto Rico**
**DEPARTMENT OF THE TREASURY**
**Central Government Accounting Area**

**Circular Letter**                                                                                              Fiscal Year 2016 - 17
**No. 1300-46-17**                                                                                               June 27, 2017

**To the Secretaries of the Government, Legislative Branch, Judicial Branch, Agency Heads, Executive Directors, Presidents of Public Corporations and Mayors of the Government of Puerto Rico**

                                                  Matter:  Implementation of PayGo Retirement System

Dear sirs:

On October 30, 2016, the Financial Oversight and Management Board for Puerto Rico designated the Government of Puerto Rico, the Government Employees Retirement System, the Judiciary Retirement System, the Teachers Retirement System, (jointly referred to as the "Retirement Systems" or the "Systems"), the University of Puerto Rico, and 21 additional public corporations of Puerto Rico, as "covered entities," subject to fiscal oversight in accordance with the federal Puerto Rico Oversight, Management, and Economic Stability Act, commonly known as PROMESA.

The liquid assets of the Retirement Systems shall be exhausted during the first months of the next fiscal year. Due to the projected lack of liquidity of the Systems, the Government shall protect the payments to pensioners. Starting from July 1, 2017, the Government shall adopt the "PayGo" system. Under this new system, the Government shall be responsible for payment of the deficiency of the Systems to provide pensioner benefits.

In addition, the Department of the Treasury shall charge Public Corporations, Municipalities, the Executive Branch, the Legislative Brand and the Judicial Branch a monthly charge to cover pensioner benefits. The Systems shall determine and administer the amount of the payment per pensioner to be paid by each Public Corporation and Municipality. Said amount is what shall be referred to as the "PayGo Charge". This has the purpose of avoiding affecting the payment to pensioners. It is indispensable for the Department of the Treasury to have the cash resources that are necessary to make said payments.

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

CC 1300-46-17
June 27, 2017
Page 2

It shall be the responsibility of said entities **to send the "PayGo Charge," in its entirety, to the Department of the Treasury to the following Banco Popular de Puerto Rico accounts:**

| SYSTEM | BANK ACCOUNT | ROUTING AND TRANSIT |
|---|---|---|
| Retirement System | 030-076943 | 021502011 |
| Teachers Retirement System | 030-077001 | 021502011 |
| Judiciary Retirement System | 030-076994 | 021502011 |

To the extent that, during the first months of fiscal year 2017-18, the liquid funds of the Systems are exhausted, the "PayGo Charge" of each entity is expected to go up. In addition, starting from July 1, 2017, employer contributions, special law contributions, and Additional Uniform Contribution (Law 32-2013), shall be eliminated and substituted by the "Pay Go Charge".

Currently, a Retirement Systems Reform is being worked on, under which active participants shall deposit their individual contributions in a New Defined Contribution Plan administered by a private entity. In order to preserve said contributions separately, starting from July 1, 2017, **all individual contributions shall be sent to the following Banco Popular de Puerto Rico accounts:**

| SYSTEM | BANK ACCOUNT | ROUTING AND TRANSIT |
|---|---|---|
| Retirement System | 030-076935 | 021502011 |
| Teachers Retirement System | 030-076986 | 021502011 |
| Judiciary Retirement System | 030-076978 | 021502011 |

The "PayGo Charge" shall be billed on a monthly basis and payment of the same must be sent on or before the fifteenth (15th) day of the month following the date of the bill. The withholding in respect of individual contribution must also be sent to the separate account corresponding to the New Defined Contribution Plan.

Furthermore, it is established that if a Public Corporation, Municipality, or any entity that has Retirement System participants, fails to deliver to its corresponding System, within the following thirty (30) days from the withholding, the "PayGo Charge" funds or the individual contributions withheld from its employees participating in the corresponding System, the Department of the Treasury shall withhold from any available remittance the amounts not paid by the government entity that fails to comply with the provisions of this Circular Letter. In the case of Municipalities, the Municipal Income and Collection Center shall be required to send the owed amounts to the Department of the Treasury.

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

CC 1300-46-17
June 27, 2017
Page 3

**Deductions related to personal, cultural and mortgage loans with the retirement systems shall be sent to the following Banco Popular de Puerto Rico accounts:**

| SYSTEM | BANK ACCOUNT | ROUTING AND TRANSIT |
|---|---|---|
| Retirement System | 030-077044 | 021502011 |
| Teachers Retirement System | 030-077036 | 021502011 |
| Judiciary Retirement System | 030-077052 | 021502011 |

**Deductions related to disability insurance shall be deposited in Banco Popular de Puerto Rico account number 030-077060 (routing and transit 021502011).**

The purpose of this new system is to protect the welfare of pensioners and public servants, while fully complying with the Fiscal Plan certified by the Fiscal Oversight Board.

The text of this Circular Letter is available on our webpage at the following address: **www.hacienda.pr.gov/sobre-hacienda/publicaciones/contabilidad-central/cartas-circulares-de-contabilidad-central.**

It shall be the responsibility of the agencies to deliver this Circular Letter to the personnel in charge of making payment of the contributions herein established.

Cordially,

[signature]  
Mr. Raúl Maldonado Gautier, Esq., CPA
Secretary of the Treasury

[signature]  
Mr. Luis M. Collazo, Esq.
Administrator
Administration of the Retirement Systems of Government Employees and the Judiciary



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

**Gobierno de Puerto Rico**
**DEPARTAMENTO DE HACIENDA**
Área de Contabilidad Central de Gobierno

Carta Circular                                                      Año Fiscal 2016 - 17
Núm. 1300-46-17                                                     27 de junio de 2017

A los Secretarios de Gobierno, Rama Legislativa, Rama Judicial, Jefes de Agencias, Directores Ejecutivos, Presidentes de Corporaciones Públicas y Alcaldes del Gobierno de Puerto Rico

Asunto: Implementación del Sistema de Retiro PayGo

Estimados señores:

El 30 de octubre de 2016, la Junta de Supervisión Fiscal para Puerto Rico designó al Gobierno de Puerto Rico, al Sistema de Retiro de los Empleados del Gobierno, al Sistema de Retiro de la Judicatura, al Sistema de Retiro para Maestros, (conjuntamente denominados los "Sistemas de Retiro" o los "Sistemas"), a la Universidad de Puerto Rico y a otras 21 corporaciones públicas de Puerto Rico como "entidades cubiertas", sujetas a supervisión fiscal a tenor con la legislación federal *Puerto Rico Oversight, Management, and Economic Stability Act*, mejor conocida como PROMESA.

Los activos líquidos de los Sistemas de Retiro se agotarán durante los primeros meses del próximo año fiscal. Debido a la falta de liquidez proyectada de los Sistemas, el Gobierno protegerá los pagos a los pensionados. A partir del 1 de julio de 2017, el Gobierno adoptará el sistema "PayGo". Bajo este nuevo sistema, el Gobierno se hará responsable de pagar la deficiencia de los Sistemas para proveer los beneficios de los pensionados.

Por su parte, el Departamento de Hacienda facturará a las Corporaciones Públicas, Municipios, Rama Ejecutiva, Rama Legislativa y Rama Judicial un cargo mensual para cubrir los beneficios a sus pensionados. Los Sistemas determinarán y administrarán la cantidad del pago por pensionado que le corresponderá sufragar a cada Corporación Pública y Municipio. Esta cantidad es lo que se conocerá como el "Cargo de PayGo". Esto es con el propósito de que no se afecte el pago a nuestros pensionados. Es imprescindible que el Departamento de Hacienda cuente con los recursos de efectivo necesarios para realizar dichos pagos.

CC 1300-46-17
27 de junio de 2017
Página 2

Será responsabilidad de estas entidades **enviar el "Cargo de PayGo", en su totalidad, al Departamento de Hacienda a las siguientes cuentas del Banco Popular de Puerto Rico**:

| SISTEMA | CUENTA BANCARIA | RUTA Y TRÁNSITO |
|---|---|---|
| Sistema de Retiro | 030-076943 | 021502011 |
| Sistema de Retiro de Maestros | 030-077001 | 021502011 |
| Sistema de Retiro Judicatura | 030-076994 | 021502011 |

A medida que durante los primeros meses del año fiscal 2017-18 los fondos líquidos de los Sistemas se vayan agotando, se espera que el "Cargo PayGo" de cada entidad vaya en aumento. Asimismo, a partir del 1 de julio de 2017, se eliminarán las aportaciones patronales, las aportaciones por concepto de leyes especiales y la Aportación Adicional Uniforme (Ley 32-2013), siendo sustituidas dichas partidas por el "Cargo de Pay Go".

Actualmente, se trabaja en una Reforma de los Sistemas de Retiro, en la cual los participantes activos depositarán sus aportaciones individuales en un Plan Nuevo de Aportación Definida manejado por una entidad privada. Para preservar dichas aportaciones de forma segregada, desde el 1 de julio de 2017, en adelante, **el total de las aportaciones individuales debe ser enviado a las siguientes cuentas del Banco Popular de Puerto Rico**:

| SISTEMA | CUENTA BANCARIA | RUTA Y TRÁNSITO |
|---|---|---|
| Sistema de Retiro | 030-076935 | 021502011 |
| Sistema de Retiro de Maestros | 030-076986 | 021502011 |
| Sistema de Retiro Judicatura | 030-076978 | 021502011 |

El "Cargo de PayGo" será facturado mensualmente y su pago se deberá remitir en o antes del decimoquinto (15to.) día del mes siguiente a la fecha de la factura. También se debe remitir la retención por concepto de aportación individual a la cuenta segregada correspondiente al Plan Nuevo de Aportación Definida.

Además, se establece que si una Corporación Pública, Municipio o cualquier entidad con participantes del Sistema de Retiro dejare de entregar a su Sistema correspondiente dentro de los próximos treinta (30) días de la retención, los fondos del "Cargo de PayGo" o las aportaciones individuales que le haya retenido a sus empleados participantes de su Sistema correspondiente, el Departamento de Hacienda retendrá de cualquier remesa disponible las cantidades no pagadas por la entidad gubernamental que incumpla con lo establecido en esta Carta Circular. En el caso de los Municipios se procederá a requerir al Centro de Recaudaciones e Ingresos Municipales que remese al Departamento de Hacienda las cantidades adeudadas.

CC 1300-46-17
27 de junio de 2017
Página 3

Los descuentos correspondientes a préstamos hipotecarios, culturales y personales con los sistemas de retiro se enviarán a las siguientes cuentas del Banco Popular de Puerto Rico:

| SISTEMA | CUENTA BANCARIA | RUTA Y TRÁNSITO |
|---|---|---|
| Sistema de Retiro | 030-077044 | 021502011 |
| Sistema de Retiro de Maestros | 030-077036 | 021502011 |
| Sistema de Retiro Judicatura | 030-077052 | 021502011 |

Los descuentos correspondientes al seguro por incapacidad se depositarán en la cuenta bancaria del Banco Popular de Puerto Rico número 030-077060 (ruta y tránsito 021502011).

Este nuevo sistema persigue salvaguardar el bienestar de nuestros pensionados y servidores públicos, mientras damos fiel cumplimiento al Plan Fiscal certificado por la Junta de Supervisión Fiscal.

El texto de esta Carta Circular está disponible en nuestra página de Internet en la dirección: **www.hacienda.pr.gov/sobre-hacienda/publicaciones/contabilidad-central/cartas-circulares-de-contabilidad-central**.

Será responsabilidad de las agencias hacer llegar esta Carta Circular al personal que tenga a su cargo el pago de las aportaciones aquí establecidas.

Cordialmente,

Lcdo. Raúl Maldonado Gautier, CPA
Secretario de Hacienda

Lcdo. Luis M. Collazo
Administrador
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura