# EXHIBIT 11

EXHIBIT
NUMBER



# Revised Baseline Projections

December 20, 2016

# Disclaimer

- The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), the Commonwealth of Puerto Rico (the "Commonwealth"), and each of their respective officers, directors, employees, agents, attorneys, advisors, members, partners or affiliates (collectively, with AAFAF and the Commonwealth the "Parties") make no representation or warranty, express or implied, to any third party with respect to the information contained herein and all Parties expressly disclaim any such representations or warranties.

- The Parties do not owe or accept any duty or responsibility to any reader or recipient of this presentation, whether in contract or tort, and shall not be liable for or in respect of any loss, damage (including without limitation consequential damages or lost profits) or expense of whatsoever nature of such third party that may be caused by, or alleged to be caused by, the use of this presentation or that is otherwise consequent upon the gaining of access to this document by such third party.

- This document does not constitute an audit conducted in accordance with generally accepted auditing standards, an examination of internal controls or other attestation or review services in accordance with standards established by the American Institute of Certified Public Accountants or any other organization. Accordingly, the Parties do not express an opinion or any other form of assurance on the financial statements or any financial or other information of the internal controls of the Commonwealth and the information contained herein.

- Any statements and assumptions contained in this document, whether forward-looking or historical, are not guarantees of future performance and involve certain risks, uncertainties, estimates and other assumptions made in this document. The economic and financial condition of the Commonwealth and its instrumentalities is affected by various financial, social, economic, environmental and political factors. These factors can be very complex, may vary from one fiscal year to the next and are frequently the result of actions taken or not taken, not only by the Commonwealth and its agencies and instrumentalities, but also by entities such as the government of the United States. Because of the uncertainty and unpredictability of these factors, their impact cannot be included in the assumptions contained in this document. Future events and actual results may differ materially from any estimates, projections, or statements contained herein. Nothing in this document should be considered as an express or implied commitment to do or take, or to refrain from taking, any action by AAFAF, the Commonwealth, or any government instrumentality in the Commonwealth or an admission of any fact or future event. Nothing in this document shall be considered a solicitation, recommendation or advice to any person to participate, pursue or support a particular course of action or transaction, to purchase or sell any security, or to make any investment decision.

- By accepting this document, the recipient shall be deemed to have acknowledged and agreed to the terms of these limitations.

- This document may contain capitalized terms that are not defined herein, or may contain terms that are discussed in other documents or that are commonly understood. You should make no assumptions about the meaning of capitalized terms that are not defined, and you should consult with advisors of AAFAF should clarification be required.

- The following information is presented for discussion purposes only. Nothing herein shall be construed to represent any statement or position of the Commonwealth on its rights and obligations with respect to revenues subject to "clawback" pursuant to Art. VI, Sec. 8 of the Puerto Rico Constitution or subject to retention pursuant to Act 21-2016 or any debt service that may be payable during the current fiscal year. Nothing herein shall constitute a waiver of any rights or defenses the Commonwealth and its instrumentalities may have with respect to the same, all of which are hereby expressly reserved.



1



2

# Executive Summary

# Introduction

**Pursuant to the request of the Oversight Board and based on revised assumptions developed in cooperation with the Oversight Board, the Commonwealth prepared updated baseline projections (the "Revised Baseline Projections")**

- Through formal and informal communications to the Commonwealth, the Oversight Board has requested revised baseline projections based on "current law" and "current obligations"

- The Oversight Board's request suggested the Commonwealth revise its baseline in light of certain assumptions, some of which were already included in the Commonwealth's baseline projections published on October 14, 2016 (the "October Baseline Projections"), as well as others that require modifications to the October Baseline Projections

| | |
|---|---|
| **Baseline Assumptions Included in the October Baseline Projections** | ▪ The exclusion of any funding resulting from an extension of the Affordable Care Act ("ACA") <br><br> ▪ Sunset of Act 154 tax treatment for mainland-based firms on income earned in the Commonwealth (such income becoming subject to a modified source income rule) |
| **Baseline Assumptions Requiring Modification to the October Baseline Projections** | ▪ Segregation of employee contributions in the public-sector pension programs and a pay-as-you-go ("paygo") policy (vs. a funding policy based on Additional Uniform Contributions ("AUC")) to cover annual pension liabilities <br><br> ▪ An adjustment to the baseline expenditures to reconcile with historical trends <br><br> ▪ An adjustment to move certain catch-up payments to local suppliers and past-due tax refunds from the "measures" to the baseline projections consistent with "current law" <br><br> ▪ Updated baseline macroeconomic assumptions, including: <br>   – Growth focusing on GNP rather than GDP <br>   – The inclusion of permanent fiscal adjustments sized to allow for the full payment of all debt service (principal and interest) and to stabilize the fiscal projection to a zero cumulative fiscal balance at the end of the projection period <br>   – Any action in FY 2017 is assumed to have insufficient implementation time to generate any deficit emerging in FY 2017 is paid down over time[(1)] |

- In addition to the above changes, minor adjustments were made by the Commonwealth as a result of ongoing diligence

- The following pages provide additional details regarding the assumptions used in the Revised Baseline Projections, as well as the resulting financing gap

---

(1) Any deficit emerging in FY 2017 is assumed to be paid down over time at a 10 percent interest rate, dropping by 300 basis points annually until the rate reaches U.S. 10-year Treasury rates plus 100 basis points.



3

# Overview of Macroeconomic Assumptions

**The baseline macroeconomic growth projections were modified in consultation with the Oversight Board's experts to reflect the impact of very significant fiscal austerity that would be required to comply with current law**

- The first step in the analysis is to identify and model the underlying drivers of real GNP growth in FY 2016 – FY 2026 to anchor a trend for potential GNP on indicators exogenous to economic policies. The underlying drivers include exogenous factors such as commodity prices, U.S. real GDP growth, lagged Commonwealth growth, and post-2000 indicator variables that reflect the macro-fiscal decline trend observed since 2003

  - Potential real GNP growth declines from the observed -0.55% in FY 2015 to a projected -1.5% over the medium term

  - Inflation is modeled to reflect directly imported inflation from the U.S. mainland and price pressures in the Commonwealth. Specifically, 50% is attributed to U.S. mainland inflation and 50% is modeled through a Phillips curve, with the real GNP output gap and commodity and oil prices driving inflation. The 50/50 split reflects the unpredictability of inflation from structural breaks and knock-on effects due to the large output gap that would be expected to emerge following the large fiscal adjustment

- The current law/current obligations baseline is then evaluated in the context of the trend baseline in terms of the impact on the macro-fiscal framework

  - To close the financing gaps under the current law/current obligations baseline, permanent fiscal adjustments (modeled generically as spending cuts) are enacted in FY 2018 and FY 2019. These cuts are sized to comply with current law and current obligations and stabilize the fiscal projection to a zero-cumulative fiscal balance at the end of the forecast period[1]

  - Any action in FY 2017 is assumed to have insufficient implementation time to generate cuts and hence any deficit emerging in FY 2017 is paid down over time at a 10 percent interest rate, dropping by 300 basis points annually until the rate reaches U.S. 10-year Treasury rates plus 100 basis points

  - A conventional Keynesian multiplier, used in many IMF program analyses, is used to model the impact of fiscal policy. The multiplier is based on estimates for U.S. regional fiscal expenditure shocks. Fiscal policy is assumed to have a zero long-term multiplier, as is the standard in such projections

    ↳ However, in light of the magnitude of the assumed adjustment, a zero long-term multiplier may be a conservative assumption

---

(1)   Note that due to the iterative nature of developing the projections, the deficit/surplus shown in the Revised Baseline Projections herein may not show an exact zero cumulative surplus by the end of the projection period; however, the variance shown is not considered to materially impact the overall projections.



4

# Overview of Macroeconomic Assumptions (cont'd)

**Below is a comparison of the economic growth rates derived from the revised macroeconomic assumptions, as compared to the growth rates used in the October Baseline Projections**

- As shown below, the changes in fiscal austerity assumptions included in the Revised Baseline Projections are expected to cause significant economic contraction when they are implemented, with significant real GNP declines in FY 2018 and FY 2019. Real GNP growth ultimately settles at approximately -1.5% at the end of the projection period

## October Baseline Projections

| | 2017P | 2018P | 2019P | 2020P | 2021P | 2022P | 2023P | 2024P | 2025P | 2026P | CAGR FY'18-'26 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Real GDP Growth | | (1.54%) | (1.79%) | (1.78%) | (1.79%) | (1.78%) | (1.77%) | (1.75%) | (1.71%) | (1.67%) | (1.73%) |
| Inflation | | 1.89% | 1.84% | 1.79% | 1.77% | 1.77% | 1.78% | 1.80% | 1.83% | 1.89% | 1.82% |
| **Nominal GDP Growth** | | **0.35%** | **0.05%** | **0.01%** | **(0.02%)** | **(0.01%)** | **0.01%** | **0.05%** | **0.12%** | **0.22%** | **0.08%** |
| *Memo: GNP[1][2]* | | | | | | | | | | | |
| Real GNP | $66,811 | $65,781 | $64,604 | $63,451 | $62,316 | $61,204 | $60,120 | $59,068 | $58,057 | $57,088 | |
| Nominal GNP | $66,020 | $66,248 | $66,281 | $66,286 | $66,274 | $66,265 | $66,269 | $66,302 | $66,379 | $66,525 | |

## Revised Baseline Projections

| | 2017P | 2018P | 2019P | 2020P | 2021P | 2022P | 2023P | 2024P | 2025P | 2026P | CAGR FY'18-'26 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Real GNP Growth | | (16.24%) | (1.23%) | 4.33% | 2.81% | 2.36% | (0.63%) | (1.51%) | (1.52%) | (1.53%) | (1.64%) |
| Inflation | | (1.01%) | (1.06%) | (0.31%) | 0.42% | 1.14% | 1.39% | 1.63% | 1.67% | 1.67% | 0.61% |
| **Nominal GNP Growth** | | **(17.25%)** | **(2.29%)** | **4.02%** | **3.23%** | **3.50%** | **0.76%** | **0.12%** | **0.45%** | **0.44%** | **(1.03%)** |
| *Memo: GNP[1]* | | | | | | | | | | | |
| Real GNP | $66,811 | $55,963 | $55,272 | $57,666 | $59,286 | $60,686 | $60,302 | $59,394 | $58,493 | $57,595 | |
| Nominal GNP | $66,020 | $54,694 | $53,382 | $55,526 | $57,319 | $59,324 | $59,773 | $59,847 | $59,936 | $60,019 | |

## Variance – Revised Baseline Projections vs. October Baseline Projections

| | 2017P | 2018P | 2019P | 2020P | 2021P | 2022P | 2023P | 2024P | 2025P | 2026P | CAGR FY'18-'26 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Real Growth | | (14.70%) | 0.56% | 6.11% | 4.60% | 4.15% | 1.14% | 0.24% | 0.20% | 0.13% | 0.10% |
| Inflation | | (2.90%) | (2.90%) | (2.11%) | (1.35%) | (0.63%) | (0.39%) | (0.17%) | (0.16%) | (0.22%) | (1.21%) |
| **Nominal Growth** | | **(17.59%)** | **(2.34%)** | **4.01%** | **3.25%** | **3.51%** | **0.75%** | **0.08%** | **0.03%** | **(0.08%)** | **(1.11%)** |
| *Memo: GNP* | | | | | | | | | | | |
| Real GNP | – | ($9,818) | ($9,332) | ($5,785) | ($3,030) | ($518) | $182 | $326 | $437 | $507 | |
| Nominal GNP | – | ($11,614) | ($12,899) | ($10,760) | ($8,955) | ($6,941) | ($6,497) | ($6,455) | ($6,442) | ($6,506) | |



(1) Based on preliminary FY 2015 GNP of $68,521 million at current prices, per the Puerto Rico Planning Board.
(2) For comparison purposes to the Revised Baseline Projections, represents GNP grown by the real and nominal GDP growth rates underlying the October Baseline Projections. Had the macroeconomic assumptions underlying the October Baseline Projections been stated in terms of GNP instead of GDP, the FY 2026 growth rates would have been as follows: -1.50% for real GNP growth, 1.70% for inflation and -0.20% for nominal GNP growth.

# Summary of Revised Baseline Projections

**Based on the adjusted assumptions, the Revised Baseline Projections indicate that Puerto Rico's cumulative financing gap totals approximately $67 billion over the ten-year projection period**

- The Revised Baseline Projections continue to show that the Commonwealth's current revenues are not sufficient to support existing current operations and debt service absent nearly $8 billion of additional fiscal austerity measures

- The size of the financing gap assumes that austerity measures fill the financing gap; if the Commonwealth were to balance austerity-type measures with structural reform and debt restructuring, it is estimated that real GNP contraction could be mitigated[1]

- Any action in FY 2017 is assumed to have insufficient implementation time to generate cuts and hence the growth projections assume that any deficit emerging in FY 2017 is paid down over time

- Additional details regarding the changes in the assumptions to derive the Revised Baseline Projections, as well as the impact of these changes, are discussed in the following pages

## Annual Summary of the Revised Baseline Projections ($ millions)

| | 2017P | 2018P | 2019P | 2020P | 2021P | 2022P | 2023P | 2024P | 2025P | 2026P | 5-Yr Total | 10-Yr Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenues | $19,107 | $16,621 | $15,438 | $15,657 | $15,908 | $16,219 | $16,231 | $16,410 | $16,491 | $16,582 | $82,730 | $164,763 |
| Total Expenses ex. Debt Service | (18,111) | (19,077) | (19,122) | (19,219) | (19,421) | (19,629) | (19,983) | (20,377) | (21,036) | (21,392) | (94,962) | (197,379) |
| Debt Service Net of Existing Reserves | (4,618) | (3,394) | (3,872) | (3,493) | (3,438) | (3,117) | (3,138) | (3,454) | (3,056) | (3,308) | (18,715) | (34,967) |
| **Base Financing (Gap)** | **(3,622)** | **(5,751)** | **(7,556)** | **(7,055)** | **(6,951)** | **(6,524)** | **(6,729)** | **(7,521)** | **(7,500)** | **(8,118)** | **(30,937)** | **(67,583)** |
| Illustrative Refi./(Amort.) of FY 2017 Deficit | $3,622 | -- | ($63) | ($607) | ($771) | ($1,196) | ($1,029) | ($16) | -- | -- | 2,241 | 2,241 |
| Illustrative Interest Due on FY 2017 Deficit[2] | -- | (362) | (264) | (163) | (112) | (81) | (38) | (1) | -- | -- | (892) | (1,011) |
| Fiscal Surplus to Reach Zero Cumulative Deficit | -- | 6,100 | 7,825 | 7,825 | 7,825 | 7,825 | 7,825 | 7,825 | 7,825 | 7,825 | 29,575 | 68,700 |
| **Fin. Surplus / (Gap) After Fiscal Adjustment[3]** | **($13)** | | | | | | | | **$325** | **($293)** | **($9)** | **$206** |
| | | | | | | | | | | | | |
| *Memo: October Baseline Projections* | ($3,605) | ($3,408) | ($5,813) | ($5,724) | ($5,978) | ($5,974) | ($6,258) | ($7,084) | ($7,171) | ($7,682) | ($24,547) | ($58,716) |
| | | | | | | | | | | | | |
| *Memo: Select Items Excluded From Total Revenues* | | | | | | | | | | | | |
| ACA Funding Loss | -- | ($864) | ($1,515) | ($1,580) | ($1,577) | ($1,831) | ($1,950) | ($2,066) | ($2,248) | ($2,379) | ($5,636) | ($16,110) |
| Est. Act 154 / Foreign Company Tax Losses | -- | (501) | (1,003) | (1,003) | (1,003) | (1,003) | (1,003) | (1,003) | (1,003) | (1,003) | (3,509) | (8,523) |
| | | | | | | | | | | | | |
| *Memo: Select Items Included in Total Expenses* | | | | | | | | | | | | |
| Expiration of Act 66 | -- | ($101) | ($101) | ($101) | ($101) | ($101) | ($124) | ($194) | ($266) | ($340) | ($406) | ($1,431) |
| CW Health Care Insurance Program[4] | -- | (806) | (833) | (942) | (1,005) | (1,104) | (1,182) | (1,257) | (1,375) | (1,459) | (4,509) | (10,886) |
| | | | | | | | | | | | | |
| *Memo: Additional Pensions Details* | | | | | | | | | | | | |
| Pension-Related Outflows Included in Baseline[5] | ($1,041) | ($2,075) | ($2,138) | ($2,145) | ($2,164) | ($2,249) | ($2,360) | ($2,391) | ($2,414) | ($2,436) | ($9,563) | ($21,518) |
| Est. Paygo Payments Included in Baseline | -- | (989) | (1,014) | (982) | (964) | (1,151) | (1,477) | (1,217) | (1,251) | (1,278) | (3,952) | (10,026) |

[1] The growth projections assume that a permanent fiscal adjustment of $6.1 billion is taken in FY 2018 (and for every year thereafter through the projection period) in order to fill the gaps over the projection period (resulting in a total cut of approximately $7.8 billion in every year starting in FY 2019), and assuming the deficit in FY 2017 is paid down over time at a 10% interest rate, dropping annually by 900 basis points until the rate reaches 20 year U.S. Treasury rates plus 100 basis points.

[2] Note that due to the iterative nature of developing the projections, the deficit/surplus shown in the Revised Baseline Projections herein may not show an exact zero cumulative surplus by the end of the projection period; however, the variance shown is not considered to materially impact the overall projections.

[3] Represents General Fund Budget special appropriation for health insurance and the net surplus / (deficit) of ASES (pre-ACA funding loss and excluding capex).

[4] Represents the total pension-related outflows included in the Revised Baseline Projection. Note that Milliman projections were used to estimate the employer contributions, which are assumed to reflect the amounts embedded in payroll. Special law contributions paid outside of the General Fund budget were estimated based on Milliman projections and AMS data. Note that these figures do not represent solely the benefit payments paid to the pensioners (the figures include both payments to the pension systems as well special law benefits paid to the pensioner in order to estimate the total pension-related outflows included in the Revised Baseline Projections).

6

# Revised Baseline Projections Assumptions

## The following provides a summary of the changes incorporated in the Revised Baseline Projections as well as the cumulative 10-year impact of these changes on the October Baseline Projections

| | Impact (10-years) | October Baseline Projections Assumption | Revised Baseline Projections Assumption |
|---|---|---|---|
| **Pensions** | ~$678 million[1] | • The October Baseline Projections included the Additional Uniform Contribution ("AUC") required to be paid to the Employees Retirement System ("ERS") and the Annual Additional Contributions ("AAC") required to be paid to the Teachers Retirement System ("TRS") and Judicial Retirement System ("JRS") <br><br>• The projections also assumed all past-due AAC/AUC payments are made in FY 2017 <br><br>• Special Laws projections for ERS and TRS were based on the FY 2017 General Fund budget and held flat through the projection period | • The Revised Baseline Projections assume that the Commonwealth no longer makes AUC/AAC payments (including the past-due amounts). Instead, existing pension system assets, employer contributions, and investment income are used to fund benefit payments[a] <br><br>• The Revised Baseline Projections also assume that the employee contributions are completely segregated in all three pension systems starting in FY 2017 <br><br>Based on additional information provided by the pension systems, Special Laws contributions are no longer held flat through the projection period and instead are projected based on current law, estimated mortality rates, and retiree increase ratios |
| **Growth and Inflation** | ~$3-4 billion | • The macroeconomic assumptions in the October Baseline Projections were stated in terms of GDP growth <br><br>• The macroeconomic assumptions underlying the October Baseline Projections were based solely on certain factors exogenous to Puerto Rico's fiscal position and potential policy measures, such as working age population and price indices <br><br>• The October Baseline Projections included real economic contraction with a compound annual growth rate ("CAGR") of 1.7% and inflation of 1.8% over the period FY 2018 through FY 2026, resulting in nominal economic growth of 0.1% | • The macroeconomic assumptions are now stated in terms of GNP growth <br><br>• The macroeconomic assumptions have been updated to reflect existing law and assume that contractual debt service is made in full by enacting fiscal adjustments <br><br>• The Revised Baseline Projections include real economic contraction with a CAGR of 1.6% and inflation of 0.6% over the period of FY 2018 through FY 2026, resulting in nominal economic contraction of approximately 1.0% |
| **Pay Businesses for Past Services and Tax Refunds** | ~$1.6 billion | • The payment of central government payables to reach 60 Days Payable Outstanding ("DPO"), central government payables to PREPA and PRASA, potential police officer pay and the payment of past-due tax refunds were included as "measures" | • These catch-up items have been moved from the "measures" into the baseline[a] |

(1)  Note that the variance shown here does not represent the variance directly attributable to the switch to a paygo scenario. The $678 million unfavorable variance includes the positive variance associated with an update to the special laws projections, which makes up approximately $541 million of the variance shown above (i.e. if this positive variance is excluded, the real impact would increase to approximately $930 million).

(2)  Paygo projections assume that the AUC and AAC amounts included in the FY 2017 budget are no longer made. Illustratively assumes 80% of the illiquid assets are amortized over 5 years and an investment income return of 3% per annum on available system assets.

(a)  Note that a minor update was made to the amount of central government payables owed to PRASA as of June 30, 2016 as a result of ongoing diligence.

7

# Revised Baseline Projections Assumptions (cont'd)

**The following table provides a summary of the changes incorporated in the Revised Baseline Projections and the impact as compared to the October Baseline Projections**

| | Impact (10-years) | October Baseline Projections Assumption | Revised Baseline Projections Assumption |
|---|---|---|---|
| **Expenses Reconciliation Adjustment** | – $3.0 billion | | ▪ A contingency for expenses was included to reconcile FY 2017 projected Governmental Funds expenses with historical trends for FY 2014 through FY 2016 (as estimated on a preliminary basis and adjusted for certain one-time items) <br> ▪ Reflects possible discrepancy between Governmental Funds expense budgeting, which forms the basis of the expense projections, and actual historical results based on modified accrual accounting <br> ▪ Amount assumed to remain flat per annum for the projection period; the estimated contingency amount may decrease to the extent improved governmental controls are implemented |
| **General Fund Revenues and Budget** | + $109 million | ▪ The FY 2017 Approved Budget was used for the General Fund Budget projections and formed the basis of the General Fund revenues projections, as provided by OMB and Hacienda | ▪ Preliminary actuals for the first three months of FY 2017 have been incorporated into the Revised Baseline Projections <br> ▪ FY 2017 Budget increased by $60 million (non-recurring adjustment) to reflect the net impact of Department of Education special education fund overspend |
| **Other Changes** | – $189 million | ▪ The October Baseline Projections did not include a projection for COFINA operating expenses or the posting of collateral for swap payments <br> ▪ The October Baseline Projections also did not include a projection for the net operating deficits of the Special Communities Perpetual Trust ("SCPT") or the Maritime Shipping Authority ("MSA") <br> ▪ Federal Transfers/Programs in FY 2017 were based on the federal transfers figure included in the OMB budget (plus transfers to UPR), which were grown by a combination of inflation and projected population growth | ▪ Projections for COFINA operating expenses and swap collateral requirements, as well as projections of net operating deficits for SCPT and MSA, have now been included in the Revised Baseline Projections, which make up the majority of the impact shown for "Other Changes" <br> ▪ A minor adjustment to Federal transfers/Federal Programs was made to reflect the higher projected growth of ASES-related federal transfers (pre-ACA funding loss) relative to inflation, *which had no impact on the model* <br> ▪ Additional changes were made that had an immaterial impact on the Base Projections(1) |

(1)   Additional changes include an update of the GDB debt service schedule in order to incorporate the payment-in-kind of certain interest on November 1st, 2016 and the resulting impact of the General Fund Revenues and Budget update on UPR projected expenses.

8



# Summary of Changes to Baseline Projections

## The tables below provide a summary of the variances between the October Baseline Projections and the Revised Baseline Projections

### Annual Summary of Changes in the Revised Baseline Projections ($ millions)

| | 2017P | 2018P | 2019P | 2020P | 2021P | 2022P | 2023P | 2024P | 2025P | 2026P | 5 Yr Total | 10 Yr Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **General Fund Revenues** | | | | | | | | | | | | |
| October Baseline Projections | $9,045 | $8,564 | $8,056 | $8,024 | $7,989 | $7,954 | $7,918 | $7,884 | $7,853 | $7,825 | $41,678 | $81,111 |
| Revised Baseline Projections | 9,100 | 8,599 | 8,070 | 8,038 | 8,003 | 7,968 | 7,932 | 7,898 | 7,867 | 7,839 | 41,819 | 81,314 |
| Delta (if positive, a reduction of the deficit) | $55 | $35 | $14 | $14 | $14 | $14 | $14 | $14 | $14 | $14 | $132 | $203 |
| **Adjusted General Fund Budget (ex. Retirement System Contributions and Debt Service)** | | | | | | | | | | | | |
| October Baseline Projections | ($7,732) | ($8,031) | ($8,118) | ($8,158) | ($8,344) | ($8,352) | ($8,442) | ($8,533) | ($8,762) | ($8,767) | ($40,383) | ($88,239) |
| Revised Baseline Projections | (7,792) | (8,035) | (8,121) | (8,162) | (8,348) | (8,356) | (8,446) | (8,527) | (8,756) | (8,771) | (40,458) | (88,332) |
| Delta (if positive, a reduction of the deficit) | ($60) | ($4) | ($4) | ($4) | ($4) | ($4) | ($4) | ($4) | ($4) | ($4) | ($75) | ($94) |
| **Retirement System Contribution** [1] | | | | | | | | | | | | |
| October Baseline Projections | ($1,417) | ($996) | ($1,651) | ($1,708) | ($1,715) | ($1,707) | ($1,701) | ($1,767) | ($1,765) | ($1,759) | ($7,488) | ($16,186) |
| Revised Baseline Projections | (537) | (1,577) | (1,651) | (1,674) | (1,705) | (1,866) | (1,915) | (1,947) | (1,973) | (1,990) | (7,144) | (16,864) |
| Delta (if positive, a reduction of the deficit) | $880 | ($581) | $0 | $34 | $10 | ($159) | ($214) | ($180) | ($208) | ($231) | $343 | ($678) |
| Inclusion of Reconciliation Adjustment [2] | ($300) | ($300) | ($300) | ($300) | ($300) | ($300) | ($300) | ($300) | ($300) | ($300) | ($1,500) | ($3,000) |
| Change in Macroeconomic Assumptions | ($5) | ($1,204) | ($1,178) | ($778) | ($416) | ($80) | $19 | $49 | $85 | $102 | ($3,581) | ($3,407) |
| Pay Businesses for Past Services and Pay Tax Refunds [3] | ($555) | ($262) | ($262) | ($262) | ($262) | - | - | - | - | - | ($1,603) | ($1,603) |
| Other Changes [4] | ($33) | ($27) | ($15) | ($16) | ($16) | ($16) | ($16) | ($17) | ($17) | ($17) | ($106) | ($189) |
| **Base Financing Gap** | | | | | | | | | | | | |
| October Baseline Projections | ($3,605) | ($3,408) | ($5,813) | ($5,744) | ($5,978) | ($5,974) | ($6,256) | ($7,084) | ($7,171) | ($7,682) | ($24,547) | ($58,716) |
| Total Delta | (17) | (2,343) | (1,746) | (1,311) | (973) | (573) | (501) | (437) | (429) | (429) | (6,390) | (8,762) |
| Revised Baseline Projections | ($3,622) | ($5,751) | ($7,558) | ($7,055) | ($6,951) | ($6,548) | ($6,759) | ($7,521) | ($7,600) | ($8,118) | ($30,937) | ($67,479) |

### 10-Year Cumulative Summary of Changes in the Revised Baseline Projections ($ millions)



(1) Represents the total impact of all the changes made to the retirement system projections, including the update to the special laws projections, which resulted in a cumulative positive variance of approximately $241 million over the 10-year projection period. If this variance were excluded, the implied cumulative paygo impact would increase to approximately negative $920 million over the 10-year projection period. The variance shown herein does not include employer contributions or special laws outside of the General Fund (note that the variance does include the incremental contributions that are paid from the General Fund Budget).

(2) Represents adjustment to reconcile Governmental Funds expenses in the Revised Baseline Projections with historical trends based on preliminary analysis.

(3) Represents the payment of central government accounts payable to each 60 DPO, central government payables to PRERA and PRASA, past-due tax refunds, and potential police officer pay. These items were previously includes as "measures" in the October Fiscal Plan. Note that a minor update was made to the amount of central government payables owed to PRASA as of June 30, 2016 as a result of ongoing diligence.

(4) Additional changes include an update of the GDB debt service schedule in order to incorporate the payment-in-kind of certain interest on November 1st, 2016, the resulting impact of the General Fund Revenues and Budget update on UPR projected expenses, a projection for COFINA operating expenses and swap collateral requirements, and a projection for the net operating deficits of Special Communities Perpetual Trust ("SCPT") and Maritime Shipping Authority ("MSA").



9



10

Appendix

11

# Revised Baseline Projections – Revenues

## The following table presents a detailed summary of revenues included in the Revised Baseline Projections

|  |  | 2017P | 2018P | 2019P | 2020P | 2021P | 2022P | 2023P | 2024P | 2025P | 2026P | Total 5 Yr | Total 10 Yr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | **Revenues before Measures** |  |  |  |  |  |  |  |  |  |  |  |  |
|  | **General Fund Revenues (incl. Act 154 / Excise Tax Losses)** |  |  |  |  |  |  |  |  |  |  |  |  |
| 1 | Individual Income Taxes | 1,953 | 1,620 | 1,833 | 1,662 | 1,733 | 1,813 | 1,826 | 1,828 | 1,830 | 1,832 | 8,551 | 17,680 |
| 2 | Corporate Income Taxes | 1,541 | 1,307 | 1,277 | 1,328 | 1,371 | 1,419 | 1,430 | 1,431 | 1,433 | 1,435 | 6,824 | 13,973 |
| 3 | Non-Resident Withholding | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 731 | 3,664 | 7,308 |
| 4 | Act 154 / Excise Tax Revenues | 2,005 | 2,005 | 2,005 | 2,005 | 2,005 | 2,005 | 2,005 | 2,005 | 2,005 | 2,005 | 10,027 | 20,053 |
| 5 | Extraction, less Act 154 / Foreign Company Tax Revenues |  | (500) | (1,003) | (1,003) | (1,003) | (1,003) | (1,003) | (1,003) | (1,003) | (1,003) | (3,509) | (8,533) |
| 6 | Excise Taxes on Alcoholic Beverages | 269 | 223 | 218 | 226 | 234 | 242 | 244 | 244 | 244 | 244 | 1,169 | 2,387 |
| 7 | Motor Vehicle Excise Taxes | 308 | 255 | 249 | 259 | 268 | 277 | 279 | 279 | 280 | 280 | 1,338 | 2,733 |
| 8 | Excise Taxes on Off-Shore Shipments in Rum | 201 | 163 | 164 | 165 | 165 | 168 | 169 | 170 | 172 | 173 | 859 | 1,712 |
| 9 | General Fund Portion of 11.5% SUT | 1,657 | 1,204 | 1,139 | 1,175 | 1,207 | 1,245 | 1,226 | 1,192 | 1,156 | 1,119 | 6,352 | 12,290 |
| 10 | Cigarette Excise Taxes | 114 | 94 | 92 | 96 | 99 | 102 | 103 | 103 | 103 | 104 | 495 | 1,012 |
| 11 | Casino Slot Revenues | 18 | 15 | 15 | 15 | 16 | 16 | 16 | 16 | 16 | 16 | 78 | 160 |
| 12 | Lotteries | 65 | 65 | 65 | 67 | 70 | 72 | 73 | 73 | 73 | 73 | 333 | 696 |
| 13 | Other General Fund Tax Revenues | 117 | 93 | 91 | 94 | 97 | 101 | 101 | 102 | 102 | 102 | 492 | 1,001 |
| 14 | Other General Fund Non-Tax Revenues | 142 | 118 | 115 | 120 | 124 | 128 | 129 | 129 | 130 | 130 | 620 | 1,266 |
| 15 | **General Fund Revenues (incl. Act 154 / Excise Tax Losses)** | 9,400 | 7,392 | 6,731 | 6,942 | 7,118 | 7,317 | 7,331 | 7,301 | 7,273 | 7,242 | 37,284 | 73,747 |
|  | **Additional Sales and Use Tax ("SUT")** |  |  |  |  |  |  |  |  |  |  |  |  |
| 16 | COFINA Portion of 6% SUT | 724 | 755 | 783 | 815 | 847 | 881 | 916 | 953 | 991 | 1,031 | 3,922 | 8,594 |
| 17 | Portion of 11.5% SUT - FAM | 117 | 97 | 95 | 98 | 102 | 105 | 106 | 106 | 106 | 106 | 508 | 1,038 |
| 18 | Portion of 11.5% SUT - One | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 16 | 32 |
| 19 | **Additional Sales and Use Tax ("SUT")** | 844 | 853 | 881 | 916 | 952 | 989 | 1,025 | 1,062 | 1,100 | 1,140 | 4,446 | 9,764 |
|  | **Other Tax Revenues** |  |  |  |  |  |  |  |  |  |  |  |  |
| 20 | Non-Resident Withholdings (Special Revenue Fund) | 59 | 59 | 59 | 59 | 59 | 59 | 59 | 59 | 59 | 59 | 295 | 590 |
| 21 | Excise Taxes on Off-Shore Shipments in Rum (Special Revenue Fund) | 174 | 136 | 137 | 138 | 139 | 140 | 141 | 142 | 143 | 144 | 724 | 1,436 |
| 22 | Room Taxes | 77 | 81 | 85 | 88 | 91 | 94 | 95 | 95 | 95 | 95 | 422 | 895 |
| 23 | Cigarette Excise Taxes (Special Revenue Fund) | 67 | 67 | 67 | 67 | 67 | 67 | 67 | 67 | 67 | 67 | 337 | 674 |
| 24 | Petroleum Products (Crudita) Excise Tax | 411 | 510 | 510 | 510 | 510 | 510 | 510 | 510 | 510 | 510 | 2,451 | 5,001 |
| 25 | Gas Oil and Diesel Excise Tax | 13 | 13 | 13 | 13 | 13 | 12 | 12 | 11 | 11 | 11 | 65 | 121 |
| 26 | Gasoline Excise Tax Revenue | 151 | 146 | 145 | 146 | 148 | 143 | 139 | 134 | 139 | 126 | 736 | 1,407 |
| 27 | Vehicle License Fees | 93 | 93 | 93 | 93 | 93 | 93 | 93 | 93 | 93 | 93 | 465 | 927 |
| 28 | Other Special Revenue Fund Tax Revenues | 51 | 42 | 41 | 43 | 44 | 46 | 46 | 46 | 46 | 46 | 222 | 454 |
| 29 | Casino Slot Revenues | 149 | 145 | 146 | 145 | 154 | 164 | 166 | 167 | 167 | 167 | 731 | 1,560 |
| 30 | CRIM Property Tax Inflows | 101 | 84 | 82 | 82 | 88 | 91 | 92 | 92 | 92 | 92 | 439 | 897 |
| 31 | **Other Tax Revenues** | 1,337 | 1,376 | 1,377 | 1,387 | 1,406 | 1,420 | 1,420 | 1,416 | 1,413 | 1,411 | 6,883 | 13,963 |
|  | **Other Non-Tax Revenues** |  |  |  |  |  |  |  |  |  |  |  |  |
| 32 | Lotteries - Munis & Other | 33 | 26 | 28 | 33 | 41 | 43 | 43 | 43 | 43 | 43 | 160 | 383 |
| 33 | IITA Non-Tax Revenues (ex. Teodoro Moscoso) | 240 | 245 | 249 | 252 | 259 | 266 | 268 | 268 | 268 | 268 | 1,245 | 2,582 |
| 34 | Teodoro Moscoso Bridge Revenues |  |  |  |  | 17 | 17 | 18 | 18 | 18 | 18 | 17 | 105 |
| 35 | PRIFCOM and Other Non-Tax Revenues[1] | 67 | 67 | 69 | 71 | 75 | 77 | 77 | 77 | 78 | 78 | 347 | 733 |
| 36 | UPR Tuition, Fees and Other Non-Tax Revenues[1] | 169 | 168 | 166 | 166 | 167 | 168 | 170 | 172 | 174 | 176 | 837 | 1,696 |
| 37 | FRCDIA Rent and Other Non-Tax Revenues | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 20 | 40 |
| 38 | Net Income of Select Component Units[2] | 76 | 63 | 62 | 64 | 66 | 69 | 69 | 69 | 69 | 70 | 332 | 679 |
| 39 | **Other Non-Tax Revenues** | 590 | 573 | 577 | 591 | 627 | 644 | 649 | 651 | 653 | 663 | 2,958 | 6,218 |
| 40 | **Total Adjusted Revenue before Measures** | 11,871 | 10,195 | 9,567 | 9,836 | 10,303 | 10,371 | 10,425 | 10,431 | 10,439 | 10,456 | 51,571 | 103,456 |
| 41 | GDB Loan Inflows | 236 | 233 | 211 | 211 | 186 | 181 | 181 | 181 | 178 | 176 | 1,098 | 1,998 |
| 42 | Federal Transfers | 7,000 | 7,057 | 7,164 | 7,199 | 7,497 | 7,496 | 7,675 | 7,864 | 8,122 | 8,330 | 35,698 | 75,184 |
| 43 | Loss of Affordable Care Act ("ACA") Funding |  | (864) | (1,494) | (1,580) | (1,677) | (1,831) | (1,950) | (2,060) | (2,248) | (2,379) | (5,616) | (16,110) |
| 44 | **Total Revenues before Measures** | 19,107 | 16,621 | 15,438 | 15,657 | 15,908 | 16,249 | 16,331 | 16,410 | 16,491 | 16,582 | 82,750 | 164,705 |

(1)  Excludes Federal Grants.
(2)  Represents the net income estimates of entities without bonded debt that have historically provided a surplus. Net numbers are shown as these entities generally receive independent revenues that would not be generated absent the associated expenses. Note that numbers are shown elsewhere excluding capital expenditures, which are shown elsewhere and forward estimates are based on a review of historical results.



# Revised Baseline Projections – Expenses and Financing Gap

## The following table presents a detailed summary of the expenditures included in the Revised Baseline Projections and also shows the Financing Gap

The table below presents projections by fiscal year (2017P through 2058P) with Total columns for 5 Yr and 10 Yr.

**Non-Debt Expenditures before Measures**

*General Fund Expenses (ex. Paygo Contributions and Debt Service)*

| # | Row label |
|---|-----------|
| 45 | Direct Payroll[3] |
| 46 | Direct Operational Expenses |
| 47 | Utilities |
| 48 | Special Appropriations – UPR Formula |
| 49 | Special Appropriations – Judicial Formula |
| 50 | Special Appropriations – Municipalities Formula |
| 51 | Special Appropriations – Retirement Systems |
| 52 | Special Appropriations – Health Insurance |
| 53 | Special Appropriations – Other |
| 54 | General Fund Expenses (ex. Paygo Contributions and Debt Service) |

*Paygo Contributions in Excess of Asset Balance*

| # | Row label |
|---|-----------|
| 55 | Paygo Contributions in Excess of Asset Balance[4] |
| 56 | Paygo Contributions in Excess of Asset Balance |

*Maintenance Capital Expenditures*

| # | Row label |
|---|-----------|
| 57 | Maintenance Capital Expenditures (excl. Incremental Non-Growth and Growth Opex) |

*Component Units, Non-GF Funds and Enterprise Funds*

| # | Row label |
|---|-----------|
| 59 | Net Deficit of Special Revenue Funds ex. Tax Revenues[5] |
| 60 | PRODEM Expenses |
| 61 | PREPA Expenses |
| 62 | UPR Expenses |
| 63 | ASEM Deficit ex. Capex and AUC |
| 64 | ASES Surplus / (Deficit) ex. GF, Loss ex. Opex and AUC |
| 65 | Net Op. Deficit of Other Independently Projected Component Units ex. Tax Revenues[6] |
| 66 | Net Deficit of Select Component Units ex. Tax Revenues[7] |
| 67 | Net Op. Deficit of Quasi Commonwealth Perpetual Trust and Maritime Shipping |
| 68 | Net Deficit of Enterprise Funds[8] |
| 69 | HTA Operational Expenses (excl. Debt Service, T, Moscoso and Capex) |
| 70 | Tourism Marketing Expenses (excl. Debt Service and Capex) |
| 71 | COFINA Operating Expenses |
| 72 | COFINA Revenues Posted for Swap Collateral |
| 73 | Allocation of SJU to Gov |
| 74 | Component Units, Non-GF Funds and Enterprise Funds |

*Disbursements of The Revenues to Entities Outside Plan*

| # | Row label |
|---|-----------|
| 75 | Guarantee of Pass-Through Entities Tax Related Outflows |
| 76 | Lotteries Related Outflows – Monto & Other |
| 77 | Allocation of SJU to PAM |
| 78 | Disbursements of The Revenues to Entities Outside Plan |

**Adjusted Expenses**

| # | Row label |
|---|-----------|
| 79 | Adjusted Expenses |
| 80 | GDB Loan and Net Deposit Outflow |
| 81 | Federal Funds Inflow |
| 82 | Reconciliation Adjustment[9] |
| 83 | Payment of Pass-thru Tax Refunds |
| 84 | Pay Less Retirement for Past Services |
| 85 | Federal Oversight Board Implementation by PROMESA |
| 86 | Disbursements of The Revenues to Entities Outside Plan |

**Total Noninterest Expenditures**

| # | Row label |
|---|-----------|
| 87 | Total Noninterest Expenditures |

**Financing Gap Pre-Debt Service, Pre-Measures**

*Debt Service Net of Existing Reserves[10]*

| # | Row label |
|---|-----------|
| 88 | Consolidated Interest |
| 89 | Consolidated Principal |
| 90 | Mixed Principal and Interest Payments |
| 91 | Allocation of SJU to RAM |
| 92 | TDF Guaranteed Debt Service[10] |
| 93 | Use of Existing Debt Service Reserves |
| | Total Debt Service net of Existing Reserves |
| 94 | Total Baseline and Financing Gap before Measures |

---

Footnotes (left column):

(3) Includes payroll for employer contributions to the Employees and Teachers Retirement Systems ("ERS" and "TRS", respectively).

(4) Paygo contributions represent the incremental contributions in excess of payments from existing asset balances required to be paid to the Teachers, Judicial and Employees Retirement Systems based on the Commonwealth's pension reform and pension advisors, incremental contributions reported on an estimated available contribution basis once the existing asset balance equals zero and future paygo amounts are consistent with the Fiscal Plan.

(5) Net Deficit of Special Revenue Funds excluded after removing tax revenues, which are shown separately.

(6) Developed by consulting with management including: AAFA, Cardiovascular Center, PBA, PRITA, Ports Authority and Tourism Company.

(7) Represents the net income estimates of entities without bonded debt that have historically resulted in a deficit. Note that numbers are shown on an estimated available contribution basis, net of intercompany transactions, and exclude of historical net deficit.

(8) Includes Unemployment Insurance and 9-1-1 Services Governing Board. Excludes Drivers Insurance and Disability Insurance, which are restricted funds.

Footnotes (right column):

(2) Represents adjustment to reconcile Governmental Funds expenses in the Revised Baseline Projections with historical trends based on preliminary analysis.

(8) Information provided by schedule is based in part on publicly available information from the GDB website and Bloomberg as well as information provided by Hacienda and GDB. All parties should consult their relevant governing debt documents to determine their own views as to the debt service obligation for the debt shown below. Note that only bonded debt service for the entities included in the Fiscal Plan is included herein. For the exception of the 2016 GO bond series and COFINA senior bonds, subject of bond validation, this schedule should reflect debt service for the entities included in the Fiscal Plan. Other debt service for private bank lines may be embedded in the projections for certain component units and public corporations. Such amounts are not material.

(9) Note that debt service does not include a rollup of reserve of certain TDF guaranteed bonds and loans.



# Summary of Revised Baseline Projections

**The following provides an alternative summary of the Revised Baseline Projections, which shows the revenues and expenses before economic contraction and the impact of economic contraction as compared to 0% real economic growth[1]**

- For comparison purposes, inflation is illustratively held constant between the two scenarios at a CAGR of 0.6% over the period FY 2018 through FY 2026

## Annual Summary of the Revised Baseline Projections ($ millions)

| | 2017P | 2018P | 2019P | 2020P | 2021P | 2022P | 2023P | 2024P | 2025P | 2026P | Total 5-Yr | Total 10-Yr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenues | 19,107 | 17,800 | 16,680 | 16,621 | 16,668 | 16,800 | 16,967 | 17,170 | 17,379 | 17,601 | 86,877 | 172,793 |
| Total Expenses ex. Debt Service | (18,111) | (19,033) | (19,077) | (19,182) | (19,390) | (19,545) | (19,925) | (20,345) | (21,001) | (21,352) | (94,793) | (196,960) |
| Debt Service Net of Existing Reserves | (4,618) | (3,294) | (3,872) | (3,493) | (3,438) | (3,197) | (3,138) | (3,554) | (3,056) | (3,308) | (18,715) | (34,967) |
| Economic Contraction [2] | -- | (1,289) | (1,282) | (1,002) | (791) | (606) | (656) | (792) | (924) | (1,052) | (4,305) | (8,249) |
| **Base Financing Gap** | **(3,622)** | **(5,751)** | **(7,558)** | **(7,055)** | **(6,951)** | **(6,548)** | **(6,759)** | **(7,521)** | **(7,600)** | **(8,110)** | **(30,937)** | **(67,382)** |
| Illustrative Refi./(Amort.) of FY 2017 Deficit | 3,622 | -- | (83) | (607) | (771) | (1,196) | (1,029) | (16) | -- | -- | 2,241 | -- |
| Illustrative Interest Due on FY 2017 Deficit [3] | -- | (362) | (464) | (163) | (102) | (81) | (38) | (1) | -- | -- | (892) | (1,011) |
| Fiscal Adjustment to Reach Zero Cumulative Deficit | -- | 6,100 | 7,825 | 7,825 | 7,825 | 7,825 | 7,825 | 7,825 | 7,825 | 7,825 | 29,575 | 68,700 |
| **Fin. Surplus / (Gap) After Fiscal Adjustment [4]** | -- | **(13)** | -- | -- | -- | -- | -- | **288** | **225** | **(293)** | **(13)** | **$206** |
| *Memo: October Baseline Projections* | (3,605) | (3,408) | (5,813) | (5,744) | (5,978) | (5,974) | (6,258) | (7,084) | (7,171) | (7,682) | (24,547) | (58,716) |
| *Memo: Select Items Excluded From Total Revenues* | | | | | | | | | | | | |
| ACA Funding Loss | -- | (864) | (1,515) | (1,580) | (1,677) | (1,891) | (1,950) | (2,066) | (2,248) | (2,379) | (5,636) | (16,110) |
| Est. Act 154 / Foreign Company Tax Losses | -- | (501) | (1,003) | (1,003) | (1,003) | (1,003) | (1,003) | (1,003) | (1,003) | (1,003) | (3,509) | (8,523) |
| *Memo: Select Items Included in Total Expenses* | | | | | | | | | | | | |
| Expiration of Act 66 | -- | (101) | (101) | (101) | (101) | (101) | (124) | (194) | (366) | (340) | (406) | (1,431) |
| CW Health Care Insurance Program [5] | (923) | (806) | (833) | (942) | (1,005) | (1,104) | (1,182) | (1,257) | (1,375) | (1,459) | (4,509) | (10,886) |
| *Memo: Additional Pensions Details* | | | | | | | | | | | | |
| Pension-Related Outflows Included in Baseline [6] | (1,041) | (2,075) | (2,138) | (2,145) | (2,164) | (2,349) | (2,366) | (2,391) | (2,414) | (2,436) | (9,563) | (22,518) |
| Est. Paygo Payments Included in Baseline | -- | (989) | (1,014) | (985) | (964) | (1,151) | (1,177) | (1,217) | (1,251) | (1,278) | (3,952) | (10,026) |

(1) The growth projections assume that a permanent fiscal adjustment of $6.1 billion is taken in FY 2018 (and for every year thereafter through the projection period) in order to fill the gaps over the projection period (resulting in a total cut of approximately $7.8 billion in every year starting in FY 2019).

(2) Assumes 0.6% real GNP growth. Comparison: illustratively held inflation constant between two scenarios at a CAGR of 0.6% over the period FY 2018 through FY 2026.

(3) Assumes the deficit in FY 2017 is paid down over time at a 10% interest rate, dropping annually by 500 basis points until the year over year U.S. Treasury rates the 1000 basis points.

(4) Note that due to the iterative nature of developing the projections, the deficit/surplus shown in the Revised Baseline Projections herein may not show an exact zero cumulative surplus by the end of the projection period; however, the variance shown is not considered to materially impact the overall projections.

(5) Represents General Fund Budget special appropriations for health insurance and the net surplus / (deficit) of ASES (pre-ACA funding loss and excluding capex).

(6) Represents the total pension-related outflows included in the Revised Baseline Projections. Note that Milliman projections were used to estimate the employer contributions, which are assumed to offset the amounts embedded in payroll. Special law contributions paid outside of the General Fund Budget are estimated based on Milliman projections and ERS data. Note that these figures do not represent solely the benefit payments paid to the pensioners (the figure include both payments to the pension systems as well special law benefit paid to the pensioners in order to estimate the total pension-related outflows included in the Revised Baseline Projections).