# EXHIBIT 32

# Reorg

2019-04-29 19:38:25

## Puerto Rico

## Gov. Rosselló Says Administration Will File Legislation to Create County System of Government, Cites Potential Annual Savings Between $600M and $1B

Fri 03/15/2019 18:53 PM

Gov. Ricardo Rosselló said today his administration will file legislation to create a county system of government that, if implemented properly, could realize savings of between $600 million and $1 billion annually.

The governor could not specify when the bill would be submitted, but said it would be in the current session that runs through June. Rosselló said that undertaking a local government reform to establish a county system would not require a constitutional amendment or public referendum, but noted that he would be open to a vote, adding that he is convinced the public would support such a change because they know it is necessary.

"I recognize this is not an easy conversation to have, but we have to have the conversation, with the mayors and the people of Puerto Rico," the governor said.

Rosselló acknowledged opposition to the plan from Senate President Thomas Rivera Schatz and many island mayors. The governor added that he is open to other alternatives, but said that he would "start the conversation" by filing a bill to establish a county system of government.

The governor emphasized that the municipalities would remain in place, but many of the services they deliver would be spun off into the new country structure. He said he is also proposing spinning off central government services ino the new county structure, mentioning areas including healthcare, social and family services, and police. Rosselló stressed that the counties needed to be autonomous and their officials could not be nominated by governor or chosen by mayors.

Earlier this week, Rosselló remarked that action needs to be taken to shore up the financial situation of the island municipalities. The governor reiterated today that the move to a county government system is necessary because, absent such reform, 80% of the island's 78 municipalities will be inoperable within five years due to their financial condition. He said the few municipalities with the resources to continue providing services would be able to do so under the plan.

The governor made his remarks today during a press conference to announce the start of construction to convert two units at the Puerto Rico Electric Power Authority's San Juan power plant to burn natural gas. Officials said the conversion should save about $150 million a year and lower power prices by 1.3 cents per kilowatt hour. Project developer New Fortress Energy will not be able to source natural gas from the United States because of Jones Act restrictions, CEO Wes Edens said during the event.

This communication has been prepared by Reorg Research, Inc. or one of its affiliates (collectively, "Reorg") and is being provided to you in connection with your subscription to one or more Reorg products. The information contained herein is for informational purposes only and should not be construed as legal, investment, accounting or other professional services advice on any subject matter. Reorg obtains information from a wide variety of sources, which it believes to be reliable, but Reorg does not have, nor does it claim to have, sources of inside or private information and does not certify or guarantee the accuracy or completeness of the information discussed in this publication. Recipients must make their own decisions about investment strategies or securities mentioned in this publication. Reorg, its affiliates, officers, directors, partners and employees expressly disclaim all liability in respect to actions taken or not taken based on any or all the contents of this publication. Copyright 2019 Reorg Research, Inc. All rights reserved.

© Copyright 2012 - 2019