# EXHIBIT 37

CERTIFIED TRANSLATION

**(S.B. 1258)**

# LAW 29
# MAY 17, 2019

To establish the "Law for Reduction of Administrative Responsibilities of the Municipalities", in order to reduce the administrative responsibility of the municipalities in the charges they pay to the health plan of the government and the system "Pay as you Go"; to amend Section 9 of Article VI of the "Law for the Administration of Health Insurance of Puerto Rico", Law 72-1993, as amended and Article 3.5 of the "Law to Guarantee Payment to our Pensioners and Establish a New Plan of Defined Contributions for Public Servants", Law 106-2017, as amended, to make viable the reduction in such responsibilities and for other related purposes.

## STATEMENT OF MOTIVES

The municipalities are the most accessible governmental entity that the residents of Puerto Rico have. Therefore, historically the municipalities have been in need of providing those services that are required of them by the "Autonomous Municipalities Act", and to assume responsibilities of the central government, without being assigned the corresponding funds.

It is no secret that the municipalities are going through an enormous fiscal crisis, as is the Government of Puerto Rico. However, as they are creatures of the State, the alternatives they have to get out of the crisis are limited. To make matters worse, the Fiscal Plan for Puerto Rico, approved by the Fiscal Oversight Board ("FOB") pursuant to the "*Puerto Rico Oversight, Management, and Economic Stability Act*" ("PROMESA" for its English acronym), Public Law 114-187, contemplates the reduction of the transfers of funds from the General Fund to the municipalities, until its elimination by the year 2023. This sum was about $360 million dollars per year.

Aware of the impact that the elimination of the so called "subsidies" to the municipalities will have, this Legislative Assembly has identified two administrative charges that the municipalities have assumed that have greatly impacted their funds. These are, the payments made to the health plan of the Government of Puerto Rico and to the system "Pay as you Go", pursuant to the provisions of the "Law for the Administration of Health Insurance of Puerto Rico". Law, Law 72-1993, as amended, and the "Law to Guarantee Payment to Our Pensioners and Establish a New Defined Contribution Plan for Public Servants", Law 106- 2017, as amended. It is estimated that the fiscal impact for the municipalities between these payments reaches the amount of four hundred million dollars ($400,000,000) per year.

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

By way of this Law, the obligation of the municipalities to contribute to the Government's health plan and the system *"Pay as you Go"* is eliminated. Whereas, the Municipal Revenue Collection Center ("CRIM") will retain in the Equalization Fund fifty percent (50%) of the amount that the municipalities would have to pay to ASES, using as basis the amount invoiced for the fiscal year 2015-2016 and up to ninety per cent (90%) of the amount the municipalities would have to pay to the *"Pay as you Go"*, using as basis the amount invoiced for the fiscal year 2017-2018, to be distributed to the municipalities according to the norms applicable to such fund. The excess will be distributed in cash among the municipalities, based in the proportion in which they contribute to the settlements. This way the administrative responsibilities of the municipalities are significantly reduced, which will result in more and better services to the citizens.

**THE LEGISLATIVE ASSEMBLY OF PUERTO RICO DECREES:**

Article 1.- This Law shall be known as the "Law for the Reduction of Administrative Responsibilities of the Municipalities."

Article 2.- This Law is adopted with the purpose of reducing the administrative responsibility of the municipalities regarding the payments they make to the health plan of the Government of Puerto Rico and to the system "Pay as you Go", pursuant to the provisions of Law 72-1993, as amended, known as the " Law of the Health Insurance Administration of 6 Puerto Rico", and Law 106-2017, as amended, known as the "Law to Guarantee Payment to Our Pensioners and Establish a New Defined Contribution Plan for the Public Servants".

Article 3.- Section 9 of Article VI of Law 72-1993, as amended, known as the "Puerto Rico Health Insurance Administration Act", is amended to read as follows:

""Section 9.- Financing of the Administration and the Health Plan; Other Income.

The health plan established through this law and the operating expenses of the Administration shall be paid as follows:

(a)…

…

(d) The budgetary assignment of the municipal government for direct health services in areas covered by the health insurance plans will be based in the percentages contained in the Table following the Budget of Ordinary Funds of the Municipalities, excluding the Special Additional Contribution (SAC), and federal funds using as a basis the Budget of ordinary funds of the previous fiscal year, from July 1, 1997.

…

While the municipal contribution system to the cost of the Health Reform for the Fiscal Year 2005-2006 and in the subsequent fiscal years is reviewed, the municipalities


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

will contribute the amount equivalent to the percentage established for the Fiscal Year 2004-2005 or the current, whatever is less, as provided in their budget. In the case of the Municipality of San Juan, it will contribute the amount resulting from the application of the Table to the budget for the fiscal year 2004-2005 or current, whichever is less. For those municipalities that provide preventive services, either direct or indirect health services, the CRIM shall retain the payment to ASES until this institution agrees with the municipality the return for the corresponding contribution of those municipalities, as required by Article 14 of Law 3-2003. ASES will totally or partially reimburse the municipalities every expense incurred for direct or indirect health services provided by the municipalities without any restriction. However, from July 1, 2018 until September 30, 2019, which is equal to the sum of two hundred two million dollars ($202,000,000), the municipalities will be exempt from complying with this provision, therefore will have no obligation to make any contributions to the health plan created through this Law. From that total, the municipalities shall receive fifty per cent (50%) or the amount of one hundred one million dollars ($101,000,000) in cash and the remaining fifty per cent (50%) or the sum of one hundred one million dollars ($101,000,000) they will receive as credit to the debt that the municipalities have with the Retirement Systems Administration of Public Employees, as established in Law No. 106- 11 2017, known as "Pay as you Go", of June 30, 2018. In case that any municipality does not have debt or the debt is less than the resources it is entitled to, such credit will be disbursed as stated in the next paragraph.

As of September 30, 2019, the municipalities Will not have the obligation to make contributions to the health insurance plan created by way of this Law.

(e)…"

Article 4.- Article 3.5 of Law 106-2017, as amended, known as the "Law to Guarantee Payment to Our Pensioners and Establish a New Defined Contribution Plan for Public Servants", is amended to read as follows:

"Article 3.5.- Employer Obligations, Sanctions.

Every employer of a Participant in the New Defined Contribution Plan shall have the following obligations:

(1)…

(2)…

    a. The Retirement Board, its appointee or the Administrative Entity will request in writing, including an official debt certification:

        i…

        ii…

    iii. The Municipal Revenue Collection Center (CRIM) to remit, within the seven (7) days following the written notification, the New Defined Contribution Plan and/or the Account for the Payment of Accrued Pensions, the amounts of Contributions

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Owed by the Municipal employer, of the uncompromised remainder of the contributions on the property value and other income that the Municipalities are entitled to receive pursuant to Law 80-1991, as amended, known as the "Law of the Municipal Revenue Collection Center". From the date the Law takes effect, automatically and permanently a preferential legal lien is constituted on that uncompromised remainder in favor of the Retirement Board and/or Administrative Entity for the collection of the Contributions Owed, without need for any other action, possession or control over them. Provided, that from the fiscal year 2019-2020, the municipalities will not have an obligation to pay the "Pay as you Go", and the Municipal Revenue Collection Center (CRIM) will not have the obligation to remit payments for those purposes.

iv…"

Article 5.- As of September 30, 2019, the Municipal Revenue Collection Center (CRIM) will withhold in the Equalization Fund fifty per cent (50%) of the amount that the municipalities would have had to disburse to ASES, using as a basis the amount invoiced for the fiscal year 2015-2016, to be distributed to the municipalities pursuant to the rules applicable to such fund according to Law 80-1991, as amended, known as the "Municipal Revenue Collection Center Act". The remaining fifty per cent (50%) will be distributed in cash among the municipalities, based on the proportion that they contribute to the remittances.

Furthermore, as of the fiscal year beginning on July 1, 2019, the CRIM will withhold in the Equalization Fund up to ninety per cent (90%) of the amount the municipalities would have had to disburse to the Retirement Board and/or the Administrative Entity for the payment of "Pay as you Go", created by Law 106-2017, as amended, using as a basis the amount invoiced for the fiscal year 2017-2018, to be distributed to the municipalities pursuant to the rules applicable to such fund according to Law 80-1991, as amended, known as the "Municipal Revenue Collection Center Act". The excess shall be distributed in cash among the municipalities, based on the proportion they contribute to the remittances.

Article 6.- This Law shall take effect immediately upon its passage.

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

**(P. del S. 1258)**

# LEY NÚM. 29
# 17 DE MAYO DE 2019

Para establecer la "Ley para la Reducción de las Cargas Administrativas de los Municipios", a los fines de reducir la carga administrativa de los municipios en los cargos que pagan al plan de salud del gobierno y el sistema "Pay as you Go"; para enmendar la Sección 9 del Artículo VI de la "Ley de la Administración de Seguros de Salud de Puerto Rico", Ley 72-1993, según enmendada y el Artículo 3.5 de la "Ley para Garantizar el Pago a Nuestros Pensionados y Establecer un Nuevo Plan de Aportaciones Definidas para los Servidores Públicos", Ley 106-2017, según enmendada, para viabilizar la reducción en dichas cargas; y para otros fines relacionados.

## EXPOSICIÓN DE MOTIVOS

Los municipios son la entidad gubernamental más accesible que tienen los residentes de Puerto Rico. Es por ello que, históricamente los municipios se han visto en la necesidad de proveer aquellos servicios que la "Ley de Municipios Autónomos" les requiere, así como asumir responsabilidades del gobierno central, sin que ello estuviere acompañado de la correspondiente asignación de fondos.

No es secreto que los ayuntamientos atraviesan una enorme crisis fiscal, como ocurre con el Gobierno de Puerto Rico. No obstante, siendo criaturas del Estado, las alternativas para que salgan de la crisis son limitadas. Como si fuera poco, el Plan Fiscal para Puerto Rico, aprobado por la Junta de Supervisión Fiscal ("JSF"), al amparo del *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA" por sus siglas en inglés), *Public Law* 114-187, contempla la reducción de las transferencias de fondos del Fondo General a los municipios hasta su eliminación al año 2023. Anualmente, esta cifra rondaba en los $360 millones de dólares.

Conscientes del impacto que tendrá la eliminación de los conocidos "subsidios" a los municipios, esta Asamblea Legislativa ha identificado dos gastos administrativos que han asumido los municipios con un gran impacto en sus arcas. Estos son, los pagos que realizan al plan de salud del Gobierno de Puerto Rico y al sistema de "Pay as you Go", al amparo de las disposiciones de la "Ley de la Administración de Seguros de Salud de Puerto Rico", Ley 72-1993, según enmendada, y la "Ley para Garantizar el Pago a Nuestros Pensionados y Establecer un Nuevo Plan de Aportaciones Definidas para los Servidores Públicos", Ley 106-2017, según enmendada. Se estima que el

impacto fiscal para los municipios entre estas partidas alcanza la cifra de cuatrocientos millones de dólares ($400,000,000) anualmente.

Mediante la presente Ley, se elimina la obligación de los municipios de aportar al plan de salud del Gobierno y al sistema de *"Pay as you Go"*. En cambio, el Centro de Recaudación de Ingresos Municipales ("CRIM") retendrá en el Fondo de Equiparación un cincuenta por ciento (50%) de la cantidad que les correspondería a los municipios desembolsar a ASES, utilizando como base la cantidad facturada para el año fiscal 2015-2016 y hasta un noventa por ciento (90%) de la cantidad que le correspondería pagar a los municipios al *"Pay as you Go"*, utilizando como base la cantidad facturada para el año fiscal 2017-2018, para ser distribuidos a los municipios según las normas aplicables a dicho fondo. Los sobrantes serán distribuidos en efectivo entre los municipios, a base de la proporción a la que aportan a las remesas. De esta forma, se reduce significativamente la carga administrativas de los municipios, lo cual redundará en más y mejores servicios para los ciudadanos.

**DECRÉTASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:**

Artículo 1.- Esta Ley se conocerá como "Ley para la Reducción de las Cargas Administrativas de los Municipios".

Artículo 2.- Se adopta la presente Ley con el propósito de reducir la carga administrativa de los municipios sobre los pagos que realizan al plan de salud del Gobierno de Puerto Rico y al sistema de "Pay as you Go", al amparo de las disposiciones de la Ley 72-1993, según enmendada, conocida como "Ley de la Administración de Seguros de Salud de Puerto Rico", y la Ley 106-2017, según enmendada, conocida como "Ley para Garantizar el Pago a Nuestros Pensionados y Establecer un Nuevo Plan de Aportaciones Definidas para los Servidores Públicos".

Artículo 3.- Se enmienda la Sección 9 del Artículo VI de la Ley 72-1993, según enmendada, conocida como "Ley de la Administración de Seguros de Salud de Puerto Rico", para que lea como sigue:

"Sección 9.- Financiamiento de la Administración y del Plan de Salud; Otros Ingresos.

El plan de salud establecido mediante esta ley y los gastos de funcionamiento de la Administración se sufragarán de la siguiente manera:

(a)…

…

(d) La asignación presupuestaria de los gobiernos municipales para servicios de salud directos en áreas cubiertas por los planes de salud estará basada en los porcientos contenidos en la Tabla siguiente del Presupuesto de Fondos Ordinarios de los municipios, excluyendo la Contribución Adicional Especial (CAE), y fondos

federales utilizando como base el presupuesto de fondos ordinarios del año fiscal anterior, a partir del 1ro de julio de 1997.

…

En lo que se revisa el esquema de aportación municipal al costo de la Reforma de Salud para el Año Fiscal 2005-2006 y en años fiscales sucesivos, los municipios aportarán la cantidad equivalente al porciento establecido para el Año Fiscal 2004-2005 o el actual, cual fuese el menor, según dispuesto en su presupuesto. En el caso del Municipio de San Juan, este aportará la cantidad resultante de la aplicación de la Tabla al presupuesto para el año fiscal 2004-2005 o actual, cual fuese menor. Para aquellos municipios que brindan servicios preventivos, ya sean directos e indirectos de salud, el CRIM retendrá el pago a ASES hasta que esta institución acuerde con el municipio la devolución por concepto de la correspondiente aportación de aquellos municipios, según lo requiere el Artículo 14 de la Ley 3-2003. ASES reembolsará total o parcialmente a los municipios todo gasto incurrido por servicios directos o indirectos de salud prestados por los municipios sin restricción alguna. No obstante, entre el 1ro de julio de 2018 al 30 de septiembre de 2019, que equivale a la suma de doscientos dos millones de dólares ($202,000,000), los municipios estarán exentos del cumplimiento de esta disposición, por lo que no tendrán obligación alguna de realizar aportaciones al plan de salud creado mediante la presente Ley. De dicho total, el cincuenta por ciento (50%) o la cantidad de ciento un millones de dólares ($101,000,000) los recibirán los municipios en efectivo y el restante cincuenta por ciento (50%) o la suma de ciento un millones de dólares ($101,000,000) lo recibirán como crédito a la deuda que tengan los municipios con la Administración de los Sistemas de Retiro de los Empleados Públicos, según establecido en la Ley 106-2017, conocida como "Pay as you Go", al 30 de junio de 2018. En caso de que cualquier municipio no tenga deuda o la deuda sea menor a los recursos que le corresponden, dicho crédito se desembolsará según se dispone en el próximo párrafo.

A partir del 30 de septiembre de 2019, los municipios no tendrán obligación de hacer aportaciones a plan de seguro de salud creado mediante la presente Ley.

(e)…"

Artículo 4.- Se enmienda el Artículo 3.5 de la Ley 106-2017, según enmendada, conocida como "Ley para Garantizar el Pago a Nuestros Pensionados y Establecer un Nuevo Plan de Aportaciones Definidas para los Servidores Públicos", para que lea como sigue:

"Artículo 3.5.- Obligaciones del Patrono, Sanciones.

Todo patrono de un Participante del Nuevo Plan de Aportaciones Definidas tendrá las siguientes obligaciones:

(1)…

(2)…

   a. La Junta de Retiro, su designado o la Entidad Administradora solicitará por escrito, y acompañado por una certificación oficial de deuda:

     i…

     ii…

     iii. Al Centro de Recaudación de Ingresos Municipales (CRIM), que remese, dentro de los siete (7) días siguientes a la notificación por escrito, al Nuevo Plan de Aportaciones Definidas y/o a la Cuenta para el Pago de las Pensiones Acumuladas, las cantidades de las Aportaciones Adeudadas por el patrono Municipal, del remanente no comprometido de las contribuciones sobre el valor de la propiedad y demás ingresos que los municipios tengan derecho a recibir de conformidad a la Ley 80-1991, según enmendada, conocida como "Ley del Centro de Recaudación de Ingresos Municipales". A partir de la vigencia de esta Ley, automática y permanentemente, se constituye un gravamen legal preferencial sobre dicho remanente no comprometido en favor de la Junta de Retiro y/o la Entidad Administradora para el cobro de las Aportaciones Adeudadas, sin la necesidad de cualquier otro acto, posesión o control sobre los mismos. Disponiéndose, que a partir del año fiscal 2019-2020, los municipios no tendrán obligación de pagar al "Pay as you Go", ni el Centro de Recaudación de Ingresos Municipales (CRIM) la obligación de remesar pagos a esos fines.

     iv…"

   Artículo 5.- A partir del 30 de septiembre de 2019, el Centro de Recaudación de Ingresos Municipales (CRIM) retendrá en el Fondo de Equiparación un cincuenta por ciento (50%) de la cantidad que les hubiese correspondido a los municipios desembolsar a ASES, utilizando como base la cantidad facturada para el año fiscal 2015-2016, para ser distribuidos a los municipios a tenor con las normas aplicables a dicho fondo según la Ley 80-1991, según enmendada, conocida como "Ley del Centro de Recaudación de Ingresos Municipales". El restante cincuenta por ciento (50%) será distribuido en efectivo entre los municipios, a base de la proporción a la que aportan a las remesas.

   Además, a partir del año fiscal que comienza el 1 de julio de 2019, el CRIM retendrá en el Fondo de Equiparación hasta un noventa por ciento (90%) de la cantidad que le hubiese correspondido a los municipios desembolsar a la Junta de Retiro y/o la Entidad Administradora para el pago del "Pay as you Go", creado por virtud de la Ley 106-2017, según emendada, utilizando como base la cantidad facturada para el año fiscal 2017-2018, para ser distribuidos a los municipios a tenor con las normas aplicables a dicho fondo según la Ley 80-1991, según enmendada, conocida como "Ley del Centro de Recaudación de Ingresos Municipales". El sobrante será distribuido en efectivo entre los municipios, a base de la proporción a la que aportan a las remesas.

Artículo 6.- Esta Ley comenzará a regir inmediatamente después de su aprobación.