# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtors.[1] | ) ) ) ) ) ) ) ) ) ) ) ) ) | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03566 (LTS) |

**JOINT COMPILATION OF HEARING EXHIBIT LIST**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

Pursuant to the Court's *Order Granting Urgent Joint Motion Regarding the Scheduling of Discovery and Briefing in Connection with the Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay* [Docket No. 6915 in Case No. 17-bk-03283 and Docket No. 505 in Case No. 17-bk-03566] and *Order Approving Stipulation Between the Oversight Board, Movants and the Retiree Committee Regarding Certain Pre-Hearing Filing Deadlines* [Docket No. 7650 in Case No. 17-bk-03283 and Docket No. 593 in Case No. 17-bk-03566], Movants,[2] the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," "System," or the "Debtor"), by and through the Financial Oversight and Management Board (the "FOMB"), as the Debtor's representative pursuant to Section 315(b) of PROMESA, the Official Committee of the Retired Employees of the Commonwealth of Puerto Rico ("Retiree Committee") (together with Debtor and Movants, the "Parties"), respectfully submit this Joint Exhibit List ahead of the July 2, 2019 hearing on Movants' motion to lift the automatic stay.

---

[2] Movants are: Andalusian Global Designated Activity Company, Glendon Opportunities Fund, L.P., Mason Capital Master Fund, LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Value Opportunities Fund, L.P., Ocher Rose, L.L.C., SV Credit, L.P., Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Investors Bond Fund I, Puerto Rico Investors Tax-Free Fund, Inc., Puerto Rico Investors Tax-Free Fund, Inc. II, Puerto Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax-Free Fund VI, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., and Tax-Free Puerto Rico Target Maturity Fund, Inc.

## JOINT EXHIBITS

| EX. NO. | DESCRIPTION | DEP. EX / BATES |
|---|---|---|
| I. | ERS Bond Resolution, dated January 24, 2008 | BNYM00001 |
| II. | ERS Amended and Restated First Supplemental Pension Funding Bond Resolution Authorizing Senior Pension Funding Bonds Series A, dated January 29, 2008 | ERS_BH_000201 |
| III. | UCC Statements and Security Agreement Package | |
| IV. | Certified translation of House Joint Resolution 188 | Collazo Rodriguez Ex. 8<br>Pena-Montanez Ex. 8<br>Yassin-Mohammad Ex. 8 |
| V. | Certified translation of Act No. 106 | El Koury Ex. 12<br>Pena-Montanez Ex. 10<br>Yassin-Mohammad Ex. 10 |
| VI. | Offering Memorandum for $1,588,810,799.70 Employees Retirement System of the Government of the Commonwealth of Puerto Rico Senior Pension Funding Bonds, Series A | Collazo Rodriguez Ex. 37<br>BH-ERS-C-002670 |
| VII. | Milliman ERS Actuarial Valuation Report June 30, 2017 | Collazo Rodriguez Ex. 36 |
| VIII. | Letter from Milliman to Luis M. Collazo Rodriguez re: Third Addendum to June 30, 2016 PRGERS Valuation Report to Reflect Updated Assets, dated October 23, 2018 (which includes June 30, 2016 Actuarial Report) | Collazo Rodriguez Ex. 35 |
| IX. | Commonwealth Fiscal Plan, dated May 9, 2019 | El Koury Ex. 16<br>Yassin-Mohammad Ex. 15 |
| X. | Oversight Board's Explanatory memorandum on pension reform, issued on August 4, 2017 | MALHOTRA000087 - 97 |
| XI. | Oversight Board Resolution Adopted on March 13, 2017 (Fiscal Plan Certification) | Collazo Rodriguez Ex. 23<br>El Koury Ex. 9<br>Pena-Montanez Ex. 23 |
| XII. | Letter from Government of Puerto Rico to Banco Popular Requesting Transfer on Account of Liquidation of Assets of ERS, dated July 25, 2017 | Collazo Rodriguez Ex. 41<br>ERS-AAFAF_LS001506–ERS-AAFAF_LS001507 |

| EX. NO. | DESCRIPTION | DEP. EX / BATES |
|---|---|---|
| XIII. | Malhotra Excel Spreadsheet with NPV Calculations | MALHOTRA00000179 |
| XIV. | Excerpts of Deposition Transcript Mohammad Yassin Mahmud (May 29, 2019) (Designations and counter designations to be provided in advance of hearing) | |
| XV. | Excerpts of Deposition Transcript Francisco Pena Montanez (May 30, 2019) (Designations and counter designations to be provided in advance of hearing) | |
| XVI. | Excerpts of Deposition Transcript Luis Collazo Rodriguez (June 4, 2019) (Designations and counter designations to be provided in advance of hearing) | |
| XVII. | Excerpts of Deposition Transcript Jaime El Koury (June 6, 2019) (Designations and counter designations to be provided in advance of hearing) | |
| XVIII. | Excerpts of Deposition Transcript Andrew Samwick (June 17, 2019) (Designations and counter designations to be provided in advance of hearing) | |
| XIX. | Excerpts of Deposition Transcript Faten Sabry (June 20, 2019) (Designations and counter designations to be provided in advance of hearing) | |
| XX. | Excerpts of Deposition Transcript Gaurav Malhotra (June 18, 2019) (Designations and counter designations to be provided in advance of hearing) | |
| XXI. | Excerpts of Deposition Transcript Lawrence Sher (June 20, 2019) (Designations and counter designations to be provided in advance of hearing) | |

Dated: June 27, 2019  
New York, NY

Respectfully submitted,

*/s/ William D. Dalsen*

Martin J. Bienenstock (*pro hac vice*)  
Brian S. Rosen (*pro hac vice*)  
Jeffrey W. Levitan (*pro hac vice*)  
Margaret A. Dale. (*pro hac vice*)  
William D. Dalsen (*pro hac vice*)  
**PROSKAUER ROSE LLP**  
Eleven Times Square  
New York, NY 10036  
Tel: (212) 969-3000  
Fax: (212) 969-2900  
Email: mbienenstock@proskauer.com  
Email: brosen@proskauer.com  
Email: jlevitan@proskauer.com  
Email: mdale@proskauer.com  
Email: wdalsen@proskauer.com

Luis F. del Valle-Emmanuelli  
USDC-PR No. 209514  
P.O. Box 79897  
Carolina, Puerto Rico 00984-9897  
Tel. 787.977.1932  
Fax. 787.722.1932  
dvelawoffices@gmail.com

OF COUNSEL FOR  
A&S LEGAL STUDIO, PSC  
434 Avenida Hostos  
San Juan, PR 00918  
Tel: (787) 751-6764/ 763-0565  
Fax: (787) 763-8260

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico*

*/s/ Bruce Bennett*

Bruce Bennett
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Tel: (213) 489-3939
Fax: (213) 243-2539
bbennett@jonesday.com

Benjamin Rosenblum
JONES DAY
250 Vesey Street
New York, New York 10281
Tel: (212) 326-3939
Fax: (212) 755-7306
brosenblum@jonesday.com

Geoffrey S. Stewart
Beth Heifetz
Sparkle L. Sooknanan
JONES DAY
51 Louisiana Ave. N.W.
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1799
gstewart@jonesday.com
bheifetz@jonesday.com
ssooknanan@jonesday.com

Alfredo Fernandez-Martinez
DELGADO & FERNANDEZ, LLC
PO Box 11750
Fernandez Juncos Station
San Juan, Puerto Rico 00910
Tel: (787) 274-1313
Fax: (787) 764-8241
afernandez@delgadofernandez.com

*Counsel for ERS Bondholders Andalusian Global Designated Activity Company, Glendon Opportunities Fund, L.P., Mason Capital Master Fund, LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Value Opportunities*

6

*Fund, L.P., Ocher Rose, L.L.C., and SV Credit, L.P.*

<u>/s/ Cheryl T. Sloane</u>
John K. Cunningham
Glenn M. Kurtz
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10036
Tel: (212) 819-8200
Fax: (212) 354-8113
jcunningham@whitecase.com
gkurtz@whitecase.com

Jason N. Zakia
Cheryl T. Sloane
WHITE & CASE LLP
200 Biscayne Blvd., Suite 4900
Miami, Florida
Tel: (305) 371-2700
Fax: (305) 358-5744
jzakia@whitecase.com
csloane@whitecase.com

Jose C. Sanchez-Castro
USDC-PR 213312
Alicia I. Lavergne-Ramirez
USDC-PR 215112
Maraliz Vazquez-Marrero
USDC-PR 225504
SANCHEZ CASTRO PIRILLO LLC
270 Munoz Rivera Avenue, Suite 1110
San Juan, Puerto Rico 00918
Tel: (787) 522-6776
Fax: (787) 522-6777
jsanchez@sanpir.com
alavergne@sanpir.com
mvazquez@sanpir.com

*Counsel for Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc.,*

7

*Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Investors Bond Fund I, Puerto Rico Investors Tax-Free Fund, Inc., Puerto Rico Investors Tax-Free Fund, Inc. II, Puerto Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax-Free Fund VI, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., and Tax-Free Puerto Rico Target Maturity Fund, Inc.*

JENNER & BLOCK LLP

By:
/s/  Robert Gordon
Robert Gordon (admitted *pro hac vice*)
Richard Levin (admitted *pro hac vice*)
919 Third Ave
New York, NY 10022-3908
rgordon@jenner.com
rlevin@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
Landon Raiford (admitted *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
lraiford@jenner.com
312-222-9350 (telephone)
312-239-5199 (facsimile)

BENNAZAR, GARCÍA & MILIÁN, C.S.P.

A.J. Bennazar-Zequeira
Héctor M. Mayol Kauffmann
Francisco del Castillo Orozco

8

Edificio Union Plaza,
1701 Avenida Ponce de León #416
Hato Rey, San Juan
Puerto Rico 00918
ajb@bennazar.org
hector.mayol@bennazar.com
787-754-9191 (telephone)
787-764-3101 (facsimile)

*Counsel for The Official Committee of Retired Employees of Puerto Rico*

9