# EXHIBIT XIX

# Designations and Counter Designations to be Provided in Advance of Hearing