# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtors.[1] | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283(LTS)<br><br>(Jointly Administered) |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

Comes now, PAUL J. LOCKWOOD, (hereafter, the "Applicant") and, pursuant to L. Dist. Ct. R. 83A(f) of the Local Rules of the United States District Court for the District of Puerto Rico, as incorporated by Rule 1001-l(b) of the Local Bankruptcy Rules as well as this Court's *Ninth Amended Notice, Case Management and Administrative Procedures Order* (Docket No. 7155 of Case No. 17-03283 (LTS)) (the "CMP Order"), hereby requests to be permitted to appear and participate in this particular case, in association with the law firm of McConnell Valdés, LLC, and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

the undersigned members of the bar of this Court, in representation of creditor and party-in-interest UBS Financial Services Incorporated of Puerto Rico, Applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of **Skadden, Arps, Slate, Meagher & Flom LLP**, with offices at:

|  |  |
|---|---|
| Address: | One Rodney Square |
|  | 920 N. King St. |
|  | Wilmington, DE 19801 |
| E-mail: | paul.lockwood@skadden.com |
| Phone: | (302) 651-3000 |
| Fax: | (302) 651-3001 |

2. Applicant will sign all pleadings with the name **Paul J. Lockwood**.

3. Applicant has been retained as a member of the above-named firm by **UBS Financial Services Incorporated of Puerto Rico**, to appear on its behalf in the above captioned cases now pending before the United States District Court for the District of Puerto Rico, and without waiving any of its affirmative defenses, including insufficient process, insufficient service of process or lack of jurisdiction.

4. Since 1995, applicant has been and presently is a member in good standing of the bar of the highest court of the State of Delaware, where applicant regularly practices law. Applicant's Delaware bar license number is 3369.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| United States District Court District of Columbia | 9/7/2012 |
| United States District Court District of Delaware | 4/16/1999 |
| United States Court of Appeals, First Circuit | 6/9/2011 |
| United States Court of Appeals, Second Circuit | 11/2/2007 |
| United States Court of Appeals, Third Circuit | 7/16/2004 |

United States Court of Appeals, Eleventh Circuit    8/5/1997

United States Supreme Court    3/25/2013

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5 of this Application.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding, or criminal charges before any court or jurisdiction.

9. During the past three (3) years, applicant has not filed for *pro hac vice* admission in the U.S. District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is:

> **Roberto C. Quiñones-Rivera, Esq**.
> USDC-PR No. 211512
> rcq@mcvpr.com
> McConnell Valdes LLC
> 270 Muñoz Rivera Ave.
> San Juan, Puerto Rico 00918
> Phone: (787) 250-2631
> Fax:    (787) 759-9225

11. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court".

**WHEREFORE**, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico.

Date: June 27, 2019.

                Paul J. Lockwood
                **Printed Name of Applicant**

                /s/ *Paul J. Lockwood*
                **Signature of Applicant**

  **I HEREBY CERTIFY THAT**, pursuant to L. Dist. Ct. R. 83A(f) of the Local Rules of the United States District Court for the District of Puerto Rico, that I consent to the designation of local counsel for all purposes.

Date: June 27, 2019

                Roberto C. Quinones- Rivera
                **Printed Name of Local Counsel**

                *s/* Roberto C. Quinones- Rivera
                **Signature of Local Counsel**

  **RESPECTFULLY SUBMITTED.**

  In San Juan, Puerto Rico, this 27th day of June, 2019

  **I HEREBY CERTIFY** that on this same date, we electronically filed the document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

           **MCCONNELL VALDÉS LLC**
           Attorneys for UBS Financial Services
           Incorporated of Puerto Rico,
           270 Muñoz Rivera Avenue, Suite 7
           San Juan, Puerto Rico 00918
           Telephone: 787-250-5619
           Facsimile: 787-759-9225

           By: *s/ Roberto C. Quiñones-Rivera*
           USDC-PR No. 211512
           rcq@mcvpr.com

\

## LOCAL RULE 83A(f) CERTIFICATION AND CERTIFICATE OF SERVICE

WE HEREBY CERTIFY, pursuant to Local Rule 83A(f), that we consent to the designation of local counsel of record for all purposes. I further certify that I have electronically filed this document, after first paying the *pro hac vice* fee as instructed by the Clerk's Office for PROMESA Title III filings, with the Court via CM/ECF, which will send electronic notification of the filing to all attorneys of record.

In San Juan, Puerto Rico, this 27th day of June, 2019.

**McConnell Valdes LLC**
270 Muñoz Rivera Ave.
San Juan, Puerto Rico 00918
Phone: (787) 250-2631
Fax:    (787) 759-9225

*s/   Roberto C. Quiñones-Rivera*
Roberto C. Quiñones-Rivera, Esq.
USDC-PR No. 211512
E-mail: rcq@mcvpr.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtors. | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283(LTS)<br><br>(Jointly Administered) |

## ORDER GRANTING ADMISSION
## *PRO HAC VICE* OF PAUL J. LOCKWOOD

This Court, having considered the above Application for Admission *Pro Hac Vice*, Orders That:

\_\_\_\_ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

\_\_\_\_ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this \_\_\_\_ day of June, 2019.

_____
Laura Taylor Swain
U.S. District Judge