```
Court Name: District Court
Division: 1
Receipt Number: PRX100064540
Cashier ID: arodrigu
Transaction Date: 06/27/2019
Payer Name: MCCONNELL VALDES LLC

PRO HAC VICE
 For: MCCONNELL VALDES LLC
 Case/Party: D-PRX-1-97-NA-000503-002
 Amount:         $300.00

PAPER CHECK CONVERSION
 Remitter: MCCONNELL VALDES LLC
 Check/Money Order Num: 121174
 Amt Tendered:   $300.00

Total Due:       $300.00
Total Tendered: $300.00
Change Amt:      $0.00

17-3283(LTS) PRO HAC VICE OF PAUL
J. LOCKWOOD

THRU: ROBERTO C. QUINONES-RIVERA
```