# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- x
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)
:
Debtors.[1] :
:
---------------------------------------------------------------------- x

**FOURTH SUPPLEMENTAL VERIFIED STATEMENT OF OFFICIAL COMMITTEE
OF UNSECURED CREDITORS PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to these Title III cases by section 310 of the Puerto Rico Oversight, Management and Economic Stability Act of 2016 ("PROMESA"),[2] and the Court's *Order Regarding Compliance by the Official Committee of Unsecured Creditors with Federal Rule of Bankruptcy Procedure 2019* [Docket No. 7256] (the "Rule 2019 Compliance Order"), the Official Committee of Unsecured Creditors of all Title III Debtors (the "Committee") by and through its undersigned counsel, hereby submits this fourth supplemental verified statement (the "Fourth Supplemental Verified Statement"), and respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] References to PROMESA are references to 48 U.S.C. §§ 2101 *et. seq.*

1. On June 15, 2017, the Office of the United States Trustee for the District of Puerto Rico (the "U.S. Trustee") filed its *Notice Appointing Creditors Committee for Unsecured Creditors* [Docket No. 338].[3]

2. On June 6, 2019, the Court entered the Rule 2019 Compliance Order, which provides certain requirements and guiding principles regarding the filing of subsequent Rule 2019 disclosures by the Committee which required the Committee to file a verified supplemental disclosure statement consistent with such requirements and principles by June 27, 2019.

3. In accordance with Bankruptcy Rule 2019 and the Rule 2019 Compliance Order, attached hereto as Exhibit A is a list of the names and addresses of each Committee member, and the nature and amount of all disclosable economic interests held by each current Committee member in relation to the Debtors as of May 31, 2019. The claims and claim amounts set forth on Exhibit A have been provided to Committee counsel by the applicable Committee members. In addition, for ease of reference, attached hereto as Exhibit B is a blackline of Exhibit A marked to show the changes to the Exhibit A that was attached to the Committee's prior Rule 2019 verified statement, dated May 8, 2019 [Docket No. 6874] (the "Third Supplemental Verified Statement").

4. The Committee notes that there has been no change to the Committee's disclosable economic interests since the filing of the Third Supplemental Verified Statement, other than (a) the claim amount of Baxter Sales and Distribution Puerto Rico Corp., which declined by less than $100,000, and (b) the inclusion of additional information for the two union members of the Committee (as required by the Rule 2019 Compliance Order).

---

[3] The United States Trustee filed amended notices of appointment on August 25, 2017 [Docket No. 1171], August 31, 2017 [Docket No. 1218], May 14, 2018 [Docket No. 3058], and September 19, 2018 [Docket No. 3947].

5. In accordance with Bankruptcy Rule 2019 and the Rule 2019 Compliance Order, the Committee will amend or supplement this Fourth Supplemental Verified Statement if there is a material change as to the claim amounts set forth on Exhibit A hereto. The Committee has determined to apply, going forward, a 10% deviation standard in the amount of a particular member's claim as a trigger for subsequent Rule 2019 statements.

6. By filing this Fourth Supplemental Verified Statement, the Committee makes no representation regarding the amount, allowance, or priority of the claims set forth on Exhibit A hereto and reserves all rights with respect thereto.

7. Nothing contained in this Fourth Supplemental Verified Statement (or Exhibit A hereto) should be construed as a limitation upon, or waiver of, any Committee member's right to assert, file, or amend its claim(s) in accordance with applicable law and any orders entered in these cases, including any order establishing procedures for filing proofs of claim.

[*Remainder of page intentionally left blank.*]

Dated: June 27, 2019 /s/ Luc A. Despins

PAUL HASTINGS LLP
Luc. A. Despins, Esq. *(Pro Hac Vice)*
Andrew V. Tenzer, Esq. *(Pro Hac Vice)*
Michael E. Comerford, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
andrewtenzer@paulhastings.com
michaelcomerford@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and -

/s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Alberto J. E. Añeses Negrón, Esq. (USDC - PR 302710)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, Puerto Rico 00919-5075
Telephone: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
aaneses@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
crernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*

4