# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17-bk-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17-cv-01685 (LTS)<br>Case No. 17-bk-03566 (LTS) |

# HEARING EXHIBIT LIST OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR THE COMMONWEALTH OF PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, FOR JULY 2, 2019 HEARING

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), for itself and as representative for debtor the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS" or "Debtor"), pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act*, codified at 48 U.S.C. §§ 2101-2241 ("PROMESA"), respectfully submits its exhibit list and compilation of exhibits in accordance with the Court's order [ECF No. 593 in Case No. 17-bk-03566].

| Exhibit | Description |
|---|---|
| A. | ERS Second Supplemental Bond Resolution, dated May 27, 2008 |
| B. | ERS Third Supplemental Bond Resolution, dated June 26, 2008 |
| C. | Movants' Responses and Objections to Debtor's First Set of Interrogatories, dated March 8, 2019 |
| D. | Movants' Supplemental Responses and Objections to the Debtor's Interrogatory Numbers 5, 6, 8, and 9, dated April 15, 2019 |
| E. | Movants' Responses and Objections to the Oversight Board's First Set of Contention Interrogatories, dated May 24, 2019 |
| F. | Puerto Rico Government Employees Retirement System June 30, 2016 Actuarial Valuation Report (MALHOTRA0000008 - 80) |
| G. | Milliman letter re: PRGERS Estimated Projected Benefit Payments reflecting Act 106-2017 – CONFIDENTIAL, dated December 8, 2017 (MALHOTRA0000003 - 7) |
| H. | Milliman letter re: PRGERS Estimated Projected Benefit Payments reflecting Act 106-2017 – Agencies Covered by the Fiscal Plan Only - revised - CONFIDENTIAL, dated December 21, 2017 (MALHOTRA0000098 - 109) |
| I. | Milliman letter re: PRGERS Estimated Benefit Projection Payments, dated April 4, 2019 (MALHOTRA0000081 - 85) |
| J. | Commonwealth of Puerto Rico Certified Fiscal Plan, dated October 28, 2018 |
| K. | Mortality Improvement Scale MP-2018 (MALHOTRA000185 - 210) |
| L. | 20 Year AA Municipal Bond Quarterly Rates (MALHOTRA000181 - 185) |
| M. | Bond Buyer 20-year monthly index of FRB_H15 (MALHOTRA000180) |
| N. | PR Pension Bonds 2008 Series B Offering Statement |
| O. | PR Pension Bonds 2008 Series C Offering Statement |
| P. | Proval export.xls |
| Q. | Demonstratives |

Dated: June 27, 2019
New York, NY

Respectfully submitted,

*/s/ Margaret A. Dale*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
Jeffrey W. Levitan (*pro hac vice*)
Margaret A. Dale (*pro hac vice*)
William D. Dalsen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
Email: brosen@proskauer.com
Email: jlevitan@proskauer.com
Email: mdale@proskauer.com
Email: wdalsen@proskauer.com


Luis F. del Valle-Emmanuelli
USDC-PR No. 209514
P.O. Box 79897
Carolina, Puerto Rico 00984-9897
Tel. 787.977.1932
Fax. 787.722.1932
dvelawoffices@gmail.com

OF COUNSEL FOR
A&S LEGAL STUDIO, PSC
434 Avenida Hostos
San Juan, PR 00918
Tel: (787) 751-6764/ 763-0565
Fax: (787) 763-8260


*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico*

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 27, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

/s/ *Luis F. del Valle-Emmanuelli*
Luis F. del Valle-Emmanuelli