**EXHIBIT C**
TO AGREEMENT AMONG UNDERWRITERS
(INSTRUCTIONS, TERMS AND ACCEPTANCE)

$300,000,000*
**Employees Retirement System of the Government of the
Commonwealth of Puerto Rico
Senior Pension Funding Bonds, Series C**

ACCEPTANCE OF AGREEMENT AMONG UNDERWRITERS

UBS Financial Services Incorporated of Puerto Rico
250 Muñoz Rivera Avenue, 10th Floor
San Juan, Puerto Rico 00918
Attention: Rafael Pagán

Ladies and Gentlemen:

        Reference is made to the Agreement Among Underwriters (Instructions, Terms and
Acceptance), dated June 23, 2008 inviting us to participate as an Underwriter in the purchase and
offering of the above-referenced Securities.

        We agree to participate as an Underwriter with the original participation identified in the
Agreement Among Underwriters and accept the provisions of the Agreement Among
Underwriters. Upon the acceptance by other Underwriters whose participations, together with
ours, comprise not less than 91% of the aggregate principal amount of the Securities, the
Agreement Among Underwriters will become effective and constitute a binding agreement in
accordance with its terms.

        We understand that we are bound to the final terms of the offering unless we withdraw as
provided in the Agreement Among Underwriters.

                                        Very truly yours,

                                        *Citigroup Global Market Inc.*
                                        Underwriter

                                        By: *John C. Gavin*
                                        Name: *John C. Gavin*
                                        Title: *Managing Director*
                                        Date: *6-25-08*

BH-ERS-EX-009308

**EXHIBIT C**
**TO AGREEMENT AMONG UNDERWRITERS**
**(INSTRUCTIONS, TERMS AND ACCEPTANCE)**

$300,000,000
**Employees Retirement System of the Government of the**
**Commonwealth of Puerto Rico**
**Senior Pension Funding Bonds, Series C**

**ACCEPTANCE OF AGREEMENT AMONG UNDERWRITERS**

UBS Financial Services Incorporated of Puerto Rico
250 Muñoz Rivera Avenue, 10th Floor
San Juan, Puerto Rico 00918
Attention: Rafael Pagán

Ladies and Gentlemen:

Reference is made to the Agreement Among Underwriters (Instructions, Terms and Acceptance), dated June 23, 2008 inviting us to participate as an Underwriter in the purchase and offering of the above-referenced Securities.

We agree to participate as an Underwriter with the original participation identified in the Agreement Among Underwriters and accept the provisions of the Agreement Among Underwriters. Upon the acceptance by other Underwriters whose participations, together with ours, comprise not less than 91% of the aggregate principal amount of the Securities, the Agreement Among Underwriters will become effective and constitute a binding agreement in accordance with its terms.

We understand that we are bound to the final terms of the offering unless we withdraw as provided in the Agreement Among Underwriters.

Very truly yours,

*Lehman Brothers*
Underwriter

By: _____
Name: JAMES HELM
Title: MD
Date: 6/26/08

BH-ERS-EX-009309

## EXHIBIT C
### TO AGREEMENT AMONG UNDERWRITERS
### (INSTRUCTIONS, TERMS AND ACCEPTANCE)

**$300,000,000***
**Employees Retirement System of the Government of the
Commonwealth of Puerto Rico
Senior Pension Funding Bonds, Series C**

### ACCEPTANCE OF AGREEMENT AMONG UNDERWRITERS

UBS Financial Services Incorporated of Puerto Rico
250 Muñoz Rivera Avenue, 10th Floor
San Juan, Puerto Rico 00918
Attention: Rafael Pagán

Ladies and Gentlemen:

Reference is made to the Agreement Among Underwriters (Instructions, Terms and Acceptance), dated June 23, 2008 inviting us to participate as an Underwriter in the purchase and offering of the above-referenced Securities.

We agree to participate as an Underwriter with the original participation identified in the Agreement Among Underwriters and accept the provisions of the Agreement Among Underwriters. Upon the acceptance by other Underwriters whose participations, together with ours, comprise not less than 91% of the aggregate principal amount of the Securities, the Agreement Among Underwriters will become effective and constitute a binding agreement in accordance with its terms.

We understand that we are bound to the final terms of the offering unless we withdraw as provided in the Agreement Among Underwriters.

Very truly yours,

Popular Securities, Inc.
Underwriter

By: _Gregory Kauf_

Name: _Gregory Kaufman_
Title: _Managing Director_
Date: _6/25/08_

**EXHIBIT C**
TO AGREEMENT AMONG UNDERWRITERS
(INSTRUCTIONS, TERMS AND ACCEPTANCE)

$300,000,000*
Employees Retirement System of the Government of the
Commonwealth of Puerto Rico
Senior Pension Funding Bonds, Series C

ACCEPTANCE OF AGREEMENT AMONG UNDERWRITERS

UBS Financial Services Incorporated of Puerto Rico
250 Muñoz Rivera Avenue, 10th Floor
San Juan, Puerto Rico 00918
Attention: Rafael Pagán

Ladies and Gentlemen:

Reference is made to the Agreement Among Underwriters (Instructions, Terms and Acceptance), dated June 23, 2008 inviting us to participate as an Underwriter in the purchase and offering of the above-referenced Securities.

We agree to participate as an Underwriter with the original participation identified in the Agreement Among Underwriters and accept the provisions of the Agreement Among Underwriters. Upon the acceptance by other Underwriters whose participations, together with ours, comprise not less than 91% of the aggregate principal amount of the Securities, the Agreement Among Underwriters will become effective and constitute a binding agreement in accordance with its terms.

We understand that we are bound to the final terms of the offering unless we withdraw as provided in the Agreement Among Underwriters.

Very truly yours,

Oriental Financial Services Corp.
Underwriter

By: _Juan A. Alborde Vahorgadis_
Name: Juan A. Alborde Vahorgadis
Title: Managing Director Investment banking.
Date: June 25, 2008

BH-ERS-EX-009311

BH-ERS-EX-009312

FIDDLER GONZALEZ & RODRIGUEZ, P.S.C.
ATTORNEYS AND COUNSELORS AT LAW
PO Box 363507
SAN JUAN, PR 00936-3507

TELEPHONE (787) 753-3113
FAX (787) 759-3123

**Ana M. del Toro**
Direct Dial (787) 759-3819
Fax No. (787) 754-7532
adtoro@fgrlaw.com

254 MUÑOZ RIVERA AVENUE
CORNER CHARDÓN STREET
HATO REY, PR 00918

July 1, 2008

Standard & Poor's Securities Evaluations, Inc.
55 Water Street
45th Floor
New York, NY 10041

      Re:   **$300,202,930.00**
            **Employees Retirement System of the Government of the**
             **Commonwealth of Puerto Rico**
            **Pension Funding Bonds, Series C**

Dear Sirs:

      · On behalf of Employees Retirement System of the Government of the Commonwealth of Puerto Rico (the "Issuer"), we hereby file with you, pursuant to Rule 15c2-12(b)(4) under the Securities Exchange Act of 1934, as amended (the "Act"), one copy of the Official Statement, dated June 26, 2008, used in connection with the primary offering of the above described obligations of the Issuer.

      Please acknowledge receipt of the enclosed material by stamping and returning the enclosed copy of this letter in the envelope provided.

                    Very truly yours,

                    Anita del Toro

Enclosure

**FIDDLER GONZALEZ & RODRIGUEZ, P.S.C.**

ATTORNEYS AND COUNSELLORS AT LAW

PO Box 363507

SAN JUAN, PR 00936-3507

TELEPHONE (787) 753-3113
FAX (787) 759-3123

**Ana M. del Toro**
Direct Dial (787) 759-3819
Fax No. (787) 754-7532
adtoro@fgrlaw.com

254 MUÑOZ RIVERA AVENUE
CORNER CHARDÓN STREET
HATO REY, PR 00918

July 1, 2008

Interactive Data Pricing and Reference Data, Inc.
Attn: NRMSIR
100 William Street, 15th Floor
New York, NY 10038

> Re:   **$300,202,930.00**
> **Employees Retirement System of the Government of the**
> **Commonwealth of Puerto Rico**
> **Pension Funding Bonds, Series C**

Dear Sirs:

On behalf of Employees Retirement System of the Government of the Commonwealth of Puerto Rico (the "Issuer"), we hereby file with you, pursuant to Rule 15c2-12(b)(4) under the Securities Exchange Act of 1934, as amended (the "Act"), one copy of the Official Statement, dated June 26, 2008, used in connection with the primary offering of the above described obligations of the Issuer.

Please acknowledge receipt of the enclosed material by stamping and returning the enclosed copy of this letter in the envelope provided.

Very truly yours,

*Anita del Toro*

Anita del Toro

Enclosure

BH-ERS-EX-009314

FIDDLER GONZALEZ & RODRIGUEZ, P.S.C.

ATTORNEYS AND COUNSELLORS AT LAW

PO Box 363507

SAN JUAN, PR 00936-3507

TELEPHONE (787) 753-3113
FAX (787) 759-3123

**Ana M. del Toro**
Direct Dial (787) 759-3819
Fax No. (787) 754-7532
adtoro@fgrlaw.com

254 MUÑOZ RIVERA AVENUE
CORNER CHARDÓN STREET
HATO REY, PR 00918

July 1, 2008

DPC Data Inc.
One Executive Drive
Fort Lee, NJ 07024

Re: **$300,202,930.00**
**Employees Retirement System of the Government of the**
**Commonwealth of Puerto Rico**
**Pension Funding Bonds, Series C**

Dear Sirs:

On behalf of Employees Retirement System of the Government of the Commonwealth of Puerto Rico (the "Issuer"), we hereby file with you, pursuant to Rule 15c2-12(b)(4) under the Securities Exchange Act of 1934, as amended (the "Act"), one copy of the Official Statement, dated June 26, 2008, used in connection with the primary offering of the above described obligations of the Issuer.

Please acknowledge receipt of the enclosed material by stamping and returning the enclosed copy of this letter in the envelope provided.

Very truly yours,

Anita del Toro

Anita del Toro

Enclosure

BH-ERS-EX-009315

FIDDLER GONZÁLEZ & RODRÍGUEZ, P.S.C.
ATTORNEYS AND COUNSELLORS AT LAW
PO Box 363507
SAN JUAN, PR 00936-3507

TELEPHONE (787) 753-3113
FAX (787) 759-3123

**Ana M. del Toro**
Direct Dial (787) 759-3819
Fax No. (787) 754-7532
adtoro@fgrlaw.com

254 MUÑOZ RIVERA AVENUE
CORNER CHARDÓN STREET
HATO REY, PR 00918

July 1, 2008

Bloomberg Municipal Repository
100 Business Park Drive
Skillman, NJ 08558

     Re:   **$300,202,930.00**
            **Employees Retirement System of the Government of the**
             **Commonwealth of Puerto Rico**
            **Pension Funding Bonds, Series C**

Dear Sirs:

       On behalf of Employees Retirement System of the Government of the Commonwealth of
Puerto Rico (the "Issuer"), we hereby file with you, pursuant to Rule 15c2-12(b)(4) under the
Securities Exchange Act of 1934, as amended (the "Act"), one copy of the Official Statement,
dated June 26, 2008, used in connection with the primary offering of the above described
obligations of the Issuer.

       Please acknowledge receipt of the enclosed material by stamping and returning the
enclosed copy of this letter in the envelope provided.

                       Very truly yours,

                       *Anita del Toro*

                       Anita del Toro

Enclosure

BH-ERS-EX-009316

(38)

## CERTIFICATE OF THE ACTING SECRETARY OF THE
## TREASURY OF THE COMMONWEALTH OF PUERTO RICO
(Pursuant to subparagraph 8(d)(5) of the Purchase Contract)

I, **ANGEL ORTIZ GARCIA**, Acting Secretary of the Treasury of the Commonwealth of Puerto Rico (the "Commonwealth"), DO HEREBY CERTIFY, in connection with the issuance and sale by the Employees Retirement System of the Government of the Commonwealth (the "System") of its $300,202,930.00 Senior Pension Funding Bonds, Series C (the "Bonds"), that:

(a)     Representatives of the Department of the Treasury of the Commonwealth, together with representatives of Government Development Bank for Puerto Rico and of the Office of Management and Budget of the Commonwealth, participated in the preparation of the Commonwealth Report and the general purpose financial statements (for the fiscal year ended June 30, 2006) audited by KPMG LLP, incorporated by reference in the Official Statement of the System, dated June 26, 2008, in connection with the issuance and sale of the Bonds (the "Official Statement").

(b)     I have examined the Official Statement (and the information incorporated by reference in the Official Statement) and to my knowledge and belief, (1) as of the date of the Official Statement and as of the date hereof, such Report and financial statements did not and does not contain any untrue statement of a material fact or omit to state any material fact necessary in order to make the statements therein, in the light of the circumstances under which they were made, not misleading; (2) as of the date hereof, except as disclosed in such Report and financial statements, there has been no material adverse change in the condition of the Commonwealth, financial or otherwise, since June 30, 2006; (3) as of the date hereof, the Commonwealth is not in default under the provisions of any agreement or of any instrument evidencing or relating to any outstanding indebtedness or other obligations for borrowed money of the Commonwealth or any Commonwealth guaranty of outstanding indebtedness or other obligations for borrowed money of others; and (4) the representations and warranties of the Commonwealth in the Letter of Representations, dated June 26, 2008, are true, accurate and correct as of the date hereof, with the same effect as if made on and as of the date hereof, and the Commonwealth has complied with and performed all agreements, covenants and arrangements and satisfied all conditions on its part to be complied with, performed or satisfied thereunder at or prior to the date hereof. In making the statements specified in clauses (1) through (4) of this paragraph (b), I have relied, after reasonable investigation, and believe that I am justified in so relying, as to information relating to and provided by governmental agencies or departments other than the Department of the Treasury of the Commonwealth, upon information furnished to me by such agencies or departments.

1

BH-ERS-EX-009317

**WITNESS** my hand this 30th day of June, 2008.

_____
Angel Ortiz García
Acting Secretary of Treasury

2

BH-ERS-EX-009318

DEPARTAMENTO DE ESTADO
GOBIERNO DE PUERTO RICO
DECLARACION DE FINANCIAMIENTO
FINANCING *STATEMENT*
Favor de seguir cuidadosamente las instrucciones indicadas al dorso de esta forma
*Please follow carefully the instructions indicated on the reverse side of this form.*

| Reservado para el uso oficial del archivo / Reserved for the filing officer |
|---|
| Sello de fecha y hora: / *Date and time stamp* |
| Número de registro: / *Registration number:* |

08 JUL -2 PM 3:29

---

**A. DEVOLVER COPIA A: /** *RETURN COPY TO:* (Nombre y dirección postal / *Name and mailing address*)

Anita del Toro, Esq.
Fiddler, González & Rodríguez
PO Box 363507
San Juan, Puerto Rico 00936-3507

---

**1. NOMBRE DEL PRIMER DEUDOR/** *FIRST DEBTOR'S NAME* Complete sólo un nombre (a o b)/ *Insert only one name (a or b)*

| a. Apellido del individuo/*Individual's last name* | Segundo Apellido/*Second surname* | Primer nombre/*First name* | Segundo nombre/*Middle name* | Sufijo/*Suffix* |
|---|---|---|---|---|
| | | | | |

b. Nombre de la entidad / *Entity name*   EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO (the "System")

| c. Dirección postal / *Mailing address* | Ciudad / *City* | Estado/*State* | País/*Country* | Código postal/*Zip code* |
|---|---|---|---|---|
| 437 Ponce de León Avenue Stop 32½ | SAN JUAN | PR | USA | 00918 |

| d. Número de seguro social o patronal /*Social security or tax-id number* | e. (Opcional) Información adicional sobre la entidad/*Optional) Additional information about the entity* |
|---|---|
| | |

---

**2. NOMBRE DE DEUDOR ADICIONAL/** *ADDITIONAL DEBTOR'S NAME* Complete sólo un nombre (a o b)/ *Insert only one name (a or b)*

| a. Apellido del individuo/*Individual's last name* | Segundo Apellido/*Second surname* | Primer nombre/*First name* | Segundo nombre/*Middle name* | Sufijo/*Suffix* |
|---|---|---|---|---|
| | | | | |

b. Nombre de la entidad / *Entity name*

| c. Dirección postal / *Mailing address* | Ciudad / *City* | Estado/*State* | País/*Country* | Código postal/*Zip code* |
|---|---|---|---|---|
| | | | | |

| d. Número de seguro social o patronal /*Social security or tax-id number* | e. (Opcional) Información adicional sobre la entidad /(*Optional) Additional information about the entity* |
|---|---|
| | |

---

**3. NOMBRE DEL ACREEDOR GARANTIZADO/SECURED PARTY'S NAME** Complete sólo un nombre (a o b)/ *insert only one name (a or b)*

| a. Apellido del individuo/*Individual's last name* | Segundo Apellido/*Second surname* | Primer nombre/*First name* | Segundo nombre/*Middle name* | Sufijo/*Suffix* |
|---|---|---|---|---|
| | | | | |

b. Nombre de la entidad / *Entity name*   The Bank of New York, as fiscal agent under a Pension Funding Bond Resolution adopted by the System on January 24, 2008, as supplemented and amended from time to time (the "Resolution"), which fiscal agent is representing the Owners from time to time of the Senior Pension Funding Bonds of the System issued from time to time pursuant to the Resolution and other Beneficiaries under the Resolution.

| c. Dirección postal / *Mailing address* | Ciudad / *City* | Estado/*State* | País/*Country* | Código postal/*Zip code* |
|---|---|---|---|---|
| 101 Barclay Street, 7 West | New York | New York | USA | 10286 |

---

**4. ESTA DECLARACION DE FINANCIAMIENTO CUBRE LAS SIGUIENTES CLASES O ARTICULOS DE PROPIEDAD:**
*THIS FINANCING STATEMENT COVERS THE FOLLOWING TYPES OR ITEMS 8 PROPERTY:*

The pledged property described in the Security Agreement attached as **Exhibit A** hereto and by this reference made a part hereof.

---

**5. MARQUE SI APLICA /** *CHECK IF APPLICABLE* (Describa la propiedad en el apéndice / *Describe the real estate in the addendum*)

☐ Los bienes anteriores habrán de convertirse en inmuebles por su destino. Esta declaración se presentará para registro en el Registro de la Propiedad.
*The goods described above are to become fixtures. This Financing Statement will be filed for record in the Real Estate Registry.*

---

**6. FIRMA(S) / SIGNATURE(S)**

| Primer deudor / *First debtor* | Deudor adicional / *Additional debtor* | Acreedor garantizado / *Secured party* |
|---|---|---|
| | | |

SEE RIDER A ATTACHED HERETO

---

**7. NOTARIA** (Opcional)/ *NOTARY* (*Optional*)
AFFIDAVIT NUMERO/*NUMBER:*   517

Jurado y suscrito ante mí por: /*sworn to and subscribed before me by:* Mivia González Álvarez, of legal age, single, resident of San Juan, Puerto Rico, acting as Acting Administrator of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, to me personally known, in San Juan, Puerto Rico, this 30th day of June, 2008.

En / *In:* San Juan, Puerto Rico
Fecha / *Date* June 30, 2008

Ana M. del Toro Saluter
Notario Público/*Notary Public*

BH-ERS-EX-009319

EXHIBIT A
attached to and made part of
Uniform Commercial Code ("UCC")
Financing Statement, Form UCC-1

BH-ERS-EX-009320

## SECURITY AGREEMENT

This SECURITY AGREEMENT, dated as of June 2, 2008, is by and between the Employees Retirement System of the Government of the Commonwealth of Puerto Rico (the "Debtor") and Owners from time to time of the Pension Funding Bonds of the Debtor (the "Pension Funding Bonds") issued from time to time pursuant to the Debtor's Pension Funding Bond Resolution adopted by the Debtor's Board of Trustees on January 24, 2008, as amended and supplemented from time to time (the "Resolution"), and other Beneficiaries under the Resolution, which Owners and Beneficiaries are represented for purposes of this Security Agreement by The Bank of New York, as fiscal agent under the Resolution (the "Secured Party"). All capitalized words not defined herein shall have the meanings ascribed to them in the Resolution.

In order to provide security for the Debtor's payment of principal of, premium (if any) and interest on its Pension Funding Bonds and its payment of amounts due to the Owners of the Pension Funding Bonds and other Beneficiaries in accordance with the terms of the Pension Funding Bonds and the terms of the Resolution, Debtor hereby grants to the Secured Party a security interest in (i) the Pledged Property, and (ii) all proceeds thereof and all after-acquired property, subject to application as permitted by the Resolution. Remedies for failure of the Debtor to make timely payment of principal of, premium (if any) and interest on the Pension Funding Bonds or failure of the Debtor to fulfill its other covenants contained in the Resolution for the benefit of the Owners of the Pension Funding Bonds and the other Beneficiaries are as set forth in the Resolution.

The Debtor shall cause UCC financing statements and continuation statements to be filed, as appropriate, and the Secured Party shall not be responsible for any UCC filings.

EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO

By _____

Name:

Title:

THE BANK OF NEW YORK, as Fiscal Agent under the Resolution

By _____

Name:

Title:

BH-ERS-EX-009321

## SECURITY AGREEMENT

This SECURITY AGREEMENT, dated as of June 2, 2008, is by and between the Employees Retirement System of the Government of the Commonwealth of Puerto Rico (the "Debtor") and Owners from time to time of the Pension Funding Bonds of the Debtor (the "Pension Funding Bonds") issued from time to time pursuant to the Debtor's Pension Funding Bond Resolution adopted by the Debtor's Board of Trustees on January 24, 2008, as amended and supplemented from time to time (the "Resolution"), and other Beneficiaries under the Resolution, which Owners and Beneficiaries are represented for purposes of this Security Agreement by The Bank of New York, as fiscal agent under the Resolution (the "Secured Party"). All capitalized words not defined herein shall have the meanings ascribed to them in the Resolution.

In order to provide security for the Debtor's payment of principal of, premium (if any) and interest on its Pension Funding Bonds and its payment of amounts due to the Owners of the Pension Funding Bonds and other Beneficiaries in accordance with the terms of the Pension Funding Bonds and the terms of the Resolution, Debtor hereby grants to the Secured Party a security interest in (i) the Pledged Property, and (ii) all proceeds thereof and all after-acquired property, subject to application as permitted by the Resolution. Remedies for failure of the Debtor to make timely payment of principal of, premium (if any) and interest on the Pension Funding Bonds or failure of the Debtor to fulfill its other covenants contained in the Resolution for the benefit of the Owners of the Pension Funding Bonds and the other Beneficiaries are as set forth in the Resolution.

The Debtor shall cause UCC financing statements and continuation statements to be filed, as appropriate, and the Secured Party shall not be responsible for any UCC filings.

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO

By _____
Name:
Title:

THE BANK OF NEW YORK, as Fiscal Agent under the Resolution

By _____
Name: Steven Vaccarello
Title:  Vice President

| Modelo SC 848.5<br>CC 1300-10-01<br>11 oct 00 | ESTADO LIBRE ASOCIADO DE PUERTO RICO<br>DEPARTAMENTO DE HACIENDA<br>AREA DE RENTAS INTERNAS<br>NEGOCIADO DE RECAUDACIONES | RECIBO DE PAGO | COMPROBANTE NÚM. |
|---|---|---|---|

PARA SER LLENADO POR EL ABOGADO NOTARIO

EN CASO DE DEVOLUCIONPAGUESE A LA ORDEN DE:

FIDDLER GONZALEZ & RODRIGUEZ, PSC
PO BOX 363507
SAN JUAN, PUERTO RICO 00936-3507
TEL. (787) 753-3113

NOMBRE DEL TITULAR

1701

2-0000076-2
07/02/2008

$15.00
Comp Registro Trans Comer-Dep Est
50062-2008-0702-67713195

HACIENDA

#714681

BH-ERS-EX-009323

## FINAL CLOSING MEMORANDUM                    DRAFT

| | | |
|---|---|---|
| **To:** | Jorge Irizarry | Minia González-Álvarez |
| | Luis I. Alfaro | Roberto Rivera-Cruz |
| | Julio Caraballo | José L. Villafañe-Ramos |
| | Samuel Sierra | Luis García López |
| | Ana E. Torres | **Employees Retirement System** |
| | **Government Development Bank for Puerto Rico** | |
| | | Diana Torres |
| | Anita del Toro | **The Bank of New York** |
| | **Fiddler González & Rodríguez, P.S.C.** | |
| | | |
| | Julio Pietrantoni | |
| | Carlos Bermúdez | |
| | **O'Neill & Borges** | |

| | | |
|---|---|---|
| **From:** | José G. Arias | (787) 250-2248 |
| | Rafael A. Pagán | (787) 250-3664 |
| | William Vidal | (787) 250-3254 |
| | **UBS Financial Services Incorporated of Puerto Rico ("UBS")** | |

**Date:**      June 30, 2008

**Subject:**    **$300,202,930.00**
Employees Retirement System of the Government of the Commonwealth
of Puerto Rico (the "System")
Senior Pension Funding Bonds, Series C (the "Series C Bonds")

---

**Pricing Date:**        June 26, 2008

**Trade Date:**         June 27, 2008

**Delivery Date:**      June 30, 2008

**Schedule:**

| | Pre-Closing | Closing |
|---|---|---|
| **Date:** | Friday, May 27th, 2008 | Monday, June 30th, 2008 |
| **Time:** | 2:00 pm | 9:00am |
| **Place:** | **Fiddler González & Rodríguez, P.S.C.** | **Fiddler González & Rodríguez, P.S.C.** |
| | 254 Muñoz Rivera Avenue | 254 Muñoz Rivera Avenue |
| | Corner Chardón Street, 6th Floor | Corner Chardón Street, 6th Floor |
| | San Juan, Puerto Rico 00918 | San Juan, Puerto Rico 00918 |
| | Contact: Anita del Toro, Esq. | Contact: Anita del Toro, Esq. |
| | Tel.  787-753-3113 | Tel.  787-753-3113 |



**Delivery and Authentication of Certificates:**

**Form of Bonds:**     DTC Book-Entry Only

**Trustee:**     The Bank of New York

Bond Counsel has prepared one certificate per maturity, each inscribed with its proper CUSIP number for that maturity, as follows:

**$298,000,000 Current Interest Bonds**

| Maturity Date July 1, | Principal Amount | Interest Rate | Yield | Price | CUSIP |
|---|---|---|---|---|---|
| 7/1/2028 | $   110,000,000.00 | 6.15% | 6.15% | 100.00% | 29216MBL3 |
| 7/1/2038 | 45,000,000.00 | 6.25% | 6.25% | 100.00% | 29216MBN9 |
| 7/1/2043 | 143,000,000.00 | 6.30% | 6.30% | 100.00% | 29216MBP4 |
| Total | $   298,000,000.00 | | | | |

**$2,202,930.00 Capital Appreciation Bonds**

| Maturity Date July 1, | Initial Principal Amount | Maturity Amount | Yield to Maturity | CUSIP |
|---|---|---|---|---|
| 7/1/2030 | $   2,202,930.00 | $   9,000,000.00 | 6.50% | 29216MBM1 |
| Total | $   2,202,930.00 | $   9,000,000.00 | | |

The Series C Bonds will be authenticated by an authorized officer of The Bank of New York, ("Trustee") on Monday, June 30, 2008.  The Series C Bonds will be held at DTC pending verbal notification from UBS and the Trustee that the transaction has been successfully closed and delivered to the Trustee at the office of Fiddler González & Rodríguez, P.S.C.



BH-ERS-EX-009325

**TRANSFER OF FUNDS**

**I.   Transfer of Series C Bond Proceeds by UBS to the Trustee:**

On Monday morning, June 30th, UBS will make a payment totaling **$295,519,764.29** to The Bank of New York, representing the purchase price of the Series C Bonds via Fed Funds wire (same day funds).  Wire instructions for the transfer are as follows:

**Purchase Price and Transfer Amount**

| | | |
|---|---|---|
| Series C Bonds Par Amount | $ | 300,202,930.00 |
| Total Proceeds | | 300,202,930.00 |
| Less Underwriter's Discount | | 4,683,165.71 |
| **Total Transfer Amount to Trustee** | **$** | **295,519,764.29** |

| | |
|---|---|
| Payable to: | The Bank of New York |
| ABA Number: | 021-000-018 |
| For Credit to: | GLA#: 211065 |
| For Further Credit: | 700259 ERS Proceeds Account |
| Contact Person: | Diana Torres |
| Telephone: | (212) 815-6955 |

**II.   The Trustee will apply the monies deposited by UBS as follows:**

Detail breakdown regarding the Trustee payments.

**Detail of Payments**

| | | |
|---|---|---|
| Debt Service Reserve Fund | $ | 9,148,607.98 |
| Cost of Issuance | | 1,334,049.66 |
| Proceeds to ERS | | 285,037,106.65 |
| **Total Payments** | **$** | **295,519,764.29** |

---

[1] Refer below for costs of issuance breakdown.

Detail breakdown of costs of issuance.

**Series C Bonds Costs of Issuance**

| | | |
|---|---|---|
| Bond Counsel (Fiddler) | $ | 135,000.00 |
| Underwriters Counsel (O&B) | | 90,000.00 |
| Trustee Counsel | | 15,000.00 |
| Trustee Acceptance Fee | | 4,000.00 |
| Accountant Fee | | 34,000.00 |
| Global Insight | | 92,500.00 |
| GDB Fee | | 375,253.66 |
| Rating Agencies (S&P) | | 48,000.00 |
| Rating Agencies (Moody's) | | 150,000.00 |
| Rating Agencies (Fitch) | | 150,000.00 |
| CUSIP Fee | | 296.00 |
| Marketing | | 15,000.00 |
| Printing | | 25,000.00 |
| Contingency | | 200,000.00 |
| **Total** | **$** | **1,334,049.66** |



3

BH-ERS-EX-009326

### III.  Transfer of Proceeds by Trustee to GDB for further credit to the System:

On Monday morning, June 30th, the Trustee will make a transfer totaling **$285,037,106.65** via Fed Funds wire (same day funds) to GDB for further credit to the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Wire instructions for the transfer are ad follows:

| | |
|---|---|
| Payable to: | Citibank, N.A. |
| ABA Number: | 021-000-089 |
| For Credit to: | Government Development Bank (GDB) Acct. # 360-0866-1 |
| For Further Credit: | Employee Retirement System (ERS) Acct. # 250-9010-2 |
| Contact Person: | Julio Caraballo / Magdalena Colón |
| Telephone: | (787) 729-5847 |

### IV.  Transfer of fees by the Trustee to GDB:

On Monday morning, June 30th, the Trustee will make a transfer totaling **$ 1,334,049.66** via Fed Funds wire (same day funds) to Government Development Bank for Puerto Rico to be used as payment for other costs associated with the issuance of the bonds upon presentation and approval of invoices. Wire instructions for the transfer are ad follows:

| | |
|---|---|
| Payable to: | Citibank, N.A. |
| ABA Number: | 021-000-089 |
| For Credit to: | Government Development Bank (GDB) Acct. # 360-0866-1 |
| For Further Credit: | Cost of Issuance Employees Retirement System Senior Pension Funding Bonds, Series C |
| Contact Person: | Ana E. Torres |
| Telephone: | (787) 722-7060 |

### V.  Deposit by the Trustee to the Debt Service Reserve Fund:

On Monday morning, June 30th, the Trustee will make a deposit totaling **$ 9,148,607.98** to the Debt Service Reserve Fund.

### VI.  Release of the Bonds

On Monday morning, June 30th, and upon receipt of payment, The Bank of New York, as Trustee, will contact the Depository Trust Company ("DTC") to close the issue and release the Series C Bonds.

| | |
|---|---|
| Time: | 10:00am |
| DTC #: | 0221 |
| Contact DTC: | DTC Underwriting (212) 855-3721 |

cc:   Evelyn Maldonado
      **UBS Financial Services Incorporated of Puerto Rico**



4



**Moody's Investors Service**

7 World Trade Center at 250 Greenwich Street
New York, New York  10007

June 26, 2008

Mr. Jorge Irizarry
Executive Vice President
Puerto Rico Government Development
P.O. Box 42001
San Juan, PR  00940-2001

Dear Mr. Irizarry,

We wish to inform you that on June 20, 2008, Moody's Investors Service assigned a
rating of Baa3 to the Senior Pension Funding Bonds, Series C, issued by the Employees
Retirement System of the Government of the Commonwealth of Puerto Rico.

In order for us to maintain the currency of our ratings, we request that you provide
ongoing disclosure, including annual financial and statistical information.

Moody's will monitor this rating and reserves the right, at its sole discretion, to revise or
withdraw this rating at any time in the future.

The rating, as well as any revisions or withdrawals thereof, will be publicly disseminated
by Moody's through normal print and electronic media and in response to verbal requests
to Moody's ratings desk.

Should you have any questions regarding the above, please do not hesitate to contact me
or the analyst assigned to this transaction, Emily Raimes, at 212-553-7203.

Sincerely,

*Edith F. Behr*

Edith F. Behr
Vice President / Senior Credit Officer



**Moody's Investors Service**

*7 World Trade Center at 250 Greenwich Street*
*New York, New York 10007*

June 26, 2008

Mr. Jorge Irizarry
Executive Vice President
Puerto Rico Government Development
P.O. Box 42001
San Juan, PR 00940-2001

Dear Mr. Irizarry,

We wish to inform you that on June 19, 2008, Moody's Investors Service assigned a rating of A1 to the Puerto Rico Sales Tax Financing Corporation's Sales Tax Revenue Bonds, Series 2008A.

In order for us to maintain the currency of our ratings, we request that you provide ongoing disclosure, including annual financial and statistical information.

Moody's will monitor this rating and reserves the right, at its sole discretion, to revise or withdraw this rating at any time in the future.

The rating, as well as any revisions or withdrawals thereof, will be publicly disseminated by Moody's through normal print and electronic media and in response to verbal requests to Moody's ratings desk.

Should you have any questions regarding the above, please do not hesitate to contact me or the analyst assigned to this transaction, Emily Raimes, at 212-553-7203.

Sincerely,

Edith F. Behr

Edith F. Behr
Vice President / Senior Credit Officer

BH-ERS-EX-009329



*The McGraw-Hill Companies*

# STANDARD &POOR'S

55 Water Street, 38th Floor
New York, NY 10041-0003
tel 212 438-2086
reference no.: 1016345

June 24, 2008

Government Development Bank of Puerto Rico
Minillas Government Center
De Diego Avenue, Stop 22
P.O. Box 42001
Santurce, PR 00940-2001
Attention: Mr. Jorge Irizarry, President

Re: *US$500,001,456 Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Senior Pension Funding Bonds, Series 2008C, dated: June 30, 2008, due: July 1, 2043*

Dear Mr. Irizarry:

Pursuant to your request for a Standard & Poor's rating on the above-referenced obligations, we have reviewed the information submitted to us and, subject to the enclosed *Terms and Conditions*, have assigned a rating of "BBB-". Standard & Poor's views the outlook for this rating as stable. A copy of the rationale supporting the rating is enclosed.

The rating is not investment, financial, or other advice and you should not and cannot rely upon the rating as such. The rating is based on information supplied to us by you or by your agents but does not represent an audit. We undertake no duty of due diligence or independent verification of any information. The assignment of a rating does not create a fiduciary relationship between us and you or between us and other recipients of the rating. We have not consented to and will not consent to being named an "expert" under the applicable securities laws, including without limitation, Section 7 of the Securities Act of 1933. The rating is not a "market rating" nor is it a recommendation to buy, hold, or sell the obligations.

This letter constitutes Standard & Poor's permission to you to disseminate the above-assigned rating to interested parties. Standard & Poor's reserves the right to inform its own clients, subscribers, and the public of the rating.

Standard & Poor's relies on the issuer/obligor and its counsel, accountants, and other experts for the accuracy and completeness of the information submitted in connection with the rating. This rating is based on financial information and documents we received prior to the issuance of this letter. Standard & Poor's assumes that the documents you have provided to us are final. If any subsequent changes were made in the final documents, you must notify us of such changes by sending us the revised final documents with the changes clearly marked.

Mr. Jorge Irizarry
Page 2
June 24, 2008

To maintain the rating, Standard & Poor's must receive all relevant financial information as soon as such information is available. Placing us on a distribution list for this information would facilitate the process. You must promptly notify us of all material changes in the financial information and the documents. Standard & Poor's may change, suspend, withdraw, or place on CreditWatch the rating as a result of changes in, or unavailability of, such information. Standard & Poor's reserves the right to request additional information if necessary to maintain the rating.

Please send all information to:
> Standard & Poor's Ratings Services
> Public Finance Department
> 55 Water Street
> New York, NY  10041-0003

Standard & Poor's is pleased to be of service to you. For more information on Standard & Poor's, please visit our website at www.standardandpoors.com. If we can be of help in any other way, please call or contact us at nypublicfinance@standardandpoors.com. Thank you for choosing Standard & Poor's and we look forward to working with you again.

Sincerely yours,

Standard & Poor's Ratings Services
a division of The McGraw-Hill Companies, Inc.

th
enclosures
cc:    Mr. John J. Hallacy
       Mr. Luis Alfaro Martinez

BH-ERS-EX-009331



STANDARD
&POOR'S

**Standard & Poor's Ratings Services
Terms and Conditions
Applicable To
U.S. Public Finance Ratings**

<u>Request for a rating.</u> Standard & Poor's issues public finance ratings for a fee upon request from an issuer, or from an underwriter, financial advisor, investor, insurance company, or other entity, provided that the obligor and issuer (if different from the obligor) each has knowledge of the request. The term "issuer/obligor" in these Terms and Conditions means the issuer and the obligor if the obligor is different from the issuer.

<u>Agreement to Accept Terms and Conditions.</u> Standard & Poor's assigns Public Finance ratings subject to the terms and conditions stated herein and in the rating letter. The issuer/obligor's use of a Standard & Poor's public finance rating constitutes agreement to comply in all respects with the terms and conditions contained herein and in the rating letter and acknowledges the issuer/obligor's understanding of the scope and limitations of the Standard & Poor's rating as stated herein and in the rating letter.

<u>Fees and expenses.</u> In consideration of our analytic review and issuance of the rating, the issuer/obligor agrees to pay Standard & Poor's a rating fee. Payment of the fee is not conditioned on Standard & Poor's issuance of any particular rating. In most cases an annual surveillance fee will be charged for so long as we maintain the rating. The issuer/obligor will reimburse Standard & Poor's for reasonable travel and legal expenses if such expenses are not included in the fee. Should the rating not be issued, the issuer/obligor agrees to compensate Standard & Poor's based on the time, effort, and charges incurred through the date upon which it is determined that the rating will not be issued.

<u>Scope of Rating.</u> The issuer/obligor understands and agrees that (i) an issuer rating reflects Standard & Poor's current opinion of the issuer/obligor's overall financial capacity to pay its financial obligations as they come due, (ii) an issue rating reflects Standard & Poor's current opinion of the likelihood that the issuer/obligor will make payments of principal and interest on a timely basis in accordance with the terms of the obligation, (iii) a rating is an opinion and is not a verifiable statement of fact, (iv) ratings are based on information supplied to Standard & Poor's by the issuer/obligor or by its agents and upon other information obtained by Standard & Poor's from other sources it considers reliable, (v) Standard & Poor's does not perform an audit in connection with any rating and a rating does not represent an audit by Standard & Poor's, (vi) Standard & Poor's relies on the issuer/obligor, its accountants, counsel, and other experts for the accuracy and completeness of the information submitted in connection with the rating and surveillance process, (vii) Standard & Poor's undertakes no duty of due diligence or independent verification of any information, (viii) Standard & Poor's does not and cannot guarantee the accuracy, completeness, or timeliness of the information relied on in connection with a rating or the results obtained from the use of such information, (ix) Standard & Poor's may raise, lower, suspend, place on CreditWatch, or withdraw a rating at any time, in Standard & Poor's sole discretion, and (x) a rating is not a "market" rating nor a recommendation to buy, hold, or sell any financial obligation.

<u>Publication.</u> Standard & Poor's reserves the right to publish, disseminate, or license others to publish or disseminate the rating and the rationale for the rating unless the issuer/obligor specifically requests that the rating be assigned and maintained on a confidential basis. If a confidential rating subsequently becomes public through disclosure by the issuer/obligor or a third party other than Standard & Poor's, Standard & Poor's reserves the right to publish it. Standard & Poor's may publish explanations of Standard & Poor's ratings criteria from time to time and nothing in this Agreement shall be construed as limiting Standard & Poor's ability to modify or refine Standard & Poor's criteria at any time as Standard & Poor's deems appropriate.

<u>Information to be Provided by the Issuer/obligor.</u> The issuer/obligor shall meet with Standard & Poor's for an analytic review at any reasonable time Standard & Poor's requests. The issuer/obligor also agrees to provide Standard & Poor's promptly with all information relevant to the rating and surveillance of the rating including information on material changes to information previously supplied to Standard & Poor's. The rating may be affected by Standard & Poor's opinion of the accuracy, completeness, timeliness, and reliability of information received from the issuer/obligor or its agents. Standard & Poor's undertakes no duty of due diligence or independent verification of

information provided by the issuer/obligor or its agents. Standard & Poor's reserves the right to withdraw the rating if the issuer/obligor or its agents fails to provide Standard & Poor's with accurate, complete, timely, or reliable information.

Standard & Poor's Not an Advisor, Fiduciary, or Expert. The issuer/obligor understands and agrees that Standard & Poor's is not acting as an investment, financial, or other advisor to the issuer/obligor and that the issuer/obligor should not and cannot rely upon the rating or any other information provided by Standard & Poor's as investment or financial advice. Nothing in this Agreement is intended to or should be construed as creating a fiduciary relationship between Standard & Poor's and the issuer/obligor or between Standard & Poor's and recipients of the rating. The issuer/obligor understands and agrees that Standard & Poor's has not consented to and will not consent to being named an "expert" under the applicable securities laws, including without limitation, Section 7 of the U.S. Securities Act of 1933.

Limitation on Damages. The issuer/obligor agrees that Standard & Poor's, its officers, directors, shareholders, and employees shall not be liable to the issuer/obligor or any other person for any actions, damages, claims, liabilities, costs, expenses, or losses in any way arising out of or relating to the rating or the related analytic services provided for in an aggregate amount in excess of the aggregate fees paid to Standard & Poor's for the rating, except for Standard & Poor's gross negligence or willful misconduct. In no event shall Standard & Poor's, its officers, directors, shareholders, or employees be liable for consequential, special, indirect, incidental, punitive or exemplary damages, costs, expenses, legal fees, or losses (including, without limitation, lost profits and opportunity costs). In furtherance and not in limitation of the foregoing, Standard & Poor's will not be liable in respect of any decisions made by the issuer/obligor or any other person as a result of the issuance of the rating or the related analytic services provided by Standard & Poor's hereunder or based on anything that appears to be advice or recommendations. The provisions of this paragraph shall apply regardless of the form of action, damage, claim, liability, cost, expense, or loss, whether in contract, statute, tort (including, without limitation, negligence), or otherwise. The issuer/obligor acknowledges and agrees that Standard & Poor's does not waive any protections, privileges, or defenses it may have under law, including but not limited to, the First Amendment of the Constitution of the United States of America.

Term. This Agreement shall terminate when the ratings are withdrawn. Notwithstanding the foregoing, the paragraphs above, "Standard & Poor's Not an Advisor, Fiduciary, or Expert" and "Limitation on Damages", shall survive the termination of this Agreement or any withdrawal of a rating.

Third Parties. Nothing in this Agreement, or the rating when issued, is intended or should be construed as creating any rights on behalf of any third parties, including, without limitation, any recipient of the rating. No person is intended as a third party beneficiary to this Agreement or to the rating when issued.

Binding Effect. This Agreement shall be binding on, and inure to the benefit of, the parties hereto and their successors and assigns.

Severability. In the event that any term or provision of this Agreement shall be held to be invalid, void, or unenforceable, then the remainder of this Agreement shall not be affected, impaired, or invalidated, and each such term and provision shall be valid and enforceable to the fullest extent permitted by law.

Complete Agreement. This Agreement constitutes the complete agreement between the parties with respect to its subject matter. This Agreement may not be modified except in a writing signed by authorized representatives of both parties.

Governing Law. This Agreement and the rating letter shall be governed by the internal laws of the State of New York. The parties agree that the state and federal courts of New York shall be the exclusive forums for any dispute arising out of this Agreement and the parties hereby consent to the personal jurisdiction of such courts.

BH-ERS-EX-009333

# FitchRatings

One State Street Plaza
New York, NY 10004

T 212 908 0500 / 800 75 FITCH
www.fitchratings.com

June 23, 2008

Hon. Jorge Irizarry Herrans
President
Government Development Bank of Puerto Rico
P.O. Box 42001
San Juan, PR 00940

Dear Hon. Irizarry Herrans:

Fitch Ratings has assigned one or more ratings and/or otherwise taken rating action(s), as detailed on the attached
Notice of Rating Action.

Ratings assigned by Fitch are based on documents and information provided to us by issuers, obligors, and/or their
experts and agents, and are subject to receipt of the final closing documents. Fitch does not audit or verify the truth
or accuracy of such information.

Ratings are not a recommendation or suggestion, directly or indirectly, to you or any other person, to buy, sell, make
or hold any investment, loan or security or to undertake any investment strategy with respect to any investment, loan
or security or any issuer. Ratings do not comment on the adequacy of market price, the suitability of any investment,
loan or security for a particular investor (including without limitation, any accounting and/or regulatory treatment), or
the tax-exempt nature or taxability of payments made in respect of any investment, loan or security. Fitch is not your
advisor, nor is Fitch providing to you or any other party any financial advice, or any legal, auditing, accounting,
appraisal, valuation or actuarial services. A rating should not be viewed as a replacement for such advice or
services.

It is important that Fitch be provided with all information that may be material to its ratings so that they continue to
accurately reflect the status of the rated issues. Ratings may be changed, withdrawn, suspended or placed on Rating
Watch due to changes in, additions to or the inadequacy of information.

Ratings are not recommendations to buy, sell or hold securities. Ratings do not comment on the adequacy of market
price, the suitability of any security for a particular investor, or the tax-exempt nature or taxability of payments made
in respect of any security.

The assignment of a rating by Fitch shall not constitute a consent by Fitch to use its name as an expert in connection
with any registration statement or other filing under U.S., U.K., or any other relevant securities laws.

We are pleased to have had the opportunity to be of service to you. If we can be of further assistance, please feel
free to contact us at any time.

Sincerely,

Amy R. Laskey
Managing Director
U.S. Public Finance

ARL/m

Enc: Notice of Rating Action
(Doc ID: 106867)

# Notice of Rating Action

| Bond Description | Rating Type | Action | Rating | Outlook/ Watch | Eff Date | Notes |
|---|---|---|---|---|---|---|
| Employees Retirement System of Puerto Rico (PR) senior pension funding bonds ser C | Long Term | New Rating | BBB- | RO:Sta | 23-Jun-2008 | |
| Employees Retirement System of Puerto Rico (PR) senior pension funding bonds ser A | Long Term | Affirmed | BBB- | RO:Sta | 23-Jun-2008 | |
| Employees Retirement System of Puerto Rico (PR) senior pension funding bonds ser B | Long Term | Affirmed | BBB- | RO:Sta | 23-Jun-2008 | |

Key:     RO: Rating Outlook, RW: Rating Watch; Pos: Positive, Neg: Negative, Sta: Stable, Evo: Evolving

BH-ERS-EX-009335



**PARISSI P.S.C.**
Certified Public Accountants, Tax & Business Advisors

**Independent Accountant's Consent**

To the Board of Trustees
Employee's Retirement System of the
Government of the Commonwealth of
Puerto Rico

We agree to the inclusion in the Official Statement dated June 26, 2008 relating to the issuance of the
Senior Pension Funding Bonds, Series C, in the principal amount to be determined by the Employee's
Retirement System of the Government of the Commonwealth of Puerto Rico (the System), of our report
dated December 28, 2007, accompanying the financial statements of the System, as of and for the year
ended June 30, 2007, contained in such Official Statement.

*Parissi, P. S. C.*

San Juan, Puerto Rico
June 26, 2008

Stamp No. 2294011 was affixed
to the original of this report
License No. 88 Exp. December 1, 2008



650 Muñoz Rivera Ave., Suite 502, San Juan, PR 00918-4149 • PO Box 195607, Hato Rey Station, San Juan, PR 00919-5607
Phone 787.641.9801 • Fax 787.641.9809 • www.parissicpa.com

BH-ERS-EX-009336



**KPMG LLP**
American International Plaza
Suite 1100
250 Muñoz Rivera Avenue
San Juan, PR 00918-1819

**Independent Accountants' Consent**

The Honorable Governor of the
Commonwealth of Puerto Rico
San Juan, Puerto Rico:

We consent to the incorporation by reference of our report dated August 1, 2007, with respect to the basic
financial statements of the Commonwealth of Puerto Rico as of and for the year ended June 30, 2006, in
the preliminary official statement dated June 16, 2008 for the Employees Retirement System of the
Government of the Commonwealth of Puerto Rico Senior Pension Funding Bonds, Series C. We did not
audit the financial statements of the Public Buildings Authority capital project fund or The Children's
Trust special revenue fund (major funds), and certain activities, funds, and component units separately
identified in our report. Those financial statements were audited by other auditors whose reports have been
furnished to us, and our opinion on the basic financial statements, insofar as it relates to the amounts
included in the basic financial statements pertaining to such activities, funds, and component units, is based
solely on the reports of the other auditors.

Our report contains an emphasis paragraph for the adoption of Government Accounting Standards Board
(GASB) Statement No. 42, *Accounting and Financial Reporting for Impairment of Capital Assets and for
Insurance Recoveries*, as of June 30, 2006.

We also consent to the reference to our firm in sections "Recent Developments Relating to the
Commonwealth of Puerto Rico" and "Miscellaneous".

KPMG LLP

San Juan, Puerto Rico
June 16, 2008

KPMG LLP, a U.S. limited liability partnership, is the U.S.
member firm of KPMG International, a Swiss cooperative



**KPMG LLP**
American International Plaza
Suite 1100
250 Muñoz Rivera Avenue
San Juan. PR 00918-1819

### Independent Accountants' Consent

The Honorable Governor of the
Commonwealth of Puerto Rico
San Juan, Puerto Rico:

We consent to the incorporation by reference of our report dated August 1, 2007, with respect to the basic
financial statements of the Commonwealth of Puerto Rico as of and for the year ended June 30, 2006, in
the official statement dated June 26, 2008 for the $300,202,930 Employees Retirement System of the
Government of the Commonwealth of Puerto Rico Senior Pension Funding Bonds, Series C. We did not
audit the financial statements of the Public Buildings Authority capital project fund or The Children's
Trust special revenue fund (major funds), and certain activities, funds, and component units separately
identified in our report. Those financial statements were audited by other auditors whose reports have been
furnished to us, and our opinion on the basic financial statements, insofar as it relates to the amounts
included in the basic financial statements pertaining to such activities, funds, and component units, is based
solely on the reports of the other auditors.

Our report contains an emphasis paragraph for the adoption of Government Accounting Standards Board
(GASB) Statement No. 42, *Accounting and Financial Reporting for Impairment of Capital Assets and for
Insurance Recoveries*, as of June 30, 2006.

We also consent to the reference to our firm in sections "Recent Developments Relating to the
Commonwealth of Puerto Rico" and the "Miscellaneous" section.

*KPMG LLP*

San Juan, Puerto Rico
June 26, 2008

KPMG LLP, a U.S. limited liability partnership, is the U.S
member firm of KPMG International, a Swiss cooperative



800 Baldwin Tower
Eddystone, PA 19022  USA
T 610.490.4000  F 610.490.2770

June 26, 2008

The Board of Trustees of the
Employees Retirement System of the Government
of the Commonwealth of Puerto Rico

Ladies and Gentleman:

We consent to the incorporation of our report dated June 16, 2008 with respect to covered payroll outlook (2008-2059) submitted to the Employees Retirement System of the Government of the Commonwealth of Puerto Rico (the "System") in the Preliminary Official Statement dated June 16, 2008 for the System's Senior Pension Funding Bonds, Series C.

We also consent to the incorporation of our report dated June 26, 2008 with respect to covered payroll outlook (2008-2059) submitted to the System in the Official Statement dated June 26, 2008 for the System's Senior Pension Funding Bonds, Series C.

We also consent to the reference of our firm in the Preliminary Official Statement and in the Official Statement.

Sincerely,

Priscilla Trumbull
Executive Vice President

www.globalinsight.com

BH-ERS-EX-009339

**PARISSI** P.S.C.
Certified Public Accountants, Tax & Business Advisors

## INDEPENDENT ACCOUNTANT'S REPORT
## ON APPLYING AGREED-UPON PROCEDURES

To: Employee Retirement System of the Government of the
Commonwealth of Puerto Rico,

O'Neill & Borges, Underwriters Counsel,

Sidley Austin LLP, Underwriters Counsel,

UBS Financial Services Incorporated of Puerto Rico, Lead Manager,

We have performed the procedures enumerated below, which were agreed to by the Employees'
Retirement System of the Government of the Commonwealth of Puerto Rico (the System) and
O'Neill & Borges, acting as Underwriters Counsel, Sidley Austin LLP, acting as Underwriters
Counsel, and UBS Financial Services Incorporated of Puerto Rico, acting as Lead Manager, solely to
assist you with respect to the preparation of the Official Statement (the "OS") relating to the issuance
of Senior Pension Funding Bonds, Series C, in the principal amount to be determined by the System,
as of June 26, 2008. The System's management is responsible for the Official Statement relating to
the issuance of Senior Pension Funding Bonds, Series C. This agreed-upon procedures engagement
was conducted in accordance with attestation standards established by the American Institute of
Certified Public Accountants. The sufficiency of these procedures is solely the responsibility of those
parties specified in the report. Consequently, we make no representation regarding the sufficiency of
the procedures described below, either for the purpose for which this report has been requested or for
any other purpose.

The procedures and findings are as follows:

1. Traced the financial numbers included in the OS, "Summary Statement" section, paragraph
   entitled "Plan of financing" to the "2005" column presented within the audited Statement of Plan
   Net Assets for the year ended June 30, 2006 and to the columns entitled "Actuarial Accrued
   Liability-Unit Credit (AAL)", "Unfunded AAL (UAAL)", and "Funded Ratio", as applicable,
   presented in the Schedule of Funding Progress included within the 2006 audited financial
   statements of the Employees Retirement System of the Government of the Commonwealth of
   Puerto Rico (the System) and found such amounts to be in agreement.

2. Traced the financial numbers included in the OS, "Summary Statement" section, paragraph
   entitled "Government Employers contributing to the System" to the "2007" column presented
   within the Statement of Changes in Plan Net Assets of the System, for the year ended June 30,
   2007 and found such amounts to be in agreement.

3. Tested the mathematical accuracy and traced the financial numbers of each column of the table
   included in the OS, within the "Summary Statement" section, which shows the Government
   Employers by category, the number of Government Employers per category, the number of
   participating employees, and the aggregate amount of Employer Contributions per category for
   fiscal year 2007 to the audited financial statements and found such amounts to be in agreement
   and mathematically correct.

---

650 Muñoz Rivera Ave., Suite 502, San Juan, PR 00918-4149 • PO Box 195607, Hato Rey Station, San Juan, PR 00919-5607
Phone 787.641.9801 • Fax 787.641.9809 • www.parissicpa.com

BH-ERS-EX-009340

4. Recalculated the percentage of contributions made in fiscal year 2007 by the top ten Government Employers out of all Employer Contributions for the same period and found such amounts to be in agreement.

5. Recalculated the percentage of Employer Contributions received within 15 days of the due date, and those received within the year the contribution is due out of all Employers' Contribution for the same period and found such amounts to be in agreement. Traced the aggregate unpaid obligations of six Government Employers to the audited financial statement for the year ended June 30, 2007 and found such amounts to be in agreement. Also, recalculated the percentage that the aggregate unpaid obligations of the six Government Employers represent out of all Employers Contributions and found such amounts to be in agreement.

6. Traced the unfunded accrued actuarial liabilities of $7.453 billion, $9.244 billion and $9.956 billion for fiscal years 2001, 2003 and 2005, respectively, to the corresponding audited financial statements of the System for the same periods, and found such amounts to be in agreement.

7. Traced the amounts included in the OS, "The System – Other post employment benefits" section, identified as $100 per month reimbursement to cover medical insurance premiums, an annual Christmas bonus of $600, and a mid-year bonus of $100, to their respective enacting laws and to the audited financial statements of the System for the year ended June 30, 2007 and found such amounts to be in agreement.

8. Traced the financial numbers included in the OS, "The System - General" section, to the "2007" column presented within the audited financial statements of the System for the year ended June 30, 2007 and found such amounts to be in agreement.

9. Recalculated within the OS, "Government Employers Contributing to the System" section, the percentage that the Employers Contributions made by each category of Government Employer (50%, 35% and 15%) represent out of the total Employer Contributions for fiscal year 2007 and found such amounts to be in agreement.

10. Tested the mathematical accuracy of, and traced amounts within, each column of the table included in the OS, "Government Employers Contributing to the System" section, which shows Employer Contributions for the five year period ended on June 30, 2007, as reported in the audited financial statements of the System for said years and found such amounts to be in agreement and mathematically correct.

11. From the table included in the OS, within the "Government Employers with Highest Covered Payroll" section, which shows the ten (10) Government Employers with the highest covered payroll that were contributors to the System as of June 30, 2007, we tested the mathematical accuracy of the "Participating Employees" column and traced all financial figures within the remaining columns to the corresponding supporting documents and, if applicable, to the 2007 audited financial statement of the System for the same periods and found such amounts to be in agreement and mathematically correct.

2



BH-ERS-EX-009341

12. Recalculated the average monthly contribution of the following Government Employers:

- ◆ Police Department      $4.4 million
- ◆ Education Department      $3.5 million
- ◆ Correctional Facilities Administration      $1.6 million
- ◆ State Insurance Fund Corporation      $1.6 million
- ◆ Health Department      $1.4 million
- ◆ Municipality of San Juan      $869 thousand
- ◆ Aqueduct and Sewer Authority      $642 thousand
- ◆ Court Facilities Administration      $959 thousand
- ◆ Treasury Department      $782 thousand
- ◆ Justice Department      $724 thousand

We found such amounts to be in agreement.

13. Tested the mathematical accuracy of each column of the table included in the OS, within the "Consolidated Resources of the Commonwealth and its Instrumentalities" section, which shows the consolidated resources available to the Government of Puerto Rico and its public corporations for the three-year period ended on June 30, 2007, and the projected amount of such resources for the fiscal year ending on June 30, 2008. We found such amounts to be mathematically correct.

14. Using the same table that we identified in the previous step, we recalculated the percentage of the most significant sources of funds identified in the OS, "Consolidated Resources of the Commonwealth and its Instrumentalities" section, as General Fund (34% of consolidated resources), Income from Services (30%), and Federal Contributions (20%), when compared to the total consolidated budgeted revenue by source of the Commonwealth for fiscal year 2008 and found such amounts to be in agreement. Also we recalculated the estimated payroll and related costs percentage of 31% of the consolidated revenue sources expected in fiscal year 2008 included in the section herein and found such amounts to be in agreement.

15. Recalculated the current average wages in the ERS participating sector of $22,757 per employee as included in the OS, within the "Projections with Respect to Covered Payroll and Pricing Underlying Assumptions" section and found such amounts to be in agreement.

16. Recalculated the percentage of Employer Contributions which are made by Agencies or Departments of the Commonwealth as included in the OS, within the "Information Relating to the Commonwealth of Puerto Rico" section and found such amounts to be in agreement.

17. From the table entitled "Government Employers with Highest Covered Payroll" included in the OS, Appendix I, we tested the mathematical accuracy of the "Participating Employees" column and traced all financial figures within the remaining columns to the corresponding System's supporting documents for the same period and found such amounts to be mathematically correct and in agreement.



3

18. Traced the amount presented in the OS, Appendix III, "Additional Information Relating to the System" section, as System owned assets totaling $2,891,501,000 as of June 30, 2007, to the audited financial statement of the System for said period and found such amounts to be in agreement.

19. Tested the mathematical accuracy and trace all financial figures included in each column of the table entitled "Summary of Historical Accounting Data" included in the OS, Appendix III, to the corresponding audited financial statement of the System for the same periods and found such amounts to be mathematically correct and in agreement.

20. Tested the mathematical accuracy and traced all financial figures included in each column of the table entitled "Benefits Summary" included in the OS, within Appendix III, which shows the amounts and types of benefits paid by the System during the five year period ended on June 30, 2007, to the corresponding audited financial statement of the System for the same periods, and found such amounts to be mathematically correct and in agreement.

21. Tested the mathematical accuracy and traced all financial figures included in each column of the table entitled "Investment Portfolio" included in the OS, Appendix III, which describes the System's investment portfolio at fair value, to the corresponding audited financial statement of the System for the same periods and found such amounts to be mathematically correct and in agreement.

22. Tested the mathematical accuracy and traced all financial figures included in each column of the table entitled "Loan Portfolio" included in the OS, Appendix III, which shows the principal amount of loans, per category, made by the System to Members during the five year period ended June 30, 2007, to the corresponding audited financial statement of the System for the same periods and found such amounts to be mathematically correct and in agreement.

We were not engaged to, and did not conduct an audit, the objective of which would be the expression of an opinion, on the specified elements, accounts, or items. Accordingly, we do not express such an opinion. Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

This report is intended solely for the information and use of the specified users listed above and is not intended to be and should not be used by anyone other than those specified parties.

*Parissi, P.S.C.*

Parissi, P.S.C.

San Juan, Puerto Rico
June 26, 2008



4



BH-ERS-EX-009343



**Employees Retirement System of the Government of the Commonwealth of Puerto Rico (ERS):**

**Covered Payroll Outlook**

**(2008-2059)**

**Submitted to: ERS**

**Prepared by: Global Insight, Inc.**

**June 26, 2008**

**Jim Diffley**
Managing Director, U.S. Regional Services

**Rafael Amiel**
Regional Managing Director, Latin America

**Ana Orozco**
Economist, Latin America

Global Insight, Inc.
800 Baldwin Tower
Eddystone, PA  19022

**(610) 490-2642**

Copyright © 2007 Global Insight Inc.

# Table of Contents

**Page Number**

Executive Summary........................................................................... 2

Introduction.................................................................................... 4

Chapter 1. Macroeconomic Environment........................................ 4

Chapter 2. Econometric Model........................................................ 10

Chapter 3. Results............................................................................ 14

Chapter 4. Alternative Forecasts..................................................... 18

Appendix

BH-ERS-EX-009345

## Executive Summary

Global Insight (GII) has developed a model to forecast the total payroll of those government employees that participate in the Employees Retirement System of the Government of the Commonwealth of Puerto Rico (ERS). This econometric model, coupled with our long term forecast of the Puerto Rico economy, has been used to project the total number of employees that will participate in the ERS as well as their average wage from fiscal year 2008 through fiscal year 2059. Our Baseline forecast indicates that in fiscal year 2059, the total covered payroll will amount to US$39.5 billion. Between fiscal years 2008 and 2059 the average annual growth rate of the covered payroll is projected to be 4.5%. We also present alternative forecasts that project higher and lower paths of the covered payroll. Under these, less likely, scenarios we forecast that by fiscal year 2059, the total covered payroll could be as low as US$32 billion, if the government undergoes a major downsizing, and as high as US$63.7 billion, in a scenario were an investment boom drives rapid economic growth.

Our model was constructed from widely accepted economic principles and Global Insight's long experience in building econometric forecasting models. After extensive analysis, we found the following Puerto Rico macroeconomic variables to be effective in building an empirical model of total employment and average wages in the ERS participating sector: total government employment, real GNP, labor productivity, and the unemployment rate. The projections and forecasts are based on future paths of these factors as predicted by GII's Macroeconomic Model of Puerto Rico, which in turn is fed by GII's U.S. Macroeconomic Model.

2

BH-ERS-EX-009346

## Disclaimer

The projections, forecasts and other forward looking information included in this report, including, but not limited to, those regarding future Government of Puerto Rico employment and wage levels, are estimates, which have been prepared on the basis of certain assumptions and hypotheses. No representation or warranty of any kind is or can be made with respect to the accuracy or completeness of, and no representation or warranty should be inferred from, these projections, forecasts and other forward looking information. The projections, forecasts and other forward looking information contained in this report are based upon assumptions as to future events and, accordingly, are subject to varying degrees of uncertainty. Some assumptions inevitably will not materialize and, additionally, unanticipated events and circumstances may occur. Therefore, for example, actual future Government of Puerto Rico payrolls inevitably will vary from the projections, forecasts and other forward looking information included in this report and the variations may be material and adverse.

3

BH-ERS-EX-009347

# Introduction

The goal of this research is to forecast the total payroll of those government employees that participate in the Employees Retirement System of the Government of the Commonwealth of Puerto Rico (ERS), over the next 51 years. In order to achieve this Global Insight has developed a model, which, coupled with our long-term forecast for the Puerto Rico economy, allows us to forecast the total number of ERS participating employees, as well as their average wage.

The ERS is the administrator of a cost-sharing, multiple-employer, retirement system established by the Commonwealth of Puerto Rico. The ERS was created under the Act 447, and became effective on January 1, 1952. The ERS covers all regular employees of the Commonwealth's central government, municipalities and certain public corporations not covered by their own retirement's systems.[1] On September 24, 1999, Act No. 447, was amended for the purpose of establishing a new pension program (System 2000), which is a hybrid defined contribution plan, also known as a cash balance plan. In fiscal year 2007, the ERS reported 176,837 active participants in all ERS plans.

This report is organized as follows: In Chapter 1, we discuss in detail our baseline forecast for the main macroeconomic factors that drive employment and wages in the government sector. Our baseline forecast assumes that there will be no major structural change in the Puerto Rican economy over the foreseeable future. We also assume that government policy continues as in the past, without significant government restructuring. Chapter 2 describes the econometric model used to project total employment and average wages in the ERS participating sector. The baseline forecast for total covered payroll is discussed and analyzed in relation to total government employment and wages in Chapter 3. Finally, in Chapter 4 we discuss alternative projections of the total covered payroll.

# Chapter 1

# Macroeconomic Environment

### Economic Growth

### A. Context and Recent Developments

Puerto Rico is a self-governing commonwealth of the United States, yet its economic growth and development have traditionally been slower than that of the U.S. mainland. Although it does raise its own taxes, Puerto Rico has no independent monetary or trade policy. U.S. government transfers buoy local consumption, and U.S. demand influences

---

[1] For a detailed description of the Puerto Rico government's main retirement systems, as well as an overview of the government structure, please see the "Paper on Structure of Government of Puerto Rico and its Principal Retirement Systems" prepared by HCalero Consulting Group Inc.

BH-ERS-EX-009348

tourism activity and manufacturing production on the island, as the majority of Puerto Rico's import-export trade is with the United States. As a result, economic performance in the Commonwealth is strongly influenced by the U.S. business cycle.

Robust U.S. demand and high levels of consumer and business confidence boosted Puerto Rico's annual average real growth rate to 3% in 1995-2001, from 2% in the preceding 15 years. From the second half of 2000 economic activity slowed, however, and in fiscal year 2002, the Commonwealth slipped into recession due in part to the terrorist attacks of September 11, 2001 and their effect on U.S. demand and tourism. Although the recession was relatively mild – real GNP contracted 0.3% -- it has been followed by a period of sluggish growth. In 2001-07 average annual real growth was just 0.9%. Although historically, domestic factors have played a secondary role in the island's economic performance, over the last two years the island's ongoing fiscal crisis has been the main factor behind the economic slowdown.

**Economic Growth: Historical Trends**
(Percent change from a year earlier)



Although in fiscal year (FY) 2004, thanks to stronger U.S. growth, the Puerto Rico economy seemed to be gaining momentum, high oil and food prices, an ongoing fiscal crisis, and a political impasse between the governor and the legislature have since had a negative impact on economic activity in the Commonwealth. In fiscal 2005, real GNP, which is most often used as a measure of growth in the local economy because, unlike GDP, it nets out the large flows of earnings accruing to non-Puerto Rico residents, i.e. U.S. corporations established on the island, expanded 1.9%, down from 2.7% in fiscal 2004. Real GDP was up 0.6%, down from 3.0% a year earlier. In fiscal 2006 slow growth continued (real GNP inched up 0.5%) and turned into a recession in fiscal 2007 when real GNP contracted 1.8%, while real GDP dropped 1.6%. High inflation, rising interest rates on the back of the U.S. Federal Reserve (Fed)'s monetary tightening, and high unemployment rates continued to impose constraints on the dynamics of real private consumption, which expanded only 1.7%, a similar rate to 2006 but down from 3.6% in fiscal 2005. Meanwhile, real fixed investment dropped for the third consecutive year, as worries about the fiscal retrenchment of the government and credit downgrades continued to weigh on business confidence. Government consumption, restricted by fiscal austerity measures needed to contain the widening deficit, was practically stagnant, growing 0.1% in real terms, while net trade continued to make a negative contribution to GNP, as exports of goods and services decreased 3.2%, while imports were up 0.4%, both in real terms.

5

BH-ERS-EX-009349

**B. Current Trends Scenario (Baseline Forecast)**

In fiscal year 2008, Global Insight estimates that economic activity on the island remained in recession, with real GNP contracting by more than 2%. Through their effect on disposable income, elevated inflation levels, due to the gradual pass-through of high global oil prices to other goods and services, have continued to take a toll on private consumption. Private investment is also believed to have remained slow because of weak investor confidence and still-high interest rates at the beginning of the year. On the external front, the Commonwealth's export sector was undoubtedly hurt by the marked slowdown in the U.S. economy. In fiscal 2009, the slow improvement of public-sector finances, the fiscal stimulus from the U.S. Federal Government, and the continued easing of monetary policy in the United States will help reverse the economic contraction, marking the beginning of a gradual recovery. Still, private investment and household spending growth are expected to remain moderate as consumer and business confidence levels begin to recover but only slowly. Meanwhile, although the government will continue to fund some capital investment projects, such as the construction of new sports venues for the 2010 Central American and Caribbean Games, fiscal austerity measures needed to address the fiscal crisis will limit the public sector's ability to stimulate economic growth over the near term.

Over the medium-term, we estimate average real GNP growth around 3.0%, slowing to 2.0% by 2030. During the remainder of the forecast period growth will continue to decelerate due to unfavorable demographic trends, reaching 1.5% by 2059. This means that in the long-run economic growth in Puerto Rico will continue to lag behind that in the U.S. mainland. Puerto Rico will, however, continue to have one of the highest GDP per capita in Latin America.

Puerto Rico is one of the most open economies in the world, with free mobility of goods, services, capital, and labor to the vast U.S. market. The stability provided by this high degree of integration with the U.S., along with a highly skilled labor force and higher quality infrastructure than that of most emerging economies, create a relatively strong business environment that will support real economic growth in the long term.

Still, a number of structural issues will continue to prevent long-term real growth above 3%. Although Puerto Rico has a good record of educational development, the existence of a number of government transfer programs funded mainly by the U.S. federal government, and the fact that Puerto Rico is subject to U.S. minimum wage legislation, will continue to constrain labor force participation rates, while maintaining unemployment levels high, thus limiting the contribution of human capital to long-term growth. Moreover, the rate of capital accumulation in Puerto Rico has not been sufficiently fast to support vigorous medium- and long-term growth. The fixed investment-to-GDP ratio fell from close to 30% in the early 1970s to less than 15% recently, due mainly to declining private investment. This problem will be exacerbated by the recent elimination of the tax advantages under Section 936 of the U.S. Internal

6

BH-ERS-EX-009350

Revenue Code. Due to a weak domestic savings rate, investment in Puerto Rico has been largely financed by foreign sources, attracted by strong incentives under section 936 to reinvest earnings in the Commonwealth. With the cancellation of the section 936 provisions, the relaxation of U.S. trade barriers, and the emergence of many other tax havens around the world, some advantages Puerto Rico has had in the past thanks to its close association with the U.S. are fading. As a result, in order for Puerto Rico to improve its long-term growth outlook, it will have to find new ways to attract foreign investment to the island, as well as promoting the development of island-based businesses that can create new job opportunities. To this end, the government is trying to accelerate Puerto Rico's insertion into the knowledge economy by promoting research and development in the biotechnology, computing and information technology and aerospace industries in particular.

## Inflation

### A. Context and Recent Developments

Price changes in Puerto Rico as measured by the broadest price measure, the implicit GNP deflator, have roughly followed the trend in inflation levels in the United States, peaking in the early 1980s and accelerating recently on the back of high oil prices. Still, since the 1980s overall prices have consistently increased more rapidly in Puerto Rico than in the U.S. The inflation differential between Puerto Rico and the U.S. widened in the late 1990s, but has since started to converge back to its fifteen year average of 1.5%.



**Inflation: Historical Trends**
(GNP deflator, % change year-on-year)

The Puerto Rican Department of Labor recently completed the implementation of a new CPI for the island. The old CPI was often criticized because the basket of goods had not been revised since 1977, and the measure, therefore, normally overstated the real level of prices in the island. The newly released CPI has a base of December 2006. Monthly figures for the new index, which are published by the Puerto Rican Planning Board, are available only from December 2006 forward. As of April 2008 Puerto Rico's 12-month consumer price inflation stands at 8.1%, a much more reasonable rate than the 19.6% rate recorded by the old index in June 2007, and closer to the inflation rate as measured by the GNP deflator, which stood at 5.4% in fiscal 2007.

BH-ERS-EX-009351

Despite the revisions, the fact remains that consumer prices have been consistently increasing more rapidly in Puerto Rico than in the United States. The main driver of consumer prices in the island has been the rise of global oil prices. Because the commonwealth is heavily dependent on oil imports to meet its domestic energy needs, particularly for electricity generation, any fluctuation in the price of oil has a significant effect on price levels in the island.

### B. Current Trends Scenario (Baseline Forecast)

Inflation in Puerto Rico will remain high in the near term. The monetary easing by the U.S. Federal Reserve during the second half of 2007 and into 2008 will depress interest rates on the island, fueling stronger domestic demand, and in turn, pressuring inflation. Still, high global oil prices, which are expected to remain prone to significant upward spikes because of the still tight global supply/demand situation, will continue to present the biggest risk to the Commonwealth's inflationary picture in the near term.

Over the medium-term, we expect inflation levels in Puerto Rico will trend down gradually as global oil prices stabilize.   In the long-term, we foresee Puerto Rico's inflation converging towards that observed in the United States, in a similar fashion as during the periods 1980-1989 and 1991-1993, before they started to diverge during the rest of the nineties. The high synchronization of Puerto Rico to the American economy, and the use of the same currency (low transaction costs, no exchange-rate risk, and the lack of independent monetary policy) support this view, which, however, requires the fulfillment of certain conditions. First of all, and contrary to the poor fiscal performance that affected domestic prices during the last couple of years, present and future governments would try to pursue a responsible fiscal management, keeping the growth of public debt in line with economic growth, and to avoid unnecessary borrowing that crowds out private investment. In addition, productivity gains observed in the United States would be equally transferred to Puerto Rico so that any price reduction coming from increasing productivity is replicated on the island. Moreover, increasing competition among producers and distributors on the island, and lower transportation costs would help to slowly reduce any mark-up charged in Puerto Rico with respect to U.S. prices.

## Demographics and the Labor Market

### A. Context and Recent Developments

**Demographics**
Puerto Rico's population, 3.81 million according to the 2000 census, was estimated at 3.94 million in fiscal year 2007, making it one of the most populated islands in the world. Annual average population growth has slowed from 0.9% in the early 1990s to less than 0.5% recently due to declining birth rates and high emigration rates. It is estimated that some 2 million Puerto Rico residents have migrated to the United States. Although life expectancy rates in Puerto Rico (74.5 years for males and 82.5 years for females) have

BH-ERS-EX-009352

improved significantly in recent years, they remain lower than those in the U.S. mainland due to high rates of poverty on the island, especially in the rural areas. Indeed, according to the 2000 Census, nearly 50% of all Puerto Rico residents live below the poverty line. In recent years, Puerto Rico's age structure has changed as the medical care system improved. As death rates decline, the proportion of the population over 65 years of age has increased; in fiscal 2007, it is estimated that people over 65 made up 13.2% of the population. However, the proportion of children under 16 has remained fairly constant at about 25%.

### Labor Markets

Historically, the unemployment rate has been significantly higher in Puerto Rico than in the United States, and the labor force participation rate has been much lower. According to the Puerto Rico household survey, in fiscal 2007, the island's labor force amounted to 1.41 million, representing around 47% of the working-age population, well below the U.S. mainland's 65%. Even with these low labor force participation rates, Puerto Rico's average unemployment rate of 10.4% in fiscal 2007 was more than double the U.S. national average.

**Labor Market: Historical Trends**



As the economy has not been able to provide sufficient jobs in the private sector, the government is a primary source of employment, placing a heavy burden on the Commonwealth's financial accounts. According to the United States' Bureau of Labor Statistics (BLS) Establishment Survey, in fiscal 2007, the Puerto Rico government employed 298,125 people, or 23.6% of the total employed population.

### B. Current Trends Scenario (Baseline Forecast)

Over the near term, unemployment levels in Puerto Rico will remain high. Developments in the labor market are highly dependent on the macro-economy. Thus, the recession during fiscal 2007-2008 and the slow recovery during 2009, will likely constrain hiring, keeping the unemployment rate above 10%.

Beyond the near term, the labor force participation rate in Puerto Rico should trend up gradually. Estimates from the United Nations suggest that Puerto Rico's population will peak in 2044. This will take place very gradually, as the population growth rate—

9

BH-ERS-EX-009353

currently close to 0.5% per year—falls to zero over the next 40 years. The labor force, however, is currently growing significantly faster than the population, at roughly 2% per year. This is in part due to the age structure of Puerto Rico: although birth rates are declining, there are far more young people entering the workforce than there are older people retiring from the workforce. As a result, even after the population peaks, the labor force will continue to grow, albeit at a slower pace.

Still, important labor market rigidities will continue to constrain the labor force participation rate in Puerto Rico, keeping it below U.S. levels. Puerto Rico residents are eligible for the same income transfer programs as U.S. residents, such as the Nutrition Assistance Program (NAP, the food stamp program) and disability insurance, which are funded mainly by the U.S. federal government. Because average wages are much lower in Puerto Rico, the benefits these federal programs provide are much more attractive to residents of the island. Since these benefits are not tied to work incentives, they have discouraged participation in the labor force and will continue to do so in the foreseeable future unless they are reformed. Additionally, Puerto Rico is subject to U.S. minimum wage legislation, and as a result, the minimum wage on the island is relatively high when compared to the average wage. This discourages employment in low-productivity positions, while encouraging the informal sector, hindering Puerto Rico's ability to compete in labor-intensive manufacturing sectors.[2] Because we do not expect average wages to catch up to those in the mainland, this will continue to be problem in the future. Furthermore, an open border to the U.S. has encouraged the migration of Puerto Rico residents seeking higher wage employment in the mainland.

## Chapter 2

## Econometric Model

An econometric model is a set of mathematical equations which best statistically describes the available historical data. It can be applied, with assumptions on the projected path of independent explanatory variables, to predict the future path of the dependent variable being studied. In this case, in order to forecast the payroll of those government employers that participate in the ERS, we are interested in predicting the future path of the total number of ERS participating employees, as well as their average wage.

After extensive analysis of available data measuring all of the factors which influence the Puerto Rico labor market, we found the following Puerto Rico macroeconomic variables to be effective in building an empirical model of the total employment and average wages in the ERS participating sector:

---

[2] Because the mandated minimum wage is relatively high when compared to the average wage in the island, it makes hiring low-skilled workers relatively costly for firms. This makes labor-intensive industries in Puerto Rico uncompetitive when compared to other low-wage countries, in both Latin America and Asia.

BH-ERS-EX-009354

1) Total government employment,
2) Real GNP,
3) Labor productivity, and
4) Unemployment rate.

We used the tools of standard multivariate regression analysis to determine the nature of the economic relationship between these variables and total employment and average wages in the ERS participating sector. We then projected the total payroll in the ERS participating sector out to fiscal year 2059, using these relationships, along with Global Insight's (GII) Macroeconomic Model of Puerto Rico, which in turn is fed by GII's U.S. Macroeconomic Model. The latter consists of over 2000 simultaneous equations of which approximately one third are stochastic equations. Puerto Rico's model is a smaller one with approximately 100 equations, distributed between stochastic and identities in the same proportion as the US model.

## Total Employment in the ERS Participating Sector

Total employment in the ERS participating sector (EERS) was determined to be a function of total government employment (EG) and real national output (GNPR). The following equation was estimated over the period from 1989 to 2006.[3]

$$\log (\text{EERS}) = -0.711 + 0.499 * \log (\text{EG}) + 0.338 * \log (\text{GNPR}) [-1]$$

The model was estimated in logarithmic form, which is standard practice in the time series analysis of variables which grow over time. It also allows the direct computation of the responsiveness (or elasticity) of the dependent variable (total employment in the ERS) to changes in the various explanatory (or the right hand side) variables. The equation was adjusted using the Cochrane-Orcutt iterative method to correct for autocorrelation, a statistical relation that would otherwise bias coefficient estimates in this case.

This model has an R-square in excess of 0.82, meaning that it explains more than 82% of the variation in total employment in the ERS participating sector over the 1989 to 2006 period. In terms of explanatory power this indicates a strong model with a high level of statistical significance.

### Explanatory Variables

*Total government employment*

Data for total government employment in Puerto Rico are available from the U.S. Bureau of Labor Statistics' Establishment Survey at a monthly frequency since 1980. Total

---

[3] Total government employment and ERS employment are measured in thousands of employees and real GNP is measured in millions of 1954 U.S. dollars.

11

BH-ERS-EX-009355

government employment represents nearly one-fourth of total employment in Puerto Rico, while employment in the ERS participating sector represents more than 50% of total government employment. Total government employment captures the essence of fiscal policy in Puerto Rico, which in turn will influence the path of total employment in the ERS participating sector.

The coefficient on EG in the regression equation measures the elasticity of total employment in the ERS sector with respect to total government employment. Specifically, every percent increase in total government employment has raised employment in the ERS sector by 0.499%. The estimated coefficient (0.499) is significantly different from zero at the 90% confidence level, which means there is significant explanatory power in total government employment to account for variations in total employment in the ERS sector.

*Real GNP*

Puerto Rico's real GNP is most often used as a measure of growth in the local economy because, unlike GDP, it nets out the large flows of earnings accruing to non-Puerto Rico residents, i.e., U.S. corporations established on the island. Data on real GNP are available at an annual frequency from the Puerto Rico Planning Board as far back as 1970. Over the long term real GNP growth in our Puerto Rico macroeconomic model is driven by labor productivity, demographic trends, fixed capital formation and growth in the U.S. economy, which is in turn determined by Global Insight's U.S. macroeconomic model.

As expected, the coefficient on GNPR in the regression equation indicates a positive correlation between employment in the ERS sector and economic growth. If the economy grows more quickly, it will require an increase in the supply of goods and services provided by the government, leading to an increase in government employment.

The econometric model states that every percent increase in real GNP in the previous year has raised employment in the ERS sector by 0.338%. Our model establishes a lag between changes in the level of economic activity and the supply of public goods and services, i.e., the increase in government employment is not immediate. Fiscal rigidities imposed by the budgetary process can delay the adjustment of government employment to changes in economic activity. Statistical results validate this specification. The estimated coefficient (0.338) is significantly different from zero at the 95% confidence level, which means there is a significant correlation between real GNP and employment and total employment in the ERS sector.

12

**Average Wage in the ERS Participating Sector**

To forecast the average wage of ERS participating employees, we first derived the real average wage using the GNP deflator. Average real wages in the ERS participating sector (COMERSR) are then derived as a function of the unemployment rate (RU) and total labor productivity (LPE). The following equation was estimated over the period from 1989 to 2006.

$$\log (COMERSR) = 6.214 \ + \ 1.089 * \log (LPE) \, [-1] - 0.011 * RU$$

Once again, the model was estimated in logarithmic form, since that allows the easy computation of elasticity of the dependent variable (real wages in the ERS sector) to changes in the various explanatory variables. This model has an R-square in excess of 0.77, meaning that it explains more than 77% of the variation in average real wages in the ERS participating sector over the 1989 to 2006 period. In terms of explanatory power this indicates a strong model with a high level of statistical significance.

The nominal average wage is calculated from the real average wage using our inflation forecast as measured by the GNP price deflator, as follows:

Nominal Average Wage = Real Average Rate * GNP deflator

**Explanatory Variables**

*Labor Productivity*

Labor productivity is the measure of output per employee.  We calculate labor productivity as real GNP divided by total employment, derived from annual data published by the Puerto Rico Planning Board. A rise in labor productivity lowers the cost of labor at a given level of wages and benefits, and as a result, firms will find it profitable to expand employment. As the new technological innovations that boost productivity occur, new industries arise, along with the creation of new jobs. The increased demand for labor will tend to boost wages, as firms compete to hire additional workers, and raise total employment.

In our model, a one percent increase in productivity in the previous year increases the real average wage in the ERS participating sector by 1.089%. The specification of the model defines a lag between changes in productivity and its effects on real wages. It is a common practice by the government and also by private corporations to revise wages and salaries once a year, based on recent past performance. Statistical results validate this specification. The estimated coefficient (1.089) is significantly different from zero at the 95% confidence level, which means there is a significant correlation between labor productivity and averages wages in the ERS sector.

13

*Unemployment Rate*

Puerto Rico's annual unemployment rate is reported by the Puerto Rico Planning Board dating back to 1973. Over the long-term, the number of unemployed and the unemployment rate are determined as identities from the employment and labor force projections of our Puerto Rico macroeconomic model, which are in turn a function of demographic trends and long-term labor productivity.

Standard labor market theory tells us that excess labor supply will exert downward pressure on wages. A rising unemployment rate indicates an excess in labor supply, we would thus expect the coefficient on RU to be negative. Indeed, our model indicates that a one percent increase in unemployment has lowered average wages in the ERS participating sector by 0.011%. The estimated coefficient (0.011) is significantly different from zero at the 80% confidence level.

# Chapter 3

# Results

After developing the two regression equations specified above, we used them to project the total employment and average wage in the ERS participating sector of the government for the period between fiscal years 2008 and 2059. The total covered payroll is then calculated as:

$$\text{Total Payroll} = \text{Total Number of Employees} * \text{Average Wage}$$

In using regression equations developed on the basis of historical data to project future values of the dependent variable, we must also assume that the underlying economic structure captured in the equation will remain essentially the same. While past performance is no guarantee of future patterns, it is still the best tool we have to make such projections.

## Total Employment in the ERS Participating Sector

The graph below displays the projected time trend of total headcount in the ERS participating sector over the next 51 years. Our baseline forecast indicates that total employment in the ERS sector will grow at an average annual rate of 1.0% between fiscal years 2008 and 2059.

14

BH-ERS-EX-009358





This forecast implies that, over the long-run, employment in the ERS participating sector as a percent of total government headcount will maintain the ongoing upward trend. Employment in the ERS sector as a percent of total government employment has been trending up from 46% in fiscal 1989, to almost 60% recently. By fiscal year 2059 we expect headcount in the participating sector will amount to more than 65% of total employment in the public sector.



## Average Wage in the ERS Participating Sector

The graph below displays the projected time trend of average wages in the ERS participating sector over the next 51 years. Our baseline forecast indicates that average wages in the ERS sector will grow at an average annual rate of 3.5% between fiscal years 2008 and 2059. This results from a 1.2% average annual growth in real wages, and a 2.3% average inflation rate.

15





Over the forecast horizon wages in the ERS participating sector will continue to grow at fairly similar rates to those of average wages in the total government sector.



## Total Covered Payroll

Using the forecasted employment and wage figures we calculated the total payroll in the ERS participating sector. Our baseline forecast indicates that the total covered payroll will grow at an average annual rate of 4.5% between fiscal years 2008 and 2059, reaching US$39.5 billion in fiscal year 2059.

BH-ERS-EX-009360



After averaging 34% over the 1989-2001 period, the covered payroll as a percent of total government spending on an National Income Accounts basis began to trend up in 2002, reaching a historical high of 41% in fiscal year 2005. In the near term, we expect the normalization of this ratio, already evident in fiscal 2006 and 2007, will continue, bringing the covered payroll's share of government spending to less than 35% by fiscal 2010. This is consistent with the ongoing government efforts to reduce the burden of the payroll on the fiscal accounts. Over the medium and long-term the covered payroll as a percent of total government spending will gradually trend up to around 42%.



## Changes from Previous Forecast

In the January 2008 publication of this report, Global Insight projected the total covered payroll would amount to US$40.9 billion by fiscal year 2059, posting an average annual growth rate of 4.6%. The downward revision in our current payroll forecast is a result of the revision of the forecast for the four explanatory variables used in our model: total government employment, real GNP, labor productivity, and the unemployment rate.

BH-ERS-EX-009361