# M

# HAS BEEN PRODUCED IN NATIVE FORMAT