P

HAS BEEN PRODUCED IN NATIVE FORMAT