UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.¹

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER REGARDING JUNE 28, 2019 HEARING

In advance of the hearing scheduled for June 28, 2019 (the "Hearing"), the Court hereby allots the following times for each motion to be considered:

I. The *Urgent Joint Motion for Entry of Order Approving Stipulation and Agreed Order Between Special Claims Committee of Financial Oversight and Management Board and Official Committee of Unsecured Creditors Related to Joint Prosecution of Certain Causes of Action of Puerto Rico Electric Power Authority* (Docket Entry No. 7519 in Case No. 17-3283): **10 minutes**;

II. Together, the *Urgent Motion of Official Committee of Unsecured Creditors for Order, Pursuant to Bankruptcy Code Section 926(a), Authorizing Committee to Pursue Certain Avoidance Actions on Behalf of Puerto Rico Electric Power Authority* (Docket Entry No. 7484 in Case No. 17-3283) and the *Urgent Motion of Financial Oversight and Management Board for Puerto*

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Rico and Puerto Rico Fiscal Agency and Financial Advisory Authority to Approve Stipulation Appointing the Puerto Rico Fiscal Agency and Financial Advisory Authority as Co-Trustee in Connection with Lien Challenge* (Docket Entry No. 7686 in Case No. 17-3283): **45 minutes**; and

III. The *Omnibus Motion by the Financial Oversight and Management Board for Puerto Rico, Acting by and Through the Members of the Special Claims Committee, and the Official Committee of Unsecured Creditors to (I) Establish Litigation Case Management Procedures and (II) Establish Procedures for the Approval of Settlements* (Docket Entry No. 7325 in Case No. 17-3283): **1 hour**.

Parties intending to speak at the Hearing must meet and confer regarding the allocation of these time allotments and must provide the courtroom deputy with relevant information regarding such allocations prior to the commencement of the Hearing.

    SO ORDERED.

Dated: June 27, 2019

                                                         /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                        United States District Judge