# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

          Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO SALES TAX FINANCING
CORPORATION ("COFINA"),

          Debtor.

PROMESA
Title III

Case No. 17 BK 3284-LTS

---------------------------------------------------------------------x

## COVER SHEET TO TWENTY-SECOND MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO SALES TAX FINANCING CORPORATION FOR THE PERIOD OF FEBRUARY 1, 2019 THROUGH FEBRUARY 12, 2019

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | February 1, 2019 through February 12, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $6,295.05 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $2,261.95 |
| Total amount for this invoice: | $8,557.00 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twenty-second monthly fee application in these cases.

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for February 2019.


/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On June 27th, 2019 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:   Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory
Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury:**
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**COMMONWEALTH OF PR TITLE III**

**Summary of Legal Fees for the Period February 1 through February 12, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $305.00 | 8.90 | $ 2,714.50 |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $210.00 | 3.10 | $ 651.00 |
| Lorena Y. Gely | Associate | Labor | $170.00 | 3.10 | $ 527.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 1.40 | $ 259.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $190.00 | 1.70 | $ 323.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 18.00 | $ 2,520.00 |
| | **Totals** | | | 36.20 | $ 6,994.50 |
| | **Less: 10% Courtesy discount** | | | | $ (699.45) |
| **SUMMARY OF LEGAL FEES** | | | | | $ 6,295.05 |

**COMMONWEALTH OF PR TITLE III**

**Summary of Disbursements for the Period February 1 through February 12, 2019**

| Description - Expenses | Amounts |
|---|---|
| Duplicating | $ 34.80 |
| Delicias, Inc-Inv 6310- Working lunch on Jan. 14, 2019 in preparation for Omnibus Hearing-Gabriel Miranda, Ubaldo Fernandez, Hermann Bauer, Daniel Perez, Emiliano Trigo, Joshua Esses, Zachary Cahlett, Steve Ma, Michael Firestein, Allan Rappaport, Chris Theodorisis, Brian Rosen, Tim Mungovan, Martin Bienenstock, Jeffrey Levitan, Suzane Ulhuland, Mike Loutido, Lucy Wolf, Julia Southerland and Laura Geary-HDB | $ 188.99 |
| AIP Holdings-After hours-AC expense re Preparation for Omnibus Hearing-HDB | $ 300.00 |
| Federal Express Corp, Inv 1-779-89222, Brian Rosen, Esq. Proskauer Rose LLP-HDB | $ 103.48 |
| Federal Express Corp, Inv 1-784-55909, Laura Geary, Proskauer Rose LLP, regrding plan confirmation hearing including all ballots-HDB | $ 1,459.41 |
| Federal Express Corp., Inv. 1-784-55909, Michael Firestein, Proskauer Rose LLP-HDB | $ 175.27 |
| **Totals** | $ 2,261.95 |
| **SUMMARY OF DISBURSEMENTS** | $ 2,261.95 |

00660734; 2

| | COMMONWEALTH OF PR TITLE III | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period February 1 through February 12, 2019** | | |
| | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 202 | Legal research | 3.10 | $    527.00 |
| 203 | Hearings and Non-filed comunications with Court | 1.20 | $    342.00 |
| 206 | Documents filed on behalf of the Board | 3.70 | $    789.00 |
| 207 | Non-Board Court Filings | 1.00 | $    305.00 |
| 209 | Adversary Proceeding | 0.90 | $    274.50 |
| 210 | Analysis and Strategy | 0.20 | $     61.00 |
| 214 | Legal/Regulatory Matters | 0.90 | $    189.00 |
| 215 | Plan of Adjustment and disclosure statement | 5.10 | $  1,346.50 |
| 219 | Docketing | 0.10 | $     14.00 |
| 220 | Translations | 17.90 | $  2,506.00 |
| 222 | Claims and Claims Objections | 2.10 | $    640.50 |
| | | | |
| | | 36.20 | $  6,994.50 |
| | | | |
| | **Less: 10% Courtesy Discount** | | $   (699.45) |
| | | | |
| | **TOTALS** | **33.10** | **$  6,295.05** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $5,665.55, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $2,261.95) in the total amount of $7,927.50.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00660734; 2

# **Exhibit A**

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE COFINA TITLE III

March 5, 2019
Bill #: 345581
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 28, 2019:

**Client.Matter: P1702 - 0**

**RE: GENERAL**

| | |
|---|---|
| Total Professional Services | $ 4,967.00 |
| Less Discount | $ -496.70 |
| | |
| Net Professional Services | $ 4,470.30 |
| Total Reimbursable Expenses | $ 2,261.95 |
| | |
| **TOTAL THIS INVOICE** | **$ 6,732.25** |

IN ACCOUNT WITH
250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1702 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/01/19 | HDB | 222 | Review response by Mirta Vincenty Cardona to Sixth Omnibus Claim Objection. | .20 | 305.00 | 61.00 |
| 2/01/19 | HDB | 215 | Analyze Motion Requesting Documents under 11 USC 107A filed by Arthur Samodovitz. | .20 | 305.00 | 61.00 |
| 2/01/19 | HDB | 222 | Tel. conf. with A. Betancourt regarding claim objections. (.30) Review responses to claim objections filed by Rafael Rodriguez Quintana (.20) and Reynaldo Vincenty. (.20)  Review response to objection to claim by Helvia Cruz Ibarra (.20) and Funeraria Shalom Memorial, Inc. (.20)  Review response to objection to claim by Carlos Ifarraguerri-Gomez. (.10)  Review Peter Hein's Third Supplement to Response to Claim Objection. (.30) | 1.50 | 305.00 | 457.50 |
| 2/01/19 | HDB | 222 | Revise and sign-off for filing Stipulation and Agreed Order Regarding Withdrawal of Proof of Claims of Adirondack Holdings I and II. | .20 | 305.00 | 61.00 |
| 2/04/19 | HDB | 210 | Consultation concerning Public Finance Corporation's relationship to COFINA by A. Friedman (.10) and respond thereto. (.10) | .20 | 305.00 | 61.00 |
| 2/04/19 | HDB | 203 | Analyze Opinion and Order approving COFINA Settlement Agreement. | .80 | 305.00 | 244.00 |
| 2/04/19 | DJP | 206 | Analyze the Stipulation and Agreed Order Regarding Withdrawal of Proofs of Claim of Adirondack Holdings I LLC and Adirondack Holdings II LLC (Claims Nos. 65865, 66874, 63065, 65640, 65811, 81621, 84421, 62810, and 786625). | .40 | 190.00 | 76.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  345581

March 5, 2019

| 2/04/19 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Stipulation and Agreed Order Regarding Withdrawal of Proofs of Claim of Adirondack Holdings I LLC and Adirondack Holdings II LLC (Claims Nos. 65865, 66874, 63065, 65640, 65811, 81621, 84421, 62810, and 786625). | .20 | 190.00 | 38.00 |
|---|---|---|---|---|---|---|
| 2/05/19 | HDB | 215 | Review Order Confirming COFINA's Third Amended Plan of Adjustment. | 1.40 | 305.00 | 427.00 |
| 2/05/19 | HDB | 222 | Review Order directing the parties to meet and confer in connection with Peter Hein's Objection to claim. | .20 | 305.00 | 61.00 |
| 2/05/19 | HDB | 206 | Revise and approve for filing motion to submit a certified translation in response to the Court's Order Regarding the Cruz Rodriguez Matter | .20 | 305.00 | 61.00 |
| 2/06/19 | HDB | 207 | Review BNYM's Motion to Expedite Adjudication of the Motion for Reconsideration or alternative forms of relief. (.30)  Review objection of Whitebox Multi-Strategy Partners, L.P. and Certain of its Affiliates to Urgent Motion of the Bank of New York Mellon, as Trustee, for (I) Expedited Consideration of the Whitebox Multi-Strategy Partners, L.P. and Certain of its Affiliates for Reconsideration of the Court's Order Precluding the Cross-Examination of Certain Witnesses, or, Alternatively, (II) Clarification that BNYM is Entitled to Withhold Whitebox's Distributions Pending a Determination of the 19.5 Dispute (.20) and Court Order. (.10) | .60 | 305.00 | 183.00 |
| 2/06/19 | HDB | 203 | Review Order concerning amendments to responses to claim objections to redact information on dockets no. [4922], [4951], [4997], [4999], [5001], [5004], [5005], [5006], [5017], [5019], [5021], [5026], [5028], [5029], [5032], [5033], [5034], [5035], [5039]. | .20 | 305.00 | 61.00 |
| 2/06/19 | ETF | 214 | Review memorandum of opinion approving Commonwealth - COFINA settlement. | .90 | 210.00 | 189.00 |
| 2/07/19 | HDB | 215 | Review Reply of Whitebox Multi-Strategy Partners, L..P. and Certain of its Affiliates in Further Support of Motion Seeking Reconsideration of the Court's Order Precluding Cross-Examination of Certain Witnesses (.20) and Order Resolving the Plan of Adjustment Section 19.5 dispute. (.40) | .60 | 305.00 | 183.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  345581

March 5, 2019

| 2/08/19 | HDB | 215 | Revise and clear for filing 9019 Motion to Settle Goldman Sachs Swap Claim. | .40 | 305.00 | 122.00 |
|---------|-----|-----|---|------|--------|--------|
| 2/08/19 | GMR | 206 | Analyze 9019 urgent motion to approve settlement with Goldman Sachs. | .20 | 185.00 | 37.00 |
| 2/08/19 | GMR | 206 | File 9019 urgent motion to approve settlement with Goldman Sachs in the COFINA Dockets. | .20 | 185.00 | 37.00 |
| 2/08/19 | GMR | 206 | Draft email to Prime Clerk requesting service of filed urgent motion regarding settlement between COFINA and Goldman Sachs. | .20 | 185.00 | 37.00 |
| 2/08/19 | GMR | 206 | Draft email to Chambers of Hon. L. T. Swain with attachment of urgent motion regarding settlement between COFINA and Goldman Sachs that was filed. | .20 | 185.00 | 37.00 |
| 2/09/19 | ETF | 215 | Review memorandum of findings of facts and conclusion regarding confirmation of Third Plan of Adjustment. | 2.20 | 210.00 | 462.00 |
| 2/11/19 | HDB | 206 | Revise and sign-off on Third Amended COFINA Plan Supplement. | .40 | 305.00 | 122.00 |
| 2/11/19 | GMR | 203 | As requested by Chambers of Hon. Laura T. Swain, send clean copies of Exhibits A-D (as individual PDF documents) to the proposed Stipulation and Order filed on February 8, 2019 at Docket Nos. 5083 and 573 in cases 17-3283 and 17-3284 respectively. | .20 | 185.00 | 37.00 |
| 2/11/19 | GMR | 206 | File Third Amended Plan Supplement in the COFINA Docket. | .20 | 185.00 | 37.00 |
| 2/11/19 | GMR | 206 | File Notice of Presentment of Amended Plan Supplement in the COFINA Docket. | .20 | 185.00 | 37.00 |
| 2/12/19 | HDB | 207 | Revise Official Committee of Unsecured Creditors' Urgent Response to AAFAF's Informative Motion Disclosing Proposed Payment of $7 Million to Bonistas Del Patio, Inc. (.30)  Review Court Order on scheduling and prohibiting payment. (.10) | .40 | 305.00 | 122.00 |
| 2/12/19 | HDB | 215 | Revise and sign-off on Notice of Effective date of COFINA Third Amended Plan. | .30 | 305.00 | 91.50 |
| 2/12/19 | MMB | 219 | Docket court notice received by email dated February 12, 2019, regarding order dkt. 586 setting deadline for AAFAF to file response - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  345581

March 5, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/13/19 | HDB | 222 | Revise and sign-off on response to request for extension of time by Miriam Sanchez Lebron. | .30 | 305.00 | 91.50 |
| 2/13/19 | HDB | 215 | Analyze Response by AAFAF, supported by the Brian M. Resnick Declaration, to UCC's objection to Payment of Bonistas Expenses. | .30 | 305.00 | 91.50 |
| 2/13/19 | HDB | 206 | Revise and sign-off for filing Tax Exemption Implementation Agreement. | .40 | 305.00 | 122.00 |
| 2/14/19 | HDB | 215 | Analyze Statement of the COFINA Senior Bondholders' Coalition in Support of Informative Motion regarding Stipulation of Section 15.2 Expenses. | .20 | 305.00 | 61.00 |
| 2/14/19 | GMR | 206 | Draft email to Chambers of Hon. Laura T. Swain with the Notice of Submission of Tax Exemption Implementation Agreement by Puerto Rico Sales Tax Financing Corporation as filed in cases 17-3283 at Docket No. 5104 and 17-3284 at Docket No. 593. | .10 | 185.00 | 18.50 |
| 2/14/19 | GMR | 206 | Draft email PrimeClerk requesting service of the Notice of Submission of Tax Exemption Implementation Agreement by Puerto Rico Sales Tax Financing Corporation as filed in cases 17-3283 at Docket No. 5104 and 17-3284 at Docket No. 593. | .10 | 185.00 | 18.50 |
| 2/14/19 | GMR | 206 | Draft reply email to PrimeClerk to respond to query on additional FOMB filing plans. | .10 | 185.00 | 18.50 |
| 2/14/19 | MMB | 219 | Docket court notice received by email dated February 14, 2019, regarding order dkt. 591 setting deadline for unsecured creditors to file statement - H. Bauer, U. Fernández, D. Pérez. | .10 | 140.00 | 14.00 |
| 2/15/19 | HDB | 222 | Revise and sign-off on Motion to Adjourn Hearing on Peter Hein's objection. | .20 | 305.00 | 61.00 |
| 2/15/19 | GMR | 206 | Analyze informative motion as to Peter Hein's claim objection in preparation of filing. | .40 | 185.00 | 74.00 |
| 2/15/19 | GMR | 206 | File informative motion as to Peter Hein's claim objection in preparation of filing in the COFINA Docket. | .20 | 185.00 | 37.00 |
| 2/15/19 | GMR | 206 | Draft email to Chamber's of Hon. Laura T. Swain attaching informative motion as to Peter Hein's claim objection filed in both the Commonwealth and COFINA Dockets. | .20 | 185.00 | 37.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  345581

March 5, 2019

| 2/15/19 | GMR | 206 | Draft email to Primeclerk requesting service of informative motion as to Peter Hein's claim objection filed in both the Commonwealth and COFINA Dockets. | .20 | 185.00 | 37.00 |
|---------|-----|-----|---|-----|-----|-----|
| 2/15/19 | MMB | 219 | Docket court notice received by email dated February 14, 2019, regarding order dkt. 596 setting deadline for UCC and AAFAF to file joint status report in connection with informative motion regarding stipulation - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 2/18/19 | HDB | 215 | Review Notice of Appeal by Roberto Maldonado regarding COFINA Confirmation Order. | .20 | 305.00 | 61.00 |
| 2/19/19 | HDB | 215 | Review Credit Union's Motion to Reconsider or Alter Judgment regarding COFINA Plan Confirmation Order. | .30 | 305.00 | 91.50 |
| 2/19/19 | HDB | 215 | Review Notice of Appeal of the COFINA Confirmation Order by Peter Hein, Mark Elliot and L. Devores. | .30 | 305.00 | 91.50 |
| 2/20/19 | MMB | 219 | Docket court notice received by email dated February 19, 2019, regarding order dkt. 605 setting objection deadline in relation with credit unions' motion for reconsideration - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 2/22/19 | MMB | 219 | Docket court notice received by email dated February 20, 2019, regarding order dkt. 607 setting deadline for AAFAF and UUC to file status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 2/26/19 | HDB | 222 | Review responses to objection to claims by Cooperativa Rincon (.20) Zeno Gandia (.20) and Juana Díaz. (.10) | .50 | 305.00 | 152.50 |
| 2/26/19 | HDB | 206 | Review and sign-off draft Opposition to Motion for Reconsideration by the Credit Unions. | .30 | 305.00 | 91.50 |
| 2/26/19 | DJP | 206 | Analyze the Opposition of the Financial Oversight and Management Board for Puerto Rico, as Representative of Puerto Rico Sales Tax Financing Corporation, to the Credit Unions' Motion for Reconsideration of Order Confirming the Third Amended Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation, in anticipation of its filing. | .80 | 190.00 | 152.00 |

O'Neill & Borges LLC

Bill #:  345581

March 5, 2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/26/19 | DJP | 206 | File the Opposition of the Financial Oversight and Management Board for Puerto Rico, as Representative of Puerto Rico Sales Tax Financing Corporation, to the Credit Unions' Motion for Reconsideration of Order Confirming the Third Amended Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 2/26/19 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Opposition of the Financial Oversight and Management Board for Puerto Rico, as Representative of Puerto Rico Sales Tax Financing Corporation, to the Credit Unions' Motion for Reconsideration of Order Confirming the Third Amended Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation. | .20 | 190.00 | 38.00 |
| 2/26/19 | DJP | 206 | Draft email to Prime Clerk LLC, requesting service of the Opposition of the Financial Oversight and Management Board for Puerto Rico, as Representative of Puerto Rico Sales Tax Financing Corporation, to the Credit Unions' Motion for Reconsideration of Order Confirming the Third Amended Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation. | .10 | 190.00 | 19.00 |
| 2/27/19 | HDB | 209 | Revise and sign-off for filing motion for extension of time in the Natal Arbelo adversary proceeding. | .30 | 305.00 | 91.50 |

TOTAL PROFESSIONAL SERVICES        $ 4,967.00

Less Discount                                          $ -496.70

NET PROFESSIONAL SERVICES:           $ 4,470.30

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 11.10 | 305.00 | 3,385.50 |
| EMILIANO TRIGO FRITZ | 3.10 | 210.00 | 651.00 |
| DANIEL J. PEREZ REFOJOS | 1.90 | 190.00 | 361.00 |
| GABRIEL MIRANDA RIVERA | 2.70 | 185.00 | 499.50 |
| MILAGROS MARCANO BAEZ | .50 | 140.00 | 70.00 |
| **Total** | **19.30** | | **$ 4,967.00** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  345581

March 5, 2019

## EXPENSES

| Date | Description | Amount |
|------|-------------|-------:|
| 2/06/19 | DUPLICATING -  AS OF 2/06/19 (130 Copies @ $.10) | 13.00 |
| 2/06/19 | DUPLICATING -  AS OF 2/06/19 (9 Copies @ $.10) | .90 |
| 2/06/19 | DUPLICATING -  AS OF 2/06/19 (18 Copies @ $.10) | 1.80 |
| 2/06/19 | DUPLICATING -  AS OF 2/06/19 (9 Copies @ $.10) | .90 |
| 2/06/19 | DUPLICATING -  AS OF 2/06/19 (14 Copies @ $.10) | 1.40 |
| 2/06/19 | DUPLICATING -  AS OF 2/06/19 (9 Copies @ $.10) | .90 |
| 2/06/19 | DUPLICATING -  AS OF 2/06/19 (22 Copies @ $.10) | 2.20 |
| 2/06/19 | DUPLICATING -  AS OF 2/06/19 (21 Copies @ $.10) | 2.10 |
| 2/06/19 | DUPLICATING -  AS OF 2/06/19 (14 Copies @ $.10) | 1.40 |
| 2/06/19 | DUPLICATING -  AS OF 2/06/19 (14 Copies @ $.10) | 1.40 |
| 2/08/19 | DUPLICATING -  AS OF 2/08/19 (88 Copies @ $.10) | 8.80 |
| 2/08/19 | DELICIAS, INC, INV. 6310, LUNCH EXPENSE ON JANUARY 14,2019 IN PREPARATION FOR OMNIBUS HEARING FOR GABRIEL MIRANDA, UBALDO FERNANDEZ, HERMANN BAUER, DANIEL PEREZ, EMILIANO TRIGO, JOSHUA ESSES, ZACHARY CHALETT, STEVE MA, MICHAEL FIRESTEIN, ALLAN RAPPAPORT, CHRIS THEODORISIS, BRAIN ROSEN, TIM MUNGOVAN, MARTIN BIENENSTOCK, JEFFREY LEVITAN, SUZANE ULHULAND, MIKE LOUTIDO, LUCY WOLF, JULIA SOUTHERLAND AND LAURA GEARY-HDB | 188.99 |
| 2/08/19 | FEDERAL EXPRESS CORP., INV. 1-779-89222, BRIAN ROSEN, ESQ., PROSKAUER ROSE LLP-HDB | 103.48 |
| 2/13/19 | AIP HOLDINGS, INV. 094-700/800, EXTRA AIR CONDITIONING AFTER HOURS ON JANUARY 15,2019 IN PREPARATION OF OMNIBUS HEARING-HDB | 300.00 |
| 2/28/19 | FEDERAL EXPRESS CORP., INV.1-784-55909, LAURA GEARY, PROSKAUER ROSE LLP, DOCUMENTS REGARDING PLAN CONFIRMATION HEARING INCLUDING ALL BALLOTS-HDB | 1,459.41 |
| 2/28/19 | FEDERAL EXPRESS CORP., INV.1-784-55909, MICHAEL FIRESTEIN, PROSKAUER ROSE LLP-HDB | 175.27 |

TOTAL REIMBURSABLE EXPENSES        $ 2,261.95

**TOTAL THIS INVOICE**        **$ 6,732.25**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

**(€quitrac**

## Consolidated Account Detail

### Client='P1702' and Matter='00000' and (From: '2019-2-1' To: '2019-2-28')

| Starting Date: | 2/6/2019 | Ending Date: | 2/8/2019 | Number of Days: | 3 |
|---|---|---|---|---|---|

| Date | Time | User | Type | Count | Amount |
|---|---|---|---|---|---|
| **Location: oab:O'neill and Borges** | | | | | |
| **Client: p1702:FOMB IN RE COFINA TITLE III** | | | | | |
| **Matter: 00000:GENERAL** | | | | | |
| 2/6/2019 | 6:40:55AM | RODRIGUEZ, REBECA | Duplicating | 9 | $.90 |
| 2/6/2019 | 6:41:42AM | RODRIGUEZ, REBECA | Duplicating | 18 | $1.80 |
| 2/6/2019 | 6:41:44AM | RODRIGUEZ, REBECA | Duplicating | 130 | $13.00 |
| 2/6/2019 | 6:42:32AM | RODRIGUEZ, REBECA | Duplicating | 9 | $.90 |
| 2/6/2019 | 6:43:09AM | RODRIGUEZ, REBECA | Duplicating | 14 | $1.40 |
| 2/6/2019 | 6:43:35AM | RODRIGUEZ, REBECA | Duplicating | 9 | $.90 |
| 2/6/2019 | 6:44:06AM | RODRIGUEZ, REBECA | Duplicating | 22 | $2.20 |
| 2/6/2019 | 6:44:41AM | RODRIGUEZ, REBECA | Duplicating | 21 | $2.10 |
| 2/6/2019 | 6:45:30AM | RODRIGUEZ, REBECA | Duplicating | 14 | $1.40 |
| 2/6/2019 | 6:46:17AM | RODRIGUEZ, REBECA | Duplicating | 14 | $1.40 |
| 2/8/2019 | 3:30:48PM | FIGUEROA, EDITH | Duplicating | 88 | $8.80 |
| | Totals for Matter: 00000 | | | | $34.80 |
| | Totals for Client: p1702 | | | | $34.80 |
| Totals for Location: oab | | | | | $34.80 |

VOUCHER NO. _____                          VENDOR NO. _3002_

# O'NEILL & BORGES LLC

## CHECK REQUEST

DATE  1-31-2019

TO THE ACCOUNTS PAYABLE CLERK: PLEASE PREPARE A CHECK

PAYABLE TO: Las Delicias, Inc

AMOUNT: $ 188.99

EXPLANATION: Inv. 6310

Lunch expense on Jan. 14, 2019 in preparation
re: Omnibus Hearing on Jan. 16 and 17, 2019
See attached list of attendees

| CHARGE TO: | CLIENT NUMBER | | | | | CLIENT MATTER | | |
|---|---|---|---|---|---|---|---|---|
|  | P | 1 | 7 | 0 | 2 | O | O | O |

---

| ACCOUNTING DEPARTMENT USE ONLY | |
|---|---|
| Out of Pocket #1100 | General Ledger |
| Disb. Code _____ | Ck. No. _____ |
| Acct. No. __1164__ | Ck. Date _____ |
| Ck. No. _____ | Acct. No. _____ |
| Ck. No. _____ | Acct. No. _____ |
| Amount $ __188.99__ | Acct. No. _____ |
|  | Amount $ _____ |

REQUESTED BY: _____        APPROVED BY: _____

**WHITE COPY - ACCOUNTING        CANARY COPY- REQUESTOR**

Invoice

**Las Delicias Inc.**

PMB 332
HC 1 BOX 29030
PR 00725

Phone #   7872218638      corporaciondelicias@yahoo.com

| Date | Invoice # |
|------|-----------|
| 1/14/2019 | 6310 |

| Bill To |
|---------|
| Oneill & Borges<br>250 Ave. Muñoz Rivera, Ste. 800<br>San Juan, P.R. 00918-1813<br>P1702.0000 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 7 days |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 3 | Servicio de Catering/ Lunch box, Sandwich pechuga de pollo, papas y galleta | 8.50 | 25.50T |
| 1 | Servicio de Catering/ Almuerzo | 7.00 | 7.00T |
| 1 | Servicio de Catering/ Lunchj box, Sandwich pastrami | 8.50 | 8.50T |
| 1 | Servicio de Catering/ Lunch box, Sandwich pavo asado | 8.50 | 8.50T |
| 10 | Servicio de Catering/ Lunch box, Sandwich de pechuga de pavo | 8.50 | 85.00T |
| 2 | Servicio de Catering/ Apple chicken salad | 7.00 | 14.00T |
| 2 | Servicio de Catering/ Chicken cesar | 7.00 | 14.00T |
| 1 | Servicio de Catering/ Ensalada de granos al plato | 7.00 | 7.00T |
|  | Sales Tax | 11.50% | 19.49 |

| Total | $188.99 |
|-------|---------|



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 1-779-89222 | Jan 29, 2019 | 1043-0666-7 | 3 of 4 |

**Ship Date:** Jan 18, 2019        **Cust. Ref.:** NO REFERENCE INFORMATION        **Ref.#2:**
**Payor:** Shipper                          **Ref.#3:**

- The Earned Discount for this ship date has been calculated based on a revenue threshold of USD 3476.20
- Fuel Surcharge - FedEx has applied a fuel surcharge of 4.75% to this shipment.
- FedEx has audited this airbill for correct pieces, weight, and service. Any changes made are reflected in the invoice amount.

| | | | | | |
|---|---|---|---|---|---|
| Tracking ID | 812444397669 | **Sender** | | **Recipient** | |
| Service Type | FedEx Priority Overnight | HERMANN D. BAUER. ES 1 . | | BRIAN S. ROSEN, ESG. | |
| Package Type | Customer Packaging | O'NEILL & BORGES LLC | | PROSKAUER ROSE LLP | |
| Orig./Dest. | SIG/NYC | 250 MUNOZ RIVERA AVE., SUITE 800 | | ELEVEW TIMES SQUARE , EIGHTH AVE . | |
| Packages | 1 | SAN JUAN PR 00918-1813 US | | NEW YORK NY 10036-8299 US | |
| Rated Weight | 8.2 lbs | | | | |
| Delivered | Jan 21, 2019 09:13 | | | | |
| Signed by | R.GONZALEZ | Transportation Charge | | | 102.91 |
| FedEx Use | G2375/13441/_ | Earned Discount | | | -4.12 |
| **Customs** | | Fuel Surcharge | | | 4.69 |
| Entry Date | Jan 18, 2019 | **Total Transportation Charges** | | USD | **$103.48** |

**Ship Date:** Jan 18, 2019        **Cust. Ref.:** Z9998 1195        **Ref.#2:**
**Payor:** Shipper                          **Ref.#3:**

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 1-784-55909 | Feb 12, 2019 | 1043-0666-7 | 2 of 3 |

## FedEx Express Shipment Summary By Payor Type

### FedEx Express Shipments (Original)

| Payor Type | Shipments | Rated Weight lbs | Transportation Charges | Special Handling Charges | Ret Chg/Tax Credits/Other | Discounts | Total Charges |
|---|---|---|---|---|---|---|---|
| Shipper | 2 | 347.0 | 1,582.34 | 115.63 | | -63.29 | 1,634.68 |
| Total FedEx Express | 2 | 347.0 | $1,582.34 | $115.63 | | -$63.29 | $1,634.68 |

**TOTAL THIS INVOICE**      USD    **$1,634.68**

## FedEx Express Shipment Detail By Payor Type (Original)

**Ship Date:** Jan 21, 2019    **Cust. Ref.:** NO REFERENCE INFORMATION    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

* Fuel Surcharge - FedEx has applied a fuel surcharge of 6.00% to this shipment.

| | | |
|---|---|---|
| Automation | AWB | **Sender** |
| Tracking ID | 81244397706 | HERMANIE D BANER, ESG. |
| Service Type | FedEx Priority Overnight | O'NEILL & BORGES |
| Package Type | Customer Packaging | 250 MUÑOZ RIVERA AVE STE 800 |
| Orig./Dest. | SIG/NYC | SAN JUAN PR 00918-1806 US |
| Packages | 14 | |
| Rated Weight | 325.0 lbs | **Recipient** |
| Delivered | Jan 22, 2019 10:30 | LAURA GEARY |
| Signed by | J.HARPER | DROSKOVER ROSE |
| FedEx Use | /63637/_ | 11 TIMES SQUARE |
| | | NEW YORK NY 10036 US |

| Transportation Charge | | 1,430.00 |
|---|---|---|
| Earned Discount | | -57.20 |
| Fuel Surcharge | | 82.61 |
| Courier Pickup Charge | | 4.00 |
| **Total Transportation Charges** | | **$1,459.41** |

**Ship Date:** Jan 21, 2019    **Cust. Ref.:** NO REFERENCE INFORMATION    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

* Fuel Surcharge - FedEx has applied a fuel surcharge of 6.00% to this shipment.

| | | |
|---|---|---|
| Automation | AWB | **Sender** |
| Tracking ID | 81244397728 | HERMANN D. BAUER ES I. |
| Service Type | FedEx Priority Overnight | O'NEILL & BORGES |
| Package Type | Customer Packaging | 250 MUÑOZ RIVERA AVE STE 800 |
| Orig./Dest. | SIG/CIB | SAN JUAN PR 00918-1806 US |
| Packages | 1 | |
| Rated Weight | 22.0 lbs | **Recipient** |
| Delivered | Jan 22, 2019 10:18 | MICHAEL FIRESTEIN |
| | | PROSKAUER ROSE, LLP |
| Continued on next page | | 2029 CENTURY PARK E SUITE 2400 |
| | | LOS ANGELES CA 90067 US |

| Transportation Charge | | 152.34 |
|---|---|---|
| Earned Discount | | -6.09 |

| | | |
|---|---|---|
| Signed by | A.GOLDINEZ | Fuel Surcharge | | 16.00 |
| FedEx Use | /13441/_ | Account Number Correction | | 4.00 |
| | | Courier Pickup Charge | | |
| | | **Total Transportation Charges** | USD | **$175.27** |

**Shipper Subtotal**    USD    **$1,634.68**

**Total FedEx Express**    USD    **$1,634.68**



**AMERICAN INTERNATIONAL PLAZA**
**AIP HOLDINGS ,LLC**

**Billing Adjustment**

| | | |
|---|---|---|
| Property No. | 094 | Property Name: American International Plaza |
| Unit /Reference: | 800 | Tenant Name: O'Neill & Borges |
| Accounting Month: | Feb-19 | |

| Charge Code | ACCT | Description | | HR | Charge | Credit |
|---|---|---|---|---|---|---|
| EAC | | Extra A/C floor #8 | 1/15/2019 | 2 | $ 300.00 | |
| EAC | | Extra A/C floor #8 | 1/22/2019 | 2 | $ 300.00 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | Total billed hours: | 4 | | | |
| | | Total Extra A/C: | | | $ 600.00 | |

**Special Instructions**

Extra A/C charge for suite 800. The rate per hour is $150.

Property Manager Approval: _____          Date: 1/25/2019

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

March 5, 2019
Bill #:   345584
Billing Attorney:  CGB

FOMB IN RE COFINA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending February 28, 2019:

**Client.Matter: P1702 - 801**

**RE:  17-00133-LTS BANK OF N.Y. MELLON V. COFINA-CGB**

| | |
|---|---|
| Total Professional Services | $ 152.50 |
| VOLUME DISCOUNT | $ -15.25 |
| Net Professional Services | $ 137.25 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 137.25** |

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1702 . 801**
**RE:  17-00133-LTS BANK OF N.Y. MELLON V. COFINA-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/18/19 | HDB | 209 | Review draft Stipulation of dismissal of 17-AP-133 (.2) Review B. Rosen's comments thereto. (.10) Sign-off on draft Stipulation. (.10) | .40 | 305.00 | 122.00 |
| 2/20/19 | HDB | 209 | Review order dismissing 17-AP-133. | .10 | 305.00 | 30.50 |

|  |  |  |
|--|--|--|
| TOTAL PROFESSIONAL SERVICES | | $ 152.50 |
| VOLUME DISCOUNT | | $ -15.25 |
| NET PROFESSIONAL SERVICES: | | $ 137.25 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .50 | 305.00 | 152.50 |
| Total | .50 | | $ 152.50 |

**TOTAL THIS INVOICE**                           $ 137.25

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'Neill & Borges LLC

FOMB IN RE COFINA TITLE III

March 5, 2019
Bill #:  345585
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending February 28, 2019:

**Client.Matter: P1702 - 804**

**RE:  19-00003-LTS NATAL ALBELO V ELA-HDB-CGB**

| | |
|---|---:|
| Total Professional Services | $ 4,623.50 |
| VOLUME DISCOUNT | $ -462.35 |
| Net Professional Services | $ 4,161.15 |
| Total Reimbursable Expenses | $ .50 |
| **TOTAL THIS INVOICE** | **$ 4,161.65** |

Electronic Invoice

IN ACCOUNT WITH

250 Avenida Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1702 . 804**
**RE:  19-00003-LTS NATAL ALBELO V ELA-HDB-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/01/19 | MMB | 220 | Continue translation of H.R. 1 of 2017 pages 18-39, as requested by E. Trigo. | 4.20 | 140.00 | 588.00 |
| 2/04/19 | MMB | 220 | Continue translation of H.R. 1 of 2017 pages 39-51. | 3.90 | 140.00 | 546.00 |
| 2/05/19 | MMB | 220 | Continue translation of H.R. 1 of 2017, for E. Trigo pages 51-79. | 3.40 | 140.00 | 476.00 |
| 2/07/19 | HDB | 209 | Analyze meet and confer letter on Motion to Dismiss Natal Arbelo adversary proceeding. | .70 | 305.00 | 213.50 |
| 2/08/19 | HDB | 209 | Review Roberto Maldonado's (Plaintiffs' attorney to the Manuel Natal Arbelo Litigation parties) to the meet and confer invitation by L. Rappaport. | .20 | 305.00 | 61.00 |
| 2/08/19 | MMB | 220 | Continue translation of H.R. 1 of 2017 pages 79-110. | 6.40 | 140.00 | 896.00 |
| 2/09/19 | HDB | 206 | Review and sign-off on draft Urgent Motion for Extension of Time to respond to Natal Arbelo Complaint. | .20 | 305.00 | 61.00 |
| 2/10/19 | DJP | 206 | Analyze the Unopposed Urgent Motion of the Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, for a 21-Day Extension of Time to Respond to Plaintiffs' Complaint to Facilitate the Meet-and-Confer Process, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 2/10/19 | DJP | 206 | Analyze the proposed order to be filed together with the Unopposed Urgent Motion of the Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, for a 21-Day Extension of Time to Respond to Plaintiffs' Complaint to Facilitate the Meet-and-Confer Process. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  345585

March 5, 2019

| 2/10/19 | DJP | 206 | File the Unopposed Urgent Motion of the Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, for a 21-Day Extension of Time to Respond to Plaintiffs' Complaint to Facilitate the Meet-and-Confer Process, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
|---|---|---|---|---|---|---|
| 2/10/19 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Unopposed Urgent Motion of the Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, for a 21-Day Extension of Time to Respond to Plaintiffs' Complaint to Facilitate the Meet-and-Confer Process. | .10 | 190.00 | 19.00 |
| 2/10/19 | DJP | 206 | Draft email to M. J. Dein attaching stamped version of the Unopposed Urgent Motion of the Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, for a 21-Day Extension of Time to Respond to Plaintiffs' Complaint to Facilitate the Meet-and-Confer Process. | .20 | 190.00 | 38.00 |
| 2/12/19 | LYG | 202 | Research Puerto Rico case law regarding statute of limitations to challenge the constitutionality of a law. | 3.10 | 170.00 | 527.00 |
| 2/13/19 | MMB | 219 | Docket court notice received by email dated February 11, 2019, regarding order dkt. 17 setting deadline to answer complaint - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 2/15/19 | HDB | 202 | Review analysis on statute of limitations on constitutional claims. | .20 | 305.00 | 61.00 |
| 2/15/19 | CEG | 210 | Exchange emails with J. Richman regarding statute of limitation defense for constitutional challenge. | .40 | 250.00 | 100.00 |
| 2/15/19 | LYG | 202 | Research Puerto Rico case law regarding timeliness to file a claim when a party has standing to question the constitutionality of a statute. | 3.40 | 170.00 | 578.00 |
| 2/21/19 | HDB | 209 | Review e-mail from L. Rappaport to V. Ferraiouli regarding meet and confer strategy. | .20 | 305.00 | 61.00 |
| 2/22/19 | HDB | 209 | Review e-mail by L. Rappaport requesting a stay of the Natal Arbelo litigation pending appeal. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  345585                                                                      March 5, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/27/19 | DJP | 206 | Analyze the Unopposed Urgent Motion of the Financial Oversight and Management Board for Puerto Rico, as Representative for Defendant the Commonwealth of Puerto Rico, for a Third, 21-Day Extension of Time to Respond to Plaintiffs' Complaint to Facilitate the Meet-and-Confer Process, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 2/27/19 | DJP | 206 | Analyze the proposed order to be filed together with the Unopposed Urgent Motion of the Financial Oversight and Management Board for Puerto Rico, as Representative for Defendant the Commonwealth of Puerto Rico, for a Third, 21-Day Extension of Time to Respond to Plaintiffs' Complaint to Facilitate the Meet-and-Confer Process. | .20 | 190.00 | 38.00 |
| 2/27/19 | DJP | 206 | File the Unopposed Urgent Motion of the Financial Oversight and Management Board for Puerto Rico, as Representative for Defendant the Commonwealth of Puerto Rico, for a Third, 21-Day Extension of Time to Respond to Plaintiffs' Complaint to Facilitate the Meet-and-Confer Process, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 2/27/19 | DJP | 206 | Draft email to assigned magistrate judge attaching stamped version of the Unopposed Urgent Motion of the Financial Oversight and Management Board for Puerto Rico, as Representative for Defendant the Commonwealth of Puerto Rico, for a Third, 21-Day Extension of Time to Respond to Plaintiffs' Complaint to Facilitate the Meet-and-Confer Process. | .20 | 190.00 | 38.00 |

TOTAL PROFESSIONAL SERVICES                     $ 4,623.50

VOLUME DISCOUNT                                  $ -462.35

NET PROFESSIONAL SERVICES:                       $ 4,161.15

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 1.70 | 305.00 | 518.50 |
| CARLOS E. GEORGE | .40 | 250.00 | 100.00 |
| DANIEL J. PEREZ REFOJOS | 2.00 | 190.00 | 380.00 |
| LORENA Y. GELY | 6.50 | 170.00 | 1,105.00 |
| MILAGROS MARCANO BAEZ | 18.00 | 140.00 | 2,520.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

3

O'Neill & Borges LLC

Bill #:  345585

March 5, 2019

| Total | 28.60 | $ 4,623.50 |
|---|---|---|

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 2/26/19 | DUPLICATING -  AS OF 2/26/19 (5 Copies @ $.10) | .50 |

TOTAL REIMBURSABLE EXPENSES          $ .50

**TOTAL THIS INVOICE**          **$ 4,161.65**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

**(equitrac**

### Consolidated Account Detail

**Client='P1702' and   Matter='00001'   and (From: '2019-2-1'   To: '2019-2-28')**

| Starting Date: | 2/26/2019 | Ending Date: | 2/26/2019 | Number of Days: | 1 |
|---|---|---|---|---|---|

| Date | Time | User | Type | Count | Amount |
|---|---|---|---|---|---|
| **Location: oab:O'neill and Borges** | | | | | |
| **Client: p1702:FOMB IN RE COFINA TITLE III** | | | | | |
| **Matter: 00001:NON-WORKING TRAVEL** | | | | | |
| 2/26/2019 | 2:59:21PM | RODRIGUEZ, REBECA | Duplicating | 5 | $.50 |
| | **Totals for   Matter: 00001** | | | | $.50 |
| | **Totals for   Client: p1702** | | | | $.50 |
| **Totals for   Location: oab** | | | | | $.50 |

Copyright© 2019, Equitrac Corporation