# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>　　Debtors.[1] | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>　　Debtor. | Case No. 17-BK-4780-LTS<br><br>**This Court Filing Relates Only to PREPA and Shall Only Be Filed in the Lead Case (Case No. 17-BK-3283-LTS) and PREPA's Title III Case (Case No. 17-BK-4780-LTS)**<br><br>**Re: ECF No. 1395** |

## NOTICE OF FILING OF REVISED PROPOSED STIPULATION AND AGREED ORDER BY AND AMONG THE OVERSIGHT BOARD AND THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY RELATED TO JOINT PROSECUTION OF LIEN CHALLENGE

**PLEASE TAKE NOTICE** that, on June 26, 2019, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative of the Puerto

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Rico Electric Power Authority ("PREPA" or the "Debtor") pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF" and, together with the Oversight Board, the "Movants"), as the entity authorized to act on behalf of any Government body[3] pursuant to the authority granted to it under the *Enabling Act of the Fiscal Agency and Financial Advisory Authority*, Act 2-2017,[4] filed the *Urgent Motion of Financial Oversight and Management Board for Puerto Rico and Puerto Rico Fiscal Agency and Financial Advisory Authority to Approve Stipulation Appointing the Puerto Rico Fiscal Agency and Financial Advisory Authority as Co-Trustee in Connection with Lien Challenge* [Case No. 17-BK-4780-LTS, ECF No. 1395] (the "Motion"),[5] seeking entry of a proposed stipulation (the "Original Proposed Stipulation and Order") between AAFAF and the Oversight Board appointing AAFAF (as representative of PREPA) co-plaintiff/trustee in connection with the prosecution of the Lien Challenge.

**PLEASE TAKE FURTHER NOTICE** that, following consultation with certain PREPA stakeholders relating to the Original Proposed Stipulation and Order, Movants hereby file a revised version of the proposed stipulation and order that resolved certain potential objection raised by unsecured claimholders (the "Amended Proposed Stipulation and Order"), a copy of which is attached hereto as **Exhibit A**. A redline comparison of the Amended Proposed

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101–2241.

[3] AAFAF's Enabling Act provides it with power to represent and oversee all entities comprising the Government of Puerto Rico, including "public corporations." *See* Act No. 2-2017 (as amended and supplemented, the "AAFAF Enabling Act"), § 3(d).

[4] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[5] Capitalized terms used but not defined herein shall have the meanings given to them in the Amended Proposed Stipulation and Order.

2

Stipulation and Order to the Original Proposed Stipulation and Order is attached hereto as

**Exhibit B**.

Dated: June 27, 2019
San Juan, Puerto Rico

/s/ *Luis C. Marini-Biaggi*

Luis C. Marini-Biaggi USDC No. 222301
Carolina Velaz-Rivero USDC No. 300913
**MARINI PIETRANTONI MUÑIZ LLC**
250 Ponce de León Ave.
Suite 900 San Juan, Puerto Rico 00918
Phone: (787) 705-2171 Fax: (787) 936-7494
Email: lmarini@mpmlawpr.com
cvelaz@mpmlawpr.com

-and-

/s/ *Nancy A. Mitchell*

John J. Rapisardi (*pro hac vice*)
Nancy N. Mitchell (*pro hac vice*)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, New York 10036
Phone: (212) 326-2000
Fax: (212) 326-2061
Email: nmitchell@omm.com
mdiconza@omm.com

-and-

Peter Friedman (*pro hac vice*)
1625 Eye Street, NW
Washington, DC 20006
Phone: (202) 383-5300
Fax: (202) 383-5414
Email: pfriedman@omm.com

*Attorneys for the Puerto Rico Fiscal Agency
and Financial Advisory Authority*

Respectfully submitted,

/s/ *Martin J. Bienenstock*

Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Margaret A. Dale
Gregg M. Mashberg
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and
Management Board as representative of the
Debtors*

/s/ *Luis F. del Valle-Emmanuelli*

Luis F. del Valle-Emmanuelli
**LUIS F. DEL VALLE-EMMANUELLI**
USDC-PR No. 209514
P.O. Box 79897
Carolina, Puerto Rico 00984-9897

*Co-Attorney for the Financial
Oversight and Management Board
as Representative for the Debtors*

3

## **Exhibit A**

**Amended Proposed Stipulation and Order**

4

## **Exhibit B**

**Redline to Original Proposed Stipulation and Order**