# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>Jointly Administered |

## APPLICATION FOR ADMISSION
## *PRO HAC VICE* OF ANDREW J. MELNICK

**COMES NOW, Andrew J. Melnick,** (hereafter, the "Applicant") and, pursuant to L. Dist. Ct. R. 83A(f) of the Local Rules of the United States District Court for the District of Puerto Rico, as incorporated by Rule 1001-1(b) of the Local Bankruptcy Rules as well as this Court's *Ninth Amended Notice, Case Management and Administrative Procedures Order* (Docket No. 7115 of Case No. 17-03283 (LTS)) (the "CMP Order"), hereby requests to be permitted to appear and participate in this particular case, in association with the law firm of

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

McConnell Valdés, LLC, and the undersigned members of the bar of this Court, in representation of creditor and party-in-interest *Scotiabank de Puerto Rico*. Applicant respectfully shows:

1. Applicant is an attorney and a member of the law firm of Murphy & McGonigle, P.C. with offices at:

| Address | 1185 Avenue of the Americas Floor 21 New York, New York 10036 |
|---|---|
| Email | amelnick@mmlawus.com |
| Telephone No. | (212) 880-3999 |
| Fax No. | (212) 880-3998 |

2. Applicant will sign all pleadings with the name Andrew J. Melnick.

3. Applicant has been retained as a member of the above-named firm by *Scotiabank de Puerto Rico* to provide legal representation in connection with the above-styled matters now pending before the United States District Court for the District of Puerto Rico.

4. Since 1990, applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where applicant regularly practices law. Applicant's bar license number is 2356434.

5. Applicant has been admitted to practice before the following federal courts: U.S. Court of Appeals, Second Circuit; U.S. District Court, Eastern District of New York; U.S. District Court, Southern District of New York.

6. Applicant is not currently suspended from the practice of law before any court or jurisdiction. Applicant has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

7. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

8. Applicant has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before any court or jurisdiction, while facing a disciplinary complaint.

9. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is:

    > Roberto C. Quiñones-Rivera, Esq.
    > **MCCONNELL VALDÉS LLC**
    > 270 Muñoz Rivera Avenue, Suite 7
    > San Juan, Puerto Rico 00918
    > Telephone: (787) 250-5619
    > Facsimile: (787) 759-9225
    > rcq@mcvpr.com

11. Applicant has read the Local Civil Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court".

**WHEREFORE,** Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico in the above-styled case only.

Date: June 25, 2019

Andrew J. Melnick
Printed Name of Applicant

_____
Signature of Applicant

**I HEREBY CERTIFY THAT,** pursuant to L. Dist. Ct. R. 83A(f) of the Local Rules of the United States District Court of Puerto Rico, that I consent to the designation of local counsel for all purposes.

Date: June 28, 2019

Roberto C. Quiñones-Rivera
Printed Name of Local Counsel

*s/ Roberto Quiñones Rivera*
Signature of Local Counsel

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 28th day of June, 2019

**I HEREBY CERTIFY** that on this same date, we electronically filed the document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

**MCCONNELL VALDÉS LLC**
*Attorneys for Scotiabank de Puerto Rico*
270 Muñoz Rivera Avenue, Suite 7
San Juan, Puerto Rico 00918
Telephone: (787) 250-2631
Facsimile: (787) 759-9225

By: s/ Roberto C. Quiñones-Rivera
Roberto C. Quiñones-Rivera
USDC-PR No. 211512
rcq@mcvpr.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>Jointly Administered |

## **ORDER**

This Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

_____ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

_____the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2019.

_____

U.S. District Judge