```
Court Name: District Court
Division: 1
Receipt Number: PRX100064553
Cashier ID: arodrigu
Transaction Date: 06/28/2019
Payer Name: QUINONES-RIVERA, ROBERTO
------------------------------------
PRO HOC VICE
 For: QUINONES-RIVERA, ROBERTO
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
PRO HOC VICE
 For: QUINONES-RIVERA, ROBERTO
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
PRO HOC VICE
 For: QUINONES-RIVERA, ROBERTO
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
------------------------------------
PAPER CHECK CONVERSION
 Remitter: MURPHY & MCGONIGLE
 Check/Money Order Num: 017058
 Amt Tendered: $900.00
------------------------------------
Total Due:       $900.00
Total Tendered: $900.00
Change Amt:       $0.00

17-3283(LTS) PRO HAC VICE OF DANIEL
M. PAYNE, ANDREW J. MELNICK &
CAMERON S. MATHESON

THRU: QUINONES-RIVERA, ROBERTO
```