IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3566-LTS |

**NOTICE OF REQUEST OF RETIREE COMMITTEE FOR USE OF DISPLAY EQUIPMENT AND/OR COMPUTER PROJECTIONS**

---

[1] The Debtors in these jointly-administered PROMESA title III cases (these "**Title III Cases**"), along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

The Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "**Retiree Committee**") and pursuant to the Court's *Order Granting Urgent Joint Motion Regarding the Scheduling of Discovery and Briefing in Connection with the Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay* (Case No. 17-bk-03283 Dkt. 6915; Case No. 17-bk-03566, Dkt. 505) hereby requests permission to use the Court's display equipment in order to show exhibits and demonstratives at the July 2, 2019 hearing.

Dated: June 28, 2019                                             Respectfully submitted,

JENNER & BLOCK LLP                                    BENNAZAR, GARCÍA & MILIÁN, C.S.P.

By:                                                                     By:
*/s/ Robert Gordon*                                            */s/ A.J. Bennazar-Zequeira*
Robert Gordon (admitted *pro hac vice*)          A.J. Bennazar-Zequeira
Richard Levin (admitted *pro hac vice*)          Héctor M. Mayol Kauffmann
919 Third Ave                                                  Francisco del Castillo Orozco
New York, NY 10022-3908                              Edificio Union Plaza,
rgordon@jenner.com                                        1701 Avenida Ponce de León #416
rlevin@jenner.com                                            Hato Rey, San Juan
212-891-1600 (telephone)                                Puerto Rico 00918
212-891-1699 (facsimile)                                 ajb@bennazar.org
                                                                         hector.mayol@bennazar.com
Catherine Steege (admitted *pro hac vice*)     787-754-9191 (telephone)
Melissa Root (admitted *pro hac vice*)           787-764-3101 (facsimile)
Landon Raiford (admitted *pro hac vice*)
353 N. Clark Street                                           *Counsel for The Official Committee of Retired*
Chicago, IL 60654                                            *Employees of Puerto Rico*
csteege@jenner.com
mroot@jenner.com
lraiford@jenner.com
312-222-9350 (telephone)
312-239-5199 (facsimile)