```
Court Name: District Court
Division: 1
Receipt Number: PRX100064552
Cashier ID: arodrigu
Transaction Date: 06/28/2019
Payer Name: QUINONES-RIVERA,ROBERTO
------------------------------------
PRO HOC VICE
 For: QUINONES-RIVERA,ROBERTO
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
------------------------------------
PAPER CHECK CONVERSION
 Remitter: ORRICK HERRINGTON & SUTCLIFFE
 Check/Money Order Num: 006946
 Amt Tendered:  $300.00
------------------------------------
Total Due:       $300.00
Total Tendered: $300.00
Change Amt:       $0.00

17-3283(LTS) PRO HAC VICE LORRAINE
S. MCGOWEN

THRU: QUINONES-RIVERA,ROBERTO
```