# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17-bk-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17-cv-01685 (LTS)<br>Case No. 17-bk-03566 (LTS) |

## NOTICE OF REQUEST FOR USE OF DISPLAY EQUIPMENT AND/OR COMPUTER PROJECTIONS

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE:** Pursuant to the Court's *Order Approving Stipulation Between the Oversight Board, Movants and the Retiree Committee Regarding Certain Pre- Hearing Filing Deadlines* [Docket No. 7650 in Case No. 17-bk-03283 and Docket No. 593 in Case No. 17-bk-03566], the Financial Oversight and Management Board for Puerto Rico, for itself and as representative for debtor the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, by and through their undersigned counsel, hereby respectfully request the use of display equipment and/or computer projections to show demonstratives and/or exhibits in order to ensure that observers in both courtrooms can see such materials.

Dated: June 28, 2019
New York, NY

Respectfully submitted,

*/s/ Margaret A. Dale*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
Jeffrey W. Levitan (*pro hac vice*)
Margaret A. Dale (*pro hac vice*)
William D. Dalsen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
Email: brosen@proskauer.com
Email: jlevitan@proskauer.com
Email: mdale@proskauer.com
Email: wdalsen@proskauer.com


Luis F. del Valle-Emmanuelli
USDC-PR No. 209514
P.O. Box 79897
Carolina, Puerto Rico 00984-9897
Tel. 787.977.1932
Fax. 787.722.1932
dvelawoffices@gmail.com

OF COUNSEL FOR
A&S LEGAL STUDIO, PSC
434 Avenida Hostos
San Juan, PR 00918
Tel: (787) 751-6764/ 763-0565
Fax: (787) 763-8260


*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico*

3