## CERTIFICATE OF SERVICE

I have caused to be sent a copy of (1) [Response to Docket #7528 and #7524] Response of Individual General Obligation Bondholder to Urgent Joint Motion of FOMB and UCC to (i) Continue Hearing on Motion to Establish Claim Objection Procedures and (ii) Extend Related Deadlines and Informative Motion-June 28, 2019 Hearing; and (2) letter to Clerk of Court, by email to each of the other parties or their attorneys on the attached service list pages.

Dated: June 24, 2019

_____
Peter C. Hein

Proskauer Rose LLP
11 Times Square
New York, NY 10036

Attn: Martin J. Bienenstock, Esq. (mbienenstock@proskauer.com)
Brian Rosen, Esq. (brosen@proskauer.com)
Paul V. Possinger, Esq. (ppossinger@proskauer.com)
Ehud Barak, Esq. (ebarak@proskauer.com)
Maja Zerjal, Esq. (mzerjal@proskauer.com)

Paul Hastings LLP
200 Park Ave.
New York, NY 10166

Attn: Luc A. Despins, Esq. (lucdespins@paulhastings.com)
James Bliss, Esq. (jamesbliss@paulhastings.com)
Andrew V. Tenzer, Esq. (andrewtenzer@paulhastings.com)
Michael E. Comerford, Esq. (michaelcomerford@paulhastings.com)
James Worthington, Esq. (jamesworthington@paulhastings.com)
G. Alexander Bongartz, Esq. (alexbongartz@paulhastings.com)

**From:** petercheinsr@gmail.com [mailto:petercheinsr@gmail.com]
**Sent:** Saturday, June 15, 2019 2:19 PM
**To:** mbienenstock@proskauer.com; brosen@proskauer.com; ppossinger@proskauer.com; ebarak@proskauer.com; mzerjal@proskauer.com; lucdespins@paulhastings.com; jamesbliss@paulhastings.com; andrewtenzer@paulhastings.com; michaelcomerford@paulhastings.com; jamesworthington@paulhastings.com; alexbongartz@paulhastings.com; mbienenstock@proskauer.com; brosen@proskauer.com; ppossinger@proskauer.com; ebarak@proskauer.com; mzerjal@proskauer.com; lucdespins@paulhastings.com; jamesbliss@paulhastings.com; andrewtenzer@paulhastings.com; michaelcomerford@paulhastings.com; jamesworthington@paulhastings.com; alexbongartz@paulhastings.com
**Cc:** Peter Hein

1

**From:** petercheinsr@gmail.com [mailto:petercheinsr@gmail.com]
**Sent:** Saturday, June 15, 2019 2:23 PM
**To:** Gerardo.Portela@aafaf.pr.gov; Mohammad.Yassin@aafaf.pr.gov; jrapisardi@omm.com; suhland@omm.com; pfriedman@omm.com; mitchelln@omm.com; mdiconza@omm.com; lmarini@mpmlawpr.com; cvelaz@mpmlawpr.com; malvarez@mpmlawpr.com; mbienenstock@proskauer.com; ppossinger@proskauer.com; herman.bauer@oneillborges.com; ebarak@proskauer.com; mzerjal@proskauer.com; lucdespins@paulhastings.com; jamesbliss@paulhastings.com; jamesworthington@paulhastings.com; alexbongartz@paulhastings.com; jcasillas@cstlawpr.com; dbatlle@cstlawpr.lcom; aaneses@cstlawpr.com; emontull@cstlawpr.com; rgordon@jenner.com; rlevin@jenner.com; csteege@jenner.com; ajb@bennazar.org; Monsita.lecaroz@usdoj.gov; ustp.region21@usdoj.gov
**Cc:** Peter Hein

1

**From:** petercheinsr@gmail.com [mailto:petercheinsr@gmail.com]
**Sent:** Saturday, June 15, 2019 2:22 PM
**To:** 'Goldstein, Irena'; DFioccola@mofo.com; kurt.mayr@bracewell.com; rachel.goldman@bracewell.com; david.ball@bracewell.com; david.lawton@bracewell.com; shannon.wolf@bracewell.com; susheelkirpalani@quinnemanuel.com; marcia.goldstein@weil.com; kelly.diblasi@weil.com; gabriel.morgan@weil.com; jonathan.polkes@weil.com; gregory.silbert@weil.com; jared.friedmann@weil.com; AMiller@milbank.com; GMainland@milbank.com; dburke@robbinsrussell.com; mstancil@robbinsrussell.com; donald.bernstein@davispolk.com; brian.resnick@davispolk.com; angela.libby@davispolk.com; JPeck@mofo.com; GLee@mofo.com; gesposito@mofo.com; mark.ellenberg@cwt.com; ACaton@kramerlevin.com; TMayer@kramerlevin.com; NBello@kramerlevin.com; BOneill@kramerlevin.com; kzeituni@paulweiss.com; arosenberg@paulweiss.com; DBuckley@kramerlevin.com; jeff.bjork@lw.com; christopher.harris@lw.com; adam.goldberg@lw.com; liza.burton@lw.com; Casey.Servais@cwt.com; Csteege@jenner.com; rgordon@jenner.com; lralford@jenner.com; deborahnewman@quinnemanuel.com; dblabey@kramerlevin.com; 'Bassett, Nicholas'; 'Bliss, James R.'; APapalaskaris@brownrudnick.com; SBeville@brownrudnick.com; EWeisfelner@brownrudnick.com; TAxelrod@brownrudnick.com; 'Peter Hein'; RSierra@brownrudnick.com; 'Despins, Luc A.'
**Cc:** Peter Hein

1