RECEIVED &
2019 JUN 28 PM 1:16
U.S. DISTRICT COURT
SAN JUAN, P.R.

Peter C. Hein
101 Central Park West, Apt 14E
New York, NY 10023

**Clerk's Office**
**United States District Court**
**Room 150**
**Federal Building**
**San Juan, Puerto Rico 00918-1767**



$7.99
US POSTAGE
06/24/2019
From 10019
0 lbs 9 ozs
Zone 7
Pitney Bowes  026W00004897433
ComBasPrice
2076604879

**PRIORITY MAIL 3-DAY™**

Peter Hein
Wachtell Lipton Rosen & Katz
51 W 52nd St
New York NY 10019-6119

Estimated Delivery Date: 06/27/2019

**0004**

C018

CLERK'S OFFICE
U.S. DISTRICT COURT
FEDERAL BUILDING, STE 150
150 AVE CHARDON
SAN JUAN PR 00918-1706

USPS TRACKING #



9405 5098 9864 1016 7195 18