IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>Jointly Administered |

### NOTICE OF HEARING ON JOINT MOTION OF CERTAIN ADVERSARY DEFENDANTS SEEKING ENTRY OF AN ORDER AUTHORIZING PARTICIPATION IN DETERMINATION OF CONSTITUTIONAL VALIDITY OF CHALLENGED BONDS

**PLEASE TAKE NOTICE** that a hearing on the *Joint Motion Of Certain Adversary Defendants Seeking Entry Of An Order Authorizing Participation In Determination Of Constitutional Validity Of Challenged Bonds* (the "Motion"), filed today by the Adversary Defendants[2] (the "Movants"), will be held on **July 24, 2019 at 9:30 a.m.** (**Atlantic Standard Time**) (the "Hearing") at the Clemente Ruiz Nazario Courthouse, 150 Carlos Chardón Avenue, San Juan, Puerto Rico 00918.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Motion.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections") to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Puerto Rico, shall be filed with the Court in accordance with Rule 5 of the Local Rules for the District of Puerto Rico, to the extent applicable, and shall be served in accordance with the Ninth Amended Case Management Procedures [Docket No. 7115-1], so as to be so filed and received no later than **July 9, 2019 at 4:00 p.m. (Atlantic Standard Time)** (the "Objection Deadline"), and served on (i) counsel for Morgan Stanley & Co. LLC, Saldaña, Carvajal & Vélez-Rivé, P.S.C., 166 Avenida de la Constitución, San Juan, Puerto Rico 00901 (Attn: Luis N. Saldaña-Román, Esq. and Ángel E. Rotger-Sabat, Esq.) and Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522 (Attn: Julie E. Cohen, Esq.); (ii) counsel for Barclays Capital Inc. and UBS Financial Services Inc. of Puerto Rico, McConnell Valdes LLC, 270 Muñoz Rivera Avenue, Hato Rey, Puerto Rico 00918 (Attn: Roberto C. Quiñones-Rivera, Esq.); (iii) counsel for Merrill Lynch, Pierce, Fenner & Smith Inc. (successor to Banc of America Securities LLC) and Merrill Lynch Capital Services, Inc., Bobonis, Bobonis & Rodriguez Poventud, 129 de Diego Ave., San Juan, Puerto Rico 00911-1927 (Attn: Enrique G. Figueroa- Llinás, Esq.) and Winston & Strawn LLP, 200 Park Avenue, New York, New York 10166 (Attn: Jennifer L. Malin, Esq. and Carrie V. Hardman, Esq.) and Winston & Strawn LLP, 35 W. Wacker Drive, Chicago, Illinois 60601 (Attn: Joseph L. Motto, Esq.); (iv) counsel for Scotiabank de Puerto Rico, McConnell Valdes LLC, 270 Muñoz Rivera Avenue, Hato Rey, Puerto Rico 00918 (Attn: Roberto C. Quiñones-Rivera, Esq.) and Murphy & McGonigle PC, 1185 Avenue of the Americas, Floor 21, New York, New York 10036 (Attn: Andrew J. Melnick, Esq., Cameron S. Matheson, Esq., and Daniel M. Payne, Esq.); (v) counsel for Goldman Sachs & Co. LLC,

Goodwin Procter LLP, The New York Times Building, 620 Eighth Avenue, New York, New York 10018 (Attn: Brian E. Pastuszenski, Esq. and Charles A. Brown, Esq.); (vi) counsel for Jefferies LLC and BMO Capital Markets GKST, Inc., McGuire Woods, 2001 K Street N.W., Suite 400, Washington, District of Columbia 20006-1040 (Attn: E. Andrew Southerling, Esq.); (vii) counsel for Samuel A. Ramirez & Co., Inc., McConnell Valdes LLC, 270 Muñoz Rivera Avenue, Hato Rey, Puerto Rico 00918 (Attn: Roberto C. Quiñones-Rivera, Esq.) and Kayser & Redfern, LLP, 515 Madison Avenue, New York, New York 10022 (Attn: Leo Kayser III, Esq.); (viii) counsel for Mesirow Financial, Inc., Chapman and Cutler LLP, 111 West Monroe Street, Chicago, Illinois 60603-4080 (Attn: James M. Heiser, Esq. and Bryan E. Jacobson, Esq.); (ix) counsel for RBC Capital Markets, LLC, McConnell Valdes LLC, 270 Muñoz Rivera Avenue, Hato Rey, Puerto Rico 00918 (Attn: Roberto C. Quiñones-Rivera, Esq.) and Orrick, Herrington & Sutcliffe LLP, Columbia Center, 1152 15th Street, N.W., Washington, District of Columbia 20005-1706 (Attn: Robert Stern, Esq. and Tiffany Rowe, Esq.); and (x) counsel for J.P. Morgan Securities LLC, Antonetti Montalvo & Ramirez Coll, P.O. Box 13128, San Juan, PR 00908 (Attn: José L. Ramírez-Coll).

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the District Court may enter an order granting the relief sought without a hearing pursuant to the Ninth Amended Case Management Procedures.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated:   June 28, 2019

| | |
|---|---|
| SALDAÑA, CARVAJAL & VÉLEZ-RIVÉ, P.S.C. | McCONNELL VALDÉS LLC |
| /s/  Ángel E. Rotger-Sabat<br>Luis N. Saldaña-Román<br>USDC-PR No. 208001<br>Ángel E. Rotger-Sabat<br>USDC-P.R. No. 208601<br>166 Avenida de la Constitución<br>San Juan, Puerto Rico 00901<br>Telephone: 787-289-9250<br>Facsimile: 787-289-9253<br>E-mail: lsaldana@scvrlaw.com<br>E-mail: arotger@scvrlaw.com<br><br>*Counsel for Morgan Stanley & Co. LLC* | /s/  Roberto C. Quiñones-Rivera, Esq.<br>Roberto C. Quiñones-Rivera, Esq.<br>USDC-PR Bar No. 211512<br>270 Muñoz Rivera Avenue<br>Hato Rey, Puerto Rico 00918<br>Telephone: (787) 250-2631<br>Facsimile:  (787) 759-9225<br>E-mail:  rcq@mcvpr.com<br><br>*Counsel for Barclays Capital Inc., RBC Capital Markets, LLC, Samuel A. Ramirez & Co., Inc., Scotiabank de Puerto Rico, and UBS Financial Services Inc. of Puerto Rico* |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | BOBONIS, BOBONIS & RODRIGUEZ POVENTUD |
| /s/  Julie E. Cohen<br>Julie E. Cohen (P*ro Hac Vice*)<br>Four Times Square<br>New York, New York 10036-6522<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br>E-mail:  julie.cohen@skadden.com<br><br>*Counsel for Morgan Stanley & Co. LLC* | /s/  Enrique G. Figueroa-Llinás<br>Enrique G. Figueroa-Llinás<br>USDC No. 201709<br>129 de Diego Ave.<br>San Juan, Puerto Rico 00911-1927<br>Telephone: (787) 725-7941<br>Facsimile: (787) 725-4245<br>E-mail: efl@bobonislaw.com<br><br>*Counsel for Merrill Lynch, Pierce, Fenner & Smith Inc. (successor to Banc of America Securities LLC) and Merrill Lynch Capital Services, Inc.* |
| ANTONETTI MONTALVO & RAMIREZ COLL | GOODWIN PROCTER LLP |
| /s/  José L. Ramírez-Coll<br>José L. Ramírez-Coll<br>USDC-PR No. 221702<br>P.O. Box 13128<br>San Juan, PR 00908<br>Tel: (787) 977-0312<br>Fax: (787) 977-0323<br>E-mail: jramirez@amrclaw.com<br><br>*Counsel for J.P. Morgan Securities LLC* | /s/  Brian E. Pastuszenski<br>Brian E. Pastuszenski  (*Pro Hac Vice*)<br>Charles A. Brown  (*Pro Hac Vice*)<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>Telephone: (212) 813-8800<br>Facsimile: (212) 355-3333<br>E-mail:  BPastuszenski@goodwinlaw.com<br>E-mail:  CBrown@goodwinlaw.com<br><br>*Counsel for Goldman Sachs & Co. LLC* |

| | |
|---|---|
| McGUIRE WOODS | WINSTON & STRAWN LLP |
| /s/ E. Andrew Southerling | /s/ Jennifer L. Malin |
| E. Andrew Southerling (*Pro Hac Vice* Admission Pending) | Jennifer L. Malin (*Pro Hac Vice*) |
| 2001 K Street N.W., Suite 400 | Carrie V. Hardman (*Pro Hac Vice*) |
| Washington, DC 20006-1040 | 200 Park Avenue |
| Telephone: (202) 857-1700 | New York, NY 10166 |
| Facsimile: (202) 857-1737 | Telephone: (212) 294-6700 |
| E-mail: asoutherling@mcguirewoods.com | Facsimile: (212) 294-4700 |
| | E-mail: jmalin@winston.com |
| -and- | E-mail: chardman@winston.com |
| Aaron G. McCollough (*Pro Hac Vice* Admission Pending) | -and- |
| 77 West Wacker Drive, Suite 4100 | Joseph L. Motto (*Pro Hac Vice* Admission Pending) |
| Chicago, IL 60601-1818 | 35 W. Wacker Drive |
| Telephone: (312) 849-8256 | Chicago, IL 60601 |
| Facsimile : (312) 698-4522 | Telephone: (312) 558-5600 |
| E-mail: amccollough@mcguirewoods.com | E-mail: jmotto@winston.com |
| *Counsel for Jefferies LLC and BMO Capital Markets GKST, Inc.* | *Counsel for Merrill Lynch, Pierce, Fenner & Smith Inc. (successor to Banc of America Securities LLC) and Merrill Lynch Capital Services, Inc.* |
| MURPHY & MCGONIGLE PC | CHAPMAN AND CUTLER LLP |
| /s/ Andrew J. Melnick | /s/ James M. Heiser |
| Andrew J. Melnick (*Pro Hac Vice* Admission Pending) | James M. Heiser (P*ro Hac Vice*) |
| Cameron S. Matheson (*Pro Hac Vice* Admission Pending) | Bryan E. Jacobson (P*ro Hac Vice*) |
| Daniel M. Payne (*Pro Hac Vice* Admission Pending) | 111 West Monroe Street |
| 1185 Avenue of the Americas | Chicago, IL 60603-4080 |
| Floor 21 | Telephone: (312) 845-3000 |
| New York, NY 10036 | Facsimile: (312) 701-2361 |
| Telephone: (212) 880-3580 | E-mail: heiser@chapman.com |
| E-mail: amelnick@mmlawus.com | E-mail: bjacob@chapman.com |
| E-mail: cmatheson@mmlawus.com | |
| E-mail: dpayne@mmlawus.com | *Counsel for Mesirow Financial, Inc.* |
| *Counsel for Scotiabank de Puerto Rico* | |
| KAYSER & REDFERN, LLP | SKADDEN, ARPS, SLATE MEAGHER & FLOM LLP |
| /s/ Leo Kayser III | /s/ Paul J. Lockwood |
| Leo Kayser III (P*ro Hac Vice*) | Paul J. Lockwood (*Pro Hac Vice* Admission Pending) |
| 515 Madison Avenue | One Rodney Square |
| New York, NY 10022 | P.O. Box 636 |
| Telephone: 212-935-5057 | Wilmington, DE 19899 |
| E-mail: lkayser@515law.com | Telephone.: (302) 651-3000 |
| | Facsimile: (302) 651-3001 |
| *Counsel for Samuel A. Ramirez & Co., Inc.* | E-mail: paul.lockwood@skadden.com |
| | *Counsel for UBS Financial Services Inc. of Puerto Rico* |

| | |
|---|---|
| NAVARRO-CABRER LAW OFFICES | MORELL, CARTAGENA & DAPENA LLC |
| /s/ Nilda M. Navarro-Cabrer<br>Nilda M. Navarro-Cabrer<br>USDC-PR No. 201212<br>El Centro I, Suite 206<br>500 Muñoz Rivera Ave.<br>San Juan, Puerto Rico 00918<br>Telephone: (787) 764-9595<br>Facsimile: F. 787.764.7575<br>E-mail: navarro@navarrolawpr.com<br><br>*Counsel to Jefferies LLC and BMO Capital Markets GKST, Inc.* | /s/ Ramón E. Dapena<br>Ramón E. Dapena<br>USDC-PR No. 125005<br>Iván Lladó<br>USDC-PR No. 302002<br>PO Box 13399<br>San Juan, Puerto Rico 00908<br>Telephone: 787.723.1233<br>Facsimile: 787.723.8763<br>Email: ramon.dapena@mbcdlaw.com<br>Email: ivan.llado@mbcdlaw.com<br><br>*Counsel for Goldman Sachs & Co. LLC* |
| COTO & ASSOCIATES | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| /s/ Ramón Coto-Ojeda<br>Ramón Coto-Ojeda (USDC-PR No. 202006)<br>Arianna Shokooh-Fermaintt (USDC-PR No. 301406)<br>MCS Plaza, Suite 800<br>255 Ponce de León Avenue<br>San Juan, Puerto Rico 00917<br>PO Box 71449<br>San Juan, PR 00936-8549<br>Telephone: (787) 756-9640<br>Facsimile: (787) 756-9641<br>E-mail: rco@crlawpr.com<br>E-mail: asf@crlawpr.com<br><br>*Counsel for Mesirow Financial, Inc.* | /s/ Robert Stern<br>Robert Stern (*pro hac vice*)<br>Tiffany Rowe (*pro hac vice*)<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington, D.C. 20005-1706<br>Telephone: (202) 339-8400<br>E-mail: RStern@orrick.com<br>E-mail: TRowe@orrick.com<br><br>Lorraine McGowen (*pro hac vice pending*)<br>The CBS Building<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 506-5000<br>E-mail: LMcgowen@orrick.com<br><br>*Counsel for RBC Capital Markets, LLC* |