# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 3:17-cv-03283 (LTS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

I hereby certify that: ManpowerGroup, Inc.; in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Ninth Amended Notice, Case Management and Administrative Procedures Order* (Docket No. 7115 of Case No. 17-03283 (LTS)) (the "CMP Order"), sent a true and exact copy of the documents titled *Motion to allow Ryan Billings to appear pro hac vice Receipt No. PRX100064532 filed by NAYUAN ZOUAIRABANI TRINIDAD on behalf of ManpowerGroup, Inc.* Filed on June 26, 2019, along with all of their respective exhibits (Dockets No. 7682 of Case No. 17-03283 (LTS), respectively), **by electronic mail upon all the parties listed in the Master Service List on June 26, 2019, and by U.S. mail upon all the Standard Parties listed in the CMP Order, on June 28, 2019**.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 28th day of June, 2019.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- 2 -

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

        **MCCONNELL VALDÉS LLC**
        *Attorneys for* Wells Fargo Bank,
        National Association and Wells Fargo Securities.
        270 Muñoz Rivera Avenue, Suite 7
        San Juan, Puerto Rico 00918
        Telephone: 787-250-5619
        Facsimile: 787-759-9225

        By: *s/Nayuan Zouairabani*
        Nayuan Zouairabani
        Email: nzt@mcvpr.com