# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Morning session:
Set: 10:00 AM (AST)
Started: 10:11 AM (AST)
Ended: 11:53 PM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**          DATE: June 28, 2019

**MAGISTRATE JUDGE JUDITH G. DEIN**

COURTROOM DEPUTY: Lisa Ng / Carmen Tacoronte

COURT REPORTER: Rebecca Forman / Steven Griffin

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al.*<br>Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administered) |
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico,<br><br>Debtor | 3:17-BK-3566 (LTS)<br><br>PROMESA Title III |

3:17-BK-3283 (LTS) / 3:17-BK-3566 (LTS) / 3:17-BK-3567 (LTS) / 3:17-BK-4780 (LTS)

June 28, 2019

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Highways and Transportation Authority,<br><br>Debtor | 3:17-BK-3567 (LTS)<br><br>PROMESA Title III |
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Electric Power Authority,<br><br>Debtor | 3:17-BK-4780 (LTS)<br><br>PROMESA Title III |

**Motion Hearing held.**

**Before Judge Laura Taylor Swain:**

1. Urgent Joint Motion for Entry of Order Approving Stipulation and Agreed Order Between Special Claims Committee of Financial Oversight and Management Board and Official Committee of Unsecured Creditors Related to Joint Prosecution of Certain Causes of Action of Puerto Rico Electric Power Authority [Case No. 17-3283 DE #7519 / Case No. 17-4780 DE #1367]

    a. Granted pursuant to the revised stipulation filed at DE #7673 in 17-3283 and at DE #1392 in 17-4780.  Order to be issued.

3:17-BK-3283 (LTS) / 3:17-BK-3566 (LTS) / 3:17-BK-3567 (LTS) / 3:17-BK-4780 (LTS)
June 28, 2019

2. Urgent motion of Official Committee of Unsecured Creditors for Order, Pursuant to Bankruptcy Code Section 926(a), Authorizing Committee to Pursue Certain Avoidance Actions on Behalf of Puerto Rico Electric Power Authority [Case No. 17-3283 DE #7484 / Case No. 17-4780 DE #1354]

   a. Granted in part and denied in part. Order to be issued.

3. Urgent Motion of Financial Oversight and Management Board for Puerto Rico and Puerto Rico Fiscal Agency and Financial Advisory Authority to Approve Stipulation Appointing the Puerto Rico Fiscal Agency and Financial Advisory Authority as Co-Trustee in Connection with Lien Challenge [Case No. 17-3283 DE #7686 / Case No. 17-4780 DE #1395]

   a. Granted. Proposed order to be emailed.

**Before Magistrate Judge Judith G. Dein:**

1. Omnibus Motion by The Financial Oversight and Management Board for Puerto Rico, Acting by and Through the Members of the Special Claims Committee and the Official Committee of Unsecured Creditors to (I) Establish Litigation Case Management Procedures and to (II) Establish Procedures for the Approval of Settlements [Case No. 17-3283 DE #7325 / Case No. 17-3566 DE #549 / Case No. 17-3567 DE # 580 / Case No. 17-4780 DE #1297]

   a. The general process is approved.  Movants shall revise the proposed order as soon as possible, and shall file that revised proposed order with the Court.  In the supplemental filing, Movants shall provide for a 4 day objection deadline to the revised proposed order. The Court will thereafter take the revised proposed order on submission.

s/Carmen Tacoronte
Carmen Tacoronte
Courtroom Deputy