**Exhibit A**

**Proposed Supplemental Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ X
:
In re:                                                                   :
                                                                         :
THE FINANCIAL OVERSIGHT AND                         :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :  Title III
                                                                         :
    as representative of                                     :  Case No. 17-BK-3283 (LTS)
                                                                         :
THE COMMONWEALTH OF PUERTO RICO *et al.,*  :  (Jointly Administered)
                                                                         :
    Debtors.[1]                                                  :
------------------------------------------------------------------------ X
:
In re:                                                                   :
                                                                         :
THE FINANCIAL OVERSIGHT AND                         :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :  Title III
                                                                         :
    as representative of                                     :  Case No. 17-BK-3566 (LTS)
                                                                         :
THE EMPLOYEES RETIREMENT SYSTEM OF THE :
GOVERNMENT OF THE COMMONWEALTH OF   :
PUERTO RICO,                                                  :
                                                                         :
    Debtor.                                                       :
------------------------------------------------------------------------ X

**SUPPLEMENTAL ORDER REGARDING OMNIBUS MOTION BY OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD, AND ITS SPECIAL CLAIMS COMMITTEE TO EXTEND
TIME FOR SERVICE OF SUMMONSES AND COMPLAINTS AND TO STAY
<u>CERTAIN ADVERSARY PROCEEDINGS RELATING TO CERTAIN ERS BONDS</u>**

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "<u>Commonwealth</u>") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:  3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID:  3808), (iv) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID:  3747).

Upon consideration of the briefing and oral argument related to the *Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and Its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain ERS Bonds* (Dkt. No. 7061 in 17-BK-3283; Dkt. No. 523 in 17-BK-3566) ("Motion")[2] and the *Informative Motion of Official Committee of Unsecured Creditors and Financial Oversight and Management Board, Acting Through Its Special Claims Committee, Regarding Omnibus Motion to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain ERS Bonds [Dkt. No. 523 in Case No. 17-3577 (LTS)]* [Dkt. No. ____ in 17-BK-3566] (the "Informative Motion") and the Court having found and determined that: (i) the Court has jurisdiction to consider the Motion and the relief requested therein pursuant to section 306 of PROMESA; (ii) venue is proper before this Court pursuant to PROMESA section 307(a); the Court hereby ORDERS as follows:

1. The Motion is GRANTED as set forth herein.

2. The time for Movants to complete service of the summons and complaint in adversary proceeding number 19-355 (the "Additional ERS Adversary Proceeding") is extended to **September 1, 2019** as to all defendants. This extension is without prejudice to any party's rights to seek further extensions.

3. Except to effectuate service of any complaint or third party complaint, the Additional ERS Adversary Proceeding is stayed until **September 1, 2019** absent further order of the Court.

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

4. Absent further order of the Court, no responsive pleading is due until thirty (30) days after the stay expires.

5. Any defendant or less than all plaintiffs in the Additional ERS Adversary Proceeding may at any time file a motion (a "Motion to Resume") asking the Court to lift the stay applicable to such adversary proceeding for good cause shown.

6. A copy of this Supplemental Order shall be served with service of the complaint or third party complaint. In addition, the Plaintiffs shall serve a copy of this Supplemental Order on any and all Defendants who have been served to date.

7. The Plaintiffs shall be responsible for meeting and conferring with all interested Defendants who have been served with this Supplemental Order, if any, for the purpose of submitting a proposed joint case management order for the Court's consideration. The proposed order shall be filed by **12:00 noon on July 17, 2019**. The status of service and any proposed case management order will be discussed at the Omnibus Hearing scheduled for **July 24, 2019** in San Juan, Puerto Rico.

8. The extension of time for service of summonses and complaints and the stay of the Additional ERS Adversary Proceeding granted herein shall be without prejudice to the rights of, and have no effect on, any party concerning any other ongoing or future proceedings commenced by such party of these Title III cases.

9. In the event of a Motion to Resume filed by the Committee, the Committee may, in accordance with paragraph 11 of the *Stipulation and Agreed Order By and Among Financial Oversight and Management Board, Its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Debtor Causes of Action* (Dkt. No. 6254 in 17-BK-3283), seek to be appointed as sole plaintiff in the Additional ERS Adversary

Proceeding, and, upon a finding of good cause by the Court, the Committee shall be so appointed, which finding shall include a finding that section 926 of the Bankruptcy Code and/or any derivative standing requirements have been satisfied.

10. This Supplemental Order shall be entered simultaneously in the Additional ERS Adversary Proceeding, Adv. Proc. No. 19-355.

11. This Supplemental Order resolves Dkt. No. 7061 in 17-BK-3283 and Dkt. No. 523 in 17-BK-3566.

SO ORDERED.

July \_\_\_\_, 2019

_____
HONORABLE JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE