<u>**Exhibit B**</u>

**Blackline Comparison**

Case:17-03283-LTS   Doc#:7761-2   Filed:07/01/19   Entered:07/01/19 10:13:39   Desc:
Proposed Order  - Blackline   Page 1 of 6

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

Debtors.[1]

PROMESA
Title III

Case No.
17-BK-3283
(LTS)

(Jointly Administered)

---------------------------------------------------------------------- X

In re:                                                                :

                                                                      :

THE FINANCIAL OVERSIGHT AND                        : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        : Title III

                                                                      :

    as representative of                                      : Case No. 17-BK-3283 (LTS)

                                                                      :

THE COMMONWEALTH OF PUERTO RICO *et al.*,        : (Jointly Administered)

                                                                      :

        Debtors.[1]                                              :

---------------------------------------------------------------------- X

                                                                      :

In re:                                                                :

                                                                      :

THE FINANCIAL OVERSIGHT AND                        : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        : Title III

                                                                      :

    as representative of                                      : Case No. 17-BK-3566 (LTS)

                                                                      :

THE EMPLOYEES RETIREMENT SYSTEM OF THE        :
GOVERNMENT OF THE COMMONWEALTH OF        :
PUERTO RICO,                                                 :

                                                                      :

        Debtor.                                                  :

---

[1]  The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

-------------------------------------------------------------------   X

## **SUPPLEMENTAL** ORDER REGARDING OMNIBUS MOTION BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, AND ITS SPECIAL CLAIMS COMMITTEE TO EXTEND TIME FOR SERVICE OF SUMMONSES AND COMPLAINTS AND TO STAY CERTAIN ADVERSARY PROCEEDINGS RELATING TO CERTAIN ERS BONDS

Upon consideration of the briefing and oral argument related to the *Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and Its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain ERS Bonds* (Dkt. No. 7061 in 17-BK-

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17- BK3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780) (Last Four Digits of Federal Tax ID: 3747).3283; Dkt. No. 523 in 17-BK-3566) ("Motion")[2],[2] and the *Informative Motion of Official Committee of Unsecured Creditors and Financial Oversight and Management Board, Acting Through Its Special Claims Committee, Regarding Omnibus Motion to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain ERS Bonds [Dkt. No. 523 in Case No. 17-3577 (LTS)]* [Dkt. No. _____ in 17-BK-3566] (the "Informative Motion") and the Court having found and determined that: (i) the Court has jurisdiction to consider the Motion and the relief requested therein pursuant to section 306 of PROMESA, and; (ii) venue is proper before this Court pursuant to PROMESA section 307(a); the Court hereby ORDERS as follows:

1.      The Motion is GRANTED IN PART as set forth herein.

2.      The time for Movants to complete service of the summons and complaint in

theadversary proceeding number 19-355 (the "Additional ERS Adversary

ProceedingsProceeding") is extended to **September 1, 2019** as to all defendants.  This extension

is without prejudice to any party's rights to seek further extensions.

[2]   Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

3.      Except to effectuate service of any complaint or third party complaint, the

Additional ERS Adversary ~~Proceedings are~~Proceeding is stayed until **September 1, 2019** absent

further order of the Court.

4.      Absent further order of the Court, no responsive pleading is due until thirty (30)

days after the stay expires.

5.      Any defendant or less than all plaintiffs in ~~an~~the Additional ERS Adversary

Proceeding may at any time file a motion (a "Motion to Resume") asking the Court to lift the stay

applicable to such ~~Adversary Proceeding~~adversary proceeding for good cause shown.

6.      A copy of this Supplemental Order shall be served with service of the complaint

or third party complaint.  In addition, the Plaintiffs shall serve a copy of this Supplemental Order

on any and all Defendants who have been served to date.

7.      The Plaintiffs shall be responsible for meeting and conferring with all interested

Defendants who have been served with this Supplemental Order, if any, for the purpose of

submitting a proposed joint case management order for the Court's consideration.

[2] ~~Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.~~ The
proposed order shall be filed by **12:00 noon on July 17, 2019**.  The status of service and any
proposed case management order will be discussed at the Omnibus Hearing scheduled for **July
24, 2019** in San Juan, Puerto Rico.

8.      The extension of time for service of summonses and complaints and the stay of

the Additional ERS Adversary ~~Proceedings~~Proceeding granted herein shall be without prejudice

to the rights of, and have no effect on, any party concerning any other ongoing or future

proceedings commenced by such party of these Title III cases.

9.      In the event of a Motion to Resume filed by the Committee, the Committee may,

in accordance with paragraph 11 of the *Stipulation and Agreed Order By and Among Financial*

*Oversight and Management Board, Its Special Claims Committee, and Official Committee of*

~~1~~

*Unsecured Creditors Related to Joint Prosecution of Debtor Causes of Action* (Dkt. No. 6254 in

17-BK-3283), seek to be appointed as sole plaintiff in the ~~applicable~~<u>Additional ERS</u> Adversary

Proceeding, and, upon a finding of good cause by the Court, the Committee shall be so

appointed, which finding shall include a finding that section 926 of the Bankruptcy Code and/or

any derivative standing requirements have been satisfied.

10.     This <u>Supplemental</u> Order shall be entered simultaneously in ~~each of~~ the

~~following~~<u>Additional ERS</u> Adversary ~~Proceedings:~~<u>Proceeding,</u> Adv. Proc. ~~Nos. 19-356, 19-357,~~

~~19-358, 19-359, 19-360, 19-361.~~<u>No. 19-355.</u>

11.     This<u> Supplemental</u> Order resolves Dkt. No. 7061 in 17-BK-3283 and Dkt. No.

523 in 17-BK- 3566.


SO ORDERED. ~~June 13, 2019~~

~~1~~

July _____, 2019

                              HONORABLE JUDITH GAIL DEIN
                              UNITED STATES MAGISTRATE JUDGE