# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and The Management Board for Puerto Rico<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et. al.<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17-003283 |

## INFORMATIVE MOTION REQUESTING REMOVAL FROM CM\ECF SERVICE LIST AND MASTER ADDRESS LIST

TO THE HONORABLE UNITED STATES
BANKRUPTCY COURT:

Attorney Charles P. Gilmore, respectfully represents and prays:

1. The undersigned counsel does not represent any party involved in this case.

2. As result of this, the appearing counsel consequently wishes to be removed from the CM\EFC service list and the Master address list.

WHEREFORE, appearing counsel requests that he be deleted from all further notifications in this case.

**RESPECTFULLY SUMITTED**.

In San Juan, Puerto Rico, this 1st th day of July, 2019.

**CERTIFICATE OF SERVICE**: We hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

**O'NEILL & GILMORE
LAW OFFICE, LLC**
City Towers, Suite 1701
252 Ponce de León Avenue
San Juan, Puerto Rico 00918
Phone:  787/620-0670
Fax:     787/620-0671
Email:   cpg@go-law.com

*s/Charles P. Gilmore*
By:_____
Charles P. Gilmore, Esq.
USDC No. 209614