UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER SCHEDULING BRIEFING IN CONNECTION WITH URGENT MOTION
OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR LEAVE TO
FILE A SINGLE COMBINED RESPONSE OF NO MORE THAN 55 PAGES IN
OPPOSITION TO AMBAC ASSURANCE CORPORATION'S MOTION CONCERNING
APPLICATION OF THE AUTOMATIC STAY [ECF NO. 7176]
AND FINANCIAL GUARANTY INSURANCE COMPANY'S JOINDER [ECF NO. 7546]

      The Court has received and reviewed the *Urgent Motion of the Financial Oversight and Management Board for Leave to File a Single Combined Response of No More than 55 Pages in Opposition to Ambac Assurance Corporation's Motion Concerning Application of the Automatic Stay [ECF No. 7176] and Financial Guaranty Insurance Company's Joinder [ECF No. 7546]* (Docket Entry No. 7769 in Case No. 17-3283, the "Motion") filed by the Financial Oversight and Management Board for Puerto Rico (the "Movant"). Opposition papers

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

to the Motion must be filed by **July 2, 2019 at 10:00 a.m. (Atlantic Standard Time)**. Movant's reply papers, if any, must be filed by **July 2, 2019 at 3:00 p.m. (Atlantic Standard Time).**

      SO ORDERED.

Dated: July 1, 2019

                                                                     /s/ Laura Taylor Swain
                                                                     LAURA TAYLOR SWAIN
                                                                     United States District Judge