Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767



June 20, 2019

In Re:  United States District Court for the District of Puerto Rico; The Financial Oversight
and Management Board for Puerto Rico as representative of The Commonwealth of
Puerto Rico; PROME SA Title III Case Number 17BK3283-LTS; Thirty-Fifth Omnibus
Objection (non-substantive) of the Puerto Rico Highways and Transportation Authority
to duplicate bond claims; and Edwin B. Emery, Jr., Trustee Claim Number 7376, Case
Number 17BK03567-LTS

The Court should not grant the Omnibus Objection with respect to the captioned claim
because the $80,500 Puerto Rico bonds owned by the Bonnie L. Bankert Revocable Trust
were purchased as investment bonds in good faith based on the promise of the Puerto
Rico government that it would pay semi-annual bond interest and at maturity pay for
the redeeming of these bonds at par – all on a  first priority of income basis.  Beginning
in 2017 these promises were broken.  Proof of purchase of these bonds in the form of
trade confirmations and a monthly account statement is attached hereto.

Bonnie L. Bankert, grantor of the Bonnie L. Bankert Trust, died on May 15, 2011.  A copy
of her death certificate is attached.  The beneficiaries of her Trust are one living son and
seven grandchildren.  Of the eight, five have a great need for income from the Puerto
Rico bond interest due.  The coupon rate is 5.0%.

The undersigned and the Bankert Trust beneficiaries live in the United States and are
not employed by the Puerto Rico government nor do they supply it with any goods or
services.

I am the designated Trustee for the Bonnie L. Bankert Revocable Trust.  My address is
7605 Palisade Way, Fair Oaks, California 95628.  My telephone number is (916) 961-
7499.  My email address is:  emery5225@ATT.net.

Inasmuch as my age is 94 and inasmuch as I cannot afford the services of an attorney to reply to this Omnibus Objection I pray that you will accept as true the comments made herein and that you will accept the attached documentation.  In your records please change the spelling of my last name from EMORY to EMERY.


Edwin B. Emery, Jr.



Attach:
Trade Confirmation for bond purchase
Monthly account statement for the Bonnie L. Bankert Trust
Death Certificate of Bonnie L. Bankert


Cc: File PR01