# SWS GROUP | SOUTHWEST SECURITIES

*Building what you value.*
Member: NYSE, FINRA, SIPC

2604 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

## TRADE CONFIRMATION

| YOU | QUANTITY | PRICE | PRINCIPAL | FEES | INTEREST | COMMISSION | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| BOT | 20,000 | 100.000000 | 20,000.00 | 0.00 | 194.44 | 0.00 | $20,194.44 |

| SYMBOL | CUSIP | TRANS # | T | MKT | CAP | ELIG | TRADE DATE | SETTLE DATE |
|---|---|---|---|---|---|---|---|---|
| .7451902T4 | 7451902T4 | K4JQE9 | | 0 | 2 | | 03/06/13 | 03/11/13 |

### DESCRIPTION

PUERTO RICO COMWLTH HWY & TRAN
REV REF BDS G
CALLABLE BOOK ENTRY ONLY
OID 96.661

COUPON RATE: 5%
MATURITY DATE: 7/1/2042

MIR148

### Important Information About This Security

MSF BEG 07/01/34
DTD 4/29/2003 F/C 7/1/2003 CALL 07/01/13 @ PAR
YLD 4.952% PX TO CALL 07/01/2013 @100
YLD 5.000% TO Maturity
INT 01/01/13 TO 03/11/13

### Additional Information

BondDesk Order ID: 64008439
Baa3 BBB

---

| YOU | QUANTITY | PRICE | PRINCIPAL | FEES | INTEREST | COMMISSION | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| BOT | 50,000 | 100.000000 | 50,000.00 | 0.00 | 486.11 | 0.00 | $50,486.11 |

| SYMBOL | CUSIP | TRANS # | T | MKT | CAP | ELIG | TRADE DATE | SETTLE DATE |
|---|---|---|---|---|---|---|---|---|
| .7451902T4 | 7451902T4 | JQY899 | | 0 | 2 | | 03/06/13 | 03/11/13 |

### DESCRIPTION

PUERTO RICO COMWLTH HWY & TRAN
REV REF BDS G
CALLABLE BOOK ENTRY ONLY
OID 96.661

COUPON RATE: 5%
MATURITY DATE: 7/1/2042

MIR148

### Important Information About This Security

MSF BEG 07/01/34
DTD 4/29/2003 F/C 7/1/2003 CALL 07/01/13 @ PAR
YLD 4.952% PX TO CALL 07/01/2013 @100
YLD 5.000% TO Maturity
INT 01/01/13 TO 03/11/13

*[handwritten: Interest payment default for 2017, 2018, and 2019, $10,500. Total claim, $80,500]*

### Additional Information

BondDesk Order ID: 64007840
Baa3 BBB


**Account Number:** Redacted
Bonnie Leatrice Bankert Revoc Trust
Edwin B Emery Jr TTEE
UAD Oct 3, 2006

**Statement Period**
December 29, 2017 to January 31, 2018

## Account Positions
Accounting Method: FIFO

| | Account Type | Symbol/ Cusip | Quantity Long/Short | Current Price | Current Value | % of Entire Portfolio | Est Annual Income | Total Cost | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|
| **Municipal Bonds (continued)** | | | | | | | | | |
| PALM DESERT CALIF SPL TAX CMNTY FACS BOOK ENTRY ONLY DIST NO 2005-1-A OID 97.908 TO YLD 5.45% CALLABLE 5.3000% 09/01/2032 Mdy's:NR S&P:NR | Cash | 696627CF3 | 15,000.000 | 100.441 | 15,066.15 | 1.75% | 795.00 | 15,000.84 | 65.31 |
| PALOMAR HLTH CA REVENUE REF REVENUE BONDS NEXT SINK 11/1/2037 @100.00 MDY UNDLY Ba1 CALLABLE BOOK-ENTRY 4.0000% 11/01/2039 Call: 11/01/2026 @ 100.00 Mdy's:Ba1 S&P:BBB- | Cash | 697528AS6 | 55,000.000 | 99.134 | 54,523.70 | 6.34% | 2,200.00 | 56,387.69 | (1,863.99) |
| PUERTO RICO COMWLTH HWY & TRAN REV REF BDS G CALLABLE BOOK ENTRY ONLY OID 96.661 MSF BEG 07/01/34 5.0000% 07/01/2042 Mdy's:Ca S&P:D | Cash | 7451902T4 | 70,000.000 | 11.000 | 7,700.00 | 0.90% | | 70,000.00 | (62,300.00) |
| PUERTO RICO COMWLTH REF-PUB IMPT SER A OID 95.272 TO YLD 5.32% BOOK ENTRY ONLY CALLABLE 5.0000% 07/01/2041 Call: 07/01/2022 @ 100.00 Mdy's:Ca S&P:D | Cash | 74514LB89 | 50,000.000 | 25.000 | 12,500.00 | 1.45% | | 50,522.39 | (38,022.39) |
| RIVERSIDE CALIF IMPT BD ACT 19 LTD OBLIG IMPROV BDS CALLABLE BOOK ENTRY ONLY OID 99.242 5.2000% 09/02/2036 Call: 03/02/2018 @ 100.50 Mdy's:NR S&P:NR | Cash | 769003LY8 | 45,000.000 | 100.320 | 45,144.00 | 5.25% | 2,340.00 | 45,065.14 | 78.86 |

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# SACRAMENTO COUNTY
## DEPARTMENT OF HEALTH AND HUMAN SERVICES

**STATE FILE NUMBER:** 3052011094869
**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA
**LOCAL REGISTRATION NUMBER:** 3201134004285

| Field | Value |
|---|---|
| 1. Name of Decedent – First | BONNIE |
| 2. Middle | LEATRICE |
| 3. Last (Family) | BANKERT |
| 4. Date of Birth | Redacted |
| 5. Age Yrs. | 86 |
| 6. Sex | F |
| 9. Birth State/Foreign Country | IL |
| 10. Social Security Number | Redacted 6707 |
| 11. Ever in U.S. Armed Forces? | NO |
| 12. Marital Status | WIDOWED |
| 7. Date of Death | 05/15/2011 |
| 8. Hour | 1050 |
| 13. Education | BACHELOR |
| 14/15. Hispanic/Latino | NO |
| 16. Decedent's Race | WHITE |
| 17. Usual Occupation | SUBSTITUTE TEACHER |
| 18. Kind of Business or Industry | PUBLIC EDUCATION |
| 19. Years in Occupation | 3 |
| 20. Decedent's Residence | 5332 BUNKER CT. |
| 21. City | FAIR OAKS |
| 22. County/Province | SACRAMENTO |
| 23. Zip Code | 95628 |
| 24. Years in County | 47 |
| 25. State/Foreign Country | CA |
| 26. Informant's Name, Relationship | EDWIN EMERY, DPOAHC |
| 27. Informant's Mailing Address | 7605 PALISADE WAY, FAIR OAKS, CA 95628 |
| 28. Name of Surviving Spouse – First | - |
| 29. Middle | - |
| 30. Last (Birth Name) | - |
| 31. Name of Father/Parent – First | LEE |
| 32. Middle | CLAYBORN |
| 33. Last | BRISON |
| 34. Birth State | IL |
| 35. Name of Mother/Parent – First | HILDA |
| 36. Middle | AMELIA HENRIETTA |
| 37. Last (Birth Name) | BUSING |
| 38. Birth State | IL |
| 39. Disposition Date | 05/25/2011 |
| 40. Place of Final Disposition | FAIR OAKS DISTRICT CEMETERY, 7780 OLIVE ST., FAIR OAKS, CA 95628 |
| 41. Type of Disposition(s) | CR/BU |
| 42. Signature of Embalmer | NOT EMBALMED |
| 43. License Number | - |
| 44. Name of Funeral Establishment | PRICE FUNERAL CHAPEL, INC. |
| 45. License Number | FD-1062 |
| 46. Signature of Local Registrar | GLENNAH I TROCHET, MD |
| 47. Date | 05/24/2011 |
| 101. Place of Death | OWN RESIDENCE |
| 102./103. | Decedent's Home |
| 104. County | SACRAMENTO |
| 105. Facility Address | 5332 BUNKER CT. |
| 106. City | FAIR OAKS |
| 107. Cause of Death – Immediate Cause (A) | Redacted |
| Time Interval (AT) | DAYS |
| 108. Death Reported to Coroner? | NO |
| Referral Number | 11-02424 |
| 109. Biopsy Performed? | NO |
| 110. Autopsy Performed? | NO |
| 111. Used in Determining Cause? | — |
| 112. Other Significant Conditions | Redacted |
| 113. Was Operation Performed | NO |
| 113A. If Female, Pregnant in Last Year? | N/A |
| 114. I Certify... Decedent Attended Since (A) | 12/28/2007 |
| Last Seen Alive (B) | 02/01/2011 |
| 115. Signature and Title of Certifier | ALIREZA PESSARAN M.D. |
| 116. License Number | A89855 |
| 117. Date | 05/24/2011 |
| 118. Type Attending Physician's Name | ALIREZA PESSARAN M.D., 6437 FAIR OAKS BLVD, CARMICHAEL, CA 95608 |
| 119. Manner of Death | Natural |

**CERTIFIED COPY OF VITAL RECORDS**

STATE OF CALIFORNIA
COUNTY OF SACRAMENTO } SS

This is a true and exact reproduction of the document officially registered and placed on file with SACRAMENTO COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES.

**DATE ISSUED: May 24, 2011**



*001218867*

Glennah I Trochet M.D.
LOCAL REGISTRAR



This copy not valid unless prepared on engraved border displaying date and signature of Registrar.

PBNCO (Rev) 08/09

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE