U.S. POSTAGE PAID
PM 3-Day
FAIR OAKS, CA
95628
JUN 26, 19
AMOUNT
$7.35
R2305M148522-10




**PRESS FIRMLY TO SEAL**     **PRESS FIRMLY TO SEAL**

# PRIORITY
## ★ MAIL ★

 DATE OF DELIVERY SPECIFIED*

 USPS TRACKING™ INCLUDED*

 INSURANCE INCLUDED*

 PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

FROM: Edwin B. Emery, Jr.
7605 Palisade Way
Fair Oaks, Ca. 95628

TO: Clerk's Office
United States District Court
CARLOS E. CHARDON AVE.
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

EXPECTED DELIVERY DAY: 06/29/19

USPS TRACKING NUMBER



9505 5154 5977 9177 2132 26

EP14F July 2013
OD: 12.5 x 9.5

PS00001000014

T US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



RECEIVED
2019 JUN 28
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN