Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

June 20, 2019

In Re: United States District Court for the District of Puerto Rico; The Financial Oversight and Management Board for Puerto Rico as representative of The Commonwealth of Puerto Rico; PROME SA Title III Case Number 17BK3283-LTS; Thirty-Ninth Omnibus Objection (non-substantive) of the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims; and Edwin B. Emery, Jr., Trustee Claim Number 7376, Case Number 17BK03566-LTS

The Court should not grant the Omnibus Objection with respect to the captioned claim because the $50,522 Puerto Rico bonds owned by the Bonnie L. Bankert Revocable Trust were purchased as investment bonds in good faith based on the promise of the Puerto Rico government that it would pay semi-annual bond interest and at maturity pay for the redeeming of these bonds at par – all on a first priority of income basis. Beginning in 2017 these promises were broken. Proof of purchase of these bonds in the form of trade confirmations and a monthly account statement is attached hereto. The offset amount is $15,159.

Bonnie L. Bankert, grantor of the Bonnie L. Bankert Trust, died on May 15, 2011. A copy of her death certificate is attached. The beneficiaries of her Trust are one living son and seven grandchildren. Of the eight, five have a great need for income from the Puerto Rico bonds. The coupon rate is 5.0%.

The undersigned and the Bankert Trust beneficiaries live in the United States and are not employed by the Puerto Rico government nor do they supply it with any goods or services.

I am the designated Trustee for the Bonnie L. Bankert Revocable Trust. My address is 7605 Palisade Way, Fair Oaks, California 95628. My telephone number is (916) 961-7499. My email address is: emery5225@ATT.net.

Inasmuch as my age is 94 and inasmuch as I cannot afford the services of an attorney to reply to this Omnibus Objection I pray that you will accept as true the comments made herein and that you will accept the attached documentation. In your records please change the spelling of my last name from EMORY to EMERY.

_Edwin B. Emery, Jr._
Edwin B. Emery, Jr.

Attach:
Trade Confirmation for bond purchase
Monthly account statement for the Bonnie L. Bankert Trust
Death Certificate of Bonnie L. Bankert

Cc: File PR02