# SWS GROUP | SOUTHWEST SECURITIES

*Building what you value.*
Member: NYSE, FINRA, SIPC

2804 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

## TRADE CONFIRMATION

| YOU | QUANTITY | PRICE | PRINCIPAL | FEES | INTEREST | COMMISSION | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| BOT | 20,000 | 100.000000 | 20,000.00 | 0.00 | 194.44 | 0.00 | $20,194.44 |

| SYMBOL | CUSIP | TRANS # | T | MKT | CAP | ELIG | TRADE DATE | SETTLE DATE |
|---|---|---|---|---|---|---|---|---|
| .7451902T4 | 7451902T4 | K4JQE9 | | 0 | 2 | | 03/06/13 | 03/11/13 |

### DESCRIPTION

PUERTO RICO COMWLTH HWY & TRAN
REV REF BDS G
CALLABLE BOOK ENTRY ONLY
OID 96.661

COUPON RATE: 5%
MATURITY DATE: 7/1/2042

MIR148

### Important Information About This Security

MSF BEG 07/01/34
DTD 4/29/2003 F/C 7/1/2003 CALL 07/01/13 @ PAR
YLD 4.952% PX TO CALL 07/01/2013 @100
YLD 5.000% TO Maturity
INT 01/01/13 TO 03/11/13

### Additional Information

BondDesk Order ID: 64008439

Baa3 BBB

---

| YOU | QUANTITY | PRICE | PRINCIPAL | FEES | INTEREST | COMMISSION | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| BOT | 50,000 | 100.000000 | 50,000.00 | 0.00 | 486.11 | 0.00 | $50,486.11 |

| SYMBOL | CUSIP | TRANS # | T | MKT | CAP | ELIG | TRADE DATE | SETTLE DATE |
|---|---|---|---|---|---|---|---|---|
| .7451902T4 | 7451902T4 | JQY899 | | 0 | 2 | | 03/06/13 | 03/11/13 |

### DESCRIPTION

PUERTO RICO COMWLTH HWY & TRAN
REV REF BDS G
CALLABLE BOOK ENTRY ONLY
OID 96.661

COUPON RATE: 5%
MATURITY DATE: 7/1/2042

MIR148

### Important Information About This Security

MSF BEG 07/01/34
DTD 4/29/2003 F/C 7/1/2003 CALL 07/01/13 @ PAR
YLD 4.952% PX TO CALL 07/01/2013 @100
YLD 5.000% TO Maturity
INT 01/01/13 TO 03/11/13

*Interest payment default for 2017, 2018, and 2019, @ $10,500*
*Total claim, $80,500*

### Additional Information

BondDesk Order ID: 64007840

Baa3 BBB

# SIPC CUSTOMER STATEMENT



**Account Number:** Redacted
Bonnie Leatrice Bankert Revoc Trust
Edwin B Emery Jr TTEE
UAD Oct 3, 2006

**Statement Period:** December 29, 2017 to January 31, 2018
**Page** 5 of 9

## Account Positions
Accounting Method: FIFO

| | Account Type | Symbol/Cusip | Quantity Long/Short | Current Price | Current Value | % of Entire Portfolio | Est Annual Income | Total Cost | Unrealized Gain/(Loss) |
|---|---|---|---|---|---|---|---|---|---|
| **Municipal Bonds (continued)** | | | | | | | | | |
| PALM DESERT CALIF SPL TAX CMNTY FACS BOOK ENTRY ONLY DIST NO 2005-1-A OID 97.908 TO YLD 5.45% CALLABLE 5.3000% 09/01/2032 Mdy's:NR S&P:NR | Cash | 696627CF3 | 15,000.000 | 100.441 | 15,066.15 | 1.75% | 795.00 | 15,000.84 | 65.31 |
| PALOMAR HLTH CA REVENUE REF REVENUE BONDS NEXT SINK 11/1/2037 @100.00 MDY UNDLY Ba1 CALLABLE BOOK-ENTRY 4.0000% 11/01/2039 Call: 11/01/2026 @ 100.00 Mdy's:Ba1 S&P:BBB- | Cash | 697528AS6 | 55,000.000 | 99.134 | 54,523.70 | 6.34% | 2,200.00 | 56,387.69 | (1,863.99) |
| PUERTO RICO COMWLTH HWY & TRAN REV REF BDS G CALLABLE BOOK ENTRY ONLY OID 96.661 MSF BEG 07/01/34 5.0000% 07/01/2042 Mdy's:Ca S&P:D | Cash | 7451902T4 | 70,000.000 | 11.000 | 7,700.00 | 0.90% | | 70,000.00 | (62,300.00) |
| PUERTO RICO COMWLTH REF-PUB IMPT SER A OID 95.272 TO YLD 5.32% BOOK ENTRY ONLY CALLABLE 5.0000% 07/01/2041 Call: 07/01/2022 @ 100.00 Mdy's:Ca S&P:D | Cash | 74514LB89 | 50,000.000 | 25.000 | 12,500.00 | 1.45% | | 50,522.39 | (38,022.39) |
| RIVERSIDE CALIF IMPT BD ACT 19 LTD OBLIG IMPROV BDS CALLABLE BOOK ENTRY ONLY OID 99.242 5.2000% 09/02/2036 Call: 03/02/2018 @ 100.50 Mdy's:NR S&P:NR | Cash | 769003LY8 | 45,000.000 | 100.320 | 45,144.00 | 5.25% | 2,340.00 | 45,065.14 | 78.86 |

# SACRAMENTO COUNTY
## DEPARTMENT OF HEALTH AND HUMAN SERVICES

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA

STATE FILE NUMBER: 3052011094869
LOCAL REGISTRATION NUMBER: 3201134004285

### DECEDENT'S PERSONAL DATA
1. NAME OF DECEDENT – FIRST (Given): BONNIE
2. MIDDLE: LEATRICE
3. LAST (Family): BANKERT
4. DATE OF BIRTH: Redacted
5. AGE Yrs.: 86
6. SEX: F
9. BIRTH STATE/FOREIGN COUNTRY: IL
10. SOCIAL SECURITY NUMBER: Redacted 6707
11. EVER IN U.S. ARMED FORCES?: NO
12. MARITAL STATUS: WIDOWED
7. DATE OF DEATH: 05/15/2011
8. HOUR: 1050
13. EDUCATION: BACHELOR
14/15. HISPANIC/LATINO: NO
16. DECEDENT'S RACE: WHITE
17. USUAL OCCUPATION: SUBSTITUTE TEACHER
18. KIND OF BUSINESS OR INDUSTRY: PUBLIC EDUCATION
19. YEARS IN OCCUPATION: 3

### USUAL RESIDENCE
20. DECEDENT'S RESIDENCE: 5332 BUNKER CT.
21. CITY: FAIR OAKS
22. COUNTY: SACRAMENTO
23. ZIP CODE: 95628
24. YEARS IN COUNTY: 47
25. STATE: CA

### INFORMANT
26. INFORMANT'S NAME, RELATIONSHIP: EDWIN EMERY, DPOAHC
27. INFORMANT'S MAILING ADDRESS: 7605 PALISADE WAY, FAIR OAKS, CA 95628

### SPOUSE/SRDP AND PARENT INFORMATION
28. NAME OF SURVIVING SPOUSE – FIRST: -
29. MIDDLE: -
30. LAST (BIRTH NAME): -
31. NAME OF FATHER/PARENT – FIRST: LEE
32. MIDDLE: CLAYBORN
33. LAST: BRISON
34. BIRTH STATE: IL
35. NAME OF MOTHER/PARENT – FIRST: HILDA
36. MIDDLE: AMELIA HENRIETTA
37. LAST (BIRTH NAME): BUSING
38. BIRTH STATE: IL

### FUNERAL DIRECTOR / LOCAL REGISTRAR
39. DISPOSITION DATE: 05/25/2011
40. PLACE OF FINAL DISPOSITION: FAIR OAKS DISTRICT CEMETERY, 7780 OLIVE ST., FAIR OAKS, CA 95628
41. TYPE OF DISPOSITION(S): CR/BU
42. SIGNATURE OF EMBALMER: NOT EMBALMED
43. LICENSE NUMBER: -
44. NAME OF FUNERAL ESTABLISHMENT: PRICE FUNERAL CHAPEL, INC.
45. LICENSE NUMBER: FD-1062
46. SIGNATURE OF LOCAL REGISTRAR: GLENNAH I TROCHET, MD
47. DATE: 05/24/2011

### PLACE OF DEATH
101. PLACE OF DEATH: OWN RESIDENCE
102. IF HOSPITAL, SPECIFY ONE: 
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: Decedent's Home (X)
104. COUNTY: SACRAMENTO
105. FACILITY ADDRESS: 5332 BUNKER CT.
106. CITY: FAIR OAKS

### CAUSE OF DEATH
107. CAUSE OF DEATH:
IMMEDIATE CAUSE (A): Redacted
(AT) Time Interval: DAYS
108. DEATH REPORTED TO CORONER?: NO
REFERRAL NUMBER: 11-02424
109. BIOPSY PERFORMED?: NO
110. AUTOPSY PERFORMED?: NO
111. USED IN DETERMINING CAUSE?: 
112. OTHER SIGNIFICANT CONDITIONS: Redacted
113. WAS OPERATION PERFORMED: NO
113A. IF FEMALE, PREGNANT IN LAST YEAR?: N/A

### PHYSICIAN'S CERTIFICATION
114. I CERTIFY...: 
115. SIGNATURE AND TITLE OF CERTIFIER: ALIREZA PESSARAN M.D.
116. LICENSE NUMBER: A89855
117. DATE: 05/24/2011
Decedent Attended Since (A): 12/28/2007
Decedent Last Seen Alive (B): 02/01/2011
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS: ALIREZA PESSARAN M.D., 6437 FAIR OAKS BLVD, CARMICHAEL, CA 95608

### CORONER'S USE ONLY
119. MANNER OF DEATH: 
120. INJURED AT WORK?: 
121. INJURY DATE: 
122. HOUR: 
123. PLACE OF INJURY: 
124. DESCRIBE HOW INJURY OCCURRED: 
125. LOCATION OF INJURY: 
126. SIGNATURE OF CORONER: 
127. DATE: 
128. TYPE NAME, TITLE OF CORONER: 

STATE REGISTRAR: *010001001784939*

---

**CERTIFIED COPY OF VITAL RECORDS**

STATE OF CALIFORNIA
COUNTY OF SACRAMENTO } SS

This is a true and exact reproduction of the document officially registered and placed on file with SACRAMENTO COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES.

DATE ISSUED: **May 24, 2011**

*001218867*

Glennah I. Trochet M.D.
LOCAL REGISTRAR

This copy not valid unless prepared on engraved border displaying date and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

PBNCO (Rev) 08/09