PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
PM 3-Day
FAIR OAKS, CA
95628
JUN 26, 19
AMOUNT
$7.35
R2305M148522-10

1006   00918

# PRIORITY
★ MAIL ★

FROM: Edwin B. Emery, Jr.
7605 Palisade Way
Fair Oaks, Ca. 95628

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
* Domestic only

TO: Clerk's Office
United States District Court
CARLOS E. CHARDON AVE.
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EXPECTED DELIVERY DAY: 06/29/19
USPS TRACKING NUMBER
9505 5154 5977 9177 2132 26

RECEIVED
2019 JUN 28
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

EP14F July 2013
OD: 12.5 x 9.5

PS00001000014

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®