**Participant Name and Contact Information**

Susan C. Tanowitz
Participant Name

— 0 —
Contact Person (if Participant is not an individual)

Susantanowitz@yahoo.com
Email Address

2111 E. BeltLine Rd #134-A
Address line 1

_____
Address line 2

Richardson, TX 75081
City, State Zip Code

U.S.A.
Country

**Counsel Contact Information (if any)**

RECEIVED & FILED
2019 JUN 28 PM 4:57
DISTRICT COU...
SAN JUAN P...

Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____
Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Objections (i.e., Participant believes the Court should find that the 2011 GO Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Objections (i.e., Participant believes that the Court should find that the 2011 GO Bonds are **valid**)

3. If Participant is not a holder of a 2011 GO Bonds, it can skip to the end of this Notice and sign. If Participant is a holder of one or more 2011 GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a) Provide the CUSIP Numbers of all 2011 GO Bonds held by Participant.

(b) Did Participant purchase any of its 2011 GO Bonds in whole or in part on the secondary market? (**YES** or NO (please **circle one**).

Cusip: 74514LB89
Quantity: 55,000.00
Control #
R003865131113

Job # 135818
acct# ...37800

By: Susan Tanowitz
Signature

Susan C. Tanowitz
Print Name

_____
Title (if Participant is not an Individual)

6/16/2019
Date