S. Tanowitz
2111 E. Belt Line Rd.
#134-A
Richardson, TX 75081

2019 JUN 28 PM 4:57 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR
RECEIVED & FILED 2019 JUN 28 PM 4:57 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR
DALLAS TX 750
FOREVER USA

The Clerk of the United States District Court for the District of Puerto, Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767

00918-170625