UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

          Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

NOTICE OF CORRESPONDENCE RECEIVED BY THE COURT

The Court has received and reviewed the attached correspondence, described

below, from interested persons in the above-captioned cases. Although the Court cannot respond

individually to all of those who have expressed their thoughts or concerns, the Court is deeply

mindful of the impact of the fiscal crisis on lives, institutions, and expectations, and of the

importance of the issues that are raised in these unprecedented cases.

1. Letter dated May 25, 2019 from Blanca Diaz Beltran
2. Letter dated May 30, 2019 from Miguel Medina Maldonado
3. Letter dated June 17, 2019 from Robert Schott
4. Email dated June 21, 2019 from Gerald Colvin
5. Email dated June 25, 2019 from Marcos Martinez

Dated: July 1, 2019

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

date 5 • 25• 2019
M T W T F S S

Hon: Laura Taylor Swain
Judge
United States Distric Court

Mrs. Blanca I. Díaz Beltrán
Employee
Goverment of Puerto Rico

2019 JUN -7 PM 4:49
S.D. OF N.Y.
RECEIVED
SDNY PRO SE OFFICE

Honorable Judge Taylor swain
I have been a public employee
for 26 years. When I signed a
few months later I learn that I
had to work for 40 years (quite
a long long road) but at least I
had a job. I have always loved
my work, trying to make a change
in people has always been rewarding.
I work for the Department of
Correction and Rehabilitation, there
were many days when I went
to work sick ████████████
████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
Those things didn't matter because
I loved my job.
But then in 2013 Governor Alejandro
García Padilla change all that. I
then saw my long earned money
go away. I had $40,000.00 so-
mething saved for my retirement

date 5 • 25 • 2019

M  T  W  T  F  S  S

and all of a sudden nobody knew where my long, hard worked money was. The gouerment decided they were goint to take it away, to pay investors.

See your honor it wasnt my fault as it wasnt many Puertorican faults to choose burglars for our politicians.

We choose them to lead a country not to profit from it. Things have gone from bad to worse since then. Now the rest of my money (all that's left) is also going down the drain. Just found out the gouer-ment of Ricardo Rosello Jr, has hired a company to manage whats lef of my money, they say they want us (employees) to invest our money. Your honor I can't invest my money after what I have seen. Public employees have to pay for the politicians way of lies. They have been bene-fiting from everything. They took our money and not a day passes in which they create a po-sition for their political friends or for those that contributed in any other way.

Your honor could you please listen to me or at least evaluate my

date 5 • 25 • 2019

Ⓜ Ⓣ Ⓦ Ⓣ Ⓕ Ⓢ Ⓢ

request and/or concern. ████

████████████████████

████████████████████

████████████████████

████████████████████

████ I will be 65 years old when
I retire. The way things are going
maybe there is no social security
(another money I will loose if it's
true that by 2025 there will be no
funds left).

Maybe you might think "Well here
In the states seniors citizens also
work." But your honor it's not the
same thing. You see Puerto Rico
citizens were betrayed by their
politicians while U.S. seniors just
live in a very expensive country and
money is thigh.

I just want to ask your help.
Help us public employees to keep our
hard earned money, that politicians
can't use my retirement funds to pay
for their negligence. Why the Depart-
ment of Justice does not make these
politicians responsible for the econo-
mic situation and accuses them,
prosecutes them and makes them
pay among their followers for
embezzlement,

date 5 • 25 • 2019
(M) (T) (W) (T) (F) (S) (S)

Why Can UbS be Accused again?

Your honor we public employees
are hard working individuals, you
are also a public employee and
knowing or being around judges
(Jury Duty) I know that work
never ceases, that no matter how
tired we are the job must go on.

Your honor help us keep our reti-
rements funds, help us at least
to enjoy a decent senior retirement.
It scares me to think that I will
be old, sick and that I will have to
work hard to pay for my house, my
things and medicines, in case any
company accepts me. I am so
terrified that I will not have money
to pay my medications and that in
order to survive I will have to
spend my entire life working even
if I fall apart.

Thanks your honor for your
time to read my letter. this
is just the plead of someone
who deserves a decent retire-
ment after devoting her life
to helping others.

Cordially
Blanca Véez

30 mayo 2019

Sra Juez, honorable ciudadana Norteamericana.

Esta Carta tiene el proposito de narrarle a usted una situacion familiar; mi familia, de cuatro jovenes de diesiciete años a los 21 años, en esas edades. Mi esposa trabajadora al presente del Departamento de la familia, de sesenta años, y este servidor de sesenta y siete años proximo a cumplir 68 años - Serví por Veintidos años en el ejercito, entre años de activo y de reserva.

Nuestro historial de trabajo fue constante, con sueldos que comenzaron alrededor de cuatrocientos sesenta y cinco dolares sin mejorar sustancialmente durante mas de 20 años, sumandose finalmente alrededor de los mil quinientos mensuales con los que arrastramos nuestras deudas y necesidades hasta el presente.

Como vera dentro de los ciclos normales de Vida nosotros como pareja estamos entrando en esa definicion de envejecientes. Palabra que para muchos que les gusta opinar significa no productivos, enfermos, discapacitados, excluidos no respetables, facilmente manipulables, ect negativo.

Pues bien, creo que es menester aclararle por lo que pienso y he pensado durante toda esta parte del mi Vida, que esa impresión descrita de lo que como poblacion que ha rebasado unas edades, es en realidad gracias al sentido de Vision que Sobre ese aspecto perseptual que ha montado toda esa manera que tenemos de pensarnos en el segmento de haber envejecido y ante el hecho experimentado de ser tratados de esa forma particular, a nuestra poblacion de mayor experiencia Vital.

La edades adquiridas no son tramos de Tiempo en que vamos dejando de ser útiles, interesantes, vivos, dignos. No somos árboles cortados por el leñador de cada Gobierno que estiba los árboles así procesados para que la savia que contenía al momento de cortarlos se detenga y sean más fácilmente procesables como leña para la hoguera; que pensamos y como palabra viene de un propósito bueno de calentar el hogar pero parece que no es así, nos tienen reservado el fuego.

Le preguntara su señoría femenina, y qué viene todo esto, qué aspiro, qué aspiramos, qué creo qué digo por las bocas de los demás y es por la mía Una, ¿qué queremos?: Queremos una justicia divina, ¿cómo?! Bueno esa justicia solicitada se le añadió a Usted al momento de nacer por gracia con la piel, ojos y corazón que ha nacido. Dios la involucró a usted con todo lo necesario para actuar, no en base a precedentes legales materiales finitos, sino a principios infinitos inmateriales que le dieron la entrada a este mundo, en estas fechas y en este PAIS, en donde le ubicó el inconmensurable para que haga lo que Jesus hijo, hizo molesto: viró las mesas de los cambistas en aquel templo de judíos crédulos porque eran unos Aprovechados y corruptos. ¿Que tendrá de milagroso esto? Jesús cerró la llave del Sufrimiento de los que le tocó en su corto ministerio sanar e instruir. Este país ha sufrido antes de la deuda, durante la deuda porque el dinero fue robado, y ahora luego por lo que se robaron que no fue puesto en servicio al país, hay que pagar a aquellos cambistas, lo que les prometieron, cuyas promesas fueron articuladas de tal forma que pensaron cuan fabulosa

serían sus ganancias que pusieron a riesgo parte
de lo que acumulaban en el trato para recibir
más y mayores beneficios. La Verdad es, la cual
no se ha dicho o destacado al público en general,
de los E.U.A. y de los que aquí, tienen que en
las inverciones, tan marcados y adornadas existen
riesgos inesperados u ocultos que no garantizarán
las ganancias y aun las inverciones para nada ni
nadie. Es el Riesgo aceptado por todo aquel
que en su raíz es avaricioso. No existe una
Ley divino o del Infierno que diga que se debe proteger
al avaricioso ni a los que como tales procuraron su
clientela de perdedores en todas las dimenciones del infinito.
Todos lo sabrán pero ignoraron porque les era más fácil
pasar de Ingenuos para obtener lo que nunca debió de ser
de ellos. Ni aún su fortuna ni la deseada o buscada en el
mundo de las finanzas. Parece una burla desde un origen
no humano la tenencia, busqueda y ostentación de la
riqueza acumulada: "cada día trae su afán". El presente
que es el único espacio que permite la vida solo esta
lleno de fines en sí mismos, no hay otra frontera posible
de conocimiento, que permita la expresión de nuestra
vida humana. El pasado nos llena de remordimientos y el
futuro de preocupaciones imposibles de vivir ahora,
muriendo para ese tiempo que derrochamos desde su imposibilidad
de ser parte de nuestra realidad y experiencia.

   ¿Qué quiero? ¡Qué queremos, sí hablo por mi familia?
Primero influencias en usted. Cuando yo trabajaba

como empleado del Departamento de la familia
quienes solían ser mis "clientes", al momento
de solicitar sus ayudas daban la impresión que
estaban en busqueda de una mayor busqueda
de un encuentro, porque lo que yo como persona
pusiera en el sufrimento de situaciones humanas
que no podían resolver. Tome de manera sistematica
un tiempo de entrevista que estaba prohibido de hacerle
y era entrar a conversar sobre asuntos y topicos
personales que expresaban sin decir nada o consultaban
mediante comentarios propios no solicitados. Yo le puedo
decir en un noventa y ocho por ciento luego de mi conversación
se levantaban de sus sillas, expresando que se les fue un
peso de encima y se sentian "Bien". Mi frase final
para asombro de ellos muchas veces era, "Mire yo no
fui que le hablé, fue Dios". y ahí terminaba mi parte.
   Parece ser que yo también he creido en ello
y se la repito a usted aunque no estemos situación
de los ciudadanos de este país que atendí durante
muchas horas en mi trabajo. Pero parece que el mensaje
se sigue repitiendo, hay una conección divina
en cada uno de nosotros, no reconocable muchas
veces, le apodamos de otra manera: "profesional"
Al final de cuenta del cántaro se desborda el agua
sin proponernoslo, por que es tan obvio lo humedecido
a su derredor que asusta el Hecho del alcange de
nuestro designio en el tiempo que nos ha tocado vivir
   Este espacio de expresión, mía en lo que, toca
porque no soy un fantasma ni mi familia ni todos

los puertorriqueños que vivimos en este mundoespacio tiene que ser además, interpretado como que tenemos un todo vivo homogéneo, a diferencia de la posible experiencia de vida comunitaria en los E.U. que no palpita con un solo corazón nacional, realmente no existe una conformación humana que se distinga sin tantas asimetrías sociales que haga pensar que no están tan juntos en todos los sentidos de la participación humanitaria entre ustedes. Nosotros sí, y a usted la acogeríamos con el corazón si se decidiera por ser parte de nuestro pueblo porque somos vida y no lo que poseemos. Por eso es necesario que comprenda lo crucial que es para su hacer correcto que entienda esa naturaleza espiritual que se den en nosotros. Amamos a pesar de las diferencias porque hay ya en nuestra genética participativa un hilo del energía que no abandona sin amor a cada uno de nosotros que nos nombramos como pueblo más allá de las edificaciones y los aspectos físicos de las ciudades edificio o evidencia de estructuras que corresponden a un pasado superado porque ya no pueden ser españoles los que vivan en las antiguas casas de la capital de Puerto Rico, son puertorriqueños.

Que a final de cuentas se dirige esto, bueno haga lo que Salomón, Rey, hizo cuando le trajeron ante sí el reclamo de dos madres, decían ser las progenitoras del bebé. A lo cual el sabio responde poniendo el incapié de aclarar cuan poderosa era su capacidad de solución

de Asuntos que envolvían tanta dificultad que otro
funcionario de Aquel Reyno no tenía y ni se encontró
probablemente con la Capacidad de resolverlo y lo más
probable también le pusieron en las manos de aquel
que cargaría con toda la culpa aun siendo sabio de
resolver aquello que para ellos era tan grande y
mas aún por que conllevaría la carga de llevar
sobre sus hombros el peso de la culpa para la cual
no se sentían capaces de Sobrellevar toda una vida,
parece, ser que ya habían pensado algunas soluciones,
y a luz de sus prestigios, tal vez de cuanto le pagaban
en sus sueldos, sopezaron esto como medio para elevar al
Sabio la solución de Aquello, que parece se convencieron
que no merecían (por el mal), resolverlo

El Rey, esta vez haciendo gala y muestra de su nombra
miento, ante tal situación miro a unos de sus guardas, tantos
el filo de sus espadas en presencia de ambas peticionarias
de Justicia, miró al niño hermoso y prometedor futuro y
pronuncio sus palabras desde el estrado, observando todos.
Al oír ambas "madres" lo dicho por el Rey quien vio
ta angustia de una de ellas y la frialdad en el
rostro de la otra, sabía antes de el desenlace que crea
en nosotros el amor aun ante la posibilidad de
perdida de lo que amamos. Yo le digo en nombre
de cada uno de los hombres y mujeres de este
pais, cabales, honestos y amorosos que preferimos
la vida de ese niño, Pais Futuro ante la Instigación
de Muerte y desaparición de nuestras almas, Alma Colectiva

Sra juega, usted ha tenido la oportunidad de ver esa dicotomía feroz, está en nuestra historia registrado, sobre los que nos han negado y los que nos han amado antes del nacimiento de cada generación nuestra en Puerto Rico, el gobierno ha tenido su agenda con la mujer mentirosa, y quieren que prevalezcan sus intenciones. Nosotros somos otro Asunto no somos "Ciudadanos de segunda" Somos Ciudadanos puertorriqueños tratando de sobrevivir como país, lo que los mentirosos han querido hacer de nosotros como esa criatura puesta en presencia de un Sabio Rey. Necesitamos sobrevivir como país porque ahí estarán todas las garantías que prevalecen cuando se Ama, Esa mujer que pide la muerte de la criatura quiere las treinta monedas que llevaron al Sacrificio de nuestro Señor y Salvador de la Mentira.

No hay más luz en el Comité, está frente a un pueblo. Quizás no tan silencioso, yo he tenido que hablar por ese niño. A mis 67 años creo que no hay disculpa para tan malsano juego.

De nosotros como grupos familias, le diré que no ha sido fácil, producto de injusticia salariales, gentes con muy poca condición con las eternidades; Ese Estado Insular nos adeuda sobre $75,000 en salarios dejados de recibir en toda una vida productiva y se negó prácticamente a saldar esta deuda, Así como a otros tantos empleados del departamento de la familia de P.R. Solo hemos recibido menos de un 25%. Yo para mi familia no tenemos un hogar reconocido con lo necesario.

producto de esta situación porque hatemos de dificultades después del huracán María he tenido que recluir en varias 8 ocasiones a Dos hijos por condiciones de Salud mental; al mayor de 17 años y al segundo de 20 años. Están en la Antesala de convertirse jovenes adultos y han venido haciendo un esfuerzo, de los Cuatro tres varones y una niña han conseguido cualificar para entrar a la Universidad de P.R., a la que quieren meniatar para que se dé oportunidades a los jovenes de esta nación Borinqueña. Soy un Viejo Soldado que no cree en los fusiles, tiene puesta una carga explosiva en su corazón al ver tanta indolencia y rapacidad de esa grupo social que ha gobernado al país durante los ultimos 60 años. ahora tenemos los Zorros haciendo estante en la finca, que creen es de Ellos son todos jóvenes educados en el arte de Gobernar al modo de la mujer que pedía la muerte del niño. Quieren vender todo, alquilar todo parece que están convencidos que ganar enfluencias con los que promueven nuestra muerte, les ha de ganar como a algunos, la riqueza que se sueñan tener sin costar esfuerzo alguno. Tiene por lo tanto que exista una Justicia Providencial, aunque no tengamos modo de entenderla, solamente recibir Su apoyo para creer y encargarnos juntos con la naturaleza de Vida delegada por Jesús, que nos identificó con los Evangelios como Sus hermanos, dispuesto de hacer juntos con el Padre, "mayores cosas que yo he hecho Vosotros hareis"

En Resumén, aún no deseando ello, espero que
lea o de alguna manera un traductor diestro si
necesario, le lea como solía yo leer cuando niño, las
historias y cuentos fantásticos en casa de mi abuela materna.
Ha de despertar en usted estas palabras un verdadero
y profundo proposito humano. Contemplaría de manera sincera
quienes somos a final de cuenta y entrara en contacto
con el alma verdadera de nuestro terruño.

Mi nombre es Miguel A Medina Maldonado

Mi dirección Postal: HC-1-Box 6250 Canóvanas P. R. 00729

Tengo que reiterarle si conoce a este país en que
se encuentra ha de entrar en un conocimiento sobre el amor
y la fe que existe entre humanos.



RECEIVED & FILED
2019 JUN -7  PM 5: 30
CLERK'S OFFICE
U. S. DISTRICT COURT

SAN JUAN P&DC 009
THU 06 JUN 2019 PM

**TO:** Hon Laura Taylor Swain

Distrito de PuertoRico 150
Ave. Carlos charden street
San Juan Puerto Rico
00918-1767

Label 228, March 2016          FOR DOMESTIC AND INTERNATIONAL USE

June 17, 2019

The Honorable Laura Taylor Swain
United State District Judge
Courtroom 17C
Daniel Patrick Moynihan
United State Courthouse
500 Pearl Street
New York, New York 10007-1312

Dear Judge Swain:

I am a disabled retiree who is invested in the General Obligation Debt of the Commonwealth of Puerto Rico. The holder of **$40,000.00** face amount of the **Puerto Rico Commonwealth General Obligation Bonds 5% of July 1, 2041,** ███████████ the periodic interest payments associated with these holdings have not been paid. I have filed claim as per the proceedings and await your ruling.

Of question, however, is the point of my holdings being guaranteed seniority under the Puerto Rico Constitution, specifically Article VI. As the article states these obligations are to be paid first and foremost ahead of any and all other Puerto Rico Government expenditures and that the Governor has the obligation to reduce all other appropriations to comply with this article.

Under this article of the Puerto Rico constitution, even wages, bankruptcy fees, pensions, etc., any other expenditures cannot be paid before the general obligation debt and debt service are paid. Only that debt titled as a "General Obligation" enjoys this protection. Further all revenue and assets, regardless of source, is first and foremost, allocated to these General Obligations. As debt service since July 1 of 2016, (perfecting 2 years of claim) has been paid on these General Obligations, the Government of Puerto Rico is violating their own constitution. That constitution represents the supreme popular will of the people, but also the rule of law, second only to the U.S. Constitution. Should not all payments to any other source be stopped until these claims are satisfied? The Governor is required to exercise a line item veto on all expenditures, to pay these General Obligations.

Recent information seems to contend that these senior obligations may have been issued incorrectly, as other debt not titled as General Obligation may be of equivalent rank. Only Debt Titled a" General Obligation" counts against the constitutional debt limits and ranks senior to all other claims. Recent proposed agreements by Promesa has established the legitimacy of these claims, otherwise why would they agree to pay anything on them? Further as is any bankruptcy would not all the assets of the commonwealth including all commonwealth property go to satisfy senior claimants?

To violate this seniority would effectively nullify constitutional articles, the highest law in the Commonwealth. Article VI is deserving of court, even bankruptcy court protection. Would not the other articles also be open to nullification as well, such as the right to vote, or equal protection under the law?

I also ask the question, what protections will be afforded new funding for Puerto Rico if the sanctity of the constitution is violated? Should not all holders, large and small, of these bonds particularly those in individual accounts, receive the full payment plus penalty payments due on senior obligations? These obligations also paid a lower interest rate because of the lower risk due to the constitutional guarantee.

It is now clear with a proposed settlement it is not ability to pay but willingness to pay that is the issue. In addition I would propose the motion that all aid given by the US, Government to Puerto Rico be sequestered pending satisfaction of existing General Obligation Bond claims as outlined in the Puerto

Rico constitution. Further I request all pension payments be stopped bending satisfaction of the more senior claims, again as per the Puerto Rico constitution.

Thank you for your attention.

Robert F. Schott



**BE 'MY' JUDGE !!**
Gerald Colvin     to:  SwainDPRCorresp                                06/21/2019 02:40 PM

From: █████████████████████

To:     SwainDPRCorresp@nysd.uscourts.gov

# *GO ALTAIR!!!!! YEAH!!!*

Recent court decisions support hedge funds' argument that the federal
government owes Puerto Rico bondholders compensation for any Oversight
Board-imposed losses, the hedge funds said in a brief filed Wednesday.
The filing was the latest episode in the hedge funds' case in the U.S. Court of
Federal Claims. Altair Global Credit Opportunities is leading a group of 11
investments funds suing the U.S. government.



Basic services for the people in P .R. before pay unaudited debt

Marcos Martínez    to: swaindprcorresp                    06/25/2019 03:39 PM

From: ███████████

To: swaindprcorresp@nysd.uscourts.gov
███████████████████████████

## Judge Laura Taylor Swain:

For love of God and respect for life, reject the PREPA agreement proposed by the Board
and the bondholders

**NO to this agreement, that was negotiated behind closed doors
and that would lead to a 36% increase in our electric bill,
condemning us to misery.**

Puerto Rico has a high index of social inequality and inequality in USA. **A rate
hike of 36% will also mean** in P.R. greater poverty and misery for more than
50% of the population in P.R because  **people will have less money to cover
basic needs.**

**Energy is an essential service, and these new charges will not
only represent a significant hike in residential consumers' energy
bills but could also bring forth indirect costs, as increased
operating costs for commercial energy consumers due to energy
rate hikes will surely increase the costs of their products and
services.**

**Board and the government are now promoting PREPA's
privatization. However, the company that will 'acquire' the entity
will not assume even one cent of the debt payment. Privatization
will not stop future rate increases in our bills or guarantee that
existing protections against electricity cut-offs for people behind
in payments will not be eliminate.**