# EXHIBIT F

CERTIFIED TRANSLATION

# Government of Puerto Rico
## PUERTO RICO TREASURY DEPARTMENT
### Central Accounting Section of Government

**Circular Letter**                                **Fiscal Year 2016-2017**
**Number 1300-46-17**                           **June 27, 2017**

**To the Secretaries of Government, Legislative Branch, Judicial Branch, Chiefs of Agencies, Executive Directors, Presidents of Public Corporations and Mayors of the Government of Puerto Rico**

**RE: Implementation of the PayGo Retirement System**

Dear Sirs:

On October 30 of 2016, the Board of Fiscal Supervision for Puerto Rico assigned the Government of Puerto Rico, the Retirement System of the Government Employees, the Retirement System of the Judiciary, the Retirement System for Teachers (together referred to as "Retirement Systems" or "Systems"), the University of Puerto Rico and another 21 public corporations of Puerto Rico as "covered entities", subject to fiscal supervision in accordance with Federal Legislation Puerto Rico Oversight, Management, and Economic Stability Act, better known as PROMESA.

The liquid assets of the Retirement Systems will be depleted during the first months of the next fiscal year. As a result of the projected lack of liquidity of the Systems, the Government will protect the payments to the pensioners.. Starting on July 1 of 2017, the Government will adopt the "PayGo" system. Under this new system, the Government will assume the responsibility of paying the short-fall of the Systems to provide the benefits to the pensioners.

On its part, the Puerto Rico Treasury Department will invoice the Public Corporations, Municipalities, Executive Branch, Legislative Branch and the Judicial Branch a monthly charge to cover the benefits of its pensioners. The Systems will determine and administer the payment by pensioner that each Public Corporation and Municipality must pay. This amount is what will be called the "PayGo Charge". This with the purpose that the payment to our pensioners is not affected. It is essential that the Treasury Department has the liquid resources necessary to make these payments.

CONFIDENTIAL            ERS-CW_LS0000305

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

CC 1300-46-17
June 27 of 2017
Page 2

It will be the responsibility of these entities to **send the "PayGo Charge", in its totality, to the Treasury Department to the following accounts of the Banco Popular de Puerto Rico:**

| SYSTEM | BANK ACCOUNT | ROUTE AND TRANSIT |
|---|---|---|
| Retirement System | 030-076943 | 021502011 |
| Teachers Retirement System | 030-077001 | 021502011 |
| Judicial Retirement System | 030-076994 | 021502011 |

To the extent that during the first months of fiscal year 2017-2018, the liquid funds of the Systems are being depleted, we expect that the "PayGo Charge" of each entity will be increasing. In the same manner, starting on July 1 of 2017, the employer contributions, the contributions due as a result of special laws and the Uniform Additional Contribution (Law 32-2013) will be eliminated, and such items will be substituted by the "PayGo Charge".

At present, we are working on a Reform of the Retirement Systems, in which the active participants will deposit their individual contributions in a New Plan of Defined Contributions managed by a private entity. To preserve said contributions in a segregated form, from July 1 of 2017 onwards, **the total individual contributions shall be sent to the following accounts of the Banco Popular de Puerto Rico:**

| SYSTEM | BANK ACCOUNT | ROUTE AND TRANSIT |
|---|---|---|
| Retirement System | 030-076935 | 021502011 |
| Teachers Retirement System | 030-076986 | 021052011 |
| Judicial Retirement System | 030-076978 | 021502011 |

The "PayGo Charge" will be invoiced on a monthly basis and its payment must be sent before the fifteenth (15th) day of the month following the date of the invoice. Also, it will be required to send the withholding by way of individual contributions to the segregated account corresponding to the New Plan of Defined Contributions.

In addition, it is established that if any Public Corporation, Municipality or any entity with participants in the Retirement System stopped remitting to the corresponding System within the following thirty (30) days of the withholding, the funds of the "PayGO Charge" or the individual contributions that have been withheld from its participating employees of its corresponding System, the Treasury Department will retain from any available remittance of funds, the amounts not paid by the government entity that does not comply with what is established in this Circular Letter. In the case of Municipalities, we will proceed to require the Center for the Collection and Municipal Revenues that it sent to the Treasury Department the amounts owed.

CONFIDENTIAL                                                                                    ERS-CW_LS0000306

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

CC 1300-46-17
June 27 of 2017
Page 3

**The discounts corresponding to mortgage loans, cultural loans and personal loans with the retirement systems will be sent to the following accounts of the Banco Popular de Puerto Rico:**

| SYSTEM | BANK ACCOUNT | ROUTE AND TRANSIT |
|---|---|---|
| Retirement System | 030-077044 | 021502011 |
| Teachers Retirement System | 030-077036 | 021502011 |
| Judicial Retirement System | 030-077052 | 021502011 |

**The discounts corresponding to the disability insurance shall be deposited in the Banco Popular de Puerto Rico account number 030-077060 (route and transit 021502011).**

This new system pursues the safeguarding of the wellbeing of our pensioners and public servants, while faithfully complying with the Fiscal Plan certified by the Board of Fiscal Supervision.

The text of this Circular Letter is available in our internet page at the following address: www.hacienda.pr.gov/sobre-hacienda/publicaciones/contabilidad-central/cartas-circulares-de-contabilidad-central.

It will be the responsibility of the agencies to have this Circular Letter to the personnel that has the obligation the payment of the contributions herein established.

Cordially,

_____Signature_____                    _____Signature_____
Lcdo. Raul Maldonado Gautier CPA                              Lcdo. Luis M. Collazo
    Treasury Secretary                                                          Administrator
                                                               Administration of the Retirement Systems
                                                               of the Government and Judicial Employees

CONFIDENTIAL

ERS-CW_LS0000307

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

Gobierno de Puerto Rico
**DEPARTAMENTO DE HACIENDA**
Área de Contabilidad Central de Gobierno

Carta Circular
Núm. 1300-46-17

Año Fiscal 2016 - 17
27 de junio de 2017

A los Secretarios de Gobierno, Rama Legislativa, Rama Judicial, Jefes de Agencias, Directores Ejecutivos, Presidentes de Corporaciones Públicas y Alcaldes del Gobierno de Puerto Rico

Asunto: Implementación del Sistema de Retiro PayGo

Estimados señores:

El 30 de octubre de 2016, la Junta de Supervisión Fiscal para Puerto Rico designó al Gobierno de Puerto Rico, al Sistema de Retiro de los Empleados del Gobierno, al Sistema de Retiro de la Judicatura, al Sistema de Retiro para Maestros, (conjuntamente denominados los "Sistemas de Retiro" o los "Sistemas"), a la Universidad de Puerto Rico y a otras 21 corporaciones públicas de Puerto Rico como "entidades cubiertas", sujetas a supervisión fiscal a tenor con la legislación federal *Puerto Rico Oversight, Management, and Economic Stability Act*, mejor conocida como PROMESA.

Los activos líquidos de los Sistemas de Retiro se agotarán durante los primeros meses del próximo año fiscal. Debido a la falta de liquidez proyectada de los Sistemas, el Gobierno protegerá los pagos a los pensionados. A partir del 1 de julio de 2017, el Gobierno adoptará el sistema "PayGo". Bajo este nuevo sistema, el Gobierno se hará responsable de pagar la deficiencia de los Sistemas para proveer los beneficios de los pensionados.

Por su parte, el Departamento de Hacienda facturará a las Corporaciones Públicas, Municipios, Rama Ejecutiva, Rama Legislativa y Rama Judicial un cargo mensual para cubrir los beneficios a sus pensionados. Los Sistemas determinarán y administrarán la cantidad del pago por pensionado que le corresponderá sufragar a cada Corporación Pública y Municipio. Esta cantidad es lo que se conocerá como el "Cargo de PayGo". Esto es con el propósito de que no se afecte el pago a nuestros pensionados. Es imprescindible que el Departamento de Hacienda cuente con los recursos de efectivo necesarios para realizar dichos pagos.

CONFIDENTIAL
ERS-CW_LS0000305

CC 1300-46-17
27 de junio de 2017
Página 2

Será responsabilidad de estas entidades **enviar el "Cargo de PayGo", en su totalidad, al Departamento de Hacienda a las siguientes cuentas del Banco Popular de Puerto Rico:**

| SISTEMA | CUENTA BANCARIA | RUTA Y TRÁNSITO |
|---|---|---|
| Sistema de Retiro | 030-076943 | 021502011 |
| Sistema de Retiro de Maestros | 030-077001 | 021502011 |
| Sistema de Retiro Judicatura | 030-076994 | 021502011 |

A medida que durante los primeros meses del año fiscal 2017-18 los fondos líquidos de los Sistemas se vayan agotando, se espera que el "Cargo PayGo" de cada entidad vaya en aumento. Asimismo, a partir del 1 de julio de 2017, se eliminarán las aportaciones patronales, las aportaciones por concepto de leyes especiales y la Aportación Adicional Uniforme (Ley 32-2013), siendo sustituidas dichas partidas por el "Cargo de Pay Go".

Actualmente, se trabaja en una Reforma de los Sistemas de Retiro, en la cual los participantes activos depositarán sus aportaciones individuales en un Plan Nuevo de Aportación Definida manejado por una entidad privada. Para preservar dichas aportaciones de forma segregada, desde el 1 de julio de 2017, en adelante, **el total de las aportaciones individuales debe ser enviado a las siguientes cuentas del Banco Popular de Puerto Rico:**

| SISTEMA | CUENTA BANCARIA | RUTA Y TRÁNSITO |
|---|---|---|
| Sistema de Retiro | 030-076935 | 021502011 |
| Sistema de Retiro de Maestros | 030-076986 | 021502011 |
| Sistema de Retiro Judicatura | 030-076978 | 021502011 |

El "Cargo de PayGo" será facturado mensualmente y su pago se deberá remitir en o antes del decimoquinto (15to.) día del mes siguiente a la fecha de la factura. También se debe remitir la retención por concepto de aportación individual a la cuenta segregada correspondiente al Plan Nuevo de Aportación Definida.

Además, se establece que si una Corporación Pública, Municipio o cualquier entidad con participantes del Sistema de Retiro dejare de entregar a su Sistema correspondiente dentro de los próximos treinta (30) días de la retención, los fondos del "Cargo de PayGo" o las aportaciones individuales que le haya retenido a sus empleados participantes de su Sistema correspondiente, el Departamento de Hacienda retendrá de cualquier remesa disponible las cantidades no pagadas por la entidad gubernamental que incumpla con lo establecido en esta Carta Circular. En el caso de los Municipios se procederá a requerir al Centro de Recaudaciones e Ingresos Municipales que remese al Departamento de Hacienda las cantidades adeudadas.

CONFIDENTIAL
ERS-CW_LS0000306

CC 1300-46-17
27 de junio de 2017
Página 3

Los descuentos correspondientes a préstamos hipotecarios, culturales y personales con los sistemas de retiro se enviarán a las siguientes cuentas del Banco Popular de Puerto Rico:

| SISTEMA | CUENTA BANCARIA | RUTA Y TRÁNSITO |
|---|---|---|
| Sistema de Retiro | 030-077044 | 021502011 |
| Sistema de Retiro de Maestros | 030-077036 | 021502011 |
| Sistema de Retiro Judicatura | 030-077052 | 021502011 |

Los descuentos correspondientes al seguro por incapacidad se depositarán en la cuenta bancaria del Banco Popular de Puerto Rico número 030-077060 (ruta y tránsito 021502011).

Este nuevo sistema persigue salvaguardar el bienestar de nuestros pensionados y servidores públicos, mientras damos fiel cumplimiento al Plan Fiscal certificado por la Junta de Supervisión Fiscal.

El texto de esta Carta Circular está disponible en nuestra página de Internet en la dirección: **www.hacienda.pr.gov/sobre-hacienda/publicaciones/contabilidad-central/cartas-circulares-de-contabilidad-central**.

Será responsabilidad de las agencias hacer llegar esta Carta Circular al personal que tenga a su cargo el pago de las aportaciones aquí establecidas.

Cordialmente,

Lcdo. Raúl Maldonado Gautier, CPA
Secretario de Hacienda

Lcdo. Luis M. Collazo
Administrador
Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura

CONFIDENTIAL

ERS-CW_LS0000307