# EXHIBIT H

| | |
|---|---|
| **From:** | Mauricio Sanchez <msanchez@conwaymackenzie.com> |
| **To:** | Mendez Rosado, Andres (AAFAF) |
| **CC:** | Brian P. Biggio; Francisco Peña Montañez; Fernandez Gonzalez, Blanca (AAFAF); Lopez Cano, Roberto E. (AAFAF); Taylor Jones; Cecile Tirado Soto |
| **Sent:** | 7/15/2017 11:16:51 PM |
| **Subject:** | RE: Pensions FY18 Budget |

FYI, the pension numbers did not change relative to the previous budget; the fund distribution and the total numbers are still the same.  What changed was the presentation – now all pension expenditures are in the custody of OMB, whereas previously the employer contributions resided at the entity level.  Therefore, we are not changing the current projections in the TSA.

That said, we will need to get from ERS (Cecile) the analysis of the actual amount that will be invoiced by ERS to each agency because that is what will ultimately determine TSA collections.

Francisco, let's follow up with her on Monday.

Mauricio

---

**From:** Mendez Rosado, Andres (AAFAF) [mailto:Andres.Mendez@aafaf.pr.gov]
**Sent:** Friday, July 14, 2017 5:25 PM
**To:** Mauricio Sanchez <msanchez@conwaymackenzie.com>
**Cc:** Brian P. Biggio <bbiggio@conwaymackenzie.com>; Francisco Peña Montañez <Francisco.Pena@hacienda.pr.gov>; Fernandez Gonzalez, Blanca (AAFAF) <Blanca.Fernandez@aafaf.pr.gov>; Lopez Cano, Roberto E. (AAFAF) <Roberto.Lopez@aafaf.pr.gov>; Mendez Rosado, Andres (AAFAF) <Andres.Mendez@aafaf.pr.gov>
**Subject:** RE: Pensions FY18 Budget

Attached reconciliation to paygo number by agency/concept.

---

**From:** Mauricio Sanchez [mailto:msanchez@conwaymackenzie.com]
**Sent:** Friday, July 14, 2017 4:26 PM
**To:** Mendez Rosado, Andres (AAFAF) <Andres.Mendez@aafaf.pr.gov>
**Cc:** Brian P. Biggio <bbiggio@conwaymackenzie.com>; Francisco Peña Montañez <Francisco.Pena@hacienda.pr.gov>; Fernandez Gonzalez, Blanca (AAFAF) <Blanca.Fernandez@aafaf.pr.gov>
**Subject:** Fwd: Pensions FY18 Budget

Andres, see below our understanding of the pensions paygo numbers in the budget.  We need confirmation from Omb regarding how much of it relates to municipalities and corporations so that we can map the amounts that will flow into the tsa for the liquidity plan.
Also, need confirmation that the $390 mm of OA relates to asset sales.

I'm copying Peńa and Blanca as I understand that they were having a conversation about this and wanted to keep them in the loop.
Thanks

---

**From:** Brian P. Biggio <bbiggio@conwaymackenzie.com>
**Sent:** Friday, July 14, 2017 4:16:06 PM
**To:** Mauricio Sanchez
**Subject:** RE: Pensions FY18 Budget

| Sum of FY18 Total | Column Labels | | | | | | |
|---|---|---|---|---|---|---|---|
| Row Labels | RC | OA | FF | OI | IP | FEE | Grand Total |
| Pensiones del ERS | 793,562 | 390,480 | 34,903 | 254,432 | 198,505 | 13,038 | 1,684,920 |
| Pensiones del TRS | 828,374 | | 11,748 | | 1,002 | | 841,124 |
| Pensiones del JRS | 25,672 | | 10 | | | | 25,682 |
| Grand Total | 1,647,608 | 390,480 | 46,661 | 254,432 | 199,507 | 13,038 | 2,551,726 |

**From:** Brian P. Biggio [mailto:bbiggio@conwaymackenzie.com]
**Sent:** Friday, July 14, 2017 4:05 PM
**To:** Mauricio Sanchez (msanchez@conwaymackenzie.com) <msanchez@conwaymackenzie.com>
**Subject:** Pensions FY18 Budget

| AGENCIA | NOMBRE | PROGRA | NOMBRE_PROGRAMA | ORIGEN | CONCEPTO_DE_GASTO | CUENTA | DESCRIPCION | GF -18 | FF - 18 | SRF - 18 | FY18 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 017 | Asignaciones bajo la Custodia de la Oficina de Gerencia y Presupuesto | 1282 | Pago de Pensiones - TRS | RC | Pago de Pensiones (Pay As You Go) | 7001 | Pensiones del TRS | 828,374 | - | - | 828,374 |
| 017 | Asignaciones bajo la Custodia de la Oficina de Gerencia y Presupuesto | 1350 | Pago de Pensiones ERS | RC | Pago de Pensiones (Pay As You Go) | 7003 | Pensiones del ERS | 793,562 | - | - | 793,562 |
| 017 | Asignaciones bajo la Custodia de la Oficina de Gerencia y Presupuesto | 1350 | Pago de Pensiones ERS | OA | Pago de Pensiones (Pay As You Go) | 7003 | Pensiones del ERS | 390,480 | - | - | 390,480 |
| 017 | Asignaciones bajo la Custodia de la Oficina de Gerencia y Presupuesto | 1350 | Pago de Pensiones ERS | OI | Pago de Pensiones (Pay As You Go) | 7003 | Pensiones del ERS | - | - | 254,432 | 254,432 |
| 017 | Asignaciones bajo la Custodia de la Oficina de Gerencia y Presupuesto | 1350 | Pago de Pensiones ERS | IP | Pago de Pensiones (Pay As You Go) | 7003 | Pensiones del ERS | - | - | 198,505 | 198,505 |
| 017 | Asignaciones bajo la Custodia de la Oficina de Gerencia y Presupuesto | 1350 | Pago de Pensiones ERS | FF | Pago de Pensiones (Pay As You Go) | 7003 | Pensiones del ERS | - | 34,903 | - | 34,903 |
| 017 | Asignaciones bajo la Custodia de la Oficina de Gerencia y Presupuesto | 1347 | Pago de Pensiones JRS | RC | Pago de Pensiones (Pay As You Go) | 7002 | Pensiones del JRS | 25,672 | - | - | 25,672 |
| 017 | Asignaciones bajo la Custodia de la Oficina de Gerencia y Presupuesto | 1350 | Pago de Pensiones ERS | FEE | Pago de Pensiones (Pay As You Go) | 7003 | Pensiones del ERS | - | - | 13,038 | 13,038 |
| 017 | Asignaciones bajo la Custodia de la Oficina de Gerencia y Presupuesto | 1282 | Pago de Pensiones - TRS | FF | Pago de Pensiones (Pay As You Go) | 7001 | Pensiones del TRS | - | 11,748 | - | 11,748 |
| 017 | Asignaciones bajo la Custodia de la Oficina de Gerencia y Presupuesto | 1282 | Pago de Pensiones - TRS | IP | Pago de Pensiones (Pay As You Go) | 7001 | Pensiones del TRS | - | - | 1,002 | 1,002 |
| 017 | Asignaciones bajo la Custodia de la Oficina de Gerencia y Presupuesto | 1347 | Pago de Pensiones JRS | FF | Pago de Pensiones (Pay As You Go) | 7002 | Pensiones del JRS | - | 10 | - | 10 |
| | | | | | | | | 2,038,088 | 46,661 | 466,977 | 2,551,726 |

**Brian P. Biggio, CPA**
**Senior Associate**



77 West Wacker Drive, Suite 4000
Chicago, IL 60601
M: 312.515.3449
BBiggio@ConwayMacKenzie.com