# EXHIBIT J

| | |
|---|---|
| **From:** | Brian P. Biggio <bbiggio@conwaymackenzie.com> |
| **To:** | Francisco Peña Montanez |
| **CC:** | Raphael Di Napoli |
| **Sent:** | 9/11/2017 3:14:39 PM |
| **Subject:** | FY18 Budgeted Pay-Go by Agency |
| **Attachments:** | FY18 Employer Contributions.xlsx |

Francisco,

Raphael said you were looking for detail of budgeted Pay-Go by agency.

The attached file is a summary of employer contributions in the June 1st version of the budget by fund and agency. This summary was completed by BDO. As you are aware, in the final approved budget, the employer contributions were moved to Agency 17 (under the custody of OMB).

Aside from this, I don't have any budget detail that breaks out Pay-Go by agency. Let me know if you have any questions.

Thanks,
Brian

### Brian P. Biggio, CPA
**Senior Associate**



77 West Wacker Drive, Suite 4000
Chicago, IL 60601
M: 312.515.3449
BBiggio@ConwayMacKenzie.com

*Figures provided by BDO for Consolidated OMB Budget, dated June 1st, 2017 … In final version of budget, all employer contributions were moved to Pay Go under the custody of OMB*

| | | ORIGEN | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **FY 2018 Employers' Pension Contribution** | | Gen. Fund - RC | Gen Fund - AE | AR | FEE | Fed Funds | Ingr. Propios | Prasa | Other Inc | Total |
| AGENCIA | NOMBRE | | | | | | | | | |
| 008 | Oficina del Contralor de Puerto Rico | 2,331 | | | | | | | | 2,331 |
| 010 | Tribunal General de Justicia | | 29,248 | | 0 | 10 | | | | 29,258 |
| 011 | Comisión para la Seguridad en el Tránsito | | | | | 80 | | | 560 | 640 |
| 014 | Junta de Calidad Ambiental | 620 | | | 416 | 633 | | | | 1,669 |
| 015 | Oficina del Gobernador | 895 | | | | 10 | | | | 905 |
| 016 | Oficina de Gerencia y Presupuesto | 1,610 | | | | | | | | 1,610 |
| 018 | Junta de Planificación | 1,410 | 0 | | | | | | | 1,410 |
| 021 | Agencia Estatal para el Manejo de Emergencias y Administración de Desastres | 610 | | | | 329 | | | | 939 |
| 022 | Oficina del Comisionado de Seguros | | | | 757 | | | | | 757 |
| 023 | Departamento de Estado | 419 | | | 282 | | | | | 701 |
| 024 | Departamento de Hacienda | 8,742 | | | 1,253 | | | | | 9,995 |
| 028 | Comisión Estatal de Elecciones | 1,216 | | | | | | | | 1,216 |
| 029 | Administración de Asuntos Federales de Puerto Rico | 75 | | | | | | | | 75 |
| 030 | Oficina de Administración y Transformación de los Recursos Humanos en el Gobierno de PR | 80 | | | 1 | | | | | 81 |
| 034 | Comisión de Investigación, Procesamiento y Apelación | 33 | | | | | | | | 33 |
| 035 | Oficina de Exención Contributiva Industrial | | | | | | 181 | | | 181 |
| 036 | Oficina del Comisionado de Asuntos Municipales | 115 | | | | 80 | | | | 195 |
| 037 | Comisión de Derechos Civiles | 30 | | | | | | | | 30 |
| 038 | Departamento de Justicia | 6,877 | | | 160 | 373 | | | | 7,410 |
| 040 | Policía de Puerto Rico | 51,680 | | | | | 0 | | | 51,680 |
| 042 | Cuerpo de Bomberos de Puerto Rico | 7,152 | | | | | | | | 7,152 |
| 043 | Guardia Nacional de Puerto Rico | 0 | | | | 527 | | | | 527 |
| 049 | Departamento de Transportación y Obras Públicas | 2,813 | | | 2,497 | 39 | | | | 5,349 |
| 050 | Departamento de Recursos Naturales y Ambientales | 50 | | | | | | | | 50 |
| 055 | Departamento de Agricultura | 1,068 | | | 1,218 | 54 | | | | 2,340 |
| 062 | Comisión de Desarrollo Cooperativo de Puerto Rico | 198 | | | | | | | | 198 |
| 065 | Comisión de Servicio Público | 438 | | | 40 | 0 | | | | 478 |
| 066 | Autoridad de Carreteras y Transportación | | | | | | 18,593 | | 0 | 18,593 |
| 067 | Departamento del Trabajo y Recursos Humanos | 199 | | | 3,763 | 1,933 | | | | 5,895 |
| 068 | Junta de Relaciones del Trabajo | 117 | | | 1 | | | | | 118 |
| 069 | Departamento de Asuntos del Consumidor | 99 | | | 33 | | | | | 132 |
| 070 | Corporación del Fondo del Seguro del Estado | | | | | | 28,000 | | | 28,000 |
| 071 | Departamento de Salud | 12,610 | 0 | | 476 | 8,470 | 1,298 | | | 22,854 |
| 075 | Oficina del Comisionado de Instituciones Financieras | | | | 834 | | | | | 834 |
| 078 | Departamento de la Vivienda | 1,039 | | | | 362 | 39 | | 332 | 1,772 |
| 079 | Administración de Compensaciones por Accidentes de Automóviles | | | | | | 2,823 | | | 2,823 |
| 081 | Departamento de Educación | 119,726 | | 0 | 16 | 21,598 | | | | 141,340 |
| 082 | Instituto de Cultura Puertorriqueña | 665 | 0 | | | 16 | 0 | | | 681 |
| 087 | Departamento de Recreación y Deportes | 2,309 | | | | | | | | 2,309 |
| 089 | Administración de la Industria y el Deporte Hípico | 116 | | | 32 | | | | | 148 |
| 090 | Administración de Servicios Médicos de Puerto Rico | 3,712 | | | | | 14,668 | | | 18,380 |
| 095 | Administración de Servicios de Salud Mental y Contra la Adicción | 3,749 | | | | 743 | 9 | | | 4,501 |
| 096 | Oficina de la Procuradora de las Mujeres | 29 | | | | 54 | | | | 83 |

| # | Entidad | C1 | C2 | C3 | C4 | C5 | Total |
|---|---|---|---|---|---|---|---|
| 105 | Comisión Industrial | | | | | 2,119 | 2,119 |
| 106 | Administración de Vivienda Pública | | 0 | 856 | 70 | | 926 |
| 119 | Departamento de Desarrollo Económico y Comercio | 157 | 0 | 477 | 335 | | 969 |
| 120 | Oficina del Procurador del Veterano de Puerto Rico | 91 | | | | | 91 |
| 121 | Junta de Gobierno del Servicio 9-1-1 | | | | | 815 | 815 |
| 122 | Secretariado del Departamento de la Familia | 1,362 | | 575 | | 56 | 1,993 |
| 123 | Administración de Familias y Niños | 5,764 | | 91 | | | 5,855 |
| 124 | Administración para el Sustento de Menores | 890 | 0 | 1,303 | | | 2,193 |
| 126 | Administración de Rehabilitación Vocacional | 81 | | 2,617 | 6 | | 2,704 |
| 127 | Administración de Desarrollo Socioeconómico de la Familia | 5,992 | | 2,389 | | | 8,381 |
| 133 | Administración de Recursos Naturales | 2,698 | 301 | 542 | | | 3,541 |
| 137 | Departamento de Corrección y Rehabilitación | 17,634 | | 0 | 0 | | 17,634 |
| 138 | Fideicomiso Institucional de la Guardia Nacional de Puerto Rico | | | | 42 | | 42 |
| 139 | Junta de Libertad bajo Palabra | 15 | | | | | 15 |
| 141 | Junta Reglamentadora de Telecomunicaciones | | | 613 | | | 613 |
| 152 | Oficina del Procurador de las Personas de Edad Avanzada | 66 | | 434 | | | 500 |
| 153 | Defensoría de las Personas con Impedimentos del Estado Libre Asociado de Puerto Rico | 159 | | 130 | | | 289 |
| 155 | Oficina Estatal de Conservación Histórica | 67 | | 11 | | | 78 |
| 162 | Autoridad de Edificios Públicos | | 20,389 | | 2,173 | | 22,562 |
| 163 | Autoridad de Acueductos y Alcantarillados | | | | 58 | 95,724 | 95,782 |
| 165 | Autoridad de Tierras de Puerto Rico | | | | 942 | | 942 |
| 166 | Compañía de Fomento Industrial | | | 14 | 1,845 | | 1,859 |
| 168 | Autoridad de los Puertos | | | | 9,627 | | 9,627 |
| 172 | Banco Gubernamental de Fomento para Puerto Rico | | | | 1,734 | | 1,734 |
| 177 | Administración de Terrenos | | | | 1,720 | | 1,720 |
| 180 | Compañía de Turismo de Puerto Rico | | | 713 | 5,128 | 676 | 6,517 |
| 184 | Autoridad de Desperdicios Sólidos de Puerto Rico | 399 | | 23 | 0 | | 422 |
| 186 | Autoridad de Conservación y Desarrollo de Culebra | 6 | | | 45 | | 51 |
| 187 | Administración de Seguros de Salud de Puerto Rico | 340 | | | | | 340 |
| 188 | Corporación del Centro Cardiovascular de Puerto Rico y del Caribe | | | | 3,703 | | 3,703 |
| 189 | Instituto de Ciencias Forenses | 1,325 | | | 10 | | 1,335 |
| 191 | Corporación de las Artes Musicales | 243 | 0 | | | | 243 |
| 192 | Corporación del Centro de Bellas Artes de Puerto Rico | 0 | | | 100 | | 100 |
| 195 | Banco de Desarrollo Económico para Puerto Rico | | | | 1,950 | | 1,950 |
| 196 | Corporación de Puerto Rico para la Difusión Pública | 725 | | | | | 725 |
| 198 | Corporación de Seguros Agrícolas | | | | 471 | | 471 |
| 200 | Panel Sobre el Fiscal Especial Independiente | 50 | | | | | 50 |
| 212 | Corporación Pública para la Supervisión y Seguro de Cooperativas de Puerto Rico(COSSEC) | | | | 2,060 | | 2,060 |
| 215 | Corporación del Conservatorio de Música de Puerto Rico | 257 | | | 173 | 7 | 437 |
| 220 | Salud Correccional | 2,354 | | | | | 2,354 |
| 221 | Cuerpo de Emergencias Médicas de Puerto Rico | 1,400 | | 28 | | 309 | 1,737 |
| 231 | Oficina del Procurador del Paciente | 208 | | | | | 208 |
| 235 | Autoridad para el Financiamiento de la Vivienda | 563 | 0 | | 284 | | 847 |
| 241 | Administración para el Cuidado y Desarrollo Integral de la Niñez (ACUDEN) | 645 | | 1,364 | | | 2,009 |
| 258 | Compañía de Comercio y Exportación de Puerto Rico | | | | 1,124 | | 1,124 |
| 264 | Corporación del Proyecto ENLACE del Caño Martín Peña | 134 | | 0 | | 0 | 134 |
| 268 | Instituto de Estadísticas de Puerto Rico | 22 | | | | 36 | 58 |
| 273 | Oficina de Gerencia de Permisos | 0 | | 582 | | | 582 |
| 277 | Administración para el Desarrollo de Empresas Agropecuarias | | | | 1,800 | | 1,800 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 278 | Consejo de Educación de Puerto Rico | 201 | | | | | | | | 201 |
| 279 | Comisión Apelativa del Servicio Público | 204 | | | | | | | | 204 |
| 281 | Oficina del Contralor Electoral | 308 | | | | | | | | 308 |
| 285 | Autoridad de Transporte Integrado | 4,133 | 0 | | | 537 | 283 | | 1,638 | 6,591 |
| 287 | Corporación del Centro Regional del ELA de PR | | | | | | 8 | | | 8 |
| 289 | Comisión de Energía | | | | | | | | 309 | 309 |
| 290 | Oficina Estatal de Política Pública Energética | 0 | | | | 14 | | | | 14 |
| 295 | Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico | 1,625 | | | | | | | | 1,625 |
| 303 | Autoridad del Distrito del Centro de Convenciones | | | | | | 66 | | | 66 |
| 329 | Oficina de Desarrollo Socioeconómico | 267 | | | | | | | | 267 |
| 929 | Sistema de Retiro para Maestros | | | | | | | 2,524 | | 2,524 |
| **Total** | | **283,217** | **49,637** | **0** | **14,053** | **46,661** | **103,882** | **95,724** | **6,857** | **600,031** |