# EXHIBIT K



GOBIERNO DE PUERTO RICO
Oficina de Gerencia y Presupuesto

| PROMESA Requirement #14 | |
|---|---|
| Paygo contributions related to the pension plan in excess of asset balance, consistent with the Fiscal Plan | |
| **Description** | **Amount (in thousands)** |
| **Pension Plan Cost** | 2,847,079 |
| **Revenues** | |
| Employer Contribution - Central Retirement System | 508,432 |
| Employer Contribution - Judiciary | 14,722 |
| Employer Contribution - Teachers | 468,139 |
| Loans | 205,282 |
| Special Laws Retirement System | 326,188 |
| | 1,522,763 |
| **Allocations under the Custody of the OMB** | $ 1,324,316 |



| PROMESA Requirement #14 | |
|---|---|
| **Paygo contributions related to the pension plan in excess of asset balance, consistent with the Fiscal Plan** | |
| **Description** | **Amount (in thousands)** |
| **Pension Plan Cost** | 2,847,079 |
| **Revenues** | |
| Aportación patronal - Sistema de Retiro Central | 508,432 |
| Aportación patronal - Judicatura | 14,722 |
| Aportación patronal - Maestros | 468,139 |
| Préstamos | 205,282 |
| Leyes Especiales Sistema de Retiro | 326,188 |
| | 1,522,763 |
| **Asignaciones Bajo la Custodia de la OGP** | $ 1,324,316 |