# EXHIBIT MM

CONFIDENTIAL
Faten Sabry - June 20, 2019

Page 1

```
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF PUERTO RICO
 2     _____
                                          )
 3     In re:                             )
       THE FINANCIAL OVERSIGHT AND        )
 4     MANAGEMENT BOARD FOR PUERTO        )
       RICO,                              )   PROMESA Title III
 5                                        )   Case No. 17 BK 3283(LTS)
           as representative of           )
 6     THE COMMONWEALTH OF PUERTO         )
       RICO, et al.,                      )
 7                                        )
              Debtors.                    )
 8     _____)
                                          )
 9     In re:                             )
       THE FINANCIAL OVERSIGHT AND        )
10     MANAGEMENT BOARD FOR PUERTO        )
       RICO,                              )
11                                        )   PROMESA Title III
           as representative of           )   Case No. 17-CV-01685(LTS)
12     THE EMPLOYEES RETIREMENT           )   Case No. 17-BK-03566(LTS)
       SYSTEM OF THE GOVERNMENT           )
13     OF THE COMMONWEALTH OF             )
       PUERTO RICO,                       )
14            Debtor.                     )
       _____)
15

16

17            C O N F I D E N T I A L

18

19         VIDEOTAPED DEPOSITION OF

20            FATEN SABRY, PH.D.

21         Thursday, June 20, 2019

22            New York, New York

23

24     Reported By:

25     LINDA J. GREENSTEIN
```

GregoryEdwards, LLC | Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

CONFIDENTIAL
Faten Sabry - June 20, 2019

Page 6

```
 1              MR. STEWART:  Geoff Stewart and
 2    David Fox from Jones Day for the Witness
 3    and for the Movants in this matter.
 4              THE VIDEOGRAPHER:  We also have
 5    participants on the phone.
 6              Could we have you introduce
 7    yourselves.
 8              MR. GREEN:  Jesse Green from
 9    White & Case on behalf of the Puerto Rico
10    funds.
11              MS. SOMBUMTHAM:  Natalie
12    Sombumtham from FTI Consulting for the
13    Retiree Committee.
14              THE VIDEOGRAPHER:  Will the
15    court reporter please swear in the
16    witness.
17              FATEN SABRY, PH.D.,
18    having been first duly sworn, was examined
19    and testified as follows:
20    EXAMINATION BY
21    MR. DALSEN:
22         Q.   Good morning.
23              Could you please state your full
24    name for the record.
25         A.   Good morning.
```

CONFIDENTIAL
Faten Sabry - June 20, 2019

1  identify that you have been asked by
2  counsel to evaluate whether there has been
3  a diminution in value of the collateral of
4  the ERS bonds after the imposition of the
5  PROMESA stay; is that right?
6      A.   Right.
7      Q.   And your report does not opine
8  on whether there has been any diminution in
9  value of the collateral of the ERS bonds
10 after the imposition of the PROMESA stay?
11     A.   The questions that I was asked
12 to address do inform the assessment of
13 whether there is a diminution in value of
14 the collateral --
15     Q.   But your report -- sorry.  You
16 can complete your answer.
17     A.   The third sentence in the
18 Exhibit 4 that you handed me explain that.
19          It says:  "More specifically,
20 I've been asked to evaluate the financial
21 position of ERS," and goes through the list
22 of what's in paragraph 27.
23     Q.   Right.  But for Exhibit 4, you
24 don't recall having prepared Exhibit 4; is
25 that right?

GregoryEdwards, LLC | Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

CONFIDENTIAL
Faten Sabry - June 20, 2019

Page 40

```
1         A.    I don't recall.
2         Q.    And it is the case that your
3    report, Exhibit 1 to today's deposition,
4    does not opine on whether there has been
5    diminution in value of the collateral of
6    ERS bonds; is that correct?
7               MR. STEWART:  Objection.
8         A.    As I said a minute ago, I
9    believe that the questions that I answered
10   in my report, and specifically in paragraph
11   28, address and inform the question as to
12   whether there has been a diminution in the
13   value of the collateral.
14        Q.    And regardless of whether the
15   questions that you have answered in your
16   report address and inform the question of
17   whether there's been a diminution in value
18   of collateral, your report does not opine
19   one way or the other whether there, in
20   fact, has been diminution in value of
21   collateral; is that right?
22              MR. STEWART:  Objection.
23        A.    Would you please repeat the
24   question?
25              MR. DALSEN:  Can you repeat
```

CONFIDENTIAL
Faten Sabry - June 20, 2019

Page 41

```
 1    that.
 2            (Requested portion of record
 3    read.)
 4            MR. STEWART:  Same objection.
 5       A.   I disagree with -- with that and
 6    I stand with my answer that I said before.
 7       Q.   Can you point me to any place in
 8    your report in Exhibit 1 where you state
 9    your opinion as to whether there has been
10    diminution in value of the collateral of
11    ERS bonds?
12       A.   My opinions are in -- or my
13    findings are summarized in paragraph 28.
14       Q.   And can you point me to anywhere
15    in paragraph 28 where you opine one way or
16    the other whether there has been diminution
17    in value of the collateral of ERS bonds?
18       A.   As I stated in my earlier
19    response, my answer to the questions of
20    assessing the valuation -- the financial
21    position of ERS and PayGo system, the
22    assessment of the various risks of
23    repayment of the bonds due to various
24    factors informed the question on the
25    diminution of collateral.
```

CONFIDENTIAL
Faten Sabry - June 20, 2019

Page 42

```
 1         Q.    Right.  But the answer to my
 2   question of whether you can point me to
 3   anywhere in paragraph 28 where you opine
 4   one way or the other whether there has been
 5   diminution in value of the collateral of
 6   the ERS bonds, the answer to that question
 7   is no, you cannot; correct?
 8               MR. STEWART:  Objection.
 9         A.    No, and I do stand by my prior
10   answer.
11         Q.    And just to be clear, your
12   answer is no, you cannot point me to a
13   place in paragraph 28 where you opine one
14   way or the other whether there has been
15   diminution in value of the collateral in
16   ERS bonds, and then in addition to that,
17   you stand by your prior answer?
18               MR. STEWART:  Objection.
19               That was not her prior answer.
20               MR. DALSEN:  Okay.
21               Let me try this again.
22               MR. STEWART:  Well, you've asked
23   the question I think five times now.  You
24   may not like the answer, but you've got
25   your answer.
```

CONFIDENTIAL
Faten Sabry - June 20, 2019

Page 43

1   BY MR. DALSEN:
2        Q.   And putting aside paragraph 28,
3   you cannot point me to anywhere in
4   Exhibit 1, which is your expert report,
5   where you opine one way or the other
6   whether there has been diminution in value
7   of the collateral of ERS bonds; is that
8   correct?
9        A.   I disagree.  I -- my -- my
10  entire report that -- where I evaluate the
11  financial position of ERS and assess the
12  various risks of repayments due to various
13  conditions address the question of whether
14  there was diminution in value of the
15  collateral.
16       Q.   And can you point me to any
17  statement in Exhibit 1 where you say that
18  it is your opinion one way or the other
19  whether there has been diminution in value
20  of collateral of ERS bonds?
21       A.   No.
22            MR. DALSEN:  Let's take a short
23  break.
24            THE VIDEOGRAPHER:  Going off the
25  record.

CONFIDENTIAL
Faten Sabry - June 20, 2019

Page 76

```
1    with paragraph 69, I summarize data on the
2    largest nonpayments of PayGo by
3    municipalities in fiscal year 2018, as well
4    as unpaid PayGo fees by public corporations
5    as well.
6         Q.    But none of the paragraphs in
7    Section B starting on page 42 analyzed the
8    cause of the missed payments of PayGo fees;
9    right?
10        A.    Yes.
11        Q.    Now, when you're talking about
12   missed payments of PayGo fees, I think you
13   just said that what you're referring to --
14   and my question is whether this is correct
15   -- you're referring to municipalities and
16   public corporations that have failed to pay
17   on their PayGo invoices; is that right?
18        A.    In this section that that was
19   the focus of the discussion, yes.
20        Q.    But when you say -- when you
21   refer to missed payments in paragraph 64,
22   you're not referring to any failure of the
23   Commonwealth to fulfill the guarantee to
24   pay PayGo fees under Act 106; correct?
25             MR. STEWART:  Objection.
```

CONFIDENTIAL
Faten Sabry - June 20, 2019

Page 77

1   A.   I'm -- what do you mean that the
2   Commonwealth guarantees payment of PayGo
3   fees?  It's my understanding that the
4   Commonwealth guarantees payments of pension
5   benefits to retirees.  That's the guarantee
6   that I discuss in my report.
7        That's not the same thing as
8   guaranteed the fees.
9   Q.   Are you aware of the
10  Commonwealth failing in any respect to
11  fulfill the guarantee identified in Act
12  106?
13  A.   No.
14  Q.   Dr. Sabry, I'd like to ask you
15  now about Exhibit 2 to the deposition,
16  which is your rebuttal report.
17       And I want to begin by asking
18  you about the summary of your opinions in
19  paragraph 3.
20       So beginning in paragraph 3(a),
21  you say that:  "Mr. Malhotra's conclusion,
22  that the net present value of the PayGo
23  projections exceeds the debt obligation,
24  does not necessarily mean that the ERS bond
25  obligations will be repaid."

CONFIDENTIAL
Faten Sabry - June 20, 2019

Page 83

1  proposed 10 percent reduction in the
2  pension payments, so that's a risk to
3  repayment of the bonds, if there are
4  additional reductions, for example, in
5  pension payments in the future.
6      Q.   So is it fair to say that you're
7  adopting Milliman's analysis and Mr.
8  Malhotra's opinion on the matter that you
9  just discussed?
10     A.   No.
11     Q.   Do you independently analyze and
12 provide an opinion as to reduction in the
13 projections that Milliman provided in your
14 report?
15     A.   I could not do that because I --
16 I have specifically asked for certain
17 production, certain electronic files
18 related to the projections of Milliman, as
19 well as Mr. Malhotra, and I have not
20 received all of the information that I need
21 to -- to independently verify their
22 projections.
23     Q.   You also mentioned potential
24 future changes to retirement benefits that
25 could negatively impact PayGo projections.

CONFIDENTIAL
Faten Sabry - June 20, 2019

Page 86

```
 1    for in his calculation of NPV, the
 2    remaining factors that you discuss in
 3    paragraph 3(b) of your report are only
 4    describing factors that could affect the
 5    NPV of the projections and the servicing of
 6    the bonds, not factors that, in fact,
 7    affect the NPV and servicing of the bonds;
 8    right?
 9        A.    No, they are factors that could
10    affect the NPV of the projections and Mr.
11    Malhotra did not take them into account.
12              For example, the failure of
13    certain municipalities and public
14    corporations to remit their PayGo invoices
15    in full is -- is a credit risk, is a credit
16    risk that even the Department of Treasury
17    acknowledged in its -- in its documents.
18        Q.    And while in your view Mr.
19    Malhotra did not account for those factors
20    that you believe could affect the NPV and
21    servicing of the bonds, in your report,
22    your rebuttal report here, you also do not
23    undertake the analysis that in your view
24    Mr. Malhotra should have undertaken; right?
25        A.    That's correct, and -- and I
```

CONFIDENTIAL
Faten Sabry - June 20, 2019

Page 87

1   discussed earlier the -- my request for
2   additional production regarding these --
3   the models underlying the projections.
4        Q.   I want to direct you to
5   paragraph 9 of your rebuttal report, which,
6   again, just for the record, is Exhibit 2 to
7   the deposition.
8             Now, the heading above paragraph
9   9 on page 4 of Exhibit 2 says:
10            "The NPV of the PayGo
11  Projections Relative to the Bondholder
12  Claims Does Not Ensure Repayment of the ERS
13  Bonds."
14            Do you see that?
15       A.   Yes.
16       Q.   What do you mean by "ensure
17  repayment"?
18       A.   It means that the comparison
19  that Mr. Malhotra did of the NPV to the
20  debt obligation does not necessarily
21  demonstrate the adequacy of funds to
22  service the ERS bonds.
23       Q.   Isn't it always the case that an
24  NPV calculation may 40 years down the road
25  be incorrect?

CONFIDENTIAL
Faten Sabry - June 20, 2019

Page 88

1   A.   That is part of the problem.
2        Mr. Malhotra in his backup
3   acknowledged that there are various
4   assumptions and inputs that go into the
5   model that could -- that if they were
6   changed they will change the projections in
7   a significant way, but Mr. Malhotra did not
8   present in his report how he accounted for
9   any of these risks or uncertainties.
10  Q.   And in your rebuttal report
11  here, you did not perform a calculation of
12  NPV accounting for the various
13  uncertainties and risks that you believe
14  Mr. Malhotra should have accounted for;
15  right?
16  A.   Yes, and I also do not have all
17  of the backup files to be able to replicate
18  his work in full.
19  Q.   And in your rebuttal report, you
20  do not offer an opinion as to an
21  appropriate discount rate to use in an NPV
22  calculation for the PayGo fees; right?
23  A.   Would you please repeat the
24  question?
25       (Requested portion of record

CONFIDENTIAL
Faten Sabry - June 20, 2019

Page 92

1    Malhotra used is inappropriate for the
2    purpose that he used it for.
3        Q.   And so you have not performed an
4    analysis of the credit risk associated with
5    ERS bonds and compared that to the credit
6    risks associated with GO bonds in your
7    rebuttal report?
8        A.   No.
9        Q.   I want to direct you to --
10   actually, I think I'm done with that
11   document for now.
12            Dr. Sabry, you understand you
13   may be called for cross-examination in New
14   York City on July 2nd?
15       A.   Yes.
16       Q.   Where do you intend to be on
17   July 2nd?
18       A.   In New York.
19            MR. DALSEN:  With that, I'll
20   pass the witness.
21   EXAMINATION BY
22   MR. STEWART:
23       Q.   Dr. Sabry, you were asked
24   questions in the course of your deposition
25   about a guarantee coming from the

CONFIDENTIAL
Faten Sabry - June 20, 2019

Page 93

```
 1    Commonwealth as a result of the enactment
 2    of what's called Act 106 of 2017.
 3            What did you understand that
 4    guarantee to be a guarantee of?
 5        A.    I understand that the guarantee
 6    is -- is a guarantee from the Commonwealth
 7    to make pension payments.
 8        Q.    Pension payments to whom?
 9        A.    To retirees and beneficiaries
10    under the ERS system.
11        Q.    The ERS system is the defined
12    benefits system we've been talking about?
13        A.    That's correct.
14        Q.    You understand you were also
15    questioned by Mr. Dalsen about something
16    called PayGo fees?
17        A.    Yes.
18        Q.    Are PayGo fees the same thing as
19    the payments to retired people in Puerto
20    Rico?
21        A.    As I understand it, no.
22        Q.    What are PayGo fees?
23        A.    As I understand it, PayGo fees
24    are the invoices that are assigned to the
25    obligors of the system, the Commonwealth,
```

CONFIDENTIAL
Faten Sabry - June 20, 2019

Page 94

```
1    the public corporations and municipalities.
2        Q.   So an invoice would go, for
3    example, to the City of Mayaguez, Puerto
4    Rico to pay a PayGo fee?
5             MR. DALSEN:  Object to form.
6        A.   That's my understanding.
7        Q.   And then if the city pays the
8    PayGo fee, what would you call that
9    payment?
10       A.   I'd call it a payment of the
11   PayGo invoice.
12       Q.   If the City of Mayaguez didn't
13   pay that, what kind of guarantee is there
14   from the Commonwealth for payment of that
15   PayGo invoice?
16       A.   As --
17            MR. DALSEN:  Object to form.
18   BY MR. STEWART:
19       Q.   You may answer.
20       A.   As I understand it, the
21   Commonwealth would guarantee the payments,
22   that all -- the benefits, the retirement
23   benefits, but that's not the same thing as
24   the PayGo invoices.
25       Q.   You were asked a couple of
```