# EXHIBIT NN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO


In re:
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
                    as representative of
THE COMMONWEALTH OF PUERTO RICO, et al.
                    Debtor,
----------------------------------------X
In re:
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
                    as representative of
THE EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO,
                    Debtor.


                         450 Park Avenue

                         New York, New York

                         June 18, 2019 - 9:35 A.M.


        EXAMINATION BEFORE TRIAL of GAURAV MALHOTRA, an
Expert Witness herein, taken by the attorneys for
the respective parties, pursuant to Notice, held at
the above-stated time and place, before Melissa
Leonetti, RPR, a Notary Public of the State of New
York.

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

Video Deposition of Gaurav Malhotra, 6/18/2019

5

1                    G. MALHOTRA

2              THE VIDEOGRAPHER:  We are now on the

3         video record.  This is the video deposition

4         of Gaurav Malhotra in the matter of In Re:

5         The Financial Oversight and Management Board

6         for Puerto Rico, et al., held at the offices

7         of Jones Day, 450 Park Avenue, New York, New

8         York, on Tuesday, June 18th, at 9:35 a.m.

9              I am Martin Zinkel, the videographer.

10        The court reporter is Missy Leonetti.  We are

11        from the firm of Advanced Depositions in

12        Philadelphia, Pennsylvania.

13             Appearances will be noted on the

14        stenographic record, and the reporter will

15        now swear in the witness.

16   GAUROV MALHOTRA, after having first

17   been duly sworn by a Notary Public of the State of

18   New York, was examined and testified as follows:

19   EXAMINATION BY

20   GEOFFREY S. STEWART, ESQ.:

21        Q.    Good morning, Mr. Malhotra.

22        A.    Good morning.

23        Q.    You and I have met before?

24        A.    Yes.

25        Q.    It's nice to see you again.  You have



advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

Video Deposition of Gaurav Malhotra, 6/18/2019

52

G. MALHOTRA

1

2      Q.      Do you see in the first full paragraph

3    there's a reference to something called a Pay-Go

4    fee?

5      A.      Yes.

6      Q.      Do you know what a Pay-Go fee is?

7      A.      My assumption of the Pay-Go fee is the

8    costs related to paying benefits for ERS retirees in

9    any given year.

10     Q.      If you could look at the definition of

11   Pay-Go fee.  I'm not going to read it aloud, because

12   it's a little bit too long.

13          My question to you is going to be

14   whether your understanding of the Pay-Go fee is

15   consistent with what this definition provides on

16   page 15 of our exhibit.

17     A.      I just need to read it once.

18     Q.      Please.

19     A.      Generally seems consistent.

20     Q.      Let me ask you some questions about the

21   Pay-Go fee.

22          Who was it who actually paid a Pay-Go

23   fee?

24          MS DALE:  Objection to the form of the

25   question.

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

53

1                    G. MALHOTRA

2       Q.    If you know.

3             MS DALE:  Ever?  When?

4             MR. STEWART:  Just generally who pays

5       Pay-Go fees.

6       A.    Hacienda pays the Pay-Go amounts.

7       Q.    Who does Hacienda pay them to?

8       A.    My understanding is that it actually is

9       being paid to the retirees directly.

10      Q.    Where does the Pay-Go money come from?

11      A.    It comes from the Commonwealth's budget.

12      Q.    From any other source?

13      A.    No.

14      Q.    Do you know what account -- well,

15      actually, let me -- let's go to page 16.  On page 16

16      under section 2.1, there's something described

17      called the --

18            MS DALE:  Where are you --

19            MR. STEWART:  Page 17.  I apologize.

20      Q.    Let me back up to page 16.  Sorry to be

21      jumping around.

22            Do you see in the middle of the page 16

23      under the subparagraph R, there's something

24      defined called an Accumulated Pension?

25      A.    Yes.

Video Deposition of Gaurav Malhotra, 6/18/2019

54

1                           G. MALHOTRA

2          Q.    Do you know what an accumulated pension

3     is?

4                 MS DALE:  Objection to the form of the

5          question.

6                 Are you asking him what this defined

7          term is or just generally?

8                 MR. STEWART:  I guess let me start

9          generally, then I'll move to his term.

10         A.    Generally it's based on years of service

11    a certain employee has accrued in terms of what

12    their pension benefit will be is what I would assume

13    that accrued pension is.

14         Q.    Let's go now to page 17.

15                Do you see at the top of the page

16    there's a header, section 2.1, Accumulated

17    Pensions Payment Account?  Do you see that?

18         A.    Yes.

19         Q.    Do you know what the accumulated pensions

20    payment account is?

21         A.    I do not.

22         Q.    Or where it is held?

23         A.    No.

24         Q.    Or how it is funded?

25         A.    No.

Video Deposition of Gaurav Malhotra, 6/18/2019

55

G. MALHOTRA

1

2      Q.     Or what it is used for?

3      A.     I mean, the accumulated pensions payment

4   account, this particular account, I have not heard

5   -- come across that definition before.

6      Q.     Okay.  You can close this exhibit, then,

7   if you haven't seen it.

8      A.     (Witness complies.)

9      Q.     Do you know how Hacienda makes payments

10  to retirees?

11     A.     My understanding is that it's done on a

12  monthly basis in terms of the retiree checks that --

13  or the pension checks that need to be made to the

14  retirees on the monthly basis, Hacienda is making

15  those payments.

16     Q.     Do you know how Hacienda knows how much

17  the payment should be?

18     A.     I do not.

19     Q.     Do you know what the chart of accounts is

20  at Hacienda in terms of tracking which account those

21  payments are made from?

22         MS DALE:  Objection to the form of the

23     question.

24     A.     In terms of which specific bank accounts

25  those checks are made out of, I do not know exactly

56

1                           G. MALHOTRA

2    which bank accounts, because I assume Hacienda has

3    lots of different bank accounts.  I don't know which

4    particular different bank account the checks go out

5    of.

6           Q.    In terms of Hacienda's accounting, do you

7    know which journal entries are made to reflect those

8    payments to retirees?

9           A.    I do not.

10          Q.    Or what accounts those journal entries

11   are made with respect to?

12          A.    I do not.

13          Q.    Do you know of something called -- I

14   think I've asked you about Pay-Go fees.  Do you know

15   what is the difference, if any, between a Pay-Go fee

16   on one hand and the amount Hacienda pays retirees on

17   the other?

18          A.    My assumption it would be the same

19   amount.

20          Q.    Would it, in fact, be the same thing as

21   opposed to the same amount?

22          A.    The payments of current retiree checks

23   would be -- would be -- would be the Pay-Go fees.

24          Q.    Okay.

25                Are you aware that public corporations

57

                        G. MALHOTRA

1    in the Commonwealth are required to periodically

2    make payments to Hacienda with respect to

3    retirement benefits?

4        A.    Yes.

5        Q.    What are those payments?

6        A.    Those would be the payments for the

7    retirees of those public corporations that the

8    public corporations need to make.

9        Q.    Okay.  And that's how the Pay-Go system

10   works?

11       A.    Yeah.  That is my understanding.

12       Q.    Okay.  What's the name given to those

13   payments?

14       A.    The payments from the corporations?

15       Q.    Yes.

16       A.    Those would be the payments that are due

17   for the retirees of the corporations, and then they

18   would -- if Hacienda has made the payments on behalf

19   of those corporations, those payments would be paid

20   back to Hacienda.

21       Q.    By the public corporations in this case?

22       A.    That's correct.

23       Q.    What do you call those payments?

24       A.    Reimbursements.

Video Deposition of Gaurav Malhotra, 6/18/2019

58

1                          G. MALHOTRA

2         Q.    Are you aware of similar payments made by

3    the Commonwealth itself?

4              MS DALE:  Objection to the form.

5         A.    Commonwealth that has made on behalf of

6    other like municipalities, for instance?

7         Q.    No, the Commonwealth on behalf of the

8    Commonwealth.

9         A.    I'm not sure I understand the question.

10        Q.    Let me ask this:  With respect to

11   municipalities, do they pay a similar reimbursement

12   to Hacienda?

13        A.    They're supposed to, yes.

14        Q.    But that changed recently with Act 29?

15              MS DALE:  Objection to the form.

16              To the extent you understand.

17        Q.    Just say yes or no.

18        A.    It is still being pursued in terms of

19   collecting from the municipalities for their portion

20   of payments made to their retirees.

21        Q.    There is a statute we can mark called Act

22   29.

23        A.    Yes.  I don't remember the exact act

24   number, but I'm aware.

25        Q.    You've seen Act 29 before?

advanced
depositions

Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

59

                        G. MALHOTRA

1

2          A.     I've heard about it.  I have not studied

3     it.

4                 MR. STEWART:  Let's mark it so it's in

5          the record as Malhotra Exhibit 6.

6                 (Whereupon, Act 29 was marked as

7          Malhotra Exhibit 6 for identification, as of

8          this date.)

9          Q.     Mr. Malhotra, the reporter's placed

10    before you Malhotra Exhibit 6, which is a certified

11    translation of something called Law 29 of May 17,

12    2019.

13                Have you seen this provision either in

14    Spanish or in translation before?

15         A.     I have not seen this entire provision,

16    no.

17         Q.     Do you know what it does or purports to

18    do?

19         A.     I believe -- and I need to confirm it --

20    that this law is about not having municipalities

21    required to make contributions, but I would need to

22    confirm it.

23         Q.     But you said that something with respect

24    to this is still under consideration?

25         A.     Yeah.  It would not necessarily be

60

1                          G. MALHOTRA
2    consistent with the fiscal plan.
3           Q.     That's a matter of being dealt with the
4    board on one hand and the central government on the
5    other?
6                  MS DALE:   That's a yes or no.
7           A.     Yes.
8           Q.     Are you involved in those discussions?
9           A.     Not directly.
10          Q.     Did you take Law 29 into account in the
11   net present value analysis that you conducted?
12          A.     Not directly.
13          Q.     How did you take it into account, if at
14   all?
15          A.     We separately quantified the impact of
16   the Pay-Go associated with the retirees of the
17   municipalities and the NPV of that.
18          Q.     And so you did your calculation both
19   including and not including the municipalities'
20   Pay-Go?
21          A.     That's correct.
22          Q.     I was asking you about -- where the money
23   to make these payments of retirees came from.   I
24   believe you said they were reimbursements from
25   public corporations and subject to this Law 29,

Video Deposition of Gaurav Malhotra, 6/18/2019

61

1                    G. MALHOTRA

2    reimbursements from municipalities, correct?

3         A.    Just to clarify, the money came from the

4    central government's budget is what I had clarified,

5    that that's how the pension payments for the

6    retirees are being made today is from the budget of

7    the central government.

8              And reimbursements for those retirees

9    that are associated with the public corporations

10   and the municipalities are amounts owed back to

11   the central government from those entities.

12        Q.    You referred to those as retirements?

13        A.    That's correct.

14        Q.    Many of the retirees are people who had

15   worked for the central government during their

16   careers, correct?

17        A.    Yes.

18        Q.    And so Hacienda makes retirement payments

19   to those people as appropriate, correct?

20        A.    That's correct.

21        Q.    What means of reimbursement, if any, is

22   there from the central government to Hacienda with

23   respect to retirement payments to people who retired

24   from the central government?

25        A.    Could you ask that question again,



advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 ▪ www.advanceddepositions.com

Video Deposition of Gaurav Malhotra, 6/18/2019

62

                         G. MALHOTRA

1

2    please.

3         Q.    I'm just going to repeat it.

4              What means of reimbursement, if any, is

5    there from the central government to Hacienda with

6    respect to retirement payments made to people who

7    retired from the central government?

8         A.    I do not know if there is any specific

9    reimbursement from central government.

10        Q.    All right.  Do you know how the amount of

11   the reimbursement is calculated?

12        A.    Yes.  It is supposed to be the actual

13   payments that are made more specific retirees

14   associated with the municipalities or the

15   corporations.

16        Q.    Do you know who calculates that amount?

17        A.    I do not.

18        Q.    Do you know if the amount is calculated

19   in advance or calculated after the retiree payments

20   have been made?

21        A.    I'm not sure about that.

22        Q.    Do you know the mechanism by which

23   various employers are told what to pay?

24              MS DALE:  Objection to the form of the

25        question.

advanced
depositions

Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

63

1                          G. MALHOTRA

2          A.     My understanding is it is based on the

3     actual payments that go to their specific retirees

4     on a monthly basis is the source of the data.

5     That's the extent of my understanding around it.

6          Q.     But you -- do you know whether employers

7     receive invoices from anybody?

8          A.     My understanding is that there are

9     invoices that are sent out, but I'm not sure about

10    it.

11         Q.     Do you know who sends the invoices?

12         A.     My assumption would be Hacienda.  I'm not

13    sure.

14         Q.     Let's go back to your declaration, which

15    is Malhotra Exhibit Number 1.  I think you

16    testified, Mr. Malhotra, you've been retained today

17    serve as an expert by the Proskauer Law Firm in

18    connection with the motion brought by the

19    bondholders for relief from the stay; is that

20    correct?

21         A.     That is correct.

22         Q.     And that motion is to be heard on July

23    2nd here in New York by Judge Swain?

24         A.     That is my understanding.

25         Q.     I assume you plan to attend the hearing?



65

1                          G. MALHOTRA
2    adds up the claim amount for Series A, B, and C.
3         Q.    Is that document identified as one of the
4    materials you considered on page 8 of your report?
5         A.    I don't see it here.
6         Q.    Okay.  Who prepared that spreadsheet?
7         A.    It would be my team.  It would be a
8    summary from the claim file that was publicly
9    available.
10        Q.    When did they prepare this spreadsheet?
11        A.    Probably in the last month or so.
12        Q.    Okay.
13              MR. STEWART:  We would request that be
14        produced, please.
15              MS DALE:  Sure.
16        Q.    Now, in the course -- you go on to say in
17   paragraph 7 -- you've excluded the Teachers'
18   Retirement System and the Judiciary Retirement
19   System, correct?
20        A.    Correct.
21        Q.    And going back to your paragraph 7, did
22   you, in fact, reach an opinion of the net present
23   value of projected retirement benefit payments to be
24   paid by the Commonwealth to pensioners who
25   participated in the ERS retirement system?



Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

Video Deposition of Gaurav Malhotra, 6/18/2019

66

1                    G. MALHOTRA

2        A.     Yes.

3        Q.     Is that set forth in paragraph 14 of your

4   declaration?

5        A.     Yes.

6        Q.     And in Exhibit 1A, which follows

7   paragraph 14?

8        A.     That is correct.

9        Q.     Did there come a time when you were asked

10  to expand the scope of your work beyond what is set

11  forth in paragraph 7?

12       A.     The context of the work was not expanded.

13  We probably had more detail that was provided, but

14  the context of the work did not expand.

15       Q.     Did there come a time when you were asked

16  to also give an opinion with respect to the report

17  submitted by the bondholders' expert, Dr. Faten

18  Sabry?

19       A.     Yes.

20              (Whereupon, a Rebuttal Declaration was

21         marked as Malhotra Exhibit 7 for

22         identification, as of this date.)

23       Q.     Mr. Malhotra, the reporter's placed

24  before you Malhotra Exhibit 7.

25              Is this your rebuttal declaration?

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

Video Deposition of Gaurav Malhotra, 6/18/2019

71

1                       G. MALHOTRA

2        A.    Yes.

3        Q.    And that's what you described to us

4    earlier as the ProVAL analysis?

5        A.    Yes.  That's the raw data file that has

6    now been provided as well.

7        Q.    And so now you've told us everything you

8    considered in reaching your opinions?

9        A.    Yes.

10       Q.    All the facts and all the data?

11       A.    To the best of my understanding, yeah.

12       Q.    Okay.  Are you aware that the bondholders

13   have retained professor Andrew Samwick to testify as

14   an expert on their behalf?

15       A.    Yes.

16       Q.    Have you read Professor Samwick's report?

17       A.    Not in detail, but I have -- I have

18   looked at it, yes.

19       Q.    Do you consider yourself competent to

20   agree or disagree with the opinions Professor

21   Samwick expresses?

22       A.    I would not be able to agree or disagree.

23       Q.    Do you plan to offer any opinion with

24   respect to the work of Professor Samwick?

25       A.    I do not.

Video Deposition of Gaurav Malhotra, 6/18/2019

73

1                   G. MALHOTRA

2     assumptions in a number of areas.

3              First of all, did you assume one way or

4     the other for purposes of your exercise whether

5     the bondholders had a valid security interest?

6        A.     That was not considered.

7        Q.     Okay.  Were you told to assume that the

8     amount of benefits paid to retirees would equal the

9     amount of reimbursements paid to Hacienda by the

10    government employers?

11             MS DALE:  Objection to the form.

12       A.     Could you ask that question again,

13    please.

14       Q.     Were you told to assume that the amount

15    of retirement benefits to be paid to retirees would

16    equal the amount of reimbursements Hacienda would

17    receive from the government employers?

18             MS DALE:  Same objection.

19       A.     No.  We were told to calculate the total

20    cost of the retiree payments that were due in any

21    given year.

22       Q.     Without regard to whether there was

23    sufficient reimbursement to make Hacienda whole for

24    those retirement payments?

25             MS DALE:  Objection.

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

74

G. MALHOTRA

1

2     A.    Correct.  That was not a consideration.

3     Q.    Were you told to assume that the stream

4  of payments -- I'm now going to ask you about the

5  bondholders' claim and assumptions you may have made

6  or may not have made about the bondholders' claims.

7     A.    Okay.

8     Q.    Were you told to assume the stream of

9  payments to the bondholders would continue until

10  2058?

11     A.    That was not an assumption that we

12  included.

13     Q.    You understand that the last scheduled

14  payment on the bonds is in the year 2058, correct?

15     A.    That is correct.

16     Q.    Okay.  Were you -- did you assume that

17  the payments to the bondholders would occur in the

18  amounts and on the schedule set forth in the

19  underlying bond documents?

20     A.    That was not a part of our Pay-Go

21  calculations.

22     Q.    Were you told to assume that schedule

23  would not change in any way?

24     A.    No.

25     Q.    You understand that because ERS and the

advanced
depositions

Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

87

G. MALHOTRA

1
2  factor at 3.58 percent is multiplied by the column

3  titled Pay-Go Net of Municipalities?

4       A.    Yes.

5       Q.    That's footed to a number that's

6  23,064,775?

7       A.    Yes, at 3.79 percent -- oh --

8       Q.    That's at 3.58 percent?

9       A.    That's right.

10      Q.    And then the far right two columns do the

11  same exercise at a higher discount rate, correct?

12      A.    That's correct.

13      Q.    Okay.  This is the calculation that found

14  its way into Exhibit 1A of your report?

15      A.    Yes.

16      Q.    What does that calculation purport to

17  tell us?

18      A.    It says that the total amount of

19  forecasted ERS Pay-Go of 26.9 billion on a present

20  value basis at 3.58 discount rate is in excess of

21  the estimated $3.8 billion bonds.

22      Q.    Now, in conducting your analysis, the --

23  let's stay on Exhibit 8 -- Pay-Go numbers that you

24  used were the numbers that Hacienda was expected to

25  pay to retirees in all of those years, correct?

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 · www.advanceddepositions.com

88

1                        G. MALHOTRA

2        A.     That is correct.

3        Q.     With the adjustments that you've told me

4    about for municipalities and without municipalities?

5    You calculated it both ways?

6        A.     Yes.

7        Q.     Okay.  Did you give any consideration to

8    conducting this analysis with respect to the

9    reimbursements Hacienda would receive from

10   government employers instead of the amounts Hacienda

11   would pay to retirees?

12       A.     No.

13       Q.     Why not?

14       A.     Because we -- we're considering Hacienda

15   and the Commonwealth to be the same.  The

16   Commonwealth would essentially be reimbursing itself

17   is what that would equate to, so we did not.

18       Q.     Did you give any thought to conducting

19   this analysis with respect to the reimbursements

20   Hacienda could expect from public corporations and

21   municipalities?

22       A.     Yes.  We calculated the public

23   corporations and the municipalities separately, and

24   so we sort of laid those out separately to know what

25   the impact is if either of them decide not to pay.

advanced
depositions

Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

Video Deposition of Gaurav Malhotra, 6/18/2019

89

1                           G. MALHOTRA

2        Q.     Where is that set forth?

3        A.     So the Pay-Go for municipalities is the

4    fifth column here, which is the 57/58 aggregate or

5    the 5.8 billion.

6        Q.     You're referring to the footing at the

7    bottom of that column?

8        A.     Yes.

9        Q.     Okay.   Where is the analysis for the

10   public corporations?

11       A.     So the non-fiscal plan corporations, I

12   think the total of that 3.6 billion, we have to go

13   to the ProVAL report.   And again, if we look at the

14   total of 47.7 billion less, what we know is the

15   total fiscal plan agencies and the corporations,

16   less the 5.8 billion for the municipalities, you can

17   actually back into the 3.6 billion.   Because we have

18   the aggregate 47.7 that is basically provided from

19   our ProVAL report and its aggregate, and then we

20   have the individual components to be able come up

21   with what the non-fiscal plan's corporations is.

22       Q.     I think you're going to have to help me

23   with that one more time.

24       A.     Sure.

25       Q.     First of all, are all public corporations

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

Video Deposition of Gaurav Malhotra, 6/18/2019

91

1                          G. MALHOTRA

2        Q.     Okay.

3        A.     I do not know how many they are.

4        Q.     On Exhibit 1A, show me, if you could, how

5    you went from the calculation on Exhibit 8 to get

6    the numbers on Exhibit 1A, starting with FP

7    agencies.

8        A.     So FP agencies, the 31.9 and the 6.4

9    together make up the 38.353.

10       Q.     So how do you know which is which?

11       A.     I would have to go back to, I think, a

12   ProVAL report or -- to be able to break down.

13              So in the overall census data file, at

14   the end of census data file, there is a coding

15   that says who is a fiscal plan entity, who is not

16   a fiscal plan entity, what is a corporation.

17              So there is actually a listing in that

18   census data file that says here's how every

19   employee is in the last most column coded to

20   either a corporation or an agency.

21              So we would have to go back to that to

22   do the breakdown.  But in aggregate, those two

23   numbers would be the 38.3.

24       Q.     In order to double-check your math, I

25   would need to go to ProVAL to disaggregate the 38.3;

Video Deposition of Gaurav Malhotra, 6/18/2019

92

1                          G. MALHOTRA

2    is that right?

3          A.    That's right.  Or we could probably

4    provide it separately.

5          Q.    And then we would do the same exercise

6    for the other columns on Exhibit -- on Exhibit 1,

7    the table found in Exhibit 1A, to get the numbers

8    under the NPVs; is that right?

9          A.    That is correct.

10         Q.    I see.  So how did you derive the number

11   for the non-NPV corporations?

12         A.    That would similarly be done through

13   ProVAL.  But over here, the way to actually do it on

14   this sheet is you start with the 47.7 and you back

15   out, you know, subtract from the 47.7 the 38.3 -- so

16   the 47.7 is an output which has all participants in

17   ERS.

18               From there, if we were to subtract the

19   38.3 which would cover all of the fiscal plan

20   agencies and corporations and then subtract from

21   it the municipalities, the remaining would be the

22   non-fiscal plan corporations.

23         Q.    Okay.  So if we're looking at our table,

24   which is denominated as Exhibit 1A on Exhibit 1, it

25   calculates that the present value, the net present

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

Video Deposition of Gaurav Malhotra, 6/18/2019

93

1                    G. MALHOTRA

2    value of this stream of payments equals, depending

3    on the discount rate, 26.9 billion or 26.2 billion,

4    correct?

5         A.    That is correct.

6         Q.    How is that to be paid to the

7    bondholders?

8              MS DALE:  Objection to the form of the

9         question.

10        A.    The current assumption shows the overall

11   Pay-Go over the course of this time period through

12   2058 that is available to be paid to retirees of the

13   systems.

14        Q.    My question was not the retirees.  It was

15   to the bondholders.

16              How are the bondholders to be paid from

17   this income stream?

18        A.    There is not an assumption of paying

19   bondholders in this payment stream as currently

20   scheduled, because it is only payments to the

21   retirees today.

22        Q.    Do you have any idea how this payment

23   stream would be directed in a way to pay the

24   bondholders?

25        A.    I think it would be a legal question in

Video Deposition of Gaurav Malhotra, 6/18/2019

94

1                          G. MALHOTRA

2    terms of how the existing funds would get allocated

3    towards the bondholders.

4          Q.    Have you assumed that the bondholders

5    have a security interest on the payments that are

6    made to retirees?

7          A.    We have not made that assumption in the

8    forecast.

9          Q.    Let's just stay with Exhibit 8, which has

10   these discount rates.  The discount rates you chose,

11   one was 3.58 percent and the other was 3.79 percent,

12   correct?

13         A.    That is correct.

14         Q.    Each was taken from an index published by

15   the bond buyer?

16         A.    Yes.

17         Q.    And that was for a basket of 20 municipal

18   bonds?

19         A.    That's right.

20         Q.    Each of which had a maturity of 20 years?

21         A.    Yes.

22         Q.    This pay stream has a maturity of 29 more

23   years?

24         A.    This has roughly about 40 years, yes.

25         Q.    Goes to 2058?

95

1                        G. MALHOTRA

2        A.     Yes.

3        Q.     What weight did you give when you chose

4   the discount rate for the fact this payment stream

5   was going to run for 39 years instead of 20 years?

6        A.     I didn't consider that to be that much

7   different, because this was still a long-term

8   nature.  We were not using a short-term index.  We

9   were using a fairly reasonably long-term index, so

10  we did not consider going any further than the 20

11  years.

12       Q.     Did you do any procedures to see how

13  40-year bonds compared to 20-year bonds in terms of

14  the interest rate they bear when the bonds are

15  similarly rated?

16            MS DALE:  Objection to the form.

17       A.     I did not, because with GASB 67, it sort

18  of had certain, you know, suggestion with respect to

19  the using a 20-year bond index, so that's what we

20  used in terms of coming up with the calculation.

21       Q.     Okay.  The basket of bonds that the bond

22  buyer uses are rated investment grade, correct?

23       A.     That is correct.

24       Q.     Would you view this stream of payments

25  going to retirees from the Commonwealth to be



Video Deposition of Gaurav Malhotra, 6/18/2019

96

                    G. MALHOTRA

1

2   investment grade?

3       A.    I view the stream of payments going to

4   the retirees in the Commonwealth as a pretty strong

5   credit in terms of the security of making sure those

6   retirees will get those checks.

7       Q.    Did you take into account the forecast of

8   what percentage of the Commonwealth's budget will be

9   quoted to retirement benefits in the coming years?

10      A.    I did not look at the percentage of the

11  overall budget that would be allocated just to

12  Pay-Go in the analysis, because it is an overall

13  liability or -- that would continue to reduce over a

14  period of time as we go into the long-term future.

15           So it wasn't an increasing liability.

16  Although the payments will be flat over the

17  foreseeable future, these will start eventually

18  declining.

19      Q.    Are you aware of the rate -- the yield, I

20  should say -- on the Commonwealth's general

21  obligation bonds today?

22      A.    No.

23      Q.    Are you aware it's over 17 percent?

24      A.    I had read in the expert report it was

25  stated to be 17 percent for that specific bond



advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

Video Deposition of Gaurav Malhotra, 6/18/2019

97

1                          G. MALHOTRA

2    yield.  But in my view, I view the payment stream to

3    retirees under a completely different lens.

4         Q.    Did you give any consideration to using

5    discount rates other than the two discount rates we

6    see in Exhibit 8?

7         A.    No, I did not.  There was a sensitivity

8    in the Milliman report that went sort of 3.58

9    percent, what Pay-Go would be at 4.58 or -- I think

10   that's what their report said.

11              But at the time of doing this analysis

12   here, we did not consider any other discount

13   rates.

14        Q.    And you have never done an analysis with

15   any other discount rates, correct?

16        A.    I've run sensitivities after we got the

17   last expert report to analyze if we were to change

18   3.58 percent to a much higher number, theoretically

19   what could it be.  But with the point being even if

20   we use a much higher discount rate, the present

21   value would still be in excess of the bond claim.

22   That was more from an analytical standpoint to

23   change my opinion in any way.

24        Q.    The analysis you just described to me,

25   was that recorded in a spreadsheet of some sort?

advanced
depositions

Nationwide Court Reporting & Trial Support
855-204-8184 ▪ www.advanceddepositions.com

Video Deposition of Gaurav Malhotra, 6/18/2019

98

                          G. MALHOTRA

1

2        A.    I don't know if it was recorded.  This is

3    like you can enter one number and it gives you the

4    present value.  I don't know if we have saved any

5    other versions that would say here's what this looks

6    like under different discount rates.

7        Q.    In your rebuttal report, did you talk

8    about the fact that even at higher discount rates,

9    the bondholders' claim would be less than the net

10   present value?

11       A.    I do not see it or do not recall.

12       Q.    Okay.  Is that an opinion given in your

13   rebuttal declaration?

14       A.    No.

15       Q.    Do you intend to give any opinion of that

16   sort at the hearing on July 2nd?

17       A.    Not specifically unless counsel asks me

18   for it, but I'm not planning to add anything to my

19   rebuttal report.

20       Q.    Did you check to see whether a version of

21   what we have before us of Exhibit 8 was saved where

22   a higher discount rate was used?

23       A.    I can check, but I do not believe there

24   would be something where higher discount rates would

25   be used for the payment stream for the retirees for

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

Video Deposition of Gaurav Malhotra, 6/18/2019

99

1                          G. MALHOTRA

2    this particular analysis.

3         Q.    I understood you just say a minute ago --

4    and perhaps I misunderstood you -- that you or

5    someone on your team had taken the spreadsheet that

6    we see as Exhibit 8 and run it with different

7    discount rates?  Did I misunderstand you?

8         A.    That is fair.

9         Q.    You don't know one way or the other

10   whether any of those versions of the spreadsheet

11   were saved?

12        A.    I do not know, but I can check.

13        Q.    Okay.  Who was it who ran the different

14   versions?

15        A.    It would be one of the team members.  I

16   do not recall as to who.  One of the team members

17   that was actually on the list from earlier, but I

18   don't know who actually would have done it.

19        Q.    In any event, at the hearing, you don't

20   plan to offer any opinion of what results you would

21   get if your analysis were run at different discount

22   rates, correct?

23        A.    Not that I know of as of now.

24        Q.    Okay.

25              MS DALE:  I would just point out if you

advanced
depositions

Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

100

G. MALHOTRA

1
2     were to ask him something on

3     cross-examination that would elicit that

4     opinion, he would give it.

5          MR. STEWART:  In that case, that report

6     should have been turned over to us and not

7     only wasn't but wasn't saved, which probably

8     raises issues we should probably all want to

9     stay away from.

10          Do you want to take a break?

11          MS DALE:  Totally up to you.

12          MR. STEWART:  Let's do it.

13          THE VIDEOGRAPHER:  Off the video

14     record, 12:03 p.m.

15          (Whereupon, there was a pause in the

16     proceeding.)

17          THE VIDEOGRAPHER:  We are back on the

18     video record, 12:18 p.m.

19     Q.     Before the break, Mr. Malhotra, I asked

20     you about the discount rate that you had used, and

21     you had explained to me why you set it at the level

22     you did.

23          Was one of the factors, in your

24     judgment, the fact that the payments that would be

25     going to retirees would come from the general

Video Deposition of Gaurav Malhotra, 6/18/2019

101

                        G. MALHOTRA
1
2    assets of the treasury?

3         A.    Actually, no.  The reason to use it,
4    there were no other assets available to fund the
5    systems or -- you know, the payments due to the
6    retirees, and using that discount rate was a good
7    measure to predict the certainty these payments were
8    going to be made so they were more fixed in nature
9    than variable in nature.

10        Q.    If you were to assign a discount rate
11   solely to the stream of reimbursements to Hacienda
12   from public corporations and municipalities, would
13   you have used the same discount rate?

14        A.    I would use the same discount rate for
15   those payments that need to be made to the retirees
16   of the municipalities in the corporations.

17        Q.    And those payments would be coming from
18   the general counsel, the treasury, correct?

19        A.    They would come from the Commonwealth,
20   yes.

21        Q.    And that includes revenues that come to
22   the Commonwealth from general taxes?

23        A.    Yes.  All the sources of revenue, yeah.

24        Q.    Let me ask you this:  If you were asked
25   to use a discount rate solely for the stream of

Video Deposition of Gaurav Malhotra, 6/18/2019

102

1                    G. MALHOTRA

2      reimbursements going to Hacienda from public

3      corporations and from municipalities, would you use

4      the same discount rate to reach a net present value

5      of that stream of payments?

6           A.    I would have to think about that.

7      Because the question on -- there is higher degree of

8      risk for -- given what we have seen for

9      reimbursements to the municipalities from Hacienda.

10          But that is not a topic in terms of how

11     I have looked at it, because in my view, what I

12     have looked at the payments that go to retirees

13     regardless of -- the appointments that go to the

14     retirees or the municipalities or the corporations

15     have the same risk profile as that of the

16     Commonwealth regardless of the reimbursement that

17     is coming from the municipalities of the

18     Commonwealth.

19          Q.    Okay.

20               MR. STEWART:  Let's mark some more

21          exhibits here.

22               (Whereupon, an AAFAF document was

23          marked as Malhotra Exhibit 9 for

24          identification, as of this date.)

25          Q.    Mr. Malhotra, the reporter's placed

106

                        G. MALHOTRA

1

2      Q.      To your knowledge, is the financial

3   information contained in Exhibit 10 accurate?

4      A.      I have no reason to believe it would not

5   be.

6      Q.      On page 2 of Exhibit 10, there are

7   tables.   The title of the tables is Public

8   Corporations and Municipalities That Owe at Least

9   $1.00 MM in Pay-Go Debt.

10             Do you see that?

11     A.      Yes.

12     Q.      Do you understand what those two tables

13  purport to show?

14     A.      Yes.

15     Q.      What is it that they purport to show?

16     A.      That between 2018 and 2019 combined,

17  public corporations owe 187 million and

18  municipalities between 2018 and 2019 combined own

19  127 million back to the Commonwealth.

20     Q.      In reimbursements?

21     A.      In payments that the Commonwealth has

22  made on behalf of their specific retirees, and they

23  should be reimbursing the Commonwealth for it.

24     Q.      In the course of your work as an expert,

25  what consideration, if any, did you give to the data

Video Deposition of Gaurav Malhotra, 6/18/2019

107

1                           G. MALHOTRA

2    that we see in Malhotra Exhibit 10?

3         A.    The data that I looked at was what is the

4    aggregate amount of Pay-Go that is due to the

5    municipalities' retirees as one of the main items.

6    We also broke out what is the amount due from public

7    corporations.

8               But looking at the amount from

9    municipalities is the piece that I had looked at

10   in the context of total Pay-Go that is due to the

11   municipalities' retirees.

12        Q.    Okay.  So my question was:  In reaching

13   your opinions as an expert, which weight, if any,

14   did you give to the financial information we see on

15   page 2 of Malhotra Exhibit 10?

16        A.    Not much.

17        Q.    Why not?

18        A.    Because, as I said earlier, my view is

19   that these are actual retirees today getting a

20   pension check.  And, you know, as of now, I have not

21   seen anything that would question whether any of

22   these retirees are going to get paid or not

23   regardless of the -- regardless of whether the

24   entity's reimbursed.

25              So while the letter definitely is

advanced
depositions

Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

108

1                          G. MALHOTRA

2    encouraging the municipalities or the government

3    to really collect all of these amounts due from

4    the municipalities and corporations, the actual

5    retiree collecting that pension check, my view was

6    that that is not going to get impacted over the

7    foreseeable future.

8         Q.    And so there was no connection you could

9    see between the financial information on page 2 of

10   Malhotra Exhibit 10 on one hand and repayment to the

11   bondholders of the debt they believe is owed to

12   them?

13              MS DALE:  Objection.

14        A.    The repayment to the bondholders -- my

15   point is there is -- there is money that is -- the

16   47.7 billion in aggregate Pay-Go that we're talking

17   about, that is what the Commonwealth is going to be

18   spending for all retirees.

19              If the bondholders have to get repaid,

20   the Commonwealth will have to find -- will have to

21   be able to pay that, let's say, from the 47.7

22   billion, whatever the amount will be due, and will

23   have to sort of figure out how to come up with the

24   gap to continue to pay its pensioners.

25        Q.    So you don't see a direct relationship

advanced
depositions

Nationwide Court Reporting & Trial Support
855-204-8184 ▪ www.advanceddepositions.com

Video Deposition of Gaurav Malhotra, 6/18/2019

109

1                          G. MALHOTRA
2     between the reimbursements owing the Hacienda and
3     the bondholders' ability to be paid?
4          A.    I think the relationship that exists is
5     if there is fewer proceeds or less money available
6     to the Commonwealth because there is less of a
7     reimbursement, that means that -- you know, it
8     doesn't change the 47.7 billion obligation of the
9     Commonwealth.
10              In terms of the connection of the
11     bondholders getting repaid, that's something I
12     need to think through further in terms of the
13     direct impact, because the Commonwealth is
14     assuming that the reimbursements will come through
15     from the municipalities and the corporations.
16          Q.    And in your analysis, you didn't see that
17     it would be the reimbursements that would be the
18     basis for repaying the bondholders?
19          A.    Yeah.  We, in these scenarios, did not go
20     through a repayment cycle.  As I said earlier, we
21     were only focused on total Pay-Go.
22          Q.    The answer to my question is no?
23          A.    We did not do any analysis to compare
24     reimbursements from municipalities with any form of
25     bondholder payments.  We did not conduct any

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

Video Deposition of Gaurav Malhotra, 6/18/2019

110

1                          G. MALHOTRA

2    analyses like that.

3        Q.    Made no assumptions on the point, either?

4        A.    That is correct.

5        Q.    Let's go back to Malhotra Exhibit 8.

6    That's the one -- the spreadsheet.  On the text side

7    of it, there's the various disclaimers.

8              Do you see that?

9        A.    Yes.

10       Q.    It depends what side of the document we

11   put the stamp on.  I guess this is the first side of

12   the document.

13             Why was it that EY issued disclaimers

14   with respect to the analysis on Malhotra Exhibit

15   8?

16       A.    I believe this would be the team's

17   standard disclaimer.

18       Q.    And is the disclaimer anything more than

19   boilerplate?

20       A.    I would have to read it, because this had

21   our actuaries working on the information as well, so

22   --

23       Q.    Well, let's go through it.

24       A.    Okay.

25       Q.    If we look at one, two, three, four,

advanced
depositions

Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

Video Deposition of Gaurav Malhotra, 6/18/2019

114

                              G. MALHOTRA

 1

 2    going forward.

 3         Q.    Later in the sentence, there is a

 4    reference to, quote, ongoing cleanup taking place.

 5              What is that?

 6         A.    My assumption is that would be Milliman

 7    continuing to work through the census data and

 8    refining it, probably, as they get ready for the

 9    next actuarial report and the corresponding census

10    data for that.

11         Q.    Okay.  If we go further up, the sixth

12    paragraph says:  There will usually be differences

13    between projected and actual results because events

14    and circumstances frequently do not occur as

15    expected, and those differences may be material.

16              Do you see that?

17         A.    Yes.

18         Q.    Okay.  First of all, what did EY mean

19    when it used the word "material"?

20         A.    I don't recall and I do not -- maybe -- I

21    would like to see if some of that was a direct

22    reference from a Milliman report, but what may be

23    material for one particular year could be the

24    context, but I'm not sure.

25         Q.    What would be the test for materiality,

advanced
depositions

Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

Video Deposition of Gaurav Malhotra, 6/18/2019

115

                          G. MALHOTRA

1

2    as that phrase is used in this sentence?

3         A.    I can't say.

4         Q.    Okay.  How would we know whether a

5    difference is or is not material, as that word is

6    use in this sentence?

7         A.    I really can't -- there is -- in terms of

8    a threshold from a year or year basis, you know, I

9    -- it wouldn't be sort of changing more than -- I

10   don't know -- 5 percent or something like that, in

11   my experience.

12              But generally for a population of this

13   size and this makeup of a significant number of

14   retirees who have already retired, unless we have

15   dramatically new entrants come through, I don't

16   anticipate, you know, really material changes on

17   an annual basis that I can foresee.

18        Q.    Okay.  But the disclaimer is here,

19   though.  It says there usually will be differences,

20   correct?

21        A.    Yes, because the model makes predictions

22   on the number of people that die every year or -- so

23   those are all theoretical models based on tables.

24   There are sometimes changes -- the actual

25   realization of the number of people that die in any

advanced
depositions

Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

Video Deposition of Gaurav Malhotra, 6/18/2019

116

1                          G. MALHOTRA
2    given year within the overall census cannot be
3    predicted perfectly, but it's based on industry
4    practice based on models around that.
5         Q.      "As a result, no assurance regarding the
6    achievement of forecasted results is provided, and
7    reliance should not be placed an any forecasted
8    results or projects contained herein, as some
9    information is subject to material change and may
10   not reflect actual results."
11             Do you see where I just read?
12        A.      Yes.
13        Q.      There's a typo in there.  The word
14   "projects" should be projections; isn't that right?
15        A.      Yeah.  Yes.
16        Q.      Why did EY say reliance should not be
17   placed on any forecasted results or projections
18   contained herein?
19        A.      I think that's our standard disclaimer
20   language.  I read through it.  I was comfortable
21   with these projections based on -- even comparing it
22   to the Milliman projections, that in aggregate, the
23   projections that our team has come up with are very,
24   very close on an annual basis to the Milliman
25   projections.

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

Video Deposition of Gaurav Malhotra, 6/18/2019

117

                        G. MALHOTRA

1

2      Q.    And what two documents were compared to

3  support the statement you just made?

4      A.    The documents that would have been

5  compared -- there is a Milliman letter --

6      Q.    Is it the last page of Exhibit 1?  Is it

7  one of the materials considered?

8      A.    Yes.

9      Q.    Which letter?  There's a few Milliman

10  letters here.

11      A.    I believe it would be material considered

12  Number 5 --

13      Q.    Number 5.  Okay.

14      A.    -- which would have an annual layout of

15  all total Pay-Go precut on an annual basis for 2049,

16  I believe, or 2048, and I compared that to our total

17  Pay-Go costs, and again, on a precut basis, and

18  those numbers were within an aggregate half a

19  percent of each other and in no particular year, I

20  thought the tolerance level was about 1 1/2 percent

21  in the outer years.

22          But my view of looking at those two on

23  an apples-to-apples basis is the numbers were very

24  close.

25      Q.    What was the EY document that the

advanced
depositions

Nationwide Court Reporting & Trial Support
855-204-8184 ▪ www.advanceddepositions.com

Video Deposition of Gaurav Malhotra, 6/18/2019

118

1                          G. MALHOTRA

2  Milliman letter was compared against?

3          A.    I would have to look at it.  Either it

4  would be Exhibit 8 or the ProVAL.  It would be one

5  of the two documents.

6          Q.    Okay.  So let's go back to Malhotra

7  Exhibit 8 and the disclaimers that we were talking

8  about.

9                It says:  Reliance should not be placed

10  on any forecasts or results projections herein.

11                Correct?

12          A.    Yes.

13          Q.    In your report, did you rely upon the

14  forecasted results we see in Malhotra Exhibit 8?

15          A.    In my report, I did rely on the

16  information under Exhibit 8 as one of the pieces

17  that went into this document.

18          Q.    Was there any other net present value

19  calculation you relied on besides what we see in

20  Exhibit 8?

21          A.    Not that I recall.

22          Q.    Okay.

23                (Whereupon, a letter was marked as

24          Malhotra Exhibit 11 for identification, as of

25          this date.)

advanced
depositions

Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com

Video Deposition of Gaurav Malhotra, 6/18/2019

125

1                          G. MALHOTRA

2    as opposed to receiving it over the next 39 years?

3         A.    No.

4         Q.    So you assume they would receive it in

5    installments over each of the next 39 years?

6         A.    I've assumed neither, because what I have

7    assumed is that the amount of Pay-Go that is

8    available -- if Pay-Go is available, that if it

9    needs to be paid to the bondholders, it is

10   available.

11              And then what we're showing is that

12   over the first ten years, the overall present

13   value of the Pay-Go is -- you know, far exceeds

14   the overall bond claim to the magnitude of three

15   times.

16        Q.    And Pay-Go, as you've used it here, is

17   the money being paid out to retirees?

18        A.    That's correct.

19        Q.    Let me ask you, if we could -- if we can

20   look at paragraph, there's a table.  Exhibit A on

21   page 3.

22              Do you see the graphic there?

23        A.    Yes.

24        Q.    What does that show?

25        A.    That shows that on an annual basis,

advanced
depositions
Nationwide Court Reporting & Trial Support
855-204-8184 • www.advanceddepositions.com