# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17-BK-3283<br><br>(Jointly Administered) |
| AUTONOMOUS MUNICIPALITY OF SAN JUAN,<br><br>Plaintiff,<br><br>v.<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>Defendant. | Case No. 19-cv-1474 |

**INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO AND REQUEST FOR <u>CONSENT REGARDING TRANSFER OF CASE</u>**

---

[1] The Debtors in the underlying Title III case, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Court Judge Laura Taylor Swain:

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") respectfully submits this Informative Motion requesting consent for transfer of the case styled *Autonomous Municipality of San Juan v. Financial Oversight and Management Board for Puerto Rico* (No. 19-cv-1474) (the "San Juan Litigation").[2] This case is currently assigned to the Honorable Gustavo A. Gelpi.

1. As set forth in more detail in the *Motion to Transfer Civil Proceeding Pursuant to PROMESA § 306 or, in the Alternative, Pursuant to Local Rule 3A*, which has been filed contemporaneously with Judge Gelpi and is attached to this Informative Motion as Exhibit B, the San Juan Litigation should be transferred to this Court, pursuant to PROMESA § 306(d)(3) as it is "related to" to the pending Title III cases. Such transfer is mandatory, and the Oversight Board has requested Judge Gelpi agree to the transfer.

2. Although the Oversight Board believes that mandatory transfer pursuant to PROMESA § 306 is warranted, it has also sought, in the alternative, to have the San Juan Litigation transferred to this Court pursuant to U.S. District Court for the District of Puerto Rico's Local Rule 3A, as doing so would serve the interests of justice, ensure consistent outcomes, and promote judicial efficiency in this action and in the related Title III Cases. Local Rule 3A(b) provides that such transfer may be effectuated if "the receiving judge consents to the transfer." Accordingly, the Oversight Board respectfully requests the Court consent to the transfer of the San Juan Litigation.

---

[2] A copy of the complaint is attached as Exhibit A.

2

Dated: July 1, 2019

San Juan, Puerto Rico

Respectfully Submitted,

*/s/ Carla García Benítez*
Carla García Benítez
USDC No. 203708
carla.garcia@oneillborges.com

Hermann D. Bauer
USDC No.15205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave.,
Suite 800 San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944
Email: hermann.bauer@oneillborges.com


*/s/ Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Timothy W. Mungovan (*pro hac vice*)
Hadassa R. Waxman (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:    (212) 969-3000
Fax:    (212) 969-2900
Email: mbienenstock@proskauer.com
           tmungovan@proskauer.com
           hwaxman@proskauer.com


*/s/ Guy Brenner*
Guy Brenner (*pro hac vice*)
**PROSKAUER ROSE LLP**
1001 Pennsylvania Ave., NW
Suite 600 South
Washington, DC 20004
Tel:    (202) 416-6800
Fax:    (202) 416-6899
Email:  gbrenner@proskauer.com

*Attorneys for The Financial Oversight and Management Board for Puerto Rico*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the foregoing date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

*/s/ Carla García Benítez*
Carla García Benítez

4