UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

ORDER SCHEDULING HEARING AND BRIEFING IN CONNECTION WITH THE
JOINT MOTION OF CERTAIN ADVERSARY DEFENDANTS SEEKING ENTRY
OF AN ORDER AUTHORIZING PARTICIPATION IN DETERMINATION
OF CONSTITUTIONAL VALIDITY OF CHALLENGED BONDS (DOCKET ENTRY NO. 7747)

The Court has received and reviewed the *Joint Motion of Certain Adversary Defendants Seeking Entry of an Order Authorizing Participation in Determination of Constitutional Validity of Challenged Bonds* (Docket Entry No. 7747 in Case No. 17-3283, the "Motion"). Opposition papers to the Motion must be filed by **July 9, 2019 at 4:00 p.m. (Atlantic Standard Time)**. Reply papers, if any, must be filed by **July 16, 2019 at 4:00 p.m.**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**(Atlantic Standard Time)**.  A hearing on the Motion will be held in connection with the July Omnibus Hearing, scheduled for **July 24, 2019 at 9:30 a.m. (Atlantic Standard Time)**.

SO ORDERED.

Dated: July 2, 2019

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge