UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |
| PUERTO RICO HORSE OWNERS ASSOCIATION, INC.<br><br>Plaintiffs,<br><br><br>COMMONWEALTH OF PUERTO RICO; FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY; HON. RICARDO ANTONIO ROSSELLÓ NEVARES; CHRISTIAN SOBRINO VEGA; HON. RAÚL MALDONADO GAUTIER; NATALIE A. JARESKO; AND JOSÉ ALBERTO MAYMÓ AZIZE<br><br>Defendants | Adversary Proceeding<br><br>No. 19-00392 |

MOTION FOR ISSUANCE OF SUMMONS

TO THE HONORABLE COURT:

    COMES NOW Puerto Rico Horse Owners Association, Inc. ("Plaintiff"), through its undersigned counsel, and respectfully states and requests.

1. On July 2, 2019, Plaintiff filed the above captioned adversary case.

2. Debtor is filing herewith the Summons to be issued by the Clerk of the Court to each defendant.

WHEREFORE, it is respectfully requested that the that the Clerk of Court issue the Summons to each of the above captioned defendants.

CERTIFICATE OF SERVICE: I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Assistant US Trustee.

San Juan, Puerto Rico, this 2nd day of July 2019.

s/Charles A. Cuprill-Hernández
USDC –PR 114312
CHARLES A. CUPRILL, P.S.C., LAW OFFICES
356 Calle Fortaleza
Segundo Piso
San Juan, PR 00901
Tel: 787-977-0515
Fax: 787-977-0518
E-mail: ccuprill@cuprill.com

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: Commonwealth of Puerto Rico<br>Debtor<br><br>Puerto Rico Horse Owners Association, Inc.<br>Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO; FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY; HON. RICARDO ANTONIO ROSSELLÓ NEVARES; CHRISTIAN SOBRINO VEGA; HON. RAÚL MALDONADO GAUTIER; NATALIE A. JARESKO; AND JOSÉ ALBERTO MAYMÓ AZIZE<br>Defendants | Case No. 17-03283 -LTS<br><br>Chapter PROMESA<br><br><br>Adv. Proc No. 19-00392 |

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** Puerto Rico Fiscal Agency and Financial Advisory Authority
Through Christian Sobrino Vega
or the individual designated to accept service of process
Roberto Sánchez Vilella (Minillas) Government Center
de Diego Ave. Stop 22
San Juan, PR

　　YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

Charles A. Cuprill Hernández
356 Fortaleza Street
Second Floor
San Juan, PR 00901
Tel:787-977-0515
E: cacuprill@cuprill.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.
　　If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Date: _____                                                                          _____
                                                                                                           Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: Commonwealth of Puerto Rico<br>Debtor<br><br>Puerto Rico Horse Owners Association, Inc.<br>Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO; FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY; HON. RICARDO ANTONIO ROSSELLÓ NEVARES; CHRISTIAN SOBRINO VEGA; HON. RAÚL MALDONADO GAUTIER; NATALIE A. JARESKO; AND JOSÉ ALBERTO MAYMÓ AZIZE<br>Defendants | Case No. 17-03283 -LTS<br><br>Chapter PROMESA<br><br><br>Adv. Proc No. 19-00392 |

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** Commonwealth of Puerto Rico
Through Secretary of Justice Wanda Vázquez Garced
Calle Teniente César González 677
Esq. Ave. Jesús T. Piñero
San Juan, PR

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

Charles A. Cuprill Hernández
356 Fortaleza Street
Second Floor
San Juan, PR 00901
Tel:787-977-0515
E: cacuprill@cuprill.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.
If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Date: _____                                                                 _____
                                                                                                    Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: Commonwealth of Puerto Rico<br>Debtor<br><br>Puerto Rico Horse Owners Association, Inc.<br>Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO; FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY; HON. RICARDO ANTONIO ROSSELLÓ NEVARES; CHRISTIAN SOBRINO VEGA; HON. RAÚL MALDONADO GAUTIER; NATALIE A. JARESKO; AND JOSÉ ALBERTO MAYMÓ AZIZE<br>Defendants | Case No. 17-03283 -LTS<br><br>Chapter PROMESA<br><br><br><br>Adv. Proc No. 19-00392 |

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** Financial Oversight and Management Board for Puerto Rico
Through José B. Carrión III, Natalie Jaresko
or the individual designated to accept service of process
Edificio World Plaza
Ave. Muñoz Rivera
San Juan, PR

    YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

Charles A. Cuprill Hernández
356 Fortaleza Street
Second Floor
San Juan, PR 00901
Tel:787-977-0515
E: cacuprill@cuprill.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.
    If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

    FRANCES RIOS DE MORAN, ESQ.
    CLERK OF COURT

Date: _____                                                                                       _____
                                                                                                                 Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: Commonwealth of Puerto Rico<br>Debtor<br><br>Puerto Rico Horse Owners Association, Inc.<br>Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO; FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY; HON. RICARDO ANTONIO ROSSELLÓ NEVARES; CHRISTIAN SOBRINO VEGA; HON. RAÚL MALDONADO GAUTIER; NATALIE A. JARESKO; AND JOSÉ ALBERTO MAYMÓ AZIZE<br>Defendants | Case No. 17-03283 -LTS<br><br>Chapter PROMESA<br><br>Adv. Proc No. 19-00392 |

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** Francisco Parés Alicea
Through Secretary of Justice Wanda Vázquez Garced
Ave. 65 Infantería, Esq. Calle Rafael Arcelay
San Juan, PR

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

Charles A. Cuprill Hernández
356 Fortaleza Street
Second Floor
San Juan, PR 00901
Tel:787-977-0515
E: cacuprill@cuprill.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Date: _____

_____
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <u>Commonwealth of Puerto Rico</u><br>Debtor<br><br><u>Puerto Rico Horse Owners Association, Inc.</u><br>Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO; FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY; HON. RICARDO ANTONIO ROSSELLÓ NEVARES; CHRISTIAN SOBRINO VEGA; HON. RAÚL MALDONADO GAUTIER; NATALIE A. JARESKO; <u>AND JOSÉ ALBERTO MAYMÓ AZIZE</u><br>Defendants | Case No. <u>17-03283 -LTS</u><br><br>Chapter PROMESA<br><br><br><br>Adv. Proc No. <u>19-00392</u> |

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** José Alberto Maymó Azize
Thorough the Secretary of Justice Wanda Vázquez Garced
Calle Teniente César González 677
Esq. Ave. Jesús T. Piñero
San Juan, PR

      YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

Charles A. Cuprill Hernández
356 Fortaleza Street
Second Floor
San Juan, PR 00901
Tel:787-977-0515
E: cacuprill@cuprill.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.
     If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

                                                                                                           FRANCES RIOS DE MORAN, ESQ.
                                                                                                           CLERK OF COURT

Date: _____                                                                         _____
                                                                                                   Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: Commonwealth of Puerto Rico<br>Debtor<br><br>Puerto Rico Horse Owners Association, Inc.<br>Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO; FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY; HON. RICARDO ANTONIO ROSSELLÓ NEVARES; CHRISTIAN SOBRINO VEGA; HON. RAÚL MALDONADO GAUTIER; NATALIE A. JARESKO; AND JOSÉ ALBERTO MAYMÓ AZIZE<br>Defendants | Case No. 17-03283 -LTS<br><br>Chapter PROMESA<br><br><br><br>Adv. Proc No. 19-00392 |

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** Hon. Ricardo Rosselló Nevarez Governor of Puerto Rico
Through Secretary of Justice Wanda Vázquez Garced
Calle Teniente César González 677
Esq. Ave. Jesús T. Piñero
San Juan, PR

     YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

Charles A. Cuprill Hernández
356 Fortaleza Street
Second Floor
San Juan, PR 00901
Tel:787-977-0515
E: cacuprill@cuprill.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.
     If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Date: _____                          _____
                                                                                   Signature of Clerk or Deputy Clerk