# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtor. | )))))))))))))))))))X | PROMESA<br>Title III<br><br>Case No. 17-bk-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | ))))))))))))))))))))X | PROMESA<br>Title III<br><br>Case No. 17-cv-01685 (LTS)<br>Case No. 17-bk-03566 (LTS)<br><br>**Re: ECF No. 367** |

**[PROPOSED] ORDER GRANTING OVERSIGHT BOARD'S URGENT MOTION TO FILE UNREDACTED PRIVILEGE LOGS UNDER SEAL**

Upon consideration of the *Urgent Motion of the Oversight Board to File Unredacted Privilege Logs Under Seal* (the "<u>Urgent Motion</u>") filed by the Financial Oversight and Management Board (the "<u>Oversight Board</u>"), the Court having reviewed the Urgent Motion and the relief requested; the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); the Court determining that venue of this proceeding and the Urgent Motion in this district is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); notice of the Urgent Motion being adequate and proper under the circumstances; and after due deliberation and sufficient cause appearing; therefore, it is hereby ORDERED that:

1. The Urgent Motion is GRANTED;
2. The Oversight Board is to file the unredacted Privilege Logs under seal;
3. The Oversight Board's redactions to the publicly filed versions of the Privilege Logs accompanying the Urgent Motion are proper;
4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated: _____

_____
The Honorable Laura Taylor Swain
United States District Judge