UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------x

ORDER GRANTING URGENT MOTION OF THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR LEAVE TO
FILE A SINGLE COMBINED RESPONSE OF NO MORE THAN 55 PAGES IN
OPPOSITION TO AMBAC ASSURANCE CORPORATION'S MOTION CONCERNING
APPLICATION OF THE AUTOMATIC STAY [ECF NO. 7176]
AND FINANCIAL GUARANTY INSURANCE COMPANY'S JOINDER [ECF NO. 7546]

Upon consideration of the *Urgent Motion of the Financial Oversight and Management Board for Leave to File a Single Combined Response of no More Than 55 Pages in Opposition to Ambac Assurance Corporation's Motion Concerning Application of the Automatic Stay [ECF No. 7176] and Financial Guaranty Insurance Company's Joinder [ECF No. 7546]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

(Docket Entry No. 7769 in Case No. 17-3283, the "Urgent Motion");[2] and it appearing that (i) the Court has jurisdiction over the Urgent Motion pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); (ii) venue of this proceeding and the Urgent Motion is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); (iii) notice of the Urgent Motion was adequate and proper under the circumstances and that no further or other notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Urgent Motion is GRANTED as set forth herein.

2. The Oversight Board may file one omnibus Opposition not to exceed fifty-five (55) pages, exclusive of the cover page, the table of contents, the table of authorities, the signature page, exhibits, and the certificate of service.

3. Ambac may file a reply brief not to exceed thirty (30) pages, exclusive of the cover page, the table of contents, the table of authorities, the signature page, exhibits, and the certificate of service.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

5. This Order resolves Docket Entry No. 7769 in Case No. 17-3283.

Dated: July 2, 2019

                                                                                           /s/ Laura Taylor Swain
                                                                                        LAURA TAYLOR SWAIN
                                                                                        United States District Judge

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Urgent Motion.