**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **In re:** | |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | **PROMESA**<br>**Title III** |
| as representative of | **No. 17-03283-LTS** |
| **THE COMMONWEALTH OF PUERTO RICO, et. al.** | **(Jointly Administered)** |
| DEBTOR | |

# RESPONSE TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO'S FIFTIETH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO DEFICIENT CLAIMS

## Claim Number 56-2 (Prime Clerk No. 66)

**TO THE HONORABLE COURT:**

Pedro Luis Casasnovas and Olga I. Trinidad Nieves ("Claimants") answer the Financial Oversight and Management Board for Puerto Rico's Fiftieth Omnibus (Non-Substantive) Objection to Deficient Claims as follows:

### I PRELIMINARY STATEMENT

1. On June 6, 2019, the Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Commonwealth's representative pursuant to Section 315(b) of the Puerto Rico Oversight Management and Economic Stability Act ("PROMESA") filed its Fiftieth Omnibus Objection allegedly as to deficient proof of claim No. 56-2 (Prime

*Case No. 17-3283 - LTS*

Pedro Luis Casasnovas and Olga I. Trinidad Nieves - Proof of Claim No. 56-2

Clerk No. 66) (the "Claim") listed on Exhibit A thereto, filed by Claimants in Case No. 17-03283.

2.  As a basis for objecting to Claim No. 56-2 (Prime Clerk No. 66), the Oversight Board submits that it purports to assert liabilities associated with municipal bond(s) and or money loaned but fails to provide a basis for asserting a claim.

3.  Contrary to the assertions of the Oversight Board, Claim No. 56-2 (Primer Clerk No, 66) asserts as a basis therefor that it is premised on the ownerships of GO bond CUSIP No. (Popular Securities) 745211LH3

4.  As Exhibit A hereto, Claimants are submitting their statement with Popular Securities for the period of June 20, 2019.

## II ARGUMENT

### The Oversight Board's Objection Fails to Submit the Necessary Rebuttal to the *Prima Facie* Validity or Legal Sufficiency of Claimants' Claim

Under Section 502(a) of the Bankruptcy Code 11 U.S.C.A § 502(a), a proof of claim is deemed to be allowed unless objection. *In re Thompson,* 965 F.2d 1136, 1147 (1st Cir. 1992). Once the proof of claim is filed, the burden of proof shifts to the party who seeks to object its validity or sufficiency. In re *Virgina Broadband, LLC,* 521 B.R. 539, 561 (W.D. Va., 2014).

A proper objection must include sufficient evidence to refute the proof of claim's validity or legal sufficiency. See Fed.R.Bank. P. 300(d)(5); *In re La Fata,* 483 F. 3d 13, 23 (1st Cir. 2007); *In re Rowlands,* 2008 Bankr. Lexis 3958, at *11 (1st Cir. B.A.P., 2008). See also 4 *Collier on Bankruptcy* ¶502.02[3][f] (Lexis Nexis Electronic Database, last accessed on January 24th, 2019); Hon. Joan N. Feeney, Hon. Michael G. Williamson, and Michael J. Stepan, *Bankruptcy Law Manual,* 5th., Vol. 1, §§ 6;6 and 6;10, p. 1107 and 1126 (Thomson Reuters, 2017-1); George M. Treister *et al, Fundamentals of Bankruptcy Law,* 6th Ed., §6.02, p. 311 (ALI ABA, 2006).

2

*Case No. 17-3283 - LTS*
Pedro Luis Casasnovas and Olga I. Trinidad Nieves - Proof of Claim No. 56-2

An Objection does not overcome the proof of claim's *prima facie* validity unless its counterevidence has substantial probative merit. *In re Hemingway Transport, Inc.,* 993 F.2d 915,925 (1st Cir. 1993); *In re Rowlands, 2008 Bankr. Lexis* at *10-11; *In re Tracey,* 394 B.R. 635, 639 (1st Cir. B.A.P., 2008). It is only after the objector's burden has been met, that the onus shifts back to claimant to prove her/his claim. *In re Newfound Lake Marine, Inc.,* 2007 BNH 35, at *5 (Bankr. N.H., 2007); *In re Mulvania,* 214 B.R. 1, 5-6 (9th Cir. B.A.P., 1997).

As the Oversight Board's objection fails to include the requisite counterevidence to overcome Claimants' proof of claim's *prima facie* validity and legal sufficiency, the Claim should be allowed as filed.

**WHEREFORE**, Claim No. 56-2 (Prime Clerk 66) should be allowed as filed.

**CERTIFICATE OF SERVICE,** I HEREBY CERTIFY that on this same date a true and exact copy of this response was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send a notification thereof to all attorneys registered in the system. I further certify that on this very same day, a true and exact copy of this response was served via First-Class Mail postage pre-paid to Hon. Laura Taylor Swain's Chambers, United States District Court for the Southern District of New York, Daniel P. Moyniham, Esq., United States Courthouse, 500 Pearl St., Suite 3312, New York, New York 1007-1312; Hon. Judge Judith Dein's Chambers Joseph Moakley United States Courthouse, One Courthouse Way, Room 6420, Boston MA 02210-3002; Counsel for the Oversight Board, Proskauer Rose, LLP, Eleven Times Square, New York, New York, 10036-8299, ATTn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barajk and Maka Zerjal; and Counsel for the Unsecured Creditors' Committee, Paul Hastings, LLP, 200 Park Avenue, New York, New York 10166, Attn: Luc A. Despins, James Bliss, James Wotrhington, and G. Alexander Bongartz.

San Juan, Puerto Rico, this 3rd day of July 2019.

*Case No. 17-3283 - LTS*

Pedro Luis Casasnovas and Olga I. Trinidad Nieves - Proof of Claim No. 56-2

**S/CHARLES A. CUPRILL-HERNANDEZ**
**USDC-PR 114312**
Charles A. Cuprill, P.S.C., Law Offices
356 Fortaleza Street, Second Floor
San Juan, PR 00901
Tel.: (787)977-0515
Fax: (787)977-0518
E-Mail: ccuprill@cuprill.com

4



POPULAR SECURITIES
208 MUNOZ RIVERA AVE
POPULAR CENTER - 12TH FLOOR
SAN JUAN, PR 00918



011433 FICK2L01 000000 AT 01
A710011433
PEDRO L CASASNOVAS
OLGA I TRINIDAD
57 CALLE WASHINGTON
APT 4
SANTURCE PR 00907



**IMPORTANT MESSAGE**

If you have purchased a newly issued municipal security, you can access the Official Statement online at emma.msrb.org. You will need the 9 digit CUSIP number provided in this confirmation. Hard copy Official Statements are available upon request.

**Account:** PSP-336848
**Confirm Date:** 06/20/2019

**Investment Rep Name:** JORGE ROIG
**For Questions Call:** (787) 296-0636

**TRADE CONFIRMATION SUMMARY REPORT**

**YOU SOLD**  Trade Date: 06-20-19   Settlement Date: 06-24-19

| Symbol | Qty | Price | Cusip | Type | Reg Rep | Ref # |
|---|---|---|---|---|---|---|
|  | 100,000 | 92.1250 | 745211LH3 | 1* | P26 P26 | 19171-0DGCPJ |

**DESCRIPTION AND DISCLOSURES**

PUERTO RICO COMWLTH INDL DEV CO GEN PURP REVS GEN PURP REV BDS 2003
WE HAVE ACTED AS PRINCIPAL
COUPON 5.20000%  MATURITY DATE 07/01/2023
CALLABLE NEXT CALL 07/21/19 @ 100.000 REVENUE BOOK ENTRY ONLY
CONTINUOUSLY CALLABLE FROM 07/01/11 SUBJECT TO SINKING FUND
IN MONETARY DEFAULT
TO VIEW SECURITY DETAILS AND TRADE ACTIVITY, GO TO
https://emma.msrb.org/cusip/745211LH3
EXECUTION TIME 02:14 PM

| | |
|---|---|
| Principal Amount | 92,125.00 |
| Service Fee | 4.50 |
| Settlement Amount | 92,120.50 |

Popular Securities, Inc. es una subsidiaria de Popular, Inc. y afiliada a BPPR. Las inversiones no son depositos ni obligaciones, ni estan garantizadas por e BPPR o cualquiera de sus afiliadas. No estan aseguradas por FDIC o agencia gubernamental. Conllevan riesgos, incluso la perdida del principal.

ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES LLC. ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE.

**Account Positions** (Open/Unrealized) for PSP-338648 : **35 Position(s)**
Searched by None ; Sorted by Security Type ; Then Sorted by Security ID

Pricing is intraday
As of Mar-01-2019 8:43 AM ET

| Security ID | Closing Quantity | Security Description | Cost | Recent Price | Recent Market Value | Gain/Loss | Account Type | Symbol | % Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|
| 745160PR6 | 210,000.000 | PUERTO RICO COMWLTH AQUEDUCT & SWR AUTH 06.10000% 07/01/2034 REV COMWLTH GTD REF REV BDS SER. 2008 B | $213,312.57 [a] | $79.50000 [cp] | $166,950.00 | -$46,362.57 | Margin | n/a | -21.73% |
| 745160QF1 | 100,000.000 | PUERTO RICO COMWLTH AQUEDUCT & SWR AUTH 06.10000% 07/01/2034 REV COMWLTH GTD REF REV BDS SER. 2008 A | $102,852.79 [a] | $79.50000 [cp] | $79,500.00 | -$23,352.79 | Cash | n/a | -22.70% |
| 745160QG9 | 10,000.000 | PUERTO RICO COMWLTH AQUEDUCT & SWR AUTH 06.15000% 07/01/2038 REV REV BDS SER. 2008 B SENIOR LIEN | $10,004.32 [a] | $92.62500 [cp] | $9,262.50 | -$741.82 | Cash | n/a | -7.41% |
| 745211LH3 | 100,000.000 | PUERTO RICO COMWLTH INDL DEV CO GEN PURP 05.20000% 07/01/2023 REVS GEN PURP REV BDS SER. 2003 | $100,000.00 [a] | $81.50000 [cp] | $81,500.00 | -$18,500.00 | Cash | n/a | -18.50% |
| 745235K26 | 50,000.000 | PUERTO RICO PUB BLDGS AUTH REV GTD 06.00000% 07/01/2024 GOVERNMENT FACILITIES REV REFUNDING BDS SERIES | $50,000.00 [a] | $102.95600 [cp] | $51,478.00 | $1,478.00 | Cash | n/a | 2.95% |
| 745235K34 | 60,000.000 | PUERTO RICO PUB BLDGS AUTH REV GTD 06.00000% 07/01/2025 GOVERNMENT FACILITIES REV REFUNDING BDS SERIES | $58,698.60 [a] | $110.65300 [cp] | $66,391.80 | $7,693.20 | Cash | n/a | 13.10% |
| 745235M57 | 200,000.000 | PUERTO RICO PUB BLDGS AUTH REV GTD 05.65000% 07/01/2028 GOVT FACS REV BDS SERIES R1 | $203,051.45 [a] | $55.00000 [cp] | $110,000.00 | -$93,051.45 | Cash | n/a | -45.82% |
| 74526QXT4 | 20,000.000 | PUERTO RICO ELEC PWR AUTH PWR REV PWR REV 06.12500% 07/01/2040 BDS SER.SERIES YY | $20,000.00 [a] | $68.25000 [cp] | $13,650.00 | -$6,350.00 | Cash | n/a | -31.75% |

[c]Core Sweep/Fund   [ ]Intraday   [a]Adjusted Cost   [m]Mutual Fund w/Short-Term   [cp]Closing Price   [t]Custodied by a Third Party