June 26, 2019

Case 17-03283-LTS

Response - to the OMNIBUS OBJECTION doc 7278-4

Contact Information:

**NAME: Ethel Alvarez**

Address: Calle Paseo del Monte MD-6 Urb Monte Claro

Bayamon, PR 00961

TELEPHONE: 787-787-8304

Email: ethelpujols37@hotmail.com

CAPTION

**Fiftieth Omnibus Objection**

**Exhibit A - Insufficient Basis**

Claim # 8738

Case 17-03283-LTS

REASON:

I Ethel Alvarez oppose to the Omnibus Objection because I have proof attached of the funds that I have. It is insulting and immoral to rob the savings of a senior citizen that counts on the investments to continue living on a fixed income. I depend on my savings to pay for all my expenses and MEDICAL costs.

DEBTORS:

MUNICIPAL BONDS

36829QAA3

74514LME4

74514LA72

74514LC70

745235M57

745291VH4