Ethel Alvarez
C/ Paseo del Monte Md-6
Bayamon, P.R. 00961





Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR 00918-1767

