# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that, pursuant to Rule 83D(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico, Rule 2002, 9007 and 9010(b) of the Federal Rules of **Bankruptcy** Procedures (the "**Bankruptcy Rules**"), made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act ("**PROMESA**"), 48 U.S.C. § 2170 *et seq*., and sections 102(1) and 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), made applicable to these proceedings by Section 301 of PROMESA, the following firms hereby enter their appearances in the above-captioned Title III case (the "**Title III Case**") as co-counsel to Jefferies LLC ) ("**Jefferies**") and BMO Capital Markets GKST, Inc. ("**BMO**"): (i) McGuire Woods, LLC, as lead counsel, and (ii) Navarro-Cabrer Law Offices, as local counsel.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE FURTHER NOTICE** that Jefferies and BMO request that all notices and papers filed or entered in the Title III Case and all papers served or required to be served in the Title III Case be given to and served upon it through the undersigned counsel identified below at the following addresses and further request to be added to any master service list, or any other similar lists applicable to the Title III Case:

**McGUIRE WOODS**
E. Andrew Southerling (Pro Hac Vice)
MCGUIRE WOODS
2001 K Street N.W., Suite 400
Washington, DC 20006-1040
Telephone: (202) 857-1700
Facsimile: (202) 857-1737
E-mail: asoutherling@mcguirewoods.com

Aaron G. McCollough (Pro Hac Vice)
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Telephone: (312) 849-8256
Facsimile : (312) 698-4522
E-mail : amccollough@mcguirewoods.com

*Counsel to Jefferies LLC and BMO Capital Markets GKST, Inc.*

Nilda M. Navarro-Cabrer
**NAVARRO-CABRER LAW OFFICES**
El Centro I, Suite 206
500 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Telephone: (787) 764-9595
Facsimile: (787) 765-7575
Email: navarro@navarrolawpr.com

*Local counsel to Jefferies LLC and BMO Capital Markets GKST, Inc*

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in PROMESA, the Bankruptcy Code and the Bankruptcy Rules, but also includes, without limitation, any orders and notices of any application, complaint, demand, motion, petition, pleading, or request whether formal or informal, written or oral, and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned Title III Case and any proceedings therein, all of which are to be sent to the attorneys listed above.

**PLEASE TAKE FURTHER NOTICE** that the undersigned intends that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading,

proof of claim, claim, or suit shall constitute a waiver of the rights of Jefferies and BMO: (i) to trial by jury in any proceeding so triable in the Title III Case or any case, controversy, or proceeding related to the Title III Case; and (ii) to any other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which Jefferies and BMO are or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, recoupments and remedies are expressly reserved.

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Dated: July 3, 2019                                                                 Respectfully submitted,

*/s/ E. Andrew Southerling*
E. Andrew Southerling (Pro Hac Vice)
**MCGUIRE WOODS**
2001 K Street N.W., Suite 400
Washington, DC 20006-1040
Telephone: (202) 857-1700
Facsimile: (202) 857-1737
E-mail: asoutherling@mcguirewoods.com

*/s/ Aaron G. McCollough*
Aaron G. McCollough (Pro Hac Vice)
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Telephone: (312) 849-8256
Facsimile : (312) 698-4522
E-mail : amccollough@mcguirewoods.com

*Counsel to Jefferies LLC and BMO Capital Markets GKST, Inc.*

*/s/ Nilda M. Navarro-Cabrer*
Nilda M. Navarro-Cabrer
**NAVARRO-CABRER LAW OFFICES**
El Centro I, Suite 206
500 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Telephone: (787) 764-9595
Facsimile: (787) 765-7575
Email: navarro@navarrolawpr.com
*Local counsel to Jefferies LLC and BMO Capital Markets GKST, Inc*