LEY __29__ -20__19__

**GOBIERNO DE PUERTO RICO**
**SENADO DE PUERTO RICO**
**EL CAPITOLIO**
**SAN JUAN, PUERTO RICO 00901**

Yo, **Manuel A. Torres Nieves**, Secretario del Senado de Puerto Rico,

**CERTIFICO:**

Que el **P. del S. 1258**, titulado:

## "LEY

Para establecer la "Ley para la Reducción de las Cargas Administrativas de los Municipios", a los fines de reducir la carga administrativa de los municipios en los cargos que pagan al plan de salud del gobierno y el sistema "Pay as you Go"; para enmendar la Sección 9 del Artículo VI de la "Ley de la Administración de Seguros de Salud de Puerto Rico", Ley 72-1993, según enmendada y el Artículo 3.5 de la  "Ley para Garantizar el Pago a Nuestros Pensionados y Establecer un Nuevo Plan de Aportaciones Definidas para los Servidores Públicos", Ley 106-2017, según enmendada, para viabilizar la reducción en dichas cargas; y para otros fines relacionados."

ha sido aprobado por el Senado de Puerto Rico y la Cámara de Representantes en la forma que expresa el ejemplar que se acompaña.

**PARA QUE ASI CONSTE**, y para notificar al Gobernador de Puerto Rico, expido la presente en mi oficina en el Capitolio, San Juan, Puerto Rico, el día ocho (8) del mes de mayo del año dos mil diecinueve y estampo en ella el sello del Senado de Puerto Rico.

Manuel A. Torres Nieves
Secretario del Senado

# (P. del S. 1258)

## LEY

Para establecer la "Ley para la Reducción de las Cargas Administrativas de los Municipios", a los fines de reducir la carga administrativa de los municipios en los cargos que pagan al plan de salud del gobierno y el sistema "Pay as you Go"; para enmendar la Sección 9 del Artículo VI de la "Ley de la Administración de Seguros de Salud de Puerto Rico", Ley 72-1993, según enmendada y el Artículo 3.5 de la "Ley para Garantizar el Pago a Nuestros Pensionados y Establecer un Nuevo Plan de Aportaciones Definidas para los Servidores Públicos", Ley 106-2017, según enmendada, para viabilizar la reducción en dichas cargas; y para otros fines relacionados.

## EXPOSICIÓN DE MOTIVOS

Los municipios son la entidad gubernamental más accesible que tienen los residentes de Puerto Rico. Es por ello que, históricamente los municipios se han visto en la necesidad de proveer aquellos servicios que la "Ley de Municipios Autónomos" les requiere, así como asumir responsabilidades del gobierno central, sin que ello estuviere acompañado de la correspondiente asignación de fondos.

No es secreto que los ayuntamientos atraviesan una enorme crisis fiscal, como ocurre con el Gobierno de Puerto Rico. No obstante, siendo criaturas del Estado, las alternativas para que salgan de la crisis son limitadas. Como si fuera poco, el Plan Fiscal para Puerto Rico, aprobado por la Junta de Supervisión Fiscal ("JSF"), al amparo del *"Puerto Rico Oversight, Management, and Economic Stability Act"* ("PROMESA" por sus siglas en inglés), *Public Law* 114-187, contempla la reducción de las transferencias de fondos del Fondo General a los municipios hasta su eliminación al año 2023. Anualmente, esta cifra rondaba en los $360 millones de dólares.

Conscientes del impacto que tendrá la eliminación de los conocidos "subsidios" a los municipios, esta Asamblea Legislativa ha identificado dos gastos administrativos que han asumido los municipios con un gran impacto en sus arcas. Estos son, los pagos que realizan al plan de salud del Gobierno de Puerto Rico y al sistema de "Pay as you Go", al amparo de las disposiciones de la "Ley de la Administración de Seguros de Salud de Puerto Rico", Ley 72-1993, según enmendada, y la "Ley para Garantizar el Pago a Nuestros Pensionados y Establecer un Nuevo Plan de Aportaciones Definidas para los Servidores Públicos", Ley 106-2017, según enmendada. Se estima que el

2

impacto fiscal para los municipios entre estas partidas alcanza la cifra de cuatrocientos millones de dólares ($400,000,000) anualmente.

Mediante la presente Ley, se elimina la obligación de los municipios de aportar al plan de salud del Gobierno y al sistema de *"Pay as you Go"*. En cambio, el Centro de Recaudación de Ingresos Municipales ("CRIM") retendrá en el Fondo de Equiparación un cincuenta por ciento (50%) de la cantidad que les correspondería a los municipios desembolsar a ASES, utilizando como base la cantidad facturada para el año fiscal 2015-2016 y hasta un noventa por ciento (90%) de la cantidad que le correspondería pagar a los municipios al *"Pay as you Go"*, utilizando como base la cantidad facturada para el año fiscal 2017-2018, para ser distribuidos a los municipios según las normas aplicables a dicho fondo. Los sobrantes serán distribuidos en efectivo entre los municipios, a base de la proporción a la que aportan a las remesas. De esta forma, se reduce significativamente la carga administrativas de los municipios, lo cual redundará en más y mejores servicios para los ciudadanos.

## DECRÉTASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:

Artículo 1.- Esta Ley se conocerá como "Ley para la Reducción de las Cargas Administrativas de los Municipios".

Artículo 2.- Se adopta la presente Ley con el propósito de reducir la carga administrativa de los municipios sobre los pagos que realizan al plan de salud del Gobierno de Puerto Rico y al sistema de "Pay as you Go", al amparo de las disposiciones de la Ley 72-1993, según enmendada, conocida como "Ley de la Administración de Seguros de Salud de Puerto Rico", y la Ley 106-2017, según enmendada, conocida como "Ley para Garantizar el Pago a Nuestros Pensionados y Establecer un Nuevo Plan de Aportaciones Definidas para los Servidores Públicos".

Artículo 3.- Se enmienda la Sección 9 del Artículo VI de la Ley 72-1993, según enmendada, conocida como "Ley de la Administración de Seguros de Salud de Puerto Rico", para que lea como sigue:

"Sección 9.- Financiamiento de la Administración y del Plan de Salud; Otros Ingresos.

El plan de salud establecido mediante esta ley y los gastos de funcionamiento de la Administración se sufragarán de la siguiente manera:

(a)...

...

(d) La asignación presupuestaria de los gobiernos municipales para servicios de salud directos en áreas cubiertas por los planes de salud estará basada en los porcientos contenidos en la Tabla siguiente del Presupuesto de Fondos Ordinarios de los municipios, excluyendo la Contribución Adicional Especial (CAE), y fondos

3

federales utilizando como base el presupuesto de fondos ordinarios del año fiscal anterior, a partir del 1ro de julio de 1997.

...

En lo que se revisa el esquema de aportación municipal al costo de la Reforma de Salud para el Año Fiscal 2005-2006 y en años fiscales sucesivos, los municipios aportarán la cantidad equivalente al porciento establecido para el Año Fiscal 2004-2005 o el actual, cual fuese el menor, según dispuesto en su presupuesto. En el caso del Municipio de San Juan, este aportará la cantidad resultante de la aplicación de la Tabla al presupuesto para el año fiscal 2004-2005 o actual, cual fuese menor. Para aquellos municipios que brindan servicios preventivos, ya sean directos e indirectos de salud, el CRIM retendrá el pago a ASES hasta que esta institución acuerde con el municipio la devolución por concepto de la correspondiente aportación de aquellos municipios, según lo requiere el Artículo 14 de la Ley 3-2003. ASES reembolsará total o parcialmente a los municipios todo gasto incurrido por servicios directos o indirectos de salud prestados por los municipios sin restricción alguna. No obstante, entre el 1ro de julio de 2018 al 30 de septiembre de 2019, que equivale a la suma de doscientos dos millones de dólares ($202,000,000), los municipios estarán exentos del cumplimiento de esta disposición, por lo que no tendrán obligación alguna de realizar aportaciones al plan de salud creado mediante la presente Ley. De dicho total, el cincuenta por ciento (50%) o la cantidad de ciento un millones de dólares ($101,000,000) los recibirán los municipios en efectivo y el restante cincuenta por ciento (50%) o la suma de ciento un millones de dólares ($101,000,000) lo recibirán como crédito a la deuda que tengan los municipios con la Administración de los Sistemas de Retiro de los Empleados Públicos, según establecido en la Ley 106-2017, conocida como "Pay as you Go", al 30 de junio de 2018. En caso de que cualquier municipio no tenga deuda o la deuda sea menor a los recursos que le corresponden, dicho crédito se desembolsará según se dispone en el próximo párrafo.

A partir del 30 de septiembre de 2019, los municipios no tendrán obligación de hacer aportaciones a plan de seguro de salud creado mediante la presente Ley.

(e)..."

Artículo 4.- Se enmienda el Artículo 3.5 de la Ley 106-2017, según enmendada, conocida como "Ley para Garantizar el Pago a Nuestros Pensionados y Establecer un Nuevo Plan de Aportaciones Definidas para los Servidores Públicos", para que lea como sigue:

"Artículo 3.5.- Obligaciones del Patrono, Sanciones.

Todo patrono de un Participante del Nuevo Plan de Aportaciones Definidas tendrá las siguientes obligaciones:

(1)...

(2)...

4

a. La Junta de Retiro, su designado o la Entidad Administradora solicitará por escrito, y acompañado por una certificación oficial de deuda:

i…

ii…

iii. Al Centro de Recaudación de Ingresos Municipales (CRIM), que remese, dentro de los siete (7) días siguientes a la notificación por escrito, al Nuevo Plan de Aportaciones Definidas y/o a la Cuenta para el Pago de las Pensiones Acumuladas, las cantidades de las Aportaciones Adeudadas por el patrono Municipal, del remanente no comprometido de las contribuciones sobre el valor de la propiedad y demás ingresos que los municipios tengan derecho a recibir de conformidad a la Ley 80-1991, según enmendada, conocida como "Ley del Centro de Recaudación de Ingresos Municipales". A partir de la vigencia de esta Ley, automática y permanentemente, se constituye un gravamen legal preferencial sobre dicho remanente no comprometido en favor de la Junta de Retiro y/o la Entidad Administradora para el cobro de las Aportaciones Adeudadas, sin la necesidad de cualquier otro acto, posesión o control sobre los mismos. Disponiéndose, que a partir del año fiscal 2019-2020, los municipios no tendrán obligación de pagar al "Pay as you Go", ni el Centro de Recaudación de Ingresos Municipales (CRIM) la obligación de remesar pagos a esos fines.

iv…"

Artículo 5.- A partir del 30 de septiembre de 2019, el Centro de Recaudación de Ingresos Municipales (CRIM) retendrá en el Fondo de Equiparación un cincuenta por ciento (50%) de la cantidad que les hubiese correspondido a los municipios desembolsar a ASES, utilizando como base la cantidad facturada para el año fiscal 2015-2016, para ser distribuidos a los municipios a tenor con las normas aplicables a dicho fondo según la Ley 80-1991, según enmendada, conocida como "Ley del Centro de Recaudación de Ingresos Municipales". El restante cincuenta por ciento (50%) será distribuido en efectivo entre los municipios, a base de la proporción a la que aportan a las remesas.

Además, a partir del año fiscal que comienza el 1 de julio de 2019, el CRIM retendrá en el Fondo de Equiparación hasta un noventa por ciento (90%) de la cantidad que le hubiese correspondido a los municipios desembolsar a la Junta de Retiro y/o la Entidad Administradora para el pago del "Pay as you Go", creado por virtud de la Ley 106-2017, según emendada, utilizando como base la cantidad facturada para el año fiscal 2017-2018, para ser distribuidos a los municipios a tenor con las normas aplicables a dicho fondo según la Ley 80-1991, según enmendada, conocida como "Ley del Centro de Recaudación de Ingresos Municipales". El sobrante será distribuido en efectivo entre los municipios, a base de la proporción a la que aportan a las remesas.

5

Artículo 6.- Esta Ley comenzará a regir inmediatamente después de su aprobación.

_____
Presidente del Senado

_____
Presidente de la Cámara

Aprobada en _Mayo 17, 2019_

_____
Gobernador

Este P. de _____5_____ Núm _/258_

Fue recibida por el Gobernador

Hoy __/3__ de ___mayo___

De _2019_ A las ___6:00 P.4.___