**FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
FOR PUERTO RICO**



*José B. Carrión III*
Chair

*Members*
*Andrew G. Biggs*
*Carlos M. García*
*Arthur J. González*
*José R. González*
*Ana J. Matosantos*
*David A. Skeel, Jr.*

*Natalie A. Jaresko*
Executive Director

<u>**BY ELECTRONIC MAIL**</u>

March 21, 2019

The Honorable Ricardo A. Rosselló Nevares
Governor of Puerto Rico
La Fortaleza
P.O. Box 9020082
San Juan, PR 00902-0082

Dear Governor Rosselló Nevares:

I write once again regarding the Government's non-compliance with Section 204(a) of PROMESA. Notwithstanding the clear mandate in Section 204(a)(1), which requires that the Governor submit to the Oversight Board all laws enacted by the territorial government no later than seven business days after their enactment along with a cost estimate and certification of compliance or non-compliance, the Oversight Board has not received these documents for multiple acts this year. For example, according to the Office of Legislative Services' website, Act 1-2019 and Act 2-2019 were approved on January 2, 2019, Act 3-2019 was approved on January 3, 2019, Act 4-2019 was approved on February 3, 2019, Act 5-2019 was approved on February 11, 2019 and Act 6-2019 was approved on February 12, 2019. Yet the Oversight Board has not received the laws or required accompanying documentation for any of these acts.

In order for the Oversight Board to discharge its responsibilities under the law, the Government must comply with the requirements of Section 204(a). We look forward to you correcting this situation immediately and continuing to work together for the benefit of the people of Puerto Rico.

Sincerely,

*[signature]*

Natalie A. Jaresko

CC: Christian Sobrino Vega

PO Box 192018 San Juan, PR 00919-2018; www.oversightboard.pr.gov; comments@oversightboard.pr.gov