**FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
FOR PUERTO RICO**



*José B. Carrión III*
Chair

<u>Members</u>
*Andrew G. Biggs
Carlos M. García
Arthur J. González
José R. González
Ana J. Matosantos
David A. Skeel, Jr.*

*Natalie A. Jaresko*
Executive Director

**BY ELECTRONIC MAIL**

June 19, 2019

The Honorable Ricardo A. Rosselló Nevares
Governor of Puerto Rico
La Fortaleza
P.O. Box 9020082
San Juan, PR 00902-0082

Dear Governor Rosselló Nevares:

On December 3, 2018, we sent a letter to inform you that over several months and across multiple areas, the Government has failed to fulfill its obligations under PROMESA. The situation has not been corrected and must be resolved with the utmost urgency.

**Section 203 of PROMESA**

Section 203 under PROMESA provides that "no later than 15 days after the last day of each quarter of a fiscal year, the Governor shall submit to the Oversight Board a report, in such form as the Oversight Board may require describing budget to actual for such preceding quarter, and any other information requested by the Oversight Board."

The purpose of Section 203 is to hold the Government accountable to the certified Budget and to alert the Oversight Board to deviations from the certified Budget, both with respect to revenues and expenditures, so that the Oversight Board can determine whether to exercise remedies.

The Government did not submit, when due on April 15, 2019, complete Section 203(a) budget-to-actual reports for UPR and HTA for the third quarter of fiscal year 2019. Moreover, HTA and UPR have never submitted a complete Section 203(a) report. Although we have shared the required reporting template several times with your staff, we are including again with this letter the templates for HTA and UPR as Appendices A and B, respectively. Moreover, although PREPA submitted a 203(a) report, it was submitted late. Please provide all the outstanding reports for Fiscal Year 2019 by June 30, 2019 and ensure that reports are submitted 15 days after the end of each quarter moving forward.

We reiterate again that the Government has not submitted Section 203(a) budget to actual reports for PREPA, HTA, and UPR for fiscal year 2018. Please submit all such reports to the Oversight Board by June 30, 2019.

Honorable Ricardo A. Rosselló Nevares
June 19, 2019
Page 2 of 2

From now on, the Oversight Board also requires the Government to publish public quarterly Section 203(a) reports <u>one month</u> after they are submitted to the Oversight Board. Please publish the Q3 reports for the Commonwealth, PREPA and PRASA by June 30, HTA and UPR Q3 reports by July 31, 2019, and Q4/annual reports for all by August 15, 2019.

**Reporting per the Certified Commonwealth Fiscal Plan**

Since April 2018, the Certified Commonwealth Fiscal Plan has required public reporting of the Government's financial and budgetary data to improve fiscal governance, accountability, and internal controls. While there has been substantial progress made in terms of reporting, there is a substantial list of reports that (1) are not being submitted to the Oversight Board and/or (2) are not being made public. Appendix C (Exhibit 76 of the 2019 Fiscal Plan) lists these reports and outlines non-compliance with specific reports.

The Oversight Board requires the internal and public reporting cadence to be restored by June 30, 2019. Moreover, we will be sending letters to the heads of specific instrumentalities outlining non-compliance with their respective Fiscal Plan reporting requirements.

**Section 204(a) of PROMESA**

Section 204(a) requires the Governor to submit to the Oversight Board each law enacted by the territorial government no later than seven business days after its enactment along with a cost estimate and certification of compliance or non-compliance. Notwithstanding this clear obligation, the Governor has not provided these documents for multiple laws enacted in 2018 and 2019. For example, Appendix D of this letter lists fifty-one (51) Acts and fifty-three (53) Joint Resolutions enacted and approved during calendar year 2018, as well as twenty-three (23) Acts and twenty-five (25) Joint Resolutions enacted and approved during this calendar year 2019, as to which the Governor has not provided the required documentation to the Oversight Board.

In order for the Oversight Board to discharge its responsibilities under PROMESA, please submit the required documentation by June 30, 2019. We are, as always, available at your convenience to meet and discuss these issues. We look forward to continuing to work together for the benefit of the people of Puerto Rico.

Sincerely,

Natalie A. Jaresko

CC: Christian Sobrino Vega
Raúl Maldonado Gautier
Elí Díaz Atienza
José Ortiz Vázquez
Walter Alomar Jiménez
Rosana Aguilar Zapata

**Financial Oversight & Management Board for Puerto Rico**

| | Quaterly Budget to Actuals (203 report) | | |
|---|---|---|---|
| ($000's) | **Act.** July | **Budget** July | **Variance ($)** July |
| **Operating Receipts:** | | | |
| 1 Toll Revenue | | | $0 |
| 2 Transit Revenue | | | $0 |
| 3 Toll Fines | | | $0 |
| 4 Other Income | | | $0 |
| 5 Total Operating Receipts | $0 | $0 | $0 |
| **Commonwealth Funding** | | | |
| 6 State Funds Earmarked for Capital Expenditures | | | $0 |
| 7 Additional Funding from Commonwealth | | | $0 |
| 8 Total Commonwealth Funding | $0 | $0 | $0 |
| **Federal Funding** | | | |
| 9 Federal Highway Administration ("FHWA") Funds | | | $0 |
| 10 Federal Emergency Revenues | | | $0 |
| 11 Transit Funds | | | $0 |
| 12 Hurricane Loss Assessment - Insurance and FEMA Revenue | | | $0 |
| 13 Total Federal Funding | $0 | $0 | $0 |
| **14 Total Revenues** | **$0** | **$0** | **$0** |
| **Capital Expenditures** | | | |
| 15 Right of Way ("ROW") | | | $0 |
| 16 Design | | | $0 |
| 17 Construction Local | | | $0 |
| 18 Transit Capital Improvement Program ("CIP") | | | $0 |
| 19 Hurricane Loss Assessment | | | $0 |
| 20 Federal Emergency Repair Program | | | $0 |
| 21 Local Emergency Repair Program | | | $0 |
| 22 Federal Construction Program | | | $0 |
| 23 Non-Federal Construction Program | | | $0 |
| 24 Total Operating Disbursements | $0 | $0 | $0 |
| **Operating Expenditures** | | | |
| 25 Payroll and Related | | | $0 |
| 26 Paygo Retirement Impact | | | $0 |
| 27 Other Program Expenses | | | $0 |
| 28 ROW Payments | | | $0 |
| 29 Other Operating Expenses | | | $0 |
| 30 Tren Urbano and Feeder Buses | | | $0 |
| 31 Toll Highways Administration and Maintenance | | | $0 |
| 32 Operational Reserve | | | $0 |
| 33 Total Operating Disbursements | $0 | $0 | $0 |
| **34 Total Expenditures** | **$0** | **$0** | **$0** |

**Supplemental Information**

*in 000's*

| | Amount | Date |
|---|---|---|
| Headcount | | |
| Accounts Receivable | | |
| | | |
| Accounts Payable: | | |
|   Intragovernmental | | |
|   3rd party | | |
| Accounts Payable Total | | |

**Comments**

Appendix B - UPR 203 Report

**Financial Oversight & Management Board for Puerto Rico**

## Budget to Actuals

| # | ($000's) | Act. Q1 | Budget Q1 | Act. Q2 | Budget Q2 | Act. Q3 | Budget Q3 | Act. Q4 | Budget Q4 |
|---|---|---|---|---|---|---|---|---|---|
| | **REVENUE** | | | | | | | | |
| | **Central Government Appropriations:** | | | | | | | | |
| 1 | TSA General Fund Appropriations: | | | | | | | | |
| 2 | TSA General Fund Appropriations (net measures) | | | | | | | | |
| 3 | TSA General Fund Appropriations (Resoluciones Conjuntas) | | | | | | | | |
| 4 | **TSA General Fund Appropriations** | | | | | | | | |
| | **Other Special Appropriations:** | | | | | | | | |
| 5 | Executive Order No. 2017-021 (training and seminars) | | | | | | | | |
| 6 | Department of Education (training to teachers and tutoring) | | | | | | | | |
| 7 | Legislative Scholarship | | | | | | | | |
| 8 | **Other Appropations** | | | | | | | | |
| 9 | **Central Government Appropiation** | | | | | | | | |
| | **Operating Receipts:** | | | | | | | | |
| 10 | PR Slot Machine Receipts (Ley 36) | | | | | | | | |
| 11 | Tuition | | | | | | | | |
| 12 | Campus-generated inflows | | | | | | | | |
| 13 | Other Campus-generated inflows | | | | | | | | |
| 14 | Fondos especials estatales | | | | | | | | |
| 15 | Other Receipts | | | | | | | | |
| 16 | **Total Operating Receipts** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Federal Fund Receipts:** | | | | | | | | |
| 17 | Federal Funds Appropriations | | | | | | | | |
| 18 | **Total Federal Fund Receipts** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Disaster-Related Receipts** | | | | | | | | |
| 19 | Insurance Proceeds | | | | | | | | |
| 20 | Other Federal Programs | | | | | | | | |
| 21 | **Total Debt Related Disbursements** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | **Total Receipts** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | **Operating Disbursements:** | | | | | | | | |
| | Payroll & Related Costs | | | | | | | | |
| | - Salaries - Full Time Employees | | | | | | | | |
| | - Salaries - Transitory / Part Time Employees | | | | | | | | |
| | - Christmas Bonus | | | | | | | | |
| | - Overtime | | | | | | | | |
| | - Other Compensation | | | | | | | | |
| | - Liquidations | | | | | | | | |
| | - Incentives | | | | | | | | |
| | - Medical Insurance | | | | | | | | |
| | - Social Security Payment | | | | | | | | |
| | - State Insurance Fund | | | | | | | | |
| | - Unemployment Insurance | | | | | | | | |
| | - Other Marginal Benefits | | | | | | | | |
| | - Other Subsidies to Employees | | | | | | | | |
| 24 | Governmental entities | | | | | | | | |
| 25 | Materials and Supplies | | | | | | | | |
| 26 | Purchased Services | | | | | | | | |
| 27 | Scholarships and Donations | | | | | | | | |
| 28 | Resoluciones Conjuntas (Pass Throughs) | | | | | | | | |
| 29 | Enclosed Allocation | | | | | | | | |
| 30 | Professional Services | | | | | | | | |
| 31 | Facilities and Payments for Public Services | | | | | | | | |
| 32 | Contributions to Non-Governmental Entities | | | | | | | | |
| 33 | Transportation Expenses | | | | | | | | |
| 34 | Budget Reserve | | | | | | | | |
| 35 | Media Ads and Guidelines | | | | | | | | |
| 36 | Federal Fund Appropriation | | | | | | | | |
| 37 | Other Operating Payments | | | | | | | | |
| 38 | **Total Operating Disbursements** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Disaster Relief Disbursements** | | | | | | | | |
| 39 | Other Federally Supported Projects | | | | | | | | |
| 40 | Insurance Supported Projects | | | | | | | | |
| 41 | Unfunded Spend | | | | | | | | |
| 42 | **Total Disaster-related Disbursements** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Debt-Related Disbursements:** | | | | | | | | |
| 43 | Debt Payments | | | | | | | | |
| 44 | Interest | | | | | | | | |
| 45 | **Total Debt Related Disbursements** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 46 | Capital Expenditures | | | | | | | | |
| 47 | **Total Disbursements** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 48 | Non operating Cash Flow (Transfer In ) | | | | | | | | |
| 49 | Non operating Cash Flow (Transfer Out ) | | | | | | | | |
| 50 | **Total Disbursements** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 51 | **Net Cash Flow** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**APPENDIX C: FISCAL CONTROLS AND REPORTING KEY IMPLEMENTATION MILESTONES (EXHIBIT 76 OF FP)**

| Section | | Reporting Requirement | Closing of the 1st Reporting Period | Cadence for FOMB Reporting[A] | Submitted or Not Submitted for Latest Reporting Period | Cadence for Public Reporting[B] | Made Public or Not Published/ Please make public |
|---|---|---|---|---|---|---|---|
| **I. Cash Reporting** | A. | Treasury Single Account (TSA) Liquidity (Actuals vs. Liquidity Plan) | 10/26/2018 | Weekly; Monthly | Yes | Weekly; Monthly | http://www.aafaf.pr.gov/reports.html |
| | B. | Consolidated TSA including Agency Detail (Actuals vs. Liquidity Plan) | 10/31/2018 | Monthly | Yes | Monthly | Not Published / Please make public |
| | C. | Independently Forecasted Component Units (IFCUs) (Actuals vs. Liquidity Plan) | 10/31/2018 | Monthly | Yes | Monthly | http://www.aafaf.pr.gov/reports.html |
| | D. | Liquidity - Office of the Comptroller, Judiciary Branch, Civil Rights Commission, OMBUDSMAN (Actuals vs. Liquidity Plan) | 10/31/2018 | Monthly | Yes | Monthly (beginning 11/30/18) | Not Published / Please make public |
| | D. | Liquidity - Senate, House of Representatives, (Actuals vs. Liquidity Plan) | 10/31/2018 | Monthly | Not compliant on latest submission | Monthly (beginning 11/30/18) | Not Published / Please make public |
| | E. | Summary of Bank Account for the Government of Puerto Rico and its Instrumentalities | 10/31/2018 | Monthly | Yes | Monthly | http://www.aafaf.pr.gov/reports.html |
| **II. Additional Actuals Reporting** | A. | Monthly Budget to Actual Report - Including Revenues (including gross revenues, tax credits collected, and net revenues) | | | | | |
| | | 1. General Fund | 10/31/2018 | Monthly | Partially compliant | Monthly | http://www.aafaf.pr.gov/reports.html |
| | | 2. Non-General Fund Funds (including Special Revenue Funds) | 10/31/2018 | Monthly | Partially compliant | Monthly (beginning 1/31/19) | Not Published / Please make public |
| | | 3. Federal Funds [4] | 10/31/2018 | Monthly | Not submitted | Monthly (beginning 1/31/19) | Not Published / Please make public |
| | | 4. IFCUs | 10/31/2018 | Monthly | Not submitted | Monthly (beginning 1/31/19) | Not Published / Please make public |
| | | 5. Comptroller, Judiciary, Civil Rights Commission, OMBUDSMAN | 10/31/2018 | Monthly | Yes | Monthly (beginning 11/30/18) | Not Published / Please make public |
| | | 6. Senate, House of Representatives | 10/31/2018 | Monthly | Not submitted | Monthly (beginning 11/30/18) | Not Published / Please make public |
| | B. | Central Government Payroll and Headcount[5] | 10/31/2018 | Monthly | Yes | Monthly | http://www.aafaf.pr.gov/reports.html |
| | C. | IFCU Payroll and Headcount | 10/31/2018 | Monthly | Yes | Monthly | http://www.aafaf.pr.gov/reports.html |
| | D. | Central Government 3rd Party Accounts Payable | 10/26/2018 | Weekly; Monthly | Yes | Weekly; Monthly | http://www.aafaf.pr.gov/reports.html |
| | E. | Central Government Invoice Processing KPIs | 10/31/2018 | Monthly | Yes | Monthly (beginning 11/30/18) | Not Published / Please make public |
| | F. | Tax Credits | - | | | | |
| | | 1. Liability | 12/31/2018 | Quarterly | Yes | Quarterly (beginning 1/31/19)[C] | Not Published / Please make public |
| | | 2. New credits granted | 10/31/2018 | Monthly | Yes | Monthly (beginning 1/31/19)[C] | Not Published / Please make public |
| | | 3. Credits used (direct impact on collections) | 12/31/2018 | Monthly | Yes | Monthly[C] | Not Published / Please make public |
| | | 4. Tax Expenditure Report | 12/31/2018 | Yearly | Yes | Yearly | Not Published / Please make public |
| | G. | OATRH Attendance for the Preceding 4-Week Period | 10/31/2018 | Monthly | Yes | Monthly | http://www.aafaf.pr.gov/reports.html |
| | H. | Quarterly budget to actual revenues, expenditures, and cash flows, together with a variance analysis, of the territorial government during the preceding quarter | 12/31/2018 | Quarterly | Partially compliant | Quarterly | Not Published / Please make public |
| **III. Measures and Reforms Reporting (Progress Reports)[6,7]** | A. | Structural Reforms (4) | | | | | |
| | | 1. Labor Reform | 10/31/2018 | Monthly | Refer to public dasboard | Quarterly | Not Published / Please make public |
| | | 2. Ease of Doing Business Reform | 10/31/2018 | Monthly | Refer to public dasboard | Quarterly | Not Published / Please make public |
| | | 3. Energy Reform | 10/31/2018 | Monthly | Refer to public dasboard | Quarterly | Not Published / Please make public |
| | | 4. Infrastructure Reform | 10/31/2018 | Monthly | Refer to public dasboard | Quarterly | Not Published / Please make public |
| | B. | Fiscal Measures (4) | | | | | |
| | | 1. Office of the Chief Financial Officer | 10/31/2018 | Monthly | Refer to public dasboard | Quarterly | Not Published / Please make public |
| | | 2. Revenue Measures | 10/31/2018 | Monthly | Refer to public dasboard | Quarterly | Not Published / Please make public |
| | | 3. Pension Reform | 10/31/2018 | Monthly | Refer to public dasboard | Quarterly | Not Published / Please make public |
| | | 4. Healthcare Reform | 10/31/2018 | Monthly | Refer to public dasboard | Quarterly | Not Published / Please make public |
| | C. | Agency Efficiencies | | | | | |
| | | 1. Agriculture (3 agencies) | 10/31/2018 | Monthly | Refer to public dasboard | Quarterly | Not Published / Please make public |
| | | 2. Corrections (2 agencies) | 10/31/2018 | Monthly | Refer to public dasboard | Quarterly | Not Published / Please make public |
| | | 3. Culture (3 agencies) | 10/31/2018 | Monthly | Refer to public dasboard | Quarterly | Not Published / Please make public |
| | | 4. Economic Development (11 agencies) | 10/31/2018 | Monthly | Refer to public dasboard | Quarterly | Not Published / Please make public |
| | | 5. Environmental (4 agencies) | 10/31/2018 | Monthly | Refer to public dasboard | Quarterly | Not Published / Please make public |
| | | 6. Executive Offices (8 agencies) | 10/31/2018 | Monthly | Refer to public dasboard | Quarterly | Not Published / Please make public |
| | | 7. Finance Commission (2 agencies) | 10/31/2018 | Monthly | Refer to public dasboard | Quarterly | Not Published / Please make public |
| | | 8. Office of the CFO (6 agencies) | 10/31/2018 | Monthly | Refer to public dasboard | Quarterly | Not Published / Please make public |
| | | 9. Healthcare (7 agencies) | 10/31/2018 | Monthly | Refer to public dasboard | Quarterly | Not Published / Please make public |
| | | 10. Justice (2 agencies) | 10/31/2018 | Monthly | Refer to public dasboard | Quarterly | Not Published / Please make public |
| | | 11. Labor (5 agencies) | 10/31/2018 | Monthly | Refer to public dasboard | Quarterly | Not Published / Please make public |
| | | 12. Land (2 agencies) | 10/31/2018 | Monthly | Refer to public dasboard | Quarterly | Not Published / Please make public |
| | | 13. Ombudsman (5 agencies) | 10/31/2018 | Monthly | Refer to public dasboard | Quarterly | Not Published / Please make public |
| | | 14. Public Safety (6 agencies and 1 program) | 10/31/2018 | Monthly | Refer to public dasboard | Quarterly | Not Published / Please make public |
| | | 15. Public Works (4 agencies) | 10/31/2018 | Monthly | Refer to public dasboard | Quarterly | Not Published / Please make public |
| | | 16. Social Welfare (8 agencies) | 10/31/2018 | Monthly | Refer to public dasboard | Quarterly | Not Published / Please make public |
| | | 17. State (2 agencies) | 10/31/2018 | Monthly | Refer to public dasboard | Quarterly | Not Published / Please make public |
| | | 18. Universities (2 agencies) | 10/31/2018 | Monthly | Refer to public dasboard | Quarterly | Not Published / Please make public |
| | | 19. Utilities Commission (4 agencies) | 10/31/2018 | Monthly | Refer to public dasboard | Quarterly | Not Published / Please make public |
| | | 20. Independent Agencies (20 agencies) | 10/31/2018 | Monthly | Refer to public dasboard | Quarterly | Not Published / Please make public |
| **IV. Macroeconomic Indicators** | A. | Macroeconomic Indicators | 12/31/2018 | Quarterly | Yes | Quarterly | Not Published / Please make public |
| **V. Recovery Funding Reporting** | A. | Uses/Disbursement Related to Hurricane Assistance (PWs) | 10/31/2018 | Monthly | Yes | Not Required | www.recovery.pr |
| | B. | Department of Housing | 10/31/2018 | Monthly | Yes | Not Required | www.recovery.pr |
| | C. | Highways and Transportation Authority | 10/31/2018 | Monthly | Yes | Not Required | www.recovery.pr |
| | D. | TSA Vendor Disbursements | 10/31/2018 | Monthly | Yes | Not Required | www.recovery.pr |
| **VI. PayGo Receivables and Contributions Reporting** | A. | VI. PayGo Receivables and Contributions Reporting | 10/31/2018 | Monthly | Yes | Monthly | http://www.aafaf.pr.gov/reports.html |

1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **VII. Certifications and Others** | A. | Quarterly revenue forecast update | 10/31/2018 | 45 days after end of every quarter | Not submitted | n/a | n/a |
| | B. | Certify that no appropriation of any previous fiscal year (except for appropriations covered by the exceptions authorized in the budget) has been used to cover any expense during the prior fiscal quarter | 12/31/2018 | 15 days after end of every quarter | Not submitted | n/a | n/a |
| | C. | Certify that no amount of the (i) Social Security Reserve or (ii) Emergency Reserve has been used to cover any expenses during the prior fiscal quarter | 12/31/2018 | 15 days after end of every quarter | Not submitted | n/a | n/a |
| | D. | Payroll transfers per Law 8-2017 | 12/31/2018 | Monthly | Not submitted | n/a | n/a |
| | E. | Signed legislation Compliance Certificates | N/A | 7 days after a bill is signed by the Governor | More than 150 certificates are missing | n/a | n/a |

1 Revenues must include gross revenues received, less tax refunds; SRF revenues must be included.
2 The following fund types are including in non-GF reporting: (1) FEE (Fondos Especial es Estatales or Special State Funds) – This fund type should only include revenue designated by specific laws; (2) OI (Otros Ingresos or Other Income) - This fund type should only include non-recurring revenue with specific expenses tied to it. No recurring income should be included or recognized under this fund type OI; and (3) IP (Ingresos Propios or Own Income) - This fund type should only include revenue generated by the agencies or public corporation through their services.
3 The monthly deliverable must include: (1) All revenues and expenses for the current FY; (2) The cash balance for each fund type as of the beginning of the Fiscal Year; (3) The new cash earned during the current fiscal year; and (4) the net cash balance.
4 The monthly deliverable must include a list of all Awards by Agency; additionally, next to each Award please include: (1) Date Award was granted; (2) Date Award expires/renews; (3) Total Award amount (split into payroll/non-personnel); (4) Total Award expenses from prior fiscal years (split into payroll/non-personnel); (5) Total Award expenses for the current fiscal year (split into payroll/non-personnel);  and (6) Total remaining Award amount (split into payroll/non-personnel).
5 The report must include (1) the fund type; (2) overtime amounts; and (3) the breakdown of benefits.
6 Implementation plans must be provided for each agency under each agency grouping; the full list of the agencies is included in the Appendix of the Fiscal Plan.
7 Reporting must include:
   (a) Monthly monitoring by each government agency of key performance indicators for each of the fiscal reform measures.
   (b) Monthly self reported realized savings achieved year to date by agency and agency groupings.
   (c) Implementation dashboard / tracker that provides status of each initiative in a distinct status.
   (d) Sub-measures dashboard.
A  Unless otherwise specified, monthly reporting to the Oversight Board must be received 15 days after the end of a reporting period.
B  Unless otherwise specified, public reporting must be published 30 days after the end of a reporting period.
C  Report shall be structured in a way that allows for the confidentiality of the agreements to be maintained, but the overall (summarized) numbers and trends to be available to the public.

| Legend | | |
|---|---|---|
| Red | No public reports published | Disclaimer:  Known Puerto Rico Government public websites utilized to verify availability of public reports are: www.recovery.pr and http://www.aafaf.pr.gov/reports.html. The Oversight Board has no knowledge, direct nor implied, of any other public repositories for the listed reports. |
| Yellow | One (1) or more public reports not published. Requires update. | |
| Green | All reports to date are published | |

2

**Acts enacted during calendar year 2018 and not submitted to FOMB for review.**

| | | |
|---|---|---|
| - Act 17-2818 | - Act 192-2018 | - Act 267-2018 |
| - Act 18-2018 | - Act 194-2018 | - Act 268-2018 |
| - Act 108-2018 | - Act 204-2018 | - Act 269-2018 |
| - Act 113-2018 | - Act 207-2018 | - Act 270-2018 |
| - Act 114-2018 | - Act 211-2018 | - Act 277-2018 |
| - Act 128-2018 | - Act 212-2018 | - Act 287-2018 |
| - Act 129-2018 | - Act 219-2018 | - Act 288-2018 |
| - Act 144-2018 | - Act 220-2018 | - Act 291-2018 |
| - Act 149-2018 | - Act 223-2018 | - Act 292-2018 |
| - Act 154-2018 | - Act 225-2018 | - Act 296-2018 |
| - Act 155-2018 | - Act 227-2018 | - Act 297-2018 |
| - Act 165-2018 | - Act 240-2018 | |
| - Act 167-2018 | - Act 248-2018 | |
| - Act 170-2018 | - Act 253-2018 | |
| - Act 171-2018 | - Act 256-2018 | |
| - Act 173-2018 | - Act 257-2018 | |
| - Act 174-2018 | - Act 260-2018 | |
| - Act 179-2018 | - Act 264-2018 | |
| - Act 184-2018 | - Act 265-2018 | |
| - Act 185-2018 | - Act 266-2018 | |

**Joint Resolutions approved during calendar year 2018 and not submitted to FOMB for review.**

| | | |
|---|---|---|
| - JR 5-2018 | - JR 78-2018 | - JR 101-2018 |
| - JR 8-2018 | - JR 80-2018 | - JR 102-2018 |
| - JR 9-2018 | - JR 81-2018 | - JR 104-2018 |
| - JR 21-2018 | - JR 82-2018 | - JR 105-2018 |
| - JR 24-2018 | - JR 83-2018 | - JR 106-2018 |
| - JR 30-2018 | - JR 84-2018 | - JR 110-2018 |
| - JR 47-2018 | - JR 85-2018 | - JR 111-2018 |
| - JR 49-2018 | - JR 87-2018 | - JR 112-2018 |
| - JR 50-2018 | - JR 88-2018 | - JR 113-2018 |
| - JR 51-2018 | - JR 89-2018 | - JR 117-2018 |
| - JR 52-2018 | - JR 90-2018 | - JR 118-2018 |
| - JR 53-2018 | - JR 91-2018 | - JR 119-2018 |
| - JR 62-2018 | - JR 92-2018 | - JR 120-2018 |
| - JR 66-2018 | - JR 93-2018 | |
| - JR 69-2018 | - JR 94-2018 | |
| - JR 70-2018 | - JR 95-2018 | |
| - JR 72-2018 | - JR 96-2018 | |
| - JR 73-2018 | - JR 98-2018 | |
| - JR 74-2018 | - JR 99-2018 | |
| - JR 75-2018 | - JR 100-2018 | |

**Acts enacted during calendar year 2019 and not submitted to FOMB for review.**

- Act 13-2019
- Act 17-2019
- Act 18-2019
- Act 19-2019
- Act 20-2019
- Act 21-2019
- Act 22-2019
- Act 23-2019
- Act 24-2019
- Act 25-2019
- Act 26-2019
- Act 27-2019
- Act 28-2019
- Act 30-2019
- Act 31-2019
- Act 32-2019
- Act 33-2019
- Act 34-2019
- Act 35-2019
- Act 36-2019
- Act 37-2019
- Act 38-2019
- Act 39-2019

**Joint Resolutions approved during calendar year 2019 and not submitted to FOMB for review.**

- JR 1-2019
- JR 2-2019
- JR 3-2019
- JR 4-2019
- JR 5-2019
- JR 6-2019
- JR 7-2019
- JR 8-2019
- JR 9-2019
- JR 10-2019
- JR 11-2019
- JR 12-2019
- JR 13-2019
- JR 14-2019
- JR 15-2019
- JR 16-2019
- JR 18-2019
- JR 19-2019
- JR 20-2019
- JR 21-2019
- JR 22-2019
- JR 23-2019
- JR 24-2019
- JR 25-2019
- JR 26-2019