*CERTIFIED TRANSLATION*    BY: OLGA M. ALICEA, FCCI, NJITCE-S

**(S. J.R. 132)**

# JOINT RESOLUTION NO. 2
# JANUARY 4, 2018

To reallocate to the Public Housing Administration (PHA) the sum of one hundred eighty-six thousand six hundred fifty-seven dollars and six cents ($186,657.06), stemming from the balance of funds originally allocated in Section 1, subparagraph 20, part B and subparagraph 40, part A of Joint Resolution 125-2014; to be used as detailed in Section 1 of this Joint Resolution; and to authorize the matching of the reallocated funds.

**BE IT RESOLVED BY THE PUERTO RICO LEGISLATURE:**

Section 1.- Reallocated to the Public Housing Administration (PHA) is the sum of one hundred eighty-six thousand six hundred fifty-seven dollars and six cents ($186,657.06), stemming from the balance of funds originally allocated in Section 1, subparagraph 20, part B and subparagraph 40, part A of Joint Resolution 125-2014; for the purposes listed as follows:

  a. For permanent Works and improvements at the recreational and sports facilities (Soccer Field) located in the Juan C. Cordero Dávila Housing Project in the Municipality of San Juan, for the construction, improvements, and purchase of materials; for the installation of a sprinkler system, improvements to the drainage system, "topsoil," and the sowing of new grass in the entire playing field.

                    Total         $186,657.06

Section 2.- The Public Housing Administration (PHA) is authorized to contract with private contractors, as well as with any department, agency, or corporation of the Government of Puerto Rico, for the development of the purposes of this Joint Resolution.

Section 3.- The funds reallocated in this Joint Resolution may be matched with state, municipal, and/or federal contributions.

Section 4.- The agencies, bureaus, and municipalities that receive funds through this Joint Resolution are required to file a detailed report on the use and disposition of the reallocated funds. The report must be filed with the Office of the Secretary of the Senate and of the House of Representatives of Puerto Rico no later than forty-five (45) days following the completion of the time periods designated above. This obligation will culminate with the certification of use of the totality of the funds reallocated or with the certification of surpluses to the Office of the Secretary of the Senate and of the House of Representatives of Puerto Rico.

<u>*CERTIFIED TRANSLATION*</u>         by: Olga M. Alicea, fcci, njitce-s

Section 5.- This Joint Resolution will enter into effect immediately after its approval.

---

**CERTIFICATION**
I, Olga M. Alicea, an English-Spanish Interpreter and Translator certified to that effect by the Administrative Office of the U.S. Courts and by the National Association of Judiciary Interpreters & Translators (NAJIT), do hereby certify that I have personally translated the foregoing document from Spanish to English and that the translation is true and accurate to the best of my knowledge and abilities.

S/   Olga M. Alicea                                                    June 28, 2019
Olga M. Alicea, fcci, njitce-s      , Fed. Cert. No. 98-005                     date

---