*CERTIFIED TRANSLATION*    BY: OLGA M. ALICEA, FCCI, NJITCE-S

**(S. J.R. 223)**

# JOINT RESOLUTION NO. 10
# JANUARY 21, 2018

To reallocate to the Agricultural Enterprises Development Administration the sum of ninety thousand dollars ($90,000) stemming from subparagraphs (q), (r), (s) y (t) of Subpart 9 of Section 1 of Joint Resolution 5-2017, in order to carry out the necessary improvements for the homes of the people affected by the passage of Hurricanes Irma and Maria through Puerto Rico; and for other purposes.

## PREAMBLE

Last June 5, 2017, Joint Resolution 5-2017 was promulgated in order to allocate to the municipalities, agencies, and public instrumentalities the sum of eleven million seven hundred ninety-four thousand four hundred sixty dollars ($11,794,460) stemming from the Municipal Improvements fund. Likewise, it was provided that such funds would be transferred to carry out the purposes specifically described in Section 1 of said Joint Resolution, among other things.

During the month of September 2017, our Puerto Rico suffered the onslaught of two atmospheric phenomena causing serious damages to the infrastructure. In particular, Hurricane Maria devastated the Island, destroying the homes of thousands of Puerto Ricans, who as of today do not have a roof to shelter and protect their lives and that of their families.

For this reason, through this Joint Resolution we reallocate these funds to the Agricultural Enterprise Development Administration so that said agency, can efficiently, proactively, and responsibly provide the necessary resources so that thousands of Puerto Rican families who lost their homes as a result of these catastrophic events can make those improvements that may be necessary to begin the reconstruction of their homes.

*BE IT RESOLVED BY THE PUERTO RICO LEGISLATURE:*

Section 1.- The sum of ninety thousand dollars ($90,000) stemming from subparagraphs (q), (r), (s) y (t) of Subpart 9 of Section 1 of Joint Resolution 5-2017 is reallocated to the Agricultural Enterprises Development Administration, to carry out the purposes detailed as follows:

1. Agricultural Enterprises Development Administration

   a) For works and improvements, such as construction and the purchase of materials for the rehabilitation of homes affected by the passage of Hurricanes Irma and María through Puerto Rico of Representative District No. 12.              $90,000

   TOTAL              $90,000

<u>CERTIFIED TRANSLATION</u>                                     by: Olga M. Alicea, fcci, njitce-s

Section 2.- The Agricultural Enterprises Development Administration is authorized to execute the pertinent agreements with private contractors, as well as with any department, agency, or corporation of the Government of Puerto Rico, in order to make viable the development of the purposes of this Joint Resolution.

Section 3.- The funds reallocated in this Joint Resolution may be matched with federal, state, or municipal funds.

Section 4.- This Joint Resolution will enter into effect immediately after its approval.

CERTIFICATION
I, Olga M. Alicea, an English-Spanish Interpreter and Translator certified to that effect by the Administrative Office of the U.S. Courts and by the National Association of Judiciary Interpreters & Translators (NAJIT), do hereby certify that I have personally translated the foregoing document from Spanish to English and that the translation is true and accurate to the best of my knowledge and abilities.
S/ Olga M. Alicea                                                            June 28, 2019
Olga M. Alicea, fcci, njitce-s    , Fed. Cert. No. 98-005                         date