*CERTIFIED TRANSLATION*                        BY: OLGA M. ALICEA, FCCI, NJITCE-S

(S. J.R. 235)

# JOINT RESOLUTION NO. 11
## JANUARY 21, 2018

To reallocate to the Municipality of Bayamón, the sum of two thousand dollars ($2,000.00), stemming from subpart 18, subparagraphs z, dd, and ff of Section 1 of Joint Resolution 92-2012, for improvements to the home of Mr. Pedro Barbosa Rivera, located at BC-30 Calacia Street, Sixth Section of Santa Juanita, in the Municipality of Bayamón, to authorize the matching of funds, to authorize the contracting of such works; and for other related purposes.

*BE IT RESOLVED BY THE PUERTO RICO LEGISLATURE*:

Section 1.-The sum of two thousand dollars ($2,000.00) is reallocated to the Municipality of Bayamón, stemming from subpart 18, subparagraphs z, dd, and ff of Section 1 of Joint Resolution 92-2012, for improvements to the home of Mr. Pedro Barbosa Rivera, located at BC-30 Calacia Street, Sixth Section of Santa Juanita, in the Municipality of Bayamón.

Section 2.-Contracting with the municipal governments, private contractors, as well as any department, agency, or corporation of the Government of Puerto Rico is authorized for the development of the purpose of this Joint Resolution.

Section 3.- The funds reallocated in this Joint Resolution may be matched with federal, state, or municipal funds.

Section 4.- This Joint Resolution will enter into effect immediately after its approval.

CERTIFICATION
I, Olga M. Alicea, an English-Spanish Interpreter and Translator certified to that effect by the Administrative Office of the U.S. Courts and by the National Association of Judiciary Interpreters & Translators (NAJIT), do hereby certify that I have personally translated the foregoing document from Spanish to English and that the translation is true and accurate to the best of my knowledge and abilities.
S/   OLGA M. ALICEA                                    June 28, 2019
Olga M. Alicea, fcci, njitce-s      , Fed. Cert. No. 98-005                DATE