*CERTIFIED TRANSLATION*                                      by: Olga M. Alicea, fcci, njitce-s

**(S. J.R. 235)**

# JOINT RESOLUTION NO. 12
# JANUARY 21, 2018

To reallocate to the Office for the Socioeconomic and Community Development of Puerto Rico the sum of ninety thousand dollars ($90,000) stemming from the balance available in Subparagraph (a), Subpart 2, Section 1 of Joint Resolution 18-2017, in order to make viable permanent works and improvements within Representative District No. 16, as detailed in Section 1, to authorize the contracting of such works, to authorize the matching of reallocated funds; and for other purposes.

*BE IT RESOLVED BY THE PUERTO RICO LEGISLATURE:*

Section 1.- The sum of ninety thousand dollars ($90,000) stemming from the balance available in Subparagraph (a), Subpart 2, Section 1 of Joint Resolution 18-2017 is reallocated in order to make viable permanent works and improvements within Representative District No. 16 is reallocated to the Office for the Socioeconomic and Community Development of Puerto Rico.

Section 2.- The Office for the Socioeconomic and Community Development of Puerto Rico is authorized to subscribe the pertinent agreements with private contractors, as well as with any department, agency, or corporation of the Government of Puerto Rico, in order to make viable the development of the purposes of this Joint Resolution.

Section 3.- The funds reallocated in this Joint Resolution may be matched with federal, state, or municipal funds.

Section 4.- This Joint Resolution will enter into effect immediately after its approval.

CERTIFICATION
I, Olga M. Alicea, an English-Spanish Interpreter and Translator certified to that effect by the Administrative Office of the U.S. Courts and by the National Association of Judiciary Interpreters & Translators (NAJIT), do hereby certify that I have personally translated the foregoing document from Spanish to English and that the translation is true and accurate to the best of my knowledge and abilities.
S/  Olga M. Alicea                                                                                June 28, 2019
Olga M. Alicea, fcci, njitce-s    , Fed. Cert. No. 98-005                                               date

Translation page 1 of 1