*CERTIFIED TRANSLATION*                                by: Olga M. Alicea, fcci, njitce-s

**(S. J.R. 156)**

# JOINT RESOLUTION NO. 13
# JANUARY 21, 2018

To reallocate to the Agricultural Enterprises Development Administration (AEDA) the sum of two hundred thousand dollars ($200,000.00) for the Rural Infrastructure Program, permanent improvements works, for studies, designs, permits, matching of funds in connection with permanent works and improvements, improvements to homes, housing materials, improvements to recreational facilities, the purchase of sports equipment, and permanent works and improvements, as defined by Section 4050.09 of Law 1-2011, as amended; both in the rural area and in the urban area in the Senatorial District of Carolina, stemming from the revenues of the General Fund pursuant to the special tax imposed on the extraordinary dividend of the Joint Underwriting Association.

*BE IT RESOLVED BY THE PUERTO RICO LEGISLATURE:*

Section 1.- The sum of two hundred thousand dollars ($200,000.00) is allocated to the Agricultural Enterprises Development Administration (AEDA) for the Rural Infrastructure Program, permanent improvements works, for studies, designs, permits, matching of funds in connection with permanent works and improvements, improvements to homes, housing materials, improvements to recreational facilities, the purchase of sports equipment, and permanent works and improvements, as defined by Section 4050.09 of Law 1-2011, as amended; both in the rural area and in the urban area in the Senatorial District of Carolina, stemming from the revenues of the General Fund pursuant to the special tax imposed on the extraordinary dividend of the Joint Underwriting Association.

Section 2.- This Joint Resolution will enter into effect immediately after its approval.

CERTIFICATION
I, Olga M. Alicea, an English-Spanish Interpreter and Translator certified to that effect by the Administrative Office of the U.S. Courts and by the National Association of Judiciary Interpreters & Translators (NAJIT), do hereby certify that I have personally translated the foregoing document from Spanish to English and that the translation is true and accurate to the best of my knowledge and abilities.
S/ Olga M. Alicea                                                                June 28, 2019
Olga M. Alicea, fcci, njitce-s    , Fed. Cert. No. 98-005                        date