<u>CERTIFIED TRANSLATION</u>                         BY: OLGA M. ALICEA, FCCI, NJITCE-S

**(S. J.R. 155)**

# JOINT RESOLUTION NO. 18
# JANUARY 27, 2018

To reallocate to the Municipality of Lares the sum of one thousand dollars ($1,000.00) stemming the surplus of Joint Resolution No. 1388-2003, of Section 1 of Subpart (A), subparagraphs (2) and (3), to be used as detailed in Section 1 of this Joint Resolution.

*BE IT RESOLVED BY THE PUERTO RICO LEGISLATURE:*

Section 1.- The sum of one thousand dollars ($1,000.00) stemming the surplus of Joint Resolution No. 1388-2003, of Section 1 of Subpart (A), subparagraphs (2) and (3) is reallocated to the Municipality of Lares, to be reallocated for permanent works and improvements.

Section 2.- Contracting with the municipal governments, private contractors, as well as any department, agency, or corporation of the Government of Puerto Rico to comply with this Joint Resolution is authorized.

Section 4.- The funds reallocated through this Joint Resolution may be matched with individual, federal, state, or municipal funds.

Section 5.- This Joint Resolution will enter into effect immediately after its approval.

CERTIFICATION
I, Olga M. Alicea, an English-Spanish Interpreter and Translator certified to that effect by the Administrative Office of the U.S. Courts and by the National Association of Judiciary Interpreters & Translators (NAJIT), do hereby certify that I have personally translated the foregoing document from Spanish to English and that the translation is true and accurate to the best of my knowledge and abilities.
S/   Olga M. Alicea                                         June 28, 2019
Olga M. Alicea, FCCI, NJITCE-S     , Fed. Cert. No. 98-005                  DATE