CERTIFIED TRANSLATION                    BY: OLGA M. ALICEA, FCCI, NJITCE-S

**(S. J.R. 152)**

**(Conference)**

# JOINT RESOLUTION NO. 19
## JANUARY 27, 2018

To reallocate to the municipalities, agencies, and public instrumentalities, the sum of two million eight hundred thirty-six thousand two hundred eighty-four dollars and fifty-seven cents ($2,836,284.57) stemming from available balances of subparagraph (9) (p) of Section 1 of Joint Resolution 60-2016, to be used as detailed in Section 1 of this Resolution; to authorize the contracting of such works; to authorize the matching of funds to be transferred; and for other related purposes.

**BE IT RESOLVED BY THE PUERTO RICO LEGISLATURE:**

Section 1.- The sum of two million eight hundred thirty-six thousand two hundred eighty-four dollars and fifty-seven cents ($2,836,284.57) stemming from available balances of subparagraph (9) (p) of Section 1 of Joint Resolution 60-2016, is reallocated to the municipalities, agencies, and public instrumentalities, to be used as detailed as follows:

1. Agricultural Enterprises Development Administration:
   a) For the rural Infrastructure Program, permanent works and improvements, for studies, designs, permits, matching funds relative to permanent improvement works, improvements to housing, improvements to recreational facilities, the purchase of sports equipment, and other permanent improvements works, as defined by Section 4050.09 of Law 1-2011 and Law 159-2015, as detailed as follows:

|      |                                    |             |
|------|------------------------------------|-------------|
| i.   | For Representative District No. 1. | $30,000.00  |
| ii.  | For Representative District No. 3. | $30,000.00  |
| iii. | For Representative District No. 4. | $30,000.00  |
| iv.  | For Representative District No. 5. | $30,000.00  |
| v.   | For Representative District No. 6. | $30,000.00  |
| vi.  | For Representative District No. 7. | $30,000.00  |
| vii. | For Representative District No. 8. | $30,000.00  |
| viii.| For Representative District No. 9. | $30,000.00  |
| ix.  | For Representative District No. 10.| $30,000.00  |
| x.   | For Representative District No. 12.| $30,000.00  |
| xi.  | For Representative District No. 13.| $30,000.00  |
| xii. | For Representative District No. 14.| $30,000.00  |
| xiii.| For Representative District No. 15.| $30,000.00  |
| xiv. | For Representative District No. 16.| $30,000.00  |
| xv.  | For Representative District No. 17.| $30,000.00  |

*CERTIFIED TRANSLATION*                      BY: OLGA M. ALICEA, FCCI, NJITCE-S

|         |                                             |             |
|---------|---------------------------------------------|-------------|
| xvi.    | For Representative District No. 18.         | $30,000.00  |
| xvii.   | For Representative District No. 19.         | $30,000.00  |
| xviii.  | For Representative District No. 22.         | $30,000.00  |
| xix.    | For Representative District No. 23.         | $30,000.00  |
| xx.     | For Representative District No. 24.         | $30,000.00  |
| xxi.    | For Representative District No. 25.         | $30,000.00  |
| xxii.   | For Representative District No. 26.         | $30,000.00  |
| xxiii.  | For Representative District No. 28.         | $30,000.00  |
| xxiv.   | For Representative District No. 33.         | $30,000.00  |
| xxv.    | For Representative District No. 35.         | $30,000.00  |
| xxvi.   | For Representative District No. 37.         | $30,000.00  |
| xxvii.  | For the Senatorial District of San Juan.    | $50,000.00  |
| xxviii. | For the Senatorial District of Bayamón.     | $100,000.00 |
| xxix.   | For the Senatorial District of Arecibo.     | $100,000.00 |
| xxx.    | For the Senatorial District of Ponce.       | $50,000.00  |
| xxxi.   | For the Senatorial District of Guayama.     | $95,000.00  |
| xxxii.  | For the Senatorial District of Carolina.    | $100,000.00 |
| xxxiii. | For the Municipality of Camuy.              | $18,142.28  |

b) For improvement works on housing, rural aqueducts projects and municipal roads.          $50,000.00

c) To transfer to the Fishermen's Association of La Guancha in the Municipality of Ponce.     $6,000.00

d) For improvements to the Eliud Caraballo de San Tomas Basketball Court in the Municipality Ponce.     $7,000.00

                              **Subtotal**               **$1,356 ,142.28**

2. Department of Education
   a. For the implementation and development of the Co-Educational schools program.          $50,000.00
   b. For the Office for the Improvement of Public Schools for improvements to the Juan Serralles High School in the Municipality of Ponce.          $5,000.00
                              **Subtotal**               **$55,000.00**

3. Department of Housing
   a. For the purchase of construction materials in the Caguas Region.          $2,500.00
   b. For the purchase of construction materials in the Humacao Region.          $2,500.00
                              **Subtotal**               **$5,000.00**

4. Municipality of Aibonito
   a. For the purchase of sports equipment.          $5,000.00
   b. For operating expenses.          $30,000.00
                              **Subtotal**               **$35,000.00**

<u>CERTIFIED TRANSLATION</u>                         BY: OLGA M. ALICEA, FCCI, NJITCE-S

5.  ***Municipality of Aguada
    a.  For permanent works and improvements.
        $25,000.00
                        **Subtotal**              **$25,000.00**

6.  Municipality of Camuy
    a.  For operating expenses.                   $12,500.00
                        **Subtotal**              **$12,500.00**

7.  Municipality of Canóvanas
    a.  For operating expenses.                   $100,000.00
                        **Subtotal**              **$100,000.00**

8.  Municipality of Ceiba
    a.  For operating expenses.                   $108,142.29
                        **Subtotal**              **$108,142.29**

9.  Municipality of Culebra
    a.  For operating expenses.                   $200,000.00
                        **Subtotal**              **$200,000.00**

10. Municipality of Guaynabo
    a.  For permanent works and improvements in communal, recreational, and sports facilities; construction, improvements and acquisition of materials to repair homes; to defray the expenses of cultural programs and sports tournaments in the communities; to make contributions of operating expenses for direct services to community and non-profit entities, as well as donations to residents to defray medical, hospital, medical equipment expenses, and disaster aid, to make contributions of operating expenses of direct services to community and non-profit entities that provide health care services, food services, basic necessities, and safe havens required by indigent citizens within the Municipality of Guaynabo.       $25,000.00
                        **Subtotal**              **$25,000.00**

11. Municipality of Gurabo
    a.  For operating expenses.                   $27,500.00
                        **Subtotal**              **$27,500.00**

12. Municipality of Las Marías
    a.  For operating expenses.                   $200,000.00
                        **Subtotal**              **$200,000.00**

13. Municipality of Las Piedras

|  | | |
|---|---|---|
| a. For operating expenses. | $15,000.00 | |
| **Subtotal** | **$15,000.00** | |

14. Municipality of Luquillo

| a. For operating expenses. | $100,000.00 |
|---|---|
| **Subtotal** | **$100,000.00** |

15. Municipality of Maricao

| a. For operating expenses. | $100,000.00 |
|---|---|
| **Subtotal** | **$100,000.00** |

16. Municipality of Moca

a. For operating expenses. $62,500.00

b. For the purchase of asphalt and repaving of Hwy. PR-434, Km. 0.6, of the Voladoras Ward of Moca.

$25,000.00

c. For the purchase of asphalt and repaving of Hwy. PR-444, Km. 2.3, interior of the Muñiz Sector, Lorenzo Rubén Salas road of the Cuchillas Ward of Moca. $25,000.00

**Subtotal** **$112,500.00**

17. Municipality of Naguabo

| a. For operating expenses. | $15,000.00 |
|---|---|
| **Subtotal** | **$15,000.00** |

18. Municipality of Ponce

| a. For repair and rehabilitation of housing. | $50,000.00 |
|---|---|
| **Subtotal** | **$50,000.00** |

19. Municipality of San Sebastián

| a. For operating expenses. | $12,500.00 |
|---|---|
| b. For permanent works and improvements | $25,000.00 |
| **Subtotal** | **$37,500.00** |

20. Municipality of Vieques

| a. For operating expenses. | $200,000.00 |
|---|---|
| **Subtotal** | **$200,000.00** |

21. Office for Socioeconomic and Community Development

a. To carry out permanent construction works, improvements, and the acquisition of constructions to repair homes through donations to residents of the Senatorial District of San Juan; and for the acquisition of articles of basic necessity, including power plants for indigent citizens within the Municipalities of San Juan, Guaynabo, and Aguas Buenas. $25,000.00

|  |  |  |
|---|---|---|
| | **Subtotal** | **$25,000.00** |

22.  Office of Management and Budget
      a.  To transfer to Go Go Foundation, Inc., to defray expenses of its programs and services.

|  |  |  |
|---|---|---|
| | of its programs and services. | $32,000.00 |
| | **Subtotal** | **$32,000.00** |
| | **Total** | **$2,836,284.57** |

Section 2.- Subscribing the pertinent agreements with private contractors, as well as with any department, agency, or corporation of the Government of Puerto Rico is authorized, in order to make viable the development of the purposes of this Joint Resolution.

Section 3.- The funds reallocated in this Joint Resolution may be matched with federal, state, or municipal funds.

Section 4.- The contracting with municipal governments, private contractors, as well as any department, agency, or corporation of the Government of Puerto Rico is authorized for the development of the purposes of this Joint Resolution.

Section 5.- This Joint Resolution will enter into effect immediately after its approval.

CERTIFICATION
I, Olga M. Alicea, an English-Spanish Interpreter and Translator certified to that effect by the Administrative Office of the U.S. Courts and by the National Association of Judiciary Interpreters & Translators (NAJIT), do hereby certify that I have personally translated the foregoing document from Spanish to English and that the translation is true and accurate to the best of my knowledge and abilities.

S/ OLGA M. ALICEA                                          JUNE 28, 2019
Olga M. Alicea, FCCI, NJITCE-S     , Fed. Cert. No. 98-005                    DATE