CERTIFIED TRANSLATION by: Olga M. Alicea, fcci, njitce-s

**(H. J.R. 229)**

# JOINT RESOLUTION NO. 26
# FEBRUARY 4, 2018

To reallocate to the State Elections Commission the sum of three hundred thirty-four thousand nine dollars and thirty-five cents ($334,009.35), stemming from Section 1 of the funds original consigned in H.R. 1-2017, to defray part of the operating costs of the agency.

PREAMBLE

On March 27, 2017, H.R. 1 was approved, which reallocated to the State Elections Commission (SEC) the sum of five million three hundred thousand dollars ($5,300,000.00), to be used to cover the expenses of the holding of the electoral consultation on the political status of Puerto Rico, as was required by Law 7-2017, better known as the "Immediate Decolonization of Puerto Rico Act."

For this reason, through this Joint Resolution we reallocate those funds to the SEC, so that the same can be used for the necessary operating expenses at the agency. This Legislature understands that this reallocation is necessary, in such a way that we can count on the necessary resources so that the operation of said agency can continue, in compliance with the Puerto Rico Electoral Code for the XXI$^{st}$ Century, Law 78-2011, as amended.

*BE IT RESOLVED BY THE PUERTO RICO LEGISLATURE:*

Section 1.-The sum of three hundred thirty-four thousand nine dollars and thirty-five cents ($334,009.35), stemming from Section 1 of H.R. 1-2017, is reallocated to the State Elections commission in order to defray the operating expenses of said agency in compliance with the Puerto Rico Electoral Code for the XXI$^{st}$ Century, Law 78-2011, as amended.

Section 2.-This Joint Resolution will enter into effect immediately after its approval.

CERTIFICATION
I, Olga M. Alicea, an English-Spanish Interpreter and Translator certified to that effect by the Administrative Office of the U.S. Courts and by the National Association of Judiciary Interpreters & Translators (NAJIT), do hereby certify that I have personally translated the foregoing document from Spanish to English and that the translation is true and accurate to the best of my knowledge and abilities.
S/ Olga M. Alicea June 28, 2019
Olga M. Alicea, fcci, njitce-s , Fed. Cert. No. 98-005 date