<u>CERTIFIED TRANSLATION</u>　　　　　　　　　　　BY: OLGA M. ALICEA, FCCI, NJITCE-S

**(H. J. R. 176)**

# JOINT RESOLUTION NO. 27
# FEBRUARY 4, 2018

To reallocate to the Municipality of Aibonito the sum of two hundred sixty-six thousand eight hundred sixty-seven dollars and ninety-eight cents ($266,867.98) stemming from the surpluses of the following Joint Resolutions: Joint Resolution No. 289-1997; Joint Resolution No. 354-1997; Joint Resolution No. 346-1998; Joint Resolution No. 505-1998; Joint Resolution No. 555-1999; Joint Resolution No. 556-1999; Joint Resolution No. 418-2000; Joint Resolution No. 606-2000; Joint Resolution No. 251-2001; Joint Resolution No. 255-2001; Joint Resolution No. 783-2001; Joint Resolution No. 610-2002; Joint Resolution No. 875-2002; Joint Resolution No. 1260-2003; Joint Resolution No. 1284-2003; Joint Resolution No. 1319-2003; Joint Resolution No. 1610-2003; Joint Resolution No. 59-2004; Joint Resolution No. 259-2004; Joint Resolution No. 429-2004; Joint Resolution No. 1068-2004; Joint Resolution No. 1333-2004; Joint Resolution No. 1430-2004; Joint Resolution No. 2037-2004; Joint Resolution No. 2093-2004; Joint Resolution No. 2153-2004; Joint Resolution No. 379-2005, to be used as itemized in Section 1 of this Joint Resolution and to authorize the matching of reallocations funds.

## PREAMBLE

For the development and progress of all Puerto Rican citizens, the communities require programs and projects for their progress. In that sense, the municipalities, in their eagerness to effectively guide their social well-being, address the claims of the constituents directly. Undoubtedly, the city councils are the government entities closest to the town, maintaining a continuous service relationship with each of their communities. Consequently, faced with a multiplicity of problems that the constituents face, the mayors request assistance from different entities to achieve a sustainable development in their town. Thus, the Legislature contributes significantly to the solution of the problems faced by the communities. Therefore, it traditionally allocates the necessary funds that contribute to carrying out the projects that the citizens in each municipality need.

The Municipality of Aibonito has for decades been a recipient of legislative funds stemming from different laws enacted by the Legislature. The resources allocated for years were used by different municipal administrations for the purpose for which they were intended. In effect, there were projects that were carried out and currently have unused surpluses in the accounting books and in the cash of the Municipality of

*CERTIFIED TRANSLATION*  by: Olga M. Alicea, fcci, njitce-s

Aibonito. The Municipal Administration, through its mayor, Hon. William Alicea Pérez, has requested its reprogramming to carry out different important works for its constituents. Given the budgetary reality of the surplus of legislative funds and confirming the existence of new necessities and problems that the people of Aibonito face, it is necessary to reallocate the money for new projects that promote the progress and social justice of these communities. The Municipality of Aibonito has issued official certification on the joint resolutions that have surpluses on its books and that are recognized in Model 4-A of the city council's accounting. Once again, this Legislature recognizes the importance of addressing the needs of the residents of Aibonito and it channels their claims effectively through this Joint Resolution.

*BE IT RESOLVED BY THE PUERTO RICO LEGISLATURE:*

Section 1.-Reallocated to the Municipality of Aibonito is the sum of two hundred sixty-six thousand eight hundred sixty-seven dollars and ninety-eight cents ($266,867.98) stemming from the surpluses of the following Joint Resolutions: Joint Resolution No. 289-1997; Joint Resolution No. 354-1997; Joint Resolution No. 346-1998; Joint Resolution No. 505-1998; Joint Resolution No. 555-1999; Joint Resolution No. 556-1999; Joint Resolution No. 418-2000; Joint Resolution No. 606-2000; Joint Resolution No. 251-2001; Joint Resolution No. 255-2001; Joint Resolution No. 783-2001; Joint Resolution No. 610-2002; Joint Resolution No. 875-2002; Joint Resolution No. 1260-2003; Joint Resolution No. 1284-2003; Joint Resolution No. 1319-2003; Joint Resolution No. 1610-2003; Joint Resolution No. 59-2004; Joint Resolution No. 259-2004; Joint Resolution No. 429-2004; Joint Resolution No. 1068-2004; Joint Resolution No. 1333-2004; Joint Resolution No. 1430-2004; Joint Resolution No. 2037-2004; Joint Resolution No. 2093-2004; Joint Resolution No. 2153-2004; Joint Resolution No. 379-2005, for permanent works and improvements.

Section 2.-Contracting with municipal governments, private contractors, as well as any department, agency, or corporation of the Government of Puerto Rico is authorized to comply with this Joint Resolution.

Section 3.-The funds reallocated through this Joint Resolution may be matched with individual, federal, state, or municipal funds.

Section 4.-The beneficiaries that receive these legislative contributions must meet the requirements as provided under Law 179-2002.

<u>*CERTIFIED TRANSLATION*</u>  by: Olga M. Alicea, fcci, njitce-s

Section 5.-This Joint Resolution will enter into effect immediately after its approval.

---

**CERTIFICATION**

I, Olga M. Alicea, an English-Spanish Interpreter and Translator certified to that effect by the Administrative Office of the U.S. Courts and by the National Association of Judiciary Interpreters & Translators (NAJIT), do hereby certify that I have personally translated the foregoing document from Spanish to English and that the translation is true and accurate to the best of my knowledge and abilities.

S/ Olga M. Alicea                                                June 28, 2019

Olga M. Alicea, fcci, njitce-s    , Fed. Cert. No. 98-005                          date

---