*CERTIFIED TRANSLATION*                                     by: Olga M. Alicea, fcci, njitce-s

(H. J. R. 253)

# JOINT RESOLUTION NO. 31
## APRIL 13, 2018

To reallocate to the Municipality of Arecibo the sum of thirty thousand dollars ($30,000), stemming from the balances available in Subparagraph b, Subpart A, Section 1 of Joint Resolution 18-2017, in order to carry out the works described in Section 1 of this Joint Resolution; to authorize the contracting of such works; to authorize the matching of reallocated funds; and for other purposes.

*BE IT RESOLVED BY THE PUERTO RICO LEGISLATURE:*

Section 1.- The sum of thirty thousand dollars ($30,000), stemming from the balances available in Subparagraph b, Subpart A, Section 1 of Joint Resolution 18-2017, for the sum of one hundred thousand dollars ($100,000.00) *[sic]*, is reallocated to the Municipality of Arecibo; to be used as detailed as follows:

A) Municipality of Arecibo:

1) For the purchase of housing materials.

| | |
|---|---|
| Subtotal | $30,000.00 |
| Total allocated | $30,000.00 |

Section 2.-The Municipality of Arecibo will be in charge of the custody and disbursement of the reallocated funds.

Section 3.-The funds reallocated in this Joint Resolution may be matched with other individual, state, federal, and municipal contributions.

Section 4.-This Joint Resolution will enter into effect immediately after its approval.

CERTIFICATION
I, Olga M. Alicea, an English-Spanish Interpreter and Translator certified to that effect by the Administrative Office of the U.S. Courts and by the National Association of Judiciary Interpreters & Translators (NAJIT), do hereby certify that I have personally translated the foregoing document from Spanish to English and that the translation is true and accurate to the best of my knowledge and abilities.
S/  Olga M. Alicea                                                                June 28, 2019
Olga M. Alicea, fcci, njitce-s    , Fed. Cert. No. 98-005                            date