<u>CERTIFIED TRANSLATION</u>　　　　　　　　　　　BY: OLGA M. ALICEA, FCCI, NJITCE-S

**(H. J.R. 254)**

# JOINT RESOLUTION NO. 32
APRIL 13, 2018

To reallocate to the Agricultural Enterprises Development Administration (AEDA) the sum of seventy thousand dollars ($70,000), stemming from the balances available in Subparagraph b, Subpart 4, Section 1 of Joint Resolution 18-2017, in order to carry out the works described in Section 1 of this Joint Resolution; to authorize the contracting of such works; to authorize the matching of reallocated funds; and for other purposes.

*BE IT RESOLVED BY THE PUERTO RICO LEGISLATURE:*

Section 1.-The the sum of seventy thousand dollars ($70,000), stemming from the balances available in Subparagraph b, Subpart 4, Section 1 of Joint Resolution 18-2017, for the sum of one hundred thousand dollars ($100,000.00) *[sic]* is reallocated to the Agricultural Enterprises Development Administration (AEDA) to be used as detailed as follows:

A) Agricultural Enterprises Development Administration (AEDA):

1) For the Rural and Urban Area Infrastructure program, permanent works and improvements, housing improvements, recreational facilities improvements, the purchase of sports equipment, and permanent works and improvements in the municipalities of Representative District No. 14.

|  |  |
|---|---|
| Subtotal | $70,000.00 |
| Total allocated | $70,000.00 |

Section 2.-The Agricultural Enterprises Development Administration (AEDA) will be in charge of the custody and disbursement of the reallocated funds.

Section 3.-The funds reallocated in this Joint Resolution may be matched with other individual, state, federal, and municipal contributions.

Section 4.-This Joint Resolution will enter into effect immediately after its approval.

CERTIFICATION
I, Olga M. Alicea, an English-Spanish Interpreter and Translator certified to that effect by the Administrative Office of the U.S. Courts and by the National Association of Judiciary Interpreters & Translators (NAJIT), do hereby certify that I have personally translated the foregoing document from Spanish to English and that the translation is true and accurate to the best of my knowledge and abilities.

S/ Olga M. Alicea                                            June 28, 2019
Olga M. Alicea, fcci, njitce-s    , Fed. Cert. No. 98-005                 date