**(S. J.R. 198)**

# JOINT RESOLUTION NO. 37

### MAY 15, 2018

To reallocate to the Department of Recreation and Sports for it to transfer to the San Blas Marathon, Inc. organization, the sum of twenty-five thousand dollars ($25,000), stemming from the balance available in Subparagraph h, Subpart 6, Section 1 of Joint Resolution No. 17-2017, for the purpose described in Section 1 of this Joint Resolution; and to authorize the matching of the reallocated funds.

**BE IT RESOLVED BY THE PUERTO RICO LEGISLATURE:**

Section 1.- the sum of twenty-five thousand dollars ($25,000), stemming from the balance available in Subparagraph h, Subpart 6, Section 1 of Joint Resolution No. 17-2017, is reallocated to the Department of Recreation and Sports, for the expenses of the holding of the Half San Blás Marathon.

Section 2.- The funds reallocated in this Joint Resolution may be matched with other individual, state, federal, and municipal contributions.

Section 3.- This Joint Resolution will enter into effect immediately after its approval.

CERTIFICATION
I, Olga M. Alicea, an English-Spanish Interpreter and Translator certified to that effect by the Administrative Office of the U.S. Courts and by the National Association of Judiciary Interpreters & Translators (NAJIT), do hereby certify that I have personally translated the foregoing document from Spanish to English and that the translation is true and accurate to the best of my knowledge and abilities.

S/ Olga M. Alicea      June 28, 2019
Olga M. Alicea, fcci, njitce-s, Fed. Cert. No. 98-005      date