**(S. J.R. 202)**

# JOINT RESOLUTION NO. 38

## MAY 15, 2018

To reallocate to the Department of Recreation and Sports the sum of fourteen thousand five hundred dollars ($14,500), stemming from the balance available in Subparagraph h, Subpart 6, Section 1 of Joint Resolution No. 17-2017, for the purposes described in Section 1 of this Joint Resolution; and to authorize the matching of the reallocated funds.

**BE IT RESOLVED BY THE PUERTO RICO LEGISLATURE:**

Section 1.- The sum of fourteen thousand five hundred dollars ($14,500), stemming from the balance available in Subparagraph h, Subpart 6, Section 1 of Joint Resolution No. 17-2017, is reallocated to the Department of Recreation and Sports, to be used as detailed as follows:

| | | |
|---|---|---:|
| A) | Antonio Ferrer Atilano Literary Circle for operating expenses and holding activities. | $5,000 |
| B) | The Poblado Coquí, Inc. Fiestas for operating expenses and holding the Fiestas. | <u>$9,500</u> |
| | Total | $14,500 |

Section 2.- The funds reallocated in this Joint Resolution may be matched with other individual, state, federal, and municipal contributions.

Section 3.- This Joint Resolution will enter into effect immediately after its approval.

CERTIFICATION
I, OLGA M. ALICEA, AN ENGLISH-SPANISH INTERPRETER AND TRANSLATOR CERTIFIED TO THAT EFFECT BY THE ADMINISTRATIVE OFFICE OF THE U.S. COURTS AND BY THE NATIONAL ASSOCIATION OF JUDICIARY INTERPRETERS & TRANSLATORS (NAJIT), DO HEREBY CERTIFY THAT I HAVE PERSONALLY TRANSLATED THE FOREGOING DOCUMENT FROM SPANISH TO ENGLISH AND THAT THE TRANSLATION IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND ABILITIES.
S/   OLGA M. ALICEA                                                    JUNE 28, 2019
OLGA M. ALICEA, FCCI, NJITCE-S     , FED. CERT. NO. 98-005             DATE