<u>CERTIFIED TRANSLATION</u>                                            BY: OLGA M. ALICEA, FCCI, NJITCE-S

**(H. J.R. 301)**

# JOINT RESOLUTION NO. 42
## JUNE 13, 2018

To authorize an extension of an additional six (6) months to the term of the Legislative Funds granted in Joint Resolution 5-2017.

### PREAMBLE

During the first Legislative Session of this Eighteenth Legislative Assembly, Law 26-2017, known as the "Compliance with the Fiscal Plan Act," was enacted, which, among other things, amended subparagraph (h) of Law No. 230 of July 23, 1974, as amended, known as the "Government of Puerto Rico Accountability Act." The foregoing in order to provide that, and we quote:

> "(h)   Allocations and funds without a specific financial year, which have remained on the books without movement of disbursement or obligation for one (1) year, will be considered for purposes of this Act as having fulfilled their purposes so that they will be closed and immediately deposited in the General Fund, except the allocations and the funds without a specific financial year allocated to carry out permanent improvements that have been accounted for and entered in the books. These will have a term of three (3) years as of the legal effective date of the allocation to be disbursed and to fulfill the purposes for which they were allocated. After the three (3) years term has elapsed, the obligated and non-obligated balances of the permanent improvement funds will be closed and entered into the 301 Fund.
>
>            ...."

Due to the terms established by said Law, *supra*, for the use of funds, the Commission on the Treasury, Budget, and PROMESA of the House of Representatives is carrying out the necessary procedures so that works established through Resolution Joint 5-2017 can be carried out within the established period.

In the month of September of 2017, Puerto Rico received the impact of two powerful hurricanes that caused serious damages to our entire archipelago. As a result of the impact caused by both atmospheric events, the government agencies of Puerto Rico were without electric power service and the vast majority suffered structural damages, which delayed all of the services they provide, including the administrative

procedures necessary to carry out works approved in the aforementioned Joint Resolution. In addition, thousands of homes and other infrastructures were completely destroyed or suffered severe damages, which is why some legislators have re-evaluated the most pressing needs for the allocation of funds in the respective Representative Districts.

This process is a relatively complicated one, keeping in mind that after the evaluation, any reallocation or changes in the works to be carried out entail numerous administrative procedures. It is very important that the agencies and municipalities have the necessary time to complete all of the required procedures to meet the needs of citizens.

For all the aforementioned, we understand that it is more than necessary to request an extension of time of six (6) additional months to the term of the Legislative Funds granted in Joint Resolution 5-2017.

*BE IT RESOLVED BY THE PUERTO RICO LEGISLATURE:*

Section 1.- An extension of six (6) additional months is granted to the term of the Legislative Funds granted in Joint Resolution 5-2017.

Section 2.- This Joint Resolution will enter into effect immediately after its approval.

CERTIFICATION
I, Olga M. Alicea, an English-Spanish Interpreter and Translator certified to that effect by the Administrative Office of the U.S. Courts and by the National Association of Judiciary Interpreters & Translators (NAJIT), do hereby certify that I have personally translated the foregoing document from Spanish to English and that the translation is true and accurate to the best of my knowledge and abilities.

S/ Olga M. Alicea					June 28, 2019
Olga M. Alicea, fcci, njitce-s    , Fed. Cert. No. 98-005				date