*CERTIFIED TRANSLATION*                                             by: Olga M. Alicea, fcci, njitce-s

**(S. J.R. 205)**

**(Conference)**

# JOINT RESOLUTION NO. 48

## JUNE 29, 2018

To reallocate to the Agricultural Enterprises Development Administration the sum of seventy thousand dollars ($70,000), stemming from subparagraph (a), subpart (3) of Section 1 of Joint Resolution No. 4-2017, in order to be used as itemized in Section 1 of this Joint Resolution; to authorize the matching of reallocated funds; and for other related purposes.

**BE IT RESOLVED BY THE PUERTO RICO LEGISLATURE:**

Section 1.- The sum of seventy thousand dollars ($70,000), stemming from subparagraph (a), subpart (3) of Section 1 of Joint Resolution No. 4-2017, is reallocated to the Agricultural Enterprises Development Administration to be reallocated to the Rural Infrastructure Program, permanent improvements works, for studies, designs, permits, matching of funds relative to permanent improvements works, housing improvements, housing materials, improvements to recreational facilities, purchase of sports equipment, electrical appliances, household furniture, medical equipment, recreational area maintenance equipment, other direct services to the citizens aimed at serving the population of children, youths, and the elderly, such as, but not limited to, food vouchers, and other permanent improvements works in the Senatorial District of San Juan.

Section 2.- Contracting with the municipal governments, private contractors, as well as any department, agency, or corporation of the Government of Puerto Rico is authorized to comply with this Joint Resolution.

Section 3.- The funds reallocated in this Joint Resolution may be matched with private, federal, state, or municipal funds.

Section 4.- This Joint Resolution will enter into effect immediately after its approval.

CERTIFICATION
I, Olga M. Alicea, an English-Spanish Interpreter and Translator certified to that effect by the Administrative Office of the U.S. Courts and by the National Association of Judiciary Interpreters & Translators (NAJIT), do hereby certify that I have personally translated the foregoing document from Spanish to English and that the translation is true and accurate to the best of my knowledge and abilities.
S/ Olga M. Alicea                                                                                  June 28, 2019
Olga M. Alicea, fcci, njitce-s     , Fed. Cert. No. 98-005                                        date