**(S. J.R. 220)**

# JOINT RESOLUTION NO. 54

## JULY 10, 2018

To reallocate to the Department of Recreation and Sports the sum of twenty-four thousand dollars ($24,000), stemming from Subparagraph (c), Subpart (5), Section 1 of Joint Resolution No. 4-2017, in order to be used as itemized in Section 1 of this Joint Resolution; to authorize the matching of reallocated funds; and for other related purposes.

**BE IT RESOLVED BY THE PUERTO RICO LEGISLATURE:**

Section 1.- To reallocate to the Department of Recreation and Sports the sum of twenty-four thousand dollars ($24,000), stemming from Subparagraph (c), Subpart (5), Section 1 of Joint Resolution No. 4-2017, in order to be used as detailed as follows:

a. Department of Recreation and Sports

1. To carry out works and improvements to recreation and sports facilities, purchase sports equipment, purchase awards, pay arbitration, purchase sports uniforms, pay table officials, donations to sports clubs and organizations, pay sports trips, defray the costs of courses offered by the Puerto Rican Institute for the Development of Sports and Recreation as well as to defray sports tournament expenses in the communities within the municipalities of the Senatorial District of Guayama.        $14,500.00

2. To pay the Class A Baseball Tournament franchise of the Elfrén Bernier League, which consists of the following teams of the Senatorial District of Guayama.

   i. **Arroyo**
      a. Yaurel "Los Atleticos"        $500.00
      b. Palmas "Stars"        $500.00
      c. Barriada Marín "Blue Jays"        $500.00

   ii. **Guayama**
      a. Corazon "Cardinals"        $500.00

   iii. **Salinas**
      a. Plena 97        $500.00
      b. Parcelas Vázquez "Piratas"        $500.00
      c. Coco "Indians"        $500.00

<u>CERTIFIED TRANSLATION</u>                    BY: OLGA M. ALICEA, FCCI, NJITCE-S

|   |   |   |
|---|---|---|
| d. | Coquí "Rangers" | $500.00 |
| e. | "Twins" of la Playa | $500.00 |
| f. | Playita "Playero" | $500.00 |
| g. | "Reds of la Carmen" | $1,000.00 |

**iv. Cidra**

| | | |
|---|---|---|
| a. | Los Bravos | $500.00 |

**v. Naranjito**

| | | |
|---|---|---|
| a. | Los Changos | $500.00 |

**vi. Santa Isabel**

| | | |
|---|---|---|
| a. | "Potros Salvajes" | $500.00 |
| b. | "Jueyeros" de Jauca | $500.00 |

**vii. Aibonito**

| | | |
|---|---|---|
| a. | Aibonito 7 | $1,000.00 |

**viii. Juana Díaz**

| | | |
|---|---|---|
| a. | Río Cañas Abajo | $500.00 |

TOTAL: **$24,000.00**

Section 2.- Contracting with the municipal governments, private contractors, as well as any department, agency, or corporation of the Government of Puerto Rico is authorized to comply with this Joint Resolution.

Section 3.- The funds reallocated through this Joint Resolution may be matched with individual, state, or municipal funds.

Section 4.- This Joint Resolution will enter into effect immediately after its approval.

CERTIFICATION
I, Olga M. Alicea, an English-Spanish Interpreter and Translator certified to that effect by the Administrative Office of the U.S. Courts and by the National Association of Judiciary Interpreters & Translators (NAJIT), do hereby certify that I have personally translated the foregoing document from Spanish to English and that the translation is true and accurate to the best of my knowledge and abilities.
S/   Olga M. Alicea                              June 28, 2019
Olga M. Alicea, fcci, njitce-s    , Fed. Cert. No. 98-005              date