*CERTIFIED TRANSLATION*          BY: OLGA M. ALICEA, FCCI, NJITCE-S

(S. J.R. 237)

# JOINT RESOLUTION NO. 56
## JULY 10, 2018

To reallocate to the Municipality of Lares the sum of eleven thousand nine hundred thirty-five dollars and ninety-five cents ($11,935.95), stemming from the surpluses of Sub-paragraph (a) and (b), Subparagraph (22), Subpart (B), Section 1 of Joint Resolution No. 8-2012; Sub-Subparagraph (a), Subparagraph (19), Subpart (B), Section 1 of Joint Resolution No. 58-2009; Subparagraphs (b) (c) (d) (e) and (f), Subpart (31), Section 2 of Joint Resolution No. 59-2014; Subparagraphs (d) and (e), Subpart (1), Section 1 of Joint Resolution No. 69-2015; Subparagraph (1) Subpart (B), Section 1 of Joint Resolution No.72-2009; Sub-Subparagraphs (14) and (24) (i), Subparagraph (A), Subpart (17), Sub-Subparagraphs (a) (40), Subparagraph (22), Subpart (B), Subparagraphs (a) and (c), Subpart (63), Section 1 of Joint Resolution No. 94-2008; Sub-Subparagraph (i), Subparagraph (E), Subpart (A), Section 1 and Sub-Subparagraph (8), Subparagraph (F), Subpart (B), of Joint Resolution No. 1433-2004; Subparagraph (2), Subpart (A), Section 1 of Joint Resolution No. 1441-2003; Subparagraph (2), Subpart (E), Section 1 of Joint Resolution No. 1561-2004; Section 1 of Joint Resolution No. 164-2004; Subpart (1), Section 1 of Joint Resolution No. 169-2006; Subparagraphs (1) and (3), Subpart (F), Section 1 of Joint Resolution No. 1745-2004; Subparagraph (a), Subpart (38), Section 1 of Joint Resolution No. 332-2005; Section 1 of Joint Resolution No. 369-2005; Subparagraph (6), Subpart (J), Section 1 of Joint Resolution No. 394-2000; Sub-Subparagraph (1), Subparagraph (D), Subpart (B), Section 1 of Joint Resolution No. 399-1999; Sub-Subparagraph (2), Subparagraph (D), Subpart (B), Section 1 of Joint Resolution No. 402-1999; and Subparagraph (F), Subpart (B), Section 1 of Joint Resolution No. 783-2003; to be used as itemized in Section 1 of this Joint Resolution.

**BE IT RESOLVED BY THE PUERTO RICO LEGISLATURE:**

    Section 1.- the sum of eleven thousand nine hundred thirty-five dollars and ninety-five cents ($11,935.95) is reallocated to the Municipality of Lares stemming from the surpluses of Sub-Subparagraphs (a) and (b), Subparagraph (22), Subpart (B), Section 1 of Joint Resolution No. 8-2012; Sub-Subparagraph (a), Subparagraph (19), Subpart (B), Section 1 of Joint Resolution No. 58-2009; Subparagraphs (b) (c) (d) (e) and (f), Subpart (31), Section 2 of Joint Resolution No. 59-2014; Subparagraphs (d) and (e), Subpart (1), Section 1 of Joint Resolution No. 69-2015; Subparagraph (1) Subpart (B), Section 1 of Joint Resolution No.72-2009; Sub-Subparagraphs (14) and (24) (i), Subparagraph (A), Subpart (17), Sub-Subparagraphs (a) (40) (i), Subparagraph (22), Subpart (B), Subparagraphs (a) and (c), Subpart (63), Section 1 of Joint Resolution No. 94-2008; Sub-

Subparagraph (i), Subparagraph (E), Subpart (A), Section 1 and Sub-Subparagraph (8), Subparagraph (F), Subpart (B), of Joint Resolution No. 1433-2004; Subparagraph (2), Subpart (A), Section 1 of Joint Resolution No. 1441-2003; Subparagraph (2), Subpart (E), Section 1 of Joint Resolution No. 1561-2004; Section 1 of Joint Resolution No. 164-2004; Subpart (1), Section 1 of Joint Resolution No. 169-2006; Subparagraphs (1) and (3), Subpart (F), Section 1 of Joint Resolution No. 1745-2004; Subparagraph (a), Subpart (38), Section 1 of Joint Resolution No. 332-2005; Section 1 of Joint Resolution No. 369-2005; Subparagraph (6), Subpart (J), Section 1 of Joint Resolution No. 394-2000; Sub-Subparagraph (1), Subparagraph (D), Subpart (B), Section 1 of Joint Resolution No. 399-1999; Sub-Subparagraph (2), Subparagraph (D), Subpart (B), Section 1 of Joint Resolution No. 402-1999; and el Subparagraph (F), Subpart (B), Section 1 of Joint Resolution No. 783-2003; to be reallocated for permanent works and improvements.

Section 2.- Contracting with the municipal governments, private contractors, as well as any department, agency, or corporation of the Government of Puerto Rico is authorized to comply with this Joint Resolution.

Section 3.- The funds reallocated through this Joint Resolution may be matched with individual, state, or municipal funds.

Section 4.- This Joint Resolution will enter into effect immediately after its approval.

CERTIFICATION
I, Olga M. Alicea, an English-Spanish Interpreter and Translator certified to that effect by the Administrative Office of the U.S. Courts and by the National Association of Judiciary Interpreters & Translators (NAJIT), do hereby certify that I have personally translated the foregoing document from Spanish to English and that the translation is true and accurate to the best of my knowledge and abilities.

S/   Olga M. Alicea                                        June 28, 2019
Olga M. Alicea, fcci, njitce-s     , Fed. Cert. No. 98-005            date