*CERTIFIED TRANSLATION*                                    BY: OLGA M. ALICEA, FCCI, NJITCE-S

**(S. J.R. 240)**

# JOINT RESOLUTION NO. 57
## JULY 10, 2018

To reallocate to the Municipality of Barranquitas the sum of three hundred sixty-three thousand five hundred sixty-three dollars and forty-two cents ($363,563.42) stemming from the surpluses of the following Joint Resolutions: Section 1 of Joint Resolution No. 58-1991; sub-subparagraphs (3) (5), subparagraph (I), Section 1 of Joint Resolution No. 506-1991; Section 1 of Joint Resolution No. 120-1992; subparagraph (A), Section 1 of Joint Resolution No. 402-1993; sub-subparagraph (b), subparagraph (6) "Municipality of Barranquitas," Subpart(A) "Senatorial District No. 6 (Guayama)," Section 1 of Joint Resolution No. 378-1995; sub-subparagraph (a), subparagraph (5) "Municipality of Barranquitas," Subpart(A) "Senatorial District No. 6 (Guayama)," Section 1 of Joint Resolution No. 481-1996; sub-subparagraph (b), subparagraph (2), Subpart(B), Section 1 of Joint Resolution No. 519-1996; sub-subparagraph (b), subparagraph (7) "Municipality of Barranquitas," Subpart(B) "Senatorial District No. 6 (Guayama)," Section 1 of Joint Resolution No. 272-1997; sub-subparagraph (e), subparagraph (8), Subpart(B) "Senatorial District No. 6 (Guayama)," Section 1 of Joint Resolution No. 350-1997; sub-subparagraph (a), subparagraph 1, Section 1 of Joint Resolution No. 679-1997; sub-subparagraph (a) "Municipality of Barranquitas," Section 1 of Joint Resolution No. 732-1997; Section 1 of Joint Resolution No. 046-1998; Section 1 of Joint Resolution No. 219-1998; sub-subparagraph (6), subparagraph (B), Subpart(B) "Senatorial District No. 6 (Guayama)," Section 1 of Joint Resolution No. 508-1998; Section 1 of Joint Resolution No. 543-1998; sub-subparagraphs (1) (2) (6) (9), subparagraph (B), Subpart(B) "Senatorial District No. 6 (Guayama)," Section 1 of Joint Resolution No. 399-1999; sub-subparagraph (2), subparagraph (C), Subpart(B) "Senatorial District No. 6 (Guayama)," Section 1 of Joint Resolution No. 402-1999; sub-subparagraph (2), subparagraph (I), Subpart(A) "Senatorial District No. 6 (Guayama)," Section 1 of Joint Resolution No. 394-2000; sub-subparagraphs (2) (3), subparagraph (D), Subpart(B) Section 1 of Joint Resolution No. 394-2000; sub-subparagraphs (1) (2) (3), subparagraph (D), Subpart(B) "Senatorial District No. 6 (Guayama)," Section 1 of Joint Resolution No. 400-2000; sub-subparagraph (2), subparagraph (B), Section 1 of Joint Resolution No. 578-2001; sub-subparagraphs (1) (2), subparagraph (B), Section 1 of Joint Resolution No. 175-2002; sub-subparagraphs (2) (3) (5) (6), subparagraph (B), Subpart(A) "Senatorial District No. 6 (Guayama)," Section 1 of Joint Resolution No. 1397-2004; subparagraphs (a) (d) (e), Section 1 of Joint Resolution No. 1444-2004; Section 1 of Joint Resolution No. 328-2005; sub-subparagraph (10), subparagraph a, Subpart(22), Section 1 of Joint Resolution No. 094-2008; subparagraph (35), sub-subparagraph (c), Section 1 of Joint Resolution No. 094-2008; Subpart(17), subparagraph (B), sub-subparagraph (5) of Joint Resolution No. 094-2008, sub-subparagraph (g), subparagraph (A), Section 1 of Joint Resolution No. 029-2011; sub-subparagraph (c), subparagraph (A), Section 1 of Joint Resolution No. 008-2012; heading (a), sub-subparagraph (16), subparagraph (B), Section 1 of Joint Resolution No. 008-2012; heading (a), sub-subparagraph (16), subparagraph (B), Section 1 of Joint Resolution No. 091-2012, to be used as itemized in Section 1 of this Joint Resolution.; and to authorize the matching of reallocated funds.

## PREAMBLE

The Municipalities of Puerto Rico are the entities closest to the citizen through their relationship of work and service with the communities. Consequently, the municipalities in their duty to effectively guarantee social welfare, develop programs and projects that contribute to achieve sustainable progress for all of their constituents. The devastating impact of Hurricanes Irma and María in Puerto Rico has raised the sense of urgency and help for the municipalities in their process of social, economic, and infrastructure recovery. Likewise, this Legislature maintains a firm commitment to the Puerto Rican communities in their aspiration to progress and in their desire to rise from the onslaught of these atmospheric phenomena.

The Municipality of Barranquitas has for decades been a recipient of legislative funds from different laws enacted by the Legislature. The resources allocated for years were used by different municipal administrations for the purpose for which they were intended. In effect, there were projects that were carried out satisfactorily and currently have left unused surpluses in the city council's accounting books. The Municipal Administration, through its Mayor, Honorable Francisco López López, has requested the reprogramming of those surpluses, to carry out necessary works in the communities, as well as to continue with the recovery of the municipality.

Given this budgetary reality of surplus legislative funds and confirming the existence of new necessities and problems that the people of Barranquitas face, it is necessary to reallocate the money for new projects. This way, the Municipality of Barranquitas can continue with its recovery plan and with its aspirations for progress and social justice. Therefore, official certification has been issued on the joint resolutions that maintain surpluses in the accounting books of the city council. Once again, this Legislature recognizes the importance of addressing the needs of the residents of Barranquitas and channels their claims effectively through this Joint Resolution.

**BE IT DECREED BY THE PUERTO RICO LEGISLATURE:**

Section 1.- the sum of three hundred sixty-three thousand five hundred sixty-three dollars and forty-two cents ($363,563.42) is reallocated to the Municipality of Canóvanas, stemming from the surpluses of the following Joint Resolutions: Section 1 of Joint Resolution No. 58-1991; sub-subparagraphs (3) (5), subparagraph (I), Section 1 of Joint Resolution No. 506-1991; Section 1 of Joint Resolution No. 120-1992; subparagraph (A), Section 1 of Joint Resolution No. 402-1993; sub-subparagraph (b), subparagraph (6) "Municipality of Barranquitas," Subpart(A) "Senatorial District No. 6 (Guayama)," Section 1 of Joint Resolution No. 378-1995; sub-subparagraph (a), subparagraph (5) "Municipality of Barranquitas," Subpart(A) "Senatorial District No. 6 (Guayama)," Section 1 of Joint Resolution No. 481-1996; sub-subparagraph (b), subparagraph (2), Subpart(B), Section 1 of Joint Resolution No. 519-1996; sub-subparagraph (b), subparagraph (7) "Municipality of Barranquitas," Subpart(B) "Senatorial District No. 6 (Guayama)," Section 1 of Joint Resolution No. 272-1997; sub-subparagraph (e), subparagraph (8), Subpart(B) "Senatorial District No. 6 (Guayama)," Section 1 of Joint Resolution No. 350-1997; sub-subparagraph (a), subparagraph 1, Section 1 of Joint Resolution No. 679-1997; sub-subparagraph (a) "Municipality of Barranquitas," Section 1 of Joint Resolution No. 732-1997;

CERTIFIED TRANSLATION                                                  by: Olga M. Alicea, fcci, njitce-s

Section 1 of Joint Resolution No. 046-1998; Section 1 of Joint Resolution No. 219-1998; sub-subparagraph (6), subparagraph (B), Subpart(B) "Senatorial District No. 6 (Guayama)," Section 1 of Joint Resolution No. 508-1998; Section 1 of Joint Resolution No. 543-1998; sub-subparagraphs (1) (2) (6) (9), subparagraph (B), Subpart(B) "Senatorial District No. 6 (Guayama)," Section 1 of Joint Resolution No. 399-1999; sub-subparagraph (2), subparagraph (C), Subpart(B) "Senatorial District No. 6 (Guayama)," Section 1 of Joint Resolution No. 402-1999; sub-subparagraph (2), subparagraph (I), Subpart(A) "Senatorial District No. 6 (Guayama)," Section 1 of Joint Resolution No. 394-2000; sub-subparagraphs (2) (3), subparagraph (D), Subpart(B) Section 1 of Joint Resolution No. 394-2000; sub-subparagraphs (1) (2) (3), subparagraph (D), Subpart(B) "Senatorial District No. 6 (Guayama)," Section 1 of Joint Resolution No. 400-2000; sub-subparagraph (2), subparagraph (B), Section 1 of Joint Resolution No. 578-2001; sub-subparagraphs (1) (2), subparagraph (B), Section 1 of Joint Resolution No. 175-2002; sub-subparagraphs (2) (3) (5) (6), subparagraph (B), Subpart(A) "Senatorial District No. 6 (Guayama)," Section 1 of Joint Resolution No. 1397-2004; subparagraphs (a) (d) (e), Section 1 of Joint Resolution No. 1444-2004; Section 1 of Joint Resolution No. 328-2005; sub-subparagraph (10) subparagraph a, Subpart(22), Section 1 of Joint Resolution No. 094-2008; subparagraph (35), sub-subparagraph (c), Section 1 of Joint Resolution No. 094-2008, Subpart(17), subparagraph (B), sub-subparagraph (5) of Joint Resolution No. 094-2008; sub-subparagraph (g), subparagraph (A), Section 1 of Joint Resolution No. 029-2011; sub-subparagraph (c), subparagraph (A), Section 1 of Joint Resolution No. 008-2012; heading (a), sub-subparagraph (16), subparagraph (B), Section 1 of Joint Resolution No. 008-2012; heading (a), sub-subparagraph (16), subparagraph (B), Section 1 of Joint Resolution No. 091-2012, for permanent works and improvements.

Section 2.- Contracting with the municipal governments, private contractors, as well as any department, agency, or corporation of the Government of Puerto Rico is authorized to comply with what is established in this Joint Resolution.

Section 3.- The funds reallocated through this Joint Resolution may be matched with individual, state, or municipal funds.

Section 4.- The beneficiaries that receive these legislative contributions must comply with the requirements as provided under Law 179-2002.

Section 5.- This Joint Resolution will enter into effect immediately after its approval.



CERTIFICATION
I, Olga M. Alicea, an English-Spanish Interpreter and Translator certified to that effect by the Administrative Office of the U.S. Courts and by the National Association of Judiciary Interpreters & Translators (NAJIT), do hereby certify that I have personally translated the foregoing document from Spanish to English and that the translation is true and accurate to the best of my knowledge and abilities.

S/ Olga M. Alicea                                                           June 28, 2019
Olga M. Alicea, fcci, njitce-s        , Fed. Cert. No. 98-005                    date