<u>CERTIFIED TRANSLATION</u>                                  BY: OLGA M. ALICEA, FCCI, NJITCE-S

**(S. J.R. 245)**

# JOINT RESOLUTION NO. 61

### JULY 10, 2018

To reallocate to the Agricultural Enterprises Development Administration (AEDA) the sum of forty thousand dollars ($40,000), stemming from the funds originally allocated in Subparagraphs f and g, Subpart 4, Section 1 of Joint Resolution 4-2017, to be used as detailed in Section 1 of this Joint Resolution; to authorize the contracting of permanent works and improvements; to authorize the matching of the reallocated funds; and for other purposes.

**BE IT RESOLVED BY THE PUERTO RICO LEGISLATURE:**

Section 1.- The sum of forty thousand dollars ($40,000) ), stemming from the funds originally allocated in Subparagraphs f and g, Subpart 4, Section 1 of Joint Resolution 4-2017, is reallocated to the Agricultural Enterprises Development Administration (AEDA), to be used as detailed as follows:

   A. Agricultural Enterprises Development Administration (AEDA):

   1. For the Rural Infrastructure program, permanent works and improvements, for studies, designs, permits, matching of funds related to permanent works and improvements, housing improvements, housing materials, improvements to recreational facilities, purchase of sports equipment, and permanent works and improvements; both in rural area and urban area of the Municipalities of Senatorial District #8 of Carolina. For permanent works and improvements in community, recreational, and sports facilities; and public roads of Senatorial District #8 of Carolina          40,000

      **TOTAL ALLOCATED**                                                     **$40,000**

Section 2.- The funds reallocated through this Joint Resolution may be matched with individual, state, or municipal funds.

Section 3.- The beneficiaries that receive these legislative contributions must comply with the requirements as provided under Law 179-2002.

Section 4.- Contracting with the municipal governments, private contractors, as well as with any department, agency, or corporation of the Government of Puerto Rico for the development of such works.

*CERTIFIED TRANSLATION*                                     by: Olga M. Alicea, fcci, njitce-s

     Section 5.- This Joint Resolution will enter into effect immediately after its approval.

---

**CERTIFICATION**
I, Olga M. Alicea, an English-Spanish Interpreter and Translator certified to that effect by the Administrative Office of the U.S. Courts and by the National Association of Judiciary Interpreters & Translators (NAJIT), do hereby certify that I have personally translated the foregoing document from Spanish to English and that the translation is true and accurate to the best of my knowledge and abilities.

S/ Olga M. Alicea                                                                June 28, 2019
Olga M. Alicea, fcci, njitce-s   , Fed. Cert. No. 98-005                         date