*CERTIFIED TRANSLATION*            BY: OLGA M. ALICEA, FCCI, NJITCE-S

(S. J.R. 244)

# JOINT RESOLUTION NO. 67

### July 27, 2018

To authorize an extension of time of an additional six (6) months to the term of the Legislative Funds granted in Joint Resolution 4-2017.

# PREAMBLE

Law 26-2017, known as the "Compliance with the Fiscal Plan Act," amended Subparagraph (h) of Law No. 230 of July 23, 1974, as amended, known as the "Government of Puerto Rico Accountability Act." in order to provide that:

*"allocations and funds without a specific financial year, which have remained on the books without movement of disbursement or obligation for one (1) year, will be considered for purposes of this Act as having fulfilled their purposes so that they will be closed and immediately deposited in the General Fund, except the allocations and the funds without a specific financial year allocated to carry out permanent improvements that have been accounted for and entered in the books. These will have a term of three (3) years as of the legal effective date of the allocation to be disbursed and to fulfill the purposes for which they were allocated. After the three (3) years term has elapsed, the obligated and non-obligated balances of the permanent improvement funds will be closed and entered into the 301 Fund."*

Just two (2) weeks after Hurricane Irma hit the island, Hurricane María made its way through Puerto Rico as the most devastating atmospheric phenomenon that has affected the last eighty (80) years. Maria's ravages were significant both for the local infrastructure and for the provision of essential services to the citizens. The electrical and telecommunications system was interrupted, affecting the entire island, and also the services offered by the Government, both state and municipal.

The process to carry out the works established in Joint Resolution 4-2017 is a complicated one. We understand that additional time should be given additional so that agencies and municipalities can complete the corresponding process.

Therefore, this Legislature deems it meritorious to authorize an extension of six (6) additional months to the term of the Legislative Funds granted in Joint Resolution 4-2017.

**BE IT RESOLVED ;BY THE PUERTO RICO LEGISLATIVE ASSEMBLY:**

Section 1.- An extension of six (6) additional months is granted to the term of the Legislative Funds granted in Joint Resolution 4-2017.

Section 2.- This Joint Resolution will enter into effect immediately after its approval.

CERTIFICATION
I, Olga M. Alicea, an English-Spanish Interpreter and Translator certified to that effect by the Administrative Office of the U.S. Courts and by the National Association of Judiciary Interpreters & Translators (NAJIT), do hereby certify that I have personally translated the foregoing document from Spanish to English and that the translation is true and accurate to the best of my knowledge and abilities.
S/ Olga M. Alicea                                 June 28, 2019
Olga M. Alicea, fcci, njitce-s   , Fed. Cert. No. 98-005                   date