# FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
## FOR PUERTO RICO



*José B. Carrión III*
Chair

<u>Members</u>

*Andrew G. Biggs*
*Carlos M. García*
*Arthur J. González*
*José R. González*
*Ana J. Matosantos*
*David A. Skeel, Jr.*

*Natalie A. Jaresko*
Executive Director

## <u>BY ELECTRONIC MAIL</u>

January 14, 2019

Honorable Ricardo A. Rosselló Nevares
Governor of Puerto Rico
La Fortaleza
PO Box 9020082
San Juan, PR 00902-0082

Dear Governor Rosselló Nevares:

On December 3, 2018, we wrote to you about a number of ways in which the Government has failed to comply with PROMESA. One such way concerned Section 203(a), which provides that "[n]ot later than 15 days after the last day of each quarter of a fiscal year. . ., the Governor shall submit to the Oversight Board a report, in such form as the Oversight Board may require" describing budget to actual for such preceding quarter, and "any other information requested by the Oversight Board."

We observed that the Government did not submit complete Section 203(a) budget to actual reports for the Commonwealth, PREPA, PRASA, UPR, or HTA for fiscal year 2018 and had not submitted complete Section 203(a) budget to actual reports for the Commonwealth, PREPA, PRASA, UPR, or HTA for first quarter of fiscal year 2019. We directed you to complete such reports for the Commonwealth, PREPA, PRASA, UPR, and HTA by December 21, 2018.

On December 21, 2018, the only complete Section 203(a) budget to actual report we received was for the Commonwealth for the first quarter of fiscal year 2019. As of today, we still have not received Section 203(a) budget to actual reports for the Commonwealth for fiscal year 2018 or for PREPA, PRASA, UPR, or HTA for fiscal year 2018 or for first quarter of fiscal year 2019. Please submit such missing reports by January 18, 2019.

Moreover, we remind you that the Section 203(a) budget to actual reports for second quarter of fiscal year 2019 are due tomorrow for the Commonwealth, PREPA, PRASA, UPR, and HTA.

We look forward to timely submissions of those reports.

Hon. Ricardo A. Rosselló Nevares
January 14, 2019
Page 2 of 2

Sincerely,

Natalie A. Jaresko

Andrew G. Biggs
José B. Carrión
Carlos M. García
Arthur J. González
José R. González
Ana J. Matosantos
David A. Skeel, Jr.

CC:    Christian Sobrino Vega
       Raúl Maldonado Gautier
       Teresita Fuentes Marimón