IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | ) |
| | ) |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO | ) |
| | ) |
| as representative of | ) |
| | ) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | ) |
| | ) |
| Debtor. | ) |
| | ) |
| | X |

PROMESA
Title III

Case No. 17-bk-03283 (LTS)

---

| | |
|---|---|
| In re: | ) |
| | ) |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO | ) |
| | ) |
| as representative of | ) |
| | ) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE | ) |
| GOVERNMENT OF THE COMMONWEALTH OF | ) |
| PUERTO RICO, | ) |
| | ) |
| Debtor. | ) |
| | ) |
| | X |

PROMESA
Title III

Case No. 17-bk-03566 (LTS)

---

ORDER GRANTING OVERSIGHT BOARD'S URGENT
MOTION TO FILE UNREDACTED PRIVILEGE LOGS UNDER SEAL

Upon consideration of the *Urgent Motion of the Oversight Board to File Unredacted*

*Privilege Logs Under Seal* (Docket Entry No. 7802 in Case No. 17-3283 and Docket Entry No.

631 in Case No. 17-3566, the "Urgent Motion") filed by the Financial Oversight and Management

Board (the "Oversight Board"), the Court having reviewed the Urgent Motion and the relief

requested; the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 48

U.S.C. § 2166(a); the Court determining that venue of this proceeding and the Urgent Motion in

this district is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); notice of the Urgent

Motion being adequate and proper under the circumstances; and after due deliberation and sufficient cause appearing; therefore, it is hereby ORDERED that:

1. The Urgent Motion is GRANTED as set forth herein;

2. The Oversight Board is to file the unredacted Privilege Logs (as defined in the Urgent Motion) under seal;

3. The Oversight Board's redactions to the publicly filed versions of the Privilege Logs accompanying the Urgent Motion are proper;

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated:  July 3, 2019

/s/ Laura Taylor Swain
The Honorable Laura Taylor Swain
United States District Judge