## QUEBRADA BONITA CRL

| Entity | Cusip | | Amount |
|---|---|---|---|
| **Commonwealth of PR** | | | |
| p11-12 | 74514LB63 | $100,000.00 | $91,721.70 |
| p10 | 74514LQF7 | $25,000.00 | $25,443.81 |
| p6 | 74514LST5 | $515,000.00 | $515,011.42 |
| p10 | 74514LZP5 | $375,000.00 | $375,193.81 |
| | | $1,015,000.00 | **$1,007,370.74** |
| **COFINA** | | | |
| p8 | 74529JPK5 | $55,000.00 | $55,003.41 |
| p11 | 74529JAC9 | $930,000.00 | $930,000.00 |
| p10 | 74529JME2 | $15,000.00 | $15,006.31 |
| p9 | 74529JNL5 | $45,000.00 | $45,003.96 |
| p8 | 74529JPJ8 | $15,000.00 | $15,006.31 |
| | | $1,060,000.00 | **$1,060,019.99** |
| **Employees Retirement System** | | | |
| p6 | 29216MAF7 | $65,000.00 | **$65,000.00** |
| **PR Highway & Transportation** | | | |
| p12 | 745190AY4 | $95,000.00 | $96,431.31 |
| p12 | 745190SL3 | $10,000.00 | $10,115.81 |
| p12 | 7451902T4 | $20,000.00 | $20,206.31 |
| | | $125,000.00 | **$126,753.43** |

Proof of Claim 55278, page 10 of 21.

Case:17-03283-LTS Doc#:7839-1 Filed:07/05/19 Entered:07/05/19 13:46:15 Desc: Exhibit PoC 55278 PAGES 10 & 13 Page 2 of 2

Proof of Claim 55278, page 13 of 21.

## Portfolio Holdings (continued)

| Date Acquired | Quantity | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **FIXED INCOME** (continued) | | | | | | | | | |
| **Municipal Bonds** (continued) | | | | | | | | | |
| PUERTO RICO INDL TOURIST EDL MED & ENVIRONMENTAL CTL FACS FING AUTH 4.000% 04/01/20 B/E DTD 06/27/12 1ST CPN DTE 10/01/12 CPN PMT SEMI ANNUAL ON APR 01 AND OCT 01 S & P Rating BB+ | | | Security Identifier: 745272EW0 | | | | | | |
| 10/01/12 *3.12 | 165,000.000 | 100.3870 | 165,637.95 | 97.4710 | 160,827.15 | -4,810.80 | 3,300.00 | 6,600.00 | 4.10% |
| | | | Original Cost Basis: $167,478.30 | | | | | | |
| ⁵EMPLOYEES RETIREMENT SYS GOVT COMMLTH PUERTO RICO INSTL SR PENSION FDG BDS 2008 5.850% 07/01/23 B/E DTD 01/31/08 CALLABLE 07/01/18 @ 100.000 SECURITY IN DEFAULT 1ST CPN DTE 03/01/08 CPN PMT MONTHLY ON 01 Moody Rating C S & P Rating D TAX EXEMPT - PUERTO RICO RESIDENTS ONLY | | | Security Identifier: 29216MAF7 | | | | | | |
| Please Provide * | 65,000.000 | N/A | Please Provide | 36.2500 | 23,562.50 | N/A | 0.00 | | |
| | | | Original Cost Basis: Please Provide | | | | | | |
| PUERTO RICO COMMLTH REF PUB IMPT BDS 2008C 5.700% 07/01/23 B/E DTD 05/07/08 CALLABLE 07/01/18 @ 100.000 SECURITY IN DEFAULT 1ST CPN DTE 06/01/08 CPN PMT MONTHLY ON 01 TAX EXEMPT - PUERTO RICO RESIDENTS ONLY Moody Rating CA | | | Security Identifier: 74514LST5 | | | | | | |
| 05/01/08 *3.12 | 175,000.000 | 100.0040 | 175,006.31 | 44.2500 | 77,437.50 | -97,568.81 | 0.00 | | |
| | | | Original Cost Basis: $175,006.31 | | | | | | |
| 06/09/09 *3.12 | 340,000.000 | 100.0020 | 340,005.11 | 44.2500 | 150,450.00 | -189,555.11 | 0.00 | | |
| | | | Original Cost Basis: $340,005.11 | | | | | | |
| **Total Noncovered** | 515,000.000 | | 515,011.42 | | 227,887.50 | -287,123.92 | 0.00 | | |
| **Total** | 515,000.000 | | $515,011.42 | | $227,887.50 | -$287,123.92 | $0.00 | $0.00 | |

Account Number: NEB-059884
B00193920CSF30022

Go paperless — ASK ABOUT E-DELIVERY

Rated Excellent Every Year Since 2007 DALBAR RATED COMMUNICATIONS EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon) Pershing LLC, member FINRA, NYSE, SIPC

Page 6 of 33