

Exhibit 1

P.O. Box 195119
San Juan, PR 00919-5119

July 5, 2019

Quebrada Bonita CRL
PO BOX 270036
San Juan PR 00928-2836

Dear Sir,

As requested, and to provide reporting documentation, Oriental Financial Service Corp certifies that Quebrada Bonita CRL has the following position as of 7/5/2019 on acct. ▬▬▬.

| Description | Cusip | Quantity |
|---|---|---|
| Employees Retirement SYS Govt COMWLTH Puerto Rico INSTL SR Pension FDG BDS 2008 5.850% 07/01/23 B/E DTD 01/31/08 CLB | 29216MAF7 | $65,000.00 |

Should you have any questions please contact us at (787)281-2017.

Cordially,

Clara I Fernandez
1st Vice President

Oriental Wealth Management is the business name used for the joint marketing of investment, insurance, and trust products and services provided by Oriental Financial Services ("OFS"), Oriental Insurance, Inc. ("OI") and Oriental Trust ("OT"). OFS is a member of FINRA and SIPC and is a wholly owned subsidiary of OFG Bancorp. The products offered by OFS are not insured by the FDIC and involve risk including the possible loss of principal invested.