# QUEBRADA BONITA CRL

| Entity | Cusip | | Amount |
|---|---|---|---|
| **Commonwealth of PR** | | | |
| p11-12 | 74514LB63 | $100,000.00 | $91,721.70 |
| p10 | 74514LQF7 | $25,000.00 | $25,443.81 |
| p6 | 74514LST5 | $515,000.00 | $515,011.42 |
| p10 | 74514LZP5 | $375,000.00 | $375,193.81 |
| | | $1,015,000.00 | $1,007,370.74 |
| | | | |
| **COFINA** | | | |
| p8 | 74529JPK5 | $55,000.00 | $55,003.41 |
| p11 | 74529JAC9 | $930,000.00 | $930,000.00 |
| p10 | 74529JME2 | $15,000.00 | $15,006.31 |
| p9 | 74529JNL5 | $45,000.00 | $45,003.96 |
| p8 | 74529JPJ8 | $15,000.00 | $15,006.31 |
| | | $1,060,000.00 | $1,060,019.99 |
| | | | |
| **Employees Retirement System** | | | |
| p6 | 29216MAF7 | $65,000.00 | $65,000.00 |
| | | | |
| **PR Highway & Transportation** | | | |
| p12 | 745190AY4 | $95,000.00 | $96,431.31 |
| p12 | 745190SL3 | $10,000.00 | $10,115.81 |
| p12 | 7451902T4 | $20,000.00 | $20,206.31 |
| | | $125,000.00 | $126,753.43 |

Proof of Claim 55278,
page 10 of 21.

Proof of Claim 55278,
page 13 of 21.

## Portfolio Holdings (continued)

| Date Acquired | Quantity | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **FIXED INCOME** *(continued)* | | | | | | | | | |
| **Municipal Bonds** *(continued)* | | | | | | | | | |
| PUERTO RICO INDL TOURIST EDL MED & ENVIRONMENTAL CTL FACS FING AUTH | | | Security Identifier: 745272EW0 | | | | | | |
| 4.000% 04/01/20 B/E DTD 06/27/12 1ST CPN DTE 10/01/12 CPN PMT SEMI ANNUAL ON APR 01 AND OCT 01 | | | | | | | | | |
| S & P Rating BB+ | | | | | | | | | |
| 10/01/12 *,3,12 | 165,000.000 | 100.3870 | 165,637.95 | 97.4710 | 160,827.15 | -4,810.80 | 3,300.00 | 6,600.00 | 4.10% |
| | | | Original Cost Basis: $167,478.30 | | | | | | |
| 5 EMPLOYEES RETIREMENT SYS GOVT COMMLTH PUERTO RICO INSTL SR PENSION FDG BDS 2008 | | | Security Identifier: 29216MAF7 | | | | | | |
| 5.850% 07/01/23 B/E DTD 01/31/08 CALLABLE 07/01/18 @ 100.000 | | | | | | | | | |
| SECURITY IN DEFAULT 1ST CPN DTE 03/01/08 CPN PMT MONTHLY ON 01 | | | | | | | | | |
| Moody Rating C S & P Rating D | | | | | | | | | |
| TAX EXEMPT - PUERTO RICO RESIDENTS ONLY | | | | | | | | | |
| Please Provide * | 65,000.000 | N/A | Please Provide | 36.2500 | 23,562.50 | N/A | 0.00 | | |
| | | | Original Cost Basis: Please Provide | | | | | | |
| PUERTO RICO COMWLTH REF PUB IMPT BDS 2008C 5.700% 07/01/23 B/E | | | Security Identifier: 74514LST5 | | | | | | |
| DTD 05/07/08 CALLABLE 07/01/18@ 100.0000 SECURITY IN DEFAULT | | | | | | | | | |
| 1ST CPN DTE 06/01/08 CPN PMT MONTHLY ON 01 | | | | | | | | | |
| TAX EXEMPT - PUERTO RICO RESIDENTS ONLY | | | | | | | | | |
| Moody Rating CA | | | | | | | | | |
| 05/01/08 *,3,12 | 175,000.000 | 100.0040 | 175,006.31 | 44.2500 | 77,437.50 | -97,568.81 | 0.00 | | |
| | | | Original Cost Basis: $175,006.31 | | | | | | |
| 06/09/09 *,3,12 | 340,000.000 | 100.0020 | 340,005.11 | 44.2500 | 150,450.00 | -189,555.11 | 0.00 | | |
| | | | Original Cost Basis: $340,005.11 | | | | | | |
| **Total Noncovered** | 515,000.000 | | 515,011.42 | | 227,887.50 | -287,123.92 | 0.00 | | |
| **Total** | 515,000.000 | | $515,011.42 | | $227,887.50 | -$287,123.92 | $0.00 | $0.00 | |

Account Number: NEB-059884
B0019292CSF30022

Go paperless
ASK ABOUT E-DELIVERY

Rated Excellent
Every Year Since 2007
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon)
Pershing LLC, member FINRA, NYSE SIPC