**Daniel Gutman**
**407 West 44th Street**
**New York, New York 10036**
**212 586-3888**

Education:

| | |
|---|---|
| Massachusetts Institute of Technology | B.S., Physics |
| Cambridge, Massachusetts | June, 1964 |
| | |
| University of Illinois | M.S., Physics |
| Urbana, Illinois | February, 1966 |

Summary of Consulting Experience:

Environmental Protection Agency

Chief analyst for the United States Environmental Protection Agency on traffic and environmental impacts of Westway, a highway proposed for Manhattan.  Responsible for preparing cross-examination of State Department of Transportation witnesses and for developing and presenting EPA's direct testimony during administrative hearings.

Environmental Defense Fund
Scenic Hudson

Analyzed the local impact of increased sulfur dioxide emissions due to the proposed conversion to highsulfur coal of Orange and Rockland's Lovett and Danskammer, and the conversion to coal of Con Edison's Arthur Kill and Ravenswood power plants for presentation at administrative hearings.

The Municipal Art Society
STAND
The ATURA Coalition
Committee to Preserve Brighton Beach and
  Manhattan Beach

Conducted traffic and air pollution analyses of several major development projects in New York City, including the Coliseum Redevelopment, Metrotech, Atlantic Terminal, and Brighton Beach projects.

Union of Concerned Scientists

Analyzed the potential for accidental releases of radioactive gases reaching New York City from the nearby Indian Point nuclear reactor.

Environmental Defense Fund
Natural Resources Defense Council

Provided technical analysis and evaluations of EPA regulations concerning all sulfur dioxide emitting facilities, as well as those specifically applying to copper smelters.

Association to Save the Hutch
Montgomery Township, New Jersey
Elizabeth and East Brunswick, New Jersey

Provided analyses of the air pollution and traffic impacts of the proposed expansions of the Hutchinson River Parkway, Route US 206 through Montgomery Township, and the New Jersey Turnpike.

Port Authority of New York and New Jersey

Evaluated the impacts of diesel particulates and carbon monoxide due to a proposed busway connecting the Holland and Lincoln tunnels just outside New York City.

Environmental Defense Fund

Investigated the environmental impacts of both toxic and non-toxic emissions from waste-to-energy resource recovery plant proposed for New York City for presentation at administrative hearing.

Citizens for Westpride

Analyzed traffic, air pollution, noise, sewage disposal, and zoning and density with respect to both a massive development proposed by the Trump Organization for a disused rail yard on the West Side of Manhattan, and a number of other projects in the immediate area.

The Parks Council
The Municipal Art Society
The Regional Plan Association

Devised a smaller-scale, more civic-minded alternative to the Trump project, based on relocating a portion of the West Side Highway in order to extend Riverside Park. Evaluated the air pollution and noise impacts of the relocated West Side Highway and investigated various noise control techniques.  Known as Riverside South, this alternative was ultimately embraced by the developer and approved by the City.

The Municipal Art Society
Beekman Hill Association

Studied potential air pollution impacts of Con Edison's Waterside power plant in New York City on a proposed very tall, nearby building.

Environmental Defense
New York Lawyers for the Public Interest

Analyzed air quality impacts of diesel emissions from a proposed waste transfer station on nearby residential areas as part of an administrative hearing. Developed legal and technical arguments to require an air quality analysis of fine particulate matter (PM 2.5).

East River Environmental Coalition
Manhattan Community Board #3

In connection with an application by Con Edison to add two electric and steam generators to the East River power plant, analyzed air quality impacts, focussing on fine particulate matter, evaluated noise impacts, helped develop alternative proposals, analyzed the air quality and land-use impacts of the alternatives, and represented client groups in administrative hearings.

Natural Resources Defense Council
Coalition Helping Organize a Kleaner Environment
Borough President of Queens, New York

In connection with applications by Keyspan, SCS Astoria, Orion Power, and the New York Power Authority to add power plants in the Astoria section of New York City, analyzed air quality impacts, focussing on fine particulate matter, analyzed the air quality impacts of the alternatives, and represented client groups in administrative hearings.

Adirondack Communities Advisory League

Presented testimony in administrative hearings regarding impacts of toxic air emissions from a proposed landfill in Ava, New York.

Greenpoint/Williamsburg Waterfront Task Force
Borough President of Brooklyn, New York

In connection with an application by TransGas Energy to add power plants in the Greenpoint/Williamsburg section of New York City, analyzed air quality impacts, focussing on fine particulate matter, analyzed the air quality impacts of the alternatives, and represented client groups in administrative hearings.

Hell's Kitchen Neighborhood Association

Prepared a major zoning and land use plan for the West Side of Manhattan between 30th and 42nd streets as an alternative to City-sponsored plan.