# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br>No. 17 BK 4780-LTS<br>**Court Filing Relates Only to PREPA and Shall only be Filed Case No. 17-BK-4780 (LTS) and Main Case 17-BK-3283 (LTS)** |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747).

**INFORMATIVE MOTION OF U.S. BANK NATIONAL
ASSOCIATION AS PREPA BOND TRUSTEE REGARDING
<u>APPEARANCE AT JULY 11 HEARING</u>**

To the Honorable United States District Court Judge Laura Taylor Swain:

U.S. Bank National Association, solely in its capacity as successor trustee (the "**<u>Trustee</u>**") under the Trust Agreement dated as of January 1, 1974 (as amended and supplemented from time to time, the "**<u>Trust Agreement</u>**"), between the Puerto Rico Electric Power Authority and the Trustee, by its undersigned attorneys, hereby submits this informative motion in response to the Court's Order entered on July 03, 2019 [Case No. 17-BK-4780-LTS, Dkt. No. 1430] (the "**<u>Order</u>**") regarding the attendance and participation at the July 11, 2019 hearing ("**<u>Hearing</u>**").

1. Clark T. Whitmore will appear on behalf of the Trustee in person at the Hearing in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Peral Street, New York, NY 10007.

2. Clark T. Whitmore may speak on behalf of the Trustee in connection with the *Urgent Motion of Official Committee of Unsecured Creditors for Order, Pursuant to Bankruptcy Code Section 926(a), Authorizing Committee to Pursue Avoidance Actions on Behalf of Puerto Rico Electric Power Authority* [Case No. 17-BK-3283-LTS, Dkt. No. 7484; Case No. 17-BK-4780 Dkt. No. 1354].

3. The Trustee reserves the right to be heard on any other matter raised by any party at the Hearing related to the Title III cases or the interests of the Trustee.

**RESPECTFULLY SUBMITTED,** in San Juan, Puerto Rico, on this 8th day of July, 2019.

**We hereby certify** that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system of the U.S. Bankruptcy Court for the District of Puerto Rico for Case No. 17-BK-47804, which will send notification of such filing to all counsel of record participating in the CM/ECF system.

| | |
|---|---|
| **RIVERA, TULLA AND FERRER, LLC** | **MASLON LLP** |
| /s *Eric A. Tulla* | By: /s Clark T. Whitmore |
| Eric A. Tulla | Clark T. Whitmore (admitted *pro hac vice*) |
| USDC-DPR No. 118313 | William Z. Pentelovitch (admitted *pro hac vice*) |
| Email: etulla@ riveratulla.com | |
| | 90 South Seventh Street, Suite 3300 |
| /s *Iris J. Cabrera-Gómez* | Minneapolis, MN 55402 |
| Iris J. Cabrera-Gómez | Telephone: 612-672-8200 |
| USDC-DPR No. 221101 | Facsimile: 612-672-8397 |
| Email: icabrera@riveratulla.com | E-Mail: clark.whitmore@maslon.com |
| | bill.pentelovitch@maslon.com |
| Rivera Tulla & Ferrer Building | |
| 50 Quisqueya Street | **ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS TRUSTEE** |
| San Juan, PR 00917-1212 | |
| Tel: (787)753-0438 | |
| Fax: (787)767-5784 (787)766-0409 | |