IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 JUL -8 PM 3: 33

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>Plaintiff,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor[1] | CIVIL NO.: 17-BK-03283 (LTS)<br><br>PROMESA<br><br>TITLE III |

### RESPONSE AND RESERVATION OF RIGHTS IN OPPOSITION TO THE TWENTYTHIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO RESOLUTIONS OF ADDITIONAL AMENDMENT OF THE PROCEDURE OF CASE PROCESSING
### [ECF NO. 3804]

**TO THE HONORABLE COURT:**

**COMES NOW** creditor **José A. Vázquez Padilla, OWN RIGHT**, and respectfully responds in opposition to the Twenty Third Omnibus Objection (Non Substantive) of the Commonwealth of Puerto Rico to Resolution of Additional Amendment of the procedure of case processing [ECF No. 3804] "the Objection"), and states and prays as follows:

1. The Commonwealth of Puerto Rico (" Debtor") has objected to some of creditor **José A. Vázquez Padilla'** timely filed proofs of claim as duplicative.

2. **José A. Vázquez Padilla** has filed two proofs of claim pertaining to damages claimed on behalf of his children in the pending State Court case Rosa Lydia Vélez vs. ELA, KPE 1980-1738: Claim No. 33218 by itself and in representation of his son Samuel Vázquez Candelaria, and Claim No. 33191 on behalf of son Samuel Vázquez Candelaria.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3. However, the claim filed by and for his son was subsequently amended by Claim No. 89325 only for the purpose of correcting her name to read: S.J.V.C.

4. That the claim that should or should have been dismissed is the Claim No. 33191, which was amended by Claim No. 89325 for the purpose of correcting the minor's name.

5. In Debtor's Objection No. 282, Page 58, Prime Clerk Claim No. 33218, José **A. Vázquez Padilla**, moves the Court to deny Debtor's objection.

6. **José A. Vázquez Padilla** expressly reserves any rights in connection therewith and requests that, the non-substantive disallowance requested by Debtor should not prejudice **José A. Vázquez Padilla**'s rights and claims, which were and are expressly reserved.

RESPECTFULLY SUBMITTED.

In Mayagüez, Puerto Rico, on this 8th day of July 2019.

I HEREBY CERTIFY that on this same date that I have personally submitted and notified a true and accurate copy of the preceding document before the Clerk's Office, United States District Court #150 Chardon Avenue, Federal Building, San Juan, Puerto Rico 00918, and served a copy of the same via fax to Counsel for the Oversight Board and to the Creditors' Committee.

**José A. Vázquez Padilla**
**Creditor**
PARCELAS SOLEDAD
1376 CALLE J
MAYAGÜEZ, PUERTO RICO 00682-7659
jvjunior309@gmail.com
321-746-9821