## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Paul Pullo, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On July 1, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Pedro J. Marte Baez, (MMLID: 1466461), whose information has been redacted for the purpose of privacy:

- Twenty-Ninth Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Exact Duplicate Claims [Docket No. 6278]

On July 1, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Union Bank & Trust Company, (MMLID: 2146155), Attn:  Legal Dept., 3643 South 48th Street, Lincoln, NE 68506:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Urgent Motion of the Financial Oversight and Management Board of Puerto Rico to Enforce Order Authorizing Discovery and Compelling Disclosure of Lists of Security Holders [Docket No. 6853]

On July 1, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on Kanoso Auto Sales Inc., (MMLID: 855739), Attn: Jose A. Crespo Gonzalez, President, Carr 2 Km 169.2 Bo Hoconuco Bajo, San German, PR 00636:

- Urgent Motion of the Financial Oversight and Management Board of Puerto Rico to Enforce Order Authorizing Discovery and Compelling Disclosure of Lists of Security Holders [Docket No. 6853]

- Urgent Motion of the Financial Oversight and Management Board of Puerto Rico to Enforce Order Authorizing Discovery and Compelling Disclosure of Lists of Security Holders [Docket No. 6854]

On July 1, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on the on the Notice Parties Service List attached hereto as **Exhibit A**.

- Omnibus Reply in Support of the Urgent Motion of the Financial Oversight and Management Board of Puerto Rico to Enforce Order Authorizing Discovery and Compelling Disclosure of Lists of Security Holders [Docket No. 6924]

- Joinder in Omnibus Reply in Support of the Urgent Motion of the Financial Oversight and Management Board of Puerto Rico to Enforce Order Authorizing Discovery and Compelling Disclosure of Lists of Security Holders [Docket No. 6948]

On July 1, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served on Lazard Cap Mkts LLC, (MMLID: 2146092), Attn:  Legal Dept., 4 Embarcadero Center, 24th Floor, San Francisco, CA 94111.

- Order Allowing Motions to Enforce [Docket No. 6967]

On July 1, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the on the Supplemental Thirty-Sixth Omnibus Notice Parties Service List attached hereto as **Exhibit B**.

- Thirty-Sixth Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Bond Claims [Docket No. 7244]

On July 1, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served on Sucesores Carvajal P.R. Investment, LLC, (MMLID: 1512981), Cond. Caribbean Towers Suite 17, 670 Ponce de Leon Ave., San Juan, PR 00907.

- Thirty-Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Bond Claims [Docket No. 7245]

On July 1, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Mercedes Vicente Benitez, (MMLID: 1558528), whose information has been redacted for the purpose of privacy:

- Thirty-Ninth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims [Docket No. 7248]

On July 1, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Progreso Cash & Carry, Inc., (MMLID: 2135467), 366 Villa, Ponce, PR 00731:

- Fortieth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Asserted Against the Incorrect Debtor [Docket No. 7249]

On July 1, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Nustream Communications Inc., (MMLID: 1457915), Nustream Equipment Co., 316 Avenida De La Constitution, San Juan, PR 00901:

- Forty-Sixth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Subsequently Amended Claims [Docket No. 7269]

On July 1, 2019, at my direction and under my supervision, employees of Prime Clerk caused the Twenty-First Omnibus Objection to be served by via first class mail on the Supplemental Forty-Eighth Omnibus Objection Email Service List attached hereto as **Exhibit C**.

- Forty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Subsequently Amended Claims [Docket No. 7275]

On July 1, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on William Louis Hawkins III & Claire E. Hawkins Jt. Ten., (MMLID: 1256721), 201 N 8th Street, Unit 214, Philladelphia, PA 19106-1010:

- Fifty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate Bond Claims [Docket No. 7286]

On July 1, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on AmeriCorps, (MMLID: 21717), Kim Mansaray, 250 E Street, SW, Washington, DC 20525:

- Urgent Motion of the Financial Oversight and Management Board of Puerto Rico and the Official Committee of Unsecured Creditors of All Title III Debtors (Except COFINA) for Limited Relief from Supplemental Case Management Order [Docket No. 7349]

On July 1, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by via first class mail on the Affected Parties Service List attached hereto as **Exhibit D**.

- Order Setting Briefing Schedule [Docket No. 7391]

Dated: July 8, 2019

Paul Pullo

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 8, 2019, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

**<u>Exhibit A</u>**

Exhibit A

Notice Parties Service List

Served via first class mail

| MMLID | Name | Address1 | Address2 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| 2146100 | Mitsubishi UFJ Trust & Banking Corporation, New York Branch | Attn:  Legal Dept. | 1221 Avenue of the Americas | New York | NY | 10020 |
| 2146155 | Union Bank & Trust Company | Attn:  Legal Dept. | 3643 South 48th Street | Lincoln | NE | 68506 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

**<u>Exhibit B</u>**

Exhibit B

Supplemental Thirty-Sixth Omnibus Notice Parties Service List

Served via first class mail

| MMLID | Name | Address1 | Address2 | Address3 | City | State | PostalCode |
|---|---|---|---|---|---|---|---|
| 1813947 | Inn Capital Partners Inc. | Cristobal Rafael Llavona Rivera | Presidente, Inn Capital Partners Inc. | Calle Geogetti 74 | Rio Piedras | PR | 00918 |
| 1586071 | Instituto Medicina Integral | Felix Melendez Ortiz | Ave. El Comandante Calle 266 PB-30 | | Carolina | PR | 00982 |

**<u>Exhibit C</u>**

Exhibit C

Supplemental Forthy-Eighth Omnibus Notice Parties Service List

Served via first class mail

| MMLID | Name | Address1 | Address2 | Address3 | City | State | PostalCode |
|---|---|---|---|---|---|---|---|
| 1495067 | Caribbean Cinema of Guaynabo, Corp | Robert J. Carrady Meer/ Presidente | 1512 Ave Fernandez Junco Pda. 22 1/2 | | Santurce | PR | 00909 |
| 1631664 | Puerto Rico Highway and Transportation Authority | c/o Development and Construction Law Group, LLC | 1771 PR-844 | Litheda Heights | San Juan | PR | 00926 |

**<u>Exhibit D</u>**

## Exhibit D

Affected Parties Service List

Served via first class mail

| MMLID | Name | Address1 | Address2 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| 21717 | AmeriCorps | Kim Mansaray | 250 E Street, SW | Washington | DC | 20525 |
| 225805 | I.D.E.A. INC. | PO BOX 21061 | | SAN JUAN | PR | 00928-1061 |
| 1256721 | ORACLE CARIBBEAN INC | Address on file | | | | |
| 530580 | SERVICE GROUP CONSULTANT, INC. | RR9 BOX 1622 | | SAN JUAN | PR | 00926 |
| 593284 | WILLIAM RIVERA TRANSPORT SERVICE, INC. | PO BOX 1243 | | CANOVANAS | PR | 00729-1243 |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)