Oficina del Secretario
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, P.R. 00918-1767

RECEIVED & FILED
2019 JUL -8 PM 4: 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

RE: Tribunal Distrito Estados Unidos
Deuda Estado Libre
Asociado de P.R.
CASO 17 BK 3283 LTS

Estimados Señores:

La presente es para hacer una objeción en el caso 17 BK 3283-LTS Doc.# 7267 ya que en la cuadragésima Quinta Objeción Colectiva Exhibit A Doc # 7267-2 Filed 06/06/19 se dice que yo no poseo Bonos del Sistema de Retiro de los Empleados del Gob. del E.L.A. de P.R. Adjunto Estado de la Firma U.B.S. donde Francisco Toro de Osuna y Viviana Velez Perez poseemos $50,000.00 en dichos bonos. Por la presente objetamos dicha objeción.

Atentamente

Francisco Toro Osuna
Viviana Velez Perez
U.S. - Ext. Quintas de Santa Maria 28
Mayagüez P.R. 00682
Tel 787-951-5790
ing.franciscotoro@gmail.com

PD: Abogado Comite Supervision
PD: Abogado de Comite de Acreedores
certifico envie copias carta
a estas personas F.T.O.