# UBS

Resource Management Account
March 2019

**Account name:** FRANCISCO TORO DE OSUNA
**Account number:** Redacted 24 QR

**Your Financial Advisor:**
PR INVESTMENT CENTER
787-805-0300/800-291-4938

## Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

### Cash

#### Cash and money balances

| Holding | Opening balance on Mar 1 ($) | Closing balance on Mar 29 ($) | Price per share on Mar 29 ($) | Average rate | Dividend/Interest period | Days in period |
|---|---|---|---|---|---|---|
| Cash | -94.40 | 0.00 | | | | |
| PR SHORT TERM INV FUND | 163.94 | 7.71 | 1.00 | 1.41% | Feb 22 to Mar 24 | 31 |
| **Total** | **$69.54** | **$7.71** | | | | |

### Fixed income

#### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is *displayed*, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Mar 29 ($) | Value on Mar 29 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PUERTO RICO ELEC PWR AU SER EEE RV   BE/R/ RATE 06.050% MATURES 07/01/32 CALLABLE 07/01/20 @ 100.00 ACCRUED INTEREST $147.88 CUSIP 74526QZS4 Moody: Ca   S&P: Not rated EAI: $605 Current yield: 8.64% | Dec 27, 10 | 10,000.000 | 100.000 | 10,000.00 | 70.000 | 7,000.00 | -3,000.00 | LT |
| EMPLOYEES RETIREMENT SYS RV   BE/R/   DEFAULTED RATE 06.150% MATURES 07/01/38 CALLABLE 04/01/19 @ 100.00 CUSIP 29216MAC4 Moody: C   S&P: Not rated Original cost basis: $50,005.25 | Jan 25, 08 | 50,000.000 | 100.008 | 50,004.30 | 51.250 | 25,625.00 | -24,379.30 | LT |

continued next page

