Francisco Jose
U.S. Ext. Quintas de Santa Maria 28
Mayaguez P.R.   00682

SAN JUAN PR 009

05 JUL 2019   PM 1 T

USA

U.S POSTAGE PAID
FCM LETTER
MAYAGUEZ, PR
00682
JUL 05, 19
AMOUNT

$0.00

R2304E105420-11

Oficina del Secretario
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan,   P.R.  00918-1767