Evan Kallan
19 Club Pointe Drive
White Plains, NY 10605-4461
914-328-5539 / evankallan@hotmail.com

July 1, 2019

Clerk's Office
United States District Court
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1761

Counsel for the Oversight Board
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Attn: Martin Bienenstock, Brian S. Rosen

Counsel for the Creditors' Committee
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc A. Despins, James Bliss, James Worthington, G. Alexander Bongartz

Re: US District Court, District of Puerto Rico, Case No. 17 BK 3283-LTS; Claimant 16615-Kallan

I am in receipt of the 59th Omnibus Objection asserted against my claim for the reason "Claimant asserts in part, liabilities associated with bond(s) issued by Puerto Rico Infrastructure Financing Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth."

After confirming with my broker [Fidelity Investments] that no claim was filed on my behalf, I contacted Prime Clerk directly in an effort to obtain details of said duplication, and was told that **no data could be provided to me regarding the specifics [CUSIP#, etc] of either: (1) said duplicate submission or (2) the portion of the claims which will go forward** and that my only recourse is to respond to the Court and attend the hearing in some fashion. This is an undue burden, apparently based on administrative error which could be easily resolved. Further, these "objections" add to administrative costs & might reduce the value of claims.

As I am unaware of any valid submissions other than my own dated 11 May 2018, I request that my valid claim for each of the three bonds, detailed in the attached original letter, be honored in total. Should you require additional documentation, please do not hesitate to contact me.

Respectfully submitted,

Evan Kallan