Evan Kallan  
19 Club Pointe Dr  
White Plains, NY 10605-4461  
914-328-5539 / evankallan@hotmail.com

May 11, 2018

Commonwealth of Puerto Rico  
Claims Processing Center  
c/o Prime Clerk LLC  
Grand Central Station  
PO Box 4708  
New York, NY 10163-4708

Re: Case No. 17 BK 3283-LTS

This documentation supports my claim to the Financial Oversight & Management Board for involving municipal bonds issued by the Commonwealth of Puerto Rico {Fed Tax ID 3481}

As detailed in the chart below, these bonds were purchased by David Lerner Associates in my name, Account # ****1424, between October 2009 and July 2010. Copies of redacted statements substantiating the 3 transactions totaling $20,250.83 are enclosed.
In late 2016, this account was transferred to Fidelity Investments for Evan J. Kallan Acct # ***-**8700. Redacted copy of March 2018 statement confirms these bonds remain in my account.

|  | [A] Puerto Rico Comwlth Pub Impt-Ser A Gen Oblig Semi-Annual | [B] Puerto Rico Comwlth RFDG-Pub I Semi Annual | [C] Puerto Rico Comwlth Infrastructure Fing Auth Spl Tax Rev Semi Annual | Principal & Unpaid Interest As of 1/2018 |
|---|---|---|---|---|
| Purchase Date | 10/19/09 | 12/8/09 | 7/21/10 | |
| Sett Date | 10/24/09 | 12/15/09 | 7/26/10 | |
| Quantity | 5000 | 5000 | 10000 | |
| Principal | 5107.08 | 5168.75 | 9975.00 | $20,250.83 |
| CUSIP | 7451455B4 | 74514LWA1 | 745220JQ7 | |
| Symbol | PR55B4 | PRCWA1 | PRCJQ7 | |
| Coupon | 5.0000 | 6.0000 | 5.0000 | |
| Maturity | 7/1/27 | 7/1/39 | 7/1/48 | |
| Callable@ 100. | 7/1/19 | 7/1/19 | 7/1/16 | |
| Est Ann Income | $250 | $300 | $500 | |

Unpaid interest, estimated at $2349.86 as of January 2018 - is summarized on page 2.

Should additional information be required, please contact me at the above details.

Yours sincerely,  
Evan Kallan

Commonwealth of Puerto Rico / Case 17 BK 3283 LKS / Evan Kallan / page 2

|  | [A]<br>Puerto Rico Comwlth<br>Pub Impt-Ser A<br>Gen Oblig<br>Semi-Annual | [B]<br>Puerto Rico<br>Comwlth<br>RFDG-Pub I<br>Semi Annual | [C]<br>Puerto Rico Comwlth<br>Infrastructure Fing<br>Auth Spl Tax Rev<br>Semi Annual | Principal &<br>Unpaid<br>Interest<br>As of 1/2018 |
|---|---|---|---|---|
| Quantity | 5000 | 5000 | 10000 |  |
| Principal | 5107.08 | 5168.75 | 9975.00 | $20,250.83 |
| CUSIP | 7451455B4 | 74514LWA1 | 745220JQ7 |  |
| Symbol | PR55B4 | PRCWA1 | PRCJQ7 |  |
| Est Ann Income | $250 | $300 | $500 |  |
|  |  |  |  |  |
| Date Paid | *INTEREST PAID* | | | *INTEREST UNPAID* |
| Jan. 2015 | $125 | $150 | $250 | 0 |
| July 2015 | $125 | $150 | $250 | 0 |
| Jan. 2016 | $125 | $150 | $0.14 | $249.86 |
| July 2016 | 0 | 0 | 0 | $525.00 |
| Jan. 2017 | 0 | 0 | 0 | $525.00 |
| July 2017 | 0 | 0 | 0 | $525.00 |
| Jan. 2018 | 0 | 0 | 0 | $525.00 |
|  |  |  |  | $2,349.86 |
|  |  |  |  | <u>$22,600.69</u> |