

Evan Kallan
19 Club Pointe Dr.
White Plains, NY 10605



RECEIVED & FILED
2019 JUL -8 PM 4:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

Clerk's Office
United States District Court
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1761