**PRIORITY MAIL**

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*

APPLY PRIORITY MAIL POSTAGE HERE





U.S. POSTAGE PAID
PM 3-Day
PURCHASE, NY
10577
JUL 02, 19
AMOUNT
$7.35
R2304M116511-10

1006    00918





EXPECTED DELIVERY DAY: 07/05/19

USPS TRACKING NUMBER

9505 5150 2411 9183 2110 41

* For International shipments, the maximum weight is 4 lbs.

EP14H July 2013 Outer Dimension: 10 x 5










