# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |



## PROOFS OF CLAIMS PRESENTED BY HECTOR SANTOS DIAZ IN ORDER TO COMPLY WITH THE APPLICABLE RULES FOR FILING A CLAIM AGAINST THE COMMONWEALTH

I, Hector Santos Diaz, presents and summits to the best of my knowledge, material evidence of 8 exhibits, that probes more than reasonable, for not being excluded as a legal claimer.

On August 26, 2012 I bought Puerto Rico Commonwealth Bonds

a. trade number P41RVF

b. quantity 100,000

c. price $105,025.00

d. principal $105,025.00

e. int rate 4.704%

f. maturity 05/01/2016

g. Cusip; 745177-EX-9

Other information may be found in attached exhibit documents.

By; Hector Santos Diaz