Prime Clerk
830 Third Ave
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

ZIP 11232 $ 000.35
02 4W
0000349804 MAR 26 2018

## PRIME CLERK RECEIVED YOUR PROOF OF CLAIM.

Date Filed: 2/27/2018
Proof of Claim No.: 1337

For additional information, please visit http://cases.primeclerk.com/puertorico, or call us at 844.822.9231.

HECTOR SANTOS DIAZ
URB EL ROCIO
37 CALLE LIMONCILLO
CAYEY, PR 00736-4880

ORIENTAL FINANCIAL SERVICES CORP
PROFESSIONAL OFFICE PARK V
997 SAN ROBERTO STREET
ORIENTAL TOWER 9TH FLOOR
SAN JUAN PR 00926
TEL:(787)474-1993

go paperless
Ask about e-delivery

IF YOU WOULD LIKE TO RECEIVE YOUR TRADE CONFIRMATIONS
ONLINE, PLEASE CONTACT YOUR INVESTMENT PROFESSIONAL
OR FINANCIAL ORGANIZATION.

# CONFIRMATION

MAIL TO:

00026521 01 SP  0.450 01  TR 00096 XPVL1MD2 000000
HECTOR LUIS SANTOS-DIAZ
URB EL ROCIO #37
CALLE LIMONCILLO
CAYEY PR 00736



For the account of:

HECTOR LUIS SANTOS-DIAZ
URB EL ROCIO #37

Account Number:  Redacted 6610
Account Type:                    1
Your Investment Advisor: Francisco J. Fernandez
Your Investment Advisor Number:   175

For additional information, please see the reverse side.

**You Bought:**

PUERTO RICO COMWLTH GOVT DEV BK TAXABLE-SR NTS-SER B
INT RATE 4.704% MATURITY 05/01/2016 DATED 05/26/2011
BOOK ENTRY ONLY 1ST CPN DTE 11/01/11 CPN PMT SEMI ANNUAL
ON MAY 01 AND NOV 01 MOODY RATING BAA1 S & P RATING BBB
SUBJECT TO MAKE WHOLE CALL TAX EXEMPT - PUERTO
RICO RESIDENTS ONLY REVENUE BOND

Trade Date:      09-26-12
Process Date:    09-26-12
Settlement Date: 10-01-12
Cusip:           745177-EX-9

We confirm the below trade, subject to the terms and conditions set forth on this confirmation.

| TRADE NUMBER | QUANTITY | PRICE | PRINCIPAL | INTEREST | COMMISSION COMM EQUIV | SERVICE CHARGE | TRANS FEE | NET AMOUNT USD | CAPACITY |
|---|---|---|---|---|---|---|---|---|---|
| P41RVF | 100,000 | 105.025 | 105,025.00 | 1,960.00 | | 6.31 | | 106,991.31 | 5 |

Tx Ex For Pr Rsdnts  Unsolicited Order
Yield   3.208% To Maturity

Additional Call features exist that may affect yield; Complete information will be provided upon request

A copy of the official statement for this investment is available, or will be available by settlement date, at www.emma.msrb.org. Place the nine-digit CUSIP number listed above in the search field and press enter. If you do not have access to the Internet or would prefer a physical copy of the official statement, please contact your investment professional.
**Additional Information that May Be Available on EMMA:**
Advance refunding documents * Continuing disclosures, including annual financial statements and notices of material events * Real-time and historical trade data * Interest rates and auction results for municipal auction rate securities * Interest rates for variable rate demand obligations * Daily market statistics and educational material about municipal bonds

THIS CONFIRMATION IS AN ADVICE NOT AN INVOICE. REMITTANCE OR SECURITIES ARE DUE ON OR BEFORE SETTLEMENT DATE.

Recibido hoy 26/sept/12
Francisco Fernandez Oriental Financial Services



ORIENTAL FINANCIAL SERVICES CORP
PROFESSIONAL OFFICE PARK V
997 SAN ROBERTO STREET
ORIENTAL TOWER 9TH FLOOR
SAN JUAN PR 00926
TEL:(787)474-1993



Oriental
Wealth Management

Statement Period: 09/26/2012 - 09/30/2012

## Transactions by Type of Activity (continued)

| Process/ Settlement Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount | CCY |
|---|---|---|---|---|---|---|---|
| **Taxes Withheld** | | | | | | | |
| 09/28/12 | FOREIGN TAX WITHHELD AT THE SOURCE | PUERTO RICO CASH & FOREIGN TAX WITHHELD | | | | -0.05 | USD |
| **Total Taxes Withheld** | | | | | $0.00 | -$0.05 | |
| **Total Value of all Transactions** | | | | | $0.00 | $150,116.33 | |

The price and quantity displayed may have been rounded.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund dividend income, Bank Deposit interest income, or dividends for other securities shown on your Statement may have been reinvested. You will not receive confirmation of these reinvestments. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

## Trades Not Settled

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 10/01/12 | 09/26/12 | Buy | PUERTO RICO COMWLTH GOVT DEV BK TAXABLE-SR NTS-SER B 4.704% 05/01/16 B/E DTD 05/26/11 TX EX FOR PR RSDNTS UNSOLICITED ORDER YLD 3.208 TO MAT | 100,000.000 | 105.0250 | 1,960.00 | -106,991.31 |
| **Total Amount of Trades Not Settled** | | | | | | | -$106,991.31 |



ENTAL FINANCIAL SERVICES CORP
FESSIONAL OFFICE PARK V
SAN ROBERTO STREET
ENTAL TOWER 9TH FLOOR
JUAN PR 00926

Account Number: Redacted 0010

Recipient's Identification
Number: ***-**-6670

**2012**
**YOUR TAX INFORMATION STATEMENT**
As of 02/22/2013

**Recipient's Name and Address:**
003925 X58FND01

HECTOR LUIS SANTOS-DIAZ
URB EL ROCIO #37
CALLE LIMONCILLO
CAYEY PR 00736

**Your Financial Consultant:**
Francisco J. Fernandez
(787) 474-1993
ID: 175

**Payer Information:**
PERSHING, LLC

Federal Identification
Number: Redacted 1729

## Summary Of Transactions We Do Not Report To The IRS (See instructions for additional information)

| | Amount |
|---|---:|
| Securities Purchased | |
| Net Cost of Securities Purchased | 105,031.31 |
| Accrued Interest Purchased | |
| U.S. Corporations | 1,960.00 |
| Total Accrued Interest Purchased | 1,960.00 |

## TRANSACTIONS WE DO NOT REPORT TO THE IRS

### SECURITIES PURCHASED

| Description | CUSIP | Trade/Process Date | Quantity | Net Cost | Accrued Interest Purchased Amount | Security Type |
|---|---|---|---:|---:|---:|---|
| ERTO RICO COMWLTH GOVT DEV BK XABLE-SR NTS-SER B 4.704% 05/01/16 B/E D 05/26/11 | 745177EX9 | 09/26/2012 | 100,000 | 105,031.31 | 1,960.00 | U.S. Corporation |
| tal | | | | 105,031.31 | 1,960.00 | |

ecurities Purchased. Securities purchased through your account during 2012 may be displayed in this section. You need this information to calculate a gain or loss upon disposition of the securities. The net cost displayed includes commissions and fees. If the security rchased is a debt instrument, the net cost does not include accrued interest purchased. Accrued interest purchased is reported separately in this section of your Tax Information Statement. The cost of securities purchased during 2012 should be reported on your tax return in e year in which the securities are sold or redeemed on IRS Form 1040, Schedule D.

x Information Statement Instructions

.# (NEB 3925)

TEFRA-ROLL

Page 1 of 2

▶ go paperless
Ask about e-delivery



**Pershing®**
A BNY MELLON COMPANY℠
One Pershing Plaza, Jersey City, NJ 07399
Pershing LLC, member FINRA, NYSE, SIPC

ORIENTAL FINANCIAL SERVICES
ORIENTAL CENTER
MUNOZ RIVERA AVE. #254
HATO REY, PR 00918

HECTOR LUIS SANTOS-DIAZ       1812 0664
URB EL ROCIO #37
CALLE LIMONCILLO
CAYEY PR  00736-0000

Page: 1 of 1
Account Number: Redacted 5610-1
Amount Paid: $881.19
Issuing Bank Acct: Redacted 1014

## PAYMENT SUMMARY

CHECK NUMBER: 0005417438
CHECK DATE: 05/03/2019

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/04/2018 | 50437       GDB DEBT RECOVERY   AUTH OF COMWLTH   PUERTO RICO TAXABLE 7.500% 08/20/40 B/EDTD 11/29/18   RD 12/03 PD 12/04/18 TX EX FOR PR RSDNTS CUSIP   36829QAA3 | $42.03 $.00 $.00 |
| 12/04/2018 | 50437       GDB DEBT RECOVERY   AUTH OF COMWLTH   PUERTO RICO TAXABLE 7.500% 08/20/40 B/ERD 12/03 PD 12/04/18  TO CORRECT PAYMENT R/D IS 11/30/18 NOT CUSIP   36829QAA3 | $42.03- $.00 $.00 |
| 12/20/2018 | 62005       GDB DEBT RECOVERY   AUTH OF COMWLTH   PUERTO RICO TAXABLE 7.500% 08/20/40 B/EDTD 11/29/18   RD 11/30 PD 12/03/18 TX EX FOR PR RSDNTS CUSIP   36829QAA3 | $51.67 $.00 $.00 |
| 02/21/2019 | GDB DEBT RECOVERY   AUTH OF COMWLTH   PUERTO RICO TAXABLE  7.500% 08/20/40 B/E RD 02/19 PD 02/20/19 INT PAID AT 16.4583350401 CUSIP   36829QAA3 | $829.52 $.00 $.00 |
| | NET AMOUNT | $881.19 |

(Detach Here)

**Pershing**
AN AFFILIATE OF THE BANK OF NEW YORK MELLON

One Pershing Plaza, Jersey City, NJ 07399
Pershing LLC, member FINRA, NYSE, SIPC

ORIENTAL FINANCIAL SERVICES CORP
997 SAN ROBERTO STREET
ORIENTAL TOWER 9TH FLOOR
SAN JUAN PR 00926

HECTOR LUIS SANTOS-DIAZ
URB EL ROCIO #37
CALLE LIMONCILLO
CAYEY PR 00736-0000

3508 0145

Page: 1 of 1
Account Number: Redacted 5610-1
Amount Paid: $2,352.00
Issuing Bank Acct: Redacted 1014

## PAYMENT SUMMARY

CHECK NUMBER: 0005222810
CHECK DATE: 05/03/2013

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/13/2012 | PUERTO RICO CASH & MNY MKT WITHHOLDING INCOME REDEEMED REFERENCE NO 00011, CREATED BY AMPS/DVDAMMF PRCW 74514R104 | CUSIP 74514R104 | $.01 $.00 |
| 05/01/2013 | 100000 PUERTO RICO COMWLTH GOVT DEV BK 4.704% 05/01/16 B/EDTD 05/26/11 RD 04/15 PD 05/01/13 TX EX FOR PR RSDNTS CUSIP 745177EX9 | TAXABLE-SR NTS-SER B | $2,352.00 $.00 |
| 05/03/2013 | PREVIOUSLY UTILIZED FUNDS NET AMOUNT | | $.00 $.01- $2,352.00 |

(Detach Here)

**Pershing**®
A BNY MELLON COMPANY℠
One Pershing Plaza, Jersey City, NJ 07399
Pershing LLC, member FINRA, NYSE, SIPC

ORIENTAL FINANCIAL SERVICES CORP
997 SAN ROBERTO STREET
ORIENTAL TOWER 9TH FLOOR
SAN JUAN PR 00926

HECTOR LUIS SANTOS-DIAZ   1926 0396
URB EL ROCIO #37
CALLE LIMONCILLO
CAYEY PR  00736-0000

Page: 1 of 1
Account Number: Redacted 6610-1
Amount Paid: $2,352.00
Issuing Bank Acct: Redacted 1014

## PAYMENT SUMMARY

CHECK NUMBER: 0005348385
CHECK DATE: 05/03/2016

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/03/2016 | 100000   PUERTO RICO COMMLTH GOVT DEV BK   TAXABLE-SR NTS-SER B | $2,352.00 |
|  | 4.704% 05/01/16 B/EDTD 05/26/11 F   RD 04/15 PD 05/01/16 | $.00 |
|  | TX EX FOR PR RSDNTS CUSIP  745177EX9 | $.00 |
|  | NET AMOUNT | $2,352.00 |

(Detach Here)