**PRIORITY MAIL**
**FLAT RATE**
**POSTAGE REQUIRED**

**PRESS FIRMLY TO SEAL**



UNITED STATES POSTAL SERVICE

Retail

US POSTAGE PAID
$7.35
Origin: 00739
07/03/19
4226100739-15

P

PRIORITY MAIL 1-Day®

0 Lb 2.80 Oz
1005

EXPECTED DELIVERY DAY: 07/05/19

C018

SHIP TO:
150 AVE CARLOS CHARDON
SAN JUAN PR 00918-1703

USPS TRACKING NUMBER




9505 5138 3561 9184 3611 88



EP14F Oct 2018
PS00001000014   OD: 12 1/2 x 9 1/2



To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

**PRIORITY MAIL**



UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

**FROM:**

Hector Santos Diaz
Urb El Roco
37 Limoncillo
Cayey PR 00736

**TO:**

Clerks Office
United States District Court
150 Chardon Ave
Federal Building
San Juan PR 00918



Label 228, March 2016

**FOR DOMESTIC AND INTERNATIONAL USE**