Exhibit 1

Case:17-03283-LTS Doc#:7864-1 Filed:07/09/19 Entered:07/09/19 10:10:16 Desc:
Exhibit 1 Information for Proof of Claim as of June 30, 2017 Page 1 of 1

**Del Valle Group**
**Information for Proof of Claim as of June 30, 2017**

| Job Number | Job Name | Contract Number | Contract Date | Original Contract Amount | Final Contract Amount | Description | Federal Funds (Yes/No) | Total Work Performed | Number of Employees Working | Work performed not certified | Damages | Claims Ext Overhead | Current Balance | Retainage Balance | Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 156a | Salinas Southeaster By-Pass | AC-018005 | 1/8/03 | $ 4,003,403.50 | $ 4,584,091.81 | Highway Construction | No | $ 4,584,091.81 | | | | | $ 11,423.74 | $ - | $ 11,423.74 |
| 151 | Imp.to Intersection PR-18 & PR-22 | AC-001857 | 8/5/02 | $ 12,961,546.45 | $ 14,823,597.14 | Bridge Overpass | No | $ 13,856,234.56 | | | | $ 360,000.00 | | | $ 360,000.00 |
| 154 | Improvement to Highway P.R.-186 | AC-186018 | 11/1/02 | $ 241,670.00 | $ 246,170.00 | Road Improvements | No | $ 216,034.98 | | | | | $ 8,500.00 | | $ 8,500.00 |
| 145 | Improvement to Vega Alta Toll Plaza | AC-220105 | 10/25/01 | $ 1,372,790.00 | $ 2,665,679.84 | Toll Plaza Improvements | No | $ 2,314,374.36 | | | $ 1,268.85 | | | | | $ 1,268.85 |
| 100 | Rehabilitation of Pavement Ponce By Pass P.R 1 & P.R 2 | AC-200107 | 6/17/97 | $ 665,935.00 | $ 703,585.39 | Road Improvements | No | $ 668,284.86 | | | | | $ 8,691.68 | | $ 8,691.68 |
| 159 | Improvement to Hostos Ave. | AC-000098 | 4/11/03 | $ 6,362,413.00 | $ 8,350,900.00 | Road Improvements | No | $ 8,252,099.37 | | | | $ 298,888.00 | $ 3,763.20 | | $ 302,651.20 |
| 176 | Const.Santiago de los Caballeros | AC-140016 | 11/23/04 | $ 11,202,000.00 | $ 12,940,024.24 | Bridge | Yes | $ 12,736,930.84 | | | | | $ 202,782.00 | | $ 202,782.00 |
| 178 | Embankmet Protection Rio Grande Manati | AC-668503 | 12/1/05 | $ 2,216,869.00 | $ 3,400,799.46 | River Protection | no | $ 3,399,585.26 | | | $ 125,000.00 | | $ 154,326.00 | | $ 279,326.00 |
| 190 | Hway.PR-874 Wid.Hoyo Mulas | AC-087417 | 1/9/07 | $ 12,811,938.00 | $ 17,072,142.48 | Highway Widening | No | $ 15,974,037.51 | | | $ 34,986.00 | $ 500,000.00 | $ 101,995.00 | $ 201,041.50 | $ 838,022.50 |
| 191 | Connector PR-9030 | AC-093305 | 1/23/07 | $ 8,631,939.00 | $ 9,125,714.95 | New roadway Connector | No | $ 8,691,160.09 | | | | $ 150,000.00 | $ - | $ 102,806.91 | $ 252,806.91 |
| 193 | Rehab.PR-30 | AC-300106 | 3/1/07 | $ 23,603,000.00 | $ 27,192,995.24 | Repaving PR 30 | Yes | $ 27,808,898.62 | | | $ 69,371.07 | $ 738,103.00 | $ - | $ 325,705.92 | $ 1,133,179.99 |
| 195 | Rem. Puente Canal San Antonio | AC-800139 | 5/8/07 | $ 1,331,000.00 | $ 1,456,057.77 | Bridge Removal | No | $ 1,456,057.77 | | | | | $ - | $ 7,157.74 | $ 7,157.74 |
| 24 | CarrilAd.PR-172 | AC-017229 | 8/9/91 | $ 646,999.20 | $ 1,386,050.67 | Road Widening | No | $ 1,386,050.67 | | | | | $ 40,070.49 | | $ 40,070.49 |
| 30 | PR-183,Caguas | AC-018326 | 10/11/91 | $ 2,012,925.39 | $ 2,926,599.86 | Road Widening | No | $ 2,926,599.86 | | | | | $ 10,243.94 | $ - | $ 10,243.94 |
| 65 | Córdova-Dávila Development | AC-220051 | 6/28/94 | $ 226,543.60 | $ 386,885.19 | Road Improvements | No | $ 337,423.00 | | | | | $ 1,666.02 | | $ 1,666.02 |
| 74 | MarSinBarreas | AC-500025 | 2/15/95 | $ 1,719,620.00 | $ 2,403,057.37 | Marine Shore Handicap Facilities | Yes | $ 2,403,057.37 | | | | | $ 16,334.48 | $ - | $ 16,334.48 |
| 162 | Con.V.Rojas | AC-200183 | 6/30/03 | $ 1,303,000.00 | $ 1,816,082.33 | Road Widening | No | $ 1,816,082.33 | | | | | $ 10,693.74 | | $ 10,693.74 |
| 203 | Construction PR-122 | AC-012205 | 2/20/08 | $ 14,872,956.00 | $ 18,800,749.90 | New Connector PR 122 | No | $ 16,787,118.00 | | | $ 185,294.07 | $ 1,408,005.00 | $ - | $ 195,317.80 | $ 1,788,616.87 |
| 205 | Piedras Blancas Landslide | AC-111109 | 4/18/08 | $ 3,803,000.00 | $ 3,710,428.41 | Slope Stabilization | No | $ 3,694,412.85 | | | $ 1,197,195.23 | | $ 1,386.25 | $ 40,098.84 | $ 1,238,680.32 |
| 208 | Baldoriety Boulevard | AC-100209 | 9/9/08 | $ 29,613,000.00 | $ 27,734,003.86 | New roadway | No | $ 26,885,695.28 | | | $ 1,770,000.00 | | $ 12,929.17 | $ 302,421.78 | $ 2,085,350.95 |
| 212 | Wid.PR-122 & Rep.Bridge | AC-012203 | 3/16/10 | $ 9,362,999.80 | $ 9,637,285.07 | New bridge San German | Yes | $ 8,780,576.25 | | | | | $ - | $ 107,753.90 | $ 107,753.90 |
| 215 | Conv.ExpresswayPR-2 | AC-200260 | 7/23/10 | $ 1,974,000.00 | $ 2,020,634.30 | Access Bridge | Yes | $ 1,971,467.83 | | | | $ 212,743.00 | $ - | $ 22,706.25 | $ 235,449.25 |
| 218 | Bus Rapid Transit Unit-3 | AC-222187 | 2/1/11 | $ 8,864,000.00 | $ 14,229,684.54 | Express lane construction | No | $ 13,397,204.23 | | | | | $ 205,080.85 | $ 144,179.37 | $ 349,260.22 |
| 225 | Bus Rapit Transit Unit-1 | AC-220187 | 9/7/11 | $ 12,612,000.00 | $ 14,027,875.69 | Express lane construction | No | $ 13,638,123.02 | | | | | $ 2,274.00 | | $ 2,274.00 |
| 232 | Puente sobre Rio Niguas | AC-100229 | 4/30/12 | $ 8,848,000.00 | $ 10,041,655.70 | New bridge Salinas | No | $ 9,203,384.89 | | | | $ 430,000.00 | $ 189,078.04 | $ 109,181.99 | $ 728,260.03 |
| 237 | Inter.PR-17 & PR-181 | AC-001747 | 3/13/12 | $ 21,871,877.29 | $ 24,844,106.98 | New Interchange PR17 & PR 181 | No | $ 23,763,027.77 | | | | | $ - | $ 542,739.63 | $ 542,739.63 |
| 239 | Rec.H-way PR-160,PR-2,PR-646 | AC-800421 | 3/7/12 | $ 3,466,130.00 | $ 7,059,245.30 | Pavement Rehabilitation | No | $ 4,184,597.52 | | | | | $ - | $ 51,106.35 | $ 51,106.35 |
| 240 | Rec.Hway PR1,PR924,PR916 | AC-800430 | 3/7/12 | $ 3,002,700.00 | $ 5,302,582.89 | Pavement Rehabilitation | No | $ 3,341,526.30 | | | | | $ 89,926.08 | | $ 89,926.08 |
| 242 | Rep.Bridge Tanama River PR-636 | AC-063602 | 5/2/12 | $ 808,000.00 | $ 981,798.00 | Bridge Replacement | No | $ 885,927.75 | | | | | $ - | $ 9,297.22 | $ 9,297.22 |
| 243 | Rec.Hway PR-110, 420, 4419 | AC-800440 | 3/7/12 | $ 3,244,582.00 | $ 4,387,001.42 | Pavement Rehabilitation | No | $ 4,290,458.44 | | | | | $ 8,752.90 | | $ 8,752.90 |
| 247 | PR-7721,Con.PR-722, @J.Cintron | AC-772101 | 5/2/12 | $ 5,440,000.00 | $ 4,990,975.71 | Road Construction | No | $ 4,619,035.98 | | | $ 2,731.02 | $ 162,274.04 | $ - | $ 100,438.08 | $ 265,443.14 |
| 247 | PR-7721,Con.PR-722, @J.Cintron | AC-772101 | | $ - | $ 4,990,975.71 | Claim and Interests | No | $ 4,619,035.98 | | | | | $ 169,274.04 | | $ 169,274.04 |
| 260 | Rep.Carr.PR17&PR-181 | AC-100237 | 11/20/13 | $ 10,494,000.00 | $ 10,984,140.28 | Pavement Rehabilitation | Yes | $ 9,818,697.85 | | | | $ 200,000.00 | $ 57,756.19 | $ 117,213.07 | $ 374,969.26 |
| 264 | Rep.PR-1de Rec.Sur@PR-199 | AC-100241 | 11/12/13 | $ 6,272,310.00 | $ 7,809,192.91 | Pavement Rehabilitation | Yes | $ 7,694,366.47 | | | | $ 290,000.00 | $ - | $ 94,199.40 | $ 384,199.40 |
| 271 | Drill Shaft Ret.Wall PR-25 | AC-002533 | 9/29/14 | $ 1,860,000.00 | $ 2,139,817.56 | Slope Stabilization | No | $ 1,999,934.90 | | | | $ 410,475.26 | $ - | $ 49,187.62 | $ 459,662.88 |
| 272 | Rec.PR-175 Km.5.2a5.3&9.3a9.5 | AC-017519 | 3/23/16 | $ 987,000.00 | $ 1,991,404.60 | Slope Stabilization | Yes | $ 695,796.94 | 16 | | | | $ 197,385.13 | $ 31,917.81 | $ 229,302.94 |
| 279 | Mej.Seg.Exp.Baldoriety D'Castro | AC-026123 | 12/1/14 | $ 9,646,000.00 | $ 12,536,127.00 | Safety Improvements | Yes | $ 10,584,057.87 | 4 | $ 19,700.00 | | | $ 236,686.86 | $ 518,375.90 | $ 774,762.76 |
| 280 | Inst.Disp.Seq.PR-20 & PR-52 | AC-010200 | 3/6/15 | $ 4,984,000.00 | $ 5,663,168.85 | Safety Improvements | Yes | $ 4,348,437.26 | | | | | $ 754,303.12 | $ 212,880.21 | $ 967,183.33 |
| 282 | Pte Rio Guayanilla, PR-3336 | AC-333605 | 3/24/15 | $ 3,898,000.00 | $ 4,538,472.07 | New Bridge Construction | Yes | $ 3,924,672.65 | | $ 358,055.87 | $ 289,000.00 | | $ 162,400.11 | $ 194,496.47 | $ 1,003,952.45 |
| 283 | Preserv.Puentes #1278 & #1279 | AC-800482 | 5/19/15 | $ 1,680,000.00 | $ 1,765,971.52 | Bridge Preservation | Yes | $ 1,555,537.27 | | | | $ 180,000.00 | $ 30,020.14 | $ 13,569.07 | $ 223,589.21 |
| 284 | Rehab.PR-159 Km.7.50 a 18.00 | AC-015927 | 3/23/16 | $ 2,383,000.00 | $ 2,709,150.00 | Pavement Rehabilitation | Yes | $ 2,085,021.13 | 1 | | | $ 252,000.00 | $ 762,949.35 | $ 104,820.82 | $ 1,119,770.17 |
| 285 | Rehab.PR-3 km.123.90 @143.60 | AC-301139 | 3/10/16 | $ 3,222,000.00 | $ 3,656,268.00 | Pavement Rehabilitation | Yes | $ 3,126,744.73 | | | | $ 100,000.00 | $ 745,023.32 | $ 34,923.26 | $ 879,946.58 |
| 286 | Mej.Seguridad PR-129 | AC-129100 | 3/23/16 | $ 2,992,000.00 | $ 3,788,518.26 | Safety Improvements | Yes | $ 3,516,983.39 | 8 | $ 27,534.46 | | $ 228,000.00 | $ 734,508.47 | $ 176,346.22 | $ 1,166,389.15 |
| 287 | Mej.Seg.PR-10 Km.56.00 @85.50 | AC-100085 | 5/24/16 | $ 5,858,000.00 | $ 2,128,245.00 | Pavement Rehabilitation | Yes | $ 4,417,498.56 | 8 | $ 200,230.00 | | $ 135,000.00 | $ 369,292.20 | $ 216,743.12 | $ 921,265.32 |
| 290 | Preserv.Pte#909,PR-172 - PR-52 | AC-520123 | 9/19/16 | $ 1,794,000.00 | $ 2,128,245.00 | Bridge Preservation | Yes | $ 868,246.75 | 5 | $ 96,000.00 | | | $ 207,195.79 | $ 39,676.35 | $ 342,872.14 |
| 292 | Rehab.Ptes#1286,1287/ PR-52 | AC-520127 | 12/20/16 | $ 6,191,000.00 | $ 6,428,200.00 | Bridge Preservation | Yes | $ 1,022,899.42 | 39 | $ 93,400.00 | | | $ 282,429.49 | $ 50,860.45 | $ 426,689.94 |
| 293 | Centro Manejo Transito PR-52 | AC-520122 | 5/19/17 | $ 5,375,000.00 | $ 5,375,000.00 | Safety Improvements | Yes | $ - | 10 | | | | $ - | $ - | $ - |
| 299 | Reemplazo Superestructura Puente Juana Diaz | AC-520128 | 8/9/17 | $ 2,295,000.00 | $ 2,295,000.00 | Bridge Repairs/Replacement | Yes | $ - | 10 | | | | $ - | $ - | $ - |
| | | | | $ 289,028,147.23 | $ 340,176,358.27 | | | $ 304,547,490.54 | 101.00 | $ 903,277.27 | $ 4,216,489.30 | $ 5,762,596.30 | $ 5,432,033.79 | $ 4,117,163.05 | $ 20,431,559.71 |

**Proof of Claim Total:** $ 20,431,559.71