UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

STIPULATED ORDER EXTENDING THE
ADMINISTRATIVE BAR DATE FOR BONISTAS DEL PATIO, INC.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

This matter having come before the Court by *Notice of Presentment of Stipulated Order Extending the Administrative Bar Date for Bonistas del Patio, Inc.*, filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative of the Debtors, and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), as fiscal agent and financial advisor of the Debtor, for the entry of this stipulated order (the "Order") extending the deadline for filing proofs of, or requests for, payment of Administrative Expense Claims, which is currently June 30, 2019 (the "Administrative Bar Date") for Bonistas del Patio, Inc. ("Bonistas") and good cause having been shown;[2]

**NOW THEREFORE, IT IS HEREBY STIPULATED AND ORDERED:**

1. The Administrative Bar Date shall be extended to August 15, 2019 for Bonistas.

2. No further extensions of the Administrative Bar Date shall be granted.

3. Bonistas reserves all rights to take the position that any claim asserted or assertable by them (a) is not subject to the Administrative Bar Date and (b) is not subject to any requirement to file a proof of, or request for, payment thereof.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

5. This Order resolves Docket Entry No. 7748 in Case No. 17-3283 and Docket Entry No. 655 in Case No. 17-3284.

Dated: July 9, 2019  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] Capitalized terms used but not defined in this Order have the meanings ascribed to such terms in the *Third Amended Title III Plan of Adjustment for Puerto Rico Sales Tax Financing Corporation* [Case No. 17-3284, Docket No. 436] (the "Plan").