IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>Plaintiff,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor[1] | CIVIL NO.: 17-BK-03283 (LTS)<br><br>PROMESA<br><br>TITLE III |

RESPONSE AND RESERVATION OF RIGHTS IN OPPOSITION TO THE TWENTYTHIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO RESOLUTIONS OF ADDITIONAL AMENDMENT OF THE PROCEDURE OF CASE PROCESSING
[ECF NO. 3804]

**TO THE HONORABLE COURT:**

**COMES NOW** creditor **Julio Medina Figueroa, OWN RIGHT**, and respectfully responds in opposition to the Twenty Third Omnibus Objection (Non Substantive) of the Commonwealth of Puerto Rico to Resolution of Additional Amendment of the procedure of case processing [ECF No. 3804] "the Objection"), and states and prays as follows:

1. The Commonwealth of Puerto Rico (" Debtor") has objected to some of creditor **Julio Medina Figueroa**' timely filed proofs of claim as amendment.

2. **Julio Medina Figueroa** has filed three proofs of claim pertaining to damages claimed on behalf of his children in the pending State Court case Rosa Lydia Vélez vs. ELA, KPE 1980-1738: Claim No. 27901 by itself and in representation of his granddaughter **REDACTED** **REDACTED** Claim No. 33542 on behalf of her granddaughter **REDACTED** and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Claim No. 37037on behalf of his wife Mirta Méndez Hernández, grandmother and guardian of the minor **REDACTED**

3. However, the claim filed by and for his granddaughter was subsequently amended by Claim No. 78355 only for the purpose of correcting her name to read: N.S.M.M.

4. That the claim that should or should have been dismissed is the Claim No. 33542, which was amended by Claim No. 78355 for the purpose of correcting the minor's name.

5. In Debtor's Objection No. 345, page 70, Prime Clerk Claim No. 37037, **Julio |Medina Figueroa,** moves the Court to deny Debtor's objection.

6. **Julio Medina Figueroa** expressly reserves any rights in connection therewith and requests that, the non-substantive disallowance requested by Debtor should not prejudice **Julio Medina Figueroa**'s rights and claims, which were and are expressly reserved.

RESPECTFULLY SUBMITTED.

In Mayaguez, Puerto Rico, on this 8th day of July 2019.

I HEREBY CERTIFY that on this same date that I have personally submitted and notified a true and accurate copy of the preceding document before the Clerk's Office, United States District Court #150 Chardon Avenue, Federal Building, San Juan, Puerto Rico 00918, and served a copy of the same via fax to Counsel for the Oversight Board and to the Creditors' Committee.

**Julio Medina Figueroa**
**Creditor**
488 CALLE JUAN RODRIGUEZ
BO. EL MANI
MAYAGUEZ, PUERTO RICO 00680
787-951-6379