## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br>Debtors. | PROMESA Title III<br>No. 17 BK 3283-LTS |
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br>Debtor. | PROMESA Title III<br>No. 17 BK 4780-LTS<br><br>(This court filing relates only to Case No. 17 BK 4780-LTS) |

### INFORMATIVE MOTION OF COMITE DIALOGO AMBIENTAL *ET. ALS*. REGARDING JULY 11, 2019 HEARING

**TO THE HONORABLE UNITED STATES DISTRICT LAURA TAYLOR SWAIN:**

**COME NOW,** Comité Diálogo Ambiental, Inc., El Puente de Williamsburg, Inc., Enlace Latino de Acción Climática, Comité Yabucoeño Pro-Calidad de Vida, Inc., Alianza Comunitaria Ambientalista del Sureste, Inc., Sierra Club Puerto Rico, Inc., Mayagüezanos por la Salud y el Ambiente, Inc., Coalición de Organizaciones Anti Incineración, Inc., and Amigos del Río Guaynabo, Inc. (the "Environmental Intervenors"), and hereby enter their appearance through their undersigned counsel, and respectfully states and prays as follows:

1. William Santiago Sastre will appear in person on behalf of the Environmental Non Profit Intervenors at the Hearing in Courtroom 17c of the U.S. District Court for the Southern District of New York. Counsel intends to address the **MOTION FOR PERMISSIVE INTERVENTION AND TENDERED REPLY** (Case No. 17- BK-4780-LTS, Dkts. No. 1390, 1424 and 1424-1].

2. The Environmental Non Profit Intervenors reserves all rights to be heard on any matter raised by any party at the Hearing related to the Title III cases or the interests of the Environmental Intervenors.

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of the above for all relevant purposes.

**I HEREBY CERTIFY** that, on this same date, I filed this document electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record and CM/ECF participants in this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 9th day of July, 2019.

S/WILLIAM SANTIAGO-SASTRE
USDC PR NO. 201106
P.O. BOX 1801
SABANA SECA, P.R. 00952-1801
(786) 622-3939
wssbankruptcy@gmail.com
