**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors. | PROMESA<br>Title III<br><br>CASE NO. 17 BK 3283-LTS |

**NOTICE OF APPEARANCE**

    **COMES NOW** creditor **ESTATE OF DELIA HERNANDEZ**, through the undersigned Law Office, and hereby states and requests as follows:

1. Pursuant to Rule 9010(b) of the Rules of Bankruptcy Procedure, the appearing creditor informs this Honorable Court and all parties herein, that the abovementioned creditor has retained the legal services of Hernandez-Oharriz & Santiago Law Firm, PSC, whose address is: Hernandez-Oharriz & Santiago Law Firm, PSC, 100 PR-165, Suite 612, Guaynabo, Puerto Rico, 00968; Tel: 787- 378-5630/ Fax: 787-775-1672.

    **WHEREFORE,** it is respectfully requested that this Honorable Court take notice of the foregoing and that the Estate of Delia Hernandez be notified of all proceedings in the present case and be included in the Master Address in the above captioned case.

    **I CERTIFY:** That on this same date, a true an exact copy of this notice has been sent to debtor's attorney and parties in interest by CN/ECF electronic filing.

    **RESPECTFULLY SUBMITTED**

In Guaynabo, Puerto Rico this 9th day of July, 2019.

                                           **HERNANDEZ-OHARRIZ & SANTIAGO, P.S.C.**
                                           Centro Internacional de Mercadeo 1
                                           100 PR-165, Suite 612
                                           Guaynabo, PR 00908

Tel: (787) 378-5630
Fax: (787) 775-1672

By:     s/ Edgardo Hernández
**Edgardo José Hernández Ohárriz**
U.S.D.C. No. 229304
ehernandez@lawservicespr.com