UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------------------x
In re:                                                                 :
                                                                       :
THE FINANCIAL OVERSIGHT AND                                            :
MANAGEMENT BOARD FOR PUERTO RICO,                                      :  PROMESA
                                                                       :  Title III
          as representative of                                         :
                                                                       :  Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO et al.,                                :
                                                                       :  (Jointly Administered)
          Debtors.¹                                                    :
-----------------------------------------------------------------------x
```

**LIMITED JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN AMBAC ASSURANCE CORPORATION'S MOTION REGARDING PENSION LIABILITIES SEEKING DISCOVERY PURSUANT TO RULE 2004 [DKT. NO. 7507]**

To the Honorable United States Magistrate Judge Judith Gail Dein:

The Official Committee of Unsecured Creditors of all Title III Debtors (the "Committee") hereby files this limited joinder (the "Limited Joinder") in *Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Pension Liabilities* [Docket No. 7507] (the "Rule 2004 Pension Liabilities Motion"). In connection with the relief sought by the Rule 2004 Pension Liabilities Motion, the Committee respectfully states as follows:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

1. The Committee takes no position with respect to whether the Court should grant the relief sought in Rule 2004 Pension Liabilities Motion, nor with respect to the merits of the arguments raised therein.

2. The Committee submits this Limited Joinder for the sole purpose of requesting that, to the extent the Court grants the Rule 2004 Pension Liabilities Motion, the Court require that any material produced in connection with the Rule 2004 Pension Liabilities Motion also be provided to the Committee and that the Committee be permitted to attend any depositions conducted in connection therewith.

[*Remainder of page intentionally left blank*]

WHEREFORE, the Committee respectfully requests that this Court grant the relief requested herein.

| | |
|---|---|
| Dated: July 9, 2019 | By: _Luc. A. Despins_<br><br>PAUL HASTINGS LLP<br>Luc. A. Despins, Esq. *(Pro Hac Vice)*<br>James R. Bliss, Esq. *(Pro Hac Vice)*<br>Nicholas A. Bassett, Esq. *(Pro Hac Vice)*<br>G. Alexander Bongartz, Esq. *(Pro Hac Vice)*<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 318-6000<br>lucdespins@paulhastings.com<br>jamesbliss@paulhastings.com<br>nicholasbassett@paulhastings.com<br>alexbongartz@paulhastings.com<br><br>*Counsel to the Official Committee of Unsecured Creditors*<br><br>By: _Juan J. Casillas Ayala_<br><br>CASILLAS, SANTIAGO & TORRES LLC<br>Juan J. Casillas Ayala, Esq. (USDC - PR 218312)<br>Israel Fernández Rodríguez, Esq. (USDC - PR 225004)<br>Juan C. Nieves González, Esq. (USDC - PR 231707)<br>Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075<br>Telephone: (787) 523-3434<br>Fax: (787) 523-3433<br>jcasillas@cstlawpr.com<br>ifernandez@cstlawpr.com<br>jnieves@cstlawpr.com<br>crernandez@cstlawpr.com<br><br>*Local Counsel to the Official Committee of Unsecured Creditors* |

4