# **Exhibit B**

Ambac Document Requests

# DOCUMENT REQUESTS

**REQUEST NO. 1**

Documents sufficient to show each transfer of the Rum Taxes from the U.S. Treasury to the Commonwealth and each subsequent transfer thereof from July 1, 2015 to the present including (a) the date of the transfer, (b) the transferor, (c) the transferee, (d) the amount of the transfer, (e) the account number and (f) all account holders or beneficiaries.

**REQUEST NO. 2**

Documents sufficient to show the total amount of Rum Taxes presently held by the Commonwealth or its instrumentalities, the account(s) where such funds are retained, including bank name and account numbers, and information sufficient to identify each account holder or beneficiary.

**REQUEST NO. 3**

Documents or communications related to restrictions on the use of Rum Taxes, including any amount that have been clawed back by the Commonwealth.

**REQUEST NO. 4**

Any and all direction letters to any bank or the Secretary of the Treasury regarding the flow of funds and/or use of the Rum Taxes.

**REQUEST NO. 5**

All documents, communications, or Agreements between the Commonwealth and PRIFA relating to the Rum Tax, including drafts thereof.

**REQUEST NO. 6**

All reports provided by PRIFA to the Legislature and Governor of Puerto Rico pursuant to the Enabling Act.

**REQUEST NO. 7**

All documents and communications between PRIFA and the Office of Budget and Management of the Commonwealth relating to appropriations.

**REQUEST NO. 8**

All Agreements between the Commonwealth or any Commonwealth instrumentality, including PRIFA and PRIDCO on the one hand, and the Rum Companies on the other, related to incentive payments or other benefits or tax breaks or concessions provided by the Commonwealth, including drafts thereof.

**REQUEST NO. 9**

All communications regarding the Agreements responsive to Request No. 8, including the negotiation thereof.

**REQUEST NO. 10**

Documents sufficient to show, from January 1, 2008 to the present, all payments made by the Commonwealth or any Commonwealth instrumentality, including PRIDCO, to the Rum Companies, including, but not limited to, emergency payments made related to Hurricane Maria.

**REQUEST NO. 11**

All documents and communications, from January 1, 2008 to the present, concerning any lobbying efforts by the Rum Companies in relation to the Rum Tax.

**REQUEST NO. 12**

All documents and communications, from January 1, 2008 to the present, concerning any Commonwealth proposals to the Rum Companies that includes payment of a portion of the Rum Tax.

**REQUEST NO. 13**

All communications between the Commonwealth and the Rum Companies regarding the flow of funds of the Rum Tax, and any restrictions on the use thereof.

**REQUEST NO. 14**

Documents sufficient to show the Rum Companies' historical rum production in Puerto Rico.

**REQUEST NO. 15**

Documents sufficient to show the portion of Puerto Rico-produced rum that is shipped to the United States.

**REQUEST NO. 16**

All studies, analyses and/or projections concerning the Rum Tax.

**REQUEST NO. 17**

Any analyses concerning the Commonwealth's and the Oversight Board's decision to continue paying the Rum Companies and any assessment regarding the benefit of such payments and the value received therefrom.

**REQUEST NO. 18**

All studies and/or analyses concerning the United States Virgin Island's rum production and its impact on Puerto Rico's rum production in connection with the production floors and ceilings put in place by Caribbean Basin Economic Recovery Act of 1983, Pub. L. No. 98-67.

**REQUEST NO. 19**

Documents sufficient to show, from January 1, 2008 to the present, the number of Puerto Rico residents employed by the Rum Companies.

**REQUEST NO. 20**

Documents sufficient to show, from January 1, 2008 to the present, any investment the Rum Companies have made in the Commonwealth.

**REQUEST NO. 21**

Documents sufficient to show, from January 1, 2008 to the present, any government receipts resulting from the operation of the Rum Companies in the Commonwealth.

**REQUEST NO. 22**

Documents sufficient to show, from January 1, 2008 to the present, any payments the Rum Companies have made to the Commonwealth or any Commonwealth instrumentality, including PRIDCO.

**REQUEST NO. 23**

Documents sufficient to show anticipated future payments by the Commonwealth or any Commonwealth instrumentality, including PRIDCO, included in the May 9, 2019 Fiscal Plan to the Rum Companies.

**REQUEST NO. 24**

Documents sufficient to show, from January 1, 2008 to the present, all tax breaks or concessions provided by the Commonwealth or any Commonwealth instrumentality to the Rum Companies.

**REQUEST NO. 25**

Documents sufficient to show the total amount of money held by the Puerto Rico Infrastructure Fund and ownership information, including (a) where the fund is held, (b) all account numbers, (c) all account holders, (d) all account signatories (e) and any entity or individual with authority over the account.

**REQUEST NO. 26**

All documents, communications, studies, and/or analyses concerning the decision not to file for Title III protection for PRIFA.