# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtors.[1] | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | Case No. 17-BK-4780-LTS<br><br>**This filing relates only to PREPA, and shall be filed in the lead Case No. 17-BK-3283-LTS, and PREPA's Title III case (Case No. 17-BK-4780-LTS)** |

## INFORMATIVE MOTION OF SYNCORA GUARANTEE REGARDING THE JULY 11, 2019 HEARING

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Judge Laura T. Swain:

Syncora Guarantee Inc. ("Syncora"), by its undersigned attorneys, hereby submits this informative motion in compliance with the *Order Regarding Procedures for Attendance, Participation and Observation of July 11, 2019 Hearing* (ECF No. 1430)[2], and respectfully states as follows:

1.      Elie J. Worenklein of Debevoise & Plimpton LLP will appear on behalf of Syncora at the July 11, 2019 hearing in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

2.      Mr. Worenklein reserves the right to appear in connection with the pre-trial conference for the *Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(a)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement and Tolling Certain Limitations Periods* (ECF No. 1235).

3.      Mr. Worenklein reserves the right to be heard on any matter raised by any party at the hearing that concerns Syncora related to the Title III cases, or any adversary proceeding pending in the Title III Cases, or the interests of Syncora.

**RESPECTFULLY SUBMITTED,** in San Juan, Puerto Rico, on this 9th day of July 2019.

| | |
|---|---|
| **GOLDMAN ANTONETTI & CORDOVA, LLC** | **DEBEVOISE & PLIMPTON LLP** |
| | By: */s/* Elie J. Worenklein |
| By: */s/ Solymar Castillo-Morales* | My Chi To* |
| Carlos A. Rodríguez-Vidal | Elie J. Worenklein* |
| USDC-PR No. 201213 | 919 Third Avenue |
| Solymar Castillo-Morales | New York, New York 10022 |
| USDC-PR NO. 218310 | Tel.: (212) 909-6000 |

---

[2] "ECF No." refers to documents filed in Case No. 17-BK-4780-LTS, unless otherwise noted.

P.O. Box 70364
San Juan, PR 00936-8364
Tel.: (787) 759-4117
Fax: (787) 767-9177
Email: crodriguez-vidal@gaclaw.com
          scastillo@gaclaw.com
*Counsel for Syncora Guarantee Inc.*

Fax: (212) 909-6836
Email: mcto@debevoise.com
          eworenklein@debevoise.com

*admitted pro hac vice

*Counsel for Syncora Guarantee Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2019, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF

participants in this case.

By: */s/ Solymar Castillo-Morales*