**Exhibit C**

| | |
|---|---|
| **From:** | Roth, Joseph L. |
| **Sent:** | Monday, June 24, 2019 10:46 AM |
| **To:** | Dimon, Anna |
| **Cc:** | Pavel, Ashley |
| **Subject:** | RE: Rule 2004 Productions |

Hi Anna,

Yes, I'll send these over to you shortly.  Thanks.

# O'Melveny

**Joseph L. Roth**
Associate
joeroth@omm.com
O: +1-949-823-7102

O'Melveny & Myers LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA  92660
Website | LinkedIn | Twitter

**#1 Best Law Firm to Work For** - *Vault Law Firm Rankings*

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Dimon, Anna <ADimon@milbank.com>
**Sent:** Monday, June 24, 2019 10:31 AM
**To:** Roth, Joseph L. <joeroth@omm.com>
**Subject:** Rule 2004 Productions

Hi Joe,

Can you please reproduce the January 18, 2019 Rule 2004 production, as well as CW_RJM2004_0018248 to CW_RJM2004_0018487?  Thank you for your help.

Best,
Anna

Anna Dimon | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5345
adimon@milbank.com | milbank.com

============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that

1

any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.