# Exhibit C

## Excerpts of Transcript of Aug. 9, 2017 Omnibus Hearing

```
 1                  UNITED STATES BANKRUPTCY COURT

 2                      DISTRICT OF PUERTO RICO

 3
     In Re:                          )    Docket No. 3:17-BK-3283(LTS)
 4                                   )
                                     )    Title III
 5   The Financial Oversight and     )
     Management Board for            )
 6   Puerto Rico,                    )    (Jointly Administered)
                                     )
 7   as representative of            )
                                     )
 8   The Commonwealth of             )
     Puerto Rico, et al.,            )    August 9, 2017
 9                                   )
              Debtors.               )
10
     _____
11
     In Re:                          )
12                                   )
     The Financial Oversight and     )    Docket No. 3:17-BK-3566(LTS)
13   Management Board for            )
     Puerto Rico,                    )    (Joint Administration
14                                   )     Requested)
     as representative of            )
15                                   )
     Employees Retirement            )
16   System of the Government        )
     of the Commonwealth of          )
17   Puerto Rico,                    )
                                     )
18            Debtor.                )
     _____
19
     In Re:                          )
20                                   )
     The Financial Oversight and     )    Docket No. 3:17-BK-3567(LTS)
21   Management Board for            )
     Puerto Rico,                    )    (Joint Administration
22                                   )     Requested)
     as representative of            )
23                                   )
     Puerto Rico Highways and        )
24   Transportation Authority,       )
                                     )
25            Debtor.                )
     _____
```

```
1   In Re:                         )
                                   )
2                                  )
    The Financial Oversight and    )   Docket No. 3:17-BK-4780(LTS)
3   Management Board for           )
    Puerto Rico,                   )     (Joint Administration
4                                  )       Requested)
    as representative of           )
5                                  )
    Puerto Rico Electric           )
6   Power Authority,               )
                                   )
7                 Debtor.          )
   ─────────────────────────────────

8

9                        OMNIBUS HEARING

10    BEFORE THE HONORABLE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN

11              UNITED STATES DISTRICT COURT JUDGE.

12 ─────────────────────────────────

13

14  PRESENT IN THE OMNIBUS HEARING:

15  The Honorable U.S. Chief Bankruptcy Judge Barbara Houser

16  The Honorable U.S. Magistrate Judge Judith Dein

17
    APPEARANCES:
18
    For the U.S. Trustee
19  Region 21:                Ms. Monsita Lecaroz Arribas,
                                 AUST
20
    For The Commonwealth
21  of Puerto Rico, et al.:   Mr. Martin Bienenstock, PHV
                              Mr. Chris Theodoridis, PHV
22
    For Peaje
23  Investment, LLC:          Mr. Allan S. Brilliant, PHV

24  For Stericycle of
    Puerto Rico:              Mr. Adrian Linares Palacios, Esq.
25
```

```
 1  APPEARANCES, Continued:

 2  For Ad Hoc Group of
    General Obligation
 3  Bondholders:              Mr. Andrew N. Rosenberg, PHV

 4  For Ambac Assurance
    Corporation:              Mr. Dennis F. Dunne, PHV
 5
    For Assured Guaranty
 6  Corp.:                    Ms. Ellen M. Halstead, PHV

 7  For Puerto Rico Fiscal
    Agency and Financial
 8  Advisory Authority:       Ms. Suzzanne Uhland, PHV
                              Mr. Peter Friedman, PHV
 9                            Mr. Nathan Haynes, PHV
                              Ms. Nancy Mitchell, PHV
10
    For Official Committee
11  of Unsecured Creditors:   Mr. Luc Despins, PHV

12  For Financial Guaranty
    Insurance Company:        Mr. Martin Sosland, PHV
13
    For Ad Hoc Group of
14  PREPA Bondholders:        Mr. Gregory Horowitz, PHV

15  For U.S. Bank:            Mr. Clark Whitmore, PHV

16  For National Public
    Finance Guaranty Corp:    Mr. Salvatore Romanello, PHV
17
    For Autonomous
18  Municipality of Ponce:    Mr. Paul Glassman, PHV

19  For South Parcel:         Mr. Victor Rivera Rios, Esq.

20  For Scotia Bank of
    Puerto Rico:              Mr. Emil Kleinhaus, PHV
21
    For University of
22  Puerto Rico Retirement
    System Trust:             Mr. Jose Ramirez Coll, Esq.
23
    For the Ad Hoc Puerto
24  Rico Municipalities
    Committee:                Mr. Michael Rochelle, PHV
25
```

```
 1   APPEARANCES, Continued:

 2   For Puerto Rico Fund:    Ms. Cheryl Sloane, PHV

 3   For Solus Alternative
     Asset Management:        Mr. Nicholas Baker, PHV
 4
     For Mutual Fund Group:   Mr. Philip Bentley, PHV
 5
     For Ad Hoc Retiree
 6   Committee:               Mr. Robert Gordon, PHV

 7   For Canyon Balanced
     Master Fund Ltd.,
 8   et al.:                  Mr. Susheel Kirpalani, PHV

 9   For National Guaranty:   Mr. Jonathan Polkes, PHV

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24   Proceedings recorded by stenography.  Transcript produced by
     CAT.
25
```

5

```
 1                          I N D E X

 2   WITNESSES:                                          PAGE

 3         None offered.

 4

 5   EXHIBITS:

 6         None offered.

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1        MR. DESPINS:  No, thank you.  I'll wait until
2    Mr. Bienenstock --
3        THE COURT:  Thank you.
4        Mr. Bienenstock.
5        MR. BIENENSTOCK:  Thank you.  I might spare
6    Mr. Despins the minute he asked for.  I realize I hadn't
7    responded to Mr. Polkes on behalf of National.  So he made two
8    points, that somehow PROMESA Section 314(b)(6) and Bankruptcy
9    Code Section 1129(a)(6) have some bearing here, and I just
10   want to just explain briefly why they don't.
11       1129(A)(6) simply requires, as a confirmation
12   requirement, that any rate increases in the plan be obtained,
13   the non-bankruptcy law approvals necessary, and they will.
14   It's certainly not in front of the Court today.
15       And 314(b)(6) is the Title III best interest test
16   which says the Court should continue what creditors would
17   receive, if they force their claims under non-bankruptcy law.
18   So two points about that.
19       Point number one is nowhere in PROMESA does it import
20   state law priorities.  It just uses some, but not all of the
21   Bankruptcy Code priorities.  But most important and applicable
22   to Mr. Polkes' comment is what they -- what 314(b)(6) is
23   asking this Court to do is to say, well, if the creditors were
24   all free to enforce their claims under non-bankruptcy law
25   today, what would they end up with?

1          So just imagine, all those bondholders, plus the
2   unsecureds, charge into the courthouse, I want mine.  What
3   will they get and what will happen to PREPA?  We'll be able to
4   pass that test, Your, Honor.  And it's certainly not
5   applicable today.
6          And there's still a minute for Mr. Despins.
7          THE COURT:  Thank you.
8          MR. DESPINS:  Your Honor, we rest on our papers
9   filed.
10         THE COURT:  Thank you.
11         MR. HOROWITZ:  Five minutes?
12         THE COURT:  Yes.
13         MR. HOROWITZ:  Thank you, Your Honor.  Again, Gregory
14  Horowitz on behalf of the movants.
15         Your Honor, I think it's really quite remarkable.  I
16  got up at the podium and I think I directly -- I tried to be
17  pretty direct --
18         THE COURT:  Could you speak a bit louder?  Thank
19  you.
20         MR. HOROWITZ:  Sure.  I directly challenged
21  Mr. Bienenstock to address what the Oversight Board failed to
22  address in their papers, the fact that Puerto Rico, by
23  statute, requires rates to be set at a level appropriate --
24  well, identical to the rate covenant, at a level appropriate
25  to pay all expenses and service all debt.  Not one word about