## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY<br><br>Debtor | PROMESA Title III<br><br>Case No. 17-BK-4780 (LTS)<br><br>This filing relates only to PREPA, and shall be filed in the lead Case No. 17-BK-3283-LTS, and PREPA's Title III case (Case No. 17-BK-4780-LTS) |

## INFORMATIVE JOINT MOTION REGARDING ATTENDANCE AT THE PARTICIPATION AND OBSERVATION OF JULY 11, 2019 HEARING

**To the Honorable United States District Judge Laura Taylor Swain:**

COME NOW, Unión de Trabajadores de la Industria Eléctrica y Riego de Puerto Rico, Inc. ("UTIER") and Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica ("SREAEE"), through the undersigned counsels, and before this Honorable Court, very respectfully, state as follows:

1. The undersigned, appearing in this proceeding on behalf of UTIER and SRAEE, hereby respectfully submit this Informative Motion in response to the Court's order entered on July 3, 2019 (Dkt. No. 7826).

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. Rolando Emmanuelli-Jiménez and Jessica Méndez-Colberg of Bufete Emmanuelli, C.S.P.,

    will appear in person and be heard at the July 11, 2019 in the United States District Court for

    the Southern District of New York on behalf of UTIER and SREAEE.

3. Mr. Emmanuelli and Ms. Méndez reserve the right to be heard on any matter raised by any

    party at the hearing as concerns UTIER and SREAEE related to the Title III cases, or any

    adversary proceeding pending in the Title III Cases, or the interests of UTIER and SREAEE.

WHEREFORE, the undersigned very respectfully pray for this Court to take notice of the above

stated.

RESPECTFULLY SUBMITTED.

In Ponce, Puerto Rico, this 9th day of July 2019.



PO Box 10779                          Emails:
Ponce, PR 00732                       rolando@bufete-emmanuelli.com
Tel. (787)-848-0666                   jessica@bufete-emmanuelli.com
Fax. (787)-841-1435                   notificaciones@bufete-emmanuelli.com


/s/Rolando Emmanuelli Jiménez
Rolando Emmanuelli Jiménez
USDC: 214105

/s/Jessica Méndez Colberg
Jessica Méndez-Colberg
USDC: 302108

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties in record in the captioned cases.

In Ponce, Puerto Rico, 9th day of July 2019.

By: /s/ *Rolando Emmanuelli Jiménez*
Rolando Emmanuelli Jiménez