IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>      as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>      Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>      as representative of<br><br>The Puerto Rico Electric Power Authority,<br><br>      Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS |

**INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE
HEARD AT THE JULY 11, 2019 HEARING**

The Ad Hoc Group of PREPA Bondholders (collectively, the "**Ad Hoc Group**") submit this informative motion in response to the Court's *Order Regarding Procedures for Attendance, Participation and Observation of July 11, 2019 Hearing* (the "**Order**") setting forth guidelines for parties wishing to be heard at the July 11, 2019 hearing (the "**Hearing**").

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("**COFINA**") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("**HTA**") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("**ERS**") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("**PREPA**") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- 2 -

1. The Order requests that counsel who intend to speak at the Hearing file an informative motion stating the names of all attending counsel and identifying the party for which they intend to appear, the agenda items in connection with which they intend to speak, and the location (New York or San Juan) at which they intend to appear.

2. Thomas Moers Mayer, Michael J. Dell, Natan M. Hamerman, and Alice J. Byowitz of Kramer Levin Naftalis & Frankel LLP will appear in person on behalf of the Ad Hoc Group at the Hearing in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. Mr. Mayer, Mr. Dell, and Mr. Hamerman intend speak to address the pre-trial conference in connection with the *Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(a)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement and Tolling Certain Limitations Periods* [Case No. 17-4780, Dkt. No. 1235].

3. The Ad Hoc Group reserve their right to be heard on any other matter raised by any party at the Hearing related to the Title III cases or the interests of the Ad Hoc Group.

*[Remainder of Page Intentionally Left Blank]*

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today July 9, 2019.

| | |
|---|---|
| **TORO COLÓN MULLET P.S.C.**<br>P.O. Box 195383<br>San Juan, PR 00919-5383<br>Tel.: (787) 751-8999<br>Fax: (787) 763-7760<br><br>*/s/ Manuel Fernández-Bared*<br>MANUEL FERNÁNDEZ-BARED<br>USDC-PR No. 204,204<br>E-mail: mfb@tcm.law<br><br>*/s/ Linette Figueroa-Torres*<br>LINETTE FIGUEROA-TORRES<br>USDC-PR No. 227,104<br>E-mail: lft@tcm.law<br><br>*/s/ Nayda Perez-Roman*<br>NAYDA PEREZ-ROMAN<br>USDC–PR No. 300,208<br>E-mail: nperez@tcm.law<br><br>*Counsel for the Ad Hoc Group of PREPA Bondholders* | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Tel.: (212) 715-9100<br>Fax: (212) 715-8000<br><br>*/s/ Alice J. Byowitz*<br>AMY CATON\*<br>THOMAS MOERS MAYER\*<br>MICHAEL J. DELL\*\*<br>NATAN M. HAMERMAN\*<br>ALICE J. BYOWITZ\*<br>Email: acaton@kramerlevin.com<br>        tmayer@kramerlevin.com<br>        mdell@kramerlevin.com<br>        nhamerman@kramerlevin.com<br>        abyowitz@kramerlevin.com<br>*\*Admitted Pro Hac Vice*<br>*\*\*Pro Hac Vice Application Pending*<br><br>*Counsel for the Ad Hoc Group of PREPA Bondholders* |