**Hearing Date:** July 11, 2019 at 10:00 a.m. (AST)
**Informative Motion Deadline:** July 9, 2019 at 5:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| In re<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>PUERTO RICO ELECTRICAL POWER AUTHORITY (PREPA),<br><br>   Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-04780-LTS<br><br>**Court Filing Relates Only to PREPA** |

## INFORMATIVE MOTION OF SOLA LTD, SOLUS OPPORTUNITIES FUND 5 LP, ULTRA MASTER LTD, AND ULTRA NB LLC
## REGARDING JULY 11, 2019 HEARING AT 10:00 A.M. (AST)

To the Honorable United States District Judge Laura Taylor Swain:

---

[1] The Debtors in these title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Ultra NB LLC (collectively "Solus"), as lenders to the Puerto Rico Electric Power Authority ("PREPA"), by and through their attorneys, hereby submit this informative motion in response to this Court's *Order Regarding Procedures for Attendance, Participation and Observation of July 11, 2019, Hearing* [Case No. 17-BK-4780-LTS, Dkt. No. 1430] (the "Scheduling Order") setting forth guidelines for parties wishing to be heard at the July 11, 2019 hearing (the "Hearing").

1. Bryce L. Friedman of Simpson Thacher & Bartlett LLP will appear in person on behalf of Solus at the Hearing in Courtroom 17C of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007. Counsel intends to address the pre-trial conference in connection with the *Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922 and 928, and Bankruptcy Rules 3012(a)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement and Tolling Certain Limitations Periods* [Case No. 17-BK-4780-LTS, Dkt. No. 1235].

2. Solus reserves all rights to be heard on any matter raised by any party at the Hearing related to the Title III cases or the interests of Solus.

-3-

Dated: July 9, 2019

/s/ *Jose L. Ramirez-Coll*
Jose L. Ramirez-Coll
USDC-PR No. 221702
ANTONETTI, MONTALVO
& RAMIREZ-COLL
P.O. Box 13128
San Juan, Puerto Rico 00908
Telephone: (787) 977-0303
Facsimile: (787) 977-0323
Email: jramirez@amrclaw.com

Respectfully Submitted,

/s/ *Bryce L. Friedman*
Bryce L. Friedman
Nicholas Baker
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel.: 212-455-2000
Fax: 212-455-2502
Email: bfriedman@stblaw.com
        nbaker@stblaw.com

*Attorneys for SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Ultra NB LLC*