# EXHIBIT 15

Gobierno de Puerto Rico
DEPARTAMENTO DE HACIENDA
Área de Contabilidad Central de Gobierno

Carta Circular
Núm. 1300-46-17

Año Fiscal 2016 - 17
27 de junio de 2017

A los Secretarios de Gobierno,
Rama Legislativa, Rama Judicial,
Jefes de Agencias, Directores
Ejecutivos, Presidentes de
Corporaciones Públicas y Alcaldes
del Gobierno de Puerto Rico

Asunto:    Implementación del Sistema de
Retiro PayGo

Estimados señores:

El 30 de octubre de 2016, la Junta de Supervisión Fiscal para Puerto Rico designó al
Gobierno de Puerto Rico, al Sistema de Retiro de los Empleados del Gobierno, al
Sistema de Retiro de la Judicatura, al Sistema de Retiro para Maestros, (conjuntamente
denominados los "Sistemas de Retiro" o los "Sistemas"), a la Universidad de Puerto Rico
y a otras 21 corporaciones públicas de Puerto Rico como "entidades cubiertas", sujetas
a supervisión fiscal a tenor con la legislación federal *Puerto Rico Oversight, Management,
and Economic Stability Act*, mejor conocida como PROMESA.

Los activos líquidos de los Sistemas de Retiro se agotarán durante los primeros meses
del próximo año fiscal. Debido a la falta de liquidez proyectada de los Sistemas, el
Gobierno protegerá los pagos a los pensionados. A partir del 1 de julio de 2017, el
Gobierno adoptará el sistema "PayGo". Bajo este nuevo sistema, el Gobierno se hará
responsable de pagar la deficiencia de los Sistemas para proveer los beneficios de los
pensionados.

Por su parte, el Departamento de Hacienda facturará a las Corporaciones Públicas,
Municipios, Rama Ejecutiva, Rama Legislativa y Rama Judicial un cargo mensual para
cubrir los beneficios a sus pensionados. Los Sistemas determinarán y administrarán la
cantidad del pago por pensionado que le corresponderá sufragar a cada Corporación
Pública y Municipio. Esta cantidad es lo que se conocerá como el "Cargo de PayGo".
Esto es con el propósito de que no se afecte el pago a nuestros pensionados. Es
imprescindible que el Departamento de Hacienda cuente con los recursos de efectivo
necesarios para realizar dichos pagos.



EXHIBIT
NUMBER

ERS-CW_LS0000305

CC 1300-46-17
27 de junio de 2017
Página 2

Será responsabilidad de estas entidades **enviar el "Cargo de PayGo", en su totalidad, al Departamento de Hacienda a las siguientes cuentas del Banco Popular de Puerto Rico:**

| SISTEMA | CUENTA BANCARIA | RUTA Y TRÁNSITO |
|---|---|---|
| Sistema de Retiro | 030-076943 | 021502011 |
| Sistema de Retiro de Maestros | 030-077001 | 021502011 |
| Sistema de Retiro Judicatura | 030-076994 | 021502011 |

A medida que durante los primeros meses del año fiscal 2017-18 los fondos líquidos de los Sistemas se vayan agotando, se espera que el "Cargo PayGo" de cada entidad vaya en aumento. Asimismo, a partir del 1 de julio de 2017, se eliminarán las aportaciones patronales, las aportaciones por concepto de leyes especiales y la Aportación Adicional Uniforme (Ley 32-2013), siendo sustituidas dichas partidas por el "Cargo de Pay Go".

Actualmente, se trabaja en una Reforma de los Sistemas de Retiro, en la cual los participantes activos depositarán sus aportaciones individuales en un Plan Nuevo de Aportación Definida manejado por una entidad privada. Para preservar dichas aportaciones de forma segregada, desde el 1 de julio de 2017, en adelante, **el total de las aportaciones individuales debe ser enviado a las siguientes cuentas del Banco Popular de Puerto Rico:**

| SISTEMA | CUENTA BANCARIA | RUTA Y TRÁNSITO |
|---|---|---|
| Sistema de Retiro | 030-076935 | 021502011 |
| Sistema de Retiro de Maestros | 030-076986 | 021502011 |
| Sistema de Retiro Judicatura | 030-076978 | 021502011 |

El "Cargo de PayGo" será facturado mensualmente y su pago se deberá remitir en o antes del decimoquinto (15to.) día del mes siguiente a la fecha de la factura. También se debe remitir la retención por concepto de aportación individual a la cuenta segregada correspondiente al Plan Nuevo de Aportación Definida.

Además, se establece que si una Corporación Pública, Municipio o cualquier entidad con participantes del Sistema de Retiro dejare de entregar a su Sistema correspondiente dentro de los próximos treinta (30) días de la retención, los fondos del "Cargo de PayGo" o las aportaciones individuales que le haya retenido a sus empleados participantes de su Sistema correspondiente, el Departamento de Hacienda retendrá de cualquier remesa disponible las cantidades no pagadas por la entidad gubernamental que incumpla con lo establecido en esta Carta Circular. En el caso de los Municipios se procederá a requerir al Centro de Recaudaciones e Ingresos Municipales que remese al Departamento de Hacienda las cantidades adeudadas.

CONFIDENTIAL

ERS-CW_LS0000306

CC 1300-46-17
27 de junio de 2017
Página 3

**Los descuentos correspondientes a préstamos hipotecarios, culturales y personales con los sistemas de retiro se enviarán a las siguientes cuentas del Banco Popular de Puerto Rico:**

| SISTEMA | CUENTA BANCARIA | RUTA Y TRÁNSITO |
|---|---|---|
| Sistema de Retiro | 030-077044 | 021502011 |
| Sistema de Retiro de Maestros | 030-077036 | 021502011 |
| Sistema de Retiro Judicatura | 030-077052 | 021502011 |

**Los descuentos correspondientes al seguro por incapacidad se depositarán en la cuenta bancaria del Banco Popular de Puerto Rico número 030-077060 (ruta y tránsito 021502011).**

Este nuevo sistema persigue salvaguardar el bienestar de nuestros pensionados y servidores públicos, mientras damos fiel cumplimiento al Plan Fiscal certificado por la Junta de Supervisión Fiscal.

El texto de esta Carta Circular está disponible en nuestra página de Internet en la dirección: **www.hacienda.pr.gov/sobre-hacienda/publicaciones/ contabilidad-central/cartas-circulares-de-contabilidad-central.**

Será responsabilidad de las agencias hacer llegar esta Carta Circular al personal que tenga a su cargo el pago de las aportaciones aquí establecidas.

Cordialmente,

Lcdo. Raúl Maldonado Gautier, CPA
Secretario de Hacienda

Lcdo. Luis M. Collazo
Administrador
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la
Judicatura

CONFIDENTIAL

ERS-CW_LS0000308