# EXHIBIT 17

| From: | Brian P. Biggio <bbiggio@conwaymackenzie.com> |
|---|---|
| To: | Francisco Peña Montanez |
| CC: | Raphael Di Napoli |
| Sent: | 9/11/2017 3:14:39 PM |
| Subject: | FY18 Budgeted Pay-Go by Agency |
| Attachments: | FY18 Employer Contributions.xlsx |

Francisco,

Raphael said you were looking for detail of budgeted Pay-Go by agency.

The attached file is a summary of employer contributions in the June 1st version of the budget by fund and agency. This summary was completed by BDO. As you are aware, in the final approved budget, the employer contributions were moved to Agency 17 (under the custody of OMB).

Aside from this, I don't have any budget detail that breaks out Pay-Go by agency. Let me know if you have any questions.

Thanks,
Brian

## Brian P. Biggio, CPA
**Senior Associate**



77 West Wacker Drive, Suite 4000
Chicago, IL 60601
M: 312.515.3449
BBiggio@ConwayMacKenzie.com



EXHIBIT
NUMBER 19

CONFIDENTIAL

*Figures provided by BDO for Consolidated OMB Budget, dated June 1st, 2017 ... In final version of budget, all employer contributions were moved to Pay Go under the custody of OMB*

## FY 2018 Employers' Pension Contribution

| AGENCIA/NOMBRE | ORIGEN Gen. Fund - RC | Gen Fund - AE | AR | FEE | Fed Funds | Ingr. Propios | Prasa | Other Inc | Total |
|---|---|---|---|---|---|---|---|---|---|
| 008 Oficina del Contralor de Puerto Rico | 2,331 | | | | | | | | 2,331 |
| 010 Tribunal General de Justicia | 29,248 | | | 0 | | 10 | | | 29,258 |
| 011 Comisión para la Seguridad en el Tránsito | | | | | 80 | | | 560 | 640 |
| 014 Junta de Calidad Ambiental | 620 | | | 416 | 633 | | | | 1,669 |
| 015 Oficina del Gobernador | 895 | | | | 10 | | | | 905 |
| 016 Oficina de Gerencia y Presupuesto | 1,610 | | | | | | | | 1,610 |
| 018 Junta de Planificación | 1,410 | | | | | | | | 1,410 |
| 021 Agencia Estatal para el Manejo de Emergencias y Administración de Desastres | 610 | 0 | | | 329 | | | | 939 |
| 022 Oficina del Comisionado de Seguros | | | | 757 | | | | | 757 |
| 023 Departamento de Estado | 419 | | | 282 | | | | | 701 |
| 024 Departamento de Hacienda | 8,742 | | | 1,253 | | | | | 9,995 |
| 028 Comisión Estatal de Elecciones | 1,216 | | | | | | | | 1,216 |
| 029 Administración de Asuntos Federales de Puerto Rico | 75 | | | | | | | | 75 |
| 030 Oficina de Administración y Transformación de los Recursos Humanos en el Gobierno de PR | 80 | | | 1 | | | | | 81 |
| 034 Comisión de Investigación, Procesamiento y Apelación | 33 | | | | | | | | 33 |
| 035 Oficina de Exención Contributiva Industrial | | | | | | 181 | | | 181 |
| 036 Oficina del Comisionado de Asuntos Municipales | 115 | | | | 80 | | | | 195 |
| 037 Comisión de Derechos Civiles | 30 | | | | | | | | 30 |
| 038 Departamento de Justicia | 6,877 | | | 160 | 373 | | | | 7,410 |
| 040 Policía de Puerto Rico | 51,680 | | | | | | | | 51,680 |
| 042 Cuerpo de Bomberos de Puerto Rico | 7,152 | | | | | | | | 7,152 |
| 043 Guardia Nacional de Puerto Rico | 0 | 0 | | | 527 | | | | 527 |
| 049 Departamento de Transportación y Obras Públicas | 2,813 | | | 2,497 | 39 | | | | 5,349 |
| 050 Departamento de Recursos Naturales y Ambientales | 50 | | | | | | | | 50 |
| 055 Departamento de Agricultura | 1,068 | | | 1,218 | 54 | | | | 2,340 |
| 062 Comisión de Desarrollo Cooperativo de Puerto Rico | 198 | | | | | | | | 198 |
| 065 Comisión de Servicio Público | 438 | | | 40 | 0 | | | | 478 |
| 066 Autoridad de Carreteras y Transportación | | 0 | | | | 18,593 | | 0 | 18,593 |
| 067 Departamento del Trabajo y Recursos Humanos | 199 | | | 3,763 | 1,933 | | | | 5,895 |
| 068 Junta de Relaciones del Trabajo | 117 | | | 1 | | | | | 118 |
| 069 Departamento de Asuntos del Consumidor | 99 | | | 33 | | | | | 132 |
| 070 Corporación del Fondo del Seguro del Estado | | | | | | 28,000 | | | 28,000 |
| 071 Departamento de Salud | 12,610 | 0 | | 476 | 8,470 | 1,298 | | | 22,854 |
| 075 Oficina del Comisionado de Instituciones Financieras | | | | 834 | | | | | 834 |
| 078 Departamento de la Vivienda | 1,039 | | | | 362 | 39 | | 332 | 1,772 |
| 079 Administración de Compensaciones por Accidentes de Automóviles | | | | | | 2,823 | | | 2,823 |
| 081 Departamento de Educación | 119,726 | 0 | 0 | | 21,598 | | | | 141,340 |
| 082 Instituto de Cultura Puertorriqueña | 665 | 0 | | 16 | | 0 | | | 681 |
| 087 Departamento de Recreación y Deportes | 2,309 | | | | | | | | 2,309 |
| 089 Administración de la Industria y el Deporte Hípico | 116 | | | 32 | | | | | 148 |
| 090 Administración de Servicios Médicos de Puerto Rico | 3,712 | | | | | 14,668 | | | 18,380 |
| 095 Administración de Servicios de Salud Mental y Contra la Adicción | 3,749 | | | | 743 | 9 | | | 4,501 |
| 096 Oficina de la Procuradora de las Mujeres | 29 | | | | 54 | | | | 83 |

| No. | Entidad | (1) | (2) | (3) | (4) | (5) | (6) | Total |
|---|---|---|---|---|---|---|---|---|
| 105 | Comisión Industrial | | | | | | 2,119 | 2,119 |
| 106 | Administración de Vivienda Pública | | 0 | | 856 | 70 | | 926 |
| 119 | Departamento de Desarrollo Económico y Comercio | 157 | | | 477 | 335 | | 969 |
| 120 | Oficina del Procurador del Veterano de Puerto Rico | 91 | | | | | | 91 |
| 121 | Junta de Gobierno del Servicio 9-1-1 | | | | | | 815 | 815 |
| 122 | Secretariado del Departamento de la Familia | 1,362 | | | 575 | | 56 | 1,993 |
| 123 | Administración de Familias y Niños | 5,764 | | | 91 | | | 5,855 |
| 124 | Administración para el Sustento de Menores | 890 | | | 1,303 | 0 | | 2,193 |
| 126 | Administración de Rehabilitación Vocacional | 81 | | | 2,617 | 6 | | 2,704 |
| 127 | Administración de Desarrollo Socioeconómico de la Familia | 5,992 | | | 2,389 | | | 8,381 |
| 133 | Administración de Recursos Naturales | 2,698 | | 301 | 542 | 0 | | 3,541 |
| 137 | Departamento de Corrección y Rehabilitación | 17,634 | | | 0 | 0 | | 17,634 |
| 138 | Fideicomiso Institucional de la Guardia Nacional de Puerto Rico | | | | | 42 | | 42 |
| 139 | Junta de Libertad bajo Palabra | 15 | | | | | | 15 |
| 141 | Junta Reglamentadora de Telecomunicaciones | | | 613 | | | | 613 |
| 152 | Oficina del Procurador de las Personas de Edad Avanzada | 66 | | | 434 | | | 500 |
| 153 | Defensoría de las Personas con Impedimentos del Estado Libre Asociado de Puerto Rico | 159 | | | 130 | | | 289 |
| 155 | Oficina Estatal de Conservación Histórica | 67 | | | 11 | | | 78 |
| 162 | Autoridad de Edificios Públicos | | 20,389 | | | 2,173 | | 22,562 |
| 163 | Autoridad de Acueductos y Alcantarillados | | | | | 58 | 95,724 | 95,782 |
| 165 | Autoridad de Tierras de Puerto Rico | | | | | 942 | | 942 |
| 166 | Compañía de Fomento Industrial | | | 14 | | 1,845 | | 1,859 |
| 168 | Autoridad de los Puertos | | | | | 9,627 | | 9,627 |
| 172 | Banco Gubernamental de Fomento para Puerto Rico | | | | | 1,734 | | 1,734 |
| 177 | Administración de Terrenos | | | | | 1,720 | | 1,720 |
| 180 | Compañía de Turismo de Puerto Rico | | | 713 | | 5,128 | 676 | 6,517 |
| 184 | Autoridad de Desperdicios Sólidos de Puerto Rico | 399 | | 23 | | 0 | | 422 |
| 186 | Autoridad de Conservación y Desarrollo de Culebra | 6 | | | | 45 | | 51 |
| 187 | Administración de Seguros de Salud de Puerto Rico | 340 | | | | | | 340 |
| 188 | Corporación del Centro Cardiovascular de Puerto Rico y del Caribe | | | | | 3,703 | | 3,703 |
| 189 | Instituto de Ciencias Forenses | 1,325 | | | 10 | | | 1,335 |
| 191 | Corporación de las Artes Musicales | 243 | 0 | | | | | 243 |
| 192 | Corporación del Centro de Bellas Artes de Puerto Rico | 0 | | | | 100 | | 100 |
| 195 | Banco de Desarrollo Económico para Puerto Rico | | | | | 1,950 | | 1,950 |
| 196 | Corporación de Puerto Rico para la Difusión Pública | 725 | | | | | | 725 |
| 198 | Corporación de Seguros Agrícolas | | | | | 471 | | 471 |
| 200 | Panel Sobre el Fiscal Especial Independiente | 50 | | | | | | 50 |
| 212 | Corporación Pública para la Supervisión y Seguro de Cooperativas de Puerto Rico(COSSEC) | | | | | 2,060 | | 2,060 |
| 215 | Corporación del Conservatorio de Música de Puerto Rico | 257 | | | | 173 | 7 | 437 |
| 220 | Salud Correccional | 2,354 | | | | | | 2,354 |
| 221 | Cuerpo de Emergencias Médicas de Puerto Rico | 1,400 | | 28 | | | 309 | 1,737 |
| 231 | Oficina del Procurador del Paciente | 208 | | | | | | 208 |
| 235 | Autoridad para el Financiamiento de la Vivienda | 563 | 0 | | | 284 | | 847 |
| 241 | Administración para el Cuidado y Desarrollo Integral de la Niñez (ACUDEN) | 645 | | | 1,364 | | | 2,009 |
| 258 | Compañía de Comercio y Exportación de Puerto Rico | | | | | 1,124 | | 1,124 |
| 264 | Corporación del Proyecto ENLACE del Caño Martín Peña | 134 | | | 0 | | 0 | 134 |
| 268 | Instituto de Estadísticas de Puerto Rico | 22 | | | | | 36 | 58 |
| 273 | Oficina de Gerencia de Permisos | 0 | | 582 | | | | 582 |
| 277 | Administración para el Desarrollo de Empresas Agropecuarias | | | | | 1,800 | | 1,800 |
| 278 | Consejo de Educación de Puerto Rico | 201 | | | | | | 201 |

| Code | Entity | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 279 | Comisión Apelativa del Servicio Público | 204 | | | | | | | | 204 |
| 281 | Oficina del Contralor Electoral | 308 | | | | | | | | 308 |
| 285 | Autoridad de Transporte Integrado | 4,133 | | | | | 537 | 283 | 1,638 | 6,591 |
| 287 | Corporación del Centro Regional del ELA de PR | | 0 | | | | | 8 | | 8 |
| 289 | Comisión de Energía | | | | | | | | 309 | 309 |
| 290 | Oficina Estatal de Política Pública Energética | 0 | | | | | 14 | | | 14 |
| 295 | Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico | 1,625 | | | | | | | | 1,625 |
| 303 | Autoridad del Distrito del Centro de Convenciones | | | | | | | 66 | | 66 |
| 329 | Oficina de Desarrollo Socioeconómico | 267 | | | | | | | | 267 |
| 929 | Sistema de Retiro para Maestros | | | | | | | 2,524 | | 2,524 |
| Total | | 283,217 | 49,637 | 0 | 14,053 | 46,661 | 103,882 | 95,724 | 6,857 | 600,031 |