# EXHIBIT 20

CERTIFIED TRANSLATION

[seal:] *GOVERNMENT OF PUERTO RICO*
GOVERNMENT OF PUERTO RICO
Government Employee and Judiciary
Retirement Systems Administration

Implementation of the "PayGo" Retirement Payment System
June 29, 2017

Luis Collazo Rodríguez
Administrator

[logo:] *RETIREMENT; COMMONWEALTH OF PUERTO RICO*

CONFIDENTIAL



EXHIBIT
39

ERS_LS0005056

   I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[seal:] *GOVERNMENT OF PUERTO RICO*
GOVERNMENT OF PUERTO RICO
Government Employee and Judiciary
Retirement Systems Administration

# Agenda

| 1 | Laws |
|---|------|
| 2 | Operational Accounts |
| 3 | Goal |

2

[logo:] *RETIREMENT; COMMONWEALTH OF PUERTO RICO*

CONFIDENTIAL

ERS_LS0005057

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

---

[seal:] *GOVERNMENT OF PUERTO RICO*
<u>GOVERNMENT OF PUERTO RICO</u>
Government Employee and Judiciary
Retirement Systems Administration

# Passed Laws

| Passed |
|---|

**Promesa**
October 30, 2016

<u>The Fiscal Oversight Board</u> for Puerto Rico designated the Government of Puerto Rico and the Government Employee Retirement System as "covered entities," subject to fiscal oversight pursuant to the federal *Puerto Rico Oversight, Management, and Economic Stability Act*, better known as PROMESA.

| Passed |
|---|

**"PayGo" System**
July 1, 2017

The liquid assets of the Retirement Systems will run out during the first months of the next fiscal year. As of July 1, 2017, the <u>Government will adopt the "PayGo" system</u>. Under this new system, the <u>Government will assume responsibility for paying the deficit of the Systems in order to provide the benefits to the retirees</u>.

3

[logo:] *RETIREMENT; COMMONWEALTH OF PUERTO RICO*

---

CONFIDENTIAL

ERS_LS0005058

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[seal:] *GOVERNMENT OF PUERTO RICO*
GOVERNMENT OF PUERTO RICO
Government Employee and Judiciary
Retirement Systems Administration

# Account – "PayGo" Charge / Retirees

The Department of the Treasury will invoice the Public Corporations and Municipalities for a monthly charge to cover the benefits of their retirees. The Retirement Systems will determine and administer the amount of the payment per retiree that corresponds to each Public Corporation and Municipality. This amount is what will be known as the "PayGo Charge". This serves to protect the payment of our retirees. It is essential for the Department of the Treasury to have the necessary cash resources to make said payments. It shall be the responsibility of these entities to send the "PayGo Charge", in its entirety, to the Department of the Treasury to the following Banco Popular accounts [*sic*]:



|  | Entity: | [logo:] *BANCO POPULAR* ® |
| --- | --- | --- |
| ① | Routing # | • 021502011 |
|  | Account # | • 030076943 |

★ As the liquid funds of the Systems are depleted over the course of the 2017-18 fiscal year, it is expected that the "PayGo Charge" of each entity will increase. Likewise, as of July 1, 2017, the employer contributions, special law contributions, and the Uniform Additional Contribution (Law 32-2013) will be eliminated, with said amounts being substituted by the "PayGo Charge."

★ In most cases, the restructuring fee of the employer contribution is going to be lower.

4

[logo:] *RETIREMENT; COMMONWEALTH OF PUERTO RICO*

CONFIDENTIAL

ERS_LS0005059

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

---

[seal:] *GOVERNMENT OF PUERTO RICO*
GOVERNMENT OF PUERTO RICO
Government Employee and Judiciary
Retirement Systems Administration

# Account – Active Participants / Individual Contribution

Currently, a Reform of the Retirement Systems is being worked on, in which active participants will deposit their individual contributions into a New Defined Contribution Plan managed by a private entity. To preserve said contributions separately, from July 1, 2017 onward, the total individual contributions must be sent to the following account:



| **Entity:** | [logo:] *BANCO POPULAR* ® |
|---|---|
| **Routing #** | • 021502011 |
| **Account #** | • 030076935 |

★ As the liquid funds of the Systems are depleted over the course of the 2017-18 fiscal year, it is expected that the "PayGo Charge" of each entity will increase. Likewise, as of July 1, 2017, the employer contributions, special law contributions, and the Uniform Additional Contribution (Law 32-2013) will be eliminated, with said amounts being substituted by the "PayGo Charge."

5

[logo:] *RETIREMENT; COMMONWEALTH OF PUERTO RICO*

---

CONFIDENTIAL

ERS_LS0005060

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

---

[seal:] *GOVERNMENT OF PUERTO RICO*
GOVERNMENT OF PUERTO RICO
Government Employee and Judiciary
Retirement Systems Administration

# Account - Loan Deductions

**Deductions corresponding to mortgage, cultural, and personal loans with ASR will be deposited in the following account:**



| | Entity: | [logo:] *BANCO POPULAR* ® |
|---|---|---|
| **3** | Routing # | • 021502011 |
| | Account # | • 030077044 |

6

[logo:] *RETIREMENT; COMMONWEALTH OF PUERTO RICO*

---

CONFIDENTIAL

ERS_LS0005061

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[seal:] *GOVERNMENT OF PUERTO RICO*
GOVERNMENT OF PUERTO RICO
Government Employee and Judiciary
Retirement Systems Administration

# Account – Disability Insurance / MetLife

**Deductions corresponding to disability insurance will be deposited in the following account:**

|  | Entity: | [logo:] *BANCO POPULAR ®* |
|---|---|---|
| **4** | Routing # | • 021502011 |
|  | Account # | • 030077060 |

7

[logo:] *RETIREMENT; COMMONWEALTH OF PUERTO RICO*

CONFIDENTIAL                                              ERS_LS0005062

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[seal:] *GOVERNMENT OF PUERTO RICO*
<u>GOVERNMENT OF PUERTO RICO</u>
Government Employee and Judiciary
Retirement Systems Administration

# "PayGo" Charge



The "PayGo Charge" will be invoiced monthly and **its payment must be remitted on or before the fifteenth (15th)** day of the month following the date of the invoice. The withholding for the individual contribution must also be remitted to the segregated account corresponding to the New Defined Contribution Plan. It is important to remit all other deductions from individual contributions.



**Penalty**

Moreover, it is established that if a Public Corporation, Municipality, or any entity with participants in the Retirement System fails to deliver the "PayGo Charge" funds or individual contributions that it has withheld from its employees participating in the corresponding System to its corresponding System within the thirty (30) days following the withholding, **the Department of the Treasury shall withhold from any available remittance the unpaid amounts** by the government agency that fails to comply with that established in this Circular Letter. In the case of the Municipalities, the Municipal Revenue and Income Center shall then be required to remit the owed amounts to the Department of the Treasury.

8

[logo:] *RETIREMENT; COMMONWEALTH OF PUERTO RICO*

CONFIDENTIAL                                                   ERS_LS0005063

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

---

[seal:] *GOVERNMENT OF PUERTO RICO*
GOVERNMENT OF PUERTO RICO
Government Employee and Judiciary
Retirement Systems Administration

# Changes to Employer Contribution

(1) The payroll reports that they send us through Web Remesa monthly CANNOT include the information on the Employer Contribution for Active Employees (447, Law 1, R-2000, and Hybrid).

(2) The Electronic File Format is not going to change, but the column for the Employer Contribution information has to be at zero (0). This change is effective immediately.

(3) The Electronic File Format of Law 70 and Law 211 remain the same.

9

[logo:] *RETIREMENT; COMMONWEALTH OF PUERTO RICO*

---

CONFIDENTIAL

ERS_LS0005064

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

---

[seal:] *GOVERNMENT OF PUERTO RICO*
GOVERNMENT OF PUERTO RICO
Government Employee and Judiciary
Retirement Systems Administration

# Goal

This new system seeks to safeguard the well-being
of our retirees and public servants, while we
faithfully comply with the Fiscal Plan certified
by the Fiscal Oversight Board.

Achievement

Implementation of the PayGo Retirement Payment System

10

[logo:] *RETIREMENT; COMMONWEALTH OF PUERTO RICO*

---

CONFIDENTIAL

ERS_LS0005065

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## Implementación de Sistema de Retiro "PayGo" Pago
## 29 de junio de 2017

Lic. Luis Collazo Rodríguez
Administrador



CONFIDENTIAL

**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# Agenda

| 1 | Leyes |
|---|---|
| 2 | Cuentas Operacionales |
| 3 | Meta |

2

RETIRO

CONFIDENTIAL

ERS_LS0005057



GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# Leyes Aprobadas

Aprobada

**Promesa**
**30 de octubre de 2016**

**<u>La Junta de Supervisión Fiscal</u>** para Puerto Rico designó al Gobierno de Puerto Rico y al Sistema de Retiro de los Empleados del Gobierno como "entidades cubiertas", sujetas a supervisión fiscal a tenor con la legislación federal *Puerto Rico Oversight, Management, and Economic Stability Act*, mejor conocida como PROMESA.

Aprobada

**Sistema "PayGo"**
**1 de julio de 2017**

Los activos líquidos de los Sistemas de Retiro se agotarán durante los primeros meses del próximo año fiscal. A partir del 1 de julio de 2017, el **<u>Gobierno adoptará el sistema "PayGo"</u>**. Bajo este nuevo sistema, el **<u>Gobierno se hará responsable de pagar la deficiencia de los Sistemas para proveer los beneficios de los pensionados</u>**.

RETIRO

 **GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# Cuenta - Cargo de "PayGo" / Pensionados

El Departamento de Hacienda facturará a las Corporaciones Públicas y Municipios un cargo mensual para cubrir los beneficios a sus pensionados. Los Sistemas de Retiro determinarán y administrarán la cantidad del pago por pensionado que le corresponderá sufragar a cada Corporación Pública y Municipio. Esta cantidad es lo que se conocerá como el "Cargo de PayGo". <u>Esto es con el propósito de proteger el pago a nuestros pensionados</u>. Es imprescindible que el Departamento de Hacienda cuente con los recursos de efectivo necesarios para realizar dichos pagos. Será responsabilidad de estas entidades <u>enviar el "Cargo de PayGo", en su totalidad, al Departamento de Hacienda a la siguiente cuentas del Banco Popular:</u>

 **( 1 )**



| Entidad: | **BANCO POPULAR** ® |
|----------|---------------------|
| # Ruta | • 021502011 |
| # Cuenta | • 030076943 |

★ A medida que durante el año fiscal 2017-18 , los fondos líquidos de los Sistemas se vayan agotando, se espera que el "Cargo PayGo" de cada entidad vaya en aumento. Asimismo, tras el 1 de julio de 2017, se eliminarán las aportaciones patronales, las aportaciones por concepto de leyes especiales y la Aportación Adicional Uniforme (Ley 32-2013), siendo sustituidas dichas partidas por el "Cargo de Pay Go".

★ En la mayoría de los casos el cargo por restructuración de la aportación patronal vas hacer menor.

4                                                              RETIRO

CONFIDENTIAL

ERS_LS0005059

 **GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# Cuenta - Activos /Aportación Individual

Actualmente, se trabaja en una Reforma de los Sistemas de Retiro, en la cual los participantes activos depositarán sus aportaciones individuales en un Plan Nuevo de Aportación Definida manejado por una entidad privada. Para preservar dichas aportaciones de forma segregada, desde el 1 de julio de 2017, en adelante, el total de las aportaciones individuales debe ser enviado a la siguiente cuenta:

 **2**



| Entidad: | **BANCO POPULAR** ® |
|----------|---------------------|
| # Ruta | • 021502011 |
| # Cuenta | • 030076935 |

★ A medida que durante el año fiscal 2017-18, los fondos líquidos de los Sistemas se vayan agotando, se espera que el "Cargo PayGo" de cada entidad vaya en aumento. Asimismo, tras el 1 de julio de 2017, se eliminarán las aportaciones patronales, las aportaciones por concepto de leyes especiales y la Aportación Adicional Uniforme (Ley 32-2013), siendo sustituidas dichas partidas por el "Cargo de Pay Go".

5

RETIRO



ERS_LS0005061

 **GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## Cuenta - Seguro de Incapacidad / MetLife

**Los descuentos correspondientes al seguro por incapacidad se depositará en la siguiente cuenta:**

 **4**

| Entidad: |  **BANCO POPULAR** |
| # Ruta | • 021502011 |
| # Cuenta | • 030077060 |

7

RETIRO

ERS_LS0005062

## GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# Cargo de "Paygo"



El "Cargo de PayGo" será facturado mensualmente y **su pago se deberá remitir en o antes del decimoquinto (15to.)** día del mes siguiente a la fecha de la factura. También se debe remitir la retención por concepto de aportación individual a la cuenta segregada correspondiente al Plan Nuevo de Aportación Definida. Es importante remitir los demás deducciones de aportaciones individuales.



ASR



Además, se establece que si una Corporación Pública, Municipio o cualquier entidad con participantes del Sistema de Retiro dejare de entregar a su Sistema correspondiente dentro de los próximos treinta (30) días de la retención, los fondos del "Cargo de PayGo" o las aportaciones individuales que le haya retenido a sus empleados participantes de su Sistema correspondiente, **el Departamento de Hacienda retendrá de cualquier remesa disponible las cantidades no pagadas** por la entidad gubernamental que incumpla con lo establecido en esta Carta Circular. En el caso de los Municipios se procederá a requerir al Centro de Recaudaciones e Ingresos Municipales que remese al Departamento de Hacienda las cantidades adeudadas.

8

RETIRO

CONFIDENTIAL

ERS_LS0005063





GOBIERNO DE PUERTO RICO
Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura

# Cambios de Aportación Patronal

1. Los informes de nómina que nos envían por Web Remesa mensualmente, NO se puede incluir la información de la Aportación Patronal de los Empleados Activos (447, Ley 1, R-2000 y Híbridos).

2. El Formato de los Archivos Electrónicos no va a cambiar pero la columna de la información de Aportación Patronal tiene que estar en Cero (0). Este cambio es efectivo inmediatamente

3. El Formato de los Archivos Electrónicos de Ley 70 y Ley 211 permanecen iguales.

RETIRO

CONFIDENTIAL

ERS_LS0005065