# EXHIBIT 45



GOBIERNO DE PUERTO RICO
Oficina de Gerencia y Presupuesto

| PROMESA Requirement #14 ||
|---|---|
| **Paygo contributions related to the pension plan in excess of asset balance, consistent with the Fiscal Plan** ||
| **Description** | **Amount (in thousands)** |
| **Pension Plan Cost** | 2,847,079 |
| **Revenues** | |
| Employer Contribution - Central Retirement System | 508,432 |
| Employer Contribution - Judiciary | 14,722 |
| Employer Contribution - Teachers | 468,139 |
| Loans | 205,282 |
| Special Laws Retirement System | 326,188 |
| | 1,522,763 |
| **Allocations under the Custody of the OMB** | $ 1,324,316 |

ERS_LS0008279



| PROMESA Requirement #14 | |
|---|---|
| **Paygo contributions related to the pension plan in excess of asset balance, consistent with the Fiscal Plan** | |
| **Description** | **Amount (in thousands)** |
| **Pension Plan Cost** | 2,847,079 |
| **Revenues** | |
| Aportación patronal - Sistema de Retiro Central | 508,432 |
| Aportación patronal - Judicatura | 14,722 |
| Aportación patronal - Maestros | 468,139 |
| Préstamos | 205,282 |
| Leyes Especiales Sistema de Retiro | 326,188 |
| | 1,522,763 |
| **Asignaciones Bajo la Custodia de la OGP** | $ 1,324,316 |

ERS_LS0008279

Ave. Winston Churchill 138
PMB 628
San Juan, PR 00926-6013
(787)969-6676 & (787)633-4057
www.ritapr.com

# CERTIFICATE OF TRANSLATION

I, *Juan E. Segarra*, USCCI #06-067/translator from the Federally Certified Court Interpreters I am competent to translate from SPANISH to ENGLISH and certify the document translation of:

Documents:
**Case: 258-17-01 PR**
Excel
ERS_LS0005556
ERS_LS0005557
ERS_LS0006231
ERS_LS0006427
ERS_LS0006428
ERS_LS0008279
ERS_LS0008335
ERS_LS0008822
ERS-CW_LS0000189
ERS-CW_LS0000398

Is a true and accurate translation to the best of my abilities, of the document in Spanish which I have seen.

_____   _____4-30-2019_____
[Signature of Translator]                         [Date]

_____Juan E. Segarra_____
[Typed printed name of translator]

---

Ave. Winston Churchill 138, PMB 628          **FEDERALLY CERTIFIED COURT INTERPRETER**
San Juan, PR 00926-6013
[Address of Translator]

                                                                                This certifies that:

   787-969-6676/ 787-633-4057                    **JUAN E. SEGARRA**
[Telephone Number of Translator]
                                                                                is a federally certified court interpreter
                                                                                in good standing for the year 2019.
                                                                                FCICE Number: 06-067