# EXHIBIT 52

[*Letterhead:* GOVERNMENT OF PUERTO RICO
Administration of the Employee Retirement System
of the Government and the Judiciary]

August 29, 2018

CIRCULAR LETTER NO. 2019-01

SECRETARIES OF GOVERNMENT, LEGISLATIVE BRANCH, JUDICIAL BRANCH, HEADS OF AGENCIES AND DEPARTMENTS, EXECUTIVE DIRECTORS, PRESIDENTS OF PUBLIC CORPORATIONS AND INSTRUMENTALITIES; MAYORS AND THEIR RESPECTIVE DIRECTORS OF FINANCE AND BUDGET OFFICES

**IN RE: EMPLOYER AND INDIVIDUAL CONTRIBUTIONS PURSUANT TO ACT 70 OF JULY 2, 2010 AND ACT 211 OF DECEMBER 8, 2015 AND OTHER PROVISIONS**

Dear Sirs:

Act 106 of August 23, 2017, "Act to Guarantee the Payment of Pension Benefits to our Retirees and to Establish a New Defined Contribution Plan for Public Employees," eliminated employer contributions and similar contributions, and established, among others, a New Defined Contribution Plan and a Pay-Go Fee in order for all employers to pay for their respective retirees and beneficiaries, even when such payments are guaranteed by the General Fund through the *pay as you go* mechanism.

Furthermore, Act 70 of July 2, 2010 and Act 211 of December 8, 2015, established retirement incentive and voluntary separation programs. In accordance with Act 70-2010 and 211-2015, *supra*, employers were responsible for the payment of these pension benefits until pre-retirees meet the legal requirements to enter the Retirement System. Likewise, employers were responsible for making the corresponding employer and individual contributions of pre-retirees until they meet the requirements to enter the Retirement System. Moreover, Section 6(h) of Act 211-2015 provided for an actuarial cost to be defrayed by the employer should the employer fail to guarantee the pre-retiree 50% of his average compensation on their entry to the Retirement System.

Given the lack of liquidity of the Retirement System, Act 106-2017 provided that the General Fund, through the *pay as you go system*, would be the direct payer of the pension benefits rather than the Retirement System. Although the General Fund guarantees the payment of pension benefits, the Pay-Go fee was established so that all employers meet their responsibility of remitting such fee to pay their retirees and beneficiaries. In that sense, under the new juridical and fiscal reality, no pre-retiree under Act 70 and Act 211, will enter the Retirement System; buy rather, upon meeting the retirement requirements, pre-retirees will continue receiving their pension benefits from their employers through the Pay-Go fee.

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

| | |
|---|---|
| GOVERNMENT OF PUERTO RICO<br>Administration of the Employee Retirement System<br>of the Government and the Judiciary | Circular Letter No. 2019-01<br>August 29, 2018<br>Page **2** of **2** |

For such reason, employers that are currently making employer and individual contributions pursuant to Act 70 and/or Act 211, will no longer pay said contributions. However, such employers will be responsible for continue remitting the Pay-Go fee for their respective pre-retirees even if they meet the retirement requirements. Likewise, the actuarial cost payment provided in Section 6(h) of Act 211 is rendered ineffective, because the employer will be responsible, through the Pay-Go fee, for guaranteeing pre-retirees, once they meet the retirement requirements, an annuity that shall never be less than fifty percent (50%) of the average compensation as of June 30, 2013. However, it must be noted that employers will continue paying the pension benefits of their pre-retirees through the Pay-Go fee and remitting the amounts withheld from pre-retirees on account of loans taken from the Retirement System.

**This Circular Letter renders ineffective Circular Letter No. 2018-03**. For more information on this matter, you may contact the Retirement System Contact Center at 787-754-4545 or by email at: recaudaciones@retiro.pr.gov.

We encourage you to visit our website at www.retiro.pr.gov to electronically access information of interest relating to your Retirement System.

Sincerely,

[*illegible signature*]
**Luis M. Collazo Rodríguez**
Administrator

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.



# GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

29 de agosto de 2018

**CARTA CIRCULAR NÚM. 2019-01**

SEÑORE (A) S SECRETARIO (A) S DE GOBIERNO, RAMA LEGISLATIVA, RAMA JUDICIAL, JEFE (A) S DE AGENCIAS Y DEPENDENCIAS, DIRECTORE (A) S EJECUTIVO (A) S, PRESIDENTE (A) S DE CORPORACIONES E INSTRUMENTALIDADES PÚBLICAS, SEÑORE (A) S ALCALDES (AS), Y SUS RESPECTIVOS DIRECTORE (A) S DE OFICINAS DE FINANZAS Y PRESUPUESTO

**RE: APORTACIONES PATRONALES E INDIVIDUALES AL AMPARO DE LA LEY 70 DEL 2 DE JULIO DE 2010 Y DE LA LEY 211 DEL 8 DE DICIEMBRE DE 2015 Y OTRAS DISPOSICIONES**

Estimados señores:

La Ley Núm. 106 de 23 de agosto de 2017, "Ley para Garantizar el Pago a Nuestros Pensionados y Establecer un Nuevo Plan de Aportaciones Definidas para los Servidores Públicos", eliminó las aportaciones patronales y aportaciones análogas, a la vez que estableció, entre otras cosas, un Nuevo Plan de Aportaciones Definidas y un Cargo "*Pay-Go*" para que cada patrono pague por sus respectivos pensionados y beneficiarios, aun cuando dichos pagos estén garantizados por el Fondo General a través del esquema "*pay as you go*".

Por otra parte, la Ley 70 del 2 de julio de 2010 y la Ley 211 del 8 de diciembre de 2015, establecieron programas de retiro incentivados y separación voluntaria del servicio público. Al amparo de las mencionadas leyes, Ley 70-2010 y Ley 211-2015, el pago de esas pensiones les correspondía realizarlo a cada patrono hasta que el pre-retirado cumpliera los requisitos de ley para ingresar al Sistema de Retiro. De igual forma, le correspondía a cada patrono realizar las correspondientes aportaciones patronales e individuales del pre-retirado hasta que este cumpliera los requisitos para ingresar al Sistema de Retiro. Asimismo, la Ley 211-2015, en su Artículo 6(h) disponía un costo actuarial a ser pagado por el patrono si no se le aseguraba un 50% de la retribución promedio al pre-retirado cuando ingresara al Sistema de Retiro.

Ante la falta de liquidez del Sistema de Retiro, La Ley 106-2017 estableció que sería el Fondo General a través del esquema "*pay as you go*" el pagador directo de las pensiones y no el Sistema de Retiro. A esos efectos, se estableció un cargo "Pay-Go" para que aunque el Fondo General



**GOBIERNO DE PUERTO RICO**
Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

Carta Circular Núm. 2019-01
29 de agosto de 2018
Página **2** de **2**

garantice el pago de las pensiones, cada patrono cumpla con su responsabilidad de remitir dicho cargo para el pago de sus pensionados y beneficiarios. En ese sentido, bajo la nueva realidad jurídica y fiscal, ningún pre-retirado bajo la Ley 70 ni bajo la Ley 211 pasará a formar parte del Sistema de Retiro, sino que al cumplir con los requisitos de retiro, cada pre-retirado continuará recibiendo el pago de su pensión por parte de su patrono a través del cargo "Pay-Go".

Por tal razón, los patronos que actualmente se encuentran realizando aportaciones patronales e individuales al amparo de la Ley 70 y/o de la Ley 211 no tendrán que continuar pagando dichas aportaciones. No obstante, serán responsables de continuar remitiendo el cargo "Pay-Go" de sus respectivos pre-retirados, aun cuando estos cumplan con los requisitos de retiro. De igual forma, se deja sin efecto el pago del costo actuarial conforme al Artículo 6(h) de la Ley 211 ya que el patrono será responsable, mediante el cargo "Pay-Go", de garantizarle al pre-retirado una vez cumpla los requisitos de retiro, una anualidad que nunca será menor del cincuenta por ciento (50%) de la retribución promedio al 30 de junio de 2013. <u>No obstante, es importante enfatizar que los patronos continuarán pagando las pensiones de sus pre-retirados a través del cargo "Pay-Go" y remesando las cantidades retenidas a los pre-retirados por concepto de préstamos contraídos con el Sistema de Retiro.</u>

**Esta Carta Circular deja sin efecto la Carta Circular Núm. 2018-03**. Para información adicional sobre el particular, pueden comunicarse al Centro de Contacto del Sistema de Retiro al 787-754-4545 o a través del siguiente correo electrónico: recaudaciones@retiro.pr.gov.

Le exhortamos a visitar nuestra página de Internet: www.retiro.pr.gov, para acceder, de forma electrónica, información de interés relacionada con su Sistema de Retiro.

Atentamente,

**Lcdo. Luis M. Collazo Rodríguez**
Administrador