# EXHIBIT XII

CERTIFIED TRANSLATION

[*Letterhead:* GOVERNMENT OF PUERTO RICO
Administration of the Employee Retirement System
of the Government and the Judiciary]

July 25, 2017

Mr. Carlos Garcia-Alvira
Cash Management Specialist
Banco Popular

Dear Mr. Garcia:

Please transfer $190,480,000.00 from account 030-051177, of the Retirement System Administration to the Department of the Treasury on account of liquidation of assets. The same must contain the following information:

    Department of the Treasury
    Banco Popular de Puerto Rico
        Routing Number: 0215-02011
        Account Number: 030-049458

The effective date of the transfer is next July 25, 2017.

Sincerely,

[*illegible signature*]
Luis M. Collazo-Rodríguez, Esq.
Administrator



[*Logo:* Retirement System Administration]

437 Ave. Ponce de León San Juan, P.R. 00917-3711 • PO Box 42003 San Juan, P.R. 00940-2203
@comunicaciones@retiro.pr.gov • 787.777.1500 • 787.767.1108 • www.retiro.pr.gov

Confidential        ERS-AAFAF_LS001506

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

[Translator's note: Original text already in English.]

WT- Wire Detail Report                                                                 Page 3 of 3

Confidential                                                                                    ERS-AAFAF_LS001507

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.



# GOBIERNO DE PUERTO RICO

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

25 de julio de 2017

Sr. Carlos Garcia Alvira
Especialista de Manejo de Efectivo
Banco Popular

Estimado señor Garcia:

Favor de transferir $190,480,000.00 de la cuenta 030-051177, de la Administración de los Sistemas de Retiro para el Departamento de Hacienda por concepto de la liquidación de activos. La misma debe contener la siguiente información:

Departamento de Hacienda
Banco Popular de Puerto Rico
　　Número de Ruta: 0215-02011
　　Número de Cuenta: 030-049458

La fecha de efectividad de la transferencia es el proximo 25 de julio de 2017.

Cordialmente,

Lcdo. Luis M. Collazo Rodríguez
Administrador



437 Ave. Ponce de León San Juan, P.R. 00917-3711 • PO Box 42003 San Juan, P.R. 00940-2203
@comunicaciones@retiro.pr.gov • ☎787.777.1500 • 🖷787.767.1108 • 🌐www.retiro.pr.gov

Confidential                                                                                                                                         ERS-AAFAF_LS0001506

| | | | |
|---|---|---|---|
| **Control #** | WT17072600343476 | **Wire Ref #** | BP1707260012060001 |
| **Entered on:** | 26JUL2017 | | |
| **Created on:** | 2017-07-26 at 13:49:44 by AIXA9686 | | |
| **Approved on:** | 2017-07-26 at 13:53:12 by CECI9686 | | |
| **Released on:** | 2017-07-26 at 13:53:12 by CECI9686 | | |
| **Placed in In-Process on:** | 2017-07-26 at 13:53:32 by WTPQ | | |
| **Confirmed on:** | 2017-07-26 at 13:53:38 by | | |

| | | | |
|---|---|---|---|
| **Templ ID** | HACIENDA | **Templ Name** | HACIENDA |
| **Msg Type** | FED | **Account** | BPPR \| 030051177 \| ASR DEPOSITOS OPERACIONALES \| USD |
| **Amount** | 190,480,000.00 | **Value Date** | 26JUL2017 |
| **Beneficiary Bank** | BANCO POPULAR - F/021502011<br>206 AVE MUNOZ RIVERA<br>SAN JUAN, PUERTO RICO | **Beneficiary Info** | ESTADO LIBRE ASOCIADO DE PR - 030049458<br>10 PASEO COVADONGA, OFICINA 209<br>SAN JUAN, PUERTO RICO |
| **Originator Info** | 030051177<br>ASR DEPOSITOS OPERACIONALES | **Originator Address** | PLAZA RETIRO 437 AVE,<br>US |
| **Status** | CONFIRMED | **Sequence #** | 10 |
| **Confirmation Message** | 06WT17072600343475 B1Q8172C0726000245BP1707260012000001CONF 000201707261353000190480000.000000190480000.0000001.00000000000USD | | |
| **Control #** | WT17072600343475 | **Wire Ref #** | BP1707260012000001 |
| **Entered on:** | 26JUL2017 | | |
| **Created on:** | 2017-07-26 at 13:50:19 by AIXA9686 | | |
| **Approved on:** | 2017-07-26 at 13:53:12 by CECI9686 | | |
| **Released on:** | 2017-07-26 at 13:53:12 by CECI9686 | | |
| **Placed in In-Process on:** | 2017-07-26 at 13:53:27 by WTPQ | | |
| **Confirmed on:** | 2017-07-26 at 13:53:32 by | | |

**End of Data**