# EXHIBIT XIII

# Disclaimers

**PRELIMINARY - FOR DISCUSSION**

The Financial Oversight and Management Board for Puerto Rico (the "Board") and Ernst & Young Puerto Rico LLC ("EY") have prepared this analysis based upon information and material supplied by the Board, Board advisors, the Government of Puerto Rico, and other publicly-available sources.

The nature and scope of EY's services were determined by the Board and are reflected in the Agreement between EY and the Board (the "Agreement").  EY's procedures were limited to the procedures requested by the Board and which are described in the Agreement. EY's work was performed only for the use and benefit of the Board and should not be used or relied on by anyone else. Other persons who read this analysis who are not a party to the Agreement do so at their own risk and are not entitled to rely on it for any purpose. EY does not assume any duty, obligation or responsibility whatsoever to any other parties that may obtain access to the analysis.

EY's services were advisory in nature. While EY's work in connection with this analysis EY did not render an assurance report or opinion under the Agreement, nor did EY's services constitute an audit, review, examination, forecast, projection or any other form of attestation as those terms are defined by the AICPA. None of the services EY provided constituted any legal opinion or advice.  This analysis is not being issued in connection with any issuance of debt or other financing transaction.

The Board has the knowledge, experience and ability to form its own conclusions. Any assumptions, forecasts, projections, recommendations or conclusions contained in this analysis are solely those of the Board.  The assumptions and data  are consistent with those utilized by Milliman in the June 30, 2017 actuarial valuation reports with the following exceptions:  Mortality projection has been updated to reflect the Society of Actuaries 2018-O2 projection scale.

In assisting in the preparation of this analysis, EY relied on information and underlying data provided by the Board, Board advisors, the Government of Puerto Rico, Milliman, or publicly-available resources, and such information was presumed to be current, accurate and complete. EY has not conducted an independent assessment or verification of the completeness, accuracy or validity of the information obtained.  Consequently, EY provides no assurance of any kind with respect to, or on, the information presented.

There will usually be differences between projected and actual results because events and circumstances frequently do not occur as expected and those differences may be material. As a result, no assurance regarding the achievement of forecasted results is provided, and reliance should not be placed on any forecasted results or projects contained herein as such information is subject to material change and may not reflect actual results.  EY takes no responsibility for the achievement of projected results.

This summary data and related discussions are confidential and entitled to the protection of Rule 408 of the Federal Rules of Evidence and any other applicable statutes or doctrines protecting the use or disclosure of confidential information or settlement discussions.

The use of the term reasonable does not indicate whether or not another party would have selected the same assumption or method, but rather that the selection of the assumption or method meets the Actuarial Standards of Practice and their application for the purpose being used. The use of other assumptions may also be reasonable and could produce different results.

The information this summary relies on data for plan participants as of July 1, 2016 provided by Milliman, and including identification of assumptions and summary of plan provisions in the June 30, 2017 Actuarial Valuation Reports as provided by Milliman. Further detail regarding  projected baseline payments was provided by Milliman in a series of letters from December 2017, and April 2019 .  The accuracy of the calculations is dependent on the accuracy of the underlying data and completeness of the underlying information, including the development and assessment of demographic assumptions that are derived from plan experience. As new data becomes available, the appropriateness of the assumptions used will be continually evaluated for new and contrary evidence.  The cut calculation is based on the cut outlined in the May Fiscal Plan and further elaborated on in the Explanatory Memorandum on Pension Reform dated August 4, 2017.

Projections reflect Milliman-developed ERS future retirement/withdrawal rates which are based on plan specific experience studies, modified to delay decrements at ages where participants are not entitled to a benefit.  Actual decrement patterns may vary further due to changes to plan provisions or other events that would impact employer behaviors.

MALHOTRA000179

We are currently basing our analysis on data as of July 1, 2016 that was received from Milliman for ERS.  A fair amount of time has elapsed since July 1, 2016.  Actuarial standards of practice (ASOPs) allow for rolling forward of data based on standard actuarial practices and rules of thumb, assuming that the data is considered to be materially consistent throughout the projection period.  Even with clean data, the ASOPs indicate that sufficiently current data should be used for the measurement.  Longer periods in which data is rolled forward introduce greater variability in the accuracy of the roll-forward.  Given some of the data limitations that the systems have and on-going clean-up taking place, we understand that each year there can be significant fluctuations in the census data.

We understand that many of the aspects of the fiscal plan are estimates based on the best information available and that actual experience may differ from assumed.  We are using the most current data available to use for our analysis and therefore it represents our current best estimate.  However, updated census data will most likely produce difference results from our current projections, although how different is hard to assess.  Some examples of data limitations are:

- Milliman includes a load to its census data as a placeholder for obligations for individuals who are terminated and are vested in a benefit payable in the future.  As these individuals come forward and commence there benefits, Milliman trues up their liabilities at that time.

- Generally, there are different gaps in different records due to information being missing for various reasons.

MALHOTRA000179

| Fiscal year | Paygo for all FP entities | Paygo for non fiscal plan entities | Total ERS paygo | Paygo for municipalities | Paygo net of municipalities | PV factor at 3.58% | PV factor at 3.79% | Total ERS paygo | Paygo net of municipalities | PV (3.58%) all paygo | PV (3.58%) paygo less municipalities | PV (3.79%) all paygo | PV (3.79%) paygo less municipalities |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/30/2019 | 1,315,286,000 | 332,793,590 | 1,648,079,590 | 183,827,873 | 1,464,251,718 | 0.932069 | 0.928301 | 1,648,080 | 1,464,252 | 1,536,124 | 1,359,267 | 1,529,914 | 1,359,267 |
| 6/30/2020 | 1,407,826,433 | 332,832,994 | 1,740,659,428 | 185,140,185 | 1,555,519,243 | 0.899854 | 0.894403 | 1,740,659 | 1,555,519 | 1,566,340 | 1,391,262 | 1,556,852 | 1,391,262 |
| 6/30/2021 | 1,237,737,035 | 296,223,403 | 1,533,960,438 | 171,435,364 | 1,362,525,075 | 0.868753 | 0.861743 | 1,533,960 | 1,362,525 | 1,332,633 | 1,174,147 | 1,321,880 | 1,174,147 |
| 6/30/2022 | 1,225,133,086 | 295,890,332 | 1,521,023,417 | 171,976,237 | 1,349,047,180 | 0.838727 | 0.830276 | 1,521,023 | 1,349,047 | 1,275,723 | 1,120,081 | 1,262,869 | 1,120,081 |
| 6/30/2023 | 1,212,758,196 | 296,211,796 | 1,508,969,991 | 173,007,297 | 1,335,962,695 | 0.809738 | 0.799958 | 1,508,970 | 1,335,963 | 1,221,870 | 1,068,713 | 1,207,112 | 1,068,713 |
| 6/30/2024 | 1,203,222,830 | 296,580,544 | 1,499,803,374 | 174,063,785 | 1,325,739,589 | 0.781751 | 0.770746 | 1,499,803 | 1,325,740 | 1,172,473 | 1,021,809 | 1,155,968 | 1,021,809 |
| 6/30/2025 | 1,197,591,609 | 296,540,593 | 1,494,132,202 | 174,809,576 | 1,319,322,626 | 0.754732 | 0.742602 | 1,494,132 | 1,319,323 | 1,127,669 | 979,731 | 1,109,545 | 979,731 |
| 6/30/2026 | 1,203,425,294 | 297,185,635 | 1,500,610,929 | 176,034,031 | 1,324,576,898 | 0.728646 | 0.715485 | 1,500,611 | 1,324,577 | 1,093,415 | 947,715 | 1,073,664 | 947,715 |
| 6/30/2027 | 1,205,477,460 | 296,811,761 | 1,502,289,221 | 176,702,589 | 1,325,586,633 | 0.703462 | 0.689358 | 1,502,289 | 1,325,587 | 1,056,804 | 913,804 | 1,035,615 | 913,804 |
| 6/30/2028 | 1,205,209,044 | 296,039,108 | 1,501,248,152 | 177,091,010 | 1,324,157,142 | 0.679149 | 0.664185 | 1,501,248 | 1,324,157 | 1,019,571 | 879,486 | 997,107 | 879,486 |
| 6/30/2029 | 1,204,680,361 | 295,465,950 | 1,500,146,311 | 177,709,993 | 1,322,436,318 | 0.655676 | 0.639932 | 1,500,146 | 1,322,436 | 983,610 | 846,269 | 959,992 | 846,269 |
| 6/30/2030 | 1,201,654,370 | 294,341,369 | 1,495,995,738 | 177,864,560 | 1,318,131,178 | 0.633014 | 0.616564 | 1,495,996 | 1,318,131 | 946,986 | 812,713 | 922,378 | 812,713 |
| 6/30/2031 | 1,197,480,519 | 292,939,183 | 1,490,419,702 | 177,861,942 | 1,312,557,759 | 0.611135 | 0.59405 | 1,490,420 | 1,312,558 | 910,848 | 779,725 | 885,383 | 779,725 |
| 6/30/2032 | 1,191,691,790 | 291,204,816 | 1,482,896,606 | 177,490,339 | 1,305,406,267 | 0.590013 | 0.572357 | 1,482,897 | 1,305,406 | 874,928 | 747,159 | 848,747 | 747,159 |
| 6/30/2033 | 1,182,921,238 | 288,866,579 | 1,471,787,818 | 176,777,362 | 1,295,010,456 | 0.56962 | 0.551457 | 1,471,788 | 1,295,010 | 838,360 | 714,143 | 811,628 | 714,143 |
| 6/30/2034 | 1,171,837,705 | 285,655,312 | 1,457,493,017 | 175,447,051 | 1,282,045,966 | 0.549933 | 0.53132 | 1,457,493 | 1,282,046 | 801,523 | 681,177 | 774,395 | 681,177 |
| 6/30/2035 | 1,159,071,407 | 282,183,816 | 1,441,255,223 | 174,120,377 | 1,267,134,846 | 0.530926 | 0.511918 | 1,441,255 | 1,267,135 | 765,199 | 648,670 | 737,805 | 648,670 |
| 6/30/2036 | 1,142,788,702 | 277,729,500 | 1,420,518,202 | 172,069,440 | 1,248,448,762 | 0.512575 | 0.493225 | 1,420,518 | 1,248,449 | 728,123 | 615,766 | 700,635 | 615,766 |
| 6/30/2037 | 1,123,337,923 | 272,398,640 | 1,395,736,563 | 169,684,597 | 1,226,051,966 | 0.494859 | 0.475215 | 1,395,737 | 1,226,052 | 690,693 | 582,638 | 663,274 | 582,638 |
| 6/30/2038 | 1,100,976,939 | 266,592,984 | 1,367,569,923 | 167,000,389 | 1,200,569,534 | 0.477756 | 0.457862 | 1,367,570 | 1,200,570 | 653,364 | 549,695 | 626,158 | 549,695 |
| 6/30/2039 | 1,073,963,281 | 259,632,630 | 1,333,595,911 | 163,536,588 | 1,170,059,322 | 0.461243 | 0.441142 | 1,333,596 | 1,170,059 | 615,112 | 516,163 | 588,306 | 516,163 |
| 6/30/2040 | 1,043,690,778 | 251,996,981 | 1,295,687,758 | 159,625,156 | 1,136,062,603 | 0.445301 | 0.425034 | 1,295,688 | 1,136,063 | 576,972 | 482,865 | 550,711 | 482,865 |
| 6/30/2041 | 1,011,255,076 | 243,859,381 | 1,255,114,457 | 155,300,935 | 1,099,813,522 | 0.429911 | 0.409513 | 1,255,114 | 1,099,814 | 539,587 | 450,388 | 513,986 | 450,388 |
| 6/30/2042 | 975,654,954 | 234,923,464 | 1,210,578,419 | 150,320,687 | 1,060,257,731 | 0.415052 | 0.394559 | 1,210,578 | 1,060,258 | 502,453 | 418,334 | 477,645 | 418,334 |
| 6/30/2043 | 937,841,545 | 225,676,430 | 1,163,517,975 | 145,086,536 | 1,018,431,439 | 0.400707 | 0.380151 | 1,163,518 | 1,018,431 | 466,229 | 387,158 | 442,313 | 387,158 |
| 6/30/2044 | 899,034,935 | 216,419,175 | 1,115,454,110 | 139,787,271 | 975,666,838 | 0.386857 | 0.36627 | 1,115,454 | 975,667 | 431,521 | 357,357 | 408,557 | 357,357 |
| 6/30/2045 | 858,138,207 | 206,544,474 | 1,064,682,681 | 133,996,095 | 930,686,586 | 0.373486 | 0.352895 | 1,064,683 | 930,687 | 397,644 | 328,435 | 375,721 | 328,435 |
| 6/30/2046 | 816,813,708 | 196,649,221 | 1,013,462,929 | 128,233,369 | 885,229,559 | 0.360578 | 0.340009 | 1,013,463 | 885,230 | 365,432 | 300,986 | 344,586 | 300,986 |
| 6/30/2047 | 775,046,926 | 186,670,892 | 961,717,818 | 122,360,559 | 839,357,258 | 0.348115 | 0.327593 | 961,718 | 839,357 | 334,788 | 274,968 | 315,052 | 274,968 |
| 6/30/2048 | 733,333,610 | 176,512,670 | 909,846,280 | 116,396,356 | 793,449,924 | 0.336083 | 0.315631 | 909,846 | 793,450 | 305,784 | 250,437 | 287,175 | 250,437 |
| 6/30/2049 | 690,831,940 | 166,207,116 | 857,039,056 | 110,236,460 | 746,802,596 | 0.324467 | 0.304105 | 857,039 | 746,803 | 278,081 | 227,106 | 260,630 | 227,106 |
| 6/30/2050 | 649,202,176 | 156,262,754 | 805,464,931 | 104,290,781 | 701,174,150 | 0.313253 | 0.293 | 805,465 | 701,174 | 252,314 | 205,444 | 236,001 | 205,444 |
| 6/30/2051 | 607,454,923 | 146,227,065 | 753,681,988 | 98,257,890 | 655,424,098 | 0.302426 | 0.282301 | 753,682 | 655,424 | 227,933 | 185,027 | 212,765 | 185,027 |
| 6/30/2052 | 566,714,137 | 135,838,480 | 702,552,617 | 91,747,255 | 610,805,362 | 0.291973 | 0.271993 | 702,553 | 610,805 | 205,127 | 166,135 | 191,089 | 166,135 |
| 6/30/2053 | 527,663,013 | 126,190,267 | 653,853,280 | 85,776,326 | 568,076,954 | 0.281882 | 0.262061 | 653,853 | 568,077 | 184,309 | 148,871 | 171,349 | 148,871 |
| 6/30/2054 | 489,528,631 | 116,722,956 | 606,251,587 | 79,858,067 | 526,393,520 | 0.272139 | 0.252491 | 606,252 | 526,394 | 164,985 | 132,910 | 153,073 | 132,910 |
| 6/30/2055 | 452,820,996 | 107,605,845 | 560,426,842 | 74,112,813 | 486,314,029 | 0.262734 | 0.243271 | 560,427 | 486,314 | 147,243 | 118,306 | 136,336 | 118,306 |
| 6/30/2056 | 417,787,104 | 98,915,158 | 516,702,262 | 68,572,353 | 448,129,909 | 0.253653 | 0.234388 | 516,702 | 448,130 | 131,063 | 105,036 | 121,109 | 105,036 |
| 6/30/2057 | 384,179,103 | 90,503,336 | 474,682,439 | 63,212,246 | 411,470,193 | 0.244886 | 0.225829 | 474,682 | 411,470 | 116,243 | 92,922 | 107,197 | 92,922 |
| 6/30/2058 | 352,216,806 | 82,576,210 | 434,793,016 | 58,120,052 | 376,672,963 | 0.236422 | 0.217583 | 434,793 | 376,673 | 102,795 | 81,957 | 94,603 | 81,957 |
| Total | 38,353,279,790 | 9,310,422,409 | 47,663,702,199 | 5,758,941,792 | 41,904,760,407 | | | 47,663,701 | 41,904,763 | 26,941,871 | 23,064,775 | 26,169,125 | 23,064,775 |

MALHOTRA000179