Case:17-03283-LTS          Doc#7278      RECEIVED    Filed:06/06/19

2019 JUL -9 PM 2:25

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, ET AL., | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## RESPONSE TO FIFTIETH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS

My name is Rodolfo Popelnik and this is my contact information.

Address: 3409 Ave. Isla Verde, apto. 1502, Carolina, Puerto Rico 00979.

Telephone: (787) 691-5910

Email: habari.zenu@gmail.com

I am responding as claimant in opposition to the objection presented by the Commonwealth of Puerto Rico to my claim 33919, submitted on 5/25/18. Please see the attached Creditor Data Details for my claim amount of $5,000 in a Savings Note that shows it is being objected by the Commonwealth of Puerto Rico. I believe there are no grounds for this objection.

On page 35 of 51 it states that the reason for objecting my claim is the lack of supportive evidence. I am attaching copies of the documents I submitted on 5/25/18 which fully substantiate my claim. These were downloaded from https://cases.primeclerk.com/puertorico.

To make sure the evidentiary documentation initially submitted was complete, I checked on an exact same claim submitted at the same time, in the same fashion, and for the same amount of $5,000 in a Savings Note in the name of my wife Diane Accaria (Claim 39628). I enclose her Creditor Data Details as well. It shows her claim status as asserted, whereas mine appears as pending objection.

In lieu of the above, I respectfully ask this Court to reject the objection presented by the Commonwealth of Puerto Rico to my claim, and order the complete and full restitution of my IRA Savings note of $5,000, including the non-paid 6% interest as agreed upon.

Respectfully submitted to the

    Clerk's Office
    United States District Court
    #150 Chardon Avenue
    Federal Building
    San Juan, Puerto Rico 00918

_____                                                    7/09/19
Rodolfo Popelnik, Claimant                                Date
Claim 33919

