UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

CDS 5/25/18

MMLID: 747378
EPOCID:
170328300682992

CDS 5/30/18

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

RECEIVED 2018 MAY 25 P 4:50

Modified Official Form 410 / Formulario Oficial 410 Modificado

## Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.
Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[✓] No Copy Provided

### Part 1 / Parte 1 — Identify the Claim / Identificar la reclamación

1. Who is the current creditor? / ¿Quién es el acreedor actual?

RODOLFO POPELNIK
Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor: RODOLFO B. POPELNIK
Otros nombres que el acreedor usó con el deudor

PRIME CLERK LLC
MAY 3 0 2018
RECEIVED
Claim Number: 33919



Proof of Claim

page 1

| | | |
|---|---|---|
| 2. Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>Sí. ¿De quién? _____ | |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | **Where should notices to the creditor be sent?**<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>RODOLFO POPELNIK<br>Name / Nombre<br><br>3409 AVE. ISLA VERDE, APTO. 1502<br>Number / Número   Street / Calle<br><br>CAROLINA, PR   00979<br>City / Ciudad   State / Estado   ZIP Code / Código postal<br><br>(787) 691-5910<br>Contact phone / Teléfono de contacto<br><br>habari.zenu@gmail.com<br>Contact email / Correo electrónico de contacto | **Where should payments to the creditor be sent?** (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>_____<br>Name / Nombre<br><br>_____<br>Number / Número   Street / Calle<br><br>_____<br>City / Ciudad   State / Estado   ZIP Code / Código postal<br><br>_____<br>Contact phone / Teléfono de contacto<br><br>_____<br>Contact email / Correo electrónico de contacto |
| 4. Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No<br>☐ Yes. Claim number on court claims registry (if known)<br>Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____<br>Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA) | |
| 5. Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No<br>☐ Yes. Who made the earlier filing?<br>Sí. ¿Quién hizo la reclamación anterior? _____ | |

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| | |
|---|---|
| 6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>BANCO GUBERNAMENTAL DE FOMENTO (BGF)<br>SAVN05037: SAVINGS NOTES FOR ECONOMIC COOPERATION WITH PR SERIES A, 6%<br>MATURITY DATE 05/03/2017 |
| 7. Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____ |

Modified Official Form 410                Proof of Claim                page 2

| | | |
|---|---|---|
| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ 5000.— | . Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☒ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>SAVN05037: SAVINGS NOTE FOR ECONOMIC COOPERATION WITH PR SERIES A, 6% MATURITY DATE 05/03/2017 | |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | ☒ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>Nature of property / Naturaleza del bien:<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>Otro. Describir: _____<br><br>Basis for perfection / Fundamento de la realización de pasos adicionales: _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>Value of property / Valor del bien: $_____<br><br>Amount of the claim that is secured /<br>Importe de la reclamación que está garantizado: $_____<br><br>Amount of the claim that is unsecured /<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>Amount necessary to cure any default as of the Petition Date /<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____<br><br>Annual Interest Rate (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso)_____%<br>☐ Fixed / Fija<br>☐ Variable / Variable | |
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | ☒ No / No<br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____ | |

Modified Official Form 410           Proof of Claim           page 3

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br>☐ Yes. Identify the property /<br>    Sí. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received  $ _____<br>    by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>    Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

**Part 3 / Parte 3:** Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el __05/24/2018__ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _[signature]_____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name __RODOLFO__   __B.__   __POPELNIK__
    First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo _____

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección __3409__   __AVE. ISLA VERDE, APTO. 1502, CAROLINA, PR 00979__
    Number / Número    Street / Calle

__CAROLINA__    __PR__    __00979__
City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto __(787) 691-5910__   Email / Correo electrónico __habati.zenu@gmail.com__

Modified Official Form 410    Proof of Claim    page 4

Case:17-03283-LTS Doc#:7913-1 Filed:07/09/19 Entered:07/10/19 08:22:47 Desc: Exhibit Page 5 of 11



**IRA STATEMENT**  PAGE 1 OF 5

ACCOUNT NUMBER: ▓▓▓▓▓▓
JANUARY 01, 2018 TO MARCH 31, 2018

UBS TRUST COMPANY OF PR
250 MUNOZ RIVERA AVE 10th FL
SAN JUAN PR 00918



RODOLFO B POPELNIK
COND LAS GAVIOTAS
3409 AVE ISLA VERDE APT 1502
CAROLINA, PR 00979-4901

| | |
|---|---|
| ACCOUNT NAME: | RODOLFO B. POPELNIK |
| ACCOUNT NUMBER: | ▓▓▓▓▓▓ SS/ID: XXX-XX-7638 |
| FINANCIAL ADVISOR: | 6F71 ALMONTE/GOYTIA/EBOLI |

## FOR YOUR INFORMATION

This is your Quarterly Report. For reporting period ending 12/31 this will be your Quarterly and Annual Report. For Individual Tax Reporting, the Tax Identification Number for the IRA Trust is 66-6034393. If you have any questions, please call us at (787) 250-3600.

000540 PRTRUS31 002319

# IRA STATEMENT

PAGE 2 OF 5

ACCOUNT NUMBER: ▓▓▓▓▓
JANUARY 01, 2018 TO MARCH 31, 2018

## PORTFOLIO SUMMARY

| MARKET VALUE AS OF | 01/01/2018 | 03/31/2018 | % OF ACCOUNT |
|---|---|---|---|
| TOTAL | 5,000.00 | 5,000.00 | 100.0% |

## ACTIVITY SUMMARY

|  | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| BEGINNING MARKET VALUE | 5,000.00 | 5,000.00 |
| ENDING MARKET VALUE | 5,000.00 | 5,000.00 |



# UBS

**IRA STATEMENT**  PAGE 3 OF 5
ACCOUNT NUMBER: ~~██████~~
JANUARY 01, 2018 TO MARCH 31, 2018

## PORTFOLIO DETAIL

| DESCRIPTION | TICKER | SHARES | MARKET VALUE/ TAX COST | MARKET PRICE/ COST PRICE | ESTIMATED ANNUAL INCOME | CURRENT YIELD |
|---|---|---|---|---|---|---|
| OTHER ASSETS | | | | | | |
| MISCELLANEOUS ASSETS | | | | | | |
| SAVN05037 SAVINGS NOTES FOR ECONOMIC COOPERATION WITH PR SERIES A, 6.00% MATURITY DATE 05/03/2017 | | 5,000.000 | 5,000.00 5,000.00 | 1.00 1.00 | | |
| TOTAL MISCELLANEOUS ASSETS | | SUB-TOTAL | 5,000.00 5,000.00 | | 0.00 | 0.00 |
| TOTAL OTHER ASSETS | | | 5,000.00 5,000.00 | | 0.00 | 0.00 |
| GRAND TOTAL ASSETS | | | 5,000.00 5,000.00 | | 0.00 | 0.00 |

Market prices have been obtained from pricing services which we believe are reliable; however, we cannot guarantee their accuracy or that securities can be bought or sold for these prices. We will be glad to provide further details upon request.

**Prime Clerk**
830 3RD AVE FL 9
NEW YORK NY 10022-6561

CDS 5/25/18

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUNSEL.

# FedEx International Air Waybill
Express — Origin Copy

**FedEx Tracking Number:** 8120 6424 3770 0402

## 1 From
- Date: 5/30/18
- Sender's Name: (illegible)
- Company: (illegible)
- Address: (illegible)
- Address: 150 Carlos Chardon
- City: San Juan
- State/Province: PR
- Country: US
- Postal Code: 00918
- Internal Billing Reference: 189510 (20) Packing List

**RECEIVED MAY 30 2018 PRIME CLERK LLC**

## 2 To
- Recipient's Name: (blank)
- Phone: 3472924386
- Company: PRIME CLERK
- Address: 850 3RD AVE STE 412
- City: BROOKLYN
- State/Province: NY
- Country: US
- Postal Code: 11232

## 3 Shipment Information
- Total Packages: 1
- Total Weight: 2 lbs
- Commodity Description: legal documents

## 4 Express Package Service
- [X] 03 FedEx Intl. Economy

## 5 Packaging
- [X] 02 FedEx Pak

## 7 Payment
- Bill transportation charges to: [X] Recipient
- FedEx Acct. No.: 3095-8936-7

## 8 Required Signature
- Handling Units: 662
- Origin Station ID: SJU
- Country Code/Destination Station ID: FPCF
- URSA Routing: SAJFDU

# Creditor Data Details for Claim # 33919

**Creditor**
Popelnik, Rodolfo B

**Debtor Name**
Commonwealth of Puerto Rico

**Schedule Number**

**Date Filed**
05/25/2018

**Claim Number**
33919

**Proof of Claim**
View PDF  Email PDF

| | Schedule Amount | C* | U* | D* | Asserted Claim Amount | C* | U* | F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|---|---|---|---|
| General Unsecured | | | | | $5,000.00 | | | | $5,000.00 | Pending Objection |
| Priority | | | | | | | | | | |
| Total | $0.00 | | | | $5,000.00 | | | | $5,000.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

# Creditor Data Details for Claim # 39628

**Creditor**
Accaria, Diane

**Debtor Name**
Commonwealth of Puerto Rico

**Schedule Number**

**Date Filed**
05/25/2018

**Claim Number**
39628

**Proof of Claim**
📄 View PDF ✉ Email PDF

| | Schedule Amount | C* | U* | D* | Asserted Claim Amount | C* | U* | F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|---|---|---|---|
| General Unsecured | | | | | $5,000.00 | | | | $5,000.00 | Asserted |
| Priority | | | | | | | | | | |
| Total | $0.00 | | | | $5,000.00 | | | | $5,000.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign