UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
|   as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
|   Debtors.[1] | |

-------------------------------------------------------------x

ORDER SCHEDULING BRIEFING OF URGENT MOTION FOR SUPPLEMENTAL STAY OF
ADVERSARY PROCEEDING PENDING CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

      The Court has received and reviewed the *Urgent Motion for Supplemental Stay of Adversary Proceeding Pending Confirmation of Commonwealth Plan of Adjustment* (Docket Entry No. 7882, the "Motion") filed by the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico (the "Movant"). Response papers to the Motion must be filed by **July 17, 2019**. Movant's reply papers must be filed by **July 19, 2019**. A hearing on the Motion will be held at the omnibus hearing scheduled for **July 24, 2019 at 9:30 a.m. (Atlantic Standard Time)**.

      SO ORDERED.

Dated: July 10, 2019

                                                        /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).