UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al<br><br>Debtors | PROMESA<br><br>TITLE III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administrated) |
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>As representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA),<br><br>Debtor | PROMESA<br><br>Title III<br><br>Case No. 17-BK-4780-LTS<br><br>Court Filing Relates Only to PREPA |

**INFORMATIVE MOTION OF INSTITUTO DE COMPETITIVIDAD Y SOSTENIBILIDAD ECONOMICA DE PUERTO RICO (ICSE), CENTRO UNIDO DE DETALLISTAS (CUD); CAMARA DE MERCADEO, INDUSTRIA Y DISTRIBUCION DE ALIMENTOS (MIDA); ASOCIACIÓN DE CONTRATISTAS Y CONSULTORES DE ENERGÍA RENOVABLE DE PUERTO RICO (ACONER); ASOCIACION DE RESTAURANTES DE PUERTO RICO (ASORE), PUERTO RICO HOSPITAL ASSOCIATION (PRHA) AND PUERTO RICO MANUFACTURERS ASSOCIATION (PRMA) REGARDING JULY 11, 2019 HEARING AT 10:00 A.M. (AST)**

To the Honorable United States District Judge Laura Taylor Swain:

The appearing objectors, by and through its attorney, hereby submit this informative motion in response to this Court's Order Regarding Procedures for Attendance, Participation and Observation of July11, 2019, Hearing [Case No. 17-BK-

3283-LTS, Dkt. No. 7826] (the "Scheduling Order") setting forth guidelines for parties wishing to be heard at the July 11, 2019 hearing (the "Hearing").

1. Fernando E. Agrait will appear in person on behalf of ICSE and the other appearing parties at the Hearing in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. Counsel intends to address the pre-trial conference in connection with the Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922 and 928, and Bankruptcy Rules 3012(a)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement and Tolling Certain Limitations Periods [Docket Entry No. 1235 in 17-4780].

2. ICSE and the other appearing parties reserve all rights to be heard on any matter raised by any party at the Hearing related to the Title III cases or the interests of ICSE and counsel will be prepared to respond to any matter raised by the Court or to any statement made by any party in connection with the above captioned Title III Proceeding.

CERTIFICATE OF SERVICE I hereby certify that, on this same date, I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record and CM/ECF participants in this case.

Date: July 9, 2019

Respectfully submitted.

s/FERNANDO E. AGRAIT
USDC-PR127212
T.S. NÚM. 3772
701 AVENIDA PONCE DE LEÓN
OFICINA 414
SAN JUAN, PUERTO RICO  00907
TELS 787-725-3390/3391
FAX 787-724-0353
EMAIL:  agraitfe@agraitlawpr.com