IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>        as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>        as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>        Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 4780-LTS |

## ORDER REGARDING PROCEDURES FOR JULY 30, 2019 HEARING

In accordance with the *Revised Order Extending and Establishing Certain Deadlines Applicable to the Joint Motion of PREPA and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(A)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement [ECF NO. 1235]* (Dkt. No. 1366 in 17-BK-

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

4780), this Court will hold a hearing on discovery motions and motions to quash on **July 30, 2019 at 1:00 p.m. Atlantic Standard Time in Boston, MA**.

The hearing will be held in **Courtroom 8** of the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210 and by video teleconference to the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Avenue, Federal Building, San Juan, Puerto Rico 00918-1767. The Court will provide the courtroom number for the Puerto Rico courthouse through later notice. Judge Dein will be present in the Massachusetts courtroom. **Counsel who intend to present oral argument are required to attend the proceedings in the Massachusetts courtroom.**

Counsel who intend to present oral argument must file an Informative Motion stating their name and the party for which they intend to appear, **no later than July 26, 2019 at 3:00 p.m. Atlantic Standard Time**. Other attorneys, members of the press, and the general public may attend and observe the hearing in either the Massachusetts or Puerto Rico courtrooms.

Attorneys who have entered an appearance in the Title III proceedings may register to listen-in on the proceedings by telephone. Such attorneys must register with CourtSolutions at www.court-solutions.com by **July 26, 2019** and pay the fee established by CourtSolutions. No recording or retransmission of the hearing is permitted by any person, including, but not limited to, the parties or the press. Failure to comply may result in sanctions, including suspension of press privileges for members of the press in either court.

All parties intending to present argument are ordered to meet and confer, and to submit to the Court prior to the hearing a proposed agenda informing the Court of the sequence by which counsel intend to address any discovery matters. The proposal shall include

which counsel intends to address each argument. Such proposal shall be jointly submitted to chambers by email at deindprcorresp@mad.uscourts.gov by **July 29, 2019 at 3:00 p.m. Atlantic Standard Time**.

Finally, any counsel expecting to submit evidence during the hearing or intending to use a demonstrative to aid in argument must so alert opposing counsel and the Court (through the email provided above) by **July 26, 2019**.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: July 10, 2019