Lillian Teresa Azize Alvarez
Po. Box 20083
San Juan, Puerto Rico 00928

9 de julio de 2019

Oficina del Secretario
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Re: Número de Reclamación 37571



A quien pueda interesar:

La información de contacto es la siguiente.

Mi nombre es Lillian Teresa Azize Alvarez. Mi domicilio es en la calle Diana 787 de la Urbanización Dos Pinos en San Juan, Puerto Rico 00923 y con número telefónico 787-398-1006. Mi correo electrónico es llilliantazize@gmail.com.

El Título para contestar la comunicación recibida en el documento 7275 radicado el 6 de junio de 2019 es como sigue:

    Tribunal de Distrito de los Estados Unidos en San Juan, Puerto Rico.
    Deudor: Estado Libre Asociado de Puerto Rico
    Número de Caso 17BK-03283 LTS
    Título de Objeción Colectiva #48- Reclamaciones Enmendadas

Razones de la Oposición a la Objeción Colectiva:

Como se evidencia en el estado de cuenta al 30 de junio de 2019 de inversiones mantenidas en la casa de corretaje UBS, el valor par del instrumento con CUSIP # 745211L19 es de $100,000. La cantidad de $37,250 corresponde a la reducción en valor a la fecha del 13 de junio de 2018, cuando se sometió la reclamación. Reitero que la cantidad correcta y reclamada por la aquí suscribiente es $100,000. No existe razón lógica para que

la reclamación inicial haya sido por la cantidad del valor par y luego se haya enmendado para presentar un balance menor. En todo caso sucedió a la inversa.

De necesitar información adicional se pueden comunicar conmigo al 787-754-1828.

Atentamente,

Lillian Teresa Azize