# UBS

UBS Financial Services
Incorporated of Puerto Rico
250 Munoz Rivera Avenue, Ph FL
San Juan PR 00918-9998

# Resource Management Account
June 2019

ANP7004247525 0619 X12 JX 0

LILLIAN AZIZE AND
LILLIAN ALVAREZ SANCHEZ
PO BOX 20083
SAN JUAN PR 00928-0083

**Account name:** LILLIAN AZIZE AND
LILLIAN ALVAREZ SANCHEZ

**Account number:** REDACTED

**Your Financial Advisor:**
MIA TORRUELLA
Phone: 787-250-3600/800-221-9825

**Questions about your statement?**
Call your Financial Advisor or the
RMA ResourceLine at 800-RMA-1000,
account 354023095.

**Visit our website:**
www.ubs.com/financialservices

**Items for your attention**
- Help protect yourself from fraud and review bank, credit card, and brokerage statements regularly. Also, get your free credit report annually from www.annualcreditreport.com.

## Value of your account

|  | on May 31 ($) | on June 28 ($) |
|---|---|---|
| Your assets | 222,912.61 | 231,761.92 |
| Your liabilities | 0.00 | 0.00 |
| **Value of your account** | **$222,912.61** | **$231,761.92** |

## Tracking the value of your account



$ Thousands: 257.9, 212.7, 228.5, 204.4, 214.8, 190.8, 225.1, 222.9, 231.8
Dec 2012, Dec 2013, Dec 2014, Dec 2015, Dec 2016, Dec 2017, Dec 2018, May 2019, Jun 2019

### Sources of your account growth during 2019

| | |
|---|---|
| Value of your account at year end 2018 | $225,079.82 |
| Net deposits and withdrawals | -$20,625.11 |
| Your investment return: | |
| Dividend and interest income | $4,298.08 |
| Change in market value | $23,009.13 |
| **Value of your account on Jun 28, 2019** | **$231,761.92** |

Member SIPC     ANP70005004247525 NP7000239704 00002 0619 008194363 REDACTED 110000     Page 1 of 10

UBS
Resource Management Account
June 2019

Account name: JILLIAN AZIZE AND
Account number: REDACTED;

Your Financial Advisor:
MIA TORRUELLA
787-250-3600/800-221-9825

# Your account balance sheet

## Summary of your assets

| | | Value on June 28 ($) | Percentage of your account |
|---|---|---|---|
| A | Cash and money balances | 36,103.49 | 15.58% |
| B | Cash alternatives | 0.00 | 0.00% |
| C | Equities | 9,294.12 | 4.01% |
| D | Fixed income | 122,248.50 | 52.75% |
| E | Non-traditional | 0.00 | 0.00% |
| F | Commodities | 0.00 | 0.00% |
| G | Other | 64,115.81 | 27.66% |
| | Total assets | $231,761.92 | 100.00% |

**Value of your account**     $231,761.92

### Your current asset allocation



## Eye on the markets

| Index | Percentage change | |
|---|---|---|
| | June 2019 | Year to date |
| S&P 500 | 7.05% | 18.54% |
| Russell 3000 | 7.02% | 18.71% |
| MSCI - Europe, Australia & Far East | 5.97% | 14.49% |
| Barclays Capital U.S. Aggregate Bond Index | 1.26% | 6.11% |

**Interest rates on June 28, 2019**
3-month Treasury bills: 2.06%
One-month LIBOR: 2.40%



Resource Management Account
June 2019

Account name: LILLIAN AZIZE AND
Account number: REDACTED

Your Financial Advisor:
MIA TORRUELLA
787-250-3600/800-221-9825

## Change in the value of your account

|  | June 2019 ($) | Year to date ($) |
|---|---|---|
| Opening account value | $222,912.61 | $225,079.82 |
| Deposits, including investments transferred in | 1,205.00 | 54,567.25 |
| Withdrawals and fees, including investments transferred out | -2,165.94 | -75,192.36 |
| Dividend and interest income | 707.27 | 4,298.08 |
| Change in market value | 9,102.98 | 23,009.13 |
| Closing account value | $231,761.92 | $231,761.92 |

## Dividend and interest income earned

For purposes of this statement, taxability of interest and dividend income has been determined from a US tax reporting perspective. Based upon the residence of the account holder, account type, or product type, some interest and/or dividend payments may not be subject to United States (US) and/or Puerto Rico (PR) income taxes. The client monthly statement is not intended to be used and cannot be relied upon for tax purposes. Clients should refer to the applicable tax reporting forms they receive from UBS annually, such as the Forms 1099 and the Forms 480, for tax reporting information. It is the practice of UBS to file the applicable tax reporting forms with the US Internal Revenue Service and PR Treasury Department, and in such forms accurately classify dividends and/or interest as tax exempt or taxable income. Please consult your individual tax preparer.

|  | June 2019 ($) | Year to date ($) |
|---|---|---|
| Taxable dividends | 575.63 | 1,087.19 |
| Tax-exempt dividends | 131.64 | 767.88 |
| Total current year | $707.27 | $1,855.07 |
| Prior year adjustment | 0.00 | 2,443.01 |
| Total dividend & interest | $707.27 | $4,298.08 |

## Summary of gains and losses

Values reported below exclude products for which gains and losses are not classified.

|  | Realized gains and losses | | Unrealized gains and losses ($) |
|---|---|---|---|
|  | June 2019 ($) | Year to date ($) |  |
| Long term | 0.00 | -15,615.01 | -103,015.50 |

## Cash activity summary

See *Account activity this month* for details. Balances in your Sweep Options are included in the opening and closing balances value. FDIC insurance applies to deposits at UBS Bank USA and all banks participating in the UBS FDIC Insured Deposit Program. It does not apply to deposits at UBS AG, Stamford Branch. SIPC protection applies to money market sweep fund holdings but not bank deposits. See *Important information about your statement* on the last two pages of this document for details.

|  | June 2019 ($) | Year to date ($) |
|---|---|---|
| Opening balances | $36,357.16 | $44,247.02 |
| *Additions* |  |  |
| Deposits and other funds credited | 1,205.00 | 54,567.25 |
| Dividend and interest income | 707.27 | 4,298.08 |
| Proceeds from investment transactions | 0.00 | 8,183.50 |
| Total additions | $1,912.27 | $67,048.83 |
| *Subtractions* |  |  |
| Checks and bill payments | -1,623.75 | -73,169.55 |
| Card payments | -542.19 | -2,020.50 |
| Other funds debited | 0.00 | -2.31 |
| Total subtractions | -$2,165.94 | -$75,192.36 |
| Net cash flow | -$253.67 | -$8,143.53 |
| Closing balances | $36,103.49 | $36,103.49 |


UBS  Resource Management Account  
June 2019

Case:17-03283-LTS   Doc#:7930-1   Filed:07/11/19   Entered:07/11/19 08:55:25   Desc: Exhibit Page 4 of 12

Account name: JULIAN AZIZE AND
Account number: REDACTED

Your Financial Advisor:
MIA TORRUELLA
787-250-3600/800-221-9825

# Withholdings and tax summary

|  | June 2019 ($) | Year to date ($) |
|---|---|---|
| Puerto Rico taxes paid | 0.00 | -2.31 |

# My Choice Rewards Points from UBS

Rewards points are reflected as of the 26th of the month or the prior business day if the 26th falls on a weekend/holiday. Rewards point activity details can be found on www.ubs.com/onlineservices

|  | June 2019 | Year to date |
|---|---|---|
| **Opening balance** | 28,053 | 26,749 |
| Points earned | 3,306 | 4,610 |
| Points redeemed | -30,500 | -30,500 |
| **Closing balance** | 859 | 859 |

# Your investment objectives:

You have identified the following investment objectives for this account. If you have questions about these objectives, disagree with them, or wish to change them, please contact your Financial Advisor or Branch Manager. You can find a full description of the alternative investment objectives in *Important information about your statement* at the end of this document.

**Your return objective:**
Capital appreciation
**Your risk profile:**
Primary - Conservative
Investment eligibility consideration - None selected

# Your account instructions

- Your account cost basis default closing method is FIFO, First In, First Out.



Resource Management Account
June 2019

Account name: LILLIAN AZIZE AND
Account number: REDACTED

Your Financial Advisor:
MIA TORRUELLA
787-250-3600/800-221-9825

# Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

## Cash

### Cash and money balances

| Holding | Opening balance on Jun 1 ($) | Closing balance on Jun 28 ($) | Price per share on Jun 28 ($) | Average rate | Dividend/Interest period | Days in period |
|---|---|---|---|---|---|---|
| Cash | 0.00 | -250.00 | | | | |
| PR SHORT TERM INV FUND | 36,357.16 | 36,353.49 | 1.00 | 1.36% | May 24 to Jun 23 | 31 |
| **Total** | **$36,357.16** | **$36,103.49** | | | | |

## Equities

### Common stock

| Holding | Trade date | Number of shares | Purchase price/ Average price per share ($) | Cost basis ($) | Price per share on Jun 28 ($) | Value on Jun 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| POPULAR INC Symbol: BPOP Exchange: OTC EAI: $34 Current yield: 2.24% | Dec 12, 03 | 28.000 | 235.188 | 6,585.27 | 54.240 | 1,518.72 | -5,066.55 | LT |

### Closed end funds & Exchange traded products

*Total reinvested* is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

*Cost basis* is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

*Unrealized (tax) gain or loss* is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

*Investment return* is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Jun 28 ($) | Value on Jun 28 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| ISHARES S&P 100 ETF Symbol: OEF Trade date: Jul 3, 14 EAI: $156 Current yield: 2.01% | 60.000 | 89.434 | 5,366.05 | 5,366.05 | 129.590 | 7,775.40 | 2,409.35 | 2,409.35 | LT |



Resource Management Account
June 2019

Account name: JUAN AZIZE AND
Account number: REDACTED;

Your Financial Advisor:
MIA TORRUELLA
787-250-3600/800-221-9825

## Your assets (continued)

### Fixed income

#### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Jun 28 ($) | Value on Jun 28 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| PUERTO RICO COMWLTH INDL RV OID99.499 BE/R/ DEFAULTED RATE 05.250% MATURES 07/01/28 CALLABLE 07/01/19 @ 100.00 CUSIP 745211LJ9 Moody: C S&P: Not rated Original cost basis: $100,705.25 | Oct 26, 11 | 100,000.000 | 100.454 | 100,454.38 | 92.250 | 92,250.00 | -8,204.38 | LT |

#### Closed end funds & Exchange traded products

If any of the closed end funds you hold are advised or co-advised by UBS Asset Managers of Puerto Rico, please note that the price per share information listed below reflects either (1) the bid price for the shares of the funds as of the closing date of this statement (the "bid price") as determined by UBS Financial Services Incorporated of Puerto Rico (UBSFSPR) or (2) in the absence of a bid price, the indicative price reflecting UBSFSPR's best estimate of the price at which UBSFSPR would bid if it were to make a firm bid at the time. The price per share shown in this statement may be higher or lower than the NAV of the funds on the same date.

In addition, the price per share listed here may be higher or lower than the last price at which the funds traded as of the closing date of this statement and the price at which the funds may have traded on any date subsequent to the closing date of this statement. Additional information, including prospectuses, an informative brochure and recent NAVs for closed end funds managed or co-managed by UBS Asset Managers of Puerto Rico can be found at www.ubs.com/prfunds.

Total reinvested is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

Cost basis is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

Unrealized (tax) gain or loss is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

Investment return is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Jun 28 ($) | Value on Jun 28 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| PUERTO RICO INVESTORS TAX FREE FUND INC II | | | | | | | | | |
| Trade date: Oct 26, 11 | 11,591.000 | 9.190 | 106,525.73 | 106,525.73 | 2.100 | 24,341.10 | -82,184.63 | | LT |
| Total reinvested | 2,694.000 | 7.347 | | 19,795.12 | 2.100 | 5,657.40 | -14,137.72 | | |
| EAI: $929 Current yield: 3.10% | | | | | | | | | |
| Security total | 14,285.000 | 8.843 | 106,525.73 | 126,320.85 | | 29,998.50 | -96,322.35 | -76,527.23 | |

**UBS**

Resource Management Account
June 2019

Account name: **REDACTED**
Account number:

Your Financial Advisor:
MIA TORRUELLA
787-250-3600/800-221-9825

## Your assets (continued)

### Other

#### Mutual funds

*Total reinvested* is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

*Cost basis* is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

*Unrealized (tax) gain or loss* is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

*Investment return* is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Jun 28 ($) | Value on Jun 28 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| THORNBURG INCOME BUILDER CLASS C | | | | | | | | | |
| Symbol: TIBCX | | | | | | | | | |
| Trade date: Feb 12, 13 | 1,801.677 | 19.662 | 35,425.62 | 35,425.62 | 21.550 | 38,826.13 | 3,400.51 | | LT |
| Trade date: Oct 3, 13 | 346.706 | 20.205 | 7,005.25 | 7,005.25 | 21.550 | 7,471.51 | 466.26 | | LT |
| Trade date: Dec 2, 14 | 704.556 | 21.297 | 15,005.25 | 15,005.25 | 21.550 | 15,183.18 | 177.93 | | LT |
| Total reinvested | 122.273 | 20.538 | | 2,511.25 | 21.550 | 2,634.98 | 123.73 | | |
| EAI: $2,291 Current yield: 3.57% | | | | | | | | | |
| Security total | 2,975.212 | 20.149 | 57,436.12 | 59,947.37 | | 64,115.81 | 4,168.43 | 6,679.68 | |

### Your total assets

| | | Value on Jun 28 ($) | Percentage of your account | Cost basis ($) | Estimated annual income ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|---|---|
| Cash | Cash and money balances | 36,103.49 | 15.58% | 36,103.49 | | |
| Equities | Common stock | 1,518.72 | | 6,585.27 | 34.00 | -5,066.55 |
| | Closed end funds & Exchange traded products | 7,775.40 | | 5,366.05 | 156.00 | 2,409.35 |
| | Total equities | 9,294.12 | 4.01% | 11,951.32 | 190.00 | -2,657.20 |
| Fixed income | Municipal securities | 92,250.00 | | 100,454.38 | | -8,204.38 |
| | Closed end funds & Exchange traded products | 29,998.50 | | 126,320.85 | 929.00 | -96,322.35 |
| | Total fixed income | 122,248.50 | 52.75% | 226,775.23 | 929.00 | -104,526.73 |
| Other | Mutual funds | 64,115.81 | 27.66% | 59,947.37 | 2,291.00 | 4,168.43 |
| Total | | $231,761.92 | 100.00% | $334,777.41 | $3,410.00 | -$103,015.50 |

**REDACTED**

ANP70005004247531 NP7000239704 00002 0619 008194363    I10000    Page 7 of 10

## UBS

Resource Management Account
June 2019

Account name: LILLIAN AZIZE AND
Account number: REDACTED

Your Financial Advisor:
MIA TORRUELLA
787-250-3600/800-221-9825

# Account activity this month

### Deposits and other funds credited

| Date | Activity | Description | Amount ($) |
|---|---|---|---|
| Jun 3 | Deposit | DIRECT DEPOSIT SSA TREAS 310 | 880.00 |
| Jun 5 | Deposit | DIRECT DEPOSIT NATIONWIDE LIFE | 325.00 |
| | | **Total deposits and other funds credited** | **$1,205.00** |

### Dividend and interest income

| Date | Activity | Description | Amount ($) |
|---|---|---|---|
| | | *Taxable dividends* | |
| Jun 21 | Dividend | ISHARES S&P 100 ETF PAID ON 60 SYMBOL: OEF | 49.82 |
| Jun 24 | Dividend | THORNBURG INCOME BUILDER CLASS C AS OF 06/21/19 SYMBOL: TIBCX | 525.81 |
| | | **Total taxable dividends** | **$575.63** |
| | | *Tax-exempt dividends* | |
| Jun 10 | Puerto Rico Dividend | PUERTO RICO INVESTORS TAX FREE FUND INC II | 89.28 |
| Jun 24 | Dividend | PUERTO RICO SHORT TERM INVESTMENT FUND INC AS OF 06/21/19 | 42.36 |
| | | **Total tax-exempt dividends** | **$131.64** |
| | | **Total dividend and interest income** | **$707.27** |

### Checks

| Check number | Date | Description | Amount ($) |
|---|---|---|---|
| 001284 | Jun 11 | LILLIAN AZIZE | -200.00 |
| 001285 | Jun 11 | LILLIAN AZIZE | -85.00 |
| 001287 | Jun 10 | MARIA TERESA FIDALGO | -20.00 |
| 001288 | Jun 18 | MARIA TERESA FIDALGO | -300.00 |
| 001289 | Jun 17 | LAURA RIVERA | -600.00 |
| 001290 | Jun 28 | LILLIAN AZIZE | -250.00 |
| 007037 | Jun 24 | MACYS | -47.60 |
| | | **Total checks** | **-$1,502.60** |

### Bill payments

| Date | Activity | Description | Amount ($) |
|---|---|---|---|
| Jun 13 | Withdrawal | ACH WITHDRAWAL AAA - IVR | -121.15 |
| | | **Total bill payments** | **-$121.15** |

**Card Items for your Attention:**
The new UBS Visa Infinite credit card is here, packed with exclusive travel benefits, more rewards and more of what you love, including extraordinarily personalized service. All stunningly clad in metal. Visit ubs.com/visainfinite or call us at 888-762-1232 to learn more.

**UBS**

Resource Management Account
June 2019

Account name: REDACTED AND
Account number:

Your Financial Advisor:
MIA TORRUELLA
787-250-3600/800-221-9825

## Account activity this month (continued)

| | Date | Description | Amount ($) |
|---|---|---|---|
| Card payments | Jun 14 | CREDIT CARD PAYMENT | -542.19 |
| | **Total card payments** | | **-$542.19** |

| | Minimum Payment Due | Payment Due Date | Credit line | Available Credit Line | Outstanding balance |
|---|---|---|---|---|---|
| UBS Visa credit card(s) payment information for July 23, 2019 | $35.00 | Jul 23, 2019 | $11,500.00 | $8,498.22 | $3,001.78 |

This credit card is enrolled in UBS Pay Credit Card feature and will automatically be paid from your account. Your payment is scheduled for July 14, 2019.

We provide this information on your UBS Visa credit cards solely as a courtesy to you. The UBS Visa credit card and account are issued by UBS Bank USA. UBS Bank USA sends you the official statement for this account and you should make your payment according to their instructions.

We do not include your outstanding credit card balance in the value of your account with UBS Financial Services Inc.

| | Date | Activity | Description | Amount ($) |
|---|---|---|---|---|
| Money balance activities | May 31 | Balance forward | | $36,357.16 |
| | Jun 4 | Bought | P.R. SHORT TERM INV. FUND INC | 880.00 |
| | Jun 6 | Bought | P.R. SHORT TERM INV. FUND INC | 325.00 |
| | Jun 11 | Bought | P.R. SHORT TERM INV. FUND INC | 69.28 |
| | Jun 12 | Sold | P.R. SHORT TERM INV. FUND INC AS OF 06/11/19 | -285.00 |
| | Jun 14 | Sold | P.R. SHORT TERM INV. FUND INC AS OF 06/13/19 | -121.15 |
| | Jun 17 | Sold | P.R. SHORT TERM INV. FUND INC AS OF 06/14/19 | -542.19 |
| | Jun 18 | Sold | P.R. SHORT TERM INV. FUND INC AS OF 06/17/19 | -600.00 |
| | Jun 19 | Sold | P.R. SHORT TERM INV. FUND INC AS OF 06/18/19 | -300.00 |
| | Jun 24 | Bought | P.R. SHORT TERM INV. FUND INC AS OF 06/21/19 | 42.36 |
| | Jun 24 | Bought | P.R. SHORT TERM INV. FUND INC | 49.82 |
| | Jun 25 | Bought | P.R. SHORT TERM INV. FUND INC | 478.21 |
| | Jun 28 | Closing Tax-Free Puerto Rico Daily Fund | | $36,353.49 |

The Puerto Rico Short Term Investment Fund is your primary sweep option.



## Your notes

# Important information about your statement

UBS Financial Services Inc. (the Firm or UBS Financial Services), is a member of all principal security, commodity and options exchanges. UBS Financial Services and UBS Bank USA are indirect subsidiaries of UBS AG and affiliates of UBS Securities LLC. The Firm's financial statement is available upon request. The Firm's executive offices are at:

UBS Financial Services Inc.
1200 Harbor Boulevard
Weehawken, NJ 07086

This statement represents the only official record of your UBS Financial Services account. Other records, except official tax documents, containing conflicting data should not be relied upon. If you believe there is an error or omission, please report it immediately in writing to the Branch Manager of the office serving your account.

Although all figures shown are intended to be accurate, statement data should not be used for tax purposes. Rely solely on year-end tax forms, (i.e., Form 1099, 5498, 1042S, etc.) when preparing your tax return. The Firm is required by law to report to the IRS all taxable dividends, reportable non-taxable dividends and taxable interest earned on securities held in your account, net proceeds on sale transactions, and cost basis on certain covered securities.

### Communications with the Firm

- Please re-confirm any oral communications in writing to further protect your rights, including your rights under the Securities Investor Protection Act (SIPA).
- If the financial institution on the top left of the front of this statement is not UBS Financial Services, UBS Financial Services carries your account as clearing broker by arrangement with the indicated institution. We informed you of this relationship when you opened this account. In this case, your funds and securities are located at UBS Financial Services and not the introducing broker, and you must make a report of any error or omission to **both** firms.
- As described in the account agreements, you must notify us of any errors or fraud involving checks reflected on your statement within 30 days after it was mailed or made available.
- Please direct customer complaints or inquiries to the Firm's Client Relations Department at 201-352-1699 or toll-free at 800-354-9103, 8:00 A.M. to 6:00 P.M. ET Monday through Friday, or in writing to UBS Financial Services Inc., Client Relations Department, P.O. Box 766 Union City, NJ 07087.
- All statements shall be deemed complete and accurate if not objected to in writing within 60 days.
- For TTY services: Call 844-612-0986 or from outside the U.S.: Call 201-352-1495
- In case of errors or questions about an electronic funds transfer (EFT), bill payment or UBS Visa® debit card transactions, call 800-762-1000, or write to UBS Financial Services Inc., 1000 Harbor Blvd., 6th floor, Weehawken, NJ 07086, Attn: RMA/BSA Services.

Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. The Firm or Card Issuer (as applicable) must hear from you no later than 60 days after the Firm sent you the first statement on which the error or problem appeared.
- Provide your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Provide the dollar amount of the suspected error.

The Firm or Card Issuer will investigate your complaint and will correct any error promptly. For alleged errors involving UBS Visa® debit card transactions, if we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

Please make all checks payable to the Firm or the financial institution indicated on the front of this statement. In addition to regular account fees, accounts may be subject to maintenance fees, charges for late payment for securities purchases and charges for unpaid amounts in cash accounts. Accounts that are transferred to other institutions may be subject to a transfer fee.

### UBS Sweep Options

UBS offers options for sweeping cash balances to bank deposit accounts at non-affiliated banks and affiliated banks and money market mutual funds (Money Funds). Deposit accounts at UBS Bank USA and non-affiliated banks participating in the UBS FDIC-Insured Deposit Program are FDIC-insured in accordance with FDIC rules. For more information, please visit www.fdic.gov. Deposit accounts at UBS AG Stamford Branch and shares of Money Funds are not insured by the FDIC.

Bank deposits are not protected by SIPC. Money Fund shares are protected by SIPC. See "UBS Financial Services Account Protection" below.

Upon your request, balances in the bank deposits may be withdrawn, and shares of a Money Fund may be liquidated, and the proceeds returned to you or your securities account.

Further information about available sweep options, including current interest rates and yields, is available at www.ubs.com/sweepyields, from your Financial Advisor or by calling 800-762-1000.

### UBS Financial Services account protection

The Firm is a member of the Securities Investor Protection Corporation (SIPC), which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure available upon request or at www.sipc.org. The SIPC asset protection limits apply to all accounts that you hold in a particular capacity.
The Firm, together with certain affiliates, has also purchased supplemental insurance. The maximum amount payable to all eligible clients, collectively under this protection is $500 million as of December 10, 2016. Subject to the policy conditions and limitations, cash at the Firm is further protected for up to $1.9 million in the aggregate for all your accounts held in a particular capacity. A full copy of the policy wording is available upon request.

Neither the SIPC protection nor the supplemental protection apply to:
- Certain financial assets controlled by (and included in your account value) but held away from UBS Financial Services. For example certain (i) insurance products, including variable annuities, and (ii) shares of mutual funds registered in the name of the account holder on the books of the issuer or transfer agent);
- Investment contracts or investment interests (e.g., limited partnerships and private placements) that are not registered under the Securities Act of 1933;
- Commodities contracts (e.g., foreign exchange and precious metal contracts), including futures contracts and commodity option contracts; and
- Deposit accounts (except certificates of deposit) at UBS Bank USA, UBS AG U.S. branches and banks in the FDIC Insured Deposit Program.

The SIPC protection and the supplemental protection do not apply to these assets even if they otherwise appear on your statements. The SIPC protection and the supplemental protection do not protect against changes in the market value of your investments (whether as a result of market movement, issuer bankruptcy or otherwise).

### Dividend Reinvestment Program (DRIP)

The price reflected is an average price. You may obtain the actual price from your Financial Advisor. Only whole shares are purchased under DRIP; partial shares will be sold and the cash will be deposited in your account. The dividend reinvestment price supplied by the issuer may differ from the market price at which the partial shares are sold.

### Cash-in-lieu

Only whole units may be held in your account. If you are entitled to a partial unit as a result of a dividend payment or otherwise, the Firm will either sell partial units at market price or accept an amount determined by a registered clearing agency, and credit your account.

### Investment objectives

The investment objectives and risk profile are specific to each account and may vary between your accounts. Please advise the Firm promptly in writing of any significant change in your financial situation or investment objectives. For each account held, you choose one of the following investment objectives:
- *Produce Current Income*: Investments seeking the generation of income only.
- *Achieve Capital Appreciation*: Investments seeking growth of principal rather than the generation of income.
- *Produce Combination of Income and Capital Appreciation*: Investments seeking both the generation of income and growth of principal.

### Overall risk profiles

- *Conservative*: Seeks to maintain initial principal, with low risk and volatility to the account overall, even if that means the account does not generate significant income or returns and may not keep pace with inflation.
- *Moderate*: Willing to accept some risk to principal and tolerate some volatility to seek higher returns.
- *Aggressive*: Willing to accept high risk to principal and high volatility to seek high returns over time.
- *Investment Eligibility Consideration*: If selected, a portion of the portfolio for that account may include complex strategies, limited liquidity and greater volatility.

### Statement "householding"

We may consolidate all related account statements with the same address in the same envelope, e.g. because they have owners who also maintain joint account relationships with other clients at the same address. If you prefer to receive individual statements mailed in separate envelopes, you may decline householding by calling your Financial Advisor.

### Friendly account name

The Friendly account name is a customizable "nickname" chosen by you to assist you with your recordkeeping. It has no legal effect on your account, is not intended to reflect any strategy, product, recommendation, investment objective or risk profile associated with your accounts, and is not a promise or guarantee that wealth, or any financial results, can or will be achieved. All investments involve the risk of loss, including the risk of loss of the entire investment. You can change your Friendly account names through Online Services or by contacting your Financial Advisor.

### Account overview

- *Value of your account/portfolio*. Net of assets and liabilities.
- *Assets*. Includes available cash balances, values for restricted security (est.), and Global Time Deposits, unrealized marks to market, and certain assets not held by the Firm. Does not include unpriced securities/assets at the end of the prior and current statement periods, or private investments, unvested stock options and exercisable stock options.
- *Liabilities*. Includes debit balances, outstanding margin loans, credit line, short account balances.
- *Cash/money balances*. Total of uninvested available cash balances, plus deposit balances at affiliated and non-affiliated banks, and money market mutual fund sweep balances, at the close of the statement period. Non-commodity free credit balances in your account are not segregated from other balances and the Firm may use any of these funds in the ordinary course of its business. These funds are payable upon your demand. This total is included in the current period closing value.

### Lending information

For detailed information on the Firm's lending practices and disclosures, refer to your Client Relationship Agreement or Account Agreement and the General Terms and Conditions. UBS Statement of Credit Practices available in *Agreements and Disclosures* at www.ubs.com/accountdisclosures.

## Important information about your statement (continued)

**Your assets**
Your statement itemizes securities and other assets held in the account at the end of the statement period. You may ask for delivery of fully paid securities at any time. You may receive securities used as loan collateral after paying any balance due on them. Any securities transferred to the Firm during the statement period are listed at market value as of the end of the statement period.

- **Cost basis.** In determining the cost basis of the securities included in this statement, where indicated with the number "1," UBS Financial Services has relied on information obtained from sources other than UBS Financial Services, including information from another firm or that you may have provided to your Financial Advisor. The Firm does not independently verify or guarantee the accuracy or validity of any information provided by sources other than UBS Financial Services. In addition, although UBS Financial Services generally updates this information as it is received, the Firm does not provide any assurances that the information under "Cost basis" and "Unrealized gain/loss" is accurate as of the date of this statement. As such, please do not rely on this information to make purchase or sale decisions, for tax purposes or otherwise. Accounts transferred to the Firm may reflect gain/loss information only for the period of time they are held at the Firm. More historical information can be added by your Financial Advisor.
- **Unrealized gains/losses.** When data is available, estimated unrealized gains/losses are calculated for individual security lots. The transaction data for individual lots may or may not reflect commissions, charges and/or security reorganization events. Dividend and other reinvestment lots and systematic purchase lots are each combined to display one averaged lot. The "Trade date" column presents the original transaction trade date.
- **Callable securities.** Bonds and preferred stock that the issuer calls for early redemption will be selected impartially by lot from among all securities of that issue held in our name or in nominee name for our clients. Call feature information is obtained from third parties and its accuracy is not guaranteed. Other call features may exist which could affect yield; complete information will be provided upon request.
- **Price/value.** Prices displayed for securities and other products may be higher or lower than the price that you would actually receive in the market. Prices are obtained from various third party sources which we believe to be reliable, but we do not guarantee their accuracy.
  - We generally use the closing price when available or the mean of the bid and ask prices for listed securities and options or only bid prices for OTC securities.
  - Less actively traded securities may be priced using a valuation model or the most recent price we obtained and may not reflect an actual market price or value.
  - Certain positions may appear without a price and will show as "price was not available" if we are unable to obtain a price for a security.
  - Deposits or securities denominated in currencies other than U.S. dollars are reflected at the exchange as of the statement date.
  - For certain securities trading in non-conforming denominations, price and quantity (face value) may have been adjusted to facilitate proper valuation. To obtain current quotations, when available, contact your Financial Advisor.

- **Private investments and structured products.** Private investment securities (including direct participation program and real estate investment trust securities) and structured products are generally highly illiquid. Certain structured products have not been registered with the Securities and Exchange Commission or under any state securities laws. We provide estimated values for private investment securities and structured products for informational purposes only. Accuracy is not guaranteed.
  - These values may differ substantially from prices, if any, at which a private investment security or structured product may be bought or sold and do not necessarily represent the value you may receive upon liquidation.
  - Third party estimates of value are as of a certain date and are supplied to UBS Financial Services on a regular basis by an independent valuation firm.
  - Issuer, general partner or sponsor estimated values, if any, are supplied to the Firm by the issuer, general partner or sponsor and may be calculated based on different information from that used by third parties to derive their estimated values.
  - You can obtain additional information regarding the methodology used to determine the estimate of value and the date of the information that is the basis for the estimate by contacting your Financial Advisor.
  - Third party estimated values may be reflected as "Not priced" in several situations: when an independent valuation firm has not supplied or is unable to assign a value, when we become aware that a material event has occurred that may call a previously reported value into question, or when a value would be highly speculative due to the nature of the security.
  - When neither an issuer, general partner or sponsor estimated value nor a third-party estimated value is provided, the value of the security will be different from its purchase price.
  - "Distributions to date" may include return of capital, income or both.
  - "Original unit size" represents the initial offering price per unit and may not reflect your cost basis.
  - DPP and unlisted REIT securities are not listed on a national securities exchange, and are generally illiquid and even if they can be sold, the price received may be less than the per share estimated value provided in the account statement.

- **Restricted securities.** Restricted securities generally are not currently eligible for public sale. UBS Financial Services uses the market price of the unrestricted stock of the same issuer as an imputed value for the restricted stock *for purposes of this statement only*. To the extent that restricted securities are eligible for sale, the value received may be substantially less than the imputed value shown.

- **Est. (estimated) income, current yields and rates.** An estimate of annual income is based on current dividend and interest rates, assuming the securities will be held for one year from statement date or until maturity. This estimate is only a guideline; accuracy and continued income are not guaranteed.
  - Estimated annual income and current yield for certain types of securities could include a return of principal or capital gains in which case the est. income (and current yield) would be overstated.
  - Estimated annual income and current yield and the actual income and yield might be lower or higher than the estimated amounts.
  - An estimate of annualized income (dividend and/or interest) divided by the current market value/average balance is based on the last dividend or interest payment made by the issuer and assumes the securities/deposits will be held for one year from the statement date or until maturity. Accuracy and continued yield are not guaranteed.

- **Assets not held by UBS Financial Services.** Certain assets are not held by the Firm and not within the Firm's possession or control. These assets are displayed on your statement for informational purposes only. Positions and values presented are provided by the issuing firm. UBS Financial Services is not responsible for this information and does not guarantee its accuracy. These assets are not protected by SIPC or the Firm's supplemental SIPC coverage.

- **Revenue sharing and additional compensation.**
  - In addition to commissions on sales and 12b-1 fees received in connection with the distribution of mutual funds to our clients we and/or our affiliate receive revenue sharing payments from distributors and/or advisors of the mutual funds that we sell. These amounts are based on two different components: (i) the amount of sales by UBS of a particular mutual fund family to our clients; and (ii) the asset value of a particular mutual fund family's shares held at the firm.
  - We and our affiliate also receive networking and omnibus processing fees in consideration for transfer agent services that we provide to the mutual funds. These fees generally are paid from investor assets in the mutual fund and are a fixed dollar amount based on the number of accounts at the broker-dealer holding mutual funds of that fund family.
  - In addition to commissions received in connection with the sale or distribution of annuity contracts and unit investment trust units to our clients, we and/or our affiliate receive revenue sharing compensation from many of the insurance companies underwriting the annuity contracts, affiliates of the insurance companies or sponsors of the unit investment trusts we distribute.
  - In addition to commissions received from the purchase and sale of NextShares funds, we and/or our affiliate receive an asset-based revenue sharing payment from NextShares distributors, as well as funding for technology development, training and education.
  - Our affiliates also receive trading commissions and other compensation from mutual funds and insurance companies whose products we distribute.
  - We receive compensation from UBS Bank USA, UBS AG Stamford Branch and non-affiliated banks through our cash sweep programs. This compensation may be a monthly per account fee or may be a percentage of average daily deposit balances.

**Activity**
Information regarding commissions and other charges incurred in connection with the execution of trades, including option transactions has been included on confirmations previously furnished to you, and will be provided to you promptly on request.

**Short selling**
If you are engaged in short selling a security, you may incur a charge due to certain borrowing costs for that particular security.

**Open orders**
Regarding open or "good-till-cancelled" orders that were not executed by the statement date, open buy and sell stop orders are reduced by the amount of dividends or rights on an ex-dividends or ex-rights date unless instructed otherwise by you. You are responsible for orders that are executed due to your failure to cancel existing open orders.

**Privacy**
To obtain a copy of our current Client Privacy Notice, please contact your Financial Advisor or visit our website at www.ubs.com/privacypolicy.
- UBS Financial Services is not a bank. The RMA, Business Services Account BSA and IRMA are brokerage accounts which provide access to banking services and products through arrangements with affiliated banks and other third-party banks, and provides access to insurance and annuity products issued by unaffiliated third-party insurance companies through insurance agency subsidiaries of UBS Financial Services Inc.
- Investment, insurance, and annuity products:
- Not FDIC insured • No bank guarantee• May lose value
- RMA, Resource Management Account, Business Services Account BSA, IRMA and international Resource Management Account are registered service marks of UBS Financial Services Inc.
- VISA is a registered trademark owned by Visa International Service Association and used under license. The UBS Visa credit cards and the UBS Visa debit cards are issued by UBS Bank USA with permission from Visa U.S.A. Incorporated. All other trademarks, registered trademarks, service marks and registered service marks are of their respective companies.

**UBS Financial Services Inc.**                    Rev. 201810