# PRIORITY MAIL EXPRESS

**OUR FASTEST SERVICE IN THE U.S.**

EMS

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EP13F July 2013 OD: 12.5 × 9.5
PS10001000006

**FROM:** (PLEASE PRINT) PHONE ( 787 ) 259-1848

Lillian Teresa Arize
PO Box 20083
San Juan, PR 00928

**TO:** (PLEASE PRINT) PHONE ( )

Oficina del Secretario
Tribunal de Distrito de los E.U.
150 Avenida Carlos Chardon
Room 150 San Juan PR

ZIP + 4® (U.S. ADDRESSES ONLY) 0 0 9 1 8 - 1 7 6 7

PO ZIP Code: 00924
Date Accepted: 09/09/2019
Time Accepted: 3:19 PM
Flat Rate
Scheduled Delivery Date: 09/10/2019
Scheduled Delivery Time: 3:00 PM
Postage: 25.50
Total Postage & Fees: 25.50
Employee Signature: MM

EJ 069 169 448 US

1005 00918
AMOUNT $25.50
R2305K13371 2-07

LABEL 11-B, MARCH 2019 PSN 7690-02-000-9996

VISIT US AT USPS.COM®
■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER