## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>et al.<br>Debtors. | PROMESA<br>Title III<br><br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## APPLICATION FOR ADMISSION
## PRO HAC VICE OF RICHARD J. MORVILLO

**COMES NOW, RICHARD J. MORVILLO**, (hereafter, the "Applicant") and, pursuant to L. Dist. Ct. R. 83A(f), of the Local Rules of the United States District Court for the District of Puerto Rico, as incorporated by Rule 1001-l(b) of the Local Bankruptcy Rules as well as this Court's *Ninth Amended Notice, Case Management and Administrative Procedures Order* (Docket No. 7115 of Case No. 17-03283 (LTS)) (the "CMP Order"), hereby requests to be permitted to appear and participate in this particular case, in association with the law firm of McConnell Valdés, LLC, and the undersigned members of the bar of this Court, in representation of creditors and party-in-interests *TD Ameritrade Clearing, Inc., and Scottrade, Inc.* Applicant respectfully shows:

1. Applicant is an attorney and a member of the law firm of Orrick, Herrington & Sutcliffe, LLP with offices at:

The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| Address | Columbia Center<br>1152 15th Street, N.W.<br>Washington, D.C. 20005 |
|---|---|
| Email | RMorvillo@orrick.com |
| Telephone No. | (202) 339-8400 |
| Fax No. | (202) 339-8500 |

2. Applicant will sign all pleadings with the name Richard J. Morvillo.

3. Applicant has been retained as a member of the above-named firm by *TD Ameritrade Clearing, Inc., and Scottrade, Inc.,* to provide legal representation in connection with the above-styled matters now pending before the United States District Court for the District of Puerto Rico.

4. Since 1975, Applicant has been and presently is a member in good standing of the bar of the state of New York, where applicant regularly practices law. Applicant's bar license number is 3571718.

Since 1975, applicant has been and presently is a member in good standing of the bar of the District of Columbia, where applicant regularly practices law.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| U.S. District Court, Southern District of New York | June 8, 1976 |
| U.S. Court of Appeals, District of Columbia Circuit | October 8, 1975 |

6. Applicant is a member in good standing of the bars of the courts listed in Paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction

9. During the past three years, applicant has not filed for pro hac vice admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is:

> Roberto C. Quiñones-Rivera
> **MCCONNELL VALDÉS LLC**
> 270 Muñoz Rivera Avenue, Suite 7
> San Juan, Puerto Rico 00918
> Telephone: 787-250-5619
> Facsimile: 787-759-9225
> rcq@mcvpr.com

11. Applicant has read the Local Civil Rules of the United States District Court for the District of Puerto Rico and will comply with the same.

12. Applicant has read the Local Civil Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court".

13. WHEREFORE, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled cases only.

Date: July 2, 2019

Richard J Morvillo
Printed Name of Applicant,

_____
Signature of Applicant

**I HEREBY CERTIFY THAT**, pursuant to L. Dist. Ct. R. 83A(f) of the Local Rules of the United States District Court for the District of Puerto Rico, that I consent to the designation of local counsel for all purposes.

Date: July 11, 2019

Roberto C. Quinones-Rivera
Printed Name of Local Counsel

_____
Signature of Local Counsel

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 11th day of July, 2019.

**I HEREBY CERTIFY** that on this same date, we electronically filed the document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

**MCCONNELL VALDÉS LLC**
*Attorneys for TD Ameritrade Clearing, Inc., and Scottrade, Inc.*
270 Muñoz Rivera Avenue, Suite 7
San Juan, Puerto Rico, 00918
PO Box 364225
San Juan, Puerto Rico 00936-4225

```
[Court Name] District Court
Division:
Receipt Number: PRX100064742
Cashier ID: arodrigu
Transaction Date: 07/10/2019
Payer Name: ORRICK HERRINGTON AND SUTCLI

PRO HAC VICE
For: ORRICK HERRINGTON AND SUTCLI
Case/Party: D-PRX-3-17-CV-000063-001
Amount:         $300.00

PAPER CHECK CONVERSION
Remitter: ORRICK HERRINGTON AND SUTCLI
Check/Money Order Num: 006953
Amt Tendered: $300.00

Total Due:      $300.00
Total Tendered: $300.00
Change Amt:     $0.00

17-3283(LTS) PRO HAC VICE OF
RICHARD L. MORVILLO

THRU: ROBERTO C. QUINONES-RIVERA
```