DO NOT CASH IF THIS DOCUMENT DOES NOT HAVE A LARGE FAINT IMAGE OF THE "SECURE DOCUMENT" LOGO OVER A FADING PATTERN OF THE WORDS "SECURE DOCUMENT"

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 WEST 52ND STREET
NEW YORK, NY 10019-6142

006953
11-24/1210

Wells Fargo Bank, N.A.

7/2/2019

PAY TO THE ORDER OF __Clerk, U.S. District Court__ $ 300.00

__Three hundred__ 00/100 DOLLARS

MEMO R. Manillo Proflac (5533.2003)

[signature: Eric Egan]

⑆006953⑆ ⑈121000248⑈ 4123722238⑈

THE REVERSE SIDE OF THIS DOCUMENT MUST HAVE AN ARTIFICIAL WATERMARK AND COLORED SAFETY PANTOGRAPH. THIS PAPER IS ALTERATION PROTECTED.

SUPERIOR PRESS (888) 590-7998 JB3704859

```
Court Name: District Court
Division:
Receipt Number: PRX1900647..
Cashier ID: arodrigu
Transaction Date: 07/10/2019
Payer Name: ORRICK HERRINGTON AND SUTCLI

PRO HAC VICE
For: ORRICK HERRINGTON AND SUTCL
Case/Party: D-PRX-3-17-CV-000063-001
Amount: $300.00

PAPER CHECK CONVERSION
Remitter: ORRICK HERRINGTON AND SUTCL
Check/Money Order Num: 806953
Amt Tendered: $300.00

Total Due:       $300.00
Total Tendered:  $300.00
Change Amt:      $0.00

17-3283(LTS) PRO HAC VICE OF
RICHARD L. MORVILLO

THRU: ROBERTO C. QUINONES-RIVERA
```