### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

|  |  |  |
|---|---|---|
| ———————————————— | X | |
| | ) | |
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | Case No. 3:17-bk-03283 (LTS) |
| as representative of | ) | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| ———————————————— | X | |

### <u>AFFIDAVIT OF SERVICE</u>

STATE OF OHIO              )
                                      ) SS:
COUNTY OF CUYAHOGA )

Monika T. Barrios, being duly sworn, deposes and says:

1.  I am employed by Jones Day, North Point, 901 Lakeside Avenue, Cleveland,

Ohio 44114-1190, I am over eighteen years of age, and am not a party to the above-captioned

cases.

2.  On July 9, 2019, an employee of Jones Day caused a copy of the following to be

served:

- *Response of Oaktree Value Opportunities Fund Holdings, L.P. to the Thirty-Ninth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claim* (the "<u>Response</u>") [Docket No. 7890];

via the Court's electronic case filing and noticing system, and by e-mail upon the parties listed on

the service list attached hereto as <u>Exhibit A</u>.

3.   On July 11, 2019, I caused the Response to be served via U.S. First Class Mail upon the parties listed on the service list, attached hereto as <u>Exhibit B</u>.

*/s/ Monika T. Barrios*
Monika T. Barrios

SWORN TO AND SUBSCRIBED before
me this 11th day of July 2019

*/s/ Debra A. Janko*
Debra A. Janko, Notary Public

Notary Public, State of Ohio
Qualified in Cuyahoga County
Commission Expires January 20, 2024

NAI-1508119612v1

## Exhibit A

aaa@mcvpr.com;
aaneses@cstlawpr.com;
abhishek.kalra@lehmanholdings.com;
abyowitz@kramerlevin.com;
acasellas@amgprlaw.com;
acasepr@gmail.com;
acaton@kramerlevin.com;
acevedovila1@gmail.com;
acordova@juris.inter.edu;
acouret@smlawpr.com;
adam.goldberg@lw.com;
adeliz@smlawpr.com;
Adiaz@cnrd.com;
adtoro@pico-blanco.com;
afernandez@delgadofernandez.com;
agestrella@estrellallc.com;
AGlenn@kasowitz.com;
agraitfe@agraitlawpr.com;
ajb@bennazar.org;
AKHerring@wlrk.com;
akissner@mofo.com;
alavergne@lsplawpr.com;
alavergne@sanpir.com;
alexandra.bigas@gmail.com;
alexbongartz@paulhastings.com;
alex@fuenteslaw.com;
alinares2020@yahoo.com;
allan.brilliant@dechert.com;
amiller@milbank.com;
Ana.chilingarishvili@maslon.com;
anabelle.centeno@pridco.pr.gov;
andres@awllaw.com;
andrewtenzer@paulhastings.com;
angela.libby@davispolk.com;
anthonybuscarino@paulhastings.com;
antoniofuentesgonzalez@yahoo.com;
anunez@smlawpr.com;
apavel@omm.com;
aperez@kpmg.com;
apico@jgl.com;
arizmendis@reichardescalera.com;
arosenberg@paulweiss.com;
arotger@scvrlaw.com;
Arthursail@stny.rr.com;
Arwolf@wlrk.com;

asantiago@amgprlaw.com;
asociaciongerencialescfse@gmail.com;
auetz@foley.com;
ausubopr88@gmail.com;
avalencia@cnrd.com;
avb@sbgblaw.com;
ayanez@willkie.com;
bankruptcynoticeschr@sec.gov;
barrios.jl@outlook.com;
bbennett@jonesday.com;
bbobroff@proskauer.com;
bchew@brownrudnick.com;
belkgrovas@gmail.com;
bfriedman@stblaw.com;
bgm.csp@bennazar.org;
bguzina@sidley.com;
bheifetz@jonesday.com;
bill.natbony@cwt.com;
bkfilings@fortuno-law.com;
blair.warner@sidley.com;
bmd@bmdcounselors.com;
boneill@kramerlevin.com;
bos-bankruptcy@hklaw.com;
bpastuszenski@goodwinlaw.com;
Brian.klein@maslon.com;
brian.pfeiffer@whitecase.com;
brian.resnick@davispolk.com;
BRosen@proskauer.com;
brosenblum@jonesday.com;
bufetefrgonzalez@gmail.com;
buzz.rochelle@romclaw.com;
cabruens@debevoise.com;
calsina@prquiebra.com;
c-aquino@prepa.com;
Carla.garcia@oneillborges.com;
carla.rodriguezbernier@yahoo.com;
carlos.lugo@saldanalaw.com;
carloscardonafe@hotmail.com;
carlosvergne@aol.com;
carmen.herrero@prepa.com;
casey.servais@cwt.com;
castilloricardo977@gmail.com;
cbg@bobonislaw.com;
cbrown@goodwinlaw.com;
ccuprill@cuprill.com;

cdipompeo@jonesday.com;
Cesar.a.lopez-morales@usdoj.gov;
cfebus@proskauer.com;
cgray@reedsmith.com;
chardman@winston.com;
charliehernandezlaw@gmail.com;
chris.maddux@butlersnow.com;
christopher.connolly@usdoj.gov;
christopher.harris@lw.com;
cintrongarcialaw@gmail.com;
clarisasola@hotmail.com;
Clark.whitmore@maslon.com;
claudia.quinones@indianowilliams.com;
Clearyd@gtlaw.com;
cmechling@stroock.com;
condecarmen@condelaw.com;
corraldieg@gmail.com;
courtneyrcarroll@gierbolinicarroll.com;
craigmcc@me.com;
crodriguez-vidal@gaclaw.com;
csloane@whitecase.com;
cspringer@reedsmith.com;
csteege@jenner.com;
cvelaz@mpmlawpr.com;
cwedoff@jenner.com;
daniel.bustos@excelerateenergy.com;
daniel.connolly@bracewell.com;
Daniel.Egan@ropesgray.com;
daniel.elkort@patternenergy.com;
daniel.lanigan@hoganlovells.com;
daniel.perez@oneillborges.com;
danielsalinas@quinnemanuel.com;
darrengoldman@quinnemanuel.com;
david.indiano@indianowilliams.com;
david.lawton@bracewell.com;
david.powlen@btlaw.com;
davidcarrionb@aol.com;
dbatlle@cstlawpr.com;
dblabey@kramerlevin.com;
dbuckley@kramerlevin.com;
dburke@robbinsrussell.com;
dbussel@ktbslaw.com;
dcantor@omm.com;
ddunne@milbank.com;
deindprcorresp@mad.uscourts.gov;
delapena.sylvia@gmail.com;

dg@g-glawpr.com;
dgooding@choate.com;
diazsotolaw@gmail.com;
dkaron@karonllc.com;
dmolinalaw@gmail.com;
dmonserrate@msglawpr.com;
donald.bernstein@davispolk.com;
Donna.Maldonado@popular.com;
dortiz@elpuente.us;
Douglas.Hallward-Driemeier@ropesgray.com;
dperez@cabprlaw.com;
dperez@omm.com;
drodriguez.alb@gmail.com;
drodriguez@alblegal.net;
dschlecker@reedsmith.com;
dvelawoffices@gmail.com;
Eakleinhaus@wlrk.com;
ealdarondo@alblegal.net;
ealmeida@almeidadavila.com;
ebarak@proskauer.com;
Edgardo_barreto@yahoo.com;
eduardo@cobianroig.com;
edward.linden@stblaw.com;
efl@bobonislaw.com;
elian.escalante@gmail.com;
ellen.halstead@cwt.com;
emaldonado@smlawpr.com;
emckeen@omm.com;
emil@mlrelaw.com;
emontull@cstlawpr.com;
emunozPSC@gmail.com;
epo@amgprlaw.com;
erb@rodriguezbinetlaw.com;
eric.brunstad@dechert.com;
erickay@quinnemanuel.com;
ericwinston@quinnemanuel.com;
escalera@reichardescalera.com;
eschaffer@reedsmith.com;
estudiolegalrivera2@gmail.com;
etejeda@splawpr.com;
etulla@riveratulla.com;
eweisfelner@brownrudnick.com;
eworenklein@debevoise.com;
ezm@mcvpr.com;
fdearmas@ciacpr.com;
ferraric@ferrarilawpr.com;

fgierbolini@msglawpr.com;
figueroaymorgadelaw@yahoo.com;
filippetti_r@hotmail.com;
fingerk@gtlaw.com;
fjramos@martilaw.com;
fmontanezmiran@yahoo.com;
fpabon@lvvlaw.com;
francisco.delcastillo@bennazar.org;
fserra@sampr.com;
fsilva@claropr.com;
FSosnick@Shearman.com;
gabriel.morgan@weil.com;
gacarlo@carlo-altierilaw.com;
gaclegal@gmail.com;
gar@crlawpr.com;
gbrenner@proskauer.com;
geisenberg@perkinscoie.com;
gerardopavialaw@msn.com;
ghorowitz@kramerlevin.com;
gkurtz@whitecase.com;
GLee@mofo.com;
glenncarljameslawoffices@gmail.com;
gls@lopezsolerlaw.com;
gmainland@milbank.com;
gmchg24@gmail.com;
gonzalezbadillo@gmail.com;
gorseck@robbinsrussell.com;
gpavia@pavialazaro.com;
gpaz@populicom.com;
gramlui@yahoo.com;
gregory.silbert@weil.com;
gspadoro@csglaw.com;
gstewart@jonesday.com;
gviviani@sanpir.com;
handuze@microjuris.com;
harlawpr@gmail.com;
harnaud@cwsny.com;
haynesn@gtlaw.com;
hburgos@cabprlaw.com;
hector.mayol@bennazar.org;
hector.saldana@saldanalaw.com;
hermann.bauer@oneillborges.com;
hernandezrodriguezlaw@gmail.com;
howard.hawkins@cwt.com;
hreynolds@delvallegroup.net;
Huttonj@gtlaw.com;

hvaldes@v-olaw.com;
hwalker@gibsondunn.com;
iacosta@renocavanaugh.com;
icabrera@riveratulla.com;
icastro@alblegal.net;
ifullana@gaflegal.com;
ileanaortix@outlook.com;
ioliver@ccsllp.com;
iperez@jonesday.com;
irg@roldanlawpr.com;
irm@roldanlawpr.com;
ivandialo2001@yahoo.com;
ivonnegm@prw.net;
jaimeenriquecruzalvarez@gmail.com;
jalonzo@proskauer.com;
jamesbliss@paulhastings.com;
jamesworthington@paulhastings.com;
janebeckerwhitaker@gmail.com;
JArmstrong@harriscomputer.com;
jarrastia@gjb-law.com;
jason.callen@butlersnow.com;
Jason.reed@maslon.com;
javier.a.vega@gmail.com;
javrua@gmail.com;
Jay.goffman@skadden.com;
goplerud@sagwlaw.com;
jbolian@robbinsrussell.com;
jbrugue@mbbclawyers.com;
jcanfield@stroock.com;
jcasillas@cstlawpr.com;
jchristiansen@gibsondunn.com;
jcunningham@whitecase.com;
jdugan@willkie.com;
Jean.lin@usdoj.gov;
jeff.bjork@lw.com;
jemudd@yahoo.com;
jerichman@proskauer.com;
jessica@bufete-emmanuelli.com;
jesus.cuza@hklaw.com;
jeva@valenzuelalaw.net;
jf@cardonalaw.com;
jfeldesman@FTLF.com;
jfigueroa@arroyorioslaw.com;
jgenovese@gjb-law.com;
jgross@jonesday.com;
jkapp@mwe.com;

jkorn@willkie.com;
JLawlor@wmd-law.com;
jlcumbastorres@yahoo.com;
JLevitan@proskauer.com;
jlgere@gmail.com;
jlopez@constructorasantiago.com;
jmalin@winston.com;
jmenen6666@gmail.com;
jminias@willkie.com;
jmoralesb@microjuris.com;
jmotto@winston.com;
jnazario@martilaw.com;
jnewton@mofo.com;
Jnieves@gonzalezmunozlaw.com;
johnshaffer@quinnemanuel.com;
jonathan.polkes@weil.com;
jorge@mlrelaw.com;
jorgequintanalajara@gmail.com;
jose.enrico.valenzuela1@gmail.com;
jose.sosa@dlapiper.com;
jpalmore@mofo.com;
jpatton@ycst.com;
JPeck@mofo.com;
JPGLaw@outlook.com;
jpsala_pr@yahoo.com;
Jramirez@amrclaw.com;
jrapisardi@omm.com;
jreyes@sanpir.com;
jrivlin@afscme.org;
jsalichs@splawpr.com;
jsanabria@sbgblaw.com;
jsanchez@bdslawpr.com;
jsanchez@lsplawpr.com;
jsanchez@sanpir.com;
jsanchez@scvrlaw.com;
jsantiago@choate.com;
jsantos@smlawpr.com;
jsoto@jbsblaw.com;
jsuarez@gjb-law.com;
juan@jahrlaw.com;
juan@riverafont.com;
juans@prtc.net;
julia.mignuccisanchez@gmail.com;
julian.fernandez@metropistas.com;
julio.pagan@g2la.com;
jvankirk@tcmrslaw.com;

jvannah@santandersecurities.com;
jvv@wbmvlaw.com;
jwarren@cwplaw.com;
jwc@jwcartagena.com;
jweiss@ktbslaw.com;
jzakia@whitecase.com;
katescherling@quinnemanuel.com;
Kbolanos@cnrd.com;
kcsuria@estrellallc.com;
kcsuria@welo.net;
kdm@romclaw.com;
Keith.Wofford@ropesgray.com;
kelly.diblasi@weil.com;
Kelly.McDonald@Shearman.com;
Kellyrivero@hotmail.com;
kevin.collins@btlaw.com;
kgwynne@reedsmith.com;
khansen@stroock.com;
kklee@ktbslaw.com;
kperra@proskauer.com;
ksheehan@mwe.com;
kstipec@amgprlaw.com;
kurt.mayr@bracewell.com;
kzecca@robbinsrussell.com;
l.ortizsegura@ploolaw.com;
larroyo@amgprlaw.com;
Laura.A.Hunt@usdoj.gov;
lawlugo1@gmail.com;
lawrence.bauer@nortonrosefulbright.com;
lawrog@gmail.com;
lsb@sbsmnlaw.com;
lcdo.carlos.e.riverajustiniano@gmail.com;
lcumpiano@yahoo.com;
ldelacruz@oeg.pr.gov;
legal.fmpr@gmail.com;
lemuel.law@gmail.com;
leticia.casalduc@indianowilliams.com;
Lft@tcmrslaw.com;
lhughes@mofo.com;
liza.burton@lw.com;
lmarini@mpmlawpr.com;
Lnegron@kpmg.com;
loliver@amgprlaw.com;
loomislegal@gmail.com;
lpabonroca@microjuris.com;
lrappaport@proskauer.com;

LRappaport@proskauer.com;
lrobbins@robbinsrussell.com;
ls.valle@condelaw.com;
lsaldana@scvrlaw.com
lshelfer@gibsondunn.com;
lsizemore@reedsmith.com;
ltorres@cstlawpr.com;
lucdespins@paulhastings.com;
luis.vazquez@peerlessoil.com;
luisfredsalgado@hotmail.com;
luislluberas@mvalaw.com;
malvarez@mpmlawpr.com;
man@nblawpr.com;
manuel@rodriguezbanchs.com;
marcia.goldstein@weil.com;
margaritalmercado@gmail.com;
maria.baco@msn.com;
mariae.hernandez@prepa.com;
marianifrancolaw@gmail.com;
marielopad@gmail.com;
marivera@riveratulla.com;
markv@hbsslaw.com;
mark.ellenberg@cwt.com;
mark.gallagher@usdoj.gov;
mark.mcdermott@skadden.com;
martin.sosland@butlersnow.com;
martz@afscme.org;
matthewscheck@quinnemanuel.com;
maxtruj@gmail.com;
mbarulli@choate.com;
melgin@jonesday.com;
mbienenstock@proskauer.com;
Mcantor4@mac.com;
mcaruso@csglaw.com;
mcrm100@msn.com;
mcto@debevoise.com;
mevicens@yahoo.com;
Mfb@tcmrslaw.com;
mfeldman@willkie.com;
mfirestein@proskauer.com;
mfredericks@amerinatls.com;
mfvelezquiebras@gmail.com;
mguitian@gjb-law.com;
MHackett@proskauer.com;
mhernandez@scvrlaw.com;
michael.doluisio@dechert.com;

michaelcomerford@paulhastings.com;
michele.meises@whitecase.com;
migade19@hotmail.com;
miguelgierbolini@gierbolinicarroll.com;
Mimi.M.Wong@irscounsel.treas.gov;
mitch.carrington@butlersnow.com;
mlepelstat@csglaw.com;
mmcgill@gibsondunn.com;
mmercado@mercado-echegaray-law.com;
mmier@cabprlaw.com;
Mohammad.Yassin@aafaf.pr.gov;
mpico@rexachpico.com;
mpocha@omm.com;
mrios@arroyorioslaw.com;
mrm@rmlawpr.com;
mroot@jenner.com;
mseidel@willkie.com;
msimonet@msglawpr.com;
mstancil@robbinsrussell.com;
mthibert-ind@mwe.com;
mtrelles@pmalaw.com;
mvazquez@lsplawpr.com;
mvega@senado.pr.gov;
mzerjal@proskauer.com;
n.tactuk@ferrovial.com;
Nathan.bull@cwt.com;
navarro@navarrolawpr.com;
nbaker@stblaw.com;
nhamerman@kramerlevin.com;
nicholasbassett@paulhastings.com;
notificaciones@bufete-emmanuelli.com;
nperez@tcmrslaw.com;
nrickenbach@rickenbachpr.com;
nrivera@oeg.pr.gov;
NYROBankruptcy@sec.gov;
nzt@mcvpr.com;
ofernandez@oflawoffice.com;
oramos@pmalaw.com;
orlando1701@gmail.com;
orlando.gonzalez@publicisone.com;
ortizcolonricardo@gmail.com;
Otero_and_assoc@hotmail.com;
pabong@reichardescalera.com;
Paula.Flowers@TransCore.com
pbentley@kramerlevin.com;
pdechiara@cwsny.com;

peajeinfo@dechert.com;
pedronicot@gmail.com;
penagaricanobrownusdc@gmail.com;
peter.canzano@nortonrosefulbright.com;
pevarfon@gmail.com;
pieter.vantol@hoganlovells.com;
pfriedman@omm.com;
pglassman@sycr.com;
phammer@krcl.com;
pjime@icepr.com;
pjime@lawfirm-pr.com;
pola@frankpolajr.com;
ppossinger@proskauer.com;
prcr@mcvpr.com;
prodriguez@prvlaw.com;
prosol@utier.org;
prwolverine@gmail.com;
pshalhoub@willkie.com;
puertoricoteam@primeclerk.com;
pwm@wbmvlaw.com;
QUIEBRAS@ELBUFETEDELPUEBLO.com;
quilichinipazc@microjuris.com;
rdiaz@bdslawpr.com;
r.miranda@rmirandalex.net;
ra@calopsc.com;
rachel.albanese@dlapiper.com;
rachel.goldman@bracewell.com;
rachel.mauceri@morganlewis.com;
rafael.ortiz.mendoza@gmail.com;
ramon.dapena@mbcdlaw.com;
ramonvinas@vinasllc.com;
ramonvinas@vinasllc.com;
rbillings@kmksc.com;
rbonilla@bspr.com;
rbrady@ycst.com;
rburgos@adameslaw.com;
rcamara@ferraiuoli.com;
rcasellas@cabprlaw.com;
rcastellanos@devconlaw.com;
rco@crlawpr.com;
rcq@mcvpr.com;
remmanuelli@me.com;
rfc@thefinancialattorneys.com;
rgf@mcvpr.com;
Rgmason@wlrk.com;
rgordon@jenner.com;

rgv@g-glawpr.com;
rhoncat@netscape.net;
rich.katz@torquepointllc.com;
richard.chesley@dlapiper.com;
riverac@reichardescalera.com;
riveraroman@hotmail.com;
rlevin@jenner.com;
rlm@martilaw.com;
rnies@csglaw.com;
robert.berezin@weil.com;
robert.schnell@faegrebd.com;
robin.keller@hoganlovells.com;
rolando@bufete-emmanuelli.com;
romn1960@gmail.com;
roppenheimer@omm.com;
rortiz@rloclaw.onmicrosoft.com;
rosasegui@yahoo.com;
Roy.purcell@scotiabank.com;
rprats@rpplaw.com;
rrivera@jgl.com;
rrodriguez@juris.inter.edu;
rschell@msglawpr.com;
rtorres@torresrodlaw.com;
salalawyers@yahoo.com;
sanchez.lebron501@gmail.com;
santilawoffice@yahoo.com;
Saultoledo22@yahoo.com;
sawbacal@aol.com;
sbest@brownrudnick.com;
sbeville@brownrudnick.com;
scastillo@gaclaw.com;
schristianson@buchalter.com;
scolon@ferraiuoli.com;
scriado@calopsc.com;
secbankruptcy@sec.gov;
serrano.urdaz.law@hotmail.com;
serviceqa@primeclerk.com;
smillman@stroock.com;
softedal@choate.com;
squsba@stblaw.com;
sramirez@sarlaw.com;
sratner@proskauer.com;
SSchmidt@kasowitz.com;
ssooknanan@jonesday.com;
stan.ladner@butlersnow.com;
stansoffice@aol.com;

steve@hbsslaw.com;
storres@alblegal.net;
stuart.steinberg@dechert.com;
suarezcobo@gmail.com;
suhland@omm.com;
susheelkirpalani@quinnemanuel.com;
swb@wbmvlaw.com;
sweise@proskauer.com;
swisotzkey@kmksc.com;
thomas.curtin@cwt.com;
Thomas.g.ward@usdoj.gov;
Thomas.M.Rath@IRSCOUNSEL.TREAS.gov;
tmayer@kramerlevin.com;
tmundiya@willkie.com;
tmungovan@proskauer.com;
toby.gerber@nortonrosefulbright.com;
toledo.bankruptcy@gmail.com;
tolson@gibsondunn.com;
tpaterson@afscme.org;
tpennington@renocavanaugh.com;
tuttieguerrero@yahoo.com;
TWelch@kasowitz.com;
ubaldo.fernandez@oneillborges.com;
unionecfse@yahoo.com;
USTP.Region21@usdoj.gov;
valvarados@gmail.com;
vbantnerpeo@buchalter.com;
vdorfman@jonesday.com;
velez.hector@epa.gov;
vero@ferraiuoli.pr;
victor.quinones@mbcdlaw.com;
victor@calderon-law.com;
victorriverarios@rcrtrblaw.com;
wardlow.w.benson@usdoj.gov;
wburgos@justicia.pr.gov;
wdalsen@proskauer.com;
wilbert_lopez@yahoo.com;
william.m.vidal@gmail.com;
wlugo@lugomender.com;
wmq@wmarrerolaw.com;
wsmith@mwe.com;
wssbankruptcy@gmail.com;
xavier.carol@abertis.com;
yasmin@bufete-emmanuelli.com;
ygc@rclopr.com;
ygc1@prtc.net;

zacharyrussell@quinnemanuel.com;
zdavila@almeidadavila.com;

**Exhibit B**

| | |
|---|---|
| United States District Court<br>Southern District of New York<br>Chambers of Honorable Laura Taylor Swain<br>Daniel Patrick Moynihan United States Courthouse<br>500 Pearl St., Suite No. 3212<br>New York, New York 10007-1312 | Hon. Judith G. Dein<br>United States District Court<br>District of Massachusetts<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 6420<br>Boston, MA  02210 |
| AmeriCorps<br>Attn:  Kim Mansaray<br>1201 New York Ave., NW<br>Washington, DC  20525 | Antilles Power Depot, Inc.<br>Attn:  Raymond Texidor<br>PO Box 81090<br>Carolina, PR  00981-0190 |
| Office of the United States Trustee<br>for Region 21<br>Edificio Ochoa<br>500 Tanca Street, Suite 301<br>San Juan, PR  00901-1922 | Integrand Assurance Company<br>Urb. Caparra Heights<br>369 Ensenada<br>San Juan, PR  00920 |
| Department of Defense (DOD)<br>Attn:  Patrick M. Shanahan<br>1400 Defense Pentagon<br>Washington, DC  20301-1400 | Departamento de Justicia de Puerto Rico<br>Apartado 9020192<br>San Juan, PR  00902-0192 |
| Department of Homeland Security (DHS)<br>Attn:  Kevin McAleenan<br>245 Murray Lane., SW<br>Washington, DC  20528-0075 | Department of Energy (DOE)<br>Attn:  Rick Perry<br>1000 Independence Ave., SW<br>Washington, DC  20585 |
| Department of Human and Health Services<br>Attn:  Alex M. Azar II<br>200 Independence Ave, SW<br>Washington, DC  20201 | Department of Housing and<br> Urban Development (HUD)<br>Attn:  Ben Carson<br>451 7th Street, SW<br>Washington, DC  20410 |
| Department of Transportation (DOT)<br>Attn:  Elaine L. Chao<br>1200 New Jersey Ave., SE<br>Washington, DC  20590 | Department of the Interior (DOI)<br>Attn:  David Bernhardt<br>1849 C St., NW<br>Washington, DC  20240 |
| Kanoso Auto Sales Inc.<br>PO Box 1446<br>San German, PR 00683<br>Attn: Jose A. Crespo Gonzalez, President | Department of Veterans Affairs (VA)<br>Attn:  Robert Wilkie<br>810 Vermont Ave., NW<br>Washington, DC  20420 |

| | |
|---|---|
| Federal Emergency Management Agency (FEMA)<br>Attn:  Bob Fenton<br>500 C St., SW<br>Washington, DC  20472 | Jaime Rodríguez Avilés<br>128 Apartamento<br>201 Edificio Bernardo Torres<br>Sector La Trocha<br>Yauco, PR  00698 |
| Small Business Administration (SBA)<br>Attn:  Linda McMahon<br>409 3rd St., SW<br>Washington, DC  20416 | Federal Communications Commission (FCC)<br>Attn:  Ajit Pai<br>445 12th St., SW<br>Washington, DC  20554 |
| Ricardo Rosello Nevares, through the Secretary of Justice<br>The Commonwealth of Puerto Rico<br>Office of the Governor<br>La Fortaleza<br>63 Calle Fortaleza<br>San Juan, PR  00901 | Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn:  Rafael M. Santiago-Rosa &<br>  Vanessa Medina-Romero<br>PO Box 190095<br>San Juan, PR  00919-0095 |
| U.S. Attorney for the District of Puerto Rico<br>Attn:  Rosa E. Rodriguez-Velez,<br>    U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan, PR  00918 | Quinones Vargas Law Offices<br>Attn:  Damaris Quiñones Vargas, Esq.<br>Box 429<br>Cabo Rojo, PR  00623 |
| U.S. Department of Commerce<br>Attn:  Wilbur Ross<br>1401 Constitution Ave., NW<br>Washington, DC  20230 | The Commonwealth of Puerto Rico<br>Office of the Governor<br>La Fortaleza<br>63 Calle Fortaleza<br>San Juan, PR  00901 |
| U.S. Department of Health and Services<br>Attn:  Amanda Barlow<br>330 C St., SW<br>Washington, DC  20201 | US Army Corps of Engineers<br>Attn:  Todd T. Semonite<br>441 G St., NW<br>Washington, DC  20548 |
| U.S. Department of Labor (DOL)<br>Attn:  Alexander R. Acosta<br>Frances Perkins Building<br>200 Constitution Ave.<br>Washington, DC  20210 | U.S. Department of Agriculture<br>Attn:  Sonny Perdue<br>1400 Independence Ave., SW<br>Washington, DC  20250 |
| Metro Pavia Health System<br>Attn:  Zarel J. Soto Abaca<br>PO Box 3180<br>Carolina, PR  00984 | U.S. Department of Education (ED)<br>Attn:  Betsy DeVos<br>400 Maryland Ave., SW<br>Washington, DC  20202 |

| | |
|---|---|
| Puerto Rico Hospital Supply<br>Call Box 158<br>Carolina, PR  00986-0158 | U.S. Department of Justice (DOJ)<br>Attn:  William Barr<br>950 Pennsylvania Ave., NW<br>Washington, DC  20530 |
| Rene Pinto-Lugo<br>PO Box 13531<br>San Juan, PR  00908 | The American Federation of Teachers (AFT)<br>Attn: Mark Richard<br>555 New Jersey Ave., N.W., 11th Floor<br>Washington, DC  20001 |
| Unitech Engineering<br>Attn:  Ramón Ortiz Carro<br>205 Calle Eleonor Roosevelt<br>San Juan, PR  00918-3096 | Counsel to PFZ Properties, Inc.<br>Jack Katz<br>ESJ Towers<br>6165 Isla Verde Ave.<br>Carolina, PR  00979-5729 |
| Antonetti Montalvo & Ramírez-Coll<br>Attn: Ana M. del Toro-Sabater, Esq.<br>1225 Avenida Ponce de León, Suite 1001<br>VIG Tower<br>San Juan, PR  00907 | Reliable Equipment Corporation<br>Attn:  Marylin Del Valle, General Manager<br>PO Box 2316<br>Toa Baja, PR  00951-2316 |
| Asociación de Profesoras y Profesores<br>del Recinto Universitario de Mayagüez, Inc.<br>Apartado Postal 2227<br>Mayagüez, PR  00681 | Unión de Médicos de la Corporación<br>del Fondo del Seguro del Estado<br>PO Box 70344, CMM33<br>San Juan, PR  00936-8344 |
| Puerto Rico Electric Power Authority<br>Attn:  Office of the General Counsel<br>PO Box 364267<br>San Juan, PR  00936-4267 | Pablo Del Valle Rivera<br>Counsel for Pablo Del Valle Rivera and<br>Maria A. Matinez, Tenants in Common<br>PO Box 2319<br>Toa Baja, PR  00951 |
| Alan Friedman<br>124 Lander Ave.<br>Staten Island, NY 10314 | Autonomous Municipality of Ponce<br>PO Box 331709<br>Ponce, PR  000733-1709 |
| Ing. José F. Ortiz Vázquez<br>Autoridad de Energia Electrica<br>PO Box 70151<br>San Juan, Puerto Rico 00936 | Economics and Statistics Administration<br>Attn:  Brad Burke<br>1401 Constitution Ave., NW<br>Washington, DC  20230 |
| Liberty Cablevision of Puerto Rico, LLC<br>Attn:  Alexandra Verdiales<br>PO Box 192296<br>San Juan, PR  00919-2296 | Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn:  Rafael M. Santiago-Rosa, Esq.<br>      Vanessa Medina-Romero, Esq.<br>Triple S Plaza, 1510 F.D. Roosevelt Ave.<br>9th Floor, Suite 9 B1<br>Guaynabo, PR  00968 |

| | |
|---|---|
| Sepulvado & Maldonado, PSC<br>Attn: José Javier Santos Mimoso,<br>Elaine Maldonado Matias,<br>Aníbal J. Núñez González,<br>Aurivette Deliz Delgado &<br>Albéniz Couret Fuente<br>304 Ave Ponce de Leon, # 990<br>San Juan, PR 00918-2029 | SOMOS, Inc.<br>1605 Ponce De Leon Avenue<br>Suite 300, San Martin Bldg.<br>San Juan, PR  00909 |
| Coto & Associates<br>Attn: Ramón Coto-Ojeda & Gladira Robles-Santiago<br>MCS Plaza, Suite 800<br>255 Ponce de León Ave.<br>Hato Rey, PR 00918 | Fuentes Law Offices, LLC<br>Attn: Alexis Fuentes Hernández<br>PO Box 9022266<br>San Juan, PR  00902-2726 |