# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Morning session:
Set: 10:00 AM (AST)
Started: 10:09 AM (AST)
Ended: 12:13 PM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**　　　　　DATE: July 11, 2019

COURTROOM DEPUTY: Carmen Tacoronte / Lisa Ng
COURT REPORTER: Steven Greenblum / Steven Griffing

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*. Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administered) |
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>as representative of<br><br>Puerto Rico Electric Power Authority,<br><br>Debtor | 3:17-BK-4780 (LTS)<br><br>PROMESA Title III |

3:17-BK-3283 (LTS) / 3:17-BK-4780 (LTS)
July 11, 2019

**Pretrial Conference held on the** *Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(a)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement and Tolling Certain Limitations Periods* **(Docket Entry No. 1235 in Case No. 17-4780).**

1. **Opening remarks made.**

2. **Motions <u>in limine</u> addressed.**
    a. Urgent Motion In Limine to Exclude Testimony Offered by Non-Profit Groups (Docket Entry No. 1300 in Case No. 17-4780 and Docket Entry No. 7331 in Case No. 17-3283).
        i. Granted. Order to be issued.
    b. Urgent Motion In Limine to Exclude Testimony Offered by UTIER, SREAEE, and Windmar Renewable Energy (Docket Entry No. 1301 in Case No. 17-4780 and Docket Entry No. 7332 in Case No. 17-3283)
        i. Granted with respect to Windmar Renewable Energy, and granted in part with respect to UTIER and SREAEE. Order to be issued, and status report on remaining issues due on or before July 19, 2019.

3. **Schedule for Discovery Motions modified.**
    a. Request to modify the operative briefing schedule granted in part. Discovery Motions must be filed by July 16, 2019, with oppositions due on July 23, 2019, and replies due by 11:59 p.m. on July 25, 2019. Discovery Motions filed after July 16, 2019, must be accompanied by a showing of good cause. The Court will take any such later-filed motions on submission. Order to be issued.

4. **Argument heard.**
    a. Supplemental brief regarding objectors' priority assertions to be filed by the Oversight Board on or before July 19, 2019.

                      s/Carmen Tacoronte
                      Carmen Tacoronte
                      Courtroom Deputy