IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 3:17-cv-01685 (LTS)<br>Case No. 3:17-bk-03566 (LTS) |

**AFFIDAVIT OF SERVICE**

STATE OF OHIO )
                      ) SS:
COUNTY OF CUYAHOGA )

    Monika T. Barrios, being duly sworn, deposes and says:

    1. I am employed by Jones Day, North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114-1190, I am over eighteen years of age, and am not a party to the above-captioned cases.

NAI-1508119572v1

2. On July 9, 2019, an employee of Jones Day caused a copy of the following to be served:

- *Objection of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Motion Of Retiree Committee Establishing Initial Procedures With Respect To Objections Of The Official Committee Of Unsecured Creditors And Official Committee Of Retired Employees, Pursuant To Bankruptcy Code Section 502 And Bankruptcy Rule 3007 To Claims Asserted By Holders Of Bonds Issued By Employees Retirement System Of Government Of Puerto Rico* (the "Objection") [Case No. 17-03283, Docket No. 7885 and Case No. 17-03566, Docket No. 643]; and
- *Notice of Filing of Unredacted Document* (the "Notice") [Case No. 17-03283, Docket No. 7907 and Case No. 17-03566, Docket No. 644].

via the Court's electronic case filing and noticing system, and by e-mail upon the parties listed on the service list attached hereto as Exhibit A.

3. On July 11, 2019, I caused the Objection and Notice to be served via U.S. First Class Mail upon the parties listed on the service list, attached hereto as Exhibit B.

NAI-1508119572v1

|  |  |
|---|---|
|  | */s/ Monika T. Barrios* |
|  | Monika T. Barrios |
| SWORN TO AND SUBSCRIBED before me this 11th day of July 2019 |  |
| */s/ Debra A. Janko* |  |
| Debra A. Janko, Notary Public |  |
| Notary Public, State of Ohio Qualified in Cuyahoga County Commission Expires January 20, 2024 |  |

NAI-1508119572v1

**Exhibit A**

aaa@mcvpr.com;
aaneses@cstlawpr.com;
abhishek.kalra@lehmanholdings.com;
abyowitz@kramerlevin.com;
acasellas@amgprlaw.com;
acasepr@gmail.com;
acaton@kramerlevin.com;
acevedovila1@gmail.com;
acordova@juris.inter.edu;
acouret@smlawpr.com;
adam.goldberg@lw.com;
adeliz@smlawpr.com;
Adiaz@cnrd.com;
adtoro@pico-blanco.com;
afernandez@delgadofernandez.com;
agestrella@estrellallc.com;
AGlenn@kasowitz.com;
agraitfe@agraitlawpr.com;
ajb@bennazar.org;
AKHerring@wlrk.com;
akissner@mofo.com;
alavergne@lsplawpr.com;
alavergne@sanpir.com;
alexandra.bigas@gmail.com;
alexbongartz@paulhastings.com;
alex@fuenteslaw.com;
alinares2020@yahoo.com;
allan.brilliant@dechert.com;
amiller@milbank.com;
Ana.chilingarishvili@maslon.com;
anabelle.centeno@pridco.pr.gov;
andres@awllaw.com;
andrewtenzer@paulhastings.com;
angela.libby@davispolk.com;
anthonybuscarino@paulhastings.com;
antoniofuentesgonzalez@yahoo.com;
anunez@smlawpr.com;
apavel@omm.com;
aperez@kpmg.com;
apico@jgl.com;
arizmendis@reichardescalera.com;
arosenberg@paulweiss.com;
arotger@scvrlaw.com;
Arthursail@stny.rr.com;
Arwolf@wlrk.com;

asantiago@amgprlaw.com;
asociaciongerencialescfse@gmail.com;
auetz@foley.com;
ausubopr88@gmail.com;
avalencia@cnrd.com;
avb@sbgblaw.com;
ayanez@willkie.com;
bankruptcynoticeschr@sec.gov;
barrios.jl@outlook.com;
bbennett@jonesday.com;
bbobroff@proskauer.com;
bchew@brownrudnick.com;
belkgrovas@gmail.com;
bfriedman@stblaw.com;
bgm.csp@bennazar.org;
bguzina@sidley.com;
bheifetz@jonesday.com;
bill.natbony@cwt.com;
bkfilings@fortuno-law.com;
blair.warner@sidley.com;
bmd@bmdcounselors.com;
boneill@kramerlevin.com;
bos-bankruptcy@hklaw.com;
bpastuszenski@goodwinlaw.com;
Brian.klein@maslon.com;
brian.pfeiffer@whitecase.com;
brian.resnick@davispolk.com;
BRosen@proskauer.com;
brosenblum@jonesday.com;
bufetefrgonzalez@gmail.com;
buzz.rochelle@romclaw.com;
cabruens@debevoise.com;
calsina@prquiebra.com;
c-aquino@prepa.com;
Carla.garcia@oneillborges.com;
carla.rodriguezbernier@yahoo.com;
carlos.lugo@saldanalaw.com;
carloscardonafe@hotmail.com;
carlosvergne@aol.com;
carmen.herrero@prepa.com;
casey.servais@cwt.com;
castilloricardo977@gmail.com;
cbg@bobonislaw.com;
cbrown@goodwinlaw.com;
ccuprill@cuprill.com;

cdipompeo@jonesday.com;
Cesar.a.lopez-morales@usdoj.gov;
cfebus@proskauer.com;
cgray@reedsmith.com;
chardman@winston.com;
charliehernandezlaw@gmail.com;
chris.maddux@butlersnow.com;
christopher.connolly@usdoj.gov;
christopher.harris@lw.com;
cintrongarcialaw@gmail.com;
clarisasola@hotmail.com;
Clark.whitmore@maslon.com;
claudia.quinones@indianowilliams.com;
Clearyd@gtlaw.com;
cmechling@stroock.com;
condecarmen@condelaw.com;
corraldieg@gmail.com;
courtneyrcarroll@gierbolinicarroll.com;
craigmcc@me.com;
crodriguez-vidal@gaclaw.com;
csloane@whitecase.com;
cspringer@reedsmith.com;
csteege@jenner.com;
cvelaz@mpmlawpr.com;
cwedoff@jenner.com;
daniel.bustos@excelerateenergy.com;
daniel.connolly@bracewell.com;
Daniel.Egan@ropesgray.com;
daniel.elkort@patternenergy.com;
daniel.lanigan@hoganlovells.com;
daniel.perez@oneillborges.com;
danielsalinas@quinnemanuel.com;
darrengoldman@quinnemanuel.com;
david.indiano@indianowilliams.com;
david.lawton@bracewell.com;
david.powlen@btlaw.com;
davidcarrionb@aol.com;
dbatlle@cstlawpr.com;
dblabey@kramerlevin.com;
dbuckley@kramerlevin.com;
dburke@robbinsrussell.com;
dbussel@ktbslaw.com;
dcantor@omm.com;
ddunne@milbank.com;
deindprcorresp@mad.uscourts.gov;
delapena.sylvia@gmail.com;

dg@g-glawpr.com;
dgooding@choate.com;
diazsotolaw@gmail.com;
dkaron@karonllc.com;
dmolinalaw@gmail.com;
dmonserrate@msglawpr.com;
donald.bernstein@davispolk.com;
Donna.Maldonado@popular.com;
dortiz@elpuente.us;
Douglas.Hallward-Driemeier@ropesgray.com;
dperez@cabprlaw.com;
dperez@omm.com;
drodriguez.alb@gmail.com;
drodriguez@alblegal.net;
dschlecker@reedsmith.com;
dvelawoffices@gmail.com;
Eakleinhaus@wlrk.com;
ealdarondo@alblegal.net;
ealmeida@almeidadavila.com;
ebarak@proskauer.com;
Edgardo_barreto@yahoo.com;
eduardo@cobianroig.com;
edward.linden@stblaw.com;
efl@bobonislaw.com;
elian.escalante@gmail.com;
ellen.halstead@cwt.com;
emaldonado@smlawpr.com;
emckeen@omm.com;
emil@mlrelaw.com;
emontull@cstlawpr.com;
emunozPSC@gmail.com;
epo@amgprlaw.com;
erb@rodriguezbinetlaw.com;
eric.brunstad@dechert.com;
erickay@quinnemanuel.com;
ericwinston@quinnemanuel.com;
escalera@reichardescalera.com;
eschaffer@reedsmith.com;
estudiolegalrivera2@gmail.com;
etejeda@splawpr.com;
etulla@riveratulla.com;
eweisfelner@brownrudnick.com;
eworenklein@debevoise.com;
ezm@mcvpr.com;
fdearmas@ciacpr.com;
ferraric@ferrarilawpr.com;

fgierbolini@msglawpr.com;
figueroaymorgadelaw@yahoo.com;
filippetti_r@hotmail.com;
fingerk@gtlaw.com;
fjramos@martilaw.com;
fmontanezmiran@yahoo.com;
fpabon@lvvlaw.com;
francisco.delcastillo@bennazar.org;
fserra@sampr.com;
fsilva@claropr.com;
FSosnick@Shearman.com;
gabriel.morgan@weil.com;
gacarlo@carlo-altierilaw.com;
gaclegal@gmail.com;
gar@crlawpr.com;
gbrenner@proskauer.com;
geisenberg@perkinscoie.com;
gerardopavialaw@msn.com;
ghorowitz@kramerlevin.com;
gkurtz@whitecase.com;
GLee@mofo.com;
glenncarljameslawoffices@gmail.com;
gls@lopezsolerlaw.com;
gmainland@milbank.com;
gmchg24@gmail.com;
gonzalezbadillo@gmail.com;
gorseck@robbinsrussell.com;
gpavia@pavialazaro.com;
gpaz@populicom.com;
gramlui@yahoo.com;
gregory.silbert@weil.com;
gspadoro@csglaw.com;
gstewart@jonesday.com;
gviviani@sanpir.com;
handuze@microjuris.com;
harlawpr@gmail.com;
harnaud@cwsny.com;
haynesn@gtlaw.com;
hburgos@cabprlaw.com;
hector.mayol@bennazar.org;
hector.saldana@saldanalaw.com;
hermann.bauer@oneillborges.com;
hernandezrodriguezlaw@gmail.com;
howard.hawkins@cwt.com;
hreynolds@delvallegroup.net;
Huttonj@gtlaw.com;

hvaldes@v-olaw.com;
hwalker@gibsondunn.com;
iacosta@renocavanaugh.com;
icabrera@riveratulla.com;
icastro@alblegal.net;
ifullana@gaflegal.com;
ileanaortix@outlook.com;
ioliver@ccsllp.com;
iperez@jonesday.com;
irg@roldanlawpr.com;
irm@roldanlawpr.com;
ivandialo2001@yahoo.com;
ivonnegm@prw.net;
jaimeenriquecruzalvarez@gmail.com;
jalonzo@proskauer.com;
jamesbliss@paulhastings.com;
jamesworthington@paulhastings.com;
janebeckerwhitaker@gmail.com;
JArmstrong@harriscomputer.com;
jarrastia@gjb-law.com;
jason.callen@butlersnow.com;
Jason.reed@maslon.com;
javier.a.vega@gmail.com;
javrua@gmail.com;
Jay.goffman@skadden.com;
goplerud@sagwlaw.com;
jbolian@robbinsrussell.com;
jbrugue@mbbclawyers.com;
jcanfield@stroock.com;
jcasillas@cstlawpr.com;
jchristiansen@gibsondunn.com;
jcunningham@whitecase.com;
jdugan@willkie.com;
Jean.lin@usdoj.gov;
jeff.bjork@lw.com;
jemudd@yahoo.com;
jerichman@proskauer.com;
jessica@bufete-emmanuelli.com;
jesus.cuza@hklaw.com;
jeva@valenzuelalaw.net;
jf@cardonalaw.com;
jfeldesman@FTLF.com;
jfigueroa@arroyorioslaw.com;
jgenovese@gjb-law.com;
jgross@jonesday.com;
jkapp@mwe.com;

jkorn@willkie.com;
JLawlor@wmd-law.com;
jlcumbastorres@yahoo.com;
JLevitan@proskauer.com;
jlgere@gmail.com;
jlopez@constructorasantiago.com;
jmalin@winston.com;
jmenen6666@gmail.com;
jminias@willkie.com;
jmoralesb@microjuris.com;
jmotto@winston.com;
jnazario@martilaw.com;
jnewton@mofo.com;
Jnieves@gonzalezmunozlaw.com;
johnshaffer@quinnemanuel.com;
jonathan.polkes@weil.com;
jorge@mlrelaw.com;
jorgequintanalajara@gmail.com;
jose.enrico.valenzuela1@gmail.com;
jose.sosa@dlapiper.com;
jpalmore@mofo.com;
jpatton@ycst.com;
JPeck@mofo.com;
JPGLaw@outlook.com;
jpsala_pr@yahoo.com;
Jramirez@amrclaw.com;
jrapisardi@omm.com;
jreyes@sanpir.com;
jrivlin@afscme.org;
jsalichs@splawpr.com;
jsanabria@sbgblaw.com;
jsanchez@bdslawpr.com;
jsanchez@lsplawpr.com;
jsanchez@sanpir.com;
jsanchez@scvrlaw.com;
jsantiago@choate.com;
jsantos@smlawpr.com;
jsoto@jbsblaw.com;
jsuarez@gjb-law.com;
juan@jahrlaw.com;
juan@riverafont.com;
juans@prtc.net;
julia.mignuccisanchez@gmail.com;
julian.fernandez@metropistas.com;
julio.pagan@g2la.com;
jvankirk@tcmrslaw.com;

jvannah@santandersecurities.com;
jvv@wbmvlaw.com;
jwarren@cwplaw.com;
jwc@jwcartagena.com;
jweiss@ktbslaw.com;
jzakia@whitecase.com;
katescherling@quinnemanuel.com;
Kbolanos@cnrd.com;
kcsuria@estrellallc.com;
kcsuria@welo.net;
kdm@romclaw.com;
Keith.Wofford@ropesgray.com;
kelly.diblasi@weil.com;
Kelly.McDonald@Shearman.com;
Kellyrivero@hotmail.com;
kevin.collins@btlaw.com;
kgwynne@reedsmith.com;
khansen@stroock.com;
kklee@ktbslaw.com;
kperra@proskauer.com;
ksheehan@mwe.com;
kstipec@amgprlaw.com;
kurt.mayr@bracewell.com;
kzecca@robbinsrussell.com;
l.ortizsegura@ploolaw.com;
larroyo@amgprlaw.com;
Laura.A.Hunt@usdoj.gov;
lawlugo1@gmail.com;
lawrence.bauer@nortonrosefulbright.com;
lawrog@gmail.com;
lsb@sbsmnlaw.com;
lcdo.carlos.e.riverajustiniano@gmail.com;
lcumpiano@yahoo.com;
ldelacruz@oeg.pr.gov;
legal.fmpr@gmail.com;
lemuel.law@gmail.com;
leticia.casalduc@indianowilliams.com;
Lft@tcmrslaw.com;
lhughes@mofo.com;
liza.burton@lw.com;
lmarini@mpmlawpr.com;
Lnegron@kpmg.com;
loliver@amgprlaw.com;
loomislegal@gmail.com;
lpabonroca@microjuris.com;
lrappaport@proskauer.com;

LRappaport@proskauer.com;
lrobbins@robbinsrussell.com;
ls.valle@condelaw.com;
lsaldana@scvrlaw.com
lshelfer@gibsondunn.com;
lsizemore@reedsmith.com;
ltorres@cstlawpr.com;
lucdespins@paulhastings.com;
luis.vazquez@peerlessoil.com;
luisfredsalgado@hotmail.com;
luislluberas@mvalaw.com;
malvarez@mpmlawpr.com;
man@nblawpr.com;
manuel@rodriguezbanchs.com;
marcia.goldstein@weil.com;
margaritalmercado@gmail.com;
maria.baco@msn.com;
mariae.hernandez@prepa.com;
marianifrancolaw@gmail.com;
marielopad@gmail.com;
marivera@riveratulla.com;
markv@hbsslaw.com;
mark.ellenberg@cwt.com;
mark.gallagher@usdoj.gov;
mark.mcdermott@skadden.com;
martin.sosland@butlersnow.com;
martz@afscme.org;
matthewscheck@quinnemanuel.com;
maxtruj@gmail.com;
mbarulli@choate.com;
melgin@jonesday.com;
mbienenstock@proskauer.com;
Mcantor4@mac.com;
mcaruso@csglaw.com;
mcrm100@msn.com;
mcto@debevoise.com;
mevicens@yahoo.com;
Mfb@tcmrslaw.com;
mfeldman@willkie.com;
mfirestein@proskauer.com;
mfredericks@amerinatls.com;
mfvelezquiebras@gmail.com;
mguitian@gjb-law.com;
MHackett@proskauer.com;
mhernandez@scvrlaw.com;
michael.doluisio@dechert.com;

michaelcomerford@paulhastings.com;
michele.meises@whitecase.com;
migade19@hotmail.com;
miguelgierbolini@gierbolinicarroll.com;
Mimi.M.Wong@irscounsel.treas.gov;
mitch.carrington@butlersnow.com;
mlepelstat@csglaw.com;
mmcgill@gibsondunn.com;
mmercado@mercado-echegaray-law.com;
mmier@cabprlaw.com;
Mohammad.Yassin@aafaf.pr.gov;
mpico@rexachpico.com;
mpocha@omm.com;
mrios@arroyorioslaw.com;
mrm@rmlawpr.com;
mroot@jenner.com;
mseidel@willkie.com;
msimonet@msglawpr.com;
mstancil@robbinsrussell.com;
mthibert-ind@mwe.com;
mtrelles@pmalaw.com;
mvazquez@lsplawpr.com;
mvega@senado.pr.gov;
mzerjal@proskauer.com;
n.tactuk@ferrovial.com;
Nathan.bull@cwt.com;
navarro@navarrolawpr.com;
nbaker@stblaw.com;
nhamerman@kramerlevin.com;
nicholasbassett@paulhastings.com;
notificaciones@bufete-emmanuelli.com;
nperez@tcmrslaw.com;
nrickenbach@rickenbachpr.com;
nrivera@oeg.pr.gov;
NYROBankruptcy@sec.gov;
nzt@mcvpr.com;
ofernandez@oflawoffice.com;
oramos@pmalaw.com;
orlando1701@gmail.com;
orlando.gonzalez@publicisone.com;
ortizcolonricardo@gmail.com;
Otero_and_assoc@hotmail.com;
pabong@reichardescalera.com;
Paula.Flowers@TransCore.com
pbentley@kramerlevin.com;
pdechiara@cwsny.com;

peajeinfo@dechert.com;
pedronicot@gmail.com;
penagaricanobrownusdc@gmail.com;
peter.canzano@nortonrosefulbright.com;
pevarfon@gmail.com;
pieter.vantol@hoganlovells.com;
pfriedman@omm.com;
pglassman@sycr.com;
phammer@krcl.com;
pjime@icepr.com;
pjime@lawfirm-pr.com;
pola@frankpolajr.com;
ppossinger@proskauer.com;
prcr@mcvpr.com;
prodriguez@prvlaw.com;
prosol@utier.org;
prwolverine@gmail.com;
pshalhoub@willkie.com;
puertoricoteam@primeclerk.com;
pwm@wbmvlaw.com;
QUIEBRAS@ELBUFETEDELPUEBLO.com;
quilichinipazc@microjuris.com;
rdiaz@bdslawpr.com;
r.miranda@rmirandalex.net;
ra@calopsc.com;
rachel.albanese@dlapiper.com;
rachel.goldman@bracewell.com;
rachel.mauceri@morganlewis.com;
rafael.ortiz.mendoza@gmail.com;
ramon.dapena@mbcdlaw.com;
ramonvinas@vinasllc.com;
ramonvinas@vinasllc.com;
rbillings@kmksc.com;
rbonilla@bspr.com;
rbrady@ycst.com;
rburgos@adameslaw.com;
rcamara@ferraiuoli.com;
rcasellas@cabprlaw.com;
rcastellanos@devconlaw.com;
rco@crlawpr.com;
rcq@mcvpr.com;
remmanuelli@me.com;
rfc@thefinancialattorneys.com;
rgf@mcvpr.com;
Rgmason@wlrk.com;
rgordon@jenner.com;

rgv@g-glawpr.com;
rhoncat@netscape.net;
rich.katz@torquepointllc.com;
richard.chesley@dlapiper.com;
riverac@reichardescalera.com;
riveraroman@hotmail.com;
rlevin@jenner.com;
rlm@martilaw.com;
rnies@csglaw.com;
robert.berezin@weil.com;
robert.schnell@faegrebd.com;
robin.keller@hoganlovells.com;
rolando@bufete-emmanuelli.com;
romn1960@gmail.com;
roppenheimer@omm.com;
rortiz@rloclaw.onmicrosoft.com;
rosasegui@yahoo.com;
Roy.purcell@scotiabank.com;
rprats@rpplaw.com;
rrivera@jgl.com;
rrodriguez@juris.inter.edu;
rschell@msglawpr.com;
rtorres@torresrodlaw.com;
salalawyers@yahoo.com;
sanchez.lebron501@gmail.com;
santilawoffice@yahoo.com;
Saultoledo22@yahoo.com;
sawbacal@aol.com;
sbest@brownrudnick.com;
sbeville@brownrudnick.com;
scastillo@gaclaw.com;
schristianson@buchalter.com;
scolon@ferraiuoli.com;
scriado@calopsc.com;
secbankruptcy@sec.gov;
serrano.urdaz.law@hotmail.com;
serviceqa@primeclerk.com;
smillman@stroock.com;
softedal@choate.com;
squsba@stblaw.com;
sramirez@sarlaw.com;
sratner@proskauer.com;
SSchmidt@kasowitz.com;
ssooknanan@jonesday.com;
stan.ladner@butlersnow.com;
stansoffice@aol.com;

steve@hbsslaw.com;
storres@alblegal.net;
stuart.steinberg@dechert.com;
suarezcobo@gmail.com;
suhland@omm.com;
susheelkirpalani@quinnemanuel.com;
swb@wbmvlaw.com;
sweise@proskauer.com;
swisotzkey@kmksc.com;
thomas.curtin@cwt.com;
Thomas.g.ward@usdoj.gov;
Thomas.M.Rath@IRSCOUNSEL.TREAS.gov;
tmayer@kramerlevin.com;
tmundiya@willkie.com;
tmungovan@proskauer.com;
toby.gerber@nortonrosefulbright.com;
toledo.bankruptcy@gmail.com;
tolson@gibsondunn.com;
tpaterson@afscme.org;
tpennington@renocavanaugh.com;
tuttieguerrero@yahoo.com;
TWelch@kasowitz.com;
ubaldo.fernandez@oneillborges.com;
unionecfse@yahoo.com;
USTP.Region21@usdoj.gov;
valvarados@gmail.com;
vbantnerpeo@buchalter.com;
vdorfman@jonesday.com;
velez.hector@epa.gov;
vero@ferraiuoli.pr;
victor.quinones@mbcdlaw.com;
victor@calderon-law.com;
victorriverarios@rcrtrblaw.com;
wardlow.w.benson@usdoj.gov;
wburgos@justicia.pr.gov;
wdalsen@proskauer.com;
wilbert_lopez@yahoo.com;
william.m.vidal@gmail.com;
wlugo@lugomender.com;
wmq@wmarrerolaw.com;
wsmith@mwe.com;
wssbankruptcy@gmail.com;
xavier.carol@abertis.com;
yasmin@bufete-emmanuelli.com;
ygc@rclopr.com;
ygc1@prtc.net;

zacharyrussell@quinnemanuel.com;
zdavila@almeidadavila.com;

## Exhibit B

| | |
|---|---|
| United States District Court<br>Southern District of New York<br>Chambers of Honorable Laura Taylor Swain<br>Daniel Patrick Moynihan United States Courthouse<br>500 Pearl St., Suite No. 3212<br>New York, New York 10007-1312 | Hon. Judith G. Dein<br>United States District Court<br>District of Massachusetts<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 6420<br>Boston, MA 02210 |
| AmeriCorps<br>Attn: Kim Mansaray<br>1201 New York Ave., NW<br>Washington, DC 20525 | Antilles Power Depot, Inc.<br>Attn: Raymond Texidor<br>PO Box 81090<br>Carolina, PR 00981-0190 |
| Office of the United States Trustee<br>for Region 21<br>Edificio Ochoa<br>500 Tanca Street, Suite 301<br>San Juan, PR 00901-1922 | Integrand Assurance Company<br>Urb. Caparra Heights<br>369 Ensenada<br>San Juan, PR 00920 |
| Department of Defense (DOD)<br>Attn: Patrick M. Shanahan<br>1400 Defense Pentagon<br>Washington, DC 20301-1400 | Departamento de Justicia de Puerto Rico<br>Apartado 9020192<br>San Juan, PR 00902-0192 |
| Department of Homeland Security (DHS)<br>Attn: Kevin McAleenan<br>245 Murray Lane., SW<br>Washington, DC 20528-0075 | Department of Energy (DOE)<br>Attn: Rick Perry<br>1000 Independence Ave., SW<br>Washington, DC 20585 |
| Department of Human and Health Services<br>Attn: Alex M. Azar II<br>200 Independence Ave, SW<br>Washington, DC 20201 | Department of Housing and<br>Urban Development (HUD)<br>Attn: Ben Carson<br>451 7th Street, SW<br>Washington, DC 20410 |
| Department of Transportation (DOT)<br>Attn: Elaine L. Chao<br>1200 New Jersey Ave., SE<br>Washington, DC 20590 | Department of the Interior (DOI)<br>Attn: David Bernhardt<br>1849 C St., NW<br>Washington, DC 20240 |
| Kanoso Auto Sales Inc.<br>PO Box 1446<br>San German, PR 00683<br>Attn: Jose A. Crespo Gonzalez, President | Department of Veterans Affairs (VA)<br>Attn: Robert Wilkie<br>810 Vermont Ave., NW<br>Washington, DC 20420 |

| | |
|---|---|
| Federal Emergency Management Agency (FEMA)<br>Attn: Bob Fenton<br>500 C St., SW<br>Washington, DC 20472 | Jaime Rodríguez Avilés<br>128 Apartamento<br>201 Edificio Bernardo Torres<br>Sector La Trocha<br>Yauco, PR 00698 |
| Small Business Administration (SBA)<br>Attn: Linda McMahon<br>409 3rd St., SW<br>Washington, DC 20416 | Federal Communications Commission (FCC)<br>Attn: Ajit Pai<br>445 12th St., SW<br>Washington, DC 20554 |
| Ricardo Rosello Nevares, through the Secretary of Justice<br>The Commonwealth of Puerto Rico<br>Office of the Governor<br>La Fortaleza<br>63 Calle Fortaleza<br>San Juan, PR 00901 | Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero<br>PO Box 190095<br>San Juan, PR 00919-0095 |
| U.S. Attorney for the District of Puerto Rico<br>Attn: Rosa E. Rodriguez-Velez, U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan, PR 00918 | Quinones Vargas Law Offices<br>Attn: Damaris Quiñones Vargas, Esq.<br>Box 429<br>Cabo Rojo, PR 00623 |
| U.S. Department of Commerce<br>Attn: Wilbur Ross<br>1401 Constitution Ave., NW<br>Washington, DC 20230 | The Commonwealth of Puerto Rico<br>Office of the Governor<br>La Fortaleza<br>63 Calle Fortaleza<br>San Juan, PR 00901 |
| U.S. Department of Health and Services<br>Attn: Amanda Barlow<br>330 C St., SW<br>Washington, DC 20201 | US Army Corps of Engineers<br>Attn: Todd T. Semonite<br>441 G St., NW<br>Washington, DC 20548 |
| U.S. Department of Labor (DOL)<br>Attn: Alexander R. Acosta<br>Frances Perkins Building<br>200 Constitution Ave.<br>Washington, DC 20210 | U.S. Department of Agriculture<br>Attn: Sonny Perdue<br>1400 Independence Ave., SW<br>Washington, DC 20250 |
| Metro Pavia Health System<br>Attn: Zarel J. Soto Abaca<br>PO Box 3180<br>Carolina, PR 00984 | U.S. Department of Education (ED)<br>Attn: Betsy DeVos<br>400 Maryland Ave., SW<br>Washington, DC 20202 |

| | |
|---|---|
| Puerto Rico Hospital Supply<br>Call Box 158<br>Carolina, PR 00986-0158 | U.S. Department of Justice (DOJ)<br>Attn: William Barr<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530 |
| Rene Pinto-Lugo<br>PO Box 13531<br>San Juan, PR 00908 | The American Federation of Teachers (AFT)<br>Attn: Mark Richard<br>555 New Jersey Ave., N.W., 11th Floor<br>Washington, DC 20001 |
| Unitech Engineering<br>Attn: Ramón Ortiz Carro<br>205 Calle Eleonor Roosevelt<br>San Juan, PR 00918-3096 | Counsel to PFZ Properties, Inc.<br>Jack Katz<br>ESJ Towers<br>6165 Isla Verde Ave.<br>Carolina, PR 00979-5729 |
| Antonetti Montalvo & Ramírez-Coll<br>Attn: Ana M. del Toro-Sabater, Esq.<br>1225 Avenida Ponce de León, Suite 1001<br>VIG Tower<br>San Juan, PR 00907 | Reliable Equipment Corporation<br>Attn: Marylin Del Valle, General Manager<br>PO Box 2316<br>Toa Baja, PR 00951-2316 |
| Asociación de Profesoras y Profesores<br>del Recinto Universitario de Mayagüez, Inc.<br>Apartado Postal 2227<br>Mayagüez, PR 00681 | Unión de Médicos de la Corporación<br>del Fondo del Seguro del Estado<br>PO Box 70344, CMM33<br>San Juan, PR 00936-8344 |
| Puerto Rico Electric Power Authority<br>Attn: Office of the General Counsel<br>PO Box 364267<br>San Juan, PR 00936-4267 | Pablo Del Valle Rivera<br>Counsel for Pablo Del Valle Rivera and<br>Maria A. Matinez, Tenants in Common<br>PO Box 2319<br>Toa Baja, PR 00951 |
| Alan Friedman<br>124 Lander Ave.<br>Staten Island, NY 10314 | Autonomous Municipality of Ponce<br>PO Box 331709<br>Ponce, PR 000733-1709 |
| Ing. José F. Ortiz Vázquez<br>Autoridad de Energia Electrica<br>PO Box 70151<br>San Juan, Puerto Rico 00936 | Economics and Statistics Administration<br>Attn: Brad Burke<br>1401 Constitution Ave., NW<br>Washington, DC 20230 |
| Liberty Cablevision of Puerto Rico, LLC<br>Attn: Alexandra Verdiales<br>PO Box 192296<br>San Juan, PR 00919-2296 | Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn: Rafael M. Santiago-Rosa, Esq.<br>Vanessa Medina-Romero, Esq.<br>Triple S Plaza, 1510 F.D. Roosevelt Ave.<br>9th Floor, Suite 9 B1<br>Guaynabo, PR 00968 |

| | |
|---|---|
| Sepulvado & Maldonado, PSC<br>Attn: José Javier Santos Mimoso,<br>Elaine Maldonado Matias,<br>Aníbal J. Núñez González,<br>Aurivette Deliz Delgado &<br>Albéniz Couret Fuente<br>304 Ave Ponce de Leon, # 990<br>San Juan, PR 00918-2029 | SOMOS, Inc.<br>1605 Ponce De Leon Avenue<br>Suite 300, San Martin Bldg.<br>San Juan, PR 00909 |
| Coto & Associates<br>Attn: Ramón Coto-Ojeda & Gladira Robles-Santiago<br>MCS Plaza, Suite 800<br>255 Ponce de León Ave.<br>Hato Rey, PR 00918 | Fuentes Law Offices, LLC<br>Attn: Alexis Fuentes Hernández<br>PO Box 9022266<br>San Juan, PR 00902-2726 |