## **Exhibit A**

# LCDC AND QTCB HOLDINGS SUMMARY ($MM)

|  | **Principal Summary as of June 30, 2019**[1] | | |
|---|---|---|---|
|  | **GO** | **PBA** | **Total** |
| Pre-2011[2] | $987.8 | $802.7 | $1,790.5 |
| 2011[3] | 71.9 | 750.1 | 822.0 |
| 2012 | 228.9 | 70.5 | 299.5 |
| 2014 | 42.8 | N/A | 42.8 |
| **Total** | **$1,331.4** | **$1,623.3** | **$2,954.7** |

(1) Amounts reflect accreted value for capital appreciation bonds as of June 30, 2019.
(2) Includes issuances prior to March 2011.
(3) Includes issuances issued between March 2011 and December 2011.


