UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER REGARDING TRANSLATION OF CERTAIN RESPONSES TO
DEBTORS' THIRTY-NINTH, FORTY-FIFTH, AND FORTY-EIGHTH OMNIBUS OBJECTIONS

The Court has received (i) the response of Mr. Jesus Librada Sanz (Docket Entry No. 7579 in Case No. 17-3283[2]) to the *Thirty-Ninth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims* (Docket Entry No. 7248, the "Thirty-Ninth Objection"), (ii) the response of Mr. Francisco Toro de Osuna and Ms. Viviana Velez Perez (Docket Entry No. 7861) to the *Forty-Fifth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient and Incorrect Debtor Claims* (Docket Entry No. 7267, the "Forty-Fifth Objection"), and (iii) the response of Ms. Lillian Teresa Azize Alvarez (Docket Entry No. 7930) to the *Forty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Subsequently*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] All docket entry references are to entries in Case No. 17-3283, unless otherwise specified.

*Amended Claims* (Docket Entry No. 7275, the "Forty-Eighth Objection" and, together with the Thirty-Ninth Objection and the Forty-Fifth Objection, the "Objections").

To the extent that Debtors intend to continue to prosecute the Objections with respect to the claims that are the subject of the responses filed by Mr. Jesus Librada Sanz, Ms. Lillian Teresa Azize Alvarez, Mr. Francisco Toro de Osuna, and Ms. Viviana Velez Perez, counsel to the Oversight Board are directed to file certified translations of the responses contemporaneously with the Commonwealth's replies in support of the Objections.

SO ORDERED.

Dated: July 11, 2019

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge