```
Court Name: District Court
Division: 1
Receipt Number: PRX100064829
Cashier ID: arodrigu
Transaction Date: 07/11/2019
Payer Name: WACHTELL, LIPTON, ROSEN AND
------------------------------------
PRO HOC VICE
 For: WACHTELL, LIPTON, ROSEN AND
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
------------------------------------
PAPER CHECK CONVERSION
 Remitter: WACHTELL, LIPTON, ROSEN AND
 Check/Money Order Num: 2361910
 Amt Tendered:  $300.00
------------------------------------
Total Due:      $300.00
Total Tendered: $300.00
Change Amt:     $0.00

17-3283(LTS) PRO HAC VICE OF JOHN
F. LYNCH
THRU: NAYUAN ZOUAIRABANI
```