## CERTIFICATE OF SERVICE

I have caused to be sent a copy of (1) [Response to Docket #7640 and #7667] Response of Individual General Obligation Bondholder to Motion of FOMB to Stay Contested Matters Pending Confirmation of Commonwealth Plan of Adjustment, (2) Hein Declaration dated July 8, 2019 to accompanying Response to Docket #7640 and #7667, and (3) letter to Clerk of Court, by email to each of the other parties or their attorneys on the attached service list pages.

Dated:  July 9, 2019

_____
Peter C. Hein

Proskauer Rose LLP
11 Times Square
New York, NY  10036

Attn:   Martin J. Bienenstock, Esq. (mbienenstock@proskauer.com)
        Brian Rosen, Esq. (brosen@proskauer.com)
        Paul V. Possinger, Esq. (ppossinger@proskauer.com)
        Ehud Barak, Esq. (ebarak@proskauer.com)
        Maja Zerjal, Esq. (mzerjal@proskauer.com)

Paul Hastings LLP
200 Park Ave.
New York, NY  10166

Attn:   Luc A. Despins, Esq. (lucdespins@paulhastings.com)
        James Bliss, Esq. (jamesbliss@paulhastings.com)
        Andrew V. Tenzer, Esq. (andrewtenzer@paulhastings.com)
        Michael E. Comerford, Esq. (michaelcomerford@paulhastings.com)
        James Worthington, Esq. (jamesworthington@paulhastings.com)
        G. Alexander Bongartz, Esq. (alexbongartz@paulhastings.com)

**From:** Peter C. Hein [mailto:petercheinsr@gmail.com]
**Sent:** Monday, June 24, 2019 12:57 PM
**To:** mbienenstock@proskauer.com; brosen@proskauer.com; ppossinger@proskauer.com; ebarak@proskauer.com; mzerjal@proskauer.com; lucdespins@paulhastings.com; jamesbliss@paulhastings.com; andrewtenzer@paulhastings.com; michaelcomerford@paulhastings.com; jamesworthington@paulhastings.com; alexbongartz@paulhastings.com; mbienenstock@proskauer.com; brosen@proskauer.com; ppossinger@proskauer.com; ebarak@proskauer.com; mzerjal@proskauer.com; lucdespins@paulhastings.com; jamesbliss@paulhastings.com; andrewtenzer@paulhastings.com; michaelcomerford@paulhastings.com; jamesworthington@paulhastings.com; alexbongartz@paulhastings.com
**Cc:** 'Peter C. Hein'

**From:** Peter C. Hein [mailto:petercheinsr@gmail.com]
**Sent:** Monday, June 24, 2019 12:59 PM
**To:** Gerardo.Portela@aafaf.pr.gov; Mohammad.Yassin@aafaf.pr.gov; jrapisardi@omm.com; suhland@omm.com; pfriedman@omm.com; mitchelln@omm.com; mdiconza@omm.com; lmarini@mpmlawpr.com; cvelaz@mpmlawpr.com; malvarez@mpmlawpr.com; mbienenstock@proskauer.com; ppossinger@proskauer.com; herman.bauer@oneillborges.com; ebarak@proskauer.com; mzerjal@proskauer.com; lucdespins@paulhastings.com; jamesbliss@paulhastings.com; jamesworthington@paulhastings.com; alexbongartz@paulhastings.com; jcasillas@cstlawpr.com; dbatlle@cstlawpr.lcom; aaneses@cstlawpr.com; emontull@cstlawpr.com; rgordon@jenner.com; rlevin@jenner.com; csteege@jenner.com; ajb@bennazar.org; Monsita.lecaroz@usdoj.gov; ustp.region21@usdoj.gov
**Cc:** 'Peter C. Hein'

**From:** Peter C. Hein [mailto:petercheinsr@gmail.com]
**Sent:** Monday, June 24, 2019 1:00 PM
**To:** 'Goldstein, Irena'; DFioccola@mofo.com; kurt.mayr@bracewell.com; rachel.goldman@bracewell.com;
david.ball@bracewell.com; david.lawton@bracewell.com; shannon.wolf@bracewell.com;
susheelkirpalani@quinnemanuel.com; marcia.goldstein@weil.com; kelly.diblasi@weil.com; gabriel.morgan@weil.com;
jonathan.polkes@weil.com; gregory.silbert@weil.com; jared.friedmann@weil.com; AMiller@milbank.com;
GMainland@milbank.com; dburke@robbinsrussell.com; mstancil@robbinsrussell.com; donald.bernstein@davispolk.com;
brian.resnick@davispolk.com; angela.libby@davispolk.com; JPeck@mofo.com; GLee@mofo.com; gesposito@mofo.com;
mark.ellenberg@cwt.com; ACaton@kramerlevin.com; TMayer@kramerlevin.com; NBello@kramerlevin.com;
BOneill@kramerlevin.com; kzeituni@paulweiss.com; arosenberg@paulweiss.com; DBuckley@kramerlevin.com;
jeff.bjork@lw.com; christopher.harris@lw.com; adam.goldberg@lw.com; liza.burton@lw.com; Casey.Servais@cwt.com;
Csteege@jenner.com; rgordon@jenner.com; lralford@jenner.com; deborahnewman@quinnemanuel.com;
dblabey@kramerlevin.com; 'Bassett, Nicholas'; 'Bliss, James R.'; APapalaskaris@brownrudnick.com;
SBeville@brownrudnick.com; EWeisfelner@brownrudnick.com; TAxelrod@brownrudnick.com; 'Peter Hein';
RSierra@brownrudnick.com; 'Despins, Luc A.'
**Cc:** 'Peter C. Hein'