**PRESS FIRMLY TO SEAL**

**PRIORITY MAIL**

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE
  * Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

$13.10
US POSTAGE
07/09/2019
From 10019
2 lbs 2 ozs
Zone 7

Pitney Bowes
ComBasPrice

026W0004897470
2076604879



**PRIORITY MAIL 3-DAY™**

Estimated Delivery Date: 07/12/2019

C.
ton Rosen & Katz
St
Y 10019-6119

0004

C018

LERK OF THE UNITED STATES DISTRICT
HE DISTRICT OF PUERTO RICO
AL BUILDING, STE 150
VE CHARDON
JAN PR 00918-1706

**USPS TRACKING #**



9405 5098 9864 1017 1679 50

RECEIVED
2019 JUL 12 PM 4: 56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

PRIORITY MAIL
POSTAGE REQUIRED