Case:17-03283-LTS   Doc#:7962-1   Filed:07/15/19   Entered:07/15/19 13:30:06   Desc:
Exhibit 1   Page 1 of 2

# Exhibit 1

Court Name: District Court
Division: 1
Receipt Number: PRX100064794
Cashier ID: arodrigu
Transaction Date: 07/11/2019
Payer Name: JIMENEZ, GRAFFAM AND LAUSELL
------------------------------------
PRO HOC VICE
 For: JIMENEZ, GRAFFAM AND LAUSELL
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00
------------------------------------
PAPER CHECK CONVERSION
 Remitter: JIMENEZ, GRAFFAM AND LAUSELL
 Check/Money Order Num: 066758
 Amt Tendered:  $300.00
------------------------------------
Total Due:       $300.00
Total Tendered: $300.00
Change Amt:      $0.00

17-3283(LTS) PRO HAC VICE OF
MICHAEL J. REISS

THRU: J. RAMON RIVERA-MORALES