# EXHIBIT D

**Summary of Jenner & Block LLP Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| Timekeeper Category | | Worked and Billed in 2018 (excluding Restructuring lawyers) | Blended Hourly Rate Billed in this Fee Application |
|---|---|---|---|
| **Partner** | | **$769** | **$1093.75** |
| | Partner – Sr. (20+ years) | $820 | $1,151.21 |
| | Partner – Mid (13-19 years) | $726 | $896.90 |
| | Partner – Jr. (0-12 years) | $700 | $854.71 |
| **Associate** | | **$529** | **$748.10** |
| | Associate – Sr. (5+ years) | $621 | $857.50 |
| | Associate – Sr. (4-5years) | 588 | $726.42 |
| | Associate – Jr. (0-3 years) | $506 | $556.86 |
| **Paralegal** | N/A | $284 | $389.36 |
| **Project Assistant** | N/A | $185 | $225.00 |
| **Other** | N/A | $370 | $469.61 |
| **Blended Rate for all Attorneys in this Fee Application** | | | $824.80 |
| **Blended Rate for all Attorneys with 15% discount** | | | $701.09 |
| **Blended Rate for All Timekeepers in this Fee Application** | | | $789.91 |
| **Blended Rate for all Timekeepers with 15% discount** | | | $671.43 |

Case Name: In re Commonwealth of Puerto Rico, et al.
Case Number: 17 BK 3283-LTS
Applicant's Name: Jenner & Block LLP
Date of Application: July 15, 2019
Interim or Final: Interim