# EXHIBIT E

## Summary of Jenner & Block LLP Hours Worked and Fees Incurred

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Requested |
|---|---|---|---|---|---|---|
| IAN HEATH GERSHENGORN | Partner | 1993 | Appellate & Supreme Court Practice | $1,250 | 10.60 | $13,250.00 |
| ROBERT D. GORDON | Partner | 1989 | Restructuring & Bankruptcy | $1,150 | 732.10 | $841,915.00 |
| SARAH E. HADDY | Partner | 2009 | Employee Benefits | $860 | 13.10 | $11,266.00 |
| MARC B. HANKIN | Partner | 1992 | Restructuring & Bankruptcy | $1,100 | 23.60 | $25,960.00 |
| LINDSAY C. HARRISON | Partner | 2003 | Appellate & Supreme Court Practice | $935 | 10.00 | $9,350.00 |
| KERI HOLLEB HOTALING | Partner | 2000 | Complex Commercial Litigation | $890 | 30.00 | $26,700.00 |
| CARTER H. KLEIN | Partner | 1972 | Corporate | $775 | 2.30 | $1,782.50 |
| RICHARD B. LEVIN | Partner | 1975 | Restructuring & Bankruptcy | $1,350 | 10.50 | $14,175.00 |
| EMILY M. LOEB | Partner | 2009 | Investigations, Compliance & Defense | $865 | 8.10 | $7,006.50 |
| LANDON S. RAIFORD | Partner | 2008 | Restructuring & Bankruptcy | $860 | 314.80 | $270,728.00 |
| MELISSA M. ROOT | Partner | 2003 | Restructuring & Bankruptcy | $935 | 146.60 | $137,071.00 |
| CATHERINE L. STEEGE | Partner | 1982 | Restructuring & Bankruptcy | $1,150 | 141.70 | $162,955.00 |
| KATHERINE B. JOHNSON | Associate | 2014 | Investigations, Compliance & Defense | $735 | 1.90 | $1,396.50 |
| TASSITY S. JOHNSON | Associate | 2013 | Appellate & Supreme Court Practice | $770 | 26.60 | $20,482.00 |
| KATHERINE A. ROSOFF | Associate | 2017 | Litigation | $580 | 51.20 | $29,696.00 |
| ADAM T. SWINGLE | Associate | 2018 | Restructuring & Bankruptcy | $475 | 3.00 | $1,425.00 |
| JOHN D. VANDEVENTER | Associate | 2014 | Restructuring and Bankruptcy | $725 | 11.50 | $8,337.50 |
| CARL N. WEDOFF | Associate | 2010 | Restructuring and Bankruptcy | $865 | 310.30 | $268,409.50 |
| WILLIAM A. WILLIAMS | Associate | 2018 | Restructuring & Bankruptcy | $550 | 137.00 | $75,350.00 |
| ALEXIS GABAY | Staff Attorney | N/A | Litigation | $450 | 339.80 | $152,910.00 |
| LAURA E. PELANEK | Staff Attorney | 2004 | Litigation | $485 | 457.00 | $221,645.00 |
| OWEN W. KEITER | Clerk | N/A | Litigation | $500 | 22.90 | $11,450.00 |
| RICIA V. AUGUSTY | Paralegal | | Litigation | $350 | 0.50 | $175.00 |
| AMANDA E. FACTOR | Paralegal | N/A | Litigation | $350 | 1.20 | $420.00 |
| TOI D. HOOKER | Paralegal | N/A | Restructuring and Bankruptcy | $395 | 89.40 | $35,313.00 |
| CHARLOTTE M. STRETCH | Paralegal | | Appellate & Supreme Court Practice | $325 | 6.80 | $2,210.00 |
| MARC A. PATTERSON | Project Assistant | N/A | Restructuring and Bankruptcy | $225 | 94.90 | $21,352.50 |

# EXHIBIT E

### Summary of Jenner & Block LLP Hours Worked and Fees Incurred

| Name | Title | | Department | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| ANNETTE M. YOUNG | Project Assistant | N/A | Litigation | $225 | 2.00 | $450.00 |
| STEPHEN S. MELLIN | Library Services | N/A | Information Services | $350 | 6.20 | $2,170.00 |
| PAUL S. RAMONAS | Library Services | N/A | Information Services | $350 | 1.10 | $385.00 |
| JAMES P. WALSH | Administrator | N/A | Information Services | $350 | 1.60 | $560.00 |
| **Sub-Total\*** | | | | | **3,008.3** | **$2,376,296.00** |
| Less 15% Fee Discount on all matters except the Non-working Travel Matter | | | | | | $335,809.50 |
| Less 50% Discount on Non-working Travel Matter | | | | | | $68,783.78 |
| **Total** | | | | | | **$1,971,702.85** |