# EXHIBIT F

## Summary of Jenner & Block LLP Expenses

| Service Description | Amount |
|---|---|
| Audiovisual | $11,025.78 |
| B&W Copy | $5,921.30 |
| Color Copy | $190.25 |
| Court Fees | $348.38 |
| Database Research - LAC Group, LLC | $294.00 |
| In-City Transportation | $129.59 |
| Lexis Research | $330.65 |
| Other Professional Services - Alix Partners LLP; Transperfect | $21,857.25 |
| Pacer Charges | $27.70 |
| Postage Expense | $671.90 |
| Publications/Books | $68.95 |
| Special Messenger Service | $22.50 |
| Telephone Expense | $1,731.00 |
| Transcripts - Court Appearance- Deposition | $562.56 |
| UPS | $807.68 |
| Westlaw Research | $7,330.09 |
| **Travel** | |
| Airfare | $17,796.22 |
| Ground Transportation | $1,251.43 |
| Hotel | $5,178.96 |
| Meals | $8,071.69 |
| Parking | $264.00 |
| **TOTAL** | **$83,881.88** |