# EXHIBIT G
## Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| ADV. PROC. 17-189 – ACP Master LTD. | 1.00 | $891.50 |
| ADV. PROC. 17-213 – ERS v. ALTAIR | 32.20 | $29,563.00 |
| ADV. PROC. 17-219, 17-220 – ALTAIR v. ERS | 0.30 | $174.00 |
| ADV. PROC. 17-228, 17-229 - UTIER | 0.40 | $232.00 |
| ADV. PROC. 17-257 – UCC v. WHYTE | 1.10 | $923.00 |
| ADV. PROC. 17-151, 17-152 - PEAJE | 0.60 | $348.00 |
| ADV. PROC. 17-155, 17-156, 17-159 AMBAC; ASSURED | 0.60 | $348.00 |
| Adv. Proc. 18-149 - FOMB v. PBA | 116.30 | $79,112.00 |
| CASE ADMINISTRATION/MISCELLANEOUS | 252.40 | $167,109.50 |
| CHALLENGES TO PROMESA | 85.70 | $83,325.00 |
| CLAIMS ISSUES | 14.30 | $3,812.50 |
| COMMITTEE GOVERNANCE AND MEETINGS | 91.20 | $97,250.50 |
| COMMUNICATIONS WITH RETIREES | 37.80 | $40,845.50 |
| COURT HEARINGS | 56.90 | $57,249.50 |
| ECONOMIC AND DISASTER RECOVERY ANALYSIS | 0.20 | $230.00 |
| EMPLOYMENT OF PROFESSIONALS (JENNER) | 43.00 | $35,520.00 |
| ERS BOND ISSUES | 690.70 | $534,700.00 |
| FEE APPLICATION AND STATEMENTS | 76.90 | $51,323.50 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 588.80 | $629,046.50 |
| GO BONDS ISSUES | 169.60 | $133,505.50 |
| GO/COFINA ISSUES | 0.60 | $433.50 |
| **MEDIATION** | **0.50** | $575.00 |
| PENSION ANALYSIS | 1.20 | $1,380.00 |
| PREPA | 2.10 | $1,788.00 |
| RULE 2004 INVESTIGATION | 613.10 | $289,042.50 |
| NON-WORKING TRAVEL TIME | 130.80 | $137,567.50 |
| **Sub-Total*** | 3008.3 | $2,376,296.00 |
| Less 15% Fee Discount on all matters except – Non Working travel | | $335,809.50 |
| Less 50% Discount on Non-Working Travel | | $68,783.78 |
| **Total** | | **$1,971,702.85** |