# **EXHIBIT I**

**Detailed Expense Records for Jenner & Block**

# February 2019

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                            **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 1/08/19 | In-City Transportation; Elan Corp Payment; 01/25/2019; Curreri 01/19 Stmt; Uber Charges; Katie Rosoff; Pickup at 212 E 55th St New York NY 10022 USA Dropoff at 200 E 15th St New York NY 10003 USA on 12/12/2018 | 21.09 |
| 1/24/19 | Travel; Elan Corp Payments 2/27/2019; Ultramar 2/19 Stmt; SHERATON Melissa Root Lodging 01/24/2019 | 5,986.70 |
| 1/30/19 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 01/30/2019; Spanish/English Translation 1/23/19. | 2,490.00 |
| 2/04/19 | Postage Expense | 1.00 |
| 2/04/19 | Transcripts - Court Appearance; AMY WALKER; 02/04/2019, PROMESA hearing. | 420.00 |
| 2/05/19 | Postage Expense | 62.35 |
| 2/05/19 | Airfare, ROBERT D. GORDON, 02/05/2019, San Juan, Puerto Rico, 2/6-7/19, attend meeting. | 1,426.40 |
| 2/05/19 | B&W Copy | 161.70 |
| 2/05/19 | 02/05/2019 UPS Delivery Service 1Z6134380190278043 | 7.63 |
| 2/05/19 | 02/05/2019 UPS Delivery Service 1Z6134380196465731 | 7.63 |
| 2/05/19 | 02/05/2019 UPS Delivery Service 1Z6134380198857546 | 18.87 |
| 2/05/19 | Transcripts - Court Appearance; SOUTHERN DISTRICT REPORTERS, P.C.; 02/05/2019; 01/30/19 hearing transcript. | 169.46 |
| 2/05/19 | Transcripts - Court Appearance; SOUTHERN DISTRICT REPORTERS, P.C.; 02/05/2019; 01/30/19 hearing transcript. Void Check # - 000297880 | -169.46 |
| 2/15/19 | Other Professional Services; ALIX PARTNERS LLP; 02/15/2019; Relativity Vendor invoices for 1/1/19-1/31/19. | 2,968.00 |
| 2/15/19 | Internet connectivity while in-flight, ROBERT D. GORDON, 02/15/2019, 1/21-28/19. | 47.95 |
| 2/15/19 | Airfare, ROBERT D. GORDON, 02/15/2019, San Juan, Puerto Rico, 2/6-8/19, attend meeting. | 925.80 |
| 2/15/19 | Taxi expense, ROBERT D. GORDON, 02/15/2019, San Juan, Puerto Rico, 1/22-23/19, attend meeting. | 79.30 |
| 2/15/19 | Meals, ROBERT D. GORDON, 02/15/2019, San Juan, Puerto Rico, attend meeting. | 561.20 |
| 2/16/19 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 02/16/2019; Spanish/English/Translation 2/7/19. | 1,681.75 |
| 2/19/19 | Internet connectivity while in flight, ROBERT D. GORDON, 02/19/2019, San Juan, Puerto Rico, 2/6-8/19, attend meeting. | 9.95 |
| 2/20/19 | Court Fees; Elan Corp Payment; 02/27/2019; Docket 02/19; SOUTHERN DISTRICT REPORT Transcript Fee for T. Hooker 02/20/2019 | 138.38 |
| 2/25/19 | B&W Copy | 31.50 |
| 2/26/19 | Color Copy | 15.00 |
| 2/26/19 | B&W Copy | 5.30 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 2/26/19 | B&W Copy | 70.30 |
| 2/27/19 | 02/11/2019 Soundpath Teleconferencing | 53.30 |
| 2/27/19 | 02/07/2019 Soundpath Teleconferencing | 78.28 |
| 2/27/19 | 01/25/2019 Soundpath Teleconferencing | 96.79 |
| 2/28/19 | Lexis Research | 14.65 |
| 2/28/19 | Lexis Research | 115.15 |
| 2/28/19 | Westlaw Research | 141.51 |
| 2/28/19 | Westlaw Research | 432.64 |
| | TOTAL DISBURSEMENTS | $ 18,070.12 |

MATTER 10113 TOTAL                                                                                               $ 18,070.12

# March 2019

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**  **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---|
| 3/05/19 | Publication/Books; Elan Corp Payments 03/27/19; Klaich 03/19 Stmt; AMAZON.COM*MI92Z58Y2 Book: Direct Placement of Corporate Securities for W. Williams 03/05/2019 | 33.95 |
| 3/06/19 | Color Copy | 2.75 |
| 3/06/19 | B&W Copy | .20 |
| 3/07/19 | Internet connectivity while inflight, ROBERT D. GORDON, 03/07/2019, San Juan, PR, 2/28-3/2/19, attend meeting. | 29.95 |
| 3/07/19 | Taxi expense, ROBERT D. GORDON, 03/07/2019, San Juan, PR, 2/6-8/19, attend meeting. | 27.00 |
| 3/07/19 | Color Copy | .25 |
| 3/08/19 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 03/08/2019; Spanish/English Translation 3/4/19. | 995.00 |
| 3/11/19 | Travel; Elan Corp Payments 3/27/2019; Ultramar 3/19 Stmt; SHERATON Robert Gordon Lodging 03/11/2019 | 6,607.46 |
| 3/11/19 | B&W Copy | 13.40 |
| 3/11/19 | B&W Copy | 3.40 |
| 3/12/19 | Internet connectivity while inflight, ROBERT D. GORDON, 03/12/2019, San Juan, Puerto Rico, 2/28-3/2/19, attend meeting. | 29.95 |
| 3/12/19 | Color Copy | 11.75 |
| 3/12/19 | B&W Copy | 20.20 |
| 3/12/19 | B&W Copy | 5.50 |
| 3/13/19 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 03/13/2019; Spanish/English Translation 3/8/19. | 2,434.00 |
| 3/13/19 | B&W Copy | 3.50 |
| 3/14/19 | In-City Transportation; Elan Corp Payment; 03/27/2019; Curreri 3/19 Stmt; Uber Charges; Katie Rosoff pickup 909 3rd Ave New York NY 10022 USA Dropoff 146 3rd Ave New York NY 10003 USA 02/07/2019 | 16.63 |
| 3/14/19 | In-City Transportation; Elan Corp Payment; 03/27/2019; Curreri 3/19 Stmt; Uber Charges; Katie Rosoff pickup 909 3rd Ave New York NY 10022 USA Dropoff 146 3rd Ave New York NY 10003 USA 02/07/2019 | 5.13 |
| 3/14/19 | In-City Transportation; Elan Corp Payment; 03/27/2019; Curreri 3/19 Stmt; Uber Charges; Katie Rosoff pickup 212 E 55th St New York NY 10022 USA Dropoff 140 3rd Ave New York NY 10003 USA 02/27/2019 | 19.72 |
| 3/14/19 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 03/14/2019; Spanish/English Translation 3/7/19. | 205.00 |
| 3/14/19 | B&W Copy | 4.80 |
| 3/15/19 | Working meal while in Puerto Rico, ROBERT D. GORDON, H. Mayol, M. Fabre and S. Gumbs, San Juan, Puerto, Rico, 2/6-8/19, attend meeting. | 42.09 |
| 3/15/19 | Working meal while in Puerto Rico, ROBERT D. GORDON, H. Mayol and S. Gumbs, San Juan, Puerto, Rico, 2/6-8/19, attend meeting. | 120.00 |
| 3/18/19 | Taxi, ROBERT D. GORDON, 03/18/2019 | 26.00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 3/18/19 | Taxi, ROBERT D. GORDON, 03/18/2019 | 66.00 |
| 3/18/19 | Taxi, ROBERT D. GORDON, 03/18/2019, San Juan, Puerto Rico, 3/6-8/19, meeting. | 32.00 |
| 3/18/19 | Taxi expense, ROBERT D. GORDON, 03/18/2019, San Juan Puerto Rico, 2/28-3/2/19, attend meeting. | 16.88 |
| 3/18/19 | Internet connectivity while inflight, ROBERT D. GORDON, 03/18/2019, San Juan, Puerto Rico, 2/6-2/8/19, attend meeting. | 6.00 |
| 3/18/19 | B&W Copy | 1,366.30 |
| 3/18/19 | Transcripts - Court Appearance; Elan Corp Payment; 03/27/2019; Docket 3/19; SOUTHERN DISTRICT REPORT Transcript Fee for C. Steege 03/18/2019 | 142.56 |
| 3/19/19 | Postage Expense | 364.60 |
| 3/19/19 | Taxi, ROBERT D. GORDON, 03/19/2019, San Juan, Puerto Rico, 3/6-8/19, attend meeting. | 97.75 |
| 3/19/19 | Taxi, ROBERT D. GORDON, 03/19/2019, San Juan, Puerto Rico, 2/6-8/19, attend meeting. | 94.00 |
| 3/19/19 | Color Copy | 1.25 |
| 3/19/19 | B&W Copy | 469.40 |
| 3/19/19 | B&W Copy | .70 |
| 3/19/19 | 03/19/2019 UPS Delivery Service 1Z6134380195994233 | 33.23 |
| 3/19/19 | 03/19/2019 UPS Delivery Service 1Z6134380197196048 | 24.72 |
| 3/21/19 | Airfare, ROBERT D. GORDON, 03/21/2019, San Juan, Puerto Rico, 2/28-3/2/19, attend meeting. | 2,349.03 |
| 3/21/19 | Airfare, ROBERT D. GORDON, 03/21/2019, San Juan, Puerto Rico, 2/6-8/19, attend meeting. | 809.46 |
| 3/21/19 | Airfare, ROBERT D. GORDON, 03/21/2019, San Juan, Puerto Rico, 2/28-3/2/19, attend meeting. | 1,381.84 |
| 3/21/19 | Airfare, ROBERT D. GORDON, 03/21/2019, San Juan, Puerto Rico, 3/7-8/19, attend committee meeting. | 2,146.40 |
| 3/21/19 | Airfare, ROBERT D. GORDON, 03/21/2019, San Juan, Puerto Rico, 2/6-8/19, attend meeting. | 1,127.70 |
| 3/21/19 | Meal while in Puerto Rico, ROBERT D. GORDON, 03/21/2019, San Juan, Puerto Rico, 2/28-3/2/19, attend meeting. | 40.00 |
| 3/21/19 | Meal while in Puerto Rico, ROBERT D. GORDON, 03/21/2019, San Juan, Puerto Rico, attend meeting. | 40.00 |
| 3/25/19 | Other Professional Services; ALIX PARTNERS LLP; 03/25/2019; Relativity Vendor Invoices for services 2/119-2/28/19. | 2,035.50 |
| 3/25/19 | Color Copy | 7.50 |
| 3/25/19 | B&W Copy | 3.00 |
| 3/26/19 | In-City Transportation, CARL N. WEDOFF, 03/26/2019, taxi to court, 3/13/19. | 27.85 |
| 3/26/19 | Airfare, ROBERT D. GORDON, 03/26/2019 | 1,645.16 |
| 3/26/19 | B&W Copy | 2.10 |
| 3/27/19 | B&W Copy | 49.20 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---|
| 3/28/19 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 03/28/2019; Spanish/English Translation 3/25/19. | 460.00 |
| 3/29/19 | 03/11/2019 Soundpath Teleconferencing | 14.48 |
| 3/29/19 | 02/05/2019 Soundpath Teleconferencing | 24.89 |
| 3/29/19 | 02/27/2019 Soundpath Teleconferencing | 27.09 |
| 3/29/19 | 02/19/2019 Soundpath Teleconferencing | 28.22 |
| 3/29/19 | 03/08/2019 Soundpath Teleconferencing | 88.57 |
| 3/29/19 | 03/06/2019 Soundpath Teleconferencing | 100.71 |
| 3/29/19 | 02/18/2019 Soundpath Teleconferencing | 149.52 |
| 3/29/19 | 03/04/2019 Soundpath Teleconferencing | 327.32 |
| 3/29/19 | 02/25/2019 Soundpath Teleconferencing | 27.17 |
| 3/29/19 | 02/25/2019 Soundpath Teleconferencing | 28.07 |
| 3/29/19 | 02/26/2019 Soundpath Teleconferencing | 116.73 |
| 3/29/19 | 02/13/2019 Soundpath Teleconferencing | 137.19 |
| 3/29/19 | 03/11/2019 Soundpath Teleconferencing | -14.48 |
| 3/29/19 | 02/05/2019 Soundpath Teleconferencing | -24.89 |
| 3/29/19 | 02/27/2019 Soundpath Teleconferencing | -27.09 |
| 3/29/19 | 02/19/2019 Soundpath Teleconferencing | -28.22 |
| 3/29/19 | 03/08/2019 Soundpath Teleconferencing | -88.57 |
| 3/29/19 | 03/06/2019 Soundpath Teleconferencing | -100.71 |
| 3/29/19 | 02/18/2019 Soundpath Teleconferencing | -149.52 |
| 3/29/19 | 03/04/2019 Soundpath Teleconferencing | -327.32 |
| 3/29/19 | 02/25/2019 Soundpath Teleconferencing | -27.17 |
| 3/29/19 | 02/25/2019 Soundpath Teleconferencing | -28.07 |
| 3/29/19 | 02/26/2019 Soundpath Teleconferencing | -116.73 |
| 3/29/19 | 02/13/2019 Soundpath Teleconferencing | -137.19 |
| 3/29/19 | 03/11/2019 Soundpath Teleconferencing | 14.48 |
| 3/29/19 | 02/05/2019 Soundpath Teleconferencing | 24.89 |
| 3/29/19 | 02/27/2019 Soundpath Teleconferencing | 27.09 |
| 3/29/19 | 02/19/2019 Soundpath Teleconferencing | 28.22 |
| 3/29/19 | 03/08/2019 Soundpath Teleconferencing | 88.57 |
| 3/29/19 | 03/06/2019 Soundpath Teleconferencing | 100.71 |
| 3/29/19 | 02/18/2019 Soundpath Teleconferencing | 149.52 |
| 3/29/19 | 03/04/2019 Soundpath Teleconferencing | 327.32 |
| 3/29/19 | 02/25/2019 Soundpath Teleconferencing | 27.17 |
| 3/29/19 | 02/25/2019 Soundpath Teleconferencing | 28.07 |
| 3/29/19 | 02/26/2019 Soundpath Teleconferencing | 116.73 |
| 3/29/19 | 02/13/2019 Soundpath Teleconferencing | 137.19 |
| 3/31/19 | Database Research; LAC GROUP, LLC; 03/31/2019. Information on special committee. | 294.00 |
| 3/31/19 | Westlaw Research | 3,039.48 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | |
|---|---:|
| TOTAL DISBURSEMENTS | $ 29,901.20 |
| MATTER 10113 TOTAL | $ 29,901.20 |

# April 2019

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                          **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 4/02/19 | Travel, Airfare LINDSAY C. HARRISON, 04/02/2019 | 439.00 |
| 4/02/19 | Taxis, LINDSAY C. HARRISON, 04/02/2019 | 135.73 |
| 4/02/19 | Meals, LINDSAY C. HARRISON, 04/02/2019 | 84.68 |
| 4/02/19 | Lodging, LINDSAY C. HARRISON, 04/02/2019 | 286.85 |
| 4/02/19 | Airfare, LINDSAY C. HARRISON, 04/02/2019 | 328.40 |
| 4/03/19 | Color Copy | 14.50 |
| 4/03/19 | B&W Copy | 32.40 |
| 4/04/19 | Airfare (M. Fabre), ROBERT D. GORDON, 04/04/2019, Washington, DC, 4/10-12/19, meeting. | 902.50 |
| 4/04/19 | Airfare, ROBERT D. GORDON, 04/04/2019, Washington DC, 4/10-12/19, meeting. | 547.61 |
| 4/04/19 | Boardroom rental and catering for COR meeting in the Sheraton, ROBERT D. GORDON, 04/04/2019, San Juan Puerto Rico, 3/24-25/19, COR meeting. | 2,579.12 |
| 4/04/19 | Taxis, ROBERT D. GORDON, 04/04/2019, San Juan, PR, 3/24-25/19, meeting. | 91.36 |
| 4/04/19 | Working meal (R. Gordon and S. Gumbs), ROBERT D. GORDON, 04/04/2019, San Juan, PR, 3/24-25/19, meetings. | 44.89 |
| 4/04/19 | In flight internet connectivity, ROBERT D. GORDON, 04/04/2019, San Juan, PR, 3/24-25/19, meeting. | 32.00 |
| 4/08/19 | Pacer Charges; PACER SERVICE CENTER; 04/08/2019 | 8.00 |
| 4/09/19 | B&W Copy | 5.00 |
| 4/10/19 | Taxis, LANDON S. RAIFORD, 04/10/2019, Boston, MA,3/29-4/2/19, attend hearing. | 62.39 |
| 4/10/19 | Airfare, LANDON S. RAIFORD, 04/10/2019, Boston, MA,3/29-4/2/19, attend hearing. | 731.41 |
| 4/10/19 | Color Copy | .25 |
| 4/10/19 | B&W Copy | 41.70 |
| 4/10/19 | B&W Copy | 53.80 |
| 4/11/19 | Color Copy | 2.25 |
| 4/11/19 | Color Copy | 4.00 |
| 4/11/19 | B&W Copy | .10 |
| 4/11/19 | B&W Copy | 18.50 |
| 4/14/19 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 04/14/2019 Spanish/English translation 4/9/19 | 2,434.00 |
| 4/16/19 | Other Professional Services; ALIX PARTNERS LLP; 04/16/2019. Relativity vendor invoices for services 3/1/19-3/31/19. | 679.50 |
| 4/16/19 | B&W Copy | 1.90 |
| 4/16/19 | 04/16/2019 UPS Delivery Service 1Z6134380197168659 | 7.67 |
| 4/16/19 | 04/16/2019 UPS Delivery Service 1Z6134380198487660 | 18.96 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---:|
| 4/17/19 | Postage Expense | 26.70 |
| 4/17/19 | Court Fees Elan Corp Payments 3/27/19 Pripusich 3/19 Stmt Court Call | 70.00 |
| 4/17/19 | Court Fees Elan Corp Payments 3/27/19 Pripusich 3/19 Stmt Court Call | 70.00 |
| 4/17/19 | B&W Copy | 34.00 |
| 4/17/19 | 04/17/2019 UPS Delivery Service 1Z6134380192275677 | 7.67 |
| 4/19/19 | B&W Copy | 161.00 |
| 4/19/19 | 04/19/2019 UPS Delivery Service 1Z05V0A3PG97522002 | 17.72 |
| 4/19/19 | 04/19/2019 UPS Delivery Service 1Z05V0A3PG97522002 | 8.31 |
| 4/22/19 | Postage Expense | 54.55 |
| 4/22/19 | B&W Copy | 121.60 |
| 4/22/19 | B&W Copy | 44.00 |
| 4/22/19 | 04/22/2019 UPS Delivery Service 1Z6134380195511245 | 39.59 |
| 4/22/19 | 04/22/2019 UPS Delivery Service 1Z6134380196260701 | 7.67 |
| 4/22/19 | 04/22/2019 UPS Delivery Service 1Z6134380197931323 | 7.67 |
| 4/22/19 | 04/22/2019 UPS Delivery Service 1Z6134380198332719 | 18.96 |
| 4/23/19 | B&W Copy | 37.80 |
| 4/24/19 | Postage Expense | 119.55 |
| 4/24/19 | B&W Copy | 2,360.20 |
| 4/24/19 | B&W Copy | 299.30 |
| 4/24/19 | 04/24/2019 UPS Delivery Service 1Z6134380190364155 | 46.02 |
| 4/24/19 | 04/24/2019 UPS Delivery Service 1Z6134380192085140 | 46.02 |
| 4/24/19 | 04/24/2019 UPS Delivery Service 1Z6134380192581121 | 77.07 |
| 4/24/19 | 04/24/2019 UPS Delivery Service 1Z6134380193149105 | 46.02 |
| 4/24/19 | 04/24/2019 UPS Delivery Service 1Z6134380193624136 | 46.02 |
| 4/24/19 | 04/24/2019 UPS Delivery Service 1Z6134380194589085 | 8.08 |
| 4/24/19 | 04/24/2019 UPS Delivery Service 1Z6134380194636078 | 22.54 |
| 4/24/19 | 04/24/2019 UPS Delivery Service 1Z6134380194960093 | 8.08 |
| 4/25/19 | 04/25/2019 UPS Delivery Service 1Z6134380491004036 | 55.47 |
| 4/25/19 | 04/25/2019 UPS Delivery Service 1Z6134380491384055 | 55.47 |
| 4/25/19 | 04/25/2019 UPS Delivery Service 1Z6134380492701067 | 55.47 |
| 4/25/19 | 04/25/2019 UPS Delivery Service 1Z6134380493285042 | 69.53 |
| 4/26/19 | 3/31/19 Quarterly Pacer Charge | 19.70 |
| 4/26/19 | B&W Copy | 20.20 |
| 4/26/19 | B&W Copy | 5.90 |
| 4/29/19 | Color Copy | 2.00 |
| 4/29/19 | B&W Copy | .10 |
| 4/30/19 | Lexis Research | 130.09 |
| 4/30/19 | Lexis Research | 70.76 |
| 4/30/19 | Westlaw Research | 1,411.24 |
| 4/30/19 | Westlaw Research | 604.81 |
| 4/30/19 | B&W Copy | 2.60 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 4/30/19 | B&W Copy | 17.80 |
| | TOTAL DISBURSEMENTS | $ 15,915.75 |

MATTER 10113 TOTAL — $ 15,915.75

# May 2019

**LAW OFFICES**

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**      **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 5/01/19 | Other Professional Services; ALIX PARTNERS LLP; 05/01/2019; Relativity Vendor invoices for services 4/1/19 - 4/30/19. / | 679.50 |
| 5/01/19 | Publications/Books; WISCONSIN TECHSEARCH; 05/01/2019; L. Raiford Req #11533. | 35.00 |
| 5/01/19 | Lodging, ROBERT D. GORDON, 05/01/2019 | 404.73 |
| 5/01/19 | Taxis, ROBERT D. GORDON, 05/01/2019 | 99.76 |
| 5/01/19 | Wifi, ROBERT D. GORDON, 05/01/2019 | 29.95 |
| 5/01/19 | Inflight wifi, ROBERT D. GORDON, 05/01/2019 | 9.95 |
| 5/01/19 | B&W Copy | 175.90 |
| 5/03/19 | Taxis, LANDON S. RAIFORD, 05/03/2019 | 123.44 |
| 5/03/19 | Meals, LANDON S. RAIFORD, 05/03/2019 | 31.52 |
| 5/03/19 | Lodging, LANDON S. RAIFORD, 05/03/2019 | 937.37 |
| 5/03/19 | Airfare, LANDON S. RAIFORD, 05/03/2019 | 1,446.40 |
| 5/06/19 | B&W Copy | 12.80 |
| 5/08/19 | Color Copy | 1.75 |
| 5/08/19 | B&W Copy | 35.60 |
| 5/09/19 | Color Copy | 38.50 |
| 5/10/19 | Catering, video and audio and parking charges, ROBERT D. GORDON, 05/10/2019, San juan, Puerto Rico, 3/24-25/19, COR meeting. | 3,795.26 |
| 5/10/19 | Catering, video and audio and parking charges, ROBERT D. GORDON, 05/10/2019, San Juan Puerto Rico, 4/8-9/19, meeting. | 1,565.90 |
| 5/10/19 | Airfare, ROBERT D. GORDON, 05/10/2019, San Juan Puerto Rico, 4/23-24/19, meeting. | 1,281.40 |
| 5/10/19 | Travel, ROBERT D. GORDON, 05/10/2019, in-flight wifi. | 15.00 |
| 5/10/19 | Taxi, ROBERT D. GORDON, 05/10/2019, San Juan, Puerto Rico, 3/24-25/19, meeting. | 50.53 |
| 5/10/19 | Inflight wifi, ROBERT D. GORDON, 05/10/2019, San Juan, Puerto Rico, 4/23-24/19, hearings. | 26.00 |
| 5/10/19 | Lodging, ROBERT D. GORDON, 05/10/2019, San Juan, Puerto Rico, 4/23-24/19. | 370.60 |
| 5/10/19 | Meals, ROBERT D. GORDON, 05/10/2019, San Juan Puerto Rico, 4/8-9/19, meeitng. H. Mayol, AJ Bennazar, F. del Castillo, Sean Gumbs and Bob Gordon. | 200.00 |
| 5/10/19 | Meals, ROBERT D. GORDON, 05/10/2019, San Juan Puerto Rico, 4/8-9/19, meeitng. | 65.70 |
| 5/13/19 | Postage Expense | 43.15 |
| 5/13/19 | Color Copy | .50 |
| 5/13/19 | Color Copy | 65.25 |
| 5/13/19 | B&W Copy | 59.20 |
| 5/13/19 | 05/13/2019 UPS Delivery Service 1Z6134380195713321 | 18.96 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 5/14/19 | Court Fees Elan Corp Payments 4/26/2019 Pripusich 4/19 Stmt CourtSolutions Hearing on 4/24/19 | 70.00 |
| 5/14/19 | Taxis, LANDON S. RAIFORD, 04/30-05/02/2019; Boston, MA; attend hearing. | 124.08 |
| 5/14/19 | Airfare, LANDON S. RAIFORD, 04/30-05/02/2019; Boston, MA; attend hearing. | 664.41 |
| 5/14/19 | 05/14/2019 UPS Delivery Service 1Z6134380196155441 | 18.96 |
| 5/14/19 | 05/14/2019 UPS Delivery Service 1Z6134380197989638 | 7.67 |
| 5/15/19 | Taxis, ROBERT D. GORDON, 04/2-24/2019; San Juan Puerto Rico; attend Meetings. | 37.21 |
| 5/15/19 | Meal, ROBERT D. GORDON, 04/2-24/2019; San Juan Puerto Rico; attend hearings. Bob Gordon, Hector Mayol, and L. Raiford. | 80.02 |
| 5/15/19 | Meal, ROBERT D. GORDON, 04/2-24/2019; San Juan Puerto Rico; attend hearings. Bob Gordon, Hector Mayol, F. del Castillo, L. Raiford and AJ Bennazar | 149.56 |
| 5/15/19 | Meal, ROBERT D. GORDON, 04/2-24/2019; San Juan Puerto Rico; attend hearings. | 34.92 |
| 5/15/19 | Meal, ROBERT D. GORDON, 04/2-24/2019; San Juan Puerto Rico; attend hearings. | 6.46 |
| 5/15/19 | Color Copy | .50 |
| 5/15/19 | B&W Copy | 32.50 |
| 5/20/19 | B&W Copy | 28.00 |
| 5/21/19 | Color Copy | 2.75 |
| 5/21/19 | Color Copy | 2.75 |
| 5/21/19 | B&W Copy | 13.80 |
| 5/21/19 | B&W Copy | .20 |
| 5/22/19 | B&W Copy | 27.00 |
| 5/23/19 | Color Copy | 9.25 |
| 5/23/19 | B&W Copy | 15.70 |
| 5/25/19 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 05/25/2019 Spanish/English translation 5/21/19 | 995.00 |
| 5/25/19 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 05/25/2019 Spanish/English translation-documents | 3,800.00 |
| 5/28/19 | In-City Transportation, KATHERINE ROSOFF, 05/17/2019; overtime taxi charges. | 20.90 |
| 5/28/19 | SDS Global Delivery 05/13/19 | 22.50 |
| 5/28/19 | Color Copy | 7.50 |
| 5/28/19 | B&W Copy | 4.40 |
| 5/29/19 | B&W Copy | 37.40 |
| 5/30/19 | Soundpath Teleconferencing 04/18/19 | 2.34 |
| 5/30/19 | Soundpath Teleconferencing 04/30/19 | 13.66 |
| 5/30/19 | Soundpath Teleconferencing 05/02/19 | 17.21 |
| 5/30/19 | Soundpath Teleconferencing 05/02/19 | 20.87 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 5/30/19 | Soundpath Teleconferencing 04/26/19 | 21.72 |
| 5/30/19 | Soundpath Teleconferencing 05/10/19 | 54.78 |
| 5/30/19 | Soundpath Teleconferencing 04/22/19 | 66.93 |
| 5/30/19 | Soundpath Teleconferencing 04/26/19 | 94.44 |
| 5/30/19 | Soundpath Teleconferencing 05/10/19 | 140.72 |
| 5/30/19 | B&W Copy | 10.40 |
| 5/31/19 | In-City Transportation, CARL N. WEDOFF, 05/16/2019 | 18.27 |
| 5/31/19 | Westlaw Research | 1,263.49 |
| 5/31/19 | Westlaw Research | 3.10 |
| 5/31/19 | Westlaw Research | 433.82 |
| | TOTAL DISBURSEMENTS | $ 19,994.81 |

MATTER 10113 TOTAL $ 19,994.81