# **EXHIBIT B**

**SUMMARY OF FTI CONSULTING, INC. HOURS WORKED AND FEES INCURRED BY PROFESSIONAL BY LOCATION
FOR THE PERIOD FEBRUARY 1, 2019 TO MAY 31, 2019**

| Professional | Position | Blended Billing Rate | Mainland Fees Hours | Mainland Fees | On-island Fees Hours | On-island Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|---|
| Gumbs, Sean | Sr Managing Dir | $ 1,095 | 280.7 | $ 307,366.50 | 28.0 | $ 30,660.00 | 308.7 | $ 338,026.50 |
| Heeren, Ana | Sr Managing Dir | 875 | 66.6 | 58,275.00 | - | - | 66.6 | 58,275.00 |
| Simms, Steven | Sr Managing Dir | 1,195 | 8.1 | 9,679.50 | - | - | 8.1 | 9,679.50 |
| Broyles, Christopher | Managing Dir I | 725 | 16.0 | 11,600.00 | - | - | 16.0 | 11,600.00 |
| Grunwald Kadar, Andrea | Managing Dir | 955 | 45.1 | 43,070.50 | - | - | 45.1 | 43,070.50 |
| Litterst JR, Roland | Managing Dir I | 725 | 25.0 | 18,125.00 | - | - | 25.0 | 18,125.00 |
| Murray, Jefferies | Managing Dir I | 725 | 6.0 | 4,350.00 | - | - | 6.0 | 4,350.00 |
| Park, Ji Yon | Managing Dir | 880 | 75.3 | 66,264.00 | - | - | 75.3 | 66,264.00 |
| Blakeslee, James | Sr Director I | 625 | 6.5 | 4,062.50 | - | - | 6.5 | 4,062.50 |
| Whitcomb, John | Senior Director | 625 | 10.5 | 6,562.50 | - | - | 10.5 | 6,562.50 |
| Fornabaio, Danielle | Director | 525 | 17.1 | 8,977.50 | - | - | 17.1 | 8,977.50 |
| Garcia Pelaez, Andres | Director I | 525 | 4.9 | 2,572.50 | - | - | 4.9 | 2,572.50 |
| Emerton, Charlie | Sr Consultant | 555 | 32.7 | 18,148.50 | - | - | 32.7 | 18,148.50 |
| Maassen, Thomas | Sr Consultant | 399 | 131.1 | 52,279.50 | - | - | 131.1 | 52,279.50 |
| Sombuntham, Natalie | Sr Consultant | 595 | 405.6 | 241,332.00 | - | - | 405.6 | 241,332.00 |
| Lee, Hyunjung | Sr. Consult I | 425 | 19.5 | 8,287.50 | - | - | 19.5 | 8,287.50 |
| Spiwak, Caitlin | Sr. Consult I | 425 | 20.5 | 8,712.50 | - | - | 20.5 | 8,712.50 |
| Cherian, Ritika | Consultant | 350 | 0.5 | 175.00 | - | - | 0.5 | 175.00 |
| Elliott, Charles | Consultant | 350 | 0.3 | 105.00 | - | - | 0.3 | 105.00 |
| Gladding, Robert | Consultant | 280 | 0.8 | 224.00 | - | - | 0.8 | 224.00 |
| Locke, William | Consultant | 350 | 56.8 | 19,880.00 | - | - | 56.8 | 19,880.00 |
| Madrazo, Julia | Consultant I | 325 | 43.5 | 14,137.50 | - | - | 43.5 | 14,137.50 |
| Seeger, Kean | Consultant | 345 | 69.4 | 23,971.50 | - | - | 69.4 | 23,971.50 |
| Tirabassi, Kathryn | Consultant | 400 | 176.8 | 70,720.00 | - | - | 176.8 | 70,720.00 |
| Wang, Percy | Consultant | 325 | 19.7 | 6,402.50 | - | - | 19.7 | 6,402.50 |
| Hellmund-Mora, Marili | Project Asst | 275 | 13.5 | 3,712.50 | - | - | 13.5 | 3,712.50 |
| **SUBTOTAL** | | | **1,552.5** | **$ 1,008,993.50** | **28.0** | **$ 30,660.00** | **1,580.5** | **$ 1,039,653.50** |
| Less: 50% discount for non-working travel time | | | | (26,280.00) | | - | | (26,280.00) |
| **GRAND TOTAL** | | | | **$ 982,713.50** | | **$ 30,660.00** | | **$ 1,013,373.50** |