# EXHIBIT C

**SUMMARY OF FTI CONSULTING, INC. HOURS WORKED AND FEES INCURRED BY TASK CODE BY LOCATION**
**FOR THE PERIOD FEBRUARY 1, 2019 TO MAY 31, 2019**

| Task Code | Task Description | Mainland Fees Hours | Mainland Fees | On-island Fees Hours | On-island Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|
| 1 | Current Operating Results & Events | 3.90 | $ 4,070.50 | - | $ - | 3.9 | $ 4,070.50 |
| 2 | Cash & Liquidity Analysis | 8.00 | 5,795.50 | - | - | 8.0 | 5,795.50 |
| 3 | Mediation | 32.30 | 24,270.00 | 0.3 | 328.50 | 32.6 | 24,598.50 |
| 4 | Analysis of the Fiscal Plan – General / Revenues | 75.20 | 45,841.50 | - | - | 75.2 | 45,841.50 |
| 10 | Case Management | 10.30 | 6,921.00 | 0.3 | 328.50 | 10.6 | 7,249.50 |
| 13 | Analysis of Other Miscellaneous Motions / Litigations | 112.20 | 74,039.00 | - | - | 112.2 | 74,039.00 |
| 17 | Analysis of Pension and Retiree Related Liabilities | 368.20 | 291,871.50 | 10.7 | 11,716.50 | 378.9 | 303,588.00 |
| 18 | General Mtgs with Retiree Cmte & Cmte Professionals | 97.00 | 71,065.50 | 15.2 | 16,644.00 | 112.2 | 87,709.50 |
| 24 | Preparation of Fee Application | 146.30 | 71,609.00 | - | - | 146.3 | 71,609.00 |
| 25 | Travel Time | 48.00 | 52,560.00 | - | - | 48.0 | 52,560.00 |
| 27 | Strategic Communications | 282.00 | 177,602.50 | 1.5 | 1,642.50 | 283.5 | 179,245.00 |
| 28 | Analysis of the Fiscal Plan – Economic Review | 363.20 | 179,487.00 | - | - | 363.2 | 179,487.00 |
| 30 | PREPA Matters | 5.90 | 3,860.50 | - | - | 5.9 | 3,860.50 |
| | **SUBTOTAL** | **1,552.5** | **$ 1,008,993.50** | **28.0** | **$ 30,660.00** | **1,580.5** | **$ 1,039,653.50** |
| | Less: 50% discount for non-working travel time | | (26,280.00) | | - | | (26,280.00) |
| | **GRAND TOTAL** | | **$ 982,713.50** | | **$ 30,660.00** | | **$ 1,013,373.50** |