# **EXHIBIT E**

**DETAILED TIME RECORDS FOR FTI CONSULTING, INC. PERFORMED ON
THE ISLAND FOR THE PERIOD FEBRUARY 1, 2019 TO MAY 31, 2019**

**EXHIBIT E**

**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**

**DETAIL OF ON-ISLAND TIME ENTRIES**

**FOR THE PERIOD FEBRUARY 1, 2019 TO FEBRUARY 28, 2019**

**ON-ISLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 3 | 2/7/2019 | Gumbs, Sean | 0.3 | Review and provide comments to R. Gordon (Jenner) re: on-record comments to media re: COFINA settlement. |
| **3 Total** | | | **0.3** | |
| 17 | 2/7/2019 | Gumbs, Sean | 1.6 | Participate in meeting with on-island Moviemiento pensioner group. |
| **17 Total** | | | **1.6** | |
| 18 | 2/7/2019 | Gumbs, Sean | 2.0 | Participate in Committee meeting ▓▓▓▓▓▓▓▓ |
| 18 | 2/7/2019 | Gumbs, Sean | 1.4 | Participate in meeting ▓▓▓▓▓▓▓▓ |
| 18 | 2/7/2019 | Gumbs, Sean | 0.5 | Participate in follow-up meeting with the Committee ▓▓▓▓▓▓▓▓ |
| **18 Total** | | | **3.9** | |
| 27 | 2/7/2019 | Gumbs, Sean | 1.2 | Participate in meeting with on-island reporter to discuss COR views on Title III cases. |
| **27 Total** | | | **1.2** | |
| **On-Island Total** | | | **7.0** | |

EXHIBIT E

THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283

DETAIL OF ON-ISLAND TIME ENTRIES

FOR THE PERIOD MARCH 1, 2019 TO MARCH 31, 2019

ON-ISLAND

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 17 | 3/1/2019 | Gumbs, Sean | 1.0 | Participate in meeting ▉ |
| 17 | 3/1/2019 | Gumbs, Sean | 1.8 | Review ▉ |
| 17 | 3/1/2019 | Gumbs, Sean | 1.0 | Review ▉ |
| 17 | 3/8/2019 | Gumbs, Sean | 0.6 | Review ▉ |
| 17 | 3/8/2019 | Gumbs, Sean | 0.4 | Participate on call with L. Park (FTI) ▉ |
| 17 | 3/25/2019 | Gumbs, Sean | 0.4 | Participate on call with R. Gordon (Jenner) ▉ |
| 17 | 3/25/2019 | Gumbs, Sean | 0.4 | Participate on call with Jenner ▉ |
| 17 | 3/25/2019 | Gumbs, Sean | 0.3 | Participate on call ▉ |
| 17 | 3/25/2019 | Gumbs, Sean | 0.3 | Review ▉ |
| 17 | 3/25/2019 | Gumbs, Sean | 0.6 | Participate on call ▉ |
| **17 Total** | | | **6.8** | |
| 18 | 3/8/2019 | Gumbs, Sean | 3.5 | Participate on call with the Committee ▉ |
| 18 | 3/25/2019 | Gumbs, Sean | 4.0 | Participate on call with the Committee ▉ |
| **18 Total** | | | **7.5** | |
| **On-Island Total** | | | **14.3** | |

**EXHIBIT E**

**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**

**DETAIL OF ON-ISLAND TIME ENTRIES**

**FOR THE PERIOD APRIL 1, 2019 TO APRIL 30, 2019**

**ON-ISLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 10 | 4/9/2019 | Gumbs, Sean | 0.3 | Review estimated fee budget for May. |
| **10 Total** | | | **0.3** | |
| 17 | 4/8/2019 | Gumbs, Sean | 0.4 | Correspond with Segal and Bennazar ▇▇▇ |
| 17 | 4/8/2019 | Gumbs, Sean | 0.9 | Prepare ▇▇▇ |
| **17 Total** | | | **1.3** | |
| 18 | 4/9/2019 | Gumbs, Sean | 2.3 | Participate in Committee meeting ▇▇▇ |
| **18 Total** | | | **2.3** | |
| **On-Island Total** | | | **3.9** | |

EXHIBIT E

THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283

DETAIL OF ON-ISLAND TIME ENTRIES

FOR THE PERIOD MAY 1, 2019 TO MAY 31, 2019

ON-ISLAND

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 5/23/2019 | Gumbs, Sean | 1.5 | Participate on Committee call |
| **18 Total** | | | **1.5** | |
| 17 | 5/23/2019 | Gumbs, Sean | 1.0 | Participate in meeting with R. Gordon (Jenner) and H. Mayol (Bennazar) |
| **17 Total** | | | **1.0** | |
| 27 | 5/23/2019 | Gumbs, Sean | 0.3 | Review |
| **27 Total** | | | **0.3** | |
| **On-Island Total** | | | **2.8** | |