# EXHIBIT F

**SUMMARY OF FTI CONSULTING, INC. EXPENSES**
**FOR THE PERIOD FEBRUARY 1, 2019 TO MAY 31, 2019**

| Expense Type | Amount |
|---|---:|
| Airfare | $ 9,775.00 |
| Lodging | 2,745.66 |
| Transportation | 1,057.81 |
| Working Meals | 951.16 |
| **Subtotal** | **$ 14,529.63** |
| Less: Voluntary Reductions[1] | (6,375.70) |
| **Grand Total** | **$ 8,153.93** |

(1): Expenses have been reduced to comply with the Fee Examiner Guidelines, namely in-office meals over $20.00 and out-of-office meals over $40 have been reduced to $20.00 and $40.00, respectively; train and airfares have been reduced to coach-equivalent or least expensive rates; and hotel lodging in San Juan has been reduced to $300.00 (per night).