# EXHIBIT G

**DETAILED EXPENSE RECORDS FOR FTI CONSULTING, INC.**
**FOR THE PERIOD FEBRUARY 1, 2019 TO MAY 31, 2019**

**EXHIBIT G**

**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**

**EXPENSE DETAIL**

**FOR THE PERIOD FEBRUARY 1, 2019 TO FEBRUARY 28, 2019**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|--------------|--------------|----------------|--------|
| 02/05/19 | Gumbs, Sean | Airfare | Airfare - Coach Equivalent, Sean Gumbs, JFK - SJU, 02/06/19 - 02/08/19. Roundtrip airfare to San Juan for Puerto Rico meetings. | $ 1,378.70 |
| 02/27/19 | Gumbs, Sean | Airfare | Airfare - Coach Equivalent, Sean Gumbs, JFK - SJU, 02/28/19 - 03/01/19. Airfare - Sean Gumbs. Roundtrip airfare to San Juan for Puerto Rico meetings. | 1,999.13 |
| | | **Airfare Total** | | **3,377.83** |
| 02/08/19 | Gumbs, Sean | Lodging | Hotel - 02/06/19 - 02/08/19. Hotel stay while in San Juan to attend case meetings. | 966.63 |
| | | **Lodging Total** | | **966.63** |
| 01/23/19 | Gumbs, Sean | Transportation | Taxi from JFK airport to home. Travel to Puerto Rico to attend case meetings. | 78.82 |
| 02/06/19 | Gumbs, Sean | Transportation | Taxi from home to JFK airport. Travel to Puerto Rico to attend case meetings. | 80.13 |
| 02/08/19 | Gumbs, Sean | Transportation | Taxi from JFK airport to home. Travel to Puerto Rico to attend case meetings. | 79.45 |
| 02/08/19 | Gumbs, Sean | Transportation | Taxi from hotel to SJU airport. Travel to Puerto Rico to attend case meetings. | 22.00 |
| 02/28/19 | Gumbs, Sean | Transportation | Taxi from home to JFK airport. Travel to Puerto Rico to attend case meetings. | 90.43 |
| | | **Transportation Total** | | **350.83** |
| 01/07/19 | Tirabassi, Kathryn | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 25.94 |
| 02/06/19 | Gumbs, Sean | Working Meals | Breakfast while traveling to Puerto Rico to attend case meetings. | 6.13 |
| | | **Working Meals Total** | | **32.07** |
| | | **Subtotal** | | 4,727.36 |
| | | Less: Voluntary Reductions[1] | | (2,222.00) |
| | | **Grand Total** | | **$ 2,505.36** |

(1): In-office meals have been reduced to $20.00 (per person); airfares have been reduced to coach-equivalent rates, and hotel lodging in San Juan has been reduced to $300.00 (per night) to comply with the Fee Examiner Guidelines.

**EXHIBIT G**

**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**

**EXPENSE DETAIL**

**FOR THE PERIOD MARCH 1, 2019 TO MARCH 31, 2019**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|-------------|--------------|----------------|--------|
| 03/07/19 | Gumbs, Sean | Airfare | Airfare - Coach Equivalent, Sean Gumbs, JFK - SJU, 03/07/2019 - 03/08/2019. Airfare - Sean Gumbs. Roundtrip airfare to Puerto Rico for meetings. | $ 1,255.23 |
| 03/24/19 | Gumbs, Sean | Airfare | Airfare - Coach Equivalent, Sean Gumbs, JFK - SJU, 03/24/2019 - 03/25/2019. Airfare - Sean Gumbs. Roundtrip airfare to Puerto Rico for meetings. | 1,404.28 |
| | | **Airfare Total** | | **$ 2,659.51** |
| 02/28/19 | Gumbs, Sean | Lodging | Lodging - Sean Gumbs 02/28/2019 - 02/29/2019. Hotel stay while in Puerto Rico for meetings. | 552.38 |
| 03/07/19 | Gumbs, Sean | Lodging | Lodging - Sean Gumbs 03/07/2019 - 03/08/2019. Hotel stay while in Puerto Rico for meetings. | 384.99 |
| 03/25/19 | Gumbs, Sean | Lodging | Lodging - Sean Gumbs 03/24/2019 - 03/25/2019. Hotel stay while in Puerto Rico for meetings. | 410.74 |
| | | **Lodging Total** | | **$ 1,348.11** |
| 03/01/19 | Gumbs, Sean | Transportation | Taxi from JFK to home returning from meetings in Puerto Rico. | 73.16 |
| 03/07/19 | Gumbs, Sean | Transportation | Taxi from SJU to hotel while traveling for meetings in Puerto Rico. | 21.00 |
| 03/08/19 | Gumbs, Sean | Transportation | Taxi from hotel to SJU while traveling for meetings in Puerto Rico. | 26.00 |
| 03/08/19 | Gumbs, Sean | Transportation | Taxi from JFK to home returning from meetings in Puerto Rico. | 81.98 |
| 03/13/19 | Tirabassi, Kathryn | Transportation | Taxi home from the office after working late on the case. | 15.95 |
| 03/20/19 | Park, Ji Yon | Transportation | Taxi home from the office after working late on the case. | 30.36 |
| 03/20/19 | Tirabassi, Kathryn | Transportation | Taxi home from the office after working late on the case. | 15.36 |
| 03/24/19 | Gumbs, Sean | Transportation | Taxi from SJU to hotel while traveling for meetings in Puerto Rico. | 25.00 |
| 03/24/19 | Gumbs, Sean | Transportation | Taxi from home to JFK while traveling to Puerto Rico for case meetings. | 83.41 |
| 03/25/19 | Gumbs, Sean | Transportation | Taxi from JFK to home returning from meetings in Puerto Rico. | 72.92 |
| | | **Transportation Total** | | **$ 445.14** |
| 02/04/19 | Sombuntham, Natalie | Working Meals | Dinner for self, L. Park (FTI), and K. Tirabassi (FTI) while working late in the office on the case. | 66.39 |
| 02/11/19 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the case. | 34.19 |
| 02/12/19 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the case. | 35.50 |
| 02/19/19 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the case. | 25.11 |
| 02/28/19 | Gumbs, Sean | Working Meals | Dinner for self, R. Gordon (Jenner), F. Delcastillo (Bennazar), and H. Mayol (Bennazar) while traveling in Puerto Rico for meetings. | 160.00 |

**EXHIBIT G**

**THE COMMONWEALTH OF PUERTO RICO – CASE NO.**

**17-03283 EXPENSE DETAIL**

**FOR THE PERIOD MARCH 1, 2019 TO MARCH 31, 2019**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|-------------|-------------|----------------|-------|
| 02/28/19 | Gumbs, Sean | Working Meals | Lunch while traveling in Puerto Rico for meetings. | 9.00 |
| 03/01/19 | Gumbs, Sean | Working Meals | Breakfast while traveling in Puerto Rico for meetings. | 15.00 |
| 03/07/19 | Gumbs, Sean | Working Meals | Dinner while traveling in Puerto Rico for meetings. | 14.00 |
| 03/19/19 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the case. | 34.11 |
| 03/20/19 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the case. | 30.19 |
| 03/20/19 | Tirabassi, Kathryn | Working Meals | Dinner while working late in the office on the case. | 23.61 |
| 03/21/19 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the case. | 32.20 |
| 03/25/19 | Gumbs, Sean | Working Meals | Breakfast for self, R. Gordon (Jenner), K. Nicholl (Segal), H. Mayol (Bennazar), F. Delcastillo (Bennazar) while traveling in Puerto Rico for meetings. | 157.80 |
| 03/25/19 | Gumbs, Sean | Working Meals | Lunch while traveling in Puerto Rico for meetings. | 9.50 |
| | | **Working Meals Total** | | **$ 646.60** |
| | | **Subtotal** | | **$ 5,099.36** |
| | | Less: Voluntary Reductions[1] | | (2,082.12) |
| | | **Grand Total** | | **$ 3,017.24** |

(1): In-office and out-of-office meals have been reduced to $20.00 and $40.00 (per person), respectively; airfares have been reduced to coach-equivalent rates, and hotel lodging in San Juan has been reduced to $300.00 (per night) to comply with the Fee Examiner Guidelines.

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD APRIL 1, 2019 TO APRIL 30, 2019**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|-------------|--------------|----------------|--------|
| 04/08/19 | Gumbs, Sean | Airfare | Airfare - Coach Equivalent, Sean Gumbs, JFK - SJU, 04/08/2019 - 04/09/2019.  Travel to Puerto Rico for case meetings. | $ 1,376.26 |
| | | **Airfare Total** | | **$ 1,376.26** |
| 04/08/19 | Gumbs, Sean | Lodging | Lodging - Sean Gumbs 04/08/2019 - 04/09/2019. Hotel stay in Puerto Rico while attending meetings. | $ 430.92 |
| | | **Lodging Total** | | **$ 430.92** |
| 04/09/19 | Gumbs, Sean | Transportation | Taxi from JFK to home after returning from Puerto Rico for case meetings. | 79.27 |
| 04/09/19 | Gumbs, Sean | Transportation | Taxi from hotel to SJU while traveling in Puerto Rico for case meetings. | 25.00 |
| | | **Transportation Total** | | **$ 104.27** |
| 03/06/19 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the case. | 29.30 |
| 03/13/19 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the case. | 33.36 |
| 03/13/19 | Tirabassi, Kathryn | Working Meals | Dinner while working late in the office on the case. | 33.36 |
| 04/09/19 | Gumbs, Sean | Working Meals | Dinner while traveling in Puerto Rico for case meetings. | 44.89 |
| | | **Working Meals Total** | | **$ 140.91** |
| | | **Subtotal** | | **$ 2,052.36** |
| | | Less: Voluntary Reductions[1] | | (1,045.69) |
| | | **Grand Total** | | **$ 1,006.67** |

(1): In-office and out-of-office meals have been reduced to $20.00 and $40.00 (per person), respectively; airfares have been reduced to coach-equivalent rates, and hotel lodging in San Juan has been reduced to $300.00 (per night) to comply with the Fee Examiner Guidelines.

**EXHIBIT G**

**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**

**EXPENSE DETAIL**

**FOR THE PERIOD MAY 1, 2019 TO MAY 31, 2019**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|-------------|-------------|----------------|--------|
| 05/08/19 | Gumbs, Sean | Airfare | Airfare - Flight Change Fees - Sean Gumbs, LGA - ORD, 05/07/2019 - 05/09/2019. Flight change fee, early return to attend Project PR case meetings. | $ 200.00 |
| 05/17/19 | Gumbs, Sean | Airfare | Airfare - Coach/Economy, Sean Gumbs, JFK - SJU, 05/22/2019 - 05/23/2019.  Client meetings on Project PR; Coach-equivalent rates due to credit on file; Inclusive of travel agent and flight change fees. | 847.46 |
| 05/30/19 | Gumbs, Sean | Airfare | Airfare - Business, Sean Gumbs, JFK - SJU, 06/04/2019 - 06/04/2019.  Client meetings on Project PR; Inclusive of travel agent fee. | 1,313.94 |
| | | **Airfare Total** | | **$ 2,361.40** |
| 05/22/19 | Gumbs, Sean | Transportation | Taxi from home to JFK before traveling to SJU for Project PR meetings. | 83.92 |
| 05/23/19 | Gumbs, Sean | Transportation | Taxi from JFK to home after traveling from SJU for Project PR meetings. | 73.65 |
| | | **Transportation Total** | | **$ 157.57** |
| 05/22/19 | Gumbs, Sean | Working Meals | Snack while traveling in Puerto Rico for meetings. | 10.81 |
| 05/22/19 | Gumbs, Sean | Working Meals | Dinner at the airport while traveling to Puerto Rico for meetings. | 37.36 |
| 05/23/19 | Gumbs, Sean | Working Meals | Dinner while traveling from Puerto Rico for meetings. | 83.41 |
| | | **Working Meals Total** | | **$ 131.58** |
| | | Subtotal | | 2,650.55 |
| | | Less: Voluntary Reductions[1] | | (1,025.89) |
| | | **Grand Total** | | **$ 1,624.66** |

(1): Out-of-office meals have been reduced to $40.00 (per person) while airfares have been reduced to coach-equivalent rates, and hotel lodging in San Juan has been reduced to $300.00 (per night) to comply with the Fee Examiner Guidelines.