IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------------x
In re:                                                              PROMESA
                                                                    Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of
                                                                    No. 17 BK 3283-LTS
THE COMMONWEALTH OF PUERTO RICO, et al.,                            (Jointly Administered)

                                Debtors.¹
-------------------------------------------------------------------x
```

**ORDER SETTING RESPONSE DEADLINE**

This matter is before the Court on the *Joint Status Report and Proposed Order on Case Management* (Dkt. No. 7960 in 17-BK-3283) ("Status Report"). Therein, Co-Plaintiffs[2] and certain defendants in select adversary proceedings ask to postpone certain deadlines previously set by this Court. (See Dkt. Nos. 7425, 7426 in 17-BK-3283). Any response to the Status Report shall be filed on or before **Thursday, July 18, 2019 at 12:00 p.m.** The Court will thereafter take the request for extensions on submission.

This Order shall be simultaneously docketed in each of the following adversary

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] As defined in the Status Report.

proceedings: 19-281, 19-282, 19-283, 19-284, 19-285, 19-286, 19-287, 19-288, 19-355, 19-356, 19-357, 19-358, 19-359, 19-360, 19-361.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: July 15, 2019