## **EXHIBIT A**

**CERTIFICATION OF A.J. BENNAZAR-ZEQUEIRA**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**VERIFIED CERTIFICATION OF A.J. BENNAZAR-ZEQUEIRA
IN SUPPORT OF THE SIXTH APPLICATION OF BENNAZAR, GARCÍA
& MILIÁN, C.S.P. FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
INCURRED AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF
RETIRED EMPLOYEES OF THE COMMONWEALTH OF PUERTO
RICO FROM FEBRUARY 1, 2019 THROUGH MAY 31, 2019**

I, A.J. Bennazar-Zequeira, have the responsibility for ensuring that the *Sixth Application of Bennazar, García & Milián, C.S.P. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred As Attorneys to The Official Committee of Retired Employees of the Commonwealth of Puerto Rico From February 1, 2019 through May 31, 2019*

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

(the "**Application**") complies with applicable provisions of PROMESA, the Bankruptcy Rules, the Local Rules, the Retention Order, the Interim Compensation Order, and the UST Guidelines.[2] I hereby certify the following:

1. I am a partner in the firm of Bennazar, García & Milián, C.S.P. ("**Bennazar**"), and have been duly admitted to practice law in the Commonwealth of Puerto Rico.

2. I am the lead attorney from Bennazar representing the Retiree Committee in connection with the above-captioned Title III Cases. I am authorized to submit this Certification in support of the Application. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

3. I have read the Application. The statements contained in the Application are true and correct according to the best of my knowledge, information, and belief.

4. To the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Application are permissible under PROMESA, the Bankruptcy Rules, the Local Rules, orders of this Court, and the UST Guidelines.

5. The fees and disbursements sought in the Application are billed at rates Bennazar employs and other Bennazar clients accept in matters of this nature.

6. None of the professionals seeking compensation varied their hourly rate based on their geographic location.

7. Bennazar is not seeking compensation for this Interim Period for time spent reviewing or revising time records or preparing, reviewing, or revising invoices.

8. Bennazar does not make a profit on costs or expenses for which it seeks reimbursement, whether the service is performed by Bennazar in-house or through a third party.

---

[2] All capitalized terms have the meaning provided in the Application unless otherwise defined herein.

9. In accordance with Rule 2016(a) of the Bankruptcy Rules and 11 U.S.C. § 504, no agreement or understanding exists between Bennazar and any other person for the sharing of compensation to be received in connection with the above cases except as authorized by PROMESA, the Bankruptcy Rules, and the Local Rules.

10. All services for which Bennazar seeks compensation were professional services rendered to the Retiree Committee and not on behalf of any other person.

11. I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief formed after reasonable inquiry.

Executed on July 15, 2019

                                                /s/ A.J. Bennazar-Zequeira
                                                  A.J. Bennazar-Zequeira