## **EXHIBIT C**

## **COMPENSATION BY PROJECT CATEGORY**

| Matter | Total Billed Hours | Total Fees |
|---|---:|---:|
| CASE ADMINISTRATION/MISCELLANEOUS | 150.10 | $42,735.00 |
| CHALLENGES TO PROMESA | 30.10 | $10,262.50 |
| COFINA | 12.00 | $3,775.00 |
| COMMITTEE GOVERNANCE AND MEETINGS | 215.60 | $63,505.00 |
| COMMUNICATIONS WITH RETIREES | 194.10 | $58,800.00 |
| CONTESTED MATTERS | 48.70 | $14,412.50 |
| COURT HEARINGS | 5.50 | $2,050.00 |
| EMPLOYMENT OF PROFESSIONALS/FEE APPLICATIONS | 38.90 | $11,262.50 |
| ERS/TRS/JRS MATTERS | 85.20 | $29,902.50 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 193.10 | $64,502.50 |
| GO BOND ISSUES | 8.00 | $2,850.00 |
| MEDIATION | 6.40 | $2,350.00 |
| PENSION ANALYSIS | 68.60 | $21,487.50 |
| PREPA | 3.60 | $1,287.50 |
| **TOTAL** | **1059.90** | **$329,182.50** |