# EXHIBIT D

SUMMARY OF BENNAZAR, GARCÍA & MILIÁN, CSP EXPENSES

| Expense Description | Amount |
|---|---|
| Document Reproduction | $566.79 |
| Document Delivery Services | $ 6.00 |
| **TOTAL** | **$572.79** |