# **EXHIBIT F**

# **DETAILED EXPENSES OF BENNAZAR, GARCÍA & MILIÁN, C.S.P.**

**EXPENSES BGM**

| Date | Description | Amount |
|---|---|---:|
| 02/07/19 | DOCUMENT REPRODUCTION: "RESUMEN CONTRAOFERTA PARA PENSIONES" | 18.00 |
| | DOCUMENT REPRODUCTION (EXTERNAL SERVICES): PRESENTATION TO THE COMMITTEE SUMMARY OF FOMB'S PENSION | 82.79 |
| 02/08/19 | DOCUMENT DELIVERY SERVICES | 6.00 |
| 02/15/19 | DOCUMENT REPRODUCTION (EXTERNAL SERVICES): "ACCIONES EQUIPO COMUNICACIONES Y OTROS" | 303.06 |
| 03/07/19 | DOCUMENT REPRODUCTION: AGENDA, MINUTES FOR MEETING OF MARCH 8, 2019 | 19.50 |
| 03/13/19 | DOCUMENT REPRODUCTION: [REDACTED] | 2.50 |
| 03/13/19 | DOCUMENT REPRODUCTION: [REDACTED] | 2.70 |
| | DOCUMENT REPRODUCTION: [REDACTED] | 3.10 |
| | DOCUMENT REPRODUCTION: [REDACTED] | 3.30 |
| 03/14/19 | DOCUMENT REPRODUCTION: [REDACTED] | 34.90 |
| 03/27/19 | DOCUMENT REPRODUCTION: MEETING OF MARCH 25, 2019 | 25.90 |
| 04/08/19 | DOCUMENT REPRODUCTION (EXTERNAL SERVICES) FOR APRIL 9, 2019 MEETING | 18.94 |
| 05/15/19 | DOCUMENT REPRODUCTION: FTI REPORT [REDACTED] | 2.60 |
| 05/23/19 | DOCUMENT REPRODUCTION: MEETING OF MAY 23, 2019 | 49.50 |
| | **Total** | **$572.79** |