IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

| | |
|---|---|
| In re: | : |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | : PROMESA Title III |
| As a representative of | : |
| THE COMMONWEALTH OF PUERTO RICO, et al. | : Case No. 3:17-bk-03283 (LTS) |
| Debtor | : |

-------------------------------------------------------------- :

| | |
|---|---|
| In re: | : |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | : PROMESA Title III |
| As a representative of | : |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO, | : Case No. 3:17-cv-01685 (LTS) Case No. 3:17-bk-03566 (LTS) |
| Debtor. | : |

----------------------------------------------------------------x

# EXPERT REPORT OF
# FATEN SABRY, PH.D.

## NERA ECONOMIC CONSULTING, INC.

## CONFIDENTIAL

**May 30, 2019**

## TABLE OF CONTENTS

Table of Contents ........................................................................................................1

List of Exhibits ..........................................................................................................2

I.     Qualifications and Background ...........................................................................1
   A. Qualifications .............................................................................................1
   B. Assignment ...............................................................................................2
   C. Background ...............................................................................................2

II.    Summary of Findings ......................................................................................11

III.   The Financial Position of the ERS System Over Time .....................................14
   A. ERS Additions and Deductions ................................................................14
   B. The ERS Pension System Was Underfunded ..............................................17
   C. The 2008 ERS Bonds Were Paid Using Employer Contributions ..................20
   D. Payment of the Bond Obligation Since 2016 ..............................................24

IV.   Comparison of Benefit Funding Sources Before and After 2017 Retirement System
      Changes .......................................................................................................26

V.    PayGo Fees Are A Time-Limited Source of Funds ...........................................31
   A. PayGo Fees Are Not Paid into A Fund That Grows Over Time .....................31
   B. PayGo Fees Are Projected to Decline Over the Remaining Life of the Bonds Based
      on My Analysis of Milliman's Projections of the Fees ................................33
   C. Summary ................................................................................................39

VI.   The Financial Conditions of the Commonwealth, Municipalities, and Public
      Corporations .................................................................................................39
   A. The May 2019 Certified Fiscal Plan Indicates That PayGo Fees Could Be at Risk ..........40
   B. Failure of Municipalities and Public Corporations to Pay PayGo Invoices in Full ..........42
   C. Decisions by the Puerto Rico Legislature that May Affect the Municipalities and
      Public Corporations ..................................................................................44
   D. Summary ................................................................................................45

VII.  Miscellaneous ..............................................................................................46

1

CONFIDENTIAL

## LIST OF EXHIBITS

Exhibit 1.     Expert CV – See Attached .......................................................................2

Exhibit 2.     Materials Considered – See Attached .....................................................2

Exhibit 3.     ERS Additions and Deductions for Fiscal Years 2008-2017................................16

Exhibit 4.     ERS Net Assets, Pension Liabilities and Funded Ratios for Fiscal Years 1990-
               2017.....................................................................................20

Exhibit 5.     Principal Value, Coupon, and Redemption Value of the ERS Bonds .................22

Exhibit 6.     Bond Service and Projected Employer Contributions for 2008-2058 .................24

Exhibit 7.     Fiscal Agent Account Asset Values for 2016-2019.................................25

Exhibit 8.     ERS Additions and Deductions for Fiscal Years 2009-2016 and 2018................28

Exhibit 9.     Percentage of Employer Contribution or PayGo Fees by Employer Type for
               Fiscal Years 2009-2016 and 2018..........................................................30

Exhibit 10.    Projected ERS Benefit Payments Adjusted to Reflect Act 106-2017 for Fiscal
               Years 2018 - 2058....................................................................35

Exhibit 11.    Summary Statistics of ERS Active Members and Beneficiaries as of July 1,
               2015.....................................................................................38

Exhibit 12.    Projected Annual Subsidies to Municipalities According to the May 2019
               Certified Fiscal Plan for Fiscal Years 2018-2024..................................42

Exhibit 13.    Unpaid Fiscal Year 2018 PayGo Fees by Municipalities as of April 2019 ..........43

Exhibit 14.    Unpaid Fiscal Year 2018 PayGo Fees by Public Corporations as of April 2019 ..44

2

CONFIDENTIAL

# I.   QUALIFICATIONS AND BACKGROUND

## A. Qualifications

1.      I am a Managing Director in the Securities and Finance Practice at NERA and Chair of the Bankruptcy Practice, as well as Chair of the Securities and Finance Practice. I have over twenty years of experience in economic and financial consulting in the valuation of fixed income securities, derivatives, illiquid assets, businesses and litigation settlements. I have consulted in disputes involving fraudulent conveyance, leveraged buyouts, distressed exchanges, solvency, and hedging strategies, among other issues. I have testified as an expert in State and Federal Courts.

2.      Examples of my securities and bankruptcy work include: the valuation of illiquid securities in the bankruptcy proceedings of Novation Companies, Inc., the analysis of causation and damages related to structured notes, the valuation and damages analysis involving structured finance and fixed income securities, including mortgage-backed securities ("MBS") and collateralized debt obligations ("CDOs"), the analysis of the capital market reactions using credit default swaps to leveraged buyout transactions and the foreseeability of bankruptcy during the credit crisis. I also authored a study on the impact of regulatory changes on municipal securities and have extensive experience in estimating contingent liabilities for reserves purposes.

3.      I received my Ph.D. in Business from Stanford Business School and was awarded the J.M. Olin Graduate Fellowship, the Graduate School of Business Fellowship, and a Ford Foundation Fellowship. I received my BA, magna cum laude, and MA in economics from the American University in Cairo. My research has been published in the Journal of Structured Finance, Journal of Investment Compliance, Journal of Alternative Investments, Business Economics, International Trade Journal, and others. I have been accredited as a professional statistician by the American Statistics Association and am a member of the advisory board of VALCON. I am also a member of the American Bankruptcy Institute and the American Finance Association.

4.      My curriculum vitae is attached as Exhibit 1.

1

CONFIDENTIAL

Exhibit 1.      *Expert CV – See Attached*

5.      The materials considered in the preparation of this report are listed in Exhibit 2.

Exhibit 2.      *Materials Considered – See Attached*

6.      NERA is being compensated for its time at standard billing rates and its out-of-pocket expenses at cost. My current hourly rate is $950. The rates charged for other NERA personnel working at my direction on this matter range from $250 to $665 per hour. NERA's compensation is not contingent upon the nature of my findings or on the outcome of this matter.

## B. Assignment

7.      I have been retained by Counsel for Andalusian Global Designated Activity Company, Glendon Opportunities Fund, L.P., Mason Capital Master Fund, LP, Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Ocher Rose, L.L.C., and SV Credit, L.P. ("Movants") in the litigation of the *Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay* to provide expert testimony at the hearing on their Motion for the Relief from the Automatic Stay.

## C. Background

8.      The Employees Retirement System of the Government of the Commonwealth of Puerto Rico (the "ERS" or the "System") was created by Act No. 447 of May 15, 1951 ("Act 447").[1] ERS provided pensions and other benefits to retired employees of the Commonwealth of Puerto Rico and certain of its municipalities and public corporations.[2] As of June 2018, ERS had 233,048 members, including 119,048 retirees, disabled members, and beneficiaries receiving

---

[1]   Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Act No. 447 of May 15, 1991, as amended ("Act 447 as amended"), p. 3.

[2]   Act 447 as amended, pp. 3, 5, 6.

2

CONFIDENTIAL

benefits, and 114,000 active employees, according to the ERS Annual Financial Information and Operating Data Report for fiscal year 2018.[3]

9.      Act 447 as amended requires the employers, which include the Government of Puerto Rico (the "Commonwealth") and public corporations and municipalities (together the "non-Commonwealth employers") to contribute to the ERS.[4] Employee contributions were also made to the ERS.[5] The laws governing the ERS were amended over time and those amendments affect the contributions from the employers and employees as well as the benefits that different groups of beneficiaries are entitled to. For example, the date when an individual became a participant in the pension system, among other factors, affects the benefits to which he or she is entitled.[6]

10.      I understand that employees who joined the ERS before January 1, 2000 participated in a "defined benefit" program – a retirement benefit that is either an exact dollar amount or a calculated benefit based on a formula that considers factors such as salary and years of service.[7] Under Act 447 of May 15, 1951, the employers were required to contribute a minimum of 4.5 percent of their payroll to ERS.[8] The minimum contribution percentage for employers was increased to 7 percent as of July 1979 and 8 percent as of July 1982.[9] I refer to members who joined the ERS system between 1951 and prior to April 1, 1990 as "Act 447

---

[3]   Puerto Rico Fiscal Agency and Financial Advisory Authority, Annual Financial Information and Operating Data Report, for fiscal year 2018, May 1, 2019.

[4]   Act 447, as amended, pp. 5, 31.

[5]   Act 447, as amended, p. 30.

[6]   *See*, e.g., Act 447, as amended, p. 4.

[7]   Commonwealth of Puerto Rico, Financial Information and Operating Data Report, December 18, 2016, p. 210. *See also,* US Department of Labor, "Types of Retirement Plans," available at https://www.dol.gov/general/topic/retirement/typesofplans.

[8]   Act 116 of July 6, 2011 ("Act 116-2011"), p. 10.

[9]   Act 116-2011, p. 10.

3

CONFIDENTIAL

members." According to the 2016 Financial Information and Operating Data Report by the Commonwealth, the Act 447 members "were entitled to the highest benefits structure."[10]

11.     Act 447 was amended by Act 1 of 1990 ("Act 1") to provide lower benefit levels and longer vesting periods for employees who entered the System on or after April 1, 1990.[11] Act 1 also increased the minimum required contribution percentage for employers to 9.275 percent and increased the contribution percentage for employees to 8.275 percent.[12] I refer to members who joined the ERS system between April 1, 1990 and prior to 2000 as "Act 1 members."

12.     In 1999, Act 447 was amended again by Act 305 of September 24, 1999 ("Act 305-1999") to "close the defined benefit to new participants and, prospectively, establish a new benefit structure similar to a cash balance plan" ("System 2000").[13] Under System 2000, employees who entered the System on or after January 1, 2000 were required to contribute a minimum of 8.275 percent of their salary to the ERS and the "benefits to be provided to each participant upon separation from the service, whether by retirement or otherwise, shall depend on the total accrued in the savings account."[14] I refer to participants who entered the ERS on or after January 1, 2000 as "System 2000 members."[15] System 2000 members could elect to receive their benefits in the form of a lump-sum payment or an annuity prior to the amendments made by Act 3-2013, but were only entitled to an annuity thereafter.[16]

---

[10]  Commonwealth of Puerto Rico, Financial Information and Operating Data Report, December 18, 2016, p. 210.

[11]  Commonwealth of Puerto Rico, Financial Information and Operating Data Report, December 18, 2016, p. 210.

[12]  Puerto Rico 1990 Session Laws, 11th Legislature, 3rd Regular Session, Act No. 1, February 16, 1990, ("Act 1"), pp. 2, 8. *See also,* Act 116-2011, p. 10.

[13]  Commonwealth of Puerto Rico, Financial Information and Operating Data Report, December 18, 2016, p. 210.

[14]  Act 305 of September 24, 1999 ("Act 305-1999"), pp. 20-23. *See* also, Act 447 as amended, pp. 34, 35.

[15]  I understand that employees who were part of Act 447 and Act 1 defined benefit system could elect to waive their benefits under the defined benefit system and participate in System 2000. *See* Act 305-1999, p. 21.

[16]  Commonwealth of Puerto Rico, Financial Information and Operating Data Report, December 18, 2016, pp. 210, 211. *See also,* Act 305-1999, pp. 29, 30.

4

13.    I understand that, under System 2000, employers were still required to make contributions at the rate of 9.275 percent, but this did not affect the benefits to which System 2000 members were entitled.[17] Instead, those employer contributions were used to increase the System's assets and reduce actuarial deficits.[18] In addition, "there are no segregated accounts for System 2000 Participants" and instead, contributions from System 2000 members were "pooled and invested by the ERS together with the assets corresponding to the defined benefit structure," thus benefit payments for Act 447, Act 1, and System 2000 members "are payable from the same pool of assets of the ERS."[19]

14.    In 2008, the ERS issued three series of bonds ("ERS Bonds") with an aggregate principal amount at issuance of $2.95 billion. Series A bonds, with an initial principal amount of $1.59 billion were issued in January 2008; Series B bonds, with an initial principal amount of $1.06 billion were issued in May 2008; and Series C bonds, with an initial principal amount of $300 million, were issued in June 2008.[20] The bonds are secured, or collateralized, by Pledged Property, including employer contributions to the ERS among other things; and they are non-recourse to other assets of the ERS.[21]

---

[17]  *See*, Act 305-1999, p. 24. *See also,* Commonwealth of Puerto Rico, Financial Information and Operating Data Report, December 18, 2016, p. 210.

[18]  *See*, Act 305-1999, p. 24.

[19]  Commonwealth of Puerto Rico, Financial Information and Operating Data Report, December 18, 2016, p. 210.

[20]  Official Statement of Senior Pension Funding Bonds, Series A, Official Statement of Senior Pension Funding Bonds, Series B, Official Statement of Senior Pension Funding Bonds, Series C.

[21]  *See*, e.g., Official Statement of Senior Pension Funding Bonds, Series A, p. 2; Senior Pension Funding Bonds Series A, Bond Resolution, pp. 2, B-11, B-12, B-14. Specifically, section 201 of the Bond Resolution states, "The Bonds shall be special obligations of the System payable solely from the Pledged Property without recourse against other assets of the System." Exhibit B of the Bond Resolution defines "Pledged Property" as, "the following, collectively (but without duplication), except as otherwise may be provided with respect to a Series of Bonds by the Supplemental Resolution authorizing such Bonds: 1. All Revenues. 2. All right, title and interest of the System in and to Revenues, and all rights to receive the same. 3. The Funds, Accounts, and Subaccounts held by the Fiscal Agent, and moneys and securities and, in the case of the Debt Service Reserve Account, Reserve Account Cash Equivalents, from time to time held by the Fiscal Agent under the terms of this Resolution, subject to the application thereof as provided in this Resolution and to the provisions of Sections 1301 and 1303. 4. Any and all other rights and personal property of every kind and nature from time to time hereafter pledged and assigned by the System to the Fiscal Agent as and for additional security for the Bonds and Parity Obligations. 5. Any and all cash and non-cash proceeds, products, offspring, rents and profits from any of the Pledged Property mentioned described in paragraphs (1) through (4) above, including, without limitation, those from the sale,

5

15.     According to the ERS Bond Resolution, the employer contributions received by the ERS were deposited with a fiscal agent, which was the Bank of New York.[22] The fiscal agent then paid the interest and principal payments on the bonds and operating expenses before releasing the remaining employer contributions to ERS.[23] I understand that upon an event of default such as a non-payment, holders of the ERS Bonds are not entitled to declare all amounts immediately due and payable; yet the fiscal agent is entitled to enforce any unpaid payments including interest accrued on the overdue payments at the rates of interest specified in each bond document.[24] The ERS Bonds are discussed in more detail in Section III, below.

16.     Act 116-2011 as of July 6, 2011 further increased the employer contribution rate for Act 447, Act 1, and System 2000 members from 9.275 percent to 10.275 percent for fiscal year 2012, then a planned additional 1 percent annually for the next four years, and then a planned additional 1.25 percent annually for the five years thereafter.[25]

17.     In April 2013, the Commonwealth enacted additional reforms with Act 3-2013 ("Act 3-2013"). Under Act 3-2013, Act 447 and Act 1 active employees were transferred to a "hybrid" program under which their accrued benefits as of June 30, 2013 were frozen, or stopped

---

exchange, transfer, collection, loss, damage, disposition, substitution or replacement of any of the foregoing." The ERS Bond Resolution also defines "Revenues" as, "the following, collectively (but without duplication), except as otherwise may be provided with respect to a Series of Bonds by the Supplemental Resolution authorizing such Bonds: 1. All Employers' Contributions received by the System or the Fiscal Agent. 2. With respect to any particular Bonds, the proceeds of any draw on or payment under any Credit Facility which is intended for the payment of such Bonds, but only for purposes of such payment and not for other purposes of this Resolution. 3. Net amounts received by the System pursuant to a Qualified Hedge. 4. Income and interest earned and gains realized in excess of losses suffered by any Fund, Account, or Subaccount held by the Fiscal Agent under the terms of this Resolution, subject to the provisions of Sections 1301 and 1303. 5. Any other revenues, fees, charges, surcharges, rents, proceeds or other income and receipts received by or on behalf of the System or by the Fiscal Agent, lawfully available for the purposes of this Resolution and deposited by or on behalf of the System or by the Fiscal Agent in any Fund, Account, or Subaccount held by the Fiscal Agent under the terms of this Resolution, subject to the provisions of Sections 1301 and 1303."

[22] Senior Pension Funding Bonds Series A, Bond Resolution, pp. 15, B-7.

[23] Senior Pension Funding Bonds Series A, Bond Resolution, Article V, pp. 19, 26. *See also*, e.g., Official Statement of Senior Pension Funding Bonds, Series A, pp. 4, 39-40.

[24] *See*, e.g., "Official Statement of Senior Pension Funding Bonds, Series A," pp. 26, 33.

[25] Act 116-2011, pp. 15, 16.

6

CONFIDENTIAL

accruing, and their ongoing contributions would later be used to pay an annuity.[26] In addition, Act 3-2013 generally increased the retirement age for Act 447 members from 55-58 to 59-61, for System 2000 members from 60 to 61-65, and for most new employees joining the system after June 30, 2013 to 67; it increased the employee contribution rate from 8.275 percent to 10 percent; it required that System 2000 payouts be an annuity (no longer allowing for lump-sum payouts), and it reduced or modified certain other benefits.[27]

18.     Later that year in June 2013, Act 32-2013 also created an additional employer contribution known as the Additional Uniform Contribution ("AUC") to help "make up the System's cash flow deficit."[28] The AUC was set at $140 million, and later revised to $120 million, for fiscal year 2014, and for subsequent years its amount would be determined by an actuary "as necessary to prevent the value of the projected gross assets of the System from falling below one billion dollars."[29] The AUC for each employer would correspond to that employer's "percentage of the total employer contributions."[30] However, as discussed further in Section III below, the AUC was largely unpaid and was eventually removed in June 2017.[31]

19.     The ERS issued annual financial statements and actuarial reports. These financial reports described the annual change in the value of the assets and liabilities of the ERS. The actuarial reports, recently prepared by actuarial services firm Milliman, also estimated the present value of the pension obligations of the system.[32] These reports documented that the ERS

---

[26] Act 3-2013, pp. 27, 32, 33.

[27] Act 3-2013, pp. 20, 28, 34. *See also*, Commonwealth of Puerto Rico, Financial Information and Operating Data Report, December 18, 2016, p. 211; and Puerto Rico Government Employees Retirement System, June 30, 2013 Actuarial Valuation Report, pp. 52-54.

[28] Act 32-2013, p. 6.

[29] Act 32-2013, p. 7. *See also*, Act 244-2014, p. 1.

[30] Act 32-2013, p. 6.

[31] Commonwealth of Puerto Rico, Financial Information and Operating Data Report, December 18, 2016, p. 211. *See also*, Commonwealth of Puerto Rico, Financial Information and Operating Data Report for fiscal year 2016, p. 13. *See also*, Joint Resolution 188, p. 4.

[32] Milliman is an actuarial services firm. It provided actuarial services to the ERS and continues to provide actuarial estimates to the Government of Puerto Rico. These actuarial estimates were used in annual actuarial reports that estimated ERS assets and its present value of liabilities. I understand that Milliman's estimates are currently used

7

was underfunded; the gross assets of the system were being depleted, and the net assets were exhausted as of fiscal year 2015.[33] For example, by fiscal year 2015, the actuarial report stated, "[Puerto Rico Government Employees Retirement System] net assets have been exhausted in the 2014-2015 fiscal year. If the increasing Law 116 employer contributions, the Supplemental Contribution under Act 3, and the Additional Uniform Contribution under Act 32 (as amended by Act 244) are not paid in full on an annual basis, PRGERS will continue being rapidly disfunded and gross assets will be exhausted."[34] The actuarial report for fiscal year 2017 later stated, "PRGERS gross assets as of June 30, 2017 are less than one year of expected benefit payments."[35] The conclusions of these reports are further discussed in Section III, below.

20.     On June 30, 2016, the U.S Congress enacted the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA") that established an Oversight Board to "assist the Government of Puerto Rico, including instrumentalities, in managing its public finances, and for other purpose."[36]

21.     On November 23, 2016, the Financial Oversight and Management Board for Puerto Rico ("FOMB"), which was created under PROMESA, sent a letter to Governor Garcia Padilla regarding their assessment of the Government of Puerto Rico's fiscal plan. In this letter, FOMB requested that the fiscal plan be amended to reflect projected "PayGo funding for pension benefits and segregation of current employee contributions beginning no later than 2018."[37] The Commonwealth's Financial Information and Operating Data Report dated December 18, 2016 also commented, "[t]he Retirement Systems are severely underfunded. […] The ERS projects

---

by Puerto Rico and the FOMB for budgeting and planning purposes, including estimates in Puerto Rico's fiscal plans. *See*, e.g., Financial Oversight and Management Board for Puerto Rico, 2019 Fiscal Plan for Puerto Rico, May 9, 2019, pp. 114, 116.

[33] Puerto Rico Government Employees Retirement System, June 30, 2015 Actuarial Valuation Report, p. 12.

[34] Puerto Rico Government Employees Retirement System, June 30, 2015 Actuarial Valuation Report, p. 12.

[35] Puerto Rico Government Employees Retirement System, June 30, 2017 Actuarial Valuation Report.

[36] H. R. 5278, in the Senate of the United States, June 13, 2016, p. 1.

[37] Financial Oversight and Management Board for Puerto Rico, letter to Honorable Alejandro Garcia Padilla, November 23, 2016, p. 3.

8

CONFIDENTIAL

that it will deplete its liquid assets (which amounted to $655.3 million as of November 14, 2016) by the end of the fourth quarter of the current fiscal year or during the first half of fiscal year 2018 (July to December 2017) […] At that point (assuming no liquidation of illiquid assets, which totaled $616.0 million as of November 14, 2016, and no additional annual contributions), the ERS would be operating on a 'pay-as-you-go' basis."[38] The report went on to explain the pay-as-you-go situation as "the ERS would be unable to pay retirement benefits that exceed the actual employer and employee contributions (net of administrative and other expenses), unless the Commonwealth and other participating employers provide additional funding on a timely basis to meet such retirement benefits in full."[39]

22.     On February 28, 2017, the Commonwealth introduced a revised version of the fiscal plan that proposed a "pay-as-you-go model to cover remaining defined benefit obligations."[40] On March 13, the FOMB certified a revised fiscal plan that incorporated the "pay-as-you-go" model subject to certain changes.[41] Both fiscal plans also proposed to put new employee contributions into a segregated defined contribution system.[42]

23.     On May 3, 2017, the Oversight Board filed a petition for bankruptcy relief for the Commonwealth under Title III of PROMESA. On May 21, 2017, the Oversight Board filed a Title III petition for ERS.[43]

---

[38]  Commonwealth of Puerto Rico, Financial Information and Operating Data Report, December 18, 2016, p. 17.

[39]  Commonwealth of Puerto Rico, Financial Information and Operating Data Report, December 18, 2016, p. 17.

[40]  Puerto Rico Fiscal Agency and Financial Advisory Authority, "Fiscal Plan for Puerto Rico," February 28, 2017, p. 62.

[41]  Puerto Rico Fiscal Agency and Financial Advisory Authority, "Fiscal Plan for Puerto Rico," March 13, 2017, p. 21. *See* also, Financial Oversight and Management Board for Puerto Rico, Board Resolution Adopted on March 13, 2017 (Fiscal Plan Certification).

[42]  Puerto Rico Fiscal Agency and Financial Advisory Authority, "Fiscal Plan for Puerto Rico," February 28, 2017, p. 62. *See* also, Puerto Rico Fiscal Agency and Financial Advisory Authority, "Fiscal Plan for Puerto Rico," March 13, 2017, p. 21.

[43]  Employees' Retirement System of the Government of the Commonwealth of Puerto Rico, Basic Financial Statements and Required Supplementary Information, June 30, 2016, p. 8.

CONFIDENTIAL

24.     On June 23, 2017, the Puerto Rico Legislative Assembly adopted Joint Resolution 188, which ordered ERS and the Judiciary and Teachers' Retirement Systems "to sell their assets and to transfer the net cash proceeds, in addition to any available funds, into the Treasury Secretary's account."[44] Joint Resolution 188 also eliminated the "employer contributions by the Central Government, Public Corporations, and Municipalities" and the AUC to ERS effective July 1, 2017.[45] According to this resolution, the three retirement systems including ERS would continue to sell their assets and transfer the proceeds to the General Fund while the General Fund would, "through the pay-as-you-go system, assume any payments that the three Retirement Systems cannot make."[46]

25.     Subsequently on August 23, 2017, the Commonwealth enacted Act No. 106 of 2017 ("Act 106"). Act 106 provided that payments on all accumulated pensions as of July 1, 2017 would be made under a "pay as you go" (or "PayGo") system. That system would use funds from charges called PayGo fees that are imposed upon employers, the proceeds from the liquidation of assets of the ERS and other retirement systems, and other sources such as allocations to cover shortfalls by the Puerto Rican Government.[47] Act 106 provided that the amount of PayGo fees "shall be equal to the amount actually paid to Pensioners and Beneficiaries from each covered entity" and is determined by the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") and collected by the Treasury.[48] I understand that ERS members as of June 30, 2017 do not accrue additional benefits under the legacy retirement

---

[44] Joint Resolution 188, p. 3. The 2016 ERS financial statement stated, "On July 20, 2017, the System sold investments in the total aggregate amount of approximately $297 million." *See* Employees' Retirement System of the Government of the Commonwealth of Puerto Rico, Basic Financial Statements and Required Supplementary Information, June 30, 2016, p. 64.

[45] Joint Resolution 188, pp. 3, 4.

[46] Joint Resolution 188, pp. 3, 4.

[47] Act 106, p. 17.

[48] Act 106, p. 17. *See also,* ERS-CW_LS0000388, p. 3.

10

CONFIDENTIAL

systems that are funded by PayGo.[49] The General Fund guarantees the payments of pension benefits "regardless of the payment of the 'Pay-Go' Fee by the employer."[50]

26.     In addition, Act 106 also established a new defined contribution plan for all active employees as of July 1, 2017 and for those who start working on or after that date (the "New Defined Contribution Plan").[51] Under this New Defined Contribution Plan, "new employees hired July 1, 2017 or later will be participants in a separate defined contribution plan and will not be [ERS] members."[52] Contributions made by each employee, which is at least 8.5 percent of their monthly remuneration, would be "credited to the individual accounts" and the pension benefit provided to each participant would depend on his or her contributions and the rate of return on their investment.[53]

## II.   SUMMARY OF FINDINGS

27.     I was asked by Counsel for the Movants to address the following questions:

a.   Evaluate the financial position of ERS and the PayGo system as related to the servicing of the ERS Bonds;

b.   Determine whether the sources of funding for the pension system remained similar before and after the 2017 legislation that changed the ERS pension system to pay-as-you-go;

c.   Assuming that future PayGo fees are a source of repayment to the bondholders, evaluate the risk of repayment arising from the decline in projected payments for benefits accrued under

---

[49] The 2017 ERS actuarial report explains, "[b]ecause of Act 106-2017, no future benefits (except for the additional benefits due to death or disability for reasons specified in Act 127-1958) will be earned by PRGERS members." *See*, Puerto Rico Government Employees Retirement System, June 30, 2017 Actuarial Valuation Report, p. 7.

[50] Act 106, p. 17.

[51] Act 106, pp. 22-24.

[52] *See*, Puerto Rico Government Employees Retirement System, June 30, 2017 Actuarial Valuation Report, p. 6.

[53] Act 106, pp. 22-24.

11

the ERS which are funded by the PayGo system ("ERS Benefit Payments");

d.   Assuming that future PayGo fees are a source of repayment to the bondholders, evaluate additional risks of repayment arising from the financial health of the Commonwealth, municipalities, and public corporations and the effect of legislative changes.

28.   My findings can be summarized as follows:

a.   The financial position of ERS deteriorated over time. ERS issued almost $3 billion of bonds to address its underfunding problems. Employer contributions, channeled through a fiscal agent, were historically used to service the debt. *See* Section III below.

   i.   From 2008 through 2017, the additions in the ERS system including employer and employee contributions were insufficient to cover deductions for every year except 2011 according to ERS financial and actuarial reports.

   ii.   The ERS system was underfunded. Beginning in fiscal year 2015 and thereafter, the net assets of ERS were negative.

   iii.   ERS issued three series of bonds with an initial aggregate principal value of $2.95 billion to address its underfunding problems. According to the ERS Bond Resolution, the ERS Bonds would be paid from the Pledged Property, which includes the employer contribution component of the ERS funding system via the use of a fiscal agent. The offering documents included projections by a third-party consultant that compared the bond service payments to the estimated annual future employer contributions.

12

CONFIDENTIAL

    iv.  A fiscal agent was selected to manage the collateral of the bonds. According to the ERS Bond Resolution, cash flow streams from employer contributions would be held in accounts at the fiscal agent created by the ERS Bond Resolution. The ERS would transfer employer contributions to the fiscal agent and the fiscal agent would then distribute the funds to pay for debt service, operating expenses and reserves.

b.  In 2017, legislation changed the pension system to PayGo. However, the sources of the funding by employer types (the Commonwealth, municipalities, and public corporations) remained largely unchanged and the percentage of funding from the three employer types remained similar before and after the switch to PayGo in 2017. *See* Section IV below.

c.  Empirical evidence demonstrates that PayGo fees are a time-limited source of funds for the repayment to the holders of the ERS Bonds. *See* Section V below.

    i.  PayGo fees are not paid into, nor accumulated in, a fund that grows over time. Instead, they are spent to pay benefits for current beneficiaries after they are received.

    ii.  Principal and interest payments on the ERS Bonds will continue until 2058. But starting on July 1, 2017, new employees will not be ERS members and no future benefits will be earned by ERS members. Even if employers pay their PayGo invoices, the projected ERS Benefit Payments are expected to decline over the remaining life of the bonds by about 72 percent according to my analysis of Milliman's projections.

13

CONFIDENTIAL

d. PayGo fees are subject to risks associated with the financial health of the Commonwealth, municipalities, and public corporations. *See* Section VI below.

    i. As described by the May 2019 certified fiscal plan, the government of Puerto Rico is in financial distress and as a result the primary source of the PayGo fees could be at risk. The May 2019 certified fiscal plan also calls for decreasing pension payments by 10 percent (and thus PayGo fees) and proposes to reduce aid to municipalities which may reduce their ability to remit PayGo fees.

    ii. Some municipalities and public corporations already have been and remain delinquent in remitting their PayGo fees. For PayGo fees invoiced in fiscal year 2018, the municipalities failed to pay 38.2 percent of the invoiced PayGo fees and the public corporations failed to pay 19.3 percent of the invoiced PayGo fees as of April 2019.

    iii. An additional source of risk to the PayGo fees from the municipalities is the risk from recent legislation that excuses municipalities from having to remit PayGo fees.

## III.   THE FINANCIAL POSITION OF THE ERS SYSTEM OVER TIME

### A.   ERS Additions and Deductions

29.     The ERS annual financial statements reported its "additions" and "deductions" as well as its net position at the end of each fiscal year. The additions include employer contributions, member contributions, net investment income, and other income; and deductions include benefits paid to participants, refunds of contributions, interest on bonds, general and

14

administrative expense, and other expenses.[54] Exhibit 3, below, shows the additions and deductions for the ERS from fiscal years 2008 through 2017. The additions were insufficient to cover deductions for every year except 2011.[55] For example, in fiscal year 2010, there were $573.5 million in employer contributions and $775.7 million in other additions, for a total of $1,349.1 million of additions to the ERS.[56] These were more than offset by $1,526.3 million in deductions.[57] The total ERS net assets were reduced from $1.84 billion at the end of fiscal year 2009 to $1.66 billion at the end of fiscal year 2010.[58]

---

[54] *See*, for example, "Employees' Retirement System of the Government of the Commonwealth of Puerto Rico," Basic Financial Statements and Required Supplementary Information, June 30, 2016.

[55] Between 2008 and 2016, the addition and deduction amounts are from the ERS basic financial statements and required supplementary information, audited by Deloitte & Touche LLP and subsequently by KPMG LLP. Additions and deductions for fiscal year 2017 are from Milliman's June 30, 2017 Actuarial Valuation Report, given that the ERS audited financial statement for fiscal year 2017 is not available.

[56] The employer contributions of $573.5 million during fiscal year 2010 include basic benefits contributions, special laws contributions and early retirement contributions.

[57] "Employees' Retirement System of the Government of the Commonwealth of Puerto Rico," Basic Financial Statements and Required Supplementary Information, June 30, 2010.

[58] "Employees' Retirement System of the Government of the Commonwealth of Puerto Rico," Basic Financial Statements and Required Supplementary Information, June 30, 2009 and June 30, 2010.

15

CONFIDENTIAL

Exhibit 3.     *ERS Additions and Deductions for Fiscal Years 2008-2017*



**Notes and Sources:**
-Data are from financial statements and actuarial valuation reports of the Employees Retirement System.

30.     As described above in Section I.C, following the passage of Act 32-2013, employers were assessed an additional amount, the AUC, which was designed to reduce the funding gap.[59] Employers were assessed a pro rata share of the AUC based on the proportion of their employer contributions. However, the Commonwealth of Puerto Rico, which paid the largest share of the employer contribution, ceased its AUC contributions to ERS in fiscal year 2016.[60]

---

[59]  Act 32-2013, p. 6.

[60]  *See*, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Annual Financial Information, fiscal year 2016, April 25, 2017. "The only Commonwealth contributions realized by ERS since July 2016 are internal accounting adjustments from the Department of Treasury in the amount of $18.5 million per month. The Commonwealth owes ERS more than $411 million on account of Additional Uniform

16

CONFIDENTIAL

31. ERS "Deductions" included payments of all retirement beneficiaries, including the recipients of defined benefits and the defined contribution benefits owed to retired System 2000 participants.[61] For System 2000 participants, the benefits upon retirement were calculated based on the total employee contributions made over their career. The employees were allowed to select an investment option, and the value of their retirement benefit reflected this investment selection as if their contributions were actually invested in these options.[62] However, the employee contributions were not segregated and saved for future retirees, but were instead co-mingled with all other ERS assets and used to pay current benefits for all beneficiaries.[63]

### B. The ERS Pension System Was Underfunded

32. A pension system's funded ratio is the ratio of net assets to its estimated liabilities.[64] For Puerto Rico, a combination of low assets and high liabilities resulted in a low funded ratio. As of the end of each of the following fiscal years, the ERS funded ratio was approximately 15.8 percent in 1990, increased to approximately 24.6 percent in 2001, then declined to -3.5 percent in 2016. By way of comparison, the U.S. Government Accountability Office stated that a funded ratio of 80 percent was "generally viewed as acceptable to support future pension costs."[65]

---

Contribution (AUC) payments that ERS no longer receives." *See* also, Commonwealth of Puerto Rico, Financial Information and Operating Data Report, December 18, 2016, p. 211. "Due to the worsening fiscal crisis since the enactment of Act 3-2013, however, the Commonwealth and other participating employers have been unable to pay most of the ERS-AUC."

[61] *See*, for example, "Employees' Retirement System of the Government of the Commonwealth of Puerto Rico," Basic Financial Statements and Required Supplementary Information, June 30, 2016, pp. 8, 26.

[62] Act 447 as amended, pp. 34-37.

[63] Commonwealth of Puerto Rico, Financial Information and Operating Data Report, December 18, 2016, p. 210.

[64] Board of Governors of the Federal Reserve System, "State and Local Government Pension Funding Ratios, 2002 – 2016," available at: https://www.federalreserve.gov/releases/z1/dataviz/pension/funding_ratio/map/#year:2016. *See also*, Wang, Qiushi & Peng, Jun, "An Empirical Analysis of State and Local Public Pension Plan Funded Ratio Change, 2001-2009," *The American Review of Public Administration*, January 1, 2016, Volume 46, Issue 1, pp. 75-91.

[65] United States Government Accountability Office, *State and Local Government Retiree Benefits: Current Status of Benefit Structures, Protections, and Fiscal Outlook for Funding Future Costs,* GAO-07-1156 (Washington, DC, September 2007), p. 30.

17

CONFIDENTIAL

33.     According to its 2015 financial statements, the ERS system, "since its inception, lacked proper planning. The levels of contributions were relatively low and still remain low in comparison to the level of benefits."[66]

34.     The ERS system retained a third-party actuarial consultant, Milliman, to evaluate the expected future liabilities and assets of the system. Milliman's findings were published in annual actuarial reports. The actuarial reports evaluate the present value of the liabilities of the ERS system as the present value of the benefits owed to beneficiaries (which include retirement benefits recipients, disability benefits recipients, vested withdrawal recipients, death benefit recipients, and non-vested withdrawal recipients) as well as other system-administered benefits such as additional minimum pension benefits and the Christmas bonuses.[67]

35.     According to Milliman's actuarial reports of ERS, its estimations of future liabilities took into account certain ERS plan characteristics, including the service time of the plan members, compensation received during service tenure (including average compensation for Act 447 members), the accumulated beneficiary contributions through 2013, the cost-of-living adjustment for pension benefits, and other factors.[68] The estimate of the future pension liability also depends on the analysis of future employment history and the health and mortality for plan beneficiaries.[69] With these inputs and assumptions, Milliman estimated the annual cost of providing benefits to current and future retirees. This projected stream of benefits was then discounted to the present using an appropriate discount rate.

---

[66] "Employees' Retirement System of the Government of the Commonwealth of Puerto Rico," Basic Financial Statements and Required Supplementary Information, June 30, 2015, p. 13.

[67] "Puerto Rico Government Employees Retirement System," Milliman, June 30, 2017 Actuarial Valuation Report, p. 3.

[68] "Puerto Rico Government Employees Retirement System," Milliman, June 30, 2017 Actuarial Valuation Report, pp. 29-46.

[69] "Puerto Rico Government Employees Retirement System," Milliman, June 30, 2017 Actuarial Valuation Report, pp. 47-55. I only have access to the actuarial reports but not the backup files and programs. I reserve the right to update my analysis if I receive additional information about the assumptions.

18

CONFIDENTIAL

36.     As shown in Exhibit 4, below, the ERS total pension liability increased over time.[70] As of the end of each of the following fiscal years, the pension liability was approximately \$4.3 billion in 1990, approximately \$9.5 billion in 2000, approximately \$16.8 billion in 2007 (the year before the ERS Bonds were issued), \$23.7 billion in 2013, approximately \$36.4 billion in 2016, and approximately \$30.1 billion in 2017.

37.     According to the annual actuarial reports from 1990 to 2017, the ERS assets did not increase at the same pace as its liabilities, and eventually decreased. Exhibit 4 illustrates the net assets (which are calculated in the actuarial reports as the market value of ERS assets minus its non-pension liabilities including bonds payable, securities lending cash collateral, and other liabilities), pension liability, and funded ratio of the Employees Retirement System.[71] The grey bars illustrate the net assets and the orange bars show the total estimated actuarial pension liability of the ERS system.[72] The blue line is the funded ratio, calculated as the net assets divided by the total pension liability. The funded ratio has been below 25 percent since the 1990s, and has decreased from 24.6 percent at the end of fiscal year 2001 to -7.0 percent at the end of fiscal year 2017, indicating that the system's financial position has worsened over time. As stated in Kobre & Kim's investigative report on Puerto Rico's financial problems, "The amount of its unfunded liabilities has always been a problem for ERS."[73]

---

[70] Actuarial liability is the net present value of the pension system's future obligations which are the projected future pension benefit payments. *See*, "Final Investigative Report." Kobre & Kim LLP, August 20, 2018, pp. 200, 201.

[71]  The information was obtained from financial statements and actuarial valuation reports for Employees' Retirement System of Puerto Rico from 1990 to 2017. For certain years when the financial reports were not available, the pension liability was estimated as the average of the year before and the year after.

[72] The total pension liability for fiscal years 2001-2013 was based on GASB (Government Accounting Standards Board) 25 and 27. The total pension liability for fiscal years 2014-2017 was based on GASB 67.

[73]  Kobre & Kim is a law firm that was retained by the FOMB to investigate various aspects of Puerto Rico's financial problems. "Final Investigative Report." Kobre & Kim LLP, August 20, 2018, p. 201.

19

CONFIDENTIAL

Exhibit 4.      *ERS Net Assets, Pension Liabilities and Funded Ratios for Fiscal
Years 1990-2017*



**Notes and Sources:**
- Data are from financial statements and actuarial valuation reports for Employees Retirement System of Puerto Rico and "Current Status of Benefit Structures,
Protections, and Fiscal Outlook for Funding Future Costs," a September 2007 GAO Report to the Committee on Finance, U.S. Senate.
- Data on Total Pension Liability was unavailable for years 2002, 2004, 2006, and 2008, and was estimated as the arithmetic mean of the accrued pension liability
for the previous year and the following year (indicated by lighter shaded bars).

## C. The 2008 ERS Bonds Were Paid Using Employer Contributions

38.      In an effort to address its funding challenges, the ERS issued three series of bonds
(Series A, Series B, and Series C) with an initial aggregate principal value of $2.95 billion in
2008.[74] The goal of the pension bond issuance was to reinvest the bond proceeds at a rate of
return higher than the interest expense of the bonds. Puerto Rico expected to invest the proceeds

---

[74] Pension Bonds are used by municipalities with underfunded pensions to improve their funded ratios. For
example, in June 2003, the state of Illinois offered $10.0 billion in Pension Funding Bonds. *See*, $10,000,000,000
State of Illinois General Obligation Bonds Pension Funding Series of June 2003.

20

CONFIDENTIAL

of the bonds at returns that would earn 10 to 11 percent per year compared to the 5.85% to 6.55% interest that the ERS would pay on the bonds.[75]

39.     The Series A Bonds had an initial principal value of $1.59 billion and were issued in January 2008. The Series B Bonds had an initial principal value of $1.06 billion and were issued in May 2008. The Series C Bonds had an initial principal value of $0.3 billion and were issued in June 2008.[76]

40.     The ERS Bonds are scheduled to mature between 2023 and 2058. There were 35 bond issuances in total. Twenty-five of the bonds, with initial principal balance of $2.66 billion, paid coupons at rates between 5.85% and 6.55%. Ten of the bonds, with initial principal balance of $0.29 billion, did not pay coupons, but rather accumulated accrued interest until maturity. Exhibit 5, below shows the original principal values, the coupons or accrued interest rate, and maturity dates of the ERS Bonds.

---

[75] *See*, for example, Government of Puerto Rico, House of Representatives, June 30, 2012.

[76] Employees Retirement System of the Government of the Commonwealth of Puerto Rico, *Official Statement: Senior Pension Funding Bonds, Series A,* January 29, 2008. Employees Retirement System of the Government of the Commonwealth of Puerto Rico, *Official Statement: Senior Pension Funding Bonds, Series B,* May 28, 2008. Employees Retirement System of the Government of the Commonwealth of Puerto Rico, *Official Statement: Senior Pension Funding Bonds, Series C,* June 26, 2008.

CONFIDENTIAL

Exhibit 5.        *Principal Value, Coupon, and Redemption Value of the ERS Bonds*

| No. (1) | Series (2) | Type (3) | Maturity (4) | Coupon (5) | Yield to Maturity (6) | CUSIP (7) | Initial Principal Amount (8) | Maturity Principal Amount (9) |
|---|---|---|---|---|---|---|---|---|
| **Total** | | | | | | | **$ 2,947,648,343** | **$ 3,841,110,000** |
| **Subtotal - Series A** | | | | | | | **$ 1,588,810,800** | **$ 1,700,450,000** |
| **Subtotal - Series B** | | | | | | | **1,058,634,613** | **1,833,660,000** |
| **Subtotal - Series C** | | | | | | | **300,202,930** | **307,000,000** |
| **Subtotal - Term Bonds** | | | | | | | **$ 2,657,870,000** | **$ 2,657,870,000** |
| **Subtotal - Capital Appreciation Bonds** | | | | | | | **289,778,343** | **1,183,240,000** |
| 1. | A | Term Bond | July 1, 2023 | 5.85% | | 29216MAF7 | $ 200,000,000 | $ 200,000,000 |
| 2. | A | Term Bond | July 1, 2031 | 6.15 | | 29216MAG5 | 3,000,000 | 3,000,000 |
| 3. | A | Term Bond | July 1, 2032 | 6.15 | | 29216MAH3 | 4,500,000 | 4,500,000 |
| 4. | A | Term Bond | July 1, 2033 | 6.15 | | 29216MAJ9 | 4,000,000 | 4,000,000 |
| 5. | A | Term Bond | July 1, 2038 | 6.15 | | 29216MAC4 | 667,500,000 | 667,500,000 |
| 6. | A | Term Bond | July 1, 2039 | 6.20 | | 29216MAK6 | 167,920,000 | 167,920,000 |
| 7. | A | Term Bond | July 1, 2040 | 6.20 | | 29216MAL4 | 89,750,000 | 89,750,000 |
| 8. | A | Term Bond | July 1, 2041 | 6.20 | | 29216MAD2 | 37,550,000 | 37,550,000 |
| 9. | A | Term Bond | July 1, 2042 | 6.20 | | 29216MAM2 | 37,550,000 | 37,550,000 |
| 10. | A | Term Bond | July 1, 2055 | 6.45 | | 29216MAN0 | 86,950,000 | 86,950,000 |
| 11. | A | Term Bond | July 1, 2056 | 6.45 | | 29216MAP5 | 83,350,000 | 83,350,000 |
| 12. | A | Term Bond | July 1, 2057 | 6.45 | | 29216MAQ3 | 80,850,000 | 80,850,000 |
| 13. | A | Term Bond | July 1, 2058 | 6.45 | | 29216MAE0 | 80,850,000 | 80,850,000 |
| 14. | A | Capital Appreciation Bond | July 1, 2028 | | 6.20% | 29216MAA8 | 12,264,908 | 42,665,000 |
| 15. | A | Capital Appreciation Bond | July 1, 2028 | | 6.20 | 29216MAB6 | 32,775,892 | 114,015,000 |
| 16. | B | Term Bond | July 1, 2031 | 6.25% | | 29216MBA7 | $ 117,100,000 | $ 117,100,000 |
| 17. | B | Term Bond | July 1, 2036 | 6.30 | | 29216MBB5 | 67,500,000 | 67,500,000 |
| 18. | B | Term Bond | July 1, 2037 | 6.30 | | 29216MBC3 | 67,500,000 | 67,500,000 |
| 19. | B | Term Bond | July 1, 2038 | 6.30 | | 29216MBD1 | 67,500,000 | 67,500,000 |
| 20. | B | Term Bond | July 1, 2039 | 6.30 | | 29216MBE9 | 67,500,000 | 67,500,000 |
| 21. | B | Term Bond | July 1, 2055 | 6.55 | | 29216MBF6 | 96,250,000 | 96,250,000 |
| 22. | B | Term Bond | July 1, 2056 | 6.55 | | 29216MBG4 | 96,250,000 | 96,250,000 |
| 23. | B | Term Bond | July 1, 2057 | 6.55 | | 29216MBH2 | 96,250,000 | 96,250,000 |
| 24. | B | Term Bond | July 1, 2058 | 6.55 | | 29216MBJ8 | 140,250,000 | 140,250,000 |
| 25. | B | Capital Appreciation Bond | July 1, 2028 | | 6.40% | 29216MAT7 | 34,028,471 | 120,570,000 |
| 26. | B | Capital Appreciation Bond | July 1, 2029 | | 6.40 | 29216MAU4 | 74,042,325 | 279,405,000 |
| 27. | B | Capital Appreciation Bond | July 1, 2030 | | 6.40 | 29216MAV2 | 32,999,753 | 132,625,000 |
| 28. | B | Capital Appreciation Bond | July 1, 2031 | | 6.45 | 29216MAW0 | 25,000,911 | 108,215,000 |
| 29. | B | Capital Appreciation Bond | July 1, 2032 | | 6.45 | 29216MAX8 | 24,999,346 | 115,300,000 |
| 30. | B | Capital Appreciation Bond | July 1, 2033 | | 6.45 | 29216MAY6 | 25,000,570 | 122,865,000 |
| 31. | B | Capital Appreciation Bond | July 1, 2034 | | 6.45 | 29216MAZ3 | 26,463,237 | 138,580,000 |
| 32. | C | Term Bond | July 1, 2028 | 6.15% | | 29216MBL3 | $ 110,000,000 | $ 110,000,000 |
| 33. | C | Term Bond | July 1, 2038 | 6.25 | | 29216MBN9 | 45,000,000 | 45,000,000 |
| 34. | C | Term Bond | July 1, 2043 | 6.30 | | 29216MBP4 | 143,000,000 | 143,000,000 |
| 35. | C | Capital Appreciation Bond | July 1, 2030 | | 6.50% | 29216MBM1 | 2,202,930 | 9,000,000 |

**Notes and Sources:**
- Data are from the official statements of the ERS Bonds and Bloomberg.

41.        According to the ERS Bond Resolution, the bonds would be paid from the
Pledged Property, including the employer contribution component of the ERS funding system
defined as "the contribution paid from and after the date hereof that are made by the Employers
and any assets in lieu thereof or derived thereunder which are payable to the System pursuant to

22

Sections 2-116, 3-105 and 4-113 of the Act."[77] These employer contributions were expected to be collected from the Commonwealth of Puerto Rico, the public corporations, and the municipalities.[78]

42.     A fiscal agent was selected to manage the collateral of the bonds.[79] According to the ERS Bond Resolution, cash flow streams from employer contributions would not go directly to the Treasury of Puerto Rico but would be held in accounts at the fiscal agent created by the Bond Resolution.[80] On the last business day of each month, ERS would transfer employer contributions to the fiscal agent and immediately thereafter, all revenues were to be deposited into the Revenue Account, an account which received revenue from the employer contributions, and from which funds were distributed for debt service, operating expenses and reserves.[81]

43.     The offering document to the Series C Bonds included a report by a third-party consultant, Global Insight, which compared the bond service payments to the estimated annual future employer contributions between 2008 and 2058.[82] The report projected a steady increase in employer contributions which would be more than adequate to service the ERS Bonds. Exhibit 6, below, compares the ERS Bond service requirements to the employer contributions, as projected by Global Insight.

---

[77]  Employees Retirement System of the Government of the Commonwealth of Puerto Rico, "Pension Funding Bond Resolution," Adopted on January 24, 2008, p. B-6.

[78]  Act 447 as amended, p. 5.

[79]  Senior Pension Funding Bonds Series A, Bond Resolution, pp. 32-33.

[80]  For example, the Series A Bond Resolution established six accounts to be held by the fiscal agent, which served as an intermediary. These accounts included the (1) Capitalized Interest Account, (2) Revenue Account, (3) Debt Service Account, (4) Debt Service Reserve Account, (5) General Reserve Account, and (6) Redemption Account. Employees Retirement System of the Government of the Commonwealth of Puerto Rico, "Pension Funding Bond Resolution," Adopted on January 24, 2008, p. 16.

[81]  The Revenue Account Employees Retirement System of the Government of the Commonwealth of Puerto Rico, "Pension Funding Bond Resolution," Adopted on January 24, 2008, pp. 17-18.

[82]  Global Insight, "Employees Retirement System of the Government of the Commonwealth of Puerto Rico (ERS): Covered Payroll Outlook (2008 - 2059)," as of June 26, 2008 (Appendix IV to the Offering Document of Series C ERS Bonds).

23

CONFIDENTIAL

Exhibit 6.       *Bond Service and Projected Employer Contributions for 2008-2058*



**Notes and Sources:**
- Data are from the official statements of ERS Series A, Series B, and Series C bonds. Projected Employer Contribution  amounts are from Global Insight, Employees Retirement System of the Government of the Commonwealth of Puerto Rico (ERS): Covered Payroll Outlook (2008 - 2059), as of June 26, 2008 (Appendix IV to the offering document of Series C ERS bonds).

## D.  Payment of the Bond Obligation Since 2016

44.       The fiscal agent's reports for the months of May and June 2016 document that the ERS revenues were transferred to the fiscal agent and the bonds were serviced prior to subsequent distributions to reserve accounts.[83] However, the enactment of Executive Order 2016-31 in June 2016 and subsequently of Joint Resolution 188 and Act 106-2017 in the summer of 2017 ended the transfer of employer contributions to the fiscal agent.[84] As a result, the assets

---

[83]  These observations are based on my review of the fiscal agent reports that I received so far, which cover the period from May 2016 through January 2019. I have not received fiscal agent reports prior to May 2016 or after January 2019.

[84]  *See*, Executive Order 2016-31, pp. 2-3; Joint Resolution 188, pp. 3-4; Act 106-2017, p. 13.

24

CONFIDENTIAL

held by the fiscal agent were depleted over time.[85] Exhibit 7, below, shows the monthly value of assets held by the fiscal agent debt service, general reserve and debt service reserve accounts from 2016 through January 2019. The exhibit shows that the assets held by the fiscal agent decreased from just over $190 million in May 2016 to approximately $2 million in January 2019.

Exhibit 7.    *Fiscal Agent Account Asset Values for 2016-2019*



**Notes and Sources:**
- Data are from all available monthly debt service, general reserve, and debt service reserve account statements by BNY Mellon received from counsel.

---

[85] I was asked by counsel to analyze the available fiscal agent reports. I also understand that as of March 2019, there is $371 million in restricted ERS-related accounts subject to Title III proceedings; and the use of those funds "may be subject to court determination." *See*, AAFAF, Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities, April 30, 2019.

25

## IV.   COMPARISON OF BENEFIT FUNDING SOURCES BEFORE AND AFTER 2017 RETIREMENT SYSTEM CHANGES

45.     I examined the sources of pension system funding under ERS as compared to the PayGo fee that was enacted following Joint Resolution 188 and Act 106.[86] More specifically, I compared the sources of funding for the PayGo system during fiscal year 2018 to the sources of funding for the retirement system from fiscal years 2013 through 2016 using the financial statements of the ERS for the 2013 to 2016 period and the June 30, 2018 PayGo report.[87]

46.     As discussed in more detail in Section I.C above, in 2017, the retirement system in Puerto Rico was modified by Joint Resolution 188 and Act 106.[88] Act 106 nominally ended employer contributions and replaced them with a "PayGo" fee. Act 106 provided that the amount of PayGo fee "shall be equal to the amount actually paid to Pensioners and Beneficiaries from each covered entity."[89]

47.     Exhibit 8, below, presents the additions and deductions for the ERS from fiscal year 2013 through 2016 and the allocation of PayGo funding and benefits for fiscal year 2018.[90] This exhibit demonstrates the sources available to ERS to pay the ERS bond interest, pension benefits, and other expenses. For example, during fiscal year 2013, $213 million of ERS additions were from employer contributions from public corporations and municipalities, $416 million were from employer contributions from the Commonwealth, $323 million were from

---

[86]  Joint Resolution 188, pp. 3-4. *See also*, Act 106, pp. 17-18.

[87]  *See*, Employees' Retirement System of the Government of the Commonwealth of Puerto Rico, Schedules of Employer Allocations, June 30, 2014 and 2013; Employees' Retirement System of the Government of the Commonwealth of Puerto Rico, Schedules of Employer Allocations, June 30, 2015 and 2014; Employees' Retirement System of the Government of the Commonwealth of Puerto Rico, Schedules of Employer Allocations, June 30, 2016 and 2015; and Puerto Rico Fiscal Agency and Financial Advisory Authority, PayGo and Individual Contribution Debt by Entity, June 30, 2018.

[88]  Joint Resolution 188, pp. 3-4. *See also*, Act 106, pp. 17-18.

[89]  Act 106, pp. 17-18.

[90]  2013 through 2016 are the years for which I have the Schedules of Employer Allocations that allow me to determine the contributions of the Commonwealth of Puerto Rico. The ERS financial statement including the Schedule of Employer Allocations that provide employer contributions by entity was not available for fiscal year 2017.

26

CONFIDENTIAL

employee contributions, and $267 million were from investment and other income. Meanwhile in fiscal year 2013, $1,431 million were deducted to pay benefits to ERS participants and beneficiaries and $294 million were deducted to pay interest on the ERS Bonds, refunds of contributions, and other expenses. In fiscal year 2013 the total additions of $1,218 million were $506 million less than the total deductions of $1,724 million.[91] As of June 30, 2018, a total of $553 million in PayGo fees were invoiced by AAFAF to municipalities and public corporations, of which $304 million were collected and $248 million remained as debt; and $1,070 million in fees were invoiced by AAFAF to the Commonwealth.[92]

---

[91]  I relied on the Schedules of Employer Allocations for fiscal years 2013 through 2016 for the employer contributions amount by employer each year. Employers are classified as Commonwealth, public corporations, or municipalities based on the classification in the June 30, 2018 PayGo report and in ERS_LS0009366 spreadsheet. The results remain qualitatively the same if I only include the entity named "Central Government" in the Commonwealth category.

[92]  According to the June 30, 2018 PayGo report, there are 53 public corporations and 78 municipalities for which PayGo invoices were reported. *See*, "PayGo and Individual Contribution Debt by Entity," Puerto Rico Fiscal Agency and Financial Advisory Authority, June 30, 2018.

27

CONFIDENTIAL

Exhibit 8.    *ERS Additions and Deductions for Fiscal Years 2009-2016 and 2018*



**Notes and Sources:**
- Data are from the Employees' Retirement System of the Government of the Commonwealth of Puerto Rico's Basic Financial Statements and Required Supplementary Information and the Schedules of Employer Allocations for FY 2013 to 2016, the PayGo and Individual Contribution Debt by Entity Report for FY 2018, and ERS_LS0009366. The Schedule of Employer Allocations for FY 2017 is not available.

48.    I then examined the percentage of funding from the three employer types: Commonwealth, municipalities, and public corporations. Exhibit 9, below, calculates the percentage of funding from these three sources. For the fiscal years from 2013 through 2016, the percentages reflect the percentage of employer contributions from each of the three employer types.[93] For fiscal year 2018, the percentages represent the portion of the AAFAF's allocation of

---

[93]  I relied on the Schedules of Employer Allocations for fiscal years 2013 through 2016 for the employer contributions amount by employer each year. 2013 through 2016 are the years for which I have the Schedules of Employer Allocations that allow me to determine the contributions of the Commonwealth of Puerto Rico. The ERS financial statement including the Schedule of Employer Allocations that provide employer contributions by entity was not available for fiscal year 2017. Employers are classified as Commonwealth, public corporations, or municipalities based on the June 30, 2018 PayGo report and the file ERS_LS0009366 spreadsheet. The results remain qualitatively the same if I only include the entity named "Central Government" in the Commonwealth category.

28

CONFIDENTIAL

PayGo fees to the entities in each category. The switch to the PayGo system did not notably change the relative shares of the Commonwealth, municipalities and public corporations in terms of PayGo invoices as compared to their actual employer contributions under the ERS system, as reported in the audited financial statements during the fiscal years 2013 to 2016. For example, in fiscal year 2016, 62.1 percent of the Employer Contributions were from the Commonwealth, 15.8 percent of contributions were from the municipalities, and 22.1 percent of employer contributions came from public corporations.[94] In fiscal year 2018, 65.9 percent of PayGo fees were invoiced to the Commonwealth, 9.9 percent of PayGo fees were invoiced to municipalities, and 24.2 percent of PayGo fees were invoiced to public corporations. The exhibit demonstrates that the percentage of funding from each of the three sources was relatively consistent between fiscal years 2013 through 2018.[95]

---

[94]  *See* also, Commonwealth of Puerto Rico, Financial Information and Operating Data Report, December 18, 2016, p. 228.

[95]  I relied on the Schedules of Employer Allocations for fiscal years 2013 through 2016 for the employer contributions amount by employer each year. 2013 through 2016 are the years for which I have the Schedules of Employer Allocations that allow me to determine the contributions of the Commonwealth of Puerto Rico. The ERS financial statement including the Schedule of Employer Allocations that provide employer contributions by entity was not available for fiscal year 2017.

29

CONFIDENTIAL

Exhibit 9.    *Percentage of Employer Contribution or PayGo Fees by Employer Type for Fiscal Years 2009-2016 and 2018*



**Notes and Sources:**
- Data for 2013 - 2016 are from the Schedules of Employer Allocations for the Employees' Retirement System of the Government of the Commonwealth of Puerto Rico, the June 30, 2018 PayGo and Individual Contribution Debt by Entity report, and ERS_LS0009366.

49.    In summary, the ERS was chronically underfunded, and over time this resulted in a reduction in the ERS system assets, and a reduction in the ERS funding ratio. In 2008, the ERS issued almost $3 billion in ERS Bonds using the employer contributions among other things as collateral. The employer contributions were historically used to service debt. In 2017, legislation changed the pension system to PayGo. However, the sources of the funding by employer types remain consistent between the ERS during fiscal years 2013 to 2016 and the PayGo system in fiscal year 2018.

30

CONFIDENTIAL

## V.   PayGo Fees Are A Time-Limited Source Of Funds

50.     According to the official statements of the ERS Bonds, the principal and interest payments on the ERS Bonds are scheduled to continue until 2058.[96] However, starting on July 1, 2017, new employees will not be ERS members and no future benefits will be accrued to existing ERS members.[97] Even if employers pay their PayGo fees, the projected ERS Benefit Payments are expected to decline over the remaining life of the bonds by about 72 percent between 2020 and 2058.[98] The PayGo fees are therefore a time-limited source of funds.

### A. PayGo Fees Are Not Paid into A Fund That Grows Over Time

51.     I understand that under the PayGo system, "[a]ll government agencies (including the central government), participating public corporations, and municipalities, will pay into the government Treasury Single Account (TSA) the amounts necessary for the monthly pension payments for each of their retirees and beneficiaries" and PayGo fees "shall be equal to the amount actually paid to Pensioners and Beneficiaries from each covered entity."[99]

52.     The Memorandum of Understanding ("MOU") between the Government of Puerto Rico, AAFAF, and ERS generally describes how payments for Puerto Rico's retirement

---

[96]   Official Statements of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Senior Funding Bonds, Series A, Series B, and Series C.

[97]   Milliman, "Puerto Rico Government Employees Retirement System, June 30, 2017 Actuarial Valuation Report," March 2019, pp. 6, 7. "New employees hired July 1, 2017 or later will be participants in a separate defined contribution plan and will not be PRGERS members." "Because of Act 106-2017, no future benefits (except for the additional benefits due to death or disability for reasons specified in Act 127-1958) will be earned by PRGERS members."

[98]   Milliman's report dated December 21, 2017 estimated ERS Benefit Payments under the PayGo system for Commonwealth agencies and all but six public corporations. According to Milliman's projections, projected ERS benefits related to these agencies will decline by about 72 percent between 2020 and 2058. I divided Milliman's projected benefits by 89.2 percent (a ratio based on 2018 PayGo invoices for Milliman's selected agencies, as discussed below) to estimate total ERS Benefit Payments for all Commonwealth agencies, public corporations and municipalities and hence documented the same 72 percent decline between 2020 and 2058.

[99]   *See*, Financial Oversight and Management Board for Puerto Rico, Explanatory Memorandum on Pension Reform, August 4, 2017, p. 5; and Act 106-2017, p. 17.

CONFIDENTIAL

systems would operate after the ERS assets were depleted.[100] According to the MOU as of June 2017:[101]

a.    Every month, ERS would provide AAFAF with a statement setting forth the amount of benefits due to beneficiaries;

b.    From this, AAFAF would calculate the PayGo fee for each employer in order for the Government to pay all retirement benefits corresponding to beneficiaries of each employer;

c.    ERS would then provide each employer a monthly invoice for its PayGo fees;

d.    ERS would instruct each employer to remit payments to a designated bank account;

e.    ERS would also transfer to the treasury of the Commonwealth of Puerto Rico (the "Treasury") all funds available to the ERS, after making a reasonable reserve for operating expenses;

f.    The Treasury would make the monthly payment of retirement benefits to beneficiaries using PayGo fees received, appropriations in the expense budget of the Government of Puerto Rico to fund any deficiencies in the payment of pension benefits and funds available to the ERS.

---

[100] ERS-CW_LS0000388.

[101] ERS-CW_LS0000388, p. 3.

CONFIDENTIAL

53.     In other words, PayGo fees are not paid into, nor accumulated in, a fund that grows over time. Instead, they are used to pay benefits for current beneficiaries after they are received.[102]

## B. PayGo Fees Are Projected to Decline Over the Remaining Life of the Bonds Based on My Analysis of Milliman's Projections of the Fees

54.     PayGo fees are expected to decline over the remaining life of the ERS Bonds based on my analysis of Milliman's projections for the Commonwealth and most public corporations in their December 2017 report that includes annual projections of ERS Benefit Payments under the PayGo system according to Act 106-2017.[103] I have requested several documents in the possession or control of the Respondents including the models, spreadsheets, and calculations supporting Milliman's projections for ERS benefits but have not yet received the backup documentation for the projections. I reserve the right to conduct further work upon receiving such documents.

55.     My analysis based on the Milliman projections demonstrates that ERS Benefit Payments are projected to decline by about 72 percent, from $1,697 million during fiscal year 2020 to $476 million during fiscal year 2058. These PayGo projections include my extrapolation of future ERS Benefit Payments for municipalities and the remaining public corporations.

56.     I was asked to assess the risks of servicing the ERS debt assuming that PayGo fees would be used as a source of re-payment to the bondholders. To address this question, I

---

[102] The "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities" reports show the balances for pension accounts for PayGo fees. For example, the report for the month ended June 30, 2018 states that for that month, the balance was increased by "payments made by municipalities and public corporations in connection with benefits paid to retirees" and decreased because of, "transfers to the TSA for reimbursement of pension payments in the amount of $37M." After the receipt of the PayGo fees and the transfer of funds to the TSA, the remaining balance for the PayGo account was $5.2 million. *See*, for example, Government of Puerto Rico, Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities: Information as of June 30, 2018," July 24, 2018, p. 9.

[103] Milliman, "PRGERS Estimated Projected Benefit Payments reflecting Act 106-2017 – Agencies Covered by Fiscal Plan Only – revised – CONFIDENTIAL," December 21, 2017.

33

CONFIDENTIAL

estimated total legacy ERS Benefit Payments for all Commonwealth agencies, public corporations and municipalities under the PayGo system from 2018 to 2058 based on my analysis of Milliman's projections of ERS benefits. Milliman projected benefit payments for all agencies covered by the fiscal plan as well as select public corporations, but excluded six public corporations and all municipalities.[104] The Milliman projections do not reflect the potential 10 percent reduction in aggregate benefit payments anticipated by the May 2019 certified fiscal plan.[105]

57.    Exhibit 10 presents the projected ERS benefits under the PayGo system from 2018 to 2058, by the Commonwealth, public corporations and municipalities. The projected ERS Benefit Payments are estimated to be $1,697 million during fiscal year 2020, but are expected to decline by 6 percent to $1,597 million by fiscal year 2035, decline further to $1,145 million by fiscal year 2045 and yet further to $476 million by fiscal year 2058. This is a 72 percent decline between fiscal years 2020 and 2058. Exhibit 10 does not reflect the potential 10 percent reduction in benefit payments.

---

[104] CW_RJM2004_0018471.

[105] Milliman, "PRGERS Estimated Projected Benefit Payments reflecting Act 106-2017 – Agencies Covered by Fiscal Plan Only – revised – CONFIDENTIAL," December 21, 2017, p. 3. "As a result, the estimated projected benefit payments for PRGERS reflecting Act 106-2017 are the same as used for the June 30, 2016 valuation expect that the estimated Defined Contribution Hybrid Contribution Accounts have been frozen as of July 1, 2017." See, also, Milliman, "Puerto Rico Government Employees Retirement System, June 30, 2016 Actuarial Valuation Report," October 23, 2018, p. 11. "The Fiscal Plan for Puerto Rico (dated March 13, 2017) was approved by the Puerto Rico Fiscal Board (a body created by the enactment of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA")). The approval was conditioned on the Puerto Rico government and the Board reaching an agreement to reduce benefit payments of the following systems by 10 percent in the aggregate:

• Puerto Rico Government Employees Retirement System

• Puerto Rico Judiciary Retirement System

• Puerto Rico Teachers Retirement System

The details of the reduction methodology, which will determine how the reductions impact each system, are not final at this time. A multi-year delay in implementation is also anticipated. These potential reductions are not reflected in this June 30, 2016 valuation."

CONFIDENTIAL

Exhibit 10.    *Projected ERS Benefit Payments Adjusted to Reflect Act 106-2017 for Fiscal Years 2018 - 2058*



Notes and Sources:
-Data are from a Milliman report, "PRGERS Estimated Projected Benefit Payments reflecting Act 1062017," dated December 21, 2017 and PayGo and Individual Contribution Debt by Entity, dated June 30, 2018.
-Projections from Milliman are available for all commonwealth agencies and all but six public corporations. Projections for the six public corporations and municipalities were estimated based on actual PayGo invoices for fiscal year 2018.

58.    Milliman's report dated December 21, 2017 projected benefits under the PayGo system (instituted by Act 106-2017) for Commonwealth agencies and all but six public corporations.[106] In fiscal year 2018, these Commonwealth agencies and public corporations, excluding the six, accounted for 89.2 percent of PayGo invoices of $1.62 billion (based on data from the June 30, 2018 PayGo report).[107] I estimated total benefits for all Commonwealth

---

[106] The six excluded public corporations are Agency 218: Asociacion de Empleados del ELA, Agency 228: Crop. Sup. Y Seq. Coop. (COSSEC), Agency 245: Banco de Desarrollo Economico (EDB), Agency 279: Centro de Recaudacion de Ingresos Municipales (CRIM), Agency 281: UPR Sistema de Retiro, and Agency 506: Metropistas. *See*, Milliman, "PRGERS Estimated Projected Benefit Payments reflecting Act 106-2017 – Agencies Covered by Fiscal Plan Only – revised – CONFIDENTIAL," December 21, 2017.

[107] "PayGo and Individual Contribution Debt by Entity," Puerto Rico Fiscal Agency and Financial Advisory Authority, June 30, 2018. The June 2018 PayGo report includes invoices from July 2017 - June 2018, the last full fiscal year.

35

CONFIDENTIAL

agencies, public corporations and municipalities by assuming that each year, Milliman's projected benefits would equal 89.2 percent of total ERS Benefit Payments. For example, I estimated the total benefits for all Commonwealth agencies, public corporations, and municipalities to be $1,697 million during fiscal year 2020 by scaling up Milliman's projections for this year ($1,514 million) by a factor of 1.12 (100 percent / 89.2 percent).

59.     In order to estimate the ERS Benefit Payments for Commonwealth agencies, public corporations, and municipalities, I multiplied the estimated total ERS Benefit Payments each year by the fraction of PayGo fees that each employer type was invoiced for fiscal year 2018. In fiscal year 2018, Commonwealth agencies, public corporations, and municipalities accounted for 65.9 percent, 24.2 percent, and 9.9 percent of total PayGo invoices, respectively.[108] I used these percentages to divide the estimated total PayGo projections each year across the three types of entities. For example, I estimated the projected ERS Benefit Payments for Commonwealth agencies, public corporations, and municipalities during fiscal year 2020 to be $1,119 million, $410 million, and $168 million by multiplying the estimated total ERS Benefit Payments in 2020 ($1,697 million) by 65.9 percent, 24.2 percent, and 9.9 percent, respectively.

60.     Even if all employers were to pay their PayGo fees in full, the relevant population for PayGo is expected to decline over the remaining life of the bonds for several reasons. First, I understand that after July 1, 2017 no new members will join ERS.[109] Second, given the average ages for ERS participants and the mortality rates as applied by Milliman, the population of ERS members that are currently receiving benefits is expected to decline over the relevant period.[110]

---

[108] "PayGo and Individual Contribution Debt by Entity," Puerto Rico Fiscal Agency and Financial Advisory Authority, June 30, 2018.

[109] Milliman, "Puerto Rico Government Employees Retirement System, June 30, 2017 Actuarial Valuation Report," March 2019, p. 6. "New employees hired July 1, 2017 or later will be participants in a separate defined contribution plan and will not be PRGERS members."

[110] Milliman, "Puerto Rico Government Employees Retirement System, June 30, 2016 Actuarial Valuation Report," October 23, 2018, p. 32.

36

CONFIDENTIAL

Third, existing ERS members that may join the ERS retiree population in the future do not accrue additional benefits under the legacy retirement systems that will be funded by PayGo.[111]

61.     In order to assess the projected PayGo population, I examined ERS members' age and creditable years of service based on the summary statistics of the census data used by Milliman.[112] Exhibit 11 below shows summary statistics on age and tenure for ERS members based on ERS census data as of July 1, 2015. As of mid-2015, the average age for retired members is 69.3 years, and 69.9 years and 74.4 years for disabled members and beneficiaries in payment, respectively.[113] Given the average ages and the mortality rates as applied by Milliman, this population of ERS members will decline over the relevant period.[114]

---

[111] Milliman, "Puerto Rico Government Employees Retirement System, June 30, 2017 Actuarial Valuation Report," March 2019, p. 7. "Because of Act 106-2017, no future benefits (except for the additional benefits due to death or disability for reasons specified in Act 127-1958) will be earned by PRGERS members."

[112] Milliman, "PRGERS Estimated Projected Benefit Payments reflecting Act 106-2017 – Agencies Covered by Fiscal Plan Only – revised – CONFIDENTIAL," December 21, 2017, p. 5. Milliman, "The most recent valuation performed for PRGERS was based on census data as of July 1, 2015 for use in the development of the June 30, 2016 Total Pension Liability for GASB 67 reporting purposes and the Actuarial Accrued Liability under GASB 45. This census data (as adjusted to remove members from agencies not covered by the fiscal plan) and valuation serves as the baseline for this analysis."

Summary statistics for ERS census data as of July 1, 2015 are reported in Milliman, "Puerto Rico Government Employees Retirement System, June 30, 2016 Actuarial Valuation Report," October 23, 2018, p. 32.

[113] Puerto Rico Government Employees Retirement System, June 30, 2016 Actuarial Valuation Report, pp. 32, 47. Beneficiaries in payment include, for example, the surviving spouses, and/or children, and in some cases parents of deceased ERS members.

[114] The ERS system also provides for post-retirement death benefit for members. *See*, Milliman, "Puerto Rico Government Employees Retirement System, June 30, 2017 Actuarial Valuation Report," March 2019, pp. 41-42.

37

CONFIDENTIAL

Exhibit 11.   *Summary Statistics of ERS Active Members and Beneficiaries as of July 1, 2015*

| | Act 447<br>(1) | Act 1<br>(2) | System 2000<br>/ Act 3<br>(3) | Total<br>(4) |
|---|---|---|---|---|
| **Active Members** | | | | |
| Count | 15,811 | 38,263 | 65,605 | 119,679 |
| Average Age | 54.6 | 50 | 42.7 | 46.6 |
| Average Creditable Service | 28.0 | 20.3 | 9.5 | 15.4 |
| **Retired Members** | | | | |
| Count | 84,658 | 10,048 | 273 | 94,979 |
| Average Age | 69.7 | 66.2 | 67.8 | 69.3 |
| **Disabled Members** | | | | |
| Count | 13,021 | 2,351 | 72 | 15,444 |
| Average Age | 71.0 | 64.5 | 54.2 | 69.9 |
| **Beneficiaries in Payment** | | | | |
| Count | 14,261 | 328 | 81 | 14,670 |
| Average Age | 74.5 | 71.2 | 62.5 | 74.4 |

**Notes and Sources:**
- Data are from "Puerto Rico Government Employees Retirement System: June 30, 2016 Actuarial Valuation Report."

62.     In addition, under Act 106-2017 as of July 1, 2017, the prospective accruals for all active members were changed to a New Defined Contribution Plan, which is outside of ERS.[115] I understand that as a result, PayGo fees will not fund retirement benefits accrued by active members of the Act 447, Act 1 and System 2000 plans after July 1, 2017. The Milliman Actuarial Valuation Report as of June 30, 2016 shows that, as of mid-2015, the average creditable service for active members is 15.4 years.[116] According the Milliman's 2016 actuarial report, as of July 1, 2017, ERS retirees – whether under Act 447, Act 1 or System 2000 – had worked all of their public service years under pension plans that are now funded by PayGo.

---

[115] Milliman, "Puerto Rico Government Employees Retirement System, June 30, 2017 Actuarial Valuation Report," March 2019, p. 6. "New employees hired July 1, 2017 or later will be participants in a separate defined contribution plan and will not be PRGERS members."

[116] Milliman, "Puerto Rico Government Employees Retirement System, June 30, 2016 Actuarial Valuation Report," October 23, 2018, p. 32.

38

CONFIDENTIAL

However, members that were active as of July 1, 2017 will retire after working for some time under Act 106's New Defined Contribution Plan. PayGo fees will not fund benefits accrued after July 1, 2017. As a result, older active employees whose service years will mostly be funded by PayGo will retire first and then exit the beneficiary population over time, while younger active employees with fewer service years covered by PayGo will enter the beneficiary population later. This will result in lower PayGo fees in the future.

### C.  Summary

63.      In summary, I was asked to assess the risks of repayment assuming that PayGo fees would be a source of servicing the debt obligations of the ERS Bonds. I understand that PayGo fees are not paid into, nor accumulated in, a fund that grows over time. Instead, they are spent to pay benefits for current beneficiaries after they are received. Meanwhile, starting on July 1, 2017, new employees will not be ERS members and no future benefits will be earned by ERS members.[117] According to my analysis of Milliman's projections, even if employers pay their PayGo invoices, the projected ERS Benefit Payments are expected to decline over the remaining life of the bonds by about 72 percent. The PayGo fees are therefore a time-limited source of funds.

## VI.  THE FINANCIAL CONDITIONS OF THE COMMONWEALTH, MUNICIPALITIES, AND PUBLIC CORPORATIONS

64.      There are indications that the Commonwealth of Puerto Rico, its public corporations, and the municipalities, will continue to face financial difficulties. These difficulties have led to missed payments of PayGo fees, and may risk additional non-payment either now or before the maturity of the bonds in 2058.

---

[117] Milliman, "Puerto Rico Government Employees Retirement System, June 30, 2017 Actuarial Valuation Report," March 2019, pp. 6, 7. "New employees hired July 1, 2017 or later will be participants in a separate defined contribution plan and will not be PRGERS members." "Because of Act 106-2017, no future benefits (except for the additional benefits due to death or disability for reasons specified in Act 127-1958) will be earned by PRGERS members."

CONFIDENTIAL

## A. The May 2019 Certified Fiscal Plan Indicates That PayGo Fees Could Be at Risk

65.      The Central Government of Puerto Rico is the largest government employer responsible for contributions to the pension system of Puerto Rico under both the ERS and the PayGo system.[118] However, as recognized by the current FOMB fiscal plan as of May 9, 2019, the government of Puerto Rico is in financial distress and faces structural challenges that could make recovery difficult. As a result, the primary source of the PayGo fees could be at risk. The May 2019 certified fiscal plan describes the ongoing challenges that the Commonwealth of Puerto Rico faces. These challenges include a shrinking economy, high poverty rates, out migration, declining birth rates, and an aging workforce.[119] Similarly, in its April 2019 "Announcement of Periodic Review," Moody's stated that "Puerto Rico's Ca rating is aligned with our estimates of the Commonwealth's reduced debt servicing capacity given years of structural imbalance, extensive damage from Hurricane Maria and ongoing restructuring efforts."[120] These challenges will likely persist after Puerto Rico's current financial crisis is resolved.

66.      The May 2019 certified fiscal plan also calls for reducing pension payments and thus PayGo fees. The fiscal plan states that "Action must be taken to identify a level of benefits that Puerto Rico can afford and devise a plan for the Government to fund these revised benefits."[121] The fiscal plan proposes a "10% pensions benefit reduction" as one of the planned

---

[118] *See*, Employees' Retirement System of the Government of the Commonwealth of Puerto Rico, Schedules of Employer Allocations, June 30, 2014 and 2013; Employees' Retirement System of the Government of the Commonwealth of Puerto Rico, Schedules of Employer Allocations, June 30, 2015 and 2014; Employees' Retirement System of the Government of the Commonwealth of Puerto Rico, Schedules of Employer Allocations, June 30, 2016 and 2015; and Puerto Rico Fiscal Agency and Financial Advisory Authority, PayGo and Individual Contribution Debt by Entity, June 30, 2018. *See* also, Commonwealth of Puerto Rico, Financial Information and Operating Data Report, December 18, 2016, p. 228.

[119] Certified Fiscal Plan, May 9, 2019, pp. 8-9, 24-25.

[120] Genevieve Nolan and Timothy Blake, "Moody's announces completion of a periodic review of ratings of Puerto Rico (Commonwealth of)," *Moody's Investor Service*, April 19, 2019, available at: https://www.moodys.com/research/Moodys-announces-completion-of-a-periodic-review-of-ratings-of--PR_905793280

[121] Certified Fiscal Plan, May 9, 2019, p. 129.

CONFIDENTIAL

steps to alleviate this problem.[122] The deadline for implementing the 10 percent benefit reduction is July 1, 2020.[123] It is estimated that this benefit reduction will yield between $231 and $245 million dollars of annual savings between fiscal years 2021 and 2024. Total savings over this four-year period are estimated to be approximately $953 million.[124]

67.     In addition, the 2019 certified fiscal plan discusses a plan to reduce Commonwealth aid to municipalities. These reductions could negatively affect the fiscal situation of the municipalities and place additional risk on the municipalities' ability to remit PayGo fees in the future. According to the May 2019 certified fiscal plan, the Commonwealth of Puerto Rico provided $220 million in subsidies to Puerto Rico's 78 municipalities in fiscal year 2018.[125] The fiscal plan seeks to reduce those subsidies over the next several fiscal years, ultimately eliminating municipal subsidies in fiscal year 2024.[126]

68.     Exhibit 12, below, shows the projected subsidies to municipalities in the May 2019 certified fiscal plan should the proposed reduction of municipal appropriations be adopted. It demonstrates that the May 2019 certified fiscal plan seeks to reduce municipal subsidies from $220 million in fiscal year 2018 to $132 million in fiscal year 2020, to $44 million in fiscal years 2022 and 2023, and eliminating subsidies in fiscal year 2024.

---

[122] Certified Fiscal Plan, May 9, 2019, p. 131.

[123] Certified Fiscal Plan, May 9, 2019, p. 133.

[124] These savings estimates represent total savings for the legacy ERS system, the Teachers' Retirement System, and the Judicial Retirement system. Certified Fiscal Plan, May 9, 2019, pp. 129-130.

[125] Certified Fiscal Plan May 9, 2019, p. 124.

[126] Certified Fiscal Plan, May 9, 2019, pp. 125-126.

CONFIDENTIAL

Exhibit 12. *Projected Annual Subsidies to Municipalities According to the May 2019 Certified Fiscal Plan for Fiscal Years 2018-2024*



**Notes and Sources:**
- Data are from the Fiscal Plan for Puerto Rico, "Restoring Growth and Prosperity," As certified by the Financial Oversight and Management Board for Puerto Rico, May 9, 2019.

## B. Failure of Municipalities and Public Corporations to Pay PayGo Invoices in Full

69.     For PayGo fees invoiced in fiscal year 2018, the municipalities and public corporations failed to pay 38.2 percent and 19.3 percent of the invoiced PayGo, respectively as of April 19, 2019.[127] On April 30, 2019, an FOMB letter reported, based on the latest "PayGo and Individual Contribution Debt by Entity" report by the AAFAF, that it was "very concerned with the repeated practice of non-transfer of employee contributions that are required to be set

---

[127] *See*, Letter to The Honorable Raúl Maldonado Gautier, Esq., CPA and Mr. Luis Collazo Rodríguez, from the Financial Oversight and Management Board of Puerto Rico, April 30, 2019. *See* also, Puerto Rico Fiscal Agency and Financial Advisory Authority, PayGo and Individual Contribution Debt by Entity, June 30, 2018.

42

CONFIDENTIAL

aside, as well as the failure of many municipalities and public corporations to remit their required monthly PayGo fees."[128] According to the letter, there were "approximately $340 million in accrued debt from 28 public corporations and 66 municipalities since implementation of the PayGo system in 2017."[129]

70.     Exhibit 13, below, summarizes the largest non-payments as of April 2019 by municipalities in for PayGo fees invoiced in fiscal year 2018. The three municipalities with the largest non-payment totals were San Juan at $34.9 million, Ponce at $4.7 million, and Toa Baja at $3.4 million.

Exhibit 13.     *Unpaid Fiscal Year 2018 PayGo Fees by Municipalities as of April 2019*

| Municipality<br>(1) | PayGo<br>Invoices<br>(2) | | PayGo<br>Debt<br>(3) | | PayGo Debt<br>as a %age<br>of PayGo Invoices<br>(4) |
|---|---|---|---|---|---|
| | *--in thousands of US dollars--* | | | | |
| San Juan | $ | 54,730 | $ | 34,902 | 63.8% |
| Ponce | | 7,548 | | 4,652 | 61.6 |
| Toa Baja | | 3,825 | | 3,388 | 88.6 |
| Caguas | | 6,910 | | 3,335 | 48.3 |
| Arecibo | | 3,573 | | 2,947 | 82.5 |
| Other Municipalities | | 83,919 | | 12,105 | 14.4 |
| **All Municipalities** | **$** | **160,505** | **$** | **61,329** | **38.2%** |

Notes and Sources:
- Data on invoices are from "PayGo and Individual Contribution Debt by Entity," published on June 30, 2018 by the Puerto Rico Fiscal Agency and Financial Advisory Authority. Data on debt are from a letter regarding PayGo debt sent by the FOMB, dated April 30, 2019.
- Total PayGo Debt may not exactly match FOMB letter due to rounding.

71.     Exhibit 14, below, summarizes the largest non-payments as of April 2019 by public corporations for PayGo fees invoiced in fiscal year 2018. The three public corporations with the largest non-payment totals were the Puerto Rico Ports Authority at $22.7 million, the

---

[128] Letter to The Honorable Raúl Maldonado Gautier, Esq., CPA and Mr. Luis Collazo Rodríguez, from the Financial Oversight and Management Board of Puerto Rico, April 30, 2019, p. 1.

[129] Letter to The Honorable Raúl Maldonado Gautier, Esq., CPA and Mr. Luis Collazo Rodríguez, from the Financial Oversight and Management Board of Puerto Rico, April 30, 2019, p. 2.

CONFIDENTIAL

Metropolitan Bus Authority at $13.6 million, and the Puerto Rico Industrial Development Company, at $9.0 million.

Exhibit 14.    *Unpaid Fiscal Year 2018 PayGo Fees by Public Corporations as of April 2019*

| Public Corporation | PayGo Invoices | PayGo Debt | PayGo Debt as a %age of PayGo Invoices |
|---|---|---|---|
| (1) | (2) | (3) | (4) |
| | *--in thousands of US dollars--* | | |
| Puerto Rico Ports Authority | $        25,186 | $        22,686 | 90.1% |
| Metropolitan Bus Authority | 13,588 | 13,588 | 100.0 |
| PR Industrial Development Co. | 15,385 | 9,025 | 58.7 |
| State Insurance Fund | 94,443 | 6,649 | 7.0 |
| PRASA | 93,639 | 4,645 | 5.0 |
| Other Public Corporations | 149,902 | 19,213 | 12.8 |
| **All Public Corporations** | **$        392,143** | **$        75,806** | **19.3%** |

**Notes and Sources:**
- Data on invoices are from "PayGo and Individual Contribution Debt by Entity," published on June 30, 2018 by the Puerto Rico Fiscal Agency and Financial Advisory Authority. Data on debt are from a letter regarding PayGo debt sent by the FOMB, dated April 30, 2019.
- Total PayGo Debt may not exactly match FOMB letter due to rounding.

## C.  Decisions by the Puerto Rico Legislature that May Affect the Municipalities and Public Corporations

72.    An additional source of risk to the PayGo fees from the municipalities is recent legislation that excuses municipalities from having to remit PayGo fees. In May 2019, the House and Senate of Puerto Rico passed, and Governor Rossello signed, Senate Bill 1258.[130] The bill shields municipalities from the responsibility of making PayGo payments. Specifically, the bill states, "that, as of fiscal year 2019-2020, the Municipalities shall not have any obligation to pay the "Pay as you Go," either at the Collection Center for Municipal Revenues (CRIM), the obligation to remit payments for those fines."[131]

---

[130] "Legislature Passes Bill to Free Municipal Governments from Pension, Health Plan Contributions," *Reorg*, May 8, 2019, p. 1. *See* also, "Rossello Enacts Senate Bill 1258 Despite PROMESA Board Warning," *Reorg*, May 17, 2019, p. 1.

[131] Senate of Puerto Rico, P. of the S. 1258, April 30, 2019.

CONFIDENTIAL

## D. Summary

73.      In addition to the risks associated with demographic changes that will reduce the projected benefits under PayGo over the remaining life of the ERS Bonds, there are risks associated with the entities that will be required to pay the PayGo fees. The Commonwealth of Puerto Rico remains financially challenged, not only from the debt and liabilities associated with its current financial crisis, but also from long term challenges associated with poverty, low growth, and an expected declining population. The certified fiscal plan of May 2019 seeks to reduce pension benefits accrued under ERS. Also, the financial condition of public corporations and municipalities pose additional risks, as evidenced by the failure of some to pay their PayGo invoices in full and the proposed reduction in the Commonwealth subsidies to the municipalities.

45

CONFIDENTIAL

## VII.    MISCELLANEOUS

74.    My work is ongoing and my opinions are subject to revision based on new information (including documentation, reports or testimony by other experts), which subsequently may be provided to, or obtained by, me.


By: _____
         Faten Sabry

46

CONFIDENTIAL

# NERA
## ECONOMIC CONSULTING

**Faten Sabry, PhD**
Managing Director

NERA Economic Consulting
1166 Avenue of the Americas
24th Floor
New York, NY 10036
+1 212 345 3285
faten.sabry@nera.com

**Exhibit 1**

# FATEN SABRY, PHD
## Managing Director
## Securities and Finance Practice Chair
## Bankruptcy Practice Chair

I am a Managing Director and Chair of NERA's Securities and Finance practice, as well as Chair of the Bankruptcy Practice. I have over twenty years of experience in economic and financial consulting in the valuation of fixed income securities, derivatives, illiquid assets, businesses and litigation settlements. I have consulted in disputes involving fraudulent conveyance, leveraged buyouts, distressed debt exchanges, solvency, and hedging strategies, among other issues. I have testified as an expert in State and Federal Courts.

Examples of my securities and bankruptcy work include: the valuation of illiquid securities in the bankruptcy proceedings of Novation Companies, Inc., the analysis of causation and damages related to structured notes, the valuation and damages analysis involving structured finance securities, including mortgage-backed securities ("MBS") and collateralized debt obligations ("CDOs"), the analysis of the capital market reactions using credit default swaps to leveraged buyout transactions and the foreseeability of bankruptcy during the credit crisis. I also authored a study on the impact of a regulation change on the municipal securities market and have extensive experience in estimating contingent liabilities for reserves purposes.

I received my Ph.D. in Business from Stanford Business School and was awarded the J.M. Olin Graduate Fellowship, the Graduate School of Business Fellowship, and a Ford Foundation Fellowship. I received my BA, magna cum laude, and MA in economics from the American University in Cairo. My research has been published in the Journal of Structured Finance, Journal of Investment Compliance, Journal of Alternative Investments, Business Economics, International Trade Journal, and others. I have been accredited as a professional statistician by the American Statistics Association and am a member of the advisory board of VALCON. I am also a member of the American Bankruptcy Institute and the American Finance Association.

**Faten Sabry, PhD**

## Education

| | |
|---|---|
| **1996** | **Stanford University, Graduate School of Business**<br>Ph.D., Business |
| **1991** | **American University in Cairo, Egypt**<br>M.A., *magna cum laude*, Economics |
| **1988** | **American University in Cairo, Egypt**<br>B.A., *GPA 4.0*, Economics |

## Professional Experience

|  | **NERA Economic Consulting** |
|---|---|
| **2010 -** | *Managing Director* |
| 2002 – 2010 | *Vice President* |
| 2000 – 2002 | *Senior Consultant* |
| 1998 – 2000 | *Consultant* |

| | |
|---|---|
| **1997 - 1998** | **American University in Cairo**<br>*Assistant Professor of Economics*<br>Taught graduate and undergraduate macroeconomics, economic development, and project valuation courses. |
| **1997 - 1998** | **International Food Policy Research Institute**<br>*Post-Doctoral Fellow*<br>Developed and estimated econometric almost ideal demand systems (AIDS) models for the demand for food commodities using a national survey data. Prepared a report on the subsidy system based on the results of the econometric analysis. |
| **1991 - 1996** | **Stanford University, Graduate School of Business**<br>*Research and Teaching Assistant*<br>Conducted statistical analysis for stochastic models of multi-party decision making. Designed a survey assessing moral responsibility of providing public goods in organizations. Developed case studies on the trade dispute between Fuji and Eastman Kodak. Also worked as a teaching assistant for graduate courses on negotiation and conflict resolution. |

## Honors and Professional Activities

Post-Doctoral Fellow, International Food Policy Research, 1997.

J. M. Olin Research Fellowship, Stanford Law School, 1995.

Stanford University Graduate School of Business Fellowship, 1991-1996.

© NERA Economic Consulting

**Faten Sabry, PhD**

Ford Foundation Scholarship, 1990-1991.

## Expert Reports, Deposition and Testimony

Deposition, in the United States District Court for the Southern District of New York, in *Phoenix Light SF Limited, et. al. v. the Bank of New York Mellon*, on alleged damages in a mortgage-backed securities case, 2019.

Expert Rebuttal Report, in the US District Court for the Southern District of New York, in *Phoenix Light SF Limited, et al. v The Bank of New York Mellon*, on causation and damages, 2018.

Trial Testimony, in the U.S. District Court for the Southern District of New York, in *U.S. Bank National Association v. Windstream Services, LLC v. Aurelius Capital Master, Ltd.*, related to the net benefits to bondholders from the debt exchanges and the impact of the exchanges on Windstream's leverage, 2018.

Affidavit, in the US District Court for the Southern District of New York, in *U.S. Bank National Association v. Windstream Services, LLC V. Aurelius Capital Master, Ltd.*, on the estimated net benefits provided to bondholders in a debt exchanged offered by the company, 2018.

Deposition, in the US District Court for the Southern District of New York, in *U.S. Bank National Association v. Windstream Services, LLC v. Aurelius Capital Master, Ltd.*, related to the net benefits to bondholders from the debt exchanges, 2018.

Expert Report and Rebuttal Expert Report, In the United States District Court for the Southern District of New York in *U.S. Bank National Association v. Windstream Services, LLC, v. Aurelius Capital Master, Ltd.* on the economic analysis of the net benefits received by Windstream bondholders in a purported debt exchange offered by the company, 2018.

Expert Report, In the United States District Court for the Southern District of New York, in *Phoenix Light SF Limited, et al. v. The Bank of New York Mellon*, on a statistical analysis of the performance of mortgage-backed securities, 2018.

Report, "Final Expert Calculation of Settlement Payment Pursuant to Settlement Agreement dated November 15, 2013," prepared on behalf of *U.S. Bank National Association, Bank of New York Mellon, Wilmington Trust, Wells Fargo, HSBC and Deutsche Bank as Trustees*, 2017.

Rebuttal Expert Report, Deposition Testimony and Rebuttal Expert Report, In the United States District Court for the Southern District of New York in *Royal Park Investments SA/NV, et al. v. The Bank of New York Mellon, as Trustee* on economic analysis of class certification issues, 2016-2017.

**Faten Sabry, PhD**

Expert Report, In the State of Minnesota District Court for the County of Hennepin, Fourth Judicial District in *Connie L. Gretsch, et al. v. CitiMortgage, Inc.* on the economic analysis of class certification in a consumer finance litigation, 2017.

Testimony and Expert Report, In the United States Bankruptcy Court for the District of Maryland – Baltimore Division, *In re: Novation Companies, Inc., et al. (Debtors)* on the valuation of illiquid fixed income securities and excess interest certificates with and without the exercise of optional termination, 2017.

Affidavit, In the Supreme Court of the State of New York for the County of New York in *Securitized Asset Funding 2011-2, Ltd. v. Canadian Imperial Bank of Commerce / Canadian Imperial Bank of Commerce v. Securitized Asset Funding 2011-2, Ltd. and Securitized Asset Funding 2009-1, Ltd., Promontoria Europe Investments XXIII LDC, and CSMC 2012-8R, Ltd.* on economic analysis of damages involving credit default swaps, 2017.

Expert Reports, In the Superior Court of Justice for the Province of Ontario in *John M. McIntosh v. Takata Corporation, TK Holdings Inc., Toyota Motor Corporation, Toyota Motor Manufacturing Canada Inc. and Toyota Motor Manufacturing, Indiana, Inc. / Rick A. Des-Rosiers and Stephen Kominar v. Takata Corporation, TK Holdings Inc., Honda Motor Co., Ltd., Honda of America Manufacturing, Inc. and Honda Canada* on economic analysis of class certification issues, 2016.

Deposition Testimony and Rebuttal Expert Report, In the United States District Court for the Southern District of New York in *Fixed Income Shares: Series M, et al. v. Citibank N.A.* on estimation of damages in an RMBS matter, 2016.

Declaration, In the United States District Court for the Southern District of New York in *The State of New York and The City of New York v. United Parcel Service, Inc.* on statistical analysis and estimation of damages, 2016.

Expert Report, In the United States District Court for the Southern District of New York in *The State of New York and The City of New York v. United Parcel Service, Inc.*, 2016.

Report regarding the allocable shares of the settlement trusts pursuant to the Settlement Agreement between The Bank of New York as Trustee for 530 Countrywide Mortgage-backed Securities Trusts, on the one hand, and Bank of America Corporation, Countrywide Home Loans and Bank of America on the other, prepared on behalf of The Bank of New York, January 2016.

Deposition Testimony, Rebuttal Report and Expert Report, In the Superior Court of the State of California In and For the City and County of San Francisco in *Federal Home Loan Bank of San Francisco v. Deutsche Bank Securities Inc., et al. / Federal Home Loan Bank of San Francisco v. Credit Suisse Securities (USA) LLC, et al.*, on a statistical analysis of the performance of mortgage backed certificates, July-October-December 2015.

Testimony, Rebuttal Expert Report and Expert Report, In the Matter of the Arbitration Before JAMS in *Sonova Holding AG, et al. v. Alfred E. Mann, individually, on behalf of the Mann Trust,*

**Faten Sabry, PhD**

*and as Seller Representative, et al.*, on estimation of damages in an acquisition dispute, August-September-November 2015.

Affidavit, In the United States Bankruptcy Court for the District of Delaware, *In re: AgFeed USA, LLC, et al. (Debtors)* on the structure of the proposed settlement allocation, October 2014.

Report, "Economic Analysis of the Impact of the Amendments to Rule G-23 on the Municipal Securities Market" on the impact of the amendments to Rule G-23 which prevents financial advisors from switching roles in competitive municipal sales on the cost of borrowing for municipal issues, with special emphasis on small issuers, September 2014.

Expert Report, *In re: Proposed RMBS Settlement Agreement – November 15, 2013* on analysis of reasonableness of the RMBS settlement for Rep and Warranty breaches involving 330 JP Morgan Trusts, July 2014.

Deposition Testimony and Report (with Chudozie Okongwu), In the United States Bankruptcy Court for the Middle District of Florida – Orlando Division, *In re: Sherwood Investments Overseas Limited, Inc. (Debtor) / Sherwood Investments Overseas Limited, Inc. v. The Royal Bank of Scotland N.V., f/k/a ABN AMRO Bank, N.V.* on alleged causation and damages with regard to investments in certain equity derivative products, May-June 2014.

Testimony, Before the U.S. Department of Labor's Hearings for the Proposed Rule on Occupational Exposure to Respirable Crystalline Silica, on an economic analysis of OSHA's methodology to estimate the expected benefits of the proposed rule, *United States Chamber of Commerce Comments on U.S. Department of Labor's Occupational Safety and Health Administration Proposed Rule on Occupational Exposure to Respirable Crystalline Silica*, Docket No. OSHA-2010-0034, Washington, DC, March 2014.

Comment on behalf of the US Chamber of Commerce in its submission to OSHA, *United States Chamber of Commerce Comments on U.S. Department of Labor's Occupational Safety and Health Administration Proposed Rule on Occupational Exposure to Respirable Crystalline Silica*, Docket No. OSHA-2010-0034, Washington, DC, February 2014.

Deposition Testimony and Expert Report, In the United States District Court for the Western District of Wisconsin in *CMFG Life Insurance Company, CUMIS Insurance Society, Inc. and Members Life Insurance Company v. RBS Securities Inc.* on statistical analysis of materiality of alleged breaches in representations and warranties of several trusts, November 2013 & March 2014.

Deposition Testimony and Declaration, In the United States District Court for the Central District of California in *Securities and Exchange Commission v. Aletheia Research and Management, Inc., and Peter J. Eichler, Jr.*, on analysis of options trading, damages and disgorgement, February 2014.

CONFIDENTIAL
© NERA Economic Consulting

**Faten Sabry, PhD**

Testimony, in the Supreme Court of the State of New York, County of New York in *The Bank of New York Mellon, et al. v. Walnut Place LLC, et al.* on a proposed RMBS settlement by Bank of America, September 2013.

Declaration, In the United States District Court for the Central District of California, Western Division, *In Re: CitiMortgage, Inc. Home Affordable Modification Program ("HAMP") Litigation* on economic analysis of class certification in the MDL litigation involving mortgage borrowers who applied for the HAMP modification program, August 2013.

Deposition Testimony, In the United States District Court for the Central District of California, Western Division, *In Re: CitiMortgage, Inc. Home Affordable Modification Program ("HAMP") Litigation* on economic analysis of class certification in the MDL litigation involving mortgage borrowers who applied for the HAMP modification program, June 2013.

Expert Report, In the United States District Court for the Central District of California, Western Division, *In Re: CitiMortgage, Inc. Home Affordable Modification Program ("HAMP") Litigation* on economic analysis of class certification in the MDL litigation involving mortgage borrowers who applied for the HAMP modification program, May 2013.

Expert Report, In the Superior Court of Justice for the Province of Ontario in *Edward Selmani, et al. v. Toyota Canada Inc. and Toyota Motor Corporation, et al.* on economic analysis of class certification and analysis of diminution of value in Toyota's product recall litigation, May 2013.

Affidavit and Declaration, in the matter of *Michael Melley v. Toyota Canada Inc. and Toyota Motor Corporation*, Superior Court of the Province of Québec, District of Montréal, on economic analysis of diminution of value and class certification issues, April 2013.

Testimony, in the Supreme Court of the State of New York, County of New York in *IDX Capital, LLC, et al. v. Phoenix Partners Group LLC, et al.* on the fair market value of a CDS inter-dealer broker firm, December 2012.

Deposition Testimony, in the Supreme Court of the State of New York, County of New York in *The Bank of New York Mellon, et al. v. Walnut Place LLC, et al.* on a proposed RMBS settlement by Bank of America, December 2012.

Testimony in a FINRA Disciplinary Proceeding, *Department of Enforcement v. Brookstone Securities, Inc., et al.*, regarding collateralized mortgage obligations, including inverse floating-rate and interest-only tranches, and the impact of changes in the yield curve during the period 2004 to 2007 on the value of the securities, February 2012.

Expert Report, in the matter of *Ryan Schachter v. Toyota Canada Inc. and Toyota Motor Corporation*, Superior Court of the Province of Québec, District of Montréal, on economic analysis of class certification, October 2011.

Trial Testimony in the Supreme Court of the State of New York, County of New York, in *Jet Acceptance Corporation v. Quest Mexicana, S.A. de C.V. and Lomas Group S.A. de C.V.*, on the estimation of damages and the use of discount rates, September 2011.

Rebuttal Affidavit on behalf of defendants, I*DX Capital LLC, et al. v. Phoenix Partners Group LLC, et al.* Index No. 102806-07 (Supreme Court of the State of New York). The rebuttal affidavit analyzed the revenue projections of a credit default swaps inter-dealer broker (IDB), January 2011.

Expert Report in a FINRA Disciplinary Proceeding, *Department of Enforcement v. Brookstone Securities, Inc., et al.*, on representations made to customers regarding CMOs, inverse floaters and IOs and examined the impact of changes in the interest rates environment and other market factors during the period 2004 to 2007, January 2011.

Affidavit on behalf of defendants, in the Supreme Court of the State of New York, County of New York, in *IDX Capital LLC, et al. v. Phoenix Partners Group LLC, et al.*, on the revenue projections of a credit default swaps inter-dealer broker (IDB), December 2010.

Testimony, in the United States District Court for the Northern District of Illinois Eastern Division, in *Potash Corporation of Saskatchewan Inc. v. BHP Billiton LTD, et al.*, on economic issues related to the materiality of alleged violations of Section 14(e) of the Securities Exchange Act of 1934 in connection with a hostile tender offer, October, 2010. Dr. Sabry testified on the use of econometric and content analyses to assess the impact of alleged misrepresentations in the tender offer on the market value of the target company, November 4, 2010.

Deposition Testimony, in the United States District Court for the Northern District of Illinois Eastern Division, in *Potash Corporation of Saskatchewan Inc. v. BHP Billiton LTD, et al.*, on economic issues related to materiality of alleged violations of Section 14(e) of the Securities Act of 1934 in connection with a hostile tender offer, October 2010.

Rebuttal Report, in the United States District Court for the Northern District of Illinois Eastern Division, in *Potash Corporation of Saskatchewan Inc. v. BHP Billiton LTD, et al.*, on economic issues related to materiality of alleged violations of Section 14 (e) of the Securities Act of 1934 in connection with a hostile tender offer, October 2010.

Expert Report, in the United States District Court for the Northern District of Illinois Eastern Division, in *Potash Corporation of Saskatchewan Inc. v. BHP Billiton LTD, et al.*, on issues related to materiality, regression models, event studies and alleged violations of Section 14(e) in connection with a hostile tender offer, October 2010.

Declaration in the *Official Committee of Unsecured Creditors v. Citibank et al., re Lyondell Chemical Companies et al*, United States Bankruptcy Court, Southern District of New York (Joint Declaration with Ramsey Shehadeh and Jeff Baliban). An analysis of the capital market reactions including credit default swaps to the LBO and the foreseeability of bankruptcy during the credit crisis, December 2009.

**Faten Sabry, PhD**

Econometric Study titled, "The Impact of Securitization on Consumers, Investors, Financial Institutions, and the Capital Markets," (with Chudozie Okongwu), report commissioned by the American Securitization Forum. The study examines the impact of securitization on mortgages, auto loans, credit cards and other loans before and after the credit crisis, June 2009.

Trial Testimony on behalf of the defense in the Supreme Court of New York State, County of Orange, in *Cynthia Hoogland, et al. v. Transport Expressway, Inc. et al.*, regarding the analysis of damages and the projection of economic losses suffered by the plaintiffs' decedent including the valuation of shadow stocks, 401K plan and other assets, August 2008.

Report for the Village of Tinley Park, IL, on econometric analysis of the economic impact of municipal smoking bans on local businesses, March 2007.

Trial Testimony on behalf of plaintiffs in the Supreme Court of New York State, County of New York, in *Barbara Jiggetts, et al. v. Michael Dowling, As Commissioner of New York State Department of Social Services*, on econometric analysis of rents and vacancies in New York City and rebuttal of opposing expert's econometric model of the housing market used to determine housing allowances in New York City, March 2007.

Expert Report on behalf of plaintiffs in *Barbara Jiggetts, et al. v. Michael Dowling, As Commissioner of New York State Department of Social Services*, on statistical analysis of rents and vacancies in New York City and rebuttal of opposing expert's econometric model of the housing market for low income families in New York City, March 2007.

Report on behalf of defendants in the United States District Court for the District of Utah – Central Division in *American Investment Bank, N.A., et al., v. Systems & Service Technologies, Inc. and JP Morgan Chase Bank* on analysis of servicers' loan-level data to assess the allegations related to servicing and performance of loans, May 2006.

Affidavit on behalf of plaintiffs in *Barbara Jiggetts, et al. v. Michael Dowling, As Commissioner of New York State Department of Social Services*, on a statistical analysis of rents and housing subsidies for low income families in New York City, July 2005.

Affidavit on behalf of plaintiffs in *Barbara Jiggetts et al. v. Michael Dowling, As Commissioner of the New York State Department of Social Services*, on rebuttal of econometric analysis of the housing market for low income families in New York City, September 2004.

## Publications

"What Does the CFPB Complaints Database Tell Us About the Quality of Servicing of Student Loans?" (with Ignacio Franceschelli and David Cen), NERA Working Paper, December 2017.

"Not All MBS Settlements Are Equal," (with Sungi Lee and Linh Nguyen), *NERA Insights: Subprime Lending Series, Part XII*, June 2017 (Republished in *Law360* as "Trends In Credit Crisis Settlements," September 18, 2017).

**Faten Sabry, PhD**

"Home Equity, Home Value, and Determinants of Mortgage Defaults During the Credit Crisis,"
(with Drew Claxton and Ignacio Franceschelli), *Journal of Real Estate Practice and Education*,
Vol. 19, No. 2, 2016.

"Mortgage Defaults, Foreclosures and Modifications," (with Drew Claxton and Ignacio
Franceschelli), in the *Handbook of Mortgage-Backed Securities, 7th Edition*, Frank J. Fabozzi
(ed.), Oxford University Press, 2016.

"What do the new risk retention requirements of the Dodd-Frank Act mean for securitisation?,"
*Financial Regulation International*, Issue 18.5, June 2015.

"Credit Crisis Litigation Update: Significant Settlement Activity in 2014 and New Cases against
RMBS Trustees and Mortgage Lenders," (with Sungi Lee, Joseph Mani and Linh Nguyen),
NERA Working Paper, February 2015.

"An Economist's View of Market Evidence in Valuation and Bankruptcy Litigation," (with
William Hrycay), NERA Working Paper, May 2014 (Republished in *Law360* as "Market
Evidence In Solvency Disputes–An Economist's View," July 1, 2014, and republished by
Harvard Law School Forum on Corporate Governance and Financial Regulation; website link
http://blogs.law.harvard.edu/corpgov/).

"The Use of ABX in Credit Crisis Litigation," *Journal of Structured Finance*, Vol. 19, No. 4,
Winter 2014.

"Credit Crisis Litigation Update: It is Settlement Time," (with Eric Wang and Joseph Mani),
NERA Working Paper, October 2013. (Republished by Harvard Law School Forum on
Corporate Governance and Financial Regulation; website link
http://blogs.law.harvard.edu/corpgov/).

"Comcast and Economic Analysis of Class Certification Issues," (with Drew Claxton), NERA
Working Paper, July 2013.

"The Use of ABX Derivatives in the Credit Crisis Litigation," (with Ethan Cohen-Cole) *NERA
Insights: Subprime Lending Series*, January 2012.

"What Do the New Risk Retention Requirements of the Dodd-Frank Act Mean for
Securitization?" *NERA Insights: Impact of the New Financial Regulations Series, Part III*,
December 2010.

"Credit Crisis Litigation Revisited: Litigating the Alphabet of Structured Products," (with Anmol
Sinha, Jesse Mark, and Sungi Lee) *NERA Insights: Subprime Lending Series, Part VII*, June
2010.

"An Update on the Credit Crisis Litigation: A Turn Towards Structured Products and Asset
Management Firms," (with Anmol Sinha and Sungi Lee) *NERA Insights: Subprime Lending
Series, Part VI*, June 2009.

"How Did We Get Here? The Story of the Credit Crisis," (with Chudozie Okongwu), *Journal of Structured Finance*, Spring 2009.

"The Use of Economic Analysis in Predatory Lending Cases: Application to Subprime Loans," (with Denise Martin and Stephanie Plancich) *NERA Insights: Subprime Lending Series, Part IV*, June 2009.

"Trends in the Subprime Securities Litigation," (with Anmol Sinha and Sungi Lee), *Journal of Alternative Investments*, Fall 2008.

"Subprime Securities Litigation: Key Players, Rising Stakes, and Emerging Trends," (with Anmol Sinha and Sungi Lee), *NERA Insights: Subprime Lending Series, Part III*, July 2008.

"The Subprime Meltdown: A Primer," (with Tom Schopflocher), *US Subprime Market: Evolution, Growth and Crisis*, Icfai University Press, July 2008.

"When Do Breakpoints Give Mutual Fund Investors a Break?" (with Winai Wongsurawat), *Journal of Investment Compliance*, Volume 9, Issue 2, April 2008.

"Subprime Litigation: The Opening Salvo," (with Anmol Sinha and Sungi Lee), *Tort Source*, Vol. 10 Issue No. 3, Spring 2008.

"The Subprime Meltdown: Not Again!" (with Tom Schopflocher), *American Bankruptcy Institute Journal*, Vol. XXVI, No. 7, September 2007.

"The Propensity to Sue: Why Do People Seek Legal Actions?" (with SEC Economic Fellow Fred Dunbar), *Business Economics*, April 2007.

"The Subprime Meltdown: A Primer," (with Tom Schopflocher), *NERA Insights: Subprime Lending Series, Part I*, June 2007.

"Forecasting Claims in an Era of Tort Reform," (with SEC Economic Fellow Fred Dunbar), *LNJ's Product Liability Newsletter*, November/December 2004.

"The Development and Effectiveness of the WTO's Dispute Settlement Body," *MSU-Journal of International Law*, Volume 10, Issue #3, Fall 2001.

"An Analysis of the Decision to File, the Dumping Margin and the Outcome of Antidumping Petitions," *The International Trade Journal*, Volume XIV, No. 2, Summer 2000.

## Recent Presentations

"How Do Market Efficiency and Market Evidence Factor in Valuation Disputes?," prepared for *VALCON 2019*, hosted by the American Bankruptcy Institute (ABI): Las Vegas, NV, February 2019.

**Faten Sabry, PhD**

"2018 Trends in Securities Litigation", presentation hosted by *FINPRO Global Advisory Board*, New York, NY, February 2019.

"Expert Witness 2018", panel presentation hosted at the *Practicing Law Institute (PLI)*: New York, NY, June 2018.

"Navigating Issues in Fraudulent Transfers," presented at *VALCON 2018: Cutting Edge Valuation Solutions*, hosted by the American Bankruptcy Institute (ABI): Las Vegas, NV, May 2018.

"Puerto Rico Restructuring Crisis as Compared to Detroit," ABA Section of Litigation Roundtable Webinar (moderator), November 2017.

"Economic Analysis of Plan Feasibility and Capital Adequacy," presented on Bankruptcy Litigation panel at *American Bankruptcy Institute New York City Bankruptcy Conference 2017*, New York, NY, May 2017.

 "Shorting Credit Default Swaps," *NERA's 16th Securities & Finance Summer Seminar*, Park City, UT, July 2016.

"Arbitration in the MENA Region," panel discussions at Hogan Lovells lecture series *International Arbitration in the MENA Region*, New York and Washington, June 2016.

"Use of Derivatives and Probabilistic Methods in Bankruptcy, Workouts and Insolvency Matters," presented at *VALCON 2016: Emerging Valuation Issues in Bankruptcy and Beyond*, hosted by the American Bankruptcy Institute (ABI): Las Vegas, NV, March 2016.

"Expert Reports and Depositions," Practising Law Institute, *Expert Witness 2015 Program*, New York, NY, June 2015.

Economic Issues in Class Actions, presented at *Class Action Litigation Conference*, panel titled "Trying Class Actions – Strategic and Practical Approaches," Perrin Conferences, Chicago, IL, May 2015.

"Valuation Adjustment – The Economics of the Cost of Capital for Distressed Companies," *VALCON 2015: Emerging Valuation Issues in Bankruptcy and Beyond*, hosted by the American Bankruptcy Institute (ABI): Las Vegas, NV, February 2015.

"Economic Analysis of Risk Retention Under Dodd Frank," webcast hosted by *The Knowledge Group*, October 2014.

"Argentina Debt Litigation: Sovereign Debt Restructuring Going Forward," webcast hosted by Thomson Reuters, September 2014.

**Faten Sabry, PhD**

"Hot Topics in Bankruptcy Litigation," webcast hosted by West LegalEdcenter in conjunction with NERA Economic Consulting, April 2013.

"Valuation Issues in Bankruptcy Litigation," presented at the Practising Law Institute's Webcast on Valuation and Bankruptcy Litigation, New York, NY, December 2012.

"Asset-backed Securitizations–What Happened?," presented at *Understanding Mortgage-Backed Securities*, hosted by the Southern District of New York Chapter and Securities Law Section of the Federal Bar Association: New York, NY, March 2012.

 "The Economics of CDO Litigation," presented at *NERA's Financial Litigation, Disputes, and Enforcement Seminar*, London, United Kingdom, October 2011.

"The Impact of the New Risk Retention Rules on Securitization: Examining Economic Issues in Financial Regulation under Dodd-Frank," presented at the SEC Historical Society, July 2011.

"Trends in the Credit Crisis Litigation," presented at *New York University Roundtable on the Securities Litigation in the Aftermath of the Crisis: What Happened in 2010 and What Lies Ahead?* Hosted by the New York University Vincent C. Ross Institute of Accounting Research and NERA: New York, NY, February 2011.

"Recent Trends in Regulation, Enforcement, and Litigation of the Credit Crisis," presented at the *13th Finance, Law and Economics Securities Litigation Seminar*, sponsored by NERA Economic Consulting, Jackson Hole, WY, July 2010.

"ABS and Financial Reform: Evaluating the Impact of New and Proposed Regulatory Changes on Investors and Issuers," presented at the *IQPC Asset-Backed Securities Summit*, New York, NY, June 2010.

"What Kind of Damages are Being Sought and How Will Damages be Measured?" presented at the HB Litigation conference on *Insurance Coverage Litigation Arising Out of the Financial Crisis: What Policyholders and Carriers Need to Know*, New York, NY, March 2009.

"The Use of Econometrics to Analyze Liability and Damages," presented at the Northwestern University, Judicial Education Program, Advanced Law and Economics Institute, *Quantitative Methods-Statistics and Econometrics Seminar*, New York, NY, March 2009.

"Litigating the Credit Crisis: What You Need to Know About Subprime, Structured Products, and Current Litigation," presented at the *Directors Roundtable*, CLE Program, New York, NY, February 2009.

"A Primer on Credit Default Swaps," presented to the *Committee on Securities & Exchanges*, New York County Lawyer's Association, Bingham McCutcheon, New York, NY, January 2009.

**Exhibit 2. Materials Considered**

**Court and Administrative Documents:**
- "Adversary Complaint," The Financial Oversight And Management Board For Puerto Rico, v. Altair Global Credit Opportunities Fund (A), LLC, et al. Case No. 17-00213-LTS, filed July 21, 2017.
- "Agreement Among Underwriters - Instructions, Terms and Acceptance," UBS Financial Services Incorporated of Puerto Rico, May 27, 2008.
- "Amended and Supplemented Complaint," Altair Global Credit Opportunities Fund (A), LLC., et al., v. The United States of America, Case No. 1:17-cv-00970-SGB, filed October 31, 2017.
- "Brief Of Amicus Curiae Financial Oversight And Management Board For Puerto Rico In Support Of Respondents-Appellees Urging Affirmance Of The District Court Order," Peaje Investments LLC., v. Alejandro Garcia-Padilla, et al. Case No. 16-2433, filed December 23, 2016.
- "Certificate as to Resolution 8872," Board of Directors of GDB, May 27, 2008.
- "Certificate of Secretary of the System as to Amended and Restated Purchase Contract," January 31, 2008.
- "Certificate of Secretary of the System as to Master Continuing Disclosure Agreement," January 31, 2008.
- "Certificate of Secretary of the System as to Master Continuing Disclosure Agreement," June 2, 2008.
- "Certificate of Secretary of the System as to Purchase Contract," June 2, 2008.
- "Certificate of Secretary of the System as to Security Agreement," January 31, 2008.
- "Certificate of Secretary of the System as to Security Agreement," June 2, 2008.
- "Certificate of Secretary of the System as to the Preliminary Official Statement," January 31, 2008.
- "Certification as to Resolution 8798," January 24, 2008.
- "Certification as to Resolution EC-1671," January 29, 2008.
- "Certification for Act No. 69," January 31, 2008.
- "Certification of Acting General Counsel of Government Development Bank with Respect to No Adverse Legislation," January 31, 2008.
- "Certification of Resolution No. 2008-02," January 24, 2008.
- "Certification of Resolution No. 2008-03," January 24, 2008.
- "Certification of Resolution No. 2008-03," Puerto Rico Public Employees Retirement System Board of Trustees, January 24, 2008.
- "Certification of Resolution No. 2008-04," January 24, 2008.
- "Certification of Resolution No. 2008-05," January 24, 2008.
- "Certification of Resolution No. 2008-06," January 24, 2008.
- "Certification of Resolution No. 2008-11," Puerto Rico Public Employees Retirement System Board of Trustees, May 27, 2008.
- "Collateral Certificate," Commonwealth of Puerto Rico - The Secretary of State, June 2, 2008.
- "Declaration of Luis M. Collazo-Rodriguez in Support of Objection of the Employees Retirement System to Motion for Lift of Stay Filled by the Cooperativa de Ahorro y Credito Vegabejena and in Compliance with Order ECF No. 4194," Cooperativa de Ahorro y Credito Vegabejena v. The Financial Oversight and Management Board for Puerto Rico. Case No. 17-03283-LTS, November 15, 2018.
- "Declaration of Sparkle L. Sooknanan in Support of ERS Bondholders' Motion for Relief from the Automatic Stay," Case No. 17-03566-LTS, August 3, 2018.
- "Employee Retirement System of the Government of the Commonwealth of Puerto Rico - First Supplemental Pension Funding Bond Resolution authorizing Senior Pension Funding Bonds Series A," January 29, 2008.
- "Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Second Supplemental Pension Funding Bond Resolution authorizing Senior Pension Funding Bonds Series B," May 27, 2008.
- "Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Series A Senior Pension Funding Bond Resolution," January 24, 2008.
- "Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Series B Senior Pension Funding Bond Resolution," January 24, 2008.
- "Employees Retirement System of the Government of the Commonwealth of Puerto Rico - Series C Senior Pension Funding Bonds," June 30, 2008.
- "Employees Retirement System of the Government of the Commonwealth of Puerto Rico Senior Pension Funding Bond Series A," Bond Certificate, January 31, 2008.
- "Employees Retirement System of the Government of the Commonwealth of Puerto Rico Senior Pension Funding Bond Series B," Bond Certificate, June 2, 2008.
- "ERS Bondholders' Motion for Summary Judgment on Issues Relating to Perfection and Application of Section 552 of the Bankruptcy Code," The Financial Oversight And Management Board For Puerto Rico, v. Altair Global Credit Opportunities Fund (A), LLC, et al. Case No. 17-00213-LTS, filed November 3, 2017.
- "Exhibit A - Security Agreement," June 2, 2008.
- "Exhibit C - Acceptance of Agreement Among Underwriters," January 23, 2008.

**Exhibit 2. Materials Considered**

- "Final Closing Memorandum," UBS Financial Services Incorporated of Puerto Rico, June 2, 2008.
- "General Certificate,"  Puerto Rico Public Employees Retirement System Board of Trustees, June 2, 2008.
- "General Certification," January 31, 2008.
- "Incumbency Certificate," Commonwealth of Puerto Rico - The Secretary of State, June 2, 2008.
- "Incumbency Certificate," Government Development Bank for Puerto Rico, June 2, 2008.
- "Joint Stipulation and Order," Altair Global Credit Opportunities Fund (A), LLC, et al., v. Governor Ricardo A. Rossello-Nevares, et al. Case No. 3:16-cv-02696-FAB, filed April 4, 2017.
- "Law for Reduction of Administrative Responsibilities of the Municipalities," Senate of Puerto Rico P. of the S. 1258, presented April 30, 2019.
- "Limited Response and joinder of the Bank of New York Mellon, as Fiscal Agent, to Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico Request for Adequate Protection and for Relief from the Automatic Stay," Case No. 17-03283, filed June 19, 2017.
- "Memorandum In Support Of Motion For Summary Judgment Of Employees Retirement System Of The Government Of Commonwealth Of Puerto Rico," The Financial Oversight And Management Board For Puerto Rico, v. Altair Global Credit Opportunities Fund (A), LLC, et al. Case No. 17-00213, filed November 3, 2017.
- "Motion of Appellee the Financial Oversight and Management Board for Puerto Rico to Stay the Mandate Pending Supreme Court Disposition," Case No. 18-1671, filed April 24, 2019.
- "Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay," Case No. 17-03283-LTS, July 3, 2018.
- "Motion Of Certain Secured Creditors Of The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico Request For Adequate Protection And For Relief From The Automatic Stay," Case No. 17-03566-LTS, May 31, 2017.
- "Officers and Seal Certificate," January 30, 2008.
- "Officers and Seal Certificate," January 31, 2008.
- "Officers and Seal Certificate," Puerto Rico Public Employees Retirement System Board of Trustees, June 2, 2008.
- "Opinion and Order Granting and Denying in Part Cross Motions for Summary Judgment," The Financial Oversight And Management Board For Puerto Rico, v. Altair Global Credit Opportunities Fund (A), LLC, et al. Case No. 17-00213-LTS, filed
- "Order Approving Stipulation, Setting Aside Hearing and Dismissing Case," Altair Global Credit Opportunities Fund (a), LLC., et al., v. Governor Ricardo A. Rossello-Nevares, et al. Case No. 3:16-cv-02696-FAB, filed January 17, 2017.
- "R. of the H. 417 - Third Report," Government of Puerto Rico House of Representatives, June 30, 2012.
- "Reply In Support Of Motion Of Certain Secured Creditors Of The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico To Compel Discovery," Case No. 17-03566-LTS, March 27, 2019.
- "Statement Of Certain Secured Creditors Of The Employees Retirement System To Debtors' Status Report Regarding (A) Financial Disclosures To Creditors And (B) Status Of Settlement Discussions," Case No. 17-03566, filed June 27, 2017.
- Administrative Bulletin No. OE-2014-029, "Executive Order Of The Governor Of The Commonwealth Of Puerto Rico, Hon. Alejandro J. Garcia-Padilla, To Provide For The Disbursement Of Available Resources For The Closing Of The Fiscal Year 2013-2014," June 27, 2014.
- Arias, Jose G., "Underwriters' Receipt for Series A Bonds," January 31, 2008.
- Certification for Puerto Rico Laws House Joint Resolution 188 approved June 6, 2017, October 31, 2017.
- Certification for Puerto Rico Laws No. 106 approved August 23, 2017, October 12, 2017.
- Certification of Puerto Rico Laws Act 447 approved May 15, 1951, June 2, 2008.
- Letter from Bond Counsel to establish validity of ERS Bond issuance, Fiddler Gonzalez & Rodriguez, P.S.C., January 31, 2008.
- Letter to Jorge Irizarry, May 23, 2008.
- Letter, Ana M. del Toro, "Re: $1,058,634,613.05 Employees Retirement System of the Government of the Commonwealth of Puerto Rico Senior Pension Funding Bonds, Series B," Fiddler Gonzalez & Rodriguez, P.S.C., May 30, 2008.
- Letter, Ana M. del Toro, "Re: $1,588,810,799.60 Employees Retirement System of the Government of the Commonwealth of Puerto Rico Senior Pension Funding Bonds, Series A," February 26, 2008.
- Official Statement, "$1,058,634,613.05 Employees Retirement System of the Government of the Commonwealth of Puerto Rico Senior Pension Funding Bonds, Series B," May 28, 2008.
- Official Statement, "$1,588,810,799.60 Employees Retirement System of the Government of the Commonwealth of Puerto Rico Senior Pension Funding Bonds, Series A," January 29, 2008.
- Official Statement, "$300,202,930 Employees Retirement System of the Government of the Commonwealth of Puerto Rico Senior Pension Funding Bonds, Series C," June 26, 2008.
- Official Statement, "$948.540.000 Taxable Certificates of Participation Series 2006 issued by the Detroit Retirement Systems Funding Trust 2006," June 7, 2006.
- Official Statement, "GDB Debt Recovery Authority - GDB Debt Recovery Authority Bonds (Taxable) - $2,597,754,625 Aggregate Principal Amount Of 7.500% Bonds Due 2040," November 7, 2018.

CONFIDENTIAL

**Exhibit 2. Materials Considered**

- Official Statement, "State of Illinois General Obligation Bonds Pension Funding Series of June 2003 (Taxable)," June 5, 2003.
- Puerto Rico Executive Order No 14-2006, "Orden Ejecutiva Del Gobernador Del Estado Libre Asociado De Puerto Rico Para Establecer El Programa De Retiro Incentivado," May 24, 2006.
- Puerto Rico Executive Order No. 30, June 30, 2016.
- Puerto Rico Executive Order No. 31, June 30, 2016.
- Puerto Rico Laws "Government of the Commonwealth of Puerto Rico Special Fiscal and Operational Sustainability Act," Act No. 66, approved June 17, 2014.
- Puerto Rico Laws Act No. 1, approved February 16, 1990.
- Puerto Rico Laws Act No. 106, approved August 23, 2017.
- Puerto Rico Laws Act No. 116, approved July 6, 2011.
- Puerto Rico Laws Act No. 13, approved January 4, 2000.
- Puerto Rico Laws Act No. 160, approved December 24, 2013.
- Puerto Rico Laws Act No. 177, approved August 5, 2018.
- Puerto Rico Laws Act No. 196, approved September 18, 2011.
- Puerto Rico Laws Act No. 244, approved December 23, 2014.
- Puerto Rico Laws Act No. 279, approved December 24, 2011.
- Puerto Rico Laws Act No. 296, approved September 15, 2004.
- Puerto Rico Laws Act No. 3, approved April 4, 2013.
- Puerto Rico Laws Act No. 305, approved September 24, 1999.
- Puerto Rico Laws Act No. 32, approved June 25, 2013.
- Puerto Rico Laws Act No. 40, approved May 5, 2016.
- Puerto Rico Laws Act No. 447, approved May 15, 1991, as amended.
- Puerto Rico Laws Act No. 447, May 15, 1951.
- Puerto Rico Laws Act No. 447, section 2-116 and 3-105, approved May 15, 1991, as amended.
- Puerto Rico Laws Act No. 45, approved February 29, 2012.
- Puerto Rico Laws Act No. 70, approved July 2, 2010.
- Puerto Rico Laws Act No. 94, approved June 24, 1998.
- Puerto Rico Laws Senate Bill 1258, approved April 30, 2019.
- Puerto Rico Laws, Emergency Moratorium and Rehabilitation Act, April 6, 2016.
- Puerto Rico Laws, House of Representatives R.C. of C. Joint Resolution 188, June 6, 2017.
- Puerto Rico Laws, Reconsideration of Joint Resolution 187.
- United States Court of Appeals for the First Circuit, Case No. 08-1836, filed January 30, 2019.
- United States H.R. 244, Consolidated Appropriations Act, 2017.
- United States H.R. 5278, An Act to establish an Oversight Board to assist the Government of Puerto Rico, including instrumentalities, in managing its public finances, and for other purposes, June 13, 2016.

**Government Hearings:**
- "Examining Challenges in Puerto Rico's Recovery and the Role of the Financial Oversight and Management Board," Written Testimony of Noel Zamot - Revitalization Coordinator Financial Oversight and Management Board for Puerto Rico - before the House Committee on Natural Resources, November 7, 2017.
- "Examining Challenges in Puerto Rico's Recovery and the Role of the Financial Oversight and Management Board," Written Testimony of Natalie Jaresko - Executive Director Financial Oversight and Management Board for Puerto Rico - before the House Committee on Natural Resources, November 7, 2017.

**Fiscal Plans:**
- "The Revised Fiscal Plan for PRASA - As Certified by The Financial Oversight and Management Board for Puerto Rico - August 1, 2018," August 1, 2018.
- Financial Oversight and Management Board for Puerto Rico, "2019 Fiscal Plan for Puerto Rico - Restoring Growth and Prosperity - As certified by the Financial Oversight and Management Board for Puerto Rico - May 9, 2019," May 9, 2019.
- Financial Oversight and Management Board for Puerto Rico, "DRAFT: 2019 Fiscal Plan for Puerto Rico - Restoring Growth and Prosperity - Draft as of May 9, 2019," May 9, 2019.
- Financial Oversight and Management Board for Puerto Rico, "New Fiscal Plan for Puerto Rico - Restoring Growth and Prosperity - As Certified by the Financial Oversight and Management Board for Puerto Rico," June 29, 2018.
- Financial Oversight Board and Management Board for Puerto Rico, "New Fiscal Plan for Puerto Rico - Restoring Growth and Prosperity - As Certified by the Financial Oversight and Management Board for Puerto Rico," October 23, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Commonwealth of Puerto Rico Fiscal Plan Appendix," October 14, 2016.

CONFIDENTIAL

**Exhibit 2. Materials Considered**

- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Commonwealth of Puerto Rico Fiscal Plan," October 14, 2016.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Fiscal Plan for Puerto Rico - As Submitted to the Financial Oversight and Management Board for Puerto Rico - August 20, 2018 Revision," August 20, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Fiscal Plan for Puerto Rico - As Submitted to the Financial Oversight and Management Board for Puerto Rico - September 7, 2018 Revision," September 7, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Fiscal Plan for Puerto Rico," February 28, 2017.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Fiscal Plan for Puerto Rico," March 13, 2017.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "March 13th Certified Fiscal Plan - Revised Version," March 13, 2017.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "New Fiscal Plan for Puerto Rico," April 26, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "New Fiscal Plan for Puerto Rico," April 5, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "New Fiscal Plan for Puerto Rico," February 12, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "New Fiscal Plan for Puerto Rico," January 24, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "New Fiscal Plan for Puerto Rico," March 23, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Revised Fiscal Plan for Puerto Rico - As Submitted to the Financial Oversight and Management Board for Puerto Rico - March 10, 2019," March 10, 2019.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Revised Fiscal Plan for Puerto Rico - As Submitted to the Financial Oversight and Management Board for Puerto Rico - March 27, 2019," March 27, 2019.
- The Financial Oversight and Management Board for Puerto Rico, "PRHTA Revised Fiscal Plan 2018-2023 - As Certified by The Financial Oversight and Management Board for Puerto Rico - June 29, 2018," June 29, 2018.

**Reports:**
- "Commonwealth of Puerto Rico Financial Information and Operating Data Report," April 30, 2011.
- "Commonwealth of Puerto Rico Financial Information and Operating Data Report," December 18, 2016.
- "Commonwealth of Puerto Rico Financial Information and Operating Data Report," November 6, 2015.
- "Commonwealth of Puerto Rico Financial Information and Operating Data Report," October 30, 2014.
- "Employees' Retirement System of the Government of the Commonwealth of Puerto Rico - Schedules of Employer Allocations and Schedules of Pension Amounts by Employer - June 30, 2014 and 2013 (With Independent Auditors' Report Thereon)," May 11, 2018.
- "Employees' Retirement System of the Government of the Commonwealth of Puerto Rico - Schedules of Employer Allocations and Schedules of Pension Amounts by Employer - June 30, 2015 and 2014 (With Independent Auditors' Report Thereon)," October 18, 2018.
- "Employees' Retirement System of the Government of the Commonwealth of Puerto Rico - Schedules of Employer Allocations and Schedules of Pension Amounts by Employer - June 30, 2016 and 2015 (With Independent Auditors' Report Thereon)," November 2, 2018.
- "Moody's affirms Puerto Rico general obligation bonds at Baa3; affirms notched and related debt as well," Moody's Investors Service, Inc., October 3, 2013.
- "Moody's announces completion of a periodic review of ratings of Puerto Rico (Commonwealth of)," Moody's Investors Service, Inc., April 19, 2019.
- "Moody's downgrades Puerto Rico GDB notes to Ca from Caa1, GOs to Caa2 from Caa1; outlook negative," Moody's Investors Service, Inc., May 21, 2015.
- "Moody's downgrades Puerto Rico general obligation and related bonds to Baa3 from Baa1 and certain notched bonds to Ba1," Moody's Investors Service, Inc., December 13, 2012.
- "Moody's downgrades Puerto Rico GO bonds to Caa1 from B2, COFINA to B3/Caa1 from Ba3/B1," Moody's Investors Service, Inc., February 19, 2015.
- "Moody's downgrades Puerto Rico GOs to B2 from Ba2, COFINA Senior-Sub to Ba3-B1; outlooks negative," Moody's Investors Service, Inc., July 1, 2014.
- "Moody's places 8 ratings under review for downgrade in wake of recent court ruling on special revenue pledges," Moody's Investors Service, Inc., May 13, 2019.
- "Proposed Budget For Fiscal Year 2019-2020, As Submitted By The Chief Financial Officer Of The Government Of Puerto Rico ("Coo") To The Financial Oversight And Management Board For Puerto Rico, Pursuant To Section 202(C) Of The Puerto Rico Oversight, Management, And Economic Stability Act ("Promise")," Draft, Government of Puerto Rico Chief Financial Officer.
- "State Employees' Retirement System of Illinois - A Pension Trust Fund of the State of Illinois - Comprehensive Annual Financial Report for the Fiscal Year Ended June 30, 2016," January 4, 2017.
- "State Insurance Fund Corporation - Financial Statements for the Years Ended June 30, 1998 and 1997 and Independent Auditors' Report," November 28, 1998.

CONFIDENTIAL

## Exhibit 2. Materials Considered

- "The 1994 Uninsured Pensioner Mortality Table," Transactions of Society of Actuaries Vol. 47 (1995), p. 819-863.
- Aaron, Thomas, Ted Hampton, and Timothy Blake, "Puerto Rico (Commonwealth of) Resistance to pension cuts and furloughs is negative for bondholders and may test oversight board's power," Moody's Investors Service, September 7, 2017.
- Actuarial Standards Board, "Second Exposure Draft - Actuarial Standard of Practice No. 41," December 2009.
- Aldrete-Sanchez, Horacio and David G. Hitchcock, "Puerto Rico Employees Retirement System Outlook Revised To Negative From Stable Based On Budget And Pension Challenges," Standard & Poor's Financial Services LLC, July 26, 2012.
- Aldrete-Sanchez, Horacio and David G. Hitchcock, "Puerto Rico Employees Retirement System; Appropriations," Standard & Poor's Financial Services LLC, January 14, 2008.
- Aldrete-Sanchez, Horacio and David G. Hitchcock, "Puerto Rico Employees Retirement System's $4.2B Of Senior Pension Funding Bonds Rated 'BBB-'," Standard & Poor's Financial Services LLC, January 14, 2008.
- Aldrete-Sanchez, Horacio and David G. Hitchcock, "Summary: Puerto Rico Employees Retirement System; Appropriations," Standard & Poor's Financial Services LLC, January 14, 2008.
- Aldrete-Sanchez, Horacio and David G. Hitchcock, "Summary: Puerto Rico Employees Retirement System; Appropriations," Standard & Poor's Financial Services LLC, July 26, 2012.
- Arthur Andersen, LLP., "Employees' Retirement System of the Government of Puerto Rico and Its Instrumentalities - Financial Statements as of June 30, 1993, 1992, and 1991 Together with Auditors' Report," July 22, 1994.
- Arthur Andersen, LLP., "Employees' Retirement System of the Government of Puerto Rico and Its Instrumentalities - Financial Statements as of June 30, 1994 and 1993 Together with Auditors' Report," December 30, 1994.
- Arthur Andersen, LLP., "Employees' Retirement System of the Government of Puerto Rico and Its Instrumentalities - Financial Statements as of June 30, 1995 and 1994 Together with Auditors' Report," September 29, 1995.
- Arthur Andersen, LLP., "Employees' Retirement System of the Government of Puerto Rico and Its Instrumentalities - Financial Statements as of June 30, 1996 and 1995 Together with Auditors' Report," October 7, 1996.
- Arthur Andersen, LLP., "Employees' Retirement System of the Government of Puerto Rico and Its Instrumentalities - Financial Statements as of June 30, 1997 and 1996 Together with Auditors' Report," September 29, 1997.
- Arthur Andersen, LLP., "Employees' Retirement System of the Government of Puerto Rico and Its Instrumentalities - Financial Statements as of June 30, 1998 and 1997 Together with Auditors' Report," September 28, 1998.
- Arthur Andersen, LLP., "Employees' Retirement System of the Government of Puerto Rico and Its Instrumentalities - Financial Statements as of June 30, 1999 and 1998 Together with Auditors' Report," December 10, 1999.
- BDO Puerto Rico, P.S.C., "Municipality of San Juan (Commonwealth of Puerto Rico) Comprehensive Annual Financial Report and Single Audit of Federal Financial Assistance for the Fiscal Year Ended June 30, 2017 and Independent Auditors' Report Thereon," April 27, 2018.
- Buck Consultants, "Employees Retirement System of the Commonwealth of Puerto Rico and its Instrumentalities - Actuarial Valuation Report as of June 30, 2001," February 4, 2003.
- Buck Consultants, "Employees Retirement System of the Commonwealth of Puerto Rico and its Instrumentalities - Actuarial Valuation Report as of June 30, 2005," February 12, 2007.
- Buck Consultants, "The Judiciary Retirement System of the Government of Puerto Rico and its Instrumentalities - Actuarial Valuation Report as of June 30, 2001," October 29, 2002.
- Buck Consultants, "The Judiciary Retirement System of the Government of Puerto Rico and its Instrumentalities - Actuarial Valuation Report as of June 30, 2005," February 12, 2007.
- Chutchian, Maria, "Puerto Rico Court Watch - Litigation and Restructuring Tracker," Debtwire, February 16, 2018.
- City of Detroit Finance Department, "City of Detroit - Comprehensive Annual Financial Report for the Fiscal Year Ended June 30, 2008," November 18, 2009.
- Commonwealth of Puerto Rico Office of the Comptroller, "Audit Report M-19-30 - March 4, 2019 - Municipality of Ponce," March 4, 2019.
- Conway MacKenzie, Inc., "Summary of Findings."
- Deloitte & Touche, LLP., "Employee's Retirement System of the Government of the Commonwealth of Puerto Rico (A Pension Trust Fund of the Commonwealth of Puerto Rico) Basic Financial Statements as of and for the Year Ended June 30, 2009, Required Supplementary Information as of and for the year ended June 30, 2009, and Independent Auditors' Report," April 26, 2010.
- Deloitte & Touche, LLP., "Employee's Retirement System of the Government of the Commonwealth of Puerto Rico (A Pension Trust Fund of the Commonwealth of Puerto Rico) Basic Financial Statements as of and for the Year Ended June 30, 2010, Required Supplementary Information as of and for the year ended June 30, 2010, and Independent Auditors' Report," March 18, 2011.
- Deloitte & Touche, LLP., "Employee's Retirement System of the Government of the Commonwealth of Puerto Rico (A Pension Trust Fund of the Commonwealth of Puerto Rico) Basic Financial Statements as of and for the Year Ended June 30, 2011, Required Supplementary Information as of and for the year ended June 30, 2011, and Independent Auditors' Report," April 27, 2012.

**Exhibit 2. Materials Considered**

- Deloitte & Touche, LLP., "Employee's Retirement System of the Government of the Commonwealth of Puerto Rico (A Pension Trust Fund of the Commonwealth of Puerto Rico) Basic Financial Statements as of and for the Year Ended June 30, 2012, Required Supplementary Information as of and for the year ended June 30, 2012, and Independent Auditors' Report," August 27, 2013.
- Deloitte & Touche, LLP., Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities Independent Auditors' Report for Fiscal Year 2000, December 22, 2000.
- Dold, Elizabeth T. and David N. Levine, "Employee Benefits Corner: Qualified Pension Plans for Puerto Rico Employees - The Perfect Storm has Arrived," Taxes - The Tax Magazine, July 2011.
- Ehrhardt, John W., Zorast Wadia, and Alan Perry, "Milliman 2012 Pension Funding Study," Milliman, March 2012.
- Ernst & Young Puerto Rico, LLC., "Financial Bridge Analysis," March 7, 2017.
- Ernst & Young, LLP., "Audited Financial Statements - Required Supplementary Information and Supplemental Schedules - Puerto Rico Highways and Transportation Authority (A Component Unit of the Commonwealth of Puerto Rico) Years Ended June 30, 2014 and 2013 - With Report of Independent Auditors," December 18, 2015.
- Ernst & Young, LLP., "Audited Financial Statements Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities - June 30, 2001," October 4, 2001.
- Ernst & Young, LLP., "Audited Financial Statements Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities - June 30, 2002," September 6, 2002.
- Ernst & Young, LLP., "Audited Financial Statements Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities - June 30, 2003," September 26, 2003.
- Estado Libre Asociado De Puerto Rico Comisión Especial Permanente Sobre Los Sistemas De Retiro, "Sistema De Retiro De Los Empleados Del Gobierno Origen, Déficit Actuarial Y Recomendaciones (Volumen 3)," January 2013.
- Estrella, A. and C.J. Nesbitt, "Actuarial Study in Respect to Active Members as of June 30, 1975 of the Retirement System of the Government of Puerto Rico and Its Instrumentalities, and Supplementary Comments," June 20, 1977.
- Financial Oversight and Management Board for Puerto Rico, "Annual Report - Fiscal Year 2018," July 30, 2018.
- Financial Oversight and Management Board for Puerto Rico, "Explanatory Memorandum on Pension Reform," August 4, 2017.
- Financial Oversight and Management Board for Puerto Rico, "Forecasted Statement of Revenues, Expenditures and Changes in Fund Balance For Year Ending June 30, 2018."
- Financial Oversight and Management Board for Puerto Rico, "Forecasted Statement of Revenues, Expenditures and Changes in Fund Balance For Year Ending June 30, 2019."
- Financial Services for Office of Retirement Services, "Comprehensive Annual Financial Report for the Fiscal Year Ended September 30, 2016 - MSERS," September 30, 2015.
- Fong, Harry and Darren Marcus, "Pension Overhaul Puts Puerto Rico on the Right Path," MKM Partners, July 18, 2013.
- Government Development Bank for Puerto Rico, "Annual Financial Information Fiscal Year 2014," February 27, 2015.
- Government Development Bank for Puerto Rico, "Annual Financial Information Fiscal Year 2015," April 28, 2016.
- Hampton, Edward and Emily Raimes, "Moody's assigns Caa3 to Puerto Rico Aqueduct & Sewer's $750M issue; outlook negative," Moody's Investors Service, Inc., August 14, 2015.
- Hampton, Edward and Emily Raimes, "Moody's Downgrades $13 Billion of Puerto Rico Bonds, Revises Outlook to Negative from Developing," Moody's Investors Service, Inc., April 5, 2017.
- Hampton, Edward, and Emily Raimes, "Moody's Revises Puerto Rico's Outlook to Developing from Negative," Moody's Investors Service, Inc., July 1, 2016.
- Hampton, Ted, Genevieve Nolan, Emily Raimes, and Timothy Blake, "Puerto Rico (Commonwealth of) Pension Bonds Face Imminent Payment Default as Creditor Conflict With Pensioners Brews," Moody's Investors Service, Inc., February 13, 2017.
- Hanif, Farooq, et al., "The Coming Pension Crisis - Recommendations for Keeping the Global Pension System Afloat," Citi GPS: Global Perspectives & Solutions, March 2016.
- Hansen PPPR, "The Retirement System of the Government of Puerto Rico and its Instrumentalities - Report on the Actuarial Valuation Prepared as of June 30, 1979."
- Hitchcock, David G. and Christina Marin, "Puerto Rico Employees Retirement System A, 2008B, And 2008C Bonds Downgraded To 'D' On Interest Payments Default," S&P Global Ratings, December 22, 2017.
- Hitchcock, David G. and Christina Marin, "Summary: Puerto Rico Employees Retirement System; Appropriations," Standard & Poor's Financial Services LLC, December 22, 2017.
- Hitchcock, David G. and Horacio G. Aldrete-Sanchez, "Puerto Rico Employees Retirement System Series A-C Senior Pension Funding Bonds On Watch Neg On Commonwealth Downgrade," Standard & Poor's Financial Services LLC, March 26, 2013.
- Hitchcock, David G. and Horacio G. Aldrete-Sanchez, "Summary: Puerto Rico Employees Retirement System; Appropriations," Standard & Poor's Financial Services LLC, March 26, 2013.
- Hitchcock, David G., "Puerto Rico General Obligation Debt and Various Tax-Backed Debt Ratings Affirmed at 'CC'; Outlook Negative," S&P Global Ratings, March 22, 2016.

## Exhibit 2. Materials Considered

- HLB Parissi P.S.C., "Public Buildings Authority (A Component Unit of the Commonwealth of Puerto Rico) Basic Financial Statements for the Fiscal Years Ended June 30, 2014 and 2013 and Independent Auditor's' Report," January 20, 2015.
- Jones, D.A. and C.J. Nesbitt, "Actuarial Study of Liabilities for the Current Beneficiaries of the Retirement System of the Government of Puerto Rico and Its Instrumentalities and of Retirement System of the Judiciary as of June 30, 1974," January 1975.
- Keith, Robert, "The Statutory Pay-As-You-Go Act of 2010: Summary and Legislative History," Congressional Research Service, April 2, 2010.
- Kevane Grant Thornton, LLP., "Financial Statements and Report of Independent Certified Public Accountants Puerto Rico Aqueduct and Sewer Authority (A Component Unit of the Commonwealth of Puerto Rico) June 30, 2016 and 2015," March 7, 2017.
- Kobre & Kim, LLP., "Final Investigative Report," August 20, 2018.
- Kobre & Kim, LLP., "Independent Investigator's First Interim Report," October 30, 2017.
- KPMG, "Commonwealth of Puerto Rico - Basic Financial Statements and Required Supplementary Information - June 30, 2015 (With Independent Auditors' Report Thereon.)"
- KPMG, "Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (A Component Unit of the Commonwealth of Puerto Rico) Basic Financial Statements and Required Supplementary Information - June 30, 2013 (With Independent Auditors' Report Thereon)," June 30, 2014.
- KPMG, "Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (A Component Unit of the Commonwealth of Puerto Rico) Basic Financial Statements and Required Supplementary Information - June 30, 2014 (With Independent Auditors' Report Thereon)," June 1, 2016.
- KPMG, "Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (A Component Unit of the Commonwealth of Puerto Rico) Basic Financial Statements and Required Supplementary Information - June 30, 2015 (With Independent Auditors' Report Thereon)," February 29, 2018.
- KPMG, "Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (A Component Unit of the Commonwealth of Puerto Rico) Basic Financial Statements and Required Supplementary Information - June 30, 2016 (With Independent Auditors' Report Thereon)," October 5, 2018.
- KPMG, "Sistema de Retiro de los Empleados del Gobierno de Puerto Rico y sus Instrumentalidades - Estados Financieros - 30 de Junio de 1990 y 1989 - Incluyendo el Informe de los Auditores Independientes," October 11, 1993.
- KPMG, LLP., "Commonwealth of Puerto Rico - Basic Financial Statements and Required Supplementary Information - June 30, 2015," June 29, 2018.
- Krop, Karen and Laura Porter, "Fitch Downgrades Puerto Rico Pension Bonds to 'D'," Fitch Ratings, July 20, 2017.
- Krop, Karen and Laura Porter, "Fitch Downgrades Puerto Rico's IDR and Related Ratings to 'C'; Maintains Rating Watch Negative," Fitch Ratings, June 24, 2016.
- Krop, Karen and Laura Porter, "Fitch Places Puerto Rico GO and Related Debt Ratings on Rating Watch Negative," Fitch Ratings, February 21, 2013.
- Krop, Karen and Marcy Block, "Fitch Affirms Puerto Rico's Pension Funding Bonds 'BBB+'," Fitch Ratings, August 15, 2011.
- Krop, Karen and Marcy Block, "Fitch Affirms Puerto Rico's Pension Funding Bonds 'BBB+'," Fitch Ratings, August 8, 2012.
- Krop, Karen, Laura Porter, and Doug Scott, "Fitch Downgrades Puerto Rico's GO and Related Ratings to 'CC'; Maintains Rating Watch Negative," Fitch Ratings, June 29, 2015.
- Kruger, Anne O., Ranjit Teja, and Andrew Wolfe, "Puerto Rico - A Way Forward," June 29, 2015.
- Lee, Candice, "Morningstar Special Report - Puerto Rico Fiscal Strain: Implications for Investors," Morningstar, October 16, 2013.
- Lopez-Vega, CPA, PSC., "Commonwealth of Puerto Rico - Autonomous Municipality of Cidra - Basic Financial Statements with Additional Reports and Information Required by the Single Audit Act - Year Ended June 30, 2016," May 31, 2017.
- Lopez-Vega, CPA, PSC., "Commonwealth of Puerto Rico - Autonomous Municipality of Ponce - Basic Financial Statements with Additional Reports and Information Required by the Single Audit Act - Year Ended June 30, 2016," May 27, 2017.
- McLoughlin, Thomas, "Municipal Brief: Puerto Rico Credit and Market Update," UBS Financial Services, Inc., February 11, 2019.
- Mellon, "Employees Retirement System of the Commonwealth of Puerto Rico and its Instrumentalities - Actuarial Valuation Report as of June 30, 2003 (Revised)," December 22, 2004.
- Mellon, "The Judiciary Retirement System of the Government of Puerto Rico and its Instrumentalities - Actuarial Valuation Report as of June 30, 2003," February 16, 2005.
- Milliman, "Puerto Rico Government Employees Retirement System - June 30, 2007 Actuarial Valuation Report," July 10, 2009.
- Milliman, "Puerto Rico Government Employees Retirement System - June 30, 2009 Actuarial Valuation Report," April 9, 2010.
- Milliman, "Puerto Rico Government Employees Retirement System - June 30, 2010 Actuarial Valuation Report," March 8, 2011.
- Milliman, "Puerto Rico Government Employees Retirement System - June 30, 2011 Actuarial Valuation Report," June 7, 2012.

CONFIDENTIAL

**Exhibit 2. Materials Considered**

- Milliman, "Puerto Rico Government Employees Retirement System - June 30, 2012 Actuarial Valuation Report," July 31, 2013.
- Milliman, "Puerto Rico Government Employees Retirement System - June 30, 2013 Actuarial Valuation Report," June 27, 2014.
- Milliman, "Puerto Rico Government Employees Retirement System - June 30, 2014 Actuarial Valuation Report (revised)," October 16, 2015.
- Milliman, "Puerto Rico Government Employees Retirement System - June 30, 2015 Actuarial Valuation Report," August 31, 2016.
- Milliman, "Puerto Rico Government Employees Retirement System - June 30, 2017 Actuarial Valuation Report," March 26, 2019.
- Milliman, "Puerto Rico Judiciary Retirement System - June 30, 2007 Actuarial Valuation Report," July 10, 2009.
- Milliman, "Puerto Rico Judiciary Retirement System - June 30, 2009 Actuarial Valuation Report," April 9, 2010.
- Milliman, "Puerto Rico Judiciary Retirement System - June 30, 2010 Actuarial Valuation Report," March 8, 2011.
- Milliman, "Puerto Rico Judiciary Retirement System - June 30, 2011 Actuarial Valuation Report," February 6, 2012.
- Milliman, "Puerto Rico Judiciary Retirement System - June 30, 2012 Actuarial Valuation Report," July 31, 2013.
- Milliman, "Puerto Rico Judiciary Retirement System - June 30, 2013 Actuarial Valuation Report," June 26, 2014.
- Milliman, "Puerto Rico Judiciary Retirement System - June 30, 2014 Actuarial Valuation Report," May 21, 2015.
- Milliman, "Puerto Rico Judiciary Retirement System - June 30, 2015 Actuarial Valuation Report," November 14, 2016.
- Milliman, "Puerto Rico Judiciary Retirement System - June 30, 2016 Actuarial Valuation Report," July 10, 2017.
- Milliman, "Puerto Rico Teachers Retirement System - June 30, 2007 Actuarial Valuation Report," March 25, 2008.
- Milliman, "Puerto Rico Teachers Retirement System - June 30, 2009 Actuarial Valuation Report," December 22, 2009.
- Milliman, "Puerto Rico Teachers Retirement System - June 30, 2011 Actuarial Valuation Report," February 7, 2012.
- Milliman, "Puerto Rico Teachers Retirement System - June 30, 2012 Actuarial Valuation Report," July 31, 2013.
- Milliman, "Puerto Rico Teachers Retirement System - June 30, 2013 Actuarial Valuation Report," June 19, 2014.
- Milliman, "Puerto Rico Teachers Retirement System - June 30, 2014 Actuarial Valuation Report," May 18, 2015.
- Milliman, "Puerto Rico Teachers Retirement System - June 30, 2015 Actuarial Valuation Report," July 29, 2016.
- Milliman, "Re: Second Addendum to June 30, 2015 PRGERS Valuation Report to Reflect Updated Assets," January 23, 2018.
- Milliman, "Re: Third Addendum to June 30, 2016 PRGERS Valuation Report to Reflect Updated Assets," October 23, 2018.
- National Institute on Retirement Security, "Public Pension Resource Guide - Case Studies of State Pension Plans that Switched to Defined Contribution Plans," February 2015.
- Ortiz, Rivera, Rivera & Co., "Commonwealth of Puerto Rico - Municipality of Guaynabo - Financial Statements (with additional reports required by the Government Auditing Standards and the Uniform Guidance) - For the Fiscal Year Ended June 30, 2017," March 21, 2018.
- Parissi P.S.C., "Employee's Retirement System of the Government of the Commonwealth of Puerto Rico (A Pension Trust Fund of the Commonwealth of Puerto Rico) Basic Financial Statements for the Years Ended June 30, 2008 and 2007 and Independent Auditors' Report," April 27, 2009.
- Parissi, P.S.C., "Employee's Retirement System of the Government of the Commonwealth of Puerto Rico (A Pension Trust Fund of the Commonwealth of Puerto Rico) Basic Financial Statements as of and for the Years Ended June 30, 2007 and 2006 and Independent Auditors' Report," December 28, 2007.
- Parissi, P.S.C., "Employee's Retirement System of the Government of the Commonwealth of Puerto Rico Financial Statements (with Independent Auditors' Report Thereon) for the Years Ended June 30, 2006 and 2005," June 30, 2006.
- Parissi, P.S.C., "Municipality of San Juan (Commonwealth of Puerto Rico) - Basic Financial Statements and Single Audit of Federal  Financial Assistance  For the Fiscal Year - Ended  June 30, 2013 and Independent Auditors' Report Thereon," April 24, 2014.
- Porter, Laura and Richard Raphael, "Fitch Rates Puerto Rico's $4.3B Pension Funding Bonds 'BBB-'," Fitch Ratings, January 11, 2008.
- Porter, Laura and Richard Raphael, "Tax Supported New Issue - Employees Retirement System of the Government of the Commonwealth of Puerto Rico," Fitch Ratings, January 16, 2008.
- Public Administration Service, "Report on an Actuarial Valuation of the Employees' Retirement System of the Commonwealth of Puerto Rico - June 30, 1965," July 7, 1966.
- Puerto Rico Department of the Treasury, "Commonwealth of Puerto Rico - Basic Financial Statements and Required Supplementary Information - June 30, 2014."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Annual Financial Information Fiscal Year 2016," April 25, 2017.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Annual Financial Information Fiscal Year 2017," May 1, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Annual Financial Information Fiscal Year 2018," May 1, 2019.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Component Unit Liquidity For the Month Ended April 30, 2018," May 30, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Component Unit Liquidity For the Month Ended August 31, 2018," August 31, 2018.

## Exhibit 2. Materials Considered

- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Component Unit Liquidity For the Month Ended December 31, 2018," December 31, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Component Unit Liquidity For the Month Ended February 2019," February 28, 2019.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Component Unit Liquidity For the Month Ended January 2019," January 31, 2019.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Component Unit Liquidity For the Month Ended July 31, 2018," July 31, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Component Unit Liquidity For the Month Ended June 30, 2018," June 30, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Component Unit Liquidity For the Month Ended March 31, 2018," April 30, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Component Unit Liquidity For the Month Ended May 31, 2018," May 31, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Component Unit Liquidity For the Month Ended November 30, 2018," November 30, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Component Unit Liquidity For the Month Ended October 31, 2018," October 31, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Component Unit Liquidity For the Month Ended September 30, 2018," September 30, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Component Unit Liquidity For the Month of March 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "FY2018-19 Recorded General Fund Expenditures per the Puerto Rico Financial Accounting System 'PRIFAS' as of the date of the report March 19, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Office of the Administration and Transformation of Human Resources - Attendance Report - As of June 30, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Office of the Administration and Transformation of Human Resources - Attendance Report - As of October 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "PayGo and Individual Contribution Debt by Entity - April 15, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "PayGo and Individual Contribution Debt by Entity - August 31, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "PayGo and Individual Contribution Debt by Entity - February 28, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "PayGo and Individual Contribution Debt by Entity - January 18, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "PayGo and Individual Contribution Debt by Entity - July 31, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "PayGo and Individual Contribution Debt by Entity - June 30, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "PayGo and Individual Contribution Debt by Entity - May 31, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "PayGo and Individual Contribution Debt by Entity - September 30, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "PayGo and Individual Contribution Debt by Entity For the month of January 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "PayGo and Individual Contribution Debt by Entity For the month of November 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Payroll Report - PR Department of Treasury - For the month of June and Fourth Quarter FY2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Revised Baseline Projections," December 20, 2016.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for Puerto Rico Governmental Instrumentalities - As of November 30, 2017," December 18, 2017.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities - Information as of April 30, 2018," May 18, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities - Information as of August 31, 2018," September 28, 2018.

## Exhibit 2. Materials Considered

- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities -  Information as of December 31, 2017," January 19, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities -  Information as of February 28, 2019," April 1, 2019.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities -  Information as of January 31, 2018," March 8, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities -  Information as of January 31, 2019," February 28, 2019.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities -  Information as of July 31, 2018," August 28, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities -  Information as of June 30, 2018," July 24, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities -  Information as of March 29, 2019," April 30, 2019.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities -  Information as of March 31, 2018," April 24, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities -  Information as of May 31, 2018," June 18, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities -  Information as of September 28, 2018," October 31, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities - As of November 30, 2017," December 18, 2017.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities - Balances as of November 30, 2018," December 31, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities - Information as of December 31, 2017," January 19, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities - Information as of December 31, 2018," January 31, 2019.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities - Information as of February 28, 2018," April 6, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Summary of Bank Account Balances for the Government of Puerto Rico and its Instrumentalities - Information as of October 31, 2018," November 30, 2018.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Technical Meeting Discussion Materials," November 16, 2016.
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of April 13, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of April 27, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of April 6, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of December 1, 2017."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of December 15, 2017."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of December 22, 2017."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of December 29, 2017."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of December 8, 2017."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of February 16, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of February 2, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of February 23, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of February 9, 2018."

**Exhibit 2. Materials Considered**

- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of January 12, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of January 19, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of January 26, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of January 5, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of June 1, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of June 15, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of June 22, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of June 29, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of June 8, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of March 16, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of March 2, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of March 23, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of March 30, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of March 9, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of May 11, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of May 18, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of May 25, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of May 4, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of November 10, 2017."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of November 17, 2017."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of November 24, 2017."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of November 3, 2017."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of October 20, 2017."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2018 Cash Flow - As of October 27, 2017."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of April 12, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of April 19, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of April 20, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of April 26, 2019."

**Exhibit 2. Materials Considered**

- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of April 5, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of August 10, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of August 17, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of August 24, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of August 3, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of August 31, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of December 14, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of December 21, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of December 28, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of December 7, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of February 1, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of February 15, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of February 22, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of February 8, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of January 11, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of January 18, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of January 25, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of January 4, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of July 13, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of July 20, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of July 27, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of July 6, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of March 1, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of March 15, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of March 22, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of March 29, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of March 8, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of May 10, 2019."

**Exhibit 2. Materials Considered**

- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of May 17, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of May 3, 2019."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of November 16, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of November 2, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of November 23, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of November 30, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of November 9, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of October 12, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of October 19, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of October 26, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of October 5, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of September 14, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of September 21, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of September 28, 2018."
- Puerto Rico Fiscal Agency and Financial Advisory Authority, "Treasury Single Account ("TSA") FY 2019 Cash Flow - As of September 7, 2018."
- Raimes, Emily and Baye B. Larsen, "Moody's Downgrades Puerto Rico General Obligation Bonds To Baa1 From A3; Outlook Is Negative," Moody's Investors Service, Inc., August 8, 2011.
- Rattner, Yaffa, John Pellicci, Darci Doneff, and Jon Faison, "Investors Beware: Credit Challenges Loom for Puerto Rico," Piper Jaffray Fixed Income Analytics Services, November 9, 2010.
- Ruperto Vazquez Cruz, "Liquidez y Solvencia a 6-30-81 del Sistema de Retiro de Los Empleados del E.L.A. y sus Instrumentalidades," February 12, 1982.
- Sielman, Rebecca A., "2016 Public Pension Funding Study," Milliman, September 2016.
- Sielman, Rebecca A., "2017 Public Pension Funding Study," Milliman, October 2017.
- Sielman, Rebecca A., "2018 Public Pension Funding Study," Milliman, January 2019.
- Sielman, Rebecca A., "Milliman 2012 Public Pension Funding Study," Milliman, October 2012.
- Sielman, Rebecca A., "Milliman 2013 Public Pension Funding Study," Milliman, November 2013.
- Sielman, Rebecca A., "Milliman 2014 Public Pension Funding Study," Milliman, November 2014.
- Sielman, Rebecca A., "Milliman 2015 Public Pension Funding Study," Milliman, November 2015.
- Society of Actuaries, "Mortality Improvement Scale MP-2017," October 2017.
- Society of Actuaries, "RP-2014 Mortality Tables Report," October 2014.
- Spiotto, James E. "How Municipalities in Financial Distress Should Deal with Unfunded Pension Obligations and Appropriate Funding of Essential Service," Willamette Law Review 50, no. 515 (2014).
- Sutton, Lee and Andrew Trahan, "Dominican Republic & Puerto Rico Country Risk Report," Fitch Solutions, February 1, 2019.
- The PEW Charitable Trusts, "The Challenge of Meeting Detroit's Pension Promises Analysis of progress to date, the path forward, and lessons for other public sector retirement plans," March 2018.
- Towers Perrin, "Government and Judiciary Retirement Systems Administration - Actuarial Study - April 1988," February 24, 1989.
- Towers Perrin, Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1990, May 25, 1993.
- Towers Perrin, The Employees Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1991, September 30, 1993.

CONFIDENTIAL

## Exhibit 2. Materials Considered

- Towers Perrin, The Employees Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1993, July 12, 1994.
- Towers Perrin, The Employees Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1994, February 9, 1995.
- Towers Perrin, The Employees Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1995, November 2, 1995.
- Towers Perrin, The Employees Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1996, October 7, 1996.
- Towers Perrin, The Employees Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1997, October 6, 1997.
- Towers Perrin, The Employees Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1998, October 7, 1998.
- Towers Perrin, The Employees Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1999, December 17, 1999.
- Towers Perrin, The Employees Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 2000, January 4, 2001.
- Towers Perrin, The Judiciary Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1990, March 11, 1994.
- Towers Perrin, The Judiciary Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1993, July 12, 1994.
- Towers Perrin, The Judiciary Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1995, November 2, 1995.
- Towers Perrin, The Judiciary Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1996, October 7, 1996.
- Towers Perrin, The Judiciary Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1997, October 6, 1997.
- Towers Perrin, The Judiciary Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1998, October 7, 1998.
- Towers Perrin, The Judiciary Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 1999, December 17, 1999.
- Towers Perrin, The Judiciary Retirement System of the Government of Puerto Rico and Its Instrumentalities Valuation Report for Fiscal Year 2000, December 6, 2000.
- United States Government Accountability Office, "State and Local Government Retiree Benefits: Current Status of Benefit Structures, Protections, and Fiscal Outlook for Funding Future Costs," September 2007.
- Vidal, Phillip, "Annual Survey of Public Pensions: State- and Locally-Administered Defined Benefit Data Summary Report: 2014," United States Census Bureau, July 2015.
- Woodward and Fondiller, "Draft - Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities Actuarial Valuation as of June 30, 1970," June 29, 1971.
- Zayas, Morazzani & Co., "Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (formerly Employees' Retirement System of the Government of Puerto Rico and Its Instrumentalities) Financial Statements - June 30, 2004 and 2003 (With Independent Auditors' Report Thereon)," December 17, 2004.
- Zayas, Morazzani & Co., "Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (formerly Employees' Retirement System of the Government of Puerto Rico and Its Instrumentalities) Financial Statements - June 30, 2005 and 2004 (With Independent Auditors' Report Thereon)," December 21, 2005.
- Zezas, Michael, Mark Schmidt, and Spencer Chang, "After Puerto Rico's GO Default, Still Waiting…," Morgan Stanley, July 11, 2016.
- Zezas, Michael, Mark Schmidt, and Spencer Chang, "Commonwealth Contagion?," Morgan Stanley, June 30, 2015.
- Zezas, Michael, Mark Schmidt, and Spencer Chang, "Puerto Rico: A Symptom, Not the Cause, of Systemic Muni Sovereign Risk," Morgan Stanley, February 12, 2016.
- Zezas, Michael, Mark Schmidt, and Spencer Chang, "Puerto Rico: The Wait," Morgan Stanley, May 2, 2016.

**Data:**
- "Informe de puestos ocupados, vacantes y autorizados," The Commonwealth of Puerto Rico Comptroller's Office.
- "Registro Anual de Puestos por Demografía 2012-13 - Diccionario de variables," Instituto de Estadísticas de Puerto Rico.
- "Registro Anual de Puestos por Demografía," Instituto de Estadísticas de Puerto Rico.
- "Selected Bonds Chart Updated," Conway Mackenzie, Inc.
- "Weighted Average Chart updated," Conway Mackenzie, Inc.

**Exhibit 2. Materials Considered**

- Bloomberg, L.P.
- Board of Governors of the Federal Reserve System, "State and Local Government Pension Funding Ratios, 2002 – 2016," https://www.federalreserve.gov/releases/z1/dataviz/pension/funding ratio/map/#year:2016 (Accessed May 28, 2019).
- Capital IQ.
- FactSet.
- Gross National Product Data from FY 2007 to 2016, Government Development Bank for Puerto Rico.
- Society of Actuaries Mortality Tables and Mortality Improvement Scales.
- U.S. Census Bureau.

**News Articles:**
- "Barron's Blog: A Rare Good Week For Munis, But Puerto Rico Still Plagued," DowJones Newswires, September 9, 2013.
- "BREAKING: PROMESA Oversight Board Designates 78 Municipalities, CRIM As 'Covered Instrumentalities, Required to Submit Fiscal Plans, Budgets," Reorg Research, Inc., May 9, 2019.
- "City of Detroit Closes Four Bond Financings Totalling $1.28 Billion to Fund Revitalization Efforts and Creditor Settlements," Miller Canfield, December 10, 2014.
- "Cramer: House Approves 2016 Omnibus Spending Bill; Repeals Crude Oil Export Ban; Rep. Kevin Cramer (R-ND) News Release," Congressional Documents and Publications, December 18, 2015.
- "Fitch Downgrades Puerto Rico's Employee Retirement System Bond," Money Management Letter, July 10, 2014.
- "Fitch Downgrades Puerto Rico's GO and Related Ratings to 'B' on Rating Watch Negative," Dow Jones Institutional News, March 26, 2015.
- "Fitch Maintains Puerto Rico Sales Tax and Pension Bonds on Ratings Watch Negative," Dow Jones Institutional News, April 13, 2017.
- "Fitch Places Puerto Rico GOs, Related Debt on Rating Watch Negative," The Bond Buyer, February 22, 2013.
- "Fitch: Puerto Rico's Ratings Unchanged by Title III Bankruptcy Filing," Dow Jones Institutional News, May 5, 2017.
- "Fitch: Puerto Rico's Ratings Unchanged by Title III Bankruptcy Filing," Fitch Ratings, May 5, 2017.
- "Gobernador Rossello Nevares firma ley para designar calle del Viejo San Juan con el nombre de Osiris Delgado Mercado," Gobernador de Puerto Rico. May 17, 2019.
- "Gov. Rosselló Says Administration Will File Legislation to Create County System of Government, Cites Potential Annual Savings Between $600M and $1B," Reorg Research, Inc., March 15, 2019.
- "Gov. Rosselló Warns Fiscal Challenges Will Make Some Municipalities Inoperable Within 5 Years Absent Structural Reform, Acknowledges Opposition to County Plan," Reorg Research, Inc., March 14, 2019.
- "Governor Would Sell Last Of Phone Company Stake," Orlando Sentinel, October 10, 1999.
- "HR3823: Disaster Tax Relief and Airport and Airway Extension Act of 2017," Congressional Research Service, October 23, 2017.
- "Legislature Passes Bill to Free Municipal Governments From Pension, Health Plan Contributions," Reorg Research, Inc., May 8, 2019.
- "Moody's Assigns A1 (Global Scale Rating) To $1B Puerto Rico Pension Funding Bonds," Moody's Investors Service Press Release, May 20, 2008.
- "Moody's assigns A1 (Global Scale Rating) to $4B Puerto Rico Pension Funding Bonds," Moody's Investor Service Press Release, January 7, 2008.
- "Moody's Assigns Baa3 To Approximately $4 B Puerto Rico Pension Funding Bonds, Series A," Moody's Investor Service Press Release, January 4, 2008.
- "Moody's Assigns Baa3 To Approximately $500 M Puerto Rico Pension Funding Bonds, Series C," Moody's Investor Service Press Release, June 23, 2008.
- "Morningstar: Wisconsin the Strongest-Funded Pension System, Illinois the Weakest, Puerto Rico the Weakest Overall," Manufacturing Close-Up, September 25, 2013.
- "Oversight Board Designates 78 Municipalities as Covered Instrumentalities Under PROMESA, Approves New Commonwealth Fiscal Plan," Reorg Research, Inc., May 9, 2019.
- "Oversight Board to Present $9.1B Fiscal 2020 General Fund Budget to Legislature," Reorg Research Inc., May 28, 2019.
- "PREPA Enters Restructuring Support Agreement with Ad Hoc Bondholder Group, Fuel Line Lenders and Government Development Bank" PREPA, November 5, 2015.
- "PROMESA Board Tells Commonwealth to Take Immediate Action to Secure $340M in Back PayGo Debt From 28 Public Corporations, 66 Municipalities," Reorg Research Inc., April 30, 2019.
- "Puerto Rico Bondholders Win Ruling Against U.S.," DowJones Newswires, July 17, 2018.
- "Puerto Rico GO Rating Lowered To 'BB'; Outlook Negative," Dow Jones Institutional News, July 11, 2014.

**Exhibit 2. Materials Considered**

- "Puerto Rico Governor Ricardo Rossello, Prepared Testimony Before The Senate Energy And Natural Resources Committee Hearing On Hurricane Recovery Efforts In Puerto Rico And The U.S. Virgin Islands, As Released By The Committee - News Event," SEC Wire,  November 14, 2017.
- "Puerto Rico Pension Bill Passes Senate," Money Management Letter, April 12, 2013.
- "Puerto Rico pension bondholders get second chance at day in court," Reuters, January 11, 2017.
- "Puerto Rico pension, highway agency join government in bankruptcy," Reuters, May 22, 2017.
- "Puerto Rico phone sale to GTE completed," Reuters, March 2, 1999.
- "Puerto Rico Responds to Barron's Story," Barron's, August 27, 2013.
- "Puerto Rico: Rossello Enacts Senate Bill 1258 Despite PROMESA Board Warning," Reorg Research, Inc., May 17, 2019.
- "Puerto Rico: Union Leader Denounces Pension Privatization," DowJones Newswires, December 9, 1996.
- "Rosselló Announces Revised Budget of $9.624B, Reiterates Threat of Court Fight if PROMESA Board Tries to Reduce Pension Funding," Reorg Research Inc., May 23, 2019.
- "Rosselló Expresses Support for Bill Exempting Towns From Pension, Health Payments; Discusses New Fiscal Plan, Federal Disaster Legislation and New Permitting Regulations," Reorg Research, Inc., May 10, 2019.
- "Rosselló Vows to Fight Proposed Pension Reform, Calls for Unity In Battle Against PROMESA Board," Reorg Research, Inc., May 17, 2019.
- "S&P Dwngrds Puerto Rico to 'CCC+' From 'B', On Watch Neg," Dow Jones Institutional News, April 24, 2015.
- "S&P: Puerto Rico Credit Remains Uncertain Despite Legislation," Dow Jones Institutional News, December 11, 2015.
- "S&PBulletin: No Rtg Action On Puerto Rico After Pension Ruling," Dow Jones Institutional News, April 1, 2014.
- "S&PBulletin: Puerto Rico Pension Reform Is A Credit Positive," Dow Jones Newswires, April 5, 2013.
- "San Juan Files Suit Against PROMESA Oversight Board Challenging Designation as Covered Entity," Reorg Research Inc., May 20, 2019.
- "Sobrino Predicts PREPA Deal Will Be Confirmed as Support Continues to Grow; Says Commonwealth Plan of Adjustment May Be Presented This Year or Early 2020," Reorg Research, Inc., May 7, 2019.
- "Spotlight: Puerto Rico," Money Management Letter, November 3, 1997.
- "There's no choice: Puerto Rico will default on more than $1 billion in debt on Friday," CNBC, June 29, 2016.
- "UPDATE 1: Jaresko Issues Warning On Bill Exempting Towns From Healthcare, Pension Payments," Reorg Research, Inc., May 17, 2019.
- "UPDATE 1-Puerto Rico governor, oversight board sued over planned pension cuts," Reuters, April 12, 2017.
- "UPDATE 2-Puerto Rico hires restructuring expert as financial adviser," Reuters, March 5, 2014.
- "UPDATE 2-S&P cuts Puerto Rico rating after restructuring voided," Reuters, February 12, 2015.
- Aldridge, Leonardo, "Puerto Rican governor vows to eliminate 23,000 jobs, slash spending," Associated Press, March 17, 2005.
- Bary, Andrew, "Troubling Winds," Barron's, August 26, 2013.
- Bomey, Nathan, Brent Snavely and Alisa Priddle, "Detroit becomes largest U.S. city to enter bankruptcy," USA Today, December 3, 2013.
- Bradford, Hazel, "Puerto Rico ERS bondholders sue to be made trustees," Pensions & Investments, February 21, 2019.
- Brown, Nick, "Puerto Rico Budget to Protect Pension Payments: Governor," Reuters, May 31, 2017.
- Brown, Nick, "Puerto Rico enacts emergency debt moratorium bill," Reuters, April 6, 2016.
- Brown, Nick, "Puerto Rico's other crisis: impoverished pensions," Reuters, April 7, 2016.
- Carlson, Valerie C., "Searches: Puerto Rico Picks Two Firms to Run New Short-Term Fund," The Bond Buyer, May 8, 1995.
- Cherney, Mike, and Kelly Nolan, "Proposed Puerto Rico Pension Reform Fails to Impress Muni Market," DowJones Newswires, February 28, 2013.
- Chico, Ricardo Cortés "Junta de Supervisión Fiscal recorta excesos del presupuesto recomendado por el gobernador," El Nuevo Día, May 28, 2019.
- Connor, Michael, "UPDATE 2-Fitch cuts Puerto Rico GO debt to near junk BBB-minus," Reuters, March 20, 2013.
- Cooper, Richard, Luke Barefoot, Daniel Soltman and Antonio Pietrantoni, and Cleary Gottlieb Steen & Hamilton LLP, "Disarming Puerto Rico's Pension Time Bomb," Law360, April 19, 2017.
- Corkery, Michael, "Judge Strikes Down Puerto Rico's Debt Restructuring Law," The New York Times, February 8, 2015.
- Cornwell, Susan and Nick Brown, "Puerto Rico oversight board appointed," Reuters, August 31, 2016.
- Coto, Danica, "Board extends power to cover Puerto Rico's 78 municipalities," Associated Press, May 9, 2019.
- Coto, Danica, "Puerto Rico reveals record deficit from fiscal year 2012," Associated Press, September 17, 2013.
- de la Merced, Michael J., and Michael Corkery, "Puerto Rico Hires Supervisor for Utility Restructuring," The New York Times, September 4, 2014.
- DePillis, Lydia, "Puerto Rico's pension system was in crisis, Hurricane Maria made it into a catastrophe," CNN, October 5, 2017.
- Ferretti, Christine, "Detroit bankruptcy 'threw everything into chaos' for retirees," The Detroit News, July 18, 2018.

**Exhibit 2. Materials Considered**

- Ferretti, Christine, "For Detroit retirees, pension cuts become reality," The Detroit News, February 27, 2015.
- Gamboa, Suzanne, "Puerto Rico Makes Debt Payment; Governor Issues 'Distress Call'," NBC News, December 1, 2015.
- Giel, Dawn, "Puerto Rico takes dramatic step to avoid default," CNBC, December 1, 2015.
- Giel, Dawn, "Puerto Rico will default on portion of $1B in bonds due Monday: Officials," CNBC, December 30, 2015.
- Gillers, Heather. "S&P Downgrade Brings Illinois Debt One Step Closer to Junk; Illinois may become the first U.S. state to be given a junk rating," The Wall Street Journal, June 2, 2017.
- González, Joanisabel, "Mayors denounce errors in the PayGo," El Nuevo Día, July 27, 2018.
- González, Por Joanisabel, "Rosselló firma el proyecto que libera a los municipios del pago de pensiones, " El Nuevo Día, May 17, 2019.
- Green, Rick, "Gov. Mary Fallin signs bill changing pension program for most future Oklahoma state workers," The Oklahoman, May 31, 2014.
- Halcom, Chad, "Detroit agrees to pay bondholders 74% on $388M claim in bankruptcy," Crain's Detroit Business, April 9, 2014.
- Horn, Jamie, "Lessons from the Detroit Bankruptcy," PNC Capital Advisors, November 2014.
- Hudson, Joshua, "Puerto Rico's Pensions Reach Pay-As-You-Go Status," Seeking Alpha, January 17, 2017.
- Hume, Lynn, "Morningstar: Puerto Rico Pension Funded Ratio Only 8.4%," The Bond Buyer, November 21, 2013.
- Kaplan, Thomas, "Senate Approves $36.5 Billion Aid Package as Hurricane Costs Mount," The New York Times, October 24, 2017.
- Kaske, Michelle, "Market Reacts to Acevedo Vila Indictment," The Bond Buyer, March 28, 2008.
- Kaske, Michelle, "Report Outlines Puerto Rico Pension Risks," The Bond Buyer, November 22, 2010.
- Krop, Karen and Marcy Block,  "Fitch Places Puerto GO and Related Debt Ratings on Rating Watch Negative," Fitch Ratings, November 14, 2013.
- Layvand, Yuriy and Ian Rasmussen, "Fitch: Puerto Rico Bonds Decline Following Recovery Act," Fitch Ratings, July 11, 2014.

- Levy, Santiago, "The great failure: Retirement pensions in Latin America," Brookings, January 27, 2017.
- Long, Cate, "Puerto Rico government stumbles on teacher pension reform," Reuters, April 14, 2014.
- Long, Heather, "President Obama signs Puerto Rico rescue bill," CNN, June 30, 2016.
- Long, Heather, "Puerto Rico files for biggest US municipal bankruptcy," CNN, May 3, 2017.
- Martel, Enrique, "Puerto Rico gov. approves $350 mln in budget cuts," Reuters, May 25, 2006.
- McGuiness, Kevin, "Puerto Rico Pension Codes Misapplied on Form 5500," Plan Sponsor, May 22, 2014.
- McLaughlin, Tim, "Puerto Rico debt roils U.S. municipal bond mutual funds," Reuters, September 3, 2013.
- Meyer, Robinson, "What's Happening With the Relief Effort in Puerto Rico?," The Atlantic, October 4, 2017.
- Miller Rich, "Trim Taxes or Build Bridges? Partisan Debate in U.S. Rolls On," Bloomberg Law News, April 11, 2019.
- Nolan, Kelly, "Puerto Rico Debt Prices Continue To Slide," DowJones Newswires, September 9, 2013.
- Ortiz, Luis Valentin "Puerto Rico board files flurry of lawsuits ahead of claim deadline," Reuters, April 30, 2019.
- Ortiz, Luis Valentin, "Puerto Rico's revised fiscal plan approved over government opposition," Reuters, October 23, 2018.
- Ortiz, Luis Valentin, "Puerto Rico's revised fiscal plan shows surplus; bonds rally," Reuters, October 22, 2018.
- Ortiz, Luis Valentin, "UPDATE 1-Puerto Rico wins court approval for sales taxbacked debt restructuring," Reuters, February 4, 2019.
- Pidherny, Dennis, Karen Krop, and Robert Rowan, "Fitch: Puerto Rico Recovery Hurt by Storm," Fitch Ratings, September 27, 2017.
- Pierog, Karen and Luis Valentin Ortiz, "Puerto Rico governor signs bill for $2 billion in tax relief," Reuters, December 10, 2018.
- Pierog, Karen and Luis Valentin Ortiz, "U.S. Appeals Court reverses ruling on Puerto Rico pension bonds," Reuters, January 31,
- Pierog, Karen and Luis Valentin Ortiz, "White House says will reappoint Puerto Rico oversight board," Reuters, April 30, 2019.

- Pierog, Karen, "Labor unions file pension lawsuit against Puerto Rico," Reuters, November 15, 2018.
- Pierog, Karen, "Participants in Detroit Pension Borrowing Knew Debt Sale Was 'iffy': City Lawyer," Reuters, October 1, 2014.
- Pierog, Karen, "Report reveals 34 pct recovery for Detroit limited-tax GO bonds," Reuters, July 10, 2014.
- Platt, Eric, "Puerto Rico to Shift $2bn in Pension Obligations onto Budget," The Financial Times, May 31, 2017.
- Plumer, Brad, "Detroit's pension problems, in one chart," The Washington Post, July 19, 2013.
- Press Release by Puerto Rico Fiscal Agency and Financial Advisory Authority on August 7, 2017.
- Press Release, "Financial Oversight and Management Board Selects Outside Legal Counsel and Strategic Consultant," Financial Oversight Board and Management Board for Puerto Rico, November 27, 2016.
- Press Release, "García Padilla Administration Encourages the Public to Access Public Financial Information," AAFAF, November 16, 2016.
- Press Release, "Gobernador Rosselló Nevares firma proyectos de ley aprobados en la Sesión Extraordinaria," Oficina del Gobernador, August 23, 2017.

**Exhibit 2. Materials Considered**

- Press Release, "Governor Announces Restructuring Agreement," Puerto Rico Federal Affairs Administration, May 15, 2017.
- Press Release, "Governor Rosselló announces protection under Title III of PROMESA to ensure essential services," Puerto Rico Federal Affairs Administration."
- Press Release, "Governor Rosselló Announces Relief Due To Cuts In Medicare Advantage Rates," Puerto Rico Federal Affairs Administration, April 4, 2017.
- Press Release, "Governor Rossello Nevares signs bills of law enacted in the Extraordinary Session," Office of the Governor, August 23, 2017.
- Press Release, "Governor Rosselló Nevares Signs Bills to Support the Municipalities," Office of the Governor, May 17, 2019.
- Press Release, "Hermanas y hermanos puertorriqueños," Governor's Office of Puerto Rico, May 16, 2019.
- Press Release, "Junta de Retiro selecciona compañía administradora del nuevo Plan de Contribuciones Definidas para los empleados públicos," Junta de Retiro del Gobierno de Puerto Rico, February 15, 2019.
- Press Release, "Last Economic Activity Index of 2016 Reflects a Dramatic Reduction in Only One Year and the Lowest Number in 25 Years," Government Development Bank for Puerto Rico, February 20, 2017.
- Press Release, "Oversight Board Addresses Larger Fiscal Deficit - Will Pursue Third-Party Validation Of Deficit; Outlines Framework For Fiscal Plan - Proposes Measures To Fill The Budget Gap And Fiscal Plan Goals To Improve Quality Of Life In Puerto Rico," Financial Oversight and Management Board for Puerto Rico, December 20, 2016.
- Press Release, "Oversight Board Alerts Government's Liquidity Position is Critically Low; Will Run Out of Money in Few Months," Financial Oversight Board and Management Board for Puerto Rico, March 8, 2017.
- Press Release, "Oversight Board Allows More Time to Revise Fiscal Plans with Updated Macroeconomic Information," Financial Oversight Board and Management Board for Puerto Rico, June 28, 2018.
- Press Release, "Oversight Board Calls for Urgent Action to Collect $340 Million due from Municipalities and Public Corporations in PayGo and Individual Employee Payroll Withholdings," Financial Oversight and Management Board for Puerto Rico, April 30, 2019.
- Press Release, "Oversight Board Certifies Fiscal Plan for Puerto Rico," Financial Oversight and Management Board for Puerto Rico, March 13, 2017.
- Press Release, "Oversight Board Certifies Revised, Compliant FY 18 Budget for Commonwealth of Puerto Rico and Proposed Budgets for Four Territorial Instrumentalities," Financial Oversight Board and Management Board for Puerto Rico, June 30, 2017.
- Press Release, "Oversight Board Designates Municipalities As Covered Territorial Instrumentalities Under Promise To Secure Their Long-Term Fiscal Viability," Financial Oversight and Management Board for Puerto Rico, May 9, 2019.
- Press Release, "Oversight Board Meets in Puerto Rico Again," Financial Oversight and Management Board for Puerto Rico, January 28, 2017.
- Press Release, "Oversight Board Statement of Hurricane Irma," Financial Oversight and Management Board for Puerto Rico, September 6, 2017.
- Press Release, "Oversight Board Statement of Hurricane Maria," Financial Oversight and Management Board for Puerto Rico, September 19, 2017.
- Press Release, "Oversight Board to Certify Fiscal Plans at Public Meetings on April 19 and 20," Financial Oversight and Management Board for Puerto Rico, April 15, 2018.
- Press Release, "Oversight Board Urges Maximum Support for Puerto Rico with Trump Administration Officials, Congress," Financial Oversight Board and Management Board for Puerto Rico, September 30, 2017.
- Press Release, "Puerto Rico Enacts Sweeping Pension Reform," Government Development Bank for Puerto Rico, April 4, 2013.
- Press Release, "Puerto Rico Launches Initiative to Facilitate Communications with Bondholders," Government Development Bank for Puerto Rico, June 15, 2016.
- Press Release, "Request for Proposal - Financial Advisor," Financial Oversight Board and Management Board for Puerto Rico, December 4, 2016.
- Press Release, "Request for Proposal - Strategic Consulting Firm," Financial Oversight Board and Management Board for Puerto Rico, October 20, 2016.
- Press Release, "Request for Proposals - Accounting and Bookkeeping Services Firm," Financial Oversight Board and Management Board for Puerto Rico, February 3, 2017.
- Press Release, "Request for Proposals - Development Of Fiscal Plans And Budgets For Puerto Rico Municipalities And The Centro De Recaudación De Impuestos Municipales," Financial Oversight Board and Management Board for Puerto Rico, May 9, 2019.
- Press Release, "Retirement Board selects company to administer new Defined Contribution Plan for public employees," Retirement Board of the Government of Puerto Rico, February 15, 2019.
- Press Release, "Statement from the Oversight Board on Pensions," The Financial Oversight and Management Board for Puerto Rico, May 17, 2019.
- Ruiz-Kuilan, Gloria, "Meeting with Jaresko does not please the Mayors," El Nuevo Día, May 16, 2019.

## Exhibit 2. Materials Considered

- Slavin, Robert, "Battle lines form over Puerto Rico pension cuts," The Bond Buyer, March 8, 2019.
- Slavin, Robert, "Bondholders seek to take over Puerto Rico pension system," The Bond Buyer, February 22, 2019.
- Slavin, Robert, "Cautious Optimism About Puerto Rico Pension Reform Plan," The Bond Buyer, March 1, 2013.
- Slavin, Robert, "Puerto Rico board sues to claw back $392 million in ERS payments," The Bond Buyer, May 20, 2019.
- Slavin, Robert, "Puerto Rico Governor Claims Progress in First Six Months," The Bond Buyer, July 15, 2013.
- Slavin, Robert, "Puerto Rico Pension Reform Advances," The Bond Buyer, April 3, 2013.
- Stempel, Jonathan, "Detroit defeats pensioners' appeal over bankruptcy cuts," Reuters, October 3, 2016.
- Timiraos, Nick, "Puerto Rico Pension Mess Comes to Head," The Wall Street Journal, August 26, 2016.
- Tumulty, Brian, "Trump signs tax bill after Congress waives PayGo spending cuts," The Bond Buyer, December 26, 2017.
- Vélez, Eva Lloréns, "Credit union sues Puerto Rico retirement system for nonpayment," Caribbean Business, March 15, 2019.
- Vélez, Eva Lloréns, "Fiscal board to send lawmakers its own version of Puerto Rico's budget," Caribbean Business, May 26, 2019.
- Vélez, Eva Lloréns, "PayGo Charge goes into effect to pay Puerto Rico gov't retirees," Caribbean Business, July 3, 2017.
- Vélez, Eva Lloréns, "Supreme Court Rules Against Puerto Rico Debt Recovery Act," Caribbean Business, June 13, 2016.
- Walsh, Mary Williams, "As Puerto Rico Defaults, Eyes Turn to Washington," The New York Times, May 2, 2016.
- Walsh, Mary Williams, "Puerto Rico Defaults on Bond Payment," The New York Times, August 3, 2015.
- Walsh, Mary Williams, "Puerto Rico's Governor Says Island's Debts Are 'Not Payable'," The New York Times, June 28, 2015.
- Walsh, Mary Williams, "Study Finds Public Pension Promises Exceed Ability to Pay," The New York Times, March 18, 2016.
- Werner, Erica, and Jeff Stein, "Massive disaster relief bill stalls in Senate over Puerto Rico dispute," The Washington Post, April 1, 2019.
- Williams, Corey, "3 years out of bankruptcy, Detroit released from state financial oversight," Associated Press, April 30, 2018.

**Documents from Production:**
- BH-ERS-0-000001 - 000074.
- BH-ERS-0-000075 - 000113.
- BH-ERS-0-000112 - 000113.
- BH-ERS-0-002545 - 002546.
- CW_RJM2004_0006405.
- CW_RJM2004_0006419.
- CW_RJM2004_0006433.
- CW_RJM2004_0006617.
- CW_RJM2004_0006767 - 0006845.
- CW_RJM2004_0006846 - 0006942.
- CW_RJM2004_0006943 - 0006945.
- CW_RJM2004_0006946 - 0009936.
- CW_RJM2004_0009937 - 0010963.
- CW_RJM2004_0010964 - 0010968.
- CW_RJM2004_0010969 - 0010973.
- CW_RJM2004_0010974 - 0010978.
- CW_RJM2004_0010979 - 0010983.
- CW_RJM2004_0010984 - 0010988.
- CW_RJM2004_0012583.
- CW_RJM2004_0013485.
- CW_RJM2004_0013625 - 0013636.
- CW_RJM2004_0014653.
- CW_RJM2004_0014739 - 0014751.
- CW_RJM2004_0014752.
- CW_RJM2004_0015111 - 0016247.
- CW_RJM2004_0016248 - 0016273.
- CW_RJM2004_0016274 - 0017207.
- CW_RJM2004_0017208 - 0018142.
- CW_RJM2004_0018248 - 0018320.
- CW_RJM2004_0018321 - 0018380.
- CW_RJM2004_0018381 - 0018445.
- CW_RJM2004_0018446 - 0018461.
- CW_RJM2004_0018462 - 0018465.
- CW_RJM2004_0018471 - 0018482.

CONFIDENTIAL

## Exhibit 2. Materials Considered

- CW_RJM2004_0019000 - 0019020.
- CW_RJM2004_0020706.
- CW_RJM2004_0021761.
- CW_RJM2004_0023261.
- CW_RJM2004_0087227 - 0087232.
- CW_RJM2004_0087233 - 0087236.
- CW_RJM2004_0087237 - 0087241.
- CW_RJM2004_0087242 - 0087269.
- CW_RJM2004_0087270 - 0087274.
- CW_RJM2004_0087275 - 0087282.
- CW_RJM2004_0087283 - 0087310.
- CW_RJM2004_0087311 - 0087312.
- CW_RJM2004_0087336 - 0087340.
- CW_RJM2004_0087341 - 0087347.
- CW_RJM2004_0087348 - 0087351.
- CW_RJM2004_0087361 - 0087451.
- CW_RJM2004_0087457 - 0087462.
- CW_RJM2004_0087463 - 0087467.
- CW_RJM2004_0087468 - 0089470.
- ERS_LS0000001 - 0000021.
- ERS_LS0000022 - 0000042.
- ERS_LS0000043 - 0000063.
- ERS_LS0000064 - 0000084.
- ERS_LS0000085 - 0000105.
- ERS_LS0000106 - 0000126.
- ERS_LS0000127 - 0000147.
- ERS_LS0000148 - 0000168.
- ERS_LS0000169 - 0000189.
- ERS_LS0000190 - 0000190.
- ERS_LS0000211 - 0000231.
- ERS_LS0000232 - 0000252.
- ERS_LS0000253 - 0000273.
- ERS_LS0000274 - 0000294.
- ERS_LS0000295 - 0000337.
- ERS_LS0000338 - 0000358.
- ERS_LS0000359 - 0000382.
- ERS_LS0000383 - 0000419.
- ERS_LS0000420 - 0000454.
- ERS_LS0000450.
- ERS_LS0000455 - 0000448.
- ERS_LS0000489 - 0000529.
- ERS_LS0000530 - 0000569.
- ERS_LS0000570 - 0000609.
- ERS_LS0000610 - 0000649.
- ERS_LS0000650 - 0000689.
- ERS_LS0000690 - 0000715.
- ERS_LS0000716 - 0000744.
- ERS_LS0000745 - 0000767.
- ERS_LS0000768 - 0000791.
- ERS_LS0000792 - 0000817.
- ERS_LS0000818 - 0000843.
- ERS_LS0000844 - 0000869.
- ERS_LS0000870 - 0000895.
- ERS_LS0000896 - 0000908.
- ERS_LS0000909 - 0000923.
- ERS_LS0000924 - 0000938.
- ERS_LS0000939 - 0000953.

CONFIDENTIAL

## Exhibit 2. Materials Considered

- ERS_LS0000954 - 0000969.
- ERS_LS0000970 - 0000985.
- ERS_LS0000986 - 0001001.
- ERS_LS0001002 - 0001017.
- ERS_LS0001018 - 0001033.
- ERS_LS0001034 - 0001050.
- ERS_LS0001051 - 0001067.
- ERS_LS0001068 - 0001084.
- ERS_LS0001085 - 0001101.
- ERS_LS0001102 - 0001118.
- ERS_LS0001119 - 0001135.
- ERS_LS0001136 - 0001153.
- ERS_LS0001154 - 0001171.
- ERS_LS0001172 - 0001189.
- ERS_LS0001190 - 0001207.
- ERS_LS0001208 - 0001225.
- ERS_LS0001226 - 0001243.
- ERS_LS0001244 - 0001261.
- ERS_LS0001262 - 0001279.
- ERS_LS0001280 - 0001297.
- ERS_LS0001298 - 0001315.
- ERS_LS0001316 - 0001333.
- ERS_LS0001334 - 0001351.
- ERS_LS0001352 - 0001358.
- ERS_LS0001359 - 0001365.
- ERS_LS0001366 - 0001372.
- ERS_LS0001373 - 0001379.
- ERS_LS0001380 - 0001386.
- ERS_LS0001387 - 0001393.
- ERS_LS0001394 - 0001400.
- ERS_LS0001401 - 0001407.
- ERS_LS0001408 - 0001414.
- ERS_LS0001415 - 0001427.
- ERS_LS0001428 - 0001440.
- ERS_LS0001441 - 0001454.
- ERS_LS0001455 - 0001468.
- ERS_LS0001469 - 0001482.
- ERS_LS0001483 - 0001496.
- ERS_LS0001497 - 0001510.
- ERS_LS0001511 - 0001524.
- ERS_LS0001525 - 0001539.
- ERS_LS0001540 - 0001554.
- ERS_LS0001555 - 0001564.
- ERS_LS0001565 - 0001582.
- ERS_LS0001583 - 0001600.
- ERS_LS0001601 - 0001618.
- ERS_LS0001619 - 0001636.
- ERS_LS0001637 - 0001654.
- ERS_LS0001655 - 0001661.
- ERS_LS0001662 - 0001670.
- ERS_LS0001671 - 0001679.
- ERS_LS0001680 - 0001688.
- ERS_LS0001689 - 0001697.
- ERS_LS0001698 - 0001706.
- ERS_LS0001707 - 0001715.
- ERS_LS0001716 - 0001724.
- ERS_LS0001725 - 0001734.

**Exhibit 2. Materials Considered**

- ERS_LS0001735 - 0001744.
- ERS_LS0001745 - 0001754.
- ERS_LS0001755 - 0001764.
- ERS_LS0001765 - 0001744.
- ERS_LS0001775 - 0001784.
- ERS_LS0001785 - 0001794.
- ERS_LS0001795 - 0001804.
- ERS_LS0001805 - 0001814.
- ERS_LS0001815 - 0001816.
- ERS_LS0001817 - 0001819.
- ERS_LS0001820 - 0001822.
- ERS_LS0001823.
- ERS_LS0001824.
- ERS_LS0001825 - 0001826.
- ERS_LS0001827.
- ERS_LS0001828 - 0001829.
- ERS_LS0001830.
- ERS_LS0001831.
- ERS_LS0001832 - 0001833.
- ERS_LS0001834.
- ERS_LS0001835 - 0001836.
- ERS_LS0001837 - 0001838.
- ERS_LS0001839.
- ERS_LS0001840.
- ERS_LS0001841 - 0001842.
- ERS_LS0001843 - 0001844.
- ERS_LS0001845.
- ERS_LS0001846 - 0001849.
- ERS_LS0001850.
- ERS_LS0001851 - 0001852.
- ERS_LS0001853.
- ERS_LS0001854 - 0001855.
- ERS_LS0001856.
- ERS_LS0001857.
- ERS_LS0001858 - 0001859.
- ERS_LS0001860.
- ERS_LS0001861 - 0001862.
- ERS_LS0001863.
- ERS_LS0001864.
- ERS_LS0001865 - 0001866.
- ERS_LS0001867.
- ERS_LS0001868.
- ERS_LS0001869 - 0001872.
- ERS_LS0001873 - 0001912.
- ERS_LS0001913.
- ERS_LS0001914 - 0001915.
- ERS_LS0001916 - 0001917.
- ERS_LS0001918.
- ERS_LS0001919.
- ERS_LS0001920 - 0001921.
- ERS_LS0001922 - 0001923.
- ERS_LS0001924.
- ERS_LS0001925 - 0001928.
- ERS_LS0001929.
- ERS_LS0001930.
- ERS_LS0001932.
- ERS_LS0001933 - 0001934.

CONFIDENTIAL                                    Page 22 of 60

**Exhibit 2. Materials Considered**

- ERS_LS0001935.
- ERS_LS0001936.
- ERS_LS0001937.
- ERS_LS0001938.
- ERS_LS0001939.
- ERS_LS0001940.
- ERS_LS0001941.
- ERS_LS0001942.
- ERS_LS0001943.
- ERS_LS0001944.
- ERS_LS0001945.
- ERS_LS0001946.
- ERS_LS0001947.
- ERS_LS0001948.
- ERS_LS0001949.
- ERS_LS0001950.
- ERS_LS0001951.
- ERS_LS0001952.
- ERS_LS0001953.
- ERS_LS0001954.
- ERS_LS0001955.
- ERS_LS0001956.
- ERS_LS0001957.
- ERS_LS0001958.
- ERS_LS0001959.
- ERS_LS0001960.
- ERS_LS0001961.
- ERS_LS0001962.
- ERS_LS0001963.
- ERS_LS0001964.
- ERS_LS0001965.
- ERS_LS0001966 - 0001967.
- ERS_LS0001968.
- ERS_LS0001969 - 0001970.
- ERS_LS0001971.
- ERS_LS0001972.
- ERS_LS0001973 - 0001974.
- ERS_LS0001975.
- ERS_LS0001976 - 0001977.
- ERS_LS0001978 - 0001979.
- ERS_LS0001980.
- ERS_LS0001981.
- ERS_LS0001982 - 0001983.
- ERS_LS0001984 - 0001985.
- ERS_LS0001986.
- ERS_LS0001987 - 0001990.
- ERS_LS0001991.
- ERS_LS0001992 - 0001993.
- ERS_LS0001994.
- ERS_LS0001995 - 0001996.
- ERS_LS0001997 - 0001998.
- ERS_LS0001999 - 0002000.
- ERS_LS0002001 - 0002002.
- ERS_LS0002003 - 0002004.
- ERS_LS0002005 - 0002006.
- ERS_LS0002007 - 0002008.
- ERS_LS0002009 - 0002010.

**Exhibit 2. Materials Considered**

- ERS_LS0002011 - 0002012.
- ERS_LS0002013 - 0002014.
- ERS_LS0002015 - 0002016.
- ERS_LS0002017 - 0002018.
- ERS_LS0002019 - 0002020.
- ERS_LS0002021 - 0002022.
- ERS_LS0002023 - 0002024.
- ERS_LS0002025 - 0002026.
- ERS_LS0002027 - 0002028.
- ERS_LS0002029 - 0002030.
- ERS_LS0002031 - 0002032.
- ERS_LS0002033 - 0002034.
- ERS_LS0002035 - 0002036.
- ERS_LS0002037 - 0002038.
- ERS_LS0002039 - 0002049.
- ERS_LS0002050 - 0002051.
- ERS_LS0002052 - 0002063.
- ERS_LS0002064 - 0002065.
- ERS_LS0002066 - 0002067.
- ERS_LS0002068 - 0002080.
- ERS_LS0002081 - 0002083.
- ERS_LS0002084 - 0002085.
- ERS_LS0002086 - 0002096.
- ERS_LS0002097 - 0002098.
- ERS_LS0002099 - 0002109.
- ERS_LS0002110 - 0002111.
- ERS_LS0002112 - 0002113.
- ERS_LS0002114 - 0002124.
- ERS_LS0002125 - 0002127.
- ERS_LS0002128 - 0002129.
- ERS_LS0002130 - 0002143.
- ERS_LS0002144 - 0002155.
- ERS_LS0002156 - 0002157.
- ERS_LS0002158 - 0002170.
- ERS_LS0002171 - 0002172.
- ERS_LS0002173 - 0002186.
- ERS_LS0002187 - 0002197.
- ERS_LS0002198 - 0002199.
- ERS_LS0002200 - 0002211.
- ERS_LS0002212 - 0002213.
- ERS_LS0002214 - 0002215.
- ERS_LS0002216 - 0002228.
- ERS_LS0002229 - 0002230.
- ERS_LS0002231 - 0002233.
- ERS_LS0002234 - 0002244.
- ERS_LS0002245 - 0002246.
- ERS_LS0002247 - 0002249.
- ERS_LS0002250 - 0002260.
- ERS_LS0002261 - 0002269.
- ERS_LS0002270 - 0002277.
- ERS_LS0002278 - 0002285.
- ERS_LS0002286 - 0002294.
- ERS_LS0002295 - 0002302.
- ERS_LS0002303 - 0002312.
- ERS_LS0002313 - 0002320.
- ERS_LS0002321 - 0002327.
- ERS_LS0002328 - 0002335.

## Exhibit 2. Materials Considered

- ERS_LS0002336 - 0002343.
- ERS_LS0002344 - 0002354.
- ERS_LS0002355 - 00023363.
- ERS_LS0002364 - 0002372.
- ERS_LS0002373 - 0002384.
- ERS_LS0002385 - 0002392.
- ERS_LS0002393 - 0002399.
- ERS_LS0002400 - 0002403.
- ERS_LS0002404 - 0002413.
- ERS_LS0002414 - 0002418.
- ERS_LS0002419 - 0002428.
- ERS_LS0002429 - 0002433.
- ERS_LS0002434 - 0002438.
- ERS_LS0002439 - 0002441.
- ERS_LS0002442 - 0002445.
- ERS_LS0002446 - 0002447.
- ERS_LS0002448 - 0002451.
- ERS_LS0002452 - 0002455.
- ERS_LS0002456 - 0002457.
- ERS_LS0002458 - 0002461.
- ERS_LS0002462 - 0002464.
- ERS_LS0002465 - 0002469.
- ERS_LS0002470 - 0002472.
- ERS_LS0002473 - 0002477.
- ERS_LS0002478 - 0002478.
- ERS_LS0002479 - 0002482.
- ERS_LS0002483 - 0002483.
- ERS_LS0002485 - 0002487.
- ERS_LS0002488 - 0002489.
- ERS_LS0002490 - 0002492.
- ERS_LS0002493 - 0002494.
- ERS_LS0002495 - 0002497.
- ERS_LS0002498 - 0002499.
- ERS_LS0002500 - 0002501.
- ERS_LS0002502 - 0002504.
- ERS_LS0002505 - 0002506.
- ERS_LS0002507 - 0002508.
- ERS_LS0002509 - 0002510.
- ERS_LS0002511 - 0002512.
- ERS_LS0002513 - 0002514.
- ERS_LS0002515 - 0002516.
- ERS_LS0002517 - 0002518.
- ERS_LS0002519 - 0002520.
- ERS_LS0002521 - 0002522.
- ERS_LS0002523 - 0002524.
- ERS_LS0002525 - 0002526.
- ERS_LS0002527 - 0002528.
- ERS_LS0002529 - 0002530.
- ERS_LS0002531 - 0002532.
- ERS_LS0002533 - 0002533.
- ERS_LS0002534 - 0002535.
- ERS_LS0002536 - 0002537.
- ERS_LS0002538 - 0002540.
- ERS_LS0002541 - 0002542.
- ERS_LS0002543 - 0002544.
- ERS_LS0002545 - 0002546.
- ERS_LS0002547 - 0002548.

**Exhibit 2. Materials Considered**

- ERS_LS0002549 - 0002550.
- ERS_LS0002551 - 0002552.
- ERS_LS0002553 - 0002554.
- ERS_LS0002555 - 0002556.
- ERS_LS0002557 - 0002558.
- ERS_LS0002559 - 0002560.
- ERS_LS0002561 - 0002562.
- ERS_LS0002563 - 0002564.
- ERS_LS0002565 - 0002565.
- ERS_LS0002566 - 0002567.
- ERS_LS0002568 - 0002569.
- ERS_LS0002570.
- ERS_LS0002571 - 0002572.
- ERS_LS0002573 - 0002574.
- ERS_LS0002575 - 0002576.
- ERS_LS0002577 - 0002578.
- ERS_LS0002579 - 0002580.
- ERS_LS0002581 - 0002582.
- ERS_LS0002583 - 0002584.
- ERS_LS0002585.
- ERS_LS0002586 - 0002587.
- ERS_LS0002588 - 0002589.
- ERS_LS0002590 - 0002591.
- ERS_LS0002592.
- ERS_LS0002593 - 0002594.
- ERS_LS0002595 - 0002596.
- ERS_LS0002597.
- ERS_LS0002598.
- ERS_LS0002600.
- ERS_LS0002601 - 0002602.
- ERS_LS0002603 - 0002604.
- ERS_LS0002605 - 0002606.
- ERS_LS0002607 - 0002608.
- ERS_LS0002609 - 0002610.
- ERS_LS0002611 - 0002612.
- ERS_LS0002613 - 0002613.
- ERS_LS0002614 - 0002615.
- ERS_LS0002616.
- ERS_LS0002617 - 0002618.
- ERS_LS0002619 - 0002620.
- ERS_LS0002621 - 0002622.
- ERS_LS0002623 - 0002624.
- ERS_LS0002625 - 0002626.
- ERS_LS0002627 - 0002628.
- ERS_LS0002629 - 0002630.
- ERS_LS0002631 - 0002632.
- ERS_LS0002633 - 0002634.
- ERS_LS0002635 - 0002636.
- ERS_LS0002637 - 0002638.
- ERS_LS0002639 - 0002640.
- ERS_LS0002641 - 0002642.
- ERS_LS0002643 - 0002644.
- ERS_LS0002645 - 0002646.
- ERS_LS0002647 - 0002648.
- ERS_LS0002649 - 0002650.
- ERS_LS0002651 - 0002652.
- ERS_LS0002653 - 0002654.

**Exhibit 2. Materials Considered**

- ERS_LS0002655 - 0002656.
- ERS_LS0002657 - 0002658.
- ERS_LS0002659 - 0002660.
- ERS_LS0002661 - 0002662.
- ERS_LS0002663 - 0002664.
- ERS_LS0002665 - 0002666.
- ERS_LS0002667 - 0002668.
- ERS_LS0002669 - 0002670.
- ERS_LS0002671 - 0002672.
- ERS_LS0002673 - 0002674.
- ERS_LS0002675 - 0002676.
- ERS_LS0002677 - 0002678.
- ERS_LS0002679 - 0002680.
- ERS_LS0002681 - 0002682.
- ERS_LS0002683 - 0002684.
- ERS_LS0002685 - 0002686.
- ERS_LS0002687 - 0002688.
- ERS_LS0002689 - 0002690.
- ERS_LS0002691 - 0002692.
- ERS_LS0002693 - 0002694.
- ERS_LS0002695 - 0002696.
- ERS_LS0002697 - 0002698.
- ERS_LS0002699 - 0002700.
- ERS_LS0002701 - 0002702.
- ERS_LS0002703 - 0002704.
- ERS_LS0002705 - 0002706.
- ERS_LS0002707 - 0002708.
- ERS_LS0002709 - 0002710.
- ERS_LS0002711 - 0002712.
- ERS_LS0002713 - 0002714.
- ERS_LS0002715 - 0002716.
- ERS_LS0002717 - 0002718.
- ERS_LS0002719 - 0002720.
- ERS_LS0002721 - 0002722.
- ERS_LS0002723 - 0002724.
- ERS_LS0002725 - 0002726.
- ERS_LS0002727 - 0002728.
- ERS_LS0002729 - 0002730.
- ERS_LS0002731 - 0002732.
- ERS_LS0002733 - 0002734.
- ERS_LS0002735 - 0002736.
- ERS_LS0002737 - 0002738.
- ERS_LS0002739 - 0002740.
- ERS_LS0002741 - 0002742.
- ERS_LS0002743 - 0002744.
- ERS_LS0002745 - 0002746.
- ERS_LS0002747 - 0002748.
- ERS_LS0002749 - 0002750.
- ERS_LS0002751 - 0002752.
- ERS_LS0002753 - 0002754.
- ERS_LS0002755 - 0002756.
- ERS_LS0002757 - 0002758.
- ERS_LS0002759 - 0002760.
- ERS_LS0002761 - 0002762.
- ERS_LS0002763 - 0002764.
- ERS_LS0002765 - 0002766.
- ERS_LS0002767 - 0002768.

CONFIDENTIAL

**Exhibit 2. Materials Considered**

- ERS_LS0002769 - 0002770.
- ERS_LS0002771 - 0002772.
- ERS_LS0002773 - 0002774.
- ERS_LS0002775 - 0002776.
- ERS_LS0002777 - 0002778.
- ERS_LS0002779 - 0002780.
- ERS_LS0002781 - 0002782.
- ERS_LS0002783 - 0002784.
- ERS_LS0002785 - 0002786.
- ERS_LS0002787 - 0002788.
- ERS_LS0002789 - 0002790.
- ERS_LS0002791 - 0002792.
- ERS_LS0002793 - 0002794.
- ERS_LS0002795 - 0002796.
- ERS_LS0002797 - 0002798.
- ERS_LS0002799 - 0002800.
- ERS_LS0002801 - 0002802.
- ERS_LS0002803 - 0002804.
- ERS_LS0002805 - 0002806.
- ERS_LS0002807 - 0002808.
- ERS_LS0002809 - 0002810.
- ERS_LS0002811 - 0002812.
- ERS_LS0002813 - 0002814.
- ERS_LS0002815 - 0002816.
- ERS_LS0002817 - 0002818.
- ERS_LS0002819 - 0002820.
- ERS_LS0002821 - 0002822.
- ERS_LS0002823 - 0002824.
- ERS_LS0002825 - 0002826.
- ERS_LS0002827 - 0002828.
- ERS_LS0002829 - 0002830.
- ERS_LS0002831 - 0002832.
- ERS_LS0002833 - 0002834.
- ERS_LS0002835 - 0002836.
- ERS_LS0002837 - 0002838.
- ERS_LS0002839 - 0002840.
- ERS_LS0002841 - 0002842.
- ERS_LS0002843 - 0002844.
- ERS_LS0002845 - 0002846.
- ERS_LS0002847 - 0002848.
- ERS_LS0002849 - 0002850.
- ERS_LS0002851 - 0002852.
- ERS_LS0002853 - 0002854.
- ERS_LS0002855 - 0002856.
- ERS_LS0002857 - 0002858.
- ERS_LS0002859 - 0002860.
- ERS_LS0002861 - 0002862.
- ERS_LS0002863 - 0002864.
- ERS_LS0002865 - 0002866.
- ERS_LS0002867 - 0002868.
- ERS_LS0002869 - 0002870.
- ERS_LS0002871 - 0002872.
- ERS_LS0002873 - 0002874.
- ERS_LS0002875 - 0002876.
- ERS_LS0002877 - 0002879.
- ERS_LS0002880 - 0002881.
- ERS_LS0002882 - 0002883.

## Exhibit 2. Materials Considered

- ERS_LS0002884 - 0002885.
- ERS_LS0002886 - 0002887.
- ERS_LS0002888 - 0002889.
- ERS_LS0002890 - 0002891.
- ERS_LS0002892 - 0002899.
- ERS_LS0002900 - 0002908.
- ERS_LS0002909 - 0002916.
- ERS_LS0002917 - 0002923.
- ERS_LS0002924 - 0002931.
- ERS_LS0002932 - 0002938.
- ERS_LS0002939 - 0002946.
- ERS_LS0002947 - 0002954.
- ERS_LS0002955 - 0002960.
- ERS_LS0002961 - 0002969.
- ERS_LS0002970 - 0002979.
- ERS_LS0002980 - 0002988.
- ERS_LS0002989 - 0002996.
- ERS_LS0002997 - 0003003.
- ERS_LS0003004 - 0003010.
- ERS_LS0003011 - 0003016.
- ERS_LS0003017 - 0003023.
- ERS_LS0003024 - 0003029.
- ERS_LS0003030 - 0003040.
- ERS_LS0003041 - 0003051.
- ERS_LS0003052 - 0003062.
- ERS_LS0003063 - 0003071.
- ERS_LS0003072 - 0003080.
- ERS_LS0003081 - 0003088.
- ERS_LS0003089 - 0003099.
- ERS_LS0003100 - 0003108.
- ERS_LS0003109 - 0003116.
- ERS_LS0003117 - 0003125.
- ERS_LS0003126 - 0003136.
- ERS_LS0003137 - 0003149.
- ERS_LS0003150 - 0003160.
- ERS_LS0003161 - 0003170.
- ERS_LS0003171 - 0003178.
- ERS_LS0003179 - 0003186.
- ERS_LS0003187 - 0003191.
- ERS_LS0003192 - 0003202.
- ERS_LS0003203 - 0003210.
- ERS_LS0003211 - 0003223.
- ERS_LS0003224 - 0003232.
- ERS_LS0003233 - 0003242.
- ERS_LS0003243 - 0003252.
- ERS_LS0003253 - 0003261.
- ERS_LS0003262 - 0003271.
- ERS_LS0003272 - 0003280.
- ERS_LS0003281 - 0003290.
- ERS_LS0003291 - 0003300.
- ERS_LS0003301 - 0003308.
- ERS_LS0003309 - 0003317.
- ERS_LS0003318 - 0003327.
- ERS_LS0003328 - 0003336.
- ERS_LS0003337 - 0003346.
- ERS_LS0003347 - 0003355.
- ERS_LS0003356 - 0003364.

**Exhibit 2. Materials Considered**

- ERS_LS0003365 - 0003370.
- ERS_LS0003371 - 0003380.
- ERS_LS0003381 - 0003388.
- ERS_LS0003389 - 0003397.
- ERS_LS0003398 - 0003404.
- ERS_LS0003405 - 0003411.
- ERS_LS0003412 - 0003419.
- ERS_LS0003420 - 0003426.
- ERS_LS0003427 - 0003434.
- ERS_LS0003435 - 0003441.
- ERS_LS0003442 - 0003448.
- ERS_LS0003449 - 0003455.
- ERS_LS0003456 - 0003461.
- ERS_LS0003462 - 0003468.
- ERS_LS0003469 - 0003476.
- ERS_LS0003477 - 0003484.
- ERS_LS0003485 - 0003491.
- ERS_LS0003492 - 0003498.
- ERS_LS0003499 - 0003505.
- ERS_LS0003506 - 0003512.
- ERS_LS0003513 - 0003517.
- ERS_LS0003518 - 0003523.
- ERS_LS0003524 - 0003530.
- ERS_LS0003531 - 0003531.
- ERS_LS0003532 - 0003533.
- ERS_LS0003534 - 0003535.
- ERS_LS0003536.
- ERS_LS0003537 - 0003538.
- ERS_LS0003539.
- ERS_LS0003540.
- ERS_LS0003541 - 0003542.
- ERS_LS0003543.
- ERS_LS0003544 - 0003545.
- ERS_LS0003546 - 0003547.
- ERS_LS0003548.
- ERS_LS0003549 - 0003550.
- ERS_LS0003551.
- ERS_LS0003552 - 0003553.
- ERS_LS0003554 - 0003555.
- ERS_LS0003556 - 0003557.
- ERS_LS0003558 - 0003559.
- ERS_LS0003560 - 0003561.
- ERS_LS0003562.
- ERS_LS0003563.
- ERS_LS0003564.
- ERS_LS0003565.
- ERS_LS0003567.
- ERS_LS0003568 - 0003569.
- ERS_LS0003570.
- ERS_LS0003571.
- ERS_LS0003572.
- ERS_LS0003573 - 0003574.
- ERS_LS0003575 - 0003577.
- ERS_LS0003578 - 0003579.
- ERS_LS0003580 - 0003581.
- ERS_LS0003582 - 0003583.
- ERS_LS0003584 - 0003585.

**Exhibit 2. Materials Considered**

- ERS_LS0003586 - 0003587.
- ERS_LS0003588 - 0003589.
- ERS_LS0003590 - 0003591.
- ERS_LS0003592 - 0003593.
- ERS_LS0003594 - 0003595.
- ERS_LS0003596 - 0003597.
- ERS_LS0003598 - 0003599.
- ERS_LS0003600 - 0003601.
- ERS_LS0003602 - 0003603.
- ERS_LS0003604 - 0003605.
- ERS_LS0003606 - 0003607.
- ERS_LS0003608 - 0003609.
- ERS_LS0003610 - 0003611.
- ERS_LS0003612 - 0003613.
- ERS_LS0003614 - 0003615.
- ERS_LS0003616 - 0003617.
- ERS_LS0003618 - 0003619.
- ERS_LS0003620 - 0003621.
- ERS_LS0003622 - 0003623.
- ERS_LS0003624 - 0003625.
- ERS_LS0003626 - 0003627.
- ERS_LS0003628 - 0003629.
- ERS_LS0003630 - 0003630.
- ERS_LS0003631 - 0003632.
- ERS_LS0003633 - 0003634.
- ERS_LS0003635 - 0003636.
- ERS_LS0003637 - 0003638.
- ERS_LS0003639 - 0003640.
- ERS_LS0003641 - 0003642.
- ERS_LS0003643 - 0003644.
- ERS_LS0003645 - 0003646.
- ERS_LS0003647 - 0003648.
- ERS_LS0003649 - 0003650.
- ERS_LS0003651 - 0003652.
- ERS_LS0003653 - 0003654.
- ERS_LS0003655 - 0003656.
- ERS_LS0003657 - 0003658.
- ERS_LS0003659 - 0003660.
- ERS_LS0003661 - 0003662.
- ERS_LS0003663 - 0003664.
- ERS_LS0003665 - 0003666.
- ERS_LS0003667 - 0003668.
- ERS_LS0003669 - 0003670.
- ERS_LS0003671 - 0003672.
- ERS_LS0003673 - 0003674.
- ERS_LS0003675 - 0003676.
- ERS_LS0003677 - 0003678.
- ERS_LS0003679 - 0003680.
- ERS_LS0003681 - 0003682.
- ERS_LS0003683 - 0003684.
- ERS_LS0003685 - 0003686.
- ERS_LS0003687 - 0003688.
- ERS_LS0003689 - 0003690.
- ERS_LS0003691 - 0003692.
- ERS_LS0003693 - 0003694.
- ERS_LS0003695 - 0003696.
- ERS_LS0003697 - 0003698.

**Exhibit 2. Materials Considered**

- ERS_LS0003699 - 0003700.
- ERS_LS0003701 - 0003702.
- ERS_LS0003703 - 0003704.
- ERS_LS0003705 - 0003706.
- ERS_LS0003707 - 0002708.
- ERS_LS0003709 - 0003710.
- ERS_LS0003711 - 0003712.
- ERS_LS0003713 - 0003714.
- ERS_LS0003715 - 0003716.
- ERS_LS0003717 - 0003718.
- ERS_LS0003719 - 0003720.
- ERS_LS0003721 - 0003722.
- ERS_LS0003723 - 0003724.
- ERS_LS0003725 - 0003726.
- ERS_LS0003727 - 0003728.
- ERS_LS0003729 - 0003730.
- ERS_LS0003731 - 0003732.
- ERS_LS0003733 - 0003734.
- ERS_LS0003735 - 0003736.
- ERS_LS0003737 - 0003738.
- ERS_LS0003739 - 0003740.
- ERS_LS0003741 - 0003742.
- ERS_LS0003743 - 0003744.
- ERS_LS0003745 - 0003746.
- ERS_LS0003747 - 0003748.
- ERS_LS0003749 - 0003750.
- ERS_LS0003751 - 0003752.
- ERS_LS0003753 - 0003754.
- ERS_LS0003755 - 0003756.
- ERS_LS0003757 - 0003758.
- ERS_LS0003759 - 0003760.
- ERS_LS0003761 - 0003762.
- ERS_LS0003763 - 0003764.
- ERS_LS0003765 - 0003766.
- ERS_LS0003767 - 0003768.
- ERS_LS0003769 - 0003770.
- ERS_LS0003771 - 0003772.
- ERS_LS0003773 - 0003774.
- ERS_LS0003775 - 0003776.
- ERS_LS0003777 - 0003778.
- ERS_LS0003779 - 0003780.
- ERS_LS0003781 - 0003782.
- ERS_LS0003783 - 0003784.
- ERS_LS0003785 - 0003786.
- ERS_LS0003787 - 0003788.
- ERS_LS0003789 - 0003790.
- ERS_LS0003791 - 0003792.
- ERS_LS0003793 - 0003794.
- ERS_LS0003795 - 0003796.
- ERS_LS0003797 - 0003798.
- ERS_LS0003799 - 0003800.
- ERS_LS0003801 - 0003802.
- ERS_LS0003803 - 0003804.
- ERS_LS0003805 - 0003806.
- ERS_LS0003807 - 0003808.
- ERS_LS0003809 - 0003810.
- ERS_LS0003811 - 0003812.

**Exhibit 2. Materials Considered**

- ERS_LS0003813 - 0003814.
- ERS_LS0003815 - 0003816.
- ERS_LS0003817 - 0003818.
- ERS_LS0003819 - 0003820.
- ERS_LS0003821 - 0003822.
- ERS_LS0003823 - 0003824.
- ERS_LS0003825 - 0003826.
- ERS_LS0003827 - 0003828.
- ERS_LS0003829 - 0003830.
- ERS_LS0003831 - 0003832.
- ERS_LS0003833 - 0003834.
- ERS_LS0003835 - 0003836.
- ERS_LS0003837 - 0003838.
- ERS_LS0003839 - 0003840.
- ERS_LS0003841 - 0003842.
- ERS_LS0003843 - 0003844.
- ERS_LS0003845 - 0003846.
- ERS_LS0003847 - 0003848.
- ERS_LS0003849 - 0003850.
- ERS_LS0003851 - 0003852.
- ERS_LS0003853 - 0003854.
- ERS_LS0003855 - 0003856.
- ERS_LS0003857 - 0003858.
- ERS_LS0003859 - 0003860.
- ERS_LS0003861 - 0003862.
- ERS_LS0003863 - 0003864.
- ERS_LS0003865 - 0003866.
- ERS_LS0003867 - 0003868.
- ERS_LS0003869 - 0003870.
- ERS_LS0003871 - 0003872.
- ERS_LS0003873 - 0003874.
- ERS_LS0003875 - 0003876.
- ERS_LS0003877 - 0003878.
- ERS_LS0003879 - 0003880.
- ERS_LS0003881 - 0003882.
- ERS_LS0003883 - 0003884.
- ERS_LS0003885 - 0003886.
- ERS_LS0003887 - 0003888.
- ERS_LS0003889 - 0003890.
- ERS_LS0003891 - 0003892.
- ERS_LS0003893 - 0003894.
- ERS_LS0003895 - 0003896.
- ERS_LS0003897 - 0003898.
- ERS_LS0003899 - 0003900.
- ERS_LS0003901 - 0003902.
- ERS_LS0003903 - 0003904.
- ERS_LS0003905 - 0003906.
- ERS_LS0003907 - 0003908.
- ERS_LS0003909 - 0003911.
- ERS_LS0003912 - 0003913.
- ERS_LS0003914 - 0003915.
- ERS_LS0003916 - 0003917.
- ERS_LS0003918 - 0003919.
- ERS_LS0003920 - 0003921.
- ERS_LS0003922 - 0003923.
- ERS_LS0003924 - 0003925.
- ERS_LS0003926 - 0003927.

### Exhibit 2. Materials Considered

- ERS_LS0003928 - 0003929.
- ERS_LS0003930 - 0003931.
- ERS_LS0003932 - 0003933.
- ERS_LS0003934 - 0003935.
- ERS_LS0003936 - 0003937.
- ERS_LS0003938 - 0003939.
- ERS_LS0003940 - 0003941.
- ERS_LS0003942 - 0003943.
- ERS_LS0003944 - 0003945.
- ERS_LS0003946 - 0003947.
- ERS_LS0003948 - 0003949.
- ERS_LS0003950 - 0003951.
- ERS_LS0003952 - 0003953.
- ERS_LS0003954 - 0003955.
- ERS_LS0003956 - 0003957.
- ERS_LS0003958 - 0003960.
- ERS_LS0003961 - 0003962.
- ERS_LS0003963 - 0003964.
- ERS_LS0003965 - 0003966.
- ERS_LS0003967 - 0003968.
- ERS_LS0003969 - 0003970.
- ERS_LS0003971 - 0003972.
- ERS_LS0003973 - 0003974.
- ERS_LS0003975 - 0003977.
- ERS_LS0003978 - 0003979.
- ERS_LS0003980 - 0003981.
- ERS_LS0003982 - 0003983.
- ERS_LS0003984 - 0003985.
- ERS_LS0003986 - 0003987.
- ERS_LS0003988 - 0003989.
- ERS_LS0003990 - 0003990.
- ERS_LS0003992 - 0003994.
- ERS_LS0003995 - 0003996.
- ERS_LS0003997 - 0003998.
- ERS_LS0003999 - 0004000.
- ERS_LS0004001 - 0004002.
- ERS_LS0004003 - 0004005.
- ERS_LS0004006 - 0004007.
- ERS_LS0004008 - 0004009.
- ERS_LS0004010 - 0004011.
- ERS_LS0004012 - 0004013.
- ERS_LS0004014 - 0004015.
- ERS_LS0004016 - 0004017.
- ERS_LS0004018 - 0004019.
- ERS_LS0004020 - 0004021.
- ERS_LS0004022 - 0004023.
- ERS_LS0004024 - 0004025.
- ERS_LS0004026 - 0004027.
- ERS_LS0004028 - 0004029.
- ERS_LS0004030 - 0004031.
- ERS_LS0004032 - 0004034.
- ERS_LS0004035 - 0004036.
- ERS_LS0004037 - 0004038.
- ERS_LS0004039 - 0004040.
- ERS_LS0004041 - 0004042.
- ERS_LS0004043 - 0004044.
- ERS_LS0004045 - 0004046.

## Exhibit 2. Materials Considered

- ERS_LS0004047.
- ERS_LS0004048 - 0004049.
- ERS_LS0004050 - 0004051.
- ERS_LS0004052 - 0004053.
- ERS_LS0004054 - 0004055.
- ERS_LS0004056 - 0004057.
- ERS_LS0004058 - 0004059.
- ERS_LS0004060 - 0004061.
- ERS_LS0004062 - 0004063.
- ERS_LS0004064 - 0004065.
- ERS_LS0004066 - 0004067.
- ERS_LS0004068 - 0004069.
- ERS_LS0004070 - 0004071.
- ERS_LS0004072 - 0004073.
- ERS_LS0004074 - 0004075.
- ERS_LS0004076 - 0004077.
- ERS_LS0004078 - 0004079.
- ERS_LS0004080 - 0004081.
- ERS_LS0004082 - 0004083.
- ERS_LS0004084 - 0004085.
- ERS_LS0004086 - 0004087.
- ERS_LS0004088 - 0004089.
- ERS_LS0004090 - 0004091.
- ERS_LS0004092 - 0004093.
- ERS_LS0004094 - 0004096.
- ERS_LS0004097 - 0004098.
- ERS_LS0004099 - 0004100.
- ERS_LS0004101 - 0004102.
- ERS_LS0004103 - 0004104.
- ERS_LS0004105 - 0004106.
- ERS_LS0004107 - 0004108.
- ERS_LS0004109 - 0004110.
- ERS_LS0004111 - 0004112.
- ERS_LS0004113 - 0004114.
- ERS_LS0004115 - 0004116.
- ERS_LS0004117 - 0004118.
- ERS_LS0004119 - 0004120.
- ERS_LS0004121 - 0004123.
- ERS_LS0004124 - 0004125.
- ERS_LS0004126 - 0004127.
- ERS_LS0004128 - 0004129.
- ERS_LS0004130 - 0004131.
- ERS_LS0004132 - 0004133.
- ERS_LS0004134 - 0004135.
- ERS_LS0004136 - 0004137.
- ERS_LS0004138 - 004139.
- ERS_LS0004140 - 0004141.
- ERS_LS0004142 - 0004143.
- ERS_LS0004144 - 0004145.
- ERS_LS0004146 - 0004147.
- ERS_LS0004148 - 0004149.
- ERS_LS0004150 - 0004151.
- ERS_LS0004152 - 0004153.
- ERS_LS0004154 - 0004155.
- ERS_LS0004156 - 0004157.
- ERS_LS0004158 - 0004159.
- ERS_LS0004160 - 0004161.

CONFIDENTIAL

**Exhibit 2. Materials Considered**

- ERS_LS0004162 - 0004163.
- ERS_LS0004164 - 0004165.
- ERS_LS0004166 - 0004167.
- ERS_LS0004168 - 0004169.
- ERS_LS0004170 - 0004171.
- ERS_LS0004172 - 0004173.
- ERS_LS0004174 - 0004175.
- ERS_LS0004176 - 0004177.
- ERS_LS0004178 - 0004179.
- ERS_LS0004180 - 0004181.
- ERS_LS0004182 - 0004183.
- ERS_LS0004184 - 0004185.
- ERS_LS0004186 - 0004187.
- ERS_LS0004188 - 0004189.
- ERS_LS0004190 - 0004191.
- ERS_LS0004192 - 0004193.
- ERS_LS0004194 - 0004195.
- ERS_LS0004196 - 0004197.
- ERS_LS0004198 - 0004199.
- ERS_LS0004200 - 0004201.
- ERS_LS0004202 - 0004203.
- ERS_LS0004204 - 0004205.
- ERS_LS0004206 - 0004207.
- ERS_LS0004208 - 0004209.
- ERS_LS0004210 - 0004211.
- ERS_LS0004212 - 0004213.
- ERS_LS0004214 - 0004215.
- ERS_LS0004216 - 0004217.
- ERS_LS0004218 - 0004219.
- ERS_LS0004220 - 0004221.
- ERS_LS0004222 - 0004223.
- ERS_LS0004224 - 0004225.
- ERS_LS0004226 - 0004227.
- ERS_LS0004228 - 0004229.
- ERS_LS0004230 - 0004231.
- ERS_LS0004232 - 0004233.
- ERS_LS0004234 - 0004235.
- ERS_LS0004236 - 0004237.
- ERS_LS0004238 - 0004239.
- ERS_LS0004240 - 0004241.
- ERS_LS0004242 - 0004243.
- ERS_LS0004244 - 0004245.
- ERS_LS0004246 - 0004247.
- ERS_LS0004248 - 0004249.
- ERS_LS0004250 - 0004251.
- ERS_LS0004252 - 0004253.
- ERS_LS0004254 - 0004255.
- ERS_LS0004256 - 0004257.
- ERS_LS0004258 - 0004259.
- ERS_LS0004260 - 0004261.
- ERS_LS0004262 - 0004263.
- ERS_LS0004264 - 0004265.
- ERS_LS0004266 - 0004267.
- ERS_LS0004268 - 0004269.
- ERS_LS0004270 - 0004271.
- ERS_LS0004272 - 0004273.
- ERS_LS0004274 - 0004275.

CONFIDENTIAL

## Exhibit 2. Materials Considered

- ERS_LS0004276 - 0004277.
- ERS_LS0004278 - 0004279.
- ERS_LS0004280 - 0004281.
- ERS_LS0004282 - 0004283.
- ERS_LS0004284 - 0004285.
- ERS_LS0004286 - 0004287.
- ERS_LS0004288 - 0004289.
- ERS_LS0004290 - 0004291.
- ERS_LS0004292 - 0004293.
- ERS_LS0004294 - 0004295.
- ERS_LS0004296 - 0004297.
- ERS_LS0004298 - 0004299.
- ERS_LS0004300 - 0004301.
- ERS_LS0004302 - 0004303.
- ERS_LS0004304 - 0004305.
- ERS_LS0004306 - 0004307.
- ERS_LS0004308 - 0004309.
- ERS_LS0004310 - 0004311.
- ERS_LS0004312 - 0004313.
- ERS_LS0004314 - 0004315.
- ERS_LS0004316 - 0004317.
- ERS_LS0004318 - 0004319.
- ERS_LS0004320 - 0004321.
- ERS_LS0004322 - 0004323.
- ERS_LS0004324 - 0004325.
- ERS_LS0004326 - 0004327.
- ERS_LS0004328 - 0004329.
- ERS_LS0004330 - 0004331.
- ERS_LS0004332 - 0004333.
- ERS_LS0004334 - 0004335.
- ERS_LS0004336 - 0004337.
- ERS_LS0004337 - 0004338.
- ERS_LS0004339 - 0004340.
- ERS_LS0004341 - 0004342.
- ERS_LS0004343 - 0004344.
- ERS_LS0004345 - 0004346.
- ERS_LS0004347 - 0004348.
- ERS_LS0004349 - 0004350.
- ERS_LS0004351 - 0004352.
- ERS_LS0004353 - 0004354.
- ERS_LS0004355 - 0004356.
- ERS_LS0004357 - 0004358.
- ERS_LS0004359 - 0004360.
- ERS_LS0004361 - 0004362.
- ERS_LS0004363 - 0004364.
- ERS_LS0004365 - 0004366.
- ERS_LS0004367 - 0004368.
- ERS_LS0004369 - 0004370.
- ERS_LS0004371 - 0004372.
- ERS_LS0004373 - 0004374.
- ERS_LS0004375 - 0004376.
- ERS_LS0004377 - 0004378.
- ERS_LS0004379 - 0004380.
- ERS_LS0004381 - 0004382.
- ERS_LS0004383 - 0004384.
- ERS_LS0004385 - 0004386.
- ERS_LS0004387 - 0004388.

**Exhibit 2. Materials Considered**

- ERS_LS0004389 - 0004390.
- ERS_LS0004391 - 0004392.
- ERS_LS0004393 - 0004394.
- ERS_LS0004395 - 0004396.
- ERS_LS0004397 - 0004398.
- ERS_LS0004399 - 0004400.
- ERS_LS0004400 - 0004401.
- ERS_LS0004402 - 0004403.
- ERS_LS0004404 - 0004405.
- ERS_LS0004406 - 0004407.
- ERS_LS0004408 - 0004409.
- ERS_LS0004410 - 0004411.
- ERS_LS0004412 - 0004413.
- ERS_LS0004414 - 0004415.
- ERS_LS0004416 - 0004417.
- ERS_LS0004418 - 0004419.
- ERS_LS0004420 - 0004421.
- ERS_LS0004422 - 0004423.
- ERS_LS0004424 - 0004425.
- ERS_LS0004426 - 0004427.
- ERS_LS0004428 - 0004429.
- ERS_LS0004430 - 0004431.
- ERS_LS0004432 - 0004433.
- ERS_LS0004434 - 0004435.
- ERS_LS0004436 - 0004437.
- ERS_LS0004438 - 0004439.
- ERS_LS0004440 - 0004441.
- ERS_LS0004442 - 0004443.
- ERS_LS0004444 - 0004445.
- ERS_LS0004446 - 0004447.
- ERS_LS0004448 - 0004449.
- ERS_LS0004450 - 0004451.
- ERS_LS0004452 - 0004453.
- ERS_LS0004454 - 0004455.
- ERS_LS0004456.
- ERS_LS0004457 - 0004458.
- ERS_LS0004459 - 0004460.
- ERS_LS0004461 - 0004462.
- ERS_LS0004463 - 0004464.
- ERS_LS0004465 - 0004466.
- ERS_LS0004467 - 0004468.
- ERS_LS0004469 - 0004470.
- ERS_LS0004471 - 0004472.
- ERS_LS0004473 - 0004474.
- ERS_LS0004475 - 0004476.
- ERS_LS0004477 - 0004478.
- ERS_LS0004479 - 0004480.
- ERS_LS0004481 - 0004482.
- ERS_LS0004483 - 0004484.
- ERS_LS0004485 - 0004486.
- ERS_LS0004487 - 0004488.
- ERS_LS0004489 - 0004490.
- ERS_LS0004491 - 0004492.
- ERS_LS0004493 - 0004494.
- ERS_LS0004495 - 0004496.
- ERS_LS0004497 - 0004498.
- ERS_LS0004499 - 0004500.

## Exhibit 2. Materials Considered

- ERS_LS0004501 - 0004502.
- ERS_LS0004503 - 0004504.
- ERS_LS0004505 - 0004506.
- ERS_LS0004507 - 0004508.
- ERS_LS0004509 - 0004510.
- ERS_LS0004511 - 0004512.
- ERS_LS0004513 - 0004514.
- ERS_LS0004515 - 0004516.
- ERS_LS0004517 - 0004518.
- ERS_LS0004518 - 0004519.
- ERS_LS0004520 - 0004521.
- ERS_LS0004522 - 0004523.
- ERS_LS0004524 - 0004525.
- ERS_LS0004526 - 0004527.
- ERS_LS0004528 - 0004529.
- ERS_LS0004530 - 0004531.
- ERS_LS0004532 - 0004533.
- ERS_LS0004534 - 0004535.
- ERS_LS0004536 - 0004537.
- ERS_LS0004538 - 0004539.
- ERS_LS0004540 - 0004541.
- ERS_LS0004542 - 0004543.
- ERS_LS0004544 - 0004545.
- ERS_LS0004546 - 0004547.
- ERS_LS0004548 - 0004549.
- ERS_LS0004550 - 0004551.
- ERS_LS0004552 - 0004553.
- ERS_LS0004554 - 0004555.
- ERS_LS0004556 - 0004557.
- ERS_LS0004558 - 0004559.
- ERS_LS0004560 - 0004561.
- ERS_LS0004562 - 0004563.
- ERS_LS0004564 - 0004565.
- ERS_LS0004566 - 0004567.
- ERS_LS0004568 - 0004569.
- ERS_LS0004570 - 0004571.
- ERS_LS0004572 - 0004573.
- ERS_LS0004574 - 0004575.
- ERS_LS0004576 - 0004577.
- ERS_LS0004578 - 0004579.
- ERS_LS0004579 - 0004580.
- ERS_LS0004581 - 0004582.
- ERS_LS0004583 - 0004584.
- ERS_LS0004585 - 0004586.
- ERS_LS0004587 - 0004588.
- ERS_LS0004589 - 0004590.
- ERS_LS0004591 - 0004592.
- ERS_LS0004593 - 0004594.
- ERS_LS0004595.
- ERS_LS0004596 - 0004597.
- ERS_LS0004598 - 0004599.
- ERS_LS0004600 - 0004601.
- ERS_LS0004602 - 0004605.
- ERS_LS0004606 - 0004606.
- ERS_LS0004607 - 0004608.
- ERS_LS0004609 - 0004612.
- ERS_LS0004613 - 0004613.

**Exhibit 2. Materials Considered**

- ERS_LS0004614 - 0004617.
- ERS_LS0004618 - 0004619.
- ERS_LS0004619 - 0004620.
- ERS_LS0004621 - 0004622.
- ERS_LS0004623.
- ERS_LS0004624 - 0004625.
- ERS_LS0004626 - 0004627.
- ERS_LS0004628 - 0004629.
- ERS_LS0004630 - 0004631.
- ERS_LS0004632 - 0004633.
- ERS_LS0004634 - 0004635.
- ERS_LS0004636 - 0004637.
- ERS_LS0004638 - 0004639.
- ERS_LS0004640 - 0004641.
- ERS_LS0004642 - 0004643.
- ERS_LS0004644 - 0004645.
- ERS_LS0004646 - 0004649.
- ERS_LS0004650 - 0004651.
- ERS_LS0004652 - 0004653.
- ERS_LS0004654 - 0004655.
- ERS_LS0004656 - 0004657.
- ERS_LS0004658 - 0004659.
- ERS_LS0004659 - 0004660.
- ERS_LS0004661 - 0004662.
- ERS_LS0004663.
- ERS_LS0004664 - 0004665.
- ERS_LS0004666 - 0004667.
- ERS_LS0004668 - 0004671.
- ERS_LS0004672 - 0004674.
- ERS_LS0004675.
- ERS_LS0004676 - 0004679.
- ERS_LS0004680 - 0004681.
- ERS_LS0004682.
- ERS_LS0004683 - 0004685.
- ERS_LS0004686.
- ERS_LS0004687 - 0004690.
- ERS_LS0004691 - 0004692.
- ERS_LS0004693 - 0004694.
- ERS_LS0004695 - 0004698.
- ERS_LS0004699 - 0004700.
- ERS_LS0004701 - 0004702.
- ERS_LS0004703 - 0004704.
- ERS_LS0004705 - 0004706.
- ERS_LS0004707 - 0004708.
- ERS_LS0004709 - 0004710.
- ERS_LS0004711 - 0004712.
- ERS_LS0004713 - 0004714.
- ERS_LS0004715 - 0004716.
- ERS_LS0004717.
- ERS_LS0004718 - 0004723.
- ERS_LS0004724 - 0004725.
- ERS_LS0004726 - 0004727.
- ERS_LS0004728 - 0004731.
- ERS_LS0004732 - 0004733.
- ERS_LS0004734 - 0004735.
- ERS_LS0004736 - 0004739.
- ERS_LS0004740 - 0004741.

CONFIDENTIAL

**Exhibit 2. Materials Considered**

- ERS_LS0004742.
- ERS_LS0004743 - 0004744.
- ERS_LS0004745 - 0004746.
- ERS_LS0004747 - 0004750.
- ERS_LS0004751 - 0004754.
- ERS_LS0004755.
- ERS_LS0004756 - 0004759.
- ERS_LS0004760 - 0004761.
- ERS_LS0004762.
- ERS_LS0004763 - 0004765.
- ERS_LS0004766.
- ERS_LS0004767 - 0004770.
- ERS_LS0004771 - 0004772.
- ERS_LS0004773.
- ERS_LS0004774 - 0004777.
- ERS_LS0004778 - 0004779.
- ERS_LS0004780 - 0004781.
- ERS_LS0004782 - 0004783.
- ERS_LS0004784 - 0004785.
- ERS_LS0004786 - 0004787.
- ERS_LS0004788 - 0004789.
- ERS_LS0004790 - 0004791.
- ERS_LS0004792 - 0004793.
- ERS_LS0004794 - 0004795.
- ERS_LS0004796.
- ERS_LS0004797 - 0004802.
- ERS_LS0004803 - 0004804.
- ERS_LS0004805 - 0004806.
- ERS_LS0004807 - 0004810.
- ERS_LS0004811 - 0004812.
- ERS_LS0004813.
- ERS_LS0004814 - 0004818.
- ERS_LS0004818 - 0004820.
- ERS_LS0004821.
- ERS_LS0004822.
- ERS_LS0004823 - 0004824.
- ERS_LS0004825.
- ERS_LS0004826 - 0004827.
- ERS_LS0004828 - 0004830.
- ERS_LS0004831.
- ERS_LS0004832 - 0004833.
- ERS_LS0004834 - 0004835.
- ERS_LS0004836.
- ERS_LS0004837 - 0004838.
- ERS_LS0004839 - 0004839.
- ERS_LS0004840 - 0004841.
- ERS_LS0004842 - 0004843.
- ERS_LS0004844.
- ERS_LS0004845 - 0004846.
- ERS_LS0004847 - 0004850.
- ERS_LS0004851 - 0004852.
- ERS_LS0004853.
- ERS_LS0004854 - 0004855.
- ERS_LS0004856.
- ERS_LS0004857 - 0004860.
- ERS_LS0004861 - 0004862.
- ERS_LS0004863 - 0004864.

## Exhibit 2. Materials Considered

- ERS_LS0004865 - 0004866.
- ERS_LS0004867.
- ERS_LS0004868 - 0004871.
- ERS_LS0004872 - 0004873.
- ERS_LS0004874 - 0004874.
- ERS_LS0004875 - 0004876.
- ERS_LS0004877 - 0004878.
- ERS_LS0004879 - 0004880.
- ERS_LS0004880 - 0004881.
- ERS_LS0004882 - 0004885.
- ERS_LS0004886 - 0004887.
- ERS_LS0004888 - 0004891.
- ERS_LS0004892 - 0004893.
- ERS_LS0004894 - 0004897.
- ERS_LS0004898 - 0004901.
- ERS_LS0004902 - 0004903.
- ERS_LS0004904 - 0004907.
- ERS_LS0004908 - 0004911.
- ERS_LS0004912 - 0004913.
- ERS_LS0004914 - 0004917.
- ERS_LS0004918 - 0004919.
- ERS_LS0004920 - 0004923.
- ERS_LS0004924 - 0004925.
- ERS_LS0004926 - 0004927.
- ERS_LS0004928 - 0004931.
- ERS_LS0004932 - 0004933.
- ERS_LS0004934 - 0004937.
- ERS_LS0004938 - 0004939.
- ERS_LS0004940 - 0004943.
- ERS_LS0004944 - 0004945.
- ERS_LS0004946 - 0004947.
- ERS_LS0004948 - 0004949.
- ERS_LS0004950 - 0004951.
- ERS_LS0004952 - 0004955.
- ERS_LS0004956 - 0004957.
- ERS_LS0004958 - 0004965.
- ERS_LS0004966 - 0004969.
- ERS_LS0004970 - 0004971.
- ERS_LS0004972 - 0004975.
- ERS_LS0004976 - 0004979.
- ERS_LS0004980 - 0004981.
- ERS_LS0004982 - 0004985.
- ERS_LS0004986 - 0004987.
- ERS_LS0004988 - 0004989.
- ERS_LS0004990 - 0004991.
- ERS_LS0004992 - 0004993.
- ERS_LS0004994 - 0004995.
- ERS_LS0004996 - 0004997.
- ERS_LS0004998 - 0004999.
- ERS_LS0005000 - 0005001.
- ERS_LS0005002 - 0005003.
- ERS_LS0005004 - 0005005.
- ERS_LS0005006 - 0005007.
- ERS_LS0005008 - 0005009.
- ERS_LS0005010 - 0005011.
- ERS_LS0005012 - 0005013.
- ERS_LS0005014 - 0005015.

## Exhibit 2. Materials Considered

- ERS_LS0005016 - 0005017.
- ERS_LS0005018 - 0005019.
- ERS_LS0005020 - 0005021.
- ERS_LS0005022 - 0005023.
- ERS_LS0005024 - 0005025.
- ERS_LS0005026 - 0005027.
- ERS_LS0005028 - 0005029.
- ERS_LS0005030 - 0005031.
- ERS_LS0005032 - 0005033.
- ERS_LS0005034 - 0005035.
- ERS_LS0005036 - 0005037.
- ERS_LS0005038 - 0005039.
- ERS_LS0005040 - 0005041.
- ERS_LS0005042 - 0005043.
- ERS_LS0005044 - 0005045.
- ERS_LS0005046 - 0005047.
- ERS_LS0005048 - 0005049.
- ERS_LS0005050 - 0005051.
- ERS_LS0005052.
- ERS_LS0005053 - 0005055.
- ERS_LS0005056 - 0005065.
- ERS_LS0005066 - 0005067.
- ERS_LS0005068 - 0005104.
- ERS_LS0005105 - 0005118.
- ERS_LS0005119 - 0005166.
- ERS_LS0005167 - 0005203.
- ERS_LS0005204 - 0005281.
- ERS_LS0005282 - 0005283.
- ERS_LS0005284 - 0005325.
- ERS_LS0005326 - 0005397.
- ERS_LS0005398 - 0005453.
- ERS_LS0005454 - 0005497.
- ERS_LS0005498 - 0005507.
- ERS_LS0005508 - 0005509.
- ERS_LS0005510 - 0005513.
- ERS_LS0005514 - 0005555.
- ERS_LS0005556.
- ERS_LS0005557.
- ERS_LS0005558 - 0005625.
- ERS_LS0005626 - 0005627.
- ERS_LS0005628 - 0005699.
- ERS_LS0005700 - 0005776.
- ERS_LS0005777 - 0005853.
- ERS_LS0005854 - 0005922.
- ERS_LS0005923 - 0005990.
- ERS_LS0005991 - 0006062.
- ERS_LS0006063 - 0006066.
- ERS_LS0006067 - 0006070.
- ERS_LS0006071 - 0006110.
- ERS_LS0006111 - 0006182.
- ERS_LS0006183 - 0006230.
- ERS_LS0006231.
- ERS_LS0006232 - 0006234.
- ERS_LS0006235 - 0006236.
- ERS_LS0006237 - 0006241.
- ERS_LS0006242.
- ERS_LS0006243.

**Exhibit 2. Materials Considered**

- ERS_LS0006244 - 0006258.
- ERS_LS0006259.
- ERS_LS0006260.
- ERS_LS0006261.
- ERS_LS0006262 - 0006338.
- ERS_LS0006339 - 0003640.
- ERS_LS0006341 - 0006342.
- ERS_LS0006343 - 0006344.
- ERS_LS0006345 - 0006384.
- ERS_LS0006385 - 0006424.
- ERS_LS0006425 - 0006426.
- ERS_LS0006427.
- ERS_LS0006428.
- ERS_LS0006429 - 0006496.
- ERS_LS0006497 - 0006506.
- ERS_LS0006507 - 0006550.
- ERS_LS0006551 - 0006606.
- ERS_LS0006607 - 0006610.
- ERS_LS0006611 - 0006614.
- ERS_LS0006615 - 0006654.
- ERS_LS0006655 - 0006702.
- ERS_LS0006703 - 0006750.
- ERS_LS0006751 - 0006790.
- ERS_LS0006791 - 0006838.
- ERS_LS0006839 - 0006842.
- ERS_LS0006843 - 0006852.
- ERS_LS0006853 - 0006908.
- ERS_LS0006909 - 0006952.
- ERS_LS0006953 - 0007000.
- ERS_LS0007001 - 0007122.
- ERS_LS0007123 - 0007126.
- ERS_LS0007127 - 0007170.
- ERS_LS0007171 - 0007180.
- ERS_LS0007181 - 0007236.
- ERS_LS0007237 - 0007240.
- ERS_LS0007241 - 0007257.
- ERS_LS0007258 - 0007261.
- ERS_LS0007262 - 0007305.
- ERS_LS0007306 - 0007361.
- ERS_LS0007362 - 0007371.
- ERS_LS0007372 - 0007377.
- ERS_LS0007378 - 0007426.
- ERS_LS0007427 - 0007484.
- ERS_LS0007485 - 0007488.
- ERS_LS0007489 - 0007498.
- ERS_LS0007499 - 0007542.
- ERS_LS0007543 - 0007598.
- ERS_LS0007599 - 0007600.
- ERS_LS0007601 - 0007603.
- ERS_LS0007604 - 0007606.
- ERS_LS0007607 - 0007664.
- ERS_LS0007665 - 0007713.
- ERS_LS0007714 - 0007786.
- ERS_LS0007787 - 0007827.
- ERS_LS0007828 - 0007868.
- ERS_LS0007869 - 0007941.
- ERS_LS0007942 - 0007982.

CONFIDENTIAL

**Exhibit 2. Materials Considered**

- ERS_LS0007983 - 0008055.
- ERS_LS0008056 - 0008057.
- ERS_LS0008058 - 0008059.
- ERS_LS0008060 - 0008061.
- ERS_LS0008062 - 0008119.
- ERS_LS0008120 - 0008168.
- ERS_LS0008169 - 0008172.
- ERS_LS0008173 - 0008176.
- ERS_LS0008177.
- ERS_LS0008178 - 0008184.
- ERS_LS0008185 - 0008190.
- ERS_LS0008191 - 0008197.
- ERS_LS0008198 - 0008202.
- ERS_LS0008203 - 0008208.
- ERS_LS0008209 - 0008214.
- ERS_LS0008215 - 0008220.
- ERS_LS0008221 - 0008227.
- ERS_LS0008228 - 0008232.
- ERS_LS0008233 - 0008238.
- ERS_LS0008239 - 0008243.
- ERS_LS0008244 - 0008248.
- ERS_LS0008249 - 0008252.
- ERS_LS0008253 - 0008255.
- ERS_LS0008256 - 0008258.
- ERS_LS0008259 - 0008262.
- ERS_LS0008263.
- ERS_LS0008264 - 0008267.
- ERS_LS0008268 - 0008270.
- ERS_LS0008271 - 0008274.
- ERS_LS0008275.
- ERS_LS0008276.
- ERS_LS0008277.
- ERS_LS0008278.
- ERS_LS0008279.
- ERS_LS0008280.
- ERS_LS0008281 - 0008322.
- ERS_LS0008323 - 0008325.
- ERS_LS0008326 - 0008329.
- ERS_LS0008330 - 0008331.
- ERS_LS0008332 - 0008334.
- ERS_LS0008335.
- ERS_LS0008336 - 0008340.
- ERS_LS0008341.
- ERS_LS0008342.
- ERS_LS0008343 - 0008346.
- ERS_LS0008347.
- ERS_LS0008348.
- ERS_LS0008349 - 0008352.
- ERS_LS0008353 - 0008356.
- ERS_LS0008357 - 0008405.
- ERS_LS0008406 - 0008463.
- ERS_LS0008464.
- ERS_LS0008465 - 0008467.
- ERS_LS0008468 - 0008525.
- ERS_LS0008526 - 0008574.
- ERS_LS0008575 - 0008578.
- ERS_LS0008579 - 0008584.

**Exhibit 2. Materials Considered**

- ERS_LS0008585 - 0008587.
- ERS_LS0008588 - 0008592.
- ERS_LS0008593 - 0008597.
- ERS_LS0008598 - 0008602.
- ERS_LS0008603 - 0008607.
- ERS_LS0008608 - 0008655.
- ERS_LS0008656 - 0008660.
- ERS_LS0008661 - 0008664.
- ERS_LS0008665 - 0008712.
- ERS_LS0008713 - 0008722.
- ERS_LS0008723 - 0008770.
- ERS_LS0008771 - 0008818.
- ERS_LS0008819.
- ERS_LS0008820 - 0008821.
- ERS_LS0008822.
- ERS_LS0008823 - 0008832.
- ERS_LS0008833 - 0008835.
- ERS_LS0008836 - 0008838.
- ERS_LS0008839 - 0008848.
- ERS_LS0008849 - 0008851.
- ERS_LS0008852 - 0008861.
- ERS_LS0008862 - 0008871.
- ERS_LS0008872 - 0008874.
- ERS_LS0008875 - 0008884.
- ERS_LS0008885 - 0008887.
- ERS_LS0008888 - 0008890.
- ERS_LS0008891 - 0008900.
- ERS_LS0008901 - 0008903.
- ERS_LS0008904 - 0008913.
- ERS_LS0008914 - 0008922.
- ERS_LS0008923 - 0008932.
- ERS_LS0008933 - 0008942.
- ERS_LS0008943 - 0008952.
- ERS_LS0008953 - 0008955.
- ERS_LS0008956 - 0008965.
- ERS_LS0008966 - 0008975.
- ERS_LS0008976 - 0008985.
- ERS_LS0008986 - 0008988.
- ERS_LS0008989 - 0008997.
- ERS_LS0008998 - 0009007.
- ERS_LS0009008 - 0009015.
- ERS_LS0009016 - 0009023.
- ERS_LS0009024 - 0009030.
- ERS_LS0009031 - 0009037.
- ERS_LS0009038 - 0009042.
- ERS_LS0009043 - 0009049.
- ERS_LS0009050 - 0009055.
- ERS_LS0009056 - 0009064.
- ERS_LS0009065 - 0009073.
- ERS_LS0009074 - 0009081.
- ERS_LS0009082 - 0009090.
- ERS_LS0009091 - 0009099.
- ERS_LS0009100 - 0009108.
- ERS_LS0009109.
- ERS_LS0009110 - 0009112.
- ERS_LS0009113 - 0009122.
- ERS_LS0009123 - 0009125.

**Exhibit 2. Materials Considered**

- ERS_LS0009126 - 0009135.
- ERS_LS0009136.
- ERS_LS0009137 - 0009142.
- ERS_LS0009143 - 0009148.
- ERS_LS0009149 - 0009154.
- ERS_LS0009155 - 0009159.
- ERS_LS0009160 - 0009164.
- ERS_LS0009165 - 0009168.
- ERS_LS0009169 - 0009170.
- ERS_LS0009171 - 0009174.
- ERS_LS0009175.
- ERS_LS0009176 - 0009212.
- ERS_LS0009213.
- ERS_LS0009214 - 0009261.
- ERS_LS0009262 - 0009271.
- ERS_LS0009272 - 0009281.
- ERS_LS0009282 - 0009283.
- ERS_LS0009284 - 0009298.
- ERS_LS0009299 - 0009300.
- ERS_LS0009301 - 0009302.
- ERS_LS0009303 - 0009317.
- ERS_LS0009318 - 0009319.
- ERS_LS0009320 - 0009324.
- ERS_LS0009325 - 0009334.
- ERS_LS0009335 - 0009348.
- ERS_LS0009349.
- ERS_LS0009350 - 0009351.
- ERS_LS0009352 - 0009353.
- ERS_LS0009354 - 0009355.
- ERS_LS0009356 - 0009358.
- ERS_LS0009359 - 0009360.
- ERS_LS0009361 - 0009362.
- ERS_LS0009363 - 0009365.
- ERS_LS0009366.
- ERS-AAFAF_LS0000001 - 0000048.
- ERS-AAFAF_LS0000049 - 0000052.
- ERS-AAFAF_LS0000053 - 0000056.
- ERS-AAFAF_LS0000057 - 0000059.
- ERS-AAFAF_LS0000060 - 0000062.
- ERS-AAFAF_LS0000063 - 0000078.
- ERS-AAFAF_LS0000079 - 0000080.
- ERS-AAFAF_LS0000081 - 0000083.
- ERS-AAFAF_LS0000083.
- ERS-AAFAF_LS0000084.
- ERS-AAFAF_LS0000085 - 0000156.
- ERS-AAFAF_LS0000157 - 0000220.
- ERS-AAFAF_LS0000221 - 0000262.
- ERS-AAFAF_LS0000263 - 0000339.
- ERS-AAFAF_LS0000340.
- ERS-AAFAF_LS0000341.
- ERS-AAFAF_LS0000342.
- ERS-AAFAF_LS0000343 - 0000475.
- ERS-AAFAF_LS0000476 - 0000775.
- ERS-AAFAF_LS0000776 - 0001138.
- ERS-AAFAF_LS0001139.
- ERS-AAFAF_LS0001140 - 0001146.
- ERS-AAFAF_LS0001147.

**Exhibit 2. Materials Considered**

- ERS-AAFAF_LS0001148 - 0001277.
- ERS-AAFAF_LS0001278.
- ERS-AAFAF_LS0001279.
- ERS-AAFAF_LS0001280.
- ERS-AAFAF_LS0001281.
- ERS-AAFAF_LS0001284.
- ERS-AAFAF_LS0001308 - 0001309.
- ERS-AAFAF_LS0001310 - 0001311.
- ERS-AAFAF_LS0001312 - 0001315.
- ERS-AAFAF_LS0001316 - 0001319.
- ERS-AAFAF_LS0001320.
- ERS-AAFAF_LS0001321 - 0001326.
- ERS-AAFAF_LS0001327 - 0001332.
- ERS-AAFAF_LS0001333 - 0001375.
- ERS-AAFAF_LS0001376 - 0001420.
- ERS-AAFAF_LS0001421 - 0001464.
- ERS-AAFAF_LS0001465 - 0001505.
- ERS-AAFAF_LS0001506 - 0001507.
- ERS-AAFAF_LS0001508 - 0001513.
- ERS-AAFAF_LS0001514 - 0001519.
- ERS-AAFAF_LS0001520 - 0001521.
- ERS-AAFAF_LS0001522.
- ERS-AAFAF_LS0001523 - 0001524.
- ERS-AAFAF_LS0001525 - 0001526.
- ERS-AAFAF_LS0001527 - 0001528.
- ERS-AAFAF_LS0001529 - 0001530.
- ERS-AAFAF_LS0001531.
- ERS-AAFAF_LS0001532.
- ERS-AAFAF_LS0001533.
- ERS-AAFAF_LS0001534 - 0001535.
- ERS-AAFAF_LS0001536 - 0001538.
- ERS-AAFAF_LS0001539 - 0001541.
- ERS-AAFAF_LS0001542 - 0001543.
- ERS-AAFAF_LS0001544 - 0001546.
- ERS-AAFAF_LS0001547.
- ERS-AAFAF_LS0001548 - 0001549.
- ERS-AAFAF_LS0001550 - 0001551.
- ERS-AAFAF_LS0001552.
- ERS-AAFAF_LS0001553 - 0001554.
- ERS-AAFAF_LS0001555 - 0001557.
- ERS-AAFAF_LS0001558 - 0001566.
- ERS-AAFAF_LS0001567 - 0001575.
- ERS-AAFAF_LS0001576 - 0001577.
- ERS-AAFAF_LS0001578 - 0001579.
- ERS-AAFAF_LS0001580 - 0001588.
- ERS-AAFAF_LS0001589 - 0001592.
- ERS-AAFAF_LS0001593 - 0001624.
- ERS-AAFAF_LS0001625 - 0001656.
- ERS-AAFAF_LS0001657 - 0001686.
- ERS-AAFAF_LS0001687 - 0001693.
- ERS-AAFAF_LS0001694 - 0001697.
- ERS-AAFAF_LS0001698 - 0001700.
- ERS-AAFAF_LS0001701.
- ERS-AAFAF_LS0001702.
- ERS-AAFAF_LS0001703.
- ERS-AAFAF_LS0001704.
- ERS-AAFAF_LS0001705 - 0001706.

CONFIDENTIAL

**Exhibit 2. Materials Considered**

- ERS-AAFAF_LS0001707 - 0001790.
- ERS-AAFAF_LS0001791 - 0001871.
- ERS-AAFAF_LS0001872 - 0001952.
- ERS-AAFAF_LS0001953 - 0001984.
- ERS-AAFAF_LS0001985 - 0001987.
- ERS-AAFAF_LS0001988.
- ERS-AAFAF_LS0001989 - 0001991.
- ERS-AAFAF_LS0001992 - 0001994.
- ERS-AAFAF_LS0001995 - 0001996.
- ERS-AFAF_LS0001147.
- ERS-CW_LS0000001.
- ERS-CW_LS0000002.
- ERS-CW_LS0000003.
- ERS-CW_LS0000004 - 000025.
- ERS-CW_LS0000026 - 000028.
- ERS-CW_LS0000029 - 000031.
- ERS-CW_LS0000032 - 000037.
- ERS-CW_LS0000038 - 000047.
- ERS-CW_LS0000048 - 000055.
- ERS-CW_LS0000056 - 000064.
- ERS-CW_LS0000065 - 000071.
- ERS-CW_LS0000072.
- ERS-CW_LS0000073 - 000076.
- ERS-CW_LS0000077 - 0000125.
- ERS-CW_LS0000126 - 0000183.
- ERS-CW_LS0000184 - 0000187.
- ERS-CW_LS0000188.
- ERS-CW_LS0000189.
- ERS-CW_LS0000190 - 0000231.
- ERS-CW_LS0000232 - 0000242.
- ERS-CW_LS0000243 - 0000251.
- ERS-CW_LS0000252 - 0000259.
- ERS-CW_LS0000260 - 0000265.
- ERS-CW_LS0000266 - 0000269.
- ERS-CW_LS0000270 - 0000278.
- ERS-CW_LS0000279.
- ERS-CW_LS0000280 - 0000289.
- ERS-CW_LS0000290 - 0000293.
- ERS-CW_LS0000294 - 0000295.
- ERS-CW_LS0000296.
- ERS-CW_LS0000297 - 0000299.
- ERS-CW_LS0000300.
- ERS-CW_LS0000301 - 0000303.
- ERS-CW_LS0000304.
- ERS-CW_LS0000305 - 0000308.
- ERS-CW_LS0000309 - 0000313.
- ERS-CW_LS0000314 - 0000316.
- ERS-CW_LS0000317 - 0000320.
- ERS-CW_LS0000321.
- ERS-CW_LS0000322.
- ERS-CW_LS0000323.
- ERS-CW_LS0000324.
- ERS-CW_LS0000325.
- ERS-CW_LS0000326.
- ERS-CW_LS0000327.
- ERS-CW_LS0000328 - 0000330.
- ERS-CW_LS0000331 - 0000332.

**Exhibit 2. Materials Considered**

- ERS-CW_LS0000333.
- ERS-CW_LS0000334 - 0000338.
- ERS-CW_LS0000339 - 0000340.
- ERS-CW_LS0000341 - 0000343.
- ERS-CW_LS0000344 - 0000345.
- ERS-CW_LS0000346 - 0000349.
- ERS-CW_LS0000350 - 0000353.
- ERS-CW_LS0000354 - 0000357.
- ERS-CW_LS0000358.
- ERS-CW_LS0000359 - 0000368.
- ERS-CW_LS0000369 - 0000375.
- ERS-CW_LS0000376 - 0000378.
- ERS-CW_LS0000379 - 0000383.
- ERS-CW_LS0000384.
- ERS-CW_LS0000385.
- ERS-CW_LS0000386 - 0000387.
- ERS-CW_LS0000388 - 0000392.
- ERS-CW_LS0000393.
- ERS-CW_LS0000394 - 0000395.
- ERS-CW_LS0000396.
- ERS-CW_LS0000397.
- ERS-CW_LS0000398.
- ERS-CW_LS0000399 - 0000419.
- ERS-CW_LS0000420 - 0000428.
- ERS-CW_LS0000429 - 0000433.
- ERS-CW_LS0000434 - 0000437.
- ERS-CW_LS0000438 - 0000440.
- ERS-CW_LS0000441 - 0000444.
- ERS-CW_LS0000445 - 0000448.
- ERS-CW_LS0000449.
- FOMB_ERS_00000001.
- FOMB_ERS_00000002 - 00000047.
- FOMB_ERS_00000048.
- FOMB_ERS_00000049 - 00000094.
- FOMB_ERS_00000095.
- FOMB_ERS_00000096 - 00000141.
- FOMB_ERS_00000142.
- FOMB_ERS_00000143 - 00000188.
- FOMB_ERS_00000189 - 00000190.
- FOMB_ERS_00000191 - 00000236.
- FOMB_ERS_00000237 - 00000238.
- FOMB_ERS_00000239.
- FOMB_ERS_00000285.
- FOMB_ERS_00000286 - 00000458.
- FOMB_ERS_00000459 - 00000460.
- FOMB_ERS_00000461 - 00000558.
- FOMB_ERS_00000559.
- FOMB_ERS_00000560 - 00000628.
- FOMB_ERS_00000629.
- FOMB_ERS_00000630 - 00000645.
- FOMB_ERS_00000646.
- FOMB_ERS_00000647 - 00000654.
- FOMB_ERS_00000655.
- FOMB_ERS_00000656 - 00000712.
- FOMB_ERS_00000713.
- FOMB_ERS_00000714.
- FOMB_ERS_00000715 - 00000760.

**Exhibit 2. Materials Considered**

- FOMB_ERS_00000761.
- FOMB_ERS_00000762.
- FOMB_ERS_00000763 - 00000876.
- FOMB_ERS_00000877 - 00000899.
- FOMB_ERS_00000900 - 00000932.
- FOMB_ERS_00000933 - 00000949.
- FOMB_ERS_00000950 - 00000953.
- FOMB_ERS_00000954 - 00000999.
- FOMB_ERS_00001000.
- FOMB_ERS_00001001 - 00001003.
- FOMB_ERS_00001004.
- FOMB_ERS_00001005.
- FOMB_ERS_00001006.
- FOMB_ERS_00001007.
- FOMB_ERS_00001008.
- FOMB_ERS_00001009.
- FOMB_ERS_00001010.
- FOMB_ERS_00001011 - 00001015.
- FOMB_ERS_00001016 - 00001030.
- FOMB_ERS_00001031 - 00001084.
- FOMB_ERS_00001086 - 00001219.
- FOMB_ERS_00001220.
- FOMB_ERS_00001221.
- FOMB_ERS_00001222.
- FOMB_ERS_00001223 - 00001238.
- FOMB_ERS_00001239 - 00001263.
- FOMB_ERS_00001264 - 00001289.
- FOMB_ERS_00001290 - 00001315.
- FOMB_ERS_00001325.
- FOMB_ERS_00001326.
- FOMB_ERS_00001327.
- FOMB_ERS_00001328.
- FOMB_ERS_00001329.
- FOMB_ERS_00001330.
- FOMB_ERS_00001331.
- FOMB_ERS_00001332.
- FOMB_ERS_00001333.
- FOMB_ERS_00001334.
- FOMB_ERS_00001335.
- FOMB_ERS_00001336.
- FOMB_ERS_00001337 - 00001376.
- FOMB_ERS_00001377 - 00001415.
- FOMB_ERS_00001416.
- FOMB_ERS_00001417 - 00001432.
- FOMB_ERS_00001433 - 00001469.
- FOMB_ERS_00001470 - 00001506.
- FOMB_ERS_00001525.
- FOMB_ERS_00001526.
- FOMB_ERS_00001527.
- FOMB_ERS_00001528.
- FOMB_ERS_00001529.
- FOMB_ERS_00001530.
- FOMB_ERS_00001531.
- FOMB_ERS_00001532.
- FOMB_ERS_00001533.
- FOMB_ERS_00001534.
- FOMB_ERS_00001535.

**Exhibit 2. Materials Considered**

- FOMB_ERS_00001536.
- FOMB_ERS_00001537.
- FOMB_ERS_00001538.
- FOMB_ERS_00001539.
- FOMB_ERS_00001540.
- FOMB_ERS_00001541.
- FOMB_ERS_00001542.
- FOMB_ERS_00001543.
- FOMB_ERS_00001544.
- FOMB_ERS_00001545.
- FOMB_ERS_00001546 - 00001547.
- FOMB_ERS_00001548 - 00001585.
- FOMB_ERS_00001586 - 00001633.
- FOMB_ERS_00001634 - 00001682.
- FOMB_ERS_00001683 - 00001719.
- FOMB_ERS_00001720 - 00001722.
- FOMB_ERS_00001723 - 00001726.
- FOMB_ERS_00001727 - 00001735.
- FOMB_ERS_00001736.
- FOMB_ERS_00001737 - 00001752.
- FOMB_ERS_00001753 - 00001789.
- FOMB_ERS_00001790 - 00001826.
- FOMB_ERS_00001845.
- FOMB_ERS_00001846.
- FOMB_ERS_00001847.
- FOMB_ERS_00001848.
- FOMB_ERS_00001849.
- FOMB_ERS_00001850.
- FOMB_ERS_00001851.
- FOMB_ERS_00001852.
- FOMB_ERS_00001853.
- FOMB_ERS_00001854.
- FOMB_ERS_00001855.
- FOMB_ERS_00001856.
- FOMB_ERS_00001857.
- FOMB_ERS_00001858.
- FOMB_ERS_00001859.
- FOMB_ERS_00001860.
- FOMB_ERS_00001861.
- FOMB_ERS_00001862.
- FOMB_ERS_00001863.
- FOMB_ERS_00001864.
- FOMB_ERS_00001865.
- FOMB_ERS_00001866 - 00001902.
- FOMB_ERS_00001903 - 00001934.
- FOMB_ERS_00001935 - 00001938.
- FOMB_ERS_00001939 - 00001940.
- FOMB_ERS_00001941.
- FOMB_ERS_00001942 - 00001957.
- FOMB_ERS_00001958 - 00001994.
- FOMB_ERS_00001995 - 00002031.
- FOMB_ERS_00002050.
- FOMB_ERS_00002051.
- FOMB_ERS_00002052.
- FOMB_ERS_00002053.
- FOMB_ERS_00002054.
- FOMB_ERS_00002055.

CONFIDENTIAL

**Exhibit 2. Materials Considered**

- FOMB_ERS_00002056.
- FOMB_ERS_00002057.
- FOMB_ERS_00002058.
- FOMB_ERS_00002059.
- FOMB_ERS_00002060.
- FOMB_ERS_00002061.
- FOMB_ERS_00002062.
- FOMB_ERS_00002063.
- FOMB_ERS_00002064.
- FOMB_ERS_00002065.
- FOMB_ERS_00002066.
- FOMB_ERS_00002068.
- FOMB_ERS_00002069.
- FOMB_ERS_00002070.
- FOMB_ERS_00002071 - 00002077.
- FOMB_ERS_00002078.
- FOMB_ERS_00002079.
- FOMB_ERS_00002080 - 00002084.
- FOMB_ERS_00002085.
- FOMB_ERS_00002086 - 00002143.
- FOMB_ERS_00002144 - 00002192.
- FOMB_ERS_00002193 - 00002196.
- FOMB_ERS_00002197 - 00002199.
- FOMB_ERS_00002200 - 00002202.
- FOMB_ERS_00002203 - 00002260.
- FOMB_ERS_00002261 - 00002309.
- FOMB_ERS_00002310 - 00002313.
- FOMB_ERS_00002314 - 00002316.
- FOMB_ERS_00002317 - 00002319.
- FOMB_ERS_00002320 - 00002321.
- FOMB_ERS_00002322 - 00002325.
- FOMB_ERS_00002326 - 00002450.
- FOMB_ERS_00002451 - 00002452.
- FOMB_ERS_00002453 - 00002455.
- FOMB_ERS_00002456 - 00002457.
- FOMB_ERS_00002458 - 00002472.
- FOMB_ERS_00002473 - 00002508.
- FOMB_ERS_00002509.
- FOMB_ERS_00002510.
- FOMB_ERS_00002511.
- FOMB_ERS_00002512.
- FOMB_ERS_00002513.
- FOMB_ERS_00002514.
- FOMB_ERS_00002515.
- FOMB_ERS_00002516.
- FOMB_ERS_00002517.
- FOMB_ERS_00002518.
- FOMB_ERS_00002519.
- FOMB_ERS_00002520.
- FOMB_ERS_00002521.
- FOMB_ERS_00002522.
- FOMB_ERS_00002523.
- FOMB_ERS_00002524.
- FOMB_ERS_00002525.
- FOMB_ERS_00002526.
- FOMB_ERS_00002527 - 00006463.
- FOMB_ERS_00006464.

**Exhibit 2. Materials Considered**

- FOMB_ERS_00006465.
- FOMB_ERS_00006466.
- FOMB_ERS_00006467.
- FOMB_ERS_00006468.
- FOMB_ERS_00006469.
- FOMB_ERS_00006470.
- FOMB_ERS_00006471.
- FOMB_ERS_00006472.
- FOMB_ERS_00006473.
- FOMB_ERS_00006474.
- FOMB_ERS_00006475.
- FOMB_ERS_00006476.
- FOMB_ERS_00006477.
- FOMB_ERS_00006478.
- FOMB_ERS_00006479 - 00006480.
- FOMB_ERS_00006481 - 00006495.
- FOMB_ERS_00006496 - 00006531.
- FOMB_ERS_00006532.
- FOMB_ERS_00006533.
- FOMB_ERS_00006534 - 00006549.
- FOMB_ERS_00006550 - 0000625.
- FOMB_ERS_00006626.
- FOMB_ERS_00006627 - 00006637.
- FOMB_ERS_00006638 - 00006693.
- FOMB_ERS_00006694.
- FOMB_ERS_00006695 - 00006704.
- FOMB_ERS_00006705 - 00006754.
- FOMB_ERS_00006755.
- FOMB_ERS_00006756.
- FOMB_ERS_00006757 - 00006795.
- FOMB_ERS_00006841.
- FOMB_ERS_00006842.
- FOMB_ERS_00006843.
- FOMB_ERS_00006844.
- FOMB_ERS_00006845.
- FOMB_ERS_00006846.
- FOMB_ERS_00006847.
- FOMB_ERS_00006848.
- FOMB_ERS_00006849.
- FOMB_ERS_00006850.
- FOMB_ERS_00006851.
- FOMB_ERS_00006852.
- FOMB_ERS_00006853 - 00006854.
- FOMB_ERS_00006855 - 00006862.
- FOMB_ERS_00006863 - 00006908.
- FOMB_ERS_00006909.
- FOMB_ERS_00006910 - 00006911.
- FOMB_ERS_00006912 - 00006952.
- FOMB_ERS_00006953.
- FOMB_ERS_00006954 - 00006968.
- FOMB_ERS_00006969 - 00006971.
- FOMB_ERS_00006972 - 00007012.
- FOMB_ERS_00007013.
- FOMB_ERS_00007014 - 00007028.
- FOMB_ERS_00007029.
- FOMB_ERS_00007030.
- FOMB_ERS_00007031 - 00007067.

**Exhibit 2. Materials Considered**

- FOMB_ERS_00007068 - 00007104.
- FOMB_ERS_00007123.
- FOMB_ERS_00007124.
- FOMB_ERS_00007125.
- FOMB_ERS_00007126.
- FOMB_ERS_00007127.
- FOMB_ERS_00007128.
- FOMB_ERS_00007129.
- FOMB_ERS_00007130.
- FOMB_ERS_00007131.
- FOMB_ERS_00007132.
- FOMB_ERS_00007133.
- FOMB_ERS_00007134.
- FOMB_ERS_00007135.
- FOMB_ERS_00007136.
- FOMB_ERS_00007137.
- FOMB_ERS_00007138.
- FOMB_ERS_00007139.
- FOMB_ERS_00007140.
- FOMB_ERS_00007141.
- FOMB_ERS_00007142.
- FOMB_ERS_00007143.
- FOMB_ERS_00007144.
- FOMB_ERS_00007145.
- FOMB_ERS_00007146 - 00007161.
- FOMB_ERS_00007162 - 00007186.
- FOMB_ERS_00007187 - 00007212.
- FOMB_ERS_00007213 - 00007238.
- FOMB_ERS_00007248.
- FOMB_ERS_00007249.
- FOMB_ERS_00007250.
- FOMB_ERS_00007251.
- FOMB_ERS_00007252.
- FOMB_ERS_00007253.
- FOMB_ERS_00007254.
- FOMB_ERS_00007255.
- FOMB_ERS_00007256.
- FOMB_ERS_00007257.
- FOMB_ERS_00007258.
- FOMB_ERS_00007259 - 00007260.
- FOMB_ERS_00007261 - 00007298.
- FOMB_ERS_00007299 - 00007346.
- FOMB_ERS_00007347 - 00007395.
- FOMB_ERS_00007396 - 00007432.
- FOMB_ERS_00007433 - 00007435.
- FOMB_ERS_00007436 - 00007439.
- FOMB_ERS_00007440 - 00007448.
- FOMB_ERS_00007449 - 00007450.
- FOMB_ERS_00007449.
- FOMB_ERS_00007451 - 00007575.
- FOMB_ERS_00007576.
- FOMB_ERS_00007577 - 00007578.
- FOMB_ERS_00007579.
- FOMB_ERS_00007580 - 00007581.
- FOMB_ERS_00007580.
- FOMB_ERS_00007582.
- FOMB_ERS_00007583 - 00007884.

**Exhibit 2. Materials Considered**

- FOMB_ERS_00007885.
- FOMB_ERS_00007886 - 00007901.
- FOMB_ERS_00007902 - 00007938.
- FOMB_ERS_00007939 - 00007975.
- FOMB_ERS_00007994.
- FOMB_ERS_00007995.
- FOMB_ERS_00007996.
- FOMB_ERS_00007997.
- FOMB_ERS_00007998.
- FOMB_ERS_00007999.
- FOMB_ERS_00008000.
- FOMB_ERS_00008001.
- FOMB_ERS_00008002.
- FOMB_ERS_00008003.
- FOMB_ERS_00008004.
- FOMB_ERS_00008005.
- FOMB_ERS_00008006.
- FOMB_ERS_00008007.
- FOMB_ERS_00008008.
- FOMB_ERS_00008009.
- FOMB_ERS_00008010.
- FOMB_ERS_00008011.
- FOMB_ERS_00008012.
- FOMB_ERS_00008013.
- FOMB_ERS_00008014.
- FOMB_ERS_00008015 - 00008016.
- FOMB_ERS_00008017 - 00008054.
- FOMB_ERS_00008055 - 00008102.
- FOMB_ERS_00008103 - 00008151.
- FOMB_ERS_00008152 - 00008188.
- FOMB_ERS_00008189 - 00008191.
- FOMB_ERS_00008192 - 00008195.
- FOMB_ERS_00008196 - 00008204.
- FOMB_ERS_00008205 - 00008211.
- FOMB_ERS_00008205.
- FOMB_ERS_00008212.
- FOMB_ERS_00008213 - 00008252.
- FOMB_ERS_00008253.
- FOMB_ERS_00008254 - 00008269.
- FOMB_ERS_00008270 - 00008306.
- FOMB_ERS_00008307 - 00008343.
- FOMB_ERS_00008362.
- FOMB_ERS_00008363.
- FOMB_ERS_00008364.
- FOMB_ERS_00008365.
- FOMB_ERS_00008366.
- FOMB_ERS_00008367.
- FOMB_ERS_00008368.
- FOMB_ERS_00008369.
- FOMB_ERS_00008370.
- FOMB_ERS_00008371.
- FOMB_ERS_00008372.
- FOMB_ERS_00008373.
- FOMB_ERS_00008374.
- FOMB_ERS_00008375.
- FOMB_ERS_00008376.
- FOMB_ERS_00008377.

**Exhibit 2. Materials Considered**

- FOMB_ERS_00008378.
- FOMB_ERS_00008380.
- FOMB_ERS_00008381.
- FOMB_ERS_00008382 - 00008384.
- FOMB_ERS_00008385 - 00008457.
- FOMB_ERS_00008458.
- FOMB_ERS_00008459 - 00008501.
- FOMB_ERS_00008502.
- FOMB_ERS_00008503 - 00008504.
- FOMB_ERS_00008505 - 00008542.
- FOMB_ERS_00008543 - 00008590.
- FOMB_ERS_00008591 - 00008639.
- FOMB_ERS_00008640 - 00008676.
- FOMB_ERS_00008677 - 00008679.
- FOMB_ERS_00008680 - 00008683.
- FOMB_ERS_00008684 - 00008692.
- FOMB_ERS_00008693 - 00008704.
- FOMB_ERS_00008705.
- FOMB_ERS_00008706 - 00008707.
- FOMB_ERS_00008708 - 00008745.
- FOMB_ERS_00008746 - 00008793.
- FOMB_ERS_00008794 - 00008842.
- FOMB_ERS_00008843 - 00008879.
- FOMB_ERS_00008880 - 00008882.
- FOMB_ERS_00008883 - 00008886.
- FOMB_ERS_00008887 - 00008895.
- FOMB_ERS_00008896.
- FOMB_ERS_00008897 - 00008977.
- FOMB_ERS_00008978.
- FOMB_ERS_00008979 - 00008983.
- FOMB_ERS_00008984.
- FOMB_ERS_00008985 - 00009000.
- FOMB_ERS_00009001 - 00009037.
- FOMB_ERS_00009038 - 00009094.
- FOMB_ERS_00009093.
- FOMB_ERS_00009094.
- FOMB_ERS_00009095.
- FOMB_ERS_00009096.
- FOMB_ERS_00009097.
- FOMB_ERS_00009098.
- FOMB_ERS_00009099.
- FOMB_ERS_00009100.
- FOMB_ERS_00009101.
- FOMB_ERS_00009102.
- FOMB_ERS_00009103.
- FOMB_ERS_00009104.
- FOMB_ERS_00009105.
- FOMB_ERS_00009106.
- FOMB_ERS_00009107.
- FOMB_ERS_00009108.
- FOMB_ERS_00009109.
- FOMB_ERS_00009110.
- FOMB_ERS_00009111.
- FOMB_ERS_00009112.
- FOMB_ERS_00009113.
- FOMB_ERS_00009114 - 00009159.
- FOMB_ERS_00009160.

## Exhibit 2. Materials Considered

- FOMB_ERS_00009161 - 00009162.
- FOMB_ERS_00009163 - 00009200.
- FOMB_ERS_00009201 - 00009248.
- FOMB_ERS_00009249 - 00009297.
- FOMB_ERS_00009298 - 00009334.
- FOMB_ERS_00009335 - 00009337.
- FOMB_ERS_00009338 - 00009341.
- FOMB_ERS_00009342 - 00009350.
- FOMB_ERS_00009351.
- FOMB_ERS_00009352 - 00009367.
- FOMB_ERS_00009368 - 00009404.
- FOMB_ERS_00009405 - 00009441.
- FOMB_ERS_00009460.
- FOMB_ERS_00009461.
- FOMB_ERS_00009462.
- FOMB_ERS_00009463.
- FOMB_ERS_00009464.
- FOMB_ERS_00009465.
- FOMB_ERS_00009466.
- FOMB_ERS_00009467.
- FOMB_ERS_00009468.
- FOMB_ERS_00009469.
- FOMB_ERS_00009470.
- FOMB_ERS_00009471.
- FOMB_ERS_00009472.
- FOMB_ERS_00009473.
- FOMB_ERS_00009474.
- FOMB_ERS_00009475.
- FOMB_ERS_00009476.
- FOMB_ERS_00009477 .
- FOMB_ERS_00009478.
- FOMB_ERS_00009479.
- FOMB_ERS_00009480.
- FOMB_ERS_00009481 - 00009614.
- FOMB_ERS_00009615.
- FOMB_ERS_00009616 - 00009749.
- PR-ERS-000000020 - 000000022.
- PR-ERS-000000023 - 000000028.
- PR-ERS-000000029 - 000000037.
- PR-ERS-000000038 - 000000041.
- PR-ERS-000000042 - 000000047.
- PR-ERS-000000048 - 000000056.
- PR-ERS-000002529 - 000002816.
- PR-ERS-000003590 - 000005146.
- PR-ERS-000004602 - 000004627.

**Others:**
- "Bradford Cornell: Summary of Testimony, dated October 29, 2016," October 29, 2016.
- "Covered Entities Under the PROMESA Act," Financial Oversight and Management Board for Puerto Rico, October 30, 2016.
- "Employee's Retirement System of the Government of the Commonwealth of Puerto Rico - Fiduciary Net Position-Pension Benefits - As of June 30, 2016," Estado Libre Asociado de Puerto Rico.
- "Employee's Retirement System of the Government of the Commonwealth of Puerto Rico - Summary of Fiduciary Net Position-Pension Benefits - As of June 30, 2015," Estado Libre Asociado de Puerto Rico.
- "Employee's Retirement System of the Government of the Commonwealth of Puerto Rico - Summary of Fiduciary Net Position-Pension Benefits - As of June 30, 2016," Estado Libre Asociado de Puerto Rico.
- "Exhibit I - 19 L.P.R.A.§ 2265," Westlaw.

## Exhibit 2. Materials Considered

- "Exhibit J - 2008 19 L.P.R.A. § 2106," LexisNexis.
- "Grand Bargain," Encyclopaedia of Detroit, accessed April 15, 2019.
- "Overview of 2019 Fiscal Plan for Puerto Rico," Financial Oversight and Management Board for Puerto Rico, May 9, 2019.
- "Post Registration Consultation," Oficina del Contralor - Estado Libre Asociado de Puerto Rico, https://www.ocpr.gov.pr/registros/consulta-de-registro-de-contratos/ (accessed May 27, 2019).
- "Presentation on Centro de Recaudación de Ingresos Muinicipales de Puerto Rico (CRIM) and Municipalities," Financial Oversight and Management Board for Puerto Rico.
- "Puerto Rico Public Corporation Debt Enforcement and Recovery Act, 2014 P.R. Laws Act No. 71.," 128 Harvard  Law Review 1320 (2015).
- "Rescuing the Puerto Rico Retirement Systems - Implementing Permanent Solutions," February 27, 2013.
- "S&P Dow Jones Indices: Fixed Income S&P Municipal Bond High Yield Index," S&P Dow Jones Indices, LLC., April 30, 2019.
- "S&P Dow Jones Indices: Fixed Income S&P Municipal Bond Index," S&P Dow Jones Indices, LLC., April 30, 2019.
- "S&P Dow Jones Indices: Fixed Income S&P Municipal Bond Puerto Rico General Obligation Index," S&P Dow Jones Indices, LLC., April 30, 2019.
- "S&P Dow Jones Indices: Fixed Income S&P Municipal Bond Puerto Rico Index," S&P Dow Jones Indices, LLC., April 30, 2019.
- "S&P Municipal Bond Index Methodology," S&P Dow Jones Indices, LLC., January 2019.
- "Selected Events Relating to Puerto Rico Debt Obligations (2013-2016)."
- "Types of Retirement Plans," U.S. Department of Labor, *https://www.dol.gov/general/topic/retirement/typesofplans* (Accessed May 27, 2019).
- "Unanimous Written Consent Certifying the Revised New Fiscal Plan," Financial Oversight and Management Board for Puerto Rico, May 30, 2018.
- Bradford Cornell Expert Testimony Presentation, Case No. 16-CV-02696, January 20, 2017.
- Bradford Cornell Expert Testimony Presentation, Case No. 16-CV-02696, November 3 2016.
- Circular Letter No. 1300-46-17, "Exhibit N - Matter: Implementation of PayGo Retirement System," Government of Puerto Rico Department of the Treasury, June 27, 2017.
- Conway Mackenzie, Inc., "Commonwealth Historical Reporting."
- Conway Mackenzie, Inc., "Liquidity Plan - Bridge from 1/28 Forecast to Fiscal Plan."
- Financial Oversight and Management Board for Puerto Rico, "Board Resolution Adopted on March 13, 2017," March 13, 2017.
- Financial Oversight and Management Board for Puerto Rico, "Minutes - Eighth Meeting of the Board," June 30, 2017.
- Financial Oversight and Management Board for Puerto Rico, "Minutes - Eleventh Meeting of the Board," December 5, 2017.
- Financial Oversight and Management Board for Puerto Rico, "Minutes - Fifth Meeting of the Board," March 13, 2017.
- Financial Oversight and Management Board for Puerto Rico, "Minutes - First Meeting of the Board," September 30, 2016.
- Financial Oversight and Management Board for Puerto Rico, "Minutes - Fourth Meeting of the Board," January 28, 2017.
- Financial Oversight and Management Board for Puerto Rico, "Minutes - Ninth Meeting of the Board," August 4, 2017.
- Financial Oversight and Management Board for Puerto Rico, "Minutes - Seventh Meeting of the Board," April 28, 2017.
- Financial Oversight and Management Board for Puerto Rico, "Minutes - Sixth Meeting of the Board," March 31, 2017.
- Financial Oversight and Management Board for Puerto Rico, "Minutes - Tenth Meeting of the Board," October 31, 2017.
- Financial Oversight and Management Board for Puerto Rico, "Minutes - Thirteenth Meeting of the Board," April 20, 2018.
- Geller, Hannah, "Reforming Municipal Bankruptcy: Lessons From Puerto Rico." University of Puerto Rico Business Law Journal 7, no. 1 (2015).
- Jane Rose Reporting, "Exhibit P - US District Court - Puerto Rico - The Financial Oversight and Management Board for Puerto Rico v. Altair Global Video Deposition," October 24, 2017.
- José B. Carrión III Keynote Speech at the 2018 Puerto Rico Investment Summit - Transcript, February 12, 2018.
- Letter from Bond Counsel to establish validity of ERS Bond Series B issuance, Fiddler Gonzalez & Rodriguez, P.S.C., June 2 2008.
- Letter to Governor Fortuno, Commission on Puerto Rico Government Pension Systems Reform, October 21, 2010.
- Letter to Governor García Padilla and Governor-Elect Rosselló Nevares, Financial Oversight and Management Board for Puerto Rico, December 20, 2016.
- Letter to Governor García Padilla, Financial Oversight and Management Board for Puerto Rico, November 23, 2016.
- Letter to Governor Rosselló Nevares, Financial Oversight and Management Board for Puerto Rico, February 21, 2019.
- Letter to Governor Rosselló Nevares, Financial Oversight and Management Board for Puerto Rico, January 18, 2017.

CONFIDENTIAL

## Exhibit 2. Materials Considered

- Letter to Governor Rosselló Nevares, Financial Oversight and Management Board for Puerto Rico, March 9, 2017.
- Letter to Governor Rosselló Nevares, Financial Oversight and Management Board for Puerto Rico, May 11, 2019.
- Letter to Governor Rosselló Nevares, Financial Oversight and Management Board for Puerto Rico, May 9, 2019.
- Letter to Governor Rosselló Nevares, Financial Oversight and Management Board for Puerto Rico, November 27, 2017.
- Letter to Governor Rosselló Nevares, President Rivera Schatz, and Speaker Méndez Núñez Financial Oversight and Management Board for Puerto Rico, October 24, 2018.
- Letter to Governor Rosselló Nevares, President Rivera Schatz, and Speaker Méndez Núñez, Financial Oversight and Management Board for Puerto Rico, June 29, 2018.
- Letter to Governor Rosselló Nevares, President Rivera Schatz, and Speaker Méndez Núñez, Financial Oversight and Management Board for Puerto Rico, May 17, 2019.
- Letter to Governor-elect Rosselló, December 28, 2016.
- Letter to José B. Carrión, Governor of Puerto Rico Ricardo Rosselló Nevares, January 20, 2017.
- Letter to José B. Carrión, November 29, 2016.
- Letter to President Trump, Financial Oversight and Management Board for Puerto Rico, October 6, 2017.
- Letter to Secretary Maldonado Gautier and Executive Director Collazo Rodríguez, Financial Oversight and Management Board for Puerto Rico, April 30, 2019.
- National Association of Public Pension Attorneys (NAPPA) Conference, "Pensions and Municipal Bankruptcy - Important Concepts and Issues For Public Pension Attorneys (Plus the Detroit Perspective," June 26, 2015.
- Presentation, "Commonwealth of Puerto Rico - Investor Outreach," March 22, 2013.
- Press Conference, Financial Oversight and Management Board for Puerto Rico on May 6.
- S&P Global Ratings, "Guide to Credit Rating Essentials - What are credit ratings and how do they work?," spratings.com/understanding-ratings (Accessed May 27, 2019).
- Sánchez-Sifonte, Elías F., "Re: Response Letter to Oversight Board," Governor's Office of Puerto Rico, January 4, 2017.
- Wang, Qiushi & Peng, Jun, "An Empirical Analysis of State and Local Public Pension Plan Funded Ratio Change, 2001-2009," The American Review of Public Administration, January 1, 2016, Volume 46, Issue 1, pp. 75-91.
- West, Darrell, Palmira N. Rios Gonzalez, David Hitchcock, and Barry P. Bosworth, "The Debt Crisis in Puerto Rico," The Brookings Institution, November 6, 2014.