# **EXHIBIT E**

### Summary of Segal Consulting Hours Worked and Fees Incurred

| Name | Title | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Billed |
|---|---|---|---|---|---|
| Baty-Barr, Robert | Analyst | Pension | 270.00 | 88.30 | 23,841.00 |
| Bridges, Geoffrey W. | Actuary | Pension | 470.00 | 58.50 | 27,495.00 |
| Coulter, Sunday | Manager, Design and Content | Pension | 220.00 | 2.60 | 572.00 |
| Faucette, Jonathan G. | VP & Design Consultant | Pension | 340.00 | 2.20 | 748.00 |
| Itzcowitz, Jacob | Sr Analyst | Pension | 360.00 | 22.50 | 8,100.00 |
| Libauskas, Jacob | Actuary | Pension | 430.00 | 345.80 | 148,694.00 |
| Nicholl, Kim M. | Senior Vice President | Pension | 710.00 | 199.30 | 141,503.00 |
| Powell, Matthew | Actuary | Pension | 410.00 | 52.60 | 21,566.00 |
| Reusz, Dan | Senior Analyst | Pension | 340.00 | 21.50 | 7,310.00 |
| Scarpa, Jonathan P. | Actuary | Pension | 410.00 | 20.30 | 8,323.00 |
| Stoyanovich, Michael J. | VP & Sr. Consultant Administration | Pension | 490.00 | 28.10 | 13,769.00 |
| Stuckey, Jon | VP & Technology Consultant | Pension | 340.00 | 9.20 | 3,128.00 |
| Strom, Matthew A. | VP & Actuary | Pension | 560.00 | 147.90 | 82,824.00 |
| Tabernacki, Patryk | Senior Analyst | Pension | 340.00 | 29.80 | 10,132.00 |
| Timmons, Amy S. | VP & Sr. Consultant Administration | Pension | 500.00 | 62.10 | 31,050.00 |
| Walker, Melanie | SVP, Compliance | Pension | 560.00 | 3.50 | 1,960.00 |
| Sub-Total | | | | **1,094.20** | **531,015.00** |
| Less 50% Discount on Non-Working Travel Matter: | | | | | (15,074.00) |
| Total | | | | | **515,941.00** |