# EXHIBIT F

**Summary of Segal Consulting Expenses**

| Service Description | Amount |
|---|---:|
| Business Meals | $118.21 |
| Hotel | $1,206.50 |
| In-City Transportation | $452.40 |
| Other Professional Services | $0.00 |
| Parking | $0.00 |
| Mileage | $0.00 |
| Travel | $3,516.20 |
| **TOTAL** | **$5,293.31** |