# Exhibit G

## Summary of Segal Consulting Hours Worked and Fees Incurred

| Matter | Total Hours Billed | Total Fees |
|---|---:|---:|
| 001 Actuarial Analysis | 790.90 | $ 359,313.00 |
| 002 Research | 4.10 | $ 2,302.00 |
| 003 Data Analysis | 10.70 | $ 3,703.00 |
| 004 Calls & Meetings with Other Professionals | 111.20 | $ 62,329.00 |
| 005 Preparation of Reports | - | $ - |
| 006 Retirement Committee Meetings | 47.80 | $ 27,230.00 |
| 018 Case Administration | 76.50 | $ 45,990.00 |
| Non-Working Travel Time | 53.00 | $ 30,148.00 |
| **Subtotal** | **1,094.20** | **$ 531,015.00** |
| Less 50% Discount on Non-working Travel Matter | | $ (15,074.00) |
| Total | | $ 515,941.00 |

Case Name: In re Commonwealth of Puerto Rico, et al.
Case Number: 17 BK 3283-LTS
Applicant's Name: Segal Consulting
Date of Application: July 15, 2019
Interim or Final: Interim