# EXHIBIT I

**Detailed Expense Records for Segal Consulting**

# ✶ Segal Consulting

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

**TRAVEL EXPENSES**

| | | |
|---|---|---:|
| 3/7/2019 | Jake Libausksas airfare | $590.40 |
| 3/7/2019 | Matt Strom airfare | $646.40 |
| 3/24/2019 | Kim Nicholl airfare | $2,279.40 |
| | **TOTAL FOR: FLIGHTS** | **$3,516.20** |
| 3/7/2019 | Jake Libauskas breakfast | $12.43 |
| 3/8/2019 | Jake Libauskas lunch | $14.28 |
| 3/7/2019 | Matt Strom breakfast | $7.09 |
| 3/7/2019 | Matt Strom refreshment | $3.67 |
| 3/7/2019 | Matt Strom & Jake Libauskas dinner | $41.00 |
| 3/24/2019 | Kim Nicholl breakfast | $13.32 |
| 3/24/2019 | Kim Nicholl snack | $26.42 |
| | **TOTAL FOR: MEALS** | **$118.21** |
| 3/7/2019 | Jake Libauskas travel to Airport | $38.20 |
| 3/7/2019 | Jake Libauskas travel to convention center | $25.00 |
| 3/7/2019 | Matt Strom travel to Airport | $45.04 |
| 3/8/2019 | Jake Libauskas travel to Airport | $25.00 |
| 3/8/2019 | Jake Libauskas travel from Airport to Home | $55.00 |
| 3/8/2019 | Matt Strom travel from Airport to Home | $80.16 |
| 3/24/2019 | Kim Nicholl travel to Airport | $58.00 |
| 3/24/2019 | Kim Nicholl travel to Hotel | $32.00 |
| 3/25/2019 | Kim Nicholl travel to Airport | $32.00 |
| 3/25/2019 | Kim Nicholl travel from Airport to Home | $62.00 |
| | **TOTAL FOR: TAXI** | **$452.40** |
| 3/7/2019 | Jake Libauskas Hotel | $377.29 |
| 3/7/2019 | Matt Strom Hotel | $402.53 |
| 3/24/2019 | Kim Nicholl hotel | $426.68 |
| | **TOTAL FOR: HOTEL** | **$1,206.50** |

**Total Disbursements**                                      **$5,293.31**