# EXHIBIT D

## Summary of Marchand ICS Group Hours Worked and Fees Incurred

| Name of Professional | Title | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---:|---:|---:|
| Ferdinand Díaz | Project Manager | $125.00 | 75.80 | $9,475.00 |
| Jorge Marchand | Principal | $175.00 | 267.50 | $46,812.50 |
| Male Noguera | Media Manager | $95.00 | 193.50 | $18,382.50 |
| María Schell | Business Editor | $110.00 | 240.20 | $26,422.00 |
| **Total** | | | **777.00** | **$101,092.00** |