# EXHIBIT E

### Summary of Marchand ICS Group Expenses

| Service Description | Amount |
|---|---:|
| Media monitoring | $364.00 |
| Advertising for retiree outreach | $9,359.66 |
| Graphics creation, design, and support | $750.00 |
| Website related expenses | $900.00 |
| Meals | $655.06 |
| **TOTAL** | $12,028.72 |