# EXHIBIT F

### Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Matter | Total Billed Hours | Total Fees |
|---|---:|---:|
| Project Meetings | 356.30 | $50,518.00 |
| Project Management | 292.60 | $38,404.50 |
| Website Development and Management | 128.10 | $12,169.50 |
| **Total** | **777.00** | **$101,092.00** |