# **EXHIBIT H**

**Detailed Expense Records for Marchand ICS Group**

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From February 1 to February 28, 2019**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 2/1/2019 | Weebly | Weebly (Renewal of the Weebly Promote and Email Drop Applications for the ORC's Webpage) | 900.00 |
| 2/1/2019 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 165.42 |
| 2/4/2019 | Publimedia | Media monitoring and Recording of Miguel Fabre's Radio Interview on Radio Isla on 2/1/2019 | 72.80 |
| 2/6/2019 | YOP Banquets/Services | Light Meal for the ORC's Meeting with the Pro Retiree Movement Representatives, on 2/6/2019 | 278.75 |
| 2/19/2019 | YOP Banquets/Services | Light Meal for the ORC's Meeting, on 2/19/2019 | 376.31 |
| 2/19/2019 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 2/21/2019 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 122.08 |
| 2/28/2019 | GFR Media | ORC's Advertisement Published on El Nuevo Día and Primera Hora Newspapers | 2,636.85 |
| 2/28/2019 | Menta Fresh Content | Creation and Design of Advertisement for Publication on Two Newspapers, on 2/28/2019 | 503.50 |
| | | *Total:* | **5,155.71** |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From March 1 to March 31, 2019**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 3/19/2019 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 3/22/2019 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 440.91 |
| | | *Total:* | 540.91 |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From April 1 to April 30, 2019**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 4/19/2019 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 4/20/2019 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 500.00 |
| 4/22/2019 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 10.24 |
| 4/25/2019 | Publimedia | Media monitoring and Recording of TV news (CH2 and CH4), on news related to the ORC, where Miguel Fabre's expressions were quoted, on 4/23/19 | 145.60 |

*Total:* 755.84

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From May 1 to May 31, 2019**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 5/17/2019 | Publimedia / Media Monitorind Services | Media monitoring and recordings of audio and audiovisual media from radio and television programs | 72.80 |
| 5/19/2019 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 5/22/2019 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 239.79 |
| 5/30/2019 | GFR Media | Ad Publication on El Nuevo Día and Primera Hora on 5-30-2019 (Carta Abierta - Atención Retirados del Gobierno) | 2,828.87 |
| 5/31/2019 | Publi-Inversiones Puerto Rico, Inc. | Ad Publication on El Vocero on 5-30-2019 (Carta Abierta - Atención Retirados del Gobierno) | 1,912.00 |
| 5/31/2019 | Arnaldo Alicea | Graphic Design - Art and design of advertisement for El Nuevo Día, Primera Hora and El Vocero newspapers (Carta Abierta - Atención Retirados del Gobierno) | 350.00 |
| 5/31/2019 | Publimedia / Media Monitorind Services | Media monitoring and recordings of audio and/or audiovisual media from radio and/or television programs | 72.80 |

*Total:* **5,576.26**