# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors. [1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

    I hereby certify that TD Ameritrade Clearing Inc, and Scottrade, Inc, in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Ninth Amended Notice, Case Management and Administrative Procedures Order* (Docket No. 7155 of Case No. 17-03283 (LTS)) (the "CMP Order"), sent a true and exact copy of the document titled, *Notice of Appearance and request for Notice filed by Roberto Quinones Rivera on behalf of DT Ameritrado Clearing Inc,; Notice of Appearance and request for Notice filed by Roberto Quinones Rivera on behalf of Scottrade, Inc, and Motion to allow Richard Morvillo to appear pro hac vice. Receipt No. PR X100064762 at the July 11, 2019* (Docket No. 7931, 7932, and 7933 of Case No. 17-03283 (LTS)), b**y electronic mail upon all the parties listed in the Master Service List on July 11, 2019 and by U.S. mail upon all the Standard Parties listed in the CMP Order on July 12, 2019**.

    **RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 15th day of July, 2019.

    **WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**MCCONNELL VALDÉS LLC**
*Attorneys DT Ameritrade Clearing Inc,
and Scottrade, Inc,*
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
Telephone: 787-250-5619
Facsimile: 787-759-9225

By: *s/Roberto Quinones-Rivera*
Roberto Quinones-Rivera, Esq
Email: rcq@mcvpr.com