Estimated Hearing Date: October 30, 2019 at 9:30 a.m. (Atlantic Standard Time)
Objection Deadline: August 5, 2019 at 4:00 p.m. (Atlantic Standard Time)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>     Debtors[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**SUMMARY COVER PAGE TO THE INTERIM APPLICATION OF MUNGER, TOLLES & OLSON LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO FOR THE PERIOD FROM AUGUST 1 THROUGH 31, 2018 AND OCTOBER 1, 2018 THROUGH MAY 31, 2019**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

| *General Information* | |
|---|---|
| Name of Applicant: | Munger, Tolles & Olson LLP |
| Authorized to Provide Services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 316 |
| Date of Retention: | August 24, 2017 |
| Period for Which Fee Compensation and Expense Reimbursement is Sought in the Fee Application (Compensation Period): | August 1 – 31, 2018 and October 1, 2018 – May 31, 2019 |
| Monthly Fee Statements subject to this request: | Sixth Monthly Fee Statement (October 1 – 31, 2018) |
| | Seventh Monthly Fee Statement (November 1 – 30, 2018) |
| | Eighth Monthly Fee Statement (December 1 – 31, 2018) |
| | Ninth Monthly Fee Statement (August 1 – 31, 2018)[2] |
| | Tenth Monthly Fee Statement (January 1– 30, 2019) |
| | Eleventh Monthly Fee Statement (February 1– 28, 2019) |
| | Twelfth Monthly Fee Statement (March 1– 31, 2019) |
| | Thirteenth Monthly Fee Statement (April 1– 30, 2019) |
| | Fourteenth Monthly Fee Statement (May 1– 31, 2019) |

---

[2] Supplemental compensation for matter 003 only.  This matter previously unbilled.

| **Summary of Fees and Expenses Sought in the Fee Application** | |
|---|---|
| Amount of Fee Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period: | $687,648.73 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $15,666.19 |
| Total Fee Compensation and Expense Reimbursement Requested for the Fee Period: | $703,314.92 |
| Total Fee Compensation and Expense Paid to Date: | $531,888.50 |
| Total Remaining Fee Compensation and Expense Reimbursement Sought[3]: | $171,426.39 |

| **Summary of Past Requests for Compensation and Prior Payments** | |
|---|---|
| Total Amount of Compensation Previously Requested Pursuant to the Interim Compensation Order to Date: | $1,132,493.24 |
| Total Amount of Expense Reimbursement Previously Requested Pursuant to the Interim Compensation Order to Date: | $3,859.75 |
| Total Compensation and Expense Reimbursement Approved Pursuant to the Interim Compensation Order to Date: | $1,110,379.18 |
| Compensation Sought in this Application: | $687,648.75 |
| Compensation Sought in this Application Already Paid to Date: | $516,222.31 |
| Compensation Outstanding as of this Application: | $171,426.39 |

---

[3] Remaining amount sought includes a request for reimbursement of the 10% holdback as well as the 29% tax withholding applied to 2019 invoices.

3

| | |
|---|---|
| Expenses Sought in this Application: | $15,666.19 |
| Expenses Sought in this Application Already Paid to Date: | $15,666.19 |
| Expenses Outstanding as of this Application: | $0.00 |
| Total compensation subject to objection: | None |
| Total expenses subject to objection: | None |
| Number of Professionals included in this application: | 14 |
| Difference between fees budgeted and compensation sought: | Not Applicable |
| Number of Professionals billing fewer than 15 hours to this case: | 6 |
| Rates higher than those approved or disclosed at retention: | Annual rate increases were applied for 2018 to all billers as detailed in the retention agreement.  No increase was applied for this period of 2019. |
| Objection Deadline | August 5, 2019 at 4:00 p.m. (Atlantic Standard Time) |

This is a __ monthly _**X**_ interim __ final application.

**Schedule 1**
**Interim Compensation Period - Fee Statements for**
**August 1 – 31, 2018 and October 1, 2018 – May 31, 2019**

| Statement and Date Served | Period Covered | Total Fees Incurred[5] | Total Fees Requested (90%) | Holdback (10%) | Expenses Requested | Fees Paid | Expenses Paid |
|---|---|---|---|---|---|---|---|
| Sixth Statement (12/12/2018) | 10/1/2018 – 10/31/2018 | $6,721.80 | $6,049.62 | $672.18 | $51.85 | $6,049.62 | $51.85 |
| Seventh Statement (1/31/2019) | 11/1/2018 – 11/30/2018 | $249,409.98 | $224,468.98 | $24,941.00 | $3,970.47 | $221,101.95 | $3,970.47 |
| Eighth Statement (2/4/2019) | 12/1/2018 – 12/31/2018 | $63,846.48 | $57,461.83 | $6,384.65 | $2,841.86 | $57.461.82 | $2,841.86 |
| Ninth Statement (2/6/2019) | 8/1/2018 – 8/31/2018 | $3,374.50 | $3,037.05 | $337.45 | $641.79 | $2,175.13 | $641.79 |
| Tenth Statement (6/12/2019) | 1/1/2019 – 1/31/2019 | $1,912.50 | $1,721.25 | $191.25 | $0.00 | $229,433.79 [6] | $8,160.22 |
| Eleventh Statement (6/12/2019) | 2/1/2019 – 2/28/2019 | $49,646.38 | $44,681.74 | $4,964.64 | $1,290.58 | | |
| Twelfth Statement (6/12/2019) | 3/1/2019 – 3/31/2019 | $68,762.03 | $61,885.82 | $6,876.21 | $204.00 | | |
| Thirteenth Statement (6/12/2019) | 4/1/2019 – 4/3/2019 | $190,226.60 | $171,203.94 | $19,022.66 | $6,665.64 | | |
| Fourteenth Statement (6/12/2019) | 5/1/2019 – 5/31/2019 | $53,748.48 | $48,373.63 | $5,374.85 | $0.00 | | |
| | Totals: | $687,648.75 | $618,883.86 | $68,764.89 | $15,666.19 | $516,222.31 | $15,666.19 |

[5] Amounts reflect a voluntary 15% reduction.

[6] On June 27, 2019, a consolidated payment of $237,594.01 was received in connection with Munger, Tolles & Olson's Tenth, Eleventh, Twelfth, Thirteenth, and Fourteenth Monthly Fee Statements.  In addition to a 10% holdback, 29% of the requested amount was withheld as a purported tax and 1.5% was withheld as a government contribution from all fees exceeding $50,000.  The payment was allocated proportionally across the five monthly statements.

### Schedule 2
**Summary of Professional Services Rendered by Timekeeper for the Period**
**October 1, 2018 – May 31, 2019 on Matter 00002**

| NAME OF PROFESSIONAL | DEPARTMENT AND YEAR ADMITTED | HOURLY RATES | TOTAL HOURS BILLED | FEES BILLED |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Anders, Ginger | Litigation - 2005 | $900.00 | 214.2 | $192,780.00 |
| Collins, Daniel | Litigation - 1989 | $1,075.00 | 10.2 | $10,965.00 |
| Goldenberg, Elaine | Litigation - 2002 | $940.00 | 21 | $19,740.00 |
| Golder, Chad | Litigation - 2007 | $825.00 | 8.8 | $7,260.00 |
| Horwich, Benjamin | Litigation - 2007 | $900.00 | 9.5 | $8,550.00 |
| Verrilli, Donald | Litigation - 1989 | $1,300.00 | 281.7 | $366,210.00 |
| Yohalem, Mark | Litigation - 2006 | $825.00 | 7.5 | $6,187.50 |
| | | **Totals:** | **552.9** | **$611,692.50** |
| **ASSOCIATES** | | | | |
| Boyce, Sarah | Litigation - 2013 | $725.00 | 50.1 | $36,322.50 |
| El-Khouri, Adele | Litigation - 2015 | $695.00 | 144.2 | $100,219.00 |
| Lynch, Chris | Litigation - 2009 | $790.00 | 1.2 | $948.00 |
| Miller-Ziegler, Rachel | Litigation - 2017 | $580.00 | 41.5 | $24,070.00 |
| Segall, Jordan | Litigation - 2011 | $745.00 | 4.2 | $3,129.00 |
| | | **Totals:** | **241.2** | **$164,688.50** |
| **PARALEGALS** | | | | |
| Carr, Michelle | Litigation Paralegal | $350.00 | 5.7 | $1,995.00 |
| Jacobsen, Arn | Litigation Paralegal | $350.00 | 31.1 | $10,885.00 |
| | | **Totals:** | **36.8** | **$12,880.00** |
| | | | | |
| | | **All Professionals:** | **830.9** | **$789,261.00** |
| | | **Less 15% Discount** | | **$670,871.85** |

**Summary of Professional Services Rendered by Timekeeper for the Period
August 1 – 31, 2018 and October 1, 2018 – May 31, 2019 on Matter 00003**

| NAME OF PROFESSIONAL | DEPARTMENT AND YEAR ADMITTED | HOURLY RATES | TOTAL HOURS BILLED | FEES BILLED |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Anders, Ginger | Litigation - 2005 | $900.00 | 1.5 | $1,350.00 |
| Golder, Chad | Litigation - 2007 | $825.00 | 2.1 | $1,732.50 |
| Verrilli, Donald | Litigation - 1989 | $1,300.00 | 1.0 | $1,300.00 |
| | | **Totals:** | **4.6** | **$4,382.50** |
| **ASSOCIATES** | | | | |
| Boyce, Sarah | Litigation - 2013 | $725.00 | .3 | $217.50 |
| | | **Totals:** | **.3** | **$217.50** |
| | | | | |
| | | **All Professionals:** | **4.9** | **$4,600.00** |
| | | **Less 15% Discount** | | **$3,910.00** |

**Summary of Professional Services Rendered by Timekeeper for the Period**
**August 1 – 31, 2018 and October 1, 2018 – May 31, 2019 on Matter 00004**

| NAME OF PROFESSIONAL | DEPARTMENT AND YEAR ADMITTED | HOURLY RATES | TOTAL HOURS BILLED | FEES BILLED |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Anders, Ginger | Litigation - 2005 | $900.00 | 13 | $11,700.00 |
| Golder, Chad | Litigation - 2007 | $825.00 | 0.7 | $577.50 |
| Verrilli, Donald | Litigation - 1989 | $1,300.00 | 2.2 | $2,860.00 |
| | | **Totals:** | **15.9** | **$15,137.50** |
| | | | | |
| | | **All Professionals:** | **15.9** | **$15,137.50** |
| | | **Less 15% Discount** | | **$12,866.88** |

8

**Schedule 3**
**Summary of Actual and Necessary Expenses Incurred for the Period**
**August 1 – 31, 2018 and October 1, 2018 – May 31, 2019**

| Matter 00002 | |
|---|---|
| **Expense Category** | **Amount** |
| Travel - Hotel | $2,723.47 |
| Travel - Ground | $379.86 |
| Travel – Airfare | $3,930.44 |
| Travel - Internet | $10.00 |
| Travel - Meals | $593.01 |
| Filing Fees | $300.00 |
| Messenger | $115.44 |
| Transcriptions | 522.5 |
| Specialty Printing Services | $6,378.68 |
| Research Services | $71.00 |
| **Total:** | **15,024.40** |
| **Matter 00003** | |
| **Expense Category** | **Amount** |
| Filing/Recording/Registration Fees | $536.00 |
| Messenger | $75.84 |
| Travel - Internet | $29.95 |
| **Total:** | **$641.79** |
| **Total (All Matters):** | **$15,666.19** |

Dated: July 15, 2019

*/s/ Donald B. Verrilli, Jr.*

**MUNGER, TOLLES & OLSON LLP**
Donald B. Verrilli, Jr. (pro hac vice)
Ginger D. Anders (pro hac vice)
Sarah G. Boyce (pro hac vice)
Adele M. El-Khouri (pro hac vice)
Rachel G. Miller-Ziegler (pro hac vice)
1155 F Street N.W., Seventh Floor
Washington, D.C. 20004-1357
Telephone:      (202) 220-1100
Facsimile:      (202) 220-2300
Email:          Donald.Verrilli@mto.com
                Ginger.Anders@mto.com
                Sarah.Boyce@mto.com
                Adele.El-Khouri@mto.com
                Rachel.Miller-Ziegler@mto.com

*Attorneys for The Financial Oversight and
Management Board for Puerto Rico, as Representative of The
Commonwealth of Puerto Rico*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>     Debtors[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**INTERIM APPLICATION OF MUNGER, TOLLES & OLSON LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO FOR THE PERIOD FROM AUGUST 1 THROUGH 31, 2018 AND OCTOBER 1, 2018 THROUGH MAY 31, 2019**

To the Honorable United States District Court Judge Laura Taylor Swain

Munger, Tolles & Olson LLP ("MTO"), attorneys for the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as representative of the Commonwealth of Puerto Rico ("Commonwealth"), pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), sections 316 and 317 of PROMESA, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

Rules"), Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for

the District of Puerto Rico (the "Local Rules") including the United States Trustee Guidelines for

Reviewing Applications for Compensation and Reimbursement of Expenses referenced therein,

and in accordance with this Court's *Second Amended Order Setting Procedures for Interim*

*Compensation and Reimbursement of Expenses of Professionals* (Dkt. No. 3269)  (the "Interim

Compensation Order"), hereby submits its interim fee application (the "Fee Application") for

allowance of compensation for professional services provided in the amount of $687,648.73 and

reimbursement of actual and necessary expenses in the amount of $15,666.19 that MTO incurred

for the period from August 1 through 31, 2018 and October 1, 2018 through May 31, 2019 (the

"Fee Period").  In support of this Fee Application, MTO submits the certification of Donald B.

Verrilli, Jr., a partner at MTO, (the "Verrilli Declaration"), which is attached hereto as

**Exhibit A** and incorporated by reference.  In further support of this Fee Application, MTO

respectfully states as follows.

## Jurisdiction

1.      The United States District Court for the District of Puerto Rico (the "<u>Court</u>") has

jurisdiction over this matter pursuant to PROMESA section 306(a).

2.      Venue is proper pursuant to PROMESA section 307(a).

3.      The bases for the relief requested herein are PROMESA sections 316 and 317, the

Bankruptcy Rules, the Local Rules, and the Interim Compensation Order.

## Background

4.       On June 30, 2016, the Oversight Board was established under PROMESA section

101(b).  On August 31, 2016, President Obama appointed the Oversight Board's seven voting

members.

5.      On August 7, 2017, Aurelius filed a complaint alleging the Board was selected in

violation of the Appointments Clause, undermining the Constitutionality of PROMESA.

### MTO Retention

6.    On September 5, 2017, the Oversight Board entered into an agreement to retain MTO (the "Retention Agreement") for legal representation regarding the challenge to the Constitutionality of PROMESA (matter number 00002).  The Retention Agreement authorizes the Oversight Board to compensate and reimburse MTO in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Interim Compensation Order. The Retention Agreement also authorizes the Oversight Board to compensate MTO at the standard hourly rates it charges, less a 15% discount, for services of this type and to reimburse MTO for certain actual and necessary out-of-pocket expenses incurred.  The particular terms of MTO's engagement are detailed in the engagement letter by and between MTO and Jaime A. El Koury, the General Counsel of the Oversight Board, effective as of September 5, 2017, which is attached hereto in **Exhibit B**.

7.    On May 29, 2018, the Oversight Board entered into a second agreement to retain MTO (the "Retention Amendment") for legal representation regarding the Board's authority to enforce the requirements of it fiscal plan (matter number 00003).  The Retention Amendment adopted the terms of the original Retention Agreement.  The particular terms of MTO's engagement are detailed in the engagement letter by and between MTO and Jaime A. El Koury, the General Counsel of the Oversight Board, effective as of May 29, 2018, which is attached hereto in **Exhibit B**.

8.    On December 21, 2018, the Oversight Board entered into a third agreement to retain MTO (the "Second Retention Amendment") for legal representation regarding the Board's opposition to a petition for certiorari (matter number 00004).  The Second Retention Amendment

adopted the terms of the original Retention Agreement and Retention Amendment. The particular terms of MTO's engagement are detailed in the engagement letter by and between MTO and Jaime A. El Koury, the General Counsel of the Oversight Board, effective as of December 21, 2018, which is attached hereto in **Exhibit B**.

9.      MTO believes that the relief requested herein complies with the controlling guidelines.

## **Relief Requested**

10.     Pursuant to the Interim Compensation Order MTO seeks compensation for professional services rendered to the Oversight Board during the Fee Period in the amount of $687,648.73 and reimbursement of actual and necessary expenses incurred in connection with providing such services in the amount of $15,666.19. All of the fees and expenses MTO seeks in this Fee Application are allocated to the Oversight Board.

11.     MTO submitted Monthly Fee Statements (as defined in the Interim Compensation Order) seeking payment of (a) 90 percent of the fees incurred by the Oversight Board for reasonable and necessary professional services rendered by MTO and (b) 100 percent of the actual and necessary costs and expenses incurred by MTO in connection with the services provided to the Oversight Board for each month.

12.     On December 12, 2018, MTO served on the Notice Parties (as defined in the interim compensation order) a Sixth Monthly Fee Statement for the period from October 1, 2018 through October 31, 2018. In the Sixth Monthly Fee Statement, MTO requested payment of $6,101.47 (90% of the $6,721.80 billed for professional services and 100% of the $51.85 billed for allowable expenses) of which $6,101.47 has been paid to date.

On January 31, 2019, MTO served on the Notice Parties a Seventh Monthly Fee Statement for the period from November 1, 2018 through November 30, 2018. In the Seventh

4

Monthly Fee Statement, MTO requested payment of $228,439.45 (90% of the $249,409.98 billed for professional services and 100% of the $3,970.47 billed for allowable expenses) of which $225,072.42 has been paid to date.

On February 4, 2019, MTO served on the Notice Parties an Eighth Monthly Fee Statement for the period from December 1, 2018 through December 31, 2018.  In the Eighth Monthly Fee Statement, MTO requested payment of $60,303.69 (90% of the $63,846.48 billed for professional services and 100% of the $2,841.86 billed for allowable expenses) of which $60,303.68 has been paid to date.

On February 6, 2019, MTO served on the Notice Parties a Ninth Monthly Fee Statement for the period from August 1, 2018 through August 31, 2018 for the previously unbilled matter 003.  In the Ninth Monthly Fee Statement, MTO requested payment of $3,678.84 (90% of the $3,374.50 billed for professional services and 100% of the $641.79 billed for allowable expenses) of which $2816.92 has been paid to date.

On June 12, 2019, MTO served on the Notice Parties the Tenth, Eleventh, Twelfth, Thirteenth, and Fourteenth Monthly Fee Statements for the period from January 1, 2019 through May 31, 2019.

In the Tenth Monthly Fee Statement for the period from January 1, 2019 through January 31, 2019, MTO requested payment of $1,712.25 (90% of the $1,912.50 billed for professional services).

In the Eleventh Monthly Fee Statement for the period from February 1, 2019 through February 28, 2019, MTO requested payment of $45,972.32 (90% of the $49,646.38 billed for professional services and 100% of the $1,290.58 billed for allowable expenses).

In the Twelfth Monthly Fee Statement for the period from March 1, 2019 through March

31, 2019, MTO requested payment of $62,089.82 (90% of the $68,762.03 billed for professional services and 100% of the $204.00 billed for allowable expenses).

In the Thirteenth Monthly Fee Statement for the period from April 1, 2019 through April 30, 2019, MTO requested payment of $177,869.58 (90% of the $190,226.60 billed for professional services and 100% of the $6,665.64 billed for allowable expenses).

In the Fourteenth Monthly Fee Statement for the period from May 1, 2019 through May 31, 2019, MTO requested payment of $48,373.63 (90% of the $53,748.48 billed for professional services).

Of the $372,456.18 requested in the Tenth, Eleventh, Twelfth, Thirteenth, and Fourteenth Monthly Fee Statements, $237,594.01.

13.    No objections were filed to any of the Monthly Fee Statements and MTO submitted to the Notice Parties the required Monthly Fee Objection Statements.  To date, MTO has received payment for its fees, costs, and expenses incurred during the Fee Period in the amount of $531,888.50.

14.    Beginning on January 1, 2019, a purported tax withholding of 29% was assessed on all payments of Monthly Fee Statements.  MTO requests payment of the withheld amount.

15.    MTO seeks, by this Fee Application, payment of its fees for the Fee Period required under the Interim Compensation Order in the amount of $687,648.73 and payment of its expenses in the amount of $15,666.19, inclusive of any amounts previously held back, including the purported tax withholding.

## Fees and Expenses Incurred During Fee Period

**A.    Customary Billing Disclosures**.

16.    MTO sets its hourly rates at a level designed to compensate it fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses.  The hourly rates

6

and corresponding rate structure MTO uses in its representation of the Oversight Board are the same as the hourly rates and corresponding rate structure that MTO uses in other representations, and are comparable to the hourly rates and corresponding rate structure that MTO uses for complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required.  In accordance with ordinary practice, hourly billing rates for MTO timekeepers changed effective as of January 1, 2018.  These rates increases were disclosed and agreed to in the Retention Agreement and Retention Amendment.  Hourly billing rates were not increased in 2019 for the period of January 1, 2019 through May 31, 2019.

**B.      Fees Incurred During Fee Period**.

17.      In the ordinary course of practice, MTO maintains computerized records of the time expended to render the professional services required by the Oversight Board.  For the convenience of the Court and all parties-in-interest, attached hereto as **Schedule 2** is a summary, by matter, of fees incurred and hours expended during the Fee Period, setting forth the following information:

- the name, title, and department of each attorney and paraprofessional for whose work on these cases compensation is sought;

- The year each attorney was admitted to the bar

- the hourly billing rate for each attorney and each paraprofessional at MTO's billing rates during the Fee Period;

- the aggregate time expended and fees billed by each attorney and each paraprofessional during the Fee Period;

- a calculation of total compensation requested.

**C.      Actual and Necessary Expenses Incurred During Fee Period**.

18.      It is MTO's policy to charge its clients in all areas of practice for expenses incurred in connection with its clients' cases.  The expenses charged to clients include, among

7

other things, court fees, telephone conference call and international call charges, mail, express mail, and overnight delivery service charges, special or hand delivery charges, document retrieval charges, charges for mass mailings (including envelopes and labels) provided by MTO to outside copying services, airfare, meals, lodging, transcription costs, and non-ordinary overhead expenses.  MTO charges the Oversight Board for these expenses in a manner and at rates consistent with charges made generally to MTO's other clients and within the guidelines set forth in the Local Rules, the Bankruptcy Rules, and the Interim Compensation Order.  MTO believes that it is more appropriate to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.  MTO does not charge clients for office supplies, standard duplication, facsimile transmissions, or secretarial support.

19.     For the convenience of the Court and all parties-in-interest, **Schedule 3** contains a summary of expenses for which MTO is seeking reimbursement by category and the invoices attached as **Exhibit D** contain MTO's detailed records of expenses incurred during the Fee Period in the rendition of professional services to the Oversight Board.

### Summary of Legal Services Rendered During the Fee Period

20.     On September 5, 2017, the Oversight Board entered into an agreement to retain MTO (the "Retention Agreement") for legal representation regarding challenges to the Constitutionality of PROMESA.  Since its retention, MTO has worked diligently with representatives of the Oversight Board to prepare for and litigate Constitutional challenges.

21.     On May 29, 2018, the Oversight Board entered into a second agreement to retain MTO (the "Retention Amendment") for legal representation regarding the Board's authority to enforce the requirements of it fiscal plan.  Since the amendment, MTO has worked diligently with representatives of the Oversight Board to create a litigation strategy and prepare

22.     MTO has worked with the Oversight Board and its other counsel to (a) prepare pleadings and briefs in litigation matters; (b) prepare for hearings; (c) research jurisprudence regarding Constitutional issues; and (d) performed other professional services as described in this application and reflected in **Schedule 2** and **Exhibit D**.

23.     Pursuant to the Interim Compensation Order MTO seeks an allowance for professional services rendered to the Oversight Board during the Fee Period in the amount of $687,648.73 and reimbursement of actual and necessary expenses incurred in connection with providing such services in the amount of $15,666.19.  MTO has applied a 15% discount on the hourly rates of all professionals and paraprofessionals working on these matters.

24.     MTO maintains electronic records of time billed for services rendered to the Oversight Board.  Copies of the these records, subject to redaction to preserve confidentiality of work product and attorney-client privilege, are provided in invoice form as **Exhibit D**.

25.     MTO's summary of itemized time records for professionals and paralegals performing services for the Oversight Board during the Compensation Period is attached as **Schedule 2**.  During the compensation period, MTO recorded 573.4 hours by partners, 241.5 hours by associates, and 36.8 hours by paraprofessionals.  The fees charged by MTO, as set forth in Schedule 2, are in accordance with the firm's existing billing rates in effect during the Compensation Period.

26.     All entries itemized in MTO's time records comply with the requirements set forth in the Guidelines and include a project category, a description of the activity or service performed and the number of hours spent by each individual providing the services.

**<u>Applicant Statement in Compliance with Appendix B Guidelines C.5</u>**

27.    The following answers are provided in response to the questions set forth in

Guidelines paragraph C.5:

<u>Question:</u>    Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?  If so, please explain.

<u>Response:</u>    Yes.  As described in the Engagement Letter, MTO agreed to a 15% discount on professional fees.

<u>Question:</u>    If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

<u>Response:</u>    MTO did not prepare budgets for the Compensation Period, but has prepared a budget for the next interim period.

<u>Question:</u>    Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

<u>Response:</u>    No.

<u>Question:</u>    Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.).  If so, please quantify by hours and fees.

<u>Response:</u>    No.

<u>Question:</u>    Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees.

<u>Response:</u>    No.

Question:   If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rate increases?  If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

Response:   Yes.  The Retention Agreement identifies that MTO's rates will increase annually on January 1.  The Retention Amendment also notes the increase.


**Professionals Billing Fewer than Five Hours per Month**

28.     The following chart indicates which professionals billed fewer than five hours per month, the months for which fewer than five hours was billed, and an explanation of why the use of such professional was reasonable and necessary.

| Professional | Months in which less than 5 hours were billed | Explanation of Why Services Were Reasonable and Necessary |
|---|---|---|
| Anders, Ginger | August 2018, October 2018, January 2019, | Ms. Anders is a Partner in MTO's litigation department who analyzed and advised on litigation strategy. |
| Boyce, Sarah | August 2018, October 2018, December 2018, May 2019 | Ms. Boyce is an associate in MTO's litigation department who assisted with and advised on litigation strategy. |
| Golder, Chad | August 2018, October 2018, December 2018, February 2019 | Mr. Golder is a Partner in MTO's litigation department who analyzed and advised on litigation strategy. |
| Lynch, Chris | April 2019 | Mr. Lynch was an associate in MTO's litigation department who assisted with and advised on litigation strategy. |

| | | |
|---|---|---|
| Miller-Ziegler, Rachel | October 2018, February 2019 | Ms. Miller-Ziegler is an associate in MTO's litigation department who assisted with and advised on litigation strategy. |
| Segall, Jordan | May 2019 | Mr. Segall is an associate in MTO's litigation department who assisted with and advised on litigation strategy. |
| Verrilli, Donald | August 2018, October 2018 | Mr. Verrilli is a Partner in MTO's litigation department and the lead attorney overseeing work on these matters. |

29.     To provide a meaningful summary of MTO's services provided on behalf of the Oversight Board, MTO has established, in accordance with its internal billing procedures, certain subject matter categories ("Matter Number").

| Matter Number | Matter Category Description | Hours Billed | Total Compensation Billed[2] |
|---|---|---|---|
| 002 | Constitutional Litigation | 830.9 | $670,871.85 |
| 003 | Fiscal Plan Enforcement | 4.9 | $3,910.00 |
| 004 | Peaje Investments Certiorari Petition | 15.9 | $12,866.88 |
| **Total** | | **851.7** | **$687,648.73** |

30.     In addition, subject to redaction for attorney-client privilege, work product doctrine, and confidentiality where necessary to protect the Oversight Board, MTO's computerized records of time expended on its representation of the Oversight Board are attached hereto as **Exhibit D**.

---

[2] Billed amounts reflect a voluntary 15% reduction.

**Summary of Legal Services Provided During the Compensation Period**

31.     The following is a summary, by Matter Category, of the most significant professional services provided by MTO during the Fee Period.

**(a)     Constitutional Litigation (Matter Number 2)**

> Total Fees:    $670,871.85
> Total Hours:   830.9

This Matter Category includes time spent by MTO attorneys relating to defending the Board against Aurelius' Appointments Clause challenge.  Specifically, MTO attorneys spent time researching and analyzing Constitutional arguments and strategies; reviewing and preparing briefs, motions, and other pleadings; and planning and preparing for oral arguments.

**(b)     Fiscal Plan Enforcement (Matter Number 3)**

> Total Fees:    $3,910.00
> Total Hours:   4.9

This Matter Category includes time spent by MTO attorneys advising the Board regarding its legal options if the Commonwealth does not comply with the Board's certified Fiscal Plan and budget.

**(c)     Peaje Investments Certiorari Petition (Matter Number 4)**

> Total Fees:    $12,866.88
> Total Hours:   15.9

This Matter Category includes time spent by MTO attorneys advising the Board on opposing a petition for certiorari.  Specifically, MTO attorneys spent time researching and analyzing Constitutional arguments and strategies; reviewing and preparing an opposition brief and planning and preparing for Supreme Court strategy.

## MTO's Requested Compensation and Reimbursement Should be Allowed

32.     All services for which MTO seeks approval, and expenses for which it seeks
reimbursement, were performed on behalf of the Oversight Board.  In connection with the
matters covered by this Application, MTO received no payment and no promises of payment for
services rendered, or to be rendered, from any source other than the Oversight Board.  There is
no agreement or understanding between MTO and any other person, other than members of the
firm, for the sharing of compensation received for services rendered in this Title III case.

33.     PROMESA sections 316 and 317 provide for interim compensation of
professionals and govern the Court's award of such compensation.  48 U.S.C. §§ 2176-2177.
PROMESA section 316 provides that a court may award a professional person employed by the
Debtor or the Oversight Board under PROMESA "(1) reasonable compensation for actual,
necessary services rendered by the professional person, or attorney and by any paraprofessional
person employed by any such person; and (2) reimbursement for actual, necessary expenses."  48
U.S.C. § 2176(a).  11 U.S.C. § 330(a)(1).  Section 316 also sets forth the criteria for the award
of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded …
> the court shall consider the nature, the extent, and the value of such
> services, taking into account all relevant factors, including—
>
> (1)     the time spent on such services;
>
> (2)     the rates charged for such services;
>
> (3)     whether the services were necessary to the
> administration of, or beneficial at the time at which
> the service was rendered toward the completion of,
> a case under this chapter;
>
> (4)     whether the services were performed within a
> reasonable amount of time commensurate with the
> complexity, importance, and nature of the problem,

14

issue, or task addressed;

(5)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience …; and

(6)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this subchapter or title 11.

48 U.S.C. § 2176(c).

34.    The services for which MTO seeks compensation in this Fee Application were, at the time rendered, necessary for and beneficial to the Oversight Board.  MTO performed the services for the Oversight Board in an efficient and effective manner and the results obtained benefited the Oversight Board.

35.    MTO's services were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved.  Further, MTO used its reasonable efforts to avoid any duplication of services.  MTO also minimized its disbursements, and the actual expenses incurred in providing professional services were absolutely necessary, reasonable, and justified under the circumstances.

36.    In sum, MTO believes that the compensation requested is appropriate given the complexity and breadth of the matters involved, the time expended by MTO professionals and paraprofessionals, the nature and extent of the services rendered by MTO, the necessity of such services, the value of MTO's services, and the cost of comparable services outside of bankruptcy.  Accordingly, MTO respectfully submits that approval of the compensation sought herein is warranted.

## **Location of Services Provided**

37.     All fees and services during this Compensation Period were rendered and incurred
outside of Puerto Rico.

## **Reservation of Rights and Notice**

38.     It is possible that some professional time expended or expenses incurred during
the Fee Period are not reflected in the Fee Application.  MTO reserves the right to include such
amounts in future fee applications.

39.     Pursuant to the Interim Compensation Order, (a) any Notice Party that wishes to
object to the Fee Application must file its objection with the Court and serve it on MTO and the
Notice Parties so that it is **actually received** on or before **August 5, 2019 at 4:00 p.m. (Atlantic
Standard Time)**.

## **No Prior Request**

40.     No prior application for the relief requested herein has been made to this or any
other court.

## **Notice**

41.     Pursuant to the Interim Compensation Order, notice of this Application has been
served upon:

> i.     attorneys for the Oversight Board, Proskauer Rose LLP, Eleven Times
> Square, New York, NY 10036, Attn: Martin J. Bienenstock, Esq.
> (mbienenstock@proskauer.com) and Ehud Barak, Esq.
> (ebarak@proskauer.com), and Proskauer Rose LLP, 70 West Madison Street,
> Chicago, IL 60602, Attn: Paul V. Possinger, Esq.
> (ppossinger@proskauer.com);

> ii.     attorneys for the Oversight Board, O'Neill & Borges LLC, 250 Muñoz Rivera
> Ave., Suite 800, San Juan, PR 00918, Attn: Hermann D. Bauer, Esq.
> (hermann.bauer@oneillborges.com);

iii.    attorneys for the Puerto Rico Fiscal Agency and Financial Advisory
Authority, O'Melveny & Myers LLP, Times Square Tower, 7 Times Square,
New York, NY 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com),
Suzzanne Uhland, Esq. (suhland@omm.com), and Diana M. Perez, Esq.
(dperez@omm.com);

iv.    attorneys for the Puerto Rico Fiscal Agency and Financial Advisory
Authority, Marini Pietrantoni Muñiz LLC, MCS Plaza, Suite 500, 255 Ponce
de León Ave, San Juan, PR 00917, Attn: Luis C.Marini-Biaggi, Esq.
(lmarini@mpmlawpr.com) and Carolina Velaz-Rivero Esq.
(cvelaz@mpmlawpr.com);

v.    the Office of the United States Trustee for the District of Puerto Rico, Edificio
Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re:
Commonwealth of Puerto Rico);

vi.    attorneys for the Official Committee of Unsecured Creditors, Paul Hastings
LLP, 200 Park Ave., New York, NY 10166, Attn: Luc. A Despins, Esq.
(lucdespins@paulhastings.com);

vii.    attorneys for the Official Committee of Unsecured Creditors, Casillas,
Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste.
1601, San Juan, PR 00901, Attn: Juan J. Casillas Ayala, Esq.
(jcasillas@cstlawpr.com) and Alberto J.E. Añeses Negrón, Esq.
(aaneses@cstlawpr.com);

viii.    attorneys for the Official Committee of Retired Employees, Jenner & Block
LLP, 919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq.
(rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com), and
Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine
Steege, Esq. (csteege@jenner.com) and Melissa Root,
Esq.(mroot@jenner.com);

ix.    attorneys for the Official Committee of Retired Employees, Bennazar, García
& Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato
Rey, PR 00918, Attn: A.J. Bennazar-Zequeira, Esq. (ajb@bennazar.org);

x.    the Puerto Rico Department of Treasury, PO Box 9024140, San Juan, PR
00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central
Accounting (Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez,
CPA, Assistant Secretary of Central Accounting
(Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja Rodríguez, Deputy
Assistant Secretary of Internal Revenue and Tax Policy
(angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Assistant Secretary
of Internal Revenue and Tax Policy (francisco.pares@hacienda.pr.gov); and
Francisco Peña Montañez, CPA, Assistant Secretary of the Treasury
(Francisco.Pena@hacienda.pr.gov);

xi.   attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce de
León Avenue, Citibank Tower, 12th Floor, San Juan, PR 00918, Attn: Eyck
O. Lugo (elugo@edgelegalpr.com); and

xii.   attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street,
Suite 500, Madison, WI 53703, Attn: Katherine Stadler
(KStadler@gklaw.com).

[*Remainder of Page Intentionally Left Blank*]

WHEREFORE, MTO respectfully requests that the Court enter an order (a) allowing MTO interim compensation for professional and paraprofessional services provided during the Fee Period in the amount of $687,648.73, and reimbursement of actual, reasonable, and necessary expenses incurred in the Fee Period in the amount of $15,666.19; (b) authorizing and directing the Oversight Board to remit payment to MTO for $171,426.39, the difference between such fees and expenses ($703,314.92) and the amounts previously paid to MTO ($531,888.50); (c) allowing such compensation without prejudice to MTO's right to seek compensation for professional and paraprofessional services provided and expenses incurred during the Fee Period that may not have been processed; and (d) granting such other relief as is appropriate under the circumstances.

Dated: July 15, 2019

*/s/ Donald B. Verrilli, Jr.*
**MUNGER, TOLLES & OLSON LLP**
Donald B. Verrilli, Jr. (pro hac vice)
Ginger D. Anders (pro hac vice)
Sarah G. Boyce (pro hac vice)
Adele M. El-Khouri (pro hac vice)
Rachel G. Miller-Ziegler (pro hac vice)
1155 F Street N.W., Seventh Floor
Washington, D.C. 20004-1357
Telephone:    (202) 220-1100
Facsimile:    (202) 220-2300
Email:    Donald.Verrilli@mto.com
        Ginger.Anders@mto.com
        Sarah.Boyce@mto.com
        Adele.El-Khouri@mto.com
        Rachel.Miller-Ziegler@mto.com

*Attorneys for The Financial Oversight and Management Board for Puerto Rico, as Representative of The Commonwealth of Puerto Rico*

## **Exhibit A**

**Certification under the Guidelines**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>      Debtors[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**CERTIFICATION UNDER THE GUIDELIENS FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN REGARD TO THE INTERIM APPLICATION OF MUNGER, TOLLES & OLSON LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO FOR THE PERIOD FROM AUGUST 1 THROUGH 31, 2018 AND OCTOBER 1, 2018 THROUGH MAY 31, 2019**

Pursuant to the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases issued by the Executive Office for the United States Trustee, 28 CFR Part 58, Appendix B (the "Guidelines"), together with Local Rule 2016-1, the undersigned, a Partner of the firm Munger, Tolles & Olson LLP ("MTO"), attorneys for the Financial Oversight

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

and Management Board for Puerto Rico (the "Oversight Board") pursuant to section 315(b) of

the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"),[2] hereby

certifies with respect to MTO's interim application for allowance of compensation for services

rendered and reimbursement of expenses incurred with respect to the Debtor's Title III case,

dated July 15, 2019 (the "Fee Application"), for the period from August 1 through 31, 2018 and

October 1, 2018 through May 31, 2019 (the "Compensation Period") as follows:

1. I am the professional designated by MTO in respect of compliance with the Guidelines

and Local Rule 2016-1.

2. I make this certification in support of the Fee Application for interim compensation

and reimbursement of expenses incurred during the Compensation Period in accordance

with the Guidelines and Local Rule 2016-1.

3. In connection therewith, I hereby certify that:

a)   I have read the Fee Application

b)   To the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Fee Application are permissible under the relevant rules, court orders, and the Guidelines.

c)   Except to the extent disclosed in the Fee Application or prohibited by the Guidelines, the fees and disbursements sought in the Fee Application are billed at rates customarily employed by MTO and generally accepted by MTO's clients.   In addition, none of the professionals seeking compensation varied their hourly rate based on the geographic location of the Oversight Board's case.

d)   MTO does not make a profit on costs or expenses for which it seeks reimbursement, whether the service is performed by MTO in-house or through a third party.

e)   MTO is not seeking compensation for time spent reviewing time entries included in invoices.

---

[2] PROMESA has been codified at 48 U.S.C. §§ 2101-2241

f)     no agreement or understanding exists between MTO and any other person for the sharing of compensation to be received in connection with the above cases except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy Rules.

g)     All services for which compensation is sought were professional services on behalf of the Oversight Board and not on behalf of any other person.

3.  I certify that MTO has previously provided monthly statements of fees and disbursements by serving monthly statements in accordance with the Interim Compensation Order (as defined in the Application), except that completing reasonable and necessary internal accounting and review procedures may have, at times, precluded filing fee statements within the time periods specified in the Order.

Dated: July 15, 2019

*/s/ Donald B. Verrilli, Jr.*
**MUNGER, TOLLES & OLSON LLP**
Donald B. Verrilli, Jr. (pro hac vice)
1155 F Street N.W., Seventh Floor
Washington, D.C. 20004-1357
Telephone:      (202) 220-1100
Facsimile:      (202) 220-2300
Email:           Donald.Verrilli@mto.com

*Attorney for The Financial Oversight and*
*Management Board for Puerto Rico, as Representative of The*
*Commonwealth of Puerto Rico*

**<u>Exhibit B</u>**

**Retention Agreement and Retention Amendments**

MUNGER, TOLLES & OLSON LLP

RONALD L. OLSON
ROBERT E. DENHAM
JEFFREY I. WEINBERGER
CARY B. LERMAN
GREGORY P. STONE
BRAD D. BRIAN
BRADLEY S. PHILLIPS
GEORGE M. GARVEY
WILLIAM D. TEMKO
STEPHEN M. KRISTOVICH
JOHN W. SPIEGEL
DONALD B. VERRILLI, JR. *
TERRY E. SANCHEZ
STEVEN M. PERRY
MARK B. HELM
JOSEPH D. LEE
MICHAEL R. DOREN
MICHAEL E. SOLOFF
GREGORY D. PHILLIPS
KATHLEEN M. MCDOWELL
GLENN D. POMERANTZ
THOMAS B. WALPER
SANDRA A. SEVILLE-JONES
HENRY WEISSMANN
KEVIN S. ALLRED
JEFFREY A. HEINTZ
JUDITH T. KITANO
JEROME C. ROTH
STEPHEN D. ROSE
GARTH T. VINCENT
TED DANE
STUART N. SENATOR
MARTIN D. BERN
DANIEL P. COLLINS
ROBERT L. DELL ANGELO
BRUCE A. ABBOTT
JONATHAN E. ALTMAN
MARY ANN TODD
KELLY M. KLAUS
DAVID B. GOLDMAN
KEVIN S. MASUDA
DAVID H. FRY
LISA J. DEMSKY
MALCOLM A. HEINICKE
GREGORY J. WEINGART
TAMERLIN J. GODLEY
JAMES C. RUTTEN
RICHARD ST. JOHN

ROHIT K. SINGLA
LUIS LI
MICHAEL B. DESANCTIS*
CAROLYN HOECKER LUEDTKE
C. DAVID LEE
FRED A. ROWLEY, JR.
KATHERINE M. FORSTER
BLANCA FROMM YOUNG
RANDALL G. SOMMER
ROSEMARIE T. RING
TODD J. ROSEN
MELINDA EADES LeMOINE
SETH GOLDMAN
GRANT A. DAVIS-DENNY
JONATHAN H. BLAVIN
DANIEL B. LEVIN
MIRIAM KIM
MISTY M. SANFORD
HAILYN J. CHEN
BETHANY W. KRISTOVICH
JACOB S. KREILKAMP
JEFFREY Y. WU
LAURA D. SMOLOWE
ANJAN CHOUDHURY
KYLE W. MACH
HEATHER E. TAKAHASHI
ERIN J. COX
BENJAMIN J. HORWICH
E. MARTIN ESTRADA
MATTHEW A. MACDONALD
BRYAN H. HECKENLIVELY
SAMUEL T. GREENBERG
KIMBERLY A. CHI
ADAM R. LAWTON
MARGARET Q. MARASCHINO
JESLYN A. EVERITT
MARK R. SAYSON
JEREMY A. LAWRENCE
CHRISTOPHER M. LYNCH
ADAM I. KAPLAN
KENNETH M. TRUJILLO-JAMISON
LAURA K. LIN
GREGORY M. SERGI
ACHYUT J. PHADKE
MARI OVERBECK
JOHN M. GILDERSLEEVE
ERIC K. CHIU
SARAH L. GRAHAM
ZACHARY M. BRIERS

JENNIFER M. BRODER
EMILY B. VIGLIETTA
KEVIN L. BRADY
ELLEN MEDLIN RICHMOND
JORDAN D. SEGALL
WESLEY T. L. BURRELL
CHRISTA L. CULVER
KAREN A. LORANG
KURUVILLA J. OLASA
JUSTIN P. RAPHAEL
CRAIG A. LAVOIE
ELIA HERRERA
THOMAS P. CLANCY
JOSHUA PATASHNIK
JOSHUA S. MELTZER
ADAM B. WEISS
ROSE LEDA EHLER
AMY L. GREYWITT
CATHLEEN H. HARTGE
MARIA JHAI
ADAM P. BARRY
JENNIFER L. BRYANT
JUSTIN T. HELLMAN
ANDREW CATH RUBENSTEIN
JEFFREY A. PAYNE
HANNAH L. DUBINA
ADAM GOTTESFELD
NICHOLAS D. FRAM
JOHN L. SCHWAB
SARA N. TAYLOR
ALEXANDER D. TEREPKA
MAXIMILLIAN L. FELDMAN
SAMUEL T. BOYD
PETER E. GRATZINGER
SETH J. FORTIN
ANKUR MANDHANIA
J'MK K. FORREST
ASHLEY D. KAPLAN
JESSICA REICH BARIL
JEREMY K. BEECHER
MATTHEW K. DONOHUE
ALLYSON R. BENNETT
ELIZABETH A. LAUGHTON
EMILY CURRAN-HUBERTY
TIMOTHY J. MOON
JORDAN X. NAVARRETE
JOHN B. MAJOR
LAUREN C. BARNETT
NICHOLAS R. SIDNEY

C. HUNTER HAYES
KIMBERLY D. OMENS
AARON E. PENNEKAMP
TREVOR N. TEMPLETON
STEPHEN T. MAYER
SKYLAR D. BROOKS
ELIZABETH R. AYRAL
SARAH S. LEE
ELIZABETH A. KIM
SUSAN S. HAR
THOMAS RUBINSKY
NICHOLAS DUFAU
LAURA M. LOPEZ
MICHAEL C. BAKER
NAJEE K. THORNTON
SARAH G. BOYCE**
MOLLY K. PRIEDEMAN
BENJAMIN WOODSIDE SCHRIER
WILLIAM LARSEN
CELIA R. CHOY*
ADELE M. EL-KHOURI*
A. J. GARCIA
COLIN A. DEVINE

OF COUNSEL

ROBERT K. JOHNSON
ALAN V. FRIEDMAN
PATRICK J. CAFFERTY, JR.
PETER A. DETRE
MARK H. KIM
ALLISON B. STEIN
BRAD SCHNEIDER
ERIC P. TUTTLE
PETER E. GRATZINGER
MARK R. YOHALEM
CHAD GOLDER*
GINGER D. ANDERS*

E. LEROY TOLLES
(1922-2008)

*ADMITTED IN DC AND NY ONLY
** ADMITTED IN DC AND HO ONLY
ALL OTHERS ADMITTED IN CA

1155 F STREET N.W.

SEVENTH FLOOR

WASHINGTON, D.C. 20004-1361

TELEPHONE (202) 220-1100

FACSIMILE (202) 220-2300

———

350 SOUTH GRAND AVENUE

FIFTIETH FLOOR

LOS ANGELES, CALIFORNIA 90071-3426

TELEPHONE (213) 683-9100

FACSIMILE (213) 683-3702

———

560 MISSION STREET

SAN FRANCISCO, CALIFORNIA 91405-3089

TELEPHONE (415) 512-4000

FACSIMILE (415) 512-4077

September 5, 2017

Writer's Direct Contact
(202) 220-1101
(213) 683-4007 FAX
Donald.Verrilli@mto.com

Financial Oversight and Management Board for Puerto Rico
   Attention: Jaime A. El Koury
Members of the Financial Oversight and Management Board for Puerto Rico
Financial Oversight and Management Board for Puerto Rico
   as the representative of any debtor in any Title III proceeding
Jacob Javits Federal Building
26 Federal Plaza, Room 2-128
New York, NY 10278

Re:    In re:  The Financial Oversight and Management Board for Puerto Rico

Lady and Gentlemen:

      We appreciate the opportunity to represent The Financial Oversight and Management Board for Puerto Rico, both in its capacity as such and in its capacity as representative of any debtor in any Title III proceeding (the "Oversight Board") and, in their official capacity as nominal defendants, the members of the Oversight Board listed below, (collectively, "you") in the PROMESA Matters (as defined below).  Let me thank you for your expression of confidence in retaining Munger, Tolles & Olson LLP ("MTO," the "firm," "we" and "us").  This letter agreement, including the attached Additional Terms of Representation, contain your agreement with us regarding the engagement of our firm.

MUNGER, TOLLES & OLSON LLP

Financial Oversight and Management Board for Puerto Rico
Members of the Financial Oversight and Management Board for Puerto Rico
The Financial Oversight and Management Board for Puerto Rico
    as the representative of any debtor in any Title III proceeding
September 5, 2017
Page 2

### Scope of Representation

      MTO's client in this representation will be only you, and not any other individual or entity (whether or not related to any of you as an employee, agent, represented debtor, related entity, overseeing body or otherwise). Without limitation on the foregoing, you specifically agree that although MTO will be representing the Oversight Board in its capacity as the representative of any debtor in any Title III proceeding, MTO will not be representing any such debtor. You agree that this representation does not give rise to an attorney-client relationship between MTO and anyone but you. So, for example, MTO's representation of you will not be deemed to be a representation of Puerto Rico, or any agency, department, officer or political subdivision thereof, any other governmental entity or body of any sort, or any debtor in any Title III proceeding, for conflict of interest purposes and you agree that we will not be precluded from, and you will not use MTO's representation of you in this matter as a basis for objecting to MTO's representing another client adverse to any such person or entity, or any other individual or entity other than the Financial Oversight and Management Board for Puerto Rico itself.

      MTO's engagement is limited to representing you in proceedings in the U.S. District Court for the District of Puerto Rico in *In re: The Financial Oversight and Management Board for Puerto Rico*, No. 17 BK 3283-LTS ("No. 17 BK 3283-LTS"),; the U.S. District Court for the District of Puerto Rico in *In re: The Financial Oversight and Management Board for Puerto Rico*, No. 17 BK 4780-LTS ("No. 17 BK 4780-LTS"); and any other similar actions filed that challenge the constitutionality of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA") on the same bases as those asserted in 17 BK 3283-LTS and No. 17 BK 4780-LTS, and any further appellate proceedings raising the issue of PROMESA's constitutionality in these matters (collectively, the "PROMESA Matters"). MTO is not your general counsel, and our engagement does not involve an undertaking to represent you or your interests in any other matter. For example, MTO's engagement does not include responsibility for advising you regarding the extent of your authority or any aspect of your carrying out your mission.

      If not terminated earlier or extended in an express written agreement executed by a partner in MTO, our representation of you in this matter will conclude upon the earlier of the settlement or other final resolution of the claims regarding the constitutionality of PROMESA asserted in the PROMESA Matters, or six months of no work recorded by us on the matter.

### Billing

      Our billing practice will be to base legal fees upon the amount of time devoted to this matter at hourly rates for the attorneys and other personnel (such as paralegal assistants and case clerks) involved in the project. We believe that our hourly rates are comparable to those charged for similar kinds of work by lawyers of similar experience and standing in the

MUNGER, TOLLES & OLSON LLP

Financial Oversight and Management Board for Puerto Rico
Members of the Financial Oversight and Management Board for Puerto Rico
The Financial Oversight and Management Board for Puerto Rico
    as the representative of any debtor in any Title III proceeding
September 5, 2017
Page 3

community. We will provide a 15% discount from our standard hourly rates. Our pre-discounted hourly rates for the attorneys currently assigned to your matter will be: Donald B. Verrilli, Jr. ($1225), Ginger Anders ($800); Chad Golder ($735); Sarah Boyce ($660); Adele El-Khouri ($600). Other attorneys in the firm may also be involved in this representation to the extent we find it appropriate. Paralegal time is billed at rates ranging between $190 and $320 per hour. We expect to adjust our rates annually on the first of the year, and of course will notify you of any increases in the rates of persons working on your matter. In addition, upon conclusion of the district court proceedings, we will endeavor to negotiate a mutually satisfactory fixed fee arrangement for proceedings in the Court of Appeals. We will also endeavor, upon conclusion of proceedings in the Court of Appeals, to negotiate a mutually satisfactory fixed fee arrangement for proceedings (if any) in the United States Supreme Court.

We will send monthly statements to you, and by the signature of your representative below, you agree to pay them. These statements will show the current status of your account, both for services rendered and for costs incurred on your behalf, and we will expect payment of the balance due on those statements promptly; provided that, all invoices are to be paid in accordance with the court order setting procedures for interim compensation and reimbursement of professionals. The statements will include time entries by day and timekeeper, with general task descriptions.

## Issues Regarding Joint Representation

As a formal matter, we will jointly represent the Oversight Board and the individual Oversight Board members who have been named in their official capacities as nominal defendants in the Adversary Complaint filed by the Union de Trabajadores De La Industria Electrica y Riego (Utier) in No. 17 BK4780-LTS.

Joint representations may result in economic or tactical advantages. You should be aware, however, that joint representations sometimes involve significant risks. For example, joint representations may result in divided or at least shared attorney-client loyalties. In joint representations, it is possible that issues may arise as to which a lawyer's representation of one client may be materially limited by the lawyer's joint representation of other clients in the same manner. This could happen if, for example, the interests of one of a group of jointly represented defendants in a matter would be served by the presentation of rights, strategies, claims, or evidence whose presentation would be detrimental to the interests of the other jointly-represented defendants — in other words, if what is in one jointly-represented client's best interests is not in the best interests of other jointly-represented clients. With respect to the representation here, however, we have not identified any actual or potential conflicts. Indeed, The individual Board members here have been sued in their official capacities as nominal defendants for declaratory relief only; the central issue is the constitutionality of the Board rather than the propriety (assuming the constitutionality of the Board) of any action that the Board members have taken or

MUNGER, TOLLES & OLSON LLP

Financial Oversight and Management Board for Puerto Rico
Members of the Financial Oversight and Management Board for Puerto Rico
The Financial Oversight and Management Board for Puerto Rico
     as the representative of any debtor in any Title III proceeding
September 5, 2017
Page 4

authorized, or will take or authorize.  Therefore, it appears to us that the interests of all of you are
organically aligned in this matter.

       As noted above, we will be representing the Oversight Board as such and also in
its capacity as the representative of any debtor in any Title III proceeding.  We believe that the
just-presented analysis would apply to representation of the Oversight Board in this additional
representative capacity where we would not be representing any such debtor itself and the central
issue would remain the constitutionality of the Board rather than the propriety (assuming the
constitutionality of the Board) of any action that the any such debtor has taken or authorized, or
will take or authorize.

       By signing and returning to us the agreement and consent set forth at the end of
this letter, each of you agrees to our joint representation of the Oversight Board, the individual
Board Members listed below in their official capacity as nominal defendants in the identified
litigation, and the Oversight Board in its capacity as the representative of any debtor in any Title
III proceeding, and you will consent to the arrangements discussed above and agree neither to
assert a conflict of interest nor to seek to disqualify us from any representations related to any of
those arrangements.

*  *  *  *  *

       The attorney-client relationship is one of mutual trust and confidence.  We
therefore encourage our clients to feel free at all times to raise questions about any aspect of our
representation, including billing matters.

       Further terms applicable to this engagement are specified in Exhibit A to this
letter.  Please contact me as soon as possible if this letter (including its Exhibit A) does not
accurately reflect your understanding of our agreement.  Any corrections or changes must be in
writing and signed on your behalf and on our behalf.  Otherwise, please sign and return the
enclosed acknowledgment copy of this letter at your earliest convenience.

       Very truly yours,

       Donald B. Verrilli, Jr.

MUNGER, TOLLES & OLSON LLP

Financial Oversight and Management Board for Puerto Rico
Members of the Financial Oversight and Management Board for Puerto Rico
The Financial Oversight and Management Board for Puerto Rico
    as the representative of any debtor in any Title III proceeding
September 5, 2017
Page 5

       This letter, including Exhibit A hereto, accurately sets forth all of the terms of the engagement of Munger, Tolles & Olson LLP as counsel to The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), the Oversight Board's individual Board members identified below in their official capacities, and the Oversight Board in its capacity as representative of any debtor in any Title III proceeding, is approved and accepted by each of them, through an authorized representative where applicable:

THE FINANCIAL OVERSIGHT AND
   MANAGEMENT BOARD
   FOR PUERTO RICO

By _____         Date: _____
      Jaime El Koury
      General Counsel

JOSÉ B. CARRIÓN III

By _____         Date: _____
      José B. Carrión III

ANDREW G. BIGGS

By _____         Date: _____
      Andrew G. Biggs

CARLOS M. GARCÍA

By _____         Date: _____
      Carlos M. García

ARTHUR J. GONZÁLEZ

By _____         Date: _____
      Arthur J. González

MUNGER, TOLLES & OLSON LLP

Financial Oversight and Management Board for Puerto Rico
Members of the Financial Oversight and Management Board for Puerto Rico
The Financial Oversight and Management Board for Puerto Rico
    as the representative of any debtor in any Title III proceeding
September 5, 2017
Page 6

JOSÉ R. GONZÁLEZ

By _____          Date: _____
    José R. González


ANA J. MATOSANTOS

By _____          Date: _____
    Ana J. Matosantos


DAVID A. SKEEL, JR.

By _____          Date: _____
    David A. Skeel, Jr.

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD
FOR PUERTO RICO IN ITS CAPACITY AS
THE REPRESENTATIVE OF ANY DEBTOR
IN ANY TITLE III PROCEEDING                 Date: _____

By _____
    Jaime El Koury
    General Counsel

MUNGER, TOLLES & OLSON LLP

Financial Oversight and Management Board for Puerto Rico
Members of the Financial Oversight and Management Board for Puerto Rico
The Financial Oversight and Management Board for Puerto Rico
    as the representative of any debtor in any Title III proceeding
September 5, 2017
Page 7

## EXHIBIT A — MTO ADDITIONAL TERMS OF RETENTION

    The following terms apply to your retention of Munger, Tolles & Olson LLP in this matter, and are an integral part of our agreement with you.

    **Cooperation.** To enable us to represent you effectively, you agree to cooperate fully with us in all aspects of your matter, and fully and accurately to disclose to us all facts and documents that may be relevant to the matter or that we may otherwise request. We may rely on your disclosures without independent verification. You also will make yourself reasonably available to attend meetings, discovery proceedings and conferences, hearings and other proceedings, as applicable.

    **Nature Of Services.** We provide only legal services. You are not relying on us for and we are not providing, among other things, investment, insurance, financial, accounting or technical advice or making business decisions, nor are we investigating the character or credit of persons with whom you may be dealing. We will not express opinions or beliefs as to the financial statements or other financial information of you or anyone else. Unless otherwise expressly stated in the body of this letter, we shall have no responsibility to investigate or evaluate whether insurance is available relating to your matter or to tender the matter to any insurance carrier.

    **No Guarantee Of Outcome.** We do not and cannot guarantee the outcome of any matter. Either at the commencement or during the course of our representation, we may express opinions or beliefs concerning the litigation or various courses of action and the results that might be anticipated. Any such statements are intended to be expressions of opinion only, based on information available to us at the time, and should not be construed as promises or guarantees.

    **Estimates Not Binding.** As you are aware, it is not possible to quote exact amounts to be charged for projects like this one. Even carefully prepared estimates may turn out to be high or low. Our experience has been, however, that our clients consider our fees to be reasonable in light of the responsibilities assumed, the effort expended, the result achieved, and the efficiency with which the project is completed.

    **Billing And Payment.** The following billing and payment terms shall apply except that to the extent that, in the body of this letter, it is stated that a third party has agreed to pay our fees and costs in this matter, then the references to your payment obligations in the next three paragraphs shall be interpreted to apply to payment obligations of such third party.

    You agree to pay our statements promptly. There are certain costs and expenses (in addition to the fees for our legal services) which you will be obligated to pay, if incurred,

MUNGER, TOLLES & OLSON LLP

Financial Oversight and Management Board for Puerto Rico
Members of the Financial Oversight and Management Board for Puerto Rico
The Financial Oversight and Management Board for Puerto Rico
  as the representative of any debtor in any Title III proceeding
September 5, 2017
Page 8

reasonable, and documented, such as messenger charges, printing and photocopying costs, air express delivery charges, travel costs, transcript fees, parking charges, filing fees, telephone conference call charges, and other similar costs and expenses. Through an agreement with a vendor, we host electronic documents for mid-size litigation or other matters at a discounted rate. If your matter requires such document hosting, you will be billed a hosting fee that will appear on your monthly invoice as a cost, unless you arrange for document hosting in your matter through a vendor of your choosing and who will invoice you directly. If you prefer to use a vendor of your choosing, please let us know.

   From time to time, with your approval, MTO may engage leased workers for specific work on matters (e.g. first level review of documents, etc). These leased workers would work alongside and be supervised by our regular staff and attorneys. The billing rate for such leased workers may exceed the amount paid by MTO for the leased workers' services. We do not bill clients for fees charged by computerized legal research services, telephone charges other than conference call charges, routine facsimile transmissions or routine postage. We may also retain, at your expense, experts or consultants whose services we believe are necessary for effective representation in this matter. In accordance with our normal practice, we will require that significant bills from outside vendors (including, for example, copy services, experts and consultants) be paid directly by you. You also agree to pay us promptly for our fees, costs and expenses incurred in responding to subpoenas, testifying (and preparing testimony) by deposition or otherwise, or otherwise responding with respect to obligations, claims or demands relating to or arising out of the matters in which we have represented or are representing you, whether or not related to our services and whether or not we are then representing you.

   Any retainer or other advance payment ("advance payment") is for our (and not your) account and benefit; it is not intended as a security deposit. Unless otherwise required by law, any advance payment will not be maintained in a separate account or retained as trust funds, and it will earn no interest, for your benefit. Any request for an advance payment should not be viewed as a quote or a limitation on fees. Our fees could well exceed the amount of the advance. After completion of our engagement and payment of our final statement, if amounts paid (including advances) exceed the amounts charged, the difference will be repaid.

   You agree that we may suspend or terminate services, and may withdraw from our representation of you, if our statements or required advance payments are not timely paid or restored as agreed, subject to any required notice or applicable judicial or professional rules.

   **Informed Written Consent To Certain Future Conflicts Of Interest.** MTO represents many clients on a variety of legal matters. It is possible that in the future some of our present or future clients may have matters that are potentially or actually adverse to you that are not substantially related to the work we have performed for you. Similarly, there may be matters that you ask us to undertake in the future that present a potential or actual conflict with another

MUNGER, TOLLES & OLSON LLP

Financial Oversight and Management Board for Puerto Rico
Members of the Financial Oversight and Management Board for Puerto Rico
The Financial Oversight and Management Board for Puerto Rico
    as the representative of any debtor in any Title III proceeding
September 5, 2017
Page 9

client of the firm.  Absent informed written consent, these conflicts of interest could adversely affect your ability and the ability of others to choose MTO as their counsel and preclude MTO from representing you or others in pending or future matters.  Accordingly, in engaging MTO in this or any other matter, you consent to MTO's representation of others ("other MTO Client(s)") in (a) transactional matters in which you are a counterparty to, or otherwise affected by, the transaction, (b) bankruptcy matters in which you are an interested party as an equity holder, a debtor, a secured or unsecured creditor, or otherwise, (c) litigation matters in which you may or may not be a party and in which the other MTO Client is not a party but files or seeks leave to file (individually or as part of a group of other amici or through a trade association) an *amicus curiae* brief that advocates a position that may be adverse to your interests, (d) litigation matters (including arbitration and other dispute resolution matters) in which you are not a party but the other MTO Client or another party in the matter is seeking testimony, documents or other evidence from or involving you, and (e) litigation (including arbitration and other dispute resolution matters), transactional, counseling or other matters in which you are not a party but you may have a business or other interest, for example, because you have a business or other relationship with a party or because a legal standard relevant to the matter may also be relevant to matters in which you are or may become involved.  Once again, the consent that we seek would extend only to matters that are not substantially related to the work we have performed for you.  (For the avoidance of doubt, you specifically agree that a bankruptcy of or relating to Puerto Rico is not substantially related to the matter in which you are engaging us.)  Such matters are referred to as "Permitted Other Representations."  An element of your consent is your agreement that neither you nor anyone acting on your behalf will assert MTO's representation of you as a basis for disqualifying MTO from representing another party in any Permitted Other Representation.  We commit to adhere to our professional obligation not to disclose or use any of your confidential information for another party's benefit without your consent.

        In deciding whether to agree to this informed consent to future conflicts you should consider whether there is any material risk that we will be less zealous or eager on your behalf if we or others in our law firm at the same time represent other parties in Permitted Other Representations.  Similarly, you should consider whether there is any material risk that your confidential information will be used adversely to you.  We do not believe that there is a material risk of the first type because we understand our role as advocates in particular matters and take our obligations to our clients seriously.  We do not believe that there is a material risk of the second type because we seek your consent only with respect to matters that are not substantially related to matters in which we represent you.  Nevertheless, these are issues that you should consider for yourself and on which we encourage you to seek advice from independent counsel.

        **Electronic Communications.**  During our engagement, we may exchange materials with you by electronic means such as email, using commercial software.  Such communications can be victimized by destructive electronic programs (so-called "viruses") and

MUNGER, TOLLES & OLSON LLP

Financial Oversight and Management Board for Puerto Rico
Members of the Financial Oversight and Management Board for Puerto Rico
The Financial Oversight and Management Board for Puerto Rico
    as the representative of any debtor in any Title III proceeding
September 5, 2017
Page 10

interception.  Our virus scanning software also may occasionally reject a communication sent by you, and yours may do the same to something sent by us.  We believe that these sorts of occurrences are to be expected from time to time as part of the ordinary course of business and cannot guarantee against them, although they do affect the security and reliability of electronic communications.  If for these or other reasons you would prefer that we not communicate by electronic means or follow special instructions or use encryptions, you should promptly so advise in writing to those responsible for your matter.

**Consultation With Firm Counsel.**  We represent many clients and handle a great number of complex matters.  In part because of the number of clients that we represent and the complexity of matters in which we become involved, from time to time issues arise that raise questions as to our professional duties.  These might include, for example, conflict of interest issues, and could even include issues raised because of a dispute between us and a client over the handling of a matter.  Under normal circumstances when such issues arise we would seek the advice of our internal general counsel who are experienced in such matters.  Historically, we have considered such consultations to be attorney-client privileged conversations between firm personnel and the counsel for the firm.  In recent years, there have been judicial decisions suggesting that under some circumstances such conversations involve a conflict of interest between the client and the law firm and that consultation with firm counsel may not be privileged, unless the law firm either withdraws from the representation of its client or obtains the client's consent to consult with firm counsel.

We believe that it can be in our clients' and our mutual interests that, in the event legal ethics or related issues arise in conjunction with a representation, we receive expert analysis of our obligations.  Accordingly, as part of our agreement concerning our representation of you, you agree that if we determine in our own discretion during the course of or following the representation that it is either necessary or appropriate to consult with our firm counsel (either MTO's in-house general counsel or, if we choose, outside counsel) we have your consent to do so in what are and will be deemed to be communications protected by MTO's attorney-client privilege, and that our representation of you shall not, thereby, waive any attorney-client privilege that MTO may otherwise have to protect the confidentiality of our communications with counsel.

**Conflict Checks.**  To allow us to conduct a conflict check, you represent that you have identified for us all persons and entities that are or may become involved in the subject matter, including all persons and entities that in any material respect are related, affiliated or associated with you, and other involved or potentially involved parties (such as parent corporations, subsidiaries and other affiliates, officers, directors and principals).  You agree that you will promptly notify us if you become aware of any other persons or entities that are or may

MUNGER, TOLLES & OLSON LLP

Financial Oversight and Management Board for Puerto Rico
Members of the Financial Oversight and Management Board for Puerto Rico
The Financial Oversight and Management Board for Puerto Rico
     as the representative of any debtor in any Title III proceeding
September 5, 2017
Page 11

become involved in the matter.  You agree to cooperate fully with us and provide all necessary information known or available to you that is relevant to our conflict check.

**Public Reference To Representation.**  For matters that are or become public, you confirm that you have no objection to our making public reference to our representation of you, consistent with our responsibilities otherwise to maintain your confidences.  Such reference may include, for example, mention in our firm website, statements of an attorney's experience, and brochures or promotional material.

**Termination Of Representation.**  You have the right to discharge us at any time.  We may withdraw with your consent or for good cause, which includes client breach of this agreement or refusal to cooperate with us and follow our advice on a material matter, as well as in any other circumstance permitted by applicable rules.  If you or we terminate our representation of you, you will cooperate with us to effect that termination, including executing all reasonably necessary documents (such as a Substitution of Attorney).  Upon termination, you will remain obligated to pay for all services rendered and costs or expenses paid or incurred on your behalf before the termination or which are reasonably necessary thereafter.

After the conclusion of our representation, changes may occur in the applicable laws or regulations that could have an impact upon your future rights and liabilities.  The firm has no continuing obligation to advise you with respect to future legal developments.

**Record Retention.**  At the conclusion of this matter, we will at your request provide a copy of your file to you.  We may destroy our copy of that file after ten years from the conclusion of the matter.  Our own files remain our property and we may destroy our own files after ten years from the conclusion of the matter as well.  Our own files include, for example, firm administrative records, time and expense reports, personnel and staffing materials, and credit and accounting records; as well as internal lawyers' work product such as drafts, notes, internal memoranda, and legal and factual research, including investigative reports, prepared by or for our internal use.

**Effective Date.**  The effective date of our agreement is the date on which our services commenced.  The date printed on this letter is for convenience of reference only.

**Confidentiality of Engagement Letter.**  Although this engagement letter may be considered confidential, you agree that we may share the terms of any conflict waivers (excluding otherwise confidential information) with our other affected client(s) and that we may disclose the fact of any conflict waiver, as well as any document memorializing it (after redactions, if appropriate) where reasonably necessary to rebut allegations of improper conflicting representations.

MUNGER, TOLLES & OLSON LLP

Financial Oversight and Management Board for Puerto Rico
Members of the Financial Oversight and Management Board for Puerto Rico
The Financial Oversight and Management Board for Puerto Rico
    as the representative of any debtor in any Title III proceeding
September 5, 2017
Page 12

       **Dispute Resolution.**  In the event of litigation in any way relating to this agreement, California law will apply and personal jurisdiction and venue will be in Los Angeles, California, in state court or, at our option if subject matter jurisdiction exists there, federal court. We maintain errors and omissions insurance coverage applicable to the services to be rendered under this agreement.  This agreement shall be governed by the internal law (and not the law pertaining to choice or conflicts of law) of the State of California

       **Representation In Additional Matters.**  In the event that you request and we agree to representation by us in additional matters, the terms hereof shall control such additional matters except for the then prevailing hourly rates and the amount of a retainer, unless we enter into a new written agreement containing a full statement of the terms.

MUNGER, TOLLES & OLSON LLP

RONALD L. OLSON
ROBERT E. DENHAM
JEFFREY I. WEINBERGER
GARY B. LERMAN
GREGORY P. STONE
BRAD D. BRIAN
BRADLEY S. PHILLIPS
GEORGE M. GARVEY
WILLIAM D. TEMKO
JOHN W. SPIEGEL
DONALD B. VERRILLI, JR. *
TERRY E. SANCHEZ
STEVEN M. PERRY
MARK B. HELM
JOSEPH D. LEE
MICHAEL R. DOYEN
MICHAEL E. SOLOFF
GREGORY D. PHILLIPS
KATHLEEN M. M'DOWELL
GLENN D. POMERANTZ
THOMAS B. WALPER
SANDRA A. SEVILLE-JONES
HENRY WEISSMANN
KEVIN S. ALLRED
JEFFREY A. HEINTZ
JUDITH T. KITANO
JEROME C. ROTH
GARTH T. VINCENT
TED DANE
STUART N. SENATOR
MARTIN D. BERN
DANIEL P. COLLINS
ROBERT L. DELL ANGELO
BRUCE A. ABBOTT
JONATHAN E. ALTMAN
KELLY M. KLAUS
DAVID B. GOLDMAN
DAVID H. FRY
LISA J. DEMSKY
MALCOLM A. HEINICKE
TAMERLIN J. GODLEY
JAMES C. RUTTEN
RICHARD ST. JOHN
ROHIT K. SINGLA
LUIS LI
MICHAEL B. DESANCTIS *
CAROLYN HOECKER LUEDTKE
C. DAVID LEE
MARK H. KIM
FRED A. ROWLEY, JR
KATHERINE M. FORSTER

BLANCA FROMM YOUNG
RANDALL G. SOMMER
ROSEMARIE T. RING
TODD J. ROSEN
MELINDA EADES LEMOINE
SETH GOLDMAN
GRANT A. DAVIS-DENNY
JONATHAN H. BLAVIN
DANIEL B. LEVIN
MIRIAM KIM
MISTY M. SANFORD
CAROLINE M. RULE
BETHANY W. KRISTOVICH
JACOB S. KREILKAMP
JEFFREY Y. WU
LAURA D. SMOLOWE
ANJAN CHOUDHURY
KYLE W. MACH
HEATHER E. TAKAHASHI
ERIN J. COX
BENJAMIN J. HORWICH
E. MARTIN ESTRADA
MATTHEW A. MACDONALD
BRYAN H. HECKENLIVELY
SAMUEL T. GREENBERG
ELAINE J. GOLDENBERG
MARK R. YOHALEM
CHAD GOLDER*
GINGER D. ANDERS*
MARGARET G. MARASCHINO
JOHN M. GILDERSLEEVE
ADAM B. WEISS
ADAM R. LAWTON
JESLYN A. EVERITT
MARK R. SAYSON
JEREMY A. LAWRENCE
CHRISTOPHER M. LYNCH
ADAM I. KAPLAN
KENNETH M. TRUJILLO-JAMISON
LAURA H. LIN
GREGORY M. SERGI
ACHYUT J. PHADKE
MARI OVERBECK
ZACHARY M. BRIERS
JENNIFER M. BRODER
KEVIN L. BRADY
ELLEN MEDLIN RICHMOND
JORDAN D. SEGALL
WESLEY T. L. BURRELL
CHRISTA L. CULVER

KAREN A. LORANG
KURUVILLA J. OLASA
JUSTIN P. RAPHAEL
CRAIG A. LAVOIE
ELIA HERRERA
JOSHUA PATASHNIK
JOSHUA S. MELTZER
ROSE LEDA EHLER
MARIA JHAI
ADAM P. BARRY
JENNIFER L. BRYANT
JUSTIN T. HELLMAN
ANDREW CATH RUBENSTEIN
JEFFREY A. PAYNE
HANNAH L. DUBINA
ADAM GOTTESFELD
NICHOLAS D. FRAM
JOHN L. SCHWAB
ALEXANDER D. TEREPKA
PETER E. BOOS
ANKUR MANDHANIA
J'ME K. FORREST
ASHLEY D. KAPLAN
JESSICA REICH BARIL
JULIANA M. YEE
JEREMY K. BEECHER
MATTHEW K. DONOHUE
ALLYSON R. BENNETT
ARIEL C. GREEN
ELIZABETH A. LAUGHTON
EMILY CURRAN HUBERTY
TIMOTHY J. MOON
JORDAN X. NAVARETTE
JOHN B. MAJOR
LAUREN C. BARNETT
NICHOLAS R. SIDNEY
C. HUNTER HAYES
KIMBERLY D. OWENS
AARON D. PENNEKAMP
TREVOR M. TEMPLETON
STEPHEN T. MAYER
SKYLAR D. BROOKS
ELIZABETH R. AYRAL
ELIZABETH A. KIM
SUSAN S. HAR
THOMAS RUBINSKY
NICHOLAS DUFAU
LAURA M. LOPEZ
MICHAEL C. BAKER

NAJEE K. THORNTON
SARAH G. BOYCE*
HOLLY K. FRIEDMAN
BENJAMIN WOODSIDE SCHRIER
WILLIAM LARSEN
CELIA R. CHOY*
ADELE M. EL-KHOURI*
COLIN A. DEVINE
DANE P. SHRINAN
LEXI PEACOCK
MAGGIE THOMPSON
SAMUEL H. ALLEN
ALLISON M. DAY
MARKUS A. BRAZILL
GIOVANNI S. SAARMAN GONZÁLEZ
JONATHAN S. MELTZER*
SAMUEL JOSÉ DÍAZ
LAUREN M. HARDING
NEFI D. ACOSTA
STEPHANIE D. HERRERA
TERESA A. REED
GRANT R. ARNOW
DANIEL BENJAMIN
SARA A. MCDERMOTT
J. MAX ROSEN
M. ELIZA HANEY
RACHEL G. MILLER-ZIEGLER*
ALISON F. KAROL
ANNE K. CONLEY

OF COUNSEL

ROBERT K. JOHNSON
ALAN V. FRIEDMAN
PATRICK J. CAFFERTY, JR.
PETER R. DETRE
ALLISON B. STEIN
BRAD SCHNEIDER
ERIC P. TUTTLE
PETER E. GRATZINGER
JENNY H. HONG
KIMBERLY A. CHI

E. LEROY TOLLES
(1922-2008)

* ADMITTED IN D.C.
ALL OTHERS ADMITTED IN CA.

1155 F STREET N.W.
SEVENTH FLOOR
WASHINGTON, D.C. 20004-1361
TELEPHONE (202) 220-1100
FACSIMILE (202) 220-2300

350 SOUTH GRAND AVENUE
FIFTIETH FLOOR
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100
FACSIMILE (213) 683-3702

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-3089
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

May 29, 2018

Writer's Direct Contact
(202) 220-1101
(213) 683-4007 FAX
Donald.Verrilli@mto.com

Financial Oversight and Management Board
for Puerto Rico
Attention: Jaime A. El Koury
Jacob Javits Federal Building
26 Federal Plaza, Room 2-128
New York, NY 10278

Dear Jaime:

This will confirm our firm's new representation of The Financial Oversight and Management Board for Puerto Rico ("you" or the "Oversight Board"). In brief, our representation will be to provide advice and potentially in pursue litigation regarding the Board's authority to enforce the requirements of its fiscal plan against the Governor of Puerto Rico. If not terminated earlier or extended in an express written agreement executed by a partner in MTO, our representation of you in this matter will conclude upon the earlier of the settlement or other final resolution of the claims asserted in the matter or six months of no work recorded by us on the matter.

The Oversight Board is the sole client in the matter. We are not representing any other person or entity (whether affiliated with or otherwise related to the Oversight Board).

The terms of our most recent formal engagement letter with the Oversight Board, as modified by any intervening changes in the firm's applicable billing rates, will apply. If you would like an additional copy of that letter, please let me know.

38774651.1

MUNGER, TOLLES & OLSON LLP

May 29, 2018
Page 2


Thank you again for the opportunity to work with you in this matter.



Very truly yours,



Donald B. Verrilli, Jr.

38774651.1

MUNGER, TOLLES & OLSON LLP

RONALD L. OLSON
ROBERT E. DENHAM
JEFFREY I. WEINBERGER
CARY B. LERMAN
GREGORY P. STONE
BRAD D. BRIAN
BRADLEY S. PHILLIPS
GEORGE M. GARVEY
WILLIAM D. TEMKO
WILLIAM H. SPIEGEL
DONALD B. VERRILLI, JR.*
TERRY E. SANCHEZ
STEVEN M. PERRY
MARY B. HELM
JOSEPH D. LEE
MICHAEL R. DOYEN
MICHAEL E. SOLOFF
GREGORY D. PHILLIPS
KATHLEEN M.®DOWELL
GLENN D. POMERANTZ
THOMAS B. WALPER
SANDRA A. SEVILLE-JONES
HENRY WEISSMANN
KEVIN S. ALLRED
JUDITH T. KITANO
JEROME C. ROTH
GARTH T. VINCENT
TED DANE
STUART N. SENATOR
MARTIN D. BERN
DANIEL P. COLLINS
ROBERT L. DELL ANGELO
BRUCE A. ABBOTT
JONATHAN E. ALTMAN
KELLY M. KLAUS
DAVID B. GOLDMAN
DAVID H. FRY
LISA J. DEMSKY
MALCOLM A. HEINICKE
TAMERLIN J. GODLEY
JAMES C. RUTTEN
RICHARD ST. JOHN
ROHIT K. SINGLA
LUIS LI
MICHAEL B. DESANCTIS*
CAROLYN HOECKER LUEDTKE
C. DAVID LEE
MARK H. KIM
BRETT J. RODDA
FRED A. ROWLEY, JR.
KATHERINE M. FORSTER

BLANCA FROMM YOUNG
RANDALL G. SOMMER
ROSEMARIE T. RING
MELINDA EADES LEMOINE
SETH GOLDMAN
GRANT A. DAVIS-DENNY
JONATHAN H. BLAVIN
DANIEL B. LEVIN
MIRIAM KIM
MISTY M. SANFORD
HAILYN J. CHEN
BETHANY W. KRISTOVICH
JACOB S. KREILKAMP
JEFFREY Y. WU
LAURA D. SMOLOWE
ANJAN CHOUDHURY
KYLE W. MACH
HEATHER E. TAKAHASHI
ERIN J. COX
BENJAMIN J. HORWICH
E. MARTIN ESTRADA
MATTHEW A. MACDONALD
BRYAN H. HECKENLIVELY
ELAINE J. GOLDENBERG*
MARK R. YOHALEM
CHAD GOLDER*
GINGER D. ANDERS*
MARGARET G. MARASCHINO
JOHN M. GILDERSLEEVE
ADAM B. WEISS
GEORGE CLAYTON FATHEREE, III
KELLY L. C. KRIEBS
ADAM R. LAWTON
JEREMY A. LAWRENCE
CHRISTOPHER M. LYNCH*
ADAM I. KAPLAN
KENNETH M. TRUJILLO-JAMISON
LAURA K. LIN
GREGORY M. SERGI
ACHYUT J. PHADKE
MARI OVERBECK
ZACHARY M. BRIERS
JENNIFER M. BRODER
JORDAN D. SEGALL
WESLEY T.L. BURRELL

KAREN A. LORANG
KURUVILLA J. OLASA
JUSTIN P. RAPHAEL
CRAIG A. LAVOIE
ELIA HERRERA
JOSHUA PATASHNIK
JOSHUA S. MELTZER
ROSE LEDA EHLER
MARIA JHAI
ADAM P. BARRY
JENNIFER L. BRYANT
ANDREW CATH RUBENSTEIN
JEFFREY A. PAYNE
HANNAH L. DUBINA
NICHOLAS D. FRAM
JOHN L. SCHWAB
ALEXANDER D. TEREPKA
J'ME K. FORREST
ASHLEY D. KAPLAN
JESSICA REICH BARIL
JULIANA M. YEE
JEREMY K. BEECHER
MATTHEW K. DONOHUE
ARIEL C. GREEN
ELIZABETH A. LAUGHTON
EMILY CURRAN-HUBERTY
JORDAN X. NAVARETTE
JOHN B. MAJOR
LAUREN C. BARNETT
C. HUNTER HAYES
KIMBERLY D. OMENS
AARON D. PENNEKAMP*
TREVOR N. TEMPLETON
SKYLAR D. BROOKS
ELIZABETH R. DYER
SARAH S. LEE
ELIZABETH A. KIM
SUSAN S. HAR
THOMAS RUBINSKY
NICHOLAS DUFAU
LAURA M. LOPEZ
MICHAEL C. BAKER
NAJEE K. THORNTON
SARAH G. BOYCE*
MOLLY R. PRIEDEMAN
WILLIAM LARSEN
CELIA R. CHOY*
ADELE M. EL-KHOURI
COLIN A. DEVINE

DANE P. SHIKMAN
LEXI PEACOCK
MAGGIE THOMPSON
SAMUEL H. ALLEN
ALLISON M. DAY
GIOVANNI S. SAARMAN GONZÁLEZ
JONATHAN S. MELTZER*
SAMUEL JOSÉ DIAZ
LAUREN M. HARDING
NEFI D. ACOSTA
STEPHANIE G. HERRERA
TERESA REED DIPPO
GRANT R. ARROW
DANIEL BENYAMIN
SARA A. MCDERMOTT
J. MAX ROSEN
M. ELIZA HANEY
RACHEL G. MILLER-ZIEGLER*
ALISON F. KAROL
ANNE K. CONLEY
GRAHAM B. COLE
SHEILA A. ONGWAE
KATHERINE G. INCANTALUPO
SUSAN M. PELLETIER*
DAVID P. THORESON
DAVID W. MORESHEAD
ANDRE W. BREWSTER III
TERRA D. LAUGHTON
ROWLEY J. RICE
DAHLIA MIGNOUNA*

OF COUNSEL

ROBERT K. JOHNSON
ALAN V. FRIEDMAN
PATRICK J. CAFFERTY, JR.
PETER R. DETRE
ALLISON B. STEIN
BRAD SCHNEIDER
ERIC P. TUTTLE
PETER E. GRATZINGER
JENNY H. HONG
KIMBERLY A. CHI
DAVID S. HONG

E. LEROY TOLLES
(1922-2008)

*ADMITTED IN DC.
ALL OTHERS ADMITTED IN CA

1155 F STREET N.W.
SEVENTH FLOOR
WASHINGTON, D.C. 20004-1361
TELEPHONE (202) 220-1100
FACSIMILE (202) 220-2300

———

350 SOUTH GRAND AVENUE
FIFTIETH FLOOR
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100
FACSIMILE (213) 683-3702

———

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-3089
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

December 21, 2018

Writer's Direct Contact
(202) 220-1101
(213) 683-4007 FAX
Donald.Verrilli@mto.com

Financial Oversight and Management Board
for Puerto Rico
Attention: Jaime A. El Koury
jelkoury@outlook.com

Dear Jaime:

This will confirm our firm's new representation of The Financial Oversight and Management Board for Puerto Rico ("you" or the "Oversight Board"). In brief, our representation will be to assist with an opposition to a certiorari petition filed by Peaje in connection with the PROMESA bankruptcy proceedings initiated by the Oversight Board and any other Supreme Court proceedings in the matter. If not terminated earlier or extended in an express written agreement executed by a partner in MTO, our representation of you in this matter will conclude upon the earlier of the settlement or other final resolution of the claims asserted in the matter or six months of no work recorded by us on the matter.

The Oversight Board is the sole client in the matter. We are not representing any other person or entity (whether affiliated with or otherwise related to the Oversight Board).

The terms of our most recent formal engagement letter with the Oversight Board, as modified by any intervening changes in the firm's applicable billing rates, will apply. If you would like an additional copy of that letter, please let me know.

MUNGER, TOLLES & OLSON LLP

December 21, 2018
Page 2

Thank you again for the opportunity to work with you in this matter.

Very truly yours,

Donald B. Verrilli, Jr.

**<u>Exhibit C</u>**

**Proposed Order**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>     Debtors[3] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**ORDER APPROVING THE INTERIM APPLICATION OF MUNGER, TOLLES & OLSON LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO FOR THE PERIOD FROM AUGUST 1 THROUGH 31, 2018 AND OCTOBER 1, 2018 THROUGH MAY 31, 2019**

Upon Application of Munger, Tolles & Olson LLP ("MTO"), attorneys for the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as representative of the Commonwealth of Puerto Rico ("Commonwealth"), pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act, sections 316 and 317 of PROMESA, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico including the United

---

[3] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses referenced therein, and in accordance with this Court's First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Dkt. No. 1715) , seeking an allowance of interim compensation for professional services provided by MTO in the amount of $687,648.73 and for reimbursement of actual and necessary expenses in the amount of $15,666.19 incurred for the period from August 1 through 31, 2018 and October 1, 2018 through May 31, 2019; and, this Court having determined that the legal and factual bases set forth in the Fee Application establish just cause for the relief requested herein; and after due deliberation, it is hereby **ORDERED** that:

1)   The Fee Application is APPROVED as set forth herein.

2)   Compensation to MTO for professional and paraprofessional services provided during the Fee Period is allowed on an interim basis in the amount of $687,648.73

3)   Reimbursement to MTO of actual, reasonable, and necessary expenses incurred in the Fee Period is allowed on an interim basis in the amount of $15,666.19

4)   The Financial Oversight and Management Board for Puerto Rico is authorized to pay MTO $171,426.39 for all fees and expenses allowed pursuant to the Order, less the amounts previously paid for such fees and expenses under the terms of the Interim Compensation Order.

5)   The Financial Oversight and Management Board for Puerto Rico is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the application.

Dated: _____, 2019
       San Juan Puerto Rico

_____
Honorable Laura Taylor Swain
United States District Judge

## Exhibit D

**Invoices**

**MUNGER, TOLLES & OLSON LLP**
**350 SOUTH GRAND AVENUE**
**LOS ANGELES, CA 90071-3426**


December 6, 2018

Jaime El Koury
General Counsel
Financial Oversight and Management Board for Puerto Rico
PO Box 192018
San Juan, PR  00919

Invoice Number: 582199                                     Tax Identification No. 95-2156481

For professional services rendered through October 31, 2018 as follows:

Constitutional Litigation
MTO Matter Number:  28720-00002

| DATE | TKPR | TIME | SERVICES |
|------|------|------|----------|
| 10/01/18 | CIG | 0.90 | Edit First Circuit brief. |
| 10/01/18 | DBV | 1.20 | Review final edited version of brief. |
| 10/01/18 | GDA | 0.30 | Finalize response brief. |
| 10/01/18 | SGB | 3.50 | Revise response brief. |
| 10/01/18 | RMZ | 0.10 | Review final brief. |
| 10/01/18 | AJ4 | 1.90 | Cite check Brief of Appellees in First Circuit. |
| 10/02/18 | SGB | 0.10 | Draft email correspondence to D. Verrilli summarizing press reports in response to PROMESA. |
| 10/02/18 | AJ4 | 0.50 | Review Brief of Appellees in First Circuit. |
| 10/03/18 | CIG | 0.40 | Review Proskauer Motion to Stay (.3); email with Ms. Anders regarding same (.1). |
| 10/03/18 | AJ4 | 0.70 | Review court copies of Brief of Appellees for filing in First Circuit. |
| 10/04/18 | AJ4 | 1.60 | Prepare research materials and briefing binders for attorney review in First Circuit appeal. |
| 10/11/18 | CIG | 0.20 | Call with Mr. Rifkind regarding judicial panel. |
| 10/22/18 | AJ4 | 0.30 | Review Briefing Notice from First Circuit Clerk. |
| 10/26/18 | AJ4 | 0.20 | Prepare Oral Argument Form for D. Verrilli in First Circuit case number 18-1671. |
| 10/29/18 | SGB | 0.10 | Coordinate filing of oral argument form. |

Matter Desc:     Constitutional Litigation
MTO Matter #:    28720-00002

| DATE | TKPR | TIME | SERVICES |
|------|------|------|----------|
| 10/29/18 | AJ4 | 0.80 | Fill out First Circuit Oral Argument form for D. Verrilli in case numbers 18-1671, 18-1746, and 18-1787. |
|  |  | 12.80 | TOTAL CHARGEABLE HOURS |

| TOTAL FEES | | $ | 7,908.00 |
|---|---|---|---|
| LESS FEE DISCOUNT | | | (1,186.20) |
| NET FEES | | | 6,721.80 |

DISBURSEMENTS

| | | |
|---|---|---|
| Computer Research | 32.50 | |
| Computer Research - Outside Billable - Vendor: COURTALERT.COM, INC. - CourtAlert for October 2018 Inv# 405544-1810 Date: 10/31/2018 | 0.10 | |
| Copying Charges/Outside Billable - Vendor: RETRIEV-IT - Articles and books retrieval for Miller-Ziegler. Inv# 9455 Date: 10/01/2018 | 19.25 | |

| TOTAL DISBURSEMENTS | 51.85 |
|---|---|

| INVOICE TOTAL | $    6,773.65 |
|---|---|

## FEE SUMMARY

| TIMEKEEPER | TKPR | HOURS | RATE | AMOUNT |
|------------|------|-------|------|--------|
| Golder, Chad I. | CIG | 1.50 | 825.00 | 1,237.50 |
| Verrilli, Donald B. | DBV | 1.20 | 1,300.00 | 1,560.00 |
| Anders, Ginger D. | GDA | 0.30 | 900.00 | 270.00 |
| Boyce, Sarah G. | SGB | 3.70 | 725.00 | 2,682.50 |
| Miller-Ziegler, Rachel G. | RMZ | 0.10 | 580.00 | 58.00 |
| Jacobsen, Arn | AJ4 | 6.00 | 350.00 | 2,100.00 |
| TOTAL | | 12.80 | | 7,908.00 |

**MUNGER, TOLLES & OLSON LLP**
**P.O. BOX 847424**
**LOS ANGELES, CA 90084-7424**


December 6, 2018


Jaime El Koury
General Counsel
Financial Oversight and Management Board for Puerto Rico
PO Box 192018
San Juan, PR  00919


Invoice Number: 582199                                    Tax Identification No. 95-2156481

MTO Matter Number: 28720-00002

For professional services rendered through October 31, 2018 as follows:

| | | |
|---|---|---:|
| TOTAL FEES | $ | 7,908.00 |
| LESS FEE DISCOUNT | | (1,186.20) |
| NET FEES | | 6,721.80 |
| TOTAL DISBURSEMENTS | | 51.85 |
| **INVOICE TOTAL** | | **6,773.65** |
| PRIOR BALANCE | | 362,035.68 |
| TOTAL AMOUNT DUE | $ | 368,809.33 |

**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

**The following are instructions for electronic payments to Munger, Tolles & Olson LLP. Should you have any questions, please feel free to contact us via email ~Billing@mto.com**

Wells Fargo Bank, N.A.
420 Montgomery
San Francisco, CA 94104

Account Name:    Munger, Tolles & Olson LLP
Account#:         4199311580
ABA Routing#:     121000248
SWIFT Code:       WFBIUS6S

**Please reference invoice number 582199 or client number 28720 .**

**MUNGER, TOLLES & OLSON LLP**
**350 SOUTH GRAND AVENUE**
**LOS ANGELES, CA 90071-3426**

December 18, 2018

Jaime El Koury
General Counsel
Financial Oversight and Management Board for Puerto Rico
PO Box 192018
San Juan, PR  00919

Invoice Number: 582665                                      Tax Identification No. 95-2156481

For professional services rendered through August 31, 2018 as follows:

Fiscal Plan Enforcement
MTO Matter Number:  28720-00003

| DATE | TKPR | TIME | SERVICES |
|---|---|---|---|
| 8/07/18 | CIG | 0.70 | Review district court decision (.6); emails with MTO team regarding same (.1). |
| 8/07/18 | DBV | 0.80 | Analyze Judge Swain's opinion on scope of authority (0.6); conference with G. Anders regarding reactions to opinion (0.2). |
| 8/07/18 | GDA | 0.30 | Review district court opinion concerning Board's authority to enforce fiscal plan. |
| 8/08/18 | CIG | 1.30 | Draft substantive email regarding dct decision (.6); prepare for call with client regarding same (.2); participate in call with Mr. Rifkind and Ms. Anders regarding same (.5). |
| 8/08/18 | DBV | 0.20 | Edit email analysis for client on opinion regarding Board authority. |
| 8/08/18 | GDA | 0.50 | Teleconference with Mr. Rifkind and Mr. Golder concerning district court opinion on Board's authority. |
| 8/08/18 | SGB | 0.30 | Analyze district court's opinion regarding the motion to dismiss (.2); draft email correspondence to MTO team regarding same (.1). |
| 8/14/18 | CIG | 0.10 | Review Mr. Rifkind's email of open questions. |
|  |  | 4.20 | TOTAL CHARGEABLE HOURS |

TOTAL FEES                                                        $     3,970.00
    LESS FEE DISCOUNT                                              (595.50)

NET FEES                                                              3,374.50

Matter Desc:        Fiscal Plan Enforcement
MTO Matter #:       28720-00003

## DISBURSEMENTS

|  |  |
|---|---:|
| Other Expense RACHEL G. MILLER-ZIEGLER - Internet, 07/26/18, Merchant: Gogo Air, Gogo - 010027169732 | 29.95 |
| Messenger - Vendor: WASHINGTON EXPRESS LLC - Inv 167736 - 07/31/18 - From MTO WDC to DC Bar - F. Bankhead | 23.24 |
| Filing/Recording/Registration Fees - Vendor: DC BAR, 877-3332227 DC - INV-458612 - 07/26/18 - Certificate of Good Standing – R. Miller-Ziegler | 150.00 |
| Filing/Recording/Registration Fees - Vendor: DC BAR, 877-3332227 DC - INV-458612-A - 07/26/18 - Certificate of Good Standing – G. Anders | 155.00 |
| Messenger - Vendor: WASHINGTON EXPRESS LLC - Inv 167736 - 07/31/18 - From DC Bar to MTO WDC - F. Bankhead | 17.53 |
| Messenger - Vendor: WASHINGTON EXPRESS LLC - Inv 167736 - 07/31/18 - From MTO WDC to DC Bar - F. Bankhead | 35.07 |
| Filing/Recording/Registration Fees - Vendor: 1ST CIR CT OF APPEALS - BOSTON - INV-A01-34490-288 - 07/27/18 - Attorney Application | 231.00 |

TOTAL DISBURSEMENTS                                                      641.79

INVOICE TOTAL                                                    $    4,016.29

## FEE SUMMARY

| TIMEKEEPER | TKPR | HOURS | RATE | AMOUNT |
|---|---|---:|---:|---:|
| Golder, Chad I. | CIG | 2.10 | 825.00 | 1,732.50 |
| Verrilli, Donald B. | DBV | 1.00 | 1,300.00 | 1,300.00 |
| Anders, Ginger D. | GDA | 0.80 | 900.00 | 720.00 |
| Boyce, Sarah G. | SGB | 0.30 | 725.00 | 217.50 |
| TOTAL |  | 4.20 |  | 3,970.00 |

**MUNGER, TOLLES & OLSON LLP**
**350 SOUTH GRAND AVENUE**
**LOS ANGELES, CA 90071-3426**

December 18, 2018

Jaime El Koury
General Counsel
Financial Oversight and Management Board for Puerto Rico
PO Box 192018
San Juan, PR  00919

Invoice Number: 582665                                    Tax Identification No. 95-2156481

MTO Matter Number: 28720-00003

For professional services rendered through August 31, 2018 as follows:

| | | |
|---|---|---:|
| TOTAL FEES | $ | 3,970.00 |
| LESS FEE DISCOUNT | | (595.50) |
| NET FEES | | 3,374.50 |
| TOTAL DISBURSEMENTS | | 641.79 |
| **INVOICE TOTAL** | | **4,016.29** |
| TOTAL AMOUNT DUE | $ | 4,016.29 |

**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

**The following are instructions for electronic payments to Munger, Tolles & Olson LLP. Should you have any questions, please feel free to contact us via email ~Billing@mto.com**

Wells Fargo Bank, N.A.
420 Montgomery
San Francisco, CA 94104

| | |
|---|---|
| Account Name: | Munger, Tolles & Olson LLP |
| Account#: | 4199311580 |
| ABA Routing#: | 121000248 |
| SWIFT Code: | WFBIUS6S |

**Please reference invoice number 582665 or client number 28720 .**

**MUNGER, TOLLES & OLSON LLP**
**350 SOUTH GRAND AVENUE**
**LOS ANGELES, CA 90071-3426**

January 24, 2019

Jaime El Koury
General Counsel
Financial Oversight and Management Board for Puerto Rico
PO Box 192018
San Juan, PR  00919

Invoice Number: 583556                                      Tax Identification No. 95-2156481

For professional services rendered through November 30, 2018 as follows:

Constitutional Litigation
MTO Matter Number:  28720-00002

| DATE | TKPR | TIME | SERVICES |
|------|------|------|----------|
| 11/01/18 | CIG | 0.60 | Call with Mr. Rifkind and Ms. Anders regarding cert petition and other case issues (.3); review cert petition regarding same (.2); meetings with Ms. Anders regarding same (.1). |
| 11/01/18 | RMZ | 0.50 | Review UTIER reply brief. |
| 11/05/18 | CIG | 3.10 | Review Aurelius' reply brief (1.6); research regarding same (1.5). |
| 11/05/18 | RMZ | 0.80 | Review Aurelius reply brief. |
| 11/06/18 | DBV | 3.50 | Organize oral argument preparation (1.0); prepare argument outline (2.3); conference with C. Cooper regarding coordination for oral argument (0.2). |
| 11/06/18 | RMZ | 0.20 | Conference with Mr. Golder regarding Aurelius reply and review same. |
| 11/07/18 | DBV | 3.10 | Prepare argument outline. |
| 11/07/18 | SGB | 1.50 | Read Aurelius's reply brief. |
| 11/08/18 | GDA | 2.50 | Review Aurelius reply brief and analyze potential responses. |
| 11/09/18 | DBV | 2.50 | Prepare for argument. |
| 11/12/18 | DBV | 5.50 | Prepare for argument. |
| 11/12/18 | GDA | 0.40 | Discuss oral argument assignments with team (.1); formulate research assignments (.3). |
| 11/12/18 | RMZ | 0.10 | Emails with Ms. Anders, Mr. Golder, and Ms. Boyce regarding reply brief. |
| 11/13/18 | CIG | 1.80 | Meeting with Ms. Anders, Ms. El-Khouri, Ms. Miller-Ziegler, and Ms. Boyce regarding oral argument prep (.4); meeting with Ms. Anders |

Matter Desc:   Constitutional Litigation
MTO Matter #:   28720-00002

| DATE | TKPR | TIME | SERVICES |
|------|------|------|----------|
| | | | regarding argument time (.1); research regarding potential CA1 panel members (1.3). |
| 11/13/18 | DBV | 9.10 | Prepare for argument (8.1); conference with G. Anders and C. Golder regarding argument preparation and coordination issues (0.4); conference with G. Anders regarding argument coordination issues (0.2); conference with COFINA counsel regarding argument coordination (0.2); conference with counsel for Unsecured Creditors regarding argument coordination (0.2). |
| 11/13/18 | GDA | 1.20 | Review Aurelius reply brief in preparation for team meeting concerning strategy (.5); team meeting concerning oral argument responses and research projects (.4); teleconference concerning oral argument division of time with Mr. Freeman of DOJ (.3). |
| 11/13/18 | SGB | 0.40 | Telephone conference with MTO team regarding preparation for oral argument. |
| 11/13/18 | AME | 0.50 | Meet with Ms. Anders, Mr. Golder, Ms. Boyce, and Ms. Miller-Ziegler to discuss follow-up researched raised by reply brief. |
| 11/13/18 | RMZ | 0.40 | Conference with Ms. Anders, Mr. Golder, Ms. Boyce, and Ms. El-Khouri regarding legal research issues arising from Aurelius reply. |
| 11/14/18 | DBV | 5.50 | Prepare for argument. |
| 11/15/18 | DBV | 6.50 | Prepare for argument. |
| 11/15/18 | GDA | 0.20 | Organize moot courts for First Circuit argument. |
| 11/15/18 | RMZ | 1.90 | Research regarding arguments made in Aurelius reply |
| 11/16/18 | CIG | 1.40 | Prepare for moot court. |
| 11/16/18 | DBV | 7.00 | Prepare for argument. |
| 11/16/18 | GDA | 0.20 | Recruit moot court panelists. |
| 11/16/18 | RMZ | 0.70 | Research regarding arguments made in Aurelius reply. |
| 11/17/18 | DBV | 6.00 | Prepare for argument. |
| 11/17/18 | RMZ | 0.40 | Research regarding arguments made in Aurelius reply. |
| 11/18/18 | SGB | 4.10 | Conduct research to assist D. Verrilli in preparing for oral argument. |
| 11/18/18 | AME | 6.20 | Research issues raised by reply brief. |
| 11/18/18 | RMZ | 2.00 | Research regarding arguments made in Aurelius reply. |
| 11/19/18 | DBV | 6.00 | Prepare for argument. |
| 11/19/18 | GDA | 0.30 | Discuss oral argument strategy with DOJ attorneys (.2); correspond with Mr. Rifkind concerning moot court scheduling (.1). |

Matter Desc:      Constitutional Litigation
MTO Matter #:     28720-00002

| DATE | TKPR | TIME | SERVICES |
|------|------|------|----------|
| 11/19/18 | AME | 2.00 | Research issues raised by reply brief. |
| 11/19/18 | RMZ | 3.30 | Research regarding arguments made in Aurelius reply. |
| 11/20/18 | MRY | 1.20 | Correspondence with Ms. Anders regarding moot; begin review of moot materials. |
| 11/20/18 | DBV | 7.00 | Prepare for argument. |
| 11/20/18 | GDA | 1.00 | Circulate moot court materials and background information on Judge Torruella (.1); discuss moot courts and potential panelists with Mr. Verrilli (.1); recruit moot court panelists (.1); discuss persuading other parties not to participate in oral argument with Mr. Verrilli (.1); review MTO team's responses to research questions in preparation for oral argument (.6). |
| 11/20/18 | AME | 1.50 | Prepare for meeting to discuss questions for oral argument. |
| 11/21/18 | DBV | 5.70 | Conference with G. Anders, S. Boyce, A. El-Khouri and R. Miller-Zeigler regarding argument issues (1.7); prepare for argument (4.0). |
| 11/21/18 | GDA | 2.20 | Meeting with Mr. Verrilli and team to discuss oral argument strategy (1.7); review historical research in response to Aurelius's reply brief (.5). |
| 11/21/18 | SGB | 1.70 | Conference with D. Verrilli, G. Anders, A. El-Khouri, and R. Miller-Ziegler in preparation for oral argument (1.4); prepare for conference with D. Verrilli, G. Anders, A. El-Khouri, and R. Miller-Ziegler (.2); draft email correspondence regarding oral argument preparation (.1). |
| 11/21/18 | AME | 1.40 | Meet with Mr. Verrilli, Ms. Anders, Ms. Boyce, and Ms. Miller-Ziegler to discuss potential questions for oral argument. |
| 11/21/18 | RMZ | 1.90 | Call with Mr. Verrilli, Ms. Anders, Ms. Boyce, and Ms. El-Khouri regarding oral argument preparation (1.4); email Mr. Verrilli with oral argument research (0.5) |
| 11/23/18 | MRY | 2.50 | Review briefs in preparation for moot. |
| 11/24/18 | MRY | 1.80 | Review briefs in preparation for moot. |
| 11/24/18 | DBV | 8.00 | Prepare for argument. |
| 11/24/18 | GDA | 0.20 | Formulate oral argument answers. |
| 11/25/18 | BJH | 2.50 | Prepare for moot court for Mr. Verrilli's First Circuit argument. |
| 11/25/18 | DBV | 6.50 | Prepare for argument. |
| 11/26/18 | BJH | 5.30 | Prepare for moot court for Mr. Verrilli's First Circuit argument. |
| 11/26/18 | DBV | 5.00 | Prepare for argument. |
| 11/26/18 | GDA | 0.50 | Correspond with moot court panelists concerning upcoming moot courts. |

Matter Desc:     Constitutional Litigation
MTO Matter #:    28720-00002

| DATE | TKPR | TIME | SERVICES |
|------|------|------|----------|
| 11/26/18 | SGB | 1.10 | Draft email correspondence to D. Verrilli answering questions related to oral argument preparation. |
| 11/26/18 | AME | 7.90 | Research in preparation for oral argument (7.9) |
| 11/26/18 | RMZ | 0.30 | Review oral argument research from Ms. Boyce (0.1); emails Mr. Verrilli, Ms. Anders, Ms. Boyce, and Ms. El-Khouri regarding order setting panel and argument schedule (0.1); review Appointments Clause article in connection with oral argument preparation (0.1). |
| 11/27/18 | DPC | 0.40 | Review and print briefs in preparation for moot court. |
| 11/27/18 | MRY | 2.00 | Participate in moot and debriefing. |
| 11/27/18 | BJH | 1.70 | Moot court for Mr. Verrilli's First Circuit argument. |
| 11/27/18 | DBV | 11.20 | Conduct moot court and follow up discussion (1.8); conference with U.S. government counsel regarding coordination and argument logistics (0.4); prepare for argument (9.0). |
| 11/27/18 | GDA | 3.10 | Participate in moot court (2.0); discuss oral argument answers with Mr. Verrilli (.4); discuss oral argument strategy with Deputy SG Jeff Wall and DOJ attorneys (.6); correspond with Ms. Boyce and Ms. Miller-Ziegler concerning research into panel judges (.1). |
| 11/27/18 | EJG | 4.20 | Review briefs and other authorities in preparation for moot court. |
| 11/27/18 | SGB | 4.20 | Prepare for moot court (1.5); participate in moot court (2.0); conduct research to related to questions that arose during moot court (0.7). |
| 11/27/18 | AME | 8.10 | Research in preparation for oral argument (6.1); participate in Mr. Verrilli's moot (2.0). |
| 11/27/18 | RMZ | 9.30 | Participate in moot and post-moot discussion (2); research and email Mr. Verrilli in preparation for oral argument (7.3). |
| 11/28/18 | DPC | 2.40 | Review materials in preparation for moot court. |
| 11/28/18 | DBV | 9.20 | Prepare for argument. |
| 11/28/18 | GDA | 0.80 | Formulate answers to oral argument questions. |
| 11/28/18 | EJG | 4.20 | Review briefs and other authorities in preparation for moot court. |
| 11/28/18 | SGB | 0.40 | Telephone conference with R. Miller-Ziegler regarding oral argument preparation (.1); conduct research to assist with oral argument preparation (.3). |
| 11/28/18 | RMZ | 1.00 | Research in connection with oral argument preparation and email Mr. Verrilli regarding same (0.9); call with Ms. Boyce regarding oral argument preparation (0.1). |

Matter Desc:      Constitutional Litigation
MTO Matter #:     28720-00002

| DATE | TKPR | TIME | SERVICES |
|---|---|---|---|
| 11/29/18 | DPC | 4.60 | Review materials in preparation for moot court and print out relevant cases. |
| 11/29/18 | DBV | 8.70 | Prepare for argument. |
| 11/29/18 | EJG | 6.10 | Review briefs and other authorities in preparation for moot court. |
| 11/29/18 | AME | 5.30 | Research in preparation for oral argument. |
| 11/29/18 | RMZ | 1.00 | Email Mr. Verrilli research in connection with oral argument preparation (0.8), and conference with Ms. Anders and Ms. El-Khouri regarding same (0.2). |
| 11/30/18 | DPC | 2.80 | Continue reviewing materials in preparation for moot court (0.5); participate in moot court (2.3). |
| 11/30/18 | DBV | 11.80 | Prepare for moot court (4.0); conduct moot court and follow up discussion (2.5); attend moot court at Solicitor General's office (2.2); prepare for argument (3.1). |
| 11/30/18 | GDA | 7.80 | Formulate oral argument answers (.6); discuss oral argument answers with Mr. Verrilli (.9); participate in moot court for Mr. Verrilli (2.5); discuss moot court with MTO team (1.2); attend DOJ moot court (2.6). |
| 11/30/18 | EJG | 6.50 | Prepare for moot court (4.6); participate in moot court (1.0); participate in post-moot discussion (.9). |
| 11/30/18 | AME | 7.90 | Participate in Mr. Verrilli's moot (2.5); participate in Solicitor General moot (2.5); debrief after moots with Mr. Verrilli, Ms. Anders, and Ms. Miller-Ziegler (.7); research in preparation for oral argument (2.2). |
| 11/30/18 | RMZ | 9.20 | Participate in moot for Mr. Verrilli and post-moot discussion (2.5); participate in moot for Mr. Wall and post-moot discussion (2.5); conference with Mr. Verrilli, Ms. Anders, and Ms. El-Khouri regarding moots and oral argument preparation (0.7); research in connection with oral argument preparation and email Mr. Verrilli regarding same (3.5). |
| | | 290.50 | TOTAL CHARGEABLE HOURS |

TOTAL FEES                                                                           $    292,846.00
   LESS FEE DISCOUNT                                                                  (43,926.90)

NET FEES                                                                                      248,919.10

DISBURSEMENTS

   Computer Research                                          38.40
   Meals Billable - Vendor: VIPS CATERING, INC. - Lunch       255.02
   for PR Moot, D. Verrilli and clients (15 guests) - K. Coates
   Inv# 57114436 Date: 11/30/2018

Matter Desc:      Constitutional Litigation
MTO Matter #:     28720-00002

| | |
|---|---|
| Copying Charges/Outside - Vendor: VENDOR DIRECT SOLUTIONS  - Inv 23973 - 11/01/18 - 410 Color Blowback - S. Ahmadi | 55.61 |
| Travel - Airfare - Vendor: AMERICAN EXPRESS  - 11/28/2018  STMT - BOYCE/SARAH GARDNER - 12/03/2018 - DCA BOS DCA  (Financial Oversight & Mgmt. Board) | 281.40 |
| Travel - Airfare - Vendor: AMERICAN EXPRESS  - 11/28/2018  STMT - MILLERZIEGLER/RACHEL - 12/03/2018 - DCA BOS DCA  (Financial Oversight & Mgmt. Board) | 835.01 |
| Travel - Airfare - Vendor: AMERICAN EXPRESS  - 11/28/2018  STMT - VERRILLI/DONALD - 12/02/2018 - DCA BOS DCA  (Oral Argument) | 835.01 |
| Travel - Airfare - Vendor: AMERICAN EXPRESS  - 11/28/2018  STMT - ELKHOURI/ADELE MARIE - 12/03/2018 - DCA BOS DCA  (Oral Argument) | 835.01 |
| Travel - Airfare - Vendor: AMERICAN EXPRESS  - 11/28/2018  STMT - ANDERS/GINGER DAWN - 12/02/2018 - DCA BOS DCA  (Oral Argument) | 835.01 |

TOTAL DISBURSEMENTS                                          3,970.47

INVOICE TOTAL                                          $   252,889.57

## FEE SUMMARY

| TIMEKEEPER | TKPR | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Collins, Daniel P. | DPC | 10.20 | 1,075.00 | 10,965.00 |
| Yohalem, Mark R. | MRY | 7.50 | 825.00 | 6,187.50 |
| Horwich, Benjamin J. | BJH | 9.50 | 900.00 | 8,550.00 |
| Golder, Chad I. | CIG | 6.90 | 825.00 | 5,692.50 |
| Verrilli, Donald B. | DBV | 127.80 | 1,300.00 | 166,140.00 |
| Anders, Ginger D. | GDA | 20.40 | 900.00 | 18,360.00 |
| Goldenberg, Elaine J. | EJG | 21.00 | 940.00 | 19,740.00 |
| Boyce, Sarah G. | SGB | 13.40 | 725.00 | 9,715.00 |
| El-Khouri, Adele M. | AME | 40.80 | 695.00 | 28,356.00 |
| Miller-Ziegler, Rachel G. | RMZ | 33.00 | 580.00 | 19,140.00 |
| TOTAL | | 290.50 | | 292,846.00 |

**MUNGER, TOLLES & OLSON LLP**
**P.O. BOX 847424**
**LOS ANGELES, CA 90084-7424**

January 24, 2019

Jaime El Koury
General Counsel
Financial Oversight and Management Board for Puerto Rico
PO Box 192018
San Juan, PR  00919

Invoice Number: 583556                                    Tax Identification No. 95-2156481

MTO Matter Number: 28720-00002

For professional services rendered through November 30, 2018 as follows:

| | | |
|---|---|---|
| TOTAL FEES | $ | 292,846.00 |
| LESS FEE DISCOUNT | | (43,926.90) |
| NET FEES | | 248,919.10 |
| TOTAL DISBURSEMENTS | | 3,970.47 |
| **INVOICE TOTAL** | | **252,889.57** |
| PRIOR BALANCE | | 57,953.77 |
| TOTAL AMOUNT DUE | $ | 310,843.34 |

**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

**The following are instructions for electronic payments to Munger, Tolles & Olson LLP. Should you have any questions, please feel free to contact us via email ~Billing@mto.com**

Wells Fargo Bank, N.A.
420 Montgomery
San Francisco, CA 94104
Account Name:     Munger, Tolles & Olson LLP
Account#:     4199311580
ABA Routing#:     121000248
SWIFT Code:     WFBIUS6S

**Please reference invoice number 583556 or client number 28720 .**

**MUNGER, TOLLES & OLSON LLP**
**350 SOUTH GRAND AVENUE**
**LOS ANGELES, CA 90071-3426**

January 30, 2019

Jaime El Koury
General Counsel
Financial Oversight and Management Board for Puerto Rico
PO Box 192018
San Juan, PR  00919

Invoice Number: 583635                                    Tax Identification No. 95-2156481

For professional services rendered through November 30, 2018 as follows:

Peaje Investments Certiorari Petition
MTO Matter Number:  28720-00004

| DATE | TKPR | TIME | SERVICES |
|------|------|------|----------|
| 11/06/18 | CIG | 0.30 | Call with Mr. Roberts and Proskauer team regarding cert opp strategy. |
| 11/09/18 | CIG | 0.10 | Email with Mr. Roberts regarding cert opp strategy. |
| 11/13/18 | CIG | 0.30 | Call with Mr. Roberts and Ms. Anders regarding cert petition issues. |
| | | 0.70 | TOTAL CHARGEABLE HOURS |

| | | | |
|---|---|---|---|
| TOTAL FEES | | $ | 577.50 |
| LESS FEE DISCOUNT | | | (86.63) |
| NET FEES | | | 490.88 |
| INVOICE TOTAL | | $ | 490.88 |

FEE SUMMARY

| TIMEKEEPER | TKPR | HOURS | RATE | AMOUNT |
|------------|------|-------|------|--------|
| Golder, Chad I. | CIG | 0.70 | 825.00 | 577.50 |
| TOTAL | | 0.70 | | 577.50 |

**MUNGER, TOLLES & OLSON LLP**
**P.O. BOX 847424**
**LOS ANGELES, CA 90084-7424**

January 30, 2019

Jaime El Koury
General Counsel
Financial Oversight and Management Board for Puerto Rico
PO Box 192018
San Juan, PR  00919

Invoice Number: 583635                                   Tax Identification No. 95-2156481

MTO Matter Number: 28720-00004

For professional services rendered through November 30, 2018 as follows:

| | | |
|---|---|---|
| TOTAL FEES | $ | 577.50 |
|     LESS FEE DISCOUNT | | (86.63) |
| NET FEES | | 490.88 |
| **INVOICE TOTAL** | **$** | **490.88** |

**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

**The following are instructions for electronic payments to Munger, Tolles & Olson LLP. Should you have any questions, please feel free to contact us via email ~Billing@mto.com**

Wells Fargo Bank, N.A.
420 Montgomery
San Francisco, CA 94104
Account Name:     Munger, Tolles & Olson LLP
Account#:          4199311580
ABA Routing#:      121000248
SWIFT Code:        WFBIUS6S

**Please reference invoice number 583635 or client number 28720 .**

**MUNGER, TOLLES & OLSON LLP**
**350 SOUTH GRAND AVENUE**
**LOS ANGELES, CA 90071-3426**

January 31, 2019

Jaime El Koury
General Counsel
Financial Oversight and Management Board for Puerto Rico
PO Box 192018
San Juan, PR  00919

Invoice Number: 583636                                                    Tax Identification No. 95-2156481

For professional services rendered through December 31, 2018 as follows:

Constitutional Litigation
MTO Matter Number:  28720-00002

| DATE | TKPR | TIME | SERVICES |
|------|------|------|----------|
| 12/01/18 | DBV | 10.00 | Prepare for argument. |
| 12/01/18 | GDA | 3.50 | Research oral argument answers and discuss potential argument questions with Mr. Verrilli. |
| 12/01/18 | SGB | 1.20 | Draft email correspondence to D. Verrilli to assist with oral argument preparation. |
| 12/01/18 | AME | 5.20 | Research in preparation for oral argument. |
| 12/01/18 | RMZ | 3.90 | Research in connection with oral argument preparation and emails to Mr. Verrilli regarding same. |
| 12/02/18 | DBV | 10.00 | Prepare for argument. |
| 12/02/18 | GDA | 3.20 | Research and formulate oral argument answers. |
| 12/02/18 | SGB | 1.00 | Conduct research to assist D. Verrilli with oral argument preparation. |
| 12/02/18 | AME | 3.10 | Research in preparation for oral argument. |
| 12/02/18 | RMZ | 1.10 | Emails with Mr. Verrilli regarding oral argument preparation. |
| 12/03/18 | CIG | 0.20 | Call with Ms. Boyce regarding oral argument. |
| 12/03/18 | DBV | 8.40 | Prepare for argument (7.0); deliver argument (1.4). |
| 12/03/18 | GDA | 3.90 | Research and formulate oral argument answers (1.1); attend oral argument and assist at counsel table (2.8). |
| 12/05/18 | DBV | 1.70 | Conduct post-argument analysis and identify follow-up research needs. |
| 12/07/18 | DBV | 0.50 | Conference with counsel for the Commonwealth regarding oral argument |

Matter Desc:      Constitutional Litigation
MTO Matter #:     28720-00002

| DATE | TKPR | TIME | SERVICES |
|------|------|------|----------|
| | | | and follow-up issues. |
| 12/19/18 | AJ4 | 0.90 | Coordinate with vendor to transcribe oral arguments in the First Circuit appeals 18-1671, -1746, and -1787. |
| 12/19/18 | AJ4 | 0.80 | Track new docket entries and review new orders of the court for relevance to our matters. |
| 12/28/18 | AJ4 | 0.60 | Coordinate with outside vendor to prepare transcripts of Oral Argument recordings. |
| | | 59.20 | TOTAL CHARGEABLE HOURS |

| | | |
|---|---|---:|
| TOTAL FEES | $ | 60,553.50 |
| LESS FEE DISCOUNT | | (9,083.03) |
| NET FEES | | 51,470.48 |

DISBURSEMENTS

| | |
|---|---:|
| Air Express | 53.62 |
| Travel - Hotel RACHEL G. MILLER-ZIEGLER - Lodging, Puerto Rico Argument, 12/03/2018 - 12/04/2018, Envoy, Boston, MA - 010029737313 | 548.18 |
| Other Expense RACHEL G. MILLER-ZIEGLER - Internet, 11/16/18, Merchant: Gogo Air, Gogo - 010029298356 | 10.00 |
| Transcripts - Trial and Hearing - Vendor: EPIQ EDISCOVERY SOLUTIONS - Inv. M-230599 - 12/31/18 - Audio Transcription of Oral Arguments of 12/19/18 - G. Anders | 522.50 |
| Meals SARAH G. BOYCE - Breakfast, 12/03/18, Merchant: D Bst, Paradies Lagardere; Sarah G. Boyce - 010029859563 | 15.59 |
| Meals SARAH G. BOYCE - Breakfast, 12/04/18, Merchant: Starbucks, Starbucks; Sarah G. Boyce - 010029859563 | 5.30 |
| Meals SARAH G. BOYCE - Breakfast, 12/04/18, Merchant: Potbelly, Potbelly; Sarah G. Boyce - 010029859563 | 7.01 |
| Meals GINGER D. ANDERS - Dinner, 12/02/18, Puerto Rico Argument, Dumpling Care Inc.; Ginger D. Anders - 010029891836 | 26.19 |
| Meals GINGER D. ANDERS - Lunch, 12/03/18, Merchant: Ginger, LL030 - BSP; Ginger D. Anders - 010029891836 | 21.40 |
| Meals RACHEL G. MILLER-ZIEGLER - Breakfast, 12/04/18, Merchant: Potbelly, Potbelly; Rachel G. Miller-Ziegler - 010029737313 | 4.28 |

Matter Desc:     Constitutional Litigation
MTO Matter #:   28720-00002

| | |
|---|---:|
| Meals RACHEL G. MILLER-ZIEGLER - Hotel - Lunch, 12/03/18, Puerto Rico Argument, Envoy; Rachel G. Miller-Ziegler, Sarah G. Boyce, Adele M. El- Khouri - 010029737313 | 104.86 |
| Travel - Ground (Out of Town) SARAH G. BOYCE - Taxi/Car Service, 12/04/18, Puerto Rico Argument, DCA / Office - 010029859563 | 13.07 |
| Travel - Ground (Out of Town) SARAH G. BOYCE - Taxi/Car Service, 12/03/18, Puerto Rico Argument, Home / DCA - 010029859563 | 22.56 |
| Travel - Ground (Out of Town) ADELE M. EL-KHOURI - Taxi/Car Service, 12/03/18, Puerto Rico argument in Boston., Home/DCA - 010029531991 | 16.75 |
| Travel - Ground (Out of Town) ADELE M. EL-KHOURI - Taxi/Car Service, 12/03/18, Merchant: Lyft, Courthouse/Logan - 010029531991 | 13.52 |
| Travel - Ground (Out of Town) ADELE M. EL-KHOURI - Taxi/Car Service, 12/03/18, Merchant: Lyft, DCA / Home - 010029531991 | 19.00 |
| Travel - Ground (Out of Town) RACHEL G. MILLER-ZIEGLER - Taxi/Car Service, 12/03/18, Puerto Rico Argument, BOS / Hotel - 010029737313 | 22.55 |
| Travel - Ground (Out of Town) RACHEL G. MILLER-ZIEGLER - Taxi/Car Service, 12/04/18, Puerto Rico Argument, DCA / Home - 010029737313 | 20.00 |
| Travel - Ground (Out of Town) RACHEL G. MILLER-ZIEGLER - Taxi/Car Service, 12/04/18, Merchant: Uber Technologies Inc, Hotel / BOS Airport - 010029737313 | 14.19 |
| Travel - Ground (Out of Town) RACHEL G. MILLER-ZIEGLER - Taxi/Car Service, 12/03/18, Merchant: Uber Technologies Inc, Home / DCA - 010029737313 | 18.98 |
| Travel - Ground (Out of Town) SARAH G. BOYCE - Taxi/Car Service, 12/03/18, Puerto Rico Argument, Logan Airport / Hotel - 010029859563 | 15.24 |
| Travel - Hotel GINGER D. ANDERS - Lodging, Puerto Rico Argument, 12/02/2018 - 12/04/2018, Envoy Autograph Collection, Boston MA - 010029891836 | 798.86 |
| Travel - Hotel SARAH G. BOYCE - Lodging, Puerto Rico Argument, 12/03/2018 - 12/04/2018, Envoy, Boston MA - 010029859563 | <u>548.21</u> |

TOTAL DISBURSEMENTS                                        2,841.86

INVOICE TOTAL                                       $   54,312.34

Matter Desc:        Constitutional Litigation
MTO Matter #:       28720-00002

## FEE SUMMARY

| TIMEKEEPER | TKPR | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Golder, Chad I. | CIG | 0.20 | 825.00 | 165.00 |
| Verrilli, Donald B. | DBV | 30.60 | 1,300.00 | 39,780.00 |
| Anders, Ginger D. | GDA | 10.60 | 900.00 | 9,540.00 |
| Boyce, Sarah G. | SGB | 2.20 | 725.00 | 1,595.00 |
| El-Khouri, Adele M. | AME | 8.30 | 695.00 | 5,768.50 |
| Miller-Ziegler, Rachel G. | RMZ | 5.00 | 580.00 | 2,900.00 |
| Jacobsen, Arn | AJ4 | 2.30 | 350.00 | 805.00 |
| TOTAL | | 59.20 | | 60,553.50 |

**MUNGER, TOLLES & OLSON LLP**
**P.O. BOX 847424**
**LOS ANGELES, CA 90084-7424**

January 31, 2019

Jaime El Koury
General Counsel
Financial Oversight and Management Board for Puerto Rico
PO Box 192018
San Juan, PR  00919

Invoice Number: 583636      Tax Identification No. 95-2156481

MTO Matter Number: 28720-00002

For professional services rendered through December 31, 2018 as follows:

| | | |
|---|---|---:|
| TOTAL FEES | $ | 60,553.50 |
| LESS FEE DISCOUNT | | (9,083.03) |
| NET FEES | | 51,470.48 |
| TOTAL DISBURSEMENTS | | 2,841.86 |
| **INVOICE TOTAL** | | **54,312.34** |
| PRIOR BALANCE | | 310,843.34 |
| TOTAL AMOUNT DUE | $ | 365,155.68 |

**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

**The following are instructions for electronic payments to Munger, Tolles & Olson LLP. Should you have any questions, please feel free to contact us via email ~Billing@mto.com**

Wells Fargo Bank, N.A.
420 Montgomery
San Francisco, CA 94104

| | |
|---|---|
| Account Name: | Munger, Tolles & Olson LLP |
| Account#: | 4199311580 |
| ABA Routing#: | 121000248 |
| SWIFT Code: | WFBIUS6S |

**Please reference invoice number 583636 or client number 28720 .**

**MUNGER, TOLLES & OLSON LLP**
**350 SOUTH GRAND AVENUE**
**LOS ANGELES, CA 90071-3426**

January 31, 2019

Jaime El Koury
General Counsel
Financial Oversight and Management Board for Puerto Rico
PO Box 192018
San Juan, PR  00919

Invoice Number: 583644                                    Tax Identification No. 95-2156481

For professional services rendered through December 31, 2018 as follows:

Peaje Investments Certiorari Petition
MTO Matter Number:  28720-00004

| DATE | TKPR | TIME | SERVICES |
|------|------|------|----------|
| 12/13/18 | GDA | 2.30 | Review certiorari papers and briefing below. |
| 12/17/18 | GDA | 2.00 | Review draft opposition circulated by Proskauer and formulate high-level comments. |
| 12/18/18 | DBV | 1.20 | Review and edit draft brief in opposition to certiorari. |
| 12/18/18 | GDA | 1.20 | Draft comments on Proskauer certiorari opposition. |
| 12/20/18 | GDA | 3.50 | Draft and circulate comments on certiorari opposition. |
| 12/26/18 | DBV | 1.00 | Review and comment on edits to brief in opposition. |
| 12/26/18 | GDA | 2.80 | Revise second circulation of draft certiorari opposition. |
| 12/28/18 | GDA | 0.30 | Correspond with Proskauer and Mr. Rifkind concerning statement section of certiorari opposition. |
| 12/29/18 | GDA | 0.70 | Draft insert for certiorari opposition. |
| 12/30/18 | GDA | 0.20 | Correspond with Proskauer concerning near final certiorari opposition. |
|  |  | 15.20 | TOTAL CHARGEABLE HOURS |

| | | |
|---|---|---:|
| TOTAL FEES | $ | 14,560.00 |
| LESS FEE DISCOUNT | | (2,184.00) |
| NET FEES | | 12,376.00 |
| INVOICE TOTAL | $ | 12,376.00 |

Matter Desc:    Peaje Investments Certiorari Petition
MTO Matter #:    28720-00004

## FEE SUMMARY

| TIMEKEEPER | TKPR | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Verrilli, Donald B. | DBV | 2.20 | 1,300.00 | 2,860.00 |
| Anders, Ginger D. | GDA | 13.00 | 900.00 | 11,700.00 |
| TOTAL | | 15.20 | | 14,560.00 |

**MUNGER, TOLLES & OLSON LLP**
**P.O. BOX 847424**
**LOS ANGELES, CA 90084-7424**

January 31, 2019

Jaime El Koury
General Counsel
Financial Oversight and Management Board for Puerto Rico
PO Box 192018
San Juan, PR  00919

Invoice Number: 583644                          Tax Identification No. 95-2156481

MTO Matter Number: 28720-00004

For professional services rendered through December 31, 2018 as follows:

| | | |
|---|---|---:|
| TOTAL FEES | $ | 14,560.00 |
| LESS FEE DISCOUNT | | (2,184.00) |
| NET FEES | | 12,376.00 |
| **INVOICE TOTAL** | | **12,376.00** |
| PRIOR BALANCE | | 490.87 |
| TOTAL AMOUNT DUE | $ | 12,866.87 |

**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

**The following are instructions for electronic payments to Munger, Tolles & Olson LLP. Should you have any questions, please feel free to contact us via email ~Billing@mto.com**

Wells Fargo Bank, N.A.
420 Montgomery
San Francisco, CA 94104
Account Name:     Munger, Tolles & Olson LLP
Account#:          4199311580
ABA Routing#:      121000248
SWIFT Code:        WFBIUS6S

**Please reference invoice number 583644 or client number 28720 .**

**MUNGER, TOLLES & OLSON LLP**
**350 SOUTH GRAND AVENUE**
**LOS ANGELES, CA 90071-3426**

May 29, 2019

Jaime El Koury
General Counsel
Financial Oversight and Management Board for Puerto Rico
PO Box 192018
San Juan, PR  00919

Invoice Number: 583999                                    Tax Identification No. 95-2156481

For professional services rendered through January 31, 2019 as follows:

Constitutional Litigation
MTO Matter Number:  28720-00002

| DATE | TKPR | TIME | SERVICES |
|---|---|---|---|
| 1/09/19 | GDA | 1.70 | Review Proskauer COFINA draft filing concerning Contracts Clause for consistency with Appointments Clause arguments (1.1); teleconference with Mr. Richman to discuss draft filing concerning Contracts Clause (.1); review Proskauer UECSFE draft filing for consistency with Appointments Clause arguments (.5). |
| 1/10/19 | GDA | 0.80 | Review UECFSE filing and research Contracts Clause issues (.5); discuss UECFSE filing with Mr. Richman (.3). |
| | | 2.50 | TOTAL CHARGEABLE HOURS |

| | | |
|---|---|---|
| TOTAL FEES | $ | 2,250.00 |
| LESS FEE DISCOUNT | | (337.50) |
| NET FEES | | 1,912.50 |
| INVOICE TOTAL | $ | 1,912.50 |

FEE SUMMARY

| TIMEKEEPER | TKPR | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Anders, Ginger D. | GDA | 2.50 | 900.00 | 2,250.00 |
| TOTAL | | 2.50 | | 2,250.00 |

**MUNGER, TOLLES & OLSON LLP**
**P.O. BOX 847424**
**LOS ANGELES, CA 90084-7424**

May 29, 2019

Jaime El Koury
General Counsel
Financial Oversight and Management Board for Puerto Rico
PO Box 192018
San Juan, PR  00919

Invoice Number: 583999                          Tax Identification No. 95-2156481

MTO Matter Number: 28720-00002

For professional services rendered through January 31, 2019 as follows:

| | | |
|---|---|---|
| TOTAL FEES | $ | 2,250.00 |
| LESS FEE DISCOUNT | | (337.50) |
| NET FEES | | 1,912.50 |
| **INVOICE TOTAL** | | **1,912.50** |
| PRIOR BALANCE | | 140,083.25 |
| TOTAL AMOUNT DUE | $ | 141,995.75 |

**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

**The following are instructions for electronic payments to Munger, Tolles & Olson LLP. Should you have
any questions, please feel free to contact us via email ~Billing@mto.com**

Wells Fargo Bank, N.A.
420 Montgomery
San Francisco, CA 94104

| | |
|---|---|
| Account Name: | Munger, Tolles & Olson LLP |
| Account#: | 4199311580 |
| ABA Routing#: | 121000248 |
| SWIFT Code: | WFBIUS6S |

**Please reference invoice number 583999 or client number 28720 .**

**MUNGER, TOLLES & OLSON LLP**
**350 SOUTH GRAND AVENUE**
**LOS ANGELES, CA 90071-3426**

June 5, 2019

Jaime El Koury
General Counsel
Financial Oversight and Management Board for Puerto Rico
PO Box 192018
San Juan, PR  00919

Invoice Number: 587046                              Tax Identification No. 95-2156481

For professional services rendered through February 28, 2019 as follows:

Constitutional Litigation
MTO Matter Number:  28720-00002

| DATE | TKPR | TIME | SERVICES |
|------|------|------|----------|
| 2/15/19 | DBV | 2.30 | Review CA1 opinion and analyze consequences (1.5); conference with R. Miller-Zeigler regarding consequences (0.3); conference with J. El Koury and K. Rifkind regarding next steps (0.5). |
| 2/15/19 | GDA | 0.50 | Review First Circuit decision on appointments clause. |
| 2/15/19 | SGB | 1.30 | Read First Circuit opinion (.7); telephone conference with C. Golder to discuss opinion (.1); draft emails to D. Verrilli regarding opinion (.5). |
| 2/15/19 | AME | 1.10 | Review opinion. |
| 2/15/19 | RMZ | 1.10 | Review First Circuit decision (0.6); conference with D. Verrilli regarding First Circuit decision (0.2); research regarding reappointment of Board members (0.2); call with S. Boyce regarding reappointment of Board members (0.1) |
| 2/16/19 | CIG | 0.20 | Email with Mr. Verrilli regarding CA1 decision. |
| 2/16/19 | DBV | 4.90 | Analyze effects of First Circuit decision (2.7); prepare memo for Board on options (1.4); participate in call with Board members, co-counsel, J. El Koury and K. Rifkind regarding strategy and next steps (0.8). |
| 2/16/19 | GDA | 2.30 | Teleconference with Board concerning First Circuit decision (.8); analyze strategy concerning appointments and stay issues raised by First Circuit decision (1.5). |
| 2/16/19 | SGB | 3.40 | Conduct research to help the Board formulate cert strategy (1.5); draft emails to MTO team involving cert strategy (1.5); read emails from MTO team regarding cert strategy (.4). |

Matter Desc:      Constitutional Litigation
MTO Matter #:    28720-00002

| DATE | TKPR | TIME | SERVICES |
|------|------|------|----------|
| 2/16/19 | AME | 1.40 | Draft emails to Mr. Verrilli, Ms. Anders, Ms. Boyce, and Ms. Miller-Ziegler summarizing thoughts about opinion and strategy. |
| 2/16/19 | RMZ | 2.30 | Research regarding effect of First Circuit's decision on Board's powers, and emails with D. Verrilli regarding same. |
| 2/17/19 | DBV | 1.20 | Organize preparation of petition for certiorari. |
| 2/18/19 | DBV | 4.30 | Conference with G. Anders, S. Boyce and A. El-Khouri regarding cert strategy, drafting, and related issues (0.5); conference with I. Gershengorn regarding status (0.3); conference with J. Wall and Civil Appellate staff regarding government position (0.8); conference with W. Dellinger regarding Commonwealth position (0.6); organize preparation of petition for certiorari (2.1). |
| 2/18/19 | GDA | 1.00 | Teleconference with MTO team concerning cert petition (.5); teleconference with Department of Justice concerning First Circuit decision (.5). |
| 2/18/19 | SGB | 0.80 | Telephone conference with MTO team to discuss cert petition (.6); conference with A. El-Khouri to discuss cert petition (.2). |
| 2/18/19 | AME | 0.60 | Call with Mr. Verrilli, Ms. Anders, and Ms. Boyce to discuss case strategy. |
| 2/18/19 | AME | 0.20 | Meet with Ms. Boyce to discuss drafting responsibilities. |
| 2/19/19 | DBV | 0.40 | Conference with Solicitor General's office regarding status. |
| 2/20/19 | DBV | 2.90 | Conference with J. Wall (OSG) regarding options (0.5); communicate with J. El Koury and K. Rifkind to update on discussion with SG (0.3); analyze effects of US offer (1.1); prepare for meeting with the Board (1.0). |
| 2/21/19 | DBV | 3.10 | Prepare for Board meeting (1.6); participate in Board meeting regarding post-appeal actions (1.5). |
| 2/22/19 | DBV | 0.80 | Conference with G. Anders regarding timing, themes and substance for petition for certiorari (0.4); conference with Commonwealth counsel regarding status (0.4). |
| 2/22/19 | GDA | 0.20 | Discuss plan for drafting certiorari petition with MTO team. |
| 2/22/19 | AME | 3.00 | Draft cert petition. |
| 2/23/19 | AME | 3.00 | Draft cert petition. |
| 2/24/19 | AME | 4.00 | Draft cert petition. |
| 2/25/19 | AME | 9.20 | Draft cert petition. |
| 2/26/19 | GDA | 0.70 | Teleconference with Mr. Rifkind concerning remedies for appointments clause violation (.4); research Mr. Rifkind's remedies question (.3). |
| 2/26/19 | SGB | 0.70 | Draft outline of cert petition. |

Matter Desc:     Constitutional Litigation
MTO Matter #:    28720-00002

| DATE | TKPR | TIME | SERVICES |
|------|------|------|----------|
| 2/26/19 | AME | 3.00 | Draft cert petition. |
| 2/27/19 | DBV | 0.20 | Review draft press statement (0.1) and communicate with client regarding same (0.1). |
| 2/27/19 | GDA | 0.60 | Edit Board press release (.2); discuss certiorari petition with Ms. Boyce and Ms. El Khoury (.4). |
| 2/27/19 | SGB | 2.20 | Conference with A. El-Khouri to discuss cert petition (.2); conference with G. Anders and A. El-Khouri to discuss cert petition (.4); draft outline of cert petition (1.6). |
| 2/27/19 | AME | 0.40 | Meet with Ms. Anders and Ms. Boyce to discuss cert petition. |
| 2/28/19 | DBV | 0.50 | Conference with J. Wall (Deputy SG) regarding U.S. Government views on certiorari, remedies and related matters (0.4); communicate with J. El Koury and K. Rifkind (0.1). |
| | | 63.80 | TOTAL CHARGEABLE HOURS |

| | | |
|---|---|---|
| TOTAL FEES | $ | 57,777.50 |
|    LESS FEE DISCOUNT | | (8,666.63) |
| NET FEES | | 49,110.88 |

DISBURSEMENTS

| | |
|---|---|
| Travel - Airfare - Vendor: AMERICAN EXPRESS   - 02/28/2019 - STMT - VERRILLI/DONALD - 02/19/2019 - (AMTRAK-ROUNDTRIP-WAS/NYP) - | 309.00 |
| Meals DONALD B. VERRILLI - Hotel - Lunch, 12/02/18, Oral Argument, The Envoy; Donald B. Verrilli - 010030670257 | 45.32 |
| Meals DONALD B. VERRILLI - Hotel - Dinner, 12/02/18, Oral Argument, The Envoy; Donald B. Verrilli - 010030670257 | 48.52 |
| Meals DONALD B. VERRILLI - Hotel - Breakfast, 12/03/18, Oral Argument, The Envoy; Donald B. Verrilli - 010030670257 | 26.64 |
| Meals DONALD B. VERRILLI - Hotel - Lunch, 12/03/18, Oral Argument, The Envoy; Donald B. Verrilli - 010030670257 | 32.88 |
| Travel - Hotel DONALD B. VERRILLI - Lodging, Oral Argument, 12/02/2018 - 12/04/2018, The Envoy, Boston, MA - 010030670257 | 828.22 |

Matter Desc:      Constitutional Litigation
MTO Matter #:     28720-00002

TOTAL DISBURSEMENTS                                          1,290.58

INVOICE TOTAL                                          $    50,401.46

FEE SUMMARY

| TIMEKEEPER | TKPR | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Golder, Chad I. | CIG | 0.20 | 825.00 | 165.00 |
| Verrilli, Donald B. | DBV | 20.60 | 1,300.00 | 26,780.00 |
| Anders, Ginger D. | GDA | 5.30 | 900.00 | 4,770.00 |
| Boyce, Sarah G. | SGB | 8.40 | 725.00 | 6,090.00 |
| El-Khouri, Adele M. | AME | 25.90 | 695.00 | 18,000.50 |
| Miller-Ziegler, Rachel G. | RMZ | 3.40 | 580.00 | 1,972.00 |
| TOTAL | | 63.80 | | 57,777.50 |

**MUNGER, TOLLES & OLSON LLP**
**P.O. BOX 847424**
**LOS ANGELES, CA 90084-7424**

June 5, 2019

Jaime El Koury
General Counsel
Financial Oversight and Management Board for Puerto Rico
PO Box 192018
San Juan, PR  00919

Invoice Number: 587046                                    Tax Identification No. 95-2156481

MTO Matter Number: 28720-00002

For professional services rendered through February 28, 2019 as follows:

| | | |
|---|---|---:|
| TOTAL FEES | $ | 57,777.50 |
| LESS FEE DISCOUNT | | (8,666.63) |
| NET FEES | | 49,110.88 |
| TOTAL DISBURSEMENTS | | 1,290.58 |
| **INVOICE TOTAL** | | **50,401.46** |
| PRIOR BALANCE | | 31,484.83 |
| TOTAL AMOUNT DUE | $ | 81,886.29 |

**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

**The following are instructions for electronic payments to Munger, Tolles & Olson LLP. Should you have
any questions, please feel free to contact us via email ~Billing@mto.com**

Wells Fargo Bank, N.A.
420 Montgomery
San Francisco, CA 94104
Account Name:     Munger, Tolles & Olson LLP
Account#:          4199311580
ABA Routing#:      121000248
SWIFT Code:        WFBIUS6S

**Please reference invoice number 587046 or client number 28720 .**

**MUNGER, TOLLES & OLSON LLP**
**350 SOUTH GRAND AVENUE**
**LOS ANGELES, CA 90071-3426**

June 5, 2019

Jaime El Koury
General Counsel
Financial Oversight and Management Board for Puerto Rico
PO Box 192018
San Juan, PR  00919

Invoice Number: 587047                                      Tax Identification No. 95-2156481

For professional services rendered through February 28, 2019 as follows:

Fiscal Plan Enforcement
MTO Matter Number:  28720-00003

| DATE | TKPR | TIME | SERVICES |
|------|------|------|----------|
| 2/13/19 | GDA | 0.70 | Review First Circuit decision concerning UCC (.4); discuss certiorari prospects of UCC decision and strategic concerns with Mr. Roberts of Proskauer (.3). |
|  |  | 0.70 | TOTAL CHARGEABLE HOURS |

| | | |
|---|---|---|
| TOTAL FEES | $ | 630.00 |
| LESS FEE DISCOUNT | | (94.50) |
| NET FEES | | 535.50 |
| INVOICE TOTAL | $ | 535.50 |

FEE SUMMARY

| TIMEKEEPER | TKPR | HOURS | RATE | AMOUNT |
|------------|------|-------|------|--------|
| Anders, Ginger D. | GDA | 0.70 | 900.00 | 630.00 |
| TOTAL | | 0.70 | | 630.00 |

**MUNGER, TOLLES & OLSON LLP**
**P.O. BOX 847424**
**LOS ANGELES, CA 90084-7424**

June 5, 2019

Jaime El Koury
General Counsel
Financial Oversight and Management Board for Puerto Rico
PO Box 192018
San Juan, PR  00919

Invoice Number: 587047                                    Tax Identification No. 95-2156481

MTO Matter Number: 28720-00003

For professional services rendered through February 28, 2019 as follows:

| | | |
|---|---|---:|
| TOTAL FEES | $ | 630.00 |
| LESS FEE DISCOUNT | | (94.50) |
| NET FEES | | 535.50 |
| **INVOICE TOTAL** | | **535.50** |
| PRIOR BALANCE | | 4,016.29 |
| TOTAL AMOUNT DUE | $ | 4,551.79 |

**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

**The following are instructions for electronic payments to Munger, Tolles & Olson LLP. Should you have any questions, please feel free to contact us via email ~Billing@mto.com**

Wells Fargo Bank, N.A.
420 Montgomery
San Francisco, CA 94104

Account Name:     Munger, Tolles & Olson LLP
Account#:          4199311580
ABA Routing#:      121000248
SWIFT Code:        WFBIUS6S

**Please reference invoice number 587047 or client number 28720 .**

**MUNGER, TOLLES & OLSON LLP**
**350 SOUTH GRAND AVENUE**
**LOS ANGELES, CA 90071-3426**

June 7, 2019

Jaime El Koury
General Counsel
Financial Oversight and Management Board for Puerto Rico
PO Box 192018
San Juan, PR  00919

Invoice Number: 587191                                               Tax Identification No. 95-2156481

For professional services rendered through March 31, 2019 as follows:

Constitutional Litigation
MTO Matter Number:  28720-00002

| DATE | TKPR | TIME | SERVICES |
|------|------|------|----------|
| 3/01/19 | DBV | 0.40 | Analyze UTIER en banc petition. |
| 3/01/19 | GDA | 0.50 | Review UTIER rehearing petition (0.4); draft email concerning implications to Mr. El Koury (0.1). |
| 3/02/19 | SGB | 8.20 | Draft cert petition. |
| 3/03/19 | SGB | 3.40 | Draft cert petition. |
| 3/03/19 | AME | 3.00 | Draft cert petition. |
| 3/04/19 | AME | 8.00 | Draft cert petition. |
| 3/06/19 | SGB | 4.30 | Draft cert petition. |
| 3/07/19 | SGB | 4.70 | Draft cert petition (4.6); conference with A. El-Khouri regarding cert petition (.1). |
| 3/08/19 | GDA | 0.20 | Correspond with Mr. Rifkind concerning cert timing. |
| 3/08/19 | SGB | 1.00 | Revise cert petition. |
| 3/08/19 | AME | 5.00 | Draft cert petition. |
| 3/11/19 | GDA | 0.30 | Review Proskauer Pinto Lugo filing for consistency with Appointments Clause position. |
| 3/12/19 | DBV | 2.00 | Prepare draft petition for certiorari. |
| 3/12/19 | GDA | 0.20 | Correspond with Mr. Rifkind concerning timing of certiorari petition. |
| 3/14/19 | DBV | 2.60 | Conference with J. El Koury regarding status and appointments issues (0.4); prepare petition for certiorari (2.2). |

Matter Desc:   Constitutional Litigation
MTO Matter #:   28720-00002

| DATE | TKPR | TIME | SERVICES |
|------|------|------|----------|
| 3/14/19 | SGB | 0.30 | Conference with G. Anders to discuss cert strategy. |
| 3/18/19 | GDA | 2.00 | Revise certiorari petition. |
| 3/19/19 | GDA | 3.40 | Revise draft of certiorari petition. |
| 3/20/19 | GDA | 4.80 | Revise draft of certiorari petition. |
| 3/21/19 | GDA | 1.40 | Revise draft of certiorari petition. |
| 3/22/19 | GDA | 2.60 | Revise draft of certiorari petition. |
| 3/24/19 | DBV | 0.70 | Prepare email analysis of Board agenda and issue of status of appeal for client. |
| 3/25/19 | DBV | 0.90 | Participate in Board call regarding cert petition status and related matters. |
| 3/25/19 | GDA | 2.60 | Draft analysis of ratification and mootness issues (2.1); teleconference with Board concerning legal strategy (.5). |
| 3/26/19 | AME | 0.20 | Collect documents for petition appendix. |
| 3/27/19 | DBV | 5.70 | Initial preparations for drafting and editing petition for certiorari. |
| 3/27/19 | AJ4 | 3.40 | Edit files for inclusion in Appendix to Petition for Writ of Certiorari. |
| 3/28/19 | DBV | 6.10 | Prepare petition for certiorari. |
| 3/28/19 | GDA | 1.90 | Revise draft of certiorari petition (1.4); review draft declaration concerning Board and federal government for consistency with appointments clause position (.5). |
| 3/29/19 | DBV | 3.00 | Prepare petition for certiorari. |
| 3/29/19 | GDA | 1.40 | Revise draft of certiorari petition. |
| 3/30/19 | GDA | 3.70 | Revise draft of certiorari petition. |
| 3/31/19 | GDA | 2.50 | Revise draft of certiorari petition. |
| | | 90.40 | TOTAL CHARGEABLE HOURS |

| | | |
|---|---|---|
| TOTAL FEES | | $   80,896.50 |
| LESS FEE DISCOUNT | | (12,134.48) |
| NET FEES | | 68,762.03 |

DISBURSEMENTS

Travel - Ground (Out of Town) DONALD B. VERRILLI -        204.00
Train, 02/21/19, Merchant: Amtrak, 02/21/2019, NYC/DC,
Amtrak - 010031468165

Matter Desc:      Constitutional Litigation
MTO Matter #:     28720-00002

TOTAL DISBURSEMENTS                                            204.00

INVOICE TOTAL                                        $    68,966.03

FEE SUMMARY

| TIMEKEEPER | TKPR | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Verrilli, Donald B. | DBV | 21.40 | 1,300.00 | 27,820.00 |
| Anders, Ginger D. | GDA | 27.50 | 900.00 | 24,750.00 |
| Boyce, Sarah G. | SGB | 21.90 | 725.00 | 15,877.50 |
| El-Khouri, Adele M. | AME | 16.20 | 695.00 | 11,259.00 |
| Jacobsen, Arn | AJ4 | 3.40 | 350.00 | 1,190.00 |
| TOTAL | | 90.40 | | 80,896.50 |

**MUNGER, TOLLES & OLSON LLP**
**P.O. BOX 847424**
**LOS ANGELES, CA 90084-7424**

June 7, 2019

Jaime El Koury
General Counsel
Financial Oversight and Management Board for Puerto Rico
PO Box 192018
San Juan, PR  00919

Invoice Number: 587191                                    Tax Identification No. 95-2156481

MTO Matter Number: 28720-00002

For professional services rendered through March 31, 2019 as follows:

| | | |
|---|---|---|
| TOTAL FEES | $ | 80,896.50 |
| LESS FEE DISCOUNT | | (12,134.48) |
| NET FEES | | 68,762.03 |
| TOTAL DISBURSEMENTS | | 204.00 |
| **INVOICE TOTAL** | | **68,966.03** |
| PRIOR BALANCE | | 81,886.28 |
| TOTAL AMOUNT DUE | $ | 150,852.31 |

**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

**The following are instructions for electronic payments to Munger, Tolles & Olson LLP. Should you have any questions, please feel free to contact us via email ~Billing@mto.com**

Wells Fargo Bank, N.A.
420 Montgomery
San Francisco, CA 94104

| | |
|---|---|
| Account Name: | Munger, Tolles & Olson LLP |
| Account#: | 4199311580 |
| ABA Routing#: | 121000248 |
| SWIFT Code: | WFBIUS6S |

**Please reference invoice number 587191 or client number 28720 .**

**MUNGER, TOLLES & OLSON LLP**
**350 SOUTH GRAND AVENUE**
**LOS ANGELES, CA 90071-3426**


June 10, 2019


Jaime El Koury
General Counsel
Financial Oversight and Management Board for Puerto Rico
PO Box 192018
San Juan, PR  00919


Invoice Number: 587200                                    Tax Identification No. 95-2156481

For professional services rendered through April 30, 2019 as follows:

Constitutional Litigation
MTO Matter Number:  28720-00002

| DATE | TKPR | TIME | SERVICES |
|------|------|------|----------|
| 4/01/19 | GDA | 2.20 | Revise certiorari petition. |
| 4/01/19 | AME | 0.80 | Review draft appendix. |
| 4/01/19 | AJ4 | 1.50 | Revise Appendix to Petition for Certiorari. |
| 4/02/19 | GDA | 4.20 | Revise draft certiorari petition. |
| 4/03/19 | DBV | 3.50 | Review relevant materials in preparation for editing petition for certiorari. |
| 4/03/19 | GDA | 6.60 | Revise draft certiorari petition. |
| 4/04/19 | GDA | 4.70 | Revise draft certiorari petition (3.7); teleconference with Mr. Rifkind and Mr. El Koury (.5); arrange for library to research matters relevant to importance section of certiorari petition (.2); review Library research (.3). |
| 4/05/19 | GDA | 8.50 | Revise certiorari petition. |
| 4/06/19 | DBV | 2.70 | Edit petition for certiorari. |
| 4/06/19 | GDA | 10.50 | Revise certiorari petition. |
| 4/07/19 | GDA | 7.00 | Draft certiorari petition. |
| 4/08/19 | DBV | 7.00 | Edit petition for certiorari. |
| 4/09/19 | DBV | 3.70 | Edit draft petition for certiorari. |
| 4/09/19 | GDA | 0.40 | Arrange for certiorari petition filing (.2); discuss stay motion with MTO team (.2). |
| 4/10/19 | DBV | 5.20 | Edit petition for certiorari (5.0); conference with G. Anders and A. El Khouri regarding stay in First Circuit, SG coordination and related issues |

Matter Desc:      Constitutional Litigation
MTO Matter #:    28720-00002

| DATE | TKPR | TIME | SERVICES |
|------|------|------|----------|
| | | | (0.2). |
| 4/10/19 | GDA | 0.80 | Discuss motion to stay mandate with Ms. El-Khouri (.3); research requirements for stay motion in First Circuit (.5). |
| 4/11/19 | DBV | 7.70 | Edit petition for certiorari. |
| 4/11/19 | AME | 1.20 | Draft stay motion. |
| 4/12/19 | DBV | 2.00 | Edit petition for certiorari. |
| 4/12/19 | GDA | 1.50 | Draft notes concerning irreparable harm section of motion to stay mandate. |
| 4/12/19 | AME | 6.90 | Draft stay motion. |
| 4/13/19 | GDA | 1.50 | Revise certiorari petition. |
| 4/13/19 | AME | 1.00 | Draft stay motion. |
| 4/14/19 | GDA | 4.50 | Draft letter to Solicitor General concerning certiorari. |
| 4/14/19 | AME | 1.10 | Draft stay motion. |
| 4/15/19 | DBV | 4.50 | Edit petition for certiorari. |
| 4/15/19 | GDA | 1.10 | Revise draft certiorari petition (.5); teleconference with Proskauer attorneys concerning irreparable harm section of stay brief (.6). |
| 4/15/19 | AME | 8.20 | Draft stay motion. |
| 4/15/19 | AME | 0.60 | Call with Ms. Anders and Proskauer to discuss stay motion. |
| 4/16/19 | DBV | 3.40 | Edit letter to Solicitor General regarding certiorari (0.3); edit reviewed petition for certiorari (3.1). |
| 4/16/19 | GDA | 2.80 | Revise motion to stay the mandate (2.2); teleconference with Proskauer team concerning irreparable harm section of stay motion (.4); discuss stay motion with Ms. El-Khouri (.2). |
| 4/16/19 | AME | 0.60 | Call with Ms. Anders and Proskauer to discuss stay motion (0.4) conference with Ms. Anders regarding stay motion (0.2). |
| 4/16/19 | AME | 7.20 | Draft stay motion. |
| 4/17/19 | DBV | 4.00 | Edit revised draft of cert petition. |
| 4/17/19 | GDA | 6.80 | Revise motion to stay the mandate. |
| 4/17/19 | AME | 7.50 | Edit petition appendix. |
| 4/17/19 | MRC2 | 3.60 | Comprehensive proof read and legal and record cite check of Petition for a Writ of Certiorari. |
| 4/18/19 | DBV | 6.80 | Conference with SG's Office regarding petition for certiorari and related issues (0.4); prepare follow up communications to J. El Koury, K. Rifkind |

Matter Desc:      Constitutional Litigation
MTO Matter #:    28720-00002

| DATE | TKPR | TIME | SERVICES |
|------|------|------|----------|
| | | | and Board regarding SG discussions (0.5); edit certiorari petition (4.1); edit motion for stay in First Circuit (1.5); conference with G. Anders regarding issues related to petition, stay and SG's office (0.3). |
| 4/18/19 | GDA | 9.20 | Revise motion to stay the mandate (6.7); revise certiorari petition in light of comments (1.0); supervise appendix creation (.5); finalize letter to Solicitor General (1.0). |
| 4/18/19 | AME | 1.20 | Incorporate edits into petition. |
| 4/18/19 | AME | 0.90 | Edit petition appendix. |
| 4/18/19 | MRC2 | 2.10 | Format the appendix for Petition for a Writ of Certiorari. |
| 4/19/19 | DBV | 4.20 | Edit petition for certiorari (4.0); conference with Solicitor General's office regarding timing and substantive issues (0.2). |
| 4/19/19 | GDA | 1.90 | Revise stay motion (1.5); supervise logistics concerning filing of cert petition (.4). |
| 4/19/19 | AME | 2.20 | Add appendix cites to petition. |
| 4/19/19 | AME | 1.00 | Communications with printer regarding appendix. |
| 4/20/19 | GDA | 2.00 | Draft talking points to coordinate with Board concerning press statement (.8); revise certiorari petition (1.2). |
| 4/21/19 | GDA | 2.00 | Finalize certiorari petition (1.5); correspond with Mr. Verrilli concerning Proskauer edits and certiorari petition logistics (.5). |
| 4/22/19 | DBV | 3.80 | Final edits to draft petition for certiorari (3.4); exchange emails with G. Anders regarding timing of filing and stay motion issues (0.4). |
| 4/22/19 | GDA | 7.50 | Revise stay motion (3.0); finalize certiorari petition (4.5). |
| 4/22/19 | AJ4 | 4.70 | Cite check Petition for Writ of Certiorari (3.2); prepare list of service recipients for Petition for Writ of Certiorari (1.5). |
| 4/23/19 | DBV | 2.70 | Final edits of First Circuit stay motion (1.0); review draft cert petition in UCC matter for consistency with Aurelius petition and related issues (1.7). |
| 4/23/19 | GDA | 4.70 | Supervise filing of certiorari petition (.6); revise motion to stay mandate (4.1). |
| 4/23/19 | CML | 1.20 | Review draft stay motion. |
| 4/23/19 | AJ4 | 2.60 | Finalize print proof of Petition for Writ of Certiorari (1.1); coordinate filing logistics with print vendor (0.6). Cite check Motion to Stay Mandate for filing in 1st Circuit (0.9). |
| 4/24/19 | DBV | 0.70 | Conference with G. Anders regarding issues related to stay and SG coordination (0.2); prepare analysis of ERS cert petition regarding relation to Aurelius petition (0.5). |

Matter Desc:     Constitutional Litigation
MTO Matter #:   28720-00002

| DATE | TKPR | TIME | SERVICES |
|------|------|------|----------|
| 4/24/19 | GDA | 2.70 | Finalize stay motion (1.0); review Proskauer draft of UCC certiorari petition (.3); discuss same with Mr. Verrilli (.2); research requirements for stay of mandate in the Supreme Court and begin preparing filing (1.2). |
| 4/24/19 | AJ4 | 0.60 | Cite check Motion to Stay Mandate for filing in 1st Circuit. |
| 4/26/19 | DBV | 0.30 | Conference with SG's office and G. Anders regarding coordination on possible SCt stay and related matters. |
| 4/26/19 | GDA | 2.30 | Research arguments reply to stay motion (2.0); teleconference with Department of Justice Mr. Verrilli concerning stay of mandate (.3). |
| 4/27/19 | GDA | 4.50 | Draft motion to stay mandate in Supreme Court. |
| 4/28/19 | GDA | 2.70 | Draft motion to stay mandate in Supreme Court. |
| 4/29/19 | DBV | 1.20 | Analyze opposition to stay motion. |
| 4/29/19 | GDA | 2.00 | Research pertinent questions in preparation to write stay reply brief. |
| 4/30/19 | DBV | 0.60 | Conference with G. Anders regarding reply to stay opposition (0.3); conference with K. Rifkind regarding same (0.3). |
| 4/30/19 | GDA | 12.60 | Draft stay reply brief. |
| 4/30/19 | AJ4 | 0.70 | Prepare Motion for Leave to File Reply in Support of Stay. |
| 4/30/19 | AJ4 | 1.60 | Prepare Notices of Docketing in the Supreme Court. |
| | | 240.20 | TOTAL CHARGEABLE HOURS |

TOTAL FEES                                                           $    223,796.00
    LESS FEE DISCOUNT                                                    (33,569.40)

NET FEES                                                                   190,226.60

DISBURSEMENTS

| | | |
|---|---|---|
| Messenger Vendor: WASHINGTON EXPRESS LLC - Inv# 177541 Messenger Date: 04/30/2019 Tabitha D. Holly | 61.82 | |
| Filing/Recording/Registration Fees - Vendor: CLERK, U.S. SUPREME COURT - Inv. 041919 - 4/19/19 - Court Docketing Fee for Petition for Writ of Certiorari - A. El-Khouri | 300.00 | |
| Copying Charges/Outside - Vendor: WILSON-EPES PRINTING CO., INC.  - Inv 30830 - 04/22/19 - 77 Financial Oversight & Management Board for Puerto Rico v. Aupelius Investment - D. Verrili | 6,303.82 | |

Matter Desc:        Constitutional Litigation
MTO Matter #:       28720-00002

TOTAL DISBURSEMENTS                                              6,665.64

INVOICE TOTAL                                          $   196,892.24

## FEE SUMMARY

| TIMEKEEPER | TKPR | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Verrilli, Donald B. | DBV | 64.00 | 1,300.00 | 83,200.00 |
| Anders, Ginger D. | GDA | 117.20 | 900.00 | 105,480.00 |
| Lynch, Chris M. | CML | 1.20 | 790.00 | 948.00 |
| El-Khouri, Adele M. | AME | 40.40 | 695.00 | 28,078.00 |
| Carr, Michelle R. | MRC2 | 5.70 | 350.00 | 1,995.00 |
| Jacobsen, Arn | AJ4 | 11.70 | 350.00 | 4,095.00 |
| TOTAL | | 240.20 | | 223,796.00 |

**MUNGER, TOLLES & OLSON LLP**
**P.O. BOX 847424**
**LOS ANGELES, CA 90084-7424**

June 10, 2019

Jaime El Koury
General Counsel
Financial Oversight and Management Board for Puerto Rico
PO Box 192018
San Juan, PR  00919

Invoice Number: 587200                    Tax Identification No. 95-2156481

MTO Matter Number: 28720-00002

For professional services rendered through April 30, 2019 as follows:

| | | |
|---|---|---|
| TOTAL FEES | $ | 223,796.00 |
| LESS FEE DISCOUNT | | (33,569.40) |
| NET FEES | | 190,226.60 |
| TOTAL DISBURSEMENTS | | 6,665.64 |
| **INVOICE TOTAL** | | **196,892.24** |
| PRIOR BALANCE | | 150,852.30 |
| TOTAL AMOUNT DUE | $ | 347,744.54 |

**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

**The following are instructions for electronic payments to Munger, Tolles & Olson LLP. Should you have any questions, please feel free to contact us via email ~Billing@mto.com**

Wells Fargo Bank, N.A.
420 Montgomery
San Francisco, CA 94104

| | |
|---|---|
| Account Name: | Munger, Tolles & Olson LLP |
| Account#: | 4199311580 |
| ABA Routing#: | 121000248 |
| SWIFT Code: | WFBIUS6S |

**Please reference invoice number 587200 or client number 28720 .**

**MUNGER, TOLLES & OLSON LLP**
**350 SOUTH GRAND AVENUE**
**LOS ANGELES, CA 90071-3426**

June 10, 2019

Jaime El Koury
General Counsel
Financial Oversight and Management Board for Puerto Rico
PO Box 192018
San Juan, PR  00919

Invoice Number: 587225                                             Tax Identification No. 95-2156481

For professional services rendered through May 31, 2019 as follows:

Constitutional Litigation
MTO Matter Number:  28720-00002

| DATE | TKPR | TIME | SERVICES |
|------|------|------|----------|
| 5/01/19 | GDA | 3.30 | Finalize stay reply brief. |
| 5/01/19 | AJ4 | 1.20 | Revise Reply in Support of Stay. |
| 5/06/19 | DBV | 1.00 | Review CA1 stay order (0.1); conference with G. Anders regarding response (0.2); exchange emails with client regarding same (0.1); conference with SG's office regarding same (0.4); draft follow up email to Board regarding same (0.2). |
| 5/06/19 | GDA | 0.50 | Review First Circuit stay order (0.3) and discuss with Mr. Verrilli (0.2). |
| 5/07/19 | GDA | 0.70 | Correspond with Mr. Verrilli concerning the strategy in light of First Circuit stay denial (.5); discuss certiorari petition strategy with Mr. Kedem of the SG's office (.2). |
| 5/08/19 | DBV | 0.40 | Conference with G. Anders regarding stay issues. |
| 5/08/19 | GDA | 0.40 | Discuss SG's office's position on stay motion and certiorari with Mr. Verrilli. |
| 5/09/19 | DBV | 1.00 | Conference with UCC counsel regarding status strategy (0.4); conference with retirees' counsel regarding status and strategy (0.3); prepare email for client with update on status (0.3). |
| 5/13/19 | DBV | 0.80 | Conference with consultants regarding nomination timing and related issues (0.5); exchange emails with government officials regarding same (0.3). |
| 5/14/19 | DBV | 0.40 | Conference with government officials regarding timing issues and related maters. |
| 5/16/19 | DBV | 0.60 | Conference with J. El Koury, K. Rifkind and G. Anders regarding stay issue |

Matter Desc:    Constitutional Litigation
MTO Matter #:   28720-00002

| DATE | TKPR | TIME | SERVICES |
|---|---|---|---|
| | | | (0.4); conference with G. Anders regarding stay (0.2). |
| 5/16/19 | GDA | 0.60 | Teleconference with Mr. Verilli, Mr. Rifkind, and Mr. El Koury concerning certiorari strategy (.4); discuss stay strategy with Mr. Verilli (.2). |
| 5/17/19 | DBV | 0.70 | Conference with SG's office regarding timing issues (0.4); participate in Board meeting (0.3). |
| 5/17/19 | GDA | 0.40 | Teleconference with Mr. Kedem of SG's office concerning certiorari strategy (.2); discuss stay strategy with Mr. Verrilli (.2). |
| 5/18/19 | GDA | 3.50 | Draft Supreme Court stay motion. |
| 5/20/19 | SGB | 0.50 | Conference with G. Anders and A. El-Khouri to discuss cert petition and motion for a stay (.4); identify deadline for filing reply brief (.1). |
| 5/20/19 | AME | 0.40 | Meet with Ms. Anders and Ms. Boyce to discuss stay briefing. |
| 5/24/19 | DBV | 3.00 | Analyze briefs in opposition from UTIER, Aurelius and Aurelius petition for certiorari. |
| 5/24/19 | GDA | 2.20 | Discuss certiorari with Mr. Kedem of DOJ (.2); review Aurelius filings in Supreme Court (1.5); correspond with Mr. Segall concerning case and de facto officer opposition (.5). |
| 5/25/19 | GDA | 6.50 | Draft Supreme Court stay motion. |
| 5/25/19 | AME | 1.80 | Draft summaries of brief in response and cross-petition. |
| 5/26/19 | DBV | 2.00 | Continue analysis of Aurelius cert petition and brief in opposition in S. Ct. |
| 5/26/19 | GDA | 3.00 | Draft Supreme Court stay motion. |
| 5/26/19 | JDS | 2.00 | Review background materials in support of opposition to cert petition. |
| 5/27/19 | DBV | 1.60 | Edit draft S.Ct. stay motion. |
| 5/27/19 | GDA | 2.90 | Draft Supreme Court stay motion (2.3); review Aurelius's de facto officer certiorari petition (.6). |
| 5/27/19 | JDS | 1.10 | Review background materials in support of opposition to cert petition. |
| 5/28/19 | DBV | 1.20 | Edit draft S.Ct. stay motion. |
| 5/28/19 | GDA | 1.00 | Discuss Supreme Court stay motion with Mr. Verrilli (.2); review Aurelius's de facto officer certiorari petition and research de facto officer doctrine (.8). |
| 5/28/19 | JDS | 0.70 | Review background materials in support of opposition to cert. petition. |
| 5/28/19 | AME | 1.20 | Research Supreme Court stay rules. |
| 5/29/19 | DBV | 0.70 | Conference with G. Anders regarding stay strategy and related matters (0.3); conference with SG's office regarding stay issues and related matters (0.4). |
| 5/29/19 | GDA | 1.20 | Revise Supreme Court stay motion. |

Matter Desc:      Constitutional Litigation
MTO Matter #:     28720-00002

| DATE | TKPR | TIME | SERVICES |
|---|---|---|---|
| 5/29/19 | AME | 3.20 | Draft cert reply. |
| 5/29/19 | AJ4 | 4.10 | Cite check Motion for Stay of Mandate (Supreme Court). |
| 5/30/19 | DBV | 2.20 | Review OLC opinion and related material on appointments issue (1.0); conference with J. El Koury and K. Rifkind regarding appointments issue (0.8); conference with SG's office regarding appointments issue (0.4). |
| 5/30/19 | GDA | 3.20 | Teleconference with Mr. Segall concerning opposition to de facto officer petition (.4); analyze legality of nunc pro tunc confirmation of Board members (.4); teleconference with Mr. Verrilli, Mr. Rifkind, and Mr. El Koury concerning stay strategy (.8); review OLC opinion on nunc pro tunc confirmation (.3); draft email to Mr. Wall of OSG concerning nunc pro tunc confirmation (.2); teleconference with Mr. El Koury concerning delegation research (.3); research legality of Board delegation of authorities in the event of mandate issuance (.8). |
| 5/30/19 | JDS | 0.40 | Telephone conference with Ms. Anders regarding strategy for cert petition opposition. |
| 5/30/19 | AME | 3.20 | Draft cert reply. |
| 5/30/19 | AJ4 | 2.40 | Cite check Motion for Stay of Mandate (Supreme Court). |
| 5/31/19 | DBV | 0.50 | Participate in Board call to discuss stay timing issue. |
| 5/31/19 | GDA | 1.00 | Discuss delegation research with Ms. El-Khouri (.5); teleconference with Board to discuss stay strategy and nomination status (.5). |
| 5/31/19 | AME | 2.80 | Draft cert reply. |
| | | 71.50 | TOTAL CHARGEABLE HOURS |

TOTAL FEES                                                                          $      63,233.50
   LESS FEE DISCOUNT                                                                    (9,485.03)

NET FEES                                                                                    53,748.48

INVOICE TOTAL                                                                       $      53,748.48

## FEE SUMMARY

| TIMEKEEPER | TKPR | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Verrilli, Donald B. | DBV | 16.10 | 1,300.00 | 20,930.00 |
| Anders, Ginger D. | GDA | 30.40 | 900.00 | 27,360.00 |
| Segall, Jordan D. | JDS | 4.20 | 745.00 | 3,129.00 |
| Boyce, Sarah G. | SGB | 0.50 | 725.00 | 362.50 |

Matter Desc:      Constitutional Litigation
MTO Matter #:     28720-00002

| TIMEKEEPER | TKPR | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| El-Khouri, Adele M. | AME | 12.60 | 695.00 | 8,757.00 |
| Jacobsen, Arn | AJ4 | 7.70 | 350.00 | 2,695.00 |
| TOTAL | | 71.50 | | 63,233.50 |

**MUNGER, TOLLES & OLSON LLP**
**P.O. BOX 847424**
**LOS ANGELES, CA 90084-7424**

June 10, 2019

Jaime El Koury
General Counsel
Financial Oversight and Management Board for Puerto Rico
PO Box 192018
San Juan, PR  00919

Invoice Number: 587225                                      Tax Identification No. 95-2156481

MTO Matter Number: 28720-00002

For professional services rendered through May 31, 2019 as follows:

| | | |
|---|---|---:|
| TOTAL FEES | $ | 63,233.50 |
| LESS FEE DISCOUNT | | (9,485.03) |
| NET FEES | | 53,748.48 |
| **INVOICE TOTAL** | | **53,748.48** |
| PRIOR BALANCE | | 347,744.54 |
| TOTAL AMOUNT DUE | $ | 401,493.02 |

**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

**The following are instructions for electronic payments to Munger, Tolles & Olson LLP. Should you have any questions, please feel free to contact us via email ~Billing@mto.com**

Wells Fargo Bank, N.A.
420 Montgomery
San Francisco, CA 94104
Account Name:     Munger, Tolles & Olson LLP
Account#:            4199311580
ABA Routing#:     121000248
SWIFT Code:        WFBIUS6S

**Please reference invoice number 587225 or client number 28720 .**