Estimated Hearing Date: October 30, 2019 at 9:30 a.m. (Atlantic Standard Time)

Objection Deadline: August 5, 2019 at 4:00 p.m. (Atlantic Standard Time)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>     Debtors [1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF FILING OF THE INTERIM APPLICATION OF MUNGER, TOLLES & OLSON LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO FOR THE PERIOD FROM AUGUST 1 THROUGH 31, 2018 AND OCTOBER 1, 2018 THROUGH MAY 31, 2019**

**PLEASE TAKE NOTICE** that on July 15, 2019, Munger, Tolles & Olson LLP

("MTO"), attorneys for the Financial Oversight and Management Board for Puerto Rico (the

"Oversight Board") as representative of the Commonwealth of Puerto Rico ("Commonwealth"),

pursuant to this Court's *Second Amended Order Setting Procedures for Interim Compensation*

*and Reimbursement of Expenses of Professionals* (Dkt. No. 3269)  (the "Interim Compensation

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

Order"), filed the *Interim Application Of Munger, Tolles & Olson LLP For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Attorneys To The Financial Oversight And Management Board For Puerto Rico For The Interim Period From August 1 Through 31, 2018 and October 1, 2018 Through May 31, 2019* (Application).

**PLEASE TAKE FURTHER NOTICE** that any response or objection to this Application by any party other than the Fee Examiner must be (1) in writing, (2) conform to the Federal Rules of Bankruptcy Procedure, the Interim Compensation Order, and the Order Further Amending Case Management Procedures [Dkt. No. 2839] (the "Case Management Procedures"), and (3) be filed with the Court and served on the entities below, so as to be received on or before the deadline, August 5, 2019 at 4:00 p.m. (Atlantic Standard Time):

1.    attorneys for the Oversight Board, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, Attn: Martin J. Bienenstock, Esq. (mbienenstock@proskauer.com) and Ehud Barak, Esq.(ebarak@proskauer.com), and Proskauer Rose LLP, 70 West Madison Street, Chicago, IL 60602, Attn: Paul V. Possinger, Esq.(ppossinger@proskauer.com);

2.    attorneys for the Oversight Board, O'Neill & Borges LLC, 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918, Attn: Hermann D.   Bauer, Esq. (hermann.bauer@oneillborges.com);

3.    attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com),  Suzzanne Uhland, Esq.(suhland@omm.com), and Diana M. Perez, Esq.(dperez@omm.com);

4.    attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, Marini Pietrantoni Muñiz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave, San Juan, PR 00917, Attn: Luis C.Marini-Biaggi, Esq. (lmarini@mpmlawpr.com) and Carolina Velaz-Rivero Esq. (cvelaz@mpmlawpr.com);

2

5.      the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico);

6.      attorneys for the Official Committee of Unsecured Creditors, Paul Hastings LLP, 200 Park Ave., New York, NY 10166, Attn: Luc. A Despins, Esq. (lucdespins@paulhastings.com);

7.      attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E. Añeses Negrón, Esq. (aaneses@cstlawpr.com);

8.      attorneys for the Official Committee of Retired Employees, Jenner & Block LLP, 919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq. (rgordon@jenner.com) and Richard Levin, Esq.(rlevin@jenner.com), and Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege, Esq.(csteege@jenner.com) and Melissa Root, Esq.(mroot@jenner.com);

9.      attorneys for the Official Committee of Retired Employees, Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey, PR 00918, Attn: A.J. Bennazar-Zequeira, Esq. (ajb@bennazar.org);

10.     the Puerto Rico Department of Treasury, PO Box 9024140, San Juan, PR 00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting (Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez, CPA, Assistant Secretary of Central Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja Rodríguez, Deputy Assistant Secretary of Internal Revenue and Tax Policy (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Assistant Secretary of Internal Revenue and Tax Policy (francisco.pares@hacienda.pr.gov); and Francisco Peña Montañez, CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda.pr.gov);

11.     attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce de León Avenue, Citibank Tower, 12th Floor, San Juan, PR 00918, Attn: Eyck O. Lugo (elugo@edgelegalpr.com); and

12.     attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler (KStadler@gklaw.com).

3

**PLEASE TAKE FURTHER NOTICE** that if (1) no objection is timely filed and served in accordance with the Interim Compensation Order and Case Management Procedures and (2) all issues raised by the Fee Examiner are consensually resolved, the relief requested may be granted without hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Application and all documents filed in these title III cases are available (1) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 844-822-9231, and (2) on the Court's website at http://www/prd.uscourts.gov, subject to the procedures and fees set forth therein.

Dated: July 15, 2019

/s/ Donald B. Verrilli, Jr.

**MUNGER, TOLLES & OLSON LLP**
Donald B. Verrilli, Jr. (pro hac vice)
Ginger D. Anders (pro hac vice)
Sarah G. Boyce (pro hac vice)
Adele M. El-Khouri (pro hac vice)
Rachel G. Miller-Ziegler (pro hac vice)
1155 F Street NW, Seventh Floor
Washington, DC 20004-1357
Telephone:    (202) 220-1100
Facsimile:    (202) 220-2300
Email:        Donald.Verrilli@mto.com
              Ginger.Anders@mto.com
              Sarah.Boyce@mto.com
              Adele.El-Khouri@mto.com
              Rachel.Miller-Ziegler@mto.com

*Attorneys for The Financial Oversight and*
*Management Board for Puerto Rico, as Representative of The*
*Commonwealth of Puerto Rico*

4