# **EXHIBIT A**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ x
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)
:
    Debtors.[1] :
:
------------------------------------------------------------------------ x

### ORDER GRANTING OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO CLAIM OF GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO AGAINST COMMONWEALTH OF PUERTO RICO [CLAIM NUMBER 29,485]

Upon consideration of the *Objection of Official Committee of Unsecured Creditors to Claim of Government Development Bank for Puerto Rico [Claim Number 29,485]* (the "Claim Objection"), filed pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, seeking entry of an order disallowing the GDB Proof of Claim, all as more fully set forth in the Claim Objection; and the Court having jurisdiction to consider the Claim Objection and the relief requested therein pursuant to 28 U.S.C. § 1334; and due and adequate notice of the Claim Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby ORDERED that:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

1. The GDB Proof of Claim and any and all other claims held by GDB and/or its assignees (including any claims that GDB or its assignees may file in the future) against the Commonwealth are hereby disallowed in their entirety, and any liens securing such claims are hereby voided.

2. Nothing in the Claim Objection or this Order constitutes a waiver of the Committee's rights to object to any claims not previously disallowed or to assert any claims, counterclaims, rights of offset or recoupment, all of which rights are expressly preserved.

3. Prime Clerk, the Debtors' Court-appointed notice and claims agent, is authorized and directed to reflect that the claims are disallowed pursuant to this Order on the official claims register in these Title III cases.

4. This Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the Claim Objection or the implementation of this Order.

Dated: _____ \_\_\_, 2019

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE