# SCHEDULE 1

## MONTHLY STATEMENTS COVERED IN APPLICATION

**(attached hereto)**

| Date Submitted | Monthly Period Covered | Requested Fees (90%) | Requested Expenses (100%) | Fees Paid | Expenses Paid | 10% Fee Holdback |
|---|---|---|---|---|---|---|
| **Interim Fee Period: January 16, 2019 through May 15, 2019** | | | | | | |
| 4/15/19 | 1/16/19 - 2/15/19 | $27,000.00 | $0.00 | $27,000.00 | $0.00 | $3,000.00 |
| 5/30/19 | 2/16/19 - 3/15/19 | $27,000.00 | $0.00 | $27,000.00 | $0.00 | $3,000.00 |
| 7/3/19 | 3/16/19 - 4/15/19 | $27,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| 7/15/19 | 4/16/19 - 5/15/19 | $27,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| **Total** | | **$108,000.00** | **$0.00** | **$54,000.00** | **$0.00** | **$12,000.00** |


# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 2/28/2019 | 2019-0146 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>JANUARY, 16 2018 TO FEBRUARY, 15 2019<br><br>FEE MENSUAL: | 30,000.00 |

Website:
- 1. Worked on changes to multiple sections of the Website
    a. New information
    b. Uploading documents for the new sections
    c. Creating new tabs
    d. Revising texts and links for both languages
- 2. Sending analytics

Digital Efforts:
- 1. Worked in sending the third edrop to the data base
    a. Revise the format, style and text, adding photo and links
    b. Sending test emails to client
    c. Reviewing the data base for errors in emails
    d. Monitoring the email for messages from the creditors and sharing with the committee the messages from the public
    e. Monitoring and sending of reports of the edrop.

Communications and others:
- 1. Monitoring local media
- 2. Conference calls with client to:
    a. Work on response to media regarding the published articles

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 3/18/2019 | 2019-0238 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>FEBRUARY, 16 2018 TO MARCH, 15 2019<br><br>FEE MENSUAL: | 30,000.00 |

Website:

- 1. Worked on changes to multiple sections of the Website
    a. New information
    b. Uploading documents for the new sections
    c. Creating new tabs
    d. Revising texts and links for both languages
- 2. Sending analytics

Digital Efforts:
- a. Worked in a timeline artwirk of all achievements of the Committe. This is pending of approval to upload in the Website.
- b. Sending updated analytics of the third edrop

Communications and others:
- 1. Monitoring local media
- 2. Conference calls with client
- 3. Translation of a column to be published in El Nuevo Día

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 4/19/2019 | 2019-0365 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC  PRODUCT: MONTHLY FEE  MARCH, 16 2018 TO APRIL, 15 2019  FEE MENSUAL: | 30,000.00 |

Website:

1. Worked on changes to multiple sections of the Website
   a. New information
   b. Uploading documents for the new sections
   c. Creating new tabs (PREPA)
   d. Revising texts and links for both languages- TImeline
2. Sending analytics

Communications and others

1. Monitoring local media
2. Conference calls with client
3. Translation of multiple articles related to UCC and/or the Board

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209




# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 5/17/2019 | 2019-0444 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>APRIL, 16 2018 TO MAY, 15 2019<br><br>FEE MESUAL:<br><br>- Website<br><br>  1. Worked on changes to multiple sections of the Website<br>    a. Uploading documents for the new sections<br>    b. Revising texts and links for both languages- TImeline<br><br>- Communications and others<br>  1. Monitoring local media<br>  2. Conference calls with client<br>  3. Translation of multiple articles related to UCC and/or the Board | 30,000.00 |

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209