Case:17-03283-LTS   Doc#:8003-1   Filed:07/15/19   Entered:07/15/19 20:50:01   Desc:
Exhibit A   Page 1 of 1

**Exhibit A**

**Summary of Fees Incurred by Professional**

| EXHIBIT A: SUMMARY OF FEES INCURRED BY PROFESSIONAL | | | | |
|---|---|---|---|---|
| **Professional** | **Position** | **Billing Rate** | **Hours** | **100% of Fees** |
| Flaton, Carol | Independent Contractor | $ 1,080 | 212.7 | $ 229,716.00 |
| Collura, Richard | Managing Director | 1,080 | 89.9 | 97,092.00 |
| Sehgal, Vineet | Managing Director | 1,015 | 5.8 | 5,887.00 |
| Martinez, Scott | Director | 895 | 766.2 | 685,749.00 |
| Ubarri, Enrique R | Director | 895 | 25.7 | 23,001.50 |
| Voicu-Comendant, Alin | Director | 830 | 75.9 | 62,997.00 |
| Kardos, Elizabeth S | Director | 580 | 17.2 | 9,976.00 |
| Deichmann, Eric | Senior Vice President | 725 | 52.9 | 38,352.50 |
| Infante, Saul | Senior Vice President | 725 | 55.3 | 40,092.50 |
| Cho, Nicholas W | Senior Vice President | 665 | 49.0 | 32,585.00 |
| Westermann, Michael | Senior Vice President | 615 | 733.5 | 451,102.50 |
| Shibuya, Kyoko | Senior Vice President | 615 | 378.8 | 232,962.00 |
| Escalante, Shannon | Senior Vice President | 615 | 42.5 | 26,137.50 |
| Gorman, John C | Vice President | 565 | 57.9 | 32,713.50 |
| Praga, Deborah | Vice President | 480 | 62.0 | 29,760.00 |
| Yenumula, Rahul | Vice President | 480 | 439.3 | 210,864.00 |
| Tedder, Daniel J | Vice President | 430 | 0.5 | 215.00 |
| Verry, Laurie C | Senior Vice President | 310 | 3.6 | 1,116.00 |
| **Grand Total** | | | **3,068.7** | **$ 2,210,319.00** |