# Exhibit B

## Summary of Hours and Fees by Project Category

**EXHIBIT B: SUMMARY OF FEES INCURRED DURING THE INTERIM PERIOD BY PROJECT CATEGORY**

| Matter Category | Old Matter Category | Description | Hours | 100% Fees |
|---|---|---|---|---|
| 12275.00100 | 1 | Planning & Coordination / Case Management | 23.0 | $ 20,201.50 |
| 12275.00101 | 2 | Meetings and Communications with Committee Members and/or Professionals | 159.2 | 141,116.00 |
| 12275.00102 | 3 | Communication with Interested Parties | 132.1 | 111,916.00 |
| 12275.00103 | 4 | Liquidity and Cash Management | 72.4 | 59,385.50 |
| 12275.00104 | 5 | Fiscal Plan and Related Budgets Analysis and Assessment | 194.8 | 143,143.00 |
| 12275.00105 | 6 | Financial and Other Diligence | 80.3 | 63,045.00 |
| 12275.00106 | 7 | Sales of Assets | - | - |
| 12275.00107 | 8 | Due Diligence of Commonwealth Assets | - | - |
| 12275.00108 | 9 | Debt Capacity | 48.3 | 34,781.50 |
| 12275.00109 | 10 | Investments in Puerto Rico, Including Public-Private Partnerships | - | - |
| 12275.00110 | 11 | Plan of Adjustment Review and Negotiations | 1.5 | 1,435.00 |
| 12275.00111 | 12 | Litigation Support and Claims Analysis | 1,109.6 | 795,667.50 |
| 12275.00112 | 13 | Testimony / Court Appearance | 20.0 | 19,047.00 |
| 12275.00113 | 14 | Expert Reports | - | - |
| 12275.00114 | 15 | Pension Matters | 27.6 | 21,602.00 |
| 12275.00115 | 16 | Retention | 6.7 | 3,177.00 |
| 12275.00116 | 17 | Fee Statements and Fee Applications | 77.5 | 46,420.50 |
| 12275.00117 | 19 | PREPA Title III | 900.8 | 595,024.00 |
| 12275.00118 | 20 | HTA Title III | 97.0 | 65,402.00 |
| 12275.00119 | 21 | ERS Title III | 79.1 | 56,289.00 |
| 12275.00129 | 18 | Non-Working Travel Time | 38.8 | 32,666.50 |
| **Grand Total** | | | **3,068.7** | **$ 2,210,319.00** |