**Exhibit D**

**Summary of Expenses**

| EXHIBIT D: Summary of Expenses Incurred During the Interim Period | | |
|---|---|---|
| **Category** | | **Total** |
| Travel & Lodging | $ | 4,191.07 |
| Direct Charges | | 587.69 |
| Meals | | 509.16 |
| Phone | | 32.94 |
| **Grand Total** | $ | **5,320.86** |
| Less: Agreed Upon Expense Reduction for 5th Interim Period | | (756.73) |
| **Adjusted Grand Total** | $ | **4,564.13** |