# Exhibit E

## Detail of Expenses by Expense Category

**EXHIBIT E: ZC EXPENSES INCURRED BY CATEGORY**

| Professional | Date | Category | Description | Amount |
|---|---|---|---|---|
| Westermann, Michael | 2/7/2019 | Travel & Lodging | Cab Fare/Ground Transportation Michael Westermann Office to Home | $ 23.64 |
| Westermann, Michael | 3/4/2019 | Travel & Lodging | Cab Fare/Ground Transportation Michael Westermann Office to Home | 17.82 |
| Westermann, Michael | 4/2/2019 | Travel & Lodging | Cab Fare/Ground Transportation Michael Westermann Office to Home | 18.69 |
| Flaton, Carol | 4/10/2019 | Travel & Lodging | Airfare Carol Flaton 2019-04-24 JFK - SJU | 612.31 |
| Westermann, Michael | 4/10/2019 | Travel & Lodging | Cab Fare/Ground Transportation Michael Westermann Office to Home | 18.61 |
| Westermann, Michael | 4/11/2019 | Travel & Lodging | Cab Fare/Ground Transportation Michael Westermann Office to Home | 21.24 |
| Martinez, Scott | 4/12/2019 | Travel & Lodging | Airfare Scott Martinez 2019-04-25 SJU - JFK | 395.26 |
| Martinez, Scott | 4/12/2019 | Travel & Lodging | Airfare Scott Martinez 2019-04-24 JFK - SJU | 245.55 |
| Martinez, Scott | 4/12/2019 | Travel & Lodging | Airfare Service Charge Scott Martinez | 9.00 |
| Martinez, Scott | 4/12/2019 | Travel & Lodging | Airfare Service Charge Scott Martinez | 9.00 |
| Westermann, Michael | 4/15/2019 | Travel & Lodging | Cab Fare/Ground Transportation Michael Westermann Office to Home | 18.70 |
| Flaton, Carol | 5/8/2019 | Travel & Lodging | Airfare Service Charge Carol Flaton PR Ucc Meetings | 27.75 |
| Martinez, Scott | 5/9/2019 | Travel & Lodging | Airfare Scott Martinez 2019-05-16 JFK - SJU | 361.70 |
| Westermann, Michael | 5/9/2019 | Travel & Lodging | Airfare Michael Westermann 2019-05-16 JFK - SJU | 361.70 |
| Martinez, Scott | 5/9/2019 | Travel & Lodging | Airfare Scott Martinez 2019-05-24 SJU - JFK | 351.70 |
| Westermann, Michael | 5/9/2019 | Travel & Lodging | Airfare Michael Westermann 2019-05-17 SJU - JFK | 351.70 |
| Westermann, Michael | 5/13/2019 | Travel & Lodging | Cab Fare/Ground Transportation Michael Westermann Office to Home | 20.01 |
| Flaton, Carol | 5/15/2019 | Travel & Lodging | Cab Fare/Ground Transportation Carol Flaton Home to JFK | 97.38 |
| Westermann, Michael | 5/16/2019 | Travel & Lodging | Cab Fare/Ground Transportation Michael Westermann Home to JFK | 55.81 |
| Martinez, Scott | 5/16/2019 | Travel & Lodging | Cab Fare/Ground Transportation Scott Martinez SJU to Hotel | 25.00 |
| Martinez, Scott | 5/16/2019 | Travel & Lodging | Lodging Scott Martinez Condado Vanderbilt Fd - San Juan 05/16/2019 - 05/17/2019 | 260.65 |
| Westermann, Michael | 5/16/2019 | Travel & Lodging | Lodging Michael Westermann Condado Vanderbilt Fd - San Juan 05/16/2019 - 05/17/2019 | 260.65 |
| Flaton, Carol | 5/16/2019 | Travel & Lodging | Lodging Carol Flaton Condado Vanderbilt Fd - San Juan 05/16/2019 - 05/17/2019 | 299.94 |
| Westermann, Michael | 5/17/2019 | Travel & Lodging | Cab Fare/Ground Transportation Michael Westermann JFK to Home | 64.15 |
| Westermann, Michael | 5/17/2019 | Travel & Lodging | Airfare Change Fees Michael Westermann | 11.44 |
| Flaton, Carol | 5/18/2019 | Travel & Lodging | Cab Fare/Ground Transportation Carol Flaton JFK to Home | 51.67 |
| Martinez, Scott | 5/20/2019 | Travel & Lodging | Cab Fare/Ground Transportation Scott Martinez Home to JFK | 100.00 |
| Martinez, Scott | 5/20/2019 | Travel & Lodging | Cab Fare/Ground Transportation Scott Martinez JFK to Home | 100.00 |
| **Total Travel & Lodging Expenses** | | | | **$ 4,191.07** |

| Professional | Date | Category | Description | Amount |
|---|---|---|---|---|
| N/A | 2/28/2019 | Direct Charges | Research - Lexis Nexis | $ 293.48 |
| N/A | 3/31/2019 | Direct Charges | Research - - VENDOR: Relx/Lexis Nexis | 294.21 |
| **Total Direct Charges** | | | | **$ 587.69** |

**EXHIBIT E: ZC EXPENSES INCURRED BY CATEGORY**

| Professional | Date | Category | Description | | Amount |
|---|---|---|---|---|---|
| Westermann, Michael | 2/7/2019 | Meals | Meals & Tips Michael Westermann - Dinner | $ | 19.60 |
| Westermann, Michael | 2/8/2019 | Meals | Meals & Tips Michael Westermann - Dinner | | 24.64 |
| Westermann, Michael | 2/28/2019 | Meals | Meals & Tips Michael Westermann - Dinner | | 19.60 |
| Westermann, Michael | 3/5/2019 | Meals | Meals & Tips Michael Westermann - Dinner | | 20.62 |
| Westermann, Michael | 3/11/2019 | Meals | Meals & Tips Michael Westermann - Dinner | | 19.86 |
| Westermann, Michael | 3/28/2019 | Meals | Meals & Tips Michael Westermann - Dinner | | 19.97 |
| Westermann, Michael | 4/2/2019 | Meals | Meals Michael Westermann - Dinner | | 19.76 |
| Martinez, Scott | 4/3/2019 | Meals | Meals Scott Martinez - Dinner | | 10.89 |
| Martinez, Scott | 4/4/2019 | Meals | Meals Scott Martinez - Dinner | | 7.70 |
| Westermann, Michael | 4/12/2019 | Meals | Meals Michael Westermann - Dinner | | 22.53 |
| Westermann, Michael | 4/16/2019 | Meals | Meals Michael Westermann - Dinner | | 20.49 |
| Martinez, Scott | 5/7/2019 | Meals | Meals & Tips Scott Martinez - Dinner | | 6.53 |
| Martinez, Scott | 5/15/2019 | Meals | Meals & Tips Scott Martinez - Dinner | | 8.44 |
| Westermann, Michael | 5/16/2019 | Meals | Meals & Tips Michael Westermann - Lunch | | 36.11 |
| Flaton, Carol | 5/16/2019 | Meals | Meals & Tips Carol Flaton - Dinner | | 25.00 |
| Martinez, Scott | 5/17/2019 | Meals | Meals - Engagement Team Scott Martinez - Dinner - Scott Martinez; Mike Westermann; David Mack | | 49.00 |
| Martinez, Scott | 5/17/2019 | Meals | Meals & Tips Scott Martinez - Breakfast | | 10.87 |
| Martinez, Scott | 5/17/2019 | Meals | Meals - Engagement Team Scott Martinez - Dinner - Scott Martinez; Mike Westermann; Carol Flaton | | 120.00 |
| Martinez, Scott | 5/17/2019 | Meals | Meals - Engagement Team Scott Martinez - Dinner - Scott Martinez; Mike Westermann; David Mack | | 47.55 |
| **Total Meal Expenses** | | | | $ | **509.16** |

| Professional | Date | Category | Description | | Amount |
|---|---|---|---|---|---|
| Martinez, Scott | 2/6/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | $ | 2.73 |
| Flaton, Carol | 2/6/2019 | Phone | Conference Calls Vendor: Vodafone Carol Flaton | | 6.26 |
| Martinez, Scott | 2/14/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | | 2.25 |
| Martinez, Scott | 2/15/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | | 4.69 |
| Martinez, Scott | 2/28/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | | 4.20 |
| Martinez, Scott | 4/9/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | | 3.41 |
| Martinez, Scott | 4/12/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | | 2.30 |
| Martinez, Scott | 4/13/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | | 7.10 |
| **Total Phone Expenses** | | | | $ | **32.94** |
| **Total Expenses** | | | | $ | **5,320.86** |
| Less: Adjustment Per Agreement with Fee Examiner | | | | | (756.73) |
| **Grand Total** | | | | $ | **4,564.13** |