**EXHIBIT D**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

# EXHIBIT D-1

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | February 2019 | March 2019 | April 2019 | May 2019 | Total | February 2019 | March 2019 | April 2019 | May 2019 | Total |
| B110 | Case Administration | 200 | 150 | 150 | 150 | 650 | 100.00 | 89.10 | 279.90 | 97.80 | 566.80 |
| B112 | General Creditor Inquiries | 10 | 10 | 15 | 15 | 50 | 6.90 | 21.80 | 8.20 | 3.90 | 40.80 |
| B113 | Pleadings Review | 50 | 50 | 50 | 50 | 200 | 12.10 | 19.70 | 23.20 | 30.70 | 85.70 |
| B120 | Asset Analysis and Recovery | 5 | 5 | 5 | 5 | 20 | | | | | 0. |
| B130 | Asset Disposition | 5 | 5 | 5 | 5 | 20 | | | | | 0 |
| B140 | Relief from Stay / Adequate Protection Proceedings | 20 | 20 | 75 | 75 | 190 | 39.60 | 491.90 | 4.40 | 40.50 | 576.40 |
| B150 | Meetings of Creditors' Committee and Communications with Creditors | 125 | 125 | 125 | 125 | 500 | 119.10 | 110.60 | 149.10 | 131.50 | 510.30 |
| B155 | Court Hearings (including Preparation for Court Hearings) | 35 | 30 | 40 | 40 | 145 | 16.80 | 18.30 | 95.10 | 29.40 | 159.60 |
| B160 | Employment / Fee Applications (Paul Hastings) | 50 | 50 | 50 | 50 | 200 | 61.50 | 82.10 | 18.60 | 67.80 | 230.00 |
| B161 | Budgeting (Case) | 2 | 2 | 2 | 2 | 8 | 0.70 | 0.60 | 3.40 | 1.00 | 5.70 |
| B165 | Employment / Fee Applications (Other Professionals) | 10 | 5 | 5 | 5 | 25 | 0.00 | 13.10 | 20.10 | 6.30 | 39.50 |
| B170 | Fee and Employment Objections | 10 | 10 | 5 | 5 | 30 | 1.00 | 0 | 0 | 0.90 | 1.90 |

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | February 2019 | March 2019 | April 2019 | May 2019 | Total | February 2019 | March 2019 | April 2019 | May 2019 | Total |
| B180 | Avoidance Action Analysis | 50 | 50 | 100 | 150 | **350** | 75.00 | 189.60 | 904.80 | 328.40 | **1497.80** |
| B185 | Assumption / Rejection of Leases and Contracts | 5 | 5 | 5 | 5 | **20** | 0 | 0 | 8.70 | 3.50 | **12.20** |
| B190 | Other Contested Matters (including GDB restructuring) | 30 | 50 | 50 | 50 | **180** | 0 | 0 | 0 | 164.20 | **164.20** |
| B191 | General Litigation | 250 | 400 | 500 | 1500 | **2650** | 120.40 | 137.90 | 232.30 | 248.60 | **739.20** |
| B195 | Non-Working Travel[1] | 20 | 20 | 20 | 20 | **80** | 12.50 | 6.90 | 24.40 | 16.00 | **59.80** |
| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 5 | 5 | 5 | 5 | **20** | 0 | 1.40 | 0 | 0 | **1.40** |
| B220 | Employee Benefits / Pensions | 0 | 100 | 100 | 100 | **300** | 65.20 | 127.50 | 110.70 | 9.10 | **312.50** |
| B230 | Financing / Cash Collections | 5 | 5 | 5 | 5 | **20** | 0 | 0 | 0 | 0.40 | **0.40** |
| B231 | Security Document Analysis | 5 | 5 | 5 | 5 | **20** | 11.30 | 0 | 0 | 0 | **11.30** |
| B240 | Tax Issues | | | | | | 0 | 12.90 | 3.00 | 0 | **15.90** |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 25 | 25 | 25 | 25 | **100** | 7.30 | 16.30 | 6.90 | 3.60 | **34.10** |
| B261 | Investigations | 25 | 10 | 10 | 10 | **55** | 7.20 | 2.80 | 31.30 | 0 | **41.30** |
| B310 | Claims Administration and Objections | 400 | 350 | 600 | 400 | **1750** | 583.80 | 523.30 | 332.90 | 426.90 | **1866.90** |

---

[1] The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | February 2019 | March 2019 | April 2019 | May 2019 | Total | February 2019 | March 2019 | April 2019 | May 2019 | Total |
| B312 | Objections to Claims | 0 | 0 | 0 | 0 | **0** | | | | | |
| B320 | Plan and Disclosure Statement | 150 | 100 | 50 | 50 | **350** | 78.00 | 28.10 | 1.20 | 74.50 | **181.80** |
| B321 | Business Plan | 0 | 0 | 0 | 0 | **0** | | | | | |
| B410 | General Bankruptcy Advice/Opinions | 0 | 0 | 0 | 0 | **0** | | | | | |
| B420 | Restructurings | 10 | 25 | 10 | 10 | **55** | 22.90 | 18.10 | 92.70 | 984.40 | **1,118.10** |
| **TOTAL HOURS** | | 1492 | 1602 | 2002 | 2852 | **7,948** | 1341.30 | 1912.00 | 2350.90 | 2669.40 | **8,273.60** |
| **TOTAL FEES** | | $1,453,208.00[2] | $1,560,348.00 | $1,971,970.00 | $2,820,628.00 | **$7,806,154.00** | $1,373,389.50 | $1,816,258.00 | $2,315,165.00 | $2,679,118.50 | **$8,183,931.00** |
| *MINUS 20% REDUCTION*[3] | | ($290,641.60) | ($312,069.60) | ($394,394.00) | ($564,125.60) | **($1,561,230.80)** | ($274,677.90) | ($363,251.60) | ($463,033.00) | ($535,823.70) | **($1,636,786.20)** |
| **TOTAL FEES (NET OF REDUCTION)** | | $1,162,566.40 | $1,248,278.40 | $1,577,576.00 | $2,256,502.40 | **$6,244,923.20** | $1,098,711.60 | $1,453,006.40 | $1,852,132.00 | $2,143,294.80 | **$6,547,144.80** |

---

[2] The Total Estimated Fees are calculated based on a blended hourly rate of $974, $974, $985, and $989 for the Paul Hastings attorneys who are expected to work on this matter in February, March, April, and May, respectively. The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time. However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% reduction, would be approximately $779, $779, $788, and $791, respectively.

**FURTHER BREAKDOWN OF COMPENSATION REQUESTED
BY PROJECT CATEGORY AND BY MATTER[1]**

*Official Committee of Unsecured Creditors of Commonwealth of PR (Matter ID 00002)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110  Case Administration | 393.20 | $384,028.00 |
| B113  Pleadings Review | 75.30 | $28,954.00 |
| B140  Relief from Stay / Adequate Protection Proceedings | 0.30 | $375.00 |
| B150  Meetings of and Communications with Creditors | 328.70 | $285,559.00 |
| B155  Court Hearings | 107.30 | $116,752.50 |
| B160  Employment / Fee Applications (Paul Hastings) | 203.00 | $198,352.00 |
| B161  Budgeting (Case) | 5.70 | $6,840.00 |
| B165  Employment / Fee Applications (Other Professionals) | 39.50 | $38,585.00 |
| B170  Fee/Employment Objections | 1.90 | $2,280.00 |
| B180  Avoidance Action Analysis | 837.60 | $864,276.00 |
| B190  Other Contested Maters | 101.80 | $92,028.00 |
| B191  General Litigation | 77.50 | 75,887.00 |
| B195  Non-Working Travel | 30.30 | $20,745.00 |
| B210  Debtors' Financial Information and perations/Fiscal Plan | 1.10 | $1,320.00 |
| B230  Employee Benefits/Pensions | 0.40 | $500.00 |
| B240  Tax Issues | 15.90 | $17,714.50 |
| B260  Meetings of and Communications with Debtors/Oversight Board | 1.90 | $2,540.00 |
| B310  Claims Administration and Objections | 300.70 | $296,290.50 |
| B320  Plan and Disclosure Statement (including Business Plan) | 171.70 | $206,249.50 |
| B420  Restructurings | 3.60 | $4,104.00 |
| **TOTAL** | **2724.40** | **$2,643,380.00** |

---

[1] The fees set forth on this <u>Exhibit D-1</u> do **not** take into account Paul Hastings' agreement to reduce its fees by an amount equal to 20% of its total case fees, with the precise fees to be waived to attain the 20% reduction to be designated by Paul Hastings (in its sole discretion) in connection with the final fee application process.

4

*COFINA Dispute Analysis (Matter ID 00003)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B113   Pleadings Review | 0.60 | $495.00 |
| **TOTAL** | **0.60** | **$495.00** |

*Communications with Creditors (other than Committee Members) / Website (Matter ID 00004)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B112   General Creditor Inquiries | 3.90 | $3,682.50 |
| B150   Meetings of and Communications with Creditors | 27.00 | $23,923.50 |
| **TOTAL** | **30.90** | **$27,606.00** |

*PREPA (Matter ID 00006)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---:|---:|
| B110   Case Administration | 90.70 | $30,705.50 |
| B112   General Creditor Inquiries | 0.40 | $374.00 |
| B113   Pleadings Review | 0.70 | $577.50 |
| B140   Relief from Stay / Adequate Protection Proceedings | 496.10 | $548,319.00 |
| B155   Court Hearings | 12.90 | $14,840.50 |
| B180   Avoidance Action Analysis | 23.60 | $28,340.00 |
| B185   Assumption/Rejection of Leases and Contracts | 12.20 | $15,089.00 |
| B191   General Litigation | 0.00 | $0.00 |
| B195   Non-Working Travel | 11.00 | $7,215.00 |
| B210   Debtors' Financial Information and Operations/Fiscal Plan | 0.30 | $375.00 |
| B231   Security Document Analysis | 11.30 | $16,110.00 |
| B260   Meetings of and Communications with Debtors/Oversight Board | 30.10 | $38,250.00 |
| B310   Claims Administration and Objections | 56.90 | $67,298.00 |
| B320   Plan and Disclosure Statement (including Business Plan) | 10.10 | $11,427.50 |
| B420   Restructurings | 1095.10 | $1,162,280.00 |
| **TOTAL** | **1851.40** | **$1,941,201.00** |

-5-

*HTA (Matter ID 00007)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110 Case Administration | 2.90 | $536.50 |
| B113 Pleadings Review | 1.20 | $1,067.00 |
| B155 Court Hearings | 10.90 | $14,610.00 |
| B180 Avoidance Action Analysis | 170.30 | $190,775.50 |
| B191 General Litigation | 28.30 | $26,440.50 |
| **TOTAL** | **213.60** | **$233,429.50** |

*ERS (Matter ID 00008)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110 Case Administration | 25.20 | $7,945.50 |
| B113 Pleadings Review | 1.50 | $1,237.50 |
| B140 Relief from Stay/Adequate Protection Proceedings | 80.00 | $77,120.00 |
| B150 Meetings of Creditors' Committee and communications with Creditors | 0.40 | $390.00 |
| B155 Court Hearings | 18.40 | $20,362.50 |
| B180 Avoidance Action Analysis | 106.70 | $121,384.00 |
| B190 Other Contested Matters | 62.40 | $62,340.00 |
| B191 General Litigation | 18.80 | $20,713.00 |
| B195 Non-Working Travel | 10.20 | $6,120.00 |
| B220 Employee Benefits/Pensions | 312.50 | $272,749.50 |
| B310 Claims Administration and Objections | 680.90 | $759,530.50 |
| **TOTAL** | **1317.00** | **$1,349,892.50** |

*Other Adversary Proceedings (Matter ID 00009)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B113 Pleadings Review | 6.40 | $4,620.00 |
| B180 Avoidance Action Analysis | 2.60 | $3,900.00 |
| B191 General Litigation | 83.10 | $86,529.00 |
| **TOTAL** | **92.10** | **$95,049.00** |

-6-

*Mediation (Matter ID 00010)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110   Case Administration | 1.10 | $1,320.00 |
| B191   General Litigation | 9.60 | $11,723.00 |
| **TOTAL** | **10.70** | **$13,043.00** |

*GO Bond Debt Issues (Matter ID 00011)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110   Case Administration | 7.10 | $3,306.00 |
| B112   General Creditor Inquiries | 36.50 | $33,968.50 |
| B155   Court Hearings | 10.10 | $11,705.00 |
| B180   Avoidance Action Analysis | 343.90 | $364,332.50 |
| B191   General Litigation | 38.20 | $41,559.50 |
| B260   Meetings of and Communications with Debtors/Oversight Board | 2.10 | $3,150.00 |
| B310   Claims Administration and Objections | 799.80 | $611,745.00 |
| **TOTAL** | **1237.70** | **$1,069,766.50** |

*Creditors Committee Meetings (Matter ID 00012)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B150   Meetings of and Communications with Creditors | 154.20 | $174,879.50 |
| B195   Non-Working Travel | 8.30 | $6,225.00 |
| **TOTAL** | **162.50** | **$181,104.50** |

*Rule 2004 Investigations (Matter ID 00013)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110   Case Administration | 37.30 | $12,425.00 |
| B180   Avoidance Action Analysis | 13.10 | $15,175.00 |
| B191   General Litigation | 6.70 | $5,394.00 |
| B261   Investigations | 41.30 | $41,550.00 |
| **TOTAL** | **98.40** | **$74,544.00** |

-7-

*Constitutional Issues (Matter ID 00014)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B191   General Litigation | 106.70 | $119,134.50 |
| **TOTAL** | **106.70** | **$119,134.50** |

*PREPA Privatization (Matter ID 00016)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B420   Restructurings | 19.40 | $22,902.50 |
| **TOTAL** | **19.40** | **$22,902.50** |

*PBA (Matter ID 00017)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110   Case Administration | 1.40 | $415.00 |
| B191   General Litigation | 369.70 | $370,084.50 |
| **TOTAL** | **371.10** | **$370,499.50** |

*GDB (Matter ID 00018)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B191   General Litigation | 0.60 | $720.00 |
| B310   Claims Administration and Objections | 28.60 | $31,533.50 |
| **TOTAL** | **29.20** | **$32,253.50** |

*Puerto Rico Lobbying Related Work (Matter ID 00019)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110   Case Administration | 7.90 | $9,630.00 |
| **TOTAL** | **7.90** | **$9,630.00** |

# EXHIBIT D-2

## SUMMARY OF EXPENSE REIMBURSEMENTS REQUESTED BY CATEGORY

| Category | Amount |
| --- | ---: |
| Travel Expenses – Airfare | $6,155.20 |
| Travel Expenses – Lodging | $2,987.98 |
| Travel Expenses - Taxi / Ground Transportation | $4,386.87 |
| Travel Expenses - Internet | $10.00 |
| Travel Expenses - Parking | $259.00 |
| Meals (while working on Committee matters) | $422.00 |
| Courtcall | $490.00 |
| Messenger | $1,096.65 |
| Computer Search | $67,526.76 |
| Articles and Publications | $13,689.84 |
| Attorney Service | $1,757.65 |
| Banquet Room Rental | $157.18 |
| Banquet Room Meals | $2,300.03 |
| Court Reporting Services | $28,440.80 |
| Filing Fees | $370.00 |
| In-house Black and White Reproduction Charges (71,553 copies at $0.08 per page) | $5,724.24 |
| In-house Color Reproduction Charges (4,881 copies at $0.25 per page) | $1,220.25 |
| Outside Professional Services | $40,927.47 |
| Postage/Express Mail | $4,618.70 |
| **TOTAL** | **$182,540.62** |