# EXHIBIT E

## BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED BY DEBTOR AND BY WHETHER SERVICES WERE RENDERED IN PUERTO RICO OR OUTSIDE PUERTO RICO

### February 2019 Fee Statement

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth | $697,805.00 | $558,244.00 | $21,347.42 | $579,591.42 |
| *(a) Services Rendered Outside of Puerto Rico* | *$693,755.00* | *$555,004.00* | *$21,035.00* | *$576,039.00* |
| *(b) Services Rendered in Puerto Rico* | *$4,050.00* | *$3,240.00* | *$312.42* | *$3,552.42* |
| Total for HTA (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for ERS (all outside of Puerto Rico) | $579,089.00 | $463,271.20 | $8,910.51 | $472,181.71 |
| Total for PREPA (all outside of Puerto Rico) | $96,495.50 | $77,196.40 | $488.38 | $77,684.78 |
| **Grand Total for all Debtors** | **$1,373,389.50** | **$1,098,711.60** | **$30,746.31** | **$1,129,457.91** |

**March 2019 Fee Statement**

|  | **Fees** | **Fees Requested to Be Paid (80%)** | **Expenses Requested to Be Paid (100%)** | **Total Fees & Expenses Requested to Be Paid** |
|---|---|---|---|---|
| Total for Commonwealth | $830,524.00 | $664,419.20 | $18,185.15 | $682,604.35 |
| *(a) Services Rendered Outside of Puerto Rico* | *$830,524.00* | *$664,419.20* | *$18,185.15* | *$682,604.35* |
| *(b) Services Rendered in Puerto Rico* | *$0.00* | *$0.00* | *$0.00* | *$0.00* |
| Total for HTA | $3,667.00 | $2,933.60 | $0.00 | $2,933.60 |
| Total for ERS (all outside of Puerto Rico) | $406,837.50 | $325,470.00 | $5,402.57 | $330,872.57 |
| Total for PREPA (all outside of Puerto Rico) | $575,229.50 | $460,183.60 | $2,157.72 | $462,341.32 |
| **Grand Total for all Debtors** | **$1,816,258.00** | **$1,453,006.40** | **$25,745.44** | **$1,478,751.84** |

**April 2019 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth | $1,992,893.00 | $1,594,314.40 | $34,266.66 | $1,628,581.06 |
| *(a) Services Rendered Outside of Puerto Rico* | *$1,944,483.00* | *$1,555,586.40* | *$34,237.08* | *$1,589,823.48* |
| *(b) Services Rendered in Puerto Rico* | *$48,410.00* | *$ 38,728.00* | *$29.58* | *$38,757.58* |
| Total for HTA (all outside of Puerto Rico) | $18,981.00 | $15,184.80 | $0.00 | $15,184.80 |
| Total for ERS (all outside of Puerto Rico) | $146,928.00 | $117,542.40 | $898.51 | $118,440.91 |
| Total for PREPA (all outside of Puerto Rico) | $156,363.00 | $125,090.40 | $29,566.36 | $154,656.76 |
| **Grand Total for all Debtors** | **$2,315,165.00** | **$1,852,132.00** | **$64,731.53** | **$1,916,863.53** |

**May 2019 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth | $1,115,283.50 | $892,226.80 | $52,982.52 | $945,209.32 |
| *(a) Services Rendered Outside of Puerto Rico* | *$1,104,633.50* | *$883,706.80* | *$48,672.49* | *$932,379.29* |
| *(b) Services Rendered in Puerto Rico* | *$10,650.00* | *$ 8,520.00* | *$4,310.03* | *$12,830.03* |
| Total for HTA | $210,781.50 | $168,625.20 | $143.90 | $168,769.10 |
| *(a) Services Rendered Outside of Puerto Rico* | *$210,331.50* | *$168,265.20* | *$143.90* | *$168,409.10* |
| *(b) Services Rendered in Puerto Rico* | *$450.00* | *$360.00* | *$0.00* | *$360.00* |
| Total for ERS (all outside of Puerto Rico) | $217,038.00 | $173,630.40 | $140.51 | $173,770.91 |
| Total for PREPA (all outside of Puerto Rico) | $1,136,015.50 | $908,812.40 | $8,050.41 | $916,862.81 |
| **Grand Total for all Debtors (net of credits)** | **$2,679,118.50** | **$2,143,294.80** | **$61,317.34** | **$2,204,612.14** |