## **EXHIBIT A**

**RECEIPTS OF DRIVETRAIN, LLC DURING APPLICATION PERIOD**

# CREDITORS COMMITTEE EXPENSE REPORT

NAME: David Mack

COMPANY: Doral Financial Creditors' Trust

ADDRESS: 5613 DTC Parkway, Suite 590, Greenwood Village, CO 80111

PERIOD COVERED FROM: 5/16/19 TO: 5/17/19

| DATE | CITY VISITED | PURPOSE OF TRIP | PARKING | MILES (53.5 cents per mile) | AIRFARE (coach) | TAXI OR LIMO | LODGING | MEALS | MISC (specify) |
|---|---|---|---|---|---|---|---|---|---|
| 5/16/19 to 5/17/19 | New York to San Juan | Committee Meeting | | | | | 574.68 | | |
| **TOTALS** | | | $ | $ | $ | $ | $574.68 | $ | |

ADDITIONAL INFORMATION:

ATTACH ALL RECEIPTS

TOTAL DUE: $574.68



*Page No.   1*

CONDADO VANDERBILT
H O T E L

Guest Name:   David Mack
              187 Bergen Street
              Brooklyn, NY  11217

Room #:  408
Folio #: R62647SB163921

Group #:

Guests:  1
Clerk:   MBERRIOS

Arrive: 05/16/19    Time: 19:20    Depart: 05/17/19    Time: 10:06    Status: HIST

| Date | Description | Reference | Comment | Charges | Credits |
|---|---|---|---|---|---|
| 05/07/2019 | DEP MASTERCARD | 05078040 | ************9978 66266P | $0.00 | ($505.58) |
| 05/16/2019 | ROOM CHARGE | 408 | | $386.00 | $0.00 |
| 05/16/2019 | HOTEL TARIFF | 408t | HOTEL TARIFF | $69.48 | $0.00 |
| 05/16/2019 | GOVERNMENT TAX | 408t | GOVERNMENT TAX | $50.10 | $0.00 |
| 05/16/2019 | TACOS & TEQ | 60040262 | | $69.10 | $0.00 |
| 05/17/2019 | PAY MASTERCARD | Ck Out 10:05 | ************9978 | $0.00 | ($69.10) |

Folio Balance:   **$0.00**

# CREDITORS COMMITTEE EXPENSE REPORT

NAME: David Mack

COMPANY: Doral Financial Creditors' Trust

ADDRESS: 5613 DTC Parkway, Suite 850, Greenwood Village, CO 80111

PERIOD COVERED FROM: 10/14/18 TO: 10/31/18

| DATE | CITY VISITED | PURPOSE OF TRIP | PARKING | MILES (53.5 cents per mile) | AIRFARE (coach) | TAXI OR LIMO | LODGING | MEALS | MISC (specify) |
|---|---|---|---|---|---|---|---|---|---|
| 10/14/18 to 10/15/18 | New York to San Juan | Committee Meeting | | | 521.80 | 109.56 | 328.76 | | |
| 10/31/18 | New York to Washington DC | Claim Meeting | | | 126.40 | 123.24 | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTALS | | | $ | $ | $648.20 | $232.80 | $328.76 | | |

ADDITIONAL INFORMATION:

TOTAL DUE: $1,209.76

ATTACH ALL RECEIPTS

information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, please do not read, distribute, or take action in reliance upon this message.  If you suspect you have received this email in error, please notify the sender and promptly delete this message and its attachments from your computer.

NRID: 544419422911612425880100

Begin forwarded message:

**From:** dmack <davidjrmack@zoho.com>
**Subject: Fwd: Your ride with Abu on October 14**
**Date:** October 29, 2018 at 11:09:02 AM EDT
**To:** "David Work" <dmack@drivetrainllc.com>

============ Forwarded message ============
From : Lyft Ride Receipt<no-reply@lyftmail.com>
To : <davidjrmack@zoho.com>
Date : Mon, 15 Oct 2018 12:12:59 -0400
Subject : Your ride with Abu on October 14
============ Forwarded message ============

Lyft

Photo of Abu

# Thanks for riding with Abu!

October 14, 2018 at 11:40 AM

### Ride Details

| | |
|---|---:|
| Lyft fare (18.99mi, 31m 55s) | $42.28 |
| New York Sales Tax | $3.75 |
| Black Car Fund Surcharge | $1.06 |
| MasterCard *9978 | **$47.09** |

Ride Map

Pickup  11:40 AM
175 Bergen St, New York, NY

Drop-off  12:12 PM
, New York, NY

**Voter registration deadlines are coming**

On Nov. 6, rides to the polls are 50% off.
**Register here**

## Make expensing business rides easy

Enable business profile on Lyft to make expensing rides quick and easy.

## Your confirmation code is TUBNUD

This is not your boarding pass.

| DATE | DEPARTS/ ARRIVES | ROUTE | FLIGHT/ OPERATED BY | TRAVELERS | FREQUENT FLIER[1] | SEATS[2] | TERMINAL |
|---|---|---|---|---|---|---|---|
| Sun, Oct 14 | 01:55 PM 05:50 PM | NEW YORK, NY (JFK) to SAN JUAN, PR (SJU) | 803 | David John Mack | B6 3402580161 | 3A | 5 |
| Mon, Oct 15 | 06:54 PM 10:52 PM | SAN JUAN, PR (SJU) to NEW YORK, NY (JFK) | 1804 | David John Mack | B6 3402580161 | 4F | A |

**Trip 1:**

You've purchased a **Blue Plus fare**. This fare option includes **one (1) checked bag per person**. You may pay for additional bags online (within 24 hours of departure), or upon arrival at the airport via an airport kiosk or with an airport crewmember. Some restrictions apply. Please click here for additional information.

**Trip 2:**

You've purchased a **Blue Plus fare**. This fare option includes **one (1) checked bag per person**. You may pay for additional bags online (within 24 hours of departure), or upon arrival at the airport via an airport kiosk or with an airport crewmember. Some restrictions apply. Please click here for additional information.

| For a detailed receipt, select a customer | Ticket number(s) |
|---|---|
| David John Mack | 2792110440221 |

If your booking was made at least 7 days in advance, you may cancel it within 24 hours (by 10/03/2018 at 2:00 pm ET) without a cancellation fee. Please click here for details on our change and cancel policies.

[1] To provide a frequent flier number, please call 1-800-JETBLUE (538-2583).
[2] Seat requests on other airlines are not guaranteed until confirmed by the operating carrier.

| FORM OF PAYMENT | FARE TYPE | FARE | EXTRAS | TAXES & FEES | TOTAL |
|---|---|---|---|---|---|
| Travel Bank: XXXXXXXXXXX6317; Credit Card: Master XXXXXXXXXXXX9978 | NONREF - FEE FOR CHG/CXL | USD355.00 | USD110.00 | USD56.80 | **USD521.80** |

Efrain Rosa

Ben Tutt
General Manager
Condado Vanderbilt Hotel

### RESERVATION CONFIRMATION

**Confirmation Number:**
R62647SB144173

**Guest Name:**
David Mack

**Arrival Date:** Sunday, October 14, 2018
**Check-In Time:** 4:00 PM

**Departure Date:** Monday, October 15, 2018
**Check-Out Time:** 12:00 Noon

**Number of Adults:** 1
**Length of Stay:** 1
**Room:** Heritage Queen
**Rate Plan:** AAA Rate

**Cancellation Policy:**
All Cancellations must be received 48 hours before arrival date to avoid 1 night charge of room, tax and hotel fee.

**Nightly Rate per Room:**
10/14/2018 $251.00

**Hotel Policies:**
First night of room, tax and hotel fees charged to a major credit card at the moment of booking. All cancellations must be received 48 hours before arrival date to avoid 1 night charge of room, tax and hotel fee.

**Total Cost with Tax:**
$328.76

18% hotel fee; 11% government tax

**Additional Charges:**
Valet Parking Fee: 30 USD daily.

Changes in taxes or fees implemented after booking will affect the total room price.

ENHANCE YOUR STAY

Condado Vanderbilt Hotel

### OLA OCEAN FRONT BISTRO

An ode to the palate, enjoy contemporary flavors of the Mediterranean cuisine with the Atlantic Ocean as your setting.

MAKE YOUR RESERVATION

Total: $62.47
Mon, Oct 15, 2018

# Thanks for tipping, David

Here's your updated Monday evening ride receipt.

## Total                                                                 $62.47

| | |
|---|---|
| Trip fare | $57.34 |
| Subtotal | $57.34 |
| Tip | $5.26 |
| Before Taxes | $51.35 |
| Sales Tax (8.875%) | $4.57 |
| NY State Black Car Fund (2.5%) | $1.42 |

Amount Charged

•••• 6246   Switch                                                      $57.34

•••• 6246   Switch                                                       $5.13

Affiliated with DREIZEHN-NY, LLC (B02884)

Dispatched by Dreizehn (B02884)

To submit a complaint to the NYC TLC, please call 311.

**Download PDF**
Download link expires 11/15/18

You rode with Dominic

4.83 Rating

Top Driver Compliment
"Excellent Service"

License Plate: T738183C

FHV License Number: 5783486

Driver's TLC License Number: 5701194

UberX    19.34 mi | 33 min

11:15pm
1 Central Terminal Area,
Jamaica, NY

11:49pm
192 Bergen St, Brooklyn, NY



Subject : Your trip confirmation-NDIBSA 31OCT

============ Forwarded message ============

Hello David Mack!　　　　　　　　　　　　　　　Issued: Oct 16, 2018

# Your trip confirmation and receipt

Record locator: **NDIBSA**

Manage Your Trip

## Wednesday, October 31, 2018

| LGA | DCA | |
|---|---|---|
| **8:00 AM** | **9:27 AM** | Seats: 13A<br>Class: Economy (O)<br>Meals: |
| New York La Guardia | Washington Reagan | |

American Airlines 4755
OPERATED BY REPUBLIC AIRLINES AS AMERICAN EAGLE.

| DCA | LGA | |
|---|---|---|
| **3:00 PM** | **4:29 PM** | Seats: 14F<br>Class: Economy (O)<br>Meals: |
| Washington Reagan | New York La Guardia | |

American Airlines 4760
OPERATED BY REPUBLIC AIRLINES AS AMERICAN EAGLE.

Free entertainment with the American app »

**David Mack**　　　　　　　　　　AAdvantage # 76L67D6 PRO

Ticket # 0012316564577

# Your trip receipt

Master Card XXXXXXXXXXXXX9978

**David Mack**

| | |
|---|---|
| FARE-USD | $ 91.16 |
| TAXES AND CARRIER-IMPOSED FEES | $ 35.24 |
| **TICKET TOTAL** | **$ 126.40** |

| Book a hotel | Book a car | Buy trip | SuperShuttl |
|---|---|---|---|
| **Hotel offers** | **Car rental offers** | **Buy trip insurance** | **SuperShuttle** |

Contact us | Privacy policy

Get the American Airlines app

**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines BAG ALLOWANCE -LGADCA-No free checked bags/ American Airlines BAG ALLOWANCE -DCALGA-No free checked bags/ American Airlines 1STCHECKED BAG FEE-LGADCA-USD0.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 1STCHECKED BAG FEE-DCALGA-USD0.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-LGADCA-USD0.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-DCALGA-USD0.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You may have purchased a "Special Fare" and certain restrictions apply. Some fares are NON-REFUNDABLE. If the fare allows changes, a fee may be assessed for the change.

# Doral expenses

**David Mack** <dmack@drivetrainllc.com>

Fri 11/2/2018 9:43 AM

To: Meagan Jarecki <mjarecki@qtadvisors.com>;

Cc: Ivona Smith <ismith@drivetrainllc.com>;

*Total $123.24*

Thanks for reminding me. These are all cabs - purpose was Travel to DC to meet with Oversight Board.

David Mack
Drivetrain, LLC
Direct/Fax: 646-650-2236
Mobile: 917-415-3853
General Phone: 212-856-9700 x06

> Begin forwarded message:
>
> **From:** dmack <davidjrmack@zoho.com>
> **Subject: Fwd: Thanks for riding with Arro!**
> **Date:** November 2, 2018 at 11:41:02 AM EDT
> **To:** "David Work" <dmack@drivetrainllc.com>
>
> ============ Forwarded message ============
> From : Arro Receipt<no-reply-arro@goarro.com>
> Date : Wed, 31 Oct 2018 17:15:37 -0400
> Subject : Thanks for riding with Arro!
> ============ Forwarded message ============

## Thanks for riding with Arro!
### WEDNESDAY, OCTOBER 31, 2018

| TRIP | DISTANCE | YOU PAID |
|------|----------|----------|
| 6139 | 10 Miles | **$52.67** |



**PICKUP** - 3:59 PM
American Airlines Federal Credit Union, Flushing, NY 11371, USA

**DESTINATION** - 5:11 PM
DeKalb Avenue Subway Station, Brooklyn, NY 11217, USA

DRIVER

Arro Driver ID 5097332

VEHICLE

Taxi #5B51

**FARE BREAKDOWN**

| | |
|---|---|
| Rate 1 (10mi, 1h 12m 0s) | $45.00 |
| Tip | $6.87 |
| Taxes | $0.50 |
| Improvement Surcharge | $0.30 |

**Total Fare** — **$52.67**

CHARGED
 PERSONAL (*9978)

CONTACT SUPPORT
support@goarro.com

twitter    faceboo    instagra

TO CONTACT TLC DIAL 3-1-1

Arro, Inc.
42-32 21st St
New York, NY 11101

© 2018 Arro, Inc.

Begin forwarded message:

**From:** dmack <davidjrmack@zoho.com>
**Subject: Fwd: Your Wednesday morning trip with Uber**
**Date:** November 2, 2018 at 11:41:21 AM EDT
**To:** "David Work" <dmack@drivetrainllc.com>

============ Forwarded message ============
From : Uber Receipts<uber.us@uber.com>
To : <davidjrmack@zoho.com>
Date : Wed, 31 Oct 2018 09:52:22 -0400
Subject : Your Wednesday morning trip with Uber
============ Forwarded message ============

Total: $35.23
Wed, Oct 31, 2018

# Thanks for riding, David

We hope you enjoyed your ride this morning.

## Total                                $35.23

Trip fare                                                       $35.23

Mail - mjarecki@qtadvisors.com
Case 17-36283-hTS   Doc#:8005-1   Filed:07/15/19   Entered:07/15/19 21:01:19   Desc Page 4 of 18
Exhibit A   Page 16 of 20

Subtotal $35.23

Amount Charged

•••• 6246   Switch $35.23

Receipt ID # 270dfccc-ad7a-4114-af14-cd76fb706ba4

Download PDF
Download link expires 11/30/18

You rode with Ben

    4.96   Rating

    Top Driver Compliment
    "Late Night Hero"

How was your ride?



Issued by Drinnen on behalf of Rim Limo Inc

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

Black   3.57 mi | 13 min

09:38am

4 Aviation Cir, Arlington, VA

09:52am
401-435 11th St NW,
Washington, DC



Invite your friends and family.

Get a free ride worth up to $5 when you refer a friend to try Uber. Share code: davidm436

REPORT LOST ITEM  >    CONTACT SUPPORT  >

MY TRIPS  >

Uber Technologies
1455 Market St
San Francisco, CA 94103

Privacy

Terms

Begin forwarded message:

**From:** dmack <davidjrmack@zoho.com>
**Subject: Fwd: Your Wednesday morning trip with Uber**
**Date:** November 2, 2018 at 11:41:47 AM EDT
**To:** "David Work" <dmack@drivetrainllc.com>

```
============ Forwarded message ============
From : Uber Receipts<uber.us@uber.com>
To : <davidjrmack@zoho.com>
Date : Wed, 31 Oct 2018 06:53:56 -0400
Subject : Your Wednesday morning trip with Uber
============ Forwarded message ============
```

Total: $35.34
Wed, Oct 31, 2018

# Thanks for riding, David

We hope you enjoyed your ride this morning.

## Total                                    $35.34

Trip fare                                                   $35.34

| | |
|---|---:|
| Subtotal | $35.34 |
| Before Taxes | $31.72 |
| Sales Tax (8.875%) | $2.82 |
| NY State Black Car Fund (2.5%) | $0.80 |

Amount Charged

•••• 6246   Switch                                                                                            $35.34

Affiliated with FUNFZEHN-NY, LLC (B02879)

Dispatched by Funfzehn (B02879)

To submit a complaint to the NYC TLC, please call 311.

Download PDF
Download link expires 11/30/18

You rode with ALI

4.9   Rating

Top Driver Compliment
"Excellent Service"

How was your ride?


RATE OR TIP

License Plate: T707120C

FHV License Number: 5750191

Driver's TLC License Number: 5750998

When you ride with Uber, your trips are insured in case of a covered accident. Learn more.

UberX    10.60 mi | 22 min

06:31am
188 Bergen St, Brooklyn, NY

06:53am
Terminal B, East Elmhurst, NY



Invite your friends and family.

Get a free ride worth up to $5 when you refer a friend to try Uber. Share code: davidm436