# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION FOR FEE PERIOD

| Name | Title or Position | Department | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|
| Juan J. Casillas | Partner | Labor and Litigation | 1997 | $198,747.00 | 736.10 | $270.00 | 0 |
| Juan J. Casillas | Partner | Labor and Litigation | 1997 | $594.00 | 4.40 | $135.00 | 0 |
| Luis F. Llach | Partner | Labor and Litigation | 2004 | $28,512.00 | 105.60 | $270.00 | 0 |
| Luis L. Torres | Partner | Corporate and Taxes | 1997 | $5,670.00 | 21.00 | $270.00 | 0 |
| Miguel A. Santiago | Partner | Corporate and Taxes | 1998 | $64,354.50 | 238.35 | $270.00 | 0 |
| | | **Total Partner:** | | **$297,877.50** | **1,105.45** | | |
| Juan R. Gonzalez | Counsel | Labor and Litigation | 1985 | $5,568.00 | 23.20 | $240.00 | 0 |
| | | **Total Counsel:** | | **$5,568.00** | **23.20** | | |
| Israel Fernández | Junior Partner | Labor and Litigation | 2006 | $14,520.00 | 60.50 | $240.00 | 0 |
| Luis Ramos | Junior Partner | Labor and Litigation | 2002 | $6,768.00 | 28.20 | $240.00 | 0 |
| | | **Total Junior Partner:** | | **$21,288.00** | **$88.70** | | |
| Ericka Montull | Senior Associate | Labor and Litigation | 2011 | $13,100.00 | 65.50 | $200.00 | 0 |

| Name | Title | Department | Year | Amount | Hours | Rate | |
|---|---|---|---|---|---|---|---|
| Juan Nieves | Senior Associate | Labor and Litigation | 2012 | $46,640.00 | 233.20 | $200.00 | 0 |
| Juan Nieves | Senior Associate | Labor and Litigation | 2012 | $430.00 | 4.30 | $100.00 | 0 |
| Lorimar Barreto | Senior Associate | Labor and Litigation | 2005 | $1,160.00 | 5.80 | $200.00 | 0 |
| | | **Total Senior Associate:** | | **$61,330.00** | **308.80** | | |
| Alberto J. E. Añeses | Associate | Corporate and Taxes | 2014 | $68,357.00 | 402.10 | $170.00 | 0 |
| Cristina Fernández | Associate | Labor and Litigation | 2015 | $24,905.00 | 146.50 | $170.00 | 0 |
| Leticia Feliberty | Associate | Corporate and Taxes | 2016 | $11,390.00 | 67.00 | $170.00 | 0 |
| Leticia Feliberty | Associate | Corporate and Taxes | 2016 | $34.00 | 0.40 | $85.00 | 0 |
| Viviana Currais | Associate | Labor and Litigation | 2017 | $4,896.00 | 28.80 | $170.00 | 0 |
| | | **Total Associate:** | | **$109,582.00** | **644.80** | | |
| Paralegal Services | Paralegal | Labor and Litigation | | $2,451.00 | 25.80 | $95.00 | 0 |
| | | **Total Paraprofessional:** | | **$2,451.00** | **25.80** | | |
| | **Total:** | | | **$498,096.50** | **2,196.75** | | |
| | **Blended Rate:** | | | | | **$226.74** | |
| | **Blended Rate Excluding Paraprofessionals:** | | | | | **$228.31** | |