# EXHIBIT C-1

# BUDGET

**Period Covered:** February 1, 2019 through February 28, 2019[18]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period February 1, 2019 through February 28, 2019 |
|---|---|
| B110 Case Administration | 7.50 |
| B112 General Creditor Inquiries | 2.00 |
| B113 Pleadings Review | 50.00 |
| B120 Asset Analysis and Recovery | 2.00 |
| B130 Asset Disposition | 2.00 |
| B140 Relief from Stay / Adequate Protection Proceedings | 2.00 |
| B150 Meetings of Creditors' Committee and Communications with Creditors | 15.00 |
| B155 Court Hearings | 15.00 |
| B160 Employment / Fee Applications | 15.00 |
| B161 Budgeting (Case) | 2.00 |
| B165 Fee and Employment Applications of Other Professionals | 2.00 |
| B180 Avoidance Action Analysis | 2.00 |
| B185 Assumption / Rejection of Leases and Contracts | 2.00 |
| B190 Other Contested Matters | 175.00 |
| B191 General Litigation (including Commonwealth-COFINA litigation, mediation process, and handling of adversary proceedings) | 75.00 |
| B195 Non-Working Travel | 10.00 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 2.00 |
| B230 Financing / Cash Collections | 2.00 |
| B231 Security Document Analysis | 2.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 5.00 |
| B261 Investigations (including Renewed Rule 2004, Whitefish Contract, and PBA Structure) | 5.00 |
| B310 Claims Administration and Objections | 2.00 |
| B312 Objections to Claims | 2.00 |
| B320 Plan and Disclosure Statement | 2.00 |

---

[18] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) the Commonwealth-COFINA litigation is the only adversary proceeding that will require discovery and trial preparation; (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative, including, without limitation, because the full impact of Hurricane Maria on the Puerto Rico economy and the title III cases remains uncertain at this time.

1

| | |
|---|---:|
| B420 Restructurings | 2.00 |
| **TOTAL HOURS** | **402.50** |
| **TOTAL FEES** | **$86,940.00[19]** |

---

[19] The Total Estimated Fees are calculated based on a $216 blended hourly rate for the CST Law attorneys who are expected to work on this matter during the period from February 1, 2019 through February 28, 2019.

**Period Covered:** March 1, 2019 through March 31, 2019[20]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period March 1, 2019 through March 31, 2019 |
|---|---:|
| B110  Case Administration | 12.00 |
| B112  General Creditor Inquiries | 2.00 |
| B113  Pleadings Review | 75.00 |
| B120  Asset Analysis and Recovery | 2.00 |
| B130  Asset Disposition | 2.00 |
| B140  Relief from Stay / Adequate Protection Proceedings | 2.00 |
| B150  Meetings of Creditors' Committee and Communications with Creditors | 18.00 |
| B155  Court Hearings | 15.00 |
| B160  Employment / Fee Applications | 20.00 |
| B161  Budgeting (Case) | 2.00 |
| B165  Fee and Employment Applications of Other Professionals | 5.00 |
| B170  Fee and Employment Objections | 2.00 |
| B180  Avoidance Action Analysis | 15.00 |
| B185  Assumption / Rejection of Leases and Contracts | 2.00 |
| B190  Other Contested Matters | 120.00 |
| B191  General Litigation (including Commonwealth-COFINA litigation, mediation process, and handling of adversary proceedings) | 150.00 |
| B195  Non-Working Travel | 2.00 |
| B210  Debtors' Financial Information and Operations/Fiscal Plan | 2.00 |
| B220  Employee Benefits / Pensions | 25.00 |
| B230  Financing / Cash Collections | 2.00 |
| B231  Security Document Analysis | 2.00 |
| B260  Meetings of and Communications with Debtors/Oversight Board. | 5.00 |
| B261  Investigations (including Renewed Rule 2004, Whitefish Contract, and PBA Structure) | 10.00 |
| B310  Claims Administration and Objections | 40.00 |
| B320  Plan and Disclosure Statement | 10.00 |
| B420  Restructurings | 15.00 |
| **TOTAL HOURS** | **557.00** |
| **TOTAL FEES** | **$120,312.00**[21] |

---

[20] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) the Commonwealth-COFINA litigation is the only adversary proceeding that will require discovery and trial preparation; (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative, including, without limitation, because the full impact of Hurricane Maria on the Puerto Rico economy and the title III cases remains uncertain at this time.

[21] The Total Estimated Fees are calculated based on a $216 blended hourly rate for the CST Law attorneys who are expected to work on this matter during the period from March 1, 2019 through March 31, 2019.

3

**Period Covered:** April 1, 2019 through April 30, 2019[22]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period April 1, 2019 through April 30, 2019 |
|---|---|
| B110   Case Administration | 15.00 |
| B112   General Creditor Inquiries | 2.00 |
| B113   Pleadings Review | 55.00 |
| B120   Asset Analysis and Recovery | 2.00 |
| B130   Asset Disposition | 2.00 |
| B140   Relief from Stay / Adequate Protection Proceedings | 2.00 |
| B150   Meetings of Creditors' Committee and Communications with Creditors | 25.00 |
| B155   Court Hearings | 15.00 |
| B160   Employment / Fee Applications | 10.00 |
| B161   Budgeting (Case) | 2.00 |
| B165   Fee and Employment Applications of Other Professionals | 10.00 |
| B170   Fee and Employment Objections | 2.00 |
| B180   Avoidance Action Analysis | 10.00 |
| B185   Assumption / Rejection of Leases and Contracts | 2.00 |
| B190   Other Contested Matters | 155.00 |
| B191   General Litigation (including Commonwealth-COFINA litigation, mediation process, and handling of adversary proceedings) | 145.00 |
| B195   Non-Working Travel2 | 5.00 |
| B210   Debtors' Financial Information and Operations/Fiscal Plan | 2.00 |
| B220   Employee Benefits / Pensions | 25.00 |
| B230   Financing / Cash Collections | 2.00 |
| B231   Security Document Analysis | 2.00 |
| B260    Meetings of and Communications with Debtors/Oversight Board. | 5.00 |
| B261   Investigations (including Renewed Rule 2004, Whitefish Contract, and PBA Structure) | 15.00 |
| B310   Claims Administration and Objections | 150.00 |
| B320   Plan and Disclosure Statement | 20.00 |
| B420   Restructurings | 5.00 |
| **TOTAL HOURS** | **685.00** |
| **TOTAL FEES** | **$147,960.00[23]** |

---

[22] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) the Commonwealth-COFINA litigation is the only adversary proceeding that will require discovery and trial preparation; (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative, including, without limitation, because the full impact of Hurricane Maria on the Puerto Rico economy and the title III cases remains uncertain at this time.

[23] The Total Estimated Fees are calculated based on a $216 blended hourly rate for the CST Law attorneys who are expected to work on this matter during the period from April 1, 2019 through April 30, 2019.

4

**Period Covered:** May 1, 2019 through May 31, 2019[24]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period May 1, 2019 through May 31, 2019 |
|---|---:|
| B110 Case Administration | 40.00 |
| B112 General Creditor Inquiries | 2.00 |
| B113 Pleadings Review | 150.00 |
| B120 Asset Analysis and Recovery | 2.00 |
| B130 Asset Disposition | 2.00 |
| B140 Relief from Stay / Adequate Protection Proceedings | 2.00 |
| B150 Meetings of Creditors' Committee and Communications with Creditors | 25.00 |
| B155 Court Hearings | 15.00 |
| B160 Employment / Fee Applications | 10.00 |
| B161 Budgeting (Case) | 2.00 |
| B165 Fee and Employment Applications of Other Professionals | 10.00 |
| B170 Fee and Employment Objections | 2.00 |
| B180 Avoidance Action Analysis | 110.00 |
| B185 Assumption / Rejection of Leases and Contracts | 2.00 |
| B190 Other Contested Matters | 300.00 |
| B191 General Litigation | 320.00 |
| B195 Non-Working Travel | 5.00 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 2.00 |
| B220 Employee Benefits / Pensions | 25.00 |
| B230 Financing / Cash Collections | 2.00 |
| B231 Security Document Analysis | 2.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 5.00 |
| B261 Investigations | 15.00 |
| B310 Claims Administration and Objections | 150.00 |
| B312 Objections to Claims | 150.00 |
| B320 Plan and Disclosure Statement | 20.00 |
| B420 Restructurings | 5.00 |
| **TOTAL HOURS** | **1,375.00** |
| **TOTAL FEES** | **$297,000.00**[25] |

---

[24] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) the Commonwealth-COFINA litigation is the only adversary proceeding that will require discovery and trial preparation; (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative, including, without limitation, because the full impact of Hurricane Maria on the Puerto Rico economy and the title III cases remains uncertain at this time.

[25] The Total Estimated Fees are calculated based on a $216 blended hourly rate for the CST Law attorneys who are expected to work on this matter during the period from May 1, 2019 through May 31, 2019.

# EXHIBIT C-2

## STAFFING PLAN

**Period Covered:** February 1, 2019 through February 28, 2019[26]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period February 1, 2019 through February 28, 2019 |
|---|---|---|
| **Partner** | 3 | $270.00 |
| **Junior Partner & Counsel** | 2 | $240.00 |
| **Senior Associate** | 4 | $200.00 |
| **Associate** | 4 | $170.00 |
| **Paraprofessionals** | 1 | $95.00 |

---

[26] The proposed staffing plan set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) the Commonwealth-COFINA litigation is the only adversary proceeding that will require discovery and trial preparation; (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. Thus, this proposed staffing plan may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed staffing plan is speculative, including, without limitation, because the full impact of Hurricane Maria on the Puerto Rico economy and the title III cases remains uncertain at this time.

1

**Period Covered:** March 1, 2019 through March 31, 2019[27]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period March 1, 2019 through March 31, 2019 |
|---|---|---|
| **Partner** | 3 | $270.00 |
| **Junior Partner & Counsel** | 2 | $240.00 |
| **Senior Associate** | 4 | $200.00 |
| **Associate** | 4 | $170.00 |
| **Paraprofessionals** | 1 | $95.00 |

---

[27] The proposed staffing plan set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) the Commonwealth-COFINA litigation is the only adversary proceeding that will require discovery and trial preparation; (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. Thus, this proposed staffing plan may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed staffing plan is speculative, including, without limitation, because the full impact of Hurricane Maria on the Puerto Rico economy and the title III cases remains uncertain at this time.

**Period Covered:** April 1, 2019 through April 30, 2019[28]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period April 1, 2019 through April 30, 2019 |
|---|---|---|
| **Partner** | 3 | $270.00 |
| **Junior Partner & Counsel** | 2 | $240.00 |
| **Senior Associate** | 4 | $200.00 |
| **Associate** | 4 | $170.00 |

---

[28] The proposed staffing plan set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) the Commonwealth-COFINA litigation is the only adversary proceeding that will require discovery and trial preparation; (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. Thus, this proposed staffing plan may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed staffing plan is speculative, including, without limitation, because the full impact of Hurricane Maria on the Puerto Rico economy and the title III cases remains uncertain at this time.

**Period Covered:** May 1, 2019 through May 31, 2019[29]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period May 1, 2019 through May 31, 2019 |
|---|---|---|
| Partner | 3 | $270 |
| Junior Partner & Counsel | 2 | $240 |
| Senior Associate | 4 | $200 |
| Associate | 4 | $170 |

---

[29] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) the Commonwealth-COFINA litigation is the only adversary proceeding that will require discovery and trial preparation; (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative, including, without limitation, because the full impact of Hurricane Maria on the Puerto Rico economy and the title III cases remains uncertain at this time.

4