**EXHIBIT D-1**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET**

| Task Code and Project Category | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Feb-19 | Mar-19 | Apr-19 | May-19 | Total | Feb-19 | Mar-19 | Apr-19 | May-19 | Total |
| B110 Case Administration | 7.50 | 12.00 | 15.00 | 40.00 | 74.50 | 1.40 | 2.40 | 3.80 | 1.50 | 9.10 |
| B112 General Creditor Inquiries | 2.00 | 2.00 | 2.00 | 2.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B113 Pleadings Review | 50.00 | 75.00 | 55.00 | 150.00 | 330.00 | 52.70 | 112.30 | 140.20 | 69.80 | 375.00 |
| B120 Asset Analysis and Recovery | 2.00 | 2.00 | 2.00 | 2.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B130 Asset Disposition | 2.00 | 2.00 | 2.00 | 2.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B140 Relief from Stay / Adequate Protection Proceedings | 2.00 | 2.00 | 2.00 | 2.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B150 Meetings of Creditors' Committee and Communications with Creditors | 15.00 | 18.00 | 25.00 | 25.00 | 83.00 | 7.10 | 8.80 | 14.70 | 10.30 | 40.90 |
| B155 Court Hearings | 15.00 | 15.00 | 15.00 | 15.00 | 60.00 | 1.60 | 3.00 | 32.20 | 6.40 | 43.20 |
| B160 Employment / Fee Applications | 15.00 | 20.00 | 10.00 | 10.00 | 55.00 | 5.70 | 15.80 | 0.20 | 0.60 | 22.30 |
| B161 Budgeting (Case) | 2.00 | 2.00 | 2.00 | 2.00 | 8.00 | 1.70 | 1.00 | 0.10 | 0.00 | 2.80 |
| B165 Fee and Employment Applications of Other Professionals | 2.00 | 5.00 | 10.00 | 10.00 | 27.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B170 Fee and Employment Objections | | 2.00 | 2.00 | 2.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B180 Avoidance Action Analysis | 2.00 | 15.00 | 10.00 | 110.00 | 137.00 | 0.00 | 0.00 | 12.70 | 21.40 | 34.10 |

1

| Category | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| B185 Assumption / Rejection of Leases and Contracts | 2.00 | 2.00 | 2.00 | 2.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B190 Other Contested Matters | 175.00 | 120.00 | 155.00 | 300.00 | 750.00 | 191.10 | 142.50 | 173.45 | 86.10 | 593.15 |
| B191 General Litigation | 75.00 | 150.00 | 145.00 | 320.00 | 690.00 | 189.80 | 149.20 | 145.40 | 198.30 | 682.70 |
| B195 Non-Working Travel | 10.00 | 2.00 | 5.00 | 5.00 | 22.00 | 1.20 | 1.30 | 5.20 | 1.40 | 9.10 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 2.00 | 2.00 | 2.00 | 2.00 | 8.00 | 0.00 | 3.10 | 0.00 | 0.00 | 3.10 |
| B220 Employee Benefits / Pensions | 0.00 | 25.00 | 25.00 | 25.00 | 75.00 | 0.00 | 0.00 | 7.70 | 0.00 | 7.70 |
| B230 Financing / Cash Collections | 2.00 | 2.00 | 2.00 | 2.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B231 Security Document Analysis | 2.00 | 2.00 | 2.00 | 2.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 5.00 | 5.00 | 5.00 | 5.00 | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B261 Investigations | 5.00 | 10.00 | 15.00 | 15.00 | 45.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B310 Claims Administration and Objections | 2.00 | 40.00 | 150.00 | 150.00 | 342.00 | 0.00 | 0.00 | 95.00 | 142.20 | 237.20 |
| B312 Objections to Claims | 2.00 | 0.00 | 0.00 | 150.00 | 152.00 | 0.00 | 0.00 | 0.00 | 134.80 | 134.80 |
| B320 Plan and Disclosure Statement | 2.00 | 10.00 | 20.00 | 20.00 | 52.00 | 0.00 | 0.00 | 0.00 | 0.40 | 0.40 |
| B420 Restructurings | 2.00 | 15.00 | 5.00 | 5.00 | 27.00 | 0.00 | 0.00 | 0.00 | 1.20 | 1.20 |
| **TOTAL HOURS** | 402.50 | 557.00 | 685.00 | 1,375.00 | 3,019.50 | 452.30 | 439.40 | 630.65 | 674.40 | 2,196.75 |
| **TOTAL FEES** | $86,940.00 | $120,312.00 | $147,960.00 | $297,000.00 | $652,212.00 | $93,967.00 | $100,412.00 | $143,421.00 | $160,296.50 | $498,096.50 |

2

# FURTHER BREAKDOWN OF COMPENSATION REQUESTED BY PROJECT CATEGORY AND BY MATTER

**General (Matter ID: 396-00002)**

| Task Code and Project Category | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 5.70 | $1,104.00 |
| B113 - Pleadings Reviews | 196.50 | $48,192.00 |
| B150 - Meetings of and Communications with Creditors | 30.60 | $7,382.00 |
| B155 - Court Hearings | 37.30 | $8,093.50 |
| B160 - Fee/Employment Applications | 3.40 | $618.00 |
| B180 - Avoidance Action Analysis | 10.80 | $2,647.00 |
| B190 - Other Contested Matters | 108.20 | $23,382.00 |
| B191 - General Litigation | 100.50 | $23,860.00 |
| B195 - Non-Working Travel | 5.80 | $653.50 |
| B220 - Employee Benefits/Pensions | 1.80 | $486.00 |
| B310 - Claims Administration and Objections | 5.60 | $1,006.00 |
| B312 - Objections to Claims | 2.30 | $611.00 |
| **Total** | **508.50** | **$118,035.00** |

**COFINA Dispute Analysis (Matter ID: 396-00003)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Reviews | 19.80 | $4,366.00 |
| B150 - Meetings of and Communications with Creditors | 0.50 | $95.00 |
| B190 - Other Contested Matters | 6.60 | $1,132.00 |
| B191 - General Litigation | 0.50 | $135.00 |
| **Total** | **27.40** | **$5,728.00** |

**Communications w/ Creditors/ Website (other than Committee Members) (Matter ID: 396-00004)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B150 - Meetings of and Communications with Creditors | 1.10 | $187.00 |
| B190 - Other Contested Matters | 16.40 | $3,648.00 |
| B191 - General Litigation | 7.90 | $1,343.00 |
| **Total** | **25.40** | **$5,178.00** |

**Fiscal Plan Analysis (Matter ID: 396-00005)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B190 - Other Contested Matters | 11.60 | $2,422.00 |

1

| | | |
|---|---:|---:|
| B191 - General Litigation | 2.30 | $621.00 |
| **Total** | **13.90** | **$3,043.00** |

**PREPA (Matter ID: 396-00006)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Reviews | 22.30 | $5,615.00 |
| B150 - Meetings of and Communications with Creditors | 0.50 | $135.00 |
| B155 - Court Hearings | 1.60 | $362.00 |
| B160 - Fee/Employment Applications | 2.70 | $459.00 |
| B190 - Other Contested Matters | 14.80 | $3,489.00 |
| B191 - General Litigation | 55.10 | $13,037.00 |
| B195 - Non-Working Travel | 0.80 | $108.00 |
| B420 - Restructurings | 1.20 | $294.00 |
| **Total** | **99.00** | **$23,499.00** |

**HTA (Matter ID: 396-00007)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Reviews | 9.40 | $1,958.00 |
| B150 - Meetings of and Communications with Creditors | 0.30 | $61.00 |
| B180 - Avoidance Action Analysis | 0.60 | $162.00 |
| B190 - Other Contested Matters | 0.20 | $54.00 |
| B191 - General Litigation | 3.20 | $864.00 |
| B312 - Objections to Claims | 1.80 | $486.00 |
| **Total** | **15.50** | **$3,585.00** |

**ERS (Matter ID: 396-00008)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 0.60 | $122.00 |
| B113 - Pleadings Reviews | 39.50 | $10,030.00 |
| B150 - Meetings of and Communications with Creditors | 3.00 | $610.00 |
| B155 - Court Hearings | 2.70 | $694.00 |
| B190 - Other Contested Matters | 214.70 | $47,876.00 |
| B191 - General Litigation | 253.30 | $52,832.50 |
| B195 - Non-Working Travel | 1.80 | $202.00 |
| B220 - Employee Benefits/Pensions | 5.50 | $1,485.00 |
| B310 - Claims Administration and Objections | 2.30 | $570.00 |
| **Total** | **523.40** | **$114,421.50** |

**Other Adversary Proceedings (Matter ID: 396-00009)**

2

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Reviews | 13.20 | $3,308.00 |
| B150 - Meetings of and Communications with Creditors | 0.40 | $108.00 |
| B190 - Other Contested Matters | 42.30 | $8,346.00 |
| B191 - General Litigation | 13.50 | $2,523.00 |
| **Total** | **69.40** | **$14,285.00** |

### Mediation (Matter ID: 396-00010)

| Task Code | Hours | Amount |
|---|---:|---:|
| B190 - Other Contested Matters | 0.20 | $44.00 |
| **Total** | **0.20** | **$44.00** |

### GO Bond Debt Issues (Matter ID: 396-00011)

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Reviews | 1.60 | $432.00 |
| B150 - Meetings of and Communications with Creditors | 0.10 | $27.00 |
| B180 - Avoidance Action Analysis | 0.90 | $153.00 |
| B190 - Other Contested Matters | 21.50 | $4,175.00 |
| B191 - General Litigation | 13.10 | $2,946.00 |
| **Total** | **37.20** | **$7,733.00** |

### GDB (Matter ID: 396-00013)

| Task Code | Hours | Amount |
|---|---:|---:|
| B190 - Other Contested Matters | 2.90 | $563.00 |
| **Total** | **2.90** | **$563.00** |

### PBAPR (Matter ID: 396-00014)

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Reviews | 19.90 | $5,082.00 |
| B190 - Other Contested Matters | 48.45 | $10,507.50 |
| B191 - General Litigation | 7.30 | $1,771.00 |
| B310 - Claims Administration and Objections | 1.20 | $324.00 |
| **Total** | **76.85** | **$17,684.50** |

### Fee Application (Matter ID: 396-00015)

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 2.00 | $430.00 |
| B150 - Meetings of and Communications with Creditors | 0.10 | $17.00 |
| B160 - Fee/Employment Applications | 16.20 | $2,774.00 |

| | | |
|---|---:|---:|
| B161 - Budgeting (Case) | 2.80 | $586.00 |
| B190 - Other Contested Matters | 0.10 | $17.00 |
| B191 - General Litigation | 0.80 | $216.00 |
| **Total** | **22.00** | **$4,040.00** |

**Commonwealth Claims Review (Matter ID: 396-00017)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 0.60 | $132.00 |
| B113 - Pleadings Reviews | 8.50 | $2,295.00 |
| B150 - Meetings of and Communications with Creditors | 0.90 | $243.00 |
| B155 - Court Hearings | 0.20 | $19.00 |
| B180 - Avoidance Action Analysis | 6.30 | $1,260.00 |
| B190 - Other Contested Matters | 59.00 | $12,185.00 |
| B191 - General Litigation | 82.80 | $20,181.00 |
| B210 - Debtors' Financial Info & Operations/ Fiscal Plan | 3.10 | $571.00 |
| B310 - Claims Administration and Objections | 157.00 | $37,858.00 |
| B312 - Objections to Claims | 125.30 | $26,552.00 |
| B320 - Plan and Disclosure Statement (Including Business | 0.40 | $108.00 |
| **Total** | **444.10** | **$101,404.00** |

**Avoidance Actions (Matter ID: 396-00018)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 0.20 | $19.00 |
| B113 - Pleadings Reviews | 44.30 | $11,881.00 |
| B150 - Meetings of and Communications with Creditors | 3.40 | $698.00 |
| B155 - Court Hearings | 1.40 | $378.00 |
| B180 - Avoidance Action Analysis | 15.50 | $3,651.00 |
| B190 - Other Contested Matters | 46.20 | $10,283.00 |
| B191 - General Litigation | 142.40 | $34,791.00 |
| B195 - Non-Working Travel | 0.70 | $94.50 |
| B220 - Employee Benefits/Pensions | 0.40 | $108.00 |
| B310 - Claims Administration and Objections | 71.10 | $15,492.00 |
| B312 - Objections to Claims | 5.40 | $1,458.00 |
| **Total** | **331.00** | **$78,853.50** |

4

# EXHIBIT D-2

## SUMMARY OF EXPENSES BY CATEGORY

| Category | Amount |
|---|---:|
| Certified Copies | $35.34 |
| Certified Translation | $9,784.47 |
| Conference Call (Multi-party calls) | $9.15 |
| Courier Expense - FedEx | $897.83 |
| Delivery Expense | $105.00 |
| Internal Revenue Stamps | $134.80 |
| Outside Photocopying and Binding | $1,999.08 |
| Photocopies | $1,588.60 |
| Postage Expense | $608.65 |
| Recording of Hearing | $48.00 |
| Research Fee | $90.00 |
| Service of Subpoena | $0.00 |
| Transcription of Hearings | $1,018.40 |
| **Total** | **$16,319.32** |