# EXHIBIT E

# BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED BY DEBTOR

### February 2019 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $27,899.00 | $25,109.10 | $4,214.02 | $29,323.12 |
| PREPA | $1,206.00 | $1,085.40 | $0.00 | $1,085.40 |
| HTA | $0.00 | $0.00 | $0.00 | $0.00 |
| ERS | $64,862.00 | $58,375.80 | $118.00 | $58,493.80 |
| **Total** | **$93,967.00** | **$84,570.30** | **$4,332.02** | **$88,902.32** |

### March 2019 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $61,123.50 | $55,011.15 | $9,174.45 | $64,185.60 |
| PREPA | $3,831.00 | $3,447.90 | $1.40 | $3,449.30 |
| HTA | $1,668.00 | $1,501.20 | $44.80 | $1,546.00 |
| ERS | $33,789.50 | $30,410.55 | $749.85 | $31,160.40 |
| **Total** | **$100,412.00** | **$90,370.80** | **$9,970.50** | **$100,341.30** |

1

**April 2019 Fee Statement**

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $131,036.00 | $117,932.40 | $940.76 | $118,873.16 |
| PREPA | $2,313.00 | $2,081.70 | $0.00 | $2,081.70 |
| HTA | $324.00 | $291.60 | $0.70 | $292.30 |
| ERS | $9,748.00 | $8,773.20 | $104.85 | $8,878.05 |
| **Total** | **$143,421.00** | **$129,078.90** | **$1,046.31** | **$130,125.21** |

**May 2019 Fee Statement**

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $136,532.50 | $122,879.25 | $849.89 | $123,729.14 |
| PREPA | $16,149.00 | $14,534.10 | $5.40 | $14,539.50 |
| HTA | $1,593.00 | $1,433.70 | $0.00 | $1,433.70 |
| ERS | $6,022.00 | $5,419.80 | $115.20 | $5,535.00 |
| **Total** | **$160,296.50** | **$144,266.85** | **$970.49** | **$145,237.34** |