# EXHIBIT F

# LIST OF PROFESSIONALS BY MATTER

| Matter Number | Matter Name | Timekeeper Name | Initials | Position |
|---|---|---|---|---|
| 396-00002 | General | Juan J. Casillas | JJC | Partner |
| | | Luis Llach | LLL | Partner |
| | | Luis L. Torres | LLTM | Partner |
| | | Miguel A. Santiago | MAS | Partner |
| | | Juan M. Gonzalez | JGM | Counsel |
| | | Israel Fernandez | IF | Junior Partner |
| | | Ericka Montull | EM | Senior Associate |
| | | Juan Nieves | JN | Senior Associate |
| | | Alberto J. E. Añeses | AAN | Associate |
| | | Cristina Fernandez | CF | Associate |
| | | Leticia Feliberty | LF | Associate |
| | | Viviana Currais | VC | Associate |
| | | Paralegal Services | PL | Paralegal |
| 396-00003 | COFINA Dispute (Analysis / Litigation) | Juan J. Casillas | JJC | Partner |
| | | Alberto J. E. Añeses | AAN | Associate |
| | | Cristina Fernandez | CF | Associate |
| 396-00005 | Plan Fiscal Analysis | Miguel A. Santiago | MAS | Partner |
| | | Alberto J. E. Añeses | AAN | Associate |
| | | Viviana Currais | VC | Associate |
| | | Juan J. Casillas | JJC | Partner |
| | | Alberto J. E. Añeses | AAN | Associate |
| 396-00006 | PREPA | Juan J. Casillas | JJC | Partner |
| | | Luis Llach | LLL | Partner |
| | | Luis L. Torres | LLTM | Partner |
| | | Juan M. Gonzalez | JGM | Counsel |
| | | Israel Fernandez | IF | Junior Partner |
| | | Juan Nieves | JN | Senior Associate |
| | | Alberto J. E. Añeses | AAN | Associate |
| | | Cristina Fernandez | CF | Associate |
| | | Leticia Feliberty | LF | Associate |
| | | Paralegal Services | PL | Paralegal |
| 396-00007 | HTA | Juan J. Casillas | JJC | Partner |
| | | Alberto J. E. Añeses | AAN | Associate |
| | | Cristina Fernandez | CF | Associate |
| 396-00008 | ERS | Juan J. Casillas | JJC | Partner |
| | | Luis L. Torres | LLTM | Partner |
| | | Miguel A. Santiago | MAS | Partner |
| | | Juan M. Gonzalez | JGM | Counsel |
| | | Israel Fernandez | IF | Junior Partner |
| | | Ericka Montull | EM | Senior Associate |

| | | | | |
|---|---|---|---|---|
| | | Juan Nieves | JN | Senior Associate |
| | | Alberto J. E. Añeses | AAN | Associate |
| | | Cristina Fernandez | CF | Associate |
| | | Leticia Feliberty | LF | Associate |
| | | Viviana Currais | VC | Associate |
| | | Paralegal Services | PL | Paralegal |
| 396-00009 | Other Adversary Proceedings | Juan J. Casillas | JJC | Partner |
| | | Juan M. Gonzalez | JGM | Counsel |
| | | Israel Fernandez | IF | Junior Partner |
| | | Ericka Montull | EM | Senior Associate |
| | | Juan Nieves | JN | Senior Associate |
| | | Alberto J. E. Añeses | AAN | Associate |
| | | Cristina Fernandez | CF | Associate |
| | | Paralegal Services | PL | Paralegal |
| 396-00010 | Mediation | Juan J. Casillas | JJC | Partner |
| | | Alberto J. E. Añeses | AAN | Associate |
| 396-00011 | GO Bond Debt Issues | Juan J. Casillas | JJC | Partner |
| | | Miguel A. Santiago | MAS | Partner |
| | | Israel Fernandez | IF | Junior Partner |
| | | Alberto J. E. Añeses | AAN | Associate |
| | | Cristina Fernandez | CF | Associate |
| | | Viviana Currais | VC | Associate |
| | | Paralegal Services | PL | Paralegal |
| 396-00013 | GDB | Israel Fernandez | IF | Junior Partner |
| | | Alberto J. E. Añeses | AAN | Associate |
| 396-00014 | PBAPR | Juan J. Casillas | JJC | Partner |
| | | Miguel A. Santiago | MAS | Partner |
| | | Ericka Montull | EM | Senior Associate |
| | | Juan Nieves | JN | Senior Associate |
| | | Alberto J. E. Añeses | AAN | Associate |
| | | Cristina Fernandez | CF | Associate |
| 396-00015 | Fee Application | Juan J. Casillas | JJC | Partner |
| | | Alberto J. E. Añeses | AAN | Associate |
| | | Paralegal Services | PL | Paralegal |
| 396-00017 | Commonwealth Claims Review | Juan J. Casillas | JJC | Partner |
| | | Luis Llach | LLL | Partner |
| | | Miguel A. Santiago | MAS | Partner |
| | | Juan M. Gonzalez | JGM | Counsel |
| | | Israel Fernandez | IF | Junior Partner |
| | | Luis Ramos | LRC | Junior Partner |
| | | Ericka Montull | EM | Senior Associate |
| | | Juan Nieves | JN | Senior Associate |
| | | Lorimar Barreto | LB | Senior Associate |
| | | Alberto J. E. Añeses | AAN | Associate |
| | | Cristina Fernandez | CF | Associate |

|  |  | Leticia Feliberty | LF | Associate |
|---|---|---|---|---|
|  |  | Viviana Currais | VC | Associate |
|  |  | Paralegal Services | PL | Paralegal |
| 396-00018 | Avoidance Actions | Juan J. Casillas | JJC | Partner |
|  |  | Luis Llach | LLL | Partner |
|  |  | Luis L. Torres | LLTM | Partner |
|  |  | Miguel A. Santiago | MAS | Partner |
|  |  | Israel Fernandez | IF | Junior Partner |
|  |  | Juan Nieves | JN | Senior Associate |
|  |  | Alberto J. E. Añeses | AAN | Associate |
|  |  | Cristina Fernandez | CF | Associate |
|  |  | Viviana Currais | VC | Associate |
|  |  | Paralegal Services | PL | Paralegal |