EMARTINO
PO BOX 32441
Palm Beach Gardens, Fl
33420-2441
TEL 787 232 3467

RECEIVED
2019 JUL 15 PM 4: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

July 9, 2019

Re: case:17-03283- LTS
DOC# 7286-4

CLERKS OFFICE
UNITED STATES DISTRICT COURT
#150 CHARDON AVE
FEDERAL BUILDING
SAN JUA, P.R., 00918

Dear Sir:

I am enclosing a copy of cash flow for year 2012, which shows that the account number REDACTED 3291 and that it was under the name Brenda Brown as trustee for E Martino educational Fund for Women. I sent a claim form May 29, 2018, in my name only (Evelyn Martino) to you. My account today with UBS has the following Number REDACTED 16 04..

I am now in Florida and all correspondence should be at the above address. As a result I just received this notification today, and called your 844 822 9231, but was told I could not e-Mail you, so the best I could do was mail. They told me a master claim was made but were unable to tell me by whom or when?.

I am 86 years old and this was my only resource. Thank you for your time.

Cordially,

*Evelyn Martino Gonzalez* (signature)

Evelyn Martino Gonzalez