## UBS

Prepared for Evelyn Martino Educational
3291 • Brenda Brown as Trustee for E Martino Educ Trustfu • PTA-Self TTEE/UBS Desig Succ
Risk profile: Moderate
Return objective: Current Income and Capital Appreciation

### Expected cash flow - as of January 1, 2012 (continued)

**Tax-exempt**
**Tax-exempt U.S. income**
**Dividends**

| | Quantity | 2012 January | February | March | April | May | June | July | August | September | October | November | December | Total ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/27/97 PUERTO RICO INVESTORS TAX FREE FD IV (10) | 961.00 | 51.65 Jan 11 | 51.65 Feb 11 | 51.65 Mar 11 | 51.65 Apr 11 | 51.65 May 11 | 51.65 Jun 11 | 51.65 Jul 11 | 51.65 Aug 11 | 51.65 Sep 11 | 51.65 Oct 11 | 51.65 Nov 11 | 51.65 Dec 11 | 619.84 |
| 7/6/03 TAX FREE PUERTO RICO FUND II INC  25,000 (25) | 2,238.00 | 131.48 Jan 11 | 131.48 Feb 11 | 131.48 Mar 11 | 131.48 Apr 11 | 131.48 May 11 | 131.48 Jun 11 | 131.48 Jul 11 | 131.48 Aug 11 | 131.48 Sep 11 | 131.48 Oct 11 | 131.48 Nov 11 | 131.48 Dec 11 | 1,577.79 |
| **Total Dividends** | | 183 | 183 | 183 | 183 | 183 | 183 | 183 | 183 | 183 | 183 | 183 | 183 | 2,198 |

**Interest payments**

| | Quantity | 2012 January | February | March | April | May | June | July | August | September | October | November | December | Total ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/20/11 PR SALES TAX FING CORP SR D RV BE/R/ 5.750 080142 DTD 063010 | 25,000.00 | | 359.38 Feb 1 | | | 359.38 May 1 | | | 359.38 Aug 1 | | | 359.38 Nov 1 | | 1,437.50 |
| PUERTO RICO INDL MED EDL RV LOC ✓ SCOTI/R/ 7.200 120117 DTD 110192 | 100,000.00 | 600.00 Jan 1 | 600.00 Feb 1 | 600.00 Mar 1 | 600.00 Apr 1 | 600.00 May 1 | 600.00 Jun 1 | 600.00 Jul 1 | 600.00 Aug 1 | 600.00 Sep 1 | 600.00 Oct 1 | 600.00 Nov 1 | 600.00 Dec 1 | 7,200.00 |
| 12/20/11 PUERTO RICO PUB FIN CORP 2003B RV BE/R/ 5.050 080118 DTD 071003 (25) | 25,000.00 | 105.21 Jan 1 | 105.21 Feb 1 | 105.21 Mar 1 | 105.21 Apr 1 | 105.21 May 1 | 105.21 Jun 1 | 105.21 Jul 1 | 105.21 Aug 1 | 105.21 Sep 1 | 105.21 Oct 1 | 105.21 Nov 1 | 105.21 Dec 1 | 1,262.50 |
| **Total Interest payments** | | 705 | 1,065 | 705 | 705 | 1,065 | 705 | 705 | 1,065 | 705 | 705 | 1,065 | 705 | 9,900 |

| | 2012 January | February | March | April | May | June | July | August | September | October | November | December | Total ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Portfolio** | 3,511 | 3,870 | 3,511 | 3,511 | 3,870 | 3,511 | 3,511 | 3,870 | 3,511 | 3,511 | 3,870 | 3,511 | 43,568 |

*Handwritten annotations:*
382.81 / 3894.81
382.81 / 3894.81
382.81 / 3894.81
382.81 / 3894.81

5/29/2018

Cures: Prome Clerk Com / PR
Claims - Sale Martin Claim Filter -

3894.81 × 4 = 15,5
3870 × 4 = 15,48
3511 × 4 = 14,0
45,1

Submit a claim under info center bar date notice

*Report created on: December 27, 2011*

Page 3 of 4