The Martino Family
PO Box 32441
Palm Beach Gardens, FL 33420

WEST PALM BCH FL 334

30 JUL 2019 PM 4 L

USA FOREVER

RECEIVED
2019 JUL 15 PM 4:40
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN

Clerks Office
United States District Court
#150 Chardon Ave
Federal Building
San Juan, P.R. 00918