**GIERBOLINI & CARROLL LAW OFFICES, P.S.C.**
**Miguel E. Gierbolini, Esq.**
**Courtney R. Carroll, Esq.**

<u>Statement of Account</u>
<u>Representation of The Financial Oversight and Management Board for Puerto Rico ("FOMB")</u>
<u>In re: The Financial Oversight and Management Board for Puerto Rico,</u> PROMESA Title III No. 17-BK3283-LTS
<u>In re: The Financial Oversight and Management Board for Puerto Rico v. Hon. Thomas Rivera-Schatz (official capacity as a representative of Senate of Puerto Rico),</u>
Adversary No. 19-00014

February 2019

| DATE | ACTION | TASK CODE | TIME | LAWYER |
|---|---|---|---|---|
| 02/13/19 | Analyze and review draft adversary complaint. Analyze comments from Proskauer to draft complaint. (2.0) Further review of the proposed Complaint after second review at Proskauer. (1.0) | 209 | 3 | MEG |
| 02/13/19 | Analyze and review draft adversary complaint and exhibits to complaint. | 209 | 1.5 | CRC |
| 02/13/19 | Review exhibits and other supporting documents. (1.8) | 209 | 1.8 | MEG |
| 02/13/19 | Analyze PROMESA statute regarding specific powers of the Oversight Board seek information and extent of such powers. | 209 | 2 | MEG |
| 02/13/19 | Review email from S. Negron at FOMB re: timing of filing of adversary complaint. Respond to Mathew Morris of Proskauer ("MM") re: timing of filing complaint. (0.4) T.Conf with MM re: issues related to filing of Adversarial Complaint.(0.3) T.Conf with H. Bauer counsel at O'Neill & Borges ("HDB") to discuss details of filing complaint. (0.3) T.Conf with Carla García ("CGB") and HDB re: strategic issues related to complaint. (0.4) T.Conf with HDB re: filing of Complaint including timing of same early next day. (0.3) | 209 | 1.7 | MEG |
| 02/13/19 | Analyze email communications from FOMB and Proskauer teams re: filing of adversary complaint. | 209 | .4 | CRC |
| 02/13/19 | Review email with FOMB staff related to press release. Review draft press release in Spanish and English (0.8) Draft email re: suggested comments to draft press release to comport with filing of Adversary Complaint. (0.6) | 209 | 1.4 | MEG |
| 02/13/19 | Finalize review of adversary complaint in preparation for filing. | 209 | .5 | MEG |
| 02/14/19 | Further review of PROMESA as it relates to complaint being filed and power to request information to any government instrumentality. | 209 | 2 | MEG |

1

| DATE | ACTION | TASK CODE | TIME | LAWYER |
|---|---|---|---|---|
| 02/14/19 | Prepare complaint for filing electronically. (1.5) File complaint. (1.0) | 209 | 2.5 | MEG |
| 02/14/19 | Prepare email to FOMB team re: filing. (0.2) Respond to email from MM re: filing. (0.3) | 209 | .5 | MEG |
| 02/14/19 | Review final adversary complaint. | 209 | .3 | CRC |
| 02/14/19 | Review email from MM related to service of defendant Rivera-Schatz. (0.2) Draft e-mail to Primeclerk regarding service of adversarial complaint on other parties. (0.3). Review standing rules re: providing documents to judge and magistrate and draft email to Judge Swain and Magistrate Dein with complaint. (0.7). Respond to email from J. Berman from Prime related to servicing defendant Rivera Schatz. (0.3) | 209 | 1.5 | MEG |
| 02/14/19 | Analyze email from MM re: service of process of defendant. (.2) Analyze email re: specific procedures for filing and servicing actions in Promesa litigation, FOMB service agent, courtesy copies. (.3) | 209 | .5 | CRC |
| 02/14/19 | Analyze email from CGB re: chronology of events leading to complaint. (0.4) Analyze email from J. El Koury of FOMB ("JEK") re: conference call on strategic issues. (0.2) Read email from Guy Brenner of Proskauer ("GB"). (0.4) | 209 | 1 | MEG |
| 02/14/19 | Analyze emails from MEG to servicing agent re: service of process, emails to judge and magistrate re: courtesy copies. | 209 | .4 | CRC |
| 02/15/19 | T.Conf with Proskauer and O'Neill teams, JEK from FOMB to discuss current status regarding filing of complaint in adversary proceeding against Senate with regards to compliance with FOMB access to documents and financial information, service of process on defendant, possible schedule going forward, possible fast track before court, other strategic issues. | 209 | .6 | CRC |
| 02/15/19 | T.Conf with Proskauer and O'Neill teams, JEK from FOMB to discuss current status regarding filing of complaint in adversary proceeding against Senate with regards to compliance with FOMB access to documents and financial information, service of process on defendant, possible schedule going forward, possible fast track before court, other strategic issues. | 209 | .6 | MEG |
| 02/15/19 | Analyze earlier pleadings re: budget deal, where court granted request and established fast tract timing for resolution of legal issues, to determine whether such an argument may be applicable with issues raised in adversary complaint. | 209 | 1.0 | MEG |

| DATE | ACTION | TASK CODE | TIME | LAWYER |
|---|---|---|---|---|
| 02/15/19 | Review rules to service officer of instrumentality and whether the head of a legislative body in Puerto Rico is represented by the Justice Department. (1.0) Research notification requirement to Justice Department under Puerto Rico civil procedure rules (1.0) | 209 | 2.0 | MEG |
| 02/15/19 | Draft Notice of Appearance in adversary proceeding. | 209 | .7 | CRC |
| 02/15/19 | Analyze email from HDB re: expedited consideration in PROMESA and statutory provision (.3); emails form HDB and CGB re: strategic issues related to servicing defendant (.2). | 209 | .5 | CRC |
| 02/15/19 | Analyze various email communications from Carla Garcia Benitez ("CGB") and Hermann D. Bauer ("HDB") re: service of process on defendant and possible legal representation of defendant for communication regarding waiver of service of process. | 209 | .3 | CRC |
| 02/15/19 | Analyze email from GB re: next steps on serving defendant. | 209 | .2 | CRC |
| 02/16/19 | Research PR law re: legal representation of an employee or representative of the Legislative branch by the Department of Justice of Puerto Rico, the process for approving private legal representation. | 209 | 1.1 | CRC |
| 02/17/19 | Analyze email from GB re: servicing Defendant Rivera Schatz and respond. (0.3) Contact Process Server re: service of process on defendant (0.3); further discuss alternatives as to servicing defendant Rivera Schatz (0.6). | 209 | 1.2 | MEG |
| 02/17/19 | Review Rules of the Senate and general Commonwealth civil procedure rules related to suing officers of the Government. | 209 | 1 | MEG |
| 02/17/19 | Analyze email from GB re: serving defendant, and response from MEG. | 209 | .3 | MEG |
| 02/18/19 | T.Conf. with process server Braham Santiago re: servicing defendant. | 209 | .8 | MEG |
| 02/19/19 | Review email from GB re: communications with counsel for Senate in prior proceedings, attorney Aldarondo. (0.2) Analyze court records related to prior case where attorney Aldarondo was involved in representation of defendant Rivera Schatz (0.8). Respond to GB (0.4) Tel. conf with Aldarondo's office (0.2) | 209 | 1.6 | MEG |
| 02/19/19 | Review email from GB re: communications with defense counsel, response from MEG. | 209 | .3 | MEG |
| 02/19/19 | Review Notice of Appearance for GB and K. Perra and file same *pro hac vice* (0.8) | 209 | .8 | MEG |

3

| DATE | ACTION | TASK CODE | TIME | LAWYER |
|---|---|---|---|---|
| 02/19/19 | Email GB re: status of communications with Aldarondo. | 209 | .5 | MEG |
| 02/19/19 | Draft email to CGB re: questions of whether O&B has already done legal research in order to avoid duplication of efforts. | 209 | .5 | CRC |
| 02/20/19 | Meet process server to discuss servicing of Senate president and ascertain proper servicing. (0.7) Review executed summons. (0.3) | 209 | 1 | MEG |
| 02/20/19 | Tel conf with Clerk of the Court, C. Tacoronte re: signature of summons. (0.3) Analyze rules related to executed summons. (0.5). Analyze Puerto Rico Rules of Civil Procedure re: service of process and necessity to notify Secretary of Justice. (0.5) Prepare notification for Secretary of Justice as per Rule 4g. (0.8) Conference with Process servicer re: notification to Secretary of Justice (.5) | 209 | 2.6 | MEG |
| 02/20/19 | Respond to email from JEK re: service of Defendant and next steps, and review response (0.4). Analyze email from GB re: expedited process in response to query from JEK. (0.2) | 209 | .6 | MEG |
| 02/20/19 | Analyze email from GB re: email from defendant's counsel providing information sought in complaint. (0.2) Analyze documents forwarded by defense counsel Aldarondo. (0.8) Read email from JEK re: review of Duff and Phelps of information provided by defense counsel. (0.2) | 209 | 1.2 | MEG |
| 02/20/19 | Analyze email forwarded by CGB from Jose Notario Toll ("JNT") re: applicability of provision in PR law authorizing private legal representation of employees of the legislative branch and role of the Secretary of Justice. (.8) Draft follow-up email to CBG re: additional issue under PR Rules of Civil Procedure and analyze response. (.5) Analyze next steps re: service of process of adversarial complaint. (.3) | 209 | 1.6 | CRC |
| 02/20/19 | Analyze email communications from JEK, MEG, GB re: status of service of process, next steps. (.3) Analyze letter from defense counsel and attached exhibits responding to requests for information contained in the adversary complaint. (1.1) | 209 | 1.4 | CRC |

4

| DATE | ACTION | TASK CODE | TIME | LAWYER |
|---|---|---|---|---|
| 02/21/19 | Further analyze documents presented by counsel for Senate President to assess whether the same comply with FOMB request for documentation and information contained in adversary complaint. (0.7) Analyze email from FOMB re: documents submitted by defendants. (0.3) Analyze further email from J. Feldman re: Duff and Phelps' analysis of documents submitted vis a vis request. (0.2) Read email from JEK re: access to Senate bank accounts and related issues. (0.3) | 209 | 1.5 | MEG |
| 02/21/19 | Analyze communications re: analysis of information provided by defense counsel, impact on litigation, strategy and next steps. | 209 | .5 | CRC |
| 02/26/19 | Review draft letter from GB re: response from defense counsel re: compliance with document request. (0.8). Review comments from SN and P. Pierluisi of O'Neill & Borges. (0.2) Review edited version of letter to defense counsel by E. Trigo. (0.4) | 209 | 1.4 | MEG |
| 02/26/19 | Analyze draft letter from GB responding to communication from defense counsel (.5); comments from others on team, FOMB, O&B, Proskauer (.5); provide comments from G&C to draft letter (2). | 209 | 1.2 | CRC |
| 02/27/19 | Review email from JEK related to follow up transmittal of letter. (0.2) Review final version of GB letter to defense counsel to establish Board's position related to the Senate's offering. (0.4) | 209 | .6 | MEG |
| 02/27/19 | Analyze final letter from GB to defense counsel, email communications from team, JEK, GB. | 209 | .5 | CRC |
| TOTAL HOURS | February 2019 | | 49.1 | |

**FEES**

| Initials | Name | Position | Total time | Rate per hour | Total amount |
|---|---|---|---|---|---|
| CRC | Courtney R. Carroll | partner | 12.2 | 240 | $2928 |
| MEG | Miguel E. Gierbolini | partner | 36.9 | 240 | $8856 |
| **Subtotal** | | | 49.1 | | **$11784.00** |

**EXPENSES**

| Type | Item | To whom | Date | Quantity | Total amount |
|---|---|---|---|---|---|
| Expenses | Filing fee, Adversary Proceeding 19-00014 | US Bankruptcy Court | 02/15/19 | 1 | $400.00 |
| Expenses | Personal service on defendant and Department of Justice | Braham Santiago | 02/27/19 | 2 x $60.00 | $120.00 |
| **Subtotal** | | | | | **$520.00** |

5