UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

                     Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

---------------------------------------------------------------X

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

                     Plaintiff,

     v.

HON. THOMAS RIVERA-SCHATZ (in his official capacity and as a representative of the SENATE OF PUERTO RICO),

                     Defendant.

Adversary No: 19-00014

---------------------------------------------------------------X

**COVER SHEET TO THIRD AND FINAL MONTHLY FEE APPLICATION OF GIERBOLINI & CARROLL LAW OFFICES PSC ("G&C") FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

1

**MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, THE COMMONWEALTH OF PUERTO RICO IN ADVERSARIAL PROCEEDING 19-00014 FOR THE PERIOD OF APRIL 30, 2019**

| | |
|---|---|
| Name of applicant | Gierbolini & Carroll Law Offices PSC ("G&C") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | April 1, 2019 through April 30, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $3,456.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $3,456.00 |

This is a: __ monthly ___ interim  X   final application

This is G&C's third and final monthly fee application in this case.

1

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for April 2019.

/s/
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

1

On May 13, 2019 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:   Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

1

| | Commonwealth of Puerto Rico, Adversary Proceeding 19-00014 | | | | |
|---|---|---|---|---|---|
| | SUMMARY OF LEGAL FEES FOR PERIOD APRIL 1, 2019 THROUGH APRIL 30, 2019 | | | | |
| Professional | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
| Miguel E. Gierbolini | Partner | Litigation | $240.00 | 6.9 | $1656.00 |
| Courtney R. Carroll | Partner | Litigation | $240.00 | 7.5 | $1800.00 |
| | | | | | |
| **Summary of Legal Fees** | | | | | **$3456.00** |

| Type | Item | To whom | Amount | Number of items | Total fee |
|---|---|---|---|---|---|
| Expense | n/a | -- | $0.00 | 0 | $0.00 |
| | | | | | |
| **Summary** | **Disbursements** | | | | **$0.00** |

| | Commonwealth of Puerto Rico, Adversary Proceeding 19-00014 | | |
|---|---|---|---|
| | SUMMARY OF LEGAL FEES FOR PERIOD APRIL 1, 2019 THROUGH APRIL 30, 2019 | | |
| | | | |
| TASK CODE | MATTER DESCRIPTION | TOTAL HOURS BILLED | TOTAL FEES REQUESTED |
| 209 | Adversary Proceeding | 14.4 | $3456.00 |
| | | | |
| | **TOTAL** | **14.4** | **$3456.00** |

G&C requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $3,110.40 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00 in the total amount of $3,110.40.

1

## **Professional Certification**

   I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Gierbolini & Carroll Law Offices PSC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

                s/Miguel E. Gierbolini
                Miguel E. Gierbolini
                Gierbolini & Carroll Law Offices, PSC
                250 Calle Fortaleza, Suite 401
                San Juan, PR 00901
                Tel: (787) 620-0685
                Fax: (787) 620-0687

1

# **Exhibit A**

1

**GIERBOLINI & CARROLL LAW OFFICES, P.S.C.**
**Miguel E. Gierbolini, Esq.**
**Courtney R. Carroll, Esq.**

Statement of Account
Representation of The Financial Oversight and Management Board for Puerto Rico
("FOMB") Senate complaint litigation,
In re: The Financial Oversight and Management Board for Puerto Rico,
PROMESA Title III No. 17-BK3283-LTS
In re: The Financial Oversight and Management Board for Puerto Rico
v. Hon. Thomas Rivera-Schatz
(official capacity as a representative of Senate of Puerto Rico),
Adversary No. 19-00014

April 2019 – FINAL

| DATE | ACTION | TIME | LAWYER |
|---|---|---|---|
| 04/01/19 | Analyze and review motion for extension of time to file answer to complaint filed by counsel for Senate President. | .3 | CRC |
| 04/02/19 | Analyze order from court granting Senate's motion for an extension of time. | .2 | CRC |
| 04/03/19 | Review email from Guy Brenner of Proskauer ("GB") re: updated conversation with counsel for Defendant. (0.3) Review emails with counsel for Rivera Schatz and language of proposed stipulation. (0.7) Prepare for and participate in conference call with J Roche ("JR") and GB. (0.5) Plan strategy re: next steps if stipulation is not finalized before deadline to answer Complaint. (0.7) Review email from Defendant's attorney related to objections to proposed stipulation. (0.3) | 2.5 | MEG |
| 04/03/19 | Prepare for and participate in conference call with Proskauer team in preparation for conference call with counsel for Senate to discuss proposed stipulation. (0.5) Analyze email from counsel for Senate re: cancellation of conference call and next steps related to the answer of the complaint. (0.6) Analyze red-lined version of stipulation with edits provided by counsel for Senate. (0.5) Analyze emails from Proskauer to Promesa team re: position of Senate to proposed stipulation, and response from JEK re: position on stipulation; email from P. Pierliusi (0.9) | 2.5 | CRC |
| 04/04/19 | Conf. with CRC re: alternative responses in light of Defendant's posture. (0.4) Review outline for suggested course of action re: preemptive dismissal without prejudice. (0.5) Review email response from GB. (0.2) Prepare for conference call to discuss issue of preemptive dismissal. (0.8) Conf call with J. El Khoury, GB, E. Zayas, M. Reiker to discuss strategy to pursue in light of filing deadline and disagreement over stipulation. (0.5) Review proposed stipulation, email from Defendant's counsel and response from JR. Analyze agreed stipulation. (1.0) | 3.4 | MEG |

1

| DATE | ACTION | TIME | LAWYER |
|---|---|---|---|
| 04/04/19 | Research bankruptcy rules re: voluntary dismissal prior to defendants' answer to complaint. (0.3) Conf. with MEG re: alternative responses in light of lack of final stipulation and Defendant's posture. (0.4) Draft email to JR and GB re: possible course of action in light of counsel for Senate's cancellation of conference call to discuss proposed stipulation and instead answer complaint, analyze response from GB. (1.0) Analyze email from GB to team re: current status of negotiation of proposed stipulation and next steps (0.3) Analyze email forwarded by GB from Senate counsel re: one point in proposed stipulation. (0.3) Prepare for and participate in conference call with J. El Khoury, GB, E. Zayas, M. Reiker re: strategic options for responding to lack of final stipulation. (0.5) Analyze email from GB re: letter from Senate. (0.3) Analyze email from Senate counsel agreeing to proposed stipulation points and requesting circulation of clean version. (0.2) Analyze final version of stipulation circulated by JR. (0.2). File stipulation. (0.4) | 3.9 | CRC |
| 04/05/19 | Conference with Joshua Esses re notification to Judges chambers and notification to New York Counsel. (0.3) Review email from Joshua and reply. (0.5) | 0.8 | MEG |
| 04/08/19 | Review order closing case and clerk's notice. (0.2) | 0.2 | MEG |
| 04/08/19 | Email stipulation in word to judge's chambers. (0.4) Analyze order granting proposed stipulation and order closing case. (0.2) | 0.6 | CRC |
|  |  | 14.4 |  |

**FEES**

| Initials | Name | Position | Total time | Rate per hour | Total amount |
|---|---|---|---|---|---|
| CRC | Courtney R. Carroll | partner | 7.5 | $240.00 | $1800.00 |
| MEG | Miguel E. Gierbolini | partner | 6.9 | $240.00 | $1656.00 |
| **Subtotal** |  |  | 14.4 |  | **$3456.00** |