IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------------x
In re:                                                              PROMESA
                                                                    Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of
                                                                    No. 17 BK 3283-LTS
THE COMMONWEALTH OF PUERTO RICO, et al.,                            (Jointly Administered)

                    Debtors.¹
-------------------------------------------------------------------x
```

**ORDER GRANTING JOINT URGENT MOTION AND DEFERRING CONSIDERATION**

This matter is before the Court on the *Joint Urgent Motion by Ambac Assurance Corporation, Financial Oversight and Management Board for Puerto Rico, Puerto Rico Fiscal Agency and Financial Advisory Authority, and Commonwealth of Puerto Rico, Seeking an Order (I) Deferring Consideration of the Pensions Discovery Motions, and (II) Extending Ambac's Deadline to File Its Reply In Further Support of the Pensions Discovery Motions* (Dkt. No. 8007) ("Joint Urgent Motion"). Taking notice of the joint nature of the requested relief, and finding good cause therefor, the Court hereby ALLOWS the Joint Urgent Motion. Accordingly:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. Consideration of the Pension Discovery Motions[2], currently set for the July 24, 2019 Omnibus Hearing, shall be deferred to the **July 30, 2019** hearing before Judge Dein in Boston, Massachusetts. Counsel who intend to be heard at the July 30, 2019 hearing shall comply with this Court's procedural order for that hearing (Dkt. No. 7921).

2. The deadline for Ambac to file its reply in further support of the Pension Discovery Motions shall be extended to **July 23, 2019**.

This Order resolves Dkt. No. 8007.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: July 16, 2019

---

[2] The "Pension Discovery Motions" are (1) *Ambac Assurance Corporation's Motion to Compel Compliance with the Court's December 15, 2017 and February 26, 2018 Orders Regarding the Urgent Renewed Joint Motion of the Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., the Mutual Fund Group, and National Public Finance Guarantee Corporation for Order Authorizing Rule 2004 Examination* (Dkt. No. 7505 in 17-BK-3283) and (2) *Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Pension Liabilities* (Dkt. No. 7507 in 17-BK-3283).