UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
|    as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
|    Debtors. [1] | |

---------------------------------------------------------------x

ORDER FURTHER AMENDING CASE MANAGEMENT PROCEDURES

The *Ninth Amended Notice, Case Management and Administrative Procedures*, dated May 28, 2019 (Docket Entry No. 7115 in Case No. 17-3283) applicable in these jointly administered Title III proceedings are hereby amended to add procedures for redactions and filings under seal, to schedule omnibus hearing dates through December 2020, and to change the date of the April 2020 omnibus hearing. The text of the Tenth Amended Case Management Procedures is attached to this Order as Exhibit 1. A redline reflecting the changes is attached to this Order as Exhibit 2.

     SO ORDERED.

Dated: July 16, 2019

                                                                                   /s/ Laura Taylor Swain
                                                                                   LAURA TAYLOR SWAIN
                                                                                   United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).