# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** <br><br> **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** as representative of <br> **THE COMMONWEALTH OF PUERTO RICO, et al.** <br><br> Debtors.[1] | **PROMESA** <br> **Title III** <br><br><br><br><br> **Case No. 17 BK 3283-LTS** <br> (Jointly Administered) |

## MOTION TO INFORM APPEARANCE OF BACARDI AT OMNIBUS HEARING SCHEDULED FOR JULY 24-25, 2019

**TO THE HONORABLE COURT:**

**COME NOW**, Bacardi international Limited ("BIL") and Bacardi Corporation (together with BIL "Bacardi"), by and through its undersigned counsel, hereby submit this motion to inform in compliance with this Honorable Court's *Order Regarding Procedures for Attendance, Participation and Observation of July 24-25, 2019 Omnibus Hearing* (the "Scheduling Order") [Dkt. No. 7963], and respectfully state as follows:

1. Dianne Coffino, of Covington & Burling LLP, will appear in person on behalf of Bacardi at the Hearing (as defined in the Scheduling Order). Ms. Coffino will appear at the San Juan Courtroom.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

2. Ms. Coffino will present argument on the following matters:

   a. *AMBAC Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning PRIFA Rum Taxes* (Docket 7328)

   b. *Bacardi International Limited and Bacardi Corporation's Objection to AMBAC Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning PRIFA Rum Taxes* (Docket 7897)

3. Carmen D. Conde Torres, Esq. and Luisa S. Valle Castro, Esq. will attend the hearing and be seated in the San Juan courtroom.

4. Bacardi reserves the right to respond, as necessary, to any statements made at the Hearing or otherwise by any party in connection with the above-captioned Title III case.

**WHEREFORE**, for the foregoing reasons, Bacardi respectfully requests that this Honorable Court take notice of its compliance with the Scheduling Order.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 16th day of July 2019.

2

**WE HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties appearing in said system including the US Trustee and to all those parties registered to receive notice within the electronic notification service.

/s/Carmen D. Conde Torres
Carmen D. Conde Torres, Esq.
USDC 207312

/s/Luisa S. Valle Castro
Luisa S. Valle Castro, Esq.
USDC No. 215611

**C. CONDE & ASSOC.**

254 San José Street, 5th Floor
Old San Juan, Puerto Rico 00901
Telephone: 787-729-2900;
Facsimile: 787-729-2203
E-mail:condecarmen@condelaw.com

*Counsel for Bacardi*

/s/ Dianne Coffino
Dianne Coffino, Esq.
(admitted *pro hac vice*)

**COVINGTON & BURLING LLP**

620 Eighth Avenue
New York, NY 10018
Telephone: (212) 841-1023
Email: dcoffino@cov.com

*Counsel for Bacardi*

3