# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

COMES NOW, Jonathan K. Youngwood, applicant herein, and pursuant to L.Cv.R. 83A(f) of the United States District Court for the District of Puerto Rico, respectfully states as follows:

1. Applicant is an attorney with the law firm Simpson Thacher & Bartlett LLP with offices at:

> 425 Lexington Avenue
> New York, NY 10017
> Telephone: (212) 455-3539
> Facsimile: (212) 455-2502

2. Applicant will sign all pleadings with the name "Jonathan K. Youngwood."

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

3. Applicant has been retained as counsel by J.P. Morgan Securities LLC to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since May 1, 1995, applicant has been and presently is a member in good standing of the bar of the State of New York, where applicant regularly practices law. Applicant's bar license number is 2686525.

5. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| Supreme Court of the United States | 9/1/2006 |
| United States Court of Appeals, Second Circuit | 12/28/2005 |
| United States Court of Appeals, Third Circuit | 8/19/2011 |
| United States Court of Appeals, Fourth Circuit | 7/23/2012 |
| United States Court of Appeals, Fifth Circuit | 2/18/2003 |
| United States Court of Appeals, Seventh Circuit | 5/10/2013 |
| United States Court of Appeals, Eighth Circuit | 12/11/2012 |
| United States Court of Appeals, Ninth Circuit | 3/14/2016 |
| United States Court of Appeals, District of Columbia Circuit | 2/15/2007 |
| United States District Court, Southern District of New York | 7/9/1996 |
| United States District Court, Eastern District of New York | 8/1/1996 |
| United States District Court, Northern District of New York | 1/3/1997 |
| United States District Court, District Court Colorado | 9/5/2012 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Likewise, as far as applicant knows, applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal proceeding before any court or jurisdiction.

9. During the past five years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matter: *Fernandez et al v. UBS AG et al*, Case No.: 3:14-cv-01441-CCC (pro hac vice admission filed 7/10/2014).

10. Local counsel of record associated with applicant in this matter is:

> José L. Ramírez-Coll (USDC-PR No. 221702)
> Antonetti, Montalvo & Ramírez-Coll
> P.O. Box 13128
> San Juan, Puerto Rico 00908
> Telephone: (787) 977-0303
> Fax: (787) 977-0323
> jramirez@amrclaw.com

11. Applicant has read the Local Rules of this Court and will comply with same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a receipt number for payment submitted by pay.gov system, or a check or money order payable to: "Clerk, U.S. District Court."

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

**RESPECTFULLY SUBMITTED**.

In New York, New York, this 16th day of July, 2019.

By: /s/ Jonathan K. Youngwood

Jonathan K. Youngwood
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-3539
Fax: (212) 455-2502
jyoungwood@stblaw.com

*Attorney for J.P. Morgan Securities LLC*

**WE HEREBY CERTIFY**, pursuant to L.Cv.R. 83A(f), that we consent to the designation of local counsel of record for all purposes.

Date: July 16, 2019.

By: /s/ José L. Ramírez-Coll
José L. Ramírez-Coll
USDC-PR No. 221702
Antonetti, Montalvo & Ramírez-Coll
P.O. Box 13128
San Juan, PR 00908
Telephone: (787) 977-0303
Fax: (787) 977-0323
jramirez@amrclaw.com

**WE HEREBY CERTIFY** that we have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee, with service consistent with the Ninth Amended Case Management Order.

By: /s/ José L. Ramírez-Coll
José L. Ramírez-Coll
USDC-PR No. 221702
Antonetti, Montalvo & Ramírez-Coll
P.O. Box 13128
San Juan, PR 00908
Telephone: (787) 977-0303
Fax: (787) 977-0323
jramirez@amrclaw.com

/s/ Jonathan K. Youngwood
Jonathan K. Youngwood
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-3539
Fax: (212) 455-2502
jyoungwood@stblaw.com

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of July, 2019.

Hon._____
UNITED STATES DISTRICT COURT JUDGE