## **EXHIBIT 8**

**From:** CEO@aafaf.pr.gov
**Sent:** Tuesday, April 30, 2019 7:59 PM
**To:** Fontanes Gomez, Fermin (AAPP)
**Subject:** Automatic reply: PREPA Transformation -- Call re: Quanta consortium feedback

*****************************************************************************
*****************************************************************************
Spanish version below

Your message has been received in my e-mail inbox. Due to the large volume of messages, it may take a few days to receive a response from me or a member of my staff. If the matter is urgent or otherwise requires immediate attention, please contact me directly at my mobile or leave a message with my office

You may leave a message at my office by calling or e-mailing Nesvi Mercado at (787) 722-2525 Ext. 15411 or nesvi.m.mercado@aafaf.pr.gov.

All legal issues must be submitted to our legal department directly.

- Christian Sobrino, CEO & President of the Fiscal Agency and Financial Advisory Authority (AAFAF)

*****************************************************************************

He recibido su mensaje en mi buzón de correo electrónico. Debido al alto volumen de mensajes, puede tomar unos días para recibir una respuesta mía o de algún miembro de mi equipo. Si el asunto es urgente o requiere atención inmediata, por favor contactarme directamente al celular o dejar un mensaje con mi oficina.

Puede dejar un mensaje con mi oficina llamando o escribiendole a Nesvi Mercado al (787) 722-2525 Ext. 15411 o nesvi.m.mercado@aafaf.pr.gov.

Todos los asuntos legales tienen que ser enviados directamente al departamento de asuntos legales.

- Christian Sobrino, Director Ejecutivo y Presidente de la Autoridad de Asesoría Financiera y Agencia Fiscal (AAFAF)

1

PRP3_OCUC_00008882