**EXHIBIT 10**

Case:17-03283-LTS Doc#:8041-11 Filed:07/16/19 Entered:07/16/19 23:32:15 Desc: Exhibit 10 Page 2 of 2

# FILED UNDER SEAL