**<u>EXHIBIT 17</u>**

# FILED UNDER SEAL