UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------- X
                                                                    :
In re:                                                              :
                                                                    :
THE FINANCIAL OVERSIGHT AND                                         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                   :   Title III
                                                                    :
         as representative of                                       :   Case No. 17-BK-3283 (LTS)
                                                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,                             :   (Jointly Administered)
                                                                    :
         Debtors.¹                                                  :
------------------------------------------------------------------- X
                                                                    :
In re:                                                              :
                                                                    :
THE FINANCIAL OVERSIGHT AND                                         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                   :   Title III
                                                                    :
         as representative of                                       :   Case No. 17-BK-4780 (LTS)
                                                                    :
PUERTO RICO ELECTRIC POWER AUTHORITY                                :   This filing relates only to
                                                                    :   Case No. 17-BK-4780 (LTS)
                                                                    :
         Debtor.                                                    :
------------------------------------------------------------------- X
```

**URGENT MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO FILE UNDER SEAL UNREDACTED RENEWAL OF JUNE 3, 2019 OMNIBUS MOTION TO COMPEL IN CONNECTION WITH <u>PREPA RSA RULE 9019 SETTLEMENT MOTION</u>**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States Magistrate Judge Judith Gail Dein:

The Official Committee of Unsecured Creditors of all Title III debtors (the "Committee") submits this *Urgent Motion Of Official Committee Of Unsecured Creditors To File Under Seal Unredacted Renewal Of June 3, 2019 Omnibus Motion To Compel Production Of Documents In Connection With PREPA RSA Rule 9019 Settlement Motion* (the "Motion to Seal"), and hereby states as follows:

## RELIEF REQUESTED

1. The Committee has already filed a public, partially-redacted version of its *Renewal Of June 3, 2019 Omnibus Motion Of Official Committee Of Unsecured Creditors To Compel Production Of Documents In Connection With PREPA RSA Rule 9019 Settlement Motion* [Case No. 17-3283, Dkt. No. 8041; Case No. 17-4780, Dkt. No. 1467] (the "Renewed Motion to Compel"). This Motion to Seal seeks the Court's permission to file the full, unredacted version of the Renewed Motion to Compel under seal to prevent the public disclosure of documents produced by the Financial Oversight and Management Board for Puerto Rico ("Oversight Board"), Proskauer Rose LLP ("Proskauer"), the Puerto Rico Electric Power Authority ("PREPA"), the Ad Hoc Group of PREPA Bondholders ("AHG"), and Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (collectively, "Assured") (the Oversight Board, Proskauer, PREPA, the AHG, and Assured, the "Parties") that contain the designation of "Professionals' Eyes Only" or "Confidential" pursuant to the *Stipulation And Order In Connection With Discovery Regarding The Joint Motion Of Puerto Rico Electric Power Authority And AAFAF Pursuant To Bankruptcy Code Sections 362, 502, 922, And 928, And Bankruptcy Rules 3012(A)(I) And 9019 For Order Approving Settlements Embodied In The Restructuring Support Agreement And Tolling Certain Limitations Periods* [Dkt. No. 1322] (the "Protective Order").

**JURISDICTION AND VENUE**

2. The United States District Court for the District of Puerto Rico has subject matter jurisdiction over this matter pursuant to section 306(a) of PROMESA. Venue is proper pursuant to section 307(a) of PROMESA.

3. The statutory basis for the relief requested herein is found in sections 105(a) of the Bankruptcy Code and Bankruptcy Rule 9018, made applicable to the Title III cases by sections 301(a) and 310 of PROMESA, and Local Rule 9018-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "Local Rules").

**BASIS FOR RELIEF REQUESTED**

4. On July 16, 2019, the Committee filed a public, partially-redacted version of the Renewed Motion to Compel, which is in support of the Committee's motion for an order that certain parties produce documents and provide testimony related to the *Joint Motion Of Puerto Rico Electric Power Authority And AAFAF Pursuant To Bankruptcy Code Sections 362, 502, 922, And 928, And Bankruptcy Rules 3012(A)(1) And 9019 For Order Approving Settlements Embodied In The Restructuring Support Agreement And Tolling Certain Limitations Periods* [Dkt. No. 1235] (the "9019 Motion"). In seeking this relief, the Committee cites various documents produced by the Parties in discovery, all of which have been designated either "Professionals' Eyes Only" or "Confidential" under the terms of the Protective Order.

5. The Committee does not necessarily agree that these documents warrant confidential designations or otherwise meet the requirements for being filed under seal with this Court. Nevertheless, pursuant to the Protective Order, the Committee does not have the ability to unilaterally remove the confidentiality designations that other parties have placed upon the

documents they have produced.[1] The Committee therefore files this motion to comply with its obligations under the Protective Order and requests that the Court maintain the confidentiality of the cited documents until such time as (i) the producing parties agree to remove the confidential designations from the documents, or (ii) the Court orders that such designations be removed. If at any point the Court orders that the full, unredacted version of the Renewed Motion to Compel be filed on the public docket, the Committee will promptly do so.

6. Counsel for the Committee has informed counsel for the producing parties of the relief being sought in this Motion to Seal and has requested that counsel for such parties inform counsel for the Committee whether they have any opposition to this Motion to Seal. Counsel for the Committee further provided counsel for the producing parties unredacted copies of the documents that the Committee has attached to its Renewed Motion to Compel, asking whether such parties believe the documents need to be kept confidential or whether such designation can be removed, thus obviating the need for sealing.

7. As of the time of this filing, counsel for the Oversight Board, PREPA, and the AHG have stated that they have no objection to this motion but have not responded as to whether any of the confidentiality designations may be removed. Counsel for Assured has similarly stated that it has no objection to the motion and has further stated that the confidentiality designation contained on the documents produced by Assured should *not* be removed.

## NOTICE

8. Notice of this Motion to Seal has been provided to the following entities, or their counsel, if known: (i) the U.S. Trustee; (ii) the Office of the United State Attorney for the

---

[1] The Committee believes some of the documents produced by the Parties do not contain any information that warrants a "Professionals' Eyes Only" or "Confidential" designation under the terms of the Protective Order. As a result, the Committee reserves its rights to seek the re-designation or de-designation of these documents at a later date.

3

District of Puerto Rico; (iii) the Oversight Board; (iv) the Puerto Rico Fiscal Agency and Financial Advisory Authority; (v) the Official Committee of Retired Employees of the Commonwealth of Puerto Rico; (vi) the insurers of the bonds issued or guaranteed by the Debtors; (vii) counsel to certain ad hoc groups of holders of bonds issued or guaranteed by the Debtors; (vii) Citigroup Global Markets, Inc.; (viii) Filsinger Energy Partners, (ix) Ankura Consulting Group; and (x) all parties that have filed a notice of appearance in the above-captioned Title III cases.

## CERTIFICATION

9.  Pursuant to Local Rule 9013-1 and paragraph I.H of the Tenth Amended Case Management Procedures [Case No. 17-3283, Dkt. No. 8027-1], the Committee hereby certifies that it has (a) carefully examined the matter and concluded that there is a true need for an urgent hearing; (b) not created the urgency through a lack of due diligence; (c) made a bona fide effort to resolve the matter without a hearing; (d) made reasonable, good faith communications in an effort to resolve or narrow the issues being brought to the court; and (e) conferred with the parties, who do not oppose the relief requested herein.

## CONCLUSION

10.  For the reasons stated above, the Committee requests that the Court grant the Motion to Seal and permit the filing of the full, unredacted version of the Renewed Motion to Compel under seal, restricting access to counsel for the Committee and the parties entitled to receive materials designated "Professionals' Eyes Only" and "Confidential" under the terms of the Protective Order.

WHEREFORE, the Committee respectfully requests that this Court enter an order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein, and granting the Committee such other relief as this Court deems just and proper.

4

Dated: July 16, 2019

*/s/ Luc A. Despins*
PAUL HASTINGS LLP
Luc. A. Despins, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Tel: (212) 318-6000
lucdespins@paulhastings.com

-and-

Nicholas A. Bassett, Esq. (*Pro Hac Vice*)
875 15th Street, N.W.
Washington, D.C. 20005
Tel: (202) 551-1700
nicholasbassett@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors for all Title III Debtors*

- and -

*/s/ Juan J. Casillas Ayala*
CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors for all Title III Debtors*