**Exhibit A**

**Proposed Order**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------------- X
                         :
In re:                             :
                         :
THE FINANCIAL OVERSIGHT AND    : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
                         :
       as representative of          : Case No. 17-BK-3283 (LTS)
                         :
THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)
                         :
       Debtors.[1]                     :
------------------------------------------------------------------- X
                         :
In re:                             :
                         :
THE FINANCIAL OVERSIGHT AND    : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
                         :
       as representative of          : Case No. 17-BK-4780 (LTS)
                         :
PUERTO RICO ELECTRIC POWER AUTHORITY : **This filing relates only to**
                         : **Case No. 17-BK-4780 (LTS)**
                         :
       Debtor.                      :
------------------------------------------------------------------- X

**ORDER GRANTING URGENT MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO FILE UNDER SEAL UNREDACTED RENEWAL OF ITS JUNE 3, 2019 OMNIBUS MOTION TO COMPEL IN CONNECTION WITH PREPA RSA RULE 9019 SETTLEMENT MOTION**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon consideration of the *Urgent Motion Of Official Committee Of Unsecured Creditors To File Under Seal Renewal Of June 3, 2019 Omnibus Motion To Compel Production Of Documents In Connection With PREPA RSA Rule 9019 Settlement Motion* (the "Motion to Seal"),[1] the Court hereby FINDS AND DETERMINES THAT (i) the Court has jurisdiction to consider the Motion to Seal and the relief requested therein pursuant to section 310 of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA; (iii) due and proper notice of the Motion to Seal has been provided under the particular circumstances and no other or further notice need be provided; (iv) based on the statements and arguments made in the Motion to Seal, the Court finds that it is appropriate for the Committee to file under seal an unredacted version of the *Renewal Of June 3, 2019 Omnibus Motion Of Official Committee Of Unsecured Creditors Motion To Compel Production Of Documents In Connection With Rule 9019 PREPA RSA Settlement Motion* [Case No. 17-3283, Dkt. No. 8041; Case No. 17-4780, Dkt. No. 1467] (the "Renewed Motion to Compel"). Accordingly, it is hereby ORDERED THAT:

1. The Committee is entitled to file the full, unredacted version of the Renewed Motion to Compel under seal.

2. The parties that are entitled to access the full, unredacted version of the Renewed Motion to compel are those that have signed the Protective Order.

3. The duration of the period of the seal for the full, unredacted version of the Renewed Motion to Compel is determined by the terms of the Protective Order.

4. This order is without prejudice to the rights of any party in interest to seek to unseal the documents or any part thereof.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion to Seal.

5. The Clerk of Court will provide access to the sealed materials to the Committee through its counsel of record and the other parties entitled to receive materials designated "Professionals' Eyes Only" or "Confidential" under the terms of the Protective Order, as the case may be.

Dated: July \_\_\_\_, 2019

_____
HONORABLE JUDITH GAIL DEIN
UNITED STATES DISTRICT JUDGE