# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------- x
                                                               :
In re                                                          :
                                                               :  PROMESA
THE FINANCIAL OVERSIGHT AND                                    :  Title III
MANAGEMENT BOARD FOR PUERTO RICO,                              :
                                                               :
     as representative of                                      :  Case No. 17-BK-3283 (LTS)
                                                               :
THE COMMONWEALTH OF PUERTO RICO,                               :  (Jointly Administered)
et al.,                                                        :
                                                               :
     Debtors.¹                                                 :
                                                               :
-------------------------------------------------------------- x
                                                               :
In re                                                          :
                                                               :
THE FINANCIAL OVERSIGHT AND                                    :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                              :  Title III
                                                               :
     as representative of                                      :
                                                               :  Case No. 17-BK-04780-LTS
PUERTO RICO ELECTRICAL POWER                                   :
AUTHORITY (PREPA),                                             :  Court Filing Relates Only to PREPA
                                                               :
     Debtor.                                                   :
-------------------------------------------------------------- x
```

**NOTICE OF HEARING ON MOTION OF SOLUS TO COMPEL
TESTIMONY PURSUANT TO RULE 30(b)(6) FROM U.S. BANK
IN CONNECTION WITH PREPA RSA SETTLEMENT MOTION**

---

[1] The Debtors in these title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

**PLEASE TAKE NOTICE** that a hearing on the annexed *Motion of Solus to Compel Testimony Pursuant to Rule 30(b)(6) from U.S. Bank in Connection with PREPA RSA Settlement Motion* (the "Motion"), filed by SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Ultra NB LLC, pursuant to Rules 30(b)(6) of the Federal Rules of Civil Procedure, made applicable to these proceedings by Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure and section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act, will be held at the United States District Court for the District of Massachusetts, in Courtroom 8, One Courthouse Way, Boston, Massachusetts 02210 on **July 30, 2019 at 1:00 pm Atlantic Standard Time** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections") to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Puerto Rico, shall be filed with the Court (a) by attorneys practicing in the District Court, including attorneys admitted *pro hac vice*, electronically in accordance with Rule 5 of the Local Rules for the District of Puerto Rico, and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF), to the extent applicable, and shall be served in accordance with the Tenth Amended Case Management Procedures [Docket No. 8027-1], so as to be so filed and received no later than **July 23, 2019** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the District Court may enter an order granting the relief sought without a hearing pursuant to the Ninth Amended Case Management Procedure.

1

| | |
|---|---|
| Dated: July 16, 2019 | Respectfully Submitted, |
| /s/ *Jose L. Ramirez-Coll* | /s/ *Bryce L. Friedman* |
| Jose L. Ramirez-Coll | Bryce L. Friedman (admitted *pro hac vice*) |
| USDC-PR No. 221702 | Nicholas Baker (admitted *pro hac vice*) |
| ANTONETTI, MONTALVO | Sarah E. Phillips (admitted *pro hac vice*) |
| & RAMIREZ-COLL | SIMPSON THACHER & BARTLETT LLP |
| 1225 Ponce de Leon Avenue | 425 Lexington Avenue |
| Suite 1001 | New York, NY 10017 |
| San Juan, Puerto Rico 00907 | Tel.: 212-455-2000 |
| Telephone: (787) 977-0303 | Fax: 212-455-2502 |
| Facsimile: (787) 977-0323 | Email: sarah.phillips@stblaw.com |
| Email: jramirez@amrclaw.com | bfriedman@stblaw.com |
| | nbaker@stblaw.com |

*Attorneys for SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Ultra NB LLC*

2