**<u>Exhibit C</u>**

**[REDACTED IN FULL]**