# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et. al.*<br><br>   Debtors[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA")<br><br>   Debtor[2] | PROMESA<br>Title III<br><br>Case No. 17-04780 (LTS)<br><br>(Jointly Administered) |

## **CERTIFICATE OF SERVICE**

TO THE HONORABLE COURT

The undersigned hereby certifies that I caused true and correct copies of the *Fifth Interim Fee Application of Filsinger Energy Partners for Allowance of an Administrative Claim for*

---

[1] The Debtors in the relevant Title III cases, along with their respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number are as follows: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (LastFour Digits of Federal Tax ID: 3747).

[2] See note 1.

*Compensation and Reimbursement of Expenses Incurred As Chief Financial Advisor to Puerto Rico Electric Power Authority ("PREPA") for the Period from February 1, 2019 through May 31, 2019* as Dkt. No. 7987 in Case No. 17-03283 (LTS) and as Dkt. No. 1462 in Case No. 17-04780 (LTS) (the "Application"), to be served in the following manner on July 16, 2019:

1. Electronically through the Court's CM/ECF system in Case No. 17-03283 (LTS) and in Case No. 17-04780 (LTS);

2. By email to each of the parties listed in **Exhibit A** attached hereto;

3. By U.S. mail to each of the parties listed in **Exhibit B** attached hereto, and;

4. By FedEx overnight delivery to the chambers of the Honorable Laura Taylor Swain at the United States District Court for the Southern District of New York, Daniel P. Moynihan U.S. Courthouse, 500 Pearl Street, Suite 3212, New York, NY 10007.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 17th day of July, 2019.

SANCHEZ PIRILLO LLC
270 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. 787-522-6776
Fax 787-522-6777

s/ *Janelle Reyes-Maisonet*
Janelle Reyes-Maisonet
USDC-PR 231102
jreyes@sanpir.com

*Counsel for Filsinger Energy Partners, Inc.*