# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE
[Dkt. # 8032]

I HEREBY certify that, on July 16, 2019, on behalf of Financial Guaranty Insurance Company ("**FGIC**"), I served copies of the *Joinder of Financial Guaranty Insurance Company to AMBAC Assurance Corporation's Reply in Further Support it Its Motion for entry of order authorizing discovery Under Bankruptcy Rule 2004 Concerning PRIFA Rum Taxes* [Dkt. # 8032] on the following parties:

- The Chambers of the Honorable Laura Taylor Swain, by e-mail addressed to: swaindprcorresp@nysd.uscourts.gov.

- All interested parties in the above-captioned case that have appeared through the Court's CM/ECF system, through said system, including but not limited to the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are (i) the Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("PRHTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

48490851.v1

Standard Parties, as defined in the *Tenth Amended Case Management Procedures* [Dkt. # 8027, Case No. 17-03283], for whom service is allowed in this matter.

That on July 16, 2019, I mailed, via U. S. Mail, to the following:

- Office of the United States Trustee for Region 21, by U.S. mail at the following address: Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922.

- To all parties listed in the *Master Service List as of July 1, 2019* [Dkt. # 7770, Case No. 17-03283], for which an e-mail address has not been provided, by U.S. mail.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: July 17, 2019.

BUTLER SNOW LLP

By: *Martin A. Sosland*
Martin A. Sosland (*pro hac vice*)
5430 LBJ Freeway, Suite 1200
Dallas, TX 75240
Telephone: (469) 680-5502
Facsimile: (469) 680-5501
E-mail: martin.sosland@butlersnow.com

*Attorney for Financial Guaranty Insurance Company*