UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>      as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>      Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>      as representative of<br><br>The Puerto Rico Electric Power Authority,<br><br>      Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 04780-LTS |

**ORDER GRANTING MOTION TO SEAL FOR LIMITED DURATION AND
FOR SUPPLEMENTAL BRIEFING**

This matter is before the Court on the *Urgent Motion of Official Committee of Unsecured Creditors to File Under Seal Unredacted Renewal of June 3, 2019 Omnibus Motion to Compel in Connection with PREPA RSA Rule 9019 Settlement Motion* (Dkt. No. 1468 in 17-BK-4780; Dkt. No. 8042 in 17-BK-3283) ("Motion to Seal").  Through the Motion to Seal, the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Committee[2] seeks to file under seal an unredacted version of its Renewed Motion to Compel. A partially redacted version has already been filed on the docket. The Committee has redacted information designated as Professionals' Eyes Only or Confidential pursuant to the operative Protective Order by the Oversight Board, Proskauer, PREPA, the Ad Hoc Group of PREPA Bondholders, and Assured (collectively, "Producing Parties").

The Committee's Motion to Seal does not include sufficient information to justify sealing of the redacted information. Thus, the Court will only permit the Renewed Motion to Compel to be filed under seal for a limited duration, during which the Producing Parties may submit briefing to the Court explaining why continued sealing is appropriate. Accordingly:

1. The Committee is entitled to file the full, unredacted version of the Renewed Motion to Compel under seal.

2. The Clerk of Court shall allow access to the unredacted version of the Renewed Motion to Compel to those parties who have signed the Protective Order (Dkt. No. 1322 in 17-BK-4780).

3. The Producing Parties shall file with the Court short briefs justifying the continued sealing of any currently redacted information by **July 22, 2019**.

4. The Court will thereafter take any requests for continued sealing on submission.

5. This Order is without prejudice to the rights of any party in interest to seek to unseal the documents or any part thereof.

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion to Seal.

Dated: July 17, 2019

                                                           <u>/s/ Judith G. Dein</u>
                                                           HONORABLE JUDITH GAIL DEIN
                                                           UNITED STATES MAGISTRATE JUDGE