UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>                            Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA),<br><br>                            Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS |

ORDER SETTING BRIEFING ON MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR (1) A PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P. 26 FROM THE SUBPOENA AND DEPOSITION NOTICE ISSUED TO ANDREW WOLFE BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AND (2) AN ORDER IN LIMINE PRECLUDING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FROM ENTERING IN EVIDENCE AT THE 9019 MOTION HEARING THE JULY 2017 DECLARATION OF ANDREW WOLFE

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Court has received and reviewed the *Motion of the Financial Oversight and Management Board for (1) a Protective Order Pursuant to Fed. R. Civ. P. 26 from the Subpoena and Deposition Notice Issued to Andrew Wolfe by the Official Committee of Unsecured Creditors; and (2) an Order in Limine Precluding the Official Committee of Unsecured Creditors from Entering in Evidence at the 9019 Motion Hearing the July 2017 Declaration of Andrew Wolfe* (Docket Entry No. 1464 in Case No. 17-4780, the "Motion") as well as the *Informative Motion of the Financial Oversight and Management Board of Puerto Rico Regarding in Limine Motion and Motion for Protective Order Relating to Subpoena Directed at Economic Advisor Dr. Andrew Wolfe* (Docket Entry No. 1465 in Case No. 17-4780 and Docket Entry No. 8040 in Case No. 17-3283).

Opposition papers to the Motion must be filed by **July 23, 2019**, and reply papers must be filed by **July 25, 2019, at 11:59 p.m. (Atlantic Standard Time)**. Courtesy copies of such filings shall be delivered to the Court by email to both SwainDPRCorresp@nysd.uscourts.gov and DeinDPRCorresp@mad.uscourts.gov. Unless the Court orders otherwise, the Motion will be taken on submission.

SO ORDERED.

Dated: July 17, 2019

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge