UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA <br> Title III |
| THE FINANCIAL OVERSIGHT AND <br> MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, <u>et al.</u>, | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

<u>ORDER AUTHORIZING SUR-REPLY</u>

The Court has received and reviewed *Ambac Assurance Corporation's Motion and Memorandum of Law in Support of Its Motion Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds* (Docket Entry No. 7176 in Case No. 17-3283, the "Motion"), filed by Movant Ambac Assurance Corporation ("Ambac"), as well as the *Opposition of the Commonwealth of Puerto Rico to Ambac Assurance Corporation's Motion Concerning Application of the Automatic Stay [ECF No. 7176]* (Docket Entry No. 7827 in Case No. 17-3283, the "Opposition"), filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), and *Ambac Assurance Corporation and Financial Guaranty Insurance Company's Reply Memorandum of Law in Support of Their Motion Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds* (Docket Entry No. 8022 in Case No. 17-3283, the "Reply"). In its Opposition, the Oversight

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Board represents that, depending on the nature of the arguments made in Ambac's Reply, it "may . . . request permission to file a sur-reply." (Opp. ¶ 5.)

The Oversight Board, together with other opponents of the Motion, is hereby authorized and directed to file a sur-reply not to exceed twenty (20) pages, exclusive of the cover page, the table of contents, the table of authorities, the signature page, exhibits, and the certificate of service, on or before **July 19, 2019 at 9:00 p.m. (Atlantic Standard Time)**.

SO ORDERED.

Dated: July 17, 2019

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge