IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtors.[1] | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283(LTS)<br><br>(Jointly Administered) |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

Comes now, JASON M. LIBERI, applicant herein and respectfully states and prays as follows:

1.  Applicant is an attorney and a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, with offices at:

    | | |
    |---|---|
    | Address: | One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899 |
    | E-mail: | jason.liberi@skadden.com |
    | Phone: | (302) 651-3023 |
    | Fax: | (302) 651-3001 |

2.  Applicant will sign all pleadings with the name Jason M. Liberi. Applicant has been retained as a member of the above-named firm by Morgan Stanley and Co., and Morgan

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Stanley Smith Barney, LLC, to appear on their behalf in the above captioned cases, and without waiving any of their affirmative defenses, including insufficient process, insufficient service of process or lack of jurisdiction.

3. Since 2003, applicant has been and presently is a member in good standing of the bar of the highest court of the State of Delaware, where applicant regularly practices law. Applicant's Delaware bar license number is 4425.

4. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
| --- | --- |
| United States District Court of Delaware | 1/15/2004 |
| U.S. Court of Appeals, 3rd Circuit | 9/16/2014 |
| U.S. Court of Appeals, 5th Circuit | 4/8/2013 |
| United States Supreme Court | 8/8/2016 |

5. Applicant is a member in good standing of the bars of the courts listed in paragraph 4 of this Application.

6. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

7. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding, or criminal charges before any court or jurisdiction.

8. During the past three (3) years, applicant has not filed for *pro hac vice* admission in the U.S. District Court for the District of Puerto Rico.

9. Local counsel of record associated with applicant in this matter is:

> Luis N. Saldaña-Román, Esq.
> USDC-PR No. 208001
> lsaldana@scvrlaw.com
> Ángel E. Rotger-Sabat, Esq.

USDC-PR No. 208601
arotger@scvrlaw.com
Saldaña, Carvajal & Vélez-Rivé, P.S.C.
166 Avenida de la Constitución
San Juan, Puerto Rico 00901
Phone: 787-289-9250
Fax: 787-289-9253

10. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee per appearance in each new case before the Court. Payment of the *pro hac vice* admission fee is paid simultaneously with this Application.

**WHEREFORE**, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico, pursuant to Rule 83A(f) of the Local Civil Rules for the United States District Court for the District of Puerto Rico, Rule 2090-1(c) and Rule 9010-1(a) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Puerto Rico, and to Rule 9010 of the Federal Rules of Bankruptcy Procedure, made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170 *et seq.*

In Wilmington, Delaware this 17th day of July, 2019.

Jason M. Liberi
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(302) 651-3023
(302) 651-3001
jason.liberi@skadden.com

## LOCAL RULE 83A(f) CERTIFICATION AND CERTIFICATE OF SERVICE

WE HEREBY CERTIFY, pursuant to Local Rule 83A(f), that we consent to the designation of local counsel of record for all purposes. I further certify that I have electronically filed this document, after first paying the *pro hac vice* fee as instructed by the Clerk's Office for PROMESA Title III filings, with the Court via CM/ECF, which will send electronic notification of the filing to all attorneys of record.

In San Juan, Puerto Rico, this 17th day of July, 2019.

**SALDAÑA, CARVAJAL & VÉLEZ-RIVÉ, P.S.C.**
166 Avenida de la Constitución
San Juan, Puerto Rico 00901
Tel.: 787-289-9250
Fax: 787-289-9253

*s/ Luis N. Saldaña Román*
Luis N. Saldaña-Román
USDC-PR No. 208001
E-mail: lsaldana@scvrlaw.com

*s/ Ángel E. Rotger-Sabat*
Ángel E. Rotger-Sabat
USDC-P.R. No. 208601
E-mail: arotger@scvrlaw.com

4