# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtors. | PROMESA<br>Title III<br>Case No. 17-BK-3283(LTS)<br>(Jointly Administered) |

## ORDER GRANTING ADMISSION
## PRO HAC VICE OF JASON M. LIBERI

This Court, having considered the above Application for Admission Pro Hac Vice, Orders That:

\_\_\_\_ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

\_\_\_\_ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this \_\_\_\_\_ day of July, 2019.

_____
Laura Taylor Swain
U.S. District Judge