```
Court Name: District Court
Division: 1
Receipt Number: PRX100064926
Cashier ID: aduran
Transaction Date: 07/17/2019
Payer Name: SALDANA, CARVAJA AND VELEZ RI
VE

PRO HOC VICE
 For: SALDANA, CARVAJA AND VELEZ RIVE
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00

PAPER CHECK CONVERSION
 Remitter: SALDANA, CARVAJA AND VELEZ RIV
E
 Check/Money Order Num: 005453
 Amt Tendered:    $300.00

Total Due:       $300.00
Total Tendered:  $300.00
Change Amt:      $0.00

17-BK-3283 LTS

P/H/V - FROM JASON N. LIBERI THRU
LOCAL COUNSEL SALDANA-ROMAN, LUIS
(BAR 208001)
```