UNITED STATES DISTRICT COURT

DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, et al. Debtors. | No. 17 BK 3283-LTS (Jointly Administered) |

NOTICE OF APPEARANCE

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

    **COMES NOW TD Ameritrade Clearing Inc., and Scottrade, Inc.,** and hereby enter their appearance through the law firm of Orrick, Herrington & Sutcliffe, LLP and the undersigned counsel, Tiffany Rowe, pursuant to Rule 83(d) of the Local District Court Rules for the District of Puerto Rico and Federal Rule of Bankruptcy Procedure 9010(b), as made applicable to these proceedings by virtue of section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170, the undersigned requests that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon the addresses and telephone numbers set forth below.

---

1 The Debtors in these Title III cases, along with each Debtor's respective Tittle III case number and the last four (4) digits of Debtor's federal tax identification number are: 1) Commonwealth of Puerto Rico (Case No. 17 BK 3283- LTS) number 3481 ; (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Case No. 17 BK 3284-LTS) number 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Case No. 17 BK 3567-LTS) number 3808; and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") ( Case No. 17 BK 3566-LTS) number 9686 and v) Puerto Rico Electric Power Authority ("PREPA") (Case No. 17 BK 4780) number 3747

| | |
|---|---|
| Tiffany Rowe | Roberto C. Quiñones-Rivera, Esq. |
| ORRICK, HERRINGTON & SUTCLIFFE, LLP | McCONNELL VALDÉS LLC |
| Columbia Center | 270 Muñoz Rivera Avenue |
| 1152 15th Street, N.W. | San Juan, Puerto Rico 00918 |
| Washington, D.C. 20005 | -or- |
| Telephone: (202) 339-8400 | PO Box 364225 |
| Facsimile: (202) 339-8400 | San Juan, Puerto Rico 00936-4225 |
| TRowe@orrick.com | Telephone: (787) 250-2631 |
| | Facsimile: (787) 759-9225 |
| | E-mail: rcq@mcvpr.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed, which may affect or seek to affect in any way any rights or interest of appearing party with respect to the captioned debtor or any property or proceeds in which the debtor may claim an interest. Please add the foregoing to such mailing matrix as may be used for all purposes in this case.

**I HEREBY CERTIFY** that on this same date, a true copy of the foregoing was filed through the Court's CM/ECF system, which will generate a notice to all CM/ECF participants in this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 17th day of July, 2019.

| ORRICK, HERRINGTON & SUTCLIFFE, LLP | McCONNELL VALDÉS LLC |
|---|---|
| */s/ Tiffany Rowe* | */s/ Roberto Quiñones Rivera* |
| Tiffany Rowe* | Roberto C. Quiñones-Rivera, Esq.** |
| Columbia Center | USDC-PR Bar No. 211512 |
| 1152 15th Street, N.W. | 270 Muñoz Rivera Avenue |
| Washington, D.C. 20005 | San Juan, Puerto Rico 00918 |
| Telephone: (202) 339-8400 | Telephone: (787) 250-2631 |
| Facsimile: (202) 339-8400 | Facsimile: (787) 759-9225 |
| TRowe@orrick.com | E-mail: rcq@mcvpr.com |
| * *(admitted pro hac vice)* | ** *(local counsel)* |

*Counsel for TD Ameritrade Clearing Inc., and Scottrade, Inc.*

3