UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------- X
                                                                                                    :

In re:                                                                                     :

THE FINANCIAL OVERSIGHT AND                :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :    Title III
                                                                                    :

    as representative of                                       :    Case No. 17-BK-3283 (LTS)
                                                                                    :

THE COMMONWEALTH OF PUERTO RICO *et al.*,   :    (Jointly Administered)
                                                                                     :

    Debtors.[1]                                                            :
------------------------------------------------------------------------- X

**INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH
ITS SPECIAL CLAIMS COMMITTEE, REGARDING ORDER REGARDING
PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION
OF THE JULY 24 - 25, 2019 OMNIBUS HEARING**

To the Honorable United States District Court Judge Laura Taylor Swain:

      1.      The Financial Oversight and Management Board for the Commonwealth of Puerto Rico (the "Commonwealth"), acting through its Special Claims Committee (the "Special Claims Committee"), hereby submits this informative motion in response to the Court's *Order Regarding Procedures for Attendance, Participation and Observation of July 24 - 25, 2019 Omnibus Hearing* [ECF No. 7963] (the "Order").

      2.      Edward S. Weisfelner, Esq., Sunni P. Beville, Esq. and Tristan G. Axelrod, Esq. of Brown Rudnick LLP will appear in person on behalf of the Special Claims Committee at the

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and  (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Hearing (as defined in the Order) in the assigned Courtroom at the United States District Court for the District of Puerto Rico, Clemente Nazario Courthouse, 150 Carlos Chardon Street, San Juan, PR 00918 to address, as necessary, the following matters:

a) *Amended Motion of (I) Financial Oversight and Management Board, Acting Through Its Special Claims Committee, and (II) Official Committee of Unsecured Creditors, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, to (A) Extend Deadlines and (B) Establish Revised Procedures With Respect to Omnibus Objections to Claims of Holders of Certain Commonwealth General Obligation Bonds Issued In 2011, 2012 and 2014, and for Related Relief* [Docket No. 7154] (the "Amended GO Objection Procedures Motion");

b) *Motion to Stay Contested Matters Pending Confirmation of Commonwealth Plan of Adjustment* [Docket No. 7640] (the "Motion to Stay");

c) *Joint Motion of Certain Adversary Defendants Seeking Entry of an Order Authorizing Participation in Determination of Constitutional Validity of Challenged Bonds* [Docket No. 7747] (the "Challenged Bonds Validity Motion);

d) *Renewed Motion of the Ad Hoc Group of Bondholders, Under Bankruptcy code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Omnibus Conditional Objection to Claims Filed or Asserted by the Public Buildings Authority, Holders of Public Buildings Authority Bonds, and Holders of Certain Commonwealth General Obligation Bonds* [Docket No. 7814] (the "GO Bondholders' Renewed Procedures Motion);

e) *Urgent Motion for Stay of Adversary Proceeding Supplemental to Pending Motion to Stay GO Bond Proceedings Pending Confirmation of Commonwealth Plan of Adjustment* [Docket No. 7882] (the "Supplemental Motion to Stay");

f) *Joint Status Report and Proposed Order on Case Management Re: Clawback Actions* [Docket No. 7960] (the "Proposed Case Management Re: Clawback Actions");

g) Any objections, responses, statements, joinders, or replies to the Amended GO Objection Procedures Motion, Motion to Stay, Challenged Bonds Validity Motion, GO Bondholders' Renewed Procedure Motion, Supplemental Motion to Stay and Proposed Case Management Re: Clawback Actions (collectively, the "Motions"), including, but not limited to, the Motions, and any other related motions or responsive pleadings filed in connection with those matters; and

h) Any other matters scheduled for the Hearing or statements made by any party in connection with the Title III cases, objections or any adversary proceeding pending therein.

3. In addition, Mr. Kenneth C. Suria and Mr. Alberto G. Estrella of Estrella LLC may also be attending the Hearing, on behalf of the Oversight Board, by telephone or in person in San Juan, Puerto Rico.

*[The remainder of this page is intentionally blank]*

WHEREFORE, the Oversight Board respectfully requests that the Court take notice of the foregoing.

Dated: July 17, 2019 /s/ Edward S. Weisfelner

BROWN RUDNICK LLP
Edward S. Weisfelner, Esq. (*Pro Hac Vice*)
Angela M. Papalaskaris, Esq. (*Pro Hac Vice*)
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
eweisfelner@brownrudnick.com
apapalaskaris@brownrudnick.com

Sunni P. Beville, Esq. (*Pro Hac Vice*)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
sbeville@brownrudnick.com

*Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee*

and

/s/ Alberto Estrella

ESTRELLA, LLC
Alberto Estrella (USDC-PR 209804)
Kenneth C. Suria (USDC-PR 213302)
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee*