UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

**Re: ECF No. 3914**

(Jointly Administered)

---------------------------------------------------------------x

ASOCIACIÓN DE MAESTROS DE PUERTO RICO,

    Movant,

v.

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Respondent.

PROMESA
Title III

No. 17 BK 3283-LTS

---------------------------------------------------------------x

**JOINT STATUS REPORT REGARDING MOTION FOR RELIEF FROM
STAY FILED BY ASOCIACIÓN DE MAESTROS DE PUERTO RICO**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Court Judge Laura Taylor Swain:

The Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), and Asociación de Maestros de Puerto Rico ("AMPR"), respectfully submit this Joint Status Report regarding the Motion for Relief from Automatic Stay (the "Motion") filed by AMPR [ECF No. 3914] in the Commonwealth's Title III case, and respectfully state as follows:

1. The Oversight Board and AMPR have executed a Settlement Agreement dated as of June 27, 2019 that, when implemented, will result in a resolution of the dispute underlying the Motion and the consensual withdrawal of the Motion by AMPR. The parties are working on providing notice of the settlement to affected individuals represented by AMPR so they may submit claims to settlement payments as provided in the Settlement Agreement.

2. The parties therefore request the hearing on the Motion currently set for July 24, 2019 be adjourned the omnibus hearing currently scheduled for October 30, 2019.

Dated: July 17, 2019
       San Juan, Puerto Rico

                                        Respectfully submitted,

                                        */s/* Hermann D. Bauer
                                        Hermann D. Bauer
                                        USDC No. 215205
                                        **O'NEILL & BORGES LLC**
                                        250 Muñoz Rivera Ave., Suite 800
                                        San Juan, PR 00918-1813
                                        Tel: (787) 764-8181
                                        Fax: (787) 753-8944
                                        Email: hermann.bauer@oneillborges.com

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
Paul V. Possinger (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
Email: tmungovan@proskauer.com
Email : brosen@proskauer.com
Email : ppossinger@proskauer.com

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico*


/s/ *Jose Luis Barrios-Ramos*
Jose Luis Barrios-Ramos
USDC 223611
1801 McLeary Ave. Suite 303
San Juan, P.R. 00911
Telephone: (787) 593-6641
Facsimile: (787)764-4430
Email: barrios.jl@outlook.com

*Attorney for Asociacion de Maestros de Puerto Rico*

2