# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused true and correct copies of the following

1. *Sixth Interim Application of Marchand ICS Group for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Information Agent to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from* February 1, 2019 through May 31, 2019 *as* Dkt. No. 7978 (the "**Marchand Application**");

2. *Sixth Interim Application of Segal Consulting for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Actuaries and Consultants to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from* February 1, 2019

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

through May 31, 2019 as Dkt. No. 7976 (the "**Segal Application**");

3. *Sixth Interim Application of Jenner & Block LLP as Counsel to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from* February 1, 2019 through May 31, 2019 as Dkt. No. 7967, (the "**Jenner Application**");

4. *Sixth Interim Application of FTI Consulting, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from* February 1, 2019 through May 31, 2019 as Dkt. No. 7970, (the "**FTI Application**"); and

5. *Sixth Interim Application of Bennazar, Garcia & Milan, C.S.P. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from* February 1, 2019 through May 31, 2019 as Dkt. No.7972 , (the "**Bennazar Application**"); (and together with the **Marchand Application**, **Segal Application**, **Jenner Application**, and **FTI Application**, the "**Applications**"), to be served in the following manner:

On July 15, 2019, the Applications were served via the Court's CM/ECF system and via email to each of the parties listed in Exhibit A attached hereto.

On July 15, 2019, two copies of the Applications were sent by UPS overnight delivery to the chambers of the Honorable Laura Taylor Swain at the United States District Court for the Southern District of New York, Daniel P. Moynihan U.S. Courthouse, 500 Pearl Street, Suite 3212, New York, NY 10007, one copy of each Application was sent by UPS overnight delivery to Nancy J. Gargula, The Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa,

2

500 Tanca Street, Suite 301, San Juan, PR 00901, and one copy of each Application was sent on

On July 16, 2019 by US Postal Service to the following:

| | |
|---|---|
| Christian Sobrino Vega, Esq.<br>Franco Mohammad Yassin<br>Puerto Rico Fiscal Agency and Financial Advisory<br>Authority Roberto Sánchez Vilella (Minillas)<br>Government Center De Diego Ave. Stop 22<br>San Juan, Puerto Rico 00907 | John J. Rapisardi<br>Suzzanne Uhland<br>Peter Friedman<br>Nancy A. Mitchell<br>Maria DiConza<br>O'Melveny & Myers LLP 7 Times Square<br>New York, New York 10036 |
| Andrés W. López<br>Law Offices of Andrés W. López 902 Fernández<br>Juncos Ave.<br>San Juan, PR 00907 | David D. Cleary<br>Nathan A. Haynes<br>Kevin D. Finger<br>Greenberg Traurig LLP 200 Park Avenue<br>New York, New York 10166 |
| Arturo Diaz-Angueira<br>Katiuska Bolaños-Lugo<br>Cancio, Nadal, Rivera & Díaz, P.S.C.<br>PO Box 364966<br>San Juan, PR 00936-4966 | Martin J. Bienenstock<br>Ehud Barak<br>Proskauer Rose LLP Eleven Times Square<br>New York, New York 10036-8299 |
| Paul V. Possinger<br>Proskauer Rose LLP<br>70 West Madison Street<br>Chicago, IL 60602 | Hermann D. Bauer, Esq.<br>O'Neill & Borges LLC<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813 |
| Luc. A. Despins<br>James Bliss<br>James Worthington<br>G. Alexander Bongartz<br>Paul Hastings LLP 200 Park Avenue<br>New York, New York 10166 | Juan J. Casillas Ayala<br>Diana M. Batlle-Barasorda<br>Alberto J. E. Añeses Negrón<br>Ericka C. Montull-Novoa<br>Casillas, Santiago & Torres LLC<br>53 Palmeras Street, Ste. 1601<br>San Juan, Puerto Rico 00901-2419 |
| Luis C. Marini-Biaggi<br>Carolina Velaz-Rivero<br>Maria T. Alvarez-Santos, Esq.<br>Marini Pietrantoni Muniz LLC<br>MCS Plaza, Suite 500<br>255 Ponce de Leon Ave.<br>San Juan, PR 00917 | Reylam Guerra Goderich<br>Omar Rodriguez Perez<br>Angel L. Pantoja Rodriguez<br>Francisco Pares Alicea<br>Francisco Pena Montanez<br>The Puerto Rico Department of Treasury<br>P.O. Box 9024140<br>San Juan, PR 00902-4140 |
| Eyck O. Lugo<br>EDGE Legal Strategies PSC<br>252 Ponce de Leon Avenue Citibank Tower, 12th<br>Floor San Juan, PR 00918 | Katherine Stadler<br>Godfrey & Kahn S.C.<br>One East Main Street Suite 500<br>Madison, WI 53703 |

| | |
|---|---|
| July 17, 2019 | Respectfully submitted, |
| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
| By: | By: |
| */s/ Robert Gordon* | */s/ A.J. Bennazar-Zequeira* |
| Robert Gordon (admitted *pro hac vice*)<br>Richard Levin (admitted *pro hac vice*)<br>919 Third Ave<br>New York, NY 10022-3908<br>rgordon@jenner.com<br>rlevin@jenner.com<br>212-891-1600 (telephone)<br>212-891-1699 (facsimile) | A.J. Bennazar-Zequeira<br>Edificio Union Plaza<br>PH-A piso 18<br>Avenida Ponce de León #416<br>Hato Rey, San Juan<br>Puerto Rico 00918<br>ajb@bennazar.org<br>787-754-9191 (telephone)<br>787-764-3101 (facsimile) |
| Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, IL 60654<br>csteege@jenner.com<br>mroot@jenner.com<br>312-222-9350 (telephone) | *Proposed Counsel for The Official Committee of Retired Employees of Puerto Rico* |

4

## EXHIBIT A

## EMAIL SERVICE

CEO@aafaf.pr.gov
Mohammad.Yassin@aafaf.pr.gov
jrapisardi@omm.com
suhland@omm.com
pfriedman@omm.com
mitchelln@omm.com
mdiconza@omm.com
andres@awllaw.com
clearyd@gtlaw.com
haynesn@gtlaw.com
fingerk@gtlaw.com
adiaz@cnrd.com
kbolanos@cnrd.com
mbienenstock@proskauer.com
ppossinger@proskauer.com
ebarak@proskauer.com
mzerjal@proskauer.com
ctheodoridis@proskauer.com
hermann.bauer@oneillborges.com
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
AAneses@cstlawpr.com
emontull@cstlawpr.com
lmarini@mpmlawpr.com
cvelaz@mpmlawpr.com
malvarez@mpmlaw.pr.com
Reylam.Guerra@haciendapr.gov
Rodriguez.Omar@hacienda.pr.gov
Angel.pantoja@hacienda.pr.gov
Francisco.pares@hacienda.pr.gov
Francisco.Pena@hacienda.pr.gov
elugo@edgelegalpr.com
Kstadler@gklaw.com