# EXHIBIT 1

*CERTIFIED TRANSLATION*            BY: OLGA M. ALICEA, FCCI, NJITCE-S

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

CASE 17-03283-LTS        [Document filing stamp
       2019 JUN 17 PM 4:56]

DOC# 72248-2   FILED: 06/06/19

## REPLY TO COLLECTIVE OBJECTION

**(I)**   **JESÚS LIBRADA SANZ**

Alturas del Villas del Rey Dev.

G-5 El Damasco  Caguas, P.R.  00727-6745

librodejesus@yahoo.es

**(ii)**   **LEGEND**

1. The United States District Court for the District of Puerto Rico
2. Bonds of the retirement system of the Employees of the Commonwealth of Puerto Rico
3. Deficient Claims – Thirty-ninth collective Objection
   Attachment to deficient claims.
4. Case No: 17 BK03566-LTS
5. DEBTOR: Retirement System: The employees of the Government of the Commonwealth of Puerto Rico
6. CLAIM NUMBER: 60916
7. AMOUNT CLAIMS: $30,000.00

   CUSIP: 29216 MBL3

**REASONS FOR ME TO OPPOSE THE THIRTY-NINTH OBJECTION – SUMMARIES 1) EFFICIENT**

     A) On page 9-18 there is an error in the amount that is claimed. In the Exhibit It is written 60,000.00 and as it appears in the claim sent by me previously on the claims form it is $30,000.00. CUSIP: 29216MBL3

     B) As Mr. Guillermo Machuca, U.B.S. employee, informed and assured me, the bonds were guaranteed by the Constitution and Laws

<u>CERTIFIED TRANSLATION</u>                                    by: Olga M. Alicea, fcci, njitce-s

      of the Comm.  This was his response to my doubts regarding the Capital and interest since I wanted them for my retirement.

c)      I purchased the bonds with the fruit of my work and savings and with a moderate lifestyle and thinking about the last period of my life and concerns about solitude, poverty, and the inability to fend for myself.  So it is zero speculation.

D)      The State and democracy are based on the legal assurance the citizens have in the State's institutions.

    1.      Registration of claim on my part – sent previously.

        CUSIP:  29216 MBL   $30,000.00

    2.      Monthly and annual report   1) U.B.S. on the payment of interest Deposited in my account at Banco Santander

    3.      The purchase of bonds of the Comm.'s employees Retirement System, amount, cost, and maturity 0/0 interest.

---

CERTIFICATION

I, Olga M. Alicea, an English-Spanish Interpreter and Translator certified to that effect by the Administrative Office of the U.S. Courts and by the National Association of Judiciary Interpreters & Translators (NAJIT), do hereby certify that I have personally translated the foregoing document from Spanish to English and that the translation is true and accurate to the best of my knowledge and abilities.

S/   Olga M. Alicea                                                           July 12, 2019
Olga M. Alicea, fcci, njitce-s                                             date
Fed. Cert. No. 98-005                                                      Ref: OB-P1701.836