# EXHIBIT 2

<u>CERTIFIED TRANSLATION</u>                                  BY: OLGA M. ALICEA, FCCI, NJITCE-S

*[Handwritten document]*

July 4, 2019

Office of the Clerk                              [Document filing stamp
United States District Court                      2019 JUL 8 PM 4: 27]
Room 150 Federal Building
San Juan, P.R. 00918-1767

                                             Re: United States District Court
                                                Debtor Commonwealth
                                                of P.R.
                                                Case 17 BK 3283LTS

Gentlemen:

      This is to make an objection in case 17 BK 3283-LTS Doc . # 7267 since in the forty-fifth collection objection Exhibit A Doc #7267 filed 06/06/19 it states that I do not possess Bonds of the Retirement System of Gov. Employees of the Comm. of P.R. I attach Statement from the UBS Firm where Francisco Toro de Osuna and Viviana Vélez Pérez possess $50,000.00 in those bonds. We hereby object to such objection.

                                                Sincerely

                                                (Signed)
                                                Francisco Toro Osuna
                                                Viviana Vélez Pérez

PS: Attorney Supervisory Committee      Ext. Quintas de Santa Maria Dev. 28
PS: Attorney Creditors Committee          Mayagüez P.R. 00682
                                              Tel 787-951-5790

I certify that I sent copies letter          ing.franciscotoro@gmail.com
to these persons F.T.O.

---

**CERTIFICATION**
I, Olga M. Alicea, an English-Spanish Interpreter and Translator certified to that effect by the Administrative Office of the U.S. Courts and by the National Association of Judiciary Interpreters & Translators (NAJIT), do hereby certify that I have personally translated the foregoing document from Spanish to English and that the translation is true and accurate to the best of my knowledge and abilities.

S/ Olga M. Alicea                                        July 12, 2019
Olga M. Alicea, fcci, njitce-s                                DATE
Fed. Cert. No. 98-005                                     Ref: OB-P1701.836