# EXHIBIT 3

*CERTIFIED TRANSLATION*                            BY: OLGA M. ALICEA, FCCI, NJITCE-S

Lillian Teresa Azize Alvarez
P.O. Box 20083
San Juan, Puerto Rico 00928

July 9, 2019

Office of the Clerk
United States District Court
Room 150 Federal Building                          [Document filing stamp
San Juan, Puerto Rico  00918-1767                   2019 Jul 10  PM  3: 59]

                              Re:  Claim
Number 37571

To whom it may concern:

The contact information is as follows:

My name is Lillian Teresa Azize Alvarez. My domicile is at
787 Diana Street in the Dos Pinos Development in San Juan,
Puerto Rico 00923 and with telephone number 787-398-1006. My
email is llilliantazize@gmail.com.

The title to answer the communication received in
document 7275 filed on June 6, 2019, is as follows:

        United States District Court in San Juan,
Puerto Rico,
        Debtor: Commonwealth of Puerto Rico
        Case Number 17BK-03283 LTS
        Title of Collective Objection #48 – Amended
Claims

Reasons for the Opposition to the Collective Objection:

As is shown in the statement of account as at June 30, 2019
of investment maintained at the UBS brokerage firm, the par
value of the instrument with CUSIP # 745211L19 is $100,000.  The
sum of $37,250 corresponds to the reduction in value as at the
date of June 13, 2018, when the claim was submitted.
I reiterate that the correct amount claimed by
the undersigned is $100,000.  There is no logical reason for

*CERTIFIED TRANSLATION*                                    BY: OLGA M. ALICEA, FCCI, NJITCE-S

the initial claim to have been for the amount of the par value and
later it had been amended to present a lower balance.  In
any event the inverse occurred.

Should you need additional information you may contact
me at 787-754-1828.

Sincerely,

(Signed)
Lillian Teresa Azize

CERTIFICATION
I, OLGA M. ALICEA, AN ENGLISH-SPANISH INTERPRETER AND TRANSLATOR CERTIFIED TO THAT EFFECT BY THE
ADMINISTRATIVE OFFICE OF THE U.S. COURTS AND BY THE NATIONAL ASSOCIATION OF JUDICIARY INTERPRETERS &
TRANSLATORS (NAJIT), DO HEREBY CERTIFY THAT I HAVE PERSONALLY TRANSLATED THE FOREGOING DOCUMENT FROM
SPANISH TO ENGLISH AND THAT THE TRANSLATION IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND ABILITIES.

S/ OLGA M. ALICEA                                              JULY 12, 2019
OLGA M. ALICEA, FCCI, NJITCE-S                                        DATE
FED. CERT. NO. 98-005                                      REF: OB-P1701.836