UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, HTA and ERS.** |

### NOTICE OF (A) WITHDRAWAL OF OBJECTIONS TO CERTAIN CLAIMS AND (B) SUBMISSION OF AMENDED EXHIBITS TO CLAIM OBJECTIONS

To the Honorable United States District Court Judge Laura Taylor Swain:

1. Scheduled for hearing on July 24, 2019 are certain objections (each, an "Objection") to claims filed against the Commonwealth of Puerto Rico (the "Commonwealth"), Puerto Rico Highways and Transportation Authority ("HTA"), and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS").

2. In light of responses filed by certain claimants, the Commonwealth, HTA, and ERS by and through the Financial Oversight and Management Board (the "Oversight Board"), as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] respectfully submits herewith amended versions of exhibits accompanying certain claims objections, with the following changes reflected:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA has been codified in 48 U.S.C. §§ 2101–2241.

- Exhibits A and D to the *Thirty-Sixth Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Bond Claims,* ECF No. 7248, withdrawing ERS's objections as to Proofs of Claim Nos. 8496, 21906, 27559, 29281, and 30981;

- Exhibits A and D to the *Thirty-Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Bond Claims*, ECF No. 7245, withdrawing ERS's objection as to Proof of Claim No. 21506;

- Exhibits A and D to the *Thirty-Ninth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims,* ECF No. 7248, withdrawing HTA and ERS's objections as to Proofs of Claim Nos. 7374, 14707, and 49689;

- Exhibits A and D to the *Forty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of Puerto Rico to Claims Asserted Against the Incorrect Debtor,* ECF No. 7265, withdrawing the Commonwealth, HTA, and ERS's objection as to Proof of Claim No. 19793;

- Exhibits A and D to the *Forty-Fifth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient and Incorrect Debtor Claims,* ECF No. 7267, withdrawing HTA and ERS's objection as to Proof of Claim No. 2426.

- Exhibits A and D to the *Forty-Sixth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Subsequently Amended Claims,* ECF No. 7269, withdrawing HTA and ERS's objections as to Proofs of Claim Nos. 42657 and 74244;

- Exhibits A and D to the *Forty-Seventh Omnibus Objection of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transpiration Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Exact Duplicate Claims*, ECF No. 7274, withdrawing the Commonwealth, HTA, and ERS's objections as to Proofs of Claim Nos. 4697, 7756, 28549, 32565, 35898, 36996, 13936, and 82472, and as the Debtors continue to work with creditors to address claim differentiation among multiple claimants, to avoid any prejudice to claimants, the Debtor withdraws its objection to Proof of Claim No. 13261;

- Exhibits A and D to the *Forty-Eighth Omnibus Objection of the Commonwealth of Puerto Rico to Subsequently Amended Claims*, ECF No. 7275, withdrawing the Commonwealth's objections as to Proofs of Claim Nos. 514, 14164, 17768, and 26971, and, as the Debtors continue to work with creditors to address claim differentiation among multiple claimants, to avoid any prejudice to claimants, the Debtor withdraws

2

its objection to Proof of Claim No. 27901, 30930, 32892, 33218, 37037, and 86124;

- Exhibits A and D to the *Fifty-Third Omnibus Objection of the Commonwealth of Puerto Rico to Duplicate, Deficient, and Incorrect Debtor Claims*, ECF No. 7282, withdrawing the Commonwealth's objections as to Proof of Claim No. 1859;

- Exhibits A and D to the *Fifty-Fourth Omnibus Objection of the Commonwealth of Puerto Rico to Duplicate Claims of PBA Bondholders*, ECF No. 7284, reflecting the adjournment of the Commonwealth's objections as to Proofs of Claim Nos. 136008 and 147091;

- Exhibits A and D to the *Fifty-Fifth Omnibus Objection of the Commonwealth of Puerto Rico to Duplicate Claims of HTA Bondholders*, ECF No. 7285, withdrawing the Commonwealth's objections as to Proofs of Claim Nos. 4446, 10274, 15973, and 101593;

- Exhibits A and D to the *Fifty-Sixth Omnibus Objection of the Commonwealth of Puerto Rico to Duplicate Bond Claims*, ECF No. 7286, withdrawing the Commonwealth's objection as to Proofs of Claim Nos. 64 and 6790.

The Debtors reserve their rights to object to any of the above-referenced proofs of claim on any grounds whatsoever.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: July 17, 2019<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>/s/ *Hermann D. Bauer*<br>Hermann D. Bauer<br>USDC No. 215205<br>Carla García Benítez<br>USDC No. 203708<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br><br>Martin J. Bienenstock (*pro hac vice*)<br>Brian S. Rosen (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Attorneys for the Financial*<br>*Oversight and Management Board*<br>*as representative for the Debtors* |