# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br><br>                               Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## INFORMATIVE MOTION OF THE QTCB NOTEHOLDER GROUP REGARDING JULY 24-25, 2019 OMNIBUS HEARING

The QTCB Noteholder Group[2] hereby submits this informative motion pursuant to the Court's *Order Regarding Procedures for Attendance, Participation and Observation of July 24-25, 2019 Omnibus Hearing* (Case No. 17-BK-3283, Dkt. No. 7963), and respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers listed as Bankruptcy Case numbers due to software limitations).

[2] The QTCB Noteholder Group has the same meaning as set forth in *Notice of Appearance and Request for Notice* [Dkt. No. 134] and *Third Supplemental Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019* [Dkt. No. 7659].

1. Kurt A. Mayr and Shannon B. Wolf of Bracewell LLP will appear in person on behalf of the QTCB Noteholder Group at the July 24-25, 2019, hearing in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767 to address, as necessary, the following matters:

   a) *Financial Oversight and Management Board for Puerto Rico's Motion to Stay Contested Matters Pending Confirmation of Commonwealth Plan of Adjustment* [Dkt. No. 7640] (the "Contested Matters Stay Motion");

   b) *Renewed Motion of the Ad Hoc Group of General Obligation Bondholders, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures With Respect to Omnibus Conditional Objection to Claims Filed or Asserted by the Public Buildings Authority, Holders of Public Buildings Authority Bonds, and Holders of Certain Commonwealth General Obligation Bonds* [Dkt. No. 7814] (the "Renewed Procedures Motion");

   c) *Plaintiff Financial Oversight and Management Board for Puerto Rico's Motion to Stay PBA Adversary Proceeding Pending Confirmation of Commonwealth Plan of Adjustment* [Adv. Pro. Case No. 18-0149-LTS, Dkt. No. 99] (the "Adversary Proceeding Stay Motion");

   d) *Motion of (i) Financial Oversight and Management Board, Acting Through Its Special Claims Committee, and (ii) Official Committee of Unsecured Creditors, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, to (a) Extend Deadlines and (b) Establish Revised Procedures with Respect to Omnibus Objections to Claims by Holders of Certain Commonwealth General Obligation Bonds Issued in 2011, 2012 and 2014, and for Related Relief* [Docket No. 7137] (the "Amended GO Procedures Motion"); and

   e) Any objections, responses, statements, joinders, or replies to the (i) Contested Matters Stay Motion, (ii) the Renewed Procedures Motion, (iii) the Adversary Procedures Stay Motion, and (iv) the Amended GO Procedures Motion.

2. Counsel reserves the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III cases, and/or any adversary proceeding pending in the Title III cases.

3. In addition, Mr. Sergio E. Criado of Correa Acevedo & Abesada Law Offices, PSC will also be attending, on behalf of the QTCB Noteholder Group, the July 24 -25, 2019, omnibus hearing at the United States District Court for the District of Puerto Rico.

**WHEREFORE**, the QTCB Noteholder Group respectfully requests that the Court take notice of the foregoing.

**RESPECTFULLY SUBMITTED,**

Dated: July 18, 2019
San Juan, Puerto Rico

**BRACEWELL LLP**

*/s/ Kurt A. Mayr*
Kurt A. Mayr (*pro hac vice*)
David L. Lawton (*pro hac vice*)
Shannon Wolf (*pro hac vice*)
CityPlace I, 34th Floor
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 256-8534
Email: kurt.mayr@bracewell.com

*Counsel for the QTCB Noteholder Group*

**CORREA ACEVEDO & ABESADA LAW OFFICES, P.S.C.**

*Sergio E. Criado*
Sergio E. Criado
Centro Internacional de Mercadeo II
#90 Carr. 165 Suite 407
Guaynabo, Puerto Rico 00968-8064
ra@calopsc.com
(787) 273- 8300

*Co-Counsel for the QTCB Noteholder Group*

**I HEREBY CERTIFY** that on July 18, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notifications of such filing to all attorneys of record.

        **CORREA ACEVEDO & ABESADA**
        **LAW OFFICES, P.S.C.**

        *Sergio E. Criado*
        Sergio E. Criado
        Centro Internacional de Mercadeo II
        #90 Carr. 165 Suite 407
        Guaynabo, Puerto Rico 00968-8064
        ra@calopsc.com
        (787) 273- 8300