**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

------------------------------------------------------------------ X
                                                   :

In re:                                                   :

                                                   :

THE FINANCIAL OVERSIGHT AND           :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :   Title III

                                                   :

        as representative of                 :   Case No. 17-BK-3283 (LTS)

                                                     :

THE COMMONWEALTH OF PUERTO RICO *et al.*,   :   (Jointly Administered)

                                                    :

           Debtors.[1]                                 :
------------------------------------------------------------------ X

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746
REQUESTING ENTRY, WITHOUT A HEARING, OF ORDER AUTHORIZING
EMPLOYMENT AND RETENTION OF JOSÉ F. CARTAYA-MORALES, AS LOCAL
CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 1103(A) AND LOCAL
RULE 2014-1, EFFECTIVE AS OF MAY 30, 2019**

        Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management

procedures set forth in the *Order Further Amending Case Management Procedures* [Docket No.

8027] (the "Case Management Procedures"), the undersigned hereby certifies as follows:

        1.        On June 13, 2019, the Official Committee of Unsecured Creditors of all Title III

Debtors (other than COFINA) (the "Committee") filed and served the *Application for Order,*

*Pursuant to Bankruptcy Code Section 1103(a) and Local Rule 2014-1(e) Authorizing*

*Employment and Retention of José F. Cartaya-Morales, as Local Conflicts Counsel to Official*

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a
bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax
identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth")
(Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees
Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case
No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation
Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv)
Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last
Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy
Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

*Committee of Unsecured Creditors, Effective as of May 30, 2019* [Docket No. 7432] (the "Application").[2]

2.      The deadline to object or file a response to the Application was July 9, 2019 at 4:00 p.m. (ET) (the "Objection Deadline").  Counsel to the Committee has reviewed the Court's docket not less than forty-eight (48) hours after expiration of the Objection Deadline, and, to the best of counsel's knowledge, no objection, other responsive pleading, or request for a hearing with respect to the Application has been filed with the Court on the docket of the above-referenced case in accordance with the procedures set forth in the Case Management Procedures, nor has any objection, other responsive pleading, or request for hearing with respect to the Application been served on counsel to the Committee to date.

3.      The Case Management Procedures provide that the Court may approve the relief requested in a pleading without a hearing provided that (i) the notice filed with the request for relief includes a statement that the request for relief may be granted and an order entered without a hearing unless a timely objection is made, (ii) no objection, responsive pleading, or request for a hearing has been filed by the applicable objection deadline, and (iii) not less than forty-eight (48) hours after the objection deadline, the attorney for the moving party files with the Court a certificate stating that no objections, responsive pleading, or request for hearing with respect to such pleading have been filed or served upon the moving party, along with an order granting the relief requested in the applicable pleading.

4.      Attached hereto as Exhibit A is a copy of the proposed Order, which is identical to the version attached to the Application.

*[Remainder of page intentionally left blank.]*

---

[2]      Capitalized terms used but not defined herein have the meanings ascribed to them in the Application.

5.      For the reasons set forth in the Application, the Committee respectfully requests that the proposed Order attached hereto as Exhibit A be entered in accordance with the procedures described in the Tenth Amended Case Management Procedures.

I declare that the foregoing is true and correct.

Dated:  July 18, 2019                    */s/ G. Alexander Bongartz*

PAUL HASTINGS LLP
Luc. A. Despins, Esq. (Pro Hac Vice)
James R. Bliss, Esq. (Pro Hac Vice)
Nicholas A. Bassett, Esq. (Pro Hac Vice)
G. Alexander Bongartz, Esq. (Pro Hac Vice)
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured
Creditors*

- and -

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured
Creditors*