# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　　　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, ERS and HTA.** |

## NOTICE OF (A) WITHDRAWAL OF OBJECTIONS TO CERTAIN CLAIMS AND (B) SUBMISSION OF AMENDED EXHIBITS TO CLAIM OBJECTIONS

To the Honorable United States District Court Judge Laura Taylor Swain:

1.　　Scheduled for hearing on July 24, 2019 are certain objections (each, an "Objection") to claims filed against the Commonwealth of Puerto Rico (the "Commonwealth") and the Puerto Rico Highways and Transportation Authority ("HTA").

2.　　In light of responses filed by certain claimants, the Commonwealth, by and through the Financial Oversight and Management Board (the "Oversight Board"), as the Commonwealth's and HTA's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] respectfully submits herewith amended versions of exhibits accompanying certain claims objections, with the following changes reflected:

- Exhibits A and D to the *Thirty-Fifth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority to Duplicate Bond Claims*, ECF No. 7243, withdrawing HTA's objections as to Proofs of Claim No. 177, 1651, 1829,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA has been codified in 48 U.S.C. §§ 2101–2241.

2111, 2516, 3720, 6911, 8811, 10272, 20381, 76864, 89102, 90639, and 167580;

- Exhibits A and D to the *Forty-Ninth Omnibus Objection (Non-Substantive) Of the Commonwealth of Puerto Rico to Subsequently Amended Claims*, ECF No. 7276, as the Debtors continue to work with creditors to address claim differentiation among multiple claimants, to avoid any prejudice to claimants, the Debtor withdraws its objection to Proof of Claim No. 86124

- Exhibits A and D to the *Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Deficient Claims*, ECF No. 7278, withdrawing the Commonwealth's objections as to Proofs of Claim Nos. 1337, 8738, 14711, 14727, 17722, 17740, and 33919;

- Exhibits A and D to the *Fifty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate Claims of PRASA Bondholders*, ECF No. 7279, withdrawing the Commonwealth's objection as to Proofs of Claim Nos. 9149 and 35364.

The Debtors reserve their rights to object to any of the above-referenced proofs of claim on any grounds whatsoever.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: July 17, 2019<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>/s/ *Ricardo Burgos Vargas*<br>Ricardo Burgos Vargas<br>USDC No. 218210<br>**A&S LEGAL STUDIO, PSC**<br>434 Ave. Hostos<br>San Juan, PR 00918<br>Tel: (787) 751-6764<br>Fax: (787) 763-8260<br><br>*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Debtors*<br><br>/s/ *Martin J. Bienenstock*<br>Martin J. Bienenstock (*pro hac vice*)<br>Brian S. Rosen (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Co-attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Debtors* |