# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al*,<br><br>Debtors.[1] | PROMESA Title III<br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### APPLICATION OF B. ANDREW BEDNARK FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

**COMES NOW B. Andrew Bednark, Esq.** (the "Applicant") and respectfully requests *pro hac vice* admission to this Court, by stating as follows:

1. Applicant is an attorney with the law firm O'Melveny & Myers LLP with an office at:

   **Address**: 7 Times Square
   New York, NY 10036
   **E-Mail:** abednark@omm.com
   **Telephone:** (212) 326-2289
   **Fax:** (212) 326-2061

2. Applicant will sign all pleadings with the name B. Andrew Bednark.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3. Applicant does not reside in the Commonwealth of Puerto Rico.

4. Applicant has been retained as counsel by the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), to provide legal representation in connection with the above-captioned case now pending before the United States District Court for the District of Puerto Rico.

5. Since 2003, Applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where Applicant's bar license number is 4160362.

6. Applicant has also been admitted to practice before the following courts where he remains as a member in good standing:

| Court: | Admission Date: |
|---|---|
| U.S. Supreme Court | October 2007 |
| U.S. Court of Appeals, First Circuit | August 2015 |
| U.S. Court of Appeals, Second Circuit | January 2014 |
| U.S. District Court for the Eastern District of New York | January 2004 |
| U.S. District Court for the Southern District of New York | January 2004 |

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding, or criminal charges before any court or jurisdiction.

9. During the past three years, Applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with Applicant in this matter is:

**Name:** Luis C. Marini-Biaggi, Esq.
**USDC-PR Bar No:** 222301
**Email:** lmarini@mpmlawpr.com
**Address:** MARINI PIETRANTONI MUÑIZ LLC
250 Ponce de Leon Ave., Suite 900
San Juan, Puerto Rico 00918

        **Telephone:**    (787) 705-2171
        **Fax:**    (787) 936-7494

11. Applicant has been furnished a copy of, and has read, the Local Rules of the United States District Court for the District of Puerto Rico and agreed to comply with them in their entirety.

12. Applicant is further aware that such rules provide in part that attorneys appearing *pro hac vice* must pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee shall be completed either through the CM/ECF payment module (using the pay.gov portal) or by attaching a check or money order payable to "Clerk, U.S. District Court."

**WHEREFORE**, Applicant respectfully requests to be admitted to practice in the United States Court for the District of Puerto Rico for the above-captioned case only.

In New York, New York, this 18th day of July, 2019.

        */s/ B. Andrew Bednark*
        B. Andrew Bednark

*Remainder of Page Intentionally Left Blank*

I HEREBY CERTIFY that I consent to the designation of local counsel of record for all purposes pursuant to Local Rule 83A (f).

In San Juan, Puerto Rico, this 18th day of July, 2019

                                                 */s/ Luis C. Marini-Biaggi*
                                                 Luis C. Marini-Biaggi, Esq.
                                                 USDC-PR No. 222301