UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALL TITLE III DEBTORS (OTHER THAN COFINA),<br><br>Plaintiffs,<br><br>and<br><br>THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES OF PUERTO RICO,<br><br>Plaintiff-Intervenor<br><br>v. | Adv. Pro. No. 18-00149 |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

PUERTO RICO PUBLIC BUILDINGS AUTHORITY,

Defendant

and

PBA FUNDS, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., THE QTCB NOTEHOLDER GROUP, NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, AMBAC ASSURANCE CORPORATION, AND THE LAWFUL CONSTITUTIONAL DEBT COALITION,

Defendant-Intervenors.

**INFORMATIVE MOTION OF PUERTO RICO PUBLIC BUILDINGS AUTHORITY REGARDING THE JULY 24-25, 2019 OMNIBUS HEARING**

To the Honorable United States District Court Judge Laura Taylor Swain:

Puerto Rico Public Buildings Authority ("PBA") hereby submits this informative motion in compliance with the *Order Regarding Procedures for Attendance, Participation and Observation of July 24-25, 2019 Omnibus Hearing* (ECF No. 7963 in Case No. 17-BK-3283 (the "Title III Case"), and respectfully states as follows:

1. Toby L. Gerber, Lawrence A. Bauer, Peter L. Canzano and Bob B. Bruner of Norton Rose Fulbright US LLP, and Julio J. Pagán Pérez of The Garffer Group Of Legal Advisors, LLC, intend to appear on behalf of PBA at the July 24-25, 2019 Omnibus Hearing in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

2. Mr. Gerber and/or Mr. Bruner intend to address the Court in connection with the *Plaintiff Financial Oversight and Management Board for Puerto Rico's Motion to Stay PBA Adversary Proceeding Pending Confirmation of Commonwealth Plan of Adjustment* (ECF No.

2

99 in Adv. Pro. No. 18-00149), and any responses, objections, replies, statements, joinders, or other pleadings related to the motion.

3. Mr. Gerber, Mr. Bauer, Mr. Canzano, Mr. Bruner and Mr. Pagán reserve the right to be heard on any matter raised by any party at the hearing as concerns PBA related to the Title III Case, or any adversary proceeding pending in the Title III Case, or the interests of PBA.

Dated: July 18, 2019
      San Juan, Puerto Rico

By: */s/ Julio J. Pagán Pérez*
Julio J. Pagán Pérez
USDC PR No. 223004
Telephone: (787) 607-0906
julio.pagan@g2la.com

**THE GARFFER GROUP OF LEGAL ADVISORS, LLC**
419 Calle De Diego
Suite 311 Urb Santa Barbara
San Juan, Puerto Rico 00923
Telephone: (787) 545-4455

-and-

**NORTON ROSE FULBRIGHT US LLP**
Toby L. Gerber (*pro hac vice* granted)
Bob B. Bruner (*pro hac vice* granted)
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
toby.gerber@nortonrosefulbright.com
bob.bruner@nortonrosefulbright.com

Lawrence A. Bauer (*pro hac vice* granted)
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: (212) 318-3078
lawrence.bauer@nortonrosefulbright.com

Peter L. Canzano (*pro hac vice* granted)

> 799 9th Street NW, Suite 1000
> Washington, D.C. 20001
> Telephone: (202) 662-4760
> peter.canzano@nortonrosefulbright.com

## CERTIFICATE OF SERVICE

    I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the above-captioned case.

At San Juan, Puerto Rico, this 18th day of July 2019

> By: */s/ Julio J. Pagán Pérez*
> Julio J. Pagán Pérez

4