# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br><br>(Jointly Administered) |

## INFORMATIVE MOTION REGARDING U.S. BANK'S APPEARANCE AT JULY 24, 2019 OMNIBUS HEARING

**PLEASE TAKE NOTICE** that Robin Keller from the New York, New York office of Hogan Lovells US LLP will appear on behalf of U.S. Bank Trust National Association ("U.S. Bank"), at the July 24, 2019 omnibus hearing by video teleconference in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. U.S. Bank currently serves as trustee for the PRIFA Special Tax Revenue Bonds Series 2005A, 2005B, Refunding Series 2005C and Series 2006,[2] and in this capacity its legal representatives reserve the right to be heard on any

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] U.S. Bank and/or U.S. Bank National Association is the trustee, successor trustee and/or fiscal agent for numerous series of bonds issued by Puerto Rico public issuers, including the Puerto Rico Housing Finance Authority (HFA), Puerto Rico Infrastructure Financing Authority (PRIFA), Puerto Rico Public Finance Corporation (PFC), Children's Trust (CT), Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing

matter raised by any party at the hearing related to *Ambac Assurance Corporation's Motion and Memorandum of Law in Support of its Motion Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds* **[Dkt. No. 7176]**.

**RESPECTFULLY SUBMITTED,** in San Juan, Puerto Rico, this 18th day of July, 2019.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, a copy of this document will be served via electronic mail or U.S. mail to all case participants.

[*Remainder of page left intentionally blank*]

---

Authority (AFICA), Puerto Rico Municipal Finance Agency (MFA), Puerto Rico Industrial Development Company (PRIDCO), and the fiscal agent for Public Buildings Authority, and trustee for PREPA (represented by other counsel).

Dated: July 18, 2019

By: /s/ *Eric A. Tulla*

**RIVERA, TULLA AND FERRER, LLC**
Eric A. Tulla
USDC-DPR No. 118313
Iris J. Cabrera-Gómez
USDC-DPR No. 221101
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787)753-0438
Fax: (787)767-5784 (787)766-0409
etulla@ riveratulla.com
icabrera@riveratulla.com

and

**HOGAN LOVELLS US LLP**
Robin E. Keller, Esq.
Ronald J. Silverman, Esq.
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
robin.keller@hoganlovells.com
ronald.silverman@hoganlovells.com

*Counsel to U.S. Bank Trust National Association*