# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) | No. 17 BK 3283-LTS |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, | ) | No. 17 BK 3283-LTS |
| | ) | |
| PUERTO RICO HIGHWAYS & | ) | No. 17 BK 3567-LTS |
| TRANSPORTATION AUTHORITY, | ) | (This Filing Relates to |
| | ) | These Debtors) |
| Debtor. | ) | |

**PEAJE INVESTMENTS LLC AND DAVIDSON KEMPNER CAPITAL MANAGEMENT LP'S INFORMATIVE MOTION AND NOTICE OF <u>REQUEST TO BE HEARD AT THE JULY 24-25, 2019 OMNIBUS HEARING</u>**

The undersigned, counsel to Peaje Investments LLC ("<u>Peaje</u>") and Davidson Kempner Capital Management LP ("<u>Davidson Kempner</u>"), parties-in-interest in the above-captioned Title III cases, hereby submit this Informative Motion in response to the Court's July 15 Order (*see* Case No. 17 BK 3283-LTS [Dkt. No. 7963]) (the "<u>Order</u>") concerning attendance at the July 24-25 Omnibus Hearing (the "<u>Hearing</u>").

Pursuant to the Order, the undersigned counsel hereby informs the Court that Richard J. Schell of the firm Monserrate Simonet & Gierbolini, LLC will attend the Hearing in the San Juan courtroom and reserves the right to present argument with respect to any agenda item and

25889690

respond as necessary to any statements made by any party which implicate Peaje's or Davidson Kempner's interests. In addition, G. Eric Brunstad, Jr. and/or Stuart T. Steinberg and/or Michael S. Doluisio and/or Yehuda Goor of Dechert LLP reserve the right to attend the Hearing in the New York courtroom and present argument with respect to any agenda item and respond as necessary to any statements made by any party which implicate Peaje's or Davidson Kempner's interests, including with respect to any proposed case management order.

**RESPECTFULLY SUBMITTED**, this 18th day of July, 2019.

| | |
|---|---|
| **MONSERRATE SIMONET & GIERBOLINI, LLC** | **DECHERT LLP** |
| | */s/ Allan S. Brilliant* |
| Dora L. Monserrate Peñagarícano | Allan S. Brilliant (*pro hac vice*) |
| USDC-PR No. 212612 | G. Eric Brunstad, Jr. (*pro hac vice*) |
| 101 San Patricio Avenue | Yehuda Goor (*pro hac vice*) |
| Maramar Plaza, Suite 1120 | 1095 Avenue of the Americas |
| Guaynabo, Puerto Rico 00968 | New York, NY 10036-6797 |
| Phone: (787) 620-5300 | allan.brilliant@dechert.com |
| Fax: (787) 620-5305 | eric.brunstad@dechert.com |
| | yehuda.goor@dechert.com |
| | Tel: (212) 698-3500 |
| | Fax: (212) 698-3599 |

*Attorneys for Peaje Investments LLC and Davidson Kempner Capital Management LP*

25889690

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of July 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification to all counsel of record of such filing.

Dated: July 18, 2019

                                                      */s/ Brett Stone*
                                                     By: Brett Stone
                                                   Title: Paralegal, Dechert LLP

25889690