UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                  Debtors. [1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### MOTION TO INFORM DESTILERIAS SERRALES, INC.'S APPEARANCE AT THE JULY 24-25 OMNIBUS HEARING

**COMES NOW** Destilerias Serrales, Inc. ("Serralles"), by and through the undersigned legal counsel, and respectfully submits this motion in compliance with the Court's *Order Regarding Procedures for Attendance, Participation and Observation of July 24-25, 2019 Omnibus Hearing* (the "Scheduling Order") (Dkt. No. 7963):

    1.    Nayuan Zouairabani of McConnell Valdés, LLC will appear on behalf of Serralles at the July 24 -25 omnibus hearing. (the "Hearing"). Counsel Zouairabani will appear in person in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767, to present oral argument regarding:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

    a. The *AMBAC Assurance Corporation's Motion for Entry of Order Authorizing Discovery under Bankruptcy Rule 2004 Concerning PRIFA Rum Taxes* (Dkt. No. 7328);

    b. The *Opposition to AMBAC's Motion for Entry of Order Authorizing Discovery under Bankruptcy Rule 2004 Concerning PRIFA Rum Taxes* (Dkt. No. 7891);

    c. The *Bacardi International Limited's and Bacardi Corporation's Objection to Ambac Assurance Corporation Motion* (Dkt. No. 7897);

    d. The *Joinder by Serralles to the Oversight Board and Bacardi's Opposition to Ambacs' Motion for Entry of Order Authorizing Discovery under Bankruptcy Rule 2004 Concerning PRIFA Rum Taxes* (Dkt. No. 7912); and

    e. *Ambac Assurance Corporation's Reply in Further Support of its Motion For Entry of Order Authorizing Discovery under Bankruptcy Rule 2004 Concerning PRIFA Rum Taxes* (Dkt. No. 8029).

2. Serralles reserves the right to respond, as necessary, to any statements made at the Hearing in connection with the above-referenced pleadings or otherwise made by any party as to any related matters of the instant Title III case.

**WHEREFORE**, Serralles respectfully requests the Court to take note of the foregoing, and deem Serralles in compliance with the Scheduling Order (Dkt. 7963).

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 18th day of July, 2019.

                                      **MCCONNELL VALDÉS LLC**
                                      *Attorneys for Destilerias Serrales, Inc.*
                                      270 Muñoz Rivera Avenue, Suite 7
                                      Hato Rey, Puerto Rico  00918
                                        Telephone: 787-250-5632
                                        Facsimile:  787-759-9225

By: *s/Nayuan Zouairabani*
Nayuan Zouairabani
USDC No. 226411
Email: nzt@mcvpr.com

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case, and that we served the foregoing upon all the Standard Parties as identified and defined at ¶ II(A) of the Court's *Ninth Amended Notice, Case Management, and Administrative Procedures* (Dkt. No. 7115 of Case No. 17-03283 (LTS)).