**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>     Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**APPLICATION AND ORDER FOR ADMISSION**
**PRO HAC VICE OF ANDREW M. THAU**

Comes now, Andrew M. Thau, applicant herein and respectfully states:

1. Applicant is an attorney and an employee of Whitebox Advisors LLC, with offices at:

    280 Park Avenue, Suite 43W
    New York, NY 10017
    athau@whiteboxadvisors.com
    Tel. 646-205-6328
    Fax. 646-891-5080

2. Applicant will sign all pleadings with the name Andrew M. Thau.

3. Applicant has been retained personally or as a member of the above-named firm by Whitebox Advisors LLC, to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since December 7, 2004, applicant has been and presently is a member in good standing of the bar of the highest court of New York, where applicant regularly practices law. Applicant's bar license number is 4278560.

5. Applicant has been admitted to practice before the following courts:

1

| Court | Date of Admission | Bar Number |
|---|---|---|
| New York State Court | December 7, 2004 | 4278560 |
| United States District Court for the Southern District of New York | April 19, 2005 | AT5807 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceedings or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has not filed for pro hac vice admission in the United States District Court for the District of Puerto Rico to the applicant's best knowledge.

10. Local Counsel of record associated with applicant in this matter is:

   Rafael Escalera-Rodríguez
   USDC-PR No. 122609
   Sylvia M. Arizmendi
   USDC-PR No. 210714
   Carlos R. Rivera Ortiz
   USDC-PR No. 303409
   Gustavo A. Pabón Rico
   USDC-PR No. 231207
   REICHARD & ESCALERA
   MCS Plaza, Tenth Floor
   PO Box 364148
   San Juan, PR 00936-4148
   255 Ponce de León Avenue
   Hato Rey, San Juan, PR 00917
   (787) 777-8888

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee will be made through the Clerk of

the Court.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: July 18, 2019                    /s/ Andrew M. Thau
                                       Andrew M. Thau

WE HEREBY CERTIFY, pursuant to Local Rule 83A(f), that we consent to the designation of local counsel of record for all purposes.

Date: July 18, 2019          /s/Rafael Escalera-Rodriguez
Rafael Escalera-Rodriguez
USDC No. 122609

/s/ Sylvia M. Arizmendi
Sylvia M. Arizmendi
USDC No. 210714

/s/ Carlos R. Rivera Ortiz
Carlos R. Rivera Ortiz
USDC No. 303409

/s/ Gustavo A. Pabón Rico
Gustavo A. Pabón Rico
USDC No. 231207

**REICHARD & ESCALERA**
MCS Plaza, Tenth Floor
PO Box 364148
San Juan, PR 00936-4148
255 Ponce de León Avenue
Hato Rey, San Juan, PR 00917
(787) 777-8888

I HEREBY CERTIFY, that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and that I will make the corresponding payment of $300.00 *pro hac vice* admission fee.

/s/ Carlos R. Rivera Ortiz
USDC-PR No. 303409

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____day of _____, _____.

_____
**U.S. DISTRICT JUDGE**