# ATTACHMENT 1

**PROPOSED ORDER GRANTING TWENTY-SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO SUBSEQUENTLY AMENDED CLAIMS**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to HTA.** |

### ORDER GRANTING TWENTY-SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO SUBSEQUENTLY AMENDED CLAIMS

Upon the *Twenty-Second Omnibus Objection (Non-Substantive) of Puerto Rico Highways and Transportation Authority to Subsequently Amended Claims* ("Twenty-Second Omnibus Objection")[2] filed by the Puerto Rico Highways and Transportation Authority ("HTA"), dated April 15, 2019, for entry of an order disallowing in their entirety certain claims filed against HTA, as more fully set forth in the Twenty-Second Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Twenty-Second Omnibus Objection and to grant the relief requested therein pursuant to Section 306(a) of the *Puerto Rico Oversight, Management,*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Twenty-Second Omnibus Objection.

2

*and Economic Stability Act* ("PROMESA")[3]; and venue being proper pursuant to Section 307(a) of PROMESA; and due and proper notice of the Twenty-Second Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Claims to be Disallowed" in Exhibit A attached hereto (collectively, the "Claims to Be Disallowed"), having been amended and superseded by the subsequently filed proofs of claim identified in the column titled "Remaining Claims" in Exhibit A (collectively, the "Remaining Claims"); and the Court having determined that the relief sought in the Twenty-Second Omnibus Objection is in the best interests of HTA, its creditors, and all the parties in interest; and, upon the record of the hearing held on the Twentieth Omnibus Objection on June 12, 2019, the rulings made therein, and the Court having determined that the legal and factual bases set forth in the Twenty-Second Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Twenty-Second Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that the Debtors' right to object to the Remaining Claims is reserved; and it is further

ORDERED that Prime Clerk is authorized and directed to delete the Claims to Be Disallowed from the official claims register in the HTA Title III Case; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

---

[3] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

Dated: _____

                                                                                                 _____
Honorable Judge Laura Taylor Swain
United States District Judge

4

# **EXHIBIT A**

**Schedule of Claims Subject to the Twenty-Second Omnibus Objection**

Twenty-Second Omnibus Objection
Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ARROYO CARABALLO, MARIA E<br>URB. PALACIOS REALES<br>44 CALLE RAVENA<br>TOA ALTA, PR 00953 | 05/29/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 28869 | $ 12,925.00 | ARROYO CARABALLO, MARIA E.<br>URB. PALACIOS REALES<br>#44 CALLE RAVENA<br>TOA ALTA, PR 00953 | 06/28/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 57904 | $ 12,925.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 2 | CARMEN D. JIMENEZ GANDARA ESTATE<br>CARLOS E. TORRES<br>PO BOX 9659<br>SAN JUAN, PR 00908-0659 | 04/23/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 9614 | $ 523,166.67 | CARMEN D. JIMENEZ GANDARA ESTATE<br>CARLOS E. TORRES<br>PO BOX 9659<br>SAN JUAN, PR 00908-0659 | 07/20/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 161678 | $ 525,247.39 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 3 | FINCA MATILDE, INC.<br>FIDEICOMISO<br>MERCADO RIERA<br>9166 CALLE MARINA<br>SUITE 117<br>PONCE, PR 00717 | 04/23/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 6812 | $ 247,920.00 | FINCA MATILDE, INC.<br>9166 CALLE MARINA<br>PONCE, PR 00717 | 05/31/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 22994 | $ 7,248,000.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 4 | FINCA PERSEVERANCIA, INC.<br>MARGARITA WILSON<br>9166 CALLE MARINA<br>PONCE, PR 00717 | 05/15/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 14920 | $ 145,436.07 | FINCA PERSEVERANCIA, INC.<br>MARGARITA WILSON<br>9166 CALLE MARINA<br>PONCE, PR 00717 | 06/08/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 35047 | $ 415,436.07* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Twenty-Second Omnibus Objection
### Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | AMERINATIONAL COMMUNITY SERVICES, LLC AS SERVICER FOR THE GDB DEBT RECOVERY AUTHORITY, AS TRANSFEREE OF GOVERNMENT DEVELOPMENT BANK OF PUERTO RICO ATTN: FRANCISCO DE ARMAS PONCE DE LEON AVE. # 1519 FIRSTBANK BLDG., SUITE 1406 SAN JUAN, PR 00908 | 05/25/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 29533 | $ 2,355,974,556.98* | AMERINATIONAL COMMUNITY SERVICES, LLC AS SERVICER FOR THE GDB DEBT RECOVERY AUTHORITY, AS TRANSFEREE OF GOVERNMENT DEVELOPMENT BANK OF PUERTO RICO ATTN: FRANCISCO DE ARMAS PONCE DE LEON AVE. # 1519 FIRSTBANK BLDG., SUITE 1406 SAN JUAN, PR 00908 | 06/29/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 151149 | $ 2,300,700,063.92 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 6 | RUGG ROZANY, LINDA 42 WAGON WHEEL RD REDDING, CT 06896 | 04/12/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 7122 | Undetermined* | RUGG ROZANY, LINDA 42 WAGON WHEEL RD. REDDING, CT 06896 | 05/15/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 13753 | $ 25,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 7 | THE WILLIAM & BARBARA HERMAN FAMILY TRUST UAD 07/17/15 BARBARA J. HERMAN & WILLIAM A. HERMAN TTEES 6238 GLIDE AVE WOODLAND HILLS, CA 91367 | 04/23/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 8324 | Undetermined* | THE WILLIAM & BARBARA HERMAN FAMILY TRUST, WAD 07/17/15 BARBARA J. HERMAN & WILLIAM A. HERMAN TTEES 6238 GLIDE AVE WOODLAND HILLS, CA 91367 | 05/21/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 17716 | $ 31,081.64 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

# **ANEXO A**

## Vigésimosegunda Objeción Colectiva
### Anexo A: Reclamaciones Enmendadas

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | ARROYO CARABALLO, MARIA E<br>URB. PALACIOS REALES<br>44 CALLE RAVENA<br>TOA ALTA, PR 00953 | 05/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 28869 | $ 12,925.00 | ARROYO CARABALLO, MARIA E.<br>URB. PALACIOS REALES<br>#44 CALLE RAVENA<br>TOA ALTA, PR 00953 | 06/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 57904 | $ 12,925.00* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 2 | CARMEN D. JIMENEZ GANDARA ESTATE<br>CARLOS E. TORRES<br>PO BOX 9659<br>SAN JUAN, PR 00908-0659 | 04/23/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 9614 | $ 523,166.67 | CARMEN D. JIMENEZ GANDARA ESTATE<br>CARLOS E. TORRES<br>PO BOX 9659<br>SAN JUAN, PR 00908-0659 | 07/20/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 161678 | $ 525,247.39 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 3 | FINCA MATILDE, INC.<br>FIDEICOMISO MERCADO RIERA<br>9166 CALLE MARINA<br>SUITE 117<br>PONCE, PR 00717 | 04/23/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 6812 | $ 247,920.00 | FINCA MATILDE, INC.<br>9166 CALLE MARINA<br>PONCE, PR 00717 | 05/31/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 22994 | $ 7,248,000.00* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 4 | FINCA PERSEVERANCIA, INC.<br>MARGARITA WILSON<br>9166 CALLE MARINA<br>PONCE, PR 00717 | 05/15/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 14920 | $ 145,436.07 | FINCA PERSEVERANCIA, INC.<br>MARGARITA WILSON<br>9166 CALLE MARINA<br>PONCE, PR 00717 | 06/08/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 35047 | $ 415,436.07* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Vigésimosegunda Objeción Colectiva
### Anexo A: Reclamaciones Enmendadas

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 5 | AMERINATIONAL COMMUNITY SERVICES, LLC AS SERVICER FOR THE GDB DEBT RECOVERY AUTHORITY, AS TRANSFEREE OF GOVERNMENT DEVELOPMENT BANK OF PUERTO RICO ATTN: FRANCISCO DE ARMAS PONCE DE LEON AVE. # 1519 FIRSTBANK BLDG., SUITE 1406 SAN JUAN, PR 00908 | 05/25/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 29533 | $ 2,355,974,556.98* | AMERINATIONAL COMMUNITY SERVICES, LLC AS SERVICER FOR THE GDB DEBT RECOVERY AUTHORITY, AS TRANSFEREE OF GOVERNMENT DEVELOPMENT BANK OF PUERTO RICO ATTN: FRANCISCO DE ARMAS PONCE DE LEON AVE. # 1519 FIRSTBANK BLDG., SUITE 1406 SAN JUAN, PR 00908 | 06/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 151149 | $ 2,300,700,063.92 |

Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | RUGG ROZANY, LINDA 42 WAGON WHEEL RD REDDING, CT 06896 | 04/12/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 7122 | Indeterminado* | RUGG ROZANY, LINDA 42 WAGON WHEEL RD. REDDING, CT 06896 | 05/15/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 13753 | $ 25,000.00 |

Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | THE WILLIAM & BARBARA HERMAN FAMILY TRUST UAD 07/17/15 BARBARA J. HERMAN & WILLIAM A. HERMAN TTEES 6238 GLIDE AVE WOODLAND HILLS, CA 91367 | 04/23/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 8324 | Indeterminado* | THE WILLIAM & BARBARA HERMAN FAMILY TRUST, WAD 07/17/15 BARBARA J. HERMAN & WILLIAM A. HERMAN TTEES 6238 GLIDE AVE WOODLAND HILLS, CA 91367 | 05/21/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 17716 | $ 31,081.64 |

Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente.

\* Indica que la reclamación contiene montos por liquidar o indeterminados