# ATTACHMENT 1

**PROPOSED ORDER GRANTING TWENTY-EIGHTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO EXACT DUPLICATE CLAIMS**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　　　　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to HTA.** |

### ORDER GRANTING TWENTY-EIGHTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO EXACT DUPLICATE CLAIMS

Upon the *Twenty-Eighth Omnibus Objection (Non-Substantive) of Puerto Rico Highways and Transportation Authority to Exact Duplicate Claims* ("Twenty-Eighth Omnibus Objection")[2] filed by the Puerto Rico Highways and Transportation Authority ("HTA"), dated April 15, 2019, for entry of an order disallowing in their entirety certain claims filed against HTA, as more fully set forth in the Twenty-Eighth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Twenty-Eighth Omnibus Objection and to grant the relief

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Twenty-Eighth Omnibus Objection.

2

requested therein pursuant to Section 306(a) of PROMESA; and venue being proper pursuant to Section 307(a) of PROMESA; and due and proper notice of the Twenty-Eighth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Claims to be Disallowed" in <u>Exhibit A</u> attached hereto (collectively, the "<u>Claims to Be Disallowed</u>") being duplicative of the claims identified in the column titled "Remaining Claims" in <u>Exhibit A</u> (collectively, the "<u>Remaining Claims</u>"); and the Court having determined that the relief sought in the Twenty-Eighth Omnibus Objection is in the best interests of HTA, its creditors, and all the parties in interest; and, upon the record of the hearing held on the Twentieth Omnibus Objection on June 12, 2019, and the rulings made therein, the Court having determined that the legal and factual bases set forth in the Twenty-Eighth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Twenty-Eighth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that the Debtors' right to object to the Remaining Claims is reserved; and it is further

ORDERED that Prime Clerk is authorized and directed to delete the Claims to Be Disallowed from the official claims register in the HTA Title III Case; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

                                        Honorable Judge Laura Taylor Swain
                                        United States District Judge

3

# EXHIBIT A

**Schedule of Claims Subject to the Twenty-Eighth Omnibus Objection**

## Twenty-Eighth Omnibus Objection
## Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | GRUPO DE DESARROLLO LOS ALTOS SAN JUAN, INC. OSCAR RIVERA PO BOX 331180 MIAMI, FL 33233-1180 | 05/28/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 24504 | $ 32,365,222.00 | GRUPO DE DESARROLLO LOS ALTOS SAN JUAN, INC. OSCAR RIVERA PO BOX 331180 MIAMI, FL 33233-1180 | 05/29/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 36109 | $ 32,365,222.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 2 | LABOY ARCE, ANEIDA JOHN F KENNEDY 18 ADJUNTAS, PR 00601 | 06/27/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 47032 | Undetermined* | LABOY ARCE, ANEIDA JOHN F KENNEDY 18 ADJUNTAS, PR 00601 | 06/28/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 121253 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 3 | LAS MONJAS REALTY II, SE G.CARLO-ALTIERI LAW OFFICES 254 CALLE SAN JOSE, THIRD FLOOR SAN JUAN, PR 00901 | 06/05/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 39976 | $ 1,274,000.00* | LAS MONJAS REALTY II, SE G. CARLO-ALTIERI LAW OFFICES 254 CALLE SAN JOSE, THIRD FLOOR SAN JUAN, PR 00901 | 06/06/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 36496 | $ 1,274,000.00* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 4 | MERCADO, OSCAR OLMEDA ASOCIACIÓN DE EMPLEADOS GERENCIALES AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN APARTADO40177 ESTACIÓN MINILLAS SAN JUAN, PR 00940 | 05/22/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 18749 | Undetermined* | MERCADO, OSCAR OLMEDA ASOCIACIÓN DE EMPLEADOS GERENCIALES AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN APARTADO40177 ESTACIÓN MINILLAS SAN JUAN, PR 00940 | 05/22/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 18915 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 5 | MONTALVO, IVAN 101 BRADY ROAD SACKETS HARBOR, NY 13685-9510 | 05/21/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 18400 | $ 9,997.00 | MONTALVO, IVAN 101 BRADY ROAD SACKETS HARBOR, NY 13685-9510 | 05/25/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 30747 | $ 9,997.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Twenty-Eighth Omnibus Objection
### Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | MORALES MORALES, ILDEFONSO<br>PO BOX 63<br>CASTANER, PR 00631 | 06/28/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 65494 | Undetermined* | MORALES MORALES, ILDEFONSO<br>PO BOX 63<br>CASTANER, PR 00631 | 06/29/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 98827 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 7 | ORENGO MELENDEZ, ELY E<br>CALLE 5 #490<br>SANTA ISABEL, PR 00757 | 05/29/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 26611 | $ 80,000.00 | ORENGO MELENDEZ, ELY E<br>CALLE 5 #490<br>SANTA ISABEL, PR 00757 | 05/29/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 27107 | $ 80,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 8 | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/27/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 50598 | Undetermined* | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/28/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 125344 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 9 | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/27/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 51094 | Undetermined* | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/28/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 156972 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 10 | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/27/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 53909 | Undetermined* | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/28/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 117168 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 11 | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/27/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 54174 | Undetermined* | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/28/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 113631 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

## Twenty-Eighth Omnibus Objection
## Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 12 | RADI CORP.<br>JORGE L. COUTO GONZALEZ<br>P.O. BOX 197<br>MANATI, PR 00674 | 07/17/17 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 2 | $ 1,700,000.00* | RADI CORP.<br>JORGE L. COUTO GONZALEZ<br>P.O. BOX 197<br>MANATI, PR 00674 | 07/17/17 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 4 | $ 1,700,000.00* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 13 | RESTO HERNANDEZ, EUGENIO<br>P O BOX 344<br>CIALES, PR 00638 | 06/28/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 60644 | $ 16,000.00* | RESTO HERNANDEZ, EUGENIO<br>P.O. BOX 344<br>CIALES, PR 00638 | 07/06/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 136441 | $ 16,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 14 | RIO CONSTRUCTION CORP.<br>PAVIA & LAZARO, PSC<br>ATTN: GERARDO PAVIA CABANILLAS<br>PO BOX 9746<br>SAN JUAN, PR 00908 | 06/22/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 49852 | $ 539,146.05* | RIO CONSTRUCTION CORP.<br>PAVIA & LAZARO, PSC<br>ATTN. GERARDO PAVIA CABANILLAS<br>PO BOX 9746<br>SAN JUAN, PR 00908 | 06/25/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 50780 | $ 539,146.05 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 15 | SOTO GONZALEZ, CARLOS OMAR<br>P.O. BOX 63<br>CASTAÑER, PR 00631 | 06/29/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 81593 | Undetermined* | SOTO GONZALEZ, CARLOS OMAR<br>P.O. BOX 63<br>CASTANER, PR 00631 | 06/29/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 133963 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 16 | SUPER ASPHALT PAVEMENT CORPORATION<br>SUPER ASPHALT PAVEMENT CORPORATION<br>ATT. GERARDO PAVÍA CABANILLAS<br>PO BOX 9746<br>SAN JUAN, PR 00908 | 06/22/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 49093 | $ 1,339,823.93 | SUPER ASPHALT PAVEMENT CORPORATION<br>PAVIA & LAZARO, PSC<br>ATTN: GERARDO PAVÍA CABANILLAS<br>P.O. BOX 9746<br>SAN JUAN, PR 00908 | 06/25/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 70392 | $ 1,339,823.93 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

## Twenty-Eighth Omnibus Objection
### Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 17 | UNITED STATES DEPARTMENT OF AGRICULTURE - RURAL DEVELOPMENT BUILDING 654 PLAZA 654 MUNOZ RIVERA AVE. SUITE 601 SAN JUAN, PR 00918 | 07/06/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 160756 | $ 1,015,660.82* | UNITED STATES DEPARTMENT OF AGRICULTURE- RURAL DEVELOPMENT BUILDING 654 PLAZA, 654 MUNOZ RIVERA AVE. SUITE 601 SAN JUAN, PR 00918 | 06/29/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 95494 | $ 1,015,660.82* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 18 | UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM TRUST AMRC, LLC ATTN: JOSE LUIS RAMIREZ COLL PO BOX 13128 SAN JUAN, PR 00908 | 06/29/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 76598 | $ 34,189.67 | UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM TRUST AMRC, LLC ATTN. JOSE LUIS RAMIREZ COLL P.O BOX 13128 SAN JUAN, PR 00908 | 06/29/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 91993 | $ 34,189.67* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

# **ANEXO A**

## Vigésimoctava Objeción Colectiva
## Anexo A: Reclamaciones Duplicadas Exactas

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 GRUPO DE DESARROLLO LOS ALTOS SAN JUAN, INC. OSCAR RIVERA PO BOX 331180 MIAMI, FL 33233-1180 | 05/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 24504 | $ 32,365,222.00 | GRUPO DE DESARROLLO LOS ALTOS SAN JUAN, INC. OSCAR RIVERA PO BOX 331180 MIAMI, FL 33233-1180 | 05/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 36109 | $ 32,365,222.00 |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 2 LABOY ARCE, ANEIDA JOHN F KENNEDY 18 ADJUNTAS, PR 00601 | 06/27/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 47032 | Indeterminado* | LABOY ARCE, ANEIDA JOHN F KENNEDY 18 ADJUNTAS, PR 00601 | 06/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 121253 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 3 LAS MONJAS REALTY II, SE G.CARLO-ALTIERI LAW OFFICES 254 CALLE SAN JOSE, THIRD FLOOR SAN JUAN, PR 00901 | 06/05/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 39976 | $ 1,274,000.00* | LAS MONJAS REALTY II, SE G. CARLO-ALTIERI LAW OFFICES 254 CALLE SAN JOSE, THIRD FLOOR SAN JUAN, PR 00901 | 06/06/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 36496 | $ 1,274,000.00* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 4 MERCADO, OSCAR OLMEDA ASOCIACIÓN DE EMPLEADOS GERENCIALES AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN APARTADO40177 ESTACIÓN MINILLAS SAN JUAN, PR 00940 | 05/22/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 18749 | Indeterminado* | MERCADO, OSCAR OLMEDA ASOCIACIÓN DE EMPLEADOS GERENCIALES AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN APARTADO40177 ESTACIÓN MINILLAS SAN JUAN, PR 00940 | 05/22/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 18915 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Vigésimoctava Objeción Colectiva
### Anexo A: Reclamaciones Duplicadas Exactas

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 5 | MONTALVO, IVAN<br>101 BRADY ROAD<br>SACKETS HARBOR, NY 13685-9510 | 05/21/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 18400 | $ 9,997.00 | MONTALVO, IVAN<br>101 BRADY ROAD<br>SACKETS HARBOR, NY 13685-9510 | 05/25/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 30747 | $ 9,997.00 |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | MORALES MORALES, ILDEFONSO<br>PO BOX 63<br>CASTANER, PR 00631 | 06/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 65494 | Indeterminado* | MORALES MORALES, ILDEFONSO<br>PO BOX 63<br>CASTANER, PR 00631 | 06/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 98827 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | ORENGO MELENDEZ, ELY E<br>CALLE 5 #490<br>SANTA ISABEL, PR 00757 | 05/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 26611 | $ 80,000.00 | ORENGO MELENDEZ, ELY E<br>CALLE 5 #490<br>SANTA ISABEL, PR 00757 | 05/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 27107 | $ 80,000.00 |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/27/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 50598 | Indeterminado* | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 125344 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/27/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 51094 | Indeterminado* | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 156972 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/27/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 53909 | Indeterminado* | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 117168 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

Vigésimoctava Objeción Colectiva
Anexo A: Reclamaciones Duplicadas Exactas

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 11 | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/27/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 54174 | Indeterminado* | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 113631 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 12 | RADI CORP.<br>JORGE L. COUTO GONZALEZ<br>P.O. BOX 197<br>MANATI, PR 00674 | 07/17/17 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 2 | $ 1,700,000.00* | RADI CORP.<br>JORGE L. COUTO GONZALEZ<br>P.O. BOX 197<br>MANATI, PR 00674 | 07/17/17 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 4 | $ 1,700,000.00 |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 13 | RESTO HERNANDEZ, EUGENIO<br>P O BOX 344<br>CIALES, PR 00638 | 06/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 60644 | $ 16,000.00* | RESTO HERNANDEZ, EUGENIO<br>P.O. BOX 344<br>CIALES, PR 00638 | 07/06/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 136441 | $ 16,000.00 |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 14 | RIO CONSTRUCTION CORP.<br>PAVIA & LAZARO, PSC<br>ATTN: GERARDO PAVIA CABANILLAS<br>PO BOX 9746<br>SAN JUAN, PR 00908 | 06/22/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 49852 | $ 539,146.05 | RIO CONSTRUCTION CORP.<br>PAVIA & LAZARO, PSC<br>ATTN. GERARDO PAVIA CABANILLAS<br>PO BOX 9746<br>SAN JUAN, PR 00908 | 06/25/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 50780 | $ 539,146.05 |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 15 | SOTO GONZALEZ, CARLOS OMAR<br>P.O. BOX 63<br>CASTAÑER, PR 00631 | 06/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 81593 | Indeterminado* | SOTO GONZALEZ, CARLOS OMAR<br>P.O. BOX 63<br>CASTANER, PR 00631 | 06/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 133963 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Vigésimoctava Objeción Colectiva
Anexo A: Reclamaciones Duplicadas Exactas

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 16 SUPER ASPHALT PAVEMENT CORPORATION<br>SUPER ASPHALT PAVEMENT CORPORATION<br>ATT. GERARDO PAVÍA CABANILLAS<br>PO BOX 9746<br>SAN JUAN, PR 00908 | 06/22/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 49093 | $ 1,339,823.93 | SUPER ASPHALT PAVEMENT CORPORATION<br>PAVIA & LAZARO, PSC<br>ATTN: GERARDO PAVÍA CABANILLAS<br>P.O. BOX 9746<br>SAN JUAN, PR 00908 | 06/25/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 70392 | $ 1,339,823.93 |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 17 UNITED STATES DEPARTMENT OF AGRICULTURE - RURAL DEVELOPMENT<br>BUILDING 654 PLAZA<br>654 MUNOZ RIVERA AVE.<br>SUITE 601<br>SAN JUAN, PR 00918 | 07/06/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 160756 | $ 1,015,660.82* | UNITED STATES DEPARTMENT OF AGRICULTURE- RURAL DEVELOPMENT<br>BUILDING 654 PLAZA, 654 MUNOZ RIVERA AVE. SUITE 601<br>SAN JUAN, PR 00918 | 06/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 95494 | $ 1,015,660.82* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| 18 UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM TRUST<br>AMRC, LLC<br>ATTN: JOSE LUIS RAMIREZ COLL<br>PO BOX 13128<br>SAN JUAN, PR 00908 | 06/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 76598 | $ 34,189.67 | UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM TRUST<br>AMRC, LLC<br>ATTN. JOSE LUIS RAMIREZ COLL<br>P.O BOX 13128<br>SAN JUAN, PR 00908 | 06/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 91993 | $ 34,189.67* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.