# **ATTACHMENT 1**

**ORDER GRANTING THE THIRTY-SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO SUBSEQUENTLY AMENDED CLAIMS**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                              Debtors.¹ | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to ERS.** |

**ORDER GRANTING THE THIRTY-SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO SUBSEQUENTLY AMENDED CLAIMS**

Upon the *Thirty-Second Omnibus Objection (Non-Substantive) of the Employees Retirement System Government of the Commonwealth of Puerto Rico to Subsequently Amended Claims* ("Thirty-Second Omnibus Objection")² filed by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), dated April 15, 2019, for entry of an order disallowing in their entirety certain claims filed against ERS, as more fully set forth in the Thirty-Second Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Thirty-Second Omnibus Objection and to grant the relief requested

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

² Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Thirty-Second Omnibus Objection.

therein pursuant to Section 306(a) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[3]; and venue being proper pursuant to Section 307(a) of PROMESA; and due and proper notice of the Thirty-Second Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Claims to be Disallowed" in Exhibit A attached hereto (collectively, the "Claims to Be Disallowed"), having been amended and superseded by the subsequently filed proofs of claim identified in the column titled "Remaining Claims" in Exhibit A (collectively, the "Remaining Claims"); and the Court having determined that the relief sought in the Thirty-Second Omnibus Objection is in the best interest of ERS, its creditors, and all the parties in interest; and, upon the record of the hearing held on the Twentieth Omnibus Objection on June 12, 2019, and the rulings made therein, the Court having determined that the legal and factual bases set forth in the Thirty-Second Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Thirty-Second Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Claims to Be Disallowed are hereby disallowed in their entirety; and it is further

ORDERED that the Debtors' right to object to the Remaining Claims is reserved; and it is further

ORDERED that Prime Clerk is authorized and directed to delete the Claims to Be Disallowed from the official claims register in the ERS Title III Case; and it is further

---

[3] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

# **EXHIBIT A**

**Schedule of Claims Subject to the Thirty-Second Omnibus Objection**

## Thirty-Second Omnibus Objection
## Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ARROYO CARABALLO, MARIA E.<br>URB. PALACIOS REALES<br>44 CALLE RAVENA<br>TOA ALTA, PR 00953 | 05/29/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 28918 | $ 65,063.34 | ARROYO CARABALLO, MARIA E.<br>URB. PALACIOS REALES<br>#44 CALLE RAVENA<br>TOA ALTA, PR 00953 | 06/26/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 50011 | $ 65,063.34 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 2 | BETANCOURT COLLAZO, ANA IVONNE<br>URB. CIUDAD JARDIN<br>CALLE TRINITARIA # 266<br>CAROLINA, PR 00987 | 04/06/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 6651 | $ 33,898.32* | BETANCOURT COLLAZO, ANA IVONNE<br>PO BOX 376<br>SAINT JUST STATION<br>TRUJILLO ALTO, PR 00978-376 | 05/24/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 29994 | $ 33,898.32* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 3 | BORRERO ALDARONDO, MARCIANO E<br>URB ALTAMIRA LEVITTOWN<br>AF 3 CALLE 4<br>TOA BAJA, PR 00950 | 03/12/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 1528 | Undetermined* | ALDAHONDO, MARCIANO BORRERO<br>URB ALMIRA CALLE 4<br>AF3<br>TOA BAJA, PR 00949 | 06/26/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 51056 | $ 28,790.80 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 4 | BURGOS RODRIGUEZ, LYMARIS<br>COND RIO VISTA<br>APT I204<br>CAROLINA, PR 00987 | 05/25/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 21178 | $ 527,718.83* | BURGOS RODRIGUEZ, LYMARIS<br>COND RIO VISTA<br>APT I-204<br>CAROLINA, PR 00987 | 06/20/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 37841 | $ 52,718.83* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 5 | CARRASQUILLO SEDA, SABY L<br>URB PUERTO NUEVO<br>1121 CALLE 2 SE<br>SAN JUAN, PR 00921 | 05/08/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 12776 | $ 48,188.56* | CARRASQUILLO SEDA, SABY L<br>URB PUERTO NUEVO<br>1121 CALLE 2 SE<br>SAN JUAN, PR 00921 | 06/06/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 59524 | $ 48,188.56 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

## Thirty-Second Omnibus Objection
## Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | CEBALLOS FUENTES, RUTH E. C-10 CALLE 3 URB. EXT. VILLAS DEL PILAR CEIBA, PR 00735 | 05/02/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 10260 | Undetermined* | CEBALLOS FUENTES, RUTH E. C-10 CALLE 3 URB. EXT. VILLAS DEL PILAR CEIBA, PR 00735 | 11/30/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 167996 | $ 13,960.55 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 7 | CRUZ SANCHEZ, LYDIA COOP. TITULARES JARD DE VALENCIA 631 PEREIRA LEAL APT. 801 SAN JUAN, PR 00923 | 04/18/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 7991 | $ 46,611.49* | CRUZ SANCHEZ, LYDIA COOP. HITIARES JARD. DE VALENCIA 631 PEREIRA LEAL APT. 801 SAN JUAN, PR 00923 | 05/25/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 30381 | $ 46,611.49* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 8 | DIAZ RODRIGUEZ, CINDIA HC 80 BOX 7721 DORADO, PR 00646-9551 | 05/23/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 15074 | $ 26,000.00* | DIAZ RODRIGUEZ, CINDIA HC 80 BOX 7721 DORADO, PR 00646-9551 | 06/28/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 69069 | $ 26,000.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 9 | FRANCISCO MARTINEZ IRIZARRY ELBA I AYALA RODRIGUEZ PO BOX 949 SAN GERMAN, PR 00683 | 05/02/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 11671 | $ 632,870.00* | FRANCISCO MARTINEZ IRIZARRY AND/Y ELBA I. AYALA RODRIGUEZ P.O. BOX 949 SAN GERMAN, PR 00683 | 09/10/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 167242 | $ 633,170.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 10 | GONZALEZ AYALA, GLORIMAR VILLA COOPERATIVA A22 CALLE 1 CAROLINA, PR 00985-4203 | 05/11/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 14445 | $ 8,698.59* | GONZALEZ AYALA, GLORIMAR VILLA COOPERATIVA A 22 CALLE 1 CAROLINA, PR 00985-4203 | 06/27/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 60100 | $ 8,698.59* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Thirty-Second Omnibus Objection
### Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 11 | HIDALGO FIGUEROA, NIXA ENID<br>URB. TERRAZAS DE CUPEY<br>CALLE 6 # B-39<br>TRUJILLO ALTO, PR 00976 | 03/29/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 5474 | $ 24,379.02 | HIDALGO FIGUEROA, NIXA E.<br>B-39 TERRAZAS DE CUPAY 6<br>TRUJILLO ALTO, PR 00976 | 05/25/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 30094 | $ 24,379.02* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 12 | IVONNE MEDINA CORTES<br>828 MIGUEL XIORRO<br>SAN JUAN, PR 00924 | 05/24/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 28695 | Undetermined* | MEDINA CORTES, IVONNE<br>CIUDAD JARDIN JUNCOS<br>45 CALLE CANOABO<br>JUNCOS, PR 00777 | 06/27/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 53798 | $ 83,306.67* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 13 | JAUREGUI CASTRO, NORA<br>URB PARK GARDENS<br>Y1-15 CALLE VERSALLES<br>SAN JUAN, PR 00926 | 04/16/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 7308 | $ 120,566.65 | JAUREGUI CASTRO, NORA<br>Y1-15 CALLE VERSALLES<br>URB PARK GARDENS<br>SAN JUAN, PR 00926 | 06/05/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 56031 | $ 120,566.65* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 14 | JIMENEZ CARLO, RICKY<br>1047 CARITE STREET<br>URB VALLES DEL LAGO<br>CAGUAS, PR 00725 | 03/25/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 2488 | $ 30,000.00 | JIMENEZ CARLO, RICKY<br>URB VALLES DEL LAGO<br>1047 CARITE STREET<br>CAGUAS, PR 00725 | 05/09/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 10945 | $ 30,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 15 | LARROY DE LEON, ZOHAMY<br>PO BOX 40140<br>SAN JUAN, PR 00940-0140 | 06/04/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 31556 | $ 79,923.28* | LARROY DE LEON, ZOHAMY<br>PO BOX 40140<br>SAN JUAN, PR 00940-0140 | 06/28/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 61235 | $ 79,923.28* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

## Thirty-Second Omnibus Objection
### Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 16 | LOBETO SANFELIZ, INES<br>PO BOX 2055<br>ISABELA, PR 00662 | 04/12/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 7126 | $ 62,770.35 | LOBETO SANFELIZ, INES<br>PO BOX 2055<br>ISABELA, PR 00662 | 06/11/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 47464 | $ 41,846.90 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 17 | LOPEZ PEREZ, ANGEL L<br>URB EXT. VILLAS DEL PILAR<br>C-10 CALLE 3<br>CEIBA, PR 00735 | 05/02/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 10222 | Undetermined* | LOPEZ PEREZ, ANGEL L.<br>C-10 CALLE 3 URB. EXT. VILLAS DEL PILAR<br>CEIBA, PR 00735 | 11/30/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 167995 | $ 42,565.30 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 18 | MARCANO GARCIA, JULIO<br>CALLE LUZ ESTE Q2<br>TOA BAJA, PR 00950 | 04/06/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 6669 | $ 86,419.18 | MARCANO GARCIA, JULIO<br>CALLE LUZ ESTE Q12 LEVITTOWN<br>TOA BAJA, PR 00949 | 05/24/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 30628 | $ 86,419.18* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 19 | MARRERO NIEVES, JORGE<br>HC 9 BOX 58846<br>CAGUAS, PR 00725 | 05/24/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 33447 | Undetermined* | MARRERO NIEVES, JORGE<br>HC9 BOX 58846<br>CAGUAS, PR 00725-9242 | 08/06/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 114866 | $ 28,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 20 | MORALES MALDONADO, MANUEL<br>YI-15 CALLE VERSALLES<br>URB PARK GARDENS<br>SAN JUAN, PR 00926 | 04/16/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 7554 | $ 72,466.13* | MORALES MALDONADO, MANUEL<br>URB PARK GARDENS<br>CALLE VERSALLES Y1-15<br>SAN JUAN, PR 00926 | 06/05/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 85775 | $ 129,889.56* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

Thirty-Second Omnibus Objection
Exhibit A - Amended Claims

| | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 21 | MOYA BENIQUEZ, AWILDA<br>132 CALLE PEDRO PADILLA<br>ISABELA, PR 00662 | 04/02/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 5812 | Undetermined* | MOYA BENIQUEZ, AWILDA<br>2E RUTA 474<br>ISABELA, PR 00662 | 06/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 86466 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 22 | RIEFKOHL MOLINA, GRETCHEN<br>154 COND TAFT APT 704<br>SAN JUAN, PR 00911-2057 | 05/10/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 12888 | $ 15,585.42* | RIEFKOHL MOLINA, GRETCHEN<br>154 COND TAFT APT 704<br>SAN JUAN, PR 00911-2057 | 05/25/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 38580 | $ 15,585.42* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 23 | RIVERA RIVERA, WILLIAM<br>PO BOX 433<br>GUAYNABO, PR 00970-0433 | 05/27/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 23382 | Undetermined* | RIVERA RIVERA, WILLIAM<br>PO BOX 433<br>GUAYNABO, PR 00970-0433 | 06/26/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 52696 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 24 | ROCHE RABELL, NORMA<br>URB. UNIVERSITY GARDENS<br>277B CALLE CLEMSON<br>SAN JUAN, PR 00927-4127 | 02/26/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 647 | $ 63,992.39 | ROCHE RABELL, NORMA<br>URB. UNIVERSITY GARDENS<br>277B CALLE CLEMSON<br>SAN JUAN, PR 00927-4127 | 05/25/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 48800 | $ 65,450.40* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 25 | SERRANO HEREDIA, MARY SOPHY<br>22 ANACONDA VICTOR ROJAS 1<br>ARECIBO, PR 00612 | 05/07/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 11401 | $ 14,193.94* | SERRANO HEREDIA, MARY SOPHY<br>22 ANACONDA VICTOR ROJAS 1<br>ARECIBO, PR 00612 | 05/29/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 32296 | $ 14,193.94* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Thirty-Second Omnibus Objection
### Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 26 | TIRADO SANTOS, YAJAIRA<br>105 CALLE ACADIA APT. 402<br>SAN JUAN, PR 00926-2030 | 03/05/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 721 | $ 41,649.56* | TIRADO SANTOS, YAJAIRA<br>105 C/ACADIA APTO 402<br>SAN JUAN, PR 00926 | 05/24/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 30867 | $ 41,649.56* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 27 | VELEZ CARRION, ZULMA I<br>WR-18 RAFAEL CARRION<br>VILLA FONTANA<br>CAROLINA, PR 00987 | 04/13/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 7228 | $ 82,973.64* | VELEZ CARRION, ZULMA I.<br>C/RAFAEL CARRION WR-18<br>VILLA FONTANA<br>CAROLINA, PR 00987 | 05/25/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 31245 | $ 82,973.64* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 28 | VILLAMIL HERRANS, LOURDES M<br>Q 2 LUZ ESTE STREET<br>TOA BAJA, PR 00949 | 04/06/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 4596 | $ 44,142.77* | VILLAMIL HERRANS, LOURDES M<br>Q2 LUZ ESTE STREET<br>TOA BAJA, PR 00949 | 05/24/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 24142 | $ 44,142.77* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

# **ANEXO A**

Trigésima Segunda Objeción Colectiva
Anexo A: Reclamaciones Enmendadas

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | ARROYO CARABALLO, MARIA E. URB. PALACIOS REALES 44 CALLE RAVENA TOA ALTA, PR 00953 | 05/29/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 28918 | $ 65,063.34 | ARROYO CARABALLO, MARIA E. URB. PALACIOS REALES #44 CALLE RAVENA TOA ALTA, PR 00953 | 06/26/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 50011 | $ 65,063.34 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 2 | BETANCOURT COLLAZO, ANA IVONNE URB. CIUDAD JARDIN CALLE TRINITARIA # 266 CAROLINA, PR 00987 | 04/06/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 6651 | $ 33,898.32* | BETANCOURT COLLAZO, ANA IVONNE PO BOX 376 SAINT JUST STATION TRUJILLO ALTO, PR 00978-376 | 05/24/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 29994 | $ 33,898.32* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 3 | BORRERO ALDARONDO, MARCIANO E URB ALTAMIRA LEVITTOWN AF 3 CALLE 4 TOA BAJA, PR 00950 | 03/12/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 1528 | Indeterminado* | ALDAHONDO, MARCIANO BORRERO URB ALMIRA CALLE 4 AF3 TOA BAJA, PR 00949 | 06/26/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 51056 | $ 28,790.80 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 4 | BURGOS RODRIGUEZ, LYMARIS COND RIO VISTA APT I204 CAROLINA, PR 00987 | 05/25/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 21178 | $ 527,718.83* | BURGOS RODRIGUEZ, LYMARIS COND RIO VISTA APT I-204 CAROLINA, PR 00987 | 06/20/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 37841 | $ 52,718.83* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 5 | CARRASQUILLO SEDA, SABY L URB PUERTO NUEVO 1121 CALLE 2 SE SAN JUAN, PR 00921 | 05/08/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 12776 | $ 48,188.56* | CARRASQUILLO SEDA, SABY L URB PUERTO NUEVO 1121 CALLE 2 SE SAN JUAN, PR 00921 | 06/06/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 59524 | $ 48,188.56 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados                                     Página 1 de 6

Trigésima Segunda Objeción Colectiva
Anexo A: Reclamaciones Enmendadas

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 6 | CEBALLOS FUENTES, RUTH E. C-10 CALLE 3 URB. EXT. VILLAS DEL PILAR CEIBA, PR 00735 | 05/02/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 10260 | Indeterminado* | CEBALLOS FUENTES, RUTH E. C-10 CALLE 3 URB. EXT. VILLAS DEL PILAR CEIBA, PR 00735 | 11/30/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 167996 | $ 13,960.55 |

Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente.

| 7 | CRUZ SANCHEZ, LYDIA COOP. TITULARES JARD DE VALENCIA 631 PEREIRA LEAL APT. 801 SAN JUAN, PR 00923 | 04/18/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 7991 | $ 46,611.49* | CRUZ SANCHEZ, LYDIA COOP. HITIARES JARD. DE VALENCIA 631 PEREIRA LEAL APT. 801 SAN JUAN, PR 00923 | 05/25/18 | El Estado Libre Asociado de Puerto Rico 17 BK 03283-LTS | 30381 | $ 46,611.49* |

Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente.

| 8 | DIAZ RODRIGUEZ, CINDIA HC 80 BOX 7721 DORADO, PR 00646-9551 | 05/23/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 15074 | $ 26,000.00* | DIAZ RODRIGUEZ, CINDIA HC 80 BOX 7721 DORADO, PR 00646-9551 | 06/28/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 69069 | $ 26,000.00* |

Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente.

| 9 | FRANCISCO MARTINEZ IRIZARRY ELBA I AYALA RODRIGUEZ PO BOX 949 SAN GERMAN, PR 00683 | 05/02/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 11671 | $ 632,870.00* | FRANCISCO MARTINEZ IRIZARRY AND/Y ELBA I. AYALA RODRIGUEZ P.O. BOX 949 SAN GERMAN, PR 00683 | 09/10/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 167242 | $ 633,170.00* |

Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente.

| 10 | GONZALEZ AYALA, GLORIMAR VILLA COOPERATIVA A22 CALLE 1 CAROLINA, PR 00985-4203 | 05/11/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 14445 | $ 8,698.59* | GONZALEZ AYALA, GLORIMAR VILLA COOPERATIVA A 22 CALLE 1 CAROLINA, PR 00985-4203 | 06/27/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico 17 BK 03566-LTS | 60100 | $ 8,698.59* |

Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente.

Trigésima Segunda Objeción Colectiva
Anexo A: Reclamaciones Enmendadas

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 11 | HIDALGO FIGUEROA, NIXA ENID<br>URB. TERRAZAS DE CUPEY<br>CALLE 6 # B-39<br>TRUJILLO ALTO, PR 00976 | 03/29/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 5474 | $ 24,379.02 | HIDALGO FIGUEROA, NIXA E.<br>B-39 TERRAZAS DE CUPAY 6<br>TRUJILLO ALTO, PR 00976 | 05/25/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 30094 | $ 24,379.02* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 12 | IVONNE MEDINA CORTES<br>828 MIGUEL XIORRO<br>SAN JUAN, PR 00924 | 05/24/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 28695 | Indeterminado* | MEDINA CORTES, IVONNE<br>CIUDAD JARDIN JUNCOS<br>45 CALLE CANOABO<br>JUNCOS, PR 00777 | 06/27/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 53798 | $ 83,306.67* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 13 | JAUREGUI CASTRO, NORA<br>URB PARK GARDENS<br>Y1-15 CALLE VERSALLES<br>SAN JUAN, PR 00926 | 04/16/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 7308 | $ 120,566.65 | JAUREGUI CASTRO, NORA<br>Y1-15 CALLE VERSALLES<br>URB PARK GARDENS<br>SAN JUAN, PR 00926 | 06/05/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 56031 | $ 120,566.65* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 14 | JIMENEZ CARLO, RICKY<br>1047 CARITE STREET<br>URB VALLES DEL LAGO<br>CAGUAS, PR 00725 | 03/25/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 2488 | $ 30,000.00 | JIMENEZ CARLO, RICKY<br>URB VALLES DEL LAGO<br>1047 CARITE STREET<br>CAGUAS, PR 00725 | 05/09/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 10945 | $ 30,000.00 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 15 | LARROY DE LEON, ZOHAMY<br>PO BOX 40140<br>SAN JUAN, PR 00940-0140 | 06/04/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 31556 | $ 79,923.28* | LARROY DE LEON, ZOHAMY<br>PO BOX 40140<br>SAN JUAN, PR 00940-0140 | 06/28/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 61235 | $ 79,923.28* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Trigésima Segunda Objeción Colectiva
Anexo A: Reclamaciones Enmendadas

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 16 | LOBETO SANFELIZ, INES<br>PO BOX 2055<br>ISABELA, PR 00662 | 04/12/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 7126 | $ 62,770.35 | LOBETO SANFELIZ, INES<br>PO BOX 2055<br>ISABELA, PR 00662 | 06/11/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 47464 | $ 41,846.90 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 17 | LOPEZ PEREZ, ANGEL L<br>URB EXT. VILLAS DEL PILAR<br>C-10 CALLE 3<br>CEIBA, PR 00735 | 05/02/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 10222 | Indeterminado* | LOPEZ PEREZ, ANGEL L.<br>C-10 CALLE 3 URB. EXT. VILLAS DEL PILAR<br>CEIBA, PR 00735 | 11/30/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 167995 | $ 42,565.30 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 18 | MARCANO GARCIA, JULIO<br>CALLE LUZ ESTE Q2<br>TOA BAJA, PR 00950 | 04/06/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 6669 | $ 86,419.18 | MARCANO GARCIA, JULIO<br>CALLE LUZ ESTE Q12<br>LEVITTOWN<br>TOA BAJA, PR 00949 | 05/24/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 30628 | $ 86,419.18* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 19 | MARRERO NIEVES, JORGE<br>HC 9 BOX 58846<br>CAGUAS, PR 00725 | 05/24/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 33447 | Indeterminado* | MARRERO NIEVES, JORGE<br>HC9 BOX 58846<br>CAGUAS, PR 00725-9242 | 08/06/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 114866 | $ 28,000.00 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 20 | MORALES MALDONADO, MANUEL<br>YI-15 CALLE VERSALLES<br>URB PARK GARDENS<br>SAN JUAN, PR 00926 | 04/16/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 7554 | $ 72,466.13* | MORALES MALDONADO, MANUEL<br>URB PARK GARDENS<br>CALLE VERSALLES Y1-15<br>SAN JUAN, PR 00926 | 06/05/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 85775 | $ 129,889.56* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Trigésima Segunda Objeción Colectiva
Anexo A: Reclamaciones Enmendadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 21 | MOYA BENIQUEZ, AWILDA<br>132 CALLE PEDRO PADILLA<br>ISABELA, PR 00662 | 04/02/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 5812 | Indeterminado* | MOYA BENIQUEZ, AWILDA<br>2E RUTA 474<br>ISABELA, PR 00662 | 06/29/18 | El Estado Libre Asociado de Puerto Rico<br>17 BK 03283-LTS | 86466 | Indeterminado* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 22 | RIEFKOHL MOLINA, GRETCHEN<br>154 COND TAFT APT 704<br>SAN JUAN, PR 00911-2057 | 05/10/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 12888 | $ 15,585.42* | RIEFKOHL MOLINA, GRETCHEN<br>154 COND TAFT APT 704<br>SAN JUAN, PR 00911-2057 | 05/25/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 38580 | $ 15,585.42* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 23 | RIVERA RIVERA, WILLIAM<br>PO BOX 433<br>GUAYNABO, PR 00970-0433 | 05/27/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 23382 | Indeterminado* | RIVERA RIVERA, WILLIAM<br>PO BOX 433<br>GUAYNABO, PR 00970-0433 | 06/26/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 52696 | Indeterminado* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 24 | ROCHE RABELL, NORMA<br>URB. UNIVERSITY GARDENS<br>277B CALLE CLEMSON<br>SAN JUAN, PR 00927-4127 | 02/26/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 647 | $ 63,992.39 | ROCHE RABELL, NORMA<br>URB. UNIVERSITY GARDENS<br>277B CALLE CLEMSON<br>SAN JUAN, PR 00927-4127 | 05/25/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 48800 | $ 65,450.40* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 25 | SERRANO HEREDIA, MARY SOPHY<br>22 ANACONDA VICTOR ROJAS 1<br>ARECIBO, PR 00612 | 05/07/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 11401 | $ 14,193.94* | SERRANO HEREDIA, MARY SOPHY<br>22 ANACONDA VICTOR ROJAS 1<br>ARECIBO, PR 00612 | 05/29/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 32296 | $ 14,193.94* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |

Trigésima Segunda Objeción Colectiva
Anexo A: Reclamaciones Enmendadas

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 26 | TIRADO SANTOS, YAJAIRA<br>105 CALLE ACADIA APT. 402<br>SAN JUAN, PR 00926-2030 | 03/05/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 721 | $ 41,649.56* | TIRADO SANTOS, YAJAIRA<br>105 C/ACADIA APTO 402<br>SAN JUAN, PR 00926 | 05/24/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 30867 | $ 41,649.56* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 27 | VELEZ CARRION, ZULMA I<br>WR-18 RAFAEL CARRION<br>VILLA FONTANA<br>CAROLINA, PR 00987 | 04/13/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 7228 | $ 82,973.64* | VELEZ CARRION, ZULMA I.<br>C/RAFAEL CARRION WR-18<br>VILLA FONTANA<br>CAROLINA, PR 00987 | 05/25/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 31245 | $ 82,973.64* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |
| 28 | VILLAMIL HERRANS, LOURDES M<br>Q 2 LUZ ESTE STREET<br>TOA BAJA, PR 00949 | 04/06/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 4596 | $ 44,142.77* | VILLAMIL HERRANS, LOURDES M<br>Q2 LUZ ESTE STREET<br>TOA BAJA, PR 00949 | 05/24/18 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico<br>17 BK 03566-LTS | 24142 | $ 44,142.77* |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente. | | | | | | | | | |