# ATTACHMENT 1

**PROPOSED ORDER GRANTING THIRTY-THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to ERS.** |

## ORDER GRANTING THIRTY-THIRD OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS

Upon the *Thirty-Third Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims* (the "Thirty-Third Omnibus Objection"),[2] dated April 15, 2019, of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), for entry of an order disallowing in their entirety certain claims filed against ERS, as more fully set forth in the Thirty-Third Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Thirty-Third Omnibus Objection and to grant the relief requested therein pursuant to Section 306(a) of

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Thirty-Third Omnibus Objection.

the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[3]; and venue being proper pursuant to Section 307(a) of PROMESA; and due and proper notice of the Thirty-Third Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in Exhibit A attached hereto (collectively, the "Deficient Claims") having failed to comply with the applicable rules and the Bar Date Orders by not providing a basis for the claim, such that ERS cannot determine the validity of the claim; and the Court having determined that the relief sought in the Thirty-Third Omnibus Objection is in the best interests of ERS, its creditors, and all the parties in interest; and, upon the record of the hearing held on the Twentieth Omnibus Objection on June 12, 2019, and the rulings made therein, the Court having determined that the legal and factual bases set forth in the Thirty-Third Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Thirty-Third Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Deficient Claims are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the Deficient Claims from the official claims register in the ERS Title III Case; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

                                        Honorable Judge Laura Taylor Swain
                                        United States District Judge

---

[3] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

# **EXHIBIT A**

**Schedule of Claims Subject to the Thirty-Third Omnibus Objection**

## Thirty-Third Omnibus Objection
### Exhibit A - Insufficient Basis Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | DIAZ SIERRA, RAMONA<br>HC 645 BOX 8186<br>TRUJILLO ALTO, PR 00976 | 6/28/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 61540 | $ 32,000,000,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with services provided, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |
| 2 | FEBRES ARROYO, YAZBEL<br>URB. PEDREGALES CALLE AZABACHE #45<br>RIO GRANDE, PR 00745 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 95455 | $ 58,502,526,000.00 |
| | Reason: Proof of claim purports to assert liabilities associated with Ley 96, but fails to provide any basis or supporting documentation for asserting a claim against Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against Commonwealth of Puerto Rico or any of the other Title III debtors. | | | | | |
| | | | | | TOTAL | $ 90,502,526,000.00 |

# **ANEXO A**

Trigésimo-Tercera Objeción Colectiva
Anexo A: Documentación Insuficiente

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | DIAZ SIERRA, RAMONA<br>HC 645 BOX 8186<br>TRUJILLO ALTO, PR 00976 | 6/28/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 61540 | $ 32,000,000,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con los servicios brindados, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| 2 | FEBRES ARROYO, YAZBEL<br>URB. PEDREGALES CALLE AZABACHE #45<br>RIO GRANDE, PR 00745 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 95455 | $ 58,502,526,000.00 |
| | Base para: La Evidencia de Reclamación pretende plantear responsabilidades relacionadas con la Ley 96, pero no brinda ningún fundamento o documentación respaldatoria para plantear una reclamación contra el Estado Libre Asociado de Puerto Rico, por lo que los Deudores no pueden determinar si el demandante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | | | |
| | | | | | TOTAL | $ 90,502,526,000.00 |