# **APPENDIX I**

**Bondholders That Have Filed Proofs of Claim That Include Invalid PBA Bond Claims Over $10 Million Against Commonwealth[1]**

| Name of Claimant | Claim Number | Date Filed |
|---|---|---|
| Canyon Balanced Master Fund, Ltd. | 125727 | 6/29/2018 |
| Canyon Distressed Opportunity Master Fund II, L.P. | 115491 | 6/29/2018 |
| Canyon Value Realization Fund, L.P. | 122624 | 6/29/2018 |
| Canyon-GRF Master Fund II, L.P. | 119870 | 6/29/2018 |
| Davidson Kempner Distressed Opportunities International Ltd. | 147091 | 6/29/2018 |
| Davidson Kempner Institutional Partners, L.P. | 135953 | 6/29/2018 |
| Davidson Kempner International, Ltd. | 152065 | 6/29/2018 |
| Davidson Kempner Partners | 154556 | 6/29/2018 |
| Fir Tree Capital Opportunity Master Fund III, LP | 114925 | 6/28/2018 |
| Fir Tree Capital Opportunity Master Fund, LP | 115227 | 6/28/2018 |
| Fir Tree Value Master Fund, LP | 112062 | 6/28/2018 |
| FPA Crescent Fund, a Series of FPA Funds Trust | 109921 | 6/27/2018 |
| Monarch Debt Recovery Master Fund Ltd | 66406 | 6/27/2018 |
| Monarch Special Opportunities Master Fund Ltd. | 66394 | 6/27/2018 |
| Newtyn Partners, LP | 11157 | 5/14/2018 |
| OZ Credit Opportunities Master Fund, Ltd. | 136008 | 6/29/2018 |
| OZ GC Opportunities Master Fund, Ltd | 132715 | 6/29/2018 |
| OZ Master Fund, Ltd. | 113105 | 6/29/2018 |
| OZSC II, L.P. | 126465 | 6/29/2018 |

---

[1] This chart identifies certain holders of Invalid PBA Bond claims based on a summary review of proofs of claim filed against the Commonwealth categorized by Prime Clerk (the Debtors' claims agent) as "Bond." The Committee objects, at a minimum, to these claims. The PBA Claim Objection will be served on the above entities at the service addresses provided on their respective proofs of claim, as well as on their counsel, if known.

| | | |
|---|---:|---:|
| The Canyon Value Realization Master Fund, L.P. | 159397 | 6/29/2018 |
| VR Global Partners, LP | 95406 | 6/29/2018 |

**Master Proof of Claim Filed Against Commonwealth on Account of PBA Bonds**

| Name of Claimant | Claim Number | Date Filed |
|---|---:|---:|
| U.S. Bank Trust National Association and U.S. Bank National Association, as Fiscal Agent for PBA Bonds | 62833 | 6/27/2018 |