UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------------- x
                                                                             :
In re:                                                                       :
                                                                             :
THE FINANCIAL OVERSIGHT AND                                                  : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                            : Title III
                                                                             :
    as representative of                                             : Case No. 17-BK-3283 (LTS)
                                                                             :
THE COMMONWEALTH OF PUERTO RICO, *et al.*,                                   : (Jointly Administered)
                                                                             :
    Debtors.[1]                                                         :
---------------------------------------------------------------------------- x

**DECLARATION OF JAMES R. BLISS IN SUPPORT OF OMNIBUS OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007, TO CLAIMS FILED OR ASSERTED AGAINST COMMONWEALTH BY HOLDERS OF CERTAIN PUERTO RICO PUBLIC BUILDINGS AUTHORITY BONDS**

       I, JAMES R. BLISS, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

       1.    I am a Partner with the law firm Paul Hastings LLP, co-counsel to the Official Committee of Unsecured Creditors of all Title III Debtors (other than COFINA) in the Title III cases of the Commonwealth of Puerto Rico and its instrumentalities.

       2.    I submit this declaration in support of the *Omnibus Objection of Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted Against Commonwealth by Holders of Certain Puerto*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

*Rico Public Buildings Authority Bonds* (the "PBA Claim Objection"). Capitalized terms not defined herein shall have the meanings ascribed to them in the PBA Claim Objection.

3. Attached to this declaration as Exhibit 1 is a true and correct copy of excerpts of the Official Statement, dated August 10, 2011, for the Series R Bonds.

4. Attached to this declaration as Exhibit 2 is a true and correct copy of excerpts of the Official Statement, dated August 10, 2011, for the Series S Bonds.

5. Attached to this declaration as Exhibit 3 is a true and correct copy of excerpts of the Official Statement, dated December 19, 2011, for the Series T Bonds.

6. Attached to this declaration as Exhibit 4 is a true and correct copy of excerpts of the Official Statement, dated June 8, 2012, for the Series U Bonds.

7. Attached to this declaration as Exhibit 5 is a true and correct copy of excerpts of the Official Statement, dated March 10, 2011, for the 2011 C GO Bonds.

8. Attached to this declaration as Exhibit 6 is a true and correct copy of excerpts of the Official Statement, dated October 16, 2009, for the PBA Government Facilities Revenue Refunding Bonds, Series Q.

*[remainder of page intentionally left blank]*

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Dated: July 18, 2019  
       New York, New York

*/s/ James R. Bliss*

PAUL HASTINGS LLP  
James R. Bliss, Esq. (*Pro Hac Vice*)  
200 Park Avenue  
New York, New York 10166  
Telephone: (212)318-6000  
jamesbliss@paulhastings.com