# **<u>Exhibit 1</u>**

**NEW ISSUE - BOOK-ENTRY ONLY**
See "Book-Entry Only System" under THE BONDS

RATINGS:   Moody's:   Baa1
See RATINGS   Fitch:   BBB+
S&P:   BBB

**$756,449,000**
# Puerto Rico Public Buildings Authority
## Government Facilities Revenue Bonds, Series R
## (Qualified School Construction Bonds – Issuer Subsidy)
## Guaranteed by the Commonwealth of Puerto Rico

The Puerto Rico Public Buildings Authority Government Facilities Revenue Bonds, Series R (Qualified School Construction Bonds – Issuer Subsidy) (the "Bonds") are being issued by Puerto Rico Public Buildings Authority (the "Authority") pursuant to Act No. 56 of the Legislative Assembly of Puerto Rico, approved June 19, 1958, as amended, and under the provisions of Resolution No. 468, adopted by the Authority on June 22, 1995, as amended or supplemented (the "1995 Bond Resolution"). The Bonds are designated as "Qualified School Construction Bonds," as defined in Section 54F of the Internal Revenue Code of 1986, as amended (the "Code"). The Authority has made the irrevocable election pursuant to Section 6431 of the Code to receive from the federal government credit payments in an amount equal to the lesser of the amount of the interest payable on the Bonds or the amount of interest payable if determined at the applicable credit rate announced by the United States Department of the Treasury on the date of sale of the Bonds (the "Interest Subsidy Payments") as more fully described herein.

Concurrently with the issuance of the Bonds, the Authority is issuing its $303,945,000 aggregate principal amount of Government Facilities Revenue Bonds, Series S (the "Series S Bonds"). The Series S Bonds are being offered for sale in the United States tax-exempt market pursuant to a separate Official Statement. The Bonds are being sold solely in Puerto Rico and their issuance is not contingent upon the issuance of the Series S Bonds.

The Bonds, the Series S Bonds, the outstanding bonds of the Authority previously issued under the 1995 Bond Resolution, and any additional bonds that the Authority may from time to time issue under the 1995 Bond Resolution are payable from, and are secured by a pledge of, the rentals of government facilities financed or refinanced by such bonds and leased by the Authority to departments, agencies, instrumentalities and municipalities of the Commonwealth of Puerto Rico (the "Commonwealth"). The Authority will also pledge, as additional security for the payment of the Bonds, moneys on deposit in the Series R Advance Deposit Account described herein. The Authority will also pledge, as additional security for the payment of interest on the Bonds, moneys on deposit in the Series R Interest Subsidy Account described herein. For information regarding certain risks applicable to the Interest Subsidy Payments, see "Interest Subsidy Payments for Qualified School Construction Bonds" under SECURITY.

**The Bonds are further secured by the guaranty of the Commonwealth under which the Commonwealth pledges to draw from any funds available in the Department of Treasury of the Commonwealth such sums as may be necessary to cover any deficiency in the amount required for the payment of principal of and interest on the Bonds. The good faith, credit and taxing power of the Commonwealth, as in the case of the Commonwealth's general obligation bonds, are pledged for such payments.**

The Bonds will have the following characteristics:

- The Bonds will be dated their date of delivery.

- Interest on the Bonds will be payable quarterly on each January 1, April 1, July 1 and October 1, beginning on January 1, 2012.

- The Bonds are subject to extraordinary optional redemption and extraordinary mandatory redemption prior to maturity as described herein.

- The inside cover page contains information concerning the maturity schedule, interest rates and yields of the Bonds.

- The issuance of the Bonds and the purchase of the Bonds by the Underwriters are subject to the approval of legality by Foley & Lardner LLP, Miami, Florida, Bond Counsel, and certain other conditions.

- In the opinion of Pietrantoni Méndez & Alvarez LLP, Special Puerto Rico Tax Counsel, as described herein, under existing statutes, the Bonds, and the interest thereon, are exempt from Commonwealth income, municipal license and property taxes. Under most circumstances, interest on the Bonds will be exempt from United States Federal income taxation to (i) individuals who are bona fide residents of Puerto Rico during the entire taxable year in which such interest is received and (ii) Puerto Rico corporations. The Bonds are not otherwise exempt from United States Federal income taxation. See TAX MATTERS herein.

- Pietrantoni Méndez & Alvarez LLP, San Juan, Puerto Rico will pass upon certain legal matters for the Underwriters.

- It is expected that settlement for the Bonds will occur on or about August 24, 2011.

## Popular Securities

| | | | |
|---|---|---|---|
| BofA Merrill Lynch | Santander Securities Corporation | UBS Financial Services Incorporated of Puerto Rico | |
| Barclays Capital | BBVAPR MSD | Citigroup | FirstBank Securities |
| Oriental Financial Services | Ramirez & Co., Inc. | Raymond James | Scotia MSD |

August 10, 2011

**$756,449,000**
**Puerto Rico Public Buildings Authority**
**Government Facilities Revenue Bonds, Series R**
**(Qualified School Construction Bonds – Issuer Subsidy)**
**Guaranteed by the Commonwealth of Puerto Rico**

| Maturity July 1 | Amount | Interest Rate | Price | CUSIP[*] |
|---|---|---|---|---|
| 2028 | $455,524,000 | 5.65% | 100.00 | 745235 M57 |
| 2028 | 94,425,000 | 5.65 | 100.00 | 745235 M73 |
| 2028 | 56,500,000 | 5.65 | 100.00 | 745235 M65 |
| 2028[†] | 150,000,000 | 5.70 | 100.00 | 745235 M81 |

---

[*]   Copyright, American Bankers Association.  CUSIP data herein are provided by Standard & Poor's CUSIP Service Bureau, a division of The McGraw-Hill Companies, Inc.  The CUSIP number listed above is being provided solely for the convenience of bondholders.  The Authority and the Underwriters do not make any representation with respect to such number or undertake any responsibility for its accuracy.  The CUSIP number is subject to being changed after the issuance of the Bonds as a result of various subsequent actions including, but not limited to, a refunding in whole or in part of the Bonds.

[†]   Not reoffered.

In connection with this offering, the Underwriters may over-allot or effect transactions that stabilize or maintain the market price of the Bonds at a level above that which might otherwise prevail in the open market. Such stabilizing, if commenced, may be discontinued at any time. The Underwriters may offer and sell the Bonds to certain dealers and dealer banks and others at a price lower than the public offering price stated on the inside cover page and said offering price may be changed from time to time by the Underwriters.

The information set forth or incorporated herein by reference has been obtained from the Public Buildings Authority (the "Authority"), the Commonwealth, and other official sources that are believed to be reliable, but is not guaranteed as to accuracy or completeness and is not to be construed as a representation by any Underwriter. The information and expressions of opinion herein are subject to change without notice, and neither the delivery of this Official Statement nor any sale made hereunder shall, under any circumstances, create any implication that there has been no change in the affairs of the Authority or the Commonwealth since the date hereof. This Official Statement is submitted in connection with the sale of the Bonds referred to herein and may not be reproduced or used, in whole or in part, for any other purpose. The various tables may not add due to rounding of figures.

The Underwriters have reviewed the information in this Official Statement in accordance with, and as part of, their respective responsibilities to investors under the federal and Commonwealth securities laws as applied to the facts and circumstances of this transaction, but the Underwriters do not guarantee the accuracy or completeness of such information.

No dealer, broker, sales representative or other person has been authorized by the Authority or the Underwriters to give any information or to make any representations, other than those contained in this Official Statement in connection with the offering described herein, and if given or made, such other information or representations must not be relied upon as having been authorized by any of the foregoing. This Official Statement does not constitute an offer to sell or the solicitation of an offer to buy, nor shall there be any sale of the Bonds, by any person in any jurisdiction in which it is unlawful for such person to make such offer, solicitation or sale.

All quotations from and summaries and explanations of provisions of laws, resolutions, the Bonds and other documents herein do not purport to be complete. Reference is made to said laws, resolutions, the Bonds and other documents for full and complete statement of their provisions. Copies of the above are available for inspection at the offices of the Authority or the 1995 Fiscal Agent.

The Bonds have not been registered under the Securities Act of 1933, as amended, in reliance upon exemptions contained in such act. The registration or qualification of the Bonds in accordance with applicable provisions of laws of the states in which Bonds have been registered or qualified and the exemption from registration or qualification in other states cannot be regarded as a recommendation thereof. Neither these states nor any of their agencies have passed upon the merits of the Bonds or the accuracy or completeness of this Official Statement. Any representation to the contrary may be a criminal offense.

### CAUTIONARY STATEMENT REGARDING FORWARD-LOOKING STATEMENTS IN THIS OFFICIAL STATEMENT

Certain statements included or incorporated by reference in this Official Statement constitute projections or estimates of future events, generally known as forward-looking statements. These statements are generally identifiable by the words "estimates," "projects," "anticipates," "expects," "intends," "believes" and similar expressions. The achievement of certain results or other expectations contained in such forward-looking statements involves known and unknown risks, uncertainties and other factors which may cause actual results, performance or achievements described to be materially different from any future results, performance or achievements expressed or implied by these forward-looking statements. The Authority does not plan to issue any updates or revisions to those forward-looking statements if or when changes in their expectations, or event, conditions or circumstances on which such statements are based, occur.

The projections set forth in this Official Statement were not prepared with a view toward complying with the guidelines established by the American Institute of Certified Public Accountants with respect to prospective financial information, but, in the view of the Commonwealth's responsible officers, were prepared on a reasonable basis, reflect the best currently available estimates and judgments, and present, to the best of such officers' knowledge and belief, the expected course of action and the expected future financial performance of the Commonwealth. However, this information is not fact and should not be relied upon as being necessarily indicative of future results, and readers of this Official Statement are cautioned not to place undue reliance on the prospective financial information. Neither the Commonwealth's independent auditors, nor any other independent auditors, have compiled, examined, or performed any procedures with respect to the prospective financial information contained herein, nor have they expressed any opinion or any other form of assurance on such information or its achievability and disclaim any association with the prospective financial information. Neither the Commonwealth's independent auditors, nor any other independent auditors, have been consulted in connection with the preparation of the prospective financial information set forth in this Official Statement, which is solely the product of the Commonwealth, and the independent auditors assume no responsibility for its content.

[THIS PAGE INTENTIONALLY LEFT BLANK]

# TABLE OF CONTENTS

**Page**

INTRODUCTION......................................................... 1

RECENT DEVELOPMENTS......................................... 4
  Commonwealth's Fiscal Imbalance............................ 4
  Preliminary Employment Data for Fiscal Year
    2011 .......................................................... 4
  Fiscal Year 2012 Government Budget ...................... 5
  Preliminary Results for Fiscal Year 2011................. 5
  Tax Reform.................................................... 6
  Financial Condition of Retirement Systems.............. 7
  Local Incentives for Rum Producers ........................ 9
  Recent Rating Actions .......................................... 9

PLAN OF FINANCING ............................................. 10
  The Bonds .......................................................... 10
  Use of Proceeds ................................................. 11

THE BONDS ........................................................... 11
  Description of the Bonds ...................................... 11
  Designation of the Bonds as Qualified School
    Construction Bonds ......................................... 11
  Redemption Provisions ........................................ 12
  Book-Entry Only System ..................................... 13
  Discontinuance of the Book-Entry Only System...... 15

SECURITY .............................................................. 15
  Commonwealth Guaranty...................................... 16
  Opinion of the Secretary of Justice of the
    Commonwealth ............................................... 16
  Lease Agreements .............................................. 17
  Pledge of the Commonwealth to Pay or Advance
    Rentals.......................................................... 19
  Additional Bonds................................................. 19
  Interest Subsidy Payments for Qualified School
    Construction Bonds ......................................... 19

PROVISIONS RELATING TO PUBLIC DEBT OF
  THE COMMONWEALTH................................... 21
  Public Sector Debt.............................................. 21
  Payment of Public Debt........................................ 22
  Payment Record ................................................. 22
  Debt Limitation .................................................. 22
  Commonwealth Guaranteed Debt .......................... 25

THE AUTHORITY ................................................... 26
  General ............................................................. 26
  Powers .............................................................. 26
  Management ....................................................... 26

PROGRAMS AND FACILITIES OF THE
  AUTHORITY ................................................... 27
  Office Buildings Program...................................... 28

School Buildings Program ................................... 28
Health Facilities Program ................................... 29
Correctional Facilities Program .......................... 29
Other Facilities................................................. 29

DEBT OF THE AUTHORITY AND DEBT
  SERVICE REQUIREMENTS.............................. 30
  Debt................................................................. 30
  Debt Service Requirements.................................. 30

SUMMARY OF CERTAIN PROVISIONS OF THE
  1995 BOND RESOLUTION............................... 31
  Revenues.......................................................... 32
  1995 Sinking Fund.............................................. 32
  1995 Redemption Account ................................... 32
  1995 Construction Fund....................................... 34
  Additional Bonds ............................................... 34
  Investment of Funds in 1995 Construction Fund,
    1995 Bond Service Account and 1995
    Redemption Account ....................................... 35
  Series R Advance Deposit Account ...................... 36
  Payment by Lessees of Series R Advance Deposit
    Amounts........................................................ 37
  Series R Advance Deposit Amounts...................... 37
  Series R Interest Subsidy Account........................ 38
  General Covenants ............................................. 38
  Modifications..................................................... 39
  Notice of Default ............................................... 40

TAX MATTERS ...................................................... 40

UNDERWRITING .................................................... 43

LEGAL INVESTMENT............................................. 43

LEGAL MATTERS .................................................. 43

GOVERNMENT DEVELOPMENT BANK FOR
  PUERTO RICO................................................ 44

RATINGS............................................................... 44

CONTINUING DISCLOSURE.................................... 44
  Continuing Disclosure Undertaking...................... 44
  Prior Continuing Disclosure Non-Compliance ....47

MISCELLANEOUS................................................... 47

APPENDIX I -- Proposed Form of Opinion of
  Bond Counsel ................................................. I-1

APPENDIX II -- Proposed Form of Opinion of Special
  Puerto Rico Tax Counsel................................. II-1

[THIS PAGE INTENTIONALLY LEFT BLANK]