UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

---

**DECLARATION OF JAMES R. BLISS PURSUANT TO L.R. 3007-1(a)**

I, JAMES R. BLISS, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a Partner with the law firm Paul Hastings LLP, co-counsel to the Official Committee of Unsecured Creditors of all Title III Debtors (other than COFINA) (the "Committee") in the Title III cases of the Commonwealth of Puerto Rico and its instrumentalities.

2. I submit this declaration pursuant to Rule 3007-1 of the Local Rules of the U.S. Bankruptcy Court for the District of Puerto Rico and Section 201(b)(1) of the Servicemembers Civil Relief Act of 2003 and in support of the *Omnibus Objection of Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

*Claims Filed or Asserted Against Commonwealth by Holders of Certain Puerto Rico Public Buildings Authority Bonds* (the "PBA Claim Objection") filed concurrently herewith.

3. At this time, the Committee is unable to determine whether any of the claimants subject to the PBA Claim Objection are in military service.

Dated: July 18, 2019        */s/ James R. Bliss*
       New York, New York

PAUL HASTINGS LLP
James R. Bliss, Esq. (*Pro Hac Vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212)318-6000
jamesbliss@paulhastings.com

2