UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 JUL 18 PM 4:23
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

------------------------------------------------------------------x

**[Response to Docket 7963 and #7960]**

**INFORMATIVE MOTION – July 24, 2019 HEARING and RESPONSE TO #7960**
**[Response to #7963 and #7960]**

Dated: July 16, 2019

## INFORMATIVE MOTION – JULY 24, 2019 HEARING AND RESPONSE TO #7960 (RESPONSE TO DOCKET#7963 and #7960)

Peter C. Hein, pro se, will attend the July 24, 2019 hearing in the New York courtroom (17C). Peter C. Hein requests the opportunity to speak on the following matters.

(1)  [Docket #7137 and #7154] Amended motion of FOMB and UCC to (A) extend deadlines and (B) establish revised procedures with respect to omnibus objections.

My response (now docketed at #7540) was served and sent to the Puerto Rico District Court's Clerk's Office on Saturday, June 15, 2019.

(2)  [Docket#7640 and #7667] FOMB motion to stay contested matters pending confirmation of Plan of Adjustment.

My response (now docketed at #7961) was served and sent to the Puerto Rico District Clerk's Office on July 9, 2019.

In addition, now docketed at #7732, is my response and objection to the "Urgent Joint Motion" of FOMB and UCC to continue hearing (#7528). My response at Docket #7732 should also be considered in response to Docket #7640 and #7667.

(3)  I object to #7960 (filed July 15, 2019) (titled "Joint Status Report and Proposed Order on Case Management"). While time does not permit the preparation of a detailed response, the Court is respectfully referred to my prior filings, including #7961 and #7732 and my prior filings referred to therein. I make this objection without waiver of any rights, procedural or substantive, including objections based on failure to serve, failure to serve adverse parties with motion papers, failure to even notify defendants of their status as such, and failure to provide sufficient time for the preparation and filing of a response to this and other motions that were not even served on adverse parties. I reserve and assert all rights.

(4) Other matters that are on the agenda as to which I have filed papers or that may arise and that may affect my interests.

July 16, 2019

                                                Respectfully Submitted,

                                                */s/ Peter C. Hein*

                                                Peter C. Hein, Pro Se
                                                101 Central Park West, Apt. 14E
                                                New York, NY 10023
                                                petercheinsr@gmail.com