PRESS FIRMLY TO SEAL

RECEIVED & FILED

2019 JUL 18 PM 4:24

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

* Domestic only



PS00000000013

EP14 July 2013
OD: 11.625 x 15.125

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

$7.99
US POSTAGE
07/16/2019
From 10019
0 lbs 5 ozs
Zone 7

Pitney Bowes
ComBasPrice

026W0004897467

2076604879

**PRIORITY MAIL 3-DAY™**

Hein, Peter C.
Wachtell Lipton Rosen & Katz
51 W 52nd St
New York NY 10019-6119

Estimated Delivery Date: 07/19/2019

0004

C018

THE CLERK OF THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO
FEDERAL BUILDING, STE 150
150 AVE CHARDON
SAN JUAN PR 00918-1706

USPS TRACKING #



9405 5098 9864 1017 3995 80





UNITED STATES POSTAL SERVICE®

DuPont™ Tyvek®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipme violation of federal law. This packaging is not for resale. EP14 © U.S. Postal Service; July 2013; All rights res