# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 3:17-cv-03283 (LTS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

I hereby certify that RBC Capital Markets, LLC, in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Ninth Amended Notice, Case Management and Administrative Procedures Order* (Docket No. 7155 of Case No. 17-03283 (LTS)) (the "CMP Order"), sent a true and exact copy of the documents titled:

(i) *Reply To Objection Of The Official Committee Of Unsecured Creditors To Joint Motion Of Certain Adversary Defendants Seeking Entry Of An Order Authorizing Participation In Determination Of Constitutional Validity Of Challenged Bonds And Opposition To Urgent motion For Stay Of Adversary Proceeding Supplemental To Pending Motion To Stay Go Bond Proceedings Pending Confirmation Of Commonwealth Plan Of Adjustment,* filed on July 16, 2019 (Docket No. 8028 of Case No. 17-03283 (LTS)), **by electronic mail upon all the parties listed in the Master Service List on July 16, 2019 and by U.S. mail upon all the Standard Parties listed in the CMP Order on July 19, 2019**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 19th day of July, 2019.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

**MCCONNELL VALDÉS LLC**

*Attorneys Barclays Capital Inc., RBC Capital Markets, LLC, Scotiabank de Puerto Rico, and UBS Financial Services Inc. of Puerto Rico*
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
Telephone: (787) 250-2631
Facsimile: (787) 759-9225


*/s/ Roberto C. Quiñones-Rivera, Esq.*
Roberto C. Quiñones-Rivera, Esq.
Email: rcq@mcvpr.com