UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**APPLICATION FOR ADMISSION
<u>*PRO HAC VICE*</u> OF DAVID A. MUNKITTRICK**

**COMES NOW**, David A. Munkittrick, applicant herein, pursuant to Local Civil Rule 83A(f), which applies to this proceeding pursuant to Local Rule of Bankruptcy Procedure 2090-1(c), which in turn applies to this proceeding pursuant to Section 3010 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), and respectfully states:

1. Applicant is an attorney of the law firm Proskauer Rose LLP, with offices at: Eleven Times Square, New York, NY 10036-8299.

2. Applicant will sign all pleadings with the name David A. Munkittrick.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3. Applicant has been retained as an attorney of the above-named firm by the Financial Oversight and Management Board for Puerto Rico ("FOMB") to provide legal representation in connection with the above-styled matters now pending before the United States District Court for the District of Puerto Rico.

4. Since 2011, applicant has been and presently is a member in good standing of the bar of the State of New York where applicant regularly practices law. Applicant's bar license number is 4918678.

5. Applicant has been admitted to practice before the following courts:

| JURISDICTION | ADMISSION DATE |
|---|---|
| STATE OF NEW YORK | 2011 |
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | 2012 |
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | 2012 |
| U.S. COURT OF APPEALS, SECOND CIRCUIT | 2015 |
| U.S. COURT OF APPEALS, NINTH CIRCUIT | 2018 |

6. Applicant is a member in good standing of the bar of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. Local counsel of record associated with applicant in this matter is:

>Hermann D. Bauer
>USDC No. 215205
>**O' NEILL & BORGES LLC**
>250 Muñoz Rivera Ave., Suite 800
>San Juan, PR 00918-1813

>Tel: (787) 764-8181
>Fax: (787) 753-8944
>Email: hermann.bauer@oneillborges.com

10. Applicant has read the Local Civil Rules of the United States District Court for the District of Puerto Rico and will comply with the same.

11. Applicant has read the Local Civil Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the court. Accordingly, receipt of payment of the *pro hac vice* admission fee is attached hereto.

12. WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled cases only.

Date: July 19, 2019.

>Respectfully submitted,
>
>/s/ *David A. Munkittrick*
>David A. Munkittrick
>**PROSKAUER ROSE LLP**
>Eleven Times Square
>New York, NY 10036-8299
>T: 212.969.3226
>F: 212.969.2900
>Email: kmunkittrick@proskauer.com

3

I HEREBY CERTIFY, pursuant to Local Civil Rule 83A(f), that we consent to the designation of local counsel of record for all purposes.

Date: July 19, 2019.

    Respectfully submitted,

    */s/ Hermann D. Bauer*
    Hermann D. Bauer
    USDC No. 215205
    **O' NEILL & BORGES LLC**
    250 Muñoz Rivera Ave., Suite 800
    San Juan, PR 00918-1813
    Tel: (787) 764-8181
    Fax: (787) 753-8944
    Email: hermann.bauer@oneillborges.corn

I HEREBY CERTIFY that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system of the US Bankruptcy Court for the District of Puerto Rico for Case No. 17 BK 3283, which will send notification of such filing to all attorneys of record, and the original was served upon the Clerk of Court on July 19, 2019, accompanied by a $300.00 *pro hac vice* admission fee.

Respectfully submitted, in San Juan, Puerto Rico, this 19th day of July, 2019.

> */s/ Hermann D. Bauer*
> Hermann D. Bauer
> USDC No. 215205
> **O'NEILL & BORGES LLC**
> 250 Muñoz Rivera Ave., Suite 800
> San Juan, PR 00918-1813
> Tel: (787) 764-8181
> Fax: (787) 753-8944
> Email: hermann.bauer@oneillborges.com

5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**ORDER GRANTING ADMISSION**
*PRO HAC VICE* **OF DAVID A. MUNKITTRICK**

This Court, having considered the above Application for Admission *Pro Hac Vice,* orders that:

_____the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

_____the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2019.

_____
U.S. District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).