# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

## NOTICE OF FILING AND CORRESPONDING CERTIFICATION REGARDING TWENTY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO EXACT DUPLICATE CLAIMS

The Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative of the Commonwealth pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] files this certification regarding the *Twenty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Exact Duplicate Claims* (ECF No. 6276) (the "Twenty-Seventh Omnibus Objection") to the exact duplicate proofs of claim listed on **Exhibit A** thereto.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

The Commonwealth, through its advisors, has conducted a comprehensive re-review of each claim subject to the Twenty-Seventh Omnibus Objection. Each of the Claims to Be Disallowed[3] by the Twenty-Seventh Omnibus Objection were reviewed by two different sets of reviewers to confirm that they were exact duplicates of the corresponding Remaining Claim, as identified in the Twenty-Seventh Omnibus Objection. Based upon such review, the Commonwealth (a) hereby withdraws its objections as to Proofs of Claim Nos. 42621, 49677, 53291, 59105, 10142, 56488, 92908, 125566, 137589, 167559, 167560 and (b) certifies that each of the Claims to Be Disallowed, as identified in the revised proposed order granting the Twenty-Seventh Omnibus Objection attached hereto as **Attachment 1**, and the accompanying schedule of claims attached thereto as **Exhibit A**, are, in fact, exact duplicates of the corresponding Remaining Claim.

[*Remainder of Page Intentionally Left Blank*]

---

[3] Capitalized terms not defined herein shall have the meanings set forth in the Twenty-Seventh Omnibus Objection.

| | |
|---|---|
| Dated: July 19, 2019<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>*/s/ Ricardo Burgos Vargas*<br>Ricardo Burgos Vargas<br>USDC No. 218210<br>**A&S LEGAL STUDIO, PSC**<br>434 Ave. Hostos<br>San Juan, PR 00918<br>Tel: (787) 751-6764<br>Fax: (787) 763-8260<br><br>*Attorneys for the Financial Oversight and Management Board as representative for the Commonwealth of Puerto Rico*<br><br>*/s/ Martin J. Bienenstock*<br>Martin J. Bienenstock (*pro hac vice*)<br>Brian S. Rosen (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Co-Attorneys for the Financial Oversight and Management Board as representative for the Commonwealth of Puerto Rico* |

3