# Exhibit B

## Calculation of Transition Charge to Pay Fuel Line Lenders

**Calculation Table[1]**

| Claim Size/Treatment | Amounts in dollars |
|---|---|
| Tranche A | 6,277,732,486 |
| Waiver and Support (Tranche A) | 151,079,902 |
| RSA Total Tranche A | 6,428,812,388 |
| | |
| Fuel Line | 695,992,000 |
| Total Tranche A w/ Fuel Line | 7,124,804,388 |
| Total Tranche A w/ Fuel Line % Higher than RSA Tranche A | 10.83% |
| **Transition Charge** | **c/kWh** |
| Avg. Transition Charge (c/kWh) | 3.99 |
| Avg. Transition Charge (c/kWh) w/ Fuel Line (1) | 4.42 |
| Difference | 0.43 |

---

[1] The numbers and calculations provided in this table are purely illustrative in nature. The actual size of any transition charge imposed to pay off the Fuel Line Lenders' claims will change based on the actual terms of their treatment.

3