**Hearing Date:** July 24, 2019 at 9:30 a.m. AST

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**Re: ECF No. 8165** |

## NOTICE OF WITHDRAWAL OF
## AAFAF'S LIMITED JOINDER AND STATEMENT IN SUPPORT OF THE OVERSIGHT BOARD'S SUR-REPLY TO AMBAC ASSURANCE CORPORATION'S REPLY IN SUPPORT OF ITS MOTION CONCERNING APPLICATION OF THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") hereby withdraws its *Limited Joinder and Statement in Support of the Oversight Board's Sur-Reply to Ambac Assurance Corporation's Reply in Support of its Motion Concerning Application of the Automatic Stay* (the "Joinder"). [Case No. 17-3283, Docket No. 8165]. AAFAF is withdrawing the Joinder in order to re-file the same with certain corrections.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: July 19, 2019
        San Juan, Puerto Rico


*/s/ Luis C. Marini-Biaggi*

Luis C. Marini-Biaggi
USDC No. 222301
Email: lmarini@mpmlawpr.com

**MARINI PIETRANTONI MUÑIZ LLC**
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, Puerto Rico 00917
Tel: (787) 705-2171
Fax: (787) 936-7494

*Co-attorneys for the Puerto Rico Fiscal
Agency and Financial Advisory Authority*