# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re | PROMESA Title III |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | No. 17 BK 3283-LTS (Jointly Administered) |
| Debtors.[1] | Re: Dkt. Nos. 2751, 2755, 3564, 3658, 4298, 4283, 4286, 4288, 4327, 5808, 6982, 5717, 5801, 5973, 5780, 5782, 5811, 5822 |
|  | **Hearing date:** July 24, 2019 at 9:30 a.m. (AST) |

## INFORMATIVE MOTION OF THE FEE EXAMINER PURSUANT TO ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION, AND OBSERVATION OF JULY 24-25, 2019 OMNIBUS HEARING

The Fee Examiner appointed in these proceedings files this Informative Motion pursuant to *Order Regarding Procedures for Attendance, Participation and Observation of July 24-25, 2019 Omnibus Hearing* [Dkt. No. 7963]. In support, the Fee Examiner respectfully states that:

1.      On July 17, 2019, the Fee Examiner filed the *Fee Examiner's Supplemental Report and Status Report on Uncontested Interim Fee Applications Recommended for Court Approval at or Before the Omnibus Hearing Scheduled for July 24, 2019* [Dkt. No. 8081], (the "**Supplemental Fifth Interim Fee Period Report**"), recommending a group of interim fee applications for the Court's approval on an uncontested basis.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the:  (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2.      Along with the Supplemental Fifth Interim Fee Period Report, the Fee Examiner

submitted a proposed *Supplemental Omnibus Order Awarding Interim Allowance of*

*Compensation for Professional Services Rendered and Reimbursement of Expenses for the*

*Fourth and Fifth Interim Compensation Periods* (the "**Proposed Supplemental Fifth Interim**

**Compensation Order**").  The Proposed Supplemental Fifth Interim Compensation Order in MS

Word format has also been submitted to chambers.

3.      The Fee Examiner asks that the Court enter the Proposed Supplemental Fifth

Interim Compensation Order at its earliest convenience.

4.      The Supplemental Fifth Interim Fee Period Report incorporates by reference and

expands the June 5, 2019 *Fee Examiner's Fifth Interim Report on Professional Fees and*

*Expenses (October 1, 2018-January 31, 2019)* [Dkt. No. 7233].  Accordingly, if the Court enters

the Proposed Supplemental Fifth Interim Compensation Order, neither the Fee Examiner nor

mainland counsel plan to appear at the July 24-25 omnibus hearing.  The Fee Examiner's Puerto

Rico counsel, Eyck Lugo, will appear in person in the courtroom and the Fee Examiner has

requested permission to monitor the hearing by phone.

5.      On July 2, 2019, the Fee Examiner filed the *Third Interim and Consolidated*

*Semiannual Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee*

*Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of*

*Expenses for the Period From October 1, 2018 Through March 31, 2019* [Dkt. No. 7813] (the

"**Fee Examiner's Third Semiannual Fee Application**").

6.      The objection deadline for the Fee Examiner's Third Semiannual Fee Application

is July 23, 2019.  If that deadline passes without objection, the Fee Examiner will submit a

2

proposed order pursuant to the Case Management Procedures after the conclusion of the July 24, 2019 hearing.

7.      If any party files an objection to the Fee Examiner's Third Semiannual Fee Application or if or the Court has questions about it, the Fee Examiner requests that the application be adjourned to the September 11, 2019 omnibus hearing.

Dated this 18th day of July, 2019.

WE HEREBY CERTIFY that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

EDGE Legal Strategies, PSC


  *s/Eyck O. Lugo*
Eyck O. Lugo
Vilmarys M. Quiñones Cintrón
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Telephone:  (787) 522-2000
Facsimile:  (787) 522-2010

*Puerto Rico Counsel for Fee Examiner*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone:  (608) 257-3911
Facsimile:  (608) 257-0609

Katherine Stadler (*Pro Hac Vice*)

*Counsel for the Fee Examiner*

20901781.1