**Exhibit C**

# **Exhibit 1**

*ESTE AVISO REQUIERE ACCIÓN EN O ANTES DE [60 DÍAS A PARTIR DE LA FECHA DE LA ORDEN CONCEDIENDO LA MOCIÓN DE PROCEDIMIENTOS]*

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

----------------------------------------------------------------------- X
                                                                        :
In re:                                                                  :
                                                                        :
LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN        : PROMESA
FINANCIERA PARA PUERTO RICO,                    : Título III
                                                                        :
　　　　como representante de                    : Caso Núm. 17-BK-3283 (LTS)
                                                                        :
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO *et*    : (Administrado Conjuntamente)
*al.,*                                                                  :
                                                                        :
　　　　Deudores.[1]                             :
----------------------------------------------------------------------- X
In re:                                                                  :
                                                                        :
LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN        : PROMESA
FINANCIERA PARA PUERTO RICO,                    : Título III
                                                                        :
　　　　como representante del                   : Caso Núm. 17-BK-3566 (LTS)
                                                                        :
SISTEMA DE RETIRO DE LOS EMPLEADOS DEL          :
GOBIERNO DEL ESTADO LIBRE ASOCIADO DE           :
PUERTO RICO,                                                            :
　　　　Deudor.                                  :
----------------------------------------------------------------------- X

---

[1] Los Deudores en los Casos del Título III, junto con el caso individual de cada Deudor en virtud del mismo título y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según aplicable, son: (i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17-BK-3283 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17-BK-3284 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de Quiebra Núm. 17-BK-3567 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Caso de Quiebra Núm. 17-BK-3566 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); y (v) la Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (Caso de Quiebra Núm. 17-BK-4780 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3747) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

**\*ESTE AVISO REQUIERE ACCIÓN EN O ANTES DE [60 DÍAS A PARTIR DE LA FECHA DE LA ORDEN CONCEDIENDO LA MOCIÓN DE PROCEDIMIENTOS]\***

**AVISO DE OBJECIONES DEL COMITÉ OFICIAL DE ACREEDORES NO ASEGURADOS Y DEL COMITÉ OFICIAL DE EMPLEADOS RETIRADOS, A TENOR CON LA SECCIÓN 502 DEL CÓDIGO DE QUIEBRAS Y LA REGLA 3007 DE QUIEBRAS, A RECLAMACIONES DE TENEDORES DE BONOS EMITIDOS POR EL SISTEMA DE RETIRO DE EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

Está recibiendo este aviso porque ha sido identificado como titular de uno o más de los bonos emitidos por el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico en 2008 (los "Bonos SRE").

Por favor tenga presente que (i) el Comité de Acreedores no Asegurados (el "Comité") ha presentado objeciones, cada una fechadas al 12 de marzo de 2019 [Caso Núm. 17-bk-3566, Docket No. 381 y 384] (conjuntamente, las "Objeciones del Comité"), a reclamaciones incoadas por tenedores de Bonos SRE; y (ii) el Comité Oficial de Empleados Retirados del Estado Libre Asociado de Puerto Rico (el "Comité de Retirados", y conjuntamente con el Comité, los "Objetores"), han presentado objeciones (las "Objeciones del Comité de Retirados", y conjuntamente con las Objeciones del Comité, las "Objeciones"), fechadas al 23 de abril de 2019 a reclamaciones incoadas por tenedores de Bonos SRE [Caso Núm. 17-3283; Docket No. 6482; Caso Núm. 17-bk-3566, Docket No. 469]. El texto completo de las Objeciones puede accederse a través del siguiente enlace: https://cases.primeclerk.com/puertorico/Home-DocketInfo

Estas Objeciones tienen el propósito de rechazar e invalidar las reclamaciones contra los Bonos SRE ("Reclamaciones de los Bonos SRE"). **Sujeto a los derechos apelativos aplicables, Si y a la medida en que el Tribunal las Objeciones total o parcialmente, la recuperación de los reclamantes a causa de los Bonos SRE se eliminará total o parcialmente, y quedará prohibido para siempre que los reclamantes hagan valer dichas reclamaciones contra el SRE y el Estado Libre Asociado de Puerto Rico, que puedan votar en cualquier plan de ajuste presentado en los Casos bajo el Título III del SRE o del Estado Libre Asociado, y que puedan participar en cualquier distribución en los Casos bajo el Título III del SRE o del Estado Libre Asociado de Puerto Rico por reclamaciones surgidas de las Reclamaciones de Bonos SRE. Por tanto, las Objeciones pueden afectar sus derechos. Como detallado en el próximo párrafo, usted tiene el derecho de presentar un Aviso de Participación si quiere responder a las Objeciones. El Aviso de Participación tiene que ser notificado en o antes de [60 DÍAS A PARTIR DE LA FECHA DE LA ORDEN CONCEDIENDO LA MOCIÓN DE PROCEDIMIENTOS] (la "Fecha Límite de Participación").**

Además, el _____, el Tribunal aprobó ciertos procedimientos respecto a dichas Objeciones (los "Procedimientos de Objeción"). Si quiere responder a las Objeciones o participar en el litigio, debe cumplir los Procedimientos de Objeción que requieren, entre otras cosas, que presente ante el Tribunal de Distrito y envíe por correo electrónico un Aviso de Participación en o antes de la Fecha Límite de Participación. Mediante el presente, se incluye un formulario de Aviso de Participación. **Las instrucciones para presentar un Aviso de Participación ante el Tribunal de Distrito, incluso para aquellas personas que no tienen representación legal, se encuentran en la parte inferior del formulario del Aviso de Participación**.

***ESTE AVISO REQUIERE ACCIÓN EN O ANTES DE [60 DÍAS A PARTIR DE LA FECHA DE LA ORDEN CONCEDIENDO LA MOCIÓN DE PROCEDIMIENTOS]***

Si usted provee una dirección de correo electrónico en su Aviso de Participación, recibirá notificaciones automáticas por correo electrónico cuando se publiquen documentos pertinentes a la Objeción en: [URL de Página Web] (la "**Página Web de la Objeción del SRE**"). **Si usted no provee una dirección de correo electrónico en su Aviso de Participación, usted no recibirá tales notificaciones automáticas y tendrá que visitar la Página Web de la Objeción del SRE para ver las notificaciones y otros documentos pertinentes.**

Aquellas partes que presentaron ante el Tribunal de Distrito y enviaron a través correo electrónico Avisos de Participación a las Partes en las direcciones provistas en el párrafo 8 de los Procedimientos de Objeción, en o antes de la Fecha Límite de Participación, no tienen que presentar una respuesta sustantiva a las Objeciones hasta que el Tribunal de Distrito establezca una fecha mediante Orden.

Solicitudes para la versión en español del Aviso, Procedimientos de Objeción, el formulario del Aviso de Participación y cualquier pregunta relacionada a este aviso deben enviarse por escrito a:

> Paul Hastings LLP
> 200 Park Avenue
> New York, NY 10166
> Attn: Douglass E. Barron
> NoticeofParticipation@paulhastings.com
> (212) 318-6690

Los números CUSIP de los bonos SRE afectados por las Objeciones son:

| CUSIP |
|---|
| 29216MAF |
| 29216MAA |
| 29216MAB |
| 29216MAG |
| 29216MAH |
| 29216MAJ |
| 29216MAC |
| 29216MAK |
| 29216MAL |
| 29216MAD |
| 29216MAM |
| 29216MAN |
| 29216MAP |
| 29216MAQ |
| 29216MAE |
| 29216MBA |

**\*ESTE AVISO REQUIERE ACCIÓN EN O ANTES DE [60 DÍAS A PARTIR DE LA FECHA DE LA ORDEN CONCEDIENDO LA MOCIÓN DE PROCEDIMIENTOS]\***

| |
|---|
| 29216MBB |
| 29216MBC |
| 29216MBD |
| 29216MBE |
| 29216MBF |
| 29216MBG |
| 29216MBH |
| 29216MBJ |
| 29216MAT |
| 29216MAU |
| 29216MAV |
| 29216MAW |
| 29216MAX |
| 29216MAY |
| 29216MAZ |
| 29216MBL |
| 29216MBM |
| 29216MBN |
| 29216MBP |

**Exhibit 2**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

---------------------------------------------------------------------- X
: 
In re: :
 :
LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN : PROMESA
FINANCIERA PARA PUERTO RICO, : Título III
 :
         como representante de : Caso Núm. 17-BK-3283 (LTS)
 :
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO *et* : (Administrado Conjuntamente)
*al.,* :
 :
         Deudores. [1] :
---------------------------------------------------------------------- X
In re: :
 :
LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN : PROMESA
FINANCIERA PARA PUERTO RICO, : Título III
 :
         como representante del : Caso Núm. 17-BK-3566 (LTS)
 :
SISTEMA DE RETIRO DE LOS EMPLEADOS DEL :
GOBIERNO DEL ESTADO LIBRE ASOCIADO DE :
PUERTO RICO, :
 :
         Deudor. :
---------------------------------------------------------------------- X

**PROCEDIMIENTOS INICIALES PARA RESOLVER OBJECIONES DEL COMITÉ
OFICIAL DE ACREEDORES NO ASEGURADOS Y DEL COMITÉ OFICIAL DE
EMPLEADOS RETIRADOS, A TENOR CON LA SECCIÓN 502 DEL CÓDIGO DE
QUIEBRAS Y LA REGLA DE QUIEBRAS 3007, A LAS RECLAMACIONES**

---

[1] Los Deudores en los Casos del Título III, junto con el caso individual de cada Deudor en virtud del mismo título y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según aplicable, son: (i) el Estado Libre Asociado de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); (ii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de Quiebra Núm. 17-BK-3567 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iii) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Caso de Quiebra Núm. 17-BK-3566 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); y (iv) la Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (Caso de Quiebra Núm. 17-BK-4780 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3747) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

**INCOADAS POR TENEDORES DE BONOS EMITIDOS POR EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**

\_\_\_ de julio de 2019

Según la Orden ("Orden") del Tribunal de Distrito de Estados Unidos para el Distrito de Puerto Rico (el "Tribunal de Distrito"), con fecha del \_\_\_ de julio del 2019, [Dkt. No. \_\_\_\_], los siguientes procedimientos iniciales aplicarán para la resolución de las objeciones presentadas por el Comité Oficial de Acreedores No Asegurados (el "Comité"), cada una fechada al 12 de marzo de 2019 [Caso Núm. 17-bk-3566, Dkt. 381 y 384] y las objeciones presentadas por el Comité Oficial de Empleados Retirados del Estado Libre Asociado de Puerto Rico (el "Comité de Retirados", y, conjuntamente con el Comité, los "Objetores") fechada al 23 de abril de 2019 [Caso Núm. 17-bk-3283, Dkt. 6482; Caso Núm. 17-bk-3566, Dkt. 469] a las reclamaciones incoadas por tenedores de bonos emitidos por el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (conjuntamente, las "Objeciones").

Los Objetores presentaron las Objeciones aseverando que todas las reclamaciones (las "Reclamaciones de Bonos SRE") que han sido o pueden ser incoadas contra el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") a cuenta de los bonos emitidos por el SRE en el 2008 (los "Bonos SRE") son inválidas. La objeción del Comité de Retirados también asevera que todas las Reclamaciones de Bonos SRE que han sido o pueden ser incoadas contra el Estado Libre Asociado de Puerto Rico son inválidas. Estos procedimientos aplican a todas las contenciones relacionadas a las Reclamaciones de Bonos SRE incoadas contra el SRE y/o el Estado Libre Asociado de Puerto Rico ("ELA"). Los tenedores de los Bonos SRE en adelante serán referidos como "Tenedores de Bonos SRE."

1. Exclusividad de los Procedimientos

Estos procedimientos son el mecanismo exclusivo para participar en el litigio ante el Tribunal de Distrito con respecto a las objeciones a las Reclamaciones de Bonos SER incoadas contra el SRE o el ELA. Sin embargo, algunas de las controversias levantadas en las Objeciones son objeto de procedimientos adversativos paralelos iniciados en el 2017 por ciertos Tenedores de Bonos SRE. *Véase* Adv. No. 17-ap-219-LTS en el Caso No. 17-bk-03283-LTS, y Adv. No. 17-ap-220-LTS en el Caso No. 17-bk-03566-LTS (conjuntamente "Procedimientos Adversativos del SRE"). Todos y cada uno de los alegatos y radicaciones presentadas en las Objeciones con respecto a asuntos interrelacionados (incluyendo las Secciones III-V de la Objeción del Comité de Retirados), para todos los propósitos, pueden ser presentados (con todos los epígrafes relevantes) en los Procedimientos Adversativos del SRE. En la medida en que los asuntos levantados en las Objeciones se conviertan en otras objeciones a reclamaciones, mociones, o procesos adversativos que envuelvan las Reclamaciones de Bonos SRE, los participantes de estos asuntos contenciosos o procesos adversativos se reunirán de buena fe para determinar si todos o alguno de los alegatos y otras presentaciones efectuadas en torno a las Objeciones deberán ser hechas y presentadas para todos los propósitos, en estos asuntos o procesos adversativos. Para evitar cualquier duda, todos los Participantes se reservan sus derechos con respecto a si algunos asuntos deben ser paralizados o suspendidos en vista de los asuntos

interrelacionados en las Objeciones y pendientes a los procedimientos adversativos donde estén envueltos Bonos SRE.

2. Aviso de Participación

Cualquier parte con interés, incluyendo pero sin limitarse a la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta") y la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico ("AAFAF" y, conjuntamente con la Junta, las "Partes del Título III"), y cualquier persona o entidad que posea un Bono SRE, esté o no esa persona o entidad identificada en las Objeciones, que desee participar del litigio de las Objeciones, tiene que notificar por correo electrónico y presentar un aviso de su intención de participar en dicho litigio (un "Aviso de Participación").

El Aviso de Participación (a) indicará si la parte con interés que presentó el aviso (individualmente, el "Participante") apoya o se opone a las Objeciones; (b) proveerá el nombre, dirección y correo electrónico del Participante y de su representante legal, si tiene alguno; y (c), en la medida en que lo presente un Tenedor de Bonos SRE, expondrá (i) si todo o parte de los Bonos SRE fueron adquiridos en el mercado secundario, y (ii) los números CUSIP de dichos Bonos SRE según el mejor conocimiento y creencia del Tenedor de Bonos SRE a la fecha en que presenta el Aviso de Participación (la "Información del Aviso"). El Aviso de Participación tendrá que cubrir todos los Bonos SRE que sean propiedad del Participante a la fecha de la presentación del Aviso de Participación o adquirido posteriormente y no deberá limitarse a los números CUSIP que aparecen en la lista. En aras de evitar cualquier duda, una parte interesada puede presentar un Aviso de Participación individual y/o a través de un grupo *ad hoc*. Un Aviso de Participación presentado a través de un grupo *ad hoc* tendrá que permitirle a cada miembro de dicho grupo *ad hoc* participar individualmente o como parte del grupo y cada miembro se reserva el derecho de actuar individualmente de cuando en cuando, con relación a cualquier asunto, argumento o procedimiento. En la medida en que una entidad deje de ser parte de un grupo *ad hoc* que presentó un Aviso de Participación, dicha entidad podrá seguir participando en el litigio de las Objeciones en la misma manera en que lo haría un Participante que hubiese presentado oportunamente un Aviso de Participación individual; *disponiéndose, sin embargo,* que dicho Participante estará sujeto a (i) cualquier acción, argumento, declaración o posición hecha o tomada por dicho grupo *ad hoc* antes de la fecha en que el Participante cesó de ser parte de dicho grupo *ad hoc* (la "Fecha de Separación"), y (ii) toda orden del Tribunal de Distrito aplicable a los miembros de dicho grupo *ad hoc* a la Fecha de Separación, en todos los casos y en la misma medida, de haber alguna, en que los miembros de dicho grupo *ad hoc* estarían obligados por dichas acciones, argumentos, declaraciones posiciones u órdenes del Tribunal de Distrito. En la medida en que una entidad se convierta en un miembro de un grupo *ad hoc* luego de la Fecha Limite de Participación, dicha entidad estará cubierta por el Aviso de Participación oportunamente presentado por el grupo *ad hoc*, disponiéndose que (i) dicho Aviso de Participación tiene que ser actualizado para incluir la Información de Aviso del nuevo integrante del grupo; y (ii) si dicho integrante no presentó su propio Aviso de Participación oportunamente, tendrá que obtener la aprobación del Tribunal de Distrito para participar en el litigio, individualmente o como miembro del grupo *ad hoc,* luego de demostrar justa causa, según indica el párrafo 5 a continuación. Las partes que presenten el Aviso de Participación en apoyo a las Objeciones constituirán colectivamente los "Objetores Conjuntos," y las partes que se opongan a las Objeciones constituirán colectivamente los "Recurridos."

Cada Aviso de Participación tiene que ser notificado a las "Partes a Notificar" identificadas en el párrafo más 8 abajo y radicado electrónicamente en el Tribunal de Distrito de conformidad con sus procedimientos para la radicación electrónica de documentos. **Los participantes sin representación legal pueden presentar el Aviso de Participación por correo o haciendo entrega personal a: Secretaría del Tribunal, Tribunal de Distrito para el Distrito de Puerto Rico, Oficina 150, Edificio Federal, 150 Avenida Carlos Chardón, San Juan PR 00918-1767, es decir, la oficina de la Secretaría del Tribunal de Distrito Federal en San Juan, Puerto Rico.**

**La fecha límite para radicar en el Tribunal de Distrito Federal y notificar por correo electrónico el Aviso de Participación es [60 días a partir de la fecha de asentamiento de la Orden] 2019 (el "Fecha Limite de Participación")**. Aquellos que radiquen con el Tribunal de Distrito Federal y notifiquen por correo electrónico el Aviso de Participación para la Fecha Límite de Participación no tendrán que presentar una respuesta sustantiva a las Objeciones hasta la fecha establecida mediante una orden de calendarización posteriormente emitida por el Tribunal de Distrito.

Sujeto a lo provisto en el párrafo 5 más abajo, aquella parte que no presente un Aviso de Participación no recibirá notificaciones de radicaciones o eventos en el litigio y podría no permitírsele participar sustancialmente en el litigio sin permiso del Tribunal de Distrito una vez haya mostrado justa causa; sin embargo, sus derechos pueden verse afectados por el resultado del litigio. En particular, y sujeto a los derechos apelativos aplicables, si y a la medida en que el Tribunal de Distrito concede las Objeciones total o parcialmente, la recuperación de los reclamantes a causa de las Reclamaciones de Bonos SRE quedará eliminada total o parcialmente, y quedará prohibido para siempre que los reclamantes hagan valer dichas reclamaciones rechazadas contra el SRE, que puedan votar en cualquier plan de ajuste presentado en este Caso bajo el Título III y que puedan participar en cualquier distribución bajo este Caso del Título III por reclamaciones surgidas de los Bonos SRE y de las Reclamaciones de Bonos SRE. Al radicar un Aviso de Participación, el reclamante tendrá la oportunidad de ser escuchado en los méritos de las Objeciones, tendrá derecho a recibir las notificaciones sobre eventos en el caso específicos a las Objeciones y recibirá avisos de oportunidades para reunirse y conversar con otras partes sobre los asuntos relacionados al litigio de las Objeciones.

Nada de lo aquí dispuesto, ni la mera presentación de un Aviso de Participación por una persona o entidad que no sea un tenedor de un Bono SRE, le conferirá legitimación activa a dicha persona o entidad para participar en el litigio de las Objeciones y se reservan todos los derechos a objetar la legitimación activa de cualquier persona o entidad.

3.   Propuesta de Intercambio Inicial/Recomendación

En la fecha que será cinco (5) días después de la Fecha Límite de Participación, los Objetores presentarán en el Tribunal de Distrito una lista de todas las partes que presentaron Avisos de Participación, sus representantes legales, indicando si estos Participantes son Objetores Conjuntos o Recurridos. Dicha lista será actualizada cada treinta (30) días para reflejar cualquier presentación tardía o actualización de un Aviso de Participación.

Veintiún (21) días después del asentamiento de la orden aprobando estos procedimientos (la "Fecha Límite del Intercambio de Propuestas"), los Objetores y las otras Partes M&C (definidos más adelante), simultáneamente intercambiarán propuestas (las "Propuestas Iniciales") estableciendo los procedimientos que gobernarán el litigio de las Objeciones, incluyendo pero sin limitarse a controversias de hecho y de derecho anticipadas, la secuencia y duración del descubrimiento de prueba, las prácticas para las mociones dispositivas anticipadas y el tiempo para ello, y el trato que se le dará a los tenedores de Bonos SRE que no presentaron Aviso de Participación (los "Procedimientos de Litigio de la Objeción"). Las Propuestas Iniciales se intercambiarán de la siguiente manera: los Objetores y las otras Partes M&C enviarán por correo electrónico sus Propuestas Iniciales a las Partes a Notificar. Los Objetores harán que su Propuesta Inicial y todas las Propuestas Iniciales recibidas se suban al [sitio web] (el "Sitio Web de Objeciones SRE") y los Participantes que hayan provisto su dirección electrónica recibirán una notificación por correo electrónico automáticamente cuando nuevos documentos sean subidos al Sitio Web de Objeciones SRE. Las Propuestas Iniciales no serán presentadas ante el Tribunal de Distrito. Las Partes no estarán impedidas de presentar reclamaciones o levantar defensas que no hayan sido incluidas en las Propuestas Iniciales.

Durante el periodo de veintiún (21) días luego de la Fecha Límite del Intercambio de Propuestas, las Partes M&C (definidas a continuación) se reunirán y llevarán a cabo una conferencia sobre el contenido esencial de las Propuestas Iniciales en un esfuerzo por desarrollar una recomendación conjunta sobre los Procedimientos de Litigio de la Objeción para el Tribunal de Distrito. Los Objetores convocarán las sesiones de reunión y conferencia y enviarán avisos sobre cualquier reunión o conferencia telefónica a todas las Partes M&C. Las Partes M&C harán los mayores esfuerzos por desarrollar una recomendación totalmente consensual con respecto a los Procedimientos de Litigio de la Objeción, que también incorpore la opinión, si se conoce, de los Participantes que no son Partes M&C.

Las "Partes M&C" serán inicialmente los Objetores, los grupos de Tenedores de Bonos SRE representados por Jones Day y White & Case LLP, respectivamente, el Bank of New York Mellon, como Agente Fiscal para Bonos SRE, y cualquier otro Tenedor de Bonos SRE representado por un abogado que desee participar en el proceso de reunión y conferencia, y las Partes del Título III. Los Objetores se reservan el derecho de solicitar permiso a la Corte para limitar el número de Partes M&C en caso de que resulte imposible llevar a cabo reuniones y conferencias significativas y productivas.

En el día veintiuno (21) luego de la Fecha Límite del Intercambio de Propuestas Iniciales, los Objetores presentarán ante el Tribunal de Distrito la recomendación para los Procedimientos de Litigio de la Objeción (la "Recomendación") propuestos e indicarán, si se conoce, cuáles Participantes apoyan la Recomendación y cuáles Participantes, de haber alguno, objetan la Recomendación. Los Objetores deberán haber sometido a publicación un borrador de la Recomendación en el Sitio Web de Objeciones SRE al menos cinco (5) días laborables previo a la presentación de la Recomendación; a partir de entonces, los Participantes tendrán cuatro (4) días laborables para proveer más insumo en cuanto a los Procedimientos de Litigio de la Objeción propuestos enviando por correo electrónico dichos comentarios a las Partes a Notificar. Las Partes a Notificar enviarán los comentarios recibidos por los Participantes que no sean Partes M&C a las Partes M&C.

Cualquier respuesta a la Recomendación tendrá que ser presentada ante el Tribunal de Distrito dentro de los siete (7) días luego de la presentación de la Recomendación (al "<u>Fecha Límite de la Respuesta</u>"), y cualquier réplica a estas respuestas tendrá que ser presentada dentro de los tres (3) días posteriores a la Fecha Límite de la Respuesta (la "<u>Fecha Límite de la Réplica</u>").

Para evitar dudas, se reservan todos los derechos con respecto a la capacidad de una parte a solicitar permiso del Tribunal en cualquier momento para presentar mociones dispositivas.

4. <u>Litigio</u>

    A. <u>Conferencia Sobre el Estado de los Procedimientos en el Tribunal de Distrito</u>

Los Objetores solicitarán que el Tribunal de Distrito señale una conferencia sobre el estado de los procedimientos tan pronto como sea posible luego de la Fecha Límite de la Réplica, para discutir y decidir los asuntos esbozados en la Recomendación y cualquier respuesta y réplica a esta, incluyendo, pero sin limitarse a:

(i) la secuencia y el plazo para el descubrimiento de prueba;

(ii) la medida en que se puedan o deban someter alegatos conjuntos;

(iii) calendarización de mociones, incluyendo pero sin limitarse a un calendario para presentar mociones dispositivas; y

(iv) cualquier otro asunto que pueda contribuir a una resolución justa y eficiente de los asuntos levantados en la Objeción y en los Avisos de Participación.

Para evitar dudas, todos los Participantes se reservan el derecho con respecto a los Procedimientos de Litigio de la Objeción para argumentar que no deben estar obligados a presentar alegatos en conjunto con otros Participantes.

B. <u>Coordinación</u>

En la medida en que el Tribunal de Distrito determine que se pueden y deben someter alegatos conjuntos–

(a) Los Objetores y cualquier Objetor Conjunto con instrucciones de participar en alegatos en conjunto, cooperarán de buena fe para presentar alegatos conjuntos con respecto a la Objeción y presentarán alegatos separados solo en la medida necesaria para presentar y discutir asuntos, posiciones y argumentos sobre los cuales no puedan llegar a un acuerdo de buena fe.

(b) De la misma forma, cualquier Recurrido con instrucciones de participar en alegatos conjuntos, cooperarán de buena fe para presentar alegatos conjuntos con respecto al litigio sobre la Objeción y presentarán alegatos separados solo en la medida necesaria para presentar o discutir asuntos, posiciones, o argumentos sobre los cuales no puedan llegar a un acuerdo de buena fe.

Con respecto al descubrimiento de prueba –

Los Objetores y Objetores Conjuntos, por un lado, y los Recurridos, por otro lado, harán esfuerzos razonables para coordinar el desarrollo del descubrimiento de prueba que sea requerido por las otras partes y para coordinar comunicaciones concernientes a dicho descubrimiento.

5. <u>Avisos de Participación Sometidos Luego de la Fecha Límite de Participación</u>

Cualquier parte que presente un Aviso de Participación luego de la Fecha Límite de Participación, pero al menos treinta (30) días antes del juicio en los méritos de las Objeciones, podrá participar en el litigio sobre las Objeciones y recibir las notificaciones de los desarrollos en el litigio e invitaciones para las sesiones de reunión y conferencia entre los litigantes. Dicha parte, sin embargo, estará sujeta a cualquier orden emitida por el Tribunal de Distrito (incluyendo cualquier orden declarando ha lugar una moción dispositiva, como lo sería una moción de sentencia sumaria) y/o cualquier acuerdo alcanzado entre los Objetores, Objetores Conjuntos y los Recurridos, antes de someter dicho Aviso de Participación sobre el manejo del litigio, incluso con respecto a los asuntos establecidos en el párrafo 3 arriba. Además, ausente un permiso concedido por el Tribunal de Distrito luego de mostrar justa causa, cualquier parte que no presente un Aviso de Participación o presente Aviso de Participación luego de la Fecha Límite de Participación, estará impedida de presentar mociones separadas, diligenciar requerimientos de descubrimiento de prueba, o de ser escuchado en cualquier vista sobre las Objeciones.

6. <u>Carencia de Deber</u>

Ningún Recurrido tendrá deber alguno para con otro Recurrido o Tenedor de Bono SRE que no haya presentado un Aviso de Participación.

7. <u>Otras Objeciones Permisibles</u>

El hecho de que los Objetores hayan objetado las Reclamaciones de Bonos SRE y el ELA no impedirá (i) que a los Objetores o cualquiera otra parte interesada la pueda objetar a una

Reclamación de Bonos SRE por cualquier fundamento que no esté expuesto en las Objeciones, o en cualquier otra reclamación incoada por el Tenedor de Bono SRE que no esté relacionada con el Bono SRE, o (ii) que una parte con interés pueda levantar argumentos adicionales para objetar a las Reclamaciones de Bonos SRE a tenor con el Aviso de Participación.

8. Las Siguientes Personas son las "Partes a Notificar"

**PAUL HASTINGS LLP**
Attn: Luc. A. Despins, Esq.
James R. Bliss, Esq.
Nicholas A. Bassett, Esq.
200 Park Avenue
New York, NY 10166
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
nicholasbassett@paulhastings.com

**CASILLAS, SANTIAGO & TORRES LLC**
Attn: Juan J. Casillas Ayala, Esq
Alberto J. E. Añeses Negrón, Esq.,
Israel Fernández Rodriguez, Esq.,
Juan C. Nieves González, Esq.,
Cristina B. Fernández Niggemann, Esq.
PO Box 195075
San Juan, PR 00919-5075
jcasillas@cstlawpr.com
aaneses@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

**JENNER & BLOCK LLP**
Attn: Robert Gordon, Esq.
Catherine Steege, Esq.
Melissa Root, Esq.
Landon Raiford, Esq.
rgordon@jenner.com
ccsteege@jenner.com
mroot@jenner.com
lraiford@jenner.com

**BENNAZAR, GARCÍA & MILLIÁN, C.S.P.**
A.J. Bennazar-Zequeira
Héctor M. Mayol Kauffman
Francisco del Castillo Orozco
ajb@bennazar.org
hector.mayol@bbennazar.com

**Exhibit 3**

Case:17-03283-LTS Doc#:8171-3 Filed:07/21/19 Entered:07/21/19 20:49:28 Desc: Exhibit C Page 16 of 19

***ESTE AVISO DE PARTICIPACIÓN TIENE QUE SER NOTIFICADO Y PRESENTADO EN O ANTES DE [SESENTA DÍAS DEL ASENTAMIENTO DE LA ORDEN]***

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

------------------------------------------------------------------------ X
:
In re: :
:
LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN : PROMESA
FINANCIERA PARA PUERTO RICO, : Título III
:
     como representante de : Caso Núm. 17-BK-3283 (LTS)
:
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO *et* : (Administrado Conjuntamente)
*al.*, :
:
     Deudores.[1] :
:
------------------------------------------------------------------------ X
In re: :
:
LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN : PROMESA
FINANCIERA PARA PUERTO RICO, : Título III
:
     como representante del : Caso Núm. 17-BK-3566 (LTS)
:
SISTEMA DE RETIRO DE LOS EMPLEADOS DEL :
GOBIERNO DEL ESTADO LIBRE ASOCIADO DE
PUERTO RICO,
:
     Deudor. :
------------------------------------------------------------------------ X

**AVISO DE PARTICIPACIÓN EN LAS OBJECIONES DEL COMITÉ OFICIAL DE ACREEDORES NO ASEGURADOS Y DEL COMITÉ OFICIAL DE EMPLEADOS RETIRADOS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, A TENOR CON LA SECCIÓN 502 DEL CÓDIGO DE QUIEBRAS Y LA REGLA 3007 DE QUIEBRAS, A RECLAMACIONES DE TENEDORES DE BONOS EMITIDOS POR EL SISTEMA DE**

---

[1] Los Deudores en los Casos del Título III, junto con el caso individual de cada Deudor en virtud del mismo título y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según aplicable, son: (i) el Estado Libre Asociado de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); (ii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de Quiebra Núm. 17-BK-3567 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iii) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Caso de Quiebra Núm. 17-BK-3566 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); y (iv) la Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (Caso de Quiebra Núm. 17-BK-4780 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3747) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

# RETIRO DE EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO

**Este Aviso de Participación tiene que ser notificado y presentado en o antes de [sesenta días del asentamiento de la orden] de acuerdo con las instrucciones que se encuentran en la parte inferior de este documento.**

La parte identificada a continuación ("<u>Participante</u>") por la presente notifica al Comité de Acreedores No Asegurados (el "UCC") y al Comité Oficial de Empleados Retirados del Estado Libre Asociado de Puerto Rico ( el "Comité de Retirados" y en conjunto con el UCC, los "Objetores) que tiene la intención de participar en el litigio de los Objetores impugnando las reclamaciones (la objeción del UCC fechada 12 de marzo de 2019 [Caso Núm. 17-bk-3566, Dkt Núm. 381 y 384] y la objeción del Comité de Retirados fechadas 23 de abril de 2019 [Caso Núm. 17-3283; Docket Núm. 6482; Caso Núm. 17-bk-3566, Dkt 469]) (conjuntamente, las "<u>Objeciones</u>"), las cuales colectivamente plantean que son invalidas todas las reclamaciones que fueron o pudieron haber sido instadas en contra del Sistema de los Empleados de Retiro del Gobierno del Estado Libre Asociado de Puerto Rico ("<u>ERS</u>") o el Estado Libre Asociado de Puerto Rico basadas en la emisión de bonos de ERS del 2008 (los "<u>Bonos ERS</u>").

Para garantizar los derechos de participación en el litigio de las Objeciones, el Participante debe proveer toda la información solicitada en los incisos 1 al 3 a continuación:

1. Información de contacto del Participante, incluyendo correo electrónico, y el de su abogado, si alguno:

| <u>Nombre del Participante e información de contacto</u> | <u>Información de contacto de la representación legal</u> |
|---|---|
| _____ <br> Nombre del Participante | _____ <br> Nombre de la firma (si aplica) |
| _____ <br> Persona contacto (si el Participante no es un individuo) | _____ <br> Persona contacto |
| _____ <br> Correo electrónico | _____ <br> Correo electrónico |
| _____ <br> Dirección | _____ <br> Dirección |
| _____ <br> Dirección | _____ <br> Dirección |
| _____ <br> Ciudad, Estado, Código Postal | _____ <br> Ciudad, Estado, Código Postal |
| _____ <br> País | _____ <br> País |

2. El Participante (elija **<u>una</u>** de las siguientes opciones marcando una "X" en el espacio apropiado):

    \_\_\_\_\_ pretende **apoyar** el alivio solicitado en la Objeción (i.e., el Participante cree que el Tribunal debe decidir que los Bonos SRE son **inválidos**); o

    \_\_\_\_\_ pretende **oponerse** al alivio solicitado en la Objeción (i.e., el Participante cree que el Tribunal debe decidir que los Bonos SRE son **válidos**).

3. Si el Participante no es un tenedor de un Bono SRE, puede continuar al final de este Aviso y firmarlo. Si el Participante es tenedor de uno o más Bonos SRE, el Participante debe responder a los siguientes párrafos (a) y (b) según su mejor conocimiento.

    (a) Provea el número CUSIP de todos los Bonos SRE del Participante:

    (b) ¿El Participante compró alguno de sus Bonos SRE, total o parcialmente, en el mercado secundario? **SI** o **NO** (por favor, **circule uno**).

Por: _____
Firma

_____
Nombre en letra de molde

_____
Título (si el Participante no es un individuo)

_____
Fecha

**Instrucciones para notificar y presentar el Aviso de Participación**: Este Aviso de Participación debe ser (i) notificado mediante correo electrónico a las Partes establecidas en el párrafo 8 de los Procedimientos de Objeción y (ii) **presentado** electrónicamente ante el Tribunal de Distrito conforme a sus procedimientos de presentación electrónica de casos. **Si el Participante no tiene representación legal, debe someter una copia en papel de este Aviso de Participación ante el Tribunal de Distrito mediante la entrega personal de dicho Aviso de Participación o a través de correo regular a: El Secretario del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, Oficina 150 del Edificio Federal, 150 Avenida Carlos Chardón, San Juan, Puerto Rico 00918-1767**.