# Exhibit C

## Miller, Atara

| | |
|---|---|
| **From:** | Rappaport, Lary Alan <LRappaport@proskauer.com> |
| **Sent:** | Wednesday, July 17, 2019 2:23 PM |
| **To:** | Miller, Atara; rcamara@ferraiuoli.com; martin.sosland@butlersnow.com; jason.callen@butlersnow.com; mpico@rexachpico.com |
| **Cc:** | Barak, Ehud; Desatnik, Daniel; Stevens, Elliot; Alonzo, Julia D. |
| **Subject:** | Urgent motion for leave to file sur-reply on standing issue |

Counsel –

In Martin's emails with Atara regarding the scope and schedule for briefing Ambac's motion for stay relief and request for discovery, he requested that Ambac dismiss its Motion due to lack of standing or to explain why it believes it has standing. Ambac neither dismissed its Motion nor provided its reasoning. As a result, we advised the Court on at least two occasions that, depending on the nature of the argument Ambac unveiled for the first time in its reply, the Oversight Board may have to request permission to file a sur-reply. *See, e.g.,* Opposition at paragraph 5.

Having read Ambac's July 16th reply, the Oversight Board will file an urgent motion requesting leave to file a sur-reply on the standing issue. Please let us know by **5 p.m. Eastern today** whether you oppose, or do not oppose, our request for leave to file a sur-reply so that we may advise the Court of your position on the issue.

Thank you,
Lary

**Lary Alan Rappaport**
Partner

Proskauer
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3010
d 310.284.5658
f  310.557.2193

lrappaport@proskauer.com

greenspaces
Please consider the environment before printing this email.

**********************************************************************************
*************************************************************
This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure.
If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.
**********************************************************************************
*************************************************************