# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtors.[1] | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | Case No. 17-BK-4780-LTS<br><br>**This Court Filing Relates Only to Case No. 17-BK-4780-LTS**<br><br>**Re: ECF Nos. 975, 1233, 1254** |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION, ASSURED GUARANTY CORP.,
ASSURED GUARANTY MUNICIPAL CORP.,
AND SYNCORA GUARANTEE INC.,

     Movants,

v.

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

     Respondent.

**URGENT JOINT MOTION OF ALL PARTIES
TO EXTEND DEADLINES RE: MOTION TO DISMISS**

To the Honorable United States District Judge Laura T. Swain:

The Puerto Rico Electric Power Authority ("PREPA" or the "Debtor"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtor's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), National Public Finance Guarantee Corporation ("National"), Assured Guaranty Corp. and Assured Guaranty Municipal Corp. ("Assured"), and Syncora Guarantee Inc. ("Syncora") (collectively, the "Parties") respectfully submit this urgent joint motion (the "Urgent Motion") for an order extending the remaining deadlines set forth in the June 27, 2019 Order (ECF No. 1398) regarding the pending motion pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 1233) (the "Dismissal Motion") to dismiss the motion by National, Assured, and Syncora for relief from the automatic stay to seek appointment of a receiver (ECF No. 975) (the Receiver Motion").  A proposed order is attached hereto as **Exhibit A** ("Proposed Order").

The Parties are working to reach agreement on an amendment to the PREPA Definitive Restructuring Support Agreement ("RSA"), pursuant to which National and Syncora would join the RSA.  That RSA is presently the subject of a pending motion to approve a 9019 settlement (ECF No. 1232) (the "9019 Motion").  If the 9019 Motion is granted, then the RSA will require not only Assured (which is already a party to the RSA) but also National and Syncora (if they join the RSA) to voluntarily withdraw their Receiver Motion—thereby mooting the Dismissal Motion.

Accordingly, the Parties respectfully request a further two-week extension of the briefing deadlines for the Dismissal Motion.  The requested extension would not prejudice any Party, should not burden the Court, and would allow additional time for the Parties to attempt to settle

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101–2241.

the Dismissal Motion and the Receiver Motion.  Specifically, the Parties propose the following

schedule for the Dismissal Motion, to the extent further briefing or a hearing is necessary:

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline for filing objections to the Dismissal Motion | July 24, 2019 | **August 7, 2019** |
| Deadline for filing replies to the Dismissal Motion | August 16, 2019 | **August 30, 2019** |
| Hearing on the Dismissal Motion in connection with the Omnibus Hearing | September 11, 2019 | Same |

For the foregoing reasons, the Parties respectfully move the Court to enter the Proposed

Order attached as Exhibit A.

* * *

**Certification of Compliance with
Local Rule 9013-1 and the Eighth Amended Case Management Procedures**

Pursuant to Local Rule 9013-1 and ¶ I.H of the Eighth Amended Case Management Order,

the undersigned counsel hereby certify they have (a) carefully examined the matter and concluded

there is a true need for an urgent extension; (b) not created the urgency through any lack of due

diligence; and (c) made reasonable, good-faith communications in an effort to resolve or narrow

the issues that are being brought to the Court.

Dated: July 22, 2019

**ADSUAR MUNIZ GOYCO SEDA &
PEREZ-OCHOA PSC**

/s/ *Eric Perez-Ochoa*
ERIC PÉREZ-OCHOA
USDC-PR No. 206,314
E-mail: epo@amgprlaw.com


/s/ *Luis A. Oliver-Fraticelli*

**WEIL, GOTSHAL & MANGES LLP**

/s/ *Robert Berezin*
MARCIA GOLDSTEIN*
JONATHAN POLKES*
GREGORY SILBERT*
ROBERT BEREZIN*
767 Fifth Avenue

LUIS A. OLIVER-FRATICELLI
USDC-PR NO. 209,204
E-mail: loliver@amgprlaw.com

208 Ponce de Leon Ave., Suite 1600
San Juan, PR 00936
Tel.: (787) 756-9000
Fax: (787) 756-9010

*Counsel for National Public Finance
Guarantee Corp.*

**CASELLAS ALCOVER & BURGOS
P.S.C.**

/s/ *Heriberto Burgos Pérez*
    Heriberto Burgos Pérez
    USDC-PR 204,809
    Ricardo F. Casellas-Sánchez
    USDC-PR 203,114
    Diana Pérez-Seda
    USDC-PR 232,014
    Email:    hburgos@cabprlaw.com
              rcasellas@cabprlaw.com
              dperez@cabprlaw.com

    P.O. Box 364924
    San Juan, PR 00936-4924
    Telephone:  (787) 756-1400
    Facsimile:   (787) 756-1401

*Counsel for Assured Guaranty Corp. and
Assured Guaranty Municipal Corp.*

**GOLDMAN ANTONETTI &
CORDOVA, LLC**

By: /s/ *Carlos A. Rodriguez*
CARLOS A. RODRÍGUEZ-
VIDAL USDC-PR No. 201,213
E-mail: crodriguez-vidal@gaclaw.com

SOLYMAR CASTILLO-
MORALES USDC-PR NO.

New York, New York 10153
Tel.: (212) 310-8000
Fax: (212) 310-8007
Email: marcia.goldstein@weil.com
       jonathan.polkes@weil.com
       gregory.silbert@weil.com
       robert.berezin@weil.com

*admitted pro hac vice*

*Counsel for National Public Finance Guarantee
Corp.*

**CADWALADER, WICKERSHAM & TAFT
LLP**

y: /s/ *William J. Natbony*
    Howard R. Hawkins, Jr.*
    Mark C. Ellenberg*
    William J. Natbony*
    Ellen M. Halstead*
    Thomas J. Curtin*
    Casey J. Servais*
    200 Liberty Street
    New York, NY 10281
    Telephone:  (212) 504-6000
    Facsimile:   (212) 406-6666
    Email:    howard.hawkins@cwt.com
              mark.ellenberg@cwt.com
              bill.natbony@cwt.com
              ellen.halstead@cwt.com
              thomas.curtin@cwt.com
              casey.servais@cwt.com

* admitted *pro hac vice*

*Counsel for Assured Guaranty Corp.
and Assured Guaranty Municipal Corp.*

**DEBEVOISE & PLIMPTON LLP**

By: /s/ *Elie J. Worenklein*
MY CHI TO*
CRAIG A. BRUENS*
ELIE J. WORENKLEIN*

218,310
E-mail: scastillo@gaclaw.com

P.O. Box 70364
San Juan, PR 00936-
8364 Tel.: (787) 759-
4117
Fax: (787) 767-9177

*Counsel for Syncora Guarantee Inc.*

919 Third Avenue
New York, New York 10022
Tel.: (212) 909-6000
Fax: (212) 909-6836
Email: mcto@debevoise.com
        cabruens@debevoise.com
        eworenklein@debevoise.com

*admitted *pro hac vice*

*Counsel for Syncora Guarantee Inc.*

**O'MELVENY & MYERS LLP**

**PROSKAUER ROSE, LLP**

*/s/ Martin J. Bienenstock*

Martin J. Bienenstock
Ehud Barak
Margaret A. Dale
Gregg M. Mashberg
Eleven Times Square
New York, NY 10036-8299
Tel:  (212) 969-3000
Fax:  (212) 969-2900
mbienenstock@proskauer.com
ebarak@proskauer.com
mdale@proskauer.com
gmashberg@proskauer.com

-and-

Paul V. Possinger
70 W. Madison St., Suite 3800
Chicago, IL 60602
Tel:  (312) 962-3550
Fax:  (312) 962-3551
ppossinger@proskauer.com

-and-

**DEL VALLE EMMANUELLI LAW
OFFICES**

Luis F. del Valle Emmanuelli

*/s/      Elizabeth L. McKeen*

John J. Rapisardi
Nancy A. Mitchell
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: jrapisardi@omm.com
nmitchell@omm.com

-and-

Peter Friedman
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: pfriedman@omm.com

-and-

Elizabeth L. McKeen
Ashley M. Pavel
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
Email: emckeen@omm.com

*Attorneys for the Puerto Rico Fiscal
Agency and Financial Advisory*

6

PO Box 79897                                  *Authority and Puerto Rico Electric Power*
Carolina, PR 00984-9897                       *Authority*
Tel: (787) 977-1932
Fax: (787) 722-1932
devlawoffices@gmail.com

*Attorneys for The Financial Oversight and*
*Management Board for Puerto Rico, as*
*representative of The Commonwealth of*
*Puerto Rico and the Puerto Rico Electric*
*Power Authority*

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on July 22, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

*/s/ Eric Perez-Ochoa*
Eric Perez-Ochoa

# **EXHIBIT A**

## **Proposed Order**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>     Debtors.[3] | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>     Debtor. | Case No. 17-BK-4780-LTS<br><br>**This Court Filing Relates Only to Case No. 17-BK-4780-LTS**<br><br>**Re: ECF Nos. 975, 1233, 1254** |

---

[3] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION, ASSURED GUARANTY CORP.,
ASSURED GUARANTY MUNICIPAL CORP.,
AND SYNCORA GUARANTEE INC.,

      Movants,

v.

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

      Respondent.

**[PROPOSED] ORDER EXTENDING DEADLINES APPLICABLE TO FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD AND AAFAF'S MOTION PURSUANT
TO FED. R. CIV. P. 12(B)(6) TO DISMISS INSURERS' MOTION FOR RELIEF FROM
THE AUTOMATIC STAY TO SEEK APPOINTMENT OF A RECEIVER (ECF NO.
1233)**

Upon consideration of the urgent joint motion (the "Urgent Motion") of the Financial

Oversight and Management Board for Puerto Rico ("Oversight Board"), the Puerto Rico Fiscal

Agency and Financial Advisory Authority ("AAFAF"), National Public Finance Guarantee

Corporation ("National"), Assured Guaranty Corp. and Assured Guaranty Municipal Corp.

("Assured"), and Syncora Guarantee Inc. ("Syncora") (collectively, the "Parties"), and the Court

having found good cause to grant the relief requested therein, it is

HEREBY ORDERED THAT:

1.      The Urgent Motion is GRANTED as set forth herein.

2.      With respect to the Oversight Board and AAFAF's motion pursuant to Fed. R. Civ.

P. 12(b)(6) (ECF No. 1233) ("Dismissal Motion") to dismiss the motion by National, Assured, and

Syncora for relief from the automatic stay to seek appointment of a receiver, the following schedule

applies:

| Event | Date |
|---|---|
| Deadline for filing objections to the Dismissal Motion | **August 7, 2019** |
| Deadline for filing replies to the Dismissal Motion | **August 30, 2019** |
| Hearing on the Dismissal Motion in connection with the Omnibus Hearing | **September 11, 2019** |

SO ORDERED.

Dated: _____, 2019

                                                   _____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE