# EXHIBIT A

Case:17-03283-LTS   Doc#:8089-1   Filed:07/23/19   Entered:07/23/19 07:56:09   Desc:
Exhibit A   Page 2 of 2

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
the Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

EXHIBIT A

**Second - Fifth Interim Fee Period Applications Recommended for Approval**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | **Second Interim (October 1, 2017 - January 31, 2018)** | | | | | | | | |
| | *Financial Advisors to the Puerto Rico Fiscal Agency and Financial Advisory Authority* | | | | | | | | |
| 1-a | Ankura Consulting Group, LLC [Dkt. No. 2751] | 10/01 - 1/31/2018 | $ 3,937,979.00 | $ 121,020.75 | $ 175,457.10 | $ 8,775.41 | $ 3,816,958.25 | | $ 166,681.69 |
| | *Financial Advisors to PREPA* | | | | | | | | |
| 1-b | Ankura Consulting Group, LLC [Dkt. No. 2755] | 10/01 - 1/31/2018 | $ 3,475,283.50 | $ 121,020.75 | $ 153,684.90 | $ 8,775.41 | $ 3,354,262.75 | | $ 144,909.49 |
| | **Third Interim (February 1, 2018 - May 31, 2018)** | | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | | |
| 2-a | Ankura Consulting Group LLC [Dkt. No. 3564] | 2/01 - 5/31/2018 | $ 2,002,323.50 | $ 87,086.73 | $ 128,217.60 | $ 20,590.47 | $ 1,915,236.77 | | $ 107,627.13 |
| | *Financial Advisors to PREPA* | | | | | | | | |
| 2-b | Ankura Consulting Group LLC [17-04780 Dkt. No. 918; First Amended Dkt. No. 3658] | 2/01 - 5/31/2018 | $ 3,325,832.00 | $ 87,086.72 | $ 261,639.11 | $ 20,590.46 | $ 3,238,745.28 | | $ 241,048.65 |
| | **Fourth Interim Fee Period (June 1 - September 30, 2018)** | | | | | | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | | |
| 3-a | O'Melveny & Myers [Dkt. No. 4298] | 6/01 - 9/30/2018 | $ 4,967,118.86 | $ 126,414.16 | $ 125,613.01 | $ 2,284.52 | $ 4,840,704.70 | | $ 123,328.49 |
| | *Counsel to AAFAF - COFINA* | | | | | | | | |
| 3-b | O'Melveny & Myers [Dkt. No. 4283 -- 17-03284 Dkt. No. 350] | 6/01 - 9/30/2018 | $ 1,339,632.66 | $ 34,093.92 | $ 4,436.91 | $ 80.69 | $ 1,305,538.74 | | $ 4,356.22 |
| | *Counsel to AAFAF - HTA* | | | | | | | | |
| 3-c | O'Melveny & Myers [Dkt. No. 4286 -- 17-3567 Dkt. No. 527] | 6/01 - 9/30/2018 | $ 54,282.40 | $ 1,381.50 | $ 1,225.20 | $ 22.28 | $ 52,900.90 | | $ 1,202.92 |
| | *Counsel for AAFAF - ERS* | | | | | | | | |
| 3-d | O'Melveny & Myers [Dkt. No. 4288 -- 17-03566 Dkt. No. 346] | 6/01 - 9/30/2018 | $ 184,302.74 | $ 4,690.54 | $ 5,587.39 | $ 101.62 | $ 179,612.20 | | $ 5,485.77 |
| | *Counsel to AAFAF - PREPA* | | | | | | | | |
| 3-e | O'Melveny & Myers [Dkt. No. 4327 -- 17-04780 Dkt. No. 1030] | 8/10 - 9/30/2018 | $ 407,832.68 | $ 10,379.42 | $ 4,650.14 | $ 84.57 | $ 397,453.26 | | $ 4,565.57 |
| | **Fifth Interim Fee Period (October 1, 2018 - January 31, 2019** | | | | | | | | |
| | *Financial Advisor to FOMB* | | | | | | | | |
| 4 | Ernst & Young [Dkt. No. 5808] | 10/1/2018 - 1/31/2019 | $ 3,053,407.50 | $ 30,725.17 | $ 121,966.01 | $ 14,443.35 | $ 3,022,682.33 | | $ 107,522.66 |
| | *Macroeconomic Consultant to FOMB* | | | | | | | | |
| 5 | Andrew Wolfe [Dkt. No. 6982] | 10/1/2018 - 1/31/2019 | $ 100,000.00 | $ - | $ 3,235.85 | $ 315.00 | $ 100,000.00 | | $ 2,920.85 |
| | *Special Debt Financing Counsel for PREPA* | | | | | | | | |
| 6 | Norton Rose Fulbright US LLP [Dkt. No. 5717 and 17-04780 Dkt. No. 1130] | 10/1/2018 - 1/31/2019 | $ 424,724.50 | $ 14,924.75 | $ - | $ - | $ 409,799.75 | | $ - |
| | *Counsel to AAFAF* | | | | | | | | |
| 7 | DLA Piper [Dkt. No. 5801] | 10/1/2018 - 1/31/2019 | $ 152,473.00 | $ 12,216.82 | $ 568.53 | $ - | $ 140,256.18 | | $ 568.53 |
| | *Macroeconomic Support Services to AAFAF* | | | | | | | | |
| 8 | DevTech Systems, Inc. [Dkt. No. 5973] | 8/1/2018 - 1/31/2019 | $ 610,457.65 | $ 26,269.65 | $ - | $ - | $ 584,188.00 | | $ - |
| | *COFINA Agent* | | | | | | | | |
| 9 | Bettina Whyte [Dkt. No. 5780] | 10/1/2018 - 2/12/2019 | $ 158,770.00 | $ 2,680.00 | $ 1,686.98 | $ - | $ 156,090.00 | | $ 1,686.98 |
| | *Counsel to COFINA Agent* | | | | | | | | |
| 10 | Willkie Farr & Gallagher LLP [Dkt. No. 5782] | 10/1/2018 - 2/12/2019 | $ 522,279.50 | $ 57,967.96 | $ 13,607.57 | $ 1,244.69 | $ 464,311.54 | | $ 12,362.88 |
| | *Puerto Rico Counsel for the Official Committee of Retired Employees* | | | | | | | | |
| 11 | Bennazar Garcia Milian C.S.P. [Dkt. No. 5811] | 10/1/2018 - 1/31/2019 | $ 281,772.50 | $ 2,275.00 | $ 1,540.07 | $ - | $ 279,497.50 | | $ 1,540.07 |
| | *Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 12 | Paul Hastings [Dkt. No. 5822] | 10/1/2018 - 1/31/2019 | $ 4,705,215.50 | $ 195,737.33 | $ 95,438.11 | $ 606.96 | $ 4,509,478.17 | FN1 | $ 94,831.15 |

**FN1** - The Fee Examiner recommends that, for the fifth interim fee period, and only this period, the stipulated fee reductions identified on this Exhibit, other than $88,842.17 on account of certain negotiated reductions, be included within the overall 20 percent reduction, as agreed by Paul Hastings LLP, in total fees sought by Paul Hastings LLP as part of its final fee application, which fee application is subject to Court approval. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are authorized and directed to pay Paul Hastings LLP 80 percent of the fees in the amount of $4,458,244.32 (i.e., $4,705,215.50 minus (a) a credit of $158,129.01 for fee reductions pursuant to the order approving Paul Hastings' Third and Fourth Interim Fee Application and minus (b) the aforementioned credit of $88,842.17) for services rendered during the Compensation Period.