# EXHIBIT B

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Third - Fifth Interim Fee Period Applications to be DEFERRED**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | **Third Interim (February 1, 2018 - May 31, 2018)** | | | | | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 1 | **Citigroup Global Markets Inc. [Dkt. No. 4020]** | 2/01 - 5/31/2018 | $ 1,803,571.43 | | $ 40,912.98 | | | |
| | **Fourth Interim (June 1, 2018 - September 2018)** | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 2-a | **Ankura Consulting Group, LLC [Dkt. No. 4358]** | 6/01 - 9/30/2018 | $ 2,373,633.63 | | $ 199,003.27 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 2-b | **Ankura Consulting Group, LLC [Dkt. No. 1048 (17-04780)]** | 6/01 - 9/30/2018 | $ 2,779,593.00 | | $ 216,596.27 | | | |
| | *Investment Banker and Financial Advisor to FOMB* | | | | | | | |
| 3 | **Citigroup Global Markets Inc. [Dkt. No. 4897]** | 6/01 - 9/30/2018 | $ 1,975,000.00 | | $ 20,450.63 | | | |
| | *Financial Advisor and Investment Banker to AAFAF* | | | | | | | |
| 4 | **Rothschild & Co US Inc. [Dkt. No. 4260]** | 6/01 - 9/30/2018 | **PREVIOUSLY** | **APPROVED** | $ 63,468.70 | | | |
| | **Fifth Interim (October 1, 2018 - January 2019)** | | | | | | | |
| | *Bankruptcy Counsel to Debtors - Commonwealth* | | | | | | | |
| 5-a | **Proskauer Rose LLP [Dkt. No. 7046]** | 10/1/2018 - 1/31/2019 | $ 7,039,833.22 | | $ 286,789.32 | | | |
| | *Bankruptcy Counsel to Debtors - COFINA* | | | | | | | |
| 5-b | **Proskauer Rose LLP [Dkt. No.7054 -- 17-03284 Dkt. No. 636]** | 10/1/2018 - 1/31/2019 | $ 4,598,569.08 | | $ 93,096.52 | | | |
| | *Counsel for Debtors - HTA* | | | | | | | |
| 5-c | **Proskauer Rose [Dkt. No. 7047 -- 17-03567 Dkt. No. 565]** | 10/1/2018 - 1/31/2019 | $ 913,485.37 | | $ 43,161.01 | | | |
| | *Counsel for Debtors - ERS* | | | | | | | |
| 5-d | **Proskauer Rose [Dkt. No. 7049 -- 17-03566 Dkt. No. 521]** | 10/1/2018 - 1/31/2019 | $ 764,444.39 | | $ 49,023.60 | | | |
| | *Counsel for Debtors - PREPA* | | | | | | | |
| 5-e | **Proskauer Rose [Dkt. No. 7052 -- 17-04780 Dkt. No. 1247]** | 10/1/2018 - 1/31/2019 | $ 2,690,790.26 | | $ 78,301.24 | | | |
| | *Consulting Services Provider to FOMB - PREPA* | | | | | | | |
| 6-a | **McKinsey & Company, Inc. [Dkt. No. 5802 and 17-04780 Dkt. No. 1132]** | 10/1/2018 - 1/31/2019 | $ 2,960,000.00 | | $ - | | | |
| | *Consulting Services Provider to FOMB - Commonwealth* | | | | | | | |
| 6-b | **McKinsey & Company, Inc. [Dkt. No. 5804]** | 10/1/2018 - 1/31/2019 | $ 5,670,000.00 | | $ - | | | |
| | *Consulting Services Provider to FOMB - HTA* | | | | | | | |
| 6-c | **McKinsey & Company, Inc. [Dkt. No. 5805 and 17-03567 Dkt. No. 543]** | 10/1/2018 - 1/31/2019 | $ 1,240,000.00 | | $ - | | | |
| | *Neutral Vendor for FOMB* | | | | | | | |
| 7 | **EPIQ Corporate Restructuring and EPIQ eDiscovery Solutions [Dkt. No. 5917]** | 8/14/2018 - 11/30/2018 | $ 148,745.00 | | $ 103,537.58 | | | |
| | *Puerto Rico Counsel to FOMB* | | | | | | | |
| 8 | **O'Neill & Borges LLC [Dkt. No. 6296]** | 10/1/2018 - 1/31/2019 | $ 418,754.85 | | $ 6,604.94 | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 9 | **Conway MacKenzie [Dkt. No. 7439]** | 11/1/2018 - 2/28/2019 | $ 4,000,000.00 | | $ - | | | |

as of 7/17/2019

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Third - Fifth Interim Fee Period Applications to be DEFERRED**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Independent Forensic Analysis Team to FOMB* | | | | | | | |
| 10 | **Duff & Phelps LLC [Dkt. No. 5800]** | 11/1/2018 - 1/31/2019 | $ 1,914,104.50 | | $ 71,798.08 | | | |
| | *Counsel for PREPA* | | | | | | | |
| 11 | **Greenberg Traurig [Dkt. No. 5716 and 17-04780 Dkt. No. 1129]** | 10/1/2018 - 1/31/2019 | $ 1,040,868.60 | | $ 18,115.44 | | | |
| | *Puerto Rico Counsel for PREPA* | | | | | | | |
| 12 | **Cancio Nadal Rivera & Diaz P.S.C. [Dkt. No. 5810 and 17-04780 Dkt. No. 1133]** | 10/1/2018 - 1/31/2019 | $ 541,280.00 | | $ 756.22 | | | |
| | *Financial Advisors to PREPA* | | | | | | | |
| 13 | **Ankura Consulting Group, LLC [Dkt. No. 1137 (17-04780)]** | 10/1/2018 - 1/31/2019 | $ 3,080,936.50 | | $ 228,902.66 | | | |
| | *Counsel to AAFAF - PREPA* | | | | | | | |
| 14-a | **O'Melveny & Myers [Dkt. No. 6042 and 1147 (17-04780)]** | 10/1/2018 - 1/31/2019 | $ 4,076,587.31 | | $ 57,507.47 | | | |
| | *Counsel to AAFAF - COFINA* | | | | | | | |
| 14-b | **O'Melveny & Myers [Dkt. No. 6043]** | 10/1/2018 - 1/31/2019 | $ 1,412,850.36 | | $ 16,394.02 | | | |
| | *Counsel for AAFAF - ERS* | | | | | | | |
| 14-c | **O'Melveny & Myers [Dkt. No. 6044]** | 10/1/2018 - 1/31/2019 | $ 188,464.21 | | $ 10,558.23 | | | |
| | *Counsel to AAFAF - HTA* | | | | | | | |
| 14-d | **O'Melveny & Myers [Dkt. No. 6045]** | 10/1/2018 - 1/31/2019 | $ 180,162.60 | | $ 6,214.30 | | | |
| | *Counsel to AAFAF - Commonwealth* | | | | | | | |
| 14-e | **O'Melveny & Myers [Dkt. No. 6047]** | 10/1/2018 - 1/31/2019 | $ 4,402,648.26 | | $ 136,119.82 | | | |
| | *Puerto Rico Counsel for AAFAF* | | | | | | | |
| 15 | **Marini Pietrantoni Muniz LLC [Dkt. No. 5825]** | 10/1/2018 - 1/31/2019 | $ 302,011.65 | | $ 5,930.22 | | | |
| | *Special Municipal Bankruptcy Counsel for COFINA Agent* | | | | | | | |
| 16 | **Klee Tuchin Bofdanoff & Stern LLP [Dkt. No. 5783]** | 10/1/2018 - 2/12/2019 | $ 279,280.50 | | $ 379.61 | | | |

as of 7/17/2019