**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　　　　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

**NOTICE OF (A) WITHDRAWAL OF OBJECTION TO PROOF
OF CLAIM NO. 10954 AND (B) SUBMISSION OF AMENDED EXHIBITS
TO THE FIFTIETH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE
COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS (ECF NO. 7278)**

To the Honorable United States District Court Judge Laura Taylor Swain:

　　1.　　Scheduled for hearing on July 24, 2019, is the *Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Deficient Claims* [ECF No. 7278] (the "Fiftieth Omnibus Objection"), to claims filed against the Commonwealth of Puerto Rico (the "Commonwealth"). On July 18, 2019, the Commonwealth, by and through the Financial Oversight and Management Board (the "Oversight Board"), as the Commonwealth's representative pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

("PROMESA"),[2] filed a *Notice of (A) Withdrawal of Objections to Certain Claims and (B) Submission of Amended Exhibits to Claim Objections* [ECF No. 8093], withdrawing certain objections to claims subject to the Fiftieth Omnibus Objection, in light of certain responses received from claimants.

2. Since July 18, 2019, advisors for the Oversight Board have had further communications with certain claimants and received additional information related to Proof of Claim No. 10954. As a result, the Commonwealth, by and through the Oversight Board as the Commonwealth's representative pursuant to PROMESA section 315(b), respectfully submits as **Attachment 1** hereto amended versions of Exhibits A and D to the Fiftieth Omnibus Objection, withdrawing the Commonwealth's objection to Proof of Claim No. 10954.

3. The Debtors reserve their rights to object to Proof of Claim No. 10954 on any grounds whatsoever.

[*Remainder of Page Intentionally Left Blank*]

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101–2241.

Dated: July 23, 2019
      San Juan, Puerto Rico

Respectfully submitted,

/s/ *Ricardo Burgos Vargas*
Ricardo Burgos Vargas
USDC No. 218210
**A&S LEGAL STUDIO, PSC**
434 Ave. Hostos
San Juan, PR 00918
Tel: (787) 751-6764
Fax: (787) 763-8260

/s/ *Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth*