# ATTACHMENT 14

**Proposed Order Granting Fifty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate Claims of HTA Bondholders**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

### ORDER GRANTING FIFTY-FIFTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO DUPLICATE CLAIMS OF HTA BONDHOLDERS

Upon the *Fifty-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate Claims of HTA Bondholders* ("Fifty-Fifth Omnibus Objection")[2] filed by the Commonwealth of Puerto Rico (the "Commonwealth"), dated June 6, 2019, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth, as more fully set forth in the Fifty-Fifth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Fifty-Fifth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (B ankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Fifty-Fifth Objection.

section 307(a); and due and proper notice of the Fifty-Fifth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required and each of the claims identified in <u>Exhibit A</u> to the Fifty-Fifth Omnibus Objection (the "<u>Duplicate Bond Claims</u>") being duplicative either in full or in part of the HTA Master Proofs of Claim; and the Court having determined that the relief sought in the Fifty-Fifth Omnibus Objection is in the best interest of the Commonwealth and its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Fifty-Fifth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

      ORDERED that the Fifty-Fifth Omnibus Objection is GRANTED as set forth herein; and it is further

      ORDERED that the Duplicate Bond Claims are hereby disallowed in their entirety; and it is further

      ORDERED that Prime Clerk is authorized and directed to delete the Claims to Be Disallowed from the official claims register in the Title III Cases; and it is further

      ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

                                        Honorable Judge Laura Taylor Swain
                                        United States District Judge

# **EXHIBIT A**

**Schedule of Claims Subject to the Fifty-Fifth Omnibus Objection**

## Fifty-Fifth Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | AKABAS, SHEILA H.<br>310 W. 86TH STREET, 3A<br>NEW YORK, NY 10024-3142 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 52121 | $ 49,998.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | ANSPACH, DAVID H.<br>12322 OAK PLAZA<br>CYPRESS, TX 77429 | 4/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6113 | $ 1,000.00* |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | BERRONG, DAVID<br>208 MICHAEL DR.<br>OVIEDO, FL 32765 | 4/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4244 | $ 5,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | BOYCE, ANNA<br>16032 RIVERPOINTE DRIVE<br>CHARLOTTE, NC 28278 | 5/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10271 | $ 50,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | BRENNAN, WILLIAM H & BEVERLY A<br>386 CALLAWAY CT<br>LINFIELD, PA 19468 | 3/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4643 | $ 35,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | BRENNER, LESLIE H<br>55 OAK AVE<br>HUNTINGTON STATION, NY 11746 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31377 | $ 10,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | BRINN, LOUIS & ROSALIE<br>3 IRENE LANE SOUTH<br>PLAINVIEW, NY 11803-1915 | 4/9/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6731 | Undetermined* |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Fifty-Fifth Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | COLLINS, NGOCANH<br>2705 COREY ROAD<br>MALABAR, FL 32950 | 5/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9043 | $ 36,850.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | COOPERATIVA DE A/C CAMUY<br>300 AVE BALTAZAR JIMENEZ MENDEZ<br>CAMUY, PR 00627 | 5/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 24517 | $ 153,312.50 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | COOPERATIVA DE A/C LA SAGRADA FAMILIA<br>COOP LA SAGRADA FAMILIA<br>PO BOX 102<br>COROZAL, PR 00783-0102 | 5/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26089 | $ 185,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | DANIEL AND BARBARA HEALY TRUST<br>2317 SEAFORD DR<br>WELLINGTON, FL 33414 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1617 | $ 5,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | ETHEREDGE, KRISTA D<br>180 WALTER SAMS RD<br>WINTERVILLE, GA 30683 | 4/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7109 | $ 27,127.79* |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | FARRON, LORRAINE<br>1692 LYNN CT<br>MERRICK, NY 11566 | 3/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 669 | $ 20,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | GELFON, ANN<br>2008 79TH ST. NW<br>BRADENTON, FL 34209 | 4/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3745 | $ 20,000.00* |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

## Fifty-Fifth Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | GEORGE R WARREN REVOCABLE TRUST GEORGE WARREN, TTEE<br>PO BOX 27<br>PERRY, OK 73077 | 3/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4846 | $ 20,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | HAZEL M HOFFMAN FAMILY TRUST DTD 1-15-01<br>HAZEL HOFFMAN<br>N95W31825 COUNTY LINE RD<br>HARTLAND, WI 53029 | 6/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 46200 | $ 15,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | HOROWITZ, GERALD<br>7 MAIDEN STONE LANE<br>MONROE TOWNSHIP, NJ 08831-7781 | 5/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9935 | Undetermined* |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | JOHN HENRY MULLIN, JR. TRUSTEE OF THE JOHN H. MULLIN SR. TESTAMENTARY TRUST<br>1002 GOODWIN LANE<br>WEST CHESTER, PA 19382 | 3/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3002 | $ 10,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | KILTENIS, MARIA<br>PO BOX 51203<br>ATHENS, 14510<br>GREECE | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41411 | Undetermined* |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | LE, HUNG B<br>1129 NICKERSON LANE<br>PLANO, TX 75094-4547 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3106 | Undetermined* |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | LINDA EVANSWOOD REVOCABLE TRUST<br>44 IRON MILL GARTH<br>HUNT VALLEY, MD 21030 | 5/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10906 | $ 60,000.00* |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

## Fifty-Fifth Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | MARCZYNSKI, CHRISTINE J<br>3258 LADD CT<br>THE VILLAGES, FL 32163 | 5/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11204 | $ 5,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | MARIE MILANO, DEBORAH<br>299 CONNIE WRIGHT ROAD<br>IRMO, SC 29063 | 3/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3746 | $ 14,887.50 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | MICHAEL LUCAS & HELENE KRUPA<br>240 PINECREST DRIVE<br>ATHENS, GA 30605 | 5/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8137 | $ 10,500.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | PAUL & NANCY SCHERRER LIV TRUST VA 7/28/2014<br>1011 NOTTINGHAM PLACE<br>JOHNSON CITY, TN 37604 | 4/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5829 | $ 10,270.27 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | RENFROW, MICHAEL D<br>588 SPRINGLAKE DR.<br>PEARL, MS 39208 | 3/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1212 | $ 65,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | RITA MESSINGER REVOCABLE TRUST<br>LEONARD MESSINGER<br>64 MOUNTAINVIEW TERRACE<br>HILLSDALE, NJ 07642 | 3/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4213 | $ 5,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | ROBINSON, ERIC P.<br>225 DEERWOOD ST. 5G<br>COLUMBIA, SC 29205 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18868 | $ 18,529.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

## Fifty-Fifth Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 29 | SARETZKY, GARY D & KATHLINA<br>700 TRUMBULL AVE<br>LAWRENCEVILLE, NJ 08648 | 4/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6576 | $ 8,018.50 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | SHEN T & TAMMY T LIU FAMILY TRUST UA 07-21-2014<br>8318 SADDLEBACK LEDGE AVE<br>LAS VEGAS, NV 89147 | 3/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5054 | $ 25,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | SMITH, GLADYS<br>801 VANOSDALE #102<br>KNOXVILLE, TN 37909 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2324 | $ 10,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | STERLING, LOUIS<br>59 BOLAND DRIVE<br>WEST ORANGE, NJ 07052 | 3/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1001 | $ 100,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | VAN WICKLIN, JR, WARREN A<br>8017 NW 27 BLVD<br>GAINESVILLE, FL 32606 | 3/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 845 | $ 15,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | WHITE, JIMMY D<br>120 SOUTH POINTE DR. STE C<br>BYRAM, MS 39272 | 3/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1360 | $ 60,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by HTA, which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | TOTAL | $ 1,050,493.56* |

\* Indicates claim contains unliquidated and/or undetermined amounts

Quincuagésima Quinta Objeción Colectiva
Anexo A - Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | AKABAS, SHEILA H.
310 W. 86TH STREET, 3A
NEW YORK, NY 10024-3142 | 6/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 52121 | $ 49,998.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 2 | ANSPACH, DAVID H.
12322 OAK PLAZA
CYPRESS, TX 77429 | 4/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6113 | $ 1,000.00* |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 3 | BERRONG, DAVID
208 MICHAEL DR.
OVIEDO, FL 32765 | 4/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4244 | $ 5,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 4 | BOYCE, ANNA
16032 RIVERPOINTE DRIVE
CHARLOTTE, NC 28278 | 5/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10271 | $ 50,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 5 | BRENNAN, WILLIAM H & BEVERLY A
386 CALLAWAY CT
LINFIELD, PA 19468 | 3/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4643 | $ 35,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 6 | BRENNER, LESLIE H
55 OAK AVE
HUNTINGTON STATION, NY 11746 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 31377 | $ 10,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 7 | BRINN, LOUIS & ROSALIE
3 IRENE LANE SOUTH
PLAINVIEW, NY 11803-1915 | 4/9/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6731 | Indeterminado* |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados                                                                                                                Página 1 de 6

## Quincuagésima Quinta Objeción Colectiva
## Anexo A - Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | COLLINS, NGOCANH<br>2705 COREY ROAD<br>MALABAR, FL 32950 | 5/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9043 | $ 36,850.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| 9 | COOPERATIVA DE A/C CAMUY<br>300 AVE BALTAZAR JIMENEZ MENDEZ<br>CAMUY, PR 00627 | 5/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 24517 | $ 153,312.50 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| 10 | COOPERATIVA DE A/C LA SAGRADA FAMILIA<br>COOP LA SAGRADA FAMILIA<br>PO BOX 102<br>COROZAL, PR 00783-0102 | 5/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 26089 | $ 185,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| 11 | DANIEL AND BARBARA HEALY TRUST<br>2317 SEAFORD DR<br>WELLINGTON, FL 33414 | 3/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 1617 | $ 5,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| 12 | ETHEREDGE, KRISTA D<br>180 WALTER SAMS RD<br>WINTERVILLE, GA 30683 | 4/11/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7109 | $ 27,127.79* |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| 13 | FARRON, LORRAINE<br>1692 LYNN CT<br>MERRICK, NY 11566 | 3/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 669 | $ 20,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| 14 | GELFON, ANN<br>2008 79TH ST. NW<br>BRADENTON, FL 34209 | 4/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3745 | $ 20,000.00* |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

## Quincuagésima Quinta Objeción Colectiva
### Anexo A - Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 15 | GEORGE R WARREN REVOCABLE TRUST GEORGE WARREN, TTEE<br>PO BOX 27<br>PERRY, OK 73077 | 3/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4846 | $ 20,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | HAZEL M HOFFMAN FAMILY TRUST DTD 1-15-01<br>HAZEL HOFFMAN<br>N95W31825 COUNTY LINE RD<br>HARTLAND, WI 53029 | 6/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 46200 | $ 15,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | HOROWITZ, GERALD<br>7 MAIDEN STONE LANE<br>MONROE TOWNSHIP, NJ 08831-7781 | 5/1/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9935 | Indeterminado* |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | JOHN HENRY MULLIN, JR. TRUSTEE OF THE JOHN H. MULLIN SR. TESTAMENTARY TRUST<br>1002 GOODWIN LANE<br>WEST CHESTER, PA 19382 | 3/16/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3002 | $ 10,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | KILTENIS, MARIA<br>PO BOX 51203<br>ATHENS, 14510<br>GREECE | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 41411 | Indeterminado* |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | LE, HUNG B<br>1129 NICKERSON LANE<br>PLANO, TX 75094-4547 | 3/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3106 | Indeterminado* |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

## Quincuagésima Quinta Objeción Colectiva
### Anexo A - Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 21 | LINDA EVANSWOOD REVOCABLE TRUST<br>44 IRON MILL GARTH<br>HUNT VALLEY, MD 21030 | 5/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10906 | $ 60,000.00* |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | MARCZYNSKI, CHRISTINE J<br>3258 LADD CT<br>THE VILLAGES, FL 32163 | 5/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11204 | $ 5,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | MARIE MILANO, DEBORAH<br>299 CONNIE WRIGHT ROAD<br>IRMO, SC 29063 | 3/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3746 | $ 14,887.50 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | MICHAEL LUCAS & HELENE KRUPA<br>240 PINECREST DRIVE<br>ATHENS, GA 30605 | 5/1/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8137 | $ 10,500.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | PAUL & NANCY SCHERRER LIV TRUST VA 7/28/2014<br>1011 NOTTINGHAM PLACE<br>JOHNSON CITY, TN 37604 | 4/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5829 | $ 10,270.27 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | RENFROW, MICHAEL D<br>588 SPRINGLAKE DR.<br>PEARL, MS 39208 | 3/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 1212 | $ 65,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | RITA MESSINGER REVOCABLE TRUST<br>LEONARD MESSINGER<br>64 MOUNTAINVIEW TERRACE<br>HILLSDALE, NJ 07642 | 3/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4213 | $ 5,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

## Quincuagésima Quinta Objeción Colectiva
### Anexo A - Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 28 | ROBINSON, ERIC P.<br>225 DEERWOOD ST. 5G<br>COLUMBIA, SC 29205 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18868 | $ 18,529.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | SARETZKY, GARY D & KATHLINA<br>700 TRUMBULL AVE<br>LAWRENCEVILLE, NJ 08648 | 4/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6576 | $ 8,018.50 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | SHEN T & TAMMY T LIU FAMILY TRUST U/A 07-21-2014<br>8318 SADDLEBACK LEDGE AVE<br>LAS VEGAS, NV 89147 | 3/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5054 | $ 25,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | SMITH, GLADYS<br>801 VANOSDALE #102<br>KNOXVILLE, TN 37909 | 3/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2324 | $ 10,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | STERLING, LOUIS<br>59 BOLAND DRIVE<br>WEST ORANGE, NJ 07052 | 3/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 1001 | $ 100,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | VAN WICKLIN, JR, WARREN A<br>8017 NW 27 BLVD<br>GAINESVILLE, FL 32606 | 3/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 845 | $ 15,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | WHITE, JIMMY D<br>120 SOUTH POINTE DR. STE C<br>BYRAM, MS 39272 | 3/8/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 1360 | $ 60,000.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la HTA, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por e fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | TOTAL | $ 1,050,493.56* |
|---|---|---|---|---|---|---|

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quincuagésima Quinta Objeción Colectiva
Anexo A - Reclamaciones Duplicadas, Deficientes y contra el Deudor Incorrecto