UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

        Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### ORDER GRANTING IN PART MOTION TO STRIKE FILED BY AMBAC ASSURANCE CORPORATION AND FINANCIAL GUARANTY INSURANCE COMPANY (DOCKET ENTRY NO. 8173)

        The Court has received and reviewed the *Urgent Motion for an Order Striking Portions of the Sur-Reply of the Financial Oversight and Management Board to Ambac Assurance Corporation's and Financial Guaranty Insurance Company's Reply Memorandum of Law in Support of Their Motion Concerning Application of the Automatic Stay* (Docket Entry No. 8173 in Case No. 17-3283, the "Motion to Strike"), as well as the objection to the Motion to Strike (Docket Entry No. 8174) that was filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), and the reply in support of the Motion to Strike filed by Ambac Assurance Corporation and Financial Guaranty Insurance Company (Docket Entry No. 8179).

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Court's *Order Authorizing Sur-Reply* (Docket Entry No. 8060, the "Order") authorized and directed the Oversight Board to file a sur-reply "not to exceed twenty (20) pages, exclusive of the cover page, the table of contents, the table of authorities, the signature page, exhibits, and the certificate of service." The Court's Order did not specify the scope of the Sur-Reply, and the Sur-Reply is therefore responsive to the Court's Order. However, the Sur-Reply does exceed the page limit set forth in the Court's Order, and the Court therefore strikes the twenty-first page of the Sur-Reply.

This Order resolves Docket Entry No. 8173.

SO ORDERED.

Dated: July 23, 2019

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge