UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | Case No. 17-BK-4780-LTS<br><br>This Court Filing Relates Only to Case No. 17-BK-4780-LTS<br><br>Re: ECF Nos. 975, 1233, 1254 |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

<div style="border:1px solid black; padding:10px;">

NATIONAL PUBLIC FINANCE GUARANTEE
CORPORATION, ASSURED GUARANTY CORP.,
ASSURED GUARANTY MUNICIPAL CORP.,
AND SYNCORA GUARANTEE INC.,

    Movants,

v.

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

    Respondent.

</div>

ORDER EXTENDING DEADLINES APPLICABLE TO FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD AND AAFAF'S MOTION PURSUANT TO FED. R.
CIV. P. 12(B)(6) TO DISMISS INSURERS' MOTION FOR RELIEF FROM THE
<u>AUTOMATIC STAY TO SEEK APPOINTMENT OF A RECEIVER (ECF NO. 1233)</u>

Upon consideration of the urgent joint motion (Docket Entry No. 8181 in Case No. 17-3283 and Docket Entry No. 1488 in Case No 17-4780, the "Urgent Motion") of the Financial Oversight and Management Board for Puerto Rico ("Oversight Board"), the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), National Public Finance Guarantee Corporation ("National"), Assured Guaranty Corp. and Assured Guaranty Municipal Corp. ("Assured"), and Syncora Guarantee Inc. ("Syncora") (collectively, the "Parties"), and the Court having found good cause to grant the relief requested therein, it is

HEREBY ORDERED THAT:

    1.    The Urgent Motion is GRANTED as set forth herein.

    2.    With respect to the Oversight Board and AAFAF's motion pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 1233) ("Dismissal Motion") to dismiss the motion by National, Assured, and

Syncora for relief from the automatic stay to seek appointment of a receiver, the following schedule applies:

| Event | Date |
| --- | --- |
| Deadline for filing objections to the Dismissal Motion | **August 7, 2019** |
| Deadline for filing replies to the Dismissal Motion | **August 30, 2019** |
| Hearing on the Dismissal Motion in connection with the Omnibus Hearing | **September 11, 2019** |

3. This Order resolves Docket Entry No. 8181 in Case No. 17-3283 and Docket Entry No. 1488 in Case No 17-4780.

SO ORDERED.

Dated: July 23, 2019            /s/ Laura Taylor Swain
                                HONORABLE LAURA TAYLOR SWAIN
                                UNITED STATES DISTRICT JUDGE