# ATTACHMENT 1

**Proposed Order Granting Fifty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate Claims of PRASA Bondholders**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

**ORDER GRANTING THE FIFTY-FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO DUPLICATE CLAIMS OF PRASA BONDHOLDERS**

Upon the *Fifty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate Claims of PRASA Bondholders* ("Fifty-First Omnibus Objection")[2] filed by the Commonwealth of Puerto Rico (the "Commonwealth"), dated June 6, 2019, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth, as more fully set forth in the Fifty-First Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Fifty-First Omnibus Objection and to grant the relief requested therein pursuant to Section 306(a) of the *Puerto Rico Oversight, Management, and Economic Stability Act*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Fifty-First Omnibus Objection.

("PROMESA"); and venue being proper pursuant to Section 307(a) of PROMESA; and due and proper notice of the Fifty-First Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in Exhibit A hereto (the "Duplicate Bond Claims") being duplicative either in full or in part of the PRASA Master Proof of Claim; and the Court having determined that the relief sought in the Fifty-First Omnibus Objection is in the best interest of the Commonwealth, its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Fifty-First Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Fifty-First Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Duplicate Bond Claims are hereby disallowed to the extent the claims are duplicative of the PRASA Master Proof of Claim, as set forth in Exhibit A hereto; and it is further

ORDERED that Prime Clerk is authorized and directed to delete the Claims to Be Disallowed from the official claims register in the Commonwealth Title III Case; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

                    Honorable Judge Laura Taylor Swain
                    United States District Judge

## **EXHIBIT A**

**Schedule of Claims Subject to the Fifty-First Omnibus Objection**

## Fifty-First Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CASTELLAR, ISABEL M.<br>URB. VALLE REAL<br>2017-CALLE DUQUESA ST.<br>PONCE, PR 00716 | 4/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9724 | $ 100,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 2 | COOPERATIVA DE AHORRO Y CREDITO CARIBECOOP<br>PO BOX 560547<br>GUAYANILLA, PR00656 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29434 | $ 250,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 3 | COOPERATIVA DE AHORRO Y CREDITO CARIBECOOP.<br>P.O. BOX 560547<br>GUAYANILLA, PR00656 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25603 | $ 900,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 4 | COOPERATIVA DE AHORRO Y CREDITO CARIBECOOP.<br>P.O BOX 560547<br>GUAYANILLA, PR00656 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25608 | $ 995,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 5 | COOPERATIVA DE AHORRO Y CREDITO CARIBECOOP.<br>PO BOX 560547<br>GUAYANILLA, PR00656 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33712 | $ 500,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 6 | COOPERATIVA DE AHORRO Y CREDITO DE YAUCO<br>PO BOX 3010<br>YAUCO, PR 00698-3010 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 129960 | $ 1,054,700.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 7 | COOPERATIVA DE AHORRO Y CREDITO DE YAUCO<br>PO BOX 3010<br>YAUCO, PR 00698-3010 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 147073 | $ 330,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |

## Fifty-First Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | ELFA GARCIA & JOSE F. LLUCH-GARCIA<br>#26, CALLE PRINCIPAL URB. EL RETIRO<br>SAN GERMAN, PR 00683 | 3/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5568 | $ 160,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 9 | GOMEZ, CRISTINA SANTIAGO<br>VILLAS DEL MAR OESTE APTO 4K<br>4735 AVE ISLA VERDE<br>CAROLINA, PR 00979-5410 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 43510 | $ 5,087.46 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 10 | JORGE P SALA COLON<br>COND SAN VICENTE 8169<br>CALLE CONCORDIA STE 102<br>PONCE, PR 00717-1556 | 5/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 51638 | $ 61,250.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 11 | JOSE M SALA COLON<br>LA VILLA DE TORRIMAR<br>10 CALLE REINA ISABEL<br>GUAYNABO, PR 00969 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21014 | $ 1,250.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 12 | LUGO PAGAN, PABLO<br>PO BOX 771<br>HORMIQUEROS, PR 00660 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 121083 | $ 71,298.75 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 13 | MANGUAL DIAZ, CARLOS J<br>PO BOX 301<br>CAGUAS, PR 00726-0301 | 5/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14359 | $ 30,000.00* |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 14 | MCS ADVANTAGE, INC.<br>PO BOX 193310<br>SAN JUAN, PR 00919 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58760 | $ 300,000.00* |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |

Fifty-First Omnibus Objection
Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | MUDAFORT FARAH, SAID<br>36 CALLE NEVAREZ- COND.<br>LOS OLMOS APTO. 11-H<br>SAN JUAN, PR 00927-4532 | 6/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 53553 | $ 17,854.38 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 16 | POMALES CASTRO, MIGUEL<br>PO BOX 7132J PMB 92<br>SAN JUAN, PR 00936 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19343 | $ 100,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 17 | ROBERTO SABATER RUIZ & DONNA M. WELLS DE SABATER<br>1724 SAN EDMONDO<br>SAN JUAN, PR 00927 | 5/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10290 | $ 50,000.00* |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 18 | ROBLES BIDOT, JAIME<br>25 MUNOZ RIVERA AVE. COND BAHIA PLAZA701<br>SAN JUAN, PR 00901 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32863 | $ 110,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 19 | SALA COLON, JORGE P.<br>COND SAN VICENTE 8169<br>CALLE CONCORDIA STE 102<br>PONCE, PR 00717-1556 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17665 | $ 61,250.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 20 | SANTOS, JOHN<br>PO BOX 193521<br>SAN JUAN, PR 00919 | 4/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8902 | $ 100,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 21 | URBANSKI, KATHLEEN V<br>39 WOODSHIRE DRIVE<br>ERIAL, NJ 08081 | 3/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5353 | $ 10,249.69 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Fifty-First Omnibus Objection
Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | VILNA GAZTAMBIDE (SURVIVING SPOUSE)/ESTATE OF MIGUEL ECHENIQUE IPARRAGUIRRE<br>MIGUEL ECHENIQUE<br>147 COLA DE PESCAO STREET. URB. PALMA REAL<br>GUAYNABO, PR 00969 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34468 | $ 135,150.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | TOTAL | $ 5,343,090.28* |
|---|---|---|---|---|---|---|

\* Indicates claim contains unliquidated and/or undetermined amounts

Quincuagésima Primera Objeción Colectiva
Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | CASTELLAR, ISABEL M.<br>URB. VALLE REAL<br>2017-CALLE DUQUESA ST.<br>PONCE, PR 00716 | 4/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9724 | $ 100,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 2 | COOPERATIVA DE AHORRO Y CREDITO CARIBECOOP<br>PO BOX 560547<br>GUAYANILLA, PR00656 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29434 | $ 250,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 3 | COOPERATIVA DE AHORRO Y CREDITO CARIBECOOP.<br>P.O. BOX 560547<br>GUAYANILLA, PR00656 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25603 | $ 900,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 4 | COOPERATIVA DE AHORRO Y CREDITO CARIBECOOP.<br>P.O BOX 560547<br>GUAYANILLA, PR00656 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25608 | $ 995,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 5 | COOPERATIVA DE AHORRO Y CREDITO CARIBECOOP.<br>PO BOX 560547<br>GUAYANILLA, PR00656 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 33712 | $ 500,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 6 | COOPERATIVA DE AHORRO Y CREDITO DE YAUCO<br>PO BOX 3010<br>YAUCO, PR 00698-3010 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 129960 | $ 1,054,700.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 7 | COOPERATIVA DE AHORRO Y CREDITO DE YAUCO<br>PO BOX 3010<br>YAUCO, PR 00698-3010 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 147073 | $ 330,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quincuagésima Primera Objeción Colectiva
Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | ELFA GARCIA & JOSE F. LLUCH-GARCIA<br>#26, CALLE PRINCIPAL URB. EL RETIRO<br>SAN GERMAN, PR 00683 | 3/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5568 | $ 160,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 9 | GOMEZ, CRISTINA SANTIAGO<br>VILLAS DEL MAR OESTE APTO 4K<br>4735 AVE ISLA VERDE<br>CAROLINA, PR 00979-5410 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 43510 | $ 5,087.46 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 10 | JORGE P SALA COLON<br>COND SAN VICENTE 8169<br>CALLE CONCORDIA STE 102<br>PONCE, PR 00717-1556 | 5/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 51638 | $ 61,250.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 11 | JOSE M SALA COLON<br>LA VILLA DE TORRIMAR<br>10 CALLE REINA ISABEL<br>GUAYNABO, PR 00969 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 21014 | $ 1,250.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 12 | LUGO PAGAN, PABLO<br>PO BOX 771<br>HORMIQUEROS, PR 00660 | 6/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 121083 | $ 71,298.75 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 13 | MANGUAL DIAZ, CARLOS J<br>PO BOX 301<br>CAGUAS, PR 00726-0301 | 5/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14359 | $ 30,000.00* |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |

Quincuagésima Primera Objeción Colectiva
Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 14 | MCS ADVANTAGE, INC.<br>PO BOX 193310<br>SAN JUAN, PR 00919 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 58760 | $ 300,000.00* |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 15 | MUDAFORT FARAH, SAID<br>36 CALLE NEVAREZ- COND.<br>LOS OLMOS APTO. 11-H<br>SAN JUAN, PR 00927-4532 | 6/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 53553 | $ 17,854.38 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 16 | POMALES CASTRO, MIGUEL<br>PO BOX 7132J PMB 92<br>SAN JUAN, PR 00936 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 19343 | $ 100,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 17 | ROBERTO SABATER RUIZ & DONNA M. WELLS DE SABATER<br>1724 SAN EDMONDO<br>SAN JUAN, PR 00927 | 5/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10290 | $ 50,000.00* |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 18 | ROBLES BIDOT, JAIME<br>25 MUNOZ RIVERA AVE. COND BAHIA PLAZA701<br>SAN JUAN, PR 00901 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32863 | $ 110,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 19 | SALA COLON, JORGE P.<br>COND SAN VICENTE 8169<br>CALLE CONCORDIA STE 102<br>PONCE, PR 00717-1556 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 17665 | $ 61,250.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 20 | SANTOS, JOHN<br>PO BOX 193521<br>SAN JUAN, PR 00919 | 4/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8902 | $ 100,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Quincuagésima Primera Objeción Colectiva
Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 21 | URBANSKI, KATHLEEN V<br>39 WOODSHIRE DRIVE<br>ERIAL, NJ 08081 | 3/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5353 | $ 10,249.69 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | VILNA GAZTAMBIDE (SURVIVING SPOUSE)/ESTATE OF MIGUEL ECHENIQUE IPARRAGUIRRE<br>MIGUEL ECHENIQUE<br>147 COLA DE PESCAO STREET. URB. PALMA REAL<br>GUAYNABO, PR 00969 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34468 | $ 135,150.00 |

Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado.

| | | | | TOTAL | | $ 5,343,090.28* |
|---|---|---|---|---|---|---|

\* Indica que la reclamación contiene montos por liquidar o indeterminados