UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>      Debtors.[1] | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>      Debtor. | PROMESA Title III<br><br>No. 17 BK 4780-LTS |

ORDER REQUIRING UPDATED STATUS REPORT WITH RESPECT TO MOTION IN LIMINE [ECF NO. 1457]

Upon consideration of the *Joint Status Report Regarding Government Parties' Motion in Limine to Exclude Witness Testimony Regarding 1974 Trust Agreement [Dkt. No. 1301]*, filed on

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

July 19, 2019 by and through the Financial Oversight and Management Board for Puerto Rico ("FOMB"); the Puerto Rico Electric Power Authority, by and through the FOMB as PREPA's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA");[2] the Puerto Rico Fiscal Agency and Financial Advisory Authority (collectively, the "Government Parties"), Unión de Trabajadores de la Industria Eléctrica y Riego Inc ("UTIER"), and Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica ("SREAEE") (the "Joint Status Report")[3] it is

HEREBY ORDERED THAT:

1. The Government Parties, UTIER, and SREAEE shall continue to meet and confer in an effort to resolve consensually the remainder of the Motion in Limine; and

2. The Government Parties, UTIER, and SREAEE shall file an updated joint status report by July 26, 2019.

SO ORDERED.

Dated July 23, 2019 /s/ Laura Taylor Swain
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101–2241.
[3] Capitalized terms not defined herein have the same meaning as in the Joint Status Report.