# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to ERS.** |

### NOTICE OF FILING AND CORRESPONDING CERTIFICATION REGARDING THIRTIETH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE EMPLOYEE RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO EXACT DUPLICATE CLAIMS

The Employee Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative of ERS pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] files this certification regarding the *Thirtieth Omnibus Objection (Non-Substantive) of the Employee Retirement System of the Government of the Commonwealth of Puerto Rico to Exact Duplicate Claims* (ECF No.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

6279) (the "Thirtieth Omnibus Objection") to the exact duplicate proofs of claim listed on **Exhibit A** thereto.

ERS, through its advisors, has conducted a comprehensive re-review of each claim subject to the Thirtieth Omnibus Objection. Each of the Claims to Be Disallowed[3] by the Thirtieth Omnibus Objection were reviewed by two different sets of reviewers to confirm that they were exact duplicates of the corresponding Remaining Claim, as identified in the Thirtieth Omnibus Objection. Based upon such review, ERS (a) hereby withdraws its objections as to Proofs of Claim No. 30932 and (b) certifies that each of the Claims to Be Disallowed, as identified in the revised proposed order granting the Thirtieth Omnibus Objection attached hereto as **Attachment 1**, and the accompanying schedule of claims attached thereto as **Exhibit A**, are, in fact, exact duplicates of the corresponding Remaining Claim.

[*Remainder of Page Intentionally Left Blank*]

---

[3] Capitalized terms not defined herein shall have the meanings set forth in the Thirtieth Omnibus Objection.

Dated: July 23, 2019
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
Carla García Benítez
USDC No. 203708
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Attorneys for the Financial
Oversight and Management Board,
as representative for ERS*

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Co-Attorneys for the Financial
Oversight and Management Board
as representative for ERS*