# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                              Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br>(Jointly Administered) |

## AMENDED INFORMATIVE MOTION REGARDING NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION'S APPEARANCE AT JULY 24, 2019 HEARING

**PLEASE TAKE NOTICE** that Marcia Goldstein, Robert Berezin, Debora Hoehne, and Moshe Fink from the New York, New York office of Weil, Gotshal & Manges LLP will appear and present argument on behalf of National Public Finance Guarantee Corporation ("National") at the July 24, 2019 omnibus hearing.  National's representatives will appear in person in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 23 day of July, 2019.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, copy of this document will be notified via electronic mail to all case participants.

| | |
|---|---|
| **ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-OCHOA, PSC** <br> 208 Ponce de León Avenue, Suite 1600 <br> San Juan, PR 00936 <br> Telephone: 787.756.9000 <br> Facsimile: 787.756.9010 <br> Email: epo@amgprlaw.com <br> loliver@amgprlaw.com <br> acasellas@amgprlaw.com <br> larroyo@amgprlaw.com <br><br> By: */s/ Eric Pérez-Ochoa* <br> Eric Pérez-Ochoa <br> USDC-PR No. 206314 <br><br> */s/ Luis Oliver-Fraticelli* <br> Luis Oliver-Fraticelli <br> USDC-PR No. 209204 <br><br> */s/ Alexandra Casellas-Cabrera* <br> Alexandra Casellas-Cabrera <br> USDC-PR No. 301010 <br><br> */s/ Lourdes Arroyo-Portela* <br> Lourdes Arroyo Portela <br> USDC-PR No. 226501 | **WEIL, GOTSHAL & MANGES LLP** <br> Marcia Goldstein (admitted *pro hac vice*) <br> Kelly DiBlasi (admitted *pro hac vice*) <br> Gabriel A. Morgan (admitted *pro hac vice*) <br> Jonathan Polkes (admitted *pro hac vice*) <br> Gregory Silbert (admitted *pro hac vice*) <br> Jared R. Friedmann (admitted *pro hac vice*) <br><br> 767 Fifth Avenue <br> New York, New York 10153 <br> Telephone: (212) 310-8000 <br> Facsimile: (212) 310-8007 <br> Email: marcia.goldstein@weil.com <br> kelly.diblasi@weil.com <br> gabriel.morgan@weil.com <br> jonathan.polkes@weil.com <br> gregory.silbert@weil.com <br> jared.friedman@weil.com |