## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

      Debtors.[1]

----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR THE HEARING ON JULY 24-25, 2019 AT 9:30 A.M. AST[3]

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, July 24, 2019**, from 9:30 a.m. to 12:00 p.m., from 1:00 p.m. to 5:00 p.m., and, if necessary, **Thursday, July 25, 2019**, from 9:30 a.m. to 12:00 p.m., (Atlantic Standard Time) |
| **Location of Hearing:** | Honorable Laura Taylor Swain, United States District Court Judge Honorable Judith G. Dein, United States Magistrate Judge **Courtroom TBD** United States District Court for the District of Puerto Rico, **Clemente Ruiz Nazario United States Courthouse, 150 Carlos Chardón Avenue, San Juan, P.R. 00918-1767** |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] A redline comparing this agenda to the original agenda filed at ECF No. 8183 is attached hereto as **Exhibit A**.

[3] Attendees should note that daylight savings time went into effect on March 9, 2019.  As such, the hearing will take place at 9:30 a.m. Atlantic Standard Time, which is also 9:30 a.m. Eastern Standard Time, on June 12–13, 2019.

**Video Teleconference**:   The hearing will be broadcast by **video teleconference in Courtroom 17C**[4] of the United States District Court for the Southern District of New York, **Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007**

**Copies of Documents:**      Copies of all documents filed in these title III cases are available free of charge (a) by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

## I.  STATUS REPORT:

1.  **Report from the Oversight Board.**

    Description: The Oversight Board will report on **(i)** the general status and activities of the Oversight Board, and (ii) the date by which the Commonwealth's plan of adjustment will be filed.

    Estimated Time Required: 15 minutes.

2.  **Report from AAFAF.**

    Description: AAFAF will provide a general status report.

    Estimated Time Required: 15 minutes.

## II.  FEE EXAMINER RELATED MATTERS:

1.  **Third Interim Consolidated Semiannual Fee Application of the Fee Examiner and Godfrey & Kahn, S.C.** Third Interim and Consolidated Semiannual Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from October 1, 2018 through March 31, 2019 **[Case No. 17-3283, ECF No. 7813]**

    Description:  The Fee Examiner and Godfrey & Kahn, S.C. Counsel to the Fee Examiner, seek allowance of compensation and reimbursement of expenses for the period from October 1, 2018 through March 31, 2019.

    Objection Deadline:  July 23, 2019 at 4:00 p.m. (Atlantic Standard Time).

---

[4] Attendees should check the notice board in the lobby of the **New York** courthouse on the morning of the hearing to confirm the courtroom location.

<u>Responses</u>:
    A.  None.

<u>Replies, Joinders & Statements</u>:
    A.  None.

<u>Related Documents</u>:
    A.  None.

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>: 5 minutes.


III. <u>**UNCONTESTED MATTERS:**</u>

1. <u>**Thirty-Sixth Omnibus Objection to Claims.**</u> The Employee Retirement System of the Government of the Commonwealth of Puerto Rico's Thirty-Sixth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims **[Case No. 17-3283, ECF No. 7244]**

   <u>Description</u>:  The Employee Retirement System of the Government of the Commonwealth of Puerto Rico's thirty-sixth omnibus objection (non-substantive) to duplicate bond claims.

   <u>Objection Deadline</u>:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

   <u>Responses</u>:
       A.  None.

   <u>Reply, Joinder & Statement Deadlines</u>: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

   <u>Replies, Joinders & Statements</u>:
       A.  None.

   <u>Related Documents</u>:
       A.  Notice of (A) Withdrawal of Objections to Certain Claims and (B) Submission of Amended Exhibits to Claim Objections **[Case No. 17-3283, ECF No. 8084]**

       B.  Certificate of No Objection and Request for Entry, Without a Hearing, of Orders Granting Certain Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 8194]**

   <u>Status</u>:  This matter is going forward.

   <u>Estimated Time Required</u>:  5 minutes.

2. **Thirty-Seventh Omnibus Objection to Claims.** The Employee Retirement System of the Government of the Commonwealth of Puerto Rico's Thirty-Seventh Omnibus Objection (Non-Substantive) to Duplicate Bond Claims **[Case No. 17-3283, ECF No. 7245]**

Description:  The Employee Retirement System of the Government of the Commonwealth of Puerto Rico's thirty-seventh omnibus objection (non-substantive) to duplicate bond claims.

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A.  None.

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A.  None

Related Documents:
   A.  Notice of (A) Withdrawal of Objections to Certain Claims and (B) Submission of Amended Exhibits to Claim Objections **[Case No. 17-3283, ECF No. 8084]**

   B.  Certificate of No Objection and Request for Entry, Without a Hearing, of Orders Granting Certain Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 8194]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

3. **Forty-Fourth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Forty-Fourth Omnibus Objection (Non-Substantive) to Claims Asserted against the Incorrect Debtor **[Case No. 17-3283, ECF No. 7265]**

Description:   The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's forty-fourth omnibus objection (non-substantive) to claims asserted against the incorrect Debtor.

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A.  None

4

<u>Reply, Joinder & Statement Deadlines</u>: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
    A. Certificate of No Objection and Request for Entry, Without a Hearing, of Orders Granting Certain Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 8194]**

<u>Related Documents</u>:
    A. Notice of (A) Withdrawal of Objections to Certain Claims and (B) Submission of Amended Exhibits to Claim Objections **[Case No. 17-3283, ECF No. 8084]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  5 minutes.

4.  **<u>Forty-Seventh Omnibus Objection to Claims.</u>** The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Forty-Seventh Omnibus Objection (Non-Substantive) to Exact Duplicate Claims **[Case No. 17-3283, ECF No. 7274]**

<u>Description</u>:   The Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's forty-seventh omnibus objection (non-substantive) to exact duplicate claims.

<u>Objection Deadline</u>:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A. None

<u>Reply, Joinder & Statement Deadlines</u>: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
    A. None

<u>Related Documents</u>:
    A. Notice of Withdrawal of Objection as to Claim and of Submission of Amended Exhibit to Claim Objection **[Case No. 17-3283, ECF No. 7565]**

    B. Stipulation and Agreed Order Regarding Withdrawal of Proof of Claim of U.S. Bank National Association (Claim No. 32565) **[Case No. 17-3283, ECF No. 7873]**

C. (Order Approving) Stipulation and Agreed Order Regarding Withdrawal of Proof of Claim of U.S. Bank National Association (Claim No. 32565) **[Case No. 17-3283, ECF No. 7928]**

D. Notice of (A) Withdrawal of Objections to Certain Claims and (B) Submission of Amended Exhibits to Claim Objections **[Case No. 17-3283, ECF No. 8084]**

E. Certificate of No Objection and Request for Entry, Without a Hearing, of Order Granting Forty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Exact Duplicate Claims (ECF No. 7274) **[Case No. 17-3283, ECF No. 8225]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

5. **Fifty-First Omnibus Objection to Claims.** The Commonwealth of Puerto Rico's Fifty-First Omnibus Objection (Non-Substantive) to Claims of PRASA Bondholders **[Case No. 17-3283, ECF No. 7279]**

Description:  The Commonwealth of Puerto Rico's fifty-first omnibus objection (non-substantive) to PRASA Bondholder claims.

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None

Related Documents:
    A. Notice of (A) Withdrawal of Objections to Certain Claims and (B) Submission of Amended Exhibits to Claim Objections **[Case No. 17-3283, ECF No. 8093]**

    B. Certificate of No Objection and Request for Entry, Without a Hearing, of Order Granting Fifty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate Claims of PRASA Bondholders **[Case No. 17-3283, ECF No. 8201]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

6

6. **<u>Fifty-Third Omnibus Objection to Claims.</u>** The Commonwealth of Puerto Rico's Fifty-Third Omnibus Objection (Non-Substantive) to Duplicate, Deficient, and Incorrect Debtor Claims **[Case No. 17-3283, ECF No. 7282]**

<u>Description</u>:   The Commonwealth of Puerto Rico's fifty-third omnibus objection (non-substantive) to duplicate, deficient, and incorrect Debtor claims.

<u>Objection Deadline</u>:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A.  None

<u>Reply, Joinder & Statement Deadlines</u>: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
    A.  None

<u>Related Documents</u>:
    A.  Notice of (A) Withdrawal of Objections to Certain Claims and (B) Submission of Amended Exhibits to Claim Objections **[Case No. 17-3283, ECF No. 8084]**

    B.  Certificate of No Objection and Request for Entry, Without a Hearing, of Orders Granting Certain Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 8194]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  5 minutes.

7. **<u>Fifty-Fourth Omnibus Objection to Claims.</u>** The Commonwealth of Puerto Rico's Fifty-Fourth Omnibus Objection (Non-Substantive) to Claims of PBA Bondholders **[Case No. 17-3283, ECF No. 7284]**

<u>Description</u>:   The Commonwealth of Puerto Rico's fifty-fourth omnibus objection (non-substantive) to PBA Bondholder claims.

<u>Objection Deadline</u>:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A.  None

<u>Reply, Joinder & Statement Deadlines</u>: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
    A.  None

Related Documents:
   A. Notice of Adjournment of Hearing on the Fifty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico with Respect to Proofs of Claim of Davidson Kempner Distressed Opportunities International Ltd. (Claim No. 147901) and OZ Credit Opportunities Master Fund, Ltd. (Claim No. 136008) **[Case No. 17-3283, ECF No. 7844]**

   B. Notice of (A) Withdrawal of Objections to Certain Claims and (B) Submission of Amended Exhibits to Claim Objections **[Case No. 17-3283, ECF No. 8084]**

   C. Certificate of No Objection and Request for Entry, Without a Hearing, of Orders Granting Certain Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 8194]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

8.  **Fifty-Fifth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico's Fifty-Fifth Omnibus Objection (Non-Substantive) to Claims of HTA Bondholders **[Case No. 17-3283, ECF No. 7285]**

   Description:  The Commonwealth of Puerto Rico's fifty-fifth omnibus objection (non-substantive) to HTA Bondholder claims.

   Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
      A. None

   Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

   Replies, Joinders & Statements:
      A. None

   Related Documents:
      A. Notice of (A) Withdrawal of Objections to Certain Claims and (B) Submission of Amended Exhibits to Claim Objections **[Case No. 17-3283, ECF No. 8084]**

      B. Certificate of No Objection and Request for Entry, Without a Hearing, of Orders Granting Certain Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 8194]**

   Status:  This matter is going forward.

   Estimated Time Required:  5 minutes.

9. **<u>Objection to Claim of Excel Gasoline and Good Mart Corp Retirement Plan.</u>** Objection of the Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Excel Gasoline and Food Mart Corp Retirement Plan Represented by UBS Trust Company of PR (Claim No. 25797) **[Case No. 17-3283, ECF No. 7392]**

Description:  The Puerto Rico Sales Tax Financing Corporation ("COFINA") seeks entry of an order disallowing the claim of Excel Gasoline and Food Mart Corp Retirement Plan represented by UBS Trust Company of PR (Claim No. 25797) as released and discharged in accordance with the Plan and Amended Confirmation Order for COFINA.

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None

Related Documents:
    A.  Certificate of No Objection and Request for Entry, Without a Hearing, of Orders Granting Certain Individual Objections to Proofs of Claim **[Case No. 17-3283, ECF No. 8210]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

10. **<u>Objection to Claim of Annette Roman Marrero Retirement Plan.</u>** Objection of the Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Annette Roman Marrero Retirement Plan Represented by UBS Trust Company of PR (Claim No. 26763) **[Case No. 17-3283, ECF No. 7393]**

Description:  The Puerto Rico Sales Tax Financing Corporation ("COFINA") seeks entry of an order disallowing the claim of Annette Roman Marrero Retirement Plan represented by UBS Trust Company of PR (Claim No. 26763) as released and discharged in accordance with the Plan and Amended Confirmation Order for COFINA.

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None

Related Documents:
    B. Certificate of No Objection and Request for Entry, Without a Hearing, of Orders Granting Certain Individual Objections to Proofs of Claim **[Case No. 17-3283, ECF No. 8210]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

11. **Objection to Claim of MSC Anesthesia Retirement Plan.** Objection of the Puerto Rico Sales Tax Financing Corporation to Proof of Claim of MSC Anesthesia Retirement Plan Represented by UBS Trust Company of PR (Claim No. 40842) **[Case No. 17-3283, ECF No. 7394]**

Description:  The Puerto Rico Sales Tax Financing Corporation ("COFINA") seeks entry of an order disallowing the claim of MSC Anesthesia Retirement Plan represented by UBS Trust Company of PR (Claim No. 40842) as released and discharged in accordance with the Plan and Amended Confirmation Order for COFINA.

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None

Related Documents:
    C. Certificate of No Objection and Request for Entry, Without a Hearing, of Orders Granting Certain Individual Objections to Proofs of Claim **[Case No. 17-3283, ECF No. 8210]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

12. **Objection to Claim of Hernandez Bauza Architects PSC Retirement Plan.** Objection of the Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Hernandez Bauza Architects PSC Retirement Plan Represented by UBS Trust Company of PR (Claim No. 45062) **[Case No. 17-3283, ECF No. 7396]**

Description:  The Puerto Rico Sales Tax Financing Corporation ("COFINA") seeks entry of an order disallowing the claim of Hernandez Bauza Architects PSC Retirement Plan represented by UBS Trust Company of PR (Claim No. 45062) as released and discharged in accordance with the Plan and Amended Confirmation Order for COFINA.

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None

Related Documents:
    D.  Certificate of No Objection and Request for Entry, Without a Hearing, of Orders Granting Certain Individual Objections to Proofs of Claim **[Case No. 17-3283, ECF No. 8210]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

13. **Objection to Claim of Southern Anesthesia Associates Retirement Plan.** Objection of the Puerto Rico Sales Tax Financing Corporation to Proof of Claim of  Southern Anesthesia Associates Retirement Plan Represented by UBS Trust Company of PR (Claim No. 44763) **[Case No. 17-3283, ECF No. 7397]**

Description:  The Puerto Rico Sales Tax Financing Corporation ("COFINA") seeks entry of an order disallowing the claim of Southern Anesthesia Associates Retirement Plan represented by UBS Trust Company of PR (Claim No. 44763) as released and discharged in accordance with the Plan and Amended Confirmation Order for COFINA.

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None

Related Documents:
    A. Certificate of No Objection and Request for Entry, Without a Hearing, of Orders Granting Certain Individual Objections to Proofs of Claim **[Case No. 17-3283, ECF No. 8210]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

14. **Objection to Claim of Maternity Gyn Inc. Retirement Plan.** Objection of the Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Maternity Gyn Inc. Retirement Plan Represented by UBS Trust Company of PR (Claim No. 44885) **[Case No. 17-3283, ECF No. 7399]**

Description:  The Puerto Rico Sales Tax Financing Corporation ("COFINA") seeks entry of an order disallowing the claim of Maternity Gyn Inc. Retirement Plan represented by UBS Trust Company of PR (Claim No. 44885) as released and discharged in accordance with the Plan and Amended Confirmation Order for COFINA.

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None

Related Documents:
    A. Certificate of No Objection and Request for Entry, Without a Hearing, of Orders Granting Certain Individual Objections to Proofs of Claim **[Case No. 17-3283, ECF No. 8210]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

15. **Objection to Claim of The Mark Trust Retirement Plan.** Objection of the Puerto Rico Sales Tax Financing Corporation to Proof of Claim of The Mark Trust Retirement Plan Represented by UBS Trust Company of PR (Claim No. 48411) **[Case No. 17-3283, ECF No. 7400]**

Description:  The Puerto Rico Sales Tax Financing Corporation ("COFINA") seeks entry of an order disallowing the claim of The Mark Trust Retirement Plan represented by UBS Trust Company of PR (Claim No. 48411) as released and discharged in accordance with the Plan and Amended Confirmation Order for COFINA.

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None

Related Documents:
    A.  Certificate of No Objection and Request for Entry, Without a Hearing, of Orders Granting Certain Individual Objections to Proofs of Claim **[Case No. 17-3283, ECF No. 8210]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

16. **Objection to Claim of Humberto Donato Insurance Co. Retirement Plan.** Objection of the Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Humberto Donato Insurance Co. Retirement Plan Represented by UBS Trust Company of PR (Claim No. 45851) **[Case No. 17-3283, ECF No. 7401]**

Description:  The Puerto Rico Sales Tax Financing Corporation ("COFINA") seeks entry of an order disallowing the claim of Humberto Donato Insurance Co. Retirement Plan Represented by UBS Trust Company of PR (Claim No. 45851) as released and discharged in accordance with the Plan and Amended Confirmation Order for COFINA.

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None

Related Documents:
    B.  Certificate of No Objection and Request for Entry, Without a Hearing, of Orders Granting Certain Individual Objections to Proofs of Claim **[Case No. 17-3283, ECF No. 8210]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

17. **Objection to Claim of Instituto Oftalmico de Bayamon Retirement Plan.** Objection of the Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Instituto Oftalmico de Bayamon Retirement Plan Represented by UBS Trust Company of PR (Claim No. 45706) **[Case No. 17-3283, ECF No. 7402]**

Description:  The Puerto Rico Sales Tax Financing Corporation ("COFINA") seeks entry of an order disallowing the claim of Instituto Oftalmico de Bayamon Retirement Plan represented by UBS Trust Company of PR (Claim No. 45706) as released and discharged in accordance with the Plan and Amended Confirmation Order for COFINA.

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None

Related Documents:
    A.  Certificate of No Objection and Request for Entry, Without a Hearing, of Orders Granting Certain Individual Objections to Proofs of Claim **[Case No. 17-3283, ECF No. 8210]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

18. **Objection to Claim of EBP Design Group Consulting Engineers, PSC Retirement Plan.**
Objection of the Puerto Rico Sales Tax Financing Corporation to Proof of Claim of EBP
Design Group Consulting Engineers, PSC Retirement Plan Represented by UBS Trust Company
of PR (Claim No. 43937) **[Case No. 17-3283, ECF No. 7404]**

Description:  The Puerto Rico Sales Tax Financing Corporation ("COFINA")  seeks entry of
an order disallowing the claim of EBP Design Group Consulting Engineers, PSC Retirement
Plan represented by UBS Trust Company of PR (Claim No. 43937) as released and discharged
in accordance with the Plan and Amended Confirmation Order for COFINA.

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A.  None

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time)
for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m.
(Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
  A.  None

Related Documents:
  A.  Certificate of No Objection and Request for Entry, Without a Hearing, of Orders
      Granting Certain Individual Objections to Proofs of Claim **[Case No. 17-3283, ECF
      No. 8210]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

19. **Objection to Claim of Centro de Cancer La Montana Retirement Plan.** Objection of the
Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Centro de Cancer La
Montana Retirement Plan Represented by UBS Trust Company of PR (Claim No. 43908) **[Case
No. 17-3283, ECF No. 7405]**

Description:  The Puerto Rico Sales Tax Financing Corporation ("COFINA") seeks entry of
an order disallowing the claim of Centro de Cancer La Montana Retirement Plan represented
by UBS Trust Company of PR (Claim No. 43908) as released and discharged in accordance
with the Plan and Amended Confirmation Order for COFINA.

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A.  None

15

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None

Related Documents:
    A. Certificate of No Objection and Request for Entry, Without a Hearing, of Orders Granting Certain Individual Objections to Proofs of Claim **[Case No. 17-3283, ECF No. 8210]**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

## IV. <u>CONTESTED MATTERS</u>:

1. **<u>Thirty-Fifth Omnibus Objection to Claims.</u>** Puerto Rico Highways and Transportation Authority's Thirty-Fifth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims **[Case No. 17-3283, ECF No. 7243]**

   Description:  Puerto Rico Highways and Transportation Authority's thirty-fifth omnibus objection (non-substantive) to duplicate bond claims.

   Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
       A. Response to Debtor's Thirty-Fifth Omnibus Objection to Claims filed by Edwin B. Emery, Jr. Trustee of the Bonnie Bankert Revocable Trust **[Case No. 17-3283, ECF No. 7772]**

   Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

   Replies, Joinders & Statements:
       A. Reply of the Puerto Rico Highways and Transportation Authority to Response Filed by Claimant Edwin B. Emery, Jr., Trustee [ECF No. 7772] to Thirty-Fifth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims **[Case No. 17-3283, ECF No. 8065]**

   Related Documents:
       A. Notice of (A) Withdrawal of Objections to Certain Claims and (B) Submission of Amended Exhibits to Claim Objections **[Case No. 17-3283, ECF No. 8093]**

   Status:  This matter is going forward.

Estimated Time Required:  15 minutes.

2. **<u>Thirty-Ninth Omnibus Objection to Claims.</u>** The Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Thirty-Ninth Omnibus Objection (Non-Substantive) to Deficient Claims **[Case No. 17-3283, ECF No. 7248]**

Description:  The Puerto Rico Highways and Transportation Authority and  the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's thirty-ninth omnibus objection (non-substantive) to deficient claims.

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Response to Debtor's Thirty-Ninth Omnibus Objection to Claims filed by Rafael Castro Lang **[Case No. 17-3283, ECF No. 7584]**

    B. Response to Debtor's Thirty-Ninth Omnibus Objection to Claims filed by Jesus Librada Sanz **[Case No. 17-3283, ECF No. 7579]**

    C. Response to Debtor's Thirty-Ninth Omnibus Objection to Claims filed by Joe M. Pace **[Case No. 17-3283, ECF No. 7680]**

    D. Response to Debtor's Thirty-Ninth Omnibus Objection to Claims filed by Edwin B. Emery Jr., Trustee of the Bonnie L. Bankert Revocable Trust **[Case No. 17-3283, ECF No. 7773]**

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. Reply of the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Responses Filed to Thirty-Ninth Omnibus Objection (Non-Substantive) to Deficient Claims and Notice of Withdrawal of Objection as to Proof of Claim Nos. 7374 and 49689 **[Case No. 17-3283, ECF No. 8070]**

Related Documents:
    A. Motion to Submit Certified Translations **[Case No. 17-3283, ECF No. 8078]**

    B. Notice of Withdrawal of Response of Oaktree Value Opportunities Fund Holdings, L.P. to the Thirty-Ninth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claim **[Case No. 17-3283, ECF No. 8079]**

17

    C. Notice of (A) Withdrawal of Objections to Certain Claims and (B) Submission of Amended Exhibits to Claim Objections **[Case No. 17-3283, ECF No. 8084]**

    D. Withdrawal as Moot of Answer to Objection to Claim and Request for Continuance **[Case No. 17-3283, ECF No. 8087]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  15 minutes.

3.  **<u>Forty-Fifth Omnibus Objection to Claims.</u>** The Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Forty-Fifth Omnibus Objection (Non-Substantive) to Deficient and Incorrect Debtor Claims **[Case No. 17-3283, ECF No. 7267]**

    <u>Description</u>:  The Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's forty-fifth omnibus objection (non-substantive) to deficient and incorrect Debtor claims.

    <u>Objection Deadline</u>:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

    <u>Responses</u>:
        A. Response to Debtors' Forty-Fifth Omnibus Objection to Claims filed by Francisco de A. Toro De Osuna and Viviana Velez Perez **[Case No. 17-3283, ECF No. 7861]**

    <u>Reply, Joinder & Statement Deadlines</u>: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

    <u>Replies, Joinders & Statements</u>:
        A. None

    <u>Related Documents</u>:
        A. Motion to Submit Certified Translations **[Case No. 17-3283, ECF No. 8078]**

        B. Notice of (A) Withdrawal of Objections to Certain Claims and (B) Submission of Amended Exhibits to Claim Objections **[Case No. 17-3283, ECF No. 8084]**

    <u>Status</u>:  This matter is going forward.

    <u>Estimated Time Required</u>:  15 minutes.

4.  **<u>Forty-Sixth Omnibus Objection to Claims.</u>** The Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's Forty-Sixth Omnibus Objection (Non-Substantive) to Subsequently Amended Claims **[Case No. 17-3283, ECF No. 7269]**

18

<u>Description</u>:  The Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico's forty-sixth omnibus objection (non-substantive) to subsequently amended claims.

<u>Objection Deadline</u>:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A.  Response and Reservation of Rights in Response to Forty-Sixth Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Subsequently Amended Claims **[Case No. 17-3283, ECF No. 7864]**

<u>Reply, Joinder & Statement Deadlines</u>: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Replies, Joinders & Statements</u>:
    A.  Reply of the Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Response Filed by Claimant Del Valle Group, S.P. [ECF No. 7864] to Forty-Sixth Omnibus Objection (Non-Substantive) to Subsequently Amended Claims **[Case No. 17-3283, ECF No. 8073]**

<u>Related Documents</u>:
    A.  Notice of (A) Withdrawal of Objections to Certain Claims and (B) Submission of Amended Exhibits to Claim Objections **[Case No. 17-3283, ECF No. 8084]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  15 minutes.

5.  **<u>Forty-Eighth Omnibus Objection to Claims.</u>** The Commonwealth of Puerto Rico's Forty-Eighth Omnibus Objection (Non-Substantive) to Subsequently Amended Claims **[Case No. 17-3283, ECF No. 7275]**

<u>Description</u>:  The Commonwealth of Puerto Rico's forty-eighth omnibus objection (non-substantive) to subsequently amended claims.

<u>Objection Deadline</u>:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A.  Response to Debtor's Forty-Eighth Omnibus Objection to Claims filed by Leida Pagan Torres **[Case No. 17-3283, ECF No. 7662]**

    B.  Response to Debtor's Forty-Eighth Omnibus Objection to Claims filed by Lizandra Carrero Aviles **[Case No. 17-3283, ECF No. 7849]**

C. Response to Debtor's Forty-Eighth Omnibus Objection to Claims filed by Jose A. Vazquez Padilla **[Case No. 17-3283, ECF No. 7852]**

D. Response to Debtor's Forty-Eighth Omnibus Objection to Claims filed by Miriam Ivette Matos Santos **[Case No. 17-3283, ECF No. 7866]**

E. Response to Debtor's Forty-Eighth Omnibus Objection to Claims filed by Julio Medina Figueroa **[Case No. 17-3283, ECF No. 7867]**

F. Response to Debtor's Forty-Eighth Omnibus Objection to Claims filed by Mirta Mendez Hernandez **[Case No. 17-3283, ECF No. 7868]**

G. Response to Debtor's Forty-Eighth Omnibus Objection to Claims filed by Lillian Teresa Azize Alvarez **[Case No. 17-3283, ECF No. 7930]**

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
A. Reply of the Commonwealth of Puerto Rico to Responses Filed to Forty-Eighth Omnibus Objection (Non-Substantive) to Subsequently Amended Claims and Notice Of Withdrawal of Objection as to Certain Claims **[Case No. 17-3283, ECF No. 8068]**

Related Documents:
A. Motion to Submit Certified Translations **[Case No. 17-3283, ECF No. 8078]**

B. Notice of (A) Withdrawal of Objections to Certain Claims and (B) Submission of Amended Exhibits to Claim Objections **[Case No. 17-3283, ECF No. 8084]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes.

6. **Forty-Ninth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico's Forty-Ninth Omnibus Objection (Non-Substantive) to Subsequently Amended Claims **[Case No. 17-3283, ECF No. 7276]**

Description:  The Commonwealth of Puerto Rico's forty-ninth omnibus objection (non-substantive) to subsequently amended claims.

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A. Response to Debtor's Forty-Ninth Omnibus Objection to Claims filed by Louis Rodriguez Delgado **[Case No. 17-3283, ECF No. 7850]**

20

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A.  None

Related Documents:
    A.  Notice of (A) Withdrawal of Objections to Certain Claims and (B) Submission of Amended Exhibits to Claim Objections **[Case No. 17-3283, ECF No. 8093]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes.

7.  **Fiftieth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico's Fiftieth Omnibus Objection (Non-Substantive) to Deficient Claims **[Case No. 17-3283, ECF No. 7278]**

Description:   The Commonwealth of Puerto Rico's fiftieth omnibus objection (non-substantive) to deficient claims.

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  Response to Debtor's Fiftieth Omnibus Objection to Claims filed by Pedro Luis Casanovas Balado **[Case No. 17-3283, ECF No. 7820]**

    B.  Response to Debtor's Fiftieth Omnibus Objection to Claims filed by Ethel Alvarez **[Case No. 17-3283, ECF No. 7821]**

    C.  Response to Debtor's Fiftieth Omnibus Objection to Claims filed by Hector Santos Diaz **[Case No. 17-3283, ECF No. 7863]**

    D.  Response to "Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth Of Puerto Rico to Deficient Claims **[Case No. 17-3283, ECF No. 7875]**

    E.  Response To the Omnibus Objection: (Re: Docket 7278) filed on behalf of the Estate of Delia Hernandez **[Case No. 17-3283, ECF No. 7877]**

    F.  Response to Debtor's Fiftieth Omnibus Objection to Claims filed by Rodolfo Popelnik **[Case No. 17-3283, ECF No. 7913]**

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:

    A. Reply of the Commonwealth of Puerto Rico to Responses Filed to Fiftieth Omnibus Objection (Non-Substantive) to Deficient Claims and Notice of Withdrawal of Objections to Certain Claims **[Case No. 17-3283, ECF No. 8069]**

Related Documents:
    A. Notice of (A) Withdrawal of Objections to Certain Claims and (B) Submission of Amended Exhibits to Claim Objections **[Case No. 17-3283, ECF No. 8093]**

    B. Notice of (A) Withdrawal of Objection to Proof of Claim No. 10954 and (B) Submission of Amended Exhibits to the Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Deficient Claims (ECF No. 7278) **[Case No. 17-3283, ECF No. 8191]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes.

8. **Fifty-Sixth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico's Fifty-Sixth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims **[Case No. 17-3283, ECF No. 7286]**

Description:  The Commonwealth of Puerto Rico's fifty-sixth omnibus objection (non-substantive) to duplicate bond claims.

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Opposition to the Fifty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate Bond Claims filed by Cooperativa de Ahorro y Credito de Empleados de la Autoridad de Energia Electria **[Case No. 17-3283, ECF No. 7786]**

    B. Opposition to the Fifty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate Bond Claims filed by Cooperativa de Ahorro y Credito de Caparra **[Case No. 17-3283, ECF No. 7787]**

    C. Opposition of Creditors Ariel Ferdman and Fe-Ri Construction, Inc., to Entry of Order on Fifty-Sixth Omnibus Objection (Non-Substantive) of the Commonwealth Of Puerto Rico to Duplicate Bond Claims; and Motion Craving Oyer **[Case No. 17-3283, ECF No. 7878]**

    D. Response to Debtors' Fifty-Sixth Omnibus Objection to Claims filed by Evelyn Martino Gonzalez **[Case No. 17-3283, ECF No. 8012]**

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico to Responses Filed to Fifty-Sixth
       Omnibus Objection (Non-Substantive) to Duplicate Bond Claims **[Case No. 17-
       3283, ECF No. 8071]**

Related Documents:
    A. Notice of (A) Withdrawal of Objections to Certain Claims and (B) Submission of
       Amended Exhibits to Claim Objections **[Case No. 17-3283, ECF No. 8084]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes.

9. **Fifty-Ninth Omnibus Objection to Claims.** The Commonwealth of Puerto Rico's Fifty-
Ninth Omnibus Objection (Non-Substantive) to Duplicate Bond Claims **[Case No. 17-3283,
ECF No. 7292]**

Description:   The Commonwealth of Puerto Rico's fifty-ninth omnibus objection (non-
substantive) to duplicate bond claims.

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Response to Debtor's Fifty-Ninth Omnibus Objection to Claims filed by Bradford C.
       Vassey **[Case No. 17-3283, ECF No. 7587]**

    B. Response to Debtor's Fifty-Ninth Omnibus Objection to Claims filed by Evan Kallan
       **[Case No. 17-3283, ECF No. 7862]**

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time)
for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m.
(Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico to Responses Filed to Fifty-Ninth
       Omnibus Objection (Non-Substantive) to Duplicate Bond Claims **[Case No. 17-
       3283, ECF No. 8072]**

Related Documents:
    A. None

Status:  This matter is going forward.

Estimated Time Required:  15 minutes.

10. **Debtors' Motion Authorizing Alternative Dispute Resolution Procedures.** Motion for
Entry of an Order (A) Authorizing Alternative Dispute Resolution Procedures, (B)

Approving Additional Forms of Notice, (C) Approving Proposed Mailing, and (D) Granting Related Relief **[Case No. 17-3283, ECF No. 7224]**

Description:  Debtors' motion authorizing alternative dispute resolution procedures, approving additional forms of notice, approving a proposed mailing and granting related relief relating to the reconciliation of general unsecured claims.

Objection Deadline:  June 28, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
 A. Limited Opposition to Entry of Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Forms of Notice, (C) Approving Proposed Mailing, (D) Granting Related Relief Filed by the Financial Oversight and Management Board for Puerto Rico **[Case No. 17-3283, ECF No. 7612]**

 B. Limited Objection of Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Forms of Notice, (C) Approving Proposed Mailing, and (D) Granting Related Relief **[Case No. 17-3283, ECF No. 7737]**

Reply, Joinder & Statement Deadlines: July 12, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
 A. Reply in Support of Motion for Entry of an Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Forms of Notice, (C) Approving Proposed Mailing, and (D) Granting Related Relief **[Case No. 17-3283, ECF No. 7954]**

Related Documents:
 A. Supplement to Motion for Entry of an Order Authorizing Alternative Dispute Resolutions Procedures **[Case No. 17-3283, ECF No. 7553]**

Status:  This matter is going forward.

Estimated Time Required:  20 minutes

11. **Ambac's Motion Concerning Application of the Automatic Stay Regarding PRIFA Rum Taxes.** Ambac Assurance Corporation's Motion and Memorandum of Law in Support of its Motion Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds **[Case No. 17-3283, ECF No. 7176]**

Description: Ambac Assurance Corporation's motion for an order finding that the automatic stay does not apply to certain anticipated lawsuits relating to PRIFA bonds. In the alternative, Ambac moves for relief from the automatic stay to pursue those lawsuits in alternative fora. Further in the alternative, Ambac moves for an order requiring the Commonwealth to provide adequate protection for Ambac's collateral.

Objection Deadline:  July 3, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:

   A.  Reservation of Rights of Assured Guaranty Corp. and Assured Guaranty Municipal
       Corp. with Respect to Ambac Assurance Corporation's Motion and Memorandum of
       Law in Support of its Motion Concerning Application of the Automatic Stay to the
       Revenues Securing PRIFA Rum Tax Bonds **[Case No. 17-3283, ECF No. 7824]**

   B.  Opposition of the Commonwealth of Puerto Rico to Ambac Assurance Corporation's
       Motion Concerning Application of the Automatic Stay [ECF No. 7176] **[Case No.
       17-3283, ECF No. 7827]**

   C.  AAFAF's Opposition to Ambac Assurance Corporation's Motion Concerning
       Application of the Automatic Stay [ECF No. 7176] **[Case No. 17-3283, ECF No.
       7829]**

   D.  The Financial Oversight and Management Board for Puerto Rico's Objection and
       Request to Strike the "Limited Joinder of Assured Guaranty Corp. and Assured
       Guaranty Municipal Corp. with Respect to Ambac Assurance Corporation's Motion
       and Memorandum of Law in Support of its Motion Concerning Application of the
       Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds to Ambac
       Assurance Corporation's Motion" [ECF No. 8024] **[Case No. 17-3283, ECF No.
       8166]**

   E.  Objection of the Financial Oversight and Management Board to Ambac Assurance
       Corporation's Urgent Motion for Order Striking Portions of Sur-Reply [ECF No.
       8173] **[Case No. 17-3283, ECF No. 8174]**

   F.  Response of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to
       Objection to and Request to Strike by Financial Oversight and Management Board
       of Assured's Limited Joinder **[Case No. 17-3283, ECF No. 8175]**

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:

   A.  Partial Joinder of Official Committee of Unsecured Creditors in Support of
       Opposition of the Commonwealth of Puerto Rico to Ambac Assurance Corporation's
       Motion Concerning Application of the Automatic Stay [ECF No. 7176] **[Case No.
       17-3283, ECF No. 7831]**

   B.  Ambac Assurance Corporation and Financial Guaranty Insurance Company's Reply
       Memorandum of Law in Support of their Motion Concerning Application of the
       Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds **[Case No. 17-
       3283, ECF No. 8022]**

   C.  Limited Joinder of Assured Guaranty Corp. and Assured Guaranty Municipal Corp.
       with Respect to Ambac Assurance Corporation's Motion and Memorandum of Law

in Support of its Motion Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds **[Case No. 17-3283, ECF No. 8024]**

D. Informative Motion Submitting Exhibits to Ambac Assurance Corporation and Financial Guaranty Insurance Company's Reply Memorandum of Law in Support of Their Motion Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds (Dkt. No. 8022) **[Case No. 17-3283, ECF No. 8039]**

E. Sur-Reply of the Financial Oversight and Management Board to Ambac Assurance Corporation and Financial Guaranty Insurance Company's Reply Memorandum of Law in Support of Their Motion Concerning Application of the Automatic Stay **[Case No. 17-3283, ECF No. 8164]**

F. AAFAF's Limited Joinder and Statement in Support of the Oversight Board's Sur-Reply to Ambac Assurance Corporation's Reply in Support of its Motion Concerning Application of the Automatic Stay **[Case No. 17-3283, ECF No. 8165]**

G. AAFAF's Limited Joinder and Statement in Support of the Oversight Board's Sur-Reply to Ambac Assurance Corporation's Reply in Support of its Motion Concerning Application of the Automatic Stay **[Case No. 17-3283, ECF No. 8169]**

H. Reply in Support of Urgent Motion for an Order Striking Portions of the Sur-Reply of the Financial Oversight and Management Board to Ambac Assurance Corporation's and Financial Guaranty Insurance Company's Reply Memorandum of Law in Support of Their Motion Concerning Application of the Automatic Stay **[Case No. 17-3283, ECF No. 8179]**

I. Statement of U.S. Bank Trust National Association, as Trustee, with Respect to Ambac Assurance Corporation's Motion and Memorandum of Law in Support of its Motion Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds **[Case No. 17-3283, ECF No. 8221]**

Related Documents:
A. Order Granting Motion for Leave to File Sur-Reply and Setting Briefing Deadlines in Connection with Motion of Ambac Assurance Corporation Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds **[Case No. 17-3283, ECF No. 7215]**

B. Joint Status Report of Ambac Assurance Corporation and the Financial Oversight and Management Board Pursuant to Order Granting Motion for Leave to File Sur-Reply and Setting Briefing Deadlines in Connection with Motion of Ambac Assurance Corporation Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds **[Case No. 17-3283, ECF No. 7347]**

C. Order Regarding Argument and Discovery in Connection with Ambac Assurance Corporation's Motion Concerning Application of the Automatic Stay **[Case No. 17-3283, ECF No. 7420]**

26

D.  Financial Guaranty Insurance Company's Joinder in Ambac's Motion Concerning Application of the Automatic Stay to the Revenues Securing PRIFA Rum Tax Bonds **[Case No. 17-3283, ECF No. 7546]**

E.  Order Authorizing Sur-Reply **[Case No. 17-3283, ECF No. 8060]**

F.  Notice of Withdrawal of AAFAF's Limited Joinder and Statement in Support of the Oversight Board's Sur-Reply to Ambac Assurance Corporation's Reply in Support of its Motion Concerning Application of the Automatic Stay **[Case No. 17-3283, ECF No. 8168]**

G.  Urgent Motion for an Order Striking Portions of the Sur-Reply of the Financial Oversight and Management Board to Ambac Assurance Corporation's and Financial Guaranty Insurance Company's Reply Memorandum of Law in Support of Their Motion Concerning Application of the Automatic Stay **[Case No. 17-3283, ECF No. 8173]**

H.  Order Granting in Part Motion to Strike Filed by Ambac Assurance Corporation and Financial Guaranty Insurance Company (Docket Entry No. 8173) **[Case No. 17-3283, ECF No. 8198]**

I.  Order Denying Motion to Strike Filed by the Financial Oversight and Management Board for Puerto Rico (Docket Entry No. 8166) **[Case No. 17-3283, ECF No. 8212]**

Status:  This matter is going forward.

Estimated Time Required:  45 minutes

12.  **Ambac's Motion for Order Authorizing 2004 Discovery Concerning PRIFA Rum Taxes.** Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery under Bankruptcy Rule 2004 Concerning PRIFA Rum Taxes **[Case No. 17-3283, ECF No. 7328]**

Description:  Ambac Assurance Corporation's motion for entry of order authorizing discovery of the Financial Oversight and Management Board for Puerto Rico as representative of the Commonwealth of Puerto Rico, the Puerto Rico Fiscal Agency and Financial Advisory Authority, the Commonwealth, the Puerto Rico Infrastructure Financing Authority, and the Puerto Rico Industrial Development Corporation under Bankruptcy Rule 2004 concerning PRIFA Rum Taxes.

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A.  Opposition to Ambac's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning PRIFA Rum Taxes [ECF NO. 7328] **[Case No. 17-3283, ECF No. 7891]**

> B. Bacardi International Limited's and Bacardi Corporation's Objection to Ambac Assurance Corporations' Motion for entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning PRIFA Rum Taxes **[Case No. 17-3283, ECF No. 7897]**

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:

> A. Joinder of Financial Guaranty Insurance Company to Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning PRIFA Rum Taxes **[Case No. 17-3283, ECF No. 7676]**

> B. Limited Joinder of Official Committee of Unsecured Creditors in Ambac Assurance Corporation's Motion Regarding PRIFA Rum Taxes Seeking Discovery Pursuant to Rule 2004 [DKT. No. 7328] **[Case No. 17-3283, ECF No. 7881]**

> C. AAFAF'S Joinder in the Oversight Board's Opposition to Ambac's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning PRIFA Rum Taxes [ECF No. 7328] **[Case No. 17-3283, ECF No. 7896]**

> D. Joinder by Serralles to The Oversight Board and Bacardi's Opposition to Ambacs's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning PRIFA Rum Taxes **[Case No. 17-3283, ECF No. 7912]**

> E. Ambac Assurance Corporation's Reply in Further Support of its Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning PRIFA Rum Taxes **[Case No. 17-3283, ECF No. 8029]**

> F. Joinder of Financial Guaranty Insurance Company to Ambac Assurance Corporation's Reply in Further Support of its Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning PRIFA Rum Taxes **[Case No. 17-3283, ECF No. 8032]**

Related Documents:

> A. Order Regarding Argument And Discovery In Connection With Ambac Assurance Corporation's Motion Concerning Application Of The Automatic Stay **[Case No. 17-3283, ECF No. 7420]**

Status:  This matter is going forward.

Estimated Time Required:  20 minutes

13. **Stay Matters:**

For the convenience of the Court, the parties to the stay matters propose that they be heard together, with the following time allocations:

28

Estimated Time Required:  100 minutes.
25 minutes – for argument by proponents of the stay motions
50 minutes – for argument by opponents of the stay motions
25 minutes – for rebuttal by proponents of the stay motions

(a) **Adv. Pro. No. 18-00149 (FOMB v. PBA): Plaintiff's Motion to Stay Adversary Proceeding.** Plaintiff Financial Oversight and Management Board for Puerto Rico's Motion to Stay PBA Adversary Proceeding Pending Confirmation of Commonwealth Plan of Adjustment **[Adv. Case No. 18-00149, ECF No. 99]**

Description:  Plaintiff the Financial Oversight and Management Board for Puerto Rico's Motion to stay adversary proceeding, pending confirmation of the Commonwealth's Plan of Adjustment, in light of the proposed compromise and settlement of the issues contained in this adversary proceeding.

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:

A. Objection of Elected Government Parties Regarding Plaintiff Financial Oversight and Management Board For Puerto Rico's Motion to Stay PBA Adversary Proceeding Pending Confirmation of Commonwealth Plan of Adjustment **[Adv. Case No. 18-00149, ECF No. 102]**

B. Response of the PBA Funds to Motion for Stay **[Adv. Case No. 18-00149, ECF No. 104]**

C. Objection of Defendant-Intervenors Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to Plaintiff Financial Oversight and Management Board For Puerto Rico's Motion to Stay PBA Adversary Proceeding Pending Confirmation of Commonwealth Plan of Adjustment **[Adv. Case No. 18-00149, ECF No. 105]**

D. Official Committee of Unsecured Creditors' Omnibus Objection to (A) Motion to Stay Contested Matters [Docket No. 7640 In Case No. 17-3283 (LTS)] and (B) Motion to Stay PBA Adversary Proceeding [Docket No. 99 In Adv. Proc. No. 18-149 (LTS)] Pending Confirmation of Commonwealth Plan of Adjustment **[Adv. Case No. 18-00149, ECF No. 106]**

E. Response of the Lawful Constitutional Debt Coalition in Support of Financial Oversight and Management Board to Stay PBA Adversary Proceeding Pending Confirmation of Commonwealth Plan of Adjustment **[Adv. Case No. 18-00149, ECF No. 107]**

F. Ambac Assurance Corporation's Objection to the Motion of Financial Oversight and Management Board to Stay PBA Adversary Proceeding Pending Confirmation of Commonwealth Plan of Adjustment **[Adv. Case No. 18-00149, ECF No. 108]**

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. Statement of the QTCB Noteholder Group in Support of the Financial Oversight and Management Board for Puerto Rico's Motion to Stay PBA Adversary Proceeding Pending Confirmation of Commonwealth Plan of Adjustment **[Adv. Case No. 18-00149, ECF No. 110]**

    B. Omnibus Reply of Financial Oversight and Management Board in Further Support of its Motion to Stay Adversary Proceeding Pending Confirmation of Commonwealth Plan of Adjustment **[Adv. Case No. 18-00149, ECF No. 111]**

Related Documents:
    A. Notice of Hearing on the Financial Oversight and Management Board for Puerto Rico's Motion to Stay PBA Adversary Proceeding Pending Confirmation of Commonwealth Plan of Adjustment **[Adv. Case No. 18-00149, ECF No. 100]**

Status: This matter is going forward.

(b) **FOMB's Motion to Stay Contested Matters.** Financial Oversight and Management Board, acting through its Special Claims Committee, Motion to Stay Contested Matters Pending confirmation of Commonwealth Plan of Adjustment **[Case No. 17-3283, ECF No. 7640]**

Description: The Financial Oversight and Management Board's, acting through its Special Claims Committee, motion for an order staying the GO Objections in light of the proposed compromise and settlement of the issues embodied in the Plan Support Agreement and Proposed Plan.

Objection Deadline: July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Objection and Reservation of Rights of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. with Respect to Motion to Stay Contested Matters Pending Confirmation of Commonwealth Plan of Adjustment **[Case No. 17-3283, ECF No. 7892]**

    B. Response of the Lawful Constitutional Debt Coalition In Support Of the Financial Oversight and Management Board for Puerto Rico's Motion to Stay Contested Matters Pending Confirmation of Commonwealth Plan of Adjustment **[Case No. 17-3283, ECF No. 7898]**

    C. Official Committee Of Unsecured Creditors' Omnibus Objection To (A) Motion To Stay Contested Matters [Docket No. 7640 In Case No. 17-3283 (LTS)] And (B) Motion To Stay PBA Adversary Proceeding [Docket No. 99 In Adv. Proc. No. 18-

149 (LTS)] Pending Confirmation Of Commonwealth Plan Of Adjustment **[Case No. 17-3283, ECF No. 7899]**

D. Ambac Assurance Corporation's Objection to the Motion to Stay Contested Matters Pending Confirmation of Commonwealth Plan of Adjustment **[Case No. 17-3283, ECF No. 7902]**

E. Objection to Motion to Stay Contested Matters Pending Confirmation of Commonwealth Plan of Adjustment **[Case No. 17-3283, ECF No. 7937]**

F. The Ad Hoc Group of General Obligation Bondholders' Objection to Motion to Stay Contested Matters Pending Confirmation of Commonwealth Plan of Adjustment **[Case No. 17-3283, ECF No. 7938]**

G. Response of Individual General Obligation Bondholder to Motion of FOMB to Stay Contested Matters Pending Confirmation of Commonwealth Plan of Adjustment **[Case No. 17-3283, ECF No. 7961]**

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
A. Statement of the QTCB Noteholder Group in Support of the Financial Oversight and Management Board for Puerto Rico's Motion to Stay Contested Matters Pending Confirmation of Commonwealth Plan of Adjustment **[Case No. 17-3283, ECF No. 7966]**

B. Omnibus Reply in Support of the Financial Oversight and Management Board of Puerto Rico's Motion to Stay Contested Matters **[Case No. 17-3283, ECF No. 8057]**

Related Documents:
A. Declaration of Brian S. Rosen in Support of Motion to Stay Contested Matters Pending Confirmation of Commonwealth Plan of Adjustment **[Case No. 17-3283, ECF No. 8119]**

Status: This matter is going forward.

(c) **Special Claims Committee's Urgent Motion for Stay of Adversary Proceedings.** Urgent Motion for Stay of Adversary Proceeding Supplemental to Pending Motion to Stay GO Bond Proceedings Pending Confirmation of Commonwealth Plan of Adjustment **[Case No. 17-3283, ECF No. 7882]**

Description: Special Claims Committee's urgent supplemental stay motion seeking the supplemental relief of extending the Plan Support Agreement Stay to the adversary proceeding captioned *Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, et al. v. Barclays Capital et al.* (Adv. Pro. No. 19-00280) commenced by the Special Claims Committee, acting by and through its members,

and the Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico as co-trustees.

Objection Deadline:  July 17, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:

    A.  Reply to Objection of the Official Committee of Unsecured Creditors to Joint Motion of Certain Adversary Defendants Seeking Entry of an Order Authorizing Participation in Determination of Constitutional Validity of Challenged Bonds and Opposition to Urgent Motion for Stay of Adversary Proceeding Supplemental to Pending Motion to Stay GO Bond Proceedings Pending Confirmation of Commonwealth Plan of Adjustment **[Case No. 17-3283, ECF No. 8028]**

    B.  Objection of the Official Committee of Unsecured Creditors to Urgent Motion for Stay of Adversary Proceeding Supplemental to Pending Motion to Stay GO Bond Proceedings Pending Confirmation of Commonwealth Plan of Adjustment **[Case No. 17-3283, ECF No. 8062]**

    C.  Ambac Assurance Corporation's Objection to the Urgent Motion for Stay of Adversary Proceeding Supplemental to Pending Motion to Stay GO Bond Proceedings Pending Confirmation of Commonwealth Plan of Adjustment **[Case No. 17-3283, ECF No. 8082]**

Reply, Joinder & Statement Deadlines: July 19, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:

    A.  Omnibus Reply in Support of the Financial Oversight and Management Board of Puerto Rico's Motion for Stay of Adversary Proceeding **[Case No. 17-3283, ECF No. 8147]**

    B.  Amended Omnibus Reply in Support of the Financial Oversight and Management Board of Puerto Rico's Motion for Stay of Adversary Proceeding **[Case No. 17-3283, ECF No. 8149]**

Related Documents:

    A.  Order Scheduling Briefing of Urgent Motion for Supplemental Stay of Adversary Proceeding Pending Confirmation of Commonwealth Plan of Adjustment **[Case No. 17-3283, ECF No. 7914]**

Status:  This matter is going forward.

14. **Committee's Motion to Establish Procedures regarding Omnibus Objection to Claims of ERS Bondholders.** Motion of Official Committee of Unsecured Creditors, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Objections to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Puerto Rico and Requesting Related Relief **[Case No. 17-3283, ECF No. 5589, Case No. 17-3566, ECF No. 386]**

Description:   The Official Committee of Unsecured Creditors, under Bankruptcy Code Sections 105(a) and 502, and Bankruptcy Rule 3007, seeks entry of an order establishing procedures with respect to the omnibus objection to claims filed or asserted by holders of certain Employees Retirement System of the Government of Puerto Rico bonds and requesting related relief.

Objection Deadline:   April 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A. Limited Response of the Bank of New York Mellon, as Fiscal Agent, to Motion of Official Committee of Unsecured Creditors, Under Bankruptcy Code Section 105(A) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Objection to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Puerto Rico and Requested Related Relief **[Case No. 17-3283, ECF No. 6160, Case No. 17-3566, ECF No. 434]**

  B. Puerto Rico Funds' Limited Objection and Reservation of Rights to the Motion of Official Committee of Unsecured Creditors, Under Bankruptcy Code Section 105(A) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Objection to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Puerto Rico and Requested Related Relief **[Case No. 17-3283, ECF No. 6163, Case No. 17-3566, ECF No. 435]**

  C. Reservation of Rights of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to the Motion of Official Committee of Unsecured Creditors, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Objections to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Puerto Rico and Requesting Related Relief **[Case No. 17-3283, ECF No. 6258, Case No. 17-3566, ECF No. 444]**

Reply, Joinder & Statement Deadlines: April 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and April 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
  A. Reply of Official Committee of Unsecured Creditors to Objections to Motion Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Omnibus Objection to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Puerto Rico **[Case No. 17-3283, ECF No. 6353, Case No. 17-3566, ECF No. 448]**

Related Documents:
  A. Omnibus Objection of Official Committee of Unsecured Creditors to Claims Asserted by Holders of Bond Issued by Employees Retirement System of

33

Government of Puerto Rico **[Case No. 17-3283, ECF No. 5580, Case No. 17-3566, ECF No. 381]**

B. Declaration of James R. Bliss in Support of Omnibus Objection of Official Committee of Unsecured Creditors to Claims Asserted by Holders of Bond Issued by Employees Retirement System of Government of Puerto Rico **[Case No. 17-3283, ECF No. 5581, Case No. 17-3566, ECF No. 382]**

C. Declaration of G. Alexander Bongartz Pursuant to L.R. 3001-1(a) **[Case No. 17-3283, ECF No. 5582, Case No. 17-3566, ECF No. 383]**

D. Objection of Official Committee of Unsecured Creditors to Claims Asserted by Oaktree Funds that Hold Bonds Issued by Employees Retirement System of Government of Puerto Rico **[Case No. 17-3283, ECF No. 5586, Case No. 17-3566, ECF No. 384]**

E. Declaration of Alberto Juan Enrique Añeses Negrón Pursuant to L.R. 3007-1(a) **[Case No. 17-3283, ECF No. 5587, Case No. 17-3566, ECF No. 385]**

F. Notice of Filing of Revised Order, Pursuant to Bankruptcy Code Sections 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Omnibus Objections of Official Committee of Unsecured Creditors to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Puerto Rico **[Case No. 17-3283, ECF No. 6247, Case No. 17-3566, ECF No. 442]**

G. Informative Motion of Official Committee of Unsecured Creditors Regarding its March 12, 2019 Motion [Docket No. 5589] Establishing Procedures with Respect to Objections to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Puerto Rico and Requesting Related Relief **[Case No. 17-3283, ECF No. 7352, Case No. 17-3566, ECF No. 551]**

H. Informative Motion of Official Committee of Unsecured Creditors and Official Committee of Retired Employees Regarding March 12, 2019 Motion [Docket No. 5589] and July 2, 2019 Motion [Docket No. 7803] with Respect to Objections to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 8171, Case No. 17-3566, ECF No. 657]**

Status:  This matter is going forward.

Estimated Time Required:  20 minutes.

15. **FOMB and UCC's Amended Motion Establishing Revised Procedures for Litigating Objection to Claims of GO Bonds.** Amended Motion of (I) Financial Oversight and Management Board, Acting through its Special Claims Committee, and (II) Official Committee of Unsecured Creditors, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, to (A) Extend Deadlines and (B) Establish Revised Procedures with

respect to Omnibus Objections to Claims of Holders of Certain Commonwealth General Obligation Bonds Issued in 2011, 2012 and 2014 and for Related Relief **[Case No. 17-3283, ECF No. 7154]**

Description:   FOMB, acting through its Special Claims Committee, and UCC's motion establishing revised procedures for the litigation of GO Objections, extending certain deadlines, consolidating the litigation of GO Objections to certain general obligation bonds issued in 2011, 2012 and 2014 (GO Bonds") and granting related relief.

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:

    A.  Reservation of Rights of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. with Respect to Amended Motion of (I) Financial Oversight and Management Board, Acting Through its Special Claims Committee, and (II) Official Committee of Unsecured Creditors, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, to (A) Extend Deadlines and (B) Establish Revised Procedures with Respect to Omnibus Objections to Claims of Holders of Certain Commonwealth General Obligation Bonds Issued in 2011, 2012 and 2014 and for Related Relief **[Case No. 17-3283, ECF No. 7458]**

    B.  Response of the Ad Hoc Group of General Obligation Bondholders to the Amended Motion of (I) Financial Oversight and Management Board, Acting Through its Special Claims Committee, and (II) Official Committee of Unsecured Creditors, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, to (A) Extend Deadlines and (B) Establish Revised Procedures with Respect to Omnibus Objections to Claims of Holders of Certain Commonwealth General Obligation Bonds Issued in 2011, 2012 and 2014 and for Related Relief **[Case No. 17-3283, ECF No. 7459]**

    C.  Joint Objection of the QTCB Noteholder Group and Lawful Constitutional Debt Coalition to the Amended Motion of (I) Financial Oversight and Management Board, Acting Through its Special Claims Committee, and (II) Official Committee of Unsecured Creditors, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, to (A) Extend Deadlines and (B) Establish Revised Procedures with Respect to Omnibus Objections to Claims of Holders of Certain Commonwealth General Obligation Bonds Issued in 2011, 2012 and 2014 and for Related Relief **[Case No. 17-3283, ECF No. 7464]**

    D.  Limited Objection and Reservation of Rights of the DRA Parties to the Amended Motion of (I) Financial Oversight and Management Board, Acting Through its Special Claims Committee, and (II) Official Committee of Unsecured Creditors, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, to (A) Extend Deadlines and (B) Establish Revised Procedures with Respect to Omnibus Objections to Claims of Holders of Certain Commonwealth General Obligation Bonds Issued in 2011, 2012 and 2014 and for Related Relief **[Case No. 17-3283, ECF No. 7492]**

E. Response of Individual General Obligation Bondholder to Amended Motion of
FOMB and UCC, to (A) Extend Deadlines and (B) Establish Revised Procedures
with Respect to Omnibus Objections to Claims of Holders of Certain Commonwealth
General Obligation Bonds Issued in 2011, 2012 and 2014 and for Related Relief
**[Case No. 17-3283, ECF No. 7540]**

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time)
for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m.
(Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
A. Omnibus Reply of (I) Financial Oversight And Management Board, Acting Through
its Special Claims Committee, and (II) Official Committee of Unsecured Creditors in
Support of Motion Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy
Rule 3007 to (A) Extend Deadlines and (B) Establish Revised Objection Procedures
with Respect to Omnibus Objections to Claims of Holders of Certain Commonwealth
General Obligation Bonds Issued in 2011, 2012 and 2014, and For Related Relief
**[Case No. 17-3283, ECF No. 7583]**

Related Documents:
A. Order Allowing Motion to Continue **[Case No. 17-3283, ECF No. 7660]**

Status:  This matter is going forward.

Estimated Time Required:  20 minutes

16. **Defendants' Motion to Participate in Determination of Constitutional Validity of
Challenged Bonds.** Joint Motion of Certain Adversary Defendants Seeking Entry of an
Order Authorizing Participation in Determination of Constitutional Validity of Challenged
Bonds **[Case No. 17-3283, ECF No. 7747]**

Description:  Certain adversary defendants' motion for entry of an order authorizing certain
adversary defendants to participate in the proceedings determining the constitutional validity
of any series of bonds issued by the Commonwealth of Puerto Rico and its agencies,
instrumentalities, or affiliated debtors that are implicated in certain proceedings related to
constitutional bond validity challenges.

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A. Objection of the Official Committee of Unsecured Creditors to Joint Motion of
Certain Adversary Defendants Seeking Entry of an Order Authorizing Participation
in Determination of Constitutional Validity of Challenged Bonds **[Case No. 17-3283,
ECF No. 7894]**

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time)

Replies, Joinders & Statements:
  A. Reply to Objection of the Official Committee of Unsecured Creditors to Joint Motion of Certain Adversary Defendants Seeking Entry of an Order Authorizing Participation in Determination of Constitutional Validity of Challenged Bonds and Opposition to Urgent Motion for Stay of Adversary Proceeding Supplemental to Pending Motion to Stay GO Bond Proceedings Pending Confirmation of Commonwealth Plan of Adjustment **[Case No. 17-3283, ECF No. 8028]**

Related Documents:
  A. Order Scheduling Hearing and Briefing in Connection with the Joint Motion of Certain Adversary Defendants Seeking Entry of an Order Authorizing Participation in Determination of Constitutional Validity of Challenged Bonds (Docket Entry No. 7747) **[Case No. 17-3283, ECF No. 7789]**

Status:  This matter is going forward.

Estimated Time Required:  15 minutes

17. **Retiree Committee's Motion to Establish Initial Procedures Regarding UCC's Objection to ERS Claims.** Motion of Retiree Committee Establishing Initial Procedures with respect to Objections of the Official Committee of Unsecured Creditors and Official Committee of Retired Employees, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007 to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Puerto Rico **[Case No. 17-3283, ECF No. 7803, Case No. 17-3566, ECF No. 632]**

Description:  Retiree Committee's motion seeking the entry of an order setting forth initial notice and participation procedures to govern the claim objections filed by the Retiree Committee and the Official Committee of Unsecured Creditors regarding claims filed against either ERS or the Commonwealth and based on the issuance of bonds by ERS in 2008.

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A. Objection of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Motion of Retiree Committee Establishing Initial Procedures with Respect to Objections of the Official Committee of Unsecured Creditors and Official Committee of Retired Employees, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007 to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Puerto Rico **[Case No. 17-3283, ECF No. 7885, Case No. 17-3566, ECF No. 643]**

  B. Limited Response of Official Committee of Unsecured Creditors to Motion of Retiree Committee Establishing Initial Procedures With Respect to Objections of Official Committee of Unsecured Creditors and Official Committee of Retired Employees, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007 to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of

Government of Puerto Rico [Docket No. 632 in Case No. 17-3566 (LTS)] **[Case No. 17-3283, ECF No. 7949, Case No. 17-3566, ECF No. 647]**

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:

    A. Joinder of the Puerto Rico Funds to Objection of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Motion of Retiree Committee Establishing Initial Procedures with Respect to Objections of the Official Committee of Unsecured Creditors and Official Committee of Retired Employees, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007 to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Puerto Rico **[Case No. 17-3283, ECF No. 7957, Case No. 17-3566, ECF No. 648]**

    B. Reply in Support of Motion of Retiree Committee Establishing Initial Procedures with Respect to Objections of the Official Committee of Unsecured Creditors and Official Committee of Retired Employees, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007 to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Puerto Rico **[Case No. 17-3283, ECF No. 8052, Case No. 17-3566, ECF No. 655]**

    C. Informative Motion of Official Committee of Unsecured Creditors and Official Committee of Retired Employees Regarding March 12, 2019 Motion [Docket No. 5589] and July 2, 2019 Motion [Docket No. 7803] with Respect to Objections to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Commonwealth of Puerto Rico **[Case No. 17-3283, ECF No. 8171, Case No. 17-3566, ECF No. 657]**

Related Documents:

    A. None.

Status:  This matter is going forward.

Estimated Time Required:  15 minutes

18. **Ad Hoc Group of GO Bondholder's Renewed Motion to Establish Procedures Regarding Certain Objection to Claims.** Renewed Motion of the Ad Hoc Group of General Obligation Bondholders, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures with respect to Omnibus Conditional Objection to Claims Filed or Asserted by the Public Buildings Authority, Holders of Public Buildings Authority Bonds, and Holders of Certain Commonwealth General Obligation Bonds **[Case No. 17-3283, ECF No. 7814]**

<u>Description</u>:  The Ad Hoc Group of General Obligation Bondholders' renewed motion for an order establishing procedures for the resolution of the Omnibus Conditional Objection of the Ad Hoc Group of General Obligation Bondholders to claims filed or asserted by the Public Buildings Authority, Holders of Public Buildings Authority Bonds, and Holders of Certain Commonwealth General Obligation Bonds (Dkt. No. 6099) and related relief.

<u>Objection Deadline</u>:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:

    A.  Objection of The QTCB Noteholder Group to the Renewed Motion of the Ad Hoc Group of General Obligation Bondholders, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to The Omnibus Conditional Objection to Claims Filed or Asserted by the Public Buildings Authority, Holders of the Public Buildings Authority Bonds, and Holders of Certain Commonwealth General Obligation Bonds **[Case No. 17-3283, ECF No. 7876]**

    B.  Objection to Renewed Motion of Ad Hoc Group Of General Obligation Bondholders for Entry of an Order Establishing Procedures with Respect to Omnibus Conditional Objection to Claims **[Case No. 17-3283, ECF No. 7879]**

    C.  Limited Objection and Reservation of Rights of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to the Renewed Motion of the Ad Hoc Group of General Obligation Bondholders, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures with Respect to Omnibus Conditional Objection to Claims Filed or Asserted by the Public Buildings Authority, Holders of Public Buildings Authority Bonds, and Holders of Certain Commonwealth General Obligation Bonds **[Case No. 17-3283, ECF No. 7888]**

    D.  Objection of the Lawful Constitutional Debt Coalition to the Renewed Motion of the Ad Hoc Group of General Obligation Bondholders, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures With Respect to Omnibus Conditional Objection to Claims Filed or Asserted by the Public Buildings Authority, Holders of Public Buildings Authority Bonds, and Holders of Certain Commonwealth General Obligation Bonds **[Case No. 17-3283, ECF No. 7900]**

    E.  Response of Official Committee of Unsecured Creditors to Renewed Motion of Ad Hoc Group of General Obligation Bondholders, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, to Establish Procedures with Respect to Omnibus Conditional Objection to Claims Filed or Asserted by Public Buildings Authority, Holders of Public Buildings Authority Bonds, and Holders of Certain Commonwealth General Obligation Bonds **[Case No. 17-3283, ECF No. 7945]**

<u>Reply, Joinder & Statement Deadlines</u>: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. Joinder to Assured's Limited Objection to Motion to Establish Procedures with
       Respect to Conditional Objection **[Case No. 17-3283, ECF No. 7923]**

    B. Reply in Support of Renewed Motion of the Ad Hoc Group of General Obligation
       Bondholders, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule
       3007, Establishing Procedures with Respect to Omnibus Conditional Objection to
       Claims Filed or Asserted by the Public Buildings Authority, Holders of Public
       Buildings Authority Bonds, and Holders of Certain Commonwealth General
       Obligation Bonds **[Case No. 17-3283, ECF No. 8023]**

Related Documents:
    A. None.

Status:  This matter is going forward.

Estimated Time Required:  20 minutes


**V.   STATUS CONFERENCE (before Judge Dein):**

1. **Status Conference Regarding Orders Regarding Omnibus Motions By Official
   Committee Of Unsecured Creditors, Financial Oversight And Management Board,
   And Its Special Claims Committee To Extend Time For Service Of Summonses And
   Complaints and to Stay Certain Adversary Proceedings.**

   Description: The Court will conduct a status conference regarding the status of service and
   any proposed case management order in connection with (i) certain Adversary Proceedings
   relating to certain ERS Bonds, (ii) certain Adversary Proceedings relating to certain
   challenged GO Bonds, and (iii) certain Adversary Proceedings relating to certain HTA
   Bonds.

   Related Documents:
       A. Order Regarding Omnibus Motion by Official Committee of Unsecured Creditors,
          Financial Oversight and Management Board, and its Special Claims Committee to
          Extend Time for Service of Summonses and Complaints and to Stay Certain
          Adversary Proceedings Relating to Certain ERS Bonds **[Case No. 17-3283, ECF No.
          7425]**

       B. Order Regarding Omnibus Motion by Official Committee of Unsecured Creditors,
          Financial Oversight and Management Board, and Its Special Claims Committee to
          Extend Time for Service of Summonses and Complaints and to Stay Certain
          Adversary Proceedings Relating to Certain Challenged GO Bonds **[Case No. 17-
          3283, ECF No. 7426]**

       C. Order Regarding Omnibus Motion by Official Committee of Unsecured Creditors,
          Financial Oversight and Management Board, and its Special Claims Committee to

Extend Time For Service of Summonses and Complaints and to Stay Certain Adversary Proceedings [Adv. Nos. 19-362, 19-363, 19-364, 19-365] Relating to Certain HTA Bonds **[Case No. 17-3283, ECF No. 7427]**

D.  Joint Status Report and Proposed Order on Case Management **[Case No. 17-3283, ECF No. 7960]**

E.  Order Setting Response Deadline **[Adv. Case No. 19-281, ECF No. 13, Adv. Case No. 19-282, ECF No. 10, Adv. Case No. 19-283, ECF No. 8, Adv. Case No. 19-284, ECF No. 5, Adv. Case No. 19-285, ECF No. 4, Adv. Case No. 19-286, ECF No. 4, Adv. Case No. 19-287, ECF No. 4, Adv. Case No. 19-288, ECF No. 6, Adv. Case No. 19-355, ECF No. 5, Adv. Case No. 19-356, ECF No. 9, Adv. Case No. 19-357, ECF No. 9, Adv. Case No. 19-358, ECF No. 4, Adv. Case No. 19-359, ECF No. 4, Adv. Case No. 19-360, ECF No. 8, Adv. Case No. 19-361, ECF No. 4]**

F.  Plaintiffs and Debtors the Commonwealth of Puerto Rico's and the Puerto Rico Highways and Transportation Authority's (Through Their Respective Sole Representative the FOMB) Status Report and Proposed Case Management Order in Connection with Adversary Proceeding Numbers 19-291, 19-292, 19-293, 19-294, 19-295, 19-296, and 19-297 **[Case No. 17-3283, ECF No. 8055, Case No. 17-3567, ECF No. 612, Adv. Case No. 19-291, ECF No. 19, Adv. Case No. 19-292, ECF No. 7, Adv. Case No. 19-293, ECF No. 7, Adv. Case No. 19-294, ECF No. 7, Adv. Case No. 19-295, ECF No. 14, Adv. Case No. 19-296, ECF No. 9, Adv. Case No. 19-297, ECF No. 9]**

G.  Plaintiffs and Debtors the Commonwealth of Puerto Rico's and the Puerto Rico Highways and Transportation Authority's (Through Their Respective Sole Representative the FOMB) Status Report and Proposed Case Management Order in Connection with Adversary Proceeding Numbers 19-362, 19-363, 19-364, and 19-365 **[Adv. Case No. 19-362, ECF No. 7, Adv. Case No. 19-363, ECF No. 23, Adv. Case No. 19-364, ECF No. 8, Adv. Case No. 19-365, ECF No. 6]**

H.  Superseding Status Report of the Debtors and Alternative Proposed Case Management Orders of Debtors and Certain Defendants in Connection with Adversary Proceeding Numbers 19-291, 19-292, 19-293, 19-294, 19-295, 19-296, and 19-297 **[Case No. 17-3283, ECF No. 8083, Case No. 17-3567, ECF No. 613, Adv. Case No. 19-291, ECF No. 20, Adv. Case No. 19-292, ECF No. 8, Adv. Case No. 19-293, ECF No. 8, Adv. Case No. 19-294, ECF No. 8, Adv. Case No. 19-295, ECF No. 15, Adv. Case No. 19-296, ECF No. 10, Adv. Case No. 19-297, ECF No. 10]**

I.  Superseding Status Report of the Debtors and Alternative Proposed Case Management Orders of Debtors and Certain Defendants in Connection with Adversary Proceeding Numbers 19-362, 19-363, 19-364, and 19-365 **[Adv. Case No. 19-362, ECF No. 8, Adv. Case No. 19-363, ECF No. 24, Adv. Case No. 19-364, ECF No. 9, Adv. Case No. 19-365, ECF No. 7]**

41

J. Response of the Ad Hoc Group of General Obligation Bondholders to Joint Status Report and Proposed Order on Case Management **[Case No. 17-3283, ECF No. 8098]**

K. Informative Motion - July 24, 2019 Hearing and Response to #7960 [Response to #7963 and #7960] **[Case No. 17-3283, ECF No. 8146]**

L. Objection of Certain Defendants to the Oversight Board's Request for Reconsideration of the Court's Stay Contained in the Superseding Status Report of the Debtors and Alternative Proposed Case Management Orders of Debtors and Certain Defendants in Connection with Adversary Proceeding Numbers 19-291, 19-292, 19-293, 19-294, 19-295, 19-296, 19-297, 19-362, 19-363, 19-364, 19-365 **[Case No. 17-3283, ECF No. 8176, Case No. 17-3567, ECF No. 614]**

M. Response of Debtors to the Objection of Certain Defendants to the Superseding Status Report of Debtors and Alternative Proposed Case Management Order of Debtors and Certain Defendants in Connection with Adversary Proceeding Numbers 19-291, 19-292, 19-293, 19-294, 19-295, 19-296, 19-297, 19-362, 19-363, 19-364, AND 19-365 **[Case No. 17-3283, ECF No. 8192, Case No. 17-3567, ECF No. 617]**

N. Response to #8083 - Superseding Status Reported of Debtors and Alternative Proposed Case Management Orders **[Case No. 17-3283, ECF No. – Not Yet Docketed]**

Status:  This matter is going forward.

Estimated Time Required: 20 minutes.


## VI. ADJOURNED MATTERS:

1. **Creditors' Committee Motion re Proposed Payment of $7 Million to Bonistas Del Patio, Inc.** Official Committee of Unsecured Creditors' (A) Amended Further Response to AAFAF's Informative Motion Disclosing Proposed Payment of $7 Million to Bonistas Del Patio, Inc. [Docket No. 5097] and (B) Urgent Motion Requesting Hearing on Proposed Payment **[Case No. 17-3283, ECF No. 5136]**

   Description:  The Official Committee of Unsecured Creditors request a hearing on the proposed payment of $7 million to Bonistas Del Patio, Inc.

   Objection Deadline:  TBD

   Responses:
      A. N/A

   Reply, Joinder & Statement Deadlines: TBD

   Replies, Joinders & Statements:

A. N/A

Related Documents:

A. Informative Motion Regarding Stipulation Section 15.2 Expenses **[Case No. 17-3283, ECF No. 5097]**

B. Official Committee of Unsecured Creditors' Urgent Response to AAFAF's Informative Motion Disclosing Proposed Payment of $7 Million to Bonistas Del Patio, Inc. [Docket No. 5097] **[Case No. 17-3283, ECF No. 5100]**

C. Order Directing Response to the Official Committee of Unsecured Creditors' Urgent Response to AAFAF's Informative Motion Disclosing Proposed Payment of $7 million to Bonistas Del Patio, Inc. **[Case No. 17-3283, ECF No. 5101]**

D. Response of the Puerto Rico Fiscal Agency and Financial Advisory Authority to the Official Committee of Unsecured Creditors' Urgent Response to Informative Motion [Docket No. 584] **[Case No. 17-3283, ECF No. 5117]**

E. Statement of the COFINA Senior Bondholders' Coalition in Support of Informative Motion Regarding Stipulation of Section 15.2 Expenses **[Case No. 17-3283, ECF No. 5118]**

F. Order Setting Deadline for Further Response to the Informative Motion Regarding Stipulation Section 15.2 Expenses **[Case No. 17-3283, ECF No. 5121]**

G. Official Committee of Unsecured Creditors' (A) Further Response to AAFAF's Informative Motion Disclosing Proposed Payment of $7 Million to Bonistas Del Patio, Inc. [Docket No. 5097] and (B) Urgent Motion Requesting Hearing on Proposed Payment **[Case No. 17-3283, ECF No. 5135]**

H. Order Setting Deadline for Joint Status Report in Connection with Informative Motion Regarding Stipulation Section 15.2 Expenses **[Case No. 17-3283, ECF No. 5137]**

I. Urgent Motion for Leave to Cite to Case Law in Spanish Language and for Extension of Time to Submit Corresponding Certified English Translations **[Case No. 17-3283, ECF No. 5138]**

J. Order Approving Urgent Motion for Leave to Cite to Case Law in Spanish Language and for Extension of Time to Submit Corresponding Certified English Translations **[Case No. 17-3283, ECF No. 5147]**

K. Stipulation and Proposed Order to Extend Deadlines Set Forth in the Court's Order Entered on February 14, 2019 (ECF No. 596) **[Case No. 17-3283, ECF No. 5179]**

L. Order Revising Deadlines Set Forth in the Court's Order Entered on February 14, 2019 (ECF No. 596) **[Case No. 17-3283, ECF No. 5180]**

43

M. Notice of Filing Certified Translations of Case Law Cited in Official Committee of Unsecured Creditors' (A) Amended Further Response to AAFAF's Informative Motion Disclosing Proposed Payment of $7 Million to Bonistas Del Patio, Inc. [Docket No. 5097] and (B) Urgent Motion Requesting Hearing on Proposed Payment **[Case No. 17-3283, ECF No. 5204]**

Status:  This matter has been adjourned to the September 11, 2019 omnibus hearing.

Estimated Time Required:  N/A

2. **FOMB and AAFAF's Motion to Dismiss Insurers' Motion to Appoint a Receiver.** The Financial Oversight and Management Board and AAFAF's Memorandum of Law in Support of Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss Insurers' Motion for Relief from the Automatic Stay to Seek Appointment of a Receiver [ECF No. 975] **[Case No. 17-4780, ECF No. 1233]**

Description:  The FOMB and AAFAF jointly move to dismiss the motion for relief from stay in PREPA's Title III case [ECF No. 975], filed by National Public Finance Guarantee Corporation, Assured, and Syncora Guarantee Inc. seeking the appointment of a receiver.

Objection Deadline:  August 7, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  None.

Reply, Joinder & Statement Deadlines: August 30, 2019 at 4:00 p.m. (Atlantic Standard Time)

Replies, Joinders & Statements:
    A.  None.

Related Documents:
    A.  Order Setting Briefing Deadlines in Connection with Financial Oversight and Management Boards and AAFAF's Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss Insurers' Motion for Relief from the Automatic Stay to Seek Appointment of a Receiver **[Case No. 17-4780, ECF No. 1241]**

    B.  Corrected Urgent Motion to Extend and Establish Certain Deadlines Applicable to (1) The Joint Motion Of PREPA and AAFA Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(A)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement [Ecf No. 1235]; and (2) Oversight Board and AAFAF's Motion Pursuant To Fed. R. Civ. P. 12(B)(6) to Dismiss Insurers' Motion for Relief from the Automatic Stay to Seek Appointment of a Receiver [ECF No. 1233] **[Case No. 17-4780, ECF No. 1250]**

    C.  Order Extending Certain Deadlines Applicable to Financial Oversight and Management Board and AAFAF's Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to

Dismiss Insurers' Motion for Relief from the Automatic Stay to Seek Appointment of a Receiver [ECF No. 1233] **[Case No. 17-3283, ECF No. 7071, Case No. 17-4780, ECF No. 1254]**

D. Order Extending Certain Deadlines Applicable to Financial Oversight and Management Board and AAFAF's Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss Insurers' Motion for Relief from the Automatic Stay to Seek Appointment of a Receiver **[Case No. 17-3283, ECF No. 7701, Case No. 17-4780, ECF No. 1398]**

E. Urgent Joint Motion of All Parties to Extend Deadlines Re: Motion to Dismiss **[Case No. 17-3283, ECF No. 8181, Case No. 17-4780, ECF No. 1488]**

F. Order Extending Deadlines Applicable to Financial Oversight and Management Board and AAFAF's Motion Pursuant to Fed. R. Civ. P. 12(b)(6) to Dismiss Insurers' Motion for Relief from the Automatic Stay to Seek Appointment of a Receiver (ECF No. 1233) **Case No. 17-3283, ECF No. 8200, Case No. 17-4780, ECF No. 1493]**

Status:  This matter has been adjourned to the September 11, 2019 omnibus hearing.

Estimated Time Required:  N/A

3. **AAFAF's Objection to Claim of the United States Department of the Treasury/Internal Revenue Service.** Puerto Rico Fiscal Agency and Financial Advisory Authority's objection to proofs of claim of the United States Department of the Treasury/Internal Revenue Service (Claims Nos. 168648 and 16885) **[Case No. 17-3283, ECF No. 7419, Case No. 17-3284, ECF No. 643]**

Description:  Puerto Rico Fiscal Agency and Financial Advisory Authority's objection to proofs of claim of the United States Department of the Treasury/Internal Revenue Service (Claims Nos. 168648 and 16885) filed against the Puerto Rico Sales Tax Financing Corporation.

Objection Deadline:  August 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. None.

Reply, Joinder & Statement Deadlines: September 4, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A. None

Related Documents:
    A. Stipulation and Agreed Order (A) Withdrawing Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 168648 and 168885); (B) Deeming Previously Filed Objection to Apply to Amended IRS Proof

of Claim (Claim No. 169423); (C) Extending Deadline to Respond to the Objection; and (D) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 7927, Case No. 17-3284, ECF No. 662]**

Status:  This matter has been adjourned to the September 11, 2019 omnibus hearing.

Estimated Time Required:  N/A

4. **Ambac's Motion to Compel Compliance with Orders Authorizing 2004 Examinations.**
Ambac Assurance Corporation's Motion to Compel Compliance with the Court's December 15, 2017 and February 26, 2018 Orders Regarding the Urgent Renewed Joint Motion of the Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., the Mutual Fund Group, and National Public Finance Guarantee Corporation for Order Authorizing Rule 2004 Examination **[Case No. 17-3283, ECF No. 7505]**

Description:  Ambac Assurance Corporation's motion to compel the Commonwealth of Puerto Rico, AAFAF, and the Financial Oversight and Management Board for Puerto Rico to comply with the Court's orders of December 15, 2017 and February 26, 2018 as they pertain to requests for information regarding the Commonwealth's pension liabilities, as set forth in the Rule 2004 motions dated September 12, 2017 (Dkt. No. 1283) and November 28, 2017 (Dkt. No. 1870).

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. Respondents' Omnibus Opposition to Ambac Assurance Corporation's Motion to Compel [ECF NO. 7505] and Ambac Assurance Corporation's Pension Motion [ECF NO. 7507] **[Case No. 17-3283, ECF No. 7895]**

Reply, Joinder & Statement Deadlines:  July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors, Statutory Committees or Ambac, July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees, and July 23, 2019 for Ambac.

Replies, Joinders & Statements:
   A. Joinder of Ad Hoc Group Of Constitutional Debtholders to Ambac Assurance Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283, ECF No. 7531]**

   B. Joinder of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to Ambac Assurance Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283, ECF No. 7588]**

   C. Joinder Of Financial Guaranty Insurance Company to Ambac Assurance Corporation's Motion to Compel Compliance with the Court's December 15, 2017 and February 26, 2018 Orders Regarding the Urgent Renewed Joint Motion of the Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation,

Assured Guaranty Corp., Assured Guaranty Municipal Corp., the Mutual Fund Group, and National Public Finance Guarantee Corporation for Order Authorizing Rule 2004 Examination [Dkt. # 7505] **[Case No. 17-3283, ECF No. 7674]**

D.   Joinder of the Ad Hoc Group of General Obligation Bondholders to Ambac Assurance Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283, ECF No. 7714]**

E.   Limited Joinder of Official Committee of Unsecured Creditors in Ambac Assurance Corporation's Motion to Compel Seeking Discovery Pursuant to Rule 2004 [Dkt. No. 7505] **[Case No. 17-3283, ECF No. 7883]**

Related Documents:
A.   Joint Urgent Motion by Ambac Assurance Corporation, Financial Oversight and Management Board for Puerto Rico, Puerto Rico Fiscal Agency and Financial Advisory Authority, and the Commonwealth of Puerto Rico, Seeking an Order (I) Deferring Consideration of the Pensions Discovery Motions, and (II) Extending Ambac's Deadline to File its Reply in Further Support of the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 8007]**

B.   Order Granting Joint Urgent Motion and Deferring Consideration **[Case No. 17-3283, ECF No. 8017]**

Status:  This matter has been adjourned to the July 30, 2019 hearing before Judge Dein in Boston, Massachusetts.

Estimated Time Required:  N/A

5.   **Ambac's Motion for Order Authorizing 2004 Discovery Concerning Pension Liabilities.** Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Pension Liabilities **[Case No. 17-3283, ECF No. 7507]**

Description:  Ambac Assurance Corporation's motion for entry of order authorizing discovery of the Financial Oversight and Management Board for Puerto Rico as representative of the Commonwealth of Puerto Rico, the Puerto Rico Fiscal Agency and Financial Advisory Authority, and the Commonwealth of Puerto Rico under Bankruptcy Rule 2004 concerning pension liabilities.

Objection Deadline:  July 9, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
A.   Respondents' Omnibus Opposition to Ambac Assurance Corporation's Motion to Compel [ECF NO. 7505] and Ambac Assurance Corporation's Pension Motion [ECF NO. 7507] **[Case No. 17-3283, ECF No. 7895]**

47

Reply, Joinder & Statement Deadlines: July 16, 2019 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors, Statutory Committees or Ambac, July 17, 2019 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees, and July 23, 2019 for Ambac.

Replies, Joinders & Statements:

A. Joinder of Ad Hoc Group Of Constitutional Debtholders to Ambac Assurance Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283, ECF No. 7531]**

B. Joinder of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to Ambac Assurance Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283, ECF No. 7588]**

C. Joinder of Financial Guaranty Insurance Company to Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Pension Liabilities [Dkt. # 7507] Discovery **[Case No. 17-3283, ECF No. 7675]**

D. Joinder of The Ad Hoc Group of General Obligation Bondholders to Ambac Assurance Corporation's Requests for Rule 2004 Discovery **[Case No. 17-3283, ECF No. 7714]**

E. Limited Joinder of Official Committee of Unsecured Creditors in Ambac Assurance Corporation's Motion Regarding Pension Liabilities Seeking Discovery Pursuant To Rule 2004 [DKT. NO. 7507] **[Case No. 17-3283, ECF No. 7880]**

Related Documents:

A. Joint Urgent Motion by Ambac Assurance Corporation, Financial Oversight and Management Board for Puerto Rico, Puerto Rico Fiscal Agency and Financial Advisory Authority, and the Commonwealth of Puerto Rico, Seeking an Order (I) Deferring Consideration of the Pensions Discovery Motions, and (II) Extending Ambac's Deadline to File its Reply in Further Support of the Pensions Discovery Motions **[Case No. 17-3283, ECF No. 8007]**

B. Order Granting Joint Urgent Motion and Deferring Consideration **[Case No. 17-3283, ECF No. 8017]**

Status:  This matter has been adjourned to the July 30, 2019 hearing before Judge Dein in Boston, Massachusetts.

Estimated Time Required:  N/A

6. **AMPR's Motion for Relief from Stay.** Motion for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 3914]**

Description:  Asociación de Maestros de Puerto Rico, and its Union, Asociación de Maestros de Puerto Rico-Local Sindical, both of which are affiliates of the American Federation of Teachers, seek relief from the automatic stay to pursue action against the Department of

Education of the Commonwealth, the Secretary of the Department of Education of the Commonwealth, Julia Keleher in her official capacity, and the Commonwealth of Puerto Rico. The action seeks a declaratory judgment concerning causes of action for breach and/or impairment of contractual and vested property rights.

Objection Deadline:  October 27, 2018 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  Objection of the Commonwealth to Motion for Relief from Automatic Stay filed by Asociación de Maestros de Puerto Rico, and its Union, Asociación de Maestros de Puerto Rico-Local Sindical **[Case No. 17-3283, ECF No. 4038]**

Reply, Joinder & Statement Deadlines: October 19, 2018 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
    A.  Movants' Reply to Objection of the Commonwealth to Motion for Relief From Automatic Stay Filed by AMPR and AMPR-LS **[Case No. 17-3283, ECF No. 4071]**

Related Documents:
    A.  Order Scheduling Briefing of Motion for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 3916]**

    B.  Urgent Joint Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 3960]**

    C.  Order Extending Deadlines under Order Scheduling Briefing of Motion for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 3966]**

    D.  Unopposed Motion of Commonwealth of Puerto Rico for Leave to File Sur-Reply to Movants' Reply to Objection of the Commonwealth to Motion for Relief from Automatic Stay Filed by AMPR and AMPR-LS **[Case No. 17-3283, ECF No. 4107]**

    E.  Order Granting Unopposed Motion of Commonwealth of Puerto Rico for Leave to File Sur-Reply **[Case No. 17-3283, ECF No. 4449]**

    F.  Joint Informative Motion regarding Hearing on Motion for Relief from Stay filed by Asociación de Maestros de Puerto Rico **[Case No. 17-3283, ECF No. 4941]**

    G.  Joint Status Report Regarding Motion for Relief from Stay Filed by Asociación de Maestros de Puerto Rico **[Case No. 17-3283, ECF No. 8075]**

Status:  This matter has been adjourned to the October 30, 2019 omnibus hearing.

Estimated Time Required:  N/A.

Dated: July 23, 2019
      San Juan, Puerto Rico

Respectfully submitted,

*/s/  Martin J. Bienenstock*

Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/  Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*