# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x
                         :

| | |
|---|---|
| *In re* | : |
| | : PROMESA |
| THE FINANCIAL OVERSIGHT AND | : Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | : |
| | : |
|    as representative of | : Case No. 17-BK-3283 (LTS) |
| | : |
| THE COMMONWEALTH OF PUERTO RICO, | : (Jointly Administered) |
| *et al.*, | : |
| | : |
|    Debtors.[*] | : |

-------------------------------------------------------------x
                         :

| | |
|---|---|
| *In re* | : |
| | : PROMESA |
| THE FINANCIAL OVERSIGHT AND | : Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | : |
| | : |
|    as representative of | : |
| | : Case No. 17-BK-04780-LTS |
| PUERTO RICO ELECTRICAL POWER | : |
| AUTHORITY (PREPA), | : **Court Filing Relates Only to PREPA** |
| | : |
|    Debtor. | : |

-------------------------------------------------------------x

### [PROPOSED] ORDER ENTERING STIPULATION TO WITHDRAW URGENT MOTION OF SOLUS TO FILE UNDER SEAL UNREDACTED MOTION TO COMPEL TESTIMONY PURSUANT TO RULE 30(b)(6) FROM U.S. BANK IN CONNECTION WITH PREPA RSA SETTLEMENT MOTION

---

[*]     The Debtors in these title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

On July 16, 2019, SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Ultra NB LLC (collectively, "Solus") filed the *Urgent Motion of Solus to File Under Seal Unredacted Motion to Compel Testimony Pursuant to Rule 30(b)(6) from U.S. Bank in Connection with PREPA RSA Settlement Motion* (the "Motion to Seal").  On July 17, 2019, this Court entered an order granting the Motion to Seal for a limited duration and subject to supplemental briefing due by July 22, 2019.  On July 22, 2019, the parties filed a stipulated withdrawal of the Motion to Seal [Docket No. __] (the "Stipulation").  The Court hereby approves the Stipulation as filed.  The Motion to Seal is withdrawn and any associated briefing or hearing dates are vacated.

SO ORDERED.

Dated _____, 2019

_____
Honorable Judith G. Dein
United States Magistrate Judge