TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

RECEIVED & FILED
2019 JUL 23  AM 9:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

En el caso:

La JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA
PARA PUERTO RICO,

        Como representante del

ESTADO LIBRE ASOCIADO
DE PUERTO RICO, y otros,

        Deudores.

PROMESA
Título III

N° 17 BK 3283-LTS

(Administrados en forma Conjunta)

Esta presentación correspon-
de a la HTA y el ERS

TRIGÉSIMA NOVENA OBJECIÓN COLECTIVA (NO SUSTANTIVA)
DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE P.R.
Y DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO
DEL ESTADO LIBRE ASOCIADO DE PR CONTRA RECLAMACIO-
NES DEFICIENTES

        Comparece El Fideicomiso LALHFC y Lutgardo
Acevedo López por conducto de Migdalia Fuentes
Cobán con domicilio en la calle Paloma # 5
MOCA, PR 00676 para presentar la siguiente
respuesta a la objeción Colectiva en
epígrafe.

        1. Mi correo electrónico es
            PMigdalia1@hotmail.com

1/4

2- Que estoy autorizada a conciliar,
transigir o resolver de cualquier modo
la objeción colectiva en representación
del Fideicomiso LALMFC.

3- Que soy la administradora y albacea
de los activos del Fideicomiso LALMFC
creado al amparo de las leyes del
Estado Libre Asociado de Puerto Rico en
beneficio de dos menores de edad.

4. Que mi esposo el Sr. Lutgardo
Acevedo López Fideicomitente original
dejó de ser el administrador luego
de la creación del Fideicomiso
hace cerca de diez (10) años.

5- Que me opongo a que se desestime
la reclamación que presenté toda
vez que esta cumplió con todos
los requisitos de evidencia y fechas
aplicables y otros fundamentos
presentados más adelante

6- Le presento a continuación al
tribunal una tabla que pretende
aclarar información que aparenta
estar duplicada en posesión del
deudor (ELA) y sus representantes y
puede ser el motivo por el
cual exista una confusión.
Ver ANEJO I

7- Que junto a mi "proof of claim"
sometidas anteriormente sometí

2
─
4

los estados mensuales de mi "broker" o agente de corretaje - Popular securities, los cuales vuelvo a someter en esta ocasión. Con evidencia adicional.

POR TODO LO EXPUESTO, solicito muy respetuosamente no se desestime la reclamación presentada contra los deudores por ser una válida en derecho, justa y conforme a la ley. Además, que se conceda cualquier otro remedio que se considere justo en favor del Fideicomiso LALMFC y en consecuencia a los menores que proteje.

Fecha: 30 de junio de 2019
        Moca Puerto Rico

Presentado con el debido respeto,

Misdalia Fuentes Cobán, PRO-se
Administradora
Fideicomiso LALFMC

3/4

| Nombre Del Reclamante Según aparece en el ANEXO A de la Trigesima Novena objecion colectiva | Nombre Correcto | Fecha Radicada | Número de Reclamación | Cantidad Reclamada | Num de Item en el ANEXO A |
|---|---|---|---|---|---|
| Lutgardo Acevedo López #5 calle Paloma MOCA, PR 00676  Nombre Incorrecto | Fideicomiso LALMFC Migdalia Fuentescaban #5 calle Paloma MOca, PR 00676  Nombre Correcto | 5/11/2018 | 14707 | 30,454.50 | 1 |

ANEJO I