Fideicomiso LAL MFC
Migdalia Fuentes
5 Calle Paloma
Moca, PR 00676




Oficina del secretario
Tribunal de Distrito de los EU
Room 150 Federal Building
San Juan, PR 00918-1767