TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso: | PROMESA |
| LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Título III |
| | N° 17 BK 3283-LTS |
| Como representante del | |
| | (Administrados en Forma Conjunta) |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO, y otros, | |
| | Esta presentación corresponde al Estado Libre Asociado. |
| Deudores | |

QUINCUAGÉSIMA OBJECIÓN COLECTIVA (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO CONTRA RECLAMACIONES DEFICIENTES

Comparece El Fideicomiso LALMFC y Lutgardo Acevedo López por conducto de Migdalia Fuentes Cabán con domicilio en la Calle #5 Moca, PR 00676 para presentar la siguiente respuesta a la objeción colectiva en epígrafe.

1. Mi correo electrónico es fmigdalia1@hotmail.com

2. Que estoy autorizada a conciliar, transigir o resolver de cualquier modo la

1/4

Objeción Colectiva en representación del Fideicomiso LALMFC

3. Que soy la administradora y albacea de los activos del Fideicomiso LALMFC creado al amparo de las leyes del Estado Libre Asociado de Puerto Rico en beneficio de dos (2) menores de edad.

4. Que mi esposo el Sr. Lutgardo Acevedo López Fideicomitente original dejó de ser el administrador luego de la creación del Fideicomiso hace cerca de diez (10) años.

5. Que me opongo a que se desestime la reclamación que presenté toda vez que esta cumplió con todos los requisitos de evidencia y fechas aplicables y otros fundamentos presentados más adelante.

6. Le presento a continuación al tribunal una tabla que pretende aclarar información que aparenta estar duplicada en posesión del deudor (ELA) y sus representantes y puede ser el motivo por el cual exista una confusión. Ver Anejo I

2/4

7. Que junto a mi "proof of claim" sometida anteriormente sometí los estados mensuales de mi "broker" o agente de corretaje - Popular securities, los cuales vuelvo a someter en esta ocasión. Con evidencia adicional.

POR TODO LO EXPUESTO, solicito muy respetuosamente no se desestime la reclamación presentada contra los deudores por ser una válida en derecho, justa y conforme a la ley. Además, que se conceda cualquier otro remedio que se considere justo en favor del Fideicomiso LALMFC y en consecuencia a los menores que proteje.

Fecha: 30 de junio de 2019
Moca, PR 00676

Presentado con el debido respeto,

Migdalia Fuentes Cabán, PRO-SE
Administradora
Fideicomiso LALFMC

3/4

| Nombre del Reclamante según aparece duplicado en el ANEXO A- De la Quincuagésima objeción colectiva - ver tabla titulada - ANEXO A - Reclamaciones con fundamento insuficiente | | | | Fecha Radicada | Números de reclamación duplicados | Cantidad reclamada | # Item en el Anexo A |
|---|---|---|---|---|---|---|---|
| 1er nombre duplicado | Segundo nombre duplicado | Tercer nombre duplicado | Cuarto nombre duplicado | | | | |
| Fideicomiso LALMFC 2011 Ave. Pedro Albizu Campos Aguadilla, PR 00603 (61) | Migdalia Fuentes Cabán #5 Calle Paloma Sec La Sierra Pueblo Moca, PR 00676 (68) | Fideicomiso LALMFC Migdalia Fuentes #5 Calle Paloma Moca, PR 00676-5029 (114) ✓ NOMBRE CORRECTO | Lutgardo Acevedo López y Migdalia Fuentes Cabán 5 Calle Paloma Moca, PR 00676 (130) | 5/11/2018 (same) (same) same | 17740 14711 14701 ✓ 14727 | $533,887.95 — — — | 61 68 114 ✓ 130 |
| | | | | Sub TOTAL RECLAMADA | | $533,887.95 | |
| Segunda Cantidad Reclamada Lutgardo Acevedo López PV Systems Integrators @ Engineers of PR #5 Calle Paloma Moca PR 00676 NOMBRE INCORRECTO | | Fideicomiso LALMFC Migdalia Fuentes Cabán #5 Calle Paloma Moca PR 00676-5029 (131) NOMBRE CORRECTO | | 5/11/2018 | 17722 | 109,372.00 | 131 |
| | | | | Grand Total Reclamado | | $643,259.95 | |

ANEJO I