Fideicomiso LAL MFC
Migdalia Fuentes
5 Calle Paloma
Moca PR 00676




U.S. POSTAGE PAID
FCM LETTER
MOCA, PR
00676
JUL 19, 19
AMOUNT
**$0.85**
R2305K134130-04

UNITED STATES
POSTAL SERVICE®

1000

00918

RECEIVED & FILED
2019 JUL 23 AM 9: 2
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Oficina del secretario
Tribunal de Distrito de los EU
ROOM 150 Federal Building
San Juan, PR 00918-1767