# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY<br><br>Debtor. | Case No. 17-BK-4780 |

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17- BK3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

1

## ORDER SETTING BRIEFING SCHEDULE

On July 24, 2019, the Court received the *Urgent Motion of Solus for Order Setting Briefing Schedule in Connection with its Urgent Motion to Compel Production of Documents by U.S. Bank* (Dkt. No. 1504 in 4780; Dkt. No. 8235 in 3283).  Therein, Solus seeks to compel documents associated with discovery motions set to be heard on July 30th.  Solus included its motion to compel in its response to a motion to quash already pending before the Court.  (See Dkt. No. 1502 in 17-BK-4780; Dkt. No. 8233 in 17-BK-3283).  The Court finds it appropriate to hear the new motion to compel on July 30th in connection with the other discovery motions enumerated later in this order.  First, the Court sets a schedule for briefing on Solus' new motion to compel:

1.  Any response shall be submitted by **July 26, 2019**;

2.  Any reply shall be submitted by **July 29, 2019 at noon**.

The Court plans to hear the following previously scheduled motions on July 30, 2019 in Boston.  Any requests to adjust this schedule shall be submitted to the Court as soon as possible.

1.  *Motion of U.S. Bank National Association, as PREPA Bond Trustee, to Quash Amended Deposition Subpoena of Cortland Capital Markets, LLC and Solus Alternative Asset Management LP* (Dkt. No. 1466 in 17-BK-4780).

2.  *Renewal of June 3, 2019 Omnibus Motion of Official Committee of Unsecured Creditors to Compel in Connection with PREPA RSA Rule 9019 Settlement Motion* (Dkt. No. 1467 in 17-BK-4780).

3.  *Motion of Solus to Compel Testimony Pursuant to Rule 30(b)(6) from U.S. Bank in Connection with PREPA RSA Settlement Motion* (Dkt. No. 1469 in 17-BK-4780).

4. *Renewed Omnibus Motion of Cortland Capital Market Services LLC, as Administrative Agent, and Solus to Compel Discovery Responses in Connection with PREPA RSA Settlement Motion* (Dkt. No. 1470 in 17-BK-4780).

5. *Motion To Compel Compliance with the Court's December 15, 2017 and February 26, 2018 Orders Regarding the Urgent Renewed Joint Motion of the Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., The Mutual Fund Group, and National Public Finance Guarantee Corporation For Order Authorizing Rule 2004 Examination* (Dkt. No. 7505 in 17-BK-3283).

6. *Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Pension Liabilities* (Dkt. No. 7507 in 17-BK-3283).

This resolves Dkt. Nos. 1504 in 17-BK-4780 and 8235 in 17-BK-3283.

SO ORDERED.

July 24, 2019

/s/ Judith G. Dein
Judith Gail Dein
United States Magistrate Judge

3