# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

    I, Jamie B. Herszaft, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On July 16, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the (1) 19-00293 Adversary Defendant Service List attached hereto as **Exhibit A** on the (2) 19-00294 Adversary Defendant Service List attached hereto as **Exhibit B** on the (3) 19-00295 Adversary Defendant Service List attached hereto as **Exhibit C** and on the (4)19-00362 Adversary Defendant Service List attached hereto as **Exhibit C**:

- Order Granting Debtors' Urgent Motion Requesting Order (I) Approving Service of Process at Addresses Listed in Defendants' Proofs of Claims and/or Rule 2019

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Disclosures and (II) Approving Debtors' Form of Notice in GO and HTA Lien Challenges [Docket No. 7694]

- Order Granting Debtors' Urgent Motion Requesting Order (I) Approving Service of Process at Addresses Listed in Defendants' Proofs of Claims and/or Rule 2019 Disclosures and (II) Approving Debtors' Form of Notice in GO and HTA Lien Challenges [Docket No. 7694- Spanish Version]

Dated: July 24, 2019

_____
Jamie B. Herszaft

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 24, 2019, by Jamie B. Herszaft, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 2020

SRF 34253

**Exhibit A**

Exhibit A
19-00293 Adversary Defendants Service List
Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| Adalberto E. Moret Rivera | 88 Calle Colon | | | Aguada | PR | 00602 |
| Ana R. Lopez | T-22 13 St. Ext Villa Rica | | | Bayamon | PR | 00959 |
| Anne Farley | 101 Central Park West 14E | | | New York | NY | 10023 |
| Antonio Martin Cervera | H-22 Yaerumu, Caparra Hills | | | Guaynabo | PR | 00968 |
| Ariel Ferdman | C/O Weinstein-Bacal, Miller & Vega, PSC | Gonzalez Padin Building - Penhouse | 154 Rafael Cordero Street | San Juan | PR | 00901 |
| Arnaldo Cruz Igartua | Univ. Gardens | 317 Calle Interamericana | | San Juan | PR | 00927-4011 |
| Awilda Valle | P.O. Box 1649 | | | Barceloneta | PR | 00617-1649 |
| Blanca Goldikener | 450 Ave de la Constitucion Apt. 9-G | | | San Juan | PR | 00901 |
| Brian L. Murphy | 10517 Metropolitan Avenue | | | Kensington | MD | 20895 |
| Bruce Robert Wiederspiel | 2783 Columbia Falls State Road | | | Columbia Falls | MT | 59912 |
| Carlos A. Ponce De Leon | 267 San Jorge-Apt. 10C | | | San Juan | PR | 00912-3351 |
| Carlos R. Machin | P.O. Box 5700 | | | Caguas | PR | 00726 |
| Carlos Valdes de Llauger | Cond. Kings Court Playa | Kings Court 59 Apt. 304 | | San Juan | PR | 00911-1160 |
| Carmen Casanova de Roig | Cond. El Campeador | Calle Cervantes 86 Apto 1A | | San Juan | PR | 00907-1962 |
| Carmen Castro de Valdes | Cond. Kings Court Playa | Kings Court 59 Apt. 304 | | San Juan | PR | 00911-1160 |
| Carmen E. Ramirez | 1662 Jazmin Urb. San Francisco | | | San Juan | PR | 00927 |
| Carmen Maria Davila | P.O. Box 801221 | | | Ceto Laurel | PR | 00780-1221 |
| Carmen Rosa Pola | P.O. Box 336841 | | | Ponce | PR | 00733-6841 |
| Celia Fernandez De Gutierrez | 548 Hoare St. Apt. 11 | | | San Juan | PR | 00907 |
| Charles L. Perkins, Sr. | 904 Hillwood Avenue | | | Falls Church | VA | 22042 |
| Clarissa M. Vinas Miranda | 1683 Aguas Calientes, Venus GDNS Norte | | | San Juan | PR | 00926 |
| Delia E. Vizcarrondo | Paseo Alto #1, Calle 2 | | | San Juan | PR | 00926 |
| Diane Silverman | 11 Sherwood Drive | | | Larchmont | NY | 10538-2619 |
| Donald L. McDonald | 9009 NE 36th St. | | | Yarrow Point | WA | 98004 |
| Dr. Carlos Suarez Vazquez | 162 Pajuil, Milaville | | | San Juan | PR | 00926 |
| Eileen Maria Coffey | 9166 Calle Marina | | | Ponce | PR | 00717 |
| Elizabeth Gonzalez | C/O Santos Mulero Sierra | PO Box 1143 | | Juncos | PR | 00777 |
| Enelia Russe | HC 02 Box 6617 | | | Morovis | PR | 00687 |
| Enrique Alfonso Sabater | Urb. Santa Maria | 1842 Reina de las Flores | | San Juan | PR | 00927-6820 |
| Estela Del Valle Rullan | Urb Sabanera | 408 Cam de las Miramelindas | | Cidra | PR | 00739 |
| Evelyn Ramirez Garraton | #136 Calle Mimosa | | | San Juan | PR | 00927 |
| Fideicomiso Lugo Rivera | PO Box 9 | | | Hormigueros | PR | 00660 |
| Fideicomiso Mercado Riera | 9166 Calle Marina | | | Ponce | PR | 00717 |
| George E. Reed Jr. | 578 Forest Ave | | | Rye | NY | 10580 |
| Hector L. Rivera Rosario | HC 02 Box 6617 | | | Morovis | PR | 00687 |
| Hilda A. Izquierdo Stella | 1632 Calle Navarra | | | Ponce | PR | 00730-4059 |
| Ian Melmed | 800 SE 20th Ave Apt 408 | | | Deerfield Beach | FL | 33441 |
| Irmita Guzman De Amador | 5 Carr 833 Apt. 1203 B | | | Guaynabo | PR | 00969 |
| Ivonne T. Vidal | F-24 8th St Tintillo Gardens | | | Guaynabo | PR | 00966 |
| Jack Goldikener | 450 Ave de la Constitucion Apt. 9-G | | | San Juan | PR | 00901 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Exhibit A
19-00293 Adversary Defendants Service List
Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| Javier Cerra Fernandez M.D. | RB Santa Maria | 7106 Calle Divina Providencia | | Ponce | PR | 00717-1019 |
| Joaquin Gutierrez Fernandez | 548 Hoare St. Apt. 11 | | | San Juan | PR | 00907 |
| John D. Goeke | 4403 Fire Lane 4 | | | Union Springs | NY | 13160 |
| John Santos Russo | P.O. Box 193521 | | | San Juan | PR | 00919 |
| Jordi Bofill | P.O. Box 361211 | | | San Juan | PR | 00936 |
| Jorge P. Sala Colon | Cond San Vincente 8169 | Calle Concordia Ste. 102 | | Ponce | PR | 00717-1556 |
| Jose E. Franco Gomez | 3 Carrion Court Apt. 401 | | | San Juan | PR | 00911 |
| Jose Ramon Gonzalez Passalacqua | Calle Duke TH2, Villas de Palma Real | | | San Juan | PR | 00927 |
| Josefina Varela Gonzalez | Urb. Bucare | 5 Calle Diamente | | Guaynabo | PR | 00969-5114 |
| Juan Buono Alcaraz | 2367 Ave. las Americas | | | Ponce | PR | 00717 |
| Juan G. Ortiz de la Renta | C/O Juan Ortiz de la Renta | PO Box 30431 | | San Juan | PR | 00929 |
| Juan M. Lopez Calderon | P.O. Box 366602 | | | San Juan | PR | 00936-6602 |
| Julio H. Sepulveda Ramos | P.O. Box 43 | | | Hormigueros | PR | 00660 |
| Liana Rivera Olivieri | 9140 Marina St. Suite 801 | | | Ponce | PR | 00717 |
| Luis A. Toro Perez M.D. | 8129 Calle Concordia., Ste. 302 | | | Ponce | PR | 00717-1550 |
| Luis Baerga | Urb. Bucare | 5 Calle Diamente | | Guaynabo | PR | 00969-5114 |
| Luis J. Torruella | 32 Calle Francisco Oller | | | Ponce | PR | 00736-1603 |
| Luis Santini Lopez | 240 Palaeios del Escoreol | | | Carolina | PR | 00987 |
| Luz D. Millan | P.O. Box 5700 | | | Caguas | PR | 00726 |
| Luz J. Pasarell | 1714 Marquesa | | | Ponce | PR | 00716-0513 |
| Lynette Castillo | PO Box 7863 | | | Ponce | PR | 00732 |
| Manuel Dos Santos | P.O. Box 3206 | | | Mayaguez | PR | 00681 |
| Marcos A. Roman-Lopez | T-22 13 St. Ext Villa Rica | | | Bayamon | PR | 00959 |
| Margarita Guzman | Alcazar #1809-La Alhambra | | | Ponce | PR | 00716 |
| Maria Carmen Prats TIC | P.O. Box 361211 | | | San Juan | PR | 00936 |
| Maria E. Frontera Aymat | P.O. Box 3323 Mayaguez | | | Mayaguez | PR | 00681 |
| Maria Ines Suarez Perez-Guerra | 18 Calle Guadi | | | Ponce | PR | 00730-1747 |
| Maria Isabel Suarez | 32 Calle Francisco Oller | | | Ponce | PR | 00730-1603 |
| Maria Teresita Martin | H-22 Yaerumu, Caparra Hills | | | Guaynabo | PR | 00968 |
| Mariano E. Gonzalez Diez | P.O. Box 9945 | | | Arecibo | PR | 00613-9945 |
| Mayra I. Ramos Roman | P.O. Box 334386 | | | Ponce | PR | 00733 |
| Miguel Palou Sabater | Urb. Suchville | 17 Calle Principal | | Guaynabo | PR | 00966 |
| Miguel Pomales Castro | PO Box 71325 PMB 92 | | | San Juan | PR | 00936 |
| Milagros Ayoroa Santaliz | Univ. Gardens | 317 Calle Interamericana | | San Juan | PR | 00927-4011 |
| Myrta Lopez-Molina | W3-66 B. Gracian St. | | | San Juan | PR | 00926 |
| Narciso Camejo Gonzalez | P.O. Box 11804 | | | San Juan | PR | 00922 |
| Raul Jaime Vila Selles | #136 Calle Mimosa | | | San Juan | PR | 00927 |
| Raul Ramirez | 8133 Calle Concordia Ste 101 | | | Ponce | PR | 00717-1543 |
| Rene Torres Ortiz | Quintas de Monserrate | F-6 Calle Gaudi | | Ponce | PR | 00730 |
| Robert Kazmierski | 321 N. Perry Street | | | Johnstown | NY | 12095 |

Exhibit A

19-00293 Adversary Defendants Service List

Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| Robert Ramos Martin | 37 Francisco Occer St. | | | Ponce | PR | 00730 |
| Ronald Ramos Martin | 139 Carr 177 Apt. 1204 | | | San Juan | PR | 00926-5355 |
| Santos Mulero Sierra | C/O Santos Mulero Sierra | PO Box 1143 | | Juncos | PR | 00777 |
| Suzette Abraham | P.O. Box 364842 | | | San Juan | PR | 00936 |
| Teresa R. Miller | 4403 Fire Lane 4 | | | Union Springs | NY | 13160 |
| Vivian Hernandez Vinas | P.O. Box 335 | | | Arecibo-Garrochales | PR | 00652-0335 |
| Vivian Purcell | 1507 Ashford Ave. Apt. 901 | | | San Juan | PR | 00911-1110 |
| Warren Min | 804 Milan Ave | | | South Pasadena | CA | 91030 |
| Wilfredo Vazquez Olivencia | 2225 Ponce Bypass #909 | | | Ponce | PR | 00717 |
| Wilson Rivera Ortiz | Calle Aloa 1471 Urb. Mercedita | | | Ponce | PR | 00717 |
| Yvonne Baerga Varela | Urb. Santa Maria | 1842 Reina de las Flores | | San Juan | PR | 00927-6820 |

**<u>Exhibit B</u>**

Exhibit B

19-00294 Adversary Defendants Service List

Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| "Liedo" Alberto Pico, Jr. | #59 Kings Court, Apt. 804 | | San Juan | PR | 00911 |
| Adriana Irizarry | 827 Jose Marti St. Apt 201 Cond Joan | | San Juan | PR | 00907 |
| Albert B. Shehadi | 27 Byram Shore Rd | | Greenwich | CT | 06830 |
| Ana T. Colmenero | 147 Crisantemo St. | Urb San Francisco | San Juan | PR | 00927 |
| Andrew P. Davis | 333 West End Ave. | Apt 4B | New York | NY | 10023 |
| Anna Elias | 10713 Howerton Avenue | | Fairfax | VA | 22030 |
| Ariel Colon Clavell | 7172 Divina Providencia Urb. Santa Maria | | Ponce | PR | 00717 |
| Arturo Pico Vidal | P.O. Box – 7545 | | Ponce | PR | 00732-7545 |
| Awilda Gonzalez | P.O. Box 9022465 | | San Juan | PR | 00902-2465 |
| Awilda O. Martinez-Sanchez | Urb. Sagrado Carazon | # 1628 San Julian St. | San Juan | PR | 00926 |
| Blanca M. Ramirez Feliciano | Cond. La Caleza | Calle Lolita Tizol Apt 2A | Ponce | PR | 00730 |
| Carlos M. Amador | 5 Carr 833 Apt 1203 B | | Guaynabo | PR | 00969 |
| Carmen G. Golderos Rodriguez | B-5 Calle Tabonuco Suite | 216 PMB 308 | Guaynabo | PR | 00968 |
| Carmen Ilenna Rivera Cintron | 41 Munoz Rivera | | Villalba | PR | 00766 |
| Carmen Yolanda Rivera Torres | Calle Esmeralda 19 | URB Bucare | Guaynabo | PR | 00969 |
| Claudia Vincenty Guzman | Calle 7C 10 Mansiones Garden Hills | | Guaynabo | PR | 00966 |
| David Backens | 1318 San Andres Street Apt E | | Santa Barbara | CA | 93101 |
| Dulce M. De Hostos | P.O. Box 365012 | | San Juan | PR | 00936-5012 |
| Edgar Donnenech | 3453 Paseo Versantig Vista Point | | Ponce | PR | 00716 |
| Edwin Maldonado Santiago | Urb Jardines de Ponce Paseo | Azcuencia K-1 | Ponce | PR | 00730 |
| Elizabeth Leitzes | 16 Rockledge Ave. Apt 5J-1 | | Ossining | NY | 10562 |
| Ellen Levine | 5 Pebble Road D-3 | | Woodland Park | NJ | 07424-4282 |
| Ellen Winslow | 5935 North Bailey Ave. | | Prescott | AZ | 86305-7461 |
| Eloy Gutierrez | Urb Torrimar 13-30 Calle Toledo | | Guaynabo | PR | 00966 |
| Elsie C. Brugueras | P.O. Box 190473 | | San Juan | PR | 00919-0473 |
| Enrique Carrillo | 94 Principe Guillermo Estancias Reales | | Guaynabo | PR | 00969 |
| Enrique Castillo Toro | 8 San Edmundo | | San Juan | PR | 00927 |
| Evelyn Ramirez Garraton | #136 Calle Mimosa | | San Juan | PR | 00927 |
| Flor Zayas De Navarro | C-29 Eclipse Urb. Anaida | | Ponce | PR | 00716 |
| Frances Bragan Valldejuly | 2225 Ponce Bypass #909 | | Ponce | PR | 00717 |
| Francois May | 7310 Rindge Avenue | | Playa del Rey | CA | 90293 |
| Fred A. Levine | 5 Pebble Road D-3 | | Woodland Park | NJ | 07424-4282 |
| Gerald Leitzes | 16 Rockledge Ave. Apt 5J-1 | | Ossining | NY | 10562 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Page 1 of 3

Exhibit B
19-00294 Adversary Defendants Service List
Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| Gerard Ramos-Martin | 18 Calle Gaudi | | Ponce | PR | 00730-1747 |
| Gerryanne Ramos | Calle la Catedral D-4 | | San Juan | PR | 00926 |
| Gilda P. Rovira | Urb. El Monde Calle Cumbre 3647 | | Ponce | PR | 00716 |
| Gladys B. Suarez Dominguez | 139 Carr 177 Apt 1204 | | San Juan | PR | 00926-2355 |
| Guillermo Marxuach | 827 Jose Marti St. Apt 201 Cond Joan | | San Juan | PR | 00907 |
| Hector X. Perez | 165-C Villa St. | | Ponce | PR | 00730 |
| Hugo L. Quilichini | 2437 Ave. Jose de Diego | | Ponce | PR | 00716-3848 |
| Jaime Banchs Pieretti | Urb. Jacaranda 35129 Araguaney St. | | Ponce | PR | 00730 |
| James B. Moore | 2532 G Road | | Grand Junction | CO | 81505 |
| James E. Olsen | 8169 Calle Concordia Ste. 404 | | Ponce | PR | 00717 |
| Jose R. Portilla | 1226 Don Quijote | | Ponce | PR | 00716 |
| Juan Vazquez Crespo | 442 Camino Guanica Sabanera Dorado | | Dorado | PR | 00646 |
| Julia Margarita Gonzalez Passalacqua | 102 Paseo del Principe | | Ponce | PR | 00716-2849 |
| Larry Hamilton | 1542 Satellite Drive | | Sparks | NV | 89436 |
| Linda Nealy | 4983 S. Harvest Moon Dr. | | Green Valley | AZ | 85622 |
| Lizette Rexach Feliciano | 154 Martinete St Montehiedra | | San Juan | PR | 00926 |
| Louis Jules Marin | 100 Calle 1206 Muelle Apt 2606 | | San Juan | PR | 00901-2672 |
| Lourdes Morales | Urb. Sagrado Corazon #1622 Santa Eduvigis | | San Juan | PR | 00926 |
| Luis A. Marquez Garcia | 600 Doe Cesar Gonzalez Cond. Parque De Loyola | Apt 2106 | San Juan | PR | 00918 |
| Luis Enrique Vazquez-Zayas | P.O. Box 3177 | | Carolina | PR | 00984-3177 |
| Luis Garraton Martin | 147 Crisantemo St. Urb. San Francisco | | San Juan | PR | 00927 |
| Luz Iraida Rodriguez De Vazquez | P.O. Box 3177 | | Carolina | PR | 00984-3177 |
| Luz M Arroyo | 94 Principe Guillermo Estancias Reales | | Guaynabo | PR | 00969 |
| Manuel A. Quilichini Teissonniere | 1629 Santa Eduares | | San Juan | PR | 00926-4228 |
| Margarita Maria Vincenty | Calle Salud 1367 | | Ponce | PR | 00717 |
| Maria Del C. Castro Rivera | 442 Camino Guanica Sabanera Dorado | | Dorado | PR | 00646 |
| Maria Del C. Reyes Madrazo | Urb Torrimar 13-30 Calle Toledo | | Guaynabo | PR | 00966 |
| Maria Dolores Rodriguez Becerra | 155 Ave. Hostos G-207 | | San Juan | PR | 00918 |
| Maria R. Piza | 8 San Edmundo | | San Juan | PR | 00927 |
| Maria Rodriguez Hernandez | Cond Caribe 20 Washington Apt 9B | | San Juan | PR | 00907 |
| Maria Teresa San Miguel | P.O. Box 11679 | | San Juan | PR | 00922-1679 |
| Maria-Ines Suarez Perez-Guerra TIC | 18 Calle Gaudi | | Ponce | PR | 00730-1747 |
| Mario B. Munoz Torres | P.O. Box 330990 | | Ponce | PR | 00733-0990 |

Exhibit B

19-00294 Adversary Defendants Service List

Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| Marta L. Loubriel | Chalets del Bulevar Apt 3 | | Ponce | PR | 00716 |
| Marylin Gonzalez Toro | 146 Ave Santa Ana Suite 506 | | Guaynabo | PR | 00971 |
| Matthew May | 7310 Rindge Avenue | | Playa del Rey | CA | 90293 |
| Mercedes Vicente Benitez | 1753 Horas St Venus Gardens | | San Juan | PR | 00926 |
| Mitchell F. Winslow | 5935 North Bailey Ave. | | Prescott | AZ | 86305-7461 |
| Nydia Z. Jimenez Sanchez | Urb Rio Cristal | RA-17 Via Del Parque Trujillo | Alto | PR | 00976-6023 |
| Orben Irizarry Robles | P.O. Box 5095 | | Caguas | PR | 00726-5093 |
| Patricia L. Seifert | 475 Panorama Drive | | Fairbanks | AK | 99712 |
| Pedro Manuel Vincenty Guzman | 19 E 95 St. Apt. 2R | | New York | NY | 10128 |
| Phyllis A. Hemmerly | 971 Overbrook Service Drive | | Columbus | OH | 43224 |
| Pilar O. Bonnin | 204 Calle Isabel | | Coto Laurel | PR | 00780 |
| Rae Marie Dougan | W 10766 Ghost Hill Rd | | Columbus | OH | 53925 |
| Rafael A. Quinones Soto | F1 Trebol Urb Jardines de Ponce | | Ponce | PR | 00730-1845 |
| Rafael Cavo Santoni | Urb. El Rocio 25 Calle Madueselua | | Cayey | PR | 00736 |
| Ramon Colon-Gonzalez | P.O. Box 24853 | | Fort Lauderdale | FL | 33307-4853 |
| Raoul Smyth | 1724 N. Chumash | | Orange | CA | 92867 |
| Ricardo Alegria | P.O. Box 9023187 | | San Juan | PR | 00902-3187 |
| Richard D. Seifert | 475 Panorama Drive | | Fairbanks | AK | 99712 |
| Roberto Perez Colon | Urb Vista Verda | 61 Zafiro | Mayaguez | PR | 00682 |
| Roberto Torres Lugo | 826 Vereda St. Valle Verde | | Ponce | PR | 00716 |
| Rosa E. Lespier Santiago | Ext. Alhambra/1703 Calle Jerez | | Ponce | PR | 00716 |
| Rosa M. Aguayo Pacheco | 1232 Calle Calme Urb. Buena Vista | | Ponce | PR | 00717-2512 |
| Rosa Rosario De Morales | Urb. Sagrado Corazon #1622 Santa Eduvigis | | San Juan | PR | 00926 |
| Rosalina Ortiz De Jesus | P.O. Box 330990 | | Ponce | PR | 00733-0990 |
| Roy Robertson | 11510 W. Sycamore Hills Dr. | | Fort Wayne | IN | 46814-9386 |
| Sandra Maclay De Serralles | P.O. Box 360 | | Mercedita | PR | 00715-0360 |
| Sara E. De Jesus | #59 Kings Court Apt 804 | | San Juan | PR | 00911 |
| Shalini Gupta | 270 Marin Blvd Apt 4D | | Jersey City | NJ | 07302 |
| Stuart Dwork | 4191 Midrose Trail | | Dallas | TX | 75287 |
| Sylvia I. Martinez Calimano | Mansiones de Rio Piedras | 445 Calle Lirio | San Juan | PR | 00926 |
| William D. Dougan JR Ten WRAS | W 10766 Ghost Hill Rd | | Columbus | OH | 53925 |
| William Rifkin | 919 Garrison Drive St. | | St. Augustine | FL | 32092 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Page 3 of 3

**Exhibit C**

Exhibit C
19-00295 Adversary Defendants Service List
Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| ADA R. VALDIVIESO | PO Box 1144 | | Peñuelas | PR | 00624 | |
| ALBERTO J PICO JR. | 597 Lingo Court, Apt 804 | | San Juan | PR | 00911 | |
| ALLAN R. BONIN | 264 Grace Avenue | | Secaucus | NJ | 07094 | |
| ANDRES FORTUNA EVANGELISTA | 6400 AVDA. ISLA VERDE10-I OESTE CONDOMINIO LOS PINOS | | Carolina | PR | 00979 | |
| ANDRES FORTUNA GARCIA | 6400 AVDA. ISLA VERDE10-I OESTE CONDOMINIO LOS PINOS | | Carolina | PR | 00979 | |
| ANIBAL SANZ GONZALEZ | Villa Andalucia 0-9 Calle Tudela | | San Juan | PR | 00926 | |
| ANTONIO DE LA CRUZ MIRANDA | 1 Calle Poppy, No. B-17 | | San Juan | PR | 00926 | |
| ANTONIO SANTOS BAYRON | 8 Paseo Mayor, No. C-21 | | San Juan | PR | 00926 | |
| ARLENE IRIZARRY RIVERA | URB Mercedita 1569 Miguel Pou Blvd | | Ponce | PR | 00717 | |
| ARNALDO HERNANDEZ MENDEZ | URB Mercedita 1569 Miguel Pou Blvd | | Ponce | PR | 00717 | |
| AUGUSTO R PALMER ARRACHE | PO Box 27 | | Yauco | PR | 00698 | |
| BLANCA FERNANDEZ PAOLI | Urb. Caparra Hills G-11 Calle Cedro | | Guaynabo | PR | 00968 | |
| BRENDA C. GONZALEZ CASTILLO | EL-12, Calle E8 Brisas del Mar | | Luquillo | PR | 00773 | |
| CARMEN ROSA | Urb. Altamesa 1648 Calle Santa Ines | | San Juan | PR | 00921 | |
| CATHARINE M. BONIN | 264 Grace Avenue | | Secaucus | NJ | 07094 | |
| COOPERATIVA A/C LA COMERIENA | PO Box 289 | | Comerio | PR | 00782 | |
| DIANA I. MADERA HEREDIA | Villa Andalucia 0-9 Calle Tudela | | San Juan | PR | 00926 | |
| DIANA ROSA JIRAU ROVIRA | PMB 301, 3071 Ave. Alejandrino | | Guaynabo | PR | 00969 | |
| DOCTOR'S CENTER HOSPITAL, INC. | PO Box 30532 | | Manati | PR | 00674 | |
| EDNA ROZAS | P.O. Box 364233 | | San Juan | PR | 00936 | |
| EDWARD VALDES LLAUGER | 1360 Calle Luchetti Apt. No.5 | | San Juan | PR | 00907 | |
| ELLEN METZGER | 31 Buffalo Run | | East Brunswick | NJ | 08816 | |
| ELVIRA A. GAUTIER CARBONELL | 30 Calle Malva, Apt 17 | | San Juan | PR | 00927 | |
| ERNESTO L. RAMIREZ TORRES | URB La Rambla 1759 Calle Siervas de Maria | | Ponce | PR | 00730 | |
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND III, LP | 250 West 55th Street | | New York | NY | 10019 | |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Page 1 of 3

Exhibit C
19-00295 Adversary Defendants Service List
Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| FIR TREE CAPITAL OPPORTUNITY MASTER FUND, LP | 250 West 55th Street | | New York | NY | 10019 | |
| FIR TREE VALUE MASTER FUND,LP | 250 West 55th Street | | New York | NY | 10019 | |
| FPA GLOBAL OPPORTUNITY FUND, A SERIES OF FPA HAWKEYE FUND, LLC | 250 West 55th Street | | New York | NY | 10019 | |
| FPA HAWKEYE FUND, A SERIES OF FPA HAWKEYE FUND, LLC | 250 West 55th Street | | New York | NY | 10019 | |
| FPA SELECT FUND, L.P. | 250 West 55th Street | | New York | NY | 10019 | |
| FPA VALUE PARTNERS FUND, A SERIES OF FPA HAWKEYE FUND, LLC | 250 West 55th Street | | New York | NY | 10019 | |
| FRANCISCO BRIGANTTY | 339 Miramelindas | Sabamarus del Rio | Buarbo | PR | 00778 | |
| FT COF (E) HOLDINGS, LLC | 250 West 55th Street | | New York | NY | 10019 | |
| FT SOF IV HOLDINGS, LLC | 250 West 55th Street | | New York | NY | 10019 | |
| GERARDO FERRACANE | 15 Urb. El Retiro | | Mayaguez | PR | 00682 | |
| GLOBAL FLEXIBLE FUND, A SUB-FUND OF NEDGROUP INVESTMENT FUNDS PLC | 250 West 55th Street | | New York | NY | 10019 | |
| INES MEJIAS | Flores 1790 Mans de RP | | San Juan | PR | 00926 | |
| IVONNE RAMIREZ - ANESES | 8 Paseo Mayor, No. C-21 | | San Juan | PR | 00926 | |
| JOSÉ E. JANER VELÁZQUEZ | Box 367 | | Caguas | PR | 00726 | |
| KATHERINE EMILE RAMOS | 525 F.D. Roosevelt Ave. | | San Juan | PR | 00918 | |
| KRISTINE K. SNEERINGER TRUST | 9049 Middlewood Crt. | | St. Louis | MO | 63127 | |
| LA SUCESION DE NORMAN EUGENE PARKHURST RODRIGUEZ, COMPUESTA POR SUS UNICOS Y UNIVERSALES HEREDEROS NORMAN PARKHURST VALDERAS, FRANCIS PARKHURST VALDERAS, BRYANT PARKHURST VALDERAS Y SU VIUDA CARMEN P. | 241 Winston Churchill | Churchill Park, Apartado 30 | San Juan | PR | 00926 | |
| LANNAN FOUNDATION | 250 West 55th Street | | New York | NY | 10019 | |

Exhibit C
19-00295 Adversary Defendants Service List
Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|
| LITMAN GREGORY MASTERS ALTERNATIVE STRATEGIES FUND, A SERIES OF LITMAN GREGORY FUNDS TRUST | 250 West 55th Street | | New York | NY | 10019 | |
| LUIS G. LAJARA BORELLI | PO Box 194059 | | San Juan | PR | 00919 | |
| MARCOS DE DRAGONI | P.O. Box 10576 | | Ponce | PR | 00732 | |
| MARIA AGUAYO DE DRAGONI | P.O. Box 10576 | | Ponce | PR | 00732 | |
| MARIA M. MORRIS DAPENA | PO Box 361928 | | San Juan | PR | 00936 | |
| MARITZA MALDONADO LOPEZ | 3609 Calle 1 Tintillo Hills | | Guaynabo | PR | 00966 | |
| MARJORIE CASILLAS HERNANDEZ | HC 01 Box - 6001 | | Las Piedras | PR | 0077 | |
| MARTA M. TORO LOPEZ | Cond Meadows Tower Apt 5B | H3 Avenida San Patricio | Guaynabo | PR | 00968 | |
| MAYRA GARDON STELLA | 23 Calle Yaguez, Urb. Estancias Del Rio | | Aguas Buenas | PR | 00703 | |
| MEDICOOP | PO Box 194450 | | San Juan | PR | 00919 | |
| NYDIA F. MORALES | 8169 CONCORDIA ST., SUITE 102 | | Ponce | PR | 00717 | |
| PUERTO RICO MEDICAL DEFENSE INSURANCE COMPANY | #33 Resolucion Street, Suite 702 | | San Juan | PR | 00920 | |
| QUALITY & RELIABLE SERVICES INC | Edificio Quality Plaza Call Goyco #100 Este | | Caguas | PR | 00725 | |
| RAMON M. RUIZ COMAS | Cond Meadows Tower Apt 5B | H3 Avenida San Patricio | Guaynabo | PR | 00968 | |
| ROSA M. PIERLUISI | 339 Miramelindas | Sabamarus del Rio | Buarbo | PR | 00778 | |
| SUPER PLASTICO, INC. | Calle Comerio 206 | | Bayamon | PR | 00959 | |
| TERESA N. FORTUNA GARCIA | 6400 AVDA. ISLA VERDE10-I OESTE CONDOMINIO LOS PINOS | | Carolina | PR | 00979 | |
| THE ESTATE OF DANIELA MOURE | PMB 403, 1353 Road 19 | | Guaynabo | PR | 00966 | |
| ULYSSES OFFSHORE FUND, LTD. | 250 West 55th Street | | New York | NY | 10019 | |
| ULYSSES PARTNERS, LP | 250 West 55th Street | | New York | NY | 10019 | |
| UNIVERSAL INSURANCE COMPANY | PO Box 71338 | | San Juan | PR | 00936 | |
| VR GLOBAL PARTNERS, LP | 190 Elgin Avenue | | George Town | Gran Cayman | KY1-9005 | Cayman Islands |
| WHITEFORT CAPITAL MASTER FUND, LP | c/o Joseph Kaplan | 780 Third Avenue, 26th Floor | New York | NY | 10017 | |
| WILLIAM SHUZMAN | 17 Melanie Manor | | East Brunswick | NJ | 08816 | |
| ZOE PARTNERS LP | 250 West 55th Street | | New York | NY | 10019 | |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

**Exhibit D**

Exhibit D

19-00362 Adversary Defendants Service List

Served via first class mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|
| Ada R. Valdivieso | PO Box 1144 | Penuelas | PR | 00624 | |
| Aida A. Cruz Vidal | c/o Ramon Vidal Nadal<br>PO Box 160 | Mayaguez | PR | 00681 | |
| Alberto J. Pico, Jr. | #59 Kings Court<br>Apt.804 | San Juan | PR | 00911 | |
| Andrew P. Davis | 333 West End Ave, #4B | New York | NY | 10023 | |
| Andrew M. Minster | 23 Bittersweet Lance | South Berwick | ME | 03908 | |
| Andrew P. Davis and Jessica G. Davis, Trustees U/A 8/18/15: Andrew P Davis 2015 Grat I | 333 West End Ave, #4B | New York | NY | 10023 | |
| Angel A. Rodriguez Gonzalez | 300 Blvd de la Montana<br>Box 646 | San Juan | PR | 00926 | |
| Arturo Suarez Lopez | Box 364766 | San Juan | PR | 00936 | |
| Arturo Suarez Perez | PO Box 364842 | San Juan | PR | 00936 | |
| Augusto P. Conte Matos | 3481 Lakeside Dr., NE Apt 1608 | Atlanta | GA | 30326 | |
| Aymara Vazquez Casas | 2U27 Calle 29 Mirador de Bairira | Caguas | PR | 00727 | |
| Barbara T. Doan Grandchildrens Trust | 670 58th Place | West Des Moines | IA | 50266 | |
| Carmen Casanova De Roig | Cond. El Campeador<br>Calle Cervantes 86 Apto 1A | San Juan | PR | 00907 | |
| Carmen D. Jimenez Gandara Estate | c/o Carlos E. Torres<br>PO Box 9659 | San Juan | PR | 00908 | |
| Carmen Geigel | PO Box 24853 | Fort Lauderdale | FL | 33307 | |
| Claudia Vincenty Guzman | Calle 7C10 Mansiones Garden Hills | Guaynabo | PR | 00966 | |
| D T Doan | 670 58th Place | West Des Moines | IA | 50266 | |
| Delsa B. Minster | 23 Bittersweet Lance | South Berwick | ME | 03908 | |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)                                                      Page 1 of 5

## Exhibit D
### 19-00362 Adversary Defendants Service List
### Served via first class mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|
| Diana Guzman Webb | 31 Lambourne Road | Towsan | MD | 21204 | |
| Domingo Buono Ruiz | PO Box 253 | Cidia | PR | 00739 | |
| Dr. Katherine Betts-Martin | 4049 S.W. 98th Terr | Gainesville | FL | 32608 | |
| Edda M. Arroyo Matos | URB Mansica Real Box 404 | Coto Laurel | PR | 00780 | |
| Elizabeth L. Anderson | 3755 Margits Lane | Trappe | MD | 21673 | |
| Ellen Winslow | 5935 North Bailey Ave | Prescott | AZ | 86305 | |
| Emma M. De Muñiz | c/o Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C. PO Box 70294 | San Juan | PR | 00936 | |
| Fideicomiso Encarlan III | PO Box 9021299 | San Juan | PR | 00902 | |
| Florence Quilichini Paz | PO Box 9020895 | San Juan | PR | 00902 | |
| Francisco Diaz Lopez | 317 Camino Finca de las Pomarosas Urb. Sabanera | Cidra | PR | 00739 | |
| Francois May | 7310 Rindge Ave | Playa del Ray | CA | 90293 | |
| Gerard Ramos Martin | 18 Calle Gauidi | Ponce | PR | 00730 | |
| German Uribe | 117 Calle Reina Margarita | Guaynabo | PR | 00969 | |
| Haydee Lopez-Duprey | Plaza Athenee #1603 Ortegon Ave | Guaynabo | PR | 00966 | |
| Hilda A. Izquierdo Stella | 1632 Navarra Rambla | Ponce | PR | 00730 | |
| Hilda O. Cartagena | 701 Ave Ponce de Leon Suite 401 | San Juan | PR | 00907 | |
| Ilia M. Perez | Box 364766 | San Juan | PR | 00936 | |
| Ingrid L. Carlson | 4212 N. Menard Ave | Chicago | IL | 60634 | |
| Irmita Guzman De Amador | Condomino Plaza del Prado #5 Calle 833 Apt. 1203B | Guaynabo | PR | 00965 | |
| Ivan Montalvo | 101 Brady Road | Sackets Harbor | NY | 13685 | |

## Exhibit D
### 19-00362 Adversary Defendants Service List
### Served via first class mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|
| Ivelisse Buono Albarran | PO Box 7293 | Ponce | PR | 00732 | |
| James B. Moore | 2532 G Road | Grand Junction | CO | 81505 | |
| Jennifer Jean Stitt | 15641 E. Tumbling Q Ranach Place | Vail | AZ | 85641 | |
| Jessica G. Davis | 333 West End Ave, #4B | New York | NY | 10023 | |
| Jessica G. Davis & Andrew P. Davis, Trustees U/A 8/18/15: Jessica G. Davis 2015 Grat I | 333 West End Ave, #4B | New York | NY | 10023 | |
| Jo Ellen Bleiweiss Revocable Trust | c/o Shell Bleiweiss 495 Coronado Trail | Sedona | AZ | 86336 | |
| John H. Hefler and Elena A. Hefler as Trustees for the Hefler Family Trust | PO Box 1643 | Charlestown | RI | 02813 | |
| Jorge I. Quinones | Villas Del Este 11 Benito Feijoo Street | San Juan | PR | 00926 | |
| Jose W. Cartagena | 701 Ave Ponce de Leon Suite 401 | San Juan | PR | 00907 | |
| Josefina Maristany | PO Box 330185 | Ponce | PR | 00733 | |
| Joshua Gonze | 223 N. Guadalupe Street #436 | Sante Fe | NM | 82501 | |
| Juan Marroig | URB Mansion Real, Box 404 | Coto Laurel | PR | 00780 | |
| Juan R. Figueroa Laugier | URB. Altamira 601 Calle Austral | San Juan | PR | 00920 | |
| Karen Forman | 6715 Alden Dr | West Bloomfield | MI | 48234 | |
| Karen Rutledge | 232 Pittman Place | Carson City | NV | 89703 | |
| Karl Walder | PO Box 16783 | San Juan | PR | 00908 | |
| Kathleen A. McDonough | 364 Fort Hill Road | Scarsdale | NY | 10583 | |
| Lillian Guzman | Bromelia #34 Parque de Bucare | Guaynabo | PR | 00969 | |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

## Exhibit D
### 19-00362 Adversary Defendants Service List
Served via first class mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|
| Lizette M. Abraham | Paseo Las Vistas Calle 1 A4 | San Juan | PR | 00926 | |
| Luis A. Marquel Garcia | 600 Ave Cesar Gonzalez Condo Parquez De Loy Ola #2106 | San Juan | PR | 00918 | |
| Luz M. Arroyo Rivera | Est Reales 94 Calle Principe Guillermo | Guaynabo | PR | 00969 | |
| Manuel Dos Santos | PO Box 3206 | Mayaguez | PR | 00681 | |
| Margarita Guzman | URB Alhambra 1809 Calle Alcazar | Ponce | PR | 00716 | |
| Margarita M. Vincenty | Calle Salud I367 | Ponce | PR | 00717 | |
| Maria-Ines Suarez Perez-Guerra | 18 Calle Gauidi | Ponce | PR | 00730 | |
| Marilyn Chinea | 117 Calle Reina Margarita | Guaynabo | PR | 00969 | |
| Mario B. Munoz Torres | PO Box 330990 | Ponce | PR | 00733 | |
| Matthew May | 7310 Rindge Ave | Playa del Ray | CA | 90293 | |
| Mayra Lopez-Duprey | 316 Spaulding CV | Lake Mary | FL | 32746 | |
| Michael J. Serralles | PO Box 360 | Mercedita | PR | 00715 | |
| Milagros Castells Santiago | c/ Ona 163 IERA 3-A | Madrid | | 28050 | Spain |
| Mirela Roznovschi | 43-09 40th Street, Apt 2C | Sunnyside | NY | 11104 | |
| Mitchell F. Winslow | 5935 North Bailey Ave | Prescott | AZ | 86305 | |
| Myrta Lopez-Molina | W3-66 B. Gracian Street | San Juan | PR | 00926 | |
| Orben Irizarry Robles | PO Box 5093 | Caguas | PR | 00726 | |
| Osvaldo Antommattei Frontera | PO Box 10567 | Ponce | PR | 00732 | |
| Patricia Hixson | 2660 Knob Hill Drive | Reno | NV | 89506 | |
| Paul Davis | 61 Martin Street | Metuchen | NV | 08840 | |
| Pedro Manuel Vincenty Guzman | 19 E 95th Street APT 2R | New York | NY | 10128 | |
| Pedro R. Callazo | PO Box 330791 | Ponce | PR | 00733 | |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)                           Page 4 of 5

## Exhibit D
### 19-00362 Adversary Defendants Service List
### Served via first class mail

| NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|
| Peter C. Hein | 101 Central Park West, 14E | New York | NY | 10023 | |
| Radames Muñiz | c/o Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C.<br>PO Box 70294 | San Juan | PR | 00936 | |
| Rafael Bracero Torres | B-6 Calle D<br>Auto Apolo Estates | Guaynabo | PR | 00969 | |
| Ramón Vidal Nadal | c/o Ramon Vidal Nadal<br>PO Box 160 | Mayaguez | PR | 00681 | |
| Raoul Smyth | 1724 N. Chumash | Orange | CA | 92867 | |
| Rene Patricio Lopez-Duprey | 2019 Pasco Drive | Sebring | FL | 33870 | |
| Robert B. Faber | 19 Robin Circle | Stoughton | MA | 02072 | |
| Robert Kazmierski | 321 N. Perry Street | Johnstown | NY | 12095 | |
| Robert Ramos Martin | 37 Francisco Oller Street | Ponce | PR | 00730 | |
| Robert Wong | PO Box 1276 | Rockville | MD | 20849 | |
| Ronald Klempner | 46 Grand Cove Way | Edgewater | NJ | 07020 | |
| Ronald Ramos | 139 Carr 177<br>Cond. Santa Maria 1204 | San Juan | PR | 00926 | |
| Rosa Lespier Santiago | Ext. Alhambra 1703 Calle Jerez | Ponce | PR | 00716 | |
| Rosalina Ortiz De Jesus | PO Box 330990 | Ponce | PR | 00733 | |
| Sara E. De Jesus De Pico | #59 Kings Court<br>Apt.804 | San Juan | PR | 00911 | |
| Stuart Dwork | 4191 Midrose Trail | Dallas | TX | 75287 | |
| Suzette Abraham Vizcarrando | PO Box 364842 | San Juan | PR | 00936 | |
| The Hefler Family Trust | PO Box 1643 | Charlestown | RI | 02813 | |
| Thelma Vidal | 1901 24th Street, Circle W | Palmetto | FL | 34221 | |