UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER GRANTING, IN PART, DEBTOR'S URGENT MOTION FOR EXTENSION OF DEADLINES

The Court has received and reviewed the *Urgent Motion for Extension of Deadlines* (Docket Entry No. 8249, the "Extension Motion") filed by the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), which seeks a further extension of briefing deadlines with respect to the *Motion for Payment of Administrative Expense Claim of Post-Petition Executory Contract Payments* (Docket Entry No. 7449, the "Administrative Claim Motion") filed by NextGen HealthCare, Inc. and Quality Systems, Inc. (collectively, "NextGen").

The Extension Motion does not represent that AAFAF has obtained NextGen's consent to its proposed extension of the briefing deadlines applicable to the Administrative Claim Motion. Accordingly, the deadline to file oppositions or otherwise respond to the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Administrative Claim Motion is extended to **July 26, 2019**.  The deadline for NextGen to file a reply to any oppositions shall be extended to **August 2, 2019**.

This Order resolves Docket Entry No. 8249.

SO ORDERED.

Dated: July 25, 2019

  /s/ Laura Taylor Swain  
LAURA TAYLOR SWAIN
United States District Judge