## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

       Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## FOURTH SUPPLEMENTAL CERTIFICATE OF SERVICE

    I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On July 17, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Defendants Service List attached hereto as **Exhibit A**:

- Order Granting Debtors' Urgent Motion Requesting Order (I) Approving Service of Process at Addresses Listed in Defendants' Proofs of Claims and/or Rule 201 Disclosures and (II) Approving Debtors' Form of Notice in GO and HTA Lien Challenges [Docket No. 7694]

---

The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Order Granting Debtors' Urgent Motion Requesting Order (I) Approving Service of Process at Addresses Listed in Defendants' Proofs of Claims and/or Rule 201 Disclosures and (II) Approving Debtors' Form of Notice in GO and HTA Lien Challenges [Docket No. 7694-Spanish Version]

Dated: July 25, 2019

_____
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 25, 2019, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

2

SRF 34409

**<u>Exhibit A</u>**

Exhibit A

Defendants Service List

Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| Banco Popular De Puerto Rico as Trustee for Popular Balanced IRA Trust Fund | Popular Fiduciary Services | Popular Center North Building | 209 Munoz Rivera, Ave., 2nd Level | Hato Rey | PR | 00918 |
| Banco Popular De Puerto Rico, as Trustee | Popular Fiduciary Services | Popular Center North Building | 209 Munoz Rivera, Ave., 2nd Level | Hato Rey | PR | 00918 |
| Brigade Capital Management, LP | 399 Park Avenue, Suite 1600 | | | New York | NY | 10022 |
| Canyon Capital Advisors LLC | 2000 Avenue of the Stars, 11th Floor | | | Los Angeles | CA | 90067 |
| Goldentree Asset Management LP | 300 Park Avenue, 21st Floor | | | New York | NY | 10021 |
| Knighthead Capital Management, LLC | 1140 Avenue of the Americas, 12th Floor | | | New York | NY | 10036 |
| OppenheimerFunds, Inc. | 350 Linden Oaks | | | Rochester | NY | 14625 |
| Popular High Grade Fixed Income Fund, Inc. | Popular Fiduciary Services | Popular Center North Building | 209 Munoz Rivera, Ave., 2nd Level | Hato Rey | PR | 00918 |
| Popular Income Plus Fund, Inc. | Popular Fiduciary Services | Popular Center North Building | 209 Munoz Rivera, Ave., 2nd Level | Hato Rey | PR | 00918 |
| Santander Asset Management, LLC | GAM Tower, 2nd Floor | 2 Tabonuco Street | | Guaynabo | PR | 00968 |
| Taconic Capital Advisors L.P. | 280 Park Avenue, 5th Floor | | | New York | NY | 10017 |
| Taconic Master Fund 1.5 L.P. | Attn: Erin E. Rota | 280 Park Avenue, 5th Floor | | New York | NY | 10017 |
| Taconic Opportunity Master Fund L.P. | Attn: Erin E. Rota | 280 Park Avenue, 5th Floor | | New York | NY | 10017 |