UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## SECOND SUPPLEMENTAL CERTIFICATE OF SERVICE

    I, Jesse Offenhartz, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On July 16, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Canyon Balanced Master Fund, LTD., Bracewell, LLP, Attn: Kurt A. Mayr, Esq, CityPlace I, 34th Floor, 185 Asylum Street, Hartford CT 06103; (2) Canyon Blue Credit Investment Fund L.P., Bracewell, LLP, Attn: Kurt A. Mayr, Esq, CityPlace I, 34th Floor, 185 Asylum Street, Hartford CT 06103; (3) Canyon Distressed Opportunity Investing Fund II, L.P., Bracewell, LLP, Attn: Kurt A. Mayr, Esq, CityPlace I, 34th Floor, 185 Asylum Street, Hartford CT 06103; (4) Canyon Distressed Opportunity Master Fund II, L.P., Bracewell, LLP, Attn: Kurt A. Mayr, Esq, CityPlace I, 34th Floor, 185 Asylum Street, Hartford CT 06103; (5) Canyon NZ-DOF Investing, L.P., Bracewell, LLP, Attn: Kurt A. Mayr, Esq, CityPlace I, 34th Floor, 185 Asylum Street, Hartford CT 06103;

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

(6) Canyon Value Realization Fund, L.P., Bracewell, LLP, Attn: Kurt A. Mayr, Esq, CityPlace I, 34th Floor, 185 Asylum Street, Hartford CT 06103; (7) Canyon Value Realization Mac 18 LTD., Bracewell, LLP, Attn: Kurt A. Mayr, Esq, CityPlace I, 34th Floor, 185 Asylum Street, Hartford CT 06103; (8) Canyon-ASP Fund, L.P., Bracewell, LLP, Attn: Kurt A. Mayr, Esq, CityPlace I, 34th Floor, 185 Asylum Street, Hartford CT 06103; (9) Canyon-GRF Master Fund II, L.P., Bracewell, LLP, Attn: Kurt A. Mayr, Esq, CityPlace I, 34th Floor, 185 Asylum Street, Hartford CT 06103; (10) Canyon-SL Value Fund, L.P., Bracewell, LLP, Attn: Kurt A. Mayr, Esq, CityPlace I, 34th Floor, 185 Asylum Street, Hartford CT 06103; (11) EP Canyon LTD., Bracewell, LLP, Attn: Kurt A. Mayr, Esq, CityPlace I, 34th Floor, 185 Asylum Street, Hartford CT 06103; and (12) The Canyon Value Realization Master Fund, L.P., Bracewell, LLP, Attn: Kurt A. Mayr, Esq, CityPlace I, 34th Floor, 185 Asylum Street, Hartford CT 06103:

- Order Granting Debtors' Urgent Motion Requesting Order (I) Approving Service of Process at Addresses Listed in Defendants' Proofs of Claims and/or Rule 2019 Disclosures and (II) Approving Debtors' Form of Notice in Go and HTA Lien Challenges [Docket No. 7694]

- Order Granting Debtors' Urgent Motion Requesting Order (I) Approving Service of Process at Addresses Listed in Defendants' Proofs of Claims and/or Rule 2019 Disclosures and (II) Approving Debtors' Form of Notice in Go and HTA Lien Challenges [Docket No. 7694-Spanish Version]

Dated: July 23, 2019

*Jesse Offenhartz*

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 23, 2019, by Jesse Offenhartz, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ROBERT J. RUBEL JR.
NOTARY PUBLIC OF NEW JERSEY
Comm. # 50070782
My Commission Expires 10/25/2022

2

SRF 34353