# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## FIFTH SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On July 17, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Defendants Service List attached hereto as **Exhibit A**:

- Order Granting Debtors' Urgent Motion Requesting Order (I) Approving Service of Process at Addresses Listed in Defendants' Proofs of Claims and/or Rule 201 Disclosures and (II) Approving Debtors' Form of Notice in Go and HTA Lien Challenges [Docket No. 7694]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: July 25, 2019

*[signature]*
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 25, 2019, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *[signature]*

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

2

SRF 34418

**Exhibit A**

Exhibit A
Defendants Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| Davidson Kempner Capital Management LP | 520 Madison Avenue, 30th Floor | | | | New York | NY | 10022 |
| Jose A. Cepeda Retirement Plan Represented By UBS Trust Company Of PR | UBS TRUST COMPANY OF PR | 250 MUNOZ RIVERA AVENUE, 10TH FLOOR | | | San Juan | PR | 00918 |
| Maria I. Rivera Sanchez Retirement Plan | Represented By UBS Trust Company Of PR | 250 Munoz Rivera Avenue | 10th Floor | | San Juan | PR | 00918 |
| MGIC Indemnity Corporation | c/o Nayuan Zouairabani | PO Box 364225 | | | San Juan | PR | 00936 |
| Morgan Stanley Wealth Management (On Behalf Of Sakamoto-Hata Living Trust) | c/o Simon Sakamoto | 7692 Albany Post Road | | | Red Hook | NY | 12571 |
| Nidco Management Group Retirement Plan, Represented By UBS Trust Company Of PR | UBS TRUST COMPANY OF PR | 250 MUNOZ RIVERA AVENUE, 10TH FLOOR | | | San Juan | PR | 00918 |
| Puerto Rico Investors Bond Fund I, Inc. | c/o White & Case, LLP | Attn: John K. Cunningham | Southeast Financial Center | 200 South Biscayne Blvd, Suite 4900 | Miami | FL | 33131 |
| Puerto Rico Investors Tax-Free Fund VI, Inc. | c/o White & Case, LLP | Attn: John K. Cunningham | Southeast Financial Center | 200 South Biscayne Blvd, Suite 4900 | Miami | FL | 33131 |
| R Hughes and J Hughes TTee Hughes Family Trust | 10957 SW 82nd Terr | | | | Ocala | FL | 34481 |
| RJ Hughes Sbtulwt Re Hughes UAD 05/28/2012 Robert B. Hughes TTee | 10957 SW 82nd Terr | | | | Ocala | FL | 34481 |
| Stone Lion L.P. | 555 Fifth Avenue | 18th Floor | | | New York | NY | 10017 |
| UBS IRA Select Growth & Income Puerto Rico Fund | c/o White & Case, LLP | Attn: John K. Cunningham | Southeast Financial Center | 200 South Biscayne Blvd, Suite 4900 | Miami | FL | 33131 |
| United States Department Of Agriculture - Rural Development | Building 654 Plaza | 654 Muñoz Rivera Ave. Suite 601 | | | San Juan | PR | 00918 |
| Wells Fargo Municipal Bond Fund | c/o Gilbert Southwell | 100 Heritage Reserve | | | Menomonee Falls | WI | 53051 |
| Wells Fargo Wisconsin Tax Free Fund | c/o Gilbert Southwell | 100 Heritage Reserve | | | Menomonee Falls | WI | 53051 |