UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]
-------------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 23, 2019, the following pleading was served on the Standard Parties and Affected Parties (as defined in the Eighth Amended Notice, Case Management, and Administrative Procedures Order) via the CM/ECF System. On the same date, courtesy copies were sent by FedEx overnight delivery to (i) the Chambers of the Honorable Laura Taylor Swain at: 150 Carlos Chardon Street Federal Building, Office 150 San Juan, PR 00918-1767, (ii) the Chambers of the Honorable Laura Taylor Swain at United States District Court for the Southern District of New York Daniel Patrick Moynihan United States Courthouse 500 Pearl St., Suite No. 3212 New York, New York 10007-1312, (iii) the Chambers of the Honorable Judge Judith G. Dein at: United States District Court, District of Massachusetts, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, Massachusetts 02210, and (iv) the Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567- LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780- LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Suite 301, San Juan, PR 00901-1922. On July 23, 2019, the document was served on the parties set forth in the attached **Exhibit A** (by email), and on July 24, 2019, the document was served on the parties set forth in the attached **Exhibit B** (by First Class Mail):

> **Dkt 8221** – STATEMENT OF U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE, WITH RESPECT TO AMBAC ASSURANCE CORPORATION'S MOTION AND MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION CONCERNING APPLICATION OF THE AUTOMATIC STAY TO THE REVENUES SECURING PRIFA RUM TAX BONDS

Respectfully Submitted,

This 25th day of July, 2019 in San Juan, Puerto Rico.

**RIVERA, TULLA AND FERRER, LLC**
*/s/ Iris J. Cabrera-Gomez*
Iris J. Cabrera-Gomez
USDC-DPR No. 221101
Email: icabrera@riveratulla.com
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787)753-0438/Fax: (787)767-5784

and

*/s/ Sean A. Feener*
Sean A. Feener
sean.feener@hoganlovells.com
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

ATTORNEYS FOR U.S. BANK TRUST NATIONAL ASSOCIATION, IN ITS CAPACITY AS TRUSTEE