UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**THIRD SUPPLEMENTAL CERTIFICATE OF SERVICE**

    I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On July 17, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Order Granting Debtors' Urgent Motion Requesting Order (I) Approving Service of Process at Addresses Listed in Defendants' Proofs of Claims and/or Rule 2019 Disclosures and (II) Approving Debtors' Form of Notice in GO and HTA Lien Challenges  [Docket No. 7694]

- Order Granting Debtors' Urgent Motion Requesting Order (I) Approving Service of Process at Addresses Listed in Defendants' Proofs of Claims and/or Rule 2019

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Disclosures and (II) Approving Debtors' Form of Notice in GO and HTA Lien Challenges  [Docket No. 7694-Spanish Version]

Dated: July 25, 2019

_____
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 25, 2019, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 34392

# **Exhibit A**

Exhibit A
Notice Parties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| Alan Friedman | 124 Hander Ave | | | Staten Island | NY | 10314 |
| Banco Popular de Puerto Rico, as Trustee | Popular Fiduciary Services | Popular Center North Building | #209 Munoz Rivera, Ave, 2nd Level | Hato Rey | PR | 00918 |
| Bank of New York Mellon as PRIFA Indenture Trustee Pursuant to the Trust Agreement Dated as of March 1, 2015 | 225 Fifth Ave, Suite 1200 | | | Pittsburgh | PA | 15222 |
| Candlewood Investment Group, LP | 555 Theodore Fremd Avenue | Suite C-303 | | Rye | NY | 10580 |
| Cooperativa De A/C Aibonitena | 100 Calle Jose C. Vazquez | | | Aibonito | PR | 00705 |
| Cooperativa De Ahorro Y Credito De Lares | c/o Enrique M. Almeida Bernal, Esq. | PO Box 19757 | | San Juan | PR | 00919 |
| Fir Tree Partners | 55 West 46th Street, 29th Floor | | | New York | NY | 10036 |
| FPA Select Drawdown Fund L.P. | 250 West 55th Street | | | New York | NY | 10019 |
| Goldentree Asset Management LP | 300 Park Avenue, 20th Floor | | | New York | NY | 10022 |
| Ismael Vincenty Perez | Apt 6105 350 Via Aventura | | | Trujillo Alto | PR | 00976 |
| Jaime B. Fuster Estate, Comprised By Maria J. Zalduondo Viera and Jaime and Maria L. Fuster Zalduondo | PO Box 363101 | | | San Juan | PR | 00936 |
| Oppenheimerfunds Inc. | 350 Linden Oaks | | | Rochester | NY | 14625 |
| Pandora Select Partners, LP as Transferee of Syncora Guarantee Inc. | c/o Whitebox Advisors, LLC | Attn: Scott Specken | 3033 Excelsior Blvd., Suite 300 | Minneapolis | MN | 55416 |
| Reinaldo Vincenty Perez | 917 Calle Isaura Arnau | | | San Juan | PR | 00924 |
| Santander Asset Management, LLC | GAM Tower, 2nd Floor | 2 Tabonuco Street | | Guaynabo | PR | 06968 |
| Sucesion Francisco Xavier Gonzalez Goenaga | PO Box 364643 | | | San Juan | PR | 00936 |
| Whitebox Advisors LLC | 3033 Excelsior Boulevard, Suite 300 | | | Minneapolis | MN | 55416 |
| Whitebox Asymmetric Partners, LP as Transferee of Syncora Guarantee Inc. | c/o Whitebox Advisors, LLC | Attn: Scott Specken | 3033 Excelsior Blvd., Suite 300 | Minneapolis | MN | 55416 |
| Whitebox Caja Blance Fund, LP as Transferee of Syncora Guarantee Inc. | c/o Whitebox Advisors, LLC | Attn: Scott Specken | 3033 Excelsior Blvd., Suite 300 | Minneapolis | MN | 55416 |
| Whitebox GT Fund, LP as Transferee of Syncora Guarantee Inc. | c/o Whitebox Advisors, LLC | Attn: Scott Specken | 3033 Excelsior Blvd., Suite 300 | Minneapolis | MN | 55416 |
| Whitebox Multi-Strategy Partners, LP as Transferee of Syncora Guarantee Inc. | c/o Whitebox Advisors, LLC | Attn: Scott Specken | 3033 Excelsior Blvd., Suite 300 | Minneapolis | MN | 55416 |