## Exhibit A

**Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- X
                                                                       :
In re:                                                                 :
                                                                       :
THE FINANCIAL OVERSIGHT AND                   : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,             : Title III
                                              :
    as representative of                      : Case No. 17-BK-3283 (LTS)
                                              :
THE COMMONWEALTH OF PUERTO RICO *et al.,*    : (Jointly Administered)
                                              :
    Debtors.¹                                 :
---------------------------------------------------------------------- X
                                                                       :
In re:                                                                 :
                                                                       :
THE FINANCIAL OVERSIGHT AND                   : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,             : Title III
                                              :
    as representative of                      : Case No. 17-BK-4780 (LTS)
                                              :
PUERTO RICO ELECTRIC POWER AUTHORITY          : **This filing relates only to**
                                              : **Case No. 17-BK-4780 (LTS)**
                                              :
    Debtor.                                   :
---------------------------------------------------------------------- X

**ORDER GRANTING URGENT MOTION FOR LEAVE TO EXCEED PAGE LIMIT
WITH RESPECT TO OMNIBUS REPLY OF OFFICIAL COMMITTEE OF
UNSECURED CREDITORS IN SUPPORT OF RENEWED OMNIBUS MOTION TO
COMPEL DISCOVERY IN CONNECTION WITH PREPA RSA RULE 9019
<u>SETTLEMENT MOTION</u>**

---

¹ The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and  (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon consideration of the *Urgent Motion For Leave To Exceed Page Limit With Respect To Omnibus Reply Of Official Committee Of Unsecured Creditors In Support Of Renewed Omnibus Motion To Compel Discovery In Connection With PREPA RSA Rule 9019 Settlement Motion* (the "Urgent Motion"),[2] seeking leave to exceed the fifteen (15) page limit for memoranda of law in support of replies set by the Case Management Procedures, the Court hereby FINDS AND DETERMINES that (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to section 306 of PROMESA; (ii) venue is proper before this Court pursuant to section 307(a) of PROMESA; (iii) the relief requested in the Urgent Motion is proper and in the best interest of the Title III debtors, their creditors, and other parties in interest, and (iv) due and proper notice of the Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided.  Accordingly, it is hereby ORDERED THAT:

1. The Urgent Motion is GRANTED as set forth herein.

2. The Committee may exceed the 15-page per-reply page limit set in the Case Management Procedures by filing the Reply of no more than twenty-five (25) pages, exclusive of the cover page, table of contents, table of authorities, signature page, exhibits, and the certificate of service.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation or interpretation of this Order.

Dated: July \_\_\_\_, 2019

_____
HONORABLE JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Urgent Motion.

2