**EXHIBIT 9**

Message

| | |
|---|---|
| **From**: | Brownstein, David M [david.m.brownstein@citi.com] |
| **Sent**: | 7/21/2018 12:02:07 AM |
| **To**: | Natalie Jaresko [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=35847533ebd74d2f94772f41a1917fec-natalie.jar]; Listserv Citi [Citipuertorico@citi.com] |
| **Subject**: | RE: |

I assume Kramer must have told her that we agreed to a price, subject to terms with the Ad Hoc group. Would have preferred that remain confidential until we get through terms.

Sent with BlackBerry Work
(www.blackberry.com)

From: Natalie Jaresko <natalie.jaresko@promesa.gov<mailto:natalie.jaresko@promesa.gov>>
Date: Friday, Jul 20, 2018, 7:55 PM
To: Listserv Citi <Citipuertorico@citi.com<mailto:Citipuertorico@citi.com>>
Subject:

Got a text from Houser congratulating me on PREPA.  What happened?

Sent from my iPhone

CONFIDENTIALITY NOTE: This electronic transmission contains information belonging to the Financial Oversight and Management Board for Puerto Rico, its subsidiaries and/or affiliates, which is confidential and/or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail or telephone that this message has been inadvertently transmitted to you and delete this e-mail from your system. If you have received this transmission in error, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of the information is strictly prohibited. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful.