# **EXHIBIT 10**

| | |
|---|---|
| **Message** | |
| **From**: | natalie.jaresko@promesa.gov [natalie.jaresko@promesa.gov] |
| **Sent**: | 1/9/2019 9:36:30 AM |
| **To**: | Brownstein, David M [david.m.brownstein@citi.com] |
| **CC**: | Kyle Rifkind [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1fe12b7c07eb4c4881006ed3e02c7c10-kyle.rifkin] |
| **Subject**: | Re: PREPA |

Got it. Thanks. N

Sent from my iPhone

> On Jan 9, 2019, at 5:35 AM, Brownstein, David M <david.m.brownstein@citi.com> wrote:
>
> Not suggesting that but while they have modified it some, still needs work. So long as you say I understand from Citi that the proposal has been modified but still needs significant work and we will need a full response to our proposal before we conclude any next steps that is fine. I don't want them to get the impression that we are prepared to engage on the receiver proposal from them at all.
>
>
> Sent with BlackBerry Work
> (www.blackberry.com)
>
> From: [promesa.gov] Natalie Jaresko <natalie.jaresko@promesa.gov<mailto:natalie.jaresko@promesa.gov>>
> Date: Wednesday, Jan 09, 2019, 10:25 AM
> To: Brownstein, David M [ICG-MKTS] <db23219@imcnam.ssmb.com<mailto:db23219@imcnam.ssmb.com>>
> Cc: Kyle Rifkind <kyle.rifkind@promesa.gov<mailto:kyle.rifkind@promesa.gov>>
> Subject: Re: PREPA
>
> I'll call you today, David. I don't plan to agree on the proposal, but one can't simply refuse to meet....N
>
> Sent from my iPhone
>
>> On Jan 9, 2019, at 4:33 AM, Brownstein, David M <david.m.brownstein@citi.com> wrote:
>>
>> Actrually please wait. The proposal we received simply was not helpful. While they have revised it, it still is quite lacking and fails to show being "our partner".
>>
>>
>> Sent with BlackBerry Work
>> (https://urldefense.proofpoint.com/v2/url?u=http-3A__www.blackberry.com&d=DwIGaQ&c=j-EkbjBYwkAB4f8ZbVn1Fw&r=VekA5VDGgvOHyv1BvD6yujdwmKDnL6Er7mktx6qDQhk&m=W0t2E0KTsNZy1yvAxC0GFFBQ_o0OY3tZSYpnJRnoGIk&s=_SvTvyUIyg7CpuUqq2UKokZ1cXK6MX0VR8pivzNtQ4w&e=)
>>
>> From: [https://urldefense.proofpoint.com/v2/url?u=http-3A__promesa.gov&d=DwIGaQ&c=j-EkbjBYwkAB4f8ZbVn1Fw&r=VekA5VDGgvOHyv1BvD6yujdwmKDnL6Er7mktx6qDQhk&m=W0t2E0KTsNZy1yvAxC0GFFBQ_o0OY3tZSYpnJRnoGIk&s=iB7LqfD3KHcfbukF1H2zW5MpMPBaq4lgs-VohY8yNhs&e=] Natalie Jaresko <natalie.jaresko@promesa.gov<mailto:natalie.jaresko@promesa.gov>>
>> Date: Tuesday, Jan 08, 2019, 10:19 PM
>> To: Kyle Rifkind <kyle.rifkind@promesa.gov<mailto:kyle.rifkind@promesa.gov>>
>> Cc: Brownstein, David M [ICG-MKTS] <db23219@imcnam.ssmb.com<mailto:db23219@imcnam.ssmb.com>>
>> Subject: Re: PREPA
>>
>> I will respond with willingness to meet and listen. You are welcome to attend when that happens.
>>
>> Sent from my iPhone
>>
>> On Jan 8, 2019, at 5:17 PM, Kyle Rifkind <kyle.rifkind@promesa.gov<mailto:kyle.rifkind@promesa.gov>> wrote:
>>
>> FYI from Blue Mountain, the leader of the unsolicited proposal on revenue bonds and a receiver. Let me know how you want me to handle.
>>
>> Kyle A. Rifkind
>> mobile: 1.847.903.4612
>> kyle.rifkind@promesa.gov<mailto:kyle.rifkind@promesa.gov>
>>

```
>> Sent from my mobile
>> _____
>> From: Steven Miller <smiller@bluemountaincapital.com<mailto:smiller@bluemountaincapital.com>>
>> Sent: Tuesday, January 8, 2019 3:28 PM
>> To: Kyle Rifkind
>> Subject: PREPA
>>
>> Kyle,
>>
>> Hope you are doing well.
>>
>> I wanted to see if you had time this week to catch up directly on PREPA.
>>
>> I want to make sure that nothing is getting lost between all the intermediaries.
>>
>> We should share the ambition that PREPA's privatization and debt restructuring can occur during FOMB's first term.
>>
>> Let me know if you have time to discuss.
>>
>> Thanks, Steven
>>
>>
>> Steven Miller
>> smiller@bmcm.com<mailto:smiller@bmcm.com>
>> (212) 905 2165
>> BlueMountain Capital Management LLC
>> 280 Park Avenue, 12th Floor
>> New York, NY  10017
>>
>>
>> _____
>>
```

>> This e-mail is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, the information in this e-mail by persons or entities other than the intended recipient is prohibited and may be unlawful. If you received this in error, please contact the sender and delete the material from any computer.
>>
>> This communication is for informational purposes only. It is not intended as and does not constitute an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any expected returns are provided for illustrative purposes only and are not intended to serve as, and must not be relied upon by any prospective investor as, a guaranty, an assurance, a prediction of a definitive statement of fact or a probability. Investment in funds managed by BlueMountain carries certain risks, including the risk of loss of principal. Unless indicated otherwise, performance results are presented net of fees and expenses. Certain market and economic events having an impact on performance may not repeat themselves. Any comments or statements made herein do not necessarily reflect those of BlueMountain Capital Management, LLC or its affiliates. PAST PERFORMANCE IS NOT NECESSARILY INDICATIVE OF FUTURE RESULTS AND NO REPRESENTATION IS MADE THAT RESULTS SIMILAR TO THOSE SHOWN CAN BE ACHIEVED.
>>
>> Blue Mountain Capital Partners (London) LLP, which is authorised and regulated by the Financial Conduct Authority, may record telephone calls made to or from our employees and otherwise gather personal information that you may share in the course of our dealings with you. This information will be used for the purposes of providing services, keeping records, and processing applications for employment and regulatory compliance and, accordingly, may be transferred outside of the European Economic Area to other BlueMountain group companies. Blue Mountain Capital Partners (London) LLP is a limited liability partnership registered in England and Wales with number OC311093.
>>
>> BlueMountain acts as controller of personal data regarding prospective and current investors in funds and accounts managed by BlueMountain ("Investors") and their respective representatives. BlueMountain will process such data as necessary to manage each Investor's investment and within our legitimate interest for direct marketing purposes, addressing inquiries and providing support, and in order to comply with applicable law. Depending on the processing activity, BlueMountain may transfer personal data regarding Investors from the European Economic Area ("EEA") to BlueMountain, its affiliates, or processors in the United States, India, and potentially other countries which are not deemed by the European Commission to provide an adequate level of protection for personal data.
>>
>> If you are an individual located in the EEA, you have a right to object to direct marketing or processing done under our legitimate interest. You also have the right to access, rectification, erasure, restriction, or portability. You also have the right to lodge a complaint about the processing of their

personal data with a data protection authority. To effectuate your rights or otherwise inquire about our privacy practices, please contact LegalNotices@BMCM.com<mailto:LegalNotices@BMCM.com>.
>> CONFIDENTIALITY NOTE: This electronic transmission contains information belonging to the Financial Oversight and Management Board for Puerto Rico, its subsidiaries and/or affiliates, which is confidential and/or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail or telephone that this message has been inadvertently transmitted to you and delete this e-mail from your system. If you have received this transmission in error, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of the information is strictly prohibited. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful.

Professional Eyes Only