## **EXHIBIT 14**

| | |
|---|---|
| **From**: | Castiglioni, James [james.castiglioni@citi.com] |
| **Sent**: | 9/4/2018 11:43:04 PM |
| **To**: | Gana, Jorge [JGana@agltd.com] |
| **CC**: | Brownstein, David M [david.m.brownstein@citi.com]; *MSD US CitiPuertoRico [citipuertorico@citi.com] |
| **Subject**: | PREPA: Prepared at the Direction of Counsel / Subject to FRE Rule 408 |
| **Attachments**: | 9.4.2018 PREPA_Analysis v1.pdf |

Jorge, as discussed with David, please find attached detailed numbers regarding AG. There are two analyses in this attachment.

The 1st 5 pages are the current structure (67.5% A / 10% B) with AG wrapping their portion of the BPA/Non-BPA bonds at an assumed cost of funds of 4.25%. Page 3 shows recoveries based on claim for the two portions of bonds and exclude the impact of Surety and ins. premium (annual 50bps) for recovery calculations. These are done only on AG's portion of the debt stack and are structured to incorporate the same cash flows as their equivalent non-enhanced 5.25% Tranche A bonds.

The 2nd 5 pages are the same analysis but increase Tranche B to 20%, but the recovery results for "known" repayment (based on projections) remain the same as there was a B1 tranche (expected to pay) and a B2 tranche (not expected to pay). The only difference between the two is that B2 is larger in this second scenario.

Note that these analyses are different than our prior discussions because they use the current assumed rates from the released AHG term sheet. Total recovery to Non-BPA bonds in this structure is 89.2%.

We are happy to discuss further.

James


**James Castiglioni**
Vice President | Public Finance Department, Citi

388 Greenwich Street, 8th Floor, New York, NY 10013
Phone: 212-723-5982
james.castiglioni@citi.com

_____
If you are not the intended recipient of this message, please promptly notify the sender of the transmission error, delete this message and do not disclose or make improper use of it. Electronic messages are not necessarily secure or error-free and can contain viruses, and the sender is not liable for any of these occurrences. Please go to https://icg.citi.com/icg/data/is_disclaimer.htm for additional information and other important disclosures. This message is for the internal use of the intended recipients and may contain information proprietary to Citi which may not be reproduced, redistributed, or copied in whole or in part without Citi's prior consent.

In connection with the matters contemplated herein, Citi will be acting solely as a principal and not as your agent, advisor, municipal advisor (as defined in Section 15B of the Securities Exchange Act of 1934), or fiduciary.  Citi has not assumed a fiduciary responsibility with respect to these matters, and nothing herein or in any prior relationship between you and Citi will be deemed to create an advisory, municipal advisory, fiduciary or agency relationship between us with respect to these matters.  Citi may have financial and other interests that differ from yours. You should discuss the information contained in this communication with your own municipal, financial, legal, accounting, tax, and/or other advisors, as applicable, to the extent you deem appropriate.