# **EXHIBIT 21**

| | |
|---|---|
| **From**: | Gana, Jorge [/O=AGL ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JGANA] |
| **Sent**: | 10/4/2018 4:14:05 PM |
| **To**: | Fernando Batlle [Fernando.Batlle@ankura.com] |
| **Subject**: | RE: FILE_6232.pdf |

Hi Fernando,
Maybe if you have a chance the two of us could have a brief chat later this afternoon. We saw the Governor's surprising move yesterday with regard to rates, and I assume you saw our filing. I can give you a little more color on that as well. Let me know if there is a time that works.

Regards,
Jorge

**From:** Fernando Batlle [mailto:Fernando.Batlle@ankura.com]
**Sent:** Wednesday, October 3, 2018 6:59 AM
**To:** Gana, Jorge <JGana@agltd.com>
**Subject:** RE: FILE_6232.pdf

Jorge:
Thanks for your email. I can assure you that Christian is committed to a consensual resolution as well, and as he has shown, he is action oriented and delivers on the plans he has put forth out there for PREPA. The Government's commitment is that if it's reasonable and fits within the overall process that has been laid out for PREPA's transformation, we should be able to reach a consensual resolution.

I strongly urge you not to see filing a receivership motion as something that will contribute to advance the process at this stage. It will not help at all to the open constructive dialogue I believe we can continue having.

Yesterday you made some general comments about the kinds of things you want to see from a governance and operational perspective. I would like to hear in detail what those are in the spirit of assessing whether it is something the Government and PREPA could agree to.

Let me know if you want to connect and talk about this further.

Regards,

**From:** Gana, Jorge <JGana@agltd.com>
**Sent:** Tuesday, October 2, 2018 5:25 PM
**To:** Fernando Batlle <Fernando.Batlle@ankura.com>
**Subject:** Re: FILE_6232.pdf

Thank you Fernando. I appreciate you being in the room today. I hope you're able to relay to Christian and others the sentiments we put forth in the meeting. We're sincerely looking towards reasonable consensual resolutions on all remaining issues as we get to a deal. Those efforts will continue
notwithstanding any necessary filings we're forced to undertake to protect our rights in the interim. At the moment we don't have anything to grasp on to that shows our legal rights and commitments are being respected to the extent possible. I'm optimistic, however, that we can get to a consensual resolution not just in Prepa but with other entities as well.

Regards,
Jorge

CONFIDENTIAL                                                                                          ASSURED-PREPA-9019 MOTION_00033775

On Oct 2, 2018, at 3:50 PM, Fernando Batlle <Fernando.Batlle@ankura.com> wrote:

Confidentiality Notice:
This email and any attachments may be confidential and protected by legal privilege. This communication is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s), be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.
<FILE_6232.pdf>


**FERNANDO L. BATLLE**
Senior Managing Director

60 State Street, Suite 700, Boston, MA 02109
+1.617.878.2112
+1.787.354.5798 Mobile

ankura.com

---

This e-mail message is for the sole use of the intended recipient(s) and may contain proprietary, confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient (or an employee or agent responsible to deliver it to the intended recipient), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply e-mail.

We will use your personal data for purposes of replying to and considering your e-mail and establishing and maintaining our relationship with you or your business. In the course of our business relationship, we may transfer your personal data to third parties and to countries with different data protection laws than the country in which you reside. If you reside in the European Economic Area ("EEA") please note that your data is transferred to countries outside of the EEA. For further information about how we use personal data and how to contact us to exercise your rights in relation to your personal data, please refer to our Privacy Policy published on http://assuredguaranty.com/privacy-policy.

CONFIDENTIAL                                                                                                                                    ASSURED-PREPA-9019 MOTION_00033776