## **EXHIBIT 22**

Exhibit 22   Page 2 of 2

# FILED UNDER SEAL