**<u>EXHIBIT 23</u>**

# FILED UNDER SEAL