**EXHIBIT 27**

| | |
|---|---|
| Message | |
| **From**: | Alejandro Figueroa [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4925475A21824E7D9568FA65043CC6F8-AFIGUEROA] |
| **Sent**: | 4/17/2019 11:39:02 PM |
| **To**: | Gerard Gil [Gerard.Gil@ankura.com]; Lucas Porter [Lucas.Porter@ankura.com] |
| **CC**: | aaron_bielenberg@mckinsey.com [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=usera33bd6d0]; AK Mahadevan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=userd389fd96]; Kyle Rifkind [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1fe12b7c07eb4c4881006ed3e02c7c10-kyle.rifkin] |
| **Subject**: | TC Demand Protection |
| **Attachments**: | 20190417 Demand protection one page vF.pptx; 20190417 Demand charge analysis vshare.xlsx; OMM_US-#76773018-v1-Ankura-KS-OMM_Demand_Protection_Term_Sheet_rev_2_(FOMB 4.17 v.2)CLEAN.docx; OMM_US-#76773018-v1-Ankura-KS-OMM_Demand_Protection_Term_Sheet_rev_2_(FOMB 4.17 v.2).DOCX; Redline to KL2-#3117907-v8-Demand_Protection_Term_Sheet.docx |

*Privileged and Confidential | Subject to Common Interest Agreement*

Gerard:

As discussed, attached you'll find drafts of the following: (i) a 1-page summary of the approach for a fixed TC for BTM customers that is based on gross consumption, (ii) the Excel model used for this approach (if you have any questions on this, please let us know so we can walk you through it), (iii) a term sheet markup based on Ankura's latest version, (iv) a clean version of the Term Sheet, reflecting suggested changes to the Ankura version term sheet and (v) a red line version of the term sheet compared to the most recent creditor proposal.

Let me know if you have any questions.

**Alejandro J. Figueroa-Ramírez**
Utility Sector Transformation Manager
Financial Oversight & Management Board for Puerto Rico
T: 787-620-0343 | M: 787-479-2365 | E: alejandro.figueroa@promesa.gov

+================================================================================+
CONFIDENTIALITY NOTE: This electronic transmission contains information belonging to the Financial Oversight and Management Board for Puerto Rico, its subsidiaries and/or affiliates, which is confidential and/or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail or telephone that this message has been inadvertently transmitted to you and delete this e-mail from your system. If you have received this transmission in error, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of the information is strictly prohibited. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful.
+================================================================================+