**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**SIXTH SUPPLEMENTAL CERTIFICATE OF SERVICE**

    I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On July 17, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail set on the Defendants Service List attached hereto as **Exhibit A**:

- Order Granting Debtors' Urgent Motion Requesting Order (I) Approving Service of Process at Addresses Listed in Defendants' Proofs of Claims and/or Rule 201 Disclosures and (II) Approving Debtors' Form of Notice in Go and HTA Lien Challenges [Docket No. 7694]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: July 25, 2019

_____
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 25, 2019, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 2022

SRF 34419

**Exhibit A**

Exhibit A
Defendants Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| BlackRock Financial Management, Inc. | 40 East 52nd Street | | | | New York | NY | 10022 |
| Brigade Capital Management, LP | 399 Park Avenue, Suite 1600 | | | | New York | NY | 10022 |
| Brookfield Asset Management Private Institutional Capital Adviser (Credit) LLC | Brookfield Place | 250 Vesey Street, 15th Floor | | | New York | NY | 10281 |
| Davidson Kempner Capital Management LP | 520 Madison Avenue, 30th Floor | | | | New York | NY | 10022 |
| Davidson Kempner Distressed Opportunities Fund LP | c/o Bracewell, LLP | Attn: Kurt A. Mayr, Esq. | CityPlace I, 34th Floor | 185 Asylum Street | Hartford | CT | 06103 |
| Davidson Kempner Distressed Opportunities International Ltd. | c/o Bracewell, LLP | Attn: Kurt A. Mayr, Esq. | CityPlace I, 34th Floor | 185 Asylum Street | Hartford | CT | 06103 |
| Davidson Kempner Institutional Partners, L.P. | c/o Bracewell, LLP | Attn: Kurt A. Mayr, Esq. | CityPlace I, 34th Floor | 185 Asylum Street | Hartford | CT | 06103 |
| Davidson Kempner International, Ltd. | c/o Bracewell, LLP | Attn: Kurt A. Mayr, Esq. | CityPlace I, 34th Floor | 185 Asylum Street | Hartford | CT | 06103 |
| Davidson Kempner Partners | c/o Bracewell, LLP | Attn: Kurt A. Mayr, Esq. | CityPlace I, 34th Floor | 185 Asylum Street | Hartford | CT | 06103 |
| Deutsche Bank Securities, Inc. | 60 Wall Street, Floor 3 | | | | New York | NY | 10005 |
| First Pacific Advisors, LLC | 11601 Wilshire Boulevard, Suite 1200 | | | | Los Angeles | CA | 90025 |
| Gordel Capital Limited | c/o Bracewell, LLP | Attn: Kurt A. Mayr, Esq. | CityPlace I, 34th Floor | 185 Asylum Street | Hartford | CT | 06103 |
| JNL Multi-Manager Alternative Fund, a Series of JNL Services Trust | 250 West 55th Street | | | | New York | NY | 10019 |
| JNL Multi-Manager Alternative Fund,a Series of JNL Series Trust | 250 West 55th Street | | | | New York | NY | 10019 |
| John Hancock Investments | PO Box 55107 | | | | Boston | MA | 02205 |
| JUAN REINES ORTIZ RETIREMENT PLAN REPRESENTED BY UBS TRUST COMPANY OF PR | UBS Trust Company of PR | 250 Munoz Rivera Ave, 10th Floor | | | San Juan | PR | 00918 |
| LS Strategic Income Fund | Attn: Nicole Ranzinger | Once Financial Center | | | Boston | MA | 02111 |
| M.H. Davidson & Co. | c/o Bracewell, LLP | Attn: Kurt A. Mayr, Esq. | CityPlace I, 34th Floor | 185 Asylum Street | Hartford | CT | 06103 |

Exhibit A
Defendants Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| Natixis Investment Fund UK ICVC-LS Strategic Income Fund | Attn: Nicole Ranzinger | Once Financial Center | | | Boston | MA | 02111 |
| OZ Credit Opportunities Master Fund, Ltd. | c/o Bracewell, LLP | Attn: Kurt A. Mayr, Esq. | CityPlace I, 34th Floor | 185 Asylum Street | Hartford | CT | 06103 |
| OZ Enhanced Master Fund, Ltd. | c/o Bracewell, LLP | Attn: Kurt A. Mayr, Esq. | CityPlace I, 34th Floor | 185 Asylum Street | Hartford | CT | 06103 |
| OZ GC Oppportunities Master Fund, Ltd | c/o Bracewell, LLP | Attn: Kurt A. Mayr, Esq. | CityPlace I, 34th Floor | 185 Asylum Street | Hartford | CT | 06103 |
| OZ Management LP | 9 West 57th Street, 39th Floor | | | | New York | NY | 10019 |
| OZ Master Fund, Ltd. | c/o Bracewell, LLP | Attn: Kurt A. Mayr, Esq. | CityPlace I, 34th Floor | 185 Asylum Street | Hartford | CT | 06103 |
| OZSC II, L.P. | c/o Bracewell, LLP | Attn: Kurt A. Mayr, Esq. | CityPlace I, 34th Floor | 185 Asylum Street | Hartford | CT | 06103 |
| Pelican Fund LP | 250 West 55th Street | | | | New York | NY | 10019 |
| Puerto Rico AAA Portfolio Target Maturity Fund, Inc. | American International Plaza Building | 250 Munoz Rivera Avenue | | | San Juan | PR | 00918 |
| Silver Point Capital Fund, L.P. | c/o Credit Admin | Two Greenwich Plaza, 1st Floor | | | Greenwich | CT | 06830 |
| Silver Point Capital Offshore Master Fund, L.P. | c/o Credit Admin | Two Greenwich Plaza, 1st Floor | | | Greenwich | CT | 06830 |
| Strategic Income Fund-MMHF | Attn: Nicole Ranzinger | Once Financial Center | | | Boston | MA | 02111 |
| The Belaval Burger Grandchildren Trust, represented by UBS Trust Company of Puerto Rico | c/o Javier Gonzalez, UBS Trust Company of Puerto Rico | 250 Munoz Rivera Ave, 10th Floor | | | San Juan | PR | 00918 |
| The Hector L. Gonzalez Cruz Retirement Plan, represented by UBS Trust Company of Puerto Rico | c/o Javier Gonzalez, UBS Trust Company of Puerto Rico | 250 Munoz Rivera Ave, 10th Floor | | | San Juan | PR | 00918 |
| The Madeline Torres Figueroa Retirement Plan, Represented By UBS Trust Company of Puerto Rico | c/o Javier Gonzalez, UBS Trust Company of Puerto Rico | 250 Munoz Rivera Ave, 10th Floor | | | San Juan | PR | 00918 |