**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>     as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>     as representative of<br><br>The Puerto Rico Electric Power Authority,<br><br>     Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS |

**INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE
HEARD AT THE JULY 30, 2019 HEARING**

The Ad Hoc Group of PREPA Bondholders (collectively, the "**Ad Hoc Group**") submit this informative motion in response to the Court's *Order Regarding Procedures for July 30, 2019 Hearing* (the "**Order**") setting forth guidelines for parties wishing to be heard at the July 30, 2019 hearing (the "**Hearing**").

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("**COFINA**") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("**HTA**") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("**ERS**") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("**PREPA**") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- 2 -

1. The Order requests that counsel who intend to present oral argument at the Hearing file an informative motion stating their name and the party for which they intend to appear.

2. Thomas Moers Mayer, Natan M. Hamerman and Alice J. Byowitz of Kramer Levin Naftalis & Frankel LLP will appear in person on behalf of the Ad Hoc Group at the Hearing in Courtroom 8 of the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210. Mr. Mayer, Mr. Hamerman, and/or Ms. Byowitz will present oral argument, on behalf of the Ad Hoc Group, (i) in opposition to the *Renewal of June 3, 2019 Omnibus Motion of Official Committee of Unsecured Creditors to Compel in Connection with PREPA RSA Rule 9019 Settlement Motion* (ECF No. 1467), (ii) in support of *The Ad Hoc Group of PREPA Bondholders' Objection to the Official Committee of Unsecured Creditors' Renewal of their Motion to Compel in Connection with PREPA and AAFAF's Rule 9019 Settlement* (ECF No. 1498), and (iii) on all other related papers.

3. The Ad Hoc Group reserve their right to be heard on any other matter raised by any party at the Hearing related to the Title III cases or the interests of the Ad Hoc Group.

*[Remainder of Page Intentionally Left Blank]*

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today July 26, 2019.

| | |
|---|---|
| **TORO COLÓN MULLET P.S.C.**<br>P.O. Box 195383<br>San Juan, PR 00919-5383<br>Tel.: (787) 751-8999<br>Fax: (787) 763-7760<br><br>*s/ Manuel Fernández-Bared*<br>MANUEL FERNÁNDEZ-BARED<br>USDC-PR No. 204,204<br>E-mail: mfb@tcm.law<br><br>*s/ Linette Figueroa-Torres*<br>LINETTE FIGUEROA-TORRES<br>USDC-PR No. 227,104<br>E-mail: lft@tcm.law<br><br>*s/ Nayda Perez-Roman*<br>NAYDA PEREZ-ROMAN<br>USDC–PR No. 300,208<br>E-mail: nperez@tcm.law<br><br>*Counsel for the Ad Hoc Group of PREPA Bondholders* | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Tel.: (212) 715-9100<br>Fax: (212) 715-8000<br><br>*s/ Natan Hamerman*<br>AMY CATON*<br>THOMAS MOERS MAYER*<br>MICHAEL J. DELL*<br>NATAN HAMERMAN*<br>ALICE J. BYOWITZ*<br>Email: acaton@kramerlevin.com<br>tmayer@kramerlevin.com<br>mdell@kramerlevin.com<br>nhamerman@kramerlevin.com<br>abyowitz@kramerlevin.com<br>*Admitted Pro Hac Vice*<br><br>*Counsel for the Ad Hoc Group of PREPA Bondholders* |