**Hearing Date:** July 30, 2019 at 1:00 p.m. (AST)
**Informative Motion Deadline:** July 26, 2019 at 3:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x
                                                               :
*In re*                                                        :
                                                               :
THE FINANCIAL OVERSIGHT AND                                    : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                              : Title III
                                                               :
    as representative of                   : Case No. 17-BK-3283 (LTS)
                                                               :
THE COMMONWEALTH OF PUERTO RICO,                               : (Jointly Administered)
*et al.*,                                                      :
                                                               :
    Debtors.[1]                            :
                                                               :
---------------------------------------------------------------x
                                                               :
*In re*                                                        :
                                                               :
THE FINANCIAL OVERSIGHT AND                                    : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                              : Title III
                                                               :
    as representative of                   :
                                                               : Case No. 17-BK-04780-LTS
PUERTO RICO ELECTRICAL POWER                                   :
AUTHORITY (PREPA),                                             : **Court Filing Relates Only to PREPA**
                                                               :
    Debtor.                                :
---------------------------------------------------------------x

### INFORMATIVE MOTION OF SOLA LTD, SOLUS OPPORTUNITIES FUND 5 LP, ULTRA MASTER LTD, AND ULTRA NB LLC <u>REGARDING JULY 30, 2019 HEARING AT 1:00 P.M. (AST)</u>

To the Honorable United States Magistrate Judge Judith Gail Dein:

---

[1] The Debtors in these title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Ultra NB LLC (collectively "Solus"), as lenders to the Puerto Rico Electric Power Authority ("PREPA"), by and through their attorneys, hereby submit this informative motion in response to this Court's *Order Regarding Procedures for July 30, 2019, Hearing* [Case No. 17-BK-4780-LTS, Dkt. No. 1454] (the "Scheduling Order") setting forth guidelines for parties wishing to be heard at the July 30, 2019 Hearing on Discovery Motions and Motions to Quash (the "Hearing").

1. Bryce L. Friedman of Simpson Thacher & Bartlett LLP will appear in person on behalf of Solus at the Hearing in Courtroom 8 of the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, MA 02210. Counsel intends to address the court in connection with:

   a. the *Motion of Solus to Compel Testimony Pursuant to Rule 30(b)(6) from U.S. Bank in Connection with PREPA RSA Settlement Motion* [Case No. 17-BK-4780, Dkt. No. 1469];

   b. the *Renewed Omnibus Motion of Cortland Capital Market Services LLC, as Administrative Agent, and Solus to Compel Discovery Responses in Connection with PREPA RSA Settlement Motion* [Case No. 17-BK-4780, Dkt. No. 1470];

   c. the *Motion of U.S. Bank National Association, as PREPA Bond Trustee, to Quash Amended Deposition Subpoena of Cortland Capital Markets, LLC and Solus Alternative Asset Management LP* [Case No. 17-BK-4780, Dkt. No. 1466]; and

   d. Solus' *Urgent New Motion to Compel Production of Documents by U.S. Bank* [Case No. 17-BK-4780, Dkt. No. 1502].

-3-

2.      Solus reserves all rights to be heard on any matter raised by any party at the Hearing related to the Title III cases or the interests of Solus.

Dated: July 26, 2019

   /s/  *Jose L. Ramirez-Coll*
Jose L. Ramirez-Coll
USDC-PR No. 221702
ANTONETTI, MONTALVO &
RAMIREZ-COLL
1225 Ponce de Leon Avenue
Suite 1001
San Juan, Puerto Rico  00907
Telephone:  (787) 977-0303
Facsimile:  (787) 977-0323
Email:  jramirez@amrclaw.com

Respectfully Submitted,

   /s/  *Bryce L. Friedman*
Bryce L. Friedman
Nicholas Baker
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Tel.: 212-455-2000
Fax: 212-455-2502
Email: bfriedman@stblaw.com
        nbaker@stblaw.com

*Attorneys for SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Ultra NB LLC*