UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA),<br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-4780 (LTS)<br><br>(This court filing relates only to PREPA) |

**CERTIFICATE OF SERVICE**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

The undersigned hereby certifies that SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD and Ultra BN LLC (collectively, "Solus") served copies of *Solus' Opposition to U.S. Banks's Motion to Quash Amended Deposition Notice, and Memorandum in Support of Urgent New Motion to Compel Production of Documents by U.S. Bank,* its *Notice of Hearing on Urgent Motion of Solus to Compel Production of Documents by U.S. Bank,* and the *Urgent Motion of Solus for Order Setting Briefing Schedule in Connection with its Urgent Motion to Compel Production of Documents by U.S. Bank; [Proposed] Order*, filed at Dockets No. 1502, 1503 and 1504 (Dockets No. 8233, 8234 and 8235 in Case No. 17-3283), via U.S. mail on the Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922 and on all interested parties in the above-captioned case that have appeared through the Court's CM/ECF system, including but not limited to the Standard Parties, as defined in the *Tenth Amended Case Management and Administrative Procedures Order* adopted in this case (Docket No. 8027-1).

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 25th day of July, 2019.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

> ANTONETTI MONTALVO & RAMIREZ COLL
> P.O. Box 13128
> San Juan, PR 00908
> Tel: (787) 977-0303
> Fax: (787) 977-0323
>
> **s/ Jose L. Ramirez-Coll**
> JOSE L. RAMIREZ-COLL
> USDC-PR No. 221702
> jramirez@amrclaw.com