# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Morning session:
Set: 9:30 AM (AST)
Started: 9:52 AM(AST)
Ended: 12:22 PM (AST)

Afternoon session:
Set: 1:15 PM (AST)
Started: 1:25 PM (AST)
Ended: 1:50 PM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**          DATE: July 24, 2019
**MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker
COURT INTERPRETER: Virginia Santamaría

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>*as representative of*<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.<br>Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administered) |
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>*as representative of*<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br>Debtor | 3:17-BK-3566 (LTS)<br><br>PROMESA Title III |

3:17-BK-3283 (LTS) / 3:17-BK-3566 (LTS) / 3:17-AP-189 (LTS)

July 24, 2019

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br>Plaintiff<br><br>v.<br><br>PUERTO RICO BUILDING AUTHORITY,<br>Defendant | 3:18-AP-149 (LTS)<br><br>In 3:17-BK-3283 (LTS) |

**Omnibus Hearing held.**

I. **Status Report**
   1. Report from the Oversight Board.
   2. Report from AAFAF.

II. **Fee Examiner Related Matters**
   1. Matters will be dealt with on paper.
   2. Third Interim Consolidated Semiannual Fee Application of the Fee Examiner and Godfrey & Kahn, S.C. [Case No. 17-3283, ECF No. 7813]
      - Proposed order to be filed at the conclusion of today's hearing.

III. **Uncontested Matters**
   - Report on the status of the claim process.
   - Orders sustaining omnibus objections to be issued as to:
      1. Thirty-Sixth Omnibus Objection to Claims (Case No. 17-3283, ECF No. 7244)
      2. Thirty-Seventh Omnibus Objection to Claims (Case No. 17-3283, ECF No. 7245)
      3. Forty-Fourth Omnibus Objection to Claims (Case No. 17-3283, ECF No. 7265)
      4. Forty-Seventh Omnibus Objection to Claims (Case No. 17-3283, ECF No. 7274)
      5. Fifty-First Omnibus Objection to Claims (Case No. 17-3283, ECF No. 7279)
      6. Fifty-Third Omnibus Objection to Claims (Case No. 17-3283, ECF No. 7282)
      7. Fifty-Fourth Omnibus Objection to Claims (Case No. 17-3283, ECF No. 7284)
      8. Fifty-Fifth Omnibus Objection to Claims (Case No. 17-3283, ECF No. 7285)
   - Debtors to withdraw certain pending claim objections (Case No. 17-3283, ECF Nos. 7392, 7393, 7394, 7396, 7397, 7399, 7400, 7401, 7402, 7405)

IV. **Contested Matters**
   - Orders to be issued as to:
      1. Thirty-Fifth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 7243].
         - Omnibus objection is sustained.
      2. Thirty-Ninth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 7248].

3:17-BK-3283 (LTS) / 3:17-BK-3566 (LTS) / 3:17-AP-189 (LTS)

July 24, 2019

- Further supplement will be filed as to the Librada Sanz objection. [Case No. 17-3283, ECF No. 7579].
- Sustained as to the other portions of the objection.
3. Forty-Fifth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 7267].
    - Withdrawn as to Francisco de A. Toro De Osuna and Viviana Velez Perez while certain documentation is reviewed. [Case No. 17-3283, ECF No. 7861]
    - Omnibus objection is sustained as to the uncontested portions.
4. Forty-Sixth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 7269]
    - Attorney McCall heard as to ECF No. 7864, Case No. 17-3283.
    - Omnibus objection is sustained.
5. Forty-Eighth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 7275]
    - Leyda Pagan Torres was heard (without the assistance of the court interpreter). [Case No. 17-3283, ECF No. 7662]. Within two weeks, Ms. Pagan Torres (present in court and without the assistance of the court interpreter) shall file an informative motion identifying the attorney representing the claimant with respect to claim number 33003 and shall include a statement signed by the officer or principal of Damexco.
    - The omnibus objection is withdrawn as to ECF Nos. 7849, 7852, 7866, 7867 and 7868 pending clarification from claimants. Sustained as to the other portions of the objection.
    - Proposed order to be presented.
6. Forty-Ninth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 7276]
    - Objection withdrawn as to ECF No. 7850.
    - Sustained as to the uncontested portions of the objection.
7. Fiftieth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 7278]
    - Withdrawn as to ECF Nos. 7821 and 7863. Withdrawn as to ECF No. 7913 pending review of materials. Sustained as to all other portions of the objection.
8. Fifty-Sixth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 7286]
    - Sustained.
9. Fifty-Ninth Omnibus Objection to Claims [Case No. 17-3283, ECF No. 7292]
    - Sustained.
10. Debtors' Motion Authorizing Alternative Dispute Resolution Procedures [Case No. 17-3283, ECF No. 7224]
    - Granted with respect to request for approval of proposed mailing only. Ruling on application for approval of proposed ADR procedures, ADR notice, and ADR form deferred pending submission of supplemental materials.
    - Supplemental proposed order to be presented.
11. Ambac's Motion Concerning Application of the Automatic Stay Regarding PRIFA Rum Taxes [Case No. 17-3283, ECF No. 7176]
    - Stayed until the December Omnibus Hearing and referred to mediation.
12. Ambac's Motion for Order Authorizing 2004 Discovery Concerning PRIFA Rum Taxes. [Case No. 17-3283, ECF No. 7328]
    - Stayed until the December Omnibus Hearing and referred to mediation.

3:17-BK-3283 (LTS) / 3:17-BK-3566 (LTS) / 3:17-AP-189 (LTS)

July 24, 2019

13. Stay Matters:
    - Includes various motions to stay contested matters and adversary proceedings, pending the confirmation of the anticipated proposed Commonwealth Plan of Adjustment, as well as motions to establish claims objection procedures. Order to be issued.
14. Committee's Motion to Establish Procedures regarding Omnibus Objection to Claims of ERS Bondholders [Case No. 17-3283, ECF No. 5589, Case No. 17-3566, ECF No. 386]
    - Stayed until the December Omnibus Hearing and referred to mediation.
15. FOMB and UCC's Amended Motion Establishing Revised Procedures for Litigating Objection to Claims of GO Bonds. [Case No. 17-3283, ECF No. 7154]
    - Stayed until the December Omnibus Hearing and referred to mediation.

3:17-BK-3283 (LTS) / 3:17-BK-3566 (LTS) / 3:17-AP-189 (LTS)
July 24, 2019

## V. Adjourned Matters

1. Creditors' Committee Motion re Proposed Payment of $7 Million to Bonistas Del Patio, Inc. [Case No. 17-3283, ECF No. 5136]
2. FOMB and AAFAF's Motion to Dismiss Insurers' Motion to Appoint a Receiver. [Case No. 17-4780, ECF No. 1233]
3. AAFAF's Objection to Claim of the United States Department of the Treasury/Internal Revenue Service. [Case No. 17-3283, ECF No. 7419, Case No. 17-3284, ECF No. 643]
4. Ambac's Motion to Compel Compliance with Orders Authorizing 2004 Examinations. [Case No. 17-3283, ECF No. 7505]
5. Ambac's Motion for Order Authorizing 2004 Discovery Concerning Pension Liabilities. [Case No. 17-3283, ECF No. 7507]
6. AMPR's Motion for Relief from Stay. Motion for Relief from Automatic Stay [Case No. 17-3283, ECF No. 3914]

s/Lisa Ng
Lisa Ng
Courtroom Deputy