IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, <u>et al.</u>, | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------------x

## ORDER ADJOURNING HEARING ON CERTAIN MOTIONS

This matter is before the Court on the *Joint Urgent Motion by Ambac Assurance Corporation, Financial Oversight and Management Board for Puerto Rico, Puerto Rico Fiscal Agency and Financial Advisory Authority, and the Commonwealth of Puerto Rico, Seeking an Order Granting an Adjournment of the Hearing on the Pensions Discovery Motions* (Dkt. No. 8271) ("Motion to Adjourn"). Therein, the movant and respondents to two motions for discovery under Federal Rule of Bankruptcy Procedure 2004 (Dkt. Nos. 7505 and 7507) ask the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

Court to adjourn the hearing date on the motions from July 30, 2019 to August 14, 2019 in order to facilitate meet and confer efforts.

The Court hereby adjourns the hearing on the Rule 2004 motions to **August 15, 2019 1:00 p.m. Atlantic Standard Time**. The parties shall submit a joint status report to the Court on the remaining issues for adjudication on or before **August 2, 2019**.

This order resolves Dkt. No. 8271.

SO ORDERED.

/ s / Judith Gail Dein  
Judith Gail Dein  
United States Magistrate Judge

DATED: July 26, 2019