# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors[1].

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

    Debtor.

PROMESA
Title III

No. 17 BK 4780-LTS

---------------------------------------------------------------x

# INFORMATIVE MOTION OF FINANCIAL OVERSIGHT
# AND MANAGEMENT BOARD REGARDING
# JULY 30, 2019 HEARING

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States Magistrate Judge Judith Gail Dein:

Pursuant to the Court's *Order Regarding Procedures for July 30, 2019 Hearing* [ECF No. 7921, Case No. 17-3283], the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative of The Commonwealth of Puerto Rico (the "Commonwealth") pursuant to § 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act, codified at 48 U.S.C. §§ 2101–2241 ("PROMESA"), respectfully states as follows:

1. The Oversight Board will be in attendance in Boston to present oral argument on any relevant matters at the Hearing starting on **July 30, 2019 at 1:00 p.m. (AST)**.

2. Margaret A. Dale, Laura Stafford, and/or Brandon C. Clark will be in attendance in Boston to represent the Oversight Board on the following matters:

   (i) *Motion To Compel Compliance with the Court's December 15, 2017 and February 26, 2018 Orders Regarding the Urgent Renewed Joint Motion of the Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., The Mutual Fund Group, and National Public Finance Guarantee Corporation For Order Authorizing Rule 2004 Examination* **[Case No. 17-3283, ECF No. 7505]**;

   (ii) *Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Pension Liabilities* **[Case No. 17-3283, ECF No. 7507]**;

   (iii) *Motion of U.S. Bank National Association, as PREPA Bond Trustee, to Quash Amended Deposition Subpoena of Cortland Capital Markets, LLC and Solus Alternative Asset Management LP* **[Case No. 17-4780, ECF No. 1466]**;

   (iv) *Renewal of June 3, 2019 Omnibus Motion of Official Committee of Unsecured Creditors to Compel in Connection with PREPA RSA Rule 9019 Settlement Motion* **[Case No. 17-3283, ECF No. 8041, Case No. 17-4780 ECF No. 1467]**;

   (v) *Renewed Omnibus Motion of Cortland Capital Market Services LLC, as Administrative Agent, and Solus to Compel Discovery Responses in Connection with PREPA RSA Settlement Motion* **[Case No. 17-3283,**

        **ECF No. 8043, Case No. 17-4780 ECF No. 1470]**;

(vi) *Motion of Solus to Compel Testimony Pursuant to Rule 30(b)(6) from U.S. Bank in Connection with PREPA RSA Settlement Motion* **[Case No. 17-3283, ECF No. 8045, Case No. 17-4780 ECF No. 1469]**;

(vii) *Solus' Opposition To U.S. Bank's Motion To Quash Amended Deposition Notice, And Memorandum In Support Of Urgent New Motion To Compel Production Of Documents By U.S. Bank* **[Case No. 17-3283, ECF No. 8233, Case No. 17-4780 ECF No. 1502]**; and

(viii) Any other matters scheduled to be heard.

**3.** <u>Party for which counsel will appear</u>: The Oversight Board.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

| | |
|---|---|
| Dated: July 26, 2019<br>New York, NY | Respectfully submitted,<br><br>*/s/ Luis F. Del Valle-Emmanuelli*<br>Luis F. Del Valle-Emmanueli<br>USDC-PR No. 209514<br>P.O. Box 79897<br>Carolina, Puerto Rico 00987-9897<br>Email: dvelawoffices@gmail.com<br><br>Martin J. Bienenstock (*pro hac vice*)<br>Margaret A. Dale (*pro hac vice*)<br>Ehud Barak (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br>Email: mbienenstock@proskauer.com<br>Email: brosen@proskauer.com<br>Email: ebarak@proskauer.com<br><br>*Attorneys for The Financial Oversight and Management Board for Puerto Rico, as representative of The Commonwealth of Puerto Rico* |