# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF No. 7921 |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>Re: ECF No. 1454 |

## INFORMATIVE MOTION REGARDING ATTENDANCE AT JULY 30, 2019 HEARING

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority, as representative of the Commonwealth of Puerto Rico and the Puerto Rico Electric Power Authority under the authority granted to it under Act 2-2017, as well as on its own behalf, through the undersigned counsel, hereby submit this informative motion in response to this Court's order entered on July 10, 2019 [Case No. 17-3283, Docket No. 7921; Case No. 17-4780, Docket No. 1454].

1. Peter Friedman and Ashley Pavel of O'Melveny & Myers LLP intend to appear in person in the Boston courtroom at the July 30, 2019 hearing (the "Hearing") and seek to be heard in connection with:

    a) the *Renewal of June 3, 2019 Omnibus Motion of Official Committee of Unsecured Creditors to Compel in Connection with PREPA RSA Rule 9019 Settlement Motion* [Case No. 17-4780, Docket No. 1467];

    b) the *Renewed Omnibus Motion of Cortland Capital Market Services LLC, as Administrative Agent, and Solus to Compel Discovery Responses in Connection with PREPA RSA Settlement Motion* [Case No. 17-4780, Docket No. 1470];

    c) any other matter relating to the *Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(A)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement and Tolling Certain Limitations Periods* [Case No. 17-4780, Docket No. 1235];

    d) any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III case to the extent

        it impacts the interests of AAFAF or the elected Government of Puerto Rico or any instrumentality thereof.

2.     Carolina Velaz-Rivero of Marini Pietrantoni Muñiz LLC intends to appear at the Hearing in the San Juan courtroom but does not seek to be heard.

Dated: July 26, 2019
      San Juan, Puerto Rico

| */s/ Peter Friedman* | */s/Luis C. Marini-Biaggi* |
|---|---|
| John J. Rapisardi | Luis C. Marini-Biaggi |
| Nancy Mitchell | USDC No. 222301 |
| Peter Friedman | lmarini@mpmlawpr.com |
| (Admitted *Pro Hac Vice*) | |
| **O'MELVENY & MYERS LLP** | Carolina Velaz-Rivero |
| Seven Times Square | USDC No. 300913 |
| New York, New York 10036 | cvelaz@mpmlawpr.com |
| (212) 326-2000 | |
| jrapisardi@omm.com | *Attorneys for the Puerto Rico Fiscal Agency* |
| suhland@omm.com | *and Financial Advisory Authority* |
| pfriedman@omm.com | |
| wsushon@omm.com | |

Elizabeth L. McKeen
Ashley M. Pavel
(Admitted *Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel: (787) 294-9508
Fax: (787) 294-9519
emckeen@omm.com
apavel@omm.com

*Attorneys for the Puerto Rico Fiscal
Agency and Financial Advisory
Authority*

3