# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | : | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : : | PROMESA Title III |
| as representative of | : | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO *et al.,* | : | (Jointly Administered) |
| Debtors.[1] | : | |

| | | |
|---|---|---|
| In re: | : | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : : | PROMESA Title III |
| as representative of | : | Case No. 17-BK-4780 (LTS) |
| PUERTO RICO ELECTRIC POWER AUTHORITY | : : | **This filing relates only to Case No. 17-BK-4780 (LTS)** |
| Debtor. | : | |

## ORDER GRANTING URGENT MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR LEAVE TO EXCEED PAGE LIMIT

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This matter is before the Court on the *Urgent Motion for Leave to Exceed Page Limit with Respect to Omnibus Reply of Official Committee of Unsecured Creditors in Support of Renewed Omnibus Motion to Discovery in Connection with PREPA RSA Rule 9019 Settlement Motion* (the "Urgent Motion"),[2] (Dkt. No. 8261 in 17-BK-3283; Dkt. No. 1516 in 17-BK-4780). Taking notice of the lack of objection and finding good cause for the relief requested, the Court hereby ALLOWS the Urgent Motion.  The Committee may exceed the 15-page per-reply page limit set in the Case Management Procedures by filing the Reply of no more than twenty-five (25) pages, exclusive of the cover page, table of contents, table of authorities, signature page, exhibits, and the certificate of service. The Committees' Reply is accepted as filed. This order resolves Dkt. No. 8261 in 17-BK-3283; Dkt. No. 1516 in 17-BK-4780.

    SO ORDERED.

Dated: July 26, 2019

                                                         /s/ Judith G. Dein
                                                        JUDITH GAIL DEIN
                                                        UNITED STATES MAGISTRATE JUDGE

---

[2]   Capitalized terms not defined herein shall have the meanings ascribed to them in the Urgent Motion.