**EXHIBIT B**

**Additional Interested Parties or Their Affiliates, Which Paul Hastings Represents or Has Represented in the Past in Matters *Unrelated* to the Title III Cases[1]**

| Interested Parties | Relationship to Debtors | Clients & Their Affiliates |
|---|---|---|
| Alstom Caribe Inc. | June 2019 PREPA Parties | Not a client. Parent and related entities are current clients. |
| Caribe GE International Energy | June 2019 PREPA Parties | Not a client. Parent and related entities are current clients. |
| ESMO Corporation | June 2019 PREPA Parties | Current client. |
| Foxboro Controles S A | June 2019 PREPA Parties | Not a client. Parent and related entities are former clients. |
| Hewlett Packard Puerto Rico BV | June 2019 PREPA Parties | Not a client. Parent is a former client, and related entities are current clients. |
| Inspectorate America Corporation | June 2019 PREPA Parties | Not a client. Parent is a current client. |
| Landis & Gyr Inc. | June 2019 PREPA Parties | Not a client. Entities related to parent are current clients. |
| Shell Trading (US) Company | June 2019 PREPA Parties | Not a client. Entities related to parent are current clients. |
| Siemens Industry Inc. | June 2019 PREPA Parties | Not a client. Entities related to parent are current clients. |
| Vitol S.A., Inc. | June 2019 PREPA Parties | Current client. Entities related to parent are also current clients. |
| Vitol, Inc. | June 2019 PREPA Parties | Current client. Entities related to parent are also current clients. |
| American High Income Trust | Litigation Parties | Not a client. Entities related to parent are former clients. |
| Badillo Saatchi & Saatchi, Inc. | Litigation Parties | Not a client. Entities related to parent are former clients. |
| Barclays Cap / Fixed | Litigation Parties | Not a client. Entities related to parent are current clients. |

---

[1] Please note that several individuals identified in <u>Exhibit A</u> have submitted a Notice of Participation to the Court or have filed a motion for relief from stay in the Title III Cases. While Paul Hastings does not believe that it has any connection to these individuals, Paul Hastings does not have sufficient information to definitively determine whether or not it has any connection to these individuals. Moreover, an individual named Robert Ramos Martin is identified as a defendant in Adversary Proceeding No. 19-293. While Paul Hastings does not believe that it has any connection to Mr. Martin, Paul Hastings does not have sufficient information to definitively determine whether or not it has any connection to him. Further, an individual named Juan Gonzalez has submitted a Response to Omnibus Objections to Claims [Docket No. 7106]. While Paul Hastings does not believe that it has any connection to Mr. Gonzalez, Paul Hastings does not have sufficient information to definitively determine whether or not it has any connection to him. Finally, Paul Hastings is continuing its review of certain names for which insufficient information is available at this time to identify the entity.

| Interested Parties | Relationship to Debtors | Clients & Their Affiliates |
|---|---|---|
| Barclays Cap / London | Litigation Parties | Not a client. Entities related to parent are current clients. |
| Barclays Capital | Litigation Parties | Current client. Entities related to parent are also current clients. |
| Barclays Capital Inc./Le | Litigation Parties | Current client. Entities related to parent are current clients. |
| Black Diamond Credit Strategies Master Fund, Ltd. | Litigation Parties | Not a client. Parent and related entities are former clients. |
| BMO Capital Markets | Litigation Parties | Current client. Parent and related entities are also current clients. |
| BNP Paribas Securities Corp./Prime Brokerage | Litigation Parties | Not a client. Entities related to parent are current clients. |
| BNP Paribas, New York Branch/BNP Paribas Prime Brokerage Custodian | Litigation Parties | Not a client. Entities related to parent are current clients. |
| BNP Paribas, New York Branch/BNP Paribas Prime Brokerage International | Litigation Parties | Not a client. Entities related to parent are current clients. |
| BNP Paribas, New York Branch/Custody/Client Assets | Litigation Parties | Not a client. Entities related to parent are current clients. |
| Brookfield Asset Management Private Institutional Capital Adviser (credit), LLC | Litigation Parties | Not a client. Entities related to parent are current clients. |
| Cantor Fitzgerald & Co. / Cantor Clearing Services | Litigation Parties | Not a client. An entity related to parent is a current client. |
| Caribbean Restaurant Inc. | Litigation Parties | Not a client. Parent is a current client. |
| CCHPR Hospitality, Inc. | Litigation Parties | Not a client. Entities related to parent are current clients. |
| Cetera Investment Services LLC | Litigation Parties | Not a client. An entity related to parent is a current client. |
| Charles Schwab & Co., Inc. | Litigation Parties | Not a client. An entity related to parent is a current client. |
| City National Bank | Litigation Parties | Current client. Entities related to parent are current clients. |
| Comerica Bank | Litigation Parties | Current client. An entity related to parent is a current client. |
| Compass Bank/Trust Division | Litigation Parties | Not a client. An entity related to parent is a current client. |
| Corbin Opportunity Fund, L.P. | Litigation Parties | Not a client. Parent is a current client. |
| Credit Suisse Securities (USA) LLC | Litigation Parties | Current client. Entities related to parent are current clients. |
| Crescent Capital High Income Fund, LP | Litigation Parties | Not a client. Parent is a current client. |
| Crescent Capital High Yield Fund, L.P. | Litigation Parties | Not a client. Parent is a current client. |
| Doubleline | Litigation Parties | Former client. |
| E*Trade Securities LLC | Litigation Parties | Former client. Entities related to parent are former clients. |

2

| Interested Parties | Relationship to Debtors | Clients & Their Affiliates |
|---|---|---|
| Enterprise Services Caribe, LLC | Litigation Parties | Not a client. Parent is a current client, and related entities are former clients. |
| Fairfax CNTY UN MBS | Litigation Parties | Not a client. Parent is a former client. |
| Federal Home Loan Mortgage Corporation | Litigation Parties | Former client. Entities related to parent are former clients. |
| Fiduciary SSB | Litigation Parties | Not a client. Entities related to parent are current clients. |
| Fifth Third Bank | Litigation Parties | Current client. An entity related to parent is a current client. |
| Fir Tree Capital Opportunity Master Fund III, LP | Litigation Parties | Not a client. Related entity is a former client. |
| Fir Tree Capital Opportunity Master Fund, LP/Trading Citco Fd Svcs (Cayman Islands) 89 Nexus Way, Camana Bay | Litigation Parties | Not a client. Related entity is a former client. |
| Fir Tree, Inc. | Litigation Parties | Former client. |
| Fir Tree Partners | Litigation Parties | Not a client. Related entity is a former client. |
| Hewlett Packard Puerto Rico, BV LLC | Litigation Parties | Not a client. Parent is a former client, and related entities are current clients. |
| Hilliard, Lyons LLC | Litigation Parties | Not a client. An entity related to parent is a current client. |
| Indian Harbor Insurance Company | Litigation Parties | Not a client. Entities related to parent are current clients. |
| International Business Machines Corporation | Litigation Parties | Current client. Related entities are also current clients. |
| J.P. Morgan Chase & Co. | Litigation Parties | Current client. Related entities are also current clients. |
| Jefferies Group LLC | Litigation Parties | Not a client. Entities related to parent are current clients. |
| Jefferies LLC | Litigation Parties | Not a client. Entities related to parent are current clients. |
| JnL Multi-Manager Alternative Fund, a Series of JnL Series Trust | Litigation Parties | Not a client. An entity related to parent is a current client. |
| John Hancock Investments | Litigation Parties | Not a client. Entities related to parent are current clients. |
| Jose A. Cepeda Retirement Plan Represented By UBS Trust Company of PR | Litigation Parties | Not a client. Parent and related entities are current clients. |
| JPMorgan Chase Bank, N.A. / Custodial Truste Company | Litigation Parties | Not a client. Parent and related entities are current clients. |
| JPMorgan Chase Bank, National Association | Litigation Parties | Current client. Parent and related entities are current clients. |

| Interested Parties | Relationship to Debtors | Clients & Their Affiliates |
|---|---|---|
| JPMorgan Chase Bank / Correspondence Clearing Services 2 | Litigation Parties | Not a client. Parent and related entities are current clients. |
| Kelly Services Puerto Rico | Litigation Parties | Not a client. Parent and related entities are former clients. |
| Kelly Services, Inc. | Litigation Parties | Former client. |
| Keybanc Cap Mkts Inc. | Litigation Parties | Current client. Entities related to parent are current clients. |
| Keybank National Association | Litigation Parties | Current client. Entities related to parent are current clients. |
| Knighthead Capital Management, LLC | Litigation Parties | Former client |
| Lazard Cap Mkts LLC | Litigation Parties | Not a client. Entities related to parent are former clients. |
| Litman Gregory Masters Alternative Strategies Fund, a Series of Litman Gregory Funds Trust | Litigation Parties | Not a client. Entities related to parent are current clients. |
| LMA Spc for and on Behalf of Map 98 Segregated Portfolio | Litigation Parties | Not a client. Parent is a former client. |
| LPL Financial Corporation | Litigation Parties | Current client. |
| Maria I. Rivera Sanchez Retirement Plan, Represented By UBS Trust Company of PR | Litigation Parties | Not a client. Parent and related entities are current clients. |
| Merck Sharp & Dohme (I.A.) LLC | Litigation Parties | Not a client. Parent and related entities are current clients. |
| MGIC Indemnity Corporation | Litigation Parties | Not a client. Parent, is a current client. |
| Mitsubishi UFJ Trust & Banking Corporation, New York Branch | Litigation Parties | Not a client. Entities related to parent are current clients. |
| Morgan Keegan & Co | Litigation Parties | Not a client. Parent is a current client. |
| Morgan Stanley | Litigation Parties | Current client. Related entities are also current clients. |
| Morgan Stanley Smith Barney LLC | Litigation Parties | Current client. Parent and related entities are also current clients. |
| Morgan Stanley Wealth Management (On Behalf of Sakamoto-Hata Living Trust) | Litigation Parties | Current client. Entities related to parent are current clients. |
| NIDCO Management Group Retirement Plan, Represented by UBS Trust Company of PR | Litigation Parties | Not a client. Parent and related entities are current clients. |
| Nomura Bank Int'l PLC | Litigation Parties | Not a client. Entities related to parent are current clients. |
| Nomura Int'l Plc Repo | Litigation Parties | Not a client. Entities related to parent are current clients. |
| NTT Data Eas, Inc. | Litigation Parties | Not a client. Entities related to parent are former clients. |
| Oppenheimerfunds, Inc. | Litigation Parties | Not a client. Entities related to parent are current clients. |
| OptionsXpress, Inc. | Litigation Parties | Not a client. Parent is a current client. |

| Interested Parties | Relationship to Debtors | Clients & Their Affiliates |
|---|---|---|
| Ortiz, Juan Reines Retirement Plan Represented by UBS Trust Company of PR | Litigation Parties | Not a client. Parent and related entities are current clients. |
| Partnerre Ireland Insurance DAC | Litigation Parties | Not a client. Entities related to parent are former clients. |
| Pearson Education, Inc. | Litigation Parties | Not a client. Entities related to parent are former clients. |
| Pearson Pem P.R., Inc. | Litigation Parties | Not a client. Entities related to parent are former clients. |
| Pinehurst Partners, L.P. | Litigation Parties and Notice of Participation | Not a client. Parent is a current client. |
| Piper Jaffrey & Co | Litigation Parties | Piper Jaffray & Co is a current client. Entities related to parent are also former clients. |
| PNC Bank, National association | Litigation Parties | Not a client. Related entity is a current a client. |
| Puerto Rico AAA Portfolio Target Maturity Fund, Inc. | Litigation Parties | Not a client. Parent and related entities are current clients. |
| Puerto Rico Investors Bond Fund I | Litigation Parties | Not a client. Parent and related entities are current clients. |
| Puerto Rico Investors Tax-Free Fund VI, Inc. | Litigation Parties | Not a client. Parent and related entities are current clients. |
| Raymond James & Associates, Inc. | Litigation Parties | Not a client. Parent is a current client. |
| RBC Capital Markets, LLC | Litigation Parties | Current client. Entities related to parent are current clients. |
| RBC Dominion Securities Inc./cds** | Litigation Parties | Not a client. Entities related to parent are current clients. |
| Robert W. Baird & Co. Incorporated | Litigation Parties | Former client. Entities related to parent are current clients. |
| RSL - Sit Muni | Litigation Parties | Not a client. Entities related to parent are current clients. |
| Safety National Casualty Corporation | Litigation Parties | Not a client. Entities related to parent are current clients. |
| Sanford C. Bernstein & Co., LLC | Litigation Parties | Former client. Entities related to parent are current clients. |
| Scottrade, Inc. | Litigation Parties | Not a client. Entities related to parent are current clients. |
| Stephens Inc. | Litigation Parties | Former client. |
| Stifel, Nicolaus & Company, Incorporated | Litigation Parties | Current client. Entities related to parent are current clients. |
| TD Ameritrade Clearing, Inc. | Litigation Parties | Not a client. Entities related to parent are current clients. |
| TD Prime Services LLC | Litigation Parties | Not a client. Entities related to parent are current clients. |

| Interested Parties | Relationship to Debtors | Clients & Their Affiliates |
|---|---|---|
| The Belaval Burger Grandchildren Trust, Represented By Ubs Trust Company of Puerto Rico | Litigation Parties | Not a client. Parent and related entities are current clients. |
| The Boston Consulting Group, Inc. | Litigation Parties | Former client. |
| The Hector L. Gonzalez Cruz Retirement Plan, Represented by UBS Trust Company of Puerto | Litigation Parties | Not a client. Parent and related entities are current clients. |
| The Huntington National Bank | Litigation Parties | Not a client. Related entity is a current client. |
| The Madeline Torres Figueroa Retirement Plan, Represented By Ubs Trust Company of Puerto | Litigation Parties | Not a client. Parent and related entities are current clients. |
| The Prudential Investment | Litigation Parties | Not a client. Entities related to parent are current clients. |
| UBS Financial Services Inc. | Litigation Parties | Not a client. Parent and related entities are current clients. |
| UBS Financial Services, Inc. of Puerto Rico | Litigation Parties | Not a client. Parent and related entities are current clients. |
| UBS Securities, LLC | Litigation Parties | Current client. Parent and related entities are current clients. |
| Union Bank & Trust Company | Litigation Parties | Former client. Entities related to parent are current clients. |
| Union Bank, N.A. | Litigation Parties | Former client. Entities related to parent are current clients. |
| VIIV Healthcare Puerto Rico, LLC | Litigation Parties | Not a client. Parent and related entities are current clients. |
| Wal-Mart Puerto Rico Inc. | Litigation Parties | Not a client. Entities related to parent are current clients. |
| Wells Fargo / Safekeep | Litigation Parties | Not a client. Parent and related entities are current clients. |
| Wells Fargo Bank, N.A./sig | Litigation Parties | Current client. Parent and related entities are current clients. |
| Wells Fargo Bank, National Association | Litigation Parties | Current client. Parent and related entities are current clients. |
| Wells Fargo Clearing Services LLC aka or fka First Clearing LLC | Litigation Parties | Not a client. Parent and related entities are current clients. |
| Wells Fargo Municipal Bond Fund | Litigation Parties | Not a client. Parent and related entities are current clients. |
| Wells Fargo Securities, LLC | Litigation Parties | Current client. Parent and related entities are current clients. |
| Wells Fargo Wisconsin Tax Free Fund | Litigation Parties | Not a client. Parent and related entities are current clients. |
| West Corporation | Litigation Parties | Not a client. Parent and related entities are current clients. |
| 09A | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |

6

| Interested Parties | Relationship to Debtors | Clients & Their Affiliates |
|---|---|---|
| 07A | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 08A | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 09A | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 20A | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 21A | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 22A | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 24A | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 25A | Litigation Parties (Confidential) | Not a client. An entity related to parent is a current client. |
| 28A | Litigation Parties (Confidential) | Not a client. Entities related to parent are former clients. |
| 34A | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 35A | Litigation Parties (Confidential) | Not a client. Parent is a current client. |
| 39A | Litigation Parties (Confidential) | Not a client. Parent is a former client. |
| 40A | Litigation Parties (Confidential) | Not a client. Parent is a former client. |
| 49A | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 55A | Litigation Parties (Confidential) | Current client. |
| 56A | Litigation Parties (Confidential) | Not a client. Parent is a current client. |
| 61A | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 68A | Litigation Parties (Confidential) | Not a client. Parent is a current client. |
| 71A | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 72A | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 73A | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 74A | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |

| Interested Parties | Relationship to Debtors | Clients & Their Affiliates |
|---|---|---|
| 76A | Litigation Parties (Confidential) | Not a client. Parent is a former client. |
| 77A | Litigation Parties (Confidential) | Not a client. Parent is a former client. |
| 78A | Litigation Parties (Confidential) | Not a client. Parent is a former client. |
| 79A | Litigation Parties (Confidential) | Former client. |
| 80A | Litigation Parties (Confidential) | Not a client. Parent is a former client. |
| 81A | Litigation Parties (Confidential) | Not a client. Parent is a former client. |
| 82A | Litigation Parties (Confidential) | Not a client. Parent is a former client. |
| 83A | Litigation Parties (Confidential) | Not a client. Parent is a former client. |
| 86A | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 94A | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 95A | Litigation Parties (Confidential) | Not a client. Entities related to parent are former clients. |
| 97A | Litigation Parties (Confidential) | Not a client. Parent is a former client. |
| 98A | Litigation Parties (Confidential) | Not a client. Parent is a former client. |
| 99A | Litigation Parties (Confidential) | Not a client. Entities related to parent are former clients. |
| 100A | Litigation Parties (Confidential) | Not a client. Parent is a current client. |
| 01B | Litigation Parties (Confidential) | Not a client. Parent is a current client. |
| 02B | Litigation Parties (Confidential) | Not a client. Parent is a current client. |
| 03B | Litigation Parties (Confidential) | Not a client. Parent is a current client. |
| 04B | Litigation Parties (Confidential) | Not a client. Parent is a current client. |
| 05B | Litigation Parties (Confidential) | Not a client. Parent is a current client. |
| 06B | Litigation Parties (Confidential) | Not a client. Parent is a current client. |
| 07B | Litigation Parties (Confidential) | Not a client. Parent is a current client. |

| **Interested Parties** | **Relationship to Debtors** | **Clients & Their Affiliates** |
|---|---|---|
| 10B | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 01B | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 15B | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 16B | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 17B | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 18B | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 21B | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 24B | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 28B | Litigation Parties (Confidential) | Not a client. Parent is a current client. |
| 30B | Litigation Parties (Confidential) | Not a client. Parent is a former client. |
| 32B | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 33B | Litigation Parties (Confidential) | Current client. Related entities are also current clients. |
| 35B | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 36B | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 37B | Litigation Parties (Confidential) | Not a client. Parent is a former client. |
| 38B | Litigation Parties (Confidential) | Not a client. Parent is a former client. |
| 39B | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 40B | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 41B | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 43B | Litigation Parties (Confidential) | Former client. Entities related to parent are current clients. |
| 45B | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 46B | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |

| Interested Parties | Relationship to Debtors | Clients & Their Affiliates |
|---|---|---|
| 47B | Litigation Parties (Confidential) | Not a client. Parent is a former client. |
| 48B | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 51B | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 52B | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 53B | Litigation Parties (Confidential) | Not a client. Parent is a former client. |
| 55B | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 60B | Litigation Parties (Confidential) | Not a client. Parent is a current client. |
| 61B | Litigation Parties (Confidential) | Not a client. Parent is a current client. |
| 62B | Litigation Parties (Confidential) | Not a client. Parent is a current client. |
| 63B | Litigation Parties (Confidential) | Not a client. Parent is a current client. |
| 64B | Litigation Parties (Confidential) | Not a client. Parent is a current client. |
| 65B | Litigation Parties (Confidential) | Not a client. Parent is a current client. |
| 66B | Litigation Parties (Confidential) | Not a client. Parent is a current client. |
| 67B | Litigation Parties (Confidential) | Not a client. Parent is a former client. |
| 68B | Litigation Parties (Confidential) | Not a client. Parent is a current client. |
| 69B | Litigation Parties (Confidential) | Not a client. An entity related to parent is a current client. |
| 70B | Litigation Parties (Confidential) | Not a client. An entity related to parent is a current client. |
| 75B | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 76B | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 78B | Litigation Parties (Confidential) | Not a client. Parent is a former client. |
| 79B | Litigation Parties (Confidential) | Not a client. Parent is a former client. |
| 80B | Litigation Parties (Confidential) | Not a client. Parent is a former client. |

| Interested Parties | Relationship to Debtors | Clients & Their Affiliates |
|---|---|---|
| 82B | Litigation Parties (Confidential) | Not a client. Parent is a former client. |
| 94B | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 95B | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 96B | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 97B | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 98B | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 99B | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 100B | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 04C | Litigation Parties (Confidential) | Not a client. Parent is a current client. |
| 06C | Litigation Parties (Confidential) | Not a client. Parent and related entities are former clients. |
| 07C | Litigation Parties (Confidential) | Not a client. Parent and related entities are former clients. |
| 08C | Litigation Parties (Confidential) | Not a client. Parent and related entities are former clients. |
| 09C | Litigation Parties (Confidential) | Not a client. Parent and related entities are former clients. |
| 10C | Litigation Parties (Confidential) | Not a client. Parent and related entities are former clients. |
| 11C | Litigation Parties (Confidential) | Not a client. Entity related to parent is a current client. |
| 14C | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 15C | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 16C | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 17C | Litigation Parties (Confidential) | Not a client. Parent and related entities are former clients. |
| 18C | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 22C | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 23C | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |

| Interested Parties | Relationship to Debtors | Clients & Their Affiliates |
|---|---|---|
| 27C | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 28C | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 38C | Litigation Parties (Confidential) | Not a client. An entity related to parent is a current client. |
| 39C | Litigation Parties (Confidential) | Not a client. An entity related to parent is a current client. |
| 40C | Litigation Parties (Confidential) | Not a client. An entity related to parent is a current client. |
| 41C | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 42C | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 43C | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 44C | Litigation Parties (Confidential) | Not a client. Parent is a current client. |
| 45C | Litigation Parties (Confidential) | Not a client. Parent is a current client. |
| 46C | Litigation Parties (Confidential) | Not a client. Parent is a current client. |
| 49C | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 51C | Litigation Parties (Confidential) | Not a client. Parent is a former client. |
| 52C | Litigation Parties (Confidential) | Not a client. Entities related to parent are former clients. |
| 53C | Litigation Parties (Confidential) | Not a client. Entities related to parent are former clients. |
| 03D | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 04D | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 05D | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 06D | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 07D | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 09D | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 10D | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |

| **Interested Parties** | **Relationship to Debtors** | **Clients & Their Affiliates** |
|---|---|---|
| 12D | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 13D | Litigation Parties (Confidential) | Current client. Entities related to parent are also current clients. |
| 56D | Litigation Parties (Confidential) | Current client. Related entities are also current clients. |
| 57D | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 58D | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 59D | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 60D | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 61D | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 62D | Litigation Parties (Confidential) | Not a client. An entity related to parent is a current client. |
| 70D | Litigation Parties (Confidential) | Current client. Parent and related entities are also current clients. |
| 14E | Litigation Parties (Confidential) | Not a client. Parent and related entities are former clients. |
| 15E | Litigation Parties (Confidential) | Not a client. Parent and related entities are former clients. |
| 16E | Litigation Parties (Confidential) | Not a client. Parent and related entities are former clients. |
| 17E | Litigation Parties (Confidential) | Not a client. Related entity is a former client. |
| 18E | Litigation Parties (Confidential) | Not a client. Related entity is a former client. |
| 19E | Litigation Parties (Confidential) | Not a client. Related entity is a former client. |
| 13G | Litigation Parties (Confidential) | Not a client. Parent is a former client. |
| 17G | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 25G | Litigation Parties (Confidential) | Not a client. Parent is a current client. |
| 26G | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 40G | Litigation Parties (Confidential) | FMTC - Former client. Entities related to parent are current clients. |
| 23H | Litigation Parties (Confidential) | Current client. Parent and related entities are also current clients. |

| **Interested Parties** | **Relationship to Debtors** | **Clients & Their Affiliates** |
|---|---|---|
| 28H | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 29H | Litigation Parties (Confidential) | Not a client. Entities related to parent are current clients. |
| 30H | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 31H | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 32H | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 33H | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 34H | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 36H | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 37H | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 38H | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 39H | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 40H | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 41H | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 42H | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 43H | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 44H | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 45H | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 46H | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 47H | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 48H | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 49H | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 57H | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |

| Interested Parties | Relationship to Debtors | Clients & Their Affiliates |
|---|---|---|
| 58H | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 59H | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 60H | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 71H | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| 72H | Litigation Parties (Confidential) | Not a client. Parent and related entities are current clients. |
| ADK Soho Fund LP | Notice of Participation | Not a client. Entities related to parent are current clients. |
| Black Diamond Credit Strategies Master Fund, Ltd. | Notice of Participation | Not a client. Parent and related entities are former clients. |
| Brookfield Asset | Notice of Participation | Current client. |
| Fisher Investments | Notice of Participation | Current client. |
| ICBC Financial Services LLC | Notice of Participation | Not a client. Parent and related entities are current clients. |
| John Hancock Investments | Notice of Participation | Not a client. Entities related to parent are current clients. |
| OFI Global Institutional Inc. | Notice of Participation | Not a client. Entities related to parent are current clients. |
| Brookfield Asset Management Private Institutional Capital Adviser (Credit) LLC | Parties Filing Notice of Appearance | Current client. Entities related to parent are also current clients. |
| Invesco Advisers, Inc. | Parties Filing Notice of Appearance | Not a client. Entities related to parent are current clients. |
| NextGen Healthcare Inc. | Parties Filing Notice of Appearance | Current client. |
| Quality Systems, Inc. | Parties Filing Notice of Appearance | Current client. |
| Raymond James | Parties Filing Notice of Appearance | Current client. |
| Sierra Club Puerto Rico, Inc. | Parties Filing Notice of Appearance | Not a client. Related entity is a current client. Parent and related entities are also former clients. |
| Duff & Phelps LLC | Professionals | Not a client. Entities related to parent are former clients. |
| Epiq Corporate Restructuring, LLC | Professionals | Not a client. Entities related to parent are former clients. |
| Epiq eDiscovery Solutions | Professionals | Not a client. Entities related to parent are former clients. |