# **EXHIBIT A**

**Schedule of Claims Subject to the Sixtieth Omnibus Objection**

Sixtieth Omnibus Objection
Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ABC PHARMACY, INC.<br>600 BLVD. DE LA MONTANA APT 484<br>SAN JUAN,, PR 00926 | 5/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13412 | $ 125,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, or states in the proof of claim or supporting documentation that the claimant does not have a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | ALEJANDRO AMADOR & LOURDES RODRIGUEZ<br>600 BLVD DE LA MONTANA<br>APT 484<br>SAN JUAN, PR 00926 | 5/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16905 | $ 225,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, or states in the proof of claim or supporting documentation that the claimant does not have a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | AMADOR, ALEJANDRO<br>600 BLVD. DE LA MONTANA, APT.484<br>SAN JUAN, PR 00926 | 6/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 44373 | $ 225,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, or states in the proof of claim or supporting documentation that the claimant does not have a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | CORONA INSURANCE GROUP INC.<br>PO BOX 10878<br>SAN JUAN, PR 00922-0878 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19925 | $ 1,250,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, or states in the proof of claim or supporting documentation that the claimant does not have a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | HARGEN RODRIGUEZ, PAUL T.<br>PO BOX 250483<br>AGUADILLA, PR 00604-0483 | 12/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 167987 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, or states in the proof of claim or supporting documentation that the claimant does not have a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | LAJARA BORELLI, LUIS G.<br>P.O. BOX 194059<br>SAN JUAN, PR 00919-4059 | 4/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7101 | $ 100,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, or states in the proof of claim or supporting documentation that the claimant does not have a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Sixtieth Omnibus Objection
## Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | LIFERAFTS INC OF PR<br>PO BOX 9022081<br>SAN JUAN, PR 00922 | 3/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2125 | $ 97,600.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, or states in the proof of claim or supporting documentation that the claimant does not have a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | OJEDA COLON, RAFAEL F<br>P O BOX 9023392<br>SAN JUAN, PR 00902-3392 | 5/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41135 | $ 50,167.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, or states in the proof of claim or supporting documentation that the claimant does not have a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | SPERANZA, RONALD V<br>1 HOPE LANE<br>GLEN HEAD, NY 11545 | 6/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 50990 | $ 10,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, or states in the proof of claim or supporting documentation that the claimant does not have a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | SUCESION J. SERRALLES, INC.<br>PO BOX 801201<br>COTO LAUREL, PR 00780-1201 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18372 | $ 40,000.00 |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, or states in the proof of claim or supporting documentation that the claimant does not have a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | THE HECTOR L. GONZALEZ CRUZ RETIREMENT PLAN, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO<br>JAVIER GONZALEZ<br>UBS TRUST COMPANY OF PUERTO RICO<br>250 MUNOZ RIVERA AVENUE 10TH FLOOR<br>SAN JUAN, PR 00918 | 6/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 65124 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, or states in the proof of claim or supporting documentation that the claimant does not have a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors.

| | | | | | TOTAL | $ 2,122,767.00* |
|---|---|---|---|---|---|---|