# **ANEXO A**

**Lista de reclamos sujetos a la Sexagésima Objeción Global**

## Sexagésima objeción colectiva
### Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ABC PHARMACY, INC.<br>600 BLVD. DE LA MONTANA APT484<br>SAN JUAN,, PR 00926 | 5/20/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13412 | $ 125,000.00 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con los bonos o el dinero tomados en préstamo, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado. Tampoco declara, en la evidencia de reclamación o en la documentación de respaldo, que el reclamante no tiene una reclamación contra el Estado Libre Asociado, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado o cualquiera de los deudores en virtud del Título III. | | | | | |
| 2 | ALEJANDRO AMADOR & LOURDES RODRIGUEZ<br>600 BLVD DE LA MONTANA<br>APT 484<br>SAN JUAN, PR 00926 | 5/20/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16905 | $ 225,000.00 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con los bonos o el dinero tomados en préstamo, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado. Tampoco declara, en la evidencia de reclamación o en la documentación de respaldo, que el reclamante no tiene una reclamación contra el Estado Libre Asociado, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado o cualquiera de los deudores en virtud del Título III. | | | | | |
| 3 | AMADOR, ALEJANDRO<br>600 BLVD. DE LA MONTANA, APT.484<br>SAN JUAN, PR 00926 | 6/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 44373 | $ 225,000.00 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con los bonos o el dinero tomados en préstamo, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado. Tampoco declara, en la evidencia de reclamación o en la documentación de respaldo, que el reclamante no tiene una reclamación contra el Estado Libre Asociado, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado o cualquiera de los deudores en virtud del Título III. | | | | | |
| 4 | CORONA INSURANCE GROUP INC.<br>PO BOX 10878<br>SAN JUAN, PR 00922-0878 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 19925 | $ 1,250,000.00 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con los bonos o el dinero tomados en préstamo, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado. Tampoco declara, en la evidencia de reclamación o en la documentación de respaldo, que el reclamante no tiene una reclamación contra el Estado Libre Asociado, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado o cualquiera de los deudores en virtud del Título III. | | | | | |
| 5 | HARGEN RODRIGUEZ, PAUL T.<br>PO BOX 250483<br>AGUADILLA, PR 00604-0483 | 12/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 167987 | Indeterminado* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con los bonos o el dinero tomados en préstamo, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado. Tampoco declara, en la evidencia de reclamación o en la documentación de respaldo, que el reclamante no tiene una reclamación contra el Estado Libre Asociado, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado o cualquiera de los deudores en virtud del Título III. | | | | | |

Sexagésima objeción colectiva
Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | LAJARA BORELLI, LUIS G.<br>P.O. BOX 194059<br>SAN JUAN, PR 00919-4059 | 4/11/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7101 | $ 100,000.00 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con los bonos o el dinero tomados en préstamo, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado. Tampoco declara, en la evidencia de reclamación o en la documentación de respaldo, que el reclamante no tiene una reclamación contra el Estado Libre Asociado, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado o cualquiera de los deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | LIFERAFTS INC OF PR<br>PO BOX 9022081<br>SAN JUAN, PR 00922 | 3/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2125 | $ 97,600.00 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con los bonos o el dinero tomados en préstamo, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado. Tampoco declara, en la evidencia de reclamación o en la documentación de respaldo, que el reclamante no tiene una reclamación contra el Estado Libre Asociado, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado o cualquiera de los deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | OJEDA COLON, RAFAEL F<br>P O BOX 9023392<br>SAN JUAN, PR 00902-3392 | 5/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 41135 | $ 50,167.00 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con los bonos o el dinero tomados en préstamo, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado. Tampoco declara, en la evidencia de reclamación o en la documentación de respaldo, que el reclamante no tiene una reclamación contra el Estado Libre Asociado, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado o cualquiera de los deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | SPERANZA, RONALD V<br>1 HOPE LANE<br>GLEN HEAD, NY 11545 | 6/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 50990 | $ 10,000.00 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con los bonos o el dinero tomados en préstamo, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado. Tampoco declara, en la evidencia de reclamación o en la documentación de respaldo, que el reclamante no tiene una reclamación contra el Estado Libre Asociado, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado o cualquiera de los deudores en virtud del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | SUCESION J. SERRALLES, INC.<br>PO BOX 801201<br>COTO LAUREL, PR 00780-1201 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18372 | $ 40,000.00 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con los bonos o el dinero tomados en préstamo, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado. Tampoco declara, en la evidencia de reclamación o en la documentación de respaldo, que el reclamante no tiene una reclamación contra el Estado Libre Asociado, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado o cualquiera de los deudores en virtud del Título III.

Sexagésima objeción colectiva
Anexo A: Defectuosas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 11 | THE HECTOR L. GONZALEZ CRUZ RETIREMENT PLAN, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO<br>JAVIER GONZALEZ<br>UBS TRUST COMPANY OF PUERTO RICO<br>250 MUNOZ RIVERA AVENUE 10TH FLOOR<br>SAN JUAN, PR 00918 | 6/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 65124 | Indeterminado* |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con los bonos o el dinero tomados en préstamo, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado. Tampoco declara, en la evidencia de reclamación o en la documentación de respaldo, que el reclamante no tiene una reclamación contra el Estado Libre Asociado, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado o cualquiera de los deudores en virtud del Título III.

| | | | | | TOTAL | $ 2,122,767.00* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados