# **EXHIBIT B**

**Declaration of Jay Herriman**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                             Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

**DECLARATION OF JAY HERRIMAN IN SUPPORT**
**OF THE SIXTIETH OMNIBUS OBJECTION (NON-SUBSTANTIVE)**
**OF THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS**

I, Jay Herriman, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am a Managing Director of Alvarez & Marsal North America, LLC ("A&M"). The Financial Oversight and Management Board (the "Oversight Board") retained A&M to assist with, *inter alia*, the claims reconciliation process for the Debtors' cases filed pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2] Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, THE COMMONWEALTH, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

2. In my capacity as a Managing Director of A&M, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' cases filed pursuant to PROMESA. The Debtors' ongoing claims reconciliation process involves the collective effort of a team of A&M employees, as well as Proskauer Rose LLP and O'Neill & Borges LLC, counsel for the Oversight Board, the legal representative for the Commonwealth.

3. I submit this declaration in support of the *Sixtieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Deficient Claims* (the "Sixtieth Omnibus Objection").[3] I have personally reviewed the Sixtieth Omnibus Objection and exhibits thereto and am, accordingly, familiar with the information contained therein.

4. In preparation for filing the Sixtieth Omnibus Objection, and under my direction and/or supervision, each of the claims at issue in the Sixtieth Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate personnel. These efforts resulted in the identification of the claims to be disallowed, as identified in Exhibit A to the Sixtieth Omnibus Objection.

5. To the best of my knowledge, information, and belief, each of the claims listed on Exhibit A to the Sixtieth Omnibus Objection (collectively, the "Deficient Claims") failed to provide a basis for asserting the claim against the Commonwealth. Some of the Deficient Claims purport to be based on one or more bonds, but failed to identify (or provide information that would allow the Debtors to identify) the bond issuer(s) and/or amount(s) allegedly at issue. Other of the Deficient Claims purport generally to be based on bonds issued by the Commonwealth, but failed to provide CUSIP numbers or other information identifying the bond(s) allegedly at issue.

---

[3] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Sixtieth Omnibus Objection.

2

Accordingly, for one or more of these reasons, the Debtors are unable to determine the validity of the Deficient Claims and request that these claims be disallowed in their entirety.

6. Based on the foregoing, and to the best of my knowledge, information and belief, the information contained in the Sixtieth Omnibus Objection and exhibits thereto is true and correct, and the relief requested therein is in the best interests of the Commonwealth and its creditors.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 26, 2019

By: /s/ *Jay Herriman*
Jay Herriman

# **ANEXO B**

**Declaración de Jay Herriman**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*<br><br>                                      Deudores[1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente)<br><br>**Esta presentación se relaciona con el ELA** |

**DECLARACIÓN DE JAY HERRIMAN EN APOYO DE LA SEXAGÉSIMA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO CONTRA LOS RECLAMOS DEFICIENTES**

Yo, Jay Herriman, de conformidad con el artículo 1746 del Título 28 del Código de los Estados Unidos (U.S.C.), por medio de la presente declaro, so pena de incurrir en falso testimonio, que la siguiente declaración es veraz y correcta, según mi mejor conocimiento:

1. Soy director general de Alvarez & Marsal North America, LLC ("A&M"). La Junta de Supervisión y Administración Financiera (la "Junta de Supervisión") contrató a A&M para que le ayudara, entre otras cosas, con el proceso de conciliación de evidencia de reclamos de las causas de los Deudores radicadas conforme a la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2] Salvo disposición en contrario en la presente declaración, tengo conocimiento personal de los hechos aquí expuestos.

---

[1] Los Deudores en estas causas promovidas conforme al Título III, el número de causa para cada Deudor y los últimos cuatro (4) dígitos del número federal de contribuyente de cada uno de ellos, según corresponda, son los siguientes: i) el Estado Libre Asociado de Puerto Rico (el "ELA"), (procedimiento de quiebra núm. 7 BK 3283-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3481); ii) la Corporación del Fondo de Interés Apremiante ("COFINA") (procedimiento de quiebra núm. 17 BK 3284-LTS) (últimos cuatro dígitos del número federal de contribuyente: 8474); ii) la Autoridad de Carreteras y Transportación ("ACT") (procedimiento de quiebra núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3808); iv) la Administración de Sistemas de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ASR") (procedimiento de quiebra núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número federal de contribuyente: 9686); y v) la Autoridad de Energía Eléctrica de Puerto Rico ("AEEPR," y junto con el ELA, la ACT y la ASR, los "Deudores") (procedimiento de quiebra núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3747 ) (Debido a limitaciones informáticas, a los casos promovidos conforme al Título III se les asigna un número como procedimientos de quiebra).

[2] La ley PROMESA ha sido codificada en los artículos 2101-2241 del Título 48 del Código de los Estados Unidos (USC).

2. En mi capacidad de director general de A&M, soy una de las personas responsables de supervisar el proceso de conciliación y presentación de objeciones relativo a los reclamos en el marco de las causas de los Deudores radicadas conforme a PROMESA. El actual proceso de conciliación de las evidencias de reclamos de los Deudores implica un esfuerzo colectivo de un equipo de los empleados de A&M, así como de Proskauer Rose LLP y O'Neill & Borges LLC, abogados de la Junta de Supervisión, el representante legal del ELA.

3. Presento esta declaración en apoyo de la *Sexagésima Objeción Global (no sustantiva) del Estado Libre Asociado de Puerto Rico contra los Reclamos Deficientes* ("la Sexagésima Objeción Global").[3] He revisado personalmente la Sexagésima Objeción Global, y los documentos de prueba relativos a la misma, por lo que estoy familiarizado con la información que contienen.

4. Durante el proceso de preparación para radicar la 60ª Objeción Global, bajo mi dirección y/o supervisión, personal capacitado examinó y analizó cuidadosamente y de buena fe cada uno de las evidencias de reclamos en cuestión en la Sexagésima Objeción Global. Dichos esfuerzos permitieron establecer los reclamos que han de ser rechazados, según se identifica en el Anexo A relativo a la Sexagésima Objeción Global.

5. A mi fiel saber y entender, ninguno de los reclamos enumerados en el Anexo A a la Sexagésima Objeción Global (colectivamente, los "Reclamos Deficientes") prueba que exista algún fundamento para presentar el reclamo ante el ELA. Si bien algunos de los Reclamos Deficientes aducen basarse en uno o más bonos, no indican con claridad quién es el emisor de los bonos ni los montos presuntamente en cuestión, ni brindan información que permita a los Deudores establecer tales datos. Otros reclamos deficientes aducen basarse en general en bonos emitidos por el ELA, pero no incluyen los números CUSIP ni ninguna otra información que permita definir sobre qué bonos versa el reclamo. En consecuencia, por uno o más de estos

---

[3] Los términos en mayúsculas para los que no se indique otra definición tendrán los significados que se les atribuyen en la Sexagésima Objeción Global.

2

motivos, los Deudores no pueden determinar la validez de los Reclamos Deficientes, por lo que solicitan que sean desestimados por completo.

6. Sobre la base de lo anterior, y según mi mejor conocimiento, la información que figura en la Sexagésima Objeción Global y sus anexos es verdadera y correcta, y la medida que se solicita en ella va en fomento de los mejores intereses del ELA y sus acreedores.

7. Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que la declaración que antecede es veraz y correcta, según mi mejor saber y conocimiento.

Fecha: 26 de julio de 2019

Por: [*Firma en versión en inglés*]
Jay Herriman

3