## **EXHIBIT D**

**Proposed Order**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>　　　　　　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

**ORDER GRANTING SIXTIETH**
**OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF**
**THE COMMONWEALTH OF PUERTO RICO TO DEFICIENT CLAIMS**

Upon the *Sixtieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Deficient Claims* ("Sixtieth Omnibus Objection"),[2] dated July 26, 2019, of the Commonwealth of Puerto Rico (the "Commonwealth"), for entry of an order disallowing in their entirety certain claims filed against Commonwealth, as more fully set forth in the Sixtieth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Sixtieth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Sixtieth Omnibus Objection.

notice of the Sixtieth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in <u>Exhibit A</u> to the Sixtieth Omnibus Objection (collectively, the "<u>Deficient Claims</u>") having failed to comply with the applicable rules and the Bar Date Orders by not providing a basis for the claim, such that the Commonwealth cannot determine the validity of the claim; and the Court having determined that the relief sought in the Sixtieth Omnibus Objection is in the best interest of the Commonwealth, its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Sixtieth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Sixtieth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Deficient Claims are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the Deficient Claims from the official claims register in the Commonwealth Title III Case; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

                                      Honorable Judge Laura Taylor Swain
                                      United States District Judge

## **ANEXO D**

**Propuesta de orden**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>   como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*<br>                                    Deudores[1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente)<br><br>**Esta presentación se relaciona con el ELA.** |

**ORDEN QUE OTORGA LA SEXAGÉSIMA OBJECIÓN GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO CONTRA LOS RECLAMOS DEFICIENTES**

Vista la *Sexagésima Objeción Global (no sustantiva) del Estado Libre Asociado de Puerto Rico contra los Reclamos Deficientes* ("Sexagésima Objeción Global")[2] radicada por el Estado Libre Asociado de Puerto Rico (el "ELA"), de fecha 26 de julio de 2019, para que se dicte una orden que declare no ha lugar en su totalidad determinados reclamos radicados contra el ELA, y según se establece con más detalle en la Sexagésima Objeción Global y en sus correspondientes documentos de prueba justificativos; y al tener el Tribunal jurisdicción para conocer la Sexagésima Objeción Global y para conceder el remedio en ella solicitado conforme al artículo 306(a) PROMESA; y siendo la sede judicial apropiada conforme al artículo 307(a) de

---

[1] Los Deudores en estas causas promovidas conforme al Título III, el número de causa para cada Deudor y los últimos cuatro (4) dígitos del número federal de contribuyente de cada uno de ellos, según corresponda, son los siguientes: i) el Estado Libre Asociado de Puerto Rico (el "ELA"), (procedimiento de quiebra núm. 7 BK 3283-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3481); ii) la Corporación del Fondo de Interés Apremiante ("COFINA") (procedimiento de quiebra núm. 17 BK 3284-LTS) (últimos cuatro dígitos del número federal de contribuyente: 8474); ii) la Autoridad de Carreteras y Transportación ("ACT") (procedimiento de quiebra núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3808); iv) la Administración de Sistemas de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ASR") (procedimiento de quiebra núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número federal de contribuyente: 9686); y v) la Autoridad de Energía Eléctrica de Puerto Rico ("AEEPR," y junto con el ELA, COFINA, la ACT y la ASR, los "Deudores") (procedimiento de quiebra núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3747 ) (Debido a limitaciones informáticas, a los casos promovidos conforme al Título III se les asigna un número como procedimientos de quiebra).

[2] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Sexagésima Objeción Global.

PROMESA; y habiéndose efectuado, en forma y plazos, la notificación de la 60ª Objeción Global a aquellas partes que en ella se identifican, sin ser necesario efectuar ninguna otra notificación; y ante la circunstancia de que ninguno de los reclamos definidos en el Anexo A a la Sexagésima Objeción Global (colectivamente, los "Reclamos Deficientes") ha cumplido con las normas aplicables ni con las Mociones de fecha final al no indicar cuáles son los fundamentos de los reclamos, lo que impide al ELA establecer la validez de los reclamos; y habiendo determinado el Tribunal que el remedio solicitado en la Sexagésima Objeción Global redunda en el mejor interés del ELA y sus acreedores, y de la totalidad de las partes interesadas; y habiendo determinado el Tribunal que las bases de hecho y de derecho establecidas en la Sexagésima Objeción Global establecen una causa justificada para el remedio aquí concedido; y tras la debida deliberación y concurriendo suficientes motivos para ello, por el presente

SE ORDENA que SE DECLARE HA LUGAR la Sexagésima Objeción global, según se establece en el presente documento; y, además,

SE ORDENA que los Reclamos Deficientes queden por el presente desestimados en su totalidad; y, además,

SE ORDENA que Prime Clerk quede autorizada, y reciba instrucciones, para eliminar los Reclamos Deficientes del registro oficial de reclamos de la causa del ELA radicada conforme al Título III; y, además,

SE ORDENA que este Tribunal conserve jurisdicción para conocer y resolver la totalidad de los asuntos relacionados con la aplicación, la interpretación o la ejecución de la presente Orden.

Fecha: _____

                              Su Señoría, la juez Laura Taylor Swain
                              Juez de Distrito de los Estados Unidos

2