## EXHIBIT A

**Schedule of Claims Subject to Sixty-First Omnibus Objection**

## Sixty-First Omnibus Objection
## Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ANTOMMATTEI FRONTERA, OSVALDO<br>PO BOX 10567<br>PONCE, PR 00732-0567 | 5/10/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 13707 | $ 5,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 2 | ARROYO MATOS, EDDA M.<br>URB. MASION REAL<br>BOX 404<br>COTO LAUREL, PR 00780-2632 | 9/27/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 167585 | $ 140,000.00* |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 3 | ARROYO RIVERA, LUZ  M.<br>EST REALES<br>94 CALLE PRINCIPE GUILLERMO<br>GUAYNABO, PR 00969-5331 | 6/28/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 119296 | $ 10,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 4 | ARTURO SUAREZ LOPEZ & ILIA M PEREZ<br>BOX 364766<br>SAN JUAN, PR 00936-4766 | 5/16/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 16290 | $ 15,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 5 | ARTURO SUAREZ PEREZ/ SUZETTE ABRAHAM VIZCARRANDO<br>BOX 364842<br>SAN JUAN, PR 00936-4842 | 5/16/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 16305 | $ 10,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 6 | BERNIER, JOSE F.<br>#556 CALLE CUEVILLAS, APT 201<br>SAN JUAN, PR 00907 | 5/14/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 13498 | $ 85,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 7 | BHATIA GAUTIER, LISA E.<br>67 CALLE KRUG<br>APT 3<br>SAN JUAN, PR 00911-1670 | 5/7/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 12832 | $ 15,000.00* |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

## Sixty-First Omnibus Objection
## Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | BUONO ALBARRAN, IVELISSE<br>PO BOX 7293<br>PONCE, PR 00732-7293 | 5/10/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 14202 | $ 175,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 9 | CALLAZO, PEDRO R.<br>PO BOX 330791<br>PONCE, PR 00733-0791 | 4/30/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 11618 | $ 20,000.00* |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 10 | CARRERAS, REINALDO<br>COND SAN VICENTE<br>8169 CALLE CONCORDIA SUITE 210<br>PONCE, PR 00717-1564 | 6/26/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 114409 | $ 5,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 11 | CARTAGENA, HILDA O.<br>C/O JOSE W. CARTAGNA<br>701 AVE PONCE DE LEON SUITE 401<br>SAN JUAN, PR 00907-3248 | 5/24/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 29537 | $ 40,000.00* |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 12 | CARTAGENA, JOSE W<br>701 AVE PONCE DE LEON<br>SUITE 401<br>SAN JUAN, PR 00907-3248 | 5/24/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 29524 | $ 40,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 13 | CASANOVA TIRADO, PEDRO R<br>PO BOX 363247<br>SAN JUAN, PR 00936-3247 | 5/25/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 21407 | $ 25,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 14 | CASANOVA TIRADO, PEDRO R<br>PO BOX 363247<br>SAN JUAN, PR 00936-3247 | 5/25/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 23038 | $ 105,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

## Sixty-First Omnibus Objection
## Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | CASANOVA TIRADO, PEDRO R<br>PO BOX 363247<br>SAN JUAN, PR 00936-3247 | 5/25/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 23784 | $ 60,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 16 | CASTELLS SANTIAGO, MILAGROS<br>C / ONA 163 1ERA 3-A<br>MADRID,  28050<br>SPAIN | 5/14/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 19797 | $ 30,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 17 | CONTE MATOS, AUGUSTO P<br>3481 LAKESIDE DRIVE APT 1608<br>ATLANTA, GA 30326-1314 | 5/14/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 18056 | $ 5,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 18 | COOPACA<br>MR. WILLIAM MENDEZ<br>CALL BOX 1056<br>ARECIBO, PR 00613-1056 | 5/30/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 22195 | $ 1,104,992.51 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 19 | COOPERATIVA DE A/C MOROVENA<br>COOP A/C MOROVENA<br>PO BOX 577<br>MOROVIS, PR 00687 | 5/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 28028 | $ 200,032.50 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 20 | COOPERATIVA DE AHORRO Y CREDITO DE EMPLEADOS DE LA AUTORIDAD DE ENERGIA ELECTRICA<br>COOPAEE<br>PO BOX 6416<br>BAYAMON, PR 00960-5416 | 5/25/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 23239 | $ 26,340.30 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

## Sixty-First Omnibus Objection
## Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | DE JESUS DE PICO, SARA E<br>#59 KINGS COURT, APT. 804<br>SAN JUAN, PR 00911 | 5/15/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 15737 | $ 10,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 22 | DEAN, GONZALO<br>GARDEN HILLS CHALETA 11A<br>CALLE FLAMBOYAN APT. B-3<br>GUAYNABO, PR 00966 | 5/16/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 16112 | $ 10,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 23 | DELGADO, VILMA L.<br>C/CANALS 52 URB BAY VIEW<br>CATANO, PR 00963 | 5/21/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 31124 | $ 30,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 24 | DIAZ LOPEZ, FRANCISCO<br>317 CAMINO FINCA DE LAS POMAROSAS<br>URB. SABANERA<br>CIDRA, PR 00739 | 6/27/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 51899 | $ 5,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 25 | DIAZ MOLINI, HUGO<br>PO BOX 361075<br>SAN JUAN, PR 00936-1075 | 5/3/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 10588 | $ 30,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 26 | DIAZ PIZA, MAGDALENA<br>501 ELISA COLBERG STREET APT 5A<br>SAN JUAN, PR 00907 | 4/26/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 9050 | $ 50,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 27 | DIAZ RODRIGUEZ, MD, RUBEN<br>BAYAMON MEDICAL PLAZA<br>1845 CARR 2 STE 611<br>BAYAMON, PR 00959-7206 | 6/18/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 63384 | $ 193,505.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |

## Sixty-First Omnibus Objection
## Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 28 | DOS SANTOS, MANUEL<br>PO BOX 3206<br>MAYAGUEZ, PR 00681 | 5/2/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 9063 | $ 20,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 29 | ENCARLAN III, FIDEICOMISO<br>PO BOX 9021299<br>SAN JUAN, PR 00902-1299 | 6/27/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 156549 | $ 200,000.00* |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 30 | ESTRELLA WARWAR, RICARDO<br>URB. CALDAS #1974 JOSE FIDALGO DIAZ ST.<br>SAN JUAN, PR 00926-5307 | 6/6/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 71675 | $ 230,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 31 | FIGUEROA LAUGIER, JUAN R.<br>LUISA M. RODRÍGUEZ-LÓPEZ<br>EXECUTRIX<br>URB. ALTAMIRA<br>601 CALLE AUSTRAL<br>SAN JUAN, PR 00920-4201 | 5/18/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 14488 | $ 5,069.38 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 32 | GEIGEL, CARMEN<br>PO BOX 24853<br>FT LAUDERDALE, FL 33307-4853 | 5/16/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 14011 | $ 15,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 33 | GEORGINA PAREDES AS TRUSTEE FOR ALFRED RAMIREZ DE ARELLANO<br>JOSE E ROSARIO<br>PO BOX 191089<br>SAN JUAN, PR 00919-1089 | 6/21/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 99018 | $ 54,756.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |

## Sixty-First Omnibus Objection
## Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 34 | GERARD RAMOS MARTIN Y/O MARIA-INES SUAREZ PEREZ-GUERRA (TEN IN COM) 18 CALLE GAUDI PONCE, PR 00730-1747 | 5/17/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 29008 | $ 10,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| 35 | GOLDSTEIN, SYLVIA 8 EAST NORMANDY DRIVE WEST HARTFORD, CT 06107 | 5/9/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 10272 | $ 5,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| 36 | GUZMAN DE VINCENTY, MARGARITA CHARLES A. CUPRILL, ESQ. 356 FORTALEZA STREET SECOND FLOOR SAN JUAN, PR 00901 | 9/1/2017 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 240 | $ 140,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| 37 | GUZMAN, MARGARITA URB LA ALHAMBRA 1809 CALE ALCAZAR PONCE, PR 00716 | 5/2/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 11499 | $ 210,000.00* |

Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| 38 | IZQUIERDO STELLA, HILDA A 1632 NAVARRA RAMBLA PONCE, PR 00730-4059 | 5/2/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 11666 | $ 5,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| 39 | JIMENEZ, RAFAEL J PO BOX 1793 LAS PIEDRAS, PR 00771-1793 | 5/1/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 11183 | $ 5,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| 40 | LESPIER SANTIAGO, ROSA EXT. ALHAMBRA 1703 CALLE JEREZ PONCE, PR 00716-3807 | 5/1/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 11529 | $ 20,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

## Sixty-First Omnibus Objection
## Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 41 | LOPEZ-DUPREY, MAYRA<br>316 SPAULDING CV<br>LAKE MARY, FL 32746-4324 | 5/25/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 36816 | $ 11,368.29 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 42 | LOPEZ-DUPREY, MRS. HAYDEE<br>PLAZA ATHENEE #1603 ORTEGON AVE<br>GUAYNABO, PR 00966-2536 | 5/25/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 27127 | $ 11,368.29 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 43 | LOPEZ-DUPREY, RENE PATRICIO<br>2019 PASCO DR<br>SEBRING, FL 33870-1720 | 5/25/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 40947 | $ 5,254.36 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 44 | LOPEZ-MOLINA, MYRTA<br>W3-66 B. GRACIAN ST<br>SAN JUAN, PR 00926 | 5/17/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 17853 | $ 55,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 45 | MARGARITA GUZMAN DE VINCENTY & THE ESTATE OF PEDRO VINCENTY<br>CHARLES A. CUPRILL, ESQ.<br>356 FORTALEZA STREET SECOND FLOOR<br>SAN JUAN, PR 00901 | 9/1/2017 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 217 | $ 100,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 46 | MARISTANY, JOSEFINA<br>PO BOX 330185<br>PONCE, PR 00733 | 5/22/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 25011 | $ 5,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 47 | MARQUEL GARCIA, LUIS A<br>600 AVE CESAR GONZALEZ<br>CONDAMINIA PARQUE DE LOYOLA<br>APT 2106<br>SAN JUAN, PR 00918 | 5/24/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 27112 | $ 60,000.00* |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

## Sixty-First Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 48 | MARTIN CLAUSELLS, ISMAEL<br>4134 CALLE AURORA<br>PONCE, PR 00717-1203 | 5/17/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 12691 | $ 35,500.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 49 | MARTIN-SURIA, JORGE R.<br>P.O. BOX 331283<br>PONCE, PR 00733 | 5/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 41513 | $ 82,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 50 | MCS ADVANTAGE, INC.<br>PO BOX 193310<br>SAN JUAN, PR 00919 | 6/27/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 57277 | $ 575,000.00* |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 51 | MUNOZ TORRES, MARIO B<br>PO BOX 330990<br>PONCE, PR 00733-0990 | 5/11/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 19340 | $ 20,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 52 | PICO ABARCA, EMELIE<br>MAVIS GARDEN HILLS, F4 CALLE 6<br>GUAYNABO, PR 00966-2710 | 5/24/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 31876 | $ 55,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 53 | PICO VIDAL, ARUTRO ALBERTO<br>P.O. BOX 7545<br>PONCE, PR 00732-7545 | 5/4/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 11732 | $ 35,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 54 | PICO, JR., ALBERTO J.<br>ALBERTO J. PICO-GONZALEZ<br>#59 KINGS COURT<br>APT. 804<br>SAN JUAN, PR 00911 | 5/15/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 15639 | $ 10,000.00* |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

## Sixty-First Omnibus Objection
## Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 55 | QUILICHINI PAZ, FLORENCE<br>PO BOX 9020895<br>SAN JUAN, PR 00902-0895 | 5/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 23717 | $ 5,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 56 | RADAMES MUÑIZ AND EMMA M. DE MUÑIZ<br>ADSUAR MUNIZ GOYCO SEDA & PEREZ OCHOA, P.S.C.<br>PO BOX 70294<br>SAN JUAN, PR 00936-8294 | 6/12/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 46815 | $ 105,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 57 | RAMOS MARTIN, ROBERT<br>37 FRANCISCO OLLER ST.<br>PONCE, PR 00730 | 5/15/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 30824 | $ 130,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 58 | RAMOS, RONALD<br>139 CAVV. 177 COND. SANTA MARIA 1204<br>SAN JUAN, PR 00926 | 5/14/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 15789 | $ 10,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 59 | RIVERA ABREU, JUAN C<br>PO BOX 363247<br>SAN JUAN, PR 00936-3247 | 5/25/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 22586 | $ 55,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 60 | ROBLES BIDOT, JAIME<br>25 MUNOZ RIVERA AVE.<br>COND. BAHIA PLAZA 701<br>SAN JUAN, PR 00901 | 5/24/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 33355 | $ 30,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 61 | RODRIGUEZ GONZALEZ, ANGEL  A.<br>300 BLVD DE LA MANTANA<br>BOX 646<br>SAN JUAN, PR 00926-7029 | 5/21/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 18246 | $ 50,000.00 |

Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s).

## Sixty-First Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 62 | RODRIQUEZ, CARLOS<br>PO BOX 10208<br>SAN JUAN, PR 00922 | 5/29/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 27731 | $ 25,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 63 | ROMAGUERA, ELDA<br>MANS DE VILLANOVA E1-12 CALLE D<br>SAN JUAN, PR 00926 | 4/10/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 5557 | $ 165,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 64 | RUIZ, DOMINGO BUONO<br>PO BOX 253<br>CIDIA, PR 00739 | 5/8/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 12380 | $ 250,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 65 | SERRALLES, MICHAEL J.<br>PO BOX 360<br>MERCEDITA, PR 00715-0360 | 5/16/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 28067 | $ 5,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 66 | SUAREZ PEREZ-GUERRA, MARIA-INES<br>18 CALLE GAUDI<br>PONCE, PR 00730-1747 | 5/17/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 22283 | $ 45,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 67 | SUPER PLASTICO, INC.<br>CALLE COMERIO 206<br>BAYAMON, PR 00959-5358 | 5/23/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 28286 | $ 135,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 68 | VALDIVIESO, ADA R.<br>P.O. BOX 1144<br>PENUELAS, PR 00624 | 5/14/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 21643 | $ 5,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

## Sixty-First Omnibus Objection
## Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 69 | VIDAL, THELMA<br>1901 24TH STREET CIRCLE W<br>PALMETTO, FL 34221 | 5/14/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 11765 | $ 20,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 70 | VINCENTY GUZMAN, CLAUDIA<br>CALLE 7C10 MANSIONES GARDEN HILLS<br>GUAYNABO, PR 00966 | 5/9/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 14078 | $ 20,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 71 | VINCENTY GUZMAN, PEDRO MANUEL<br>19 E 95 ST. APT. 2R<br>NEW YORK CITY, NY 10128 | 5/11/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 22246 | $ 20,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 72 | VINCENTY, MARGARITA M<br>CALLE SALUD 1367<br>PONCE, PR 00717 | 5/9/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 15285 | $ 25,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 73 | WALDER, KARL<br>PO BOX 16783<br>SAN JUAN, PR 00908-6783 | 4/11/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 6738 | $ 10,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| | | | | | TOTAL | $ 5,535,186.63* |

* Indicates claim contains unliquidated and/or undetermined amounts