# ANEXO A

**Lista de reclamos sujetos a la Sexagésima Primera Objeción Global**

## Sexagésimo primera objeción colectiva
### Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ANTOMMATTEI FRONTERA, OSVALDO<br>PO BOX 10567<br>PONCE, PR 00732-0567 | 5/10/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 13707 | $ 5,000.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | ARROYO MATOS, EDDA M.<br>URB. MASION REAL<br>BOX 404<br>COTO LAUREL, PR 00780-2632 | 9/27/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 167585 | $ 140,000.00* |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | ARROYO RIVERA, LUZ M.<br>EST REALES<br>94 CALLE PRINCIPE GUILLERMO<br>GUAYNABO, PR 00969-5331 | 6/28/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 119296 | $ 10,000.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | ARTURO SUAREZ LOPEZ & ILIA M PEREZ<br>BOX 364766<br>SAN JUAN, PR 00936-4766 | 5/16/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 16290 | $ 15,000.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | ARTURO SUAREZ PEREZ/ SUZETTE ABRAHAM VIZCARRANDO<br>BOX 364842<br>SAN JUAN, PR 00936-4842 | 5/16/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 16305 | $ 10,000.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | BERNIER, JOSE F.<br>#556 CALLE CUEVILLAS, APT 201<br>SAN JUAN, PR 00907 | 5/14/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 13498 | $ 85,000.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

Sexagésimo primera objeción colectiva
Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | BHATIA GAUTIER, LISA E.<br>67 CALLE KRUG<br>APT 3<br>SAN JUAN, PR 00911-1670 | 5/7/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 12832 | $ 15,000.00* |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 8 | BUONO ALBARRAN, IVELISSE<br>PO BOX 7293<br>PONCE, PR 00732-7293 | 5/10/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 14202 | $ 175,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 9 | CALLAZO, PEDRO R.<br>PO BOX 330791<br>PONCE, PR 00733-0791 | 4/30/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 11618 | $ 20,000.00* |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 10 | CARRERAS, REINALDO<br>COND SAN VICENTE<br>8169 CALLE CONCORDIA SUITE 210<br>PONCE, PR 00717-1564 | 6/26/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 114409 | $ 5,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 11 | CARTAGENA, HILDA O.<br>C/O JOSE W. CARTAGNA<br>701 AVE PONCE DE LEON SUITE 401<br>SAN JUAN, PR 00907-3248 | 5/24/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 29537 | $ 40,000.00* |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 12 | CARTAGENA, JOSE W<br>701 AVE PONCE DE LEON<br>SUITE 401<br>SAN JUAN, PR 00907-3248 | 5/24/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 29524 | $ 40,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |

## Sexagésimo primera objeción colectiva
### Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | CASANOVA TIRADO, PEDRO R<br>PO BOX 363247<br>SAN JUAN, PR 00936-3247 | 5/25/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 21407 | $ 25,000.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 14 | CASANOVA TIRADO, PEDRO R<br>PO BOX 363247<br>SAN JUAN, PR 00936-3247 | 5/25/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 23038 | $ 105,000.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 15 | CASANOVA TIRADO, PEDRO R<br>PO BOX 363247<br>SAN JUAN, PR 00936-3247 | 5/25/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 23784 | $ 60,000.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 16 | CASTELLS SANTIAGO, MILAGROS<br>C / ONA 163 1ERA 3-A<br>MADRID, 28050<br>SPAIN | 5/14/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 19797 | $ 30,000.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 17 | CONTE MATOS, AUGUSTO P<br>3481 LAKESIDE DRIVE APT 1608<br>ATLANTA, GA 30326-1314 | 5/14/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 18056 | $ 5,000.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 18 | COOPACA<br>MR. WILLIAM MENDEZ<br>CALL BOX 1056<br>ARECIBO, PR 00613-1056 | 5/30/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 22195 | $ 1,104,992.51 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

## Sexagésimo primera objeción colectiva
## Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 19 | COOPERATIVA DE A/C MOROVENA<br>COOP A/C MOROVENA<br>PO BOX 577<br>MOROVIS, PR 00687 | 5/29/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 28028 | $ 200,032.50 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 20 | COOPERATIVA DE AHORRO Y CREDITO DE EMPLEADOS DE LA AUTORIDAD DE ENERGIA ELECTRICA<br>COOPAEE<br>PO BOX 6416<br>BAYAMON, PR 00960-5416 | 5/25/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 23239 | $ 26,340.30 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 21 | DE JESUS DE PICO, SARA E<br>#59 KINGS COURT, APT. 804<br>SAN JUAN, PR 00911 | 5/15/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 15737 | $ 10,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 22 | DEAN, GONZALO<br>GARDEN HILLS CHALETA 11A<br>CALLE FLAMBOYAN APT. B-3<br>GUAYNABO, PR 00966 | 5/16/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 16112 | $ 10,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 23 | DELGADO, VILMA L.<br>C/CANALS 52 URB BAY VIEW<br>CATANO, PR 00963 | 5/21/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 31124 | $ 30,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 24 | DIAZ LOPEZ, FRANCISCO<br>317 CAMINO FINCA DE LAS POMAROSAS<br>URB. SABANERA<br>CIDRA, PR 00739 | 6/27/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 51899 | $ 5,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |

## Sexagésimo primera objeción colectiva
### Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 25 | DIAZ MOLINI, HUGO<br>PO BOX 361075<br>SAN JUAN, PR 00936-1075 | 5/3/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 10588 | $ 30,000.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | DIAZ PIZA, MAGDALENA<br>501 ELISA COLBERG STREET APT 5A<br>SAN JUAN, PR 00907 | 4/26/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 9050 | $ 50,000.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | DIAZ RODRIGUEZ, MD, RUBEN<br>BAYAMON MEDICAL PLAZA<br>1845 CARR 2 STE 611<br>BAYAMON, PR 00959-7206 | 6/18/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 63384 | $ 193,505.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | DOS SANTOS, MANUEL<br>PO BOX 3206<br>MAYAGUEZ, PR 00681 | 5/2/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 9063 | $ 20,000.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | ENCARLAN III, FIDEICOMISO<br>PO BOX 9021299<br>SAN JUAN, PR 00902-1299 | 6/27/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 156549 | $ 200,000.00* |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | ESTRELLA WARWAR, RICARDO<br>URB. CALDAS #1974 JOSE FIDALGO DIAZ ST.<br>SAN JUAN, PR 00926-5307 | 6/6/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 71675 | $ 230,000.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

Sexagésimo primera objeción colectiva
Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 31 | FIGUEROA LAUGIER, JUAN R. LUISA M. RODRÍGUEZ-LÓPEZ EXECUTRIX URB. ALTAMIRA 601 CALLE AUSTRAL SAN JUAN, PR 00920-4201 | 5/18/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 14488 | $ 5,069.38 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 32 | GEIGEL, CARMEN PO BOX 24853 FT LAUDERDALE, FL 33307-4853 | 5/16/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 14011 | $ 15,000.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 33 | GEORGINA PAREDES AS TRUSTEE FOR ALFRED RAMIREZ DE ARELLANO JOSE E ROSARIO PO BOX 191089 SAN JUAN, PR 00919-1089 | 6/21/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 99018 | $ 54,756.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 34 | GERARD RAMOS MARTIN Y/O MARIA-INES SUAREZ PEREZ-GUERRA (TEN IN COM) 18 CALLE GAUDI PONCE, PR 00730-1747 | 5/17/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 29008 | $ 10,000.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 35 | GOLDSTEIN, SYLVIA 8 EAST NORMANDY DRIVE WEST HARTFORD, CT 06107 | 5/9/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 10272 | $ 5,000.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 36 | GUZMAN DE VINCENTY, MARGARITA CHARLES A. CUPRILL, ESQ. 356 FORTALEZA STREET SECOND FLOOR SAN JUAN, PR 00901 | 9/1/2017 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 240 | $ 140,000.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

Sexagésimo primera objeción colectiva
Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 37 | GUZMAN, MARGARITA<br>URB LA ALHAMBRA<br>1809 CALE ALCAZAR<br>PONCE, PR 00716 | 5/2/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 11499 | $ 210,000.00* |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 38 | IZQUIERDO STELLA, HILDA A<br>1632 NAVARRA RAMBLA<br>PONCE, PR 00730-4059 | 5/2/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 11666 | $ 5,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 39 | JIMENEZ, RAFAEL J<br>PO BOX 1793<br>LAS PIEDRAS, PR 00771-1793 | 5/1/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 11183 | $ 5,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 40 | LESPIER SANTIAGO, ROSA<br>EXT. ALHAMBRA 1703 CALLE JEREZ<br>PONCE, PR 00716-3807 | 5/1/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 11529 | $ 20,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 41 | LOPEZ-DUPREY, MAYRA<br>316 SPAULDING CV<br>LAKE MARY, FL 32746-4324 | 5/25/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 36816 | $ 11,368.29 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 42 | LOPEZ-DUPREY, MRS. HAYDEE<br>PLAZA ATHENEE #1603 ORTEGON AVE<br>GUAYNABO, PR 00966-2536 | 5/25/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 27127 | $ 11,368.29 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 43 | LOPEZ-DUPREY, RENE PATRICIO<br>2019 PASCO DR<br>SEBRING, FL 33870-1720 | 5/25/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 40947 | $ 5,254.36 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Sexagésimo primera objeción colectiva
### Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 44 | LOPEZ-MOLINA, MYRTA<br>W3-66 B. GRACIAN ST<br>SAN JUAN, PR 00926 | 5/17/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 17853 | $ 55,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 45 | MARGARITA GUZMAN DE VINCENTY & THE ESTATE OF PEDRO VINCENTY<br>CHARLES A. CUPRILL, ESQ.<br>356 FORTALEZA STREET SECOND FLOOR<br>SAN JUAN, PR 00901 | 9/1/2017 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 217 | $ 100,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 46 | MARISTANY, JOSEFINA<br>PO BOX 330185<br>PONCE, PR 00733 | 5/22/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 25011 | $ 5,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 47 | MARQUEL GARCIA, LUIS A<br>600 AVE CESAR GONZALEZ<br>CONDAMINIA PARQUE DE LOYOLA<br>APT 2106<br>SAN JUAN, PR 00918 | 5/24/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 27112 | $ 60,000.00* |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 48 | MARTIN CLAUSELLS, ISMAEL<br>4134 CALLE AURORA<br>PONCE, PR 00717-1203 | 5/17/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 12691 | $ 35,500.00 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 49 | MARTIN-SURIA, JORGE R.<br>P.O. BOX 331283<br>PONCE, PR 00733 | 5/29/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 41513 | $ 82,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |

## Sexagésimo primera objeción colectiva
## Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 50 | MCS ADVANTAGE, INC.<br>PO BOX 193310<br>SAN JUAN, PR 00919 | 6/27/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 57277 | $ 575,000.00* |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 51 | MUNOZ TORRES, MARIO B<br>PO BOX 330990<br>PONCE, PR 00733-0990 | 5/11/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 19340 | $ 20,000.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 52 | PICO ABARCA, EMELIE<br>MAVIS GARDEN HILLS, F4 CALLE 6<br>GUAYNABO, PR 00966-2710 | 5/24/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 31876 | $ 55,000.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 53 | PICO VIDAL, ARUTRO ALBERTO<br>P.O. BOX 7545<br>PONCE, PR 00732-7545 | 5/4/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 11732 | $ 35,000.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 54 | PICO, JR., ALBERTO J.<br>ALBERTO J. PICO-GONZALEZ<br>#59 KINGS COURT<br>APT. 804<br>SAN JUAN, PR 00911 | 5/15/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 15639 | $ 10,000.00* |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 55 | QUILICHINI PAZ, FLORENCE<br>PO BOX 9020895<br>SAN JUAN, PR 00902-0895 | 5/29/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 23717 | $ 5,000.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

## Sexagésimo primera objeción colectiva
### Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 56 | RADAMES MUÑIZ AND EMMA M. DE MUÑIZ<br>ADSUAR MUNIZ GOYCO SEDA & PEREZ OCHOA, P.S.C.<br>PO BOX 70294<br>SAN JUAN, PR 00936-8294 | 6/12/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 46815 | $105,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 57 | RAMOS MARTIN, ROBERT<br>37 FRANCISCO OLLER ST.<br>PONCE, PR 00730 | 5/15/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 30824 | $130,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 58 | RAMOS, RONALD<br>139 CAVV. 177 COND. SANTA MARIA 1204<br>SAN JUAN, PR 00926 | 5/14/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 15789 | $10,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 59 | RIVERA ABREU, JUAN C<br>PO BOX 363247<br>SAN JUAN, PR 00936-3247 | 5/25/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 22586 | $55,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 60 | ROBLES BIDOT, JAIME<br>25 MUNOZ RIVERA AVE.<br>COND. BAHIA PLAZA 701<br>SAN JUAN, PR 00901 | 5/24/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 33355 | $30,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 61 | RODRIGUEZ GONZALEZ, ANGEL A.<br>300 BLVD DE LA MANTANA<br>BOX 646<br>SAN JUAN, PR 00926-7029 | 5/21/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 18246 | $50,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |

## Sexagésimo primera objeción colectiva
### Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 62 | RODRIQUEZ, CARLOS<br>PO BOX 10208<br>SAN JUAN, PR 00922 | 5/29/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 27731 | $ 25,000.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 63 | ROMAGUERA, ELDA<br>MANS DE VILLANOVA E1-12 CALLE D<br>SAN JUAN, PR 00926 | 4/10/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 5557 | $ 165,000.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 64 | RUIZ, DOMINGO BUONO<br>PO BOX 253<br>CIDIA, PR 00739 | 5/8/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 12380 | $ 250,000.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 65 | SERRALLES, MICHAEL J.<br>PO BOX 360<br>MERCEDITA, PR 00715-0360 | 5/16/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 28067 | $ 5,000.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 66 | SUAREZ PEREZ-GUERRA, MARIA-INES<br>18 CALLE GAUDI<br>PONCE, PR 00730-1747 | 5/17/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 22283 | $ 45,000.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 67 | SUPER PLASTICO, INC.<br>CALLE COMERIO 206<br>BAYAMON, PR 00959-5358 | 5/23/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 28286 | $ 135,000.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

| | | | | | | |
|---|---|---|---|---|---|---|
| 68 | VALDIVIESO, ADA R.<br>P.O. BOX 1144<br>PENUELAS, PR 00624 | 5/14/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 21643 | $ 5,000.00 |

Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos.

## Sexagésimo primera objeción colectiva
## Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 69 | VIDAL, THELMA<br>1901 24TH STREET CIRCLE W<br>PALMETTO, FL 34221 | 5/14/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 11765 | $ 20,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 70 | VINCENTY GUZMAN, CLAUDIA<br>CALLE 7C10 MANSIONES GARDEN HILLS<br>GUAYNABO, PR 00966 | 5/9/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 14078 | $ 20,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 71 | VINCENTY GUZMAN, PEDRO MANUEL<br>19 E 95 ST. APT. 2R<br>NEW YORK CITY, NY 10128 | 5/11/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 22246 | $ 20,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 72 | VINCENTY, MARGARITA M<br>CALLE SALUD 1367<br>PONCE, PR 00717 | 5/9/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 15285 | $ 25,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| 73 | WALDER, KARL<br>PO BOX 16783<br>SAN JUAN, PR 00908-6783 | 4/11/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 6738 | $ 10,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |
| | | | | | TOTAL | $ 5,535,186.63* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados