## **EXHIBIT B**

**Declaration of Jay Herriman**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br>　　　　　　　　　　　　　Debtors.¹ | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to HTA.** |

**DECLARATION OF JAY HERRIMAN
IN SUPPORT OF THE SIXTY-FIRST OMNIBUS OBJECTION
(NON-SUBSTANTIVE) OF THE PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY TO DUPLICATE BOND CLAIMS**

I, Jay Herriman, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am a Managing Director of Alvarez & Marsal North America, LLC ("A&M"). The Financial Oversight and Management Board (the "Oversight Board") retained A&M to assist with, *inter alia*, the claims reconciliation process for the Debtors' cases filed pursuant to *the Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").² Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

² PROMESA is codified at 48 U.S.C. §§ 2101-2241.

2. In my capacity as a Managing Director of A&M, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' cases filed pursuant to PROMESA. The Debtors' ongoing claims reconciliation process involves the collective effort of a team of A&M employees, as well as Proskauer Rose LLP and O'Neill & Borges LLC, counsel for the Oversight Board, the legal representative for HTA.

3. I submit this declaration in support of the *Sixty-First Omnibus (Non-Substantive) Objection of Puerto Rico Highways and Transportation Authority to Duplicate Bond Claims* (the "Sixty-First Omnibus Objection").[3] I have personally reviewed the Sixty-First Omnibus Objection and exhibits thereto and am, accordingly, familiar with the information contained therein.

4. In preparation for filing the Sixty-First Omnibus Objection, and under my direction and/or supervision, each of the claims at issue in the Sixty-First Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate personnel. These efforts resulted in the identification of the claims to be disallowed, as identified in Exhibit A to the Sixty-First Omnibus Objection.

5. To the best of my knowledge, information, and belief, the claims listed on Exhibit A to the Sixty-First Omnibus Objection (the "Duplicate Bond Claims") assert liabilities associated with one or more bonds issued by HTA that are duplicative of one or more of the Master Proofs of Claim filed in the HTA Title III Case by the fiscal agent or trustee for such bonds pursuant to the Bar Date Orders. Accordingly, to prevent multiple recoveries by the claimants, HTA requests that these Duplicate Bond Claims be disallowed in their entirety.

---

[3] Capitalized terms used but not defined herein shall have the meanings set forth in the Sixty-First Omnibus Objection.

2

6. Based on the foregoing, and to the best of my knowledge, information and belief, the information contained in the Sixty-First Omnibus Objection and exhibits thereto is true and correct, and the relief requested therein is in the best interests of HTA and its creditors.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 26, 2019

By:   /s/ *Jay Herriman*
       Jay Herriman

3

## **ANEXO B**

**Declaración de Jay Herriman**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*<br><br>                                  Deudores[1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente)<br><br>**Esta presentación se relaciona con la ACT.** |

**DECLARACIÓN DE JAY HERRIMAN EN APOYO DE LA SEXAGÉSIMA PRIMERA OBJECIÓN GLOBAL (NO SUSTANTIVA) DE LA ADMINISTRACIÓN DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO CONTRA LOS RECLAMOS DUPLICADOS POR BONOS**

Yo, Jay Herriman, de conformidad con el artículo 1746 del Título 28 del Código de los Estados Unidos (U.S.C.), por medio de la presente declaro, so pena de incurrir en falso testimonio, que la siguiente declaración es cierta y correcta, según mi mejor conocimiento:

1.      Soy director general de Alvarez & Marsal North America, LLC ("A&M"). La Junta de Supervisión y Administración Financiera (la "Junta de Supervisión") contrató a A&M para que le ayudara, entre otras cosas, con el proceso de conciliación de reclamos de las causas de los Deudores radicadas conforme a la *Ley para la Supervisión, Administración y Estabilidad*

---

[1] Los Deudores en estas causas promovidas conforme al Título III, el número de causa para cada Deudor y los últimos cuatro (4) dígitos del número federal de contribuyente de cada uno de ellos, según corresponda, son los siguientes: i) el Estado Libre Asociado de Puerto Rico (el "ELA"), (procedimiento de quiebra núm. 7 BK 3283-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3481); ii) la Corporación del Fondo de Interés Apremiante ("COFINA") (procedimiento de quiebra núm. 17 BK 3284-LTS) (últimos cuatro dígitos del número federal de contribuyente: 8474); ii) la Autoridad de Carreteras y Transportación ("ACT") (procedimiento de quiebra núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3808); iv) la Administración de Sistemas de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ASR") (procedimiento de quiebra núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número federal de contribuyente: 9686; y v) la Autoridad de Energía Eléctrica de Puerto Rico ("AEEPR") , y junto con el ELA, COFINA, la ACT y la ASR, los "Deudores" (procedimiento de quiebra núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3747 ) (Debido a limitaciones informáticas, a los casos promovidos conforme al Título III se les asigna un número como procedimientos de quiebra).

*Económica de Puerto Rico* ("PROMESA").[2] Salvo disposición en contrario en la presente declaración, tengo conocimiento personal de los hechos aquí expuestos.

2. En mi capacidad de director general de A&M, soy una de las personas responsables de supervisar el proceso de conciliación y presentación de objeciones relativo a los reclamos en el marco de las causas de los Deudores radicadas conforme a PROMESA. El actual proceso de conciliación de reclamos de los Deudores implica un esfuerzo colectivo de un equipo de los empleados de A&M, así como de Proskauer Rose LLP y O'Neill & Borges LLC, abogados de la Junta de Supervisión, el representante legal de la ACT.

3. Presento esta declaración en apoyo de la *Sexagésima primera Objeción Global (no sustantiva) de la Autoridad de Carreteras y Transportación de Puerto Rico contra los Reclamos Duplicados Por Bonos* (la "Sexagésima Primera Objeción Global").[3] He revisado personalmente la Sexagésima Primera Objeción Global, y los documentos de prueba relativos a la misma, por lo que estoy familiarizado con la información que contienen.

4. Durante el proceso de preparación para radicar la Sexagésima Primera Objeción Global, bajo mi dirección y/o supervisión, personal capacitado examinó y analizó cuidadosamente y de buena fe cada uno de los reclamos en cuestión en la Sexagésima Primera Objeción Global. Dichos esfuerzos permitieron establecer los reclamos que han de ser rechazados, según se identifican en el Anexo A relativo a la Sexagésima Primera Objeción Global.

5. A mi fiel saber y entender, en los reclamos enumerados en el **Anexo A** a la Sexagésima Primera Objeción Global (los "Reclamos Duplicados por Bonos") se aduce la

---

[2] La ley PROMESA ha sido codificada en los artículos 2101-2241 del Título 48 del Código de los Estados Unidos (USC).

[3] Todos los términos en mayúsculas utilizados pero no definidos en el presente tendrán los significados que se les asignan en la Sexagésima Primera Objeción Global.

2

existencia de obligaciones asociadas con uno o más de los bonos emitidos por la ACT que duplican una o más de las evidencias maestras de reclamos que el agente fiscal o el fiduciario para dichos bonos, de conformidad con las Mociones de fecha final, presentaron en la causa de la ACT promovida conforme al Título III. En consecuencia, para evitar que las demandantes recuperen montos duplicados, la ACT solicita que estos Reclamos Duplicados por Bonos sean desestimados en su totalidad.

6. Sobre la base de lo anterior, y a mi fiel saber y entender, la información que figura en la Sexagésima Primera Objeción Global y sus anexos es verdadera y correcta, y la medida que se solicita en ella va en fomento de los mejores intereses de la ACT y sus acreedores.

7. Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que la declaración que antecede es cierta y correcta, según mi mejor conocimientor.

Fecha: 26 de julio, 2019

                                                     Por: [*Firma en versión en inglés*]
                                                                           Jay Herriman

3