# **EXHIBIT C**

**Notice**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to HTA.** |

NOTICE OF THE SIXTY-FIRST OMNIBUS OBJECTION
(NON-SUBSTANTIVE) OF THE PUERTO RICO HIGHWAYS
AND TRANSPORTATION AUTHORITY TO DUPLICATE BOND CLAIMS

> **IF YOUR CLAIM IS LISTED ON EXHIBIT A TO THE OMNIBUS OBJECTION, IT IS LISTED BECAUSE THE TRUSTEE OR FISCAL AGENT FOR THE SERIES OF BONDS RELATED TO YOUR CLAIM HAS FILED A MASTER PROOF OF CLAIM ON BEHALF OF ALL HOLDERS OF SUCH BONDS, INCLUDING YOU.  YOU DO NOT HAVE TO FILE A RESPONSE TO THE OMNIBUS OBJECTION IN ORDER TO PROTECT YOUR RIGHTS ON ACCOUNT OF THE CLAIM(S) ASSERTED BY THE TRUSTEE OR FISCAL AGENT ON BEHALF OF YOU.  THE OMNIBUS OBJECTION WILL PRESERVE YOUR CLAIM, AS ASSERTED BY THE TRUSTEE OR FISCAL AGENT ON BEHALF OF YOU, FOR DETERMINATION AT A LATER DATE AND YOU WILL RECEIVE NOTICE OF FURTHER PROCEEDINGS.**

**PLEASE TAKE NOTICE THAT**, on July 26, 2019, the Puerto Rico Highways and Transportation Authority ("HTA"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as HTA's representative pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[1] filed the *Sixty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority to Duplicate Bond Claims* (the "Omnibus Objection") with the United States District Court for the District of Puerto Rico (the "Court").[2]

---

[1]  PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[2]  Capitalized terms used but not defined herein shall have the meanings set forth in the Omnibus Objection.

**OVERVIEW**

- **PLEASE CHECK IF YOUR CLAIM(S) IS/ARE LISTED ON <u>EXHIBIT A</u> TO THE OMNIBUS OBJECTION.**

- **If your claim(s) is/are <u>NOT</u> listed on Exhibit A, your claim will not be affected by the Omnibus Objection, and you <u>DO NOT</u> have to do anything.**

- If your claim(s) is/are listed on **<u>Exhibit A</u>** to the Omnibus Objection, the trustee or fiscal agent (the "<u>Trustee</u>") for the series of bonds related to your claim(s) has filed a claim on behalf of all holders of such bonds, including you (the "<u>Master Claim</u>"). HTA is seeking to disallow your claims(s) listed on Exhibit A because the Trustee has already asserted your claim(s) on your behalf through the Master Claim.

- **Because your claim has been asserted through the Master Claim, you will still have a claim asserted against HTA.**

- YOU SHOULD READ THIS NOTICE AND THE OMNIBUS OBJECTION CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

- Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.

- **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Time) (Spanish available).**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

[*Additional Pages Follow*]

**IMPORTANT NOTICE PURSUANT TO LOCAL RULE 3007-1**

Any party against whom this Omnibus Objection has been served, or any other party to the action who objects to the relief sought herein, shall serve and file a response to the Omnibus Objection with the clerk's office of the United States District Court for the District of Puerto Rico by **4:00 p.m. (Atlantic Time)** on **August 28, 2019**, unless otherwise extended, in writing, by HTA. If no response is filed within the time allowed herein, the Omnibus Objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the Court may schedule a hearing.

## Critical Information for Claimants Choosing to File a Response

**Who is Required to File a Response**. Any party who disputes the Omnibus Objection is required to file a response in accordance with the procedures set forth herein. If a party whose claim is subject to the Omnibus Objection does not file and serve a response in compliance with the procedures herein, the Court may grant the Omnibus Objection with respect to such claim without further notice to the claimant. As explained above, even if you do not respond, your claim will be preserved, as asserted by the Trustee on behalf of you, for determination at a later date and you will receive notice of further proceedings.

**Who is NOT Required to File a Response.** If you do not oppose the disallowance of your claim(s) that are listed on Exhibit A to the Omnibus Objection, then you do not need to file a written response to the Omnibus Objection and you do not need to appear at the hearing on the Omnibus Objection (described below). Additionally, the Omnibus Objection only applies to the claims listed on Exhibit A to the Omnibus Objection, a copy of which is available free online at https://cases.primeclerk.com/puertorico. No response is required if your claim is not listed on Exhibit A to the Omnibus Objection.

**Deadline for Filing a Response**. Your response will be deemed timely **only if** it is filed with the Court **and** served by **4:00 p.m. (Atlantic Time)** on **August 28, 2019**, unless otherwise extended, in writing, by HTA or upon written request to the Court and order of the Court extending the deadline.

**The deadline for filing and serving a response is
4:00 p.m. (Atlantic Time) on August 28, 2019.**

**Hearing on the Omnibus Objection**. If a response is properly filed and served in accordance with this notice, a hearing on the Omnibus Objection and the response will be held at **9:30 a.m. (Atlantic Time) on September 11, 2019**, before The Honorable Laura Taylor Swain at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. If you file a response to the Omnibus Objection, then you should plan to appear at the hearing on the Omnibus Objection. HTA, however, reserves the right, on three (3) business days' notice, to adjourn the hearing with respect to the Omnibus Objection and the response.

The Debtors may file a reply to your response or reply in oral argument at the hearing. The Debtors are permitted to file their reply no later than seven (7) calendar days before the hearing on the Omnibus Objection and the response.

**THE COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED AND SERVED BY THE RESPONSE DEADLINE IN ACCORDANCE WITH THE INSTRUCTIONS SET FORTH IN THIS NOTICE.**

**What to File with a Response**. Your response to the Omnibus Objection must contain the following information.

(i) **Contact Information**. The response must include a **name**, **address**, **telephone number**, and **email address** of either (1) the responding claimant; (2) the claimant's attorney or designated representative to whom the attorneys for HTA should serve a reply to the response, if any; or (3) the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on the claimant's behalf.

(ii) **Caption**. The response must contain a caption stating the name of the Court, the names of the Debtors, the case number, the title of the Omnibus Objection to which the response is directed, and the proof of claim number(s) related thereto from Prime Clerk (which are listed on Exhibit A to the Omnibus Objection and available free online at https://cases.primeclerk.com/puertorico).

(iii) **Reason(s) for Opposing the Omnibus Objection**. The response must contain a concise statement setting forth the reasons why the Court should not grant the Omnibus Objection with respect to your Claim, including the factual and legal bases upon which the claimant will rely in opposing the Omnibus Objection.

(iv) **Supporting Documentation**. To the extent not already included with the proof of claim, the response should include a copy of any other documentation or other evidence of the claim, upon which the claimant will rely in opposing the Omnibus Objection; provided, however, that the claimant need not disclose confidential, proprietary, or otherwise protected information in the response; and provided, further, that the claimant shall disclose to HTA all information and provide copies of all documents that the claimant believes to be confidential, proprietary, or otherwise protected and upon which the claimant intends to rely in support of its claim, subject to appropriate confidentiality constraints.

**Where and How to File and Serve a Response**. Every response should be filed electronically with the Court on the docket of *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS. There are two methods that you can use to file your response:

1. **Online**. Registered users of the Court's case filing system must file their response electronically in searchable portable document format.

2. **By Mail**. If you are not an attorney who is a registered user of the Court's case filing system, you may file and serve a response by mailing it to the Court's Clerk's office, the Oversight Board, and the Creditors' Committee at the following addresses:

4

>Clerk's Office
>United States District Court
>Room 150 Federal Building
>San Juan, Puerto Rico 00918-1767
>
>Counsel for the Oversight Board
>Proskauer Rose LLP
>Eleven Times Square
>New York, New York 10036-8299
>Attn: Martin J. Bienenstock
>Brian S. Rosen
>
>Counsel for the Creditors' Committee
>Paul Hastings LLP
>200 Park Avenue
>New York, New York 10166
>Attn: Luc A. Despins
>James Bliss
>James Worthington
>G. Alexander Bongartz
>
>YOUR RESPONSE must be mailed so as to be received by the Clerk's Office, the Oversight Board, and the Creditors' Committee no later than **4:00 p.m. (Atlantic Time)** on **August 28, 2019**, unless otherwise extended by HTA, in writing, or upon a written request to the Court and order of the Court extending the deadline.

In the event that you are unable to file and serve a response online or by mail as specified above, you may file a response in person at the following address by no later than **4:00 p.m. (Atlantic Time)** on **August 28, 2019**, unless otherwise extended by HTA, in writing, or upon a written request to the Court and order of the Court extending the deadline:

>Clerk's Office
>United States District Court
>#150 Chardon Avenue
>Federal Building
>San Juan, Puerto Rico 00918

A certificate of service should be included with your response explaining how service was accomplished.

If you have any questions about filing and serving a response, including questions about the Court's case filing system, please contact the **Prime Clerk hotline** at **(844) 822-9231**.

**Reservation of Rights**. NOTHING IN THE OMNIBUS OBJECTION OR THIS NOTICE IS OR SHALL BE DEEMED TO CONSTITUTE A WAIVER OF ANY RIGHTS OF HTA OR ANY OTHER PARTY IN INTEREST IN THE TITLE III CASES TO DISPUTE ANY CLAIMS, ASSERT COUNTERCLAIMS, RIGHTS OF OFFSET OR RECOUPMENT, OR DEFENSES, OBJECT TO CLAIMS (OR OTHER CLAIMS OR CAUSES OF ACTION OF A CLAIMANT)

ON ANY GROUNDS NOT PREVIOUSLY RAISED IN AN OBJECTION, UNLESS THE COURT HAS ALLOWED A CLAIM OR ORDERED OTHERWISE, OR SEEK TO ESTIMATE ANY CLAIM AT A LATER DATE. AFFECTED PARTIES WILL BE PROVIDED APPROPRIATE NOTICE THEREOF AT SUCH TIME.

**Additional Resources and Who to Contact with Questions**

All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are available free online at https://cases.primeclerk.com/puertorico. This website is maintained by Prime Clerk and includes a searchable database to assist with locating documents.

If you require additional information regarding the Omnibus Objection, the status of your response, your claim, or this notice, please contact the Prime Clerk hotline at **(844) 822-9231** (toll free for U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Time) (Spanish available). Inquiries may also be sent via email to puertoricoinfo@primeclerk.com.

## **ANEXO C**

**Notificaciones**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*<br><br>                    Deudores | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente)<br><br>**Esta presentación se relaciona con la ACT.** |

**NOTIFICACIÓN DE LA SEXAGÉSIMA PRIMERA OBJECIÓN GLOBAL (NO SUSTANTIVA) DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO CONTRA LOS RECLAMOS DUPLICADOS POR BONOS**

> **SI SU RECLAMO APARECE ENUMERADO EN EL ANEXO A A LA OBJECIÓN GLOBAL, SE DEBE A QUE EL FIDUCIARIO O EL AGENTE FISCAL PARA LA SERIE DE BONOS RELACIONADA CON SU RECLAMO HA PRESENTADO UNA EVIDENCIA MAESTRA DE RECLAMO EN REPRESENTACIÓN DE TODOS LOS TITULARES DE TALES BONOS, ENTRE ELLOS USTED. NO ES NECESARIO QUE PRESENTE UNA CONTESTACIÓN A LA OBJECIÓN GLOBAL PARA PROTEGER LOS DERECHOS QUE LE ASISTEN EN EL MARCO DE LOS RECLAMOS PRESENTADOS POR EL FIDUCIARIO O EL AGENTE FISCAL EN SU REPRESENTACIÓN. LA OBJECIÓN GLOBAL PRESERVARÁ SU RECLAMO, TAL COMO LO ADUZCAN EL FIDUCIARIO O EL AGENTE FISCAL EN SU REPRESENTACIÓN; EL RECLAMO SERÁ DECIDIDO EN UNA FECHA POSTERIOR, Y USTED RECIBIRÁ NOTIFICACIONES SOBRE LAS DISTINTAS ETAPAS DEL PROCEDIMIENTO.**

    **OBSÉRVESE QUE** el 26 de julio de 2019, la Administración de Carreteras y Transportación de Puerto Rico (la "ACT"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante de la ACT conforme al artículo 315(b) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[1], radicó la *Sexagésima Primera Objeción global (no sustantiva) de la Autoridad de Carreteras y Transportación de Puerto Rico contra los reclamos*

---

[1] La ley PROMESA ha sido codificada en los artículos 2101-2241 del Título 48 del Código de los Estados Unidos (USC).

*duplicados por bonos* (la "Objeción Global") ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal").[2]

---

### SÍNTESIS

- **COMPRUEBE SI SU(S) RECLAMO(S) SE MENCIONA(N) EN EL ANEXO A RELATIVO A LA OBJECIÓN GLOBAL.**

- **Si su(s) reclamo(s) NO se menciona(n) en el Anexo A, la Objeción Global no afectará a su reclamo, y usted NO tendrá que hacer nada.**

- Si sus reclamos aparecen en el **Anexo A** a la Objeción Global, el fiduciario o el agente fiscal (el "Fiduciario") para la serie de bonos relacionada con su reclamo ha presentado un reclamo en representación de todos los titulares de tales bonos, entre ellos usted (el "reclamo maestro"). La ACT está solicitando que se desestimen sus reclamos que se enumeran en el Anexo A debido a que el Fiduciario ya los ha presentado en su nombre a través del reclamo maestro.

- **Puesto que su reclamo ha sido presentado a través del reclamo maestro, su reclamo contra la ACT sigue siendo válido.**

- DEBERÁ LEER DETENIDAMENTE ESTA NOTIFICACIÓN Y LA OBJECIÓN GLOBAL Y COMENTARLAS CON SU ABOGADO. SI NO TIENE ABOGADO, ES POSIBLE QUE DESEE ACUDIR A ALGUNO.

- En https://cases.primeclerk.com/puertorico encontrará copias gratuitas de la Objeción Global y de todos los escritos radicados en el marco de las causas conforme al Título III.

- **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 7:00 p.m. (AST) (hablamos español).**

---

**SI NO CONTESTA CONFORME A LA PRESENTE NOTIFICACIÓN, EL TRIBUNAL PODRÁ CONCEDER EL REMEDIO SOLICITADO EN LA OBJECIÓN GLOBAL SIN OTRA NOTIFICACIÓN NI VISTA.**

[*Sigue página para firmas*]

---

[2] Todos los términos en mayúsculas utilizados pero no definidos en el presente tendrán los significados que se les asignan en la Objeción Global.

2

> **NOTIFICACIÓN IMPORTANTE CONFORME A LA REGLA LOCAL 3007-1**
>
> Cualquiera de las partes a la que se haya enviado una copia de la presente Objeción Global, o cualquier otra parte de la acción que objete al remedio aquí solicitado, deberá radicar y enviar una réplica a la Objeción Global a la oficina del secretario del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico antes de las **04:00 p.m. (AST) del 28 de agosto de 2019**, salvo que la ACT otorgue una extensión por escrito. Si no se radica ninguna réplica en el plazo mencionado, se considerará que no se ha objetado a la Objeción Global, por lo que esta podrá ser declarada ha lugar, salvo que: 1) el remedio solicitado esté legalmente prohibido; 2) el remedio solicitado sea contrario al orden público; o 3) a criterio del Tribunal, el interés de la justicia exija otra cosa. Si radica una réplica en plazos, el Tribunal podrá pautar una vista.

## Información muy importante relativa a la elección de las Demandantes de radicar una réplica

**Quién tiene la obligación de radicar una réplica.** Cualquiera de las partes que impugne la Objeción Global tiene la obligación de radicar una réplica de conformidad con los procedimientos aquí establecidos. Si la parte cuyo reclamo esté sujeto a la Objeción Global no radica ni notifica una réplica de conformidad con los procedimientos aquí establecidos, el Tribunal podrá declarar ha lugar la Objeción Global en relación con tal reclamo sin más notificaciones a la demandante. Como ya se explicó, aun si no presenta ninguna contestación, su reclamo será preservado, tal como lo presente el Fiduciario en su nombre, y se decidirá en una fecha posterior; usted recibirá notificaciones sobre las distintas etapas del procedimiento.

**Quién no tiene la obligación de radicar una réplica.** Si usted no se opone a la declaración de no ha lugar de su(s) reclamo(s) mencionado(s) en el Anexo A a la Objeción Global, no tendrá que radicar ninguna réplica por escrito a la Objeción Global ni tendrá que comparecer en la vista sobre la Objeción Global (según se explica abajo). Además, la Objeción Global solo se aplica a los reclamos mencionados en el Anexo A a la Objeción Global, una copia gratuita de la cual está disponible en línea en https://cases.primeclerk.com/puertorico. Si su reclamo no se menciona en el Anexo A a la Objeción Global, no será necesario radicar ninguna réplica.

**Fecha límite para radicar una réplica**. Su réplica se considerará radicada en plazo **solo si** la presenta ante el Tribunal **y** se notifica antes de las **04:00 p.m. (AST)** del **28 de agosto de 2019**, salvo extensión por escrito por parte de la ACT o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

> **La fecha límite para radicar y notificar una réplica se cumple a las 04:00 p.m. (AST) del 28 de agosto de 2019.**

**Vista sobre la Objeción Global.** Si se radica y notifica una réplica de manera adecuada conforme a la presente notificación, se celebrará una vista sobre la Objeción Global y la réplica a las **09:30 a.m. (AST) del 11 de septiembre de 2019** ante la juez, Laura Taylor Swain, en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, 150 Carlos Chardón

3

Street, Federal Building, San Juan, Puerto Rico 00918-1767. Si radica una réplica a la Objeción Global, deberá hacer planes para estar presente en la vista sobre la Objeción Global. Sin embargo, la ACT se reserva el derecho, previa notificación con tres (3) días hábiles de antelación, a suspender la vista en relación con la Objeción Global y la réplica.

Los Deudores podrán contestar a su respuesta o a su réplica en un alegato oral durante la vista. Los Deudores podrán radicar su contestación en un plazo máximo de siete (7) días naturales antes de la celebración de la vista sobre la Objeción Global y la réplica.

**EL TRIBUNAL SOLO TENDRÁ EN CONSIDERACIÓN SU CONTESTACIÓN SI ESTA SE RADICA Y NOTIFICA ANTES DE LA FECHA LÍMITE PARA RESPONDER, DE CONFORMIDAD CON LAS INSTRUCCIONES ESTABLECIDAS EN LA PRESENTE NOTIFICACIÓN.**

**Lo que hay que presentar con la réplica**. Su réplica a la Objeción Global deberá contener la siguiente información:

(i) **Información de contacto** La réplica deberá contener **nombre**, **dirección**, **número de teléfono** y **dirección de correo electrónico** 1) de la demandante que responda; 2) del abogado o representante designado de la demandante al que los abogados de la ACT deban notificar una respuesta a la contestación, si corresponde; o 3) de la parte con potestad para conciliar, arreglar o de otro modo resolver la Objeción Global en nombre de la demandante.

(ii) **Leyenda**. La réplica deberá contener un encabezado que indique el nombre del Tribunal, los nombres de los Deudores, el número de procedimiento, el título de la Objeción Global con la que guarde relación la contestación, y el/los número(s) de las pruebas de reclamos relacionados que indique Prime Clerk (que se mencionan en el Anexo A a la Objeción Global y están disponibles en línea gratuitamente en https://cases.primeclerk.com/puertorico).

(iii) **Motivo(s) para oponerse a la Objeción Global**. La réplica deberá contener una declaración concisa que explique por qué el Tribunal no debe declarar con lugar a la Objeción Global en relación con su reclamo, incluyendo las bases de hecho y de derecho que la demandante vaya a alegar al oponerse a la Objeción Global.

(iv) **Documentación justificativa**. En la medida en que ya no esté incluida en la evidencia de reclamo, la contestación deberá contener una copia de cualquier otra documentación u otras evidencias relativas al reclamo que la demandante vaya a invocar al oponerse a la Objeción Global; con la salvedad de que la demandante no tendrá que revelar en la contestación información confidencial, reservada o protegida de cualquier otra forma; y también con la salvedad de que la demandante revelará al ELA toda la información y proporcionará copias de la totalidad de los documentos que considere que son confidenciales, reservados o protegidos de cualquier otra forma y que tenga la intención de invocar en apoyo de su reclamo, con sujeción a las restricciones de confidencialidad pertinentes.

**Dónde y cómo radicar y notificar una réplica**. Todas las réplicas deberán radicarse de forma electrónica ante el Tribunal con el nombre de expediente *In re Estado Libre Asociado de Puerto*

4

*Rico*, núm. de procedimiento 17 BK 3283-LTS. Hay dos métodos que puede utilizar para radicar su contestación:

1. **En línea**: Los usuarios inscritos en el sistema de presentación de causas del Tribunal deberán radicar su contestación de forma electrónica en un formato de documento susceptible de búsqueda.

2. **Por correo postal**. Si usted no es un abogado que sea usuario inscrito en el sistema de presentación de causas del Tribunal, podrá radicar y notificar una contestación por correo postal dirigido a la oficina del secretario del Tribunal, a la Junta de Supervisión y al Comité de Acreedores a las siguientes direcciones:

   Oficina del secretario (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos (United States District Court)
   Room 150 Federal Building
   San Juan (Puerto Rico) 00918-1767

   Abogado de la Junta de Supervisión (Counsel for the Oversight Board)
   Proskauer Rose LLP
   Eleven Times Square
   Nueva York, Nueva York 10036-8299
   Atención: Martin J. Bienenstock
   Brian S. Rosen

   Abogado del Comité de Acreedores (Counsel for the Creditors' Committee)
   Paul Hastings LLP
   200 Park Avenue
   Nueva York, Nueva York 10166
   Atención: Luc A. Despins
   James Bliss
   James Worthington
   G. Alexander Bongartz

   Deberá enviar su RÉPLICA de forma tal que la Oficina del secretario, la Junta de Supervisión y el Comité de Acreedores la reciban a más a las **04:00 p.m. (AST)** del **28 de agosto de 2019**, salvo extensión por escrito por parte de la ACT o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

Si no puede radicar y notificar una réplica en línea o por correo postal, según se especificó anteriormente, podrá radicar su réplica en persona en la siguiente dirección a más tardar a las **04:00 p.m. (AST)** del **28 de agosto de 2019**, salvo extensión por escrito por parte de la ACT o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

   Oficina del secretario (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos (United States District Court)
   #150 Chardon Avenue
   Federal Building
   San Juan (Puerto Rico) 00918

5

Su réplica deberá incluir un certificado de notificación que indique la forma en que se ha efectuado la notificación.

Si tiene alguna pregunta sobre cómo radicar y notificar una réplica, incluidas preguntas sobre el sistema de presentación de causas del tribunal, comuníquese con **Prime Clerk** al número directo **(844) 822-9231**.

**Reserva de derechos**. NINGUNA DISPOSICIÓN CONTENIDA EN LA OBJECIÓN GLOBAL O EN LA PRESENTE NOTIFICACIÓN SE CONSIDERA NI CONSIDERARÁ QUE CONSTITUYE UNA RENUNCIA A CUALESQUIERA DERECHOS DE LA ACT O DE CUALQUIER OTRA PARTE INTERESADA EN LAS CAUSAS RADICADAS CONFORME AL TÍTULO III, A IMPUGNAR CUALESQUIERA RECLAMOS; A HACER VALER CONTRARECLAMOS, DERECHOS A COMPENSACIÓN O RECUPERACIÓN, O CONTESTACIONES; A OBJETAR A LOS RECLAMOS (O A OTROS RECLAMOS O CAUSAS RADICADAS POR UNA DEMANDANTE) POR CUALESQUIERA MOTIVOS QUE NO SE HAYAN ALEGADO PREVIAMENTE EN UNA OBJECIÓN, SALVO QUE EL TRIBUNAL HAYA DECLARADO HA LUGAR UN RECLAMO O HAYA ORDENADO OTRA COSA; O A SOLICITAR QUE SE DECLARE HA LUGAR CUALQUIER RECLAMO EN EL FUTURO. EN ESE MOMENTO, LAS PARTES AFECTADAS RECIBIRÁN LA NOTIFICACIÓN PERTINENTE DE TODO ELLO.

---

**Recursos adicionales y con quién comunicarse para formular preguntas**

Todos los documentos presentados en el marco de las causas radicadas conforme al Título III, incluidas las copias de los reclamos radicados utilizando los sistemas CM/ECF, se encuentran disponibles en línea gratuitamente en https://cases.primeclerk.com/puertorico. El mantenimiento de dicho sitio web lo realiza Prime Clerk; el sitio web incluye una base de datos con una herramienta de búsqueda para localizar documentos.

Para obtener información adicional sobre la Objeción Global, el estado de su contestación, su reclamo o la presente notificación, comuníquese con Prime Clerk al **(844) 822-9231** (número gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas desde el extranjero), disponibles entre las 10:00 a.m. y las 7:00 p.m. (AST) (hablamos español). También podrá enviar consultas por correo electrónico a puertoricoinfo@primeclerk.com.