# **EXHIBIT D**

**Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to HTA.** |

**ORDER GRANTING SIXTY-FIRST OMNIBUS OBJECTION
(NON-SUBSTANTIVE) OF THE PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY TO DUPLICATE BOND CLAIMS**

Upon the *Sixty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority to Duplicate Bond Claims* ("Sixty-First Omnibus Objection")[2] filed by the Puerto Rico Highways and Transportation Authority ("HTA"), dated July 26, 2019, for entry of an order disallowing in their entirety certain claims filed against HTA, as more fully set forth in the Sixty-First Omnibus Objection and the supporting exhibits thereto; and the Court having jurisdiction to consider the Sixty-First Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Sixty-First Omnibus Objection.

section 307(a); and due and proper notice of the Sixty-First Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in Exhibit A to the Sixty-First Omnibus Objection being duplicative of one or more Master Proofs of Claim filed in the HTA Title III Case; and the Court having determined that the relief sought in the Sixty-First Omnibus Objection is in the best interest of HTA, its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Sixty-First Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Sixty-First Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the claims listed on Exhibit A to the Sixty-First Omnibus Objection are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the claims listed on Exhibit A to the Sixty-First Omnibus Objection from the official claims registry in the HTA Title III Case; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

# **ANEXO D**

**Propuesta de orden**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*<br>                                    Deudores[1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente)<br><br>**Esta presentación se relaciona con la ACT.** |

**ORDEN QUE OTORGA LA SEXAGÉSIMA PRIMERA OBJECIÓN GLOBAL (NO SUSTANTIVA) DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO CONTRA LOS RECLAMOS DUPLICADOS POR BONOS**

Vista la *Sexagésima Primera Objeción global (no sustantiva) de la Autoridad de Carreteras y Transportación de Puerto Rico Contra los Reclamos Duplicados por Bonos* ("Sexagésima Primera Objeción Global")[2] radicada por la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT"), de fecha 26 de julio de 2019, para que se dicte una orden que declare no ha lugar en su totalidad determinados reclamos radicados contra la ACT, según se establece con más detalle en la Sexagésima Primera Objeción Global y en sus correspondientes documentos de prueba justificativos; y teniendo el Tribunal jurisdicción para conocer la Sexagésima Primera Objeción Global y para conceder el remedio en ella solicitado

---

[1] Los Deudores en estas causas promovidas conforme al Título III, el número de causa para cada Deudor y los últimos cuatro (4) dígitos del número federal de contribuyente de cada uno de ellos, según corresponda, son los siguientes: i) el Estado Libre Asociado de Puerto Rico (el "ELA"), (procedimiento de quiebra núm. 7 BK 3283-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3481); ii) la Corporación del Fondo de Interés Apremiante ("COFINA") (procedimiento de quiebra núm. 17 BK 3284-LTS) (últimos cuatro dígitos del número federal de contribuyente: 8474); ii) la Autoridad de Carreteras y Transportación ("ACT") (procedimiento de quiebra núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3808); iv) la Administración de Sistemas de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ASR") (procedimiento de quiebra núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número federal de contribuyente: 9686); y v) la Autoridad de Energía Eléctrica de Puerto Rico ("AEEPR") , y junto con el ELA, COFINA, la ACT y la ASR, los "Deudores" (procedimiento de quiebra núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3747 ) (Debido a limitaciones informáticas, a los casos promovidos conforme al Título III se les asigna un número como procedimientos de quiebra).

[2] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Sexagésima Primera Objeción global.

conforme al artículo 306(a) PROMESA; y siendo la competencia judicial apropiada conforme al artículo 307(a) de PROMESA; y habiéndose efectuado, en forma y plazos, la notificación de la Sexagésima Primera Objeción Global a aquellas partes que en ella se identifican, sin ser necesario efectuar ninguna otra notificación; y ante la circunstancia de que cada uno de los reclamos establecidos en el Anexo A a la Sexagésima Primera Objeción Global duplica a una o más de las Evidencias Maestras de Reclamos presentadas durante el procedimiento de la ACT promovido conforme al Título III; y habiendo determinado el Tribunal que el remedio solicitado en la Sexagésima Primera Objeción Global redunda en el mejor interés de la ACT y sus acreedores, y de la totalidad de las partes interesadas; y habiendo determinado el Tribunal que las bases de hecho y de derecho establecidas en la Sexagésima Primera Objeción Global establecen una causa justificada para el remedio aquí concedido; y tras la debida deliberación y concurriendo suficientes motivos para ello, por el presente

SE ORDENA que SE DECLARE HA LUGAR la Sexagésima Primera Objeción Global, según se establece en el presente documento; y, además,

SE ORDENA que los reclamos que se enumeran en el Anexo A a la Sexagésima Primera Objeción Global queden por el presente desestimados en su totalidad; y, además,

SE ORDENA que Prime Clerk quede autorizada, y reciba instrucciones, para eliminar los reclamos que se enumeran en el Anexo A a la Sexagésima Primera Objeción Global del registro oficial de reclamos de la causa de la ACT radicada conforme al Título III; y, además,

SE ORDENA que este Tribunal conserve jurisdicción para conocer y resolver la totalidad de los asuntos relacionados con la aplicación, la interpretación o la ejecución de la presente Orden.

Fecha: _____

                                                            _____
Su Señoría, la juez Laura Taylor Swain
Juez de Distrito de los Estados Unidos