**EXHIBIT D**

**Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br>                                      Debtors.¹ | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

## ORDER GRANTING SIXTY-THIRD OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO COFINA BONDHOLDER CLAIMS

Upon the *Sixty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to COFINA Bondholder Clams* ("Sixty-Third Omnibus Objection")² filed by the Commonwealth of Puerto Rico (the "Commonwealth"), dated July 26, 2019, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth, as more fully set forth in the Sixty-Third Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Sixty-Third Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Sixty-Third Omnibus Objection.

307(a); and due and proper notice of the Sixty-Third Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and the Court having determined that the claims identified in <u>Exhibit A</u> to the Sixty-Third Omnibus Objection seek recovery of amounts for which the Commonwealth is not liable; and the Court having determined that the relief sought in the Sixty-Third Omnibus Objection is in the best interest of the Commonwealth and its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Sixty-Third Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Sixty-Third Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the claims identified in <u>Exhibit A</u> to the Sixty-Third Omnibus Objection are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk is authorized and directed to delete the claims identified in <u>Exhibit A</u> to the Sixty-Third Omnibus Objection from the official claims registry in the Commonwealth Title III Case; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

                                Honorable Judge Laura Taylor Swain
                                United States District Judge

# **ANEXO D**

**Propuesta de orden**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>   como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, *y otros*<br><br>                                      Deudores[1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente)<br><br>**Esta presentación se relaciona con el ELA.** |

**ORDEN QUE OTORGALA SEXAGÉXIMA TERCERA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO CONTRA LOS RECLAMOS DE LOS BONISTAS COFINA**

Vista la *Sexagésima Tercera Objeción global (sustantiva) del Estado Libre Asociado de Puerto Rico contra los Reclamos de los Bonistas COFINA* (la "Sexagésima Tercera Objeción Global")[2] radicada por el Estado Libre Asociado de Puerto Rico (el "ELA"), de fecha 26 de julio de 2019, para que se dicte una orden que declare no ha lugar en su totalidad determinados reclamos radicados contra el ELA, según se establece con más detalle en la Sexagésima Tercera Objeción Global y en sus correspondientes documentos de prueba justificativos; y teniendo el Tribunal jurisdicción para conocer la Sexagésima Tercera Objeción Global y para conceder el

---

[1] Los Deudores en estas causas promovidas conforme al Título III, el número de causa para cada Deudor y los últimos cuatro (4) dígitos del número federal de contribuyente de cada uno de ellos, según corresponda, son los siguientes: i) el Estado Libre Asociado de Puerto Rico (el "ELA"), (procedimiento de quiebra núm. 7 BK 3283-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3481); ii) la Corporación del Fondo de Interés Apremiante ("COFINA") (procedimiento de quiebra núm. 17 BK 3284-LTS) (últimos cuatro dígitos del número federal de contribuyente: 8474); ii) la Autoridad de Carreteras y Transportación ("ACT") (procedimiento de quiebra núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3808); iv) la Administración de Sistemas de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ASR") (procedimiento de quiebra núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número federal de contribuyente: 9686; y v) la Autoridad de Energía Eléctrica de Puerto Rico ("AEEPR", y junto con el ELA, COFINA, la ACT y la ASR, los "Deudores") (procedimiento de quiebra núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3747 ) (Debido a limitaciones informáticas, a los casos promovidos conforme al Título III se les asigna un número como procedimientos de quiebra).

[2] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Sexagésima Tercera Objeción global.

remedio en ella solicitado conforme al artículo 306(a) PROMESA; y siendo la competencia judicial apropiada conforme al artículo 307(a) de PROMESA; y habiéndose efectuado, en forma y plazos, la notificación de la Sexagésima Tercera Objeción Global a aquellas partes que en ella se identifican, sin ser necesario efectuar ninguna otra notificación; y ante la circunstancia de que el Tribunal ha establecido que los reclamos que figuran en el Anexo A a la Sexagésima Tercera Objeción Global buscan que se pague una indemnización por sumas de las que el ELA no es responsable; y habiendo determinado el Tribunal que el remedio solicitado en la Sexagésima Tercera Objeción Global redunda en el mejor interés del ELA y sus acreedores, y de la totalidad de las partes interesadas; y habiendo determinado el Tribunal que las bases de hecho y de derecho establecidas en la Sexagésima Tercera Objeción Global establecen una causa justificada para el remedio aquí concedido; y tras la debida consideración y concurriendo suficientes motivos para ello, por el presente

SE ORDENA que SE DECLARE HA LUGAR la Sexagésima Tercera Objeción Global, según se establece en el presente documento; y, además,

SE ORDENA que los reclamos identificados en el Anexo A relativo a la Sexagésima Tercera Objeción global se declaren no ha lugar en su totalidad; asimismo,

SE ORDENA que Prime Clerk quede autorizada, y reciba instrucciones, para eliminar los reclamos que se enumeran en el Anexo A a la Sexagésima Tercera Objeción Global del registro oficial de reclamos de la causa del ELA radicada conforme al Título III; y

SE ORDENA que este Tribunal conserve jurisdicción para conocer y resolver la totalidad de los asuntos relacionados con la aplicación, la interpretación o la ejecución de la presente Orden.

Fecha: _____

_____
Su Señoría, la juez Laura Taylor Swain
Juez de Distrito de los Estados Unidos

3