```
LEDES1998B[]
INVOICE_DATE|INVOICE_NUMBER|CLIENT_ID|LAW_FIRM_MATTER_ID|INVOICE_TOTAL|BI
LLING_START_DATE|BILLING_END_DATE|INVOICE_DESCRIPTION|LINE_ITEM_NUMBER|EX
P/FEE/INV_ADJ_TYPE|LINE_ITEM_NUMBER_OF_UNITS|LINE_ITEM_ADJUSTMENT_AMOUNT|
LINE_ITEM_TOTAL|LINE_ITEM_DATE|LINE_ITEM_TASK_CODE|LINE_ITEM_EXPENSE_CODE
|LINE_ITEM_ACTIVITY_CODE|TIMEKEEPER_ID|LINE_ITEM_DESCRIPTION|LAW_FIRM_ID|
LINE_ITEM_UNIT_COST|TIMEKEEPER_NAME|TIMEKEEPER_CLASSIFICATION|CLIENT_MATT
ER_ID[]
20190228|502188|1600|01001|26761.00|20190201|20190228||3|F|0.20||56.00|20
190205|B113||A104|KCS|Receive and analyze Order denying Arthur
Samdovitz's motion. [DN5051]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||4|F|0.60||168.00|2
0190205|B113||A104|KCS|Receive and analyze Amended Memorandum of Findings
of Fact and Conclusions of Law regarding the Confirmation of the Third
Amended Title III Plan of Adjustment Puerto Rico Sales Tax Financin
Corporation. Related document DN4652, Notice filed by COFINA, The
Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al., [5047]
Memorandum Order. [DN5053] (141 pgs.)|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||5|F|1.00||280.00|2
0190205|B113||A104|KCS|Receive and analyze Amended Order and Judgment
Confirming the Third Amended Title III Plan of Adjustment of Puerto Rico
Sales Tax Financing Corporation (COFINA). [DN5055] (141 Pgs.)|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||6|F|0.10||28.00|20
190206|B113||A104|KCS|Receive and analyze ORDER AMENDING SCHEDULE FOR
MOTION OF NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, Et al. FOR
RELIEF FROM THE AUTOMATIC STAY TO ALLOW MOVANTS TO ENFORCE THEIR
STATUTORY RIGHTS TO HAVE A RECEIVER APPOINTED (ECF NO. 975 in 17-BK-
4780). Related document DN5046 Notice of Presentment of Stipulation.
[DN5064]  |66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||7|F|0.10||28.00|20
190206|B113||A104|KCS|Receive and analyze NOTICE AND ORDER REGARDING
FAILURE TO COMPLY WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 9037. Related
documents - Response to Debtor's Objection to Claims 4922, 4951, 4997,
4999, 5001, 5004, 5005, 5006, 5017, 5019, 5021, 5026, 5028, 5029, 5032,
5033, 5034, 5035, 5039. Amended responses due by 2/13/2019    [DN5065]
|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||8|F|0.20||56.00|20
190206|B113||A104|KCS|Receive and review Urgent motion URGENT MOTION OF
THE BANK OF NEW YORK MELLON, AS TRUSTEE, FOR (I) EXPEDITED CONSIDERATION
OF THE MOTION OF WHITEBOX MULTI STRATEGY PARTNERS, L.P. AND CERTAIN OF
ITS AFFILIATES FOR RECONSIDERATION OF THE COURTS ORDER PRECLUDING THE
CROSS EXAMINATION OF CERTAIN WITNESSES OR, ALTERNATIVELY, (II)
CLARIFICATION THAT BNYM IS ENTITLED TO WITHHOLD WHITEBOXS DISTRIBUTIONS
PENDING A DETERMINATION OF THE 19.5 DISPUTE Relative to DN4964 - MOTION
for Reconsideration of the Court's Order Precluding Cross-Examination of
Certain Witnesses and relative to DN4835 - Minute Entry for proceedings
filed by Whitebox Institutional Partners, L.P., Whitebox Term Credit Fund
I L.P., Whitebox Asymmetric Partners, L.P., Pandora Select Partners,
L.P., Whitebox Multi-Strategy Partners, L.P., Whitebox Advisors LLC filed
by THE BANK OF NEW YORK MELLON.  [DN5061]  |66-0554116|280.00|Suria,
Kenneth C.|PT|[]
```

20190228|502188|1600|01001|26761.00|20190201|20190228||9|F|0.10||28.00|20190206|B113||A104|KCS|Receive and analyze ORDER Denying DN 776 MOTION for Declaratory Judgment filed by Angel Ruiz-Rivera. Signed by Judge Laura Taylor Swain on 02/06/2019. [DN5059] |66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||10|F|0.10||28.00|20190206|B113||A104|KCS|Receive and analyze ORDER In light of the orders entered at Docket Entry Nos. 4596 and 4977, the Clerk of Court is directed to terminate the 4718 Motion to Withdraw Urgent Motion for Extension of Time Without Prejudice as moot. [DN5060] |66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||11|F|0.40||112.00|20190206|B113||A104|KCS|Receive and analyze Motion of Official Committee of Retired Employees of the Commonwealth of Puerto Rico for Leave to Intervene under Bankruptcy Rule 7024 in Case No. 18-00149(LTS). [DN35 & DN38] (33 pages) |66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||12|F|0.10||28.00|20190206|B113||A104|KCS|Receive and analyze ORDER GRANTING IN PART THE URGENT MOTION OF THE BANK OF NEW YORK MELLON, AS TRUSTEE, FOR EXPEDITED CONSIDERATION FOR RECONSIDERATION OF THE COURTS ORDER PRECLUDING THE CROSS-EXAMINATION OF CERTAIN WITNESSES OR relative to DN4964 and DN5061 Responses due by 2/7/2019 at 12:00 p.m. AST. Reply due by: 2/7/2019 at 2:00 p.m. AST. [DN5069] |66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||13|F|0.10||28.00|20190207|B113||A104|KCS|Receive and analyze ORDER GRANTING DN4408 - MOTION Puerto Rico Sales Tax Financing Corporation's Fourth Omnibus Objection (Non-Substantive) to Deficient Claims filed by COFINA OVERRULING DN4659 - Response to Debtor's Objection to Claim Number 20186 relative to DN4408 - MOTION Puerto Rico Sales Tax Financing Corporation's Fourth Omnibus Objection (Non-Substantive) to Deficient Claims, filed by Juan Cruz Rodriguez. [DN5071] |66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||14|F|0.30||84.00|20190207|B113||A104|KCS|Receive and analyze MEMORANDUM OPINION AND ORDER RELATED TO SECTION 19.5 OF THE TITLE III PLAN OF ADJUSTMENT OF PUERTO RICO SALES TAX FINANCING CORPORATION. Related documents are DN4844 MOTION for Entry of Order Regarding Compliance with Section 19.5 of the Plan filed by THE BANK OF NEW YORK MELLON, and DN4964 MOTION for Reconsideration of the Court's Order Precluding Cross-Examination of Certain Witnesses filed by Whitebox. [DN5074] (19 pgs.) |66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||15|F|0.10||28.00|20190208|B113||A104|KCS|Receive and analyze ORDER SETTING HEARING relative to DN1066 in 17-4780) Urgent motion (Corrected) of Financial Oversight and Management Board, as Representative of Debtor, to Compel Production of Documents from Movants Relating to their (DN 975 in 17-4780) Motion for Relief from Automatic Stay, filed by PUERTO RICO ELECTRIC POWER AUTHORITY. Responses due by 2/14/2019 . Reply due by: 2/22/2019. Hearing on Motion set for 2/26/2019 03:00 PM (AST) [2:00 PM (EST)] in US District of Massachusetts (VTC - USDC Puerto Rico) before Magistrate Judge Judith Gail Dein. [DN 5078]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||16|F|0.10||28.00|20190208|B113||A104|KCS|Receive and analyze ORDER relative to DN5077 - Informative Motion of (I) Financial Oversight and Management Board,

Acting Through the Special Claims Committee, and (II) The Official Committee of Unsecured Creditors Regarding Revised Procedures Order, Objection Notice, Objection Procedures and Form Notice of Participation. Responses due by 2/14/2019 at 5:00 PM (AST).  [DN 5079]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||17|F|4.90||1372.00|20190208|B113||A104|KCS|Receive and analyze Motion for Relief from automatic stay with 21 exhibits filed by Plaintiffs in AP in case no. 17-BK-4780 (DN1074) and 17-BK-3283. (626 pages)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||18|F|0.40||112.00|20190211|B113||A104|KCS|Receive and analyze STIPULATION AND ORDER WITH RESPECT TO (A) REJECTION OF SWAP AGREEMENT BETWEEN GOLDMAN SACHS BANK USA AND PUERTO RICO SALES TAX FINANCING CORPORATION, (B) RELIEF FROM STAY WITH RESPECT TO CASH COLLATERAL AND (C) ALLOWANCE AND TREATMENT OF CLAIM with Attachments. [DN5088] (52 Pgs.)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||19|F|2.50||700.00|20190211|B113||A104|KCS|Receive and analyze Notice of Presentment OF THIRD AMENDED PLAN SUPPLEMENT AND PLAN RELATED DOCUMENTS BY PUERTO RICO SALES TAX FINANCING CORPORATION regarding DN5090 MOTION THIRD AMENDED PLAN SUPPLEMENT AND PLAN RELATED DOCUMENTS OF PUERTO RICO SALES TAX FINANCING CORPORATION and DN4363 Notice filed by PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA), and DN4390 Notice filed by PUERTO RICO SALES TAX FINANCING filed by COMMONWEALTH OF PUERTO RICO filed by COMMONWEALTH OF PUERTO RICO. [DN5091] (1881 pp. with exhibits)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||20|F|0.10||28.00|20190211|B113||A104|KCS|Receive and analyze Order Setting Expedited Briefing Schedule for Approval of Settlement between COFINA and GOLDMAN SACHS BANK USA relative to DN5083 Urgent motion for (I) ORDER APPROVING SETTLEMENT WITH GOLDMAN SACHS BANK USA (F/K/A GOLDMAN SACHS CAPITAL MARKETS, L.P.) AND (II) ORDER EXPEDITING CONSIDERATION OF THE SETTLEMENT. [DN5084]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||21|F|2.50||700.00|20190211|B113||A104|KCS|Receive and analyze MOTION THIRD AMENDED PLAN SUPPLEMENT AND PLAN RELATED DOCUMENTS OF COFINA relative to DN4363 Notice filed by PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA), DN4390 Notice filed by PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA), The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al., DN4392 Notice filed by COFINA, The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. filed by COMMONWEALTH OF PUERTO RICO [DN5090] (1875 pp. with exhibits)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||22|F|0.10||28.00|20190211|B113||A104|KCS|Receive and analyze ORDER GRANTING [5083] Urgent motion OF THE COFINA FOR (I) ORDER APPROVING SETTLEMENT WITH GOLDMAN SACHS BANK USA (F/K/A GOLDMAN SACHS CAPITAL MARKETS, L.P.) AND (II) ORDER EXPEDITING CONSIDERATION OF THE SETTLEMENT filed by COMMONWEALTH OF PUERTO RICO. [DN5087]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||23|F|0.10||28.00|20190212|B113||A104|KCS|Receive and analyze ORDER GRANTING, IN PART, DEBTOR'S SIXTH URGENT MOTION FOR EXTENSION OF DEADLINES relative to

DN5105, and document DN4443, MOTION REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF POST-PETITION LEASE PAYMENTS. Responses due by February 13, 2019 . Reply due by February 22, 2019. [DN5108]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||24|F|0.20||56.00|20190212|B113||A104|KCS|Receive and RESPONSE to Motion at DN5077, Motion to Inform filed by Official Committee of Unsecured Creditors (Attachment # (1) Envelope) filed by Peter C. Hein, pro se. [DN5103]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||25|F|0.10||28.00|20190212|B113||A104|KCS|Receive and Notice OF (A) ENTRY OF ORDER CONFIRMING THE THIRD AMENDED TITLE III PLAN OF ADJUSTMENT OF PUERTO RICO SALES TAX FINANCING CORPORATION PURSUANT TO TITLE III OF PROMESA AND (B) OCCURRENCE OF THE EFFECTIVE DATE Relative to DN5055, Order filed by COMMONWEALTH OF PUERTO RICO. [DN5104]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||26|F|1.00||280.00|20190213|B113||A104|KCS|Receive and analyze Adversary case 19-00014. PR (PROMESA): Complaint by FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO against THOMAS RIVERA-SCHATZ. (Attachments: # (1) Exhibit Exhibit A # (2) Exhibit Exhibit B # (3) Exhibit Exhibit C # (4) Adversary Cover Sheet # (5) Summons). [DN5125]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||27|F|0.10||28.00|20190213|B113||A104|KCS|Receive and analyze ORDER SETTING DEADLINE FOR FURTHER RESPONSE TO THE INFORMATIVE MOTION REGARDING STIPULATION SECTION 15.2 EXPENSES regarding DNs 5097, 5117, 5118. [DN5121]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||28|F|0.10||28.00|20190213|B113||A104|KCS|Receive and analyze ORDER GRANTING DN5109, Urgent motion RENEWED CONSENTED SIXTH URGENT MOTION FOR EXTENSION OF DEADLINES. Related document DN4443, MOTION REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF POST-PETITION LEASE PAYMENTS . Responses due by 2/22/2019. [DN5111]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||29|F|0.10||28.00|20190213|B113||A104|KCS|Receive and analyze ORDER REGARDING PROCEDURES FOR FEBRUARY 26, 2019 HEARING. Related document DN5078 Order. Signed by Magistrate Judge Judith G. Dein on 02/13/2019. [DN5113]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||30|F|0.20||56.00|20190213|B113||A104|KCS|Read and edit Memo on PR Securities Law.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||31|F|1.00||280.00|20190214|B113||A103|AGE|Receive and analyze Complaint filed by FOMB against Senate President|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||32|F|0.60||168.00|20190214|B113||A104|KCS|Receive and analyze RESPONSE to Motion Assured Guaranty Corp., Et al. to the Urgent Motion of Financial Oversight and Management Board, As Representative of Debtor, to Compel Production of Documents from Movants Relating to their Motion for Relief from Automatic Stay relative to DN5080 - Urgent motion of Financial Oversight and Management Board, as Representative of Debtor, to Compel Production of Documents from Movants Relating to their Motion for Relief from Automatic

Stay filed by PUERTO RICO ELECTRIC POWER AUTHORITY with Attachments. [DN 5140] (97 pgs.)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||33|F|0.10||28.00|20190214|B113||A104|KCS|Receive and analyze ORDER regarding the untimely filing of Docket Entry No. [5039] is hereby accepted. Related document DN5116 MOTION excusable neglect under 9006(b)(1) relative to DN5039 - Response to Debtor's Objection to Claim Number 79037), filed by Carlos Ifarraguerri-Gomez. [DN5134]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||34|F|0.10||28.00|20190214|B113||A104|KCS|Receive and analyze ORDER SETTING DEADLINE FOR JOINT STATUS REPORT IN CONNECTION WITH INFORMATIVE MOTION REGARDING STIPULATION SECTION 15.2 EXPENSES. Related documents: [5097], [5136]. UCC and AAFAF to file a joint status report by 2/21/2019 at 5:00 PM (AST). [DN5137]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||35|F|0.30||84.00|20190214|B113||A104|KCS|Receive and analyze RESPONSE to Motion from Official Committee of Unsecured Creditors' (A) Further Response to AAFAFs Informative Motion Disclosing Proposed Payment of $7 Million to Bonistas Del Patio, Inc. [Docket No. 5097] and (B) Urgent Motion Requesting Hearing on Proposed Payment Relative to DN5097 Motion to Inform filed by PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY (Attachments # (1) Proposed Order, and # (2) Exhibit B) filed by Official Committee of Unsecured Creditors . [DN5135]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||36|F|0.30||84.00|20190214|B113||A104|KCS|Receive and analyze RESPONSE to Motion / Official Committee of Unsecured Creditors' (A) Amended Further Response to AAFAF's Informative Motion Disclosing Proposed Payment of $7 Million to Bonistas Del Patio, Inc. [Docket No. 5097] and (B) Urgent Motion Requesting Hearing on Proposed Payment Reletive to DN5097, Motion to Inform filed by PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY (Attachments # (1) Proposed Order, and # (2) Exhibit B) filed by Official Committee of Unsecured Creditors. [DN5136]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||37|F|0.30||84.00|20190215|B113||A104|KCS|Receive and analyze Notice of pro se Correspondence Received by the Court from I. O'Ferrall, M. George, A. Portnoy, D. Rivera, E. Eduardo, E. Llorens, F. Konigsberg, M. Peterson, M. Basilio Gaztambide, R. Gillis, Z. Cintron Marrero, M. Rivera, G. Colvin, R. Schott. Dated: 02/15/2019. [DN5145]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||38|F|0.10||28.00|20190215|B113||A104|KCS|Receive and analyze ORDER GRANTING DN4765 - Motion resigning legal representation filed by Fir Tree Partners, Candlewood Investment Group. Attorney FERNANDO O ZAMBRANA AVILES terminated. [DN5141]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||39|F|0.40||112.00|20190215|B113||A104|KCS|Receive and analyze ORDER, PURSUANT TO BANKRUPTCY CODE SECTION 502 AND BANKRUPTCY RULE 3007, ESTABLISHING INITIAL PROCEDURES WITH RESPECT TO OMNIBUS OBJECTION OF (I) FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE, AND (II) OFFICIAL COMMITTEE OF UNSECURED CREDITORS, TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN COMMONWEALTH GENERAL OBLIGATION BONDS AND GRANTING RELATED RELIEF. Related documents 4788, 5077, 5079. [DN5143] (36 pages)|66-0554116|280.00|Suria, Kenneth C.|PT|[]

20190228|502188|1600|01001|26761.00|20190201|20190228||40|F|0.20||56.00|20190215|B113||A104|KCS|Receive and analyze EIGHTH OMNIBUS ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY. Granting DN5107 MOTION Debtors' Eight Omnibus Motion for Approval of Modifications to the Automatic Stay. [DN5146]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||41|F|0.10||28.00|20190215|B113||A104|KCS|Receive and analyze USCA JUDGMENT as to 3594 Notice of Appeal. The district court's ruling that Puerto Rico Oversight, Management, and Economic Stability Act's protocol for the appointment of Financial Oversight and Management Board Members is constitutional is reversed. The matter was remanded to the district court with instructions to enter a declaratory judgment to the effect that Puerto Rico Oversight, Management, and Economic Stability Act's protocol for the appointment of Financial Oversight and Management Board Members is unconstitutional and must be severed. The district court's denial of appellants' motions to dismiss the Puerto Rico Oversight, Management, and Economic Stability Act's Title III proceedings was affirmed. Mandate in these appeals will not be issued for 90 days, to allow the President and the United States Senate to validate the currently defective appointments or reconstitute the Financial Oversight and Management Board in accordance with the Appointments Clause, U.S. Const. art. II, § 2, cl. 2. During the 90-day stay period, the Board may continue to operate as until now. [DN5152]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||42|F|0.10||28.00|20190215|B113||A104|KCS|Receive and analyze PUERTO RICO SALES TAX FINANCING CORPORATION'S MOTION to inform SCHEDULING OF HEARING ON THE THIRTEENTH OMNIBUS OBJECTION TO CLAIMS AS TO CLAIM OF PETER C. HEIN relative to DN5052 Order filed by the COMMONWEALTH OF PUERTO RICO. [DN5142]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||43|F|0.80||224.00|20190215|B113||A104|KCS|Receive and analyze USCA OPINION entered on 2/15/2019 as to 3594 Notice of Appeal. [DN5151] (55 pages)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||44|F|1.00||280.00|20190218|B113||A104|KCS|Receive and read motion to inform Publication and Filing of Final Investigative Report dated 2/18/2019, filed by the Commonwealth of Puerto Rico. [DN5154] (102 pgs.)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||45|F|0.10||28.00|20190219|B113||A104|KCS|Receive and analyze ORDER SETTING BRIEFING SCHEDULE relative to DN5160, Motion for Relief From Stay Under 362 [e]. filed by Antonio Cosme-Calderon. Responses due by 3/5/2019. Reply due by: 3/12/2019 . [DN5162]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||46|F|0.10||28.00|20190219|B113||A104|KCS|Receive and review Notice of Motion Relative to DN5169 -MOTION for Appointment of Trustee filed by PUERTO RICO AAA PORTFOLIO BOND FUND INC, Et al. [DN5170] (60 pgs)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||47|F|1.20||336.00|20190219|B113||A104|KCS|Receive and analyze Informative Motion with McKinsey & Company's Investigative Report. (102 pgs.) [DN5154]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||48|F|0.30||84.00|20190219|B113||A104|KCS|Receive and analyze Motion for Entry of a Sixth

Order Extending Time to Assume or Reject Unexpired Leases of
Nonresidential Real Property Under Which the Puerto Rico Public Buildings
Authority is the Lessor Pursuant to Bankruptcy Code Section 365(d)(4).
filed by the COMMONWEALTH OF PUERTO RICO, Et al. [DN5158]|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||49|F|0.10||28.00|2
0190219|B113||A104|KCS|Receive and analyze Notice of Appeal as to DN4382
Order, DN4441 Order, DN5045 Memorandum Opinion and Order, DN5047
Memorandum Order, DN5048 Order, DN5053 Memorandum Order, and DN5055
Order. filed by Lawrence B. Dvores, Mark Elliot, Peter C. Hein.
[DN5166]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||50|F|0.10||28.00|2
0190219|B113||A104|KCS|Receive and analyze ORDER Regarding Defective
Notice of  Withdrawal related to DN5164 Motion resigning legal
representation for The GMS Group, LLC. filed by GMS Group, LLC. Amended
notice or motion due by 3/5/2019. Signed by Judge Laura Taylor Swain on
02/19/2019. [DN5167]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||51|F|0.10||28.00|2
0190219|B113||A104|KCS|Receive and analyze Informative Motion of Official
Committee of Unsecured Creditors Regarding February 26, 2019 hearing
relative to DN5113, Order filed by Luc A. Despins on behalf of Official
Committee of Unsecured Creditors [DN5159]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||52|F|0.10||28.00|2
0190220|B113||A104|KCS|Receive and analyze ORDER REVISING DEADLINES SET
FORTH IN THE COURT'S ORDER ENTERED ON FEBRUARY 14, 2019 (ECF NO. 596 in
17-3284). Resolving 5179 STIPULATION AND PROPOSED ORDER TO EXTEND
DEADLINES SET FORTH IN THE COURTS ORDER ENTERED ON FEBRUARY 14, 2019
relative to DN5137 Order Setting Due Date filed by Official Committee of
Unsecured Creditors, PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY
AUTHORITY.  [DN5180]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||53|F|0.10||28.00|2
0190220|B113||A104|KCS|Receive and analyze USCA Judgement dismissing
Javier Mandri's appeal. [DN5172]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||54|F|0.10||28.00|2
0190220|B113||A104|KCS|Receive and analyze USCA Case Number 18-1987 as to
[3998] Notice of Appeal. [DN5174]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||55|F|0.10||28.00|2
0190220|B113||A104|KCS|Receive and analyze USCA Case Number 18-2035 as to
[3848] Notice of Appeal. [DN5171]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||56|F|0.10||28.00|2
0190220|B113||A104|KCS|Receive and analyze USCA JUDGMENT as to [3998]
Notice of Appeal filed by Official Committee of Unsecured Creditors. Upon
consideration of the parties' joint motion, it is hereby ordered that
this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)
with each party to bear its own costs. Mandate to issue forthwith.
[DN5175]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||57|F|0.10||28.00|2
0190220|B113||A104|KCS|Receive and analyze USCA MANDATE as to [3998]
Notice of Appeal, [5175] USCA Judgment. [DN5176]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]

```
20190228|502188|1600|01001|26761.00|20190201|20190228||58|F|0.10||28.00|20190220|B113||A104|KCS|Receive and analyze USCA Case Number 18-2194 as to [4387] Notice of Appeal. [DN5177]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||59|F|0.10||28.00|20190220|B113||A104|KCS|Receive and analyze Transmittal of Record on Appeal Sent to USCA as to [5166] Notice of Appeal filed by Lawrence B. Dvores, Peter C. Hein, Mark Elliot. [DN5178]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||60|F|0.10||28.00|20190220|B113||A104|KCS|Receive and analyze Stipulation and Proposed Order to extend deadlines set forth in Court's Order of 2/14/2019, relative to DN5137 - Order Setting Due Date filed by Official Committee of Unsecured Creditors, PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY. [DN5179]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||61|F|0.10||28.00|20190220|B113||A104|KCS|Receive and analyze USCA Case Number 19-1181 as to 5155 Notice of Appeal. [DN5183]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||62|F|0.10||28.00|20190220|B113||A104|KCS|Receive and analyze USCA Case Number 19-1182 as to 5166 Notice of Appeal. [DN5184]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||63|F|0.10||28.00|20190220|B113||A104|KCS|Receive and review Notice of Withdrawal of Document relative to DN5029 - Response to Debtor's Objection to Claims (Number 29352) and relative to DN4410 - Motion by PUERTO RICO SALES TAX FINANCING CORPORATION'S SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO DEFICIENT CLAIMS filed by PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) filed by Mirta Vincenty Cardona, filed by Mirta Vincenty Cardona. [DN5173]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||64|F|0.10||28.00|20190221|B113||A104|KCS|Receive and analyze Informative Motion Regarding Attendance at February 26, 2019  Hearing relative to DN5113 Order filed by PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY. [DN5191]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||65|F|0.20||56.00|20190221|B113||A104|KCS|Receive and analyze Order Approving DN5188 Joint Stipulation of Dismissal With Prejudice Adverse Proceeding 17-AP-257 relative to DN5045 - Memorandum Opinion and Order, DN5053 - Memorandum Order, and DN5055 Order, filed by Bettina Whyte. Signed by Judge Laura Taylor Swain on 02/21/2019. [DN5192]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||66|F|0.10||28.00|20190222|B113||A104|KCS|Receive and analyze ORDER setting briefing schedule relative to DN5196 - Urgent motion to Expedite Consideration of Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay and relative to DN 3418 - Motion for Relief From Stay Under 362. [DN5200]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||67|F|0.10||28.00|20190222|B113||A104|KCS|Receive and analyze ORDER relative to DN5197 Motion requesting extension of time until March 8, 2019, to file oppositions to the Motion at DN 1074. [DN5199]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
```

20190228|502188|1600|01001|26761.00|20190201|20190228||68|F|0.10||28.00|20190222|B113||A104|KCS|Receive and analyze Informative Motion of Official Committee of Unsecured Creditors Regarding February 26, 2019  Hearing and relative to DN5159 - Motion to Inform filed by Official Committee of Unsecured Creditors filed by Official Committee of Unsecured Creditors. [DN5201]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||69|F|0.20||56.00|20190222|B113||A104|KCS|Receive and analyze Seventh Urgent Consented Motion for Further Extension of Deadlines relative to DN 5111 - Order Granting Motion (Attachment # (1) Exhibit A- Proposed Order) filed by PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY. [DN5202]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||70|F|0.20||56.00|20190222|B113||A104|KCS|Receive and analyze MOTION to inform Further Status Report Concerning Order Granting Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery of Title III Debtors, Other Than COFINA, Concerning Potential Avoidance Actions relative to DN4862 - Order, filed by Official Committee of Unsecured Creditors. [DN5203]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||71|F|0.30||84.00|20190225|B113||A104|KCS|Receive and analyze Affidavit Submitting Documents / Affidavits of Publication of Objection Notice Pursuant to Order, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, Establishing Initial Procedures With Respect to Omnibus Objection of (I) Financial Oversight And Management Board, Acting Through Its Special Claims Committee, and (II) Official Committee of Unsecured Creditors, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds and Granting Related Relief Relative to DN5143 Order with Attachments [DN5226]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||72|F|0.10||28.00|20190225|B113||A104|KCS|Receive and analyze ORDER GRANTING DN5196 Urgent motion to Expedite Consideration of Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay Relative to DN3418 - Motion for Relief From Stay Under 362 [e], Related document DN3418 - Motion for Relief From Stay Under 362 [e] filed by certain secured creditors. [DN5210]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||73|F|0.10||28.00|20190225|B113||A104|KCS|Receive and analyze ORDER GRANTING DN5202 - Urgent motion SEVENTH URGENT CONSENTED MOTION FOR FURTHER EXTENSION OF DEADLINES Relative to DN5111 - Order Granting Motion. Related document DN4443 - MOTION REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF POST-PETITION LEASE PAYMENTS UNDER UNEXPIRED NON-RESIDENTIAL LEASE. [DN5209]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||74|F|0.10||28.00|20190225|B113||A104|KCS|Receive and analyze Notice of Participation (General Obligation Bonds) relative to DN4784 Omnibus Objection of (I) Financial Oversight and Management Board, Acting Through Its Special Claims Committee, and (II) Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007 filed by Official Committee of Unsecured Creditors with attachments filed by Floyd R. Tanzer [DN 5214] , Judy G. Silber [DN 5215], F&J Tanzer Family Limited Partnership [DN 5217],  F&J Tanzer Family Limited Partnership [DN 5218],

```
Judy Silber, M.D [DN 5219] and by Shoshannah D. Tanzer [DN5216].|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||75|F|0.20||56.00|2
0190225|B113||A104|KCS|Receive and analyze Urgent motion FOR ENTRY OF AN
ORDER APPROVING STIPULATION BETWEEN THE COMMONWEALTH OF PUERTO RICO AND
THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO REGARDING THE TOLLING OF STATUTE OF LIMITATIONS filed by  of
The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al. [DN5223]|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||76|F|0.10||28.00|2
0190226|B113||A104|KCS|Receive and analyze Notice of Participation
(General Obligation Bonds) Relative to DN4784 Objection Omnibus Objection
of (I) Financial Oversight and Management Board, Acting Through Its
Special Claims Committee, and (II) Official Committee of Unsecured
Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule
3007 filed by Official Committee of Unsecured Creditors  with Attachments
filed by Nancy P. Jacklin, pro se.  [DN5235], Gerald Horowitz [DN5233],
Chudow Family Trust 2015 [DN5232], David M. Christensen [DN5231] and
David R Martin. [DN5243].|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||77|F|0.10||28.00|2
0190226|B113||A104|KCS|Receive and analyze ORDER SETTING BRIEFING
SCHEDULE relative to DN5223 - Urgent motion FOR ENTRY OF AN ORDER
APPROVING STIPULATION BETWEEN THE COMMONWEALTH OF PUERTO RICO AND THE
EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO REGARDING THE TOLLING OF STATUTE OF LIMITATIONS. [DN5238]|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||78|F|0.10||28.00|2
0190226|B113||A104|KCS|Receive and analyze USCA Mandate as to DN 3827
Notice of Appeal filed by Altair Global Credit Opportunities Fund (A),
LLC, Et al., DN3834 Notice of Appeal filed by PUERTO RICO AAA PORTFOLIO
BOND FUND INC, Et al. relative to DN5011 USCA Judgment. [DN5234]|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||79|F|0.10||28.00|2
0190226|B113||A104|KCS|Receive and analyze Notice of Participation
(General Obligation Bonds) Relative to DN4784 Objection Omnibus Objection
of (I) Financial Oversight and Management Board, Acting Through Its
Special Claims Committee, and (II) Official Committee of Unsecured
Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule
3007 filed by Official Committee of Unsecured Creditors (Attachment # (1)
Envelope) filed by Chudow Family Trust 2015, pro se. [DN5232]|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||80|F|0.30||84.00|2
0190226|B113||A104|KCS|Receive and analyze Opposition of the Financial
Oversight and Management Board for Puerto Rico, as Representative of
Puerto Rico Sales Tax Financing Corporation, to the Credit Unions Motion
for Reconsideration of Order Confirming the Third Amended Plan of
Adjustment of Puerto Rico Sales Tax Financing Corporation (DE #604 in 17-
3284). (Attachments # 1 Exhibit A) filed by COFINA, The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al.  Modified on 2/26/2019 not a motion.
[DN5242]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||81|F|0.10||28.00|2
0190227|B113||A104|KCS|Receive and analyze Notice of Participation
```

(General Obligation Bonds) Relative to DN4784 Omnibus Objection of (I) Financial Oversight and Management Board, Acting Through Its Special Claims Committee, and (II) Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007 filed by Official Committee of Unsecured Creditors (Attachment # 1 Envelope) filed by Yan-Chow Ma [DN5253], Walter J. Howard [DN5254], Dean L. Carlson [DN5255], James Farrant Jr. [DN5256],  Susan D. Loring [DN5257],Kermit A. Perez Molinari [DN5262] and Jorge L. Rosso [DN5263].|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||82|F|0.10||28.00|20190228|B113||A104|KCS|Receive and analyze ORDER GRANTING DN5259 Motion to allow Zachary Russell to appear pro hac vice filed by Lawful Constitutional Debt Coalition, DN5260 Motion to allow K. John Shaffer to appear pro hac vice filed by DN5261 Motion to allow Matthew Scheck to appear pro hac vice filed by Lawful Constitutional Debt Coalition. Signed by Judge Laura Taylor Swain on 02/28/2019. [DN5267]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||83|F|0.10||28.00|20190228|B113||A104|KCS|Receive and analyze ORDER APPROVING STIPULATION relative to DN5223 - Urgent motion FOR ENTRY OF AN ORDER APPROVING STIPULATION BETWEEN THE COMMONWEALTH OF PUERTO RICO AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO REGARDING THE TOLLING OF STATUTE OF LIMITATIONS. [DN5271]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||84|F|0.10||28.00|20190228|B113||A104|KCS|Receive and analyze ORDER GRANTING DN5266 Motion to allow Zachary H. Smith to appear pro hac vice filed by Government Development Bank for Puerto Rico. Signed by Judge Laura Taylor Swain on 02/28/2019. [DN5269]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||85|F|0.20||56.00|20190228|B113||A104|KCS|Receive and analyze Transcript of Motion Hearing held on 2/26/2019, before Magistrate Judge Judith G. Dein. Court Reporter Kelly Mortellite, NOTICE RE REDACTION OF TRANSCRIPTS. Redaction Request Due By 3/21/2019  . Redacted Transcript Deadline set for 4/1/2019. Release of Transcript Restriction set for 5/29/2019. [DN5268]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||86|F|0.10||28.00|20190228|B113||A104|KCS|Receive and analyze Notice of Participation (General Obligation Bonds) Relative to DN4784 Omnibus Objection of (I) Financial Oversight and Management Board, Acting Through Its Special Claims Committee, and (II) Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007 filed by Official Committee of Unsecured Creditors filed by ROBERT D. GORDON on behalf of Official Committee of Retired Employees of Puerto Rico. [DN5272]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||87|F|2.00||560.00| 20190213|B150||A107|AGE|Analyze the 3 memos prepared before they were shared with our colleagues at Brown Rudnick. Analyze status of compilations of budget records. Prepare and participate in teleconference with team at Brown Rudnick.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||88|F|3.50||770.00| 20190221|B160||A103|PJH|Draft format to be used for first Application for Compensation and all supporting documents.|66-0554116|220.00|Hammer, Paul J|AS|[]

```
20190228|502188|1600|01001|26761.00|20190201|20190228||89|F|0.80||224.00|20190221|B191||A104|KCS|Receive and analyze email from Sunni Beville relative to their research on the statute of limitations.  Read the memorandum and tasked Enrique Enriquez with task.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||90|F|0.30||84.00|20190204|B410||A103|AGE|Receive and edit brief memo by N. Natal regarding negligent misrepresentation.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||91|F|3.20||896.00|20190211|B410||A102|AGE|Analyze Government Budget documents in order to complete assignment from Brown Rudnick.  Meet with C. Bonilla, paralegal assigned to securing documents.  Further analyze documents.  Email to Sunni Beville regarding same to validate scope.  Also read 3 memos prepared by associates with issues on Puerto Rico laws assigned to us for investigation.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||92|F|1.00||280.00|20190212|B410||A102|AGE|Work on the 3 memos prepared by associates with issues on Puerto Rico laws assigned to us for investigation.|66-0554116|280.00|Estrella, Alberto G.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||93|F|0.30||0.00|20190206|C100||A105|NNC|Intraoffice meeting with Kenneth Suria, Esq. and Alberto Estrella, Esq. to discuss several corporate legal researchs needed for complaints to be filed.|66-0554116|0.00|Natal, Neysha|AS|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||94|F|1.00||95.00|20190206|C100||A102|CB|Research matter for Legislative record research requested.|66-0554116|95.00|Bonilla, Carolina|OT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||95|F|2.00||190.00|20190208|C100||A104|CB|Research from the year 2011 to the year 2015 the Diario de sesiones, Resoluciones Conjuntas of the Government budget of each year and Cifras de Presupuesto reales of each fiscal year.|66-0554116|95.00|Bonilla, Carolina|OT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||96|F|1.00||95.00|20190208|C100||A104|CB|Research the Laws created in the years from 2011 to 2015 for the government budget.|66-0554116|95.00|Bonilla, Carolina|OT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||97|F|2.00||190.00|20190209|C100||A104|CB|Continue researching the documents of the government budget of the years 2011 to 2015.|66-0554116|95.00|Bonilla, Carolina|OT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||98|F|4.00||380.00|20190211|C100||A104|CB|Research and compare the equivalent proyects for the following  RCC1100, RCS0791, RCC1458, RCS0990, RCC1459, RCS0991, RCC0545, RCS0411, RCC0747 and RCC748.|66-0554116|95.00|Bonilla, Carolina|OT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||99|F|3.00||285.00|20190211|C100||A104|CB|Compare the equivalent proyects for the following RCC 57, RCS 793, RCC 16 and RCS 130.|66-0554116|95.00|Bonilla, Carolina|OT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||100|F|1.50||142.50|20190211|C100||A112|CB|Visit to the office of Inactive Archives in the Capitol of Puerto Rico in San Juan to request the recording of the hearings of RCC1100, RCC 1101, RCC1458, RCC1459, RCC0227, RCC028, RCC0554, RCC0545, RCC0747 and RCC748.|66-0554116|95.00|Bonilla, Carolina|OT|[]
```

```
20190228|502188|1600|01001|26761.00|20190201|20190228||101|F|0.50||47.50|20190211|C100||A112|CB|Travel time to the office of Inactive Archives in the Capitol of Puerto Rico in San Juan to request the recording of the hearings of RCC1100, RCC 1101, RCC1458, RCC1459, RCC0227, RCC028, RCC0554, RCC0545, RCC0747 and RCC748.|66-0554116|95.00|Bonilla, Carolina|OT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||102|F|0.50||47.50|20190212|C100||A109|CB|Visit the office of Archivo Inactivo in the Capitol of San Juan to hand in the USB por the copy of the hearings of the Government Budget.|66-0554116|95.00|Bonilla, Carolina|OT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||103|F|0.50||47.50|20190213|C100||A109|CB|Visit the office of Inactive Archives to obtain the copy of the requested hearings of the Government Budget of the year 2011 to 2015.|66-0554116|95.00|Bonilla, Carolina|OT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||104|F|3.90||858.00|20190206|C200||A102|NNC|Intial legal research and analysis of cause of action of negligent misrepresentation under NY laws and potential application of said cause of action in PR.|66-0554116|220.00|Natal, Neysha|AS|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||105|F|2.20||484.00|20190206|C200||A104|NNC|Analysis of legal research on negligent misrepresentation cause of action (PR, NY & DE) in order to prepare memorandum.|66-0554116|220.00|Natal, Neysha|AS|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||106|F|2.50||550.00|20190206|C200||A102|NNC|Initial legal research on PR Securities Law and potential application to 2012 bonds issuance.|66-0554116|220.00|Natal, Neysha|AS|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||107|F|2.60||572.00|20190206|C200||A102|NNC|Continue with legal research and analysis of potential cause of action for aiding and abetting a breach of a fiduciary duty on PR and DE jurisdictions (PR Corporate Laws are based on DE corporate legislation).|66-0554116|220.00|Natal, Neysha|AS|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||108|F|3.20||704.00|20190206|C200||A102|NNC|Initial legal research and analysis of cause of action for aiding and abetting a breach of fiduciary duty in NY jurisdiction.|66-0554116|220.00|Natal, Neysha|AS|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||109|F|2.00||440.00|20190206|C200||A102|NNC|Continue with legal analysis of PR Securities Law and SEC rules and regulations for 2012 bond issuance.|66-0554116|220.00|Natal, Neysha|AS|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||110|F|2.20||484.00|20190206|C200||A102|NNC|Initial legal research on potential cause of action for negligent misrepresentation under PR laws.|66-0554116|220.00|Natal, Neysha|AS|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||111|F|2.00||440.00|20190206|C200||A104|NNC|New legal research on negligent misrepresentation cause of action and elements to proof the claim in other jurisdictions.|66-0554116|220.00|Natal, Neysha|AS|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||112|F|2.40||528.00|20190206|C200||A102|NNC|Initial legal research on potential cause of action for aiding and abetting a breach of fiduciary duties under PR corporate laws, commercial and/or civil codes.|66-0554116|220.00|Natal, Neysha|AS|[]
```

```
20190228|502188|1600|01001|26761.00|20190201|20190228||113|F|3.00||480.00|20190207|C200||A102|ESE|Legal research for federal and State caselaw regarding Aiding and Abetting a Breach of a Fiduciary Duty and writing first draft of Memorandum with results|66-0554116|160.00|Enriquez, Enrique S.|AS|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||114|F|0.10||16.00|20190207|C200||A105|ESE|E-mail to attorney Neysha Natal on results of legal research for Aiding and Abetting a Breach of a Fiduciary Duty|66-0554116|160.00|Enriquez, Enrique S.|AS|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||115|F|3.00||660.00|20190208|C200||A102|NNC|New legal research and analysis of PR Uniform Secutities Act and PR General Corporations Act to supplement prior analysis of the negligent misrepresentation figure.|66-0554116|220.00|Natal, Neysha|AS|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||116|F|0.50||80.00|20190208|C200||A105|ESE|Exchange of e-mails with attorney Neysha Natal regarding results of final version of Memorandum.|66-0554116|160.00|Enriquez, Enrique S.|AS|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||117|F|7.80||1248.00|20190221|C200||A102|ESE|Legal research for current statutes in Puerto Rico regarding fraudulent transfer claims and analyze of previous Memorandum and communications received from Brown Rudnick LLP on same.|66-0554116|160.00|Enriquez, Enrique S.|AS|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||118|F|5.00||800.00|20190225|C200||A102|ESE|Legal research for current caselaw in Puerto Rico regarding fraudulent transfer claims and drafting of Memorandum on results and e-mail to attorney Kenneth Suria on same.|66-0554116|160.00|Enriquez, Enrique S.|AS|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||119|F|1.00||160.00|20190226|C200||A105|ESE|Interoffice conference with attorney Kenneth Suria regarding first draft of Memorandum regarding statute of limitations in relation to fraudulent transfer of securities under Puerto Rico laws, drafting of reduced version of Memorandum and e-mail to attorney Kenneth Suria with results|66-0554116|160.00|Enriquez, Enrique S.|AS|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||120|F|0.20||0.00|20190205|C300||A105|NNC|Conference call with Mr. Alberto G. Estrella, Esq. to discuss new legal research needed for the negligent misrepresentation analysis.|66-0554116|0.00|Natal, Neysha|AS|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||121|F|2.80||616.00|20190206|C300||A103|NNC|Preparation of first draft of legal memorandum on cause of action for negligent misrepresentation.|66-0554116|220.00|Natal, Neysha|AS|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||122|F|2.30||506.00|20190206|C300||A103|NNC|Preparation of first draft of internal memorandum on cause of action for aiding and abetting a breach of a fiduciary duty.|66-0554116|220.00|Natal, Neysha|AS|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||123|F|0.20||0.00|20190207|C300||A105|NNC|Conference call with Mr. Enrique Enriquez, Esq. to discuss additional analysis needed for the aiding and abetting a breach of a fiduciary duty legal memorandum.|66-0554116|0.00|Natal, Neysha|AS|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||124|F|0.50||110.00|20190207|C300||A104|NNC|Initial analyze of the draft of Legal Memorandum prepared by Mr. Enrique Enriquez, Esq. to supplement previous legal
```

```
research done (aiding and abetting a breach of a fiduciary duty).|66-0554116|220.00|Natal, Neysha|AS|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||125|F|0.30||84.00|20190208|C300||A104|KCS|Receive and edit Neysha Natal's Memorandum on negligent misrepresentation.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||126|F|0.30||84.00|20190208|C300||A104|KCS|Receive and edit Neysha Natal's Memorandum on aiding and abetting in breach of fiduciary duty.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||127|F|0.30||84.00|20190208|C300||A104|KCS|Receive and edit Mayra Artiles Memorandum Uniform Securities Law of Puerto Rico.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||128|F|3.00||480.00|20190208|C300||A103|MA|Draft Memorandum on applicable law and choice of forum for Puerto Rico issued securities, as interpreted by Puerto Rico Uniform Securities legislation.|66-0554116|160.00|Artiles, Mayra|AS|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||129|F|1.30||286.00|20190208|C300||A104|NNC|Analyze and edit of draft of legal memorandum prepared by Mr. Enrique Enriquez, Esq. regarding aiding and abetting a breach of a fiduciary duty.|66-0554116|220.00|Natal, Neysha|AS|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||130|F|3.50||770.00|20190208|C300||A104|NNC|Analysis of new legal research and editing of draft of legal memorandum on negligent misrepresentation.|66-0554116|220.00|Natal, Neysha|AS|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||131|F|0.30||84.00|20190212|L120||A103|KCS|Read and edit Memorandum on Aiding and Abetting Breach of Fiduciary Duty.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||132|F|0.30||84.00|20190212|L120||A103|KCS|Read and edit Memorandum on Negligent Misrepresentation.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||133|F|0.30||84.00|20190212|L120||A103|KCS|Read and edit Memorandum on PR Uniform Securities Act.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||134|F|0.20||56.00|20190221|L120||A104|KCS|Receive and analyze email from Sunni Beville relative to statutes of limitations.  Write reply that we will look into it.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||135|F|1.00||95.00|20190206|L140||A109|CB|Visit the Federal Court to pay for PHU applications.|66-0554116|95.00|Bonilla, Carolina|OT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||136|F|0.20||56.00|20190201|L250||A104|KCS|Receive and analyze Response to Debtor's Objection to Claims (Numbers 256, 294) Relative to DN4410-MOTION PUERTO RICO SALES TAX FINANCING CORPORATION'S SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO DEFICIENT CLAIMS filed by PUERTO RICO SALES TAX FINANCING CORPORATION with Attachments filed by VICTOR MARINI QUESADA, ALEXANDRA MARINI QUESADA.[DN5028]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||137|F|0.10||28.00|20190201|L250||A104|KCS|Receive and analyze ORDER GRANTING 5036 FIFTH URGENT CONSENTED MOTION FOR EXTENSION OF DEADLINES. The deadline to file oppositions to the Motion, or to otherwise respond, shall be extended to February 12, 2019  . Reply due by February 21, 2019.  [DN5043]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
```

```
20190228|502188|1600|01001|26761.00|20190201|20190228||138|F|0.60||168.00
|20190201|L250||A104|KCS|Receive and analyze THIRD SUPPLEMENT TO DN4585 -
Response to Debtor's Objection to Claims (Number 10701) Relative to
DN4417 - MOTION Puerto Rico Sales Tax Financing Corporation's Thirteenth
Omnibus Objection (Non-Substantive) To Duplicate Bond Claims filed by
COFINA, OBJECTION TO DN4846 - Notice of Filing of Revised Proposed (I)
Findings of Fact and Conclusions of Law Regarding Confirmation of the
Third Amended Title III Plan of Adjustment of Puerto Rico Sales Tax
Financing Corporation, and (II) Order and Judgment Confirming the Third
Amended Title III Plan filed by COFINA filed by Peter C. Hein. [Related
documents DN4894 - Notice of Filing of Corrected Revised Proposed Order
and Judgment Confirming the Third Amended Title III Plan. Relative to
DN4846 Notice filed by COFINA, DN4953 - MOTION SECOND AMENDED PLAN
SUPPLEMENT AND PLAN RELATED DOCUMENTS OF PUERTO RICO SALES TAX FINANCING
CORPORATION filed by COMMONWEALTH OF PUERTO RICO, DN4956 - Notice of
Presentment OF SECOND AMENDED PLAN SUPPLEMENT AND PLAN RELATED DOCUMENTS
BY PUERTO RICO SALES TAX FINANCING CORPORATION. (Attachments #1 Exhibit
1, #2 Exhibit 2, and #3 Envelope).  [DN5041] (44 pgs.)|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||139|F|0.50||140.00
|20190201|L250||A104|KCS|Receive and analyze Response to Debtor's
Objection to Claims (Number 49548) Relative to DN4506 Debtor's Omnibus
Objection to Claims Nineteenth Omnibus Objection (Non-Substantive) of
Puerto Rico Sales Tax Financing Corporation To Duplicate And Deficient
Claims filed by COFINA (Attachments #1 Exhibit 2016 Statement, #2 Exhibit
2017 Statement, #3 Exhibit 2018 Statement, #4 Exhibit 2013 Statement, #5
Exhibit 2014 Statement, #6 Exhibit 2012 Statement, and #7 Exhibit 2015
Statement) filed by Helvia Cruz-Ybarra. [DN5042] (72 pgs.)|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||140|F|0.20||56.00|
20190201|L250||A104|KCS|Receive and review Response to Debtor's Objection
to Claim (Number 29352) Relative to DN4410 - MOTION PUERTO RICO SALES TAX
FINANCING CORPORATION'S SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO
DEFICIENT CLAIMS filed by COFINA (Attachments #(1) Exhibit Account
Statement) filed by Mirta Vincenty Cardona.[DN5029]|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||141|F|1.30||364.00
|20190204|L250||A103|AGE|Receive and analyze ORDER AND JUDGMENT
CONFIRMING THE THIRD AMENDED TITLE III PLAN OF ADJUSTMENT OF PUERTO RICO
SALES TAX FINANCING CORPORATION. [DN5048]|66-0554116|280.00|Estrella,
Alberto G.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||142|F|0.50||140.00
|20190204|L250||A104|KCS|Receive and analyze Memorandum Opinion and Order
APPROVING SETTLEMENT BETWEEN COMMONWEALTH OF PUERTO RICO AND PUERTO RICO
SALES TAX FINANCING CORPORATION regarding DN4067, Commonwealth of Puerto
Rico's Motion Pursuant to Bankruptcy Rule 9019 for Order Approving
Settlement Between Commonwealth of Puerto Rico and Puerto Rico Sales Tax
Financing Corporation.  [DN5045] (43 pages)|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||143|F|2.00||560.00
|20190204|L250||A104|KCS|Receive and analyze Memorandum of Findings of
Fact and Conclusions of Law in Connection with Confirmation of the Third
Amended Title III Plan of Adjustment of Puerto Rico Sales Tax Financing
Corporation. Related document DN4652, Notice Third Amended Title III Plan
```

of Adjustment of Puerto Rico Sales Tax Financing Corporation filed by COFINA, The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. Signed by Judge Laura Taylor Swain on 2/4/2019. (Attachments #(1) Exhibit A- New Bond Legislation). [DN5047] (131 pages)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||144|F|2.20||616.00|20190204|L250||A104|KCS|Receive and analyze ORDER AND JUDGMENT CONFIRMING THE THIRD AMENDED TITLE III PLAN OF ADJUSTMENT OF PUERTO RICO SALES TAX FINANCING CORPORATION. Related documents DN4296 - MOTION Amended Title III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation filed DN4605 - MOTION for Joinder and Supplement of the GMS Group, LLC to the Peter Hein Supplemental Objectionof Individual COFINA Subordinate Bondholder Residing in the 50 States Who Purchased at the Original Offering Prices, to Confirmation of Puerto Rico Sale filed by GMS Group, LLC, DN 4953 - SECOND AMENDED PLAN SUPPLEMENT AND PLAN RELATED DOCUMENTS OF PUERTO RICO SALES TAX FINANCING CORPORATION filed by COMMONWEALTH OF PUERTO RICO, DN4956 Notice of Presentment OF SECOND AMENDED PLAN SUPPLEMENT AND PLAN RELATED DOCUMENTS BY PUERTO RICO SALES TAX FINANCING CORPORATION, 4985 MOTION Leave to File Brief as Amicus Curiae by Autonomous Municipality of San Juan (Attachments: # 1 Exhibit A- Plan # 2 Exhibit B- Form of Notice) [DN5048] (141 pages)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||145|F|0.30||84.00|20190204|L250||A104|KCS|Receive and analyze Notice of Presentment of Stipulation and Proposed Amended Scheduling Order for Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., And Syncora Guarantee Inc. For Relief from The Automatic Stay to Allow Movants to Enforce Their Statutory Right to Have A Receiver Appointed (DN975) filed by NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION. [DN5046] (21 pages)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||146|F|0.20||56.00|20190204|L250||A104|KCS|Receive and analyze Informative Motion of (I) Financial Oversight and Management Board, Acting Through Its Special Claims Committee, and (II) the Official Committee of Unsecured Creditors Regarding Service of Objection Notice and Procedures Upon Beneficial Holders of Challenged GO Bonds (Attachments #1 Exhibit A - Declaration of Christina Pullo) filed by Official Committee of Unsecured Creditors [DN5049]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||147|F|0.50||80.00|20190213|L430||A103|MA|Further edits to Memorandum on applicable law and choice of forum for Puerto Rico issued securities, as interpreted by Puerto Rico Uniform Securities legislation.|66-0554116|160.00|Artiles, Mayra|AS|[]
20190228|502188|1600|01001|26761.00|20190201|20190228||148|F|1.80||396.00|20190222|P280||A104|PJH|Receive and anaylze Memorandum to Retained Professionals with Updated Schedule as provided by Fee Examiner Katherine Stadler in continued process of ensuring non-duplicative and efficent billing and work-delegation internal procedures.|66-0554116|220.00|Hammer, Paul J|AS|[]