LEDES1998B[]
INVOICE_DATE|INVOICE_NUMBER|CLIENT_ID|LAW_FIRM_MATTER_ID|INVOICE_TOTAL|BI
LLING_START_DATE|BILLING_END_DATE|INVOICE_DESCRIPTION|LINE_ITEM_NUMBER|EX
P/FEE/INV_ADJ_TYPE|LINE_ITEM_NUMBER_OF_UNITS|LINE_ITEM_ADJUSTMENT_AMOUNT|
LINE_ITEM_TOTAL|LINE_ITEM_DATE|LINE_ITEM_TASK_CODE|LINE_ITEM_EXPENSE_CODE
|LINE_ITEM_ACTIVITY_CODE|TIMEKEEPER_ID|LINE_ITEM_DESCRIPTION|LAW_FIRM_ID|
LINE_ITEM_UNIT_COST|TIMEKEEPER_NAME|TIMEKEEPER_CLASSIFICATION|CLIENT_MATT
ER_ID[]
20190331|501745|1600|01001|14175.10|20190301|20190331|3|F|0.50||140.00|2
0190301|B180||A104|KCS|Complete draft of memo by Enrique relative to the
statute of limitations and forward confirmation to Sunni Beville.|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331|4|F|0.50||140.00|2
0190301|B180||A104|KCS|Complete draft of memo by Enrique relative to the
statute of limitations and forward confirmation to Sunni Beville.|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331|5|F|0.20||56.00|20
190301|B113||A104|KCS|Receive and analyze  Notice of pro se Participation
(General Obligation Bonds) Relative to DN4784 Omnibus Objection of (I)
Financial Oversight and Management Board, Acting Through Its Special
Claims Committee, and (II) Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007 filed by
Official Committee of Unsecured Creditors (Attachment # 1 Envelope) filed
by Lawrence S. Jezouit. [DN5288], Angel B. Malave [5287], Marie M.
Suatoni [5286], Robert S. Nowie [5285], Jose R. Lluch Garcia [5276],
Peter Collotta [5275], James F. Leggett [5277], Stephen Sussman [5278],
Chanin Family Limited Partnership [5279], John Bergman [5280], Marie V.
Krokar Trust [5281], Shahab Sheikholeslam [ 5282], Caroline Goodman [
5283], Irvin J. Snyder [ 5284],  Irvin J. Snyder [ 5283], Caroline
Goodman [5283], Shahab Sheikholeslam [ 5282] and Marie Krokar Trust
[5281].|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331|6|F|0.10||28.00|20
190301|B113||A104|KCS|Receive and analyze  informative motion on
[5292]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331|7|F|0.20||56.00|20
190304|B113||A104|KCS|Receive and analyze  Informative MOTION to inform
Submitting the Proposed Order Denying the Urgent Motion of Financial
Oversight and Management Board, as Representative of Debtor, to Compel
Production of Documents from Movants Relating to their Motion for Relief
from Automatic Stay at DN5080 Urgent motion of Financial Oversight and
Management Board, as Representative of Debtor, to Compel Production of
Documents from Movants Relating to their Motion for Relief from Automatic
Stay. filed by PUERTO RICO ELECTRIC POWER AUTHORITY (Attachment # 1
Exhibit A- Proposed Order) filed by Assured Guaranty Corp., et al.
[DN5292]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331|8|F|0.00||0.00|201
90304|B113||A104|KCS|Receive and analyze  ORDER REGARDING OMNIBUS HEARING
SCHEDULED FOR MARCH 13, 2019. Omnibus Hearing set for 3/13/2019  09:30 AM
(AST) will be held in US Southern District of New York (VTC - USDC Puerto
Rico) before Judge LAURA TAYLOR SWAIN. [DN5311]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331|9|F|0.10||28.00|20
190304|B113||A104|KCS|Receive and analyze  ORDER REGARDING PROCEDURES FOR

ATTENDANCE, PARTICIPATION AND OBSERVATION OF MARCH 13-14, 2019, OMNIBUS
HEARING.  [DN5312]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||10|F|0.20||56.00|2
0190304|B113||A104|KCS|Receive and analyze  Notice of Participation
(General Obligation Bonds) Relative to DN4784 Objection Omnibus Objection
of (I) Financial Oversight and Management Board, Acting Through Its
Special Claims Committee, and (II) Official Committee of Unsecured
Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule
3007 filed by Official Committee of Unsecured Creditors (Attachment # 1
Envelope) filed by Mary B.C. Estabrook. [5313], Jeffrey S. Winslow
[5310], Mitchell F. Winslow [5309], Encody Inc. [5308], John Hover
[5307], Douglas H. Malin [5306], Allan and Carolyn David Living Trust
[5305], Anthony Patti [5304], William F. Alex [5303], Elsie Alex
[5302], Steven B. Tucker [5301], Nora Shang [5300], Jacqueline Fennell
and Robert Lee Fennell [5299], Tammy T. Liu [5298], Estate of Rose W.
David [5297], Richard A. Suatoni [5296], EDWIN RODRIGUEZ [5295],
Maria Del Rocio Badillo [5294] and Richard D. Seifert [5293].|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||11|F|0.40||112.00|
20190305|B113||A104|KCS|Receive and analyze  Notice of Participation
(General Obligation Bonds) Relative to DN4784 Objection Omnibus Objection
of (I) Financial Oversight and Management Board, Acting Through Its
Special Claims Committee, and (II) Official Committee of Unsecured
Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule
3007 filed by Official Committee of Unsecured Creditors (Attachment # 1
Envelope) filed by  Norman D. Baker Jr. [ 5358], Peter Shanovich [
5357], Jeffrey Sellers [ 5356], Amilda J. Avila Virella [ 5355], Nestor
Rodriguez Marty [ 5354], Robert J. Miller [ 5353], Bradford C. Vassey
[ 5352], Jason Galbraith [ 5351], John Shabato [ 5350], Gerard Loev [
5349], Marilyn Goldstein [ 5348], Rose Minutoli. [ 5346], Margaret M.
Meath. [ 5345], Wilodyne Bruce. [ 5344], Joseph Keleher. [ 5343],
Deborah Milano. [ 5342], Arturo Pico Vidal [ 5341], Maureen Pacini, [
5339], Paul S. Cooper [ 5340] and Angel A. Kock [ 5338].|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||12|F|0.40||112.00|
20190305|B113||A104|KCS|Receive and analyze  Notice of Participation
(General Obligation Bonds) Relative to DN4784 Objection Omnibus Objection
of (I) Financial Oversight and Management Board, Acting Through Its
Special Claims Committee, and (II) Official Committee of Unsecured
Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule
3007 filed by Official Committee of Unsecured Creditors (Attachment # 1
Envelope) filed by  Louis Brinn [ 5337], Valerie Moliterno [ 5336],
Alvin Meyers [ 5335], Jeffrey M. Whiting [ 5334], Vincent J. Incopero
[ 5333], Fred Westercamp Trust [ 5332], Matthew Himmelstein [ 5331],
Mani Ayyar [ 5330], John Robert Bateman [ 5329], Jean Spencer Trust [
5327], David J. Dreyfuss [ 5326], Renee Feit [ 5325], Warren Min [
5324], Bernard Goldstein [ 5323], Gloria Goldstein [ 5322], Steven
Rosen [ 5321], Izak Teller [ 5320], Manuel Mendez Garcia [ 5319],
Moises Suarez [ 5318], Lawerence Phillip Hamitton [ 5317] and Joseph
and Michele Gabai [ 5316].|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||13|F|0.10||28.00|2
0190305|B113||A104|KCS|Receive and analyze  ORDER DENYING 5080 Urgent
motion of Financial Oversight and Management Board, as Representative of
Debtor, to Compel Production of Documents from Movants Relating to their

Motion for Relief from Automatic Stay. Signed by Magistrate Judge Judith
G. Dein on 3/5/2019. [DN5347]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||14|F|0.40||112.00|
20190305|B113||A104|KCS|Receive and analyze  Notice of Participation
(General Obligation Bonds) Relative to DN4784 Objection Omnibus Objection
of (I) Financial Oversight and Management Board, Acting Through Its
Special Claims Committee, and (II) Official Committee of Unsecured
Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule
3007 filed by Official Committee of Unsecured Creditors (Attachment # 1
Envelope) filed by Kathleen V. Urbanski [5379], Anne Farley [ 5378],
Peter C. Hein  [ 5377], Theodore Japp  [ 5375], Robert Messer  [ 5374],
Lawrence M. Adams  [ 5373],  Lee A. Lawrence  [ 5372], Bruce Carswell  [
5371], Adam Duncan  [ 5370], Robert F. Schott  [ 5369], Arminda de
Choudens Farraro  [ 5368], Boston Trust & Investment Management Company
[ 5367], Wendy Goodman Rev. Trust  [ 5366], Bruce W. James  [ 5365],
Jerry Pisecki  [ 5364], Paul D. Sheeler  [ 5363], Lynn Schrier-Behler  [
5362], Steven Cohen  [ 5361], R.J. Hughes  [ 5360] and Robert B. Hughes
[ 5359].|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||15|F|0.30||84.00|2
0190305|B113||A104|KCS|Receive and analyze  Objection to Motion for
Relief From Stay Under 362 [e] Related document:[5160] Motion for Relief
From Stay Under 362 [e]. filed by Antonio Cosme-Calderon filed by Valerie
Concepcion-Cintron on behalf of COMMONWEALTH OF PUERTO RICO. [DN5380]
(22 pgs.)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||16|F|0.30||84.00|2
0190305|B160||A104|KCS|Receive and analyze  email correspondence to
discussing new memos on billing with hiring counsel.|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||17|F|0.10||28.00|2
0190306|B113||A104|KCS|Receive and analyze  Notice of Participation
(General Obligation Bonds) Relative to DN4784 Objection Omnibus Objection
of (I) Financial Oversight and Management Board, Acting Through Its
Special Claims Committee, and (II) Official Committee of Unsecured
Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule
3007 filed by Official Committee of Unsecured Creditors (Attachment # 1
Envelope) filed by Antonio Martin Cervera, pro se. [DN5381],  Maria
Teresita Martin  [DN5382], Kenton B. Holm [DN5383], Ramona Fernandez ,
Rafael Fernandez [DN5388].|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||18|F|0.30||84.00|2
0190306|B113||A104|KCS|Receive and analyze  Debtor's Reply to Objection
to Claims relative to DN4521 - Debtor's Individual Objection to Claims
Notice of Hearing for Objection of Puerto Rico Sales Tax Financing
Corporation to Proof of Claim of Cooperativa de Ahorro y Credito Dr.
Manuel Zeno Gandia (Claim No. 44322) DN5222 - Response to Debtor's
Objection to Claims (Number 44322) relative to DN4521- Debtor's
Individual Objection to Claims Notice of Hearing for Objection of Puerto
Rico Sales Tax Financing Corporation to Proof of Claim of Cooperativa de
Ahorro y Credito Dr. M filed by COOPERATIVA DE AHORRO Y CREDITO DR.
MANUEL ZENO GANDIA filed by  PUERTO RICO SALES TAX FINANCING CORPORATION
(COFINA), The Financial Oversight and Management Board for Puerto Rico,
as Representative of the Commonwealth of Puerto Rico, et al.
[DN5384]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||19|F|0.30||84.00|2
0190306|B113||A104|KCS|Receive and analyze  Debtor's Reply to Objection

to Claims relative to DN4520 - Debtor's Individual Objection to Claims
Notice of Hearing for Objection of Puerto Rico Sales Tax Financing
Corporation to Proof of Claim of Cooperativa de Ahorro y Credito de
Rincon (Claim No. 41478) DN5220 - Response to Debtor's Objection to
Claims (Number 41478) relative to  DN4520 - Debtor's Individual Objection
to Claims Notice of Hearing for Objection of Puerto Rico Sales Tax
Financing Corporation to Proof of Claim of Cooperativa de Ahorro y
Credito de Ri filed by COOPERATIVA DE AHORRO Y CREDITO DE RINCON filed by
PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA), The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al.  [DN5385]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||20|F|0.30||84.00|2
0190306|B113||A104|KCS|Receive and analyze  Debtor's Reply to Objection
to Claims relative to DN4522 - Debtor's Individual Objection to Claims
Notice of Hearing for Objection of Puerto Rico Sales Tax Financing
Corporation to Proof of Claim of Cooperativa de Ahorro y Credito de Juana
Diaz (Claim No. 45705), filed by COFINA, The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth
of Puerto Rico, et al., DN5221 - Response to Debtor's Objection to Claims
(Number(s): 45705) relative to DN4522 - Debtor's Individual Objection to
Claims Notice of Hearing for Objection of Puerto Rico Sales Tax Financing
Corporation to Proof of Claim of Cooperativa de Ahorro y Credito de Juana
Diaz filed by COOPERATIVA DE AHORRO Y CREDITO DE JUANA DIAZ filed by
PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA), The Financial
Oversight and Management Board for Puerto Rico, as Representative of the
Commonwealth of Puerto Rico, et al.  [DN5386]|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||21|F|0.10||28.00|2
0190306|B113||A104|KCS|Receive and analyze  Debtor's Reply to Objection
to Claims relative to DN4519 - Debtor's Individual Objection to Claims
Notice of Hearing for Objection of Puerto Rico Sales Tax Financing
Corporation to Proof of Claim of Cooperativa de Ahorro y Credito del
Valenciano (Claim No. 34165) DN5241 - Response to Debtor's Objection to
Claims (Number 34165) relative to DN4519.  [DN5387]|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||22|F|0.20||56.00|2
0190306|B113||A104|KCS|Receive and analyze  STIPULATION AND AGREED ORDER
REGARDING WITHDRAWAL OF PROOFS OF CLAIM FILED BY THE PUERTO RICO FUNDS IN
RESPECT OF COFINA BONDS relative to DN 5104 - Notice filed by
COMMONWEALTH OF PUERTO RICO filed by PUERTO RICO AAA PORTFOLIO BOND FUND
INC, Et al.  [DN5389]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||23|F|0.10||28.00|2
0190306|B113||A104|KCS|Receive and analyze  Debtor's Reply to Objection
to Claims relative to DN 4411 - MOTION PUERTO RICO SALES TAX FINANCING
CORPORATION'S SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CLAIMS
ASSERTED AGAINST THE INCORRECT DEBTOR filed by COFINA, DN 4490 - Response
to Debtor's Omnibus Objection to Claims (Number 2112) filed by Francisco
de A. Toro De Osuna relative to DN 4411 - MOTION Requestin Entry of Order
Granting Objection and the relief therein filed by COMMONWEALTH OF PUERTO
RICO filed by Francisco de A. Toro De Osuna filed by PUERTO RICO SALES
TAX FINANCING CORPORATION (COFINA), The Financial Oversight and
Management Board for Puerto Rico, as Representative of the Commonwealth
of Puerto Rico, et al. [DN5391]|66-0554116|280.00|Suria, Kenneth C.|PT|[]

20190331|501745|1600|01001|14175.10|20190301|20190331||24|F|0.40||112.00|
20190306|B113||A104|KCS|Receive and analyze  Debtor's Reply to Objection
to Claims relative to DN 4410 - MOTION PUERTO RICO SALES TAX FINANCING
CORPORATION'S SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO DEFICIENT
CLAIMS filed by PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA)
filed by RICARDO BURGOS VARGAS on behalf of PUERTO RICO SALES TAX
FINANCING CORPORATION (COFINA).  [DN5392]|66-0554116|280.00|Suria,
Kenneth C.|PT||[]
20190331|501745|1600|01001|14175.10|20190301|20190331||25|F|0.10||28.00|2
0190306|B113||A104|KCS|Receive and analyze  Debtor's Reply to Objection
to Claims relative to DN 4504 - Debtor's Omnibus Objection to Claims
Eighteenth Omnibus Objection (Non-Substantive) of Puerto Rico Sales Tax
Financing Corporation to Deficient Claims, filed by  (COFINA), The
Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al., DN 5034 -
Response to Debtor's Objection to Claims (Numbers 126061, 12856 and
141489) relative to DN 4504 - Debtor's Omnibus Objection to Claims
Eighteenth Omnibus Objection (Non-Substantive) of Puerto Rico Sales Tax
Financing Corporation to Deficient Claims.  [DN5393]|66-
0554116|280.00|Suria, Kenneth C.|PT||[]
20190331|501745|1600|01001|14175.10|20190301|20190331||26|F|0.10||28.00|2
0190306|B113||A104|KCS|Receive and analyze  Debtor's Reply to Objection
to Claims relative to DN 4506 - Debtor's Omnibus Objection to Claims
Nineteenth Omnibus Objection (Non-Substantive) of Puerto Rico Sales Tax
Financing Corporation To Duplicate And Deficient Claims filed by COFINA,
DN 5114 - Amended Response to Debtor's Objection to Claims (Number 49548)
relative to DN 4506 - Debtor's Omnibus Objection to Claims Nineteenth
Omnibus Objection (Non-Substantive) of Puerto Rico Sales Tax Financing
Corporation To Duplicate And Deficient Claims.  [DN5394]|66-
0554116|280.00|Suria, Kenneth C.|PT||[]
20190331|501745|1600|01001|14175.10|20190301|20190331||27|F|0.10||28.00|2
0190306|B113||A104|KCS|Receive and analyze  Debtor's Reply to Objection
to Claims Relative to DN 4416 - MOTION Puerto Rico Sales Tax Financing
Corporation's Twelfth Omnibus Objection (Non-Substantive) To Duplicate
Bond Claims [DN5395]|66-0554116|280.00|Suria, Kenneth C.|PT||[]
20190331|501745|1600|01001|14175.10|20190301|20190331||28|F|0.10||28.00|2
0190306|B113||A104|KCS|Receive and analyze  Debtor's Reply to Objection
to Claims relative to DN 4417 - MOTION Puerto Rico Sales Tax Financing
Corporation's Thirteenth Omnibus Objection (Non-Substantive) To Duplicate
Bond Claims [DN5396]|66-0554116|280.00|Suria, Kenneth C.|PT||[]
20190331|501745|1600|01001|14175.10|20190301|20190331||29|F|0.10||28.00|2
0190306|B113||A104|KCS|Receive and analyze  Debtor's Reply to Objection
to Claims relative to DN 4418 - MOTION Puerto Rico Sales Tax Financing
Corporation's Fourteenth Omnibus Objection (Non-Substantive) To Duplicate
Bond Claims [DN5397]|66-0554116|280.00|Suria, Kenneth C.|PT||[]
20190331|501745|1600|01001|14175.10|20190301|20190331||30|F|0.10||28.00|2
0190306|B113||A104|KCS|Receive and analyze  Debtor's Reply to Objection
to Claims relative to DN 4419 - MOTION Puerto Rico Sales Tax Financing
Corporation's Fifteenth Omnibus Objection (Non-Substantive) To Duplicate
Bond Claims [DN5398]|66-0554116|280.00|Suria, Kenneth C.|PT||[]
20190331|501745|1600|01001|14175.10|20190301|20190331||31|F|0.10||28.00|2
0190306|B113||A104|KCS|Receive and analyze  Debtor's Reply to Objection
to Claims Relative to DN4420 - MOTION Puerto Rico Sales Tax Financing

Corporation's Sixteenth Omnibus Ojbection (Non-Substantive) To Duplicate
Claims [DN5400]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||32|F|0.10||28.00|2
0190306|B113||A104|KCS|Receive and analyze  Notice of Participation
(General Obligation Bonds) Relative to DN4784 Objection Omnibus Objection
of (I) Financial Oversight and Management Board, Acting Through Its
Special Claims Committee, and (II) Official Committee of Unsecured
Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule
3007 filed by Official Committee of Unsecured Creditors (Attachment # 1
Envelope) filed by Ruy Solis [5407], Rae Marie Dougan , William D.
Dougan. [5406], Ulises Barros  [5405],  Maria Rosello  [5404], Devine
Living Trust pro se.  [5402] and  Leon Klein [5401].|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||33|F|0.10||28.00|2
0190306|B113||A104|KCS|Receive and analyze  ORDER GRANTING [5376] MOTION
to Withdraw Responses to Sixth and Twelfth Omnibus Objections to COFINA
Claim Number 15428 Without Prejudice relative to [4943] Response to
Debtor's Objection to Claims (Number 15428), Relative to  [4410] and
(Ramirez, Marian).  [DN5408]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||34|F|0.40||112.00|
20190306|B160||A104|KCS|Receive and analyze Fourth Interim Report on Fees
and Presumptive Standards filed by Fee Examiner.  [DN 5409] (34 pgs.)|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||35|F|0.10||28.00|2
0190307|B160||A104|KCS|Analysis of Informative Motion of the Fee Examiner
regarding procedures for attendance, etc. at March 13-14, 2019 Omnibus
Hearing filed by Brady C. Williamson|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||36|F|0.10||28.00|2
0190307|B113||A104|KCS|Receive and analyze  Notices of Participation
(General Obligation Bonds) relative to DN 4784 Objection Omnibus
Objection of (I) Financial Oversight and Management Board, filed by
Efrain Gonzalez Caro, pro se [DN5410], by Brady C. Williamson [DN5411],
by Jorge L. Rosso, pro se [DN5412], and Kerry Brusca , Robert Brusca ,
Michael Brusca, pro se [DN5413].|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||37|F|0.20||56.00|2
0190307|B150||A104|KCS|Receive and analyze  email from Sunni Beville
relative to Exit Procedures. Meetings of and Communications with
Creditors|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||38|F|0.60||168.00|
20190307|B150||A104|KCS|Receive and analyze  email from Carol Ennis with
First Fee Application for Brown and Rudnick. Meetings of and
Communications with Creditors|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||39|F|0.50||130.00|
20190307|B150||A106|ACT|Telephone conference with attorney Sunni Beville
and attorney Kenneth Suria regarding billing and invoices. Meetings of
and Communications with Creditors|66-0554116|260.00|Colberg, Andrés|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||40|F|0.50||140.00|
20190308|B113||A104|KCS|Analysis of Informative Regarding Participation
in the March 13-14, 2019 Omnibus Hearing Relative to DN5312 Order filed
by the followingCREDIT UNIONS WHO ARE CREDITORS IN THIS CASE [DN5440],
Official Committee of Unsecured Creditors [DN5441], Ad Hoc Group of
General Obligation Bondholder [DN5444], Ad Hoc Group of General

Obligation Bondholders [5445], AUTONOMY CAPITAL (JERSEY) LP [DN5448], of
NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION [DN5449], PUERTO RICO
FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY [DN5450], of Funeraria
Shalom Memorial Inc and RAFAEL RODRIGUEZ QUINTANA and REINALDO VINCENTY
PEREZ [DN5451], and The Financial Oversight and Management Board for
Puerto Rico [DN5454].|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331|41|F|0.20||56.00|2
0190308|B191||A103|KCS|Filed Motion to Inform participation in hearing of
Brown Rudnick.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331|42|F|0.30||84.00|2
0190308|B113||A104|KCS|Receive and analyze  Notices of Participation
(General Obligation Bonds) relative to DN 4784 Objection Omnibus
Objection of (I) Financial Oversight and Management Board, filed by the
following pro se - Abe Levy [DN5415], by Caryl Komornik [DN5416], Shirley
Maria Antonucci, [DN5417], Louise Bentivegna [DN5418], Grace Skidell
[DN5419], Diane Kessler [DN5420], Ghassan N. Bader [DN5420], Marie R
Nagel [DN5422], Archie L. Devore [DN5423], Hugo E. Kurtz [DN5424], Jose
R. Mendez-Bonnin [DN5428], Fideicomiso Plaza [DN5429], Maria T. San
Miguel [DN5431], Carmen M. Reyes Reyes [DN5432],  Eva Judith Viera
[DN5442], Donna Struletz [DN5443], Wayne Chisenhall [DN5443], and Many
Ayar [DN unassigned yet]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331|43|F|0.20||56.00|2
0190308|B150||A103|KCS|Receive analyze and edit Motion to Inform
participation in Omnibus hearing from Sunni Beville for compliance with
local bankruptcy. Meetings of and Communications with Creditors|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331|44|F|0.50||140.00|
20190308|B113||A104|KCS|Analysis of Informative Regarding Participation
in the March 13-14, 2019 Omnibus Hearing Relative to DN5312 Order filed
by the following - Official Committee of Retired Employees of Puerto Rico
[DN5414], The Financial Oversight and Management Board for Puerto Rico
[DN 5425], AMBAC ASSURANCE CORPORATION [DN 5426], PBA Funds [DN 5427],
Lawful Constitutional Debt Coalition [5430], of PEAJE INVESTMENTS LLC
[DN5434], Assured Guaranty Corp. and Assured Guaranty Municipal Corp.
[DN5436], Commonwealth Bondholder Group [DN5437], Common, wealth
Bondholder Group [DN5438] and QTCB Noteholder Group [DN 5439].|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331|45|F|0.20||56.00|2
0190308|B113||A104|KCS|Receive and analyze ORDER GRANTING [5158] MOTION
for Entry of a Sixth Order Extending Time to Assume or Reject Unexpired
Leases of Nonresidential Real Property Under Which the Puerto Rico Public
Buildings Authority is the Lessor Pursuant to Bankruptcy Code Section
365(d)(4). Related document: [2716] Order. Signed by Judge Laura Taylor
Swain on 03/08/2019.  [DN5389]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331|46|F|0.30||84.00|2
0190308|B113||A104|KCS|Receive and Analyze ORDER APPROVING STIPULATION
[DN5389] STIPULATION AND AGREED ORDER REGARDING WITHDRAWAL OF PROOFS OF
CLAIM FILED BY THE PUERTO RICO FUNDS IN RESPECT OF COFINA BONDS on [5104]
Notice filed by COMMONWEALTH OF PUERTO RICO, filed by PR Funds. Signed by
Judge Laura Taylor Swain on 03/08/2019.|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331|47|F|0.40||112.00|
20190311|B113||A104|KCS|Receive and analyze Notice of Participation
(General Obligation Bonds) relative to DN 4784 - Objection Omnibus

Objection of (I) Financial Oversight and Management Board, Acting Through
Its Special Claims Committee, and (II) Official Committee of Unsecured
Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule
3007 filed by pro se individuals  Alan DeFabbio [DN5470], RWK CS Trust
[DN5471], Feliz Maldonado Rivera [DN5472], Susan McCormack [DN5473], Fred
Winter [DN5474], Jules B. Lipow [DN5475], Edwin Corey [DN5475], Joseph
Brita and Diane Sipics [DN5477], Herschel Clopper [DN5478], Cheryl Lawton
and Kurt Gebauer [5479] and Carmel Esteves [5480].|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||48|F|0.20||56.00|2
0190311|B113||A104|KCS|Receive and analyze Notice of Presentment of Order
Extending Time to Assume or Reject Additional Unexpired Leases of Non-
Residential Real Property Pursuant to Bankruptcy Code Section 365(d)(4).
by The Financial Oversight and Management Board for Puerto Rico, as
Representative of the Commonwealth of Puerto Rico, et al.|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||49|F|0.10||28.00|2
0190311|B113||A104|KCS|Receive and analyze ORDER GRANTING [5452] Eight
Urgent Consented Motion for Further Extension of Deadlines regarding
DN4443 - MOTION REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM OF
POST-PETITION LEASE PAYMENTS UNDER UNEXPIRED NON-RESIDENTIAL LEASE.
Responses/Oppositions due by March 15, 2019  and Reply due by March 22,
2019. Signed by Judge Laura Taylor Swain on 3/11/2019. [DN5458].|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||50|F|0.40||112.00|
20190311|B113||A104|KCS|Receive and analyze Notice of Participation
(General Obligation Bonds) relative to DN 4784 - Objection Omnibus
Objection of (I) Financial Oversight and Management Board, Acting Through
Its Special Claims Committee, and (II) Official Committee of Unsecured
Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule
3007 filed by pro se individuals - Fanny Kobrin & Nathan Kobrin JT Ten
[DN 5459], John Pollak & Nancy Crowfoot JT Ten TOD [DN 5460], William
Earl and Marlene N. Lansford Rev. Trust Agent 2016 [DN5461], Francisco A.
Fernandez Martinez [DN5461], Rosario Cafaro [DN5461], Edward Barbour
[DN5464], Bruce Wiederspiel [DN5465], Barbara Daniels and Timothy Daniels
[DN5466], Fred A. Gregory [DN5467] and Howard Elconin [DN5468].|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||51|F|0.40||112.00|
20190312|B113||A104|KCS|Receive and analyze motion informing Notice of
Participation by the following pro se individuals -  G.R. y Asociados,
S.E. [DN5523], Eleanor Feigenbaum [DN5524], Jean Foschetti [DN5525],
Arlene H. Doroszka [DN5526], Craig Kurtz [DN5527], Joel Barry Brown
[DN5528], Ethel Alvarez [DN5529], Carmen I. Garcia Pacheco [DN5530],
Duncan M. Hall [DN5531], Ute Dienstbach [DN5532], Hilda Izquierdo
[DN5533], Edward Shelton [DN5534], Lawrence Solomon [DN5535], David
Berrong [DN5536], Isroff Family LLC [DN5537], Sheila Wolf [DN5538],
Michael Bowhay [DN5539], John Michael Wolstencroft [DN5540], linda B.
Handlesman [DN5541] and Rufo E. Gonzalez Rosario [DN5542].|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||52|F|0.40||112.00|
20190312|B113||A104|KCS|Receive and analyze motion informing Notice of
Participation by the following pro se individuals  James J. Armstrong
[DN5543], Maritza Maldonado [DN5544], Jan Valentine [DN5545], John J.
Trombadore [DN5546], Marlene S. Stein [DN5547], Adrien Coblentz [DN5548],

John Ferman [DN5549], Sandra K. Chang [DN5550], David M. Christensen
[DN5551], Roslyn Manor [DN5552], Miriam Z. Held [DN5553], Moneer Hindi
[DN5554], Robert F. Schott [DN5555], Natalie Jacobs [DN5556], Bruce
Brilliantine [DN5557], Konstantin W. Zois [DN5558], Sheila A. Binkley
[DN5559], Maryanne Cannilla [DN5560], Coop Las Piedras [DN5561] and
William Weiss [DN5563].|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331|53|F|0.20||56.00|2
0190312|B113||A104|KCS|Receive and analyze motion informing Notice of
Participation by the following pro se individuals - MCT Limited
Partnership [DN5564], Charles Muhando [DN5565], Betty Feit [DN5566],
Myron Finkel [DN5567], Mauricio Mandalaovi [DN5568], Rona Iris Rothman
[DN5569], William Schimel [DN5570] and Michael Zaretsky [DN5571].|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||54|F|0.40||112.00|
20190312|B113||A104|KCS|Receive and analyze motion informing Notice of
Participation by the following pro se individuals  Leo T. Delaney
[DN5503], James D. Holt [DN5504], James P. De Franco [DN5505], Knope
Family Trust [DN5506], Sybil Feder and Mel Feder [DN5507], Edward F. Aul
Jr. [DN5508], Charlotte Winkler Rev Trust DTD [DN5509], Sven Comas del
Toro [DN5510], Maxwell Keith Trust [DN5511], Lawrence Russo [DN5512],
Martin L Frank [DN5513], Carol A. Kline [DN5514], Gary S. Pfisterer
[DN5515], Phyllis Gutfleish [DN5516], Myrta Lopez Molina [DN5517], Donald
H. Moskin Trust Acct. [DN5518], Irene G. Brown [DN5519], Dennis Thompson
[DN5520], RCG PR Investmenrs LLC [DN5521] and Jeffrey L. Ostroff
[DN5522].|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||55|F|0.40||112.00|
20190312|B113||A104|KCS|Receive and analyze motion informing Notice of
Participation by the following pro se individuals - Alfonso Enrique
Sabater and Yvonne Baerga Varela [DN5483], Luis Baerga and Josegfina
Varela Gonzalez [DN5484], Cordelia Medina [DN5485], Laura Medina
[DN5486], David C. Medina [DN5487], Gladys Smith [DN5488], Ellen Scully
and Brian Scully [DN5489], Marsie Chaiken and Marvin Chaiken [DN5490],
Linda Rosin [DN5491], Bonnie Gossels [DN5492], Thomas E. Feltgen
[DN5493], Elaine Gossels [DN5494], Charles Bordin [DN5495], Seymour Lukin
[DN5496], Maryann Dusza [DN5497], Serle and Company [DN5498], Joseph
Koory [DN5499], Carlo Solomon [DN5500], Matthew Olian [DN5501] and The
McKenzie Family Trust [DN5502].|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||56|F|0.30||84.00|2
0190312|B160||A104|KCS|Receive and analyze Response to Motion relative to
Fee examiner's 4th Interim Report on Presumptive Standards Motion on
Professional Fees and Expenses at DN5409. [DN5572].|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||57|F|0.30||84.00|2
0190312|B113||A104|KCS|Receive and analyze Notice of Participation from
the following pro se individuals - Eva Maria Toerey-Curvino [DN5573],
Rose Zaretsky [DN5574], Irvin Christensen [DN5575], Myrna Y. Soto Torres
[DN5576], Steven M. Oursler [DN5579], and Luis I. Figueroa Adorno
[DN5583],|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||58|F|0.10||28.00|2
0190312|B113||A104|KCS|Receive and analyze Order regarding the Toro de
Osuna Rodriguez Matter - Order directing the filing of translated
certified copy of DN 4490 by 3/39/19 [DN5577].|66-0554116|280.00|Suria,
Kenneth C.|PT|[]

20190331|501745|1600|01001|14175.10|20190301|20190331||59|F|0.10||28.00|20190312|B113||A104|KCS|Receive and Analyze Supplementl Motion to Inform regarding attendance at March 13-14 Hearing by PR Fiscal Agency and Financial Advisory Board [DN5596] and on DN 5595.|66-0554116|280.00|Suria, Kenneth C.|PT|[]

20190331|501745|1600|01001|14175.10|20190301|20190331||60|F|0.40||112.00|20190312|B113||A104|KCS|Receive and analyze Motion on Omnibus Objection of Official Committee of Unsecured Creditors to Claims Asserted By Holders of Bonds Issued By Employees Retirement System of Government of Puerto Rico with 4 attachments.  [DN5580]  (55 pgs)|66-0554116|280.00|Suria, Kenneth C.|PT|[]

20190331|501745|1600|01001|14175.10|20190301|20190331||61|F|0.40||112.00|20190312|B113||A104|KCS|Receive and analyze Affidavit Submitting Declaration of James R. Bliss in Support of Omnibus Objection of Official Committee of Unsecured Creditors to Claims Asserted By Holders of Bonds Issued By Employees Retirement System of Government of Puerto Rico in support of DN 5580 MOTION on Omnibus Objection of Official Committee of Unsecured Creditors to Claims Asserted By Holders of Bonds Issued By Employees Retirement System of Government of Puerto Rico with 10 Attachments.  [DN5581]  (302 pgs of exhibits)|66-0554116|280.00|Suria, Kenneth C.|PT|[]

20190331|501745|1600|01001|14175.10|20190301|20190331||62|F|0.40||112.00|20190312|B113||A104|KCS|Receive and analyze Declaration of G. Alexander Bongartz Pursuant to L.R. 3007-1(a) is support of  DN5580 Motion on Omnibus Objection of Official Committee of Unsecured Creditors to Claims Asserted By Holders of Bonds Issued By Employees Retirement System of Government of Puerto Rico filed by Official Committee of Unsecured Creditors.  [DN5582]|66-0554116|280.00|Suria, Kenneth C.|PT|[]

20190331|501745|1600|01001|14175.10|20190301|20190331||63|F|0.20||56.00|20190312|B113||A104|KCS|Receive and analyze Informative Motion of the Financial Oversight and Management Board for Puerto Rico Regarding Omnibus and Individual Objections of the Puerto Rico Sales Tax Financing Corporation with attachments filed by Puerto Rico Sales Tax Financing Corporation (COFINA).  [DN5584]|66-0554116|280.00|Suria, Kenneth C.|PT|[]

20190331|501745|1600|01001|14175.10|20190301|20190331||64|F|0.10||28.00|20190312|B113||A104|KCS|Receive and analyze Objection of Official Committee of Unsecured Creditors to Claims Asserted by Oaktree Funds that Hold Bonds Issued by Employees Retirement System of Government of Puerto Rico filed by Committee of Unsecured Creditors [DN5586] and Supporting Declaration of Alberto J.E. Aneses Negron Pursuant to L.R. 3007-1(a) [DN5587]|66-0554116|280.00|Suria, Kenneth C.|PT|[]

20190331|501745|1600|01001|14175.10|20190301|20190331||65|F|0.30||84.00|20190312|B113||A104|KCS|Receive and analyze Informative Motion submitting Revised proposed Order Awarding Fourth Intermin Compensation filed by Brady C. Williamson [DN5591] (27 pgs)|66-0554116|280.00|Suria, Kenneth C.|PT|[]

20190331|501745|1600|01001|14175.10|20190301|20190331||66|F|0.40||112.00|20190312|B113||A104|KCS|Receive and analyze Motion of Official Committee of Unsecured Creditors, Under Bankruptcy Code Sections 105(a) and 502 and Bankruptcy Rule 3007, Establishing Procedures With Respect to Objections to Claims Asserted By Holders of Bonds Issued By Employees Retirement System of Government of Puerto Rico and Requesting Related Relief in support of DN 5580 Motion on Omnibus Objection of Official Committee of Unsecured Creditors to Claims Asserted By Holders of Bonds Issued By

Employees Retirement System of Government of Puerto Rico filed by Official Committee of Unsecured Creditors, DN5586 Objection of Official Committee of Unsecured Creditors to Claims Asserted by Oaktree Funds that Hold Bonds Issued by Employees Retirement System of Government of Puerto Rico filed by Official Committee of Unsecured Creditors with attachment filed  Official Committee of Unsecured Creditors. [DN5589] (39 pgs)|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||67|F|0.10||28.00|20190312|B113||A104|KCS|Receive and analyze Joint motion regarding Scheduling of Discovery and Briefing relative to the Motion of Certain Creditors of the E.R.S. of PUERTO RICO for relief from Automatic Stay filed by  The Financial Oversight and Management Board for Puerto Rico, as Representative of the Commonwealth of Puerto Rico, et al. [DN5600]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||68|F|0.40||112.00|20190313|B113||A104|KCS|Receive and analyze Notice of Participation (General Obligation Bonds) regarding [4784] Objection Omnibus Objection of (I) Financial Oversight and Management Board, Acting Through Its Special Claims Committee, and (II) Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007 filed by Official Committee of Unsecured Creditors with attachments, filed by the following pro se individuals - Radames Ruiz Velez [DN5602], Lorraine Silverstein [DN5603], Mabel C. Brown [DN5605], Alan R. Brown [DN5606], Angel Miguel Ezquerro Preciado [DN5607], Jose M. Bonnin Loubriel [DN5608], Edwin Maldonado Santiago [DN5609], Herminio Perez Garcia Angeles [DN5610], Molina Iturrondo [DN5611], Edmund K. Harding [DN5612], Arnold C. Lewis [DN5613], Gunther G. Glaser [DN5614], Rex C. Link [DN5615], Sheldon Bender [DN5616], Michael Franceschini [DN5617], Yahya Moadel [DN5618], Sheron Abela [DN5619], Laurie B. Goldstein Rev. Trust [DN5620], Judith Elias [DN5621], Paddock Investment Trust [DN5622], Alyson H. Glassman Trust [DN5623], David J. Gaynor [DN5624], Ivonne Laborde Negron [DN5625] and, Robert H. Kullas [DN5626].|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||69|F|0.10||28.00|20190313|B113||A104|KCS|Receive and analyze Order Granting [5597] allowing David Ball to appear pro hac vice as filed by Canyon Capital Advisors, LLC, Et al. [DN 5601]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||70|F|0.10||28.00|20190313|B113||A104|KCS|Receive and analyze Notice of Appearance and Request for Notice filed by Miriam Sanchez Lebron. [DN 5627]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||71|F|0.10||28.00|20190313|B300||A104|KCS|Receive and analyze Joint motion to Clarify Transfer of Claim in [4970] Motion to Inform filed by AmeriNational Community Services, LLC filed by meriNational Community Services. [DN 5628]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||72|F|0.40||112.00|20190314|B113||A104|KCS|Receive and analyze Notice of Participation (General Obligation Bonds) on the [4784] Objection Omnibus Objection of (I) Financial Oversight and Management Board, Acting Through Its Special Claims Committee, and (II) Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007 filed by Official Committee of Unsecured Creditors filed by the following pro se individuals: Milagros Loubriel [DN5657], Yazmin Jove Medina and Jose R.

Femenias Alvarez [DN5658], Richard M. Villastrigo [DN5659], Bernard
Pearlman [DN5660], Manu R. Shah & Chinta M. Shah & Rushabh M. Shah JT/
WRCS [DN5661], Helen Elaine LaFoe [DN5662], Saul M. Levy [DN5663], Zui
Shamam [DN5664], Mabel C. Brown [DN5665], Craig S. Hurovitz [DN5666],
Susan Sasser and John Sasser  [DN5667], Naomi S. Marrow [DN5668], Rick A.
Evans [DN5669], by Paul B. Marrow [DN5670], Richard Hisey [DN5671],
Allegra Natt [DN5672], Rhoda Tucker [DN5673], Ernest Tarmin [DN5674],
Raymond J. Troiani [DN5675] and Roy Chesseri [DN5676].|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||73|F|0.40||112.00|
20190314|B113||A104|KCS|Receive and analyze Notice of Participation
(General Obligation Bonds) on the [4784] Objection Omnibus Objection of
(I) Financial Oversight and Management Board, Acting Through Its Special
Claims Committee, and (II) Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007 filed by
Official Committee of Unsecured Creditors filed by the following pro se
indivicuals: Susan Gordon [DN5677], Richard Burack [DN5678], Richard
Petersen [DN5679], Flor Zayas de Navarro [DN5680], Richard Candella
[DN5681], Grekory Equipment Corp. [DN5682], Elizabeth Sickelco [DN5683],
Paul Viditch [DN5684], Leslie Taub [DN5685], Bonney Goldstein Rev. Trust
[DN5686], Encody Inc. (Revised) [DN5687], M L Handley [DN5688], Rose
Nathanson [DN5689], Lois Ross [DN5690], Daniel W. Schwartz [DN5691], Alan
R. Koss Rev. Trust [DN5692], David Hildes [DN5693], Barry Adelman
[DN5694], Karie Dunks [DN5695] and  Matthew Zucker [DN5696].|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||74|F|0.10||28.00|2
0190314|B113||A104|KCS|Receive and analyze Notice of Participation
(General Obligation Bonds) on the [4784] Objection Omnibus Objection of
(I) Financial Oversight and Management Board, Acting Through Its Special
Claims Committee, and (II) Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007 filed by
Official Committee of Unsecured Creditors filed by the following pro se
indivicuals: Joseph Botticello [DN5697], and Celia Fernandez de Gutierrez
and Joaquin Fernandez Gutierrez [DN5698].|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||75|F|0.10||28.00|2
0190314|B160||A104|KCS|Receive and analyze OMNIBUS ORDER AWARDING INTERIM
ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES FOR THE FOURTH COMPENSATION PERIOD FROM JUNE 12
THROUGH SEPTEMBER 30, 2018. [DN5655].|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||76|F|0.40||112.00|
20190314|B191||A104|KCS|Receive and analyze Adversary case 19-00028
Declaratory judgment Complaint by COOP A/C VEGABAJENA against Financial
Oversight and Management Board for Puerto Rico as representative of the
Employee Retirement System of the Government of the Commonwealth of
Puerto Rico Puerto Rico (Debtor [DN5656].|66-0554116|280.00|Suria,
Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||77|F|1.10||308.00|
20190314|B113||A104|KCS|Receive and analyze Notice of Participation
(General Obligation Bonds) on the [4784] Objection Omnibus Objection of
(I) Financial Oversight and Management Board, Acting Through Its Special
Claims Committee, and (II) Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007 filed by

Official Committee of Unsecured Creditors filed by the following pro se indivicuals: Miguel Pomales Castro [DN5631], Richard Tracy [DN5632], Kenneth Cogliano [DN5633], Lewis L. Claffey [DN5634], Craig Ashinoff [DN5636], KDR LLC [DN5637], Jayne Jacoby [DN5638], Angel Blanco Bottey [DN5639], Veronica M. Branch [DN5640], Herbert J. Mendelson [DN5642], Edwin Vargas Velazquez [DN5643], Helene Mendelson Revocable Trust [DN5644], Sherry Scher [DN5645], Griselle Hernandez [DN5646], Raul Ramirez [DN5647], Manuel B. Martinez Giraud [DN5648], Laboratorios Ramirez, Inc. [DN5649], Thomas Garuccio [DN5650], Linda S. Meyers [DN5651] and Steven Della Salla [DN5652].|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||78|F|0.30||84.00|20190314|B140||A104|KCS|Receive and analyze Motion for Relief from Stay to continue lawsuit against the PR Department of Labor, filed by Pedro E. Carbonera-Pardo, pro se. [DN5699], and how it affects the SCC claims. Relief from Stay/Adequate Protection Proceedings.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||79|F|0.20||56.00|20190314|B140||A104|KCS|Receive and analyze Debtor's Urgent Motion relative to the the scheduling of discovery and briefing in connection with  the Motion for Relief of Stay of Certain Secured Creditors of the E.R.S of the Government of the Comm. of Puerto Rico [DN5702]. Relief from Stay/Adequate Protection Proceedings.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||80|F|0.10||28.00|20190315|B180||A104|KCS|Receive and analyze  email from Angela Papalaskaris relative to qualified immunity of GBD official research.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||81|F|0.40||112.00|20190315|B160||A104|KCS|Receive and analyze  email from Carol Ennis with First Fee Application for Brown and Rednick and file the same.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||82|F|1.30||364.00|20190315|B160||A104|KCS|Receive and analyze  our billing and forward to Sunni Beville for feedback.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||83|F|3.00||660.00|20190315|B180||A102|NNC|Initial legal research and analysis requested by Angela Papalaskaris , Esq. regarding qualified immunity for Government Development Bank (GDB) former officials and/or agents.|66-0554116|220.00|Natal, Neysha|AS|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||84|F|0.40||112.00|20190318|B113||A104|KCS|Receive and analyze notices of participation of GO bonds by the following pro se individuals or entities - William A. Rogato [DN 5738], Doris Fazio [DN 5739], Robert J. Welsch [DN 5740], Susan D. Lewis [DN 5741], Susan D. Lewis [DN 5742], Harold Gonzalez Rosario [DN 5744], Mary E. Arnold and Robert Arnold [DN 5745], Stephen Bittel [DN 5746], Frederick Silberstein [DN 5747], Larry Weiner [DN 5748], Sheryl Ring and Kenneth Ring [DN 5749], Robert R. Collins Revocable Trust [DN 5750], Barbara Tuck [DN 5751], Angel Rivera Torrales [DN 5752], Second Bridge Capital RMBS Fund I [DN 5753], William Goldschmidt [DN 5754], Anthony Demaio [DN 5755], James D. Fornari [DN 5756], Paul K. Hoffman [DN 5757] and Robert Saland [DN 5758].|66-0554116|280.00|Suria, Kenneth C.|PT|[]

20190331|501745|1600|01001|14175.10|20190301|20190331||85|F|0.40||112.00|
20190318|B113||A104|KCS|Receive and analyze notices of participation of
GO bonds by the following pro se individuals or entities - Edward Reiner
[DN 5759], Richand Perskin [DN 5759], Betsy Cohn [DN 5761], Onally
Chinwala [DN 5762], James L. Jarrard [DN 5763], Shafia Chinwala [DN
5764], Jose F. Quinones Soto [DN 5765], Alan Friedman [DN 5766], Barbara
K. Snyder [DN 5767], Cherryl Foreman and Joseph Foreman [DN 5768], Allan
C. Rabinowitz [DN 5769], Joan Lipsig [DN 5770], Larry S. Grodjeski [DN
5771], Elliott K. Bryer [DN 5772], Lester Pedell [DN 5773], and Ramon
Luis Morales Maldonado [DN 5774].|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||86|F|0.40||112.00|
20190318|B113||A104|KCS|Receive and analyze notices of participation of
GO bonds by the following pro se individuals or entities - William A.
Rogato [DN 5738], Doris Fazio [DN 5739], Robert J. Welsch [DN 5740],
Susan D. Lewis [DN 5741], Susan D. Lewis [DN 5742], Harold Gonzalez
Rosario [DN 5744], Mary E. Arnold and Robert Arnold [DN 5745], Stephen
Bittel [DN 5746], Frederick Silberstein [DN 5747], Larry Weiner [DN
5748], Sheryl Ring and Kenneth Ring [DN 5749], Robert R. Collins
Revocable Trust [DN 5750], Barbara Tuck [DN 5751], Angel Rivera Torrales
[DN 5752], Second Bridge Capital RMBS Fund I [DN 5753], William
Goldschmidt [DN 5754], Anthony Demaio [DN 5755], James D. Fornari [DN
5756], Paul K. Hoffman [DN 5757] and Robert Saland [DN 5758].|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||87|F|0.10||28.00|2
0190318|B110||A104|KCS|Receive and analyze Order Granting [5715] Ninth
Urgent Consented Motion for Further Extension of Deadlines relative to
[5458] Order Granting Motion. Related document - [4443] Motion Requesting
Payment of Administrative Expense Claim of Post-Petition Lease
Payments.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||88|F|0.40||112.00|
20190318|B113||A104|KCS|Receive and analyze notices of participation of
GO bonds by the following pro se individuals or entities - Lora G. Rosner
[DN 5718], Jonathan Fish [DN 5719], Lois J. Doan [DN 5720], Otis Doan,
Jr. [DN 5721], Vivian Hile Trust [DN 5722], Joseph T. Lowery [DN 5723],
John Puskac [DN 5724], Kenneth Boyd [DN 5725],Timothy J. Lyons [DN 5726],
James & EL Bartlett [DN 5727], Juan J. Delgado [DN 5728], Lawrence Trust
[DN 5729], Ronald R. Plano [DN 5730], Sara Quinones Irizarry [DN 5731],
Fisher Investment [DN 5732], Joyce Brown [DN 5733], Scott Corin [DN
5734], Richard Bell [DN 5735], Sharon Bergel [DN 5736] and Ariel Siegel
[DN 5737].|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||89|F|6.50||1430.00
|20190318|B180||A102|NNC|Continue with legal research and analysis
referred by Mrs. Angela Paparaski, Esq. regarding qualified immunity of
Government Development Bank (GDB) officers and/or agents. analyze ing
exceptions to the immunity, discretionary actions, exculpation figure,
among other legal topics related.|66-0554116|220.00|Natal, Neysha|AS|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||90|F|0.40||112.00|
20190319|B113||A104|KCS|Receive and analyze notices of participation of
GO bonds by the following pro se individuals or entities- Schiffer Living
Trust [DN5846], Sandra Rosenbouch and Robert Rosenbouch [DN5847], Lois
Feldman [DN5848], Alan Stevens [DN5849], Howard D. Haft [DN5850], Israel
Cohen [DN5851], Estate of Arthur M. Huss [DN5852], Kenneth Loss and
Beverly J. Loss [DN5853], Betty Sayburn [DN5854], Esther Klitnick

[DN5855], Vivian Barna and Eva Barna [DN5856], MaryAnne Scardino
[DN5880], Melvin Eisenberg [DN5881], Ernest Tornincasa [DN5882], David B.
Comroe,  [DN5883], Robert W. Scisco, Jr. [DN5884], Carol E. Matula
[DN5885], Tai-Ann Ma [DN5857], M.T. Rockers [DN5858] and Barbara J.
Tucker [DN5859].|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||91|F|0.40||112.00|
20190319|B113||A104|KCS|Receive and analyze notices of participation of
GO bonds by the following pro se individuals or entities -  Robert C.
Huberty [DN5860], Jill Bracco and Salvatore Bracco [DN5861], John P. Day
[DN5862], Emily Leung [DN5863], John Edward Blanco [DN5864], Harold
Abrams [DN5865], Qiao Yan [DN5866], Brian R. Wright [DN5867], Robert L.
Wise [DN5868], Neil Vander Groef [DN5869], Therese Gennawey [DN5870],
Betty W. Martin [DN5871], Suzanne LaCroix Robinson [DN5872], Eugene
Mancuso [DN5873], MaryAnne Scardino [DN5874], Donna R. Lerner and Jeffrey
P. Lerner [DN5875], Carole Abrams [DN5876], Walter B. Ratliff [DN5878],
Henry C. Callihan, Jr. [DN5879] and Paul Brotman [DN5886].|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||92|F|0.40||112.00|
20190319|B113||A104|KCS|Receive and analyze notices of participation of
GO bonds by the following pro se individuals or entities -  Carol E.
Matula [DN5888], Allan Herzog [DN5889], Douglas R. Sayer [DN5890], JM
Dyer Jr [DN5892], Elaine Kamsler [DN5893], Carol Klenfner [DN5894],
Sherry L. Yeary [DN5895], Elizabeth Towle [DN5896], Ann Marie Sarno and
Paul Sarno [DN5897], Elizabeth Towle [DN5896], Caren Linden [DN5898],
Sidney Adlerstein [DN5899], Barry Reichman and Meryl Reichman JT/WROS TOD
Jeffrey S. Reichman [DN5900], Denis A. Krusos [DN5901], Arlene Caine
[DN5902], Lawrence S. Marden [DN5903], Gary A. Foote [DN5904], Debra
Wasyl [DN5905], Harvey Richman [DN5906], Timothy S. Wade [DN5907] and
Jack Melnick [DN5908].|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||93|F|0.40||112.00|
20190319|B113||A104|KCS|Receive and analyze notices of participation of
GO bonds by the following pro se individuals or entities - Diana Melnick
[DN5909], Robert Solomon [DN5910], Ramesh R. Desai [DN5911], David J.
Owens [DN5912], Lindsey Family Trust [DN5913], Scott D. Simmons [DN5914],
Constance Klein and Lloyd Klein [DN5915], William T. Vetterling [DN5918],
William G. Troy [DN5919], Robert Hirst [DN5921], Stanley M. Sussman
[DN5922], Theresa P. Patella [DN5923], Barbara J. Margolia and Arthur S.
Margolia [DN5924], Helen K. Tracy [DN5925], Thomas Moraca [DN5926], Julio
H. Sepulveda Ramos [DN5927], Judith Ann Bacon [DN5928], Judith Ann Bacon
[DN5928], Judith Ann Bacon [DN5928] and Judith Ann Bacon [DN5928].|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||94|F|0.20||56.00|2
0190319|B113||A104|KCS|Receive and analyze notices of participation of GO
bonds by the following pro se individuals or entities - Judith Ann Bacon
[DN5928], Judith Ann Bacon [DN5928], Judith Ann Bacon [DN5928], Judith
Ann Bacon [DN5928], Judith Ann Bacon [DN5928], Judith Ann Bacon [DN5928],
Laurence Baker [DN5929], Allan W. Kreider [DN5930], Joan Wiesen [DN5931],
Lisa L. Keane [DN5932], Bertram G. Neiterman [DN5933] and Joseph Izzo
[DN5935].|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||95|F|0.40||112.00|
20190319|B113||A104|KCS|Receive and analyze notices of participation of
GO bonds by the following pro se individuals or entities - Deborah H.
Gordon [DN5826], Frank Koval & Fern Burch Living Revocable Trust
[DN5827], Sheryl Manning [DN5828], Marlene Gallagher [DN5829], Patricia

Lynch [DN5830], The Jain Family Trust [DN5831], Rona D. Comroe and David
B. Comroe [DN5832], Ira Kronenberg [DN5833], John J. LaGrua [DN5834],
Steven Glassman [DN5835], Elaine Gossels [DN5836], Selig Levine [DN5837],
Bonnie Gossels [DN5838], Steven Lander [DN5839], William R. Stockman
[DN5840], Donna Cinelli as TTEE of the Donna Cinelli Trust U/A DTD,
[DN5841], Harriet Yomtov and Benson Yomtov [DN5842], Michael J. Remillard
[DN5843], Michael A. Wolridge [DN5844] and Barbara Corwin [DN5845].|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||96|F|0.50||140.00|
20190319|B160||A103|KCS|Draft Notice of Filing First Interim Fee
Application.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||97|F|4.60||1012.00
|20190319|B180||A104|NNC|Final legal analysis of qualified immunity, its
recent developments, and analyze  of former PR Bills analyzing the
immunity figure. In addition, preparation of an Outline with legal
findings.|66-0554116|220.00|Natal, Neysha|AS|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||98|F|1.20||192.00|
20190322|B180||A108|ESE|Analyze previous Memorandum provided to client,
research for statutes and caselaw related to differences between action
for nullity and action for rescission and email to attorney Rosa Sierra
on results.|66-0554116|160.00|Enriquez, Enrique S.|AS|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||99|F|0.20||56.00|2
0190322|B160||A103|KCS|File Fee Application of January 2019.|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||100|F|0.30||84.00|
20190322|B160||A103|KCS|Finalize draft of Fee application of January
2019.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||101|F|0.30||84.00|
20190322|B191||A107|KCS|Telephone call with client - Carol Ennis -
concerning work to be done in April.|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||102|F|1.00||280.00
|20190322|B113||A104|KCS|Receive and analyze relative to pro se notices
of participation ** by the client [DN5984] (128 pgs.)|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||103|F|0.30||48.00|
20190322|B160||A108|ESE|Receive and analyze  e-mail from Rosa Sierra
regarding statute of limitations in relation to Fraudulent Transfer of
Securities under Puerto Rico Laws.|66-0554116|160.00|Enriquez, Enrique
S.|AS|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||104|F|0.30||84.00|
20190325|B180||A103|KCS|Draft email with preliminary research on GBD
officers being amenable to suit.|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||105|F|0.40||112.00
|20190325|B113||A104|KCS|Receive and analyze Pro Se Notices of
Participation Received by the Court (68 pages). [DN5992]|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||106|F|0.20||56.00|
20190325|B180||A104|KCS|Receive and analyze  email from Carol Ennis
relative to pleading certain payment in avoidance/preference actions.
Reply to the same.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||107|F|0.20||56.00|
20190325|B191||A104|KCS|Receive and analyze  email from Carol Ennis

relative to issuance of summonses and reply to the same.|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||108|F|0.30||84.00|
20190325|B113||A104|KCS|Receive and analyze Urgent motion of Official
Committee of Unsecured Creditors for Order, Under Bankruptcy Code
Sections 105(a) and 926(a) and Bankruptcy Rule 9006, Establishing (I)
Procedures with Respect to Disclosure of Avoidance Actions to be Asserted
by Oversight Board, and (II) Expedited Briefing Schedule for Potential
Request to Appoint Trustee Under Bankruptcy Code Section 926(a)
(Attachment - # 1 Proposed Order) [DN5997] (23 pgs).|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||109|F|0.10||28.00|
20190326|B310||A104|KCS|Receive and analyze Order granting Ninth Omnibus
Objection to duplicate and incorrect debtor bond claims. [DN6009]|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||110|F|0.10||28.00|
20190326|B113||A104|KCS|Receive and analyze Motion Informing
Participation on April 1 hearing by Unsecure Creditors' Committee.
[DN6006]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||111|F|0.10||28.00|
20190326|B310||A104|KCS|Receive and analyze Order granting Eighth Omnibus
Objection to duplicate and incorrect debtor bond claims. [DN6007]|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||112|F|0.10||28.00|
20190326|B113||A104|KCS|Receive and analyze Amended Motion Informing
Participation on April 1 hearing by FOMB. [DN6008]|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||113|F|0.10||28.00|
20190326|B310||A104|KCS|Receive and analyze Order granting Seventeenth
Omnibus Objection to duplicate debtor bond claims. [DN6014]|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||114|F|0.10||28.00|
20190326|B310||A104|KCS|Receive and analyze Order granting Tenth Omnibus
Objection to duplicate and incorrect debtor bond claims. [DN6010]|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||115|F|0.10||28.00|
20190326|B310||A104|KCS|Receive and analyze Order granting Eleventh
Omnibus Objection to duplicate and incorrect debtor bond claims.
[DN6011]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||116|F|0.10||28.00|
20190326|B310||A104|KCS|Receive and analyze Order granting Sixteenth
Omnibus Objection to duplicate debtor bond claims. [DN6012]|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||117|F|0.10||28.00|
20190326|B310||A104|KCS|Receive and analyze Order granting Eighteenth
Omnibus Objection to deficient debtor bond claims. [DN6015]|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||118|F|0.10||28.00|
20190326|B113||A104|KCS|Receive and analyze Motion Informing
Participation on April 1 hearing by Robert Gordon. [DN6016]|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||119|F|0.30||84.00|
20190326|B310||A104|KCS|Receive and analyze Orders granting Objections to
deficient debtor bond claims of UBS, Travelers, DR Contractors, Levy

Inc., Exel Gas & Foodmart. [DN6017, 6018, 6019, 6020, 6021, 6022, 6023,
6024, 6026, 6027, 6028, 6029, 6030, 6031, 6032 and 6033]|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||120|F|0.10||28.00|
20190326|B310||A104|KCS|Receive and analyze Order granting Sixth Omnibus
Objection to deficient debtor bond claims. [DN6036]|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||121|F|0.10||28.00|
20190326|B310||A104|KCS|Receive and analyze Order granting Twelfth
Omnibus Objection to duplicate debtor bond claims. [DN6037]|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||122|F|0.10||28.00|
20190326|B113||A104|KCS|Receive and analyze Motion Informing
Participation on April 1 hearing by Bruce Bennet. [DN6038]|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||123|F|1.00||280.00
|20190326|B113||A104|KCS|Receive and analyze Pro Se Notices of
Participation Received by the Court. [DN6013] (155 pages)Part 1.|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||124|F|1.00||280.00
|20190326|B113||A104|KCS|Receive and analyze additional  Pro Se Notices
of Participation Received by the Court. [DN6025] (155 pages)Part 2.|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||125|F|1.00||280.00
|20190326|B113||A104|KCS|Receive and analyze third batch of Pro Se
Notices of Participation Received by the Court. [DN6034] (157 pages) Part
3.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||126|F|0.40||112.00
|20190326|B113||A104|KCS|Receive and analyze forth batch of Pro Se
Notices of Participation Received by the Court. [DN6035] (58 pages)Part
4.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||127|F|0.10||28.00|
20190326|B113||A104|KCS|Receive and analyze Motion Informing
Participation on April 1 hearing by FOMB (Marini). [DN6040]|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||128|F|0.10||28.00|
20190327|B113||A104|KCS|Receive and analyze motion to inform
oparticipation on the April 1, 2019 hearing by the PR Funds. [DN
6048].|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||129|F|0.10||28.00|
20190327|B310||A104|KCS|Receive and analyze Order granting [4418] Puerto
Rico Sales Tax Financing Corporation's Fourteenth Omnibus Objection (Non-
Substantive) To Duplicate Bond Claims. [DN 6051]. Claims Administration
and Objections|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||130|F|0.10||28.00|
20190327|B113||A104|KCS|Receive and analyze Order grantin [6039] Motion
requesting extension of time (14 days, until April 11, 2019  days)
EXTENDING DEADLINES UNDER ORDER SCHEDULING BRIEFING filed by COMMONWEALTH
OF PUERTO RICO. Related document: [5699] Motion for Relief From Stay
Under 362 [e]. [DN 6050].|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||131|F|0.10||28.00|
20190327|B113||A104|KCS|Receive and analyze Order GRANTING [4419]  Puerto
Rico Sales Tax Financing Corporation's Fifteenth Omnibus Objection (Non-

Substantive) To Duplicate Bond Claims [DN 6053].|66-0554116|280.00|Suria,
Kenneth C.|PT||[]
20190331|501745|1600|01001|14175.10|20190301|20190331||132|F|0.10||28.00|
20190327|B113||A104|KCS|Receive and analyze Order GRANTING [4506]
Debtor's Omnibus Objection to Claims Nineteenth Omnibus Objection (Non-
Substantive) To Duplicate Bond Claims. [DN 6056].|66-
0554116|280.00|Suria, Kenneth C.|PT||[]
20190331|501745|1600|01001|14175.10|20190301|20190331||133|F|0.10||28.00|
20190327|B113||A104|KCS|Receive and analyze Order GRANTING [4519 and
4520] Debtor's Individual Objection to Claims Notice of Hearing for
Objection of Puerto Rico Sales Tax Financing Corporation to Proof of
Claim of Cooperativa de Ahorro y Credito del Valenciano (Claims No. 34165
and 41478). [DN 6057 and 6058].|66-0554116|280.00|Suria, Kenneth C.|PT||[]
20190331|501745|1600|01001|14175.10|20190301|20190331||134|F|0.10||28.00|
20190327|B113||A104|KCS|Receive and analyze Order GRANTING [4521 and
4522] Debtor's Individual Objection to Claims Notice of Hearing for
Objection of Puerto Rico Sales Tax Financing Corporation to Proof of
Claim of Cooperativa de Ahorro y Credito Dr. Manuel Zeno Gandia (Claim
No. 44322 and 45705) [DN 6059 and 6060].|66-0554116|280.00|Suria, Kenneth
C.|PT||[]
20190331|501745|1600|01001|14175.10|20190301|20190331||135|F|0.10||28.00|
20190327|B113||A104|KCS|Receive and analyze ORDER GRANTING [6041] TENTH
URGENT CONSENTED MOTION FOR FURTHER EXTENSION OF DEADLINES.
Responses/Oppositions due by 4/4/2019  . Reply due by 4/11/2019.
[DN606].|66-0554116|280.00|Suria, Kenneth C.|PT||[]
20190331|501745|1600|01001|14175.10|20190301|20190331||136|F|0.10||28.00|
20190327|B113||A104|KCS|Receive and analyze Order REGARDING PROCEDURES
FOR APRIL 1, 2019 HEARING. Signed by Magistrate Judge Judith G. Dein on
03/27/2019. [DN6061].|66-0554116|280.00|Suria, Kenneth C.|PT||[]
20190331|501745|1600|01001|14175.10|20190301|20190331||137|F|0.20||56.00|
20190327|B150||A106|KCS|Telephone conference with Carol Ennis relative to
conference call with the US Trustee regarding payment of adversary
proceedings filing with advance funds from Promesa fees pending. Meetings
of and Communications with Creditors|66-0554116|280.00|Suria, Kenneth
C.|PT||[]
20190331|501745|1600|01001|14175.10|20190301|20190331||138|F|0.20||56.00|
20190327|B150||A104|KCS|Receive and analyze  email correspondence with
Carol Ennis relative to Declaration for Payment of fees. Meetings of and
Communications with Creditors|66-0554116|280.00|Suria, Kenneth C.|PT||[]
20190331|501745|1600|01001|14175.10|20190301|20190331||139|F|0.20||56.00|
20190328|B113||A104|KCS|Receive and analyze RESPONSE to Motion Response
of the Financial Oversight and Management Board for Puerto Rico to Urgent
Motion of Official Committee of Unsecured Creditors for Order
Establishing (I) Procedures with Respect to Disclosure of Avoidance
Actions to be Asserted by the Oversight Board and (ii) Expedited Briefing
Schedule for Potential Request to Appoint Trustee Under Bankruptcy Code
Section 926(a). Relative to [5997] Urgent motion of Official Committee of
Unsecured Creditors for Order, Under Bankruptcy Code Sections 105(a) and
926(a) and Bankruptcy Rule 9006, Establishing (I) Procedures with Respect
to Disclosure of Avoidance Actions to be Asserted by Oversight Board.
[DN6073]|66-0554116|280.00|Suria, Kenneth C.|PT||[]
20190331|501745|1600|01001|14175.10|20190301|20190331||140|F|0.10||28.00|
20190328|B113||A104|KCS|Receive and analyze Notice of Participation
(General Obligation Bonds) Relative to [4784] Omnibus Objection of (I)

Financial Oversight and Management Board, Acting Through Its Special
Claims Committee, and (II) Official Committee of Unsecured Creditors,
Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007
[DN6073]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||141|F|0.50||140.00
|20190328|B113||A104|KCS|Receive and analyze Pro Se Notices of
Participation Received by the Court on [4784] Objection Omnibus Objection
of (I) Financial Oversight and Management Board, Acting Through Its
Special Claims Committee, and (II) Official Committee of Unsecured
Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule
3007 filed by Official Committee of Unsecured Creditors (Attachments: #
(1) Pro Se Notices of Participation) Filers: Aida A. Cruz Vidal, Hilda
Hernandez De Saavedra, Taejo Kim, Kenneth M. Prohoniak, Maria A. Nazario,
Rafael Ocasio-Esteban, Edwin Maldonado Santiago, Anna Elias, Jeffrey
Shakin, William Shakin Irrevocable Trust, ICBC Financial Services LLC.,
The Damast Family Trust, Abraham Damast Trust. [DN6069] (62 pgs.)|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||142|F|0.10||28.00|
20190328|B150||A107|KCS|Telephone call to US Trustee to schedule
conference call relative to conference call with Brown Rudnick and left
message to call back. Meetings of and Communications with Creditors|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||143|F|0.10||28.00|
20190328|B113||A104|KCS|Receive and analyze Pro Se Notices of
Participation Received by the Court relative to [4784] Omnibus Objection
of (I) Financial Oversight and Management Board, Acting Through Its
Special Claims Committee, and (II) Official Committee of Unsecured
Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule
3007 filed by Official Committee of Unsecured Creditors (Attachments: #
(1) Pro Se Notices of Participation). Filers- Ernesto L. Ramirez, Lucila
Vega Garcia, Rosa E. Lespier, Ernesto L. Ramirez.  [DN6079]|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||144|F|0.40||112.00
|20190329|B150||A108|KCS|Telephone conference with U.S. Trustee Monsita
Lecaroz and discussed the issue regarding the thousands of adversary
proceedings to be filed and the fee issue to cover the costs. Meetings of
and Communications with Creditors|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||145|F|0.30||84.00|
20190329|B150||A106|KCS|Receive and analyze  email from Carol Ennis
inquiring about the process.  Telephone call with client concerning the
same and advised of restul of conversation with the US Trustee.  Draft
email to Carol Ennis advising outcome of the call. Meetings of and
Communications with Creditors|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||146|F|0.10||28.00|
20190329|B113||A104|KCS|Receive and analyze motions to allow the
following appear PHV - Jennifer L. Jones [DN6085] and Brandon C. Clark
[DN6084] filed by the FOMB.|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||147|F|0.10||28.00|
20190329|B113||A104|KCS|Receive and analyze notice of participation from
the following pro se individuals or entities - Ernesto L. Ramirez, Lucila
Vega Garcia, Rosa E. Lespier, Ernesto L. Ramirez. [6079]|66-
0554116|280.00|Suria, Kenneth C.|PT|[]

20190331|501745|1600|01001|14175.10|20190301|20190331||148|F|0.10||28.00|
20190329|B113||A104|KCS|Receive and analyze notice of participation from
the following pro se individuals or entities - Maria M. Gonzalez Guzman.
[6082]|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||149|F|0.20||56.00|
20190329|B113||A104|KCS|Receive and analyze REPLY to Response to Motion
of Official Committee of Unsecured Creditors in Support of Urgent Motion
for Order, Under Bankruptcy Code Sections 105(a) And 926(a) and
Bankruptcy Rule 9006, Establishing (I) Procedures With Respect to
Disclosure of Avoidance Actions to Be Asserted By Oversight Board, and
(II) Expedited Briefing Schedule for Potential Request to Appoint Trustee
Under Bankruptcy Code Section 926(a) Relative to 5997 Urgent motion of
Official Committee of Unsecured Creditors for Order, Under Bankruptcy
Code Sections 105(a) and 926(a) and Bankruptcy Rule 9006, Establishing
(I) Procedures with Respect to Disclosure of Avoidance Actions to be
Asserted by Oversight Board. [6081]|66-0554116|280.00|Suria, Kenneth
C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||150|F|0.20||56.00|
20190329|B113||A104|KCS|Receive and analyze ORDER GRANTING [5997] Urgent
motion of Official Committee of Unsecured Creditors for Order, Under
Bankruptcy Code Sections 105(a) and 926(a) and Bankruptcy Rule 9006,
Establishing (I) Procedures with Respect to Disclosure of Avoidance
Actions to be Asserted by Oversight Boar filed by Official Committee of
Unsecured Creditors. Section 926 Motion due by 4/12/2019 at 5:00 PM
(AST). Hearing on Motion set for 4/24/2019 at 9:30 AM  (AST) at Clemente
Ruiz Nazario Building before Judge Laura Taylor Swain. [6086]|66-
0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||151|F|0.20||56.00|
20190329|B150||A104|KCS|Receive and analyze email sent by Sunni Beville
to UST Monsita Lecaroz relative to payment of fees.  Meetings of and
Communications with Creditors|66-0554116|280.00|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||152|E|268.00||26.8
0|20190315||E101||KCS|Copy cost for First Interim Application of Brown
Rudnick LLP, Claims Counsel To The Financial Oversight and Management
Board, Acting Through Is Special Claims Committee, For Professional
Compensation and Reimbursement of Expenses For The Ffifth Interim Fee
Period  From November 28, 2018 through January 31, 2019, to to be
notified to the Puerto Rico's Department of Treasury. |66-
0554116|0.10|Suria, Kenneth C.|PT|[]
20190331|501745|1600|01001|14175.10|20190301|20190331||153|E|8.30||8.30|2
0190315||E108||KCS|Postage for First Interim Application of Brown Rudnick
LLP, Claims Counsel To The Financial Oversight and Management Board,
Acting Through Is Special Claims Committee, For Professional Compensation
and Reimbursement of Expenses For The Ffifth Interim Fee Period  From
November 28, 2018 through January 31, 2019, to to be notified to the
Puerto Rico's Department of Treasury.|66-0554116|1.00|Suria, Kenneth
C.|PT|[]