# **EXHIBIT A**

**Schedule of Claims Subject to the Sixty-Fifth Omnibus Objection**

## Sixty-Fifth Omnibus Objection
## Exhibit A - Bondholder No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | JAIME A ROBLES Y RAQUEL RODRIGUEZ<br>25 MUNOZ RIVERA AVE.<br>COND. BAHIA<br>PLAZA APT 701<br>SAN JUAN, PR 00901 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 128006 | $ 18,556.62 |
| | Reason: Claim purports to assert liability against the Commonwealth on the basis of an alleged ownership interest in notes issued by the Puerto Rico Conservation Trust Fund, for which the Commonwealth is not an obligor and is otherwise not liable. | | | | | |
| 2 | MARTINEZ GIRAUD, MANUEL B<br>PO BOX 183<br>ARECIBO, PR 00613 | 2/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 695 | $ 115,000.00 |
| | Reason: Claim, in part, purports to assert liability against the Commonwealth on the basis of an alleged ownership interest in notes issued by the Puerto Rico Conservation Trust Fund, for which the Commonwealth is not an obligor and is otherwise not liable. Another part of the claim purports to assert liability on basis of an alleged ownership interest in bonds issued by COFINA, for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Yet another part of the claim purports to assert liability against the Commonwealth based on an alleged ownership interest in one or more bonds issued by ERS or PRASA, which are duplicative of the Master Claims filed in the Commonwealth Title III Case. | | | | | |
| 3 | MARTINEZ GIRAUD, MANUEL B.<br>PO BOX 183<br>ARECIBO, PR 00613 | 3/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5290 | $ 25,000.00 |
| | Reason: Claim, in part, purports to assert liability against the Commonwealth on the basis of an alleged ownership interest in notes issued by the Puerto Rico Conservation Trust Fund, for which the Commonwealth is not an obligor and is otherwise not liable. Another part of the claim purports to assert liability on basis of an alleged ownership interest in bonds issued by COFINA, for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Yet another part of the claim purports to assert liability against the Commonwealth based on an alleged ownership interest in one or more bonds issued by ERS or PRASA, which are duplicative of the Master Claims filed in the Commonwealth Title III Case. | | | | | |
| 4 | ROBLES BIDOT, JAIME<br>25 MUNOZ RIVERA AVE. COND BAHIA PLAZA 701<br>SAN JUAN, PR 00901 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33087 | $ 100,260.00 |
| | Reason: Claim purports to assert liability against the Commonwealth on the basis of an alleged ownership interest in notes issued by the Puerto Rico Conservation Trust Fund, for which the Commonwealth is not an obligor and is otherwise not liable. | | | | | |
| | | | | | TOTAL | $ 258,816.62 |