# **ANEXO A**

**Relación de reclamos objeto de la Sexagésima Quinta Objeción Global**

Sexagésimo quinta objeción colectiva
Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | JAIME A ROBLES Y RAQUEL RODRIGUEZ<br>25 MUNOZ RIVERA AVE.<br>COND. BAHIA<br>PLAZA APT 701<br>SAN JUAN, PR 00901 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 128006 | $ 18,556.62 |

Base para: La reclamación tiene la intención de formular la responsabilidad contra el Estado Libre Asociado sobre la base de la supuesta titularidad de bonos emitidos por el Fideicomiso de Conservación de Puerto Rico, respecto de la cual el Estado Libre Asociado no es deudor y, por el contrario, no es responsable.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | MARTINEZ GIRAUD, MANUEL B<br>PO BOX 183<br>ARECIBO, PR 00613 | 2/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 695 | $ 115,000.00 |

Base para: La reclamación, en parte, tiene la intención de formular la responsabilidad contra el Estado Libre Asociado sobre la base de la supuesta titularidad de los bonos emitidos por el Fideicomiso de Conservación de Puerto Rico, respecto de la cual el Estado Libre Asociado no es deudor y, por el contrario, no es responsable. Otra parte de la reclamación tiene la intención de formular la responsabilidad sobre la base de la supuesta titularidad de los Bonos de COFINA respecto de la cual el Estado Libre Asociado no es responsable porque las reclamaciones (1) se acordaron y resolvieron de acuerdo con la Orden de Resolución y (2) se relevaron y descargaron de acuerdo con el Plan y la Orden Enmendada de Confirmación. Además, otra parte de la reclamación tiene la intención de formular la responsabilidad contra el Estado Libre Asociado sobre la base de la supuesta titularidad de uno o más bonos emitidos por el Sistema de Retiro de los Empleados («ERS») o la Autoridad de Acueductos y Alcantarillados («AAA») de Puerto Rico, los cuales son el duplicado de las Reclamaciones Maestras presentadas en el Caso del Título III del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | MARTINEZ GIRAUD, MANUEL B.<br>PO BOX 183<br>ARECIBO, PR 00613 | 3/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5290 | $ 25,000.00 |

Base para: La reclamación, en parte, tiene la intención de formular la responsabilidad contra el Estado Libre Asociado sobre la base de la supuesta titularidad de los bonos emitidos por el Fideicomiso de Conservación de Puerto Rico, respecto de la cual el Estado Libre Asociado no es deudor y, por el contrario, no es responsable. Otra parte de la reclamación tiene la intención de formular la responsabilidad sobre la base de la supuesta titularidad de los Bonos de COFINA respecto de la cual el Estado Libre Asociado no es responsable porque las reclamaciones (1) se acordaron y resolvieron de acuerdo con la Orden de Resolución y (2) se relevaron y descargaron de acuerdo con el Plan y la Orden Enmendada de Confirmación. Además, otra parte de la reclamación tiene la intención de formular la responsabilidad contra el Estado Libre Asociado sobre la base de la supuesta titularidad de uno o más bonos emitidos por el Sistema de Retiro de los Empleados («ERS») o la Autoridad de Acueductos y Alcantarillados («AAA») de Puerto Rico, los cuales son el duplicado de las Reclamaciones Maestras presentadas en el Caso del Título III del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | ROBLES BIDOT, JAIME<br>25 MUNOZ RIVERA AVE. COND BAHIA PLAZA 701<br>SAN JUAN, PR 00901 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 33087 | $ 100,260.00 |

Base para: La reclamación tiene la intención de formular la responsabilidad contra el Estado Libre Asociado sobre la base de la supuesta titularidad de bonos emitidos por el Fideicomiso de Conservación de Puerto Rico, respecto de la cual el Estado Libre Asociado no es deudor y, por el contrario, no es responsable.

| | | | | | TOTAL | $ 258,816.62 |
|---|---|---|---|---|---|---|