**EXHIBIT C**

**Declaration of Jay Herriman**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

### DECLARATION OF JAY HERRIMAN
### IN SUPPORT OF THE SIXTY-FIFTH OMNIBUS
### OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH
### OF PUERTO RICO TO PROOFS OF CLAIM NOS. 695, 5290, 33087, 128006

I, Jay Herriman, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1.     I am a Managing Director of Alvarez & Marsal North America, LLC ("A&M"). The Financial Oversight and Management Board (the "Oversight Board") retained A&M to assist with, *inter alia*, the claims reconciliation process for the Debtors' cases filed pursuant to the *Puerto*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2] Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

2. In my capacity as a Managing Director of A&M, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' cases filed pursuant to PROMESA. The Debtors' ongoing claims reconciliation process involves the collective effort of a team of A&M employees, as well as Proskauer Rose LLP and O'Neill & Borges LLC, counsel for the Oversight Board, the legal representative for the Commonwealth.

3. I submit this declaration in support of the *Sixty-Fifth Omnibus (Substantive) Objection of the Commonwealth of Puerto Rico to Proofs of Claim Nos. 695, 5290, 33087, 128006* (the "Sixty-Fifth Omnibus Objection").[3] I have personally reviewed the Sixty-Fifth Omnibus Objection and exhibits thereto and am, accordingly, familiar with the information contained therein.

4. In preparation for filing the Sixty-Fifth Omnibus Objection, and under my direction and/or supervision, each of the claims at issue in the Sixty-Fifth Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate personnel. These efforts resulted in the identification of the claims to be disallowed, as identified in Exhibit A to the Sixty-Fifth Omnibus Objection.

5. To the best of my knowledge, information, and belief, the claims logged by Prime Clerk, LLC, as Proofs of Claim Nos. 33087 and 128006, purport to assert liability on the basis of notes or bonds issued by the Puerto Rico Conservation Trust Fund.

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms used but not defined herein shall have the meanings set forth in the Sixty-Fifth Omnibus Objection.

6. Additionally, to the best of my knowledge, information, and belief, the claims logged by Prime Clerk, LLC, as Proofs of Claim Nos. 695 and 5290, purport to assert liability on the basis of notes or bonds issued by the Puerto Rico Conservation Trust Fund, the Puerto Rico Sales Tax Financing Corporation ("COFINA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Aqueduct and Sewer Authority ("PRASA"). The CUSIPs for the bonds issued by PRASA and ERS have been compared to the CUSIPs for the series of bonds covered by the Master Claims filed by the fiscal agents for the holders of PRASA and ERS bonds. Based on this comparison, A&M has determined that the bond(s) issued by ERS are duplicative of the master proof of claim logged by Prime Clerk, LLC, as Proof of Claim No. 32004, and that the bond(s) issued by PRASA are duplicative of the master proof of claim logged by Prime Clerk, LLC, as Proof of Claim No. 22620.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 26, 2019

By: /s/ *Jay Herriman*
Jay Herriman

# **ANEXO C**

**Declaración de Jay Herriman**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>       como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br>                              Deudores.[1] | PROMESA,<br>título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administración conjunta)<br><br>**El presente escrito guarda relación con el ELA.** |

**DECLARACIÓN DE JAY HERRIMAN
EN APOYO DE LA SEXAGÉSIMA QUINTA OBJECIÓN GLOBAL (SUSTANTIVA)
DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A LAS EVIDENCIAS DE
RECLAMOS NÚMS. 695, 5290, 33087 y 128006**

Yo, Jay Herriman, de conformidad con el título 28 U.S.C., § 1746, por medio de la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi fiel saber y entender:

1.     Soy director general de Alvarez & Marsal North America, LLC ("A&M"). La Junta de Supervisión y Administración Financiera (la "Junta de Supervisión") contrató a A&M para que le ayudara, entre otras cosas, con el proceso de reconciliación de reclamos en relación con las

---

[1] Los Deudores en el marco de los presentes Procedimientos radicados conforme al título III, junto con el respectivo número de procedimiento radicado conforme al título III y los últimos cuatro (4) dígitos del número federal de contribuyente de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra 17 BK 3283-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17 BK 3284-LTS) (últimos cuatro dígitos del número federal de contribuyente: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (núm. de procedimiento de quiebra 17 BK 3566-LTS) (últimos cuatro dígitos del número federal de contribuyente: 9686); y v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE", y conjuntamente con el ELA, COFINA, la ACT y el SRE, los "Deudores") (núm. de procedimiento de quiebra 17 BK 4780-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3747) (los números de causas radicadas conforme al título III figuran como números de procedimiento relativos a procedimientos de quiebra debido a limitaciones del programa informático).

causas de los Deudores radicadas conforme a la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA").[2] Salvo disposición en contrario en la presente declaración, tengo conocimiento personal de los hechos aquí expuestos.

2. En mi capacidad de director general de A&M, soy una de las personas responsables de supervisar el proceso de reconciliación u objeción relativo a los reclamos en el marco de las causas de los Deudores radicadas conforme a PROMESA. El proceso continuo de reconciliación de reclamos de los Deudores implica un esfuerzo colectivo de un equipo de los empleados de A&M, así como de Proskauer Rose LLP y O'Neill & Borges LLC, abogados de la Junta de Supervisión, el representante legal del ELA.

3. Realizo esta declaración en apoyo de la *Sexagésima Quinta Objeción global (sustantiva) del Estado Libre Asociado de Puerto Rico a las Justificaciones de reclamos núms. 695, 5290, 33087 y 128006* (la "Sexagésima Quinta Objeción Global").[3] He revisado personalmente la Sexagésima Quinta Objeción Global, y los anexos relativos a la misma, por lo que estoy familiarizado con la información que contienen.

4. Durante el proceso de preparación para radicar la Sexagésima Quinta Objeción Global, bajo mi dirección y/o supervisión, cada uno de los reclamos controvertidos en la Sexagésima Quinta Objeción Global fue examinado y analizado cuidadosamente de buena fe aplicando la debida diligencia por parte del personal pertinente. Dichos esfuerzos resultaron en la identificación de los reclamos que han de ser rechazados, según se identifica en el Anexo A relativo a la Sexagésima Quinta Objeción Global.

---

[2] PROMESA ha sido codificada en el título 48 U.S.C., §§ 2101 a 2241.

[3] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Sexagésima Quinta Objeción Global.

5. A mi fiel saber y entender, los reclamos registrados por Prime Clerk, LLC, como Justificaciones de reclamos núms. 33087 y 128006, alegan presuntamente responsabilidad sobre la base de pagarés y bonos emitidos por el Fondo Fiduciario de Conservación de Puerto Rico.

6. Además, a mi fiel saber y entender, los reclamos registrados por Prime Clerk, LLC, como Evidencias de reclamos núms. 695 y 5290, alegan presuntamente responsabilidad sobre la base de pagarés y bonos emitidos por el Fondo Fiduciario de Conservación de Puerto Rico, la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA"), el Sistema de Retiro de los empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SER") y la Autoridad de Acueductos y Alcantarillados de Puerto Rico ("AAA"). Los números CUSIP relativos a los bonos emitidos por la AAA y el SRE han sido comparados con los números CUSIP relativos a las series de bonos cubiertos por los Reclamos principales radicados por el agente fiscal en nombre de los tenedores de los bonos de la AAA y del SRE. Sobre la base de dicha comparación, A&M ha determinado que el/los bono(s) emitido(s) por el SRE están duplicados en relación con la evidencia de reclamo principal registrada por Prime Clerk, LLC, como Evidencia de reclamo núm. 32004, y que el/los bono(s) emitido(s) por la AAA están duplicados en relación con la evidencia de reclamo principal registrada por Prime Clerk, LLC, como evidencia de reclamo núm. 22620.

7. Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi fiel saber y entender.

Fecha: 26 de julio de 2019

                                                 Por:    [*Firma en la versión en inglés*]
                                                              Jay Herriman