**EXHIBIT E**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                           Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

## ORDER GRANTING SIXTY-FIFTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO PROOFS OF CLAIM NOS. 695, 5290, 33087, 128006

Upon the *Sixty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Proofs of Claim Nos. 695, 5290, 33087, 128006* ("Sixty-Fifth Omnibus Objection")[2] filed by the Commonwealth of Puerto Rico (the "Commonwealth"), dated July 26, 2019, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth, as more fully set forth in the Sixty-Fifth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Sixty-Fifth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Sixty-Fifth Omnibus Objection.

section 307(a); and due and proper notice of the Sixty-Fifth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and the Court having determined that the claims identified in <u>Exhibit A</u> to the Sixty-Fifth Omnibus Objection (Proofs of Claim Nos. 695, 5290, 33087, 128006) seek recovery in full or in part of amounts for which the Commonwealth is not liable, and that Proofs of Claim Nos. 695 and 5290 are also partially duplicative of one or more Master Claims filed against the Commonwealth; and the Court having determined that the relief sought in the Sixty-Fifth Omnibus Objection is in the best interest of the Commonwealth and its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Sixty-Fifth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Sixty-Fifth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the claims identified in <u>Exhibit A</u> to the Sixty-Fifth Omnibus Objection are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk is authorized and directed to delete the claims identified in <u>Exhibit A</u> to the Sixty-Fifth Omnibus Objection from the official claims registry in the Commonwealth Title III Case; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

                                                     Honorable Judge Laura Taylor Swain
                                                     United States District Judge

# **ANEXO E**

**Orden propuesta**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>   como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br>                                 Deudores.[1] | PROMESA, título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administración conjunta)<br><br>**El presente escrito guarda relación con el ELA.** |

**ORDEN QUE DECLARA HA LUGAR A LA SEXAGÉSIMA QUINTA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A EVIDENCIAS DE RECLAMOS NÚMS. 695, 5290, 33087 y 128006**

Vista la *Sexagésima Quinta Objeción Global (sustantiva) del Estado Libre Asociado de Puerto Rico a las Evidencias de Reclamos Núms. 695, 5290, 33087 y 128006* ("Sexagésima Quinta Objeción Global")[2] radicada por el Estado Libre Asociado de Puerto Rico (el "ELA"), de fecha 26 de julio de 2019, en la que se solicita que se dicte una orden que rechace, en su totalidad, determinados reclamos radicados contra el ELA, según se establece con más detalle en la Sexagésima Quinta Objeción Global y en sus anexos justificativos; y al tener el Tribunal

---

[1] Los Deudores en el marco de los presentes Procedimientos radicados conforme al título III, junto con el respectivo número de procedimiento radicado conforme al título III y los últimos cuatro (4) dígitos del número federal de contribuyente de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra 17 BK 3283-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17 BK 3284-LTS) (últimos cuatro dígitos del número federal de contribuyente: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (núm. de procedimiento de quiebra 17 BK 3566-LTS) (últimos cuatro dígitos del número federal de contribuyente: 9686); y v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE", y conjuntamente con el ELA, COFINA, la ACT y el SRE, los "Deudores") (núm. de procedimiento de quiebra 17 BK 4780-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3747) (los números de causas radicadas conforme al título III figuran como números de procedimiento relativos a procedimientos de quiebra debido a limitaciones del programa informático).

[2] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Sexagésima Quinta Objeción Global.

jurisdicción para conocer la Sexagésima Quinta Objeción Global y para conceder el remedio en ella solicitado conforme a PROMESA, artículo 306(a); y siendo la sede judicial competente conforme a PROMESA, artículo 307(a); y habiéndose efectuado, en forma y plazos, la notificación de la Sexagésima Quinta Objeción Global a aquellas partes que en ella se identifican, sin ser necesario efectuar ninguna otra notificación; y habiendo determinado el Tribunal que los reclamos identificados en el Anexo A de la Sexagésima Quinta Objeción Global (Evidencias de reclamos núms. 695, 5290, 33087 y 128006) pretenden recuperar, en su totalidad o en parte, montos por los que el ELA no tiene responsabilidad, y que las Evidencias de reclamos núms. 695 y 5290 también están parcialmente duplicadas en relación con uno o varios Reclamos principales radicados contra el ELA; y habiendo determinado el Tribunal que el remedio solicitado en la Sexagésima Quinta Objeción global redunda en el mejor interés del ELA y sus acreedores, y de la totalidad de las partes interesadas; y habiendo determinado el Tribunal que las bases de hecho y de derecho establecidas en la Sexagésima Quinta Objeción Global establecen una causa justificada para el remedio aquí concedido; y tras la debida deliberación y concurriendo suficientes motivos para ello,

SE ORDENA que SE DECLARE HA LUGAR a la Sexagésima Quinta Objeción Global, según se establece en el presente documento; asimismo,

SE ORDENA que los reclamos identificados en el Anexo A relativo a la Sexagésima Quinta Objeción Global se declaren no ha lugar en su totalidad; también

SE ORDENA que Prime Clerk quede autorizada, y reciba instrucciones, para eliminar los reclamos identificados en el Anexo A relativo a la Sexagésima Quinta Objeción Global, del registro oficial de reclamos en el marco de la causa del ELA radicada conforme al título III; y por último

2

SE ORDENA que este Tribunal conserve jurisdicción para conocer y resolver la totalidad de las materias que surjan de, o en relación con, la implementación, interpretación o ejecución de la presente Orden.

Fecha: _____

_____
Su señoría, la juez Laura Taylor Swain
Juez de Distrito de los Estados Unidos