# **ANEXO A**

**Relación de reclamos objeto de la Sexagésima Sexta Objeción Global**

## Sexagésimo sexta objeción colectiva
### Anexo A - Reclamaciones con Fundamento Insuficiente

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | GONZALEZ, SANTIAGO<br>1408 MILLER ST.<br>UTICA, NY 13501-4511 | 3/12/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2192 | Indeterminado* |
| | Base para: La reclamación está compuesta por una carta manuscrita enviada a Prime Clerk, LLC, y no contiene ninguna acusación real mediante la cual se pretenda formular una reclamación en contra del Estado Libre Asociado. La reclamación no incluye el monto en cuestión ni los fundamentos necesarios para formular una reclamación en contra del Estado Libre Asociado. Por lo tanto, la reclamación debe desestimarse por completo ya que no incluye los montos respecto de los cuales el Estado Libre Asociado es responsable. | | | | | |
| 2 | GONZALEZ, SANTIAGO<br>1408 MILLER ST.<br>UTICA, NY 13501-4511 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 42948 | Indeterminado* |
| | Base para: La reclamación está compuesta por una carta manuscrita enviada a Prime Clerk, LLC, y no contiene ninguna acusación real mediante la cual se pretenda formular una reclamación en contra del Estado Libre Asociado. La reclamación no incluye el monto en cuestión ni los fundamentos necesarios para formular una reclamación en contra del Estado Libre Asociado. Por lo tanto, la reclamación debe desestimarse por completo ya que no incluye los montos respecto de los cuales el Estado Libre Asociado es responsable. | | | | | |
| | | | | | TOTAL | Indeterminado* |