## **EXHIBIT A**

**Schedule of Claims Subject to the Sixty-Sixth Omnibus Objection**

## Sixty-Sixth Omnibus Objection
### Exhibit A - Insufficient Basis

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | GONZALEZ, SANTIAGO<br>1408 MILLER ST.<br>UTICA, NY 13501-4511 | 3/12/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2192 | Undetermined* |

Reason: Claim consists of a handwritten letter sent to Prime Clerk, LLC, and there are no actual allegations purporting to assert a claim against the Commonwealth. The claim does not provide a basis for asserting a claim against the Commonwealth, or even allege an amount at issue. Accordingly, the claim should be disallowed in its entirety for failing to assert amounts for which the Commonwealth is liable.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 2 | GONZALEZ, SANTIAGO<br>1408 MILLER ST.<br>UTICA, NY 13501-4511 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 42948 | Undetermined* |

Reason: Claim consists of a handwritten letter sent to Prime Clerk, LLC, and there are no actual allegations purporting to assert a claim against the Commonwealth. The claim does not provide a basis for asserting a claim against the Commonwealth, or even allege an amount at issue. Accordingly, the claim should be disallowed in its entirety for failing to assert amounts for which the Commonwealth is liable.

| | | TOTAL | Undetermined* |
|---|---|---|---|

\* Indicates claim contains unliquidated and/or undetermined amounts