# **EXHIBIT A**

**Schedule of Claims Subject to Sixty-Seventh Omnibus Objection**

## Sixty-Seventh Omnibus Objection
### Exhibit A - Deficient /Deficient + Duplicate

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | PORCO, NANNETTE D AND JOHN A<br>430 COVER TOWER DRIVER<br>APTPH 1501<br>NAPLES, FL 34110 | 3/26/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 4952 | $ 200,000.00 |
| | Reason: Claimant asserts liability, in part, associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). In addition, claimant purports to assert, in part, liabilities associated with bond(s) not issued by HTA or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors. | | | | | |
| 2 | SATAN, MIROSLAV<br>C/O SIGNATURE BANK<br>900 STEWART AVE 3RD FLOOR<br>GARDEN CITY, NY 11530 | 7/26/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 79999 | $ 865,000.00 |
| | Reason: Claimant purports to assert liabilities associated with bond(s) not issued by HTA or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors. | | | | | |
| 3 | TORRES, ARACELIA<br>PO BOX 361204<br>SAN JUAN, PR 00936-1204 | 5/7/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 10894 | $ 60,000.00 |
| | Reason: Claimant purports to assert liability associated with bonds issued by ERS and failed to provide a basis for asserting a claim against HTA based on bonds issued by another of the Debtors. Claimant purports to assert liabilities associated bond(s) not issued by HTA or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors. | | | | | |
| | | | | | TOTAL | $ 1,125,000.00 |