# ANEXO A

**Relación de reclamos objeto de la Sexagésima Séptima Objeción global**

Sexagésimo séptima objeción colectiva
Anexo A: Defectuosas/Defectuosas + Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | PORCO, NANNETTE D AND JOHN A<br>430 COVER TOWER DRIVER<br>APTPH 1501<br>NAPLES, FL 34110 | 3/26/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 4952 | $ 200,000.00 |
| | Base para: El reclamante formula la responsabilidad, en parte, asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. Además, el reclamante tiene la intención de formular, en parte, las responsabilidades asociadas con los bonos no emitidos por la Autoridad de Carreteras y Transportación («ACT») o cualquiera de los otros deudores en virtud del Título III, y no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra la ACT, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra la ACT o cualquiera de los deudores en virtud del Título III. | | | | | |
| 2 | SATAN, MIROSLAV<br>C/O SIGNATURE BANK<br>900 STEWART AVE 3RD FLOOR<br>GARDEN CITY, NY 11530 | 7/26/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 79999 | $ 865,000.00 |
| | Base para: El reclamante tiene la intención de formular, en parte, las responsabilidades asociadas con los bonos no emitidos por la Autoridad de Carreteras y Transportación («ACT») o cualquiera de los otros deudores en virtud del Título III, y no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra la ACT, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra la ACT o cualquiera de los deudores en virtud del Título III. | | | | | |
| 3 | TORRES, ARACELIA<br>PO BOX 361204<br>SAN JUAN, PR 00936-1204 | 5/7/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 10894 | $ 60,000.00 |
| | Base para: El reclamante tiene la intención de formular, en parte, las responsabilidades asociadas con los bonos emitidos por el Sistema de Retiro de los Empleados («ERS»), y no proporciona los fundamentos para formular una reclamación contra la ACT sobre la base de los bonos emitidos por otro de los Deudores. El reclamante tiene la intención de formular, en parte, las responsabilidades asociadas con los bonos no emitidos por la Autoridad de Carreteras y Transportación («ACT») o cualquiera de los otros deudores en virtud del Título III, y no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra la ACT, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra la ACT o cualquiera de los deudores en virtud del Título III. | | | | | |
| | | | | | TOTAL | $ 1,125,000.00 |