## **EXHIBIT B**

**Declaration of Jay Herriman**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to HTA.** |

### DECLARATION OF JAY HERRIMAN IN SUPPORT OF THE SIXTY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO DUPLICATE AND DEFICIENT CLAIMS

I, Jay Herriman, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1.  I am a Managing Director of Alvarez & Marsal North America, LLC ("A&M"). The Financial Oversight and Management Board (the "Oversight Board") retained A&M to assist with, *inter alia*, the claims reconciliation process for the Debtors' cases filed pursuant to the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]  Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

2. In my capacity as a Managing Director of A&M, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' cases filed pursuant to PROMESA. The Debtors' ongoing claims reconciliation process involves the collective effort of a team of A&M employees, as well as Proskauer Rose LLP and O'Neill & Borges LLC, counsel for the Oversight Board, the legal representative for HTA and ERS.

3. I submit this declaration in support of the *Sixty-Seventh Omnibus (Non-Substantive) Objection of the Puerto Rico Highways and Transportation Authority to Duplicate and Deficient Claims* (the "Sixty-Seventh Omnibus Objection").[3] I have personally reviewed the Sixty-Seventh Omnibus Objection and exhibits thereto and am, accordingly, familiar with the information contained therein.

4. In preparation for filing the Sixty-Seventh Omnibus Objection, and under my direction and/or supervision, each of the claims at issue in the Sixty-Seventh Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate personnel. These efforts resulted in the identification of the claims to be disallowed, as identified in Exhibit A to the Sixty-Seventh Omnibus Objection.

5. To the best of my knowledge, information, and belief, the claims listed on Exhibit A to the Sixty-Seventh Omnibus Objection (collectively, the "Claims to Be Disallowed") each failed to provide a basis for asserting the entire claim or a part of the claim against HTA. Each of the Claims to Be Disallowed purport to assert liabilities associated with bonds issued by another entity that is not one of the Debtors, and failed to explain how or why these funds or bonds that were not issued by HTA provided a basis for asserting a claim against HTA. One of the Claims to Be

---

[3] Capitalized terms used but not defined herein shall have the meanings set forth in the Sixty-Seventh Omnibus Objection.

2

Disallowed purports to assert liability against HTA based on bonds issued by ERS, without providing a basis for purporting to assert liability against HTA based on bonds not issued by HTA. Accordingly, for one or more of the foregoing reasons, the Debtors are unable to determine, in full or in part, the validity of the Claims to Be Disallowed.

6. Additionally, to the best of my knowledge, information, and belief, as set forth on Exhibit A to the Sixty-Seventh Omnibus Objection, some of the Claims to Be Disallowed assert liabilities associated with one or more bonds issued by HTA that are duplicative of one or more of the Master Proofs of Claim filed in the HTA Title III Case by the fiscal agent or trustee for such bonds pursuant to the Bar Date Orders. Accordingly, to prevent multiple recoveries by the claimants, HTA requests that the duplicate portions of the Claims to Be Disallowed be disallowed in their entirety.

7. Based on the foregoing, and to the best of my knowledge, information and belief, the information contained in the Sixty-Seventh Omnibus Objection and exhibits thereto is true and correct, and the relief requested therein is in the best interests of HTA and its creditors.

8. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 26, 2019

By: /s/ *Jay Herriman*
Jay Herriman

# **ANEXO B**

**Declaración de Jay Herriman**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>  como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br>                    Deudores.¹ | PROMESA,<br>título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administración conjunta)<br><br>**El presente escrito guarda relación con la ACT**. |

**DECLARACIÓN DE JAY HERRIMAN EN APOYO DE LA SEXAGÉSIMA SÉPTIMA OBJECIÓN GLOBAL (NO SUSTANTIVA) DE LA AUTORIDAD DE CARRETARAS Y TRANSPORTACIÓN DE PUERTO RICO A LOS RECLAMOS DUPLICADOS Y DEFICIENTES**

Yo, Jay Herriman, de conformidad con el título 28 U.S.C., § 1746, por medio de la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi fiel saber y entender:

1. Soy director general de Alvarez & Marsal North America, LLC ("A&M"). La Junta de Supervisión y Administración Financiera (la "Junta de Supervisión") contrató a A&M para que le ayudara, entre otras cosas, con el proceso de reconciliación de reclamos en relación con las causas de los Deudores radicadas conforme a la *Ley para la Supervisión, Administración y*

---

[1] Los Deudores en el marco de los presentes Procedimientos radicados conforme al título III, junto con el respectivo número de procedimiento radicado conforme al título III y los últimos cuatro (4) dígitos del número federal de contribuyente de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de procedimiento de quiebra 17 BK 3283-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17 BK 3284-LTS) (últimos cuatro dígitos del número federal de contribuyente: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (núm. de procedimiento de quiebra 17 BK 3566-LTS) (últimos cuatro dígitos del número federal de contribuyente: 9686); y v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE", y conjuntamente con el ELA, COFINA, la ACT y el SRE, los "Deudores") (núm. de procedimiento de quiebra 17 BK 4780-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3747) (los números de causas radicadas conforme al título III figuran como números de procedimiento relativos a procedimientos de quiebra debido a limitaciones del programa informático).

*Estabilidad Económica de Puerto Rico* ("PROMESA").[2] Salvo disposición en contrario en la presente declaración, tengo conocimiento personal de los hechos aquí expuestos.

2. En mi capacidad de director general de A&M, soy una de las personas responsables de supervisar el proceso de reconciliación u objeción relativo a los reclamos en el marco de las causas de los Deudores radicadas conforme a PROMESA. El proceso continuo de reconciliación de reclamos de los Deudores implica un esfuerzo colectivo de un equipo de los empleados de A&M, así como de Proskauer Rose LLP y O'Neill & Borges LLC, abogados de la Junta de Supervisión, el representante legal de la ACT.

3. Realizo esta declaración en apoyo de la *Sexagésima Séptima Objeción global (no sustantiva) de la Autoridad de Carreteras y Transportación de Puerto Rico a los Reclamos Duplicados y a los Reclamos Deficientes* (la "Sexagésima Séptima Objeción Global").[3] He revisado personalmente la Sexagésima Séptima Objeción Global, y los anexos relativos a la misma, por lo que estoy familiarizado con la información que contienen.

4. Durante el proceso de preparación para radicar la Sexagésima Séptima Objeción Global, bajo mi dirección y/o supervisión, cada uno de los reclamos controvertidos en la Sexagésima Séptima Objeción Global fue examinado y analizado cuidadosamente de buena fe aplicando la debida diligencia por parte del personal pertinente. Dichos esfuerzos resultaron en la identificación de los reclamos que han de ser rechazados, según se identifica en el Anexo A relativo a la Sexagésima Séptima Objeción Global.

5. A mi fiel saber y entender, los reclamos mencionados en el Anexo A de la Sexagésima Séptima Objeción Global (conjuntamente, los "Reclamos que han de ser rechazados")

---

[2] PROMESA ha sido codificada en el título 48 U.S.C., §§ 2101 a 2241.

[3] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Sexagésima Séptima Objeción Global.

no brindaron ninguna base para presentar la totalidad o parte del reclamo contra la ACT. Cado de los Reclamos que han de ser rechazados alegan presuntamente responsabilidades asociadas con bonos emitidos por otra entidad que no está entre los Deudores, y no explicaron cómo y por qué estos fondos o bonos que no fueron emitidos por la ACT brindaban una base para presentar un reclamo contra la ACT. Otro de los Reclamos que han de ser rechazados alega presuntamente responsabilidad contra la ACT sobre la base de los bonos emitidos por el SRE, sin brindar ninguna base para alegar presuntamente responsabilidad contra la ACT sobre la base de los bonos no emitidos por el deudor en cuestión. En consecuencia, por uno o varios de los motivos mencionados, los Deudores no pueden determinar, en su totalidad o en parte, la validez de los Reclamos que han de ser rechazados.

6. Además, a mi fiel saber y entender, según se establece en el <u>Anexo A</u> del Sexagésima Séptima Objeción Global, algunos Reclamos que han de ser rechazados alegan responsabilidades asociadas con uno o varios bonos emitidos por la ACT que constituyen duplicados de una o varias de las Evidencias de reclamos principales presentadas en el marco de la Causa de la ACT radicada conforme al título III por el agente fiscal o fiduciario relativos a dichos bonos de conformidad con las Órdenes de fecha final. En consecuencia, para evitar múltiples recuperaciones por parte de las demandantes, la ACT solicita que las partes duplicadas de los Reclamos que han de ser rechazados sean rechazadas en su totalidad.

7. Sobre la base de lo que antecede, y a mi fiel saber y entender, la información contenida en la Sexagésima Séptima Objeción Global y en sus anexos es veraz y correcta, y el remedio allí solicitado redunda en el mejor interés de la ACT y sus acreedores.

8. Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi fiel saber y entender.

3

Fecha: 26 de julio de 2019

 Por: [*Firma en la versión en inglés*]
   Jay Herriman