UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 4780-LTS |

ORDER SETTING SUPPLEMENTAL BRIEFING
SCHEDULE WITH RESPECT TO MOTION IN LIMINE [DKT. NO. 1301]

Upon consideration of the *Supplemental Joint Status Report Regarding Government Parties' Motion in Limine to Exclude Witness Testimony Regarding 1974 Trust Agreement* [Dkt.

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*No. 1301]*, filed on July 19, 2019 by and through the Financial Oversight and Management Board for Puerto Rico ("FOMB"); the Puerto Rico Electric Power Authority, by and through the FOMB as PREPA's representative pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA");[2] the Puerto Rico Fiscal Agency and Financial Advisory Authority (collectively, the "Government Parties"), Unión de Trabajadores de la Industria Eléctrica y Riego Inc ("UTIER"), and Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica ("SREAEE") (the "Supplemental Joint Status Report")[3] it is

**HEREBY ORDERED THAT**:

1. UTIER, and SREAEE shall file a supplemental opposition brief regarding the admissibility of the proffered testimony of Mr. Ángel Figueroa Jaramillo, José Rivera Rivera, José Fernández by August 6, 2019. The supplemental opposition brief shall not exceed three pages.

2. The Government Parties, shall file a supplemental reply brief responding to the supplemental opposition brief by August 12, 2019. The supplemental reply brief shall not exceed three pages.

3. After the supplemental reply brief is filed, the Court will take the Motion in Limine under submission, unless it deems a hearing appropriate.

4. In the event that the Motion in Limine is denied, deposition of UTIER and SREAEE's fact witnesses may take place during the expert discovery period under the applicable case schedule.

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101–2241.
[3] Capitalized terms not defined herein have the same meaning as in the Supplemental Joint Status Report.

5. This Order resolves Docket Entry No. 1535 in Case No. 17-4780.

SO ORDERED.

Dated: July 29, 2019

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge