SRF 34253 - 30

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| In re: The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico | Case No.: 17-bk-3283-LTS |
|---|---|
| Debtor | |
| The Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, et al., | Chapter: PROMESA Title III |
| Plaintiffs v. | |
| Juan G. Ortiz De La Renta, et al., | Adv. Proc. No.: 19-00293 |
| Defendants | |

## SUMMONS IN AN ADVERSARY PROCEEDING

**To:**

Anne Farley
101 Central Park West 14E
New York, NY 10023

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days. The answer or motion must be served on the plaintiff or plaintiff's attorneys, whose names and addresses are:

| PROSKAUER ROSE LLP<br>Attn: Brian Rosen<br>Eleven Times Square<br>New York, New York 10036 | O'NEILL & BORGES LLC<br>Attn: Hermann D. Bauer<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813 | PAUL HASTINGS LLP<br>Attn: Luc A. Despins, Esq.<br>200 Park Avenue<br>New York, New York 10166 | CASILLAS, SANTIAGO & TORRES LLC<br>Attn: Juan J. Casillas Ayala, Esq.<br>PO Box 195075<br>San Juan, Puerto Rico 00919-5075 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT   Digitally signed by CT
Date: 2019.07.11
12:37:45 -04'00'

Date: 07/11/2019

Signature of Clerk or Deputy Clerk

Exhibit A to Response to #8083

0001

**FINANCIAL OVERSIGHT AND MANAGEMENT BOARD**
**FOR PUERTO RICO**



José B. Carrión III
Chair

Members
*Andrew G. Biggs*
*Carlos M. García*
*Arthur J. González*
*José R. González*
*Ana J. Matosantos*
*David A. Skeel, Jr.*

*Natalie A. Jaresko*
Executive Director

**BY ELECTRONIC MAIL**

August 27, 2018

Mr. Raul Maldonado
Chief Financial Officer
La Fortaleza
San Juan, PR 00902

Dear Mr. Maldonado:

In accordance with the contract review policy of the Financial Oversight and Management Board for Puerto Rico ("FOMB") established pursuant to Section 204(b)(2) of PROMESA, we have reviewed the contracts for Advertisement, Representation or Artistic Services (the "Contracts") between each of the Department of Treasury[1], Authority for the Convention District[2], the Economic Development Bank[3] and the Commission for the Transit Security[4] (collectively "the Agencies") and KOI Americas, LLC ("KOI").

After reviewing the Contracts, the FOMB concludes "Approved with Observations" because the FOMB has identified areas of risk that may require action from the Agencies. It is Agencies' responsibility to take corrective action based on the observations provided and proceed with the Contracts as it sees fit. Observations related to the Contracts' alignment with the Fiscal Plan are set forth in the Appendix A attached hereto.

Please note that our review is solely limited to the compliance of the Contracts with the applicable fiscal plan and no other matters. For the avoidance of doubt, the review performed by the FOMB does not cover a legal review of the contractual documentation or the contracting process, including without limitation: (i) compliance with contracting requirements under applicable laws, rules, and regulations, both federal and local and (ii) compliance with applicable laws, rules, and regulations governing procurement activities, both federal and local. In addition, the FOMB has not engaged in any due diligence or background check with respect to the contracting parties nor

---

[1] Contracts 2019-000055, 2019-000090 and 2019-000091.
[2] Contract 2019-000007.
[3] Contract 2019-000034.
[4] 2018-000048.

PO Box 192018 San Juan, PR 00919-2018; www.oversightboard.pr.gov; comments@oversightboard.pr.gov

Exhibit B to Response to #8083

0002

Mr. Maldonado
August 27, 2018
Page 2 of 4

whether the contracting parties comply with the requirements under the applicable contract. Any material change to the Contracts must be submitted beforehand to the FOMB for its review.

This letter is delivered as of the date hereof and we reserve the right to provide additional observations and modify this letter based on information not available when the review was conducted.

This letter is issued only to the Agencies and solely with respect to the Contracts.

Sincerely,

Jaime A. El Koury
General Counsel

CC: Christian Sobrino Vega
    José Marrero Rosado
    Claudia Pérez Rolón
    Francisco Peña Montañez

Mr. Maldonado
August 27, 2018
Page 3 of 4

Appendix A

***Various – KOI LLC***

**Fiscal Plan Alignment**

This review covers the following six contracts between KOI Americas LLC ("KOI") and the four governmental entities listed below:
- Contract #2019-002055 – Department of Treasury - $750,000 for active communication to taxpayers and stakeholders
- Contract #2019-002090 – Department of Treasury - $2,250,000 for marketing related to the traditional lottery
- Contract #2019-002091 – Department of Treasury - $7,705,000 for marketing related to the electronic lottery
- Contract #2019-000007 – Authority of the Convention District - $150,000 for implementing advertising in different markets
- Contract #2019-000034 – Economic Development Bank - $95,000 for advertising services
- Contract #2019-000048 – Commission for Transit Security - $1,864,446 for road safety media campaigns

Although the contracts have been executed, we understand that the contracts have been put on hold pending this formal review from FOMB.

The submission from the Commission for Transit Security states that the funds for its contract will come from federal sources. The other contract submissions state that the contracts will be covered under items budgeted for the FY19.

The Fiscal Plan does not go into the level of detail of savings at the cost category level, however, there are operational expenditures ("OPEX") savings associated with each entity in the FY19 budget, as listed below:
- Department of Treasury - $9.4M
- Authority of the Convention District - $1.7M
- Commission for Transit Security - $0.1M

FOMB requires that these savings targets be met and if savings are not generated through these contracts, they will have to be generated in subsequent contracts and/or other OPEX savings. However, we observe that the OPEX savings measures grow year on year to the following levels:

Department of Treasury – yearly savings target grows on annual basis to: $16.1M FY20, $23M FY21, $23.3M FY22, $23.5M FY23

Mr. Maldonado
August 27, 2018
Page 4 of 4

Authority of the Convention District - yearly savings target grows on an annual basis to: $3.5M FY20, $5.4M FY21, $5.5M FY22, $5.6M FY23

Commission for Transit Security - yearly savings target grows on an annual basis to: $0.3M FY20, $0.4M FY21, $0.4M FY22, $0.4 FY23

While the listed contracts do not introduce material risk to the Government's ability to satisfy the Fiscal Plan commitments and requirements, the required savings as outlined above will have to be fulfilled.

*This contract review was conducted on the basis of information submitted by the Government of the Commonwealth of Puerto Rico. The Financial Oversight and Management Board for Puerto Rico has not independently verified the information included in the submission. Should FOMB become aware of any inaccuracies or misrepresentations – whether intentional or not – it would re-evaluate its assessment.*

## Consultation of the Registry of Contracts

### Search criteria

| | | |
|---|---|---|
| Government entity | Contract No. | Contractor |
| Select an entity | | koi |
| Service Category | Type of service | Amount |
| Select a service category | Select a service type | $ — $ |
| Date of Grant | Effective date | |
| Desde - Hasta | 01/07/2016 - 21/07/2019 | |

Search for   Delete

### Frequent Searches - All Entities

### Results

To show 100 records

| Contract No. | Contractors | Awarded in | Valid since | Validity Until | Amount | Type of service |
|---|---|---|---|---|---|---|
| 2020-000007 | KOI Americas LLC | Jun 28, 2019 | 01 / Jul / 2019 | Jun 30, 2020 | $ 100,000.00 | ADVERTISING SERVICES |
| 2019-PRH058 | KOI AMERICAS, LLC | Aug. 28/2018 | Aug. 28/2018 | Jun 30, 2019 | $ 25,000.00 | PUBLIC RELATIONS SERVICES |
| 2019-PPP01 | KOI AMERICAS LLC | 08 / Sep / 2018 | 08 / Sep / 2018 | Jun 30, 2019 | $ 2,200,000.00 | PUBLIC RELATIONS SERVICES |
| 2019-000559 | KOI AMERICA DBA IXS | Jun 21, 2019 | Jun 21, 2019 | 21 / Sep / 2019 | $ 0.00 | ASSIGNMENT OF PUBLICATION, TRA |
| 2019-00028 | KOI AMERICAS, LLC | Oct. 22, 2018 | Oct. 22, 2018 | Dec. 31, 2018 | $ 92,360.20 | ADVERTISING SERVICES |
| 2019-00009 | KOI AMÉRICAS, LLC | 21 / Dec / 2018 | 21 / Dec / 2018 | Jun 30, 2019 | $ 2,150,000.00 | ADVERTISING SERVICES |
| 2019-000091 | KOI AMERICAS LLC | Jul 23/2018 | Jul 23/2018 | Jun 30, 2019 | $ 7,705,000.00 | ADVERTISING SERVICES |
| 2019-000090 | KOI AMERICAS LLC | Jul 23/2018 | Jul 23/2018 | Jun 30, 2019 | $ 2,250,000.00 | ADVERTISING SERVICES |
| 2019-000078 | KOI AMERICAS, LLC | Oct. 31/2018 | Oct. 31/2018 | Jun 30, 2019 | $ 665,000.00 | PUBLIC RELATIONS SERVICES |
| 2019-00007 | KOI AMERICAS, LLC | Oct 01/2018 | Oct 01/2018 | Sep / 30/2019 | $ 552,507.00 | ADVERTISING SERVICES |
| 2019-00007 | KOI AMERICAS, LLC. | Aug 20/2018 | Aug 20/2018 | Jun 30, 2019 | $ 500,000.00 | ADVERTISING SERVICES |
| 2019-000074 | KOI AMERICAS, LLC | Sep. 28/2018 | Oct 01/2018 | Sep / 30/2019 | $ 200,000.00 | ADVERTISING SERVICES |
| 2019-000059 | KOI AMERICAS, LLC. | 07 / Aug / 2018 | 07 / Aug / 2018 | Jun 30, 2019 | $ 300,000.00 | ADVERTISING SERVICES |
| 2019-00005 | KOI AMERICAS LLC | Jul 23/2018 | Jul 23/2018 | Jun 30, 2019 | $ 250,000.00 | ADVERTISING SERVICES |
| 2019-00005 | KOI AMERICAS LLC | 10 / Aug / 2018 | 10 / Aug / 2018 | Jun 30, 2019 | $ 388,800.00 | ADVERTISING SERVICES |
| 2019-000048 | KOI AMÉRICAS, LLC | Aug 08/2018 | Aug 08/2018 | Jun 30, 2019 | $ 2,000,000.00 | ADVERTISING SERVICES |
| 2019-000036 | KOI AMERICAS LLC | Aug. 17, 2018 | Aug. 17, 2018 | Jun 30, 2019 | $ 264,000.00 | ADVERTISING SERVICES |
| 2019-000034 | KOI AMERICAS LLC | Jul 30/2018 | Jul 30/2018 | Jun 30, 2019 | $ 95,000.00 | ADVERTISING SERVICES |
| 2019-00000 | KOI Americas LLC | Jul 25, 2018 | Jul 25, 2018 | Jun 30, 2019 | $ 150,000.00 | ADVERTISING SERVICES |

Office of the Comptroller of Puerto Rico
Consultation of the Registry of Contracts

Exhibit C to Response to #8083

7/21/2019

Office of the Comptroller of Puerto Rico | Consultation of the Registry of Contracts

| Contract | Entity | Date | Date | End Date | Amount | Service |
|---|---|---|---|---|---|---|
| 2018-000167 | KOI AMERICAS, LLC | Oct. 18, 2017 | Oct. 18, 2017 | Jun 30/2018 | $ 269,525.00 | ADVERTISING SERVICES |
| 2018-000128 | KOI AMERICAS, LLC | Sep / 29/2017 | Sep / 29/2017 | Jun 30/2018 | $ 190,799.99 | ADVERTISING SERVICES |
| 2018-000081 | KOI AMERICAS, LLC | 21 / Aug / 2017 | 21 / Aug / 2017 | Dec. 31, 2017 | $ 79,999.50 | ADVERTISING SERVICES |
| 2018-000057 | KOI AMERICAS, LLC | Jul 10, 2017 | Jul 10, 2017 | Jun 30/2018 | $ 233,280.00 | ADMINISTRATIVE CONSULTING |
| 2018-000056 | KOI AMERICAS, LLC | Jul 10, 2017 | Jul 10, 2017 | Jun 30/2018 | $ 155,520.00 | ADMINISTRATIVE CONSULTING |
| 2018-000046 | KOI AMERICAS, LLC | 01 / Nov / 2017 | 01 / Nov / 2017 | Sep. 30/2018 | $ 90,000.00 | ADVERTISING SERVICES |
| 2018-000045 | KOI AMERICAS LLC | Jul 01, 2017 | Jul 01, 2017 | Jun 30/2018 | $ 7,876,700.00 | ADVERTISING SERVICES |
| 2018-000037 | KOI AMERICAS LLC | Aug. 14, 2017 | Aug. 14, 2017 | Jun 30/2018 | $ 30,000.00 | PUBLIC RELATIONS SERVICES |
| 2018-000015 | KOI Arise Corp. | 06 / Oct / 2017 | 06 / Oct / 2017 | Dec. 31, 2017 | $ 48,000.00 | ADVERTISING SERVICES |
| 2017-000823 | KOI AMERICAS, LLC | May 04/2017 | May 04/2017 | Jun 30, 2017 | $ 40,000.00 | ADVERTISING SERVICES |
| 2017-000348 | KOI ARISE CORP. h / n / c KOI AMERICAS | 13 / Feb / 2017 | 13 / Feb / 2017 | Jun 30, 2017 | $ 250,000.00 | ADVERTISING SERVICES |
| 2017-000220 | KOI AMERICAS LLC | Mar. 13/2017 | Mar. 13/2017 | Jun 30, 2017 | $ 2,350,000.00 | ADVERTISING SERVICES |
| 2017-000207 | KOI AMÉRICAS, LLC | Mar. 29/2017 | Mar. 29/2017 | Jun 30, 2017 | $ 145,000.00 | ADVERTISING SERVICES |
| 2017-000157 | KOI AMERICAS, LLC | Jun 15, 2017 | Jun 15, 2017 | Sep / 30/2017 | $ 350,000.00 | ADVERTISING SERVICES |
| 2017-000141 | KOI ARISE CORP. H / N / C KOI AMERICAS | Apr / 21/2017 | Apr / 21/2017 | Jun 30, 2017 | $ 265,000.00 | PUBLIC RELATIONS SERVICES |
| 2017-000120 | KOI AMERICAS, LLC | Mar. 31/2017 | Mar. 31/2017 | Jun 30, 2017 | $ 53,000.00 | PUBLIC RELATIONS SERVICES |
| 2017-000111 | KOI AMERICAS, LLC | 03 / Apr / 2017 | 03 / Apr / 2017 | Sep / 30/2017 | $ 662,981.52 | ADVERTISING SERVICES |
| 2017-000107 | KOI AMÉRICAS LLC | 04 / Apr / 2017 | 04 / Apr / 2017 | Jun 30, 2017 | $ 17,250.00 | ECONOMIST SERVICES |
| 2017-000095 | KOI ARISE CORP | Jan / 31/2017 | 01 / Feb / 2017 | Jun 30, 2017 | $ 108,000.00 | ADVERTISING SERVICES |
| 2017-000094 | KOI ARISE CORP | Jan / 31/2017 | 01 / Feb / 2017 | Jun 30, 2017 | $ 72,000.00 | ADVERTISING SERVICES |
| 2017-000091 | KOI ARISE CORP. | 07 / Feb / 2017 | 07 / Feb / 2017 | Sep / 30/2017 | $ 282,000.00 | ADVERTISING SERVICES |
| 2017-000072 | KOI ARISE CORP. | 12 / Apr / 2017 | 12 / Apr / 2017 | Jun 30, 2017 | $ 7,500.00 | ADVERTISING SERVICES |
| 2017-000064 | KOI Arise Corp. | 28 / Feb / 2017 | 28 / Feb / 2017 | Jun 30, 2017 | $ 48,000.00 | ADVERTISING SERVICES |
| 2017-000056 | KOI Americas LLC | Mar / 01/2017 | Mar / 01/2017 | Jun 30, 2017 | $ 30,000.00 | PUBLIC RELATIONS SERVICES |
| 2017-000052 | KOI AMERICAS LLC | May 09/2017 | May 09/2017 | Jun 30, 2017 | $ 250,000.00 | ADVERTISING SERVICES |

Showing records from 1 to 45 of a total of 45 records

Previous | one | Following