Peter C. Hein
101 Central Park West, Apt 14E
New York, NY 10023

petercheinsr@gmail.com
(212) 403-1237

July 22, 2019

Clerk's Office
United States District Court
Federal Building, Room 150
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767

Re: **Filing for 17BK3283-LTS**

TO WHOM IT MAY CONCERN:

I am enclosing one copy clipped and one copy stapled of my:

[Response to Docket #8083, as well as #6857, #7060, #7426, #7427, #7644, #7694]

Individual GO Bondholder's (1) Response to Superseding Status Report of Debtors and Alternative Proposed Case Management Orders in Adversary Proceedings Nos. 19-291 et al., and (2) Motion to Vacate Orders Previously Entered on Motions that FOMB Failed to Serve Upon Individual Defendants that FOMB Had Sued.

A certificate of service is attached.

Please file this response in the Court docket as soon as possible. If you have any questions about this filing you can contact me at petercheinsr@gmail.com or call me at (212) 403-1237. Thank you.

Sincerely

Peter C. Hein, Pro Se