Peter C. Hein
101 Central Park West, Apt 14E
New York, NY 10023

Clerk's Office
United States District Court
Federal Building, Room 150
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767

U.S. DISTRICT COURT
CLERK'S OFFICE
2019 JUL 26 PM 4: 35
RECEIVED & FILED



$7.99
US POSTAGE
07/22/2019
From 10019
0 lbs 13 ozs
Zone 7
Pitney Bowes    026W0004897...
ComBasPrice
                20766048

**PRIORITY MAIL 3-DAY™**

Hein Peter C.    Estimated Delivery Date: 07/...
Wachtell Lipton Rosen & Katz
51 W 52nd St
New York NY 10019-6119

0004

C018

THE CLERK OF THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO
FEDERAL BUILDING, ROOM 150
150 AVE CHARDON
SAN JUAN PR 00918-1703

**USPS TRACKING #**



9405 5098 9864 1017 5479 67