# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>Plaintiff,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br>Debtor [1] | Civil. No.: 17-BK-3283-LTS<br><br>PROMESA<br><br>TITLE III |

## WITHDRAWAL OF OPPOSITION TO THE FIFTY-SIXTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO DUPLICATE BOND CLAIMS
### [ECF NO. 7286]

**TO THE HONORABLE COURT**:

**COMES NOW** the creditors, **Cooperativa de Ahorro y Crédito de Empleados de la Autoridad de Energía Electrica ("CoopAEE") and Cooperativa de Ahorro y Crédito de Caparra ("Caparra Coop")**, through the undersigned counsels and respectfully responds in opposition to the Fifty Sixth Omnibus Objection (Non-Substantive) of the Commonwealth Of Puerto Rico To Duplicate Bonds Claims [ECF No. 7286] "the Objection"), and states and prays as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

CIVIL NO. 17-BK-3283-LTS
Page 2

1. On June 6, 2019 the Commonwealth filed the Fifty-Sixth Omnibus Objection seeking to disallow certain proofs of claim [ECF No. 7286].

2. On July 2, 2019, the appearing party responded to the Fifty-Sixth Omnibus Objection [ECF No. 7786] and [ECF No. 7787].

3. The undersigned discussed this matter with debtor's attorneys, and we were able to clarify that the ground stated for the objection was an error, and that the claim was, notwithstanding, a duplicate of the Master Proof of Claim filed by the U.S. Bank Trust National Association, as Trustee for the Puerto Rico Public Finance Corporation on behalf of the holders of these kind of Bonds.

WHEREFORE, we respectfully withdraw the above mentioned reply [ECF No. 7786 and 7787]

Certificate of service: I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail and parties in interest that have filed notices of appearance.

**RESPECTFULLY SUBMITTED**.

In Bayamón, Puerto Rico, for San Juan, Puerto Rico this 29th day of July, 2019.

**JIMÉNEZ BREA & ASOCIADOS, PSC**

NÉSTOR D. ZAMORA SANTOS, ESQ
MICHAEL R. JIMÉNEZ BREA, ESQ
P.O. Box 6416 Bayamón, PR 00960-5416
Tel. (787) 798-5720
lcdo.nestorzamora@gmail.com
mjimenez@jbalawpr.com

By: *S/ Néstor D. Zamora Santos*  By: *S/ Michael R. Jiménez Brea*
 **NÉSTOR D. ZAMORA SANTOS, ESQ.**   **MICHAEL R. JIMÉNEZ BREA, ESQ.**
 **USDC-PR 303,614**   **USDC-PR 300,111**

*Counsel for the Creditor:*
*Cooperativa de Ahorro y Crédito de los Empleados de la Autoridad de Energía Eléctrica (CoopAEE)*
*Cooperativa de Ahorro y Crédito de Caparra ( Caparra Coop)*