# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　　　Debtors.* | PROMESA<br>Title III<br><br>No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　　as representative of<br><br>PUERTO RICO HIGHWAYS AND<br><br>TRANSPORTATION AUTHORITY ("HTA")<br><br>　　　　　　Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-03567 (LTS)<br><br>**This notice relates only to HTA and shall be filed in the lead Case No. 17 BK 3283 (LTS) and Case No. 3567 (LTS).** |

---

\*　　The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## NOTICE OF WITHDRAWAL

To the Honorable United States District Court Judge Laura Taylor Swain:

1.	Kristopher M. Hansen and Jonathan D. Canfield, who have appeared in this case on behalf of Taconic Capital Advisors L.P., as a beneficial holder, or investment advisor or manager of beneficial holders and Monarch Alternative Capital LP, as a beneficial holder, or investment advisor or manager of beneficial holders (collectively, the "Ad Hoc Group of Noteholders of FGIC-Insured Notes"), and Stroock & Stroock & Lavan LLP ("Stroock") respectfully notify the Court that they are withdrawing as counsel of record for the Ad Hoc Group of Noteholders of FGIC-Insured Notes. *See* Case No. 17-3283, Dkt. 2484, and Case No. 17-3567, Dkts. 391-395.

2.	Lawrence A. Larose, who appeared pro hac vice (Dkt. No. 623), and practices at Sheppard, Mullin, Richter & Hampton LLP, will serve as counsel of record for the Ad Hoc Group of Noteholders of FGIC-Insured Notes and Brian M. Dick Biascoechea, who practices at Córdova & Dick, LLC, will continue to serve as local counsel for the Ad Hoc Group of Noteholders of FGIC-Insured Notes.

3.	Kristopher M. Hansen and Jonathan D. Canfield respectfully request that the Court cease to notify them and Stroock of motions, pleadings, papers, and orders in this matter.

4.	Stroock and attorneys at Stroock have appeared on behalf of other parties in these Title III proceedings. For the avoidance of doubt, nothing herein is intended to modify such appearances in any manner.

5.	Pursuant to LBR 9010-1(d)(3), the appearing attorneys hereby certify that:

(i)	the Notice of Withdrawal is accompanied by a Notice of Appearance of other counsel;

(ii) the attorney seeking to withdraw certifies that his client has been advised regarding the procedures and responsibilities related to appearing pro se;

(iii) there are no motions pending before the court or the client has been duly advised of these motions; and

(iv) no trial or hearing date has been scheduled.

WHEREFORE Kristopher M. Hansen and Jonathan D. Canfield respectfully notify the Court of their and Stroock's withdrawal as counsel for the Ad Hoc Group of Noteholders of FGIC-Insured Notes and request that the Court cease notifying them of motions, pleadings, papers, and orders in this matter.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 30th day of July, 2019.

**WE HEREBY CERTIFY** that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, and will provide hard copies to the Court and United States Trustee as soon as practical after the filing of the foregoing, consistent with the Court's *Tenth Amended Notice, Case Management and Administrative Procedures* [Docket No. 8027-1].

| | |
|---|---|
| **CÓRDOVA & DICK, LLC** | **STROOCK & STROOCK & LAVAN LLP** |
| #403 Calle 12 de Octubre | |
| Urb. El Vedado | 180 Maiden Lane |
| San Juan, PR 00918 | New York, NY 10038-4982 |
| Tel.:   (787) 452-6425 | Tel.: (212) 806-5400 |
| | Fax: (212) 806-6006 |
| P.O. Box 194021 | |
| San Juan, PR 00919-4021 | |
| | |
| */s/ BRIAN M. DICK BIASCOECHEA* | |
| Brian M. Dick Biascoechea | Kristopher M. Hansen (*pro hac vice*) |
| USDC No.: 230,903 | Jonathan D. Canfield (*pro hac vice*) |
| E-mail: bmd@bmdcounselors.com | E-mail: khansen@stroock.com |
| | jcanfield@stroock.com |

*Counsel to the Ad Hoc Group of FGIC Noteholders*

4