UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    Plaintiff,<br><br>v.<br><br>HON. RICARDO ANTONIO ROSSELLÓ NEVARES and THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY,<br><br>    Defendants. | Adv. Pro. No. 19-00393-LTS |
| THE AUTONOMOUS MUNICIPALITY OF SAN JUAN,<br><br>    Proposed Intervenor. | |

**APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE***

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

**TO THE HONORABLE COURT:**

**COMES NOW**, Leandro F. Delgado, (hereinafter the "Applicant") and respectfully states and requests as follows:

1. The Applicant is an attorney and member of the law firm of Winston & Strawn LLP, with offices at 101 California Street, San Francisco, CA 94111.

2. The Applicant makes the instant request to appear *pro hac vice* on behalf of Winston & Strawn LLP, retained by the Autonomous Municipality of San Juan to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

3. The Applicant will sign all pleadings with the name Leandro F. Delgado.

4. Applicant's contact information is as follows:

   **Name:** Leandro F. Delgado
   **Email:** LDelgado@winston.com
   **Telephone:** (415) 591-6815
   **Fax:** (415) 591-1400

5. Since December 2013, the Applicant has been and presently is a member in good standing of the bar of the highest court of the State of California, where the Applicant regularly practices law. The Applicant's bar license number is 293738.

6. The Applicant has been admitted to practice before the following courts:

| **Court:** | **Admission Date:** |
| --- | --- |
| U.S. District Court for the Central District of California | 02/21/2014 |
| U.S. District Court for the Northern District of Texas | 10/11/2016 |

7. The Applicant is a member in good standing of the bars of the courts listed in paragraph 6.

8. The Applicant is not currently suspended from the practice of law before any court or jurisdiction.

9. The Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

10. During the past three years, the Applicant has filed an application for pro hac vice admission in the United States District Court for the District of Puerto Rico. The previous application was filed on June 10, 2019 in Case No. 3:19-cv-01474-GAG captioned *Autonomous Municipality of San Juan v. Financial Oversight and Management Board for Puerto Rico*.

11. Local counsel of record associated with the Applicant in this matter is as follows:

| | |
|---|---|
| **Name:** | Raúl S. Mariani Franco |
| **USDC-PR Bar No.** | 210309 |
| **Address:** | P.O. Box 9022864<br>San Juan, P.R. 00902-2864 |
| **Email:** | marianifrancolaw@gmail.com |
| **Telephone:** | (787) 620-0038 |
| **Fax:** | (787) 620-0039 |

12. Applicant has read the local rules of this Court and will comply with same.

13. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee shall be completed

either through the CM/ECF payment module (using the pay.gov portal) or by attaching a check or money order payable to "Clerk, U.S. District Court."

WHEREFORE, the Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: San Francisco, California
July 23, 2019

*/s/ Leandro Delgado*

Leandro F. Delgado

I HEREBY CERTIFY, pursuant to Local Rule 83(A)(f), that I consent to the designation of local counsel of record for all purposes.

Date: San Juan, Puerto Rico
July 23, 2019

s/Raúl S. Mariani Franco

Raúl S. Mariani Franco
USDC-PR Bar No. 210309
PO BOX 9022864
San Juan, PR  00902-2864
Tel. 787 620-0038
Fax. 787 620-0039
marianifrancolaw@gmail.com

- 4 -