**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>    as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>    Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>    Plaintiff,<br>v.<br>HON. RICARDO ANTONIO ROSSELLÓ NEVARES and THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY,<br>    Defendants. | Adv. Pro. No. 19-00393-LTS |
| THE AUTONOMOUS MUNICIPALITY OF SAN JUAN,<br>    Proposed Intervenor. | |

**APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE***

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

**TO THE HONORABLE COURT:**

**COMES NOW**, Michael A. Fernández, (hereinafter the "Applicant") and respectfully states and requests as follows:

1. The Applicant is an attorney and member of the law firm of Winston & Strawn LLP, with offices at 200 Park Avenue, New York, NY 10166.

2. The Applicant makes the instant request to appear *pro hac vice* on behalf of Winston & Strawn LLP, retained by the Autonomous Municipality of San Juan to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

3. The Applicant will sign all pleadings with the name Michael A. Fernández.

4. Applicant's contact information is as follows:

| | |
|---|---|
| **Name:** | Michael A. Fernández |
| **Email:** | MAFernandez@winston.com |
| **Telephone:** | (212) 294-3326 |
| **Fax:** | (212) 294-4700 |

5. Since September 16, 2013, the Applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where the Applicant regularly practices law. The Applicant's bar license number is 5140504.

6. The Applicant has been admitted to practice before the following courts:

| **Court:** | **Admission Date:** |
|---|---|
| U.S. District Court for the Southern District of New York | 10/01/2013 |
| U.S. District Court for the Eastern District of New York | 10/01/2013 |

7. The Applicant is a member in good standing of the bars of the courts listed in paragraph 6.

8. The Applicant is not currently suspended from the practice of law before any court or jurisdiction.

9. The Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

10. During the past three years, the Applicant has filed an application for *pro hac vice* admission in the United States District Court for the District of Puerto Rico. The previous applications were filed on July 27, 2017 in Case No. 3:17-cv-02009-LTS-JGD captioned *Autonomous Municipality of San Juan v. The Financial Oversight and Management Board for Puerto Rico, Government Development Bank of Puerto Rico, and Puerto Rico Fiscal Agency and Financial Advisory Authority*, on August 21, 2018 in PROMESA Title VI, Case No. 18-1561 captioned *The Government Development Bank of Puerto Rico, Applicant*, and on June 10, 2019 in Case No. 3:19-cv-01474-GAG captioned *Autonomous Municipality of San Juan v. Financial Oversight and Management Board for Puerto Rico.*

11. Local counsel of record associated with the Applicant in this matter is as follows:

| | |
|---|---|
| **Name:** | Raúl S. Mariani Franco |
| **USDC-PR Bar No.** | 210309 |
| **Address:** | P.O. Box 9022864<br>San Juan, P.R. 00902-2864 |
| **Email:** | marianifrancolaw@gmail.com |
| **Telephone:** | (787) 620-0038 |
| **Fax:** | (787) 620-0039 |

12. Applicant has read the local rules of this Court and will comply with same.

13. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee shall be completed either through the CM/ECF payment module (using the pay.gov portal) or by attaching a check or money order payable to "Clerk, U.S. District Court."

WHEREFORE, the Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: New York, New York
July 23, 2019

*[signature]*

Michael A. Fernández

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: San Juan, Puerto Rico
July 23, 2019

s/ *Raúl S. Mariani Franco*

Raúl S. Mariani Franco
USDC-PR Bar No. 210309

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.

Michael A. Fernández

## **ORDER**

The Court, having considered the above Application for Admission *pro hac vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

**SO ORDERED.**

In San Juan, Puerto Rico, this _____ day of July, 2019.

_____
**U.S. DISTRICT JUDGE**