# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Morning session:
Set: 1:00 PM (AST)
Started: 1:05 PM (AST)
Ended: 5:56 PM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. MAGISTRATE JUDGE JUDITH G. DEIN**            DATE: July 30, 2019
COURTROOM DEPUTY: Carmen Tacoronte
LAW CLERK: Michael J. Brown
COURT REPORTER: Marianne Kusa-Ryll

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*. Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administered) |

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Electric Power Authority,<br><br>Debtor | 3:17-BK-4780 (LTS)<br><br>PROMESA Title III |

3:17-BK-3283 (LTS) / 3:17-BK-4780 (LTS)
July 30, 20019

**The following discovery motions were heard:**

1.  *Renewed Omnibus Motion of Cortland Capital Market Services LLC, as Administrative Agent,
    and Solus to Compel Discovery Responses in Connection with PREPA RSA Settlement Motion*
    (Dkt. No. 8043 in 17-BK-3283; Dkt. No. 1470 in 17-BK-4780)

2.  *Renewal of June 3, 2019 Omnibus Motion of Official Committee of Unsecured Creditors to
    Compel in Connection with PREPA RSA Rule 9019 Settlement Motion* (Dkt. Nos. 8041 and
    8263 in 17-BK-3283; Dkt. Nos. 1467 in 17-BK-4780)

3.  *Motion of Solus to Compel Testimony Pursuant to Rule 30(b)(6) from U.S. Bank in Connection
    with PREPA RSA Settlement Motion* (Dkt. No. 8288 in 17-BK-3283; Dkt. No. 1469 in 17-BK-
    4780)

4.  *Solus' Opposition to U.S. Bank's Motion to Quash Amended Deposition Notice, and
    Memorandum in Support of Urgent New Motion to Compel Production of Documents by U.S.
    Bank* (Dkt. No. 1502 in 17-BK-4780)

5.  *Motion of U.S. Bank National Association, as PREPA Bond Trustee, to Quash Amended
    Deposition Subpoena of Cortland Capital Markets, LLC and Solus Alternative Asset
    Management LP* (Dkt. No. 1466 in 17-BK-4780).

**Orders from the Court to follow.**

s/Carmen Tacoronte
Carmen Tacoronte
Courtroom Deputy