IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 4780-LTS |

## ORDER ON DISCOVERY MOTIONS

This matter is before the Court on the *Motion of Solus to Compel Testimony Pursuant to Rule 30(b)(6) from U.S. Bank in Connection with PREPA RSA Settlement Motion* (Dkt. No. 8288 in 17-BK-3283; Dkt. No. 1469 in 17-BK-4780) ("Solus Motion to Compel"), *Solus' Opposition to U.S. Bank's Motion to Quash Amended Deposition Notice, and Memorandum in Support of Urgent*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*New Motion to Compel Production of Documents by U.S. Bank* (Dkt. No. 1502 in 17-BK-4780) ("Solus Motion for Production") and the *Motion of U.S. Bank National Association, as PREPA Bond Trustee, to Quash Amended Deposition Subpoena of Cortland Capital Markets, LLC and Solus Alternative Asset Management LP* (Dkt. No. 1466 in 17-BK-4780) ("U.S. Bank Motion to Quash") (collectively "U.S. Bank Motions"). This Court held a hearing on the U.S. Bank Motions on July 30, 2019. For the reasons stated on the record at the hearing, Solus[2] is entitled to a 30(b)(6) witness from U.S. Bank as well as documents related to its document Request No. 4.[3] However, U.S. Bank is correct in arguing that the Request No. 4 is overly broad and that some of the noticed deposition topics can be more appropriately addressed through declaration. Thus, the parties shall meet and confer and submit a proposed order (or competing orders) to the Court on or before **Friday August 2, 2019**. The Court will thereafter take any remaining issues on submission.

This Order resolves Dkt. No. 8288 in 17-BK-3283 and Dkt. Nos. 1466, 1469 and 1502 in 17-BK-4780.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: August 1, 2019

---

[2] As defined in Dkt. No. 1469.

[3] As defined in Dkt. No. 1502.

2