IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 4780-LTS |

## ORDER ALLOWING RENEWED MOTION TO COMPEL

This matter is before the Court on the *Renewed Omnibus Motion of Cortland Capital Market Services LLC, as Administrative Agent, and Solus to Compel Discovery Responses in Connection with PREPA RSA Settlement Motion* (Dkt. No. 8043 in 17-BK-3283; Dkt. No. 1470 in 17-BK-4780) ("Renewed Fuel Line Lender Motion to Compel"). This Court held a hearing on the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

Renewed Fuel Line Lender Motion to Compel on July 30, 2019. For the reasons stated on the record at the hearing, the Renewed Fuel Line Lender Motion to Compel is ALLOWED as follows.

The Oversight Board, AAFAF and PREPA[2] shall produce all non-privileged documents responsive to Requests for Production 5, 6, 8, 9, 10, 22 and 23 set forth in Exhibit A to the Renewed Fuel Line Lender Motion to Compel and make available a deposition witness to testify concerning the 30(b)(6) Topic 4 set forth in Exhibits I, J and K to the Renewed Fuel Line Lender Motion to Compel, provided, however, that the parties must meet and confer, as discussed in open court, in order to appropriately narrow the search parameters used in responding to the mentioned document requests.

The parties did not address in open court their argument related to whether the Oversight Board, AAFAF and PREPA should be compelled to respond to the interrogatories set forth in Exhibit B to the Renewed Fuel Line Lender Motion to Compel. The parties shall address the need for interrogatory responses in their meet and confer and shall notify the Court if they do not reach an agreement.

The Court will thereafter take any remaining issues on submission.

This Order resolves Dkt. Nos. 7205 and 8043 in 17-BK-3283; Dkt. Nos. 1267 and 1470 in 17-BK-4780.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: August 1, 2019

---

[2] As defined in Dkt. No. 1267.