# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     Plaintiff,<br><br>v.<br><br>HON. RICARDO ANTONIO ROSSELLÓ NEVARES and THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY,<br><br>     Defendants. | Adv. Pro. No. 19-00393-LTS |

**INFORMATIVE MOTION**
**REGARDING ADJOURNMENT OF HEARING TO AUGUST 8, 2019**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Judge Laura Taylor Swain:

1. On July 3, 2019, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") initiated the captioned adversary proceeding by filing a complaint (the "Complaint") against Governor Ricardo Rosselló Nevares and the Fiscal Agency and Financial Advisory Authority ("AAFAF") (collectively, the "Defendants" and together with the Oversight Board the "Parties").

2. Pursuant to the Order dated July 7, 2019, oral arguments in connection with the *Defendants' Memorandum of Law in Support of Motion to Dismiss Plaintiff's Complaint Date July 3, 2019 Under Fed. R. Civ. P. Rules 12(b)(1) and 12(b)(6)* [ECF No. 17] would be heard today, August 2, 2019 in the New York courthouse (the "Hearing") [ECF No. 40].

3. By mutual agreement of the Parties, the Hearing was adjourned until next Thursday, August 8, 2019, at 9:30 a.m..

4. The Defendants are filing the present informative motion respectfully requesting that this Honorable Court takes notice of the foregoing.

[*Remainder of page intentionally left blank*]

Dated: August 2, 2019
       San Juan, Puerto Rico

Respectfully submitted,

| /s/ Peter Friedman | /s/ Luis C. Marini-Biaggi |
|---|---|
| John J. Rapisardi<br>William J. Sushon<br>(Admitted *Pro Hac Vice*)<br>**O'MELVENY & MYERS LLP**<br>7 Times Square<br>New York, New York 10036<br>Tel: (212) 326-2000<br>Fax: (212) 326-2061 | Luis C. Marini-Biaggi<br>USDC No. 222301<br>Email: lmarini@mpmlawpr.com<br><br>Carolina Velaz-Rivero<br>USDC No. 300913<br>E:mail: cvelaz@mpmlawpr.com |
| -and- | **MARINI PIETRANTONI MUÑIZ LLC**<br>250 Ponce de León Ave., Suite 900<br>San Juan, Puerto Rico 00918<br>Tel: (787) 705-2171<br>Fax: (787) 936-7494 |
| Peter Friedman<br>(Admitted *Pro Hac Vice*)<br>1625 Eye Street, NW<br>Washington, D.C. 20006<br>Tel: (202) 383-5300<br>Fax: (202) 383-5414 | *Co-attorneys for Governor Rosselló Nevares and the Puerto Rico Fiscal Agency and Financial Advisory Authority* |
| -and- | |
| Elizabeth L. McKeen<br>(Admitted *Pro Hac Vice*)<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, California 92660<br>Tel: (949) 823-6900<br>Fax: (949) 823-6994 | |
| *Attorneys for Governor Rosselló Nevares and the Puerto Rico Fiscal Agency and Financial Advisory Authority* | |