UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO
RICO, et al.,

                           Debtors.[1]

PROMESA
Title III

Case No. 17-3283 (LTS)
(Jointly Administered)

-----------------------------------------------------------------x

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

                Plaintiff,

      v.

HON. RICARDO ANTONIO ROSSELLÓ
NEVARES and THE PUERTO RICO FISCAL
AGENCY AND FINANCIAL ADVISORY
AUTHORITY,

              Defendants.

Adv. Proc. No. 19-00393-LTS
in Case No. 17-3283 (LTS)

-----------------------------------------------------------------x

ORDER ADJOURNING HEARING
SCHEDULED FOR AUGUST 2, 2019, TO AUGUST 8, 2019

        The Court has received and reviewed the *Informative Motion Regarding Adjournment of Hearing to August 8, 2019* (Docket Entry No. 48 in Adversary Proceeding No. 19-393 and Docket Entry No. 8342 in Case No. 17-3283, the "Motion"). The Court construes the Motion as a request to adjourn the scheduled oral arguments in

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

connection with the *Defendants' Memorandum of Law in Support of Motion to Dismiss Plaintiff's Complaint Dated July 3, 2019 Under Fed. R. Civ. P. Rules 12(b)(1) and 12(b)(6)* (Docket Entry No. 17 in Adversary Proceeding No. 19-393, the "Motion to Dismiss") from August 2, 2019 to August 8, 2019. The request is granted.

Oral argument on the Motion to Dismiss will be heard on **August 8, 2019 at 9:30 a.m. (Atlantic Standard Time)** in the New York courthouse, with video connection to San Juan.

SO ORDERED.

Dated: August 2, 2019

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge