UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"), *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

NOTICE OF WITHDRAWAL OF OBJECTIONS OF
PUERTO RICO SALES TAX FINANCING CORPORATION TO PROOFS OF CLAIM
NOS. 25797, 26763, 40842, 45062, 44763, 44885, 48411, 45851, 45706, 43937 and 43908

To the Honorable United States District Court Judge Laura Taylor Swain:

1. Scheduled for hearing on July 24, 2019 (the "Hearing") were various objections to claims filed against certain Debtors, including the Puerto Rico Sales Tax Financing

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Corporation ("COFINA").

2. Upon the record of the Hearing, and the rulings made therein, the following Notices of Hearing are hereby withdrawn:

- *Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of Excel Gasoline and Food Mart Corp Retirement Plan Represented by UBS Trust Company of PR (Claim No. 25797)* [ECF No. 7392];

- *Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of Annette Roman Marrero Retirement Plan Represented by UBS Trust Company of PR (Claim No. 26763)* [ECF No. 7393];

- *Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of MSC Anesthesia Retirement Plan Represented by UBS Trust Company of PR (Claim No. 40842)* [ECF No. 7394];

- *Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of Hernandez Bauza Architects PSC Retirement Plan Represented by UBS Trust Company of PR (Claim No. 45062)* [ECF No. 7396];

- *Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of Southern Anesthesia Associates Retirement Plan Represented by UBS Trust Company of PR (Claim No. 44763)* [ECF No. 7397];

- *Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of Maternity Gyn Inc. Retirement Plan Represented by UBS Trust Company of PR (Claim No. 44885)* [ECF No. 7399];

- *Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of The Mark Trust Retirement Plan Represented by UBS Trust Company of PR (Claim No. 48411)* [ECF No. 7400];

- *Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of Humberto Donato Insurance Co. Retirement Plan Represented by UBS Trust Company of PR (Claim No. 45851)* [ECF No. 7401];

- *Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of Instituto Oftalmico de Bayamon Retirement Plan Represented by UBS Trust Company of PR (Claim No. 45706)* [ECF No. 7402];

- *Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of EBP Design Group Consulting Engineers, PSC Retirement Plan Represented by UBS Trust Company of PR (Claim No. 43937)* [ECF No. 7404]; and

- *Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of Centro de Cancer La Montana Retirement Plan Represented by UBS Trust Company of PR (Claim No. 43908)* [ECF No. 7405].

Dated: August 2, 2019 Respectfully submitted,
     San Juan, Puerto Rico

/s/ *Ricardo Burgos Vargas*
Ricardo Burgos Vargas
USDC No. 218210
**A&S LEGAL STUDIO, PSC**
434 Ave. Hostos
San Juan, PR 00918
Tel: (787) 751-6764/(787) 948-1025
Fax: (787) 763-8260

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of COFINA*

/s/ *Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Co-Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative of COFINA*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record, and all CM/ECF participants in the case.

*/s/ Ricardo Burgos Vargas*
Ricardo Burgos Vargas