## **EXHIBIT A**

**Schedule of Claims Subject to the Twentieth Omnibus Objection**

## Twentieth Omnibus Objection
### Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ALVAREZ GONZALEZ, JUSTINA<br>HC 1 BOX 7790<br>HATILLO, PR 00659 | 07/06/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 152906 | Undetermined* | ALVAREZ GONZALEZ, JUSTINA<br>HC 1<br>BOX 7790<br>HATILLO, PR 00659 | 09/16/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 167223 | $ 20,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 2 | ANDRES MORALES COLON & MARIA MARGARITA RIVERA LEON<br>VÉLEZ & SEPÚLVEDA, PSC<br>SAULO A. VÉLEZ-RÍOS, ESQ.<br>PMB 269 PO BOX 194000<br>SAN JUAN, PR 00919-4000 | 04/05/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 6097 | $ 100,000.00* | ANDRES MORALES COLON & MARIA MARGARITA RIVERA LEON<br>VÉLEZ & SEPÚLVEDA, PSC<br>SAULO A. VÉLEZ-RÍOS, ESQ.<br>PMB 269 PO BOX 194000<br>SAN JUAN, PR 00919-4000 | 05/22/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 18524 | $ 100,000.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 3 | AVILA-VIRELLA, AMILDA<br>5347 ISLA VERDE AVE. APT. 1214<br>MARBELLA OESTE<br>CAROLINA, PR 00979 | 08/30/17 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 70 | $ 30,000.00 | AVILA-VIRELLA, AMILDA<br>5347 ISLA VERDE AVE. APT. 1214<br>MARBELLA OESTE<br>CAROLINA, PR 00979 | 05/07/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 11069 | $ 30,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 4 | BORELLI TORRES, LUIS ANGEL<br>CALLE RODRIGUEZ HIDALGO #82<br>COAMO, PR 00269 | 06/27/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 101915 | Undetermined* | BORELLI TORRES, LUIS ANGEL<br>CALLE RODRIGUEZ HIDALGO #82<br>COAMO, PR 00769 | 10/02/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 167593 | $ 80,559.13 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 5 | CANALES CANCEL, LUIS<br>100 CALLE 3 URB. EXT. MARISOL<br>ARECIBO, PR 00612-2957 | 05/28/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 25370 | $ 85,958.00* | CANALES CANCEL, LUIS P.<br>100 CALLE 3<br>URB EXT MARISOL<br>ARECIBO, PR 00612-2957 | 06/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 92388 | $ 91,958.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Twentieth Omnibus Objection
Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | CASTELLAR HERNANDEZ, ISABEL<br>CALLE DUQUESA #2017<br>URB. VALLE REAL<br>PONCE, PR 00716 | 03/12/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 2339 | $ 150,000.00 | CASTELLAR, ISABEL<br>URB VALLE REAL<br>2017 CALLE DUQUESA<br>PONCE, PR 00730 | 05/01/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 11751 | $ 40,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 7 | CASTILLO MORALES, FRANCES MARIE<br>3 CALLE HORTENSIA APT. 5K<br>SAN JUAN, PR 00926 | 02/02/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 431 | $ 62,992.86* | CASTILLO MORALES, FRANCES M<br>COND SKY TOWER III APT 5 K<br>SAN JUAN, PR 00926-6411 | 03/29/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 5669 | $ 62,992.86* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 8 | CASTRO FARRULLA, LISANDRA<br>RR7 BOX 6358<br>SAN JUAN, PR 00926 | 02/06/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 448 | $ 13,860.80* | CASTRO FARRULLA, LISANDRA<br>URB INTERAMERICANA AG 12 CALLE 24<br>TRUJILLO ALTO, PR 00976 | 04/10/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 7002 | $ 13,860.80* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 9 | CINTRON VELAZQUEZ, LUIS I<br>BOX 139<br>SANTA ISABEL, PR 00757 | 06/17/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 26785 | Undetermined* | CINTRON VELAZQUEZ, LUIS I<br>URB VILLA DEL CARIBE B-31 BOX 139<br>SANTA ISABEL, PR 00757 | 06/24/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 47259 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 10 | CONCILIO DE SALUD INTEGRAL DE LOIZA, INC.<br>C/O MARVIN DIAZ FERRER, ESQ..<br>COND. VICK CENTER C-202<br>867 MUNOZ RIVERA AVE..<br>SAN JUAN, PR 00925 | 05/24/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 20772 | $ 1,373,784.41 | CONCILIO INTEGRAL DE SALUD DE LOIZA, INC.<br>C/O MARVIN DIAZ FERRER, ESQ.<br>COND. VICK CENTER C-202<br>867 MUÑOZ RIVERA AVENUE<br>SAN JUAN, PR 00925 | 06/26/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 39401 | $ 1,395,584.41 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

## Twentieth Omnibus Objection
### Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 11 | CONSTRUCTORA ESTELAR, S.E., EMILIO FAGUNDO ALVAREZ, BONNIE BOOTHBY BERROCAL GALLERY PLAZA, SOUTH TOWER DE DIEGO AVE.#103, APT. 1806 SAN JUAN, PR 00911 | 04/19/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 7030 | $ 132,115,260.00* | CONSTRUCTORA ESTELAR, S.E, EMILIO FAGUNDO ALVAREZ, BONNIE BOOTHBY BERROCAL GALLERY PLAZA, SOUTH TOWER DE DIEGO AVENUE#103, APT. 1806 SAN JUAN, PR 00911 | 06/13/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 38983 | $ 132,115,260.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 12 | DE ARMAS LAPORTE, INGRID M. PO BOX 651 GUAYAMA, PR00785 | 06/27/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 102148 | Undetermined* | DE ARMAS LAPORTE, INGRID MIRIAM PO BOX 651 GUAYAMA, PR00785 | 09/07/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 167054 | $ 65,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 13 | DE JESUS ALVAREZ, MARISELLE URB LOS ARBOLES 1-6 C/POMARROSA 300 RIO GRANDE, PR 00745 | 08/31/17 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 139 | $ 21,221.68 | DE JESUS ALVAREZ, MARISELLE I-6 300 POMARROSA URB. LOS ARBOLES RIO GRANDE, PR 00745 | 06/07/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 127598 | $ 21,190.58 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 14 | DE PABLO, LAUREN GLENN CARL JAMES, ESQ LUIS VIGOREAUX PMB 501, 1353 AVE. GUAYNABO, PR 00966 | 01/19/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 402 | $ 500,000.00* | DE PABLO , LAUREN BY HER JAMES LAW OFFICES ATTN: GLENN CARL JAMES PMB 501 1353 RD. 19 GUAYNABO, PR 00966-2700 | 05/15/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 15599 | $ 500,000.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

## Twentieth Omnibus Objection
### Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 15 DONALD J MILROY TR FBO DONALD J. MILROY REV LIV TRUST UA 10/15/1999 T&T CAPITAL MANAGEMENT RE: DONALD MILROY 7242 E CORTEZ RD SCOTTSDALE, AZ 85260 | 03/15/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 2603 | $ 941,001,387.00 | DONALD J MILROY TR FBO DONALD J. MILROY REV LIV TRUST UA 10/15/1999 T&T CAPITAL MANAGEMENT RE: DONALD MILROY 7242 E CORTEZ RD SCOTTSDALE, AZ 85260 | 04/24/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 6794 | $ 30,000.00 |
| Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 16 EROJAN REALTY, INC. C/O JOSÉ E. JANER VELÁZQUEZ BOX 367 CAGUAS, PR 00726-0367 | 05/23/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 19676 | $ 35,000.00 | EROJAN REALTY, INC. C/O JOSÉ E. JANER-VELÁZQUEZ BOX 367 CAGUAS, PR 00726 | 06/29/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 68897 | $ 35,000.00 |
| Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 17 FERNANDEZ RIVERA, RUTH M. MILAGROS ACEVEDO COLON COND COLINA REAL 2000 AVE F RINCON BOX 1405 SAN JUAN, PR 00926 | 05/02/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 9449 | $ 51,941.70 | M FERNANDEZ RIVERA, RUTH URB COUNTRY CLUB 4TA EXT OJ17 CALLE 506 CAROLINA, PR 00982 | 06/29/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 152349 | Undetermined* |
| Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 18 FIGUEROA IRIZARRY, GRICEL VILLAS DE RIO CANAS MARCHAND 921 PONCE, PR 00728 | 06/22/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 85033 | Undetermined* | FIGUEROA IRIZARRY, GRICEL VILLAS DE RIO CANAS MARCHAND 921 PONCE, PR 00728 | 09/04/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 166145 | $ 75,000.00 |
| Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Twentieth Omnibus Objection
### Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 19 | FIGUEROA VEGA, NELSON<br>HC10 BOX 7551<br>CARR 363<br>SABANA GRANDE, PR 00637 | 05/24/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 25279 | $ 9,000.00 | FIGUEROA VEGA, NELSON<br>HC 10 BOX 7551<br>SABANA GRANDE, PR 00637 | 06/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 110349 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 20 | FINALE, ROLANDO MARTINEZ<br>GLENN CARL JAMES, ESQ<br>PMB 501, 1353 AVE. LUIS VIGOREAUX<br>GUAYNABO, PR 00966 | 01/19/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 401 | $ 2,500,000.00* | MARTINEZ FINALE, ROLANDO<br>C/O JORGE L. GONZALEZ BURGOS<br>PMB 501 1353 RD. 19<br>GUAYNABO, PR 00966-2700 | 05/15/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 15547 | $ 2,500,000.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 21 | GONZ BUILDERS CORP.<br>BOX 2099<br>ALBERGUE OLIMPICO<br>SALINAS, PR 00751 | 05/27/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 19195 | $ 1,027,213.88 | GONZ BUILDERS CORP.<br>BOX 2099<br>ALBERGUE OLIMPICO<br>SALINAS, PR 00751 | 06/13/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 40697 | $ 1,027,213.88 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 22 | HARGEN TRUST REPRESENTED BY UBS TRUST COMPANY OF PR<br>250 MUNOZ RIVERA AVE 10TH FLOOR<br>SAN JUAN, PR 00918 | 06/28/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 68107 | Undetermined* | HARGEN RODRIGUEZ, PAUL T.<br>PO BOX 250483<br>AGUADILLA, PR 00604-0483 | 12/03/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 167987 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 23 | JANER VELAZQUEZ, JOSE E<br>BOX 367<br>CAGUAS, PR 00726-0637 | 05/23/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 19660 | $ 3,150,000.00 | JANER-VELÁZQUEZ, JOSÉ E.<br>BOX 367<br>CAGUAS, PR 00726 | 06/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 77375 | $ 3,150,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

## Twentieth Omnibus Objection
### Exhibit A - Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 24 | JANER VELÁZQUEZ, JOSÉ E. BOX 367 CAGUAS, PR 00726-0367 | 05/23/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 19675 | $ 125,000.00 | JANER-VELAZQUEZ, JOSE E. BOX 367 CAGUAS, PR 00726 | 06/29/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 104727 | $ 125,000.00 |
| | | | | | | JANER VELÁZQUEZ, JOSÉ E. BOX 367 CAGUAS, PR 00726 | 06/29/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 105642 | $ 125,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 25 | NATIONAL GEOGRAPHIC PARTNERS, LLC 2121 AVENUE OF THE STARS #1289A LOS ANGELES, CA 90067 | 01/24/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 404 | $ 11,049.08 | NATIONAL GEOGRAPHIC PARTNERS, LLC 2121 AVENUE OF THE STARS #1289A LOS ANGELES, CA 90067 | 03/23/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 4349 | $ 11,049.08 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 26 | NEOMED CENTER, INC. C/O MARVIN DIAZ FERRER, ESQ. COND. VICK CENTER C-202 867 MUNOZ RIVERA AVE. SAN JUAN, PR 00925 | 05/24/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 20184 | $ 1,985,050.66* | NEOMED CENTER, INC. C/O MARVIN DIAZ FERRER, ESQ. COND. VICK CENTER C-202 867 MUNOZ RIVERA AVE. SAN JUAN, PR 00925 | 06/26/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 52387 | $ 2,006,850.66 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 27 | OLGA MARTINEZ FINALE AS INHERITOR OF ONDINA FINALE CARDENAS GLENN CARL JAMES, ESQ LUIS VIGOREAUX PMB 501, 1353 AVE. GUAYNABO, PR 00966 | 01/19/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 416 | $ 1,000,000.00* | OLGA MARTINEZ FINALE AS INHERITOR OF ONDINA FINALE CARDENAS GLENN CARL JAMES, ESQ LUIS VIGOREAUX PMB 501, 1353 AVE. GUAYNABO, PR 00966 | 05/15/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 16523 | $ 1,000,000.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

## Twentieth Omnibus Objection
### Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 28 | ORTIZ-GONZALEZ, ENRIQUE<br>150 VILLAS DEL BOSQUE<br>CIDRA, PR 00739 | 05/28/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 24582 | $ 57,693.45 | ORTIZ-GONZALEZ, ENRIQUE<br>150 VILLAS DEL BOSQUE<br>CIDRA, PR 00739 | 06/26/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 51907 | $ 83,493.55 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 29 | POLLARD, PAUL DAVID<br>11713 E. 119TH ST. N<br>COLLINSVILLE, OK 74021 | 05/07/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 9549 | $ 40,000.00 | POLLARD, PAUL DAVID<br>11713 E. 119TH ST. N<br>COLLINSVILLE, OK 74021 | 05/21/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 13188 | $ 40,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 30 | RODRGUEZ-MARTY, NESTOR A<br>5347 ISLA VERDE AVE APT 1214<br>MARBELLA OESTE<br>CAROLINA, PR 00979 | 08/30/17 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 157 | $ 50,000.00 | RODRGUEZ-MARTY, NESTOR A<br>5347 ISLA VERDE AVE APT 1214<br>MARBELLA OESTE<br>CAROLINA, PR 00979 | 05/07/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 10829 | $ 50,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 31 | RODRIGUEZ-MARTY, NESTOR A<br>5347 AVE. ISLA VERDE APT 1214<br>MARBELLA OESTE<br>CAROLINA, PR 00979 | 08/30/17 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 96 | $ 55,000.00 | RODRGUEZ-MARTY, NESTOR A<br>5347 ISLA VERDE AVE APT 1214<br>MARBELLA OESTE<br>CAROLINA, PR 00979 | 05/07/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 10867 | $ 55,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 32 | ROLANDO MARTINEZ FINALE AS INHERITOR OF ONDINA FINALE CARDENAS<br>GLENN CARL JAMES, ESQ<br>PMB 501, 1353 AVE. LUIS VIGOREAUX<br>GUAYNABO, PR 00966 | 01/19/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 399 | $ 1,000,000.00* | ROLANDO MARTINEZ FINALE AS INHERITOR OF ONDINA FINALE CARDENAS<br>GLENN CARL JAMES, ESQ<br>PMB 501, 1353 AVE. LUIS VIGOREAUX<br>GUAYNABO, PR 00966 | 05/15/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 15557 | $ 1,000,000.00* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

## Twentieth Omnibus Objection
### Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 33 | ROSARIO DOMINGUEZ, TANIA<br>LCDO. JOSE F. VELAZQUEZ-ORTIZ<br>PO BOX 188<br>CAGUAS, PR 00726 | 03/20/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 3576 | $ 114,706.28* | ROSARIO DOMINGUEZ, TANIA<br>LCDO. JOSE F. VELAZQUEZ ORTIZ<br>PO BOX 188<br>CAGUAS, PR 00726 | 05/03/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 9018 | $ 114,706.28 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 34 | ROSARIO ROSADO, JOHANY<br>C/O JOSE Y. MENDEZ<br>FG-22 6TA SECC. LEVITTOWN<br>TOA BAJA, PR 00949 | 02/06/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 442 | $ 56,970.24 | ROSARIO ROSADO, JOHANY<br>URB LEVITTOWN 6TA SECC<br>FG22 C JOSE Y MENDEZ<br>TOA BAJA, PR 00949 | 04/27/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 8666 | $ 56,970.24* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 35 | RUIZ SANTIAGO, MARIA<br>PO BOX 140-284<br>ARECIBO, PR 00614 | 07/05/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 167293 | Undetermined* | RUIZ SANTIAGO, MARIA<br>PO BOX 140284<br>ARECIBO, PR 00614 | 10/02/18 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>17 BK 03566-LTS | 167566 | $ 15,000.00 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 36 | SAUL AND THERESA ESMAN FOUNDATION<br>RUTHERFORD LAW FIRM, P.L.<br>CHARLES E. RUTHERFORD, ESQ.<br>2101 NW CORPORATE BOULEVARD, SUITE 206<br>BOCA RATON, FL 33431 | 05/24/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 20693 | Undetermined* | SAUL AND THERESA ESMAN FOUNDATION<br>RUTHERFORD LAW FIRM, P.L.<br>CHARLES E. RUTHERFORD<br>2101 NW CORPOATE BOULEVARD SUITE 206<br>BOCA RATON, FL 33431 | 06/19/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 46555 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Twentieth Omnibus Objection
Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 37 | SEDA ARROYO, EDGARDO #35299054 FEDERAL CORRECTIONAL COMPLEX USP # 2 PO BOX 1034 COLEMAN, FL 33521 | 02/16/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 504 | $ 8,629,632.29 | SEDA ARROYO, EDGARDO #35299-054, USP. FEDERAL CORRECTIONAL U.S.P. P.O. BOX 33 TERRE HAUTE, IN 47808 | 05/11/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 14364 | $ 8,629,632.29 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 38 | SEPULVEDA REYES, JOSUE HC 02 BOX 5690 BAJADERO, PR 00616 | 05/08/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 12283 | $ 55,530.00 | SEPULVEDA REYES, JOSUE HC 02 BOX 6786 BAJADERO, PR 00616 | 07/18/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 162126 | $ 71,617.46 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 39 | SILVER POINT CAPITAL FUND, L.P. ALICE BJ'.OWITZ C/O KRAMER LEVIN NAFTALIS & FRANKEL, LLP 1177 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 05/25/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 22979 | Undetermined* | SILVER POINT CAPITAL FUND, L.P. ALICE BYOWITZ AND DOUGLAS BUCKLEY C/O KRAMER LEVIN NAFTALIS & FRANKEL, LLP 1177 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | 06/28/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 68334 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 40 | SUCESION PASTOR MANDRY MERCADO MARIA E. VICENS RIVERA 9140 MARINA ST. SUITE 801 PONCE, PR 00717 | 05/11/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 14456 | $ 10,266.48 | MANDRY MERCADO, SUCESION PASTOR MARIA E. VICENS 9140 MARINA ST. SUITE 801 PONCE, PR 00717 | 06/08/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 41356 | $ 810,266.48* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

Twentieth Omnibus Objection
Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 41 | THE BANK OF NEW YORK MELLON, AS FISCAL AGENT<br>REED SMITH LLP<br>ATTN: ERIC A. SCHAFFER, ESQ.<br>225 FIFTH AVENUE SUITE 1200<br>PITTSBURGH, PA 15222 | 05/24/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 35227 | Undetermined* | THE BANK OF NEW YORK MELLON, AS FISCAL AGENT<br>REED SMITH LLP<br>ATTN: ERIC A. SCHAFFER, ESQ.<br>225 FIFTH AVENUE, SUITE 1200<br>PITTSBURGH, PA 15222 | 06/28/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 121053 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 42 | THE BANK OF NEW YORK MELLON, AS TRUSTEE<br>REED SMITH LLP<br>ATTN:  ERIC A. SCHAFFER, ESQ.<br>225 FIFTH AVENUE SUITE 1200<br>PITTSBURGH, PA 15222 | 05/24/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 21286 | Undetermined* | THE BANK OF NEW YORK MELLON, AS FISCAL AGENT<br>REED SMITH LLP<br>ATTN: ERIC A. SCHAFFER, ESQ.<br>225 FIFTH AVENUE, SUITE 1200<br>PITTSBURGH, PA 15222 | 06/28/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 120982 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 43 | THE BANK OF NEW YORK MELLON, AS TRUSTEE<br>REED SMITH LLP<br>ATTN:  ERIC A. SCHAFFER, ESQ.<br>225 FIFTH AVENUE SUITE 1200<br>PITTSBURGH, PA 15222 | 05/24/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 26541 | $ 40,000,000.00* | THE BANK OF NEW YORK MELLON, AS FISCAL AGENT<br>REED SMITH LLP<br>ATTN: ERIC A. SCHAFFER, ESQ.<br>225 FIFTH AVENUE, SUITE 1200<br>PITTSBURGH, PA 15222 | 06/28/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 115380 | Undetermined* |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

## Twentieth Omnibus Objection
### Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 44 | THE CONJUGAL PARTNERSHIP CONSTITUTED BY ROLANDO MARTINEZ AND LAUREN DE PABLO GLENN CARL JAMES, ESQ LUIS VIGOREAUX PMB 501, 1353 AVE. GUAYNABO, PR 00966 | 01/19/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 414 | $ 1,000,000.00* | CONJUGAL PARTNERSHIP OF ROLANDO MARTÍNEZ AND LAUREN DE PABLO JAMES LAW OFFICES ATTN: GLENN CARL JAMES PMB 501 1353 RD. 19 GUAYNABO, PR 00966-2700 | 05/15/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 16458 | $ 1,000,000.00* |

Reason: Amended and superseded by a later filed Proof of Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 45 | THE WILLIAM & BARBARA HERMAN FAMILY TRUST WAD 07/17/15 BARBARA J. HERMAN & WILLIAM A. HERMAN TTEES 6238 GLIDE AVE WOODLAND HILLS, CA 91367 | 04/23/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 8260 | Undetermined* | THE WILLIAM & BARBARA HERMAN FAMILY TRUST WAD 07/17/16 BARBARA J. HERMAN + WILLIAM A HERMAN TTEES 6238 GLIDE AVENUE WOODLAND HILLS, CA 91367 | 05/21/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 17730 | $ 47,211.00 |
| | | | | | | THE WILLIAM & BARBARA HERMAN FAMILY TRUST WAD 07/17/15 BARBARA J. HERMAN + WILLIAM A. HERMAN TTEES 6238 GLIDE AVENUE WOODLAND HILLS, CA 91367 | 05/21/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 17731 | $ 26,658.25 |

Reason: Amended and superseded by a later filed Proof of Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 46 | TOLEDO RODRIGUEZ, RUTH E 9 VILLAS DE LA ESPERANZA JUANA DIAZ, PR 00795-9622 | 04/05/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 6434 | $ 15,000.00 | TOLEDO RODRIGUEZ, RUTH E 9 VILLAS DE LA ESPERANZA JUANA DIAZ, PR 00795-9622 | 06/28/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 40221 | $ 15,000.00* |

Reason: Amended and superseded by a later filed Proof of Claim.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Twentieth Omnibus Objection
### Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 47 | U.S CUSTOMS AND BORDER PROTECTION / DEPT. OF HOMELAND SECURITY USA U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION ATTN: MATTHEW TROY ESQ PO BOX 875, BEN FRANKLIN STATION WASHINGTON, DC 20044-0875 | 05/03/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 10355 | $ 69,810,938.78 | U.S CUSTOMS AND BORDER PROTECTION / DEPT OF HOMELAND SECURITY USA MATTHEW J. TROY, U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISON P.O. BOX 875 BEN FRANKLIN STATION WASHINGTON, DC 20044-0875 | 11/09/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 167925 | $ 69,795,096.29 |

Reason: Amended and superseded by a later filed Proof of Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 48 | U.S. BANK TRUST NATIONAL ASSOCIATION AND U.S. BANK NATIONAL ASSOCIATION, AS FISCAL AGENT FOR THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY ("PBA") BONDS HOGAN LOVELLS US LLP ATTN: ROBIN KELLER 875 THIRD AVENUE NEW YORK, NY 10022 | 05/18/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 13351 | $ 4,164,626,259.40* | U.S. BANK TRUST NATIONAL ASSOCIATION AND U.S. BANK NATIONAL ASSOCIATION, AS FISCAL AGENT FOR THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY ("PBA") BONDS HOGAN LOVELLS US LLP ATTN: ROBIN KELLER 875 THIRD AVENUE NEW YORK, NY 10022 | 06/27/18 | Commonwealth of Puerto Rico 17 BK 03283-LTS | 62833 | $ 4,164,626,259.40* |

Reason: Amended and superseded by a later filed Proof of Claim.

## Twentieth Omnibus Objection
### Exhibit A - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 49 | WEBER LOPEZ, REBECCA<br>HC 10 BOX 8149<br>SABANA GRANDE, PR 00637 | 06/29/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 134003 | Undetermined* | WEBER LOPEZ, REBECCA<br>HC-10 BOX 8149<br>SABANA GRANDE, PR 00637 | 10/11/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 167740 | $ 75,000.00 |
| | | | | | | WEBER LOPEZ, REBECCA<br>HC-10 BOX 8149<br>SABANA GRANDE, PR 00637 | 10/11/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 167741 | $ 75,000.00 |
| | | | | | | WEBER LOPEZ, REBECCA<br>HC-10 BOX 8149<br>SABANA GRANDE, PR 00637 | 10/11/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 167742 | $ 36,993.11 |
| | | | | | | WEBER LOPEZ, REBECCA<br>HC-10 BOX 8149<br>SABANA GRANDE, PR 00637 | 10/11/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 167743 | $ 75,000.00 |

Reason: Amended and superseded by a later filed Proof of Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 50 | YULES, SUSAN C<br>177 CROSS HWY<br>WESTPORT, CT 06880 | 04/14/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 5579 | $ 175,000.00 | YULES, SUSAN C<br>177 CROSS HWY.<br>WESTPORT, CT 06880 | 05/05/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 9509 | $ 175,000.00 |

Reason: Amended and superseded by a later filed Proof of Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 51 | ZAPATA PADILLA, ARLYN<br>CALLE MERCADO #127<br>AGUADILLA, PR 00603 | 05/28/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 23139 | $ 12,000.00* | ZAPATA PADILLA, ARLYN<br>127 CALLE MERCADO<br>AGUADILLA, PR 00603 | 06/22/18 | Commonwealth of Puerto Rico<br>17 BK 03283-LTS | 38230 | $ 12,000.00* |

Reason: Amended and superseded by a later filed Proof of Claim.