# **EXHIBIT A**

**Schedule of Claims Subject to the Twenty-Eighth Omnibus Objection**

## Twenty-Eighth Omnibus Objection
### Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | GRUPO DE DESARROLLO LOS ALTOS SAN JUAN, INC. OSCAR RIVERA PO BOX 331180 MIAMI, FL 33233-1180 | 05/28/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 24504 | $ 32,365,222.00 | GRUPO DE DESARROLLO LOS ALTOS SAN JUAN, INC. OSCAR RIVERA PO BOX 331180 MIAMI, FL 33233-1180 | 05/29/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 36109 | $ 32,365,222.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 2 | LABOY ARCE, ANEIDA JOHN F KENNEDY 18 ADJUNTAS, PR 00601 | 06/27/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 47032 | Undetermined* | LABOY ARCE, ANEIDA JOHN F KENNEDY 18 ADJUNTAS, PR 00601 | 06/28/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 121253 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 3 | LAS MONJAS REALTY II, SE G.CARLO-ALTIERI LAW OFFICES 254 CALLE SAN JOSE, THIRD FLOOR SAN JUAN, PR 00901 | 06/05/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 39976 | $ 1,274,000.00* | LAS MONJAS REALTY II, SE G. CARLO-ALTIERI LAW OFFICES 254 CALLE SAN JOSE, THIRD FLOOR SAN JUAN, PR 00901 | 06/06/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 36496 | $ 1,274,000.00* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 4 | MERCADO, OSCAR OLMEDA ASOCIACIÓN DE EMPLEADOS GERENCIALES AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN APARTADO40177 ESTACIÓN MINILLAS SAN JUAN, PR 00940 | 05/22/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 18749 | Undetermined* | MERCADO, OSCAR OLMEDA ASOCIACIÓN DE EMPLEADOS GERENCIALES AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN APARTADO40177 ESTACIÓN MINILLAS SAN JUAN, PR 00940 | 05/22/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 18915 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 5 | MONTALVO, IVAN 101 BRADY ROAD SACKETS HARBOR, NY 13685-9510 | 05/21/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 18400 | $ 9,997.00 | MONTALVO, IVAN 101 BRADY ROAD SACKETS HARBOR, NY 13685-9510 | 05/25/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 30747 | $ 9,997.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Twenty-Eighth Omnibus Objection
## Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | MORALES MORALES, ILDEFONSO<br>PO BOX 63<br>CASTANER, PR 00631 | 06/28/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 65494 | Undetermined* | MORALES MORALES, ILDEFONSO<br>PO BOX 63<br>CASTANER, PR 00631 | 06/29/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 98827 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 7 | ORENGO MELENDEZ, ELY E<br>CALLE 5 #490<br>SANTA ISABEL, PR 00757 | 05/29/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 26611 | $ 80,000.00 | ORENGO MELENDEZ, ELY E<br>CALLE 5 #490<br>SANTA ISABEL, PR 00757 | 05/29/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 27107 | $ 80,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 8 | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/27/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 50598 | Undetermined* | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/28/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 125344 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 9 | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/27/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 51094 | Undetermined* | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/28/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 156972 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 10 | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/27/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 53909 | Undetermined* | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/28/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 117168 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 11 | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/27/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 54174 | Undetermined* | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/28/18 | Puerto Rico Highways and Transportation Authority<br>17 BK 03567-LTS | 113631 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

## Twenty-Eighth Omnibus Objection
## Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 12 | RADI CORP. JORGE L. COUTO GONZALEZ P.O. BOX 197 MANATI, PR 00674 | 07/17/17 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 2 | $ 1,700,000.00* | RADI CORP. JORGE L. COUTO GONZALEZ P.O. BOX 197 MANATI, PR 00674 | 07/17/17 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 4 | $ 1,700,000.00* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 13 | RESTO HERNANDEZ, EUGENIO P O BOX 344 CIALES, PR 00638 | 06/28/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 60644 | $ 16,000.00* | RESTO HERNANDEZ, EUGENIO P.O. BOX 344 CIALES, PR 00638 | 07/06/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 136441 | $ 16,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 14 | RIO CONSTRUCTION CORP. PAVIA & LAZARO, PSC ATTN: GERARDO PAVIA CABANILLAS PO BOX 9746 SAN JUAN, PR 00908 | 06/22/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 49852 | $ 539,146.05* | RIO CONSTRUCTION CORP. PAVIA & LAZARO, PSC ATTN. GERARDO PAVIA CABANILLAS PO BOX 9746 SAN JUAN, PR 00908 | 06/25/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 50780 | $ 539,146.05 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 15 | SOTO GONZALEZ, CARLOS OMAR P.O. BOX 63 CASTAÑER, PR 00631 | 06/29/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 81593 | Undetermined* | SOTO GONZALEZ, CARLOS OMAR P.O. BOX 63 CASTANER, PR 00631 | 06/29/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 133963 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 16 | SUPER ASPHALT PAVEMENT CORPORATION SUPER ASPHALT PAVEMENT CORPORATION ATT. GERARDO PAVÍA CABANILLAS PO BOX 9746 SAN JUAN, PR 00908 | 06/22/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 49093 | $ 1,339,823.93 | SUPER ASPHALT PAVEMENT CORPORATION PAVIA & LAZARO, PSC ATTN: GERARDO PAVÍA CABANILLAS P.O. BOX 9746 SAN JUAN, PR 00908 | 06/25/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 70392 | $ 1,339,823.93 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

## Twenty-Eighth Omnibus Objection
## Exhibit A - Exact Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 17 | UNITED STATES DEPARTMENT OF AGRICULTURE - RURAL DEVELOPMENT BUILDING 654 PLAZA 654 MUNOZ RIVERA AVE. SUITE 601 SAN JUAN, PR 00918 | 07/06/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 160756 | $ 1,015,660.82* | UNITED STATES DEPARTMENT OF AGRICULTURE- RURAL DEVELOPMENT BUILDING 654 PLAZA, 654 MUNOZ RIVERA AVE. SUITE 601 SAN JUAN, PR 00918 | 06/29/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 95494 | $ 1,015,660.82* |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 18 | UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM TRUST AMRC, LLC ATTN: JOSE LUIS RAMIREZ COLL PO BOX 13128 SAN JUAN, PR 00908 | 06/29/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 76598 | $ 34,189.67 | UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM TRUST AMRC, LLC ATTN. JOSE LUIS RAMIREZ COLL P.O BOX 13128 SAN JUAN, PR 00908 | 06/29/18 | Puerto Rico Highways and Transportation Authority 17 BK 03567-LTS | 91993 | $ 34,189.67* |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.

\* Indicates claim contains unliquidated and/or undetermined amounts

**ANEXO A**

Case:17-03283-LTS Doc#:8356-1 Filed:08/02/19 Entered:08/02/19 16:26:07 Desc:
Exhibit A   Page 6 of 10

**ANEXO A**

## Vigésimoctava Objeción Colectiva
### Anexo A: Reclamaciones Duplicadas Exactas

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| **NOMBRE** | **FECHA DE PRESENTACIÓN** | **NÚMERO DE CASO/DEUDOR** | **N.º DE RECLAMACIÓN** | **MONTO DE LA RECLAMACIÓN** | **NOMBRE** | **FECHA DE PRESENTACIÓN** | **NÚMERO DE CASO/DEUDOR** | **N.º DE RECLAMACIÓN** | **MONTO DE LA RECLAMACIÓN** |
| 1 GRUPO DE DESARROLLO LOS ALTOS SAN JUAN, INC. OSCAR RIVERA PO BOX 331180 MIAMI, FL 33233-1180 | 05/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 24504 | $ 32,365,222.00 | GRUPO DE DESARROLLO LOS ALTOS SAN JUAN, INC. OSCAR RIVERA PO BOX 331180 MIAMI, FL 33233-1180 | 05/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 36109 | $ 32,365,222.00 |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 2 LABOY ARCE, ANEIDA JOHN F KENNEDY 18 ADJUNTAS, PR 00601 | 06/27/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 47032 | Indeterminado* | LABOY ARCE, ANEIDA JOHN F KENNEDY 18 ADJUNTAS, PR 00601 | 06/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 121253 | Indeterminado* |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 3 LAS MONJAS REALTY II, SE G.CARLO-ALTIERI LAW OFFICES 254 CALLE SAN JOSE, THIRD FLOOR SAN JUAN, PR 00901 | 06/05/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 39976 | $ 1,274,000.00* | LAS MONJAS REALTY II, SE G. CARLO-ALTIERI LAW OFFICES 254 CALLE SAN JOSE, THIRD FLOOR SAN JUAN, PR 00901 | 06/06/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 36496 | $ 1,274,000.00* |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 4 MERCADO, OSCAR OLMEDA ASOCIACIÓN DE EMPLEADOS GERENCIALES AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN APARTADO40177 ESTACIÓN MINILLAS SAN JUAN, PR 00940 | 05/22/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 18749 | Indeterminado* | MERCADO, OSCAR OLMEDA ASOCIACIÓN DE EMPLEADOS GERENCIALES AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN APARTADO40177 ESTACIÓN MINILLAS SAN JUAN, PR 00940 | 05/22/18 | Autoridad de Carreteras y Transportación de Puerto Rico 17 BK 03567-LTS | 18915 | Indeterminado* |
| Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados                                                                                                      Página 1 de 4

## Vigésimoctava Objeción Colectiva
## Anexo A: Reclamaciones Duplicadas Exactas

| | | | RECLAMACIONES A SER DESESTIMADAS | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 5 | MONTALVO, IVAN<br>101 BRADY ROAD<br>SACKETS HARBOR, NY 13685-9510 | 05/21/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 18400 | $ 9,997.00 | MONTALVO, IVAN<br>101 BRADY ROAD<br>SACKETS HARBOR, NY 13685-9510 | 05/25/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 30747 | $ 9,997.00 |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | MORALES MORALES, ILDEFONSO<br>PO BOX 63<br>CASTANER, PR 00631 | 06/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 65494 | Indeterminado* | MORALES MORALES, ILDEFONSO<br>PO BOX 63<br>CASTANER, PR 00631 | 06/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 98827 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | ORENGO MELENDEZ, ELY E<br>CALLE 5 #490<br>SANTA ISABEL, PR 00757 | 05/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 26611 | $ 80,000.00 | ORENGO MELENDEZ, ELY E<br>CALLE 5 #490<br>SANTA ISABEL, PR 00757 | 05/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 27107 | $ 80,000.00 |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/27/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 50598 | Indeterminado* | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 125344 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/27/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 51094 | Indeterminado* | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 156972 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/27/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 53909 | Indeterminado* | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 117168 | Indeterminado* |

Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada.

## Vigésimoctava Objeción Colectiva
## Anexo A: Reclamaciones Duplicadas Exactas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | **RECLAMACIONES A SER DESESTIMADAS** | | | | | **RECLAMACIÓN REMANENTE** | | | | |
| 11 | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/27/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 54174 | Indeterminado* | PLAZA TOLEDO, ELVIN<br>HC-01 BOX 3605<br>ADJUNTAS, PR 00601 | 06/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 113631 | Indeterminado* |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 12 | RADI CORP.<br>JORGE L. COUTO GONZALEZ<br>P.O. BOX 197<br>MANATI, PR 00674 | 07/17/17 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 2 | $ 1,700,000.00* | RADI CORP.<br>JORGE L. COUTO GONZALEZ<br>P.O. BOX 197<br>MANATI, PR 00674 | 07/17/17 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 4 | $ 1,700,000.00 |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 13 | RESTO HERNANDEZ, EUGENIO<br>P O BOX 344<br>CIALES, PR 00638 | 06/28/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 60644 | $ 16,000.00* | RESTO HERNANDEZ, EUGENIO<br>P.O. BOX 344<br>CIALES, PR 00638 | 07/06/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 136441 | $ 16,000.00 |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 14 | RIO CONSTRUCTION CORP.<br>PAVIA & LAZARO, PSC<br>ATTN: GERARDO PAVIA CABANILLAS<br>PO BOX 9746<br>SAN JUAN, PR 00908 | 06/22/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 49852 | $ 539,146.05 | RIO CONSTRUCTION CORP.<br>PAVIA & LAZARO, PSC<br>ATTN. GERARDO PAVIA CABANILLAS<br>PO BOX 9746<br>SAN JUAN, PR 00908 | 06/25/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 50780 | $ 539,146.05 |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 15 | SOTO GONZALEZ, CARLOS OMAR<br>P.O. BOX 63<br>CASTAÑER, PR 00631 | 06/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 81593 | Indeterminado* | SOTO GONZALEZ, CARLOS OMAR<br>P.O. BOX 63<br>CASTANER, PR 00631 | 06/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 133963 | Indeterminado* |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Vigésimoctava Objeción Colectiva
Anexo A: Reclamaciones Duplicadas Exactas

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 16 | SUPER ASPHALT PAVEMENT CORPORATION<br>SUPER ASPHALT PAVEMENT CORPORATION<br>ATT. GERARDO PAVÍA CABANILLAS<br>PO BOX 9746<br>SAN JUAN, PR 00908 | 06/22/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 49093 | $ 1,339,823.93 | SUPER ASPHALT PAVEMENT CORPORATION<br>PAVIA & LAZARO, PSC<br>ATTN: GERARDO PAVÍA CABANILLAS<br>P.O. BOX 9746<br>SAN JUAN, PR 00908 | 06/25/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 70392 | $ 1,339,823.93 |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 17 | UNITED STATES DEPARTMENT OF AGRICULTURE - RURAL DEVELOPMENT<br>BUILDING 654 PLAZA<br>654 MUNOZ RIVERA AVE.<br>SUITE 601<br>SAN JUAN, PR 00918 | 07/06/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 160756 | $ 1,015,660.82* | UNITED STATES DEPARTMENT OF AGRICULTURE- RURAL DEVELOPMENT<br>BUILDING 654 PLAZA,<br>654 MUNOZ RIVERA AVE. SUITE 601<br>SAN JUAN, PR 00918 | 06/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 95494 | $ 1,015,660.82* |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |
| 18 | UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM TRUST<br>AMRC, LLC<br>ATTN: JOSE LUIS RAMIREZ COLL<br>PO BOX 13128<br>SAN JUAN, PR 00908 | 06/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 76598 | $ 34,189.67 | UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM TRUST<br>AMRC, LLC<br>ATTN. JOSE LUIS RAMIREZ COLL<br>P.O BOX 13128<br>SAN JUAN, PR 00908 | 06/29/18 | Autoridad de Carreteras y Transportación de Puerto Rico<br>17 BK 03567-LTS | 91993 | $ 34,189.67* |
| | Base para: La Evidencia de Reclamación afirma responsabilidades que son duplicación de otra Evidencia de Reclamación presentada. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados