UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                               Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to COFINA |

ORDER GRANTING THIRTY-FOURTH OMNIBUS OBJECTION
(NON-SUBSTANTIVE) OF PUERTO RICO SALES TAX FINANCING CORPORATION
TO LATE-FILED AND DUPLICATE BOND CLAIMS (DOCKET ENTRY NO. 6526)

Upon the *Thirty-Fourth Omnibus Objection (Non-Substantive) of Puerto Rico Sales Tax Financing Corporation to Late-Filed and Duplicate Bond Claims* (Docket Entry No. 6526, the "Thirty-Fourth Omnibus Objection")[2] filed by the Puerto Rico Sales Tax Financing Corporation ("COFINA"), dated April 26, 2019, for entry of an order disallowing in their entirety certain claims filed against COFINA, as more fully set forth in the Thirty-Fourth Omnibus Objection and the

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Thirty-Fourth Omnibus Objection.

supporting exhibits thereto; and the Court having jurisdiction to consider the Thirty-Fourth Omnibus Objection and to grant the relief requested therein pursuant to Section 306(a) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[3]; and venue being proper pursuant to Section 307(a) of PROMESA; and due and proper notice of the Thirty-Fourth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in Exhibit A hereto being both not timely filed and duplicative of a Master Proof of Claim; and the Court having determined that the relief sought in the Thirty-Fourth Omnibus Objection is in the best interests of COFINA, its creditors, and all the parties in interest; and, upon the record of the hearing held on the Twentieth Omnibus Objection on June 12, 2019, and the rulings made therein, the Court having determined that the legal and factual bases set forth in the Thirty-Fourth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Thirty-Fourth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the claims listed in Exhibit A hereto are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk, LLC is authorized and directed to delete the claims listed on Exhibit A hereto from the official claims register in the COFINA Title III Case; and it is further

---

[3] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: August 2, 2019

/s/ Laura Taylor Swain
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE