UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to the<br>Commonwealth |

ORDER GRANTING THE FIFTY-FIRST OMNIBUS OBJECTION
(NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO
TO DUPLICATE CLAIMS OF PRASA BONDHOLDERS (DOCKET ENTRY NO. 7279)

Upon the *Fifty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate Claims of PRASA Bondholders* (Docket Entry No. 7279, the "Fifty-First Omnibus Objection")[2] filed by the Commonwealth of Puerto Rico (the "Commonwealth"), dated June 6, 2019, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth, as more fully set forth in the Fifty-First Omnibus Objection and supporting

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Fifty-First Omnibus Objection.

exhibits thereto; and the Court having jurisdiction to consider the Fifty-First Omnibus Objection

and to grant the relief requested therein pursuant to Section 306(a) of the *Puerto Rico Oversight,*

*Management, and Economic Stability Act* ("PROMESA"); and venue being proper pursuant to

Section 307(a) of PROMESA; and due and proper notice of the Fifty-First Omnibus Objection

having been provided to those parties identified therein, and no other or further notice being

required; and each of the claims identified in the English version of Exhibit A hereto (the

"Duplicate Bond Claims") being duplicative either in full or in part of the PRASA Master Proof

of Claim; and the Court having determined that the relief sought in the Fifty-First Omnibus

Objection is in the best interest of the Commonwealth, its creditors, and all the parties in interest;

and the Court having determined that the legal and factual bases set forth in the Fifty-First Omnibus

Objection establish just cause for the relief granted herein; and after due deliberation and sufficient

cause appearing therefor, it is

ORDERED that the Fifty-First Omnibus Objection is GRANTED as set forth herein; and

it is further

ORDERED that the Duplicate Bond Claims are hereby disallowed to the extent the claims

are duplicative of the PRASA Master Proof of Claim, as set forth in the English version of Exhibit

A hereto; and it is further

ORDERED that Prime Clerk is authorized and directed to delete the Claims to Be

Disallowed from the official claims register in the Commonwealth Title III Case; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising

from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: August 5, 2019

/s/ Laura Taylor Swain
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE