# **EXHIBIT A**

**Schedule of Claims Subject to the Fifty-First Omnibus Objection**

Fifty-First Omnibus Objection
Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CASTELLAR, ISABEL M.<br>URB. VALLE REAL<br>2017-CALLE DUQUESA ST.<br>PONCE, PR 00716 | 4/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9724 | $ 100,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 2 | COOPERATIVA DE AHORRO Y CREDITO CARIBECOOP<br>PO BOX 560547<br>GUAYANILLA, PR00656 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29434 | $ 250,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 3 | COOPERATIVA DE AHORRO Y CREDITO CARIBECOOP.<br>P.O. BOX 560547<br>GUAYANILLA, PR00656 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25603 | $ 900,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 4 | COOPERATIVA DE AHORRO Y CREDITO CARIBECOOP.<br>P.O BOX 560547<br>GUAYANILLA, PR00656 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 25608 | $ 995,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 5 | COOPERATIVA DE AHORRO Y CREDITO CARIBECOOP.<br>PO BOX 560547<br>GUAYANILLA, PR00656 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33712 | $ 500,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 6 | COOPERATIVA DE AHORRO Y CREDITO DE YAUCO<br>PO BOX 3010<br>YAUCO, PR 00698-3010 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 129960 | $ 1,054,700.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 7 | COOPERATIVA DE AHORRO Y CREDITO DE YAUCO<br>PO BOX 3010<br>YAUCO, PR 00698-3010 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 147073 | $ 330,000.00 |
| | Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |

Fifty-First Omnibus Objection
Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | ELFA GARCIA & JOSE F. LLUCH-GARCIA<br>#26, CALLE PRINCIPAL URB. EL RETIRO<br>SAN GERMAN, PR 00683 | 3/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5568 | $ 160,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | GOMEZ, CRISTINA SANTIAGO<br>VILLAS DEL MAR OESTE APTO 4K<br>4735 AVE ISLA VERDE<br>CAROLINA, PR 00979-5410 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 43510 | $ 5,087.46 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | JORGE P SALA COLON<br>COND SAN VICENTE 8169<br>CALLE CONCORDIA STE 102<br>PONCE, PR 00717-1556 | 5/23/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 51638 | $ 61,250.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | JOSE M SALA COLON<br>LA VILLA DE TORRIMAR<br>10 CALLE REINA ISABEL<br>GUAYNABO, PR 00969 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21014 | $ 1,250.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | LUGO PAGAN, PABLO<br>PO BOX 771<br>HORMIQUEROS, PR 00660 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 121083 | $ 71,298.75 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | MANGUAL DIAZ, CARLOS J<br>PO BOX 301<br>CAGUAS, PR 00726-0301 | 5/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14359 | $ 30,000.00* |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | MCS ADVANTAGE, INC.<br>PO BOX 193310<br>SAN JUAN, PR 00919 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 58760 | $ 300,000.00* |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

## Fifty-First Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 15 | MUDAFORT FARAH, SAID<br>36 CALLE NEVAREZ- COND.<br>LOS OLMOS APTO. 11-H<br>SAN JUAN, PR 00927-4532 | 6/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 53553 | $ 17,854.38 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | POMALES CASTRO, MIGUEL<br>PO BOX 7132J PMB 92<br>SAN JUAN, PR 00936 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19343 | $ 100,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | ROBERTO SABATER RUIZ & DONNA M. WELLS DE SABATER<br>1724 SAN EDMONDO<br>SAN JUAN, PR 00927 | 5/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10290 | $ 50,000.00* |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | ROBLES BIDOT, JAIME<br>25 MUNOZ RIVERA AVE. COND BAHIA PLAZA701<br>SAN JUAN, PR 00901 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32863 | $ 110,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | SALA COLON, JORGE P.<br>COND SAN VICENTE 8169<br>CALLE CONCORDIA STE 102<br>PONCE, PR 00717-1556 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17665 | $ 61,250.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | SANTOS, JOHN<br>PO BOX 193521<br>SAN JUAN, PR 00919 | 4/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8902 | $ 100,000.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | URBANSKI, KATHLEEN V<br>39 WOODSHIRE DRIVE<br>ERIAL, NJ 08081 | 3/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5353 | $ 10,249.69 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

## Fifty-First Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 22 | VILNA GAZTAMBIDE (SURVIVING SPOUSE)/ESTATE OF MIGUEL ECHENIQUE IPARRAGUIRRE<br>MIGUEL ECHENIQUE<br>147 COLA DE PESCAO STREET. URB. PALMA REAL<br>GUAYNABO, PR 00969 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34468 | $ 135,150.00 |

Reason: Claimant purports to assert liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | TOTAL | $ 5,343,090.28* |
|---|---|---|---|---|---|---|

\* Indicates claim contains unliquidated and/or undetermined amounts

Quincuagésima Primera Objeción Colectiva
Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | CASTELLAR, ISABEL M.<br>URB. VALLE REAL<br>2017-CALLE DUQUESA ST.<br>PONCE, PR 00716 | 4/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9724 | $ 100,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 2 | COOPERATIVA DE AHORRO Y CREDITO CARIBECOOP<br>PO BOX 560547<br>GUAYANILLA, PR00656 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29434 | $ 250,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 3 | COOPERATIVA DE AHORRO Y CREDITO CARIBECOOP.<br>P.O. BOX 560547<br>GUAYANILLA, PR00656 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25603 | $ 900,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 4 | COOPERATIVA DE AHORRO Y CREDITO CARIBECOOP.<br>P.O BOX 560547<br>GUAYANILLA, PR00656 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25608 | $ 995,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 5 | COOPERATIVA DE AHORRO Y CREDITO CARIBECOOP.<br>PO BOX 560547<br>GUAYANILLA, PR00656 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 33712 | $ 500,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 6 | COOPERATIVA DE AHORRO Y CREDITO DE YAUCO<br>PO BOX 3010<br>YAUCO, PR 00698-3010 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 129960 | $ 1,054,700.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 7 | COOPERATIVA DE AHORRO Y CREDITO DE YAUCO<br>PO BOX 3010<br>YAUCO, PR 00698-3010 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 147073 | $ 330,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |

## Quincuagésima Primera Objeción Colectiva
### Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | ELFA GARCIA & JOSE F. LLUCH-GARCIA<br>#26, CALLE PRINCIPAL URB. EL RETIRO<br>SAN GERMAN, PR 00683 | 3/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5568 | $ 160,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 9 | GOMEZ, CRISTINA SANTIAGO<br>VILLAS DEL MAR OESTE APTO 4K<br>4735 AVE ISLA VERDE<br>CAROLINA, PR 00979-5410 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 43510 | $ 5,087.46 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 10 | JORGE P SALA COLON<br>COND SAN VICENTE 8169<br>CALLE CONCORDIA STE 102<br>PONCE, PR 00717-1556 | 5/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 51638 | $ 61,250.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 11 | JOSE M SALA COLON<br>LA VILLA DE TORRIMAR<br>10 CALLE REINA ISABEL<br>GUAYNABO, PR 00969 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 21014 | $ 1,250.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 12 | LUGO PAGAN, PABLO<br>PO BOX 771<br>HORMIQUEROS, PR 00660 | 6/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 121083 | $ 71,298.75 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 13 | MANGUAL DIAZ, CARLOS J<br>PO BOX 301<br>CAGUAS, PR 00726-0301 | 5/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14359 | $ 30,000.00* |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |

Quincuagésima Primera Objeción Colectiva
Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 14 | MCS ADVANTAGE, INC. PO BOX 193310 SAN JUAN, PR 00919 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 58760 | $ 300,000.00* |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 15 | MUDAFORT FARAH, SAID 36 CALLE NEVAREZ- COND. LOS OLMOS APTO. 11-H SAN JUAN, PR 00927-4532 | 6/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 53553 | $ 17,854.38 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 16 | POMALES CASTRO, MIGUEL PO BOX 7132J PMB 92 SAN JUAN, PR 00936 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 19343 | $ 100,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 17 | ROBERTO SABATER RUIZ & DONNA M. WELLS DE SABATER 1724 SAN EDMONDO SAN JUAN, PR 00927 | 5/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10290 | $ 50,000.00* |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 18 | ROBLES BIDOT, JAIME 25 MUNOZ RIVERA AVE. COND BAHIA PLAZA701 SAN JUAN, PR 00901 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32863 | $ 110,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 19 | SALA COLON, JORGE P. COND SAN VICENTE 8169 CALLE CONCORDIA STE 102 PONCE, PR 00717-1556 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 17665 | $ 61,250.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 20 | SANTOS, JOHN PO BOX 193521 SAN JUAN, PR 00919 | 4/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8902 | $ 100,000.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |

Quincuagésima Primera Objeción Colectiva
Anexo A – Reclamaciones de Bonos Duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 21 | URBANSKI, KATHLEEN V<br>39 WOODSHIRE DRIVE<br>ERIAL, NJ 08081 | 3/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5353 | $ 10,249.69 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 22 | VILNA GAZTAMBIDE (SURVIVING SPOUSE)/ESTATE OF MIGUEL ECHENIQUE IPARRAGUIRRE<br>MIGUEL ECHENIQUE<br>147 COLA DE PESCAO STREET. URB. PALMA REAL<br>GUAYNABO, PR 00969 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34468 | $ 135,150.00 |
| | Base para: El demandante pretende reclamar una obligación asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de una o más evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| | | | | | TOTAL | $ 5,343,090.28* |