UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>                                       Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to the Commonwealth |

ORDER GRANTING FIFTY-THIRD OMNIBUS OBJECTION
(NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO
DUPLICATE, DEFICIENT, AND INCORRECT DEBTOR CLAIMS (DOCKET ENTRY NO. 7282)

Upon the *Fifty-Third Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate, Deficient, and Incorrect Debtor claims* (Docket Entry No. 7282, the "Fifty-Third Omnibus Objection")[2] filed by the Commonwealth of Puerto Rico (the "Commonwealth"), dated June 6, 2019, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth, as more fully set forth in the Fifty-Third Omnibus

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (B ankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Fifty-Third Objection.

Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Fifty-Third Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Fifty-Third Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Asserted" in the English version of Exhibit A hereto (collectively, the "Duplicate and Incorrect Debtor Claims") being partially duplicative, partially deficient, and partially filed in the wrong case; and the Court having determined that the relief sought in the Fifty-Third Omnibus Objection is in the best interest of the Commonwealth, its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Fifty-Third Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Fifty-Third Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the claims identified in the column titled "Asserted" in the English version of Exhibit A hereto are hereby reclassified in part to be claims asserted against PREPA, as set forth in the column titled "Corrected" in the English version of Exhibit A hereto; and it is further

ORDERED that the Debtors' right to object to the Reclassified Claims is reserved; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed, in the official claims register in the Title III cases, to move the portions of each of the Duplicate and Incorrect Debtor Claims from the Commonwealth Title III Case, to the Title III case(s) for PREPA (Bankruptcy Case No.

17 BK 4780-LTS), in accordance with the column titled "Corrected" in the English version of Exhibit A hereto; and it is further

ORDERED that, to the extent the Duplicate, Deficient, and Incorrect Debtor Claims are duplicative and/or deficient, such portions of the Duplicate, Deficient, and Incorrect Debtor Claims listed in the English version of Exhibit A are hereby disallowed; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the duplicative and deficient portions of the Duplicate, Deficient, and Incorrect Debtor Claims from the official claims register in the Commonwealth Title III Case; and it is further

ORDERED that the claimants will each retain a remaining claim in the Commonwealth Title III Case, as identified in the column titled "Corrected" in the English version of Exhibit A hereto (collectively, the "Remaining Claims"); and it is further

ORDERED that the Debtors' right to object to the Remaining Claims in the Commonwealth Title III Case is reserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: August 5, 2019  /s/ Laura Taylor Swain
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE