# **EXHIBIT A**

**Schedule of Claims Subject to the Fifty-Third Omnibus Objection**

**Fifty-Third Omnibus Objection**
**Exhibit A - Duplicate + Deficient + Incorrect Debtor**

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | ESTATE OF ALAN HAMERMAN LIZA CASTLES, EXECUTOR/TRUSTEE 3026 QUEENSBERRY DR HUNTINGTOWN, MD 20639 | 109803 | Commonwealth of Puerto Rico | Unsecured | $90,000.00 | Commonwealth of Puerto Rico | Unsecured | $10,000.00 |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | $50,000.00 |
| | | | | | | | Subtotal | $60,000.00 |

Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. In addition, claimant asserts in part, liabilities associated with bond(s) issued by the Puerto Rico Public Buildings Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. In addition, proof of claim purports to assert, in part, liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | EWELL, RONALD E T&T CAPITAL MANAGEMENT 7242 E CORTEZ RD SCOTTSDALE, AZ 85260 | 1370 | Commonwealth of Puerto Rico | Unsecured | $50,000.00 | Commonwealth of Puerto Rico | Unsecured | $15,500.00 |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | $7,475.00 |
| | | | | | | | Subtotal | $22,975.00 |

Reason: Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. In addition, proof of claim purports to assert, in part, liabilities associated with bond(s) and/or money loaned, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth or any of the other Title III debtors. Another portion of the claim will remain as asserted against the Commonwealth.

**Quincuagésima Tercera Objeción Colectiva**
**Anexo A – Reclamaciones de Bonos Duplicadas**

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS | | | CORREGIDO | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 1 | ESTATE OF ALAN HAMERMAN LIZA CASTLES, EXECUTOR/TRUSTEE 3026 QUEENSBERRY DR HUNTINGTOWN, MD 20639 | 109803 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $90,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $50,000.00 |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $10,000.00 |
| | | | | | | | Subtotal | $60,000.00 |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación indican que cualquier parte de la obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Además, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que son duplicados de las evidencias de reclamaciones maestras presentadas por el fiduciario de estos bonos en el caso del Estado Libre Asociado. Además, la evidencia de reclamación pretende plantear, en parte, una obligación asociada a uno o más bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el Estado Libre Asociado, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el Estado Libre Asociado o contra cualquier otro de los deudores al amparo del Título III. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.

| 2 | EWELL, RONALD E T&T CAPITAL MANAGEMENT 7242 E CORTEZ RD SCOTTSDALE, AZ 85260 | 1370 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $50,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $7,475.00 |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $15,500.00 |
| | | | | | | | Subtotal | $22,975.00 |

Base para: Cuando la evidencia de reclamación, el o los nombres del bono en disputa, la información del CUSIP, y/o la documentación de respaldo presentada para fundamentar la reclamación indican que cualquier parte de la obligación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico, el demandante identifica como deudor al Estado Libre Asociado de Puerto Rico. Además, la evidencia de reclamación pretende plantear, en parte, una obligación asociada a uno o más bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el Estado Libre Asociado, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el Estado Libre Asociado o contra cualquier otro de los deudores al amparo del Título III. Otra parte de la reclamación seguirá formulada contra el Estado Libre Asociado.