**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| ------------------------------------------------------------------- | x : | |
| In re: | : : | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : : : | PROMESA Title III |
| as representative of | : : | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO *et al.,* | : : | (Jointly Administered) |
| Debtors.[1] | : : | |
| ------------------------------------------------------------------- | x : : | |
| In re: | : : | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : : : | PROMESA Title III |
| as representative of | : : | Case No. 17-BK-4780 (LTS) |
| PUERTO RICO ELECTRIC POWER AUTHORITY | : : : | |
| Debtor. | : : | |
| ------------------------------------------------------------------- | x | |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2

## ORDER GRANTING URGENT MOTION FOR EXTENSION OF TIME

This matter is before the Court on the *Urgent Motion for Extension of Time Regarding Renewal of June 3, 2019 Omnibus Motion of Official Committee of Unsecured Creditors to Compel in Connection with PREPA RSA Rule 9019 Settlement Motion* (Dkt. No. 1559) (the "Urgent Motion").  Through the Urgent Motion, the Oversight Board, AAFAF, and the Committee[2] request an extension of the deadline for the Government Parties to file a supplemental submission related to the production of non-email electronic communications until August 6, 2019.  Taking notice of the agreement among the parties and finding good cause for the relief requested, the Urgent Motion is ALLOWED.

Any additional submission in connection with the Renewed Motion to Compel shall be filed on or before **August 6, 2019**.  This order resolves Dkt. No. 1559.

SO ORDERED.

Dated: August 5, 2019

     /s/ Judith G. Dein
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE

---

[2] As defined in the Urgent Motion.

2