# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------------  X
                                                                     :
In re:                                                               :
                                                                     :
THE FINANCIAL OVERSIGHT AND                                          :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                    :  Title III
                                                                     :
         as representative of                                        :  Case No. 17-BK-3283 (LTS)
                                                                     :
THE COMMONWEALTH OF PUERTO RICO et al.,                              :  (Jointly Administered)
                                                                     :
         Debtors.[1]                                                 :
-------------------------------------------------------------------  X
                                                                     :
In re:                                                               :
                                                                     :
THE FINANCIAL OVERSIGHT AND                                          :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                    :  Title III
                                                                     :
         as representative of                                        :  Case No. 17-BK-4780 (LTS)
                                                                     :
PUERTO RICO ELECTRIC POWER AUTHORITY                                 :
                                                                     :
                                                                     :
         Debtor.                                                     :
-------------------------------------------------------------------  X
```

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## ORDER SETTING BRIEFING SCHEDULE

This matter is before the Court on the *Urgent Motion of Cortland Capital Market Services LLC, as Administrative Agent, and Solus for Order Setting Briefing Schedule in Connection with their Urgent Motion to Compel Discovery Responses in Connection with RSA Settlement Motion* (Dkt. No. 1558 in 17-BK-4780; Dkt. No. 8369 in 17-BK-3283) ("Urgent Motion"). Having reviewed the Urgent Motion, the Court hereby sets the following briefing schedule on the Motion to Compel[2]:

1. Any response shall be filed on or before **August 9, 2019**.
2. Any reply shall be filed on or before **August 14, 2019**.
3. Unless otherwise ordered, the Court will take the Motion to Compel on submission.

This order resolves Dkt. Nos. 1558 in 17-BK-4780 and 8369 in 17-BK-3283.

SO ORDERED.

Dated: August 5, 2019

   /s/ Judith G. Dein
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE

---

[2] As defined in the Urgent Motion.

2