IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>　　　　as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>　　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## ORDER MOVING TIME AND SETTING PROCEDURES FOR AUGUST 15, 2019 HEARING

In accordance with the *Amended Order Adjourning Hearing on Certain Motions* (Dkt. No. 8291 in 17-BK-3283) ("Amended Order"), this Court will hold a hearing on two motions for discovery under Federal Rule of Bankruptcy Procedure 2004 on **August 15, 2019.** Through the Amended Order, this Court set the hearing at 1:00 p.m. Atlantic Standard Time in Boston, MA. The Court hereby moves the hearing to **11:00 a.m. Atlantic Standard Time in Boston, MA**.

The hearing will be held in **Courtroom 8** of the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210 and by video teleconference in **Courtroom 5** of the United States District Court for the District of Puerto Rico,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

150 Carlos Chardón Avenue, Federal Building, San Juan, Puerto Rico 00918-1767. Judge Dein will be present in the Massachusetts courtroom. **Counsel who intend to present oral argument are required to attend the proceedings in the Massachusetts courtroom.**

Counsel who intend to present oral argument must file an Informative Motion stating their name and the party for which they intend to appear, **no later than August 9, 2019**. Other attorneys, members of the press, and the general public may attend and observe the hearing in either the Massachusetts or Puerto Rico courtrooms.

Attorneys who have entered an appearance in the Title III proceedings may register to listen-in on the proceedings by telephone. Such attorneys must register with CourtSolutions at www.court-solutions.com by **August 9, 2019** and pay the fee established by CourtSolutions. No recording or retransmission of the hearing is permitted by any person, including, but not limited to, the parties or the press. Failure to comply may result in sanctions, including suspension of press privileges for members of the press in either court.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: August 6, 2019