# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

    I, Christian Rivera, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On August 1, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Ivonne Ramirez-Aneses, Paseo Mayor C-21 Calle 8, San Juan PR 00926 and via First Class Mail on the Antonio Santos Bayron, Paseo Mayor C-21 Calle 8, San Juan PR 00926:

- Order Granting Debtors' Urgent Motion Requesting Order (I) Approving Service of Process at Addresses Listed in Defendants' Proofs of Claims and/or Rule 2019 Disclosures and (II) Approving Debtors' Form of Notice in GO and HTA Lien Challenges [Docket No. 7694]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Order Granting Debtors' Urgent Motion Requesting Order (I) Approving Service of Process at Addresses Listed in Defendants' Proofs of Claims and/or Rule 2019 Disclosures and (II) Approving Debtors' Form of Notice in GO and HTA Lien Challenges [Docket No. 7694- Spanish Version]

On August 1, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Goldman Sachs Asset Management Trading 37, c/o Goldman Sachs & Co., Attn: President or Person in Charge, 200 West Street, New York NY 10282:

- Order Granting Debtors' Urgent Motion Requesting Order (I) Approving Service of Process at Addresses Listed in Defendants' Proofs of Claims and/or Rule 2019 Disclosures and (II) Approving Debtors' Form of Notice in GO and HTA Lien Challenges [Docket No. 7694]

- Order Regarding Stay Period and Mandatory Mediation [Docket No. 8244]

Dated: August 6, 2019

_____
Christian Rivera

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 6, 2019, by Christian Rivera, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JESSICA G. BERMAN
NOTARY PUBLIC, STATE OF NEW YORK
No. 02BE6333194
Qualified in Nassau County
Commission Expires 11/16/2019

2

SRF 34829