# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- X
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)
:
    Debtors.[1] :
------------------------------------------------------------------- X
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-4780 (LTS)
:
PUERTO RICO ELECTRIC POWER AUTHORITY : **This filing relates only to**
: **Case No. 17-BK-4780 (LTS)**
:
    Debtor. :
------------------------------------------------------------------- X

**JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO URGENT OMNIBUS MOTION OF CORTLAND CAPITAL MARKET SERVICES LLC, AS ADMINISTRATIVE AGENT, AND SOLUS TO COMPEL DISCOVERY RESPONSES IN CONNECTION WITH PREPA RSA SETTLEMENT MOTION**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States Magistrate Judge Judith Gail Dein:

The Official Committee of Unsecured Creditors of all Title III debtors (the "Committee") hereby files this joinder (the "Joinder") to the *Urgent Omnibus Motion of Cortland Capital Market Services LLC, as Administrative Agent, and Solus to Compel Discovery Responses in Connection with PREPA RSA Settlement Motion* [Dkt. No. 1557] (the "Motion"), and hereby states as follows:

## RELIEF REQUESTED

1. The Committee joins in the Motion, which seeks the production of documents concerning the Rate Motion.[1]

2. The Committee served a document request and deposition notices substantially similar to the Document Request and 30(b)(6) Notices served by the Fuel Lenders that are the subject of the Motion.[2] The Committee's request and notices were served one day after the Fuel Lenders' Document Request and the 30(b)(6) Notices. Moreover, counsel for the Committee has participated in the same meet and confer sessions with the Government Parties regarding the Document Request and the 30(b)(6) Notices as counsel for the Fuel Lenders. As a result, the Committee is entitled to the same relief sought in the Motion by the Fuel Lenders.

---

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Motion.

[2] *See* Ex. A (*Official Committee Of Unsecured Creditors' Third Set Of Document Requests To Financial Oversight And Management Board For Puerto Rico, Puerto Rico Fiscal Agency And Financial Advisory Authority, And Puerto Rico Electric Power Authority In Connection With Joint Motion Of Puerto Rico Electric Power Authority And AAFAF Pursuant To Bankruptcy Code Sections 362, 502, 922, And 928, And Bankruptcy Rules 3012(A)(I) And 9019 For Order Approving Settlements Embodied In Restructuring Support Agreement And Tolling Certain Limitations Periods*); Ex. B (*Official Committee Of Unsecured Creditors' First Supplemental Amended Notice Of Deposition To Financial Oversight And Management Board For Puerto Rico In Connection With PREPA RSA Rule 9019 Motion Pursuant To Fed. R. Civ. P. 30(B)(6)*); Ex. C (*Official Committee Of Unsecured Creditors' First Supplemental Amended Notice Of Deposition To Puerto Rico Fiscal Agency And Financial Advisory Authority In Connection With PREPA RSA Rule 9019 Motion Pursuant To Fed. R. Civ. P. 30(B)(6)*); and Ex. D (*Official Committee Of Unsecured Creditors' First Supplemental Amended Notice Of Deposition To Puerto Rico Electric Power Authority In Connection With PREPA RSA Rule 9019 Motion Pursuant To Fed. R. Civ. P. 30(B)(6)*).

WHEREFORE, the Committee respectfully requests that this Court enter an order (i) requiring that the Government Parties (a) produce all non-privileged documents responsive to the document requests set forth in Exhibit A to this Joinder (b) prepare and make available for deposition a witness or witnesses to testify concerning the examination topics set forth in Exhibits B, C, and D to this Joinder; and (c) make available to the Committee all documents produced to the Fuel Lenders and permit the Committee to attend and examine the witness(es) at any deposition(s) taken by the Fuel Lenders in connection with the Motion; and (ii) granting the Committee such other relief as this Court deems just and proper.

Dated: August 6, 2019

*/s/ Luc A. Despins*
PAUL HASTINGS LLP
Luc. A. Despins, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Tel: (212) 318-6000
lucdespins@paulhastings.com

-and-

Nicholas A. Bassett, Esq. (*Pro Hac Vice*)
875 15th Street, N.W.
Washington, D.C. 20005
Tel: (202) 551-1700
nicholasbassett@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors for all Title III Debtors*

- and -

3

*/s/ Juan J. Casillas Ayala*
CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors for all Title III Debtors*
