**<u>EXHIBIT B</u>**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------------- X

                                            :

In re:                                      :

                                          :

THE FINANCIAL OVERSIGHT AND         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :   Title III

                                          :

         as representative of                :   Case No. 17-BK-3283 (LTS)

                                          :

THE COMMONWEALTH OF PUERTO RICO *et al.*,    :   (Jointly Administered)

                                          :

         Debtors.[1]                          :

---------------------------------------------------------------------- X

                                            :

In re:                                      :

                                          :

THE FINANCIAL OVERSIGHT AND         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :   Title III

                                          :

         as representative of                :   Case No. 17-BK-4780 (LTS)

                                          :

PUERTO RICO ELECTRIC POWER AUTHORITY    :   **This document relates only to**
                                          :   **Case No. 17-BK-4780 (LTS)**

                                          :

         Debtor.                           :

---------------------------------------------------------------------- X

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' FIRST SUPPLEMENTAL
AMENDED NOTICE OF DEPOSITION TO FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO IN CONNECTION WITH PREPA RSA
RULE 9019 MOTION PURSUANT TO FED. R. CIV. P. 30(B)(6)**

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico
Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of
Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case
No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last
Four Digits of Federal Tax ID: 9686); and  (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy
Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as
Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, made applicable to these proceedings pursuant to Rules 7026, 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, the Official Committee of Unsecured Creditors of all Title III Debtors (other than COFINA) (the "Committee") will take the deposition upon oral examination of the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") on the topics referenced in the accompanying rider.  This deposition will commence on a date to be determined, at the offices of Paul Hastings LLP, 200 Park Avenue, New York, NY 10166.  The deposition will be taken pursuant to all applicable rules of the Court before a notary public or other such person authorized by law to administer oaths.  The deposition will be recorded by stenographic means and video.

**PURSUANT TO** Fed. R. Civ. P. 30(b)(6), Oversight Board must designate one or more officers, directors, or managing agents, or other persons who consent to testify on their behalf with respect to the matters set forth in the attached Schedule A.  The Committee requests that at least five days prior to the deposition, the Oversight Board identify the person(s) designated for each topic identified in Schedule A and produce all documents responsive to these topics, to the extent such documents have not already been produced.

*[Remainder of page intentionally left blank.]*

Dated:  July 16, 2019
        San Juan, Puerto Rico

/s/ Nicholas A. Bassett

PAUL HASTINGS LLP
Nicholas A. Bassett, Esq. (*Pro Hac Vice*)
875 15th Street, N.W.
Washington, D.C. 20005
Tel:  (202) 551-1700
nicholasbassett@paulhastings.com

Luc. A. Despins, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Tel:  (212) 318-6000
lucdespins@paulhastings.com

*Counsel to the Official Committee of Unsecured
Creditors for all Title III Debtors (except for
COFINA)*

- and -

/s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR
225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR
306008)
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434 Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to the Official Committee of
Unsecured Creditors for all Title III Debtors (except
for COFINA)*

3

## SCHEDULE A: OVERSIGHT BOARD 30(B)(6) RIDER

## DEFINITIONS[2]

1.      "Oversight Board", "You" or "Your" means and refers to the Financial Oversight and Management Board for Puerto Rico and any of its affiliates, parents, subsidiaries, partners, associates, divisions, agencies, instrumentalities, departments, offices, officers, directors, shareholders, members, agents, attorneys, representatives, employees, predecessors or successors in interest and/or anyone acting on the Oversight Board's behalf.

2.      "Rate Motion" means and refers to *PREPA's Conditional Motion to Make an Offsetting Change in Base Rate Charges* filed in *In re the Puerto Rico Electric Power Authority*, No. CEPR-AAP-2015-0001 (P.R. Pub. Serv. Regulatory Bd., P.R. Energy Bureau July 3, 2019) attached hereto as Exhibit 1.

3.      "Communication" includes every manner of transmitting or receiving facts, information, opinions, or thoughts from one person to another person, whether orally, by documents, writing, e-mail, text message, web messaging, or any other form of instant messaging, or a copy thereof, and to words transmitted by telephone, radio, or any method of voice recording.

## TOPICS OF EXAMINATION

1.      The Documents produced in Response to the *Official Committee Of Unsecured Creditors' Third Set Of Document Requests To Financial Oversight And Management Board For Puerto Rico, Puerto Rico Fiscal Agency And Financial Advisory Authority, And Puerto Rico Electric Power Authority In Connection With Joint Motion Of Puerto Rico Electric Power Authority And AAFAF Pursuant To Bankruptcy Code Sections 362, 502, 922, And 928, And Bankruptcy Rules 3012(A)(I) And 9019 For Order Approving Settlements Embodied In*

---

[2]    Capitalized terms not otherwise defined herein shall have the meanings set forth in the Rule 9019 Motion.

*Restructuring Support Agreement And Tolling Certain Limitations Periods* either (i) by the

Oversight Board or (ii) on the Oversight Board's behalf.

2 .     The Rate Motion, including: (i) the timing of the filing, (ii) the relief sought in the

Rate Motion, and (iii) Communications by the Oversight Board regarding the foregoing.

JASP - SECRETARIA
NEGOCIADO DE ENERGIA
DE PUERTO RICO

## COMMONWEALTH OF PUERTO RICO
## PUBLIC SERVICE REGULATORY BOARD 2019 JUL -3 PM 3: 46
## PUERTO RICO ENERGY BUREAU

IN RE: THE PUERTO RICO ELECTRIC POWER AUTHORITY

INITIAL RATE REVIEW

NO. CEPR-AP-2015-0001

**SUBJECT:** PREPA's Conditional Motion to Make an Offsetting Change in Base Rate Charges

### PREPA'S CONDITIONAL MOTION TO MAKE AN
### OFFSETTING CHANGE IN BASE RATE CHARGES

The Puerto Rico Electric Power Authority ("PREPA") hereby respectfully submits to the Puerto Rico Energy Bureau (the "Energy Bureau")[1] this Conditional Motion to Make an Offsetting Change in Base Rate Charges.

1.    On May 3, 2019, the Government of Puerto Rico, through the Governor and the Fiscal Agency and Financial Advisory Authority ("AAFAF"), announced a "Definitive Restructuring Support Agreement", entered into by and among PREPA, AAFAF, the Financial Oversight and Management Board for Puerto Rico (the "FOMB"), members of the Ad Hoc Group of PREPA Bondholders, the Uninsured Supporting Holders, and the Supporting Holders, as those terms are defined therein, dated of as May 3, 2019 (the "RSA").

2.    A copy of the public (redacted) version of the RSA may be found on PREPA's web site at: https://aeepr.com/es-pr/QuienesSomos/Ley17/RSA%20-%20Public%20(May%203rd%202019).pdf

3.    The remainder of this Motion includes certain references to certain provisions and/or language of the RSA. However, nothing in this Motion is intended by



---

[1]  References herein to the Energy Bureau include the former Puerto Rico Energy Commission, when applicable.

1

PREPA (or by any other person or entity, including but not limited to the Government of Puerto Rico, AAFAF, or the FOMB) to be an opinion, statement, or admission regarding or relating to the applicable law, the interpretation of the RSA, the status of the RSA, any rights or obligations of any person or entity under the RSA, or any other matter.

4.      Section 1.a.c of the RSA contains the following definition: "'Settlement Charge' means a charge of 1 c/kWh to be implemented by PREPA and included in its customer bills by July 1, 2019."[2]

5.      PREPA is a Debtor in a case pending before the United States District Court for the District of Puerto Rico, case no. 17-BK-4780-LTS, under Title III of the federal "PROMESA" statute.[3]

6.      The Court in the Title III case has before it certain aspects of the RSA for approval.   The Court currently is scheduled to conduct a hearing on that and other subjects on September 11, 2019.

7.      Meanwhile, on May 27, 2016, PREPA filed for its first ever regulated rate review, in the instant docket.  The Energy Bureau, in the rate review, ultimately issued a Final Resolution and Order on January 10, 2017, and, a Final Resolution on PREPA's Motions for Clarification and Reconsideration on March 8, 2017.

8.      Also, meanwhile, the Energy Bureau conducted a separate docket (no. CEPR-AP-2016-0002) regarding the establishment of a PREPA transparent bill. The Energy Bureau, in that docket, also issued its Final Resolution and Order on January 10, 2017, although the Bureau also issued a *nunc pro tunc* order on February 6, 2017.

---

[2] Please note: (a) that in the section numbering of that definition, the "c" in 1.a.c is the roman numeral c, meaning 100 (one hundred); (b) the "c" in the definition means cent, as in one one-hundredth of a Unites States Dollar; and, (c) the "kWh" in the definition means kilowatt-hour.



[3] PROMESA is codified at 48 U.S.C. §§ 2101–2241.

9.      As the Energy Bureau is aware, the "permanent" base rates approved in the rate review went into effect on May 1, 2019.

10.     PREPA now seeks to be in a position to be able to implement the Settlement Charge promptly after Title III court approval of the aspects of the RSA before the court, if such approval occurs.

11.     Accordingly, on a conditional basis, PREPA now proposes, and respectfully seeks the Energy Bureau's advance approval, that PREPA, in the event that the Title III court approves the aspects of the RSA before the court, may change the customer bill format promptly after such Title III court approval: (1) to reduce by 1 cent / kWh the applicable base rate charges billed on a kWh basis; (2) to add a 1 cent / kWh base rate charge to be identified as "Settlement Charge" in English and "Cargo por Transacción" in Spanish; so that (3) the two changes (the base rate reduction and the Settlement Charge addition) offset and have no net impact on customer bills.

12.     PREPA also respectfully asks that the Energy Bureau approve this Motion on a schedule consistent with PREPA's being able to implement the Settlement Charge promptly in the event of Title III court approval of the aspects of the RSA before the court.



3

**WHEREFORE**, the Puerto Rico Electric Power Authority respectfully requests that the Puerto Rico Energy Bureau grant this Conditional Motion, and, enter such other orders, if any, as are warranted.

RESPECTFULLY SUBMITTED,

IN SAN JUAN, PUERTO RICO, THIS 3rd DAY OF JULY, 2019

**PUERTO RICO ELECTRIC POWER AUTHORITY**


Nitza D. Vázquez Rodríguez
TSPR No. 9311
Senior Attorney
Puerto Rico Electric Power Authority
P.O. Box 363928
San Juan, Puerto Rico 00936-3928
Tel. 787-521-4499
Email: n-vazquez@aeepr.com

4

## FILING AND SERVICE

I **HEREBY CERTIFY** that the foregoing Conditional Motion was, on July 3, 2019, filed in person at the office of the Clerk of the Puerto Rico Energy Bureau; and, further, was sent via email to the parties of record at the following email addresses: cfl@mcvpr.com; ivc@mcvpr.com; pnieves@vnblegal.com; mmuntanerlaw@gmail.com; maribel.cruz@acueductospr.com;                          jfeliciano@constructorespr.net; abogados@fuerteslaw.com;     eirizarry@ccdlawpr.com;     edwin.quinones@aae.pr.gov; nydinmarie.watlington@cemex.com;  aconer.pr@gmail.com;  epenergypr@gmail.com; jorgehernandez@escopr.net;          ecandelaria@camarapr.net;          pga@caribe.net; manualgabrielfernandez@gmail.com;                              mreyes@midapr.com; agraitefe@agraitlawpr.com; mgrpcorp@gmail.com; attystgo@yahoo.com.

Nitza D. Vázquez Rodríguez
TSPR No. 9311
Senior Attorney
Puerto Rico Electric Power Authority
P.O. Box 363928
San Juan, Puerto Rico 00936-3928
Tel. 787-521-4499
Email: n-vazquez@aeepr.com