**EXHIBIT 1**

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Senado de Puerto Rico, representado por su Presidente, Hon. Thomas Rivera Schatz

Peticionario

v.

Gobierno de Puerto Rico, por conducto de su Secretaria de Justicia, Hon. Wanda Vázquez Garced; Hon. Pedro R. Pierluisi Urrutia, en su capacidad oficial como Gobernador de Puerto Rico juramentado

Recurridos

CT-2019-0004

## SENTENCIA

En San Juan, Puerto Rico, a 7 de agosto de 2019.

Por los fundamentos expuestos en la Opinión que antecede, la cual se hace formar parte de esta Sentencia, resolvemos unánimemente que la enmienda de la Ley Núm. 7-2005 al Art. 1 de la Ley Núm. 7 de 24 de julio de 1952, 3 LPRA sec. 8, para relevar al Secretario de Estado del requisito de confirmación para ocupar en propiedad la vacante en el puesto de Gobernador, es inconstitucional. Por consiguiente, aunque la juramentación del Secretario de Estado como Gobernador en propiedad, sin el aval del Senado, se hizo al amparo de la ley vigente entonces, el decreto de inconstitucionalidad que en este momento emitimos respecto a esa parte de la ley produce el resultado de que la toma de posesión del cargo de Gobernador fue inconstitucional. Por ende, el Hon. Pedro R. Pierluisi Urrutia no puede continuar en el cargo de Gobernador a partir del momento en que esta Opinión y Sentencia sea efectiva.

El resto de la Ley Núm. 7 de 24 de julio de 1952, según enmendada por la Ley Núm. 7-2005, 3 LPRA sec. 8 et seq., no está en disputa y permanece en vigor, incluyendo el orden estatuido para suceder al Gobernador cuando ocurre una vacante. Art 1, supra. Por ende, la Rama

CT-2019-0004 2

Ejecutiva deberá proceder a aplicar esa disposición de ley, para cubrir la vacante de Gobernador de Puerto Rico.

Para garantizar una sucesión ordenada en la posición de Gobernador, este dictamen será efectivo hoy, a las 5:00 de la tarde. Al amparo de la Regla 50 de nuestro Reglamento, 4 LPRA Ap. XXI-B, se acorta hasta esa hora los términos de la Regla 45, id., para solicitar reconsideración.

Adelántese por teléfono y notifíquese inmediatamente.

Lo acordó y ordena el Tribunal y lo certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez, la Juez Asociada señora Rodríguez Rodríguez, la Jueza Asociada señora Pabón Charneco, y los Jueces Asociados señor Erick Kolthoff Caraballo, señor Rivera García, señor Feliberti Cintrón, señor Estrella Martínez y señor Colón Pérez, emitieron Opiniones particulares de Conformidad.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo

