UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    Plaintiff,<br><br>v.<br><br>HON. RICARDO ANTONIO ROSSELLÓ NEVARES and THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY,<br><br>    Defendants. | Adv. Pro. No. 19-00393-LTS |

ORDER SCHEDULING BRIEFING IN CONNECTION WITH OPPOSED
URGENT MOTION REGARDING ADJOURNMENT OF HEARING ON MOTION TO DISMISS

       The Court has received and reviewed the *Opposed Urgent Motion Regarding Adjournment of Hearing on Motion to Dismiss* (Docket Entry No. 8395 in Case No. 17-3283 and

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Docket Entry No. 50 in Adversary Proceeding No. 19-00393, the "Motion"), filed by the Puerto Rico Fiscal Agency and Financial Advisory Authority. The Financial Oversight and Management Board for Puerto Rico must file its opposition, if any, by **August 7, 2019 at 6:00 p.m. (Atlantic Standard Time)**. The Court will thereafter take the Motion on submission.

      SO ORDERED.

Dated: August 7, 2019

          /s/ Laura Taylor Swain
         LAURA TAYLOR SWAIN
         United States District Judge