UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　Debtors.[1] | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HON. RICARDO ANTONIO ROSSELLÓ NEVARES and THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY,<br><br>　　　　Defendants. | Adv. Pro. No. 19-00393-LTS |

ORDER GRANTING OPPOSED URGENT MOTION
REGARDING ADJOURNMENT OF HEARING ON MOTION TO DISMISS

　　　　The Court has received and reviewed the *Opposed Urgent Motion Regarding Adjournment of Hearing on Motion to Dismiss* (Docket Entry No. 8395 in Case No. 17-3283 and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

190807 ORD RE 19-393 HRG.DOCX

Docket Entry No. 50 in Adversary Proceeding No. 19-00393, the "Motion"), filed by the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), and the *Financial Oversight and Management Board for Puerto Rico's Opposition to Defendant's Opposed Urgent Motion Regarding Adjournment of Hearing on Motion to Dismiss* (Docket Entry No. 52 in Adversary Proceeding No. 19-00393), filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board").

The Motion is granted as set forth herein. The hearing on the motion to dismiss the above-captioned adversary proceeding (the "Hearing") is adjourned until **August 15, 2019 at 2:00 p.m. (Atlantic Standard Time)**.

Any further request by AAFAF or the Governor for an adjournment of the Hearing, absent the consent of the Oversight Board, must be filed by **August 14, 2019, at 12:00 p.m. (Atlantic Standard Time)**. The Oversight Board must file its opposition, if any, to any such adjournment request by **August 14, 2019, at 3:00 p.m. (Atlantic Standard Time)**, and AAFAF or the Governor must file its reply by **August 14, 2019, at 5:00 p.m. (Atlantic Standard Time)**. The Court will thereafter take such adjournment request on submission. The Court's next available hearing date will be in September.

SO ORDERED.

Dated: August 7, 2019

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge