UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

-----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**CERTIFICATE OF SERVICE**

    I, Kelsey Gordon, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On July 29, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the 19-00293 Adversary Proceeding Defendants Service List attached hereto as **Exhibit A**:

- Order Regarding Stay Period and Mandatory Mediation [Docket No. 8244]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: August 5, 2019

_____
Kelsey L. Gordon

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 5, 2019, by Kelsey L. Gordon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 2022

**Exhibit A**

Exhibit A
Defendents in 19-00280 Adversary Proceeding List
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS | ADDRESS 2 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| Barclays Capital | CT Corporation System | 361 San Francisco Street | Penthouse | | Old San Juan | PR | 00901 |
| Barclays Capital | c/o McCONNELL VALDÉS LLC | Attn: Roberto C. Quiñones-Rivera | 270 Muñoz Rivera Avenue | | Hato Rey | PR | 00918 |
| BMO Capital Markets | c/o CT Corporation System | PO Box 9022946 | | | San Juan | PR | 00902-2946 |
| BMO Capital Markets | c/o McGuire Woods | Attn: E. Andrew Southerling | 2001 K Street N.W., Suite 400 | | Washington | DC | 20006-1040 |
| BMO Capital Markets | c/o McGuire Woods | Attn: Aaron G. McCollough | 77 West Wacker Drive, Suite 4100 | | Chicago | IL | 60601-1818 |
| BofA Securities | c/o CT Corporation System | 361 San Francisco Street | Penthouse | | Old San Juan | PR | 00901 |
| BofA Securities | c/o Winston & Strawn LLP | Attn: Jennifer L. Malin, Carrie V. Hardman | 200 Park Avenue | | New York | NY | 10166 |
| Citigroup, Inc. | c/o CT Corporation System | 28 Liberty Street | | | New York | NY | 10005 |
| Goldman Sachs & Co. | Attn: Head of Litigation & Reg | 200 West Street | | | New York | NY | 10282 |
| Goldman Sachs & Co. | c/o Goodwin Procter LLP | Attn: Brian E. Pastuszenski, Charles A. Brow | The New York Times Buidling | 620 Eighth Avenue | New York | NY | 10018 |
| J.P. Morgan Chase & Co. | c/o CT Corporation System | 28 Liberty Street | | | New York | NY | 10005 |
| Jefferies Group LLC | c/o CT Corporation System | 28 Liberty Street | | | New York | NY | 10005 |
| Jefferies Group LLC | c/o McGuire Woods | Attn: E. Andrew Southerling | 2001 K Street N.W. | Suite 400 | Washington | DC | 20006-1040 |
| Jefferies Group LLC | c/o McGuire Woods | Attn: Aaron G. McCollough | 77 West Wacker Drive | Suite 4100 | Chicago | IL | 60601-1818 |
| Merrill Lynch Capital Services, Inc. | c/o CT Corporation System | 28 Liberty Street | | | New York | NY | 10005 |
| Merrill Lynch Capital Services, Inc. | c/o Winston & Strawn LLP | Attn: Jennifer L. Malin, Carrie V. Hardman | 200 Park Ave | | New York | NY | 10166 |
| Mesirow Financial, Inc. | c/o Corporation Service Company | Attn: Bruce J. Young, Ceo | 80 State Street | | Albany | NY | 12207-2543 |
| Mesirow Financial, Inc. | c/o Chapman and Cutler LLP | Attn: James M. Heiser, Bryan E. Jacobson | 111 West Monroe Street | | Chicago | IL | 60603-4080 |
| Morgan Stanley | c/o CT Corporation System | 28 Liberty Street | | | New York | NY | 10005 |
| Morgan Stanley | c/o Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Julie E. Cohen | Four Times Square | | New York | NY | 10036-6522 |
| Ramirez & Co., Inc. | Attn: Fernando J. Vinas-Miranda | MCS Plaza | 255 Ponce de Leon Ave. | Suite 106 | San Juan | PR | 00917 |
| Ramirez & Co., Inc. | c/o Kayser & Redfern, LLP | Attn: Leo Kayser III | 515 Madison Avenue | | New York | NY | 10022 |
| Raymond James | c/o CT Corporation System | 361 San Francisco Street | Penthouse | | Old San Juan | PR | 00901 |
| Raymond James | c/o McCONNELL VALDÉS LLC | Attn: Roberto C. Quiñones-Rivera | 270 Muñoz Rivera Avenue | | Hato Rey | PR | 00918 |
| RBC Capital Markets | c/o Corporation Service Company | 80 State Street | | | Albany | NY | 12207 |
| RBC Capital Markets | c/o Orrick, Herrington & Sutcliffe LLP | Attn: Robert Stern, Tiffany Rowe | Columbia Center | 1152 15th Street N.W | Washington | DC | 20005-1706 |
| RBC Capital Markets | Lorraine McGowen | The CBS Building | 51 West 52nd Street | | New York | NY | 10019 |
| Santander Securities | Santander Tower @ San Patricio | B7 Calle Tabonuco | Suite 1800 | | Guaynabo | PR | 00968 |
| Santander Securities | c/o Juan Ramón Rivera Font, Esq. | Ramón A. Cestero, Jr., Esq. | 27 González Giusti Ave. | Office 602 | Guaynabo | PR | 00968 |
| Santander Securities | c/o Sidley Austin LLP | Attn: Andrew W. Stern, Nicholas P. Crowel | 787 Seventh Avenue | | New York | NY | 10019 |
| Scotia MSD | c/o CT Corporation System | 80 State Street | | | Albany | NY | 11207 |
| Scotia MSD | c/o MURPHY & MCGONIGLE PC, Attn: Andrew J. Melnick, Cameron S. Matheson, Daniel M. Payne | 1185 Avenue of the Americas | Floor 21 | | New York | NY | 10036 |
| Sidley Austin LLP | c/o CT Corporation System | P.O. Box 9022946 | | | San Juan | PR | 00902-2946 |
| TCM Capital | c/o Ramon Cantero Frau, Resident Agent | McKinley 659, Suite 4 | | | San Juan | PR | 936 |
| UBS Financial Services, Inc. of Puerto Rico | c/o The Prentice-Hall Corporation System, Puerto Rico, Inc. | c/o Fast Solutions, LLC | Citi Tower | 252 Ponce de Leon Avenue, Floor 20 | San Juan | PR | 00918 |
| UBS Financial Services, Inc. of Puerto Rico | c/o Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul J. Lockwood, Esq. | One Rodney Square | P.O. Box 636 | Wilmington | DE | 19899 |
| VAB Financial | 352 Fernando Primero | | | | Hato Rey | PR | 00914-2424 |