**<u>EXHIBIT L</u>**

**<u>EXHIBIT L</u>**

| | |
|---|---|
| From: | Segal, Steven <SSegal@KRAMERLEVIN.com> |
| Sent: | Wednesday, July 25, 2018 1:31 AM |
| To: | Brownstein, David M ; 'Green, Thomas H '; Possinger, Paul V.; Bienenstock, Martin J.; Barak, Ehud |
| Cc: | Caton, Amy; Mayer, Thomas Moers; Byowitz, Alice J. |
| Subject: | PREPA: Preliminary RSA |
| Attachments: | KL2-#3082885-v1-Preliminary_RSA.DOCX; KL2-#3082886-v1-PREPA_Recovery_Plan_Term_Sheet.doc |
| Follow Up Flag: | Flag for follow up |
| Flag Status: | Flagged |

SUBJECT TO F.R.E. RULE 408 AND SIMILAR RULES

Martin, Paul, Ehud, Tom and David –

As a follow-up to your conversations with Amy, attached please find a draft Preliminary RSA and an accompanying term sheet that reflects the terms we have been discussing. As its name suggests, we view this RSA as a short term bridge to a complete RSA. Accordingly, we have kept it as very bare bones as it will not serve as precedent for, and will be fully superseded by, a complete RSA in the near term.

We would like to finalize and sign-up this preliminary RSA as soon as possible.

Best regards,

Steven


Steven Segal
Associate

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, New York 10036
T 212.715.9352   F 212.715.8170
ssegal@kramerlevin.com

Bio

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.