**EXHIBIT S**

Message

| | |
|---|---|
| **From**: | natalie.jaresko@promesa.gov [natalie.jaresko@promesa.gov] |
| **Sent**: | 1/11/2019 12:39:36 PM |
| **To**: | Brownstein, David M [david.m.brownstein@citi.com] |
| **CC**: | Kyle Rifkind [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1fe12b7c07eb4c4881006ed3e02c7c10-kyle.rifkin] |
| **Subject**: | Re: Prepa |

I had hoped we made clear the extension was to discuss plan A.....

Sent from my iPhone

> On Jan 11, 2019, at 8:38 AM, Brownstein, David M <david.m.brownstein@citi.com> wrote:
>
> Yes, I did. The issue now of course being that we requested and received and extension although we told them we really didn't see the ability to get to a deal. So there in lies the reason they are now asking if we can meet.
>
>
> Sent with BlackBerry Work
> (www.blackberry.com)
>
> From: [promesa.gov] Natalie Jaresko <natalie.jaresko@promesa.gov<mailto:natalie.jaresko@promesa.gov>>
> Date: Friday, Jan 11, 2019, 1:29 PM
> To: Brownstein, David M [ICG-MKTS] <db23219@imcnam.ssmb.com<mailto:db23219@imcnam.ssmb.com>>
> Cc: Kyle Rifkind <kyle.rifkind@promesa.gov<mailto:kyle.rifkind@promesa.gov>>
> Subject: Re: Prepa
>
> I'm confused.  You told me to tell them no, won't meet as long as we are discussing plan A.
>
>
> Sent from my iPhone
>
>> On Jan 11, 2019, at 8:28 AM, Brownstein, David M <david.m.brownstein@citi.com> wrote:
>>
>> Members of the Ad Hoc group are hoping they can come down and sit down with us and explain how they would see a Plan B working. Could you make time next week? While there are good reasons to hold them off, it probably also couldn't hurt for us to hear the idea. They have asked if we could do dinner on Wednesday.
>>
>>
>> Sent with BlackBerry Work
>> (https://urldefense.proofpoint.com/v2/url?u=http-3A__www.blackberry.com&d=DwIGaQ&c=j-EkbjBYwkAB4f8ZbVn1Fw&r=VekA5VDGgvOHyv1BvD6yujdwmKDnL6Er7mktx6qDQhk&m=ugmxPKrG9FjjYdHCx1K-VVUyABCoQR575iAO-oDYYDE&s=COmdySi45G2qZL_z4yl50qHjPeujPvxe7a-wMsvhhlM&e=)
> CONFIDENTIALITY NOTE: This electronic transmission contains information belonging to the Financial Oversight and Management Board for Puerto Rico, its subsidiaries and/or affiliates, which is confidential and/or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail or telephone that this message has been inadvertently transmitted to you and delete this e-mail from your system. If you have received this transmission in error, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of the information is strictly prohibited. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful.