## **EXHIBIT A**

**Schedule of Claims Subject to the Forty-Fifth Omnibus Objection**

**Forty-Fifth Omnibus Objection**
**Exhibit A - Incorrect Debtor + Deficient**

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | FUTURE HABITAT INC<br>P.O BOX 1447<br>SABANA HOYOI, PR 00688 | 48810 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | Undetermined* | Puerto Rico Electric Power Authority | Unsecured | Undetermined* |

Reason: Proof of claim purports to asserts liabilities of an undetermined amount against ERS, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Puerto Rico Electric Power Authority. In addition, claimant purports to assert, in part, liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against ERS based on bonds issued by another of the Debtors. In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | FUTURE HABITAT, INC<br>PO BOX 1447<br>SABANA HOYOS, PR 00688 | 33889 | Puerto Rico Highways and Transportation Authority | Unsecured | Undetermined* | Puerto Rico Electric Power Authority | Unsecured | Undetermined* |

Reason: Proof of claim purports to asserts liabilities of an undetermined amount against HTA, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Puerto Rico Electric Power Authority. In addition, claimant purports to assert, in part, liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against HTA based on bonds issued by another of the Debtors. In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or bond(s) not issued by HTA or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | GUJAVARTY, KRISHNA<br>49 DOLPHIN LANE EAST<br>COPIAGUE, NY 11726 | 4501 | Puerto Rico Highways and Transportation Authority | Unsecured | $40,328.00 | Commonwealth of Puerto Rico | Unsecured | $25,000.00 |

Reason: Proof of claim purports to asserts liabilities of $25,000 against HTA, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Commonwealth of Puerto Rico. In addition, claimant purports to assert, in part, liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against HTA based on bonds issued by another of the Debtors.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | ORTIZ RAMIREZ DE ARELLANO, CECILE<br>WASHINGTON 65<br>CONDADO<br>SAN JUAN, PR 00907-2106 | 6039 | Puerto Rico Highways and Transportation Authority | Unsecured | $4,033,100.00* | Commonwealth of Puerto Rico | Unsecured | $190,000.00* |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | $210,000.00* |
| | | | | | | Subtotal | | $400,000.00* |

Reason: Proof of claim purports to asserts liabilities of $400,000 against HTA, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Puerto Rico Electric Power Authority for $210,000 and Puerto Rico Electric Power Authority for $190,000. In addition, claimant purports to assert, in part, liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against HTA based on bonds issued by another of the Debtors. In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or bond(s) not issued by HTA or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors. In addition, proof of claim purports to assert, in part, liabilities associated with bond(s) and/or money loaned but fails to provide any basis or supporting documentation for asserting a claim against HTA, such that the Debtors are unable to determine whether claimant has a valid claim against HTA or any of the other Title III debtors.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | ORTIZ RAMIREZ DE ARELLANO, CECILE<br>WASHINGTON 65<br>CONDADO<br>SAN JUAN, PR 00907-2106 | 6142 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $4,033,100.00* | Commonwealth of Puerto Rico | Unsecured | $190,000.00* |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | $210,000.00* |
| | | | | | | Subtotal | | $400,000.00* |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Forty-Fifth Omnibus Objection
### Exhibit A - Incorrect Debtor + Deficient

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | Reason: Proof of claim purports to asserts liabilities of $400,000 against ERS, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Puerto Rico Electric Power Authority for $210,000 and Commonwealth of Puerto Rico for $190,000. In addition, claimant purports to assert, in part, liability associated with bonds issued by the Puerto Rico Sales Tax Financing Corporation ("COFINA") and failed to provide a basis for asserting a claim against ERS based on bonds issued by another of the Debtors. In addition, claimant purports to assert, in part, liabilities associated with mutual funds and/or bond(s) not issued by ERS or any of the other Title III debtors, and fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors. In addition, proof of claim purports to assert, in part, liabilities associated with bond(s) and/or money loaned but fails to provide any basis or supporting documentation for asserting a claim against ERS, such that the Debtors are unable to determine whether claimant has a valid claim against ERS or any of the other Title III debtors. | | | | | | | |
| 6 | ROLLIN, STEVEN L<br>3716 COVERT RD<br>WATERFORD, MI48328 | 2602 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Unsecured | $45,000.00 | Puerto Rico Electric Power Authority | Unsecured | $40,000.00 |
| | Reason: Proof of claim purports to asserts liabilities of $40,000 against ERS, but the proof of claim, supporting documentation, and/or review of the CUSIP information for the bond(s) at issue show that any liability for this portion of the claim would lie, if at all, under Puerto Rico Electric Power Authority.  In addition, claimant purports to assert, in part, liability associated with bonds issued by HTA and failed to provide a basis for asserting a claim against ERS based on bonds issued by another of the Debtors. | | | | | | | |

## Cuadragésima Quinta Objeción Colectiva
**Anexo A - Reclamaciones contra el Deudor Incorrecto y Deficientes**

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS DEUDOR | FORMULADAS ESTADO DE PRIORIDAD | FORMULADAS IMPORTE | CORREGIDO DEUDOR | CORREGIDO ESTADO DE PRIORIDAD | CORREGIDO IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 1 | FUTURE HABITAT INC<br>P.O BOX 1447<br>SABANA HOYOI, PR 00688 | 48810 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |

Base para: La evidencia de reclamación pretende reclamar obligaciones por un monto indeterminado contra el ERS, pero la evidencia de reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a bonos emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") pero omite proporcionar un fundamento para formular una reclamación contra el ERS, fundada en bonos emitidos por otro de los Deudores. Asimismo, el demandante pretende reclamar, en parte, una obligación vinculada a fondos mutuos y/o uno o más bonos no emitidos por el ERS o por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el ERS, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el ERS o contra cualquier otro de los deudores al amparo del Título III.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 2 | FUTURE HABITAT, INC<br>PO BOX 1447<br>SABANA HOYOS, PR 00688 | 33889 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | Indeterminado* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | Indeterminado* |

Base para: La evidencia de reclamación pretende reclamar obligaciones por un monto indeterminado contra la HTA, pero la evidencia de reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a bonos emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") pero omite proporcionar un fundamento para formular una reclamación contra la HTA, fundada en bonos emitidos por otro de los Deudores. Asimismo, el demandante pretende reclamar, en parte, una obligación asociada a fondos mutuos y/o uno o más bonos no emitidos por la HTA o por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra la HTA, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra la HTA o contra cualquier otro de los deudores al amparo del Título III.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
|---|---|---|---|---|---|---|---|---|
| 3 | GUJAVARTY, KRISHNA<br>49 DOLPHIN LANE EAST<br>COPIAGUE, NY 11726 | 4501 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $40,328.00 | El Estado Libre Asociado de Puerto Rico | No Garantizada | $25,000.00 |

Base para: La evidencia de reclamación pretende plantear una obligación de $25,000.00 contra la HTA, pero la evidencia de reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre el Estado Libre Asociado de Puerto Rico. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a bonos emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") pero omite proporcionar un fundamento para formular una reclamación contra la HTA, fundada en bonos emitidos por otro de los Deudores.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadragésima Quinta Objeción Colectiva
### Anexo A - Reclamaciones contra el Deudor Incorrecto y Deficientes

| | NOMBRE | N.º DE RECLAMACIÓN | FORMULADAS | | | CORREGIDO | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| 4 | ORTIZ RAMIREZ DE ARELLANO, CECILE<br>WASHINGTON 65<br>CONDADO<br>SAN JUAN, PR 00907-2106 | 6039 | Autoridad de Carreteras y Transportación de Puerto Rico | No Garantizada | $4,033,100.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $210,000.00* |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $190,000.00* |
| | | | | | | | Subtotal | $400,000.00* |

Base para: La evidencia de reclamación pretende plantear una obligación de $400,000 contra la HTA, pero la evidencia de reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico y sobre la Autoridad de Energía Eléctrica de Puerto Rico por las sumas de $210,000 y $190,000, respectivamente. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a bonos emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") pero omite proporcionar un fundamento para formular una reclamación contra la HTA, fundada en bonos emitidos por otro de los Deudores. Asimismo, el demandante pretende reclamar, en parte, una obligación asociada a fondos mutuos y/o uno o más bonos no emitidos por la HTA o por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra la HTA, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra la HTA o contra cualquier otro de los deudores al amparo del Título III. Asimismo, la evidencia de reclamación pretende invocar, en parte, una obligación vinculada a uno o más bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra la HTA, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra la HTA o contra cualquier otro de los deudores al amparo del Título III.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 5 | ORTIZ RAMIREZ DE ARELLANO, CECILE<br>WASHINGTON 65<br>CONDADO<br>SAN JUAN, PR 00907-2106 | 6142 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $4,033,100.00* | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $210,000.00* |
| | | | | | | El Estado Libre Asociado de Puerto Rico | No Garantizada | $190,000.00* |
| | | | | | | | Subtotal | $400,000.00* |

Base para: La evidencia de reclamación pretende plantear una obligación de $400,000 contra el ERS, pero la evidencia de reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico y sobre el Estado Libre Asociado de Puerto Rico por las sumas de $210,000 y $190,000, respectivamente. Además, el demandante pretende reclamar, en parte, obligaciones asociadas a bonos emitidos por la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") pero omite proporcionar un fundamento para formular una reclamación contra el ERS, fundada en bonos emitidos por otro de los Deudores. Asimismo, el demandante pretende reclamar, en parte, una obligación vinculada a fondos mutuos y/o uno o más bonos no emitidos por el ERS o por ninguno de los otros deudores al amparo del Título III, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el ERS, de modo que los Deudores se ven impedidos de determinar si el demandante posee o no una reclamación válida contra el ERS o contra cualquier otro de los deudores al amparo del Título III. Además, la evidencia de reclamación pretende invocar, en parte, obligaciones asociadas a uno o más bonos y/o fondos tomados en préstamo, pero omite proporcionar un fundamento o documentación de respaldo para formular una reclamación contra el ERS, de modo tal que los Deudores se ven impedidos de determinar la validez de una reclamación contra el ERS o contra cualquier otro de los deudores al amparo del Título III.

| | NOMBRE | N.º DE RECLAMACIÓN | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE | DEUDOR | ESTADO DE PRIORIDAD | IMPORTE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 6 | ROLLIN, STEVEN L<br>3716 COVERT RD<br>WATERFORD, MI 48328 | 2602 | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | No Garantizada | $45,000.00 | Autoridad de Energía Eléctrica de Puerto Rico | No Garantizada | $40,000.00 |

Base para: La evidencia de reclamación pretende plantear una obligación de $40,000 contra el ERS, pero la evidencia de reclamación, la documentación de respaldo y/o la revisión de la información del CUSIP del/de los bonos en disputa indican que cualquier obligación relativa a esta parte de la reclamación recaería, si fuere el caso, sobre la Autoridad de Energía Eléctrica de Puerto Rico. Asimismo, el demandante pretende reclamar, en parte, obligaciones asociadas a bonos emitidos por la HTA, pero omite proporcionar un fundamento para formular una reclamación contra el ERS fundada en los bonos emitidos por otro de los Deudores.

\* Indica que la reclamación contiene montos por liquidar o indeterminados