UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>                              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth** |

ORDER GRANTING FIFTY-NINTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO DUPLICATE BOND CLAIMS (DOCKET ENTRY NO. 7292)

Upon the *Fifty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate Bond Claims* (Docket Entry No. 7292, the "Fifty-Ninth Omnibus Objection"),[2] dated June 6, 2019, of the Commonwealth of Puerto Rico ("Commonwealth"), for entry of an order disallowing in part certain claims filed against the Commonwealth, as more fully set forth in the Fifty-Ninth Omnibus Objection and supporting exhibits thereto; and the Court

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Fifty-Ninth Omnibus Objection.

having jurisdiction to consider the Fifty-Ninth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Fifty-Ninth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in the column titled "Asserted" in Exhibit A to the Fifty-Ninth Omnibus Objection (the "Duplicate Bond Claims") being partially duplicative of one or more Master Claims; and the Court having determined that the relief sought in the Fifty-Ninth Omnibus Objection is in the best interest of the Commonwealth, its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Fifty-Ninth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Fifty-Ninth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Duplicate Bond Claims listed in the English version of Exhibit A are hereby disallowed to the extent the claims are duplicative of one or more Master Claims; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the duplicative portions of the Duplicate Bond Claims from the official claims register in the Commonwealth Title III Case; and it is further

ORDERED that the claimants will each retain a remaining claim in the Commonwealth Title III Case, as identified in the column titled "Corrected" in Exhibit A to the Fifty-Ninth Omnibus Objection (collectively, the "Remaining Clams"); and it is further

ORDERED that the Debtors' right to object to the Remaining Claims in the Commonwealth Title III Case is reserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: August 8, 2019        /s/ Laura Taylor Swain
　　　　　　　　　　　　　　　HONORABLE LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE