IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>                      Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL**

      PLEASE TAKE NOTICE that Cesar A. Lopez-Morales hereby respectfully withdraws his appearance as counsel of record for the United States in Adv. Proc. No. 17-0228-LTS and 18-041-LTS and in the above-captioned Title III case, and requests removal from service of any further pleadings in connection with these matters. Effective August 10, 2019, the undersigned will no longer be employed by or otherwise affiliated with the U.S. Department of Justice, counsel of record for the United States in the above-entitled matters. The appearances by other Department of Justice attorneys are unaffected by this request.

Dated: August 9, 2019

                                        Respectfully submitted,

                                        /s/ *Cesar A. Lopez-Morales*
                                        CESAR A. LOPEZ-MORALES (USDC-PR

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

No. G02704)
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100L Street, N.W.
Washington, D.C. 20530
(202) 305-8550 (office)
Cesar.a.lopez-morales@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of August 2019, I caused a true and correct copy of the foregoing Notice to be filed with the Clerk of the Court using the CM/ECF system which will generate electronic notification to all CM/ECF participants in these cases.

      /s/ *Cesar A. Lopez-Morales*
      CESAR A. LOPEZ-MORALES