## CERTIFICATE OF SERVICE

I have caused to be mailed a copy of (1) "[Further Response to Docket 4417 in Accordance with Docket #7113 – Relating to Claim No. 10701] Response Of Individual COFINA Bondholder (Claim No. 10701) To COFINA's Supplement To Its "Thirteenth Omnibus Objection (Non-Substantive) To Duplicate Claims", by email to (i) attorneys at the law firms specified to receive notice in the Thirteenth Omnibus Objection (Docket #4417-4-page-6-of-14), and (ii) to each of the other parties or their attorneys on the attached service list pages.

Dated: August 8, 2019

                                                                                                  Peter C. Hein

Proskauer Rose LLP
11 Times Square
New York, NY 10036

Attn: Martin J. Bienenstock, Esq. (mbienenstock@proskauer.com)
Brian Rosen, Esq. (brosen@proskauer.com)
Paul V. Possinger, Esq. (ppossinger@proskauer.com)
Ehud Barak, Esq. (ebarak@proskauer.com)
Maja Zerjal, Esq. (mzerjal@proskauer.com)

Paul Hastings LLP
200 Park Ave.
New York, NY 10166

Attn: Luc A. Despins, Esq. (lucdespins@paulhastings.com)
James Bliss, Esq. (jamesbliss@paulhastings.com)
Andrew V. Tenzer, Esq. (andrewtenzer@paulhastings.com)
Michael E. Comerford, Esq. (michaelcomerford@paulhastings.com)
James Worthington, Esq. (jamesworthington@paulhastings.com)
G. Alexander Bongartz, Esq. (alexbongartz@paulhastings.com)

**From:** PeterCHeinSr@gmail.com [mailto:PeterCHeinSr@gmail.com]
**Sent:** Monday, July 22, 2019 2:14 AM
**To:** 'mbienenstock@proskauer.com'; 'brosen@proskauer.com'; 'ppossinger@proskauer.com'; 'ebarak@proskauer.com'; 'mzerjal@proskauer.com'; 'lucdespins@paulhastings.com'; 'jamesbliss@paulhastings.com'; 'andrewtenzer@paulhastings.com'; 'michaelcomerford@paulhastings.com'; 'jamesworthington@paulhastings.com'; 'alexbongartz@paulhastings.com'; 'mbienenstock@proskauer.com'; 'brosen@proskauer.com'; 'ppossinger@proskauer.com'; 'ebarak@proskauer.com'; 'mzerjal@proskauer.com'; 'lucdespins@paulhastings.com'; 'jamesbliss@paulhastings.com'; 'andrewtenzer@paulhastings.com'; 'michaelcomerford@paulhastings.com'; 'jamesworthington@paulhastings.com'; 'alexbongartz@paulhastings.com'
**Cc:** 'Peter C. Hein'

**From:** petercheinsr@gmail.com [mailto:petercheinsr@gmail.com]
**Sent:** Monday, July 22, 2019 2:18 AM
**To:** Gerardo.Portela@aafaf.pr.gov; Mohammad.Yassin@aafaf.pr.gov; jrapisardi@omm.com; suhland@omm.com; pfriedman@omm.com; mitchelln@omm.com; mdiconza@omm.com; lmarini@mpmlawpr.com; cvelaz@mpmlawpr.com; malvarez@mpmlawpr.com; mbienenstock@proskauer.com; ppossinger@proskauer.com; herman.bauer@oneillborges.com; ebarak@proskauer.com; mzerjal@proskauer.com; lucdespins@paulhastings.com; jamesbliss@paulhastings.com; jamesworthington@paulhastings.com; alexbongartz@paulhastings.com; jcasillas@cstlawpr.com; dbatlle@cstlawpr.lcom; aaneses@cstlawpr.com; emontull@cstlawpr.com; rgordon@jenner.com; rlevin@jenner.com; csteege@jenner.com; ajb@bennazar.org; Monsita.lecaroz@usdoj.gov; ustp.region21@usdoj.gov
**Cc:** 'Peter C. Hein'

**From:** petercheinsr@gmail.com [mailto:petercheinsr@gmail.com]
**Sent:** Monday, July 22, 2019 2:20 AM
**To:** 'Goldstein, Irena'; DFioccola@mofo.com; kurt.mayr@bracewell.com; rachel.goldman@bracewell.com; david.ball@bracewell.com; david.lawton@bracewell.com; shannon.wolf@bracewell.com; susheelkirpalani@quinnemanuel.com; marcia.goldstein@weil.com; kelly.diblasi@weil.com; gabriel.morgan@weil.com; jonathan.polkes@weil.com; gregory.silbert@weil.com; jared.friedmann@weil.com; AMiller@milbank.com; GMainland@milbank.com; dburke@robbinsrussell.com; mstancil@robbinsrussell.com; donald.bernstein@davispolk.com; brian.resnick@davispolk.com; angela.libby@davispolk.com; JPeck@mofo.com; GLee@mofo.com; gesposito@mofo.com; mark.ellenberg@cwt.com; ACaton@kramerlevin.com; TMayer@kramerlevin.com; NBello@kramerlevin.com; BOneill@kramerlevin.com; kzeituni@paulweiss.com; arosenberg@paulweiss.com; DBuckley@kramerlevin.com; jeff.bjork@lw.com; christopher.harris@lw.com; adam.goldberg@lw.com; liza.burton@lw.com; Casey.Servais@cwt.com; Csteege@jenner.com; rgordon@jenner.com; lralford@jenner.com; deborahnewman@quinnemanuel.com; dblabey@kramerlevin.com; 'Bassett, Nicholas'; 'Bliss, James R.'; APapalaskaris@brownrudnick.com; SBeville@brownrudnick.com; EWeisfelner@brownrudnick.com; TAxelrod@brownrudnick.com; 'Peter Hein'; RSierra@brownrudnick.com; 'Despins, Luc A.'
**Cc:** 'Peter C. Hein'

**From:** petercheinsr@gmail.com [mailto:petercheinsr@gmail.com]
**Sent:** Monday, July 22, 2019 2:24 AM
**To:** agestrella@estrellallc.com; kcsuria@estrellallc.com; rrivera@jgl.com; lrobbins@robbinsrussell.com; hburgos@cabprlaw.com; rcasellas@cabprlaw.com; dperez@cabprlaw.com; howard.hawkins@cwt.com; bill.natbony@cwt.com; ellen.halstead@cwt.com; thomas.curtin@cwt.com; mpico@rexachpico.com; martin.sosland@butlersnow.com; jason.callen@butlersnow.com; gacarlo@carlo-altierilaw.com; loomislegal@gmail.com; dfioccola@mofo.com; jnewton@mofo.com; akissner@mofo.com; epo@amgprlaw.com; loliver@amgprlaw.com; robert.berezin@weil.com; jonathan.polkes@weil.com; gregory.silbert@weil.com; mfb@tcm.law; lft@tcm.law; jvankirk@tcm.law; tmayer@kramerlevin.com; acaton@kramerlevin.com; dbuckley@kramerlevin.com; rcamara@ferraiuoli.com; scolon@ferraiuoli.com; ddunne@milbank.com; aleblanc@milbank.com; amiller@milbank.com; gmainland@milbank.com
**Cc:** 'Peter C. Hein'