RECEIVED & FILED
2019 AUG -9 PM 2: 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.



STIC AND INTERNATIO
CE MAILING LABEL HE

Clerk's Office
United States District Court
Federal Building, Room 150
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767

$44.76
US POSTAGE
08/08/2019
From 10019
2 lbs 2 ozs
Zone 7
Pitney Bowes  026W0004897438
ComBasPrice
2076604879

**PRIORITY MAIL EXPRESS 1-DAY™**

Peter C. Hein
Wachtell Lipton Rosen & Katz
51 W 52nd St
New York NY 10019-6119

Scheduled Delivery Date: 08/09/2019

0007

WAIVER OF SIGNATURE

C018

THE CLERK OF THE U S DISTRICT COURT
UNITED STATES DISTRICT COURT OF PUERTO R
FEDERAL BUILDING, ROOM 150
150 AVE CHARDON
SAN JUAN PR 00918-1703

**USPS TRACKING #**

9470 1098 9864 1017 9269 42



GUARAN
GUARAN
USPS TRACKING™ INCLUDED
INSURANCE INCLUDED
PICKUP AVAILABLE
SIGNATURE INCLUDED UPON REQUEST

**PRIORITY ★ MAIL ★ EXPRESS™**
OUR FASTEST SERVICE IN THE U.S.