**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**JOINT URGENT MOTION BY AMBAC ASSURANCE CORPORATION,
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO
FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY,
SEEKING AN ORDER GRANTING AN ADJOURNMENT OF THE HEARING
ON THE PENSIONS DISCOVERY MOTIONS**

To the Honorable United States District Court Judge Judith Gail Dein:

Movant Ambac Assurance Corporation ("Ambac") and Respondents The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), and the Commonwealth of Puerto Rico (the "Commonwealth," and together with the Oversight Board and AAFAF, "Respondents"), by and through the Oversight Board as the Commonwealth's representative pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"),

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

respectfully submit this joint urgent motion (the "Joint Motion") for entry of an order, substantially in the form attached hereto as **Exhibit A**, granting an adjournment of the hearing on Ambac's *Motion To Compel Compliance with the Court's December 15, 2017 and February 26, 2018 Orders Regarding the Urgent Joint Motion of the Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., the Mutual Fund Group, and National Public Finance Guarantee Corporation for Order Authorizing Rule 2004 Examination* (Dkt. No. 7505) and *Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Pensions Liabilities* (Dkt. No. 7507) (together, the "Pensions Discovery Motions") to the September Omnibus Hearing, scheduled to take place on September 11, 2019. In support of the Joint Motion, the parties respectfully represent as follows:

## BACKGROUND

1. On June 18, 2019, Ambac filed the Pensions Discovery Motions (Dkt. Nos. 7505, 7507). On June 19, 2019, this Court referred Ambac's *Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 Concerning Pension Liabilities* to the Honorable Judith G. Dein pursuant to 28 U.S.C. § 636(b) (Dkt. No. 7514).

2. On July 9, 2019, Respondents filed their *Omnibus Opposition to the Pensions Discovery Motions* (Dkt. No. 7895) ("Opposition Brief").

3. On July 15, 2019, the parties jointly filed an urgent motion seeking an order (i) deferring consideration of the Pensions Discovery Motions to the July 30, 2019 hearing before the Honorable Judith G. Dein, in order to provide the parties with additional time to meet and confer regarding the requests; and (ii) extending the deadline for Ambac to file its reply to the Opposition Brief to July 23, 2019 (Dkt. No. 8007). On July 16, 2019, the Court granted the motion

2

(Dkt. No. 8017).

4. On July 23, 2019, Ambac submitted its reply in further support of the Pensions Discovery Motions (Dkt No. 8230) ("Reply Brief"). In the Reply Brief, Ambac represented that the parties agree that recent discussions among the parties have been in good faith and constructive, and stated that the parties had agreed to continue to meet and confer in order to determine whether they could reach further agreement regarding the scope of the requests.

5. On July 26, 2019, the parties jointly filed their second urgent motion seeking an order granting an adjournment of the hearing on the Pensions Discovery Motions in order to allow the Parties to continue to meet and confer (Dkt. No. 8271). On July 26, 2019, the Court granted the motion, adjourning the hearing on the Pensions Discovery Motions to August 15, 2019, and ordering the Parties to submit a joint status report to the Court on the remaining issues for adjudication on or before August 12, 2019 (Dkt. No. 8291).

6. As set forth in the parties' joint status report, filed concurrently with this Joint Motion, the parties continue to engage in good faith discussions in an attempt to narrow the remaining issues that require adjudication by this Court.

**RELIEF REQUESTED**

7. By this Joint Motion, the parties request an order granting an adjournment of the hearing on the Pensions Discovery Motions to the September Omnibus Hearing, scheduled to take place on **September 11, 2019**, in order to allow the parties to continue to meet and confer to determine whether the parties can reach further agreement regarding the scope of the requests.

8. Pursuant to Paragraph 1.H of the *Tenth Amended Notice, Case Management and Administrative Procedures* (Case No. 17 BK 3283-LTS, ECF No. 8027-1), the parties hereby certify that they have carefully examined the matter and concluded that there is a true need for an

3

urgent motion; have not created the urgency through any lack of due diligence; have made bona fide effort to resolve the matter without a hearing; have made reasonable, good-faith communications in an effort to resolve or narrow the issues that are being brought to the Court; and have conferred with counsel for the Oversight Board, and no party opposes the relief requested herein.

9. This is the parties' third request for an adjournment of the hearing on the Pensions Discovery Motions.

Dated: August 12, 2019
       San Juan, Puerto Rico

**FERRAIUOLI LLC**

By: /s/ *Roberto Cámara-Fuertes*
    Roberto Cámara-Fuertes (USDC-PR No. 219002)
    Sonia Colón (USDC-PR No. 213809)
    221 Ponce de León Avenue, 5th Floor
    San Juan, PR 00917
    Telephone: (787) 766-7000
    Facsimile: (787) 766-7001
    Email: rcamara@ferraiuoli.com
           scolon@ferraiuoli.com

**MILBANK LLP**

By: /s/ *Atara Miller*
    Dennis F. Dunne
    Andrew M. Leblanc
    Atara Miller
    Grant R. Mainland
    (admitted *pro hac vice*)
    55 Hudson Yards
    New York, NY 10001
    Telephone: (212) 530-5000
    Facsimile: (212) 530-5219
    Email: ddunne@milbank.com
          aleblanc@milbank.com
          amiller@milbank.com
          gmainland@milbank.com

***Attorneys for Ambac Assurance Corporation***

/s/ *Margaret A. Dale*
Martin J. Bienenstock
Stephen L. Ratner
Timothy W. Mungovan
Paul V. Possinger
Margaret A. Dale
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

/s/ *Hermann D. Bauer*
Hermann D. Bauer (USDC No. 215205)
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

/s/ *John J. Rapisardi*
John J. Rapisardi
(Admitted *Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

Peter Friedman
(Admitted *Pro Hac Vice*)
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414

Elizabeth L. McKeen
Ashley M. Pavel
(Admitted *Pro Hac Vice*)
610 Newport Center Drive
17th Floor
Newport Beach, California 92660
Tel: (949) 823-6900
Fax: (949) 823-6994
*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

/s/ *Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Email: lmarini@mpmlawpr.com
*/s/ Carolina Velaz-Rivero*
Carolina Velaz-Rivero
USDC No. 300913
E:mail: cvelaz@mpmlawpr.com

MARINI PIETRANTONI MUÑIZ LLC
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, Puerto Rico 00917
Tel: (787) 705-2171
Fax: (787) 936-7494

*Co-Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

6

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date a true and exact copy of this notice was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.

/s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)