UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>               Debtors.[1] | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>               Plaintiff,<br><br>  v.<br><br>HON. RICARDO ANTONIO ROSSELLÓ NEVARES and THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY,<br><br>               Defendants. | Adv. Pro. No. 19-00393-LTS |

ORDER SETTING BRIEFING IN CONNECTION WITH
ADJOURNMENT REQUEST FOR HEARING ON MOTION TO DISMISS

      The Court has received and reviewed the *Opposed Urgent Motion Regarding Further Adjournment of Hearing on Motion to Dismiss* (Docket Entry No. 8449 in Case No. 17-

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3283 and Docket Entry No. 54 in Adversary Proceeding No. 19-00393, the "Motion"), filed by the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF").  In the Motion, AAFAF states that it will "be holding a meeting with Governor [Wanda Vázquez Garced] on August 14, 2019 at 3:30 p.m. (AST) to discuss Act 29, the PROMESA section 204 process and this adversary proceeding."  (Mot. ¶ 8.)

In order to avoid a reply period that interferes with AAFAF's meeting with Governor Vásquez, the briefing schedule set forth in the *Order Granting Opposed Urgent Motion Regarding Adjournment of Hearing on Motion to Dismiss* (Docket Entry No. 8397 in Case No. 17-3283 and Docket Entry No. 53 in Adversary Proceeding No. 19-00393) is modified to the extent provided herein.  The Oversight Board must file its opposition, if any, to the Motion by **August 14, 2019, at 10:00 a.m. (Atlantic Standard Time)**, and any reply must be filed by **August 14, 2019, at 12:00 p.m. (Atlantic Standard Time)**.  The Court will thereafter take the adjournment request on submission.

SO ORDERED.

Dated: August 13, 2019

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge