UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**CONSENT TO WITHDRAWAL OF RESPONSE FILED BY CLAIMANT RAFAEL F. CASTRO-LANG TO OBJECTION OF EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO**

I, Rafael F. Castro-Lang, (the "Claimant") filed a claim against Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") on or about 05/26/2018 (the "Claim"), which was logged by Prime Clerk LLC as Proof of Claim No. 23624. On 06/06/2019, ERS filed an objection to the Claim (the "Objection"). *See Debtor's Omnibus Objection to Claims Thirty-Ninth Omnibus Objection (Non-Substantive)* (ECF No. 7248). On 06/12/2019, I timely filed a response (the "Response") to the Objection. *See Response to Debtor's Objection to Claims (Number(s) 23624)* (ECF No. 7584).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

I have discussed the Objection and Response with one or more representatives of the Financial Oversight and Management Board (the "Oversight Board") and, based upon our discussion, understand the reasoning set forth in the Objection, and agree to withdraw the Response. I hereby authorize the Oversight Board to file this consent to notify the Court of my agreement to withdraw the Response.

Date: 7/23/19

Signature: [signature]

Print Name: Rafael Costo Lang

Print Address: P.O. Box 9023222, San Juan, P.R. 00902