# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO**<br><br>as representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO, ET AL**<br><br>DEBTORS | PROMESA<br>Title III<br><br>No. 17 BK 3283-(LTS)<br><br>(Jointly Administered) |
| **THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS**<br><br>AND<br><br>**THE OFFCIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO**<br><br>AS CO-TRUSTEES RESPECTIVELY, OF<br><br>**THE COMMONWEALTH OF PUERTO RICO**<br><br>PLAINTIFFS<br><br>V.<br><br>**EASTERN AMERICA INSURANCE AGENCY**<br><br>DEFENDANTS | |

**NOTICE OF APPEARANCE**

**TO THE HONORABLE COURT:**

**COMES NOW**, EASTERN AMERICA INSURANCE AGENCY, through the undersigned attorney and very respectfully states and prays as follows:

1. Appearing co-defendant was served with a summons and copy of the complaint.

2. The undersigned has been designated by appearing defendant to assume its legal defense.

3. According to the Order Regarding Stay Period and Mandatory Mediation issued on July 24, 2019, which orders the stay of the adversary proceedings through November 30, 2019 and grants 30 days after the termination of the Stay to answer the complaint, the appearing party respectfully requests from this Honorable Court to accept the undersigned as defendant's attorney and note that on or before December 30, 2019 an answer to the complaint will be filed.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above mentioned, and, accordingly, accept the undersigned as defendant's attorney and grant until December 30, 2019, to file the answer to the complaint.

**IT IS CERTIFIED** that on this same date a true and exact copy of this motion has been filed and notified to all the appearing parties through the Court's CMF/ECF system.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this June 12, 2019

s/ *Roberto del Toro Morales*
**ROBERTO DEL TORO MORALES**
**USDC-PR #214402**
**P.O. Box 11155**
**San Juan, Puerto Rico 00922-1155**
**Telephone: (787) 783-2550**
**Fax: (787) 620-4220**
**rtoro@universalpr.com**

2