UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>  Debtors.[1] | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  Plaintiff,<br><br>  v.<br><br>HON. RICARDO ANTONIO ROSSELLÓ NEVARES and THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY,<br><br>  Defendants. | Adv. Pro. No. 19-00393-LTS |

ORDER REGARDING ADJOURNMENT REQUEST AND CONFERRAL REQUIREMENT

The Court has received and reviewed *The Financial Oversight and Management Board for Puerto Rico's Opposition to Defendants' Opposed Urgent Motion Regarding Further Adjournment of Hearing on Motion to Dismiss* (Docket Entry No. 58 in Adversary Proceeding

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

No. 19-00393, the "Opposition"), filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board").  In its Opposition, the Oversight Board represents that it "offered to consent to Defendants' request for a further adjournment if [the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") and the Governor, collectively the "Defendants"] would agree to refrain from enforcing Law 29 and the joint resolutions until the ruling on the hearing on Defendants['] pending motion to dismiss, while collecting and holding the moneys required prior to enactment of Law 29."  (Opp. at 3.)  The Oversight Board also represents that "Defendants did not accept the Oversight Board's offer."  (Id.)

The Oversight Board and Defendants are hereby ordered to promptly meet and confer further in good faith concerning a stay of the enforcement of Law 29 and the joint resolutions, and the sequestration of the funds in question, pending the determination of the motion to dismiss.  Defendants' reply submission must explain whether Defendants agree to condition a further adjournment on such stay and sequestration.  In light of this additional conferral requirement, Defendants' deadline to file a reply is hereby extended to **1:00 p.m. (Atlantic Standard Time) on August 14, 2019**.

SO ORDERED.

Dated: August 14, 2019

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge