UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>                    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS |

ORDER EXTENDING DEADLINES APPLICABLE TO FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD AND AAFAF'S MOTION PURSUANT TO
FED. R. CIV. P. 12(B)(6) TO DISMISS INSURERS' MOTION FOR RELIEF FROM THE
AUTOMATIC STAY TO SEEK APPOINTMENT OF A RECEIVER (ECF NO. 1233)

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon consideration of the urgent joint motion (Docket Entry No. 8448 in Case No. 17-3283 and Docket Entry No. 1585 in Case No. 17-4780, the "Urgent Motion") of the Financial Oversight and Management Board for Puerto Rico ("Oversight Board"), the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), National Public Finance Guarantee Corporation ("National"), Assured Guaranty Corp. and Assured Guaranty Municipal Corp. ("Assured"), and Syncora Guarantee Inc. ("Syncora") (collectively, the "Parties"), and the Court having found good cause to grant the relief requested therein, it is

HEREBY ORDERED THAT:

1. The Urgent Motion is GRANTED as set forth herein.

2. With respect to the Oversight Board and AAFAF's motion pursuant to Fed. R. Civ. P. 12(b)(6) (Docket Entry No. 1233 in Case No. 17-4780, the "Dismissal Motion") to dismiss the motion by National, Assured, and Syncora for relief from the automatic stay to seek appointment of a receiver, the following schedule applies:

| Event | Date |
|---|---|
| Deadline for filing objections to the Dismissal Motion | **August 28, 2019** |
| Deadline for filing replies to the Dismissal Motion | **September 25, 2019** |
| Hearing on the Dismissal Motion in connection with the Omnibus Hearing | **Same day as the hearing on the 9019 Motion** |

3. This Order resolves Docket Entry No. 8448 in Case No. 17-3283 and Docket Entry No. 1585 in Case No. 17-4780.

SO ORDERED.

Dated: August 14, 2019

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge