UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors.[1] | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   Plaintiff,<br><br>   v.<br><br>HON. RICARDO ANTONIO ROSSELLÓ NEVARES and THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY,<br><br>   Defendants. | Adv. Pro. No. 19-00393-LTS |

ORDER DENYING ADJOURNMENT REQUEST

   Before the Court is the *Opposed Urgent Motion Regarding Further Adjournment of Hearing on Motion to Dismiss* (Docket Entry No. 8449 in Case No. 17-3283 and Docket Entry No. 54 in Adv. Proc. No. 19-393, the "Urgent Motion"). The Court has reviewed carefully the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Urgent Motion, as well as *The Financial Oversight and Management Board for Puerto Rico's Opposition to Defendants' Opposed Urgent Motion Regarding Further Adjournment of Hearing on Motion to Dismiss* (Docket Entry No. 58 in Adv. Proc. No. 19-393) and *Defendants' Reply in Support of Opposed Urgent Motion Regarding Further Adjournment of Hearing on Motion to Dismiss* (Docket Entry No. 8465 in Case No. 17-3283 and Docket Entry No. 60 in Adv. Proc. No. 19-393).

The Court recognizes the need for Governor Vázquez Garced to consider carefully the issues raised in this adversary proceeding. Nevertheless, given the delays that would be inherent in any further adjournment of the hearing on the motion to dismiss, the Urgent Motion is denied. Argument will be heard as previously scheduled on **August 15, 2019 at 2:00 p.m.** (Atlantic Standard Time).

SO ORDERED.

Dated: August 14, 2019

 /s/ Laura Taylor Swain  
LAURA TAYLOR SWAIN  
United States District Judge