**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

```
-------------------------------------------------------- x
                                                         :
                                                         :
 In re                                                   :
                                                         :   PROMESA
 THE FINANCIAL OVERSIGHT AND                             :   Title III
 MANAGEMENT BOARD FOR PUERTO RICO,                       :
                                                         :
     as representative of                                :   Case No. 17-BK-3283 (LTS)
                                                         :
 THE COMMONWEALTH OF PUERTO RICO,                        :   (Jointly Administered)
 et al.,¹                                                :
                                                         :
     Debtors.                                            :
                                                         :
-------------------------------------------------------- x
                                                         :
 In re                                                   :
                                                         :
                                                         :   PROMESA
 THE FINANCIAL OVERSIGHT AND                             :   Title III
 MANAGEMENT BOARD FOR PUERTO RICO,                       :
                                                         :
     as representative of                                :   Case No. 17-BK-04780 (LTS)
                                                         :
 PUERTO RICO ELECTRIC POWER                              :   Court Filing Relates Only to PREPA
 AUTHORITY (PREPA),                                      :
                                                         :
     Debtor.                                             :
                                                         :
-------------------------------------------------------- x
```

**URGENT JOINT MOTION FOR ORDER MODIFYING
BRIEFING SCHEDULE IN CONNECTION WITH URGENT
MOTION TO COMPEL DISCOVERY RESPONSES IN CONNECTION
<u>WITH PREPA RSA SETTLEMENT MOTION</u>**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

To the Honorable United States Magistrate Judge Judith Gail Dein:

Cortland Capital Market Services LLC ("Cortland" or the "Agent"), as successor administrative agent for lenders under the Credit Agreement, dated as of May 4, 2012, among PREPA, Scotiabank, and the lenders party thereto (as amended, the "Scotiabank Credit Agreement"), and SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD and Ultra NB LLC (collectively, "Solus"), as lenders to PREPA under the Trade Finance Facility Agreement, dated as of July 20, 2012, among PREPA and Citibank, N.A., as predecessor to the existing lenders thereunder (as amended, the "Citibank Credit Agreement," together with the Scotiabank Credit Agreement, the "Fuel Lines"), together with the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") and in its capacity as representative of the Puerto Rico Electric Power Authority ("PREPA" or the "Debtor"), pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), the Puerto Rico Fiscal Agency and Advisory Authority ("AAFAF") (collectively, the "Government Parties") respectfully submit this Urgent Motion requesting an extension of the deadline set forth in this Court's August 5, 2019 Order [Dkt. No. 1564].

## JURISDICTION AND VENUE

1. The United States District Court for the District of Puerto Rico (the "Court") has subject-matter jurisdiction over this matter pursuant to PROMESA § 306(a). Venue is proper subject to PROMESA § 307(a).

## RELIEF REQUESTED

2. On August 2, 2019, Cortland and Solus filed the Urgent Motion to Compel Discovery Responses in Connection with RSA Settlement Motion [Dkt. No. 1557] (the "Motion to Compel"). On August 5, 2019, the Court entered an Order directing that any response to the

Motion to Compel be filed on or before August 9, 2019, and that any reply shall be filed on or before August 14, 2019. *See* Dkt. No. 1564.

3. On August 9, 2019, the Government Parties filed their Joint Opposition to the Motion to Compel. *See* Dkt. No. 1580.

4. Since the Motion to Compel was filed, Cortland, Solus and the Government Parties have had productive discussions working toward a potential resolution, or at least a narrowing, of their disputes regarding Cortland and Solus's discovery requests. In particular, Cortland and Solus are close to agreement as to document productions with the Oversight Board, and have agreed to defer any dispute as to a deposition until after the Oversight Board has completed its document productions.

5. In order to allow Cortland, Solus, PREPA and AAFAF more time to continue their discussions, Cortland, Solus and the Government Parties seek the entry of the attached Proposed Order extending the time for Cortland and Solus to file their reply to August 19, 2019.

6. The parties further request that the reply deadline of the Official Committee of Unsecured Creditors, which filed a joinder in the Motion to Compel, also be extended to August 19, 2019.

**CERTIFICATION**

7. Pursuant to Local Rule 9013-1 and paragraph I.H of the Case Management Procedures, Cortland and Solus hereby certify that they have (a) carefully examined the matter and concluded that there is a true need for an urgent motion; (b) not created the urgency through a lack of due diligence; (c) made a bona fide effort to resolve the matter without a hearing; (d) made reasonable, good faith communications in an effort to resolve or narrow the issues being brought to the court; and (e) conferred with the Government Parties, who do not oppose the relief requested herein.

## **CONCLUSION**

8. For the foregoing reasons, the Cortland, Solus and the Government Parties respectfully request that the Court enter the Proposed Order appended hereto.

Dated:  August 14, 2019                                     Respectfully submitted,

| | |
|---|---|
| */s/ Nayuan Zouairabani* | */s/ Emil A. Kleinhaus* |
| Nayuan Zouairabani | Richard G. Mason (admitted *pro hac vice*) |
| USDC-PR No. 226411 | Amy R. Wolf (admitted *pro hac vice*) |
| MCCONNELL VALDÉS LLC | John F. Lynch (admitted *pro hac vice*) |
| 270 Muñoz Rivera Avenue, Suite 7 | Emil A. Kleinhaus (admitted *pro hac vice*) |
| Hato Rey, Puerto Rico  00918 | Angela K. Herring (admitted *pro hac vice*) |
| P.O. Box 364225 | WACHTELL, LIPTON, ROSEN & KATZ |
| San Juan, Puerto Rico  00936-4225 | 51 West 52nd Street |
| Telephone:  (787) 250-5604 | New York, New York  10019 |
| Facsimile:  (787) 759-9225 | Telephone:  (212) 403-1000 |
| Email:  nzt@mcvpr.com | Facsimile:  (212) 403-2000 |
| | Email:  rgmason@wlrk.com |
| | arwolf@wlrk.com |
| | jlynch@wlrk.com |
| | eakleinhaus@wlrk.com |
| | akherring@wlrk.com |
| | |
| | *Attorneys for Cortland Capital Market Services LLC, as Administrative Agent* |
| | |
| */s/ Jose L. Ramirez-Coll* | */s/ Bryce L. Friedman* |
| Jose L. Ramirez-Coll | Bryce L. Friedman (admitted *pro hac vice*) |
| USDC-PR No. 221702 | Nicholas Baker (admitted *pro hac vice*) |
| ANTONETTI, MONTALVO | Sarah E. Phillips (admitted *pro hac vice*) |
| & RAMIREZ-COLL | SIMPSON THACHER & BARTLETT LLP |
| 1225 Ponce de Leon Avenue | 425 Lexington Avenue |
| San Juan, Puerto Rico  00907 | New York, New York  10017 |
| Telephone:  (787) 977-0303 | Telephone:  (212) 455-2000 |
| Facsimile:  (787) 977-0323 | Facsimile:  (212) 455-2502 |
| Email:  jramirez@amrclaw.com | Email:  bfriedman@stblaw.com |
| | nbaker@stblaw.com |
| | sarah.phillips@stblaw.com |
| | |
| | *Attorneys for SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD and Ultra NB LLC* |

| | |
|---|---|
| **PROSKAUER ROSE, LLP** | **O'MELVENY & MYERS LLP** |
| */s/ Margaret A. Dale* | */s/ Elizabeth L. McKeen* |
| Martin J. Bienenstock<br>Ehud Barak<br>Margaret A. Dale<br>Gregg M. Mashberg<br>Eleven Times Square<br>New York, NY 10036-8299<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br>mbienenstock@proskauer.com<br>ebarak@proskauer.com<br>mdale@proskauer.com<br>gmashberg@proskauer.com | John J. Rapisardi<br>Nancy A. Mitchell<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>Email: jrapisardi@omm.com<br>nmitchell@omm.com |
| -and- | -and- |
| Paul V. Possinger<br>70 W. Madison St., Suite 3800<br>Chicago, IL 60602<br>Tel: (312) 962-3550<br>Fax: (312) 962-3551<br>ppossinger@proskauer.com | Peter Friedman<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br>Email: pfriedman@omm.com |
| -and- | -and- |
| **DEL VALLE EMMANUELLI LAW OFFICES**<br><br>Luis F. del Valle Emmanuelli<br>PO Box 79897<br>Carolina, PR 00984-9897<br>Tel: (787) 977-1932<br>Fax: (787) 722-1932<br>dvelawoffices@gmail.com<br><br>*Attorneys for The Financial Oversight and Management Board for Puerto Rico, as representative of The Commonwealth of Puerto Rico and the Puerto Rico Electric Power Authority* | Elizabeth L. McKeen<br>Ashley M. Pavel<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 823-6900<br>Facsimile: (949) 823-6994<br>Email: emckeen@omm.com<br>apavel@omm.com<br><br>*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority and Puerto Rico Electric Power Authority* |

        **MARINI PIETRANTONI MUÑIZ LLC**

        */s/ Luis C. Marini-Biaggi*
        Luis C. Marini-Biaggi
        USDC No. 222301
        Carolina Velaz-Rivero
        USDC No. 300913

        250 Ponce de León Ave., Suite 900
        San Juan, Puerto Rico 00918
        Tel: (787) 705-2171
        Fax: (787) 936-7494

        *Co-Attorneys for the Puerto Rico Fiscal*
        *Agency and Financial Advisory Authority and*
        *Puerto Rico Electric Power Authority*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

```
------------------------------------------------------------ x
                                                             :
                                                             :
In re                                                        :
                                                             :  PROMESA
THE FINANCIAL OVERSIGHT AND                                  :  Title III
MANAGEMENT BOARD FOR PUERTO RICO,                            :
                                                             :
     as representative of                                    :  Case No. 17-BK-3283 (LTS)
                                                             :
THE COMMONWEALTH OF PUERTO RICO,                             :  (Jointly Administered)
et al.,¹                                                     :
                                                             :
     Debtors.                                                :
                                                             :
------------------------------------------------------------ x
                                                             :
In re                                                        :
                                                             :
                                                             :  PROMESA
THE FINANCIAL OVERSIGHT AND                                  :  Title III
MANAGEMENT BOARD FOR PUERTO RICO,                            :
                                                             :
     as representative of                                    :  Case No. 17-BK-04780 (LTS)
                                                             :
PUERTO RICO ELECTRIC POWER                                   :
AUTHORITY (PREPA),                                           :
                                                             :
     Debtor.                                                 :
------------------------------------------------------------ x
```

**[PROPOSED] ORDER GRANTING JOINT URGENT MOTION FOR ORDER
MODIFYING BRIEFING SCHEDULE IN CONNECTION WITH
URGENT MOTION TO COMPEL DISCOVERY RESPONSES IN
<u>CONNECTION WITH PREPA RSA SETTLEMENT MOTION</u>**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

-2-

Upon consideration of the *Joint Urgent Motion for Order Modifying Briefing Schedule in Connection with Urgent Motion to Compel Discovery Responses in Connection with PREPA RSA Settlement Motion* (the "Motion"),[2] filed on August 14, 2019, and it appearing that (i) the Court has subject matter jurisdiction over this Motion pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); (ii) venue of this proceeding and the Motion is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); (iii) notice of the Motion was adequate and proper under the circumstances and no further or other notice need be given; and after due deliberation and sufficient cause appearing therefor, the Court concludes that Cortland, Solus and the Government Parties have satisfied the requirements for an order modifying the briefing schedule on the Motion to Compel,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED to the extent set forth herein.

2. Cortland and Solus's reply and the Committee's reply shall be due on August 19, 2019.

Dated: _____, 2019

                            Honorable Judith G. Dein
                            United States Magistrate Judge

---

[2] Capitalized terms not defined have the meanings given in the Motion.