# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Christine Porter, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On August 8, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on the 19-00292 Adversary Defendants Service List attached hereto as **Exhibit A**:

- Order Granting Debtors' Urgent Motion Requesting Order (I) Approving Service of Process at Addresses Listed in Defendants' Proofs of Claims and/or Rule 2019 Disclosures and (II) Approving Debtors' Form of Notice in GO and HTA Lien Challenges [Docket No. 7694]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Order Granting Debtors' Urgent Motion Requesting Order (I) Approving Service of Process at Addresses Listed in Defendants' Proofs of Claims and/or Rule 2019 Disclosures and (II) Approving Debtors' Form of Notice in GO and HTA Lien Challenges [Docket No. 7694- Spanish Version]

Dated: August 14, 2019

_____
Christine Porter

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 14, 2019, by Christine Porter, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 34964

**Exhibit A**

Exhibit A
19-00292 Adversary Defendants Service List
Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| Aileen Schmidt Rodriguez | Villas Del Parana | S7-10 Calle 6 | San Juan | PR | 00926-6129 |
| Alexander Shub | C/O Alexander and Lisa Shub | Parque de Santa Maria K2 Calle Petunia | San Juan | PR | 00927-6734 |
| Alma Elias Rev. Trust | PO Box 340 | | Merion Station | PA | 19066-0340 |
| Ana M Emanuelli | C/O Jose R. Mendez Bonnin and Ana M. Emanuelli | G-1 Calle 6 Reparto Anaida | Ponce | PR | 00716-2513 |
| Andrew P. Davis and Jessica G. Davis, Trustees U/A 8/18/15: Andrew P. Davis 2015 Grat 1 | C/O Andrew P. Davis, Trustee | 333 West End Ave #4B | New York | NY | 10023 |
| Behzad Aalaei | 3741 45th Street | | Highland | IN | 46322 |
| Brunnemer Children's GST Inv Trust UAD 12/20/01 | 1355 Greenwood Cliff | Suite 401 | Charlotte | NC | 28204 |
| Carmen W Nigaglioni | C/O Carmen W Nigaglioni & Henry H Rexach | PO Box 366280 | San Juan | PR | 00936-6280 |
| Coop A/C Roosevelt Roads | PO Box 31 | | Fajardo | PR | 00738 |
| Coop A/C San Rafael | C/O Hatillo Law Office | PO Box 678 | Hatillo | PR | 00659 |
| Cooperativa de A/C Aguas Buenas | PO Box 5 | | Aguas Buenas | PR | 00703 |
| Cooperativa de A/C Camuy | 300 Ave Baltazar Jimenez Mendez | | Camuy | PR | 00627 |
| Cooperativa de A/C Jesus Obrero | PMB 159 HC 01 | Box 29030 | Caguas | PR | 00725-8900 |
| Cooperativa de A/C Maunabo | PO Box 127 | | Maunabo | PR | 00707-0127 |
| Cooperativa de A/C Morevena | PO Box 577 | | Morovis | PR | 00687 |
| Cooperativa de A/C Oriental | PO Box 876 | | Humacao | PR | 00792-0876 |
| Cooperativa De A/C Saulo D Rodriguez | PO Box 678 | | Gurabo | PR | 00778 |
| Cooperativa de Ahorro y Credito Abraham Rosa | C/O Enrique M. Almeida Bernal, Esq. | PO Box 19757 | San Juan | PR | 00919-1757 |
| Cooperativa de Ahorro y Credito CandelCoop | Attn: Elmy Rodriguez | PO Box 3249 | Manti | PR | 00674 |
| Cooperativa de Ahorro y Credito Cupey Alto | Attn: Santos Gonzalez Morales | RR 17 Box 11100 | San Juan | PR | 00926-9483 |
| Cooperativa de Ahorro y Credito De Aguada | C/O Enrique M. Almeida Bernal, Esq. | PO Box 19757 | San Juan | PR | 00919-1757 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)                                                                 Page 1 of 5

## Exhibit A
### 19-00292 Adversary Defendants Service List
Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| Cooperativa de Ahorro y Credito De Aguadilla | C/O Sr. Carlos Camacho Presidente | PO Box 541 | Aguadilla | PR | 00605-0541 |
| Cooperativa de Ahorro y Credito de Caparra | PO Box 6416 | | Bayamon | PR | 00960-6416 |
| Cooperativa de Ahorro y Credito de Empleados de la Corporacion del Fondo del Seguro del Estado | PO Box 6416 | | Bayamon | PR | 00960-6416 |
| Cooperativa de Ahorro y Credito de Hatillo | C/O Luis Gerena Ruiz | Edificio Gregorio PadillaAve. Pablo J. Aguilar #76 | Hatillo | PR | 00659 |
| Cooperativa de Ahorro y Credito de la Federacion de Maestros de PR | C/O Pedro Garcia Figueroa | PO Box 270-275 | San Juan | PR | 00928 |
| Cooperativa de Ahorro y Credito de Oficiales de Custodia de PR | C/O Epifanio Torres | Urb. Reparto Metropolitano 1100 Calle 54 SE | San Juan | PR | 00921-2731 |
| Cooperativa de Ahorro y Credito de Rincon | C/O Enrique M. Almeida Bernal, Esq. | PO Box 19757 | San Juan | PR | 00919-1757 |
| Cooperativa de Ahorro y Credito de Yauco | PO Box 3010 | | Yauco | PR | 00698-3010 |
| Cooperativa de Ahorro y Credito del Valenciano | C/O Enrique M. Almeida Bernal, Esq. | PO Box 19757 | San Juan | PR | 00919-1757 |
| Cooperativa de Ahorro y Credito Dr. Manuel Zeno Gandia | C/O Enrique M. Almeida Bernal, Esq. | PO Box 19757 | San Juan | PR | 00919-1757 |
| Cooperativa De Ahorro Y Credito Isla Coop | C/O Frances B. Gonzalez Arvelo | PO Box 3388 | Carolina | PR | 00984-3388 |
| Cooperativa de Ahorro y Credito Lomas Verdes | C/O Victor Rodriguez | PO Box 1142 | Bayamon | PR | 00960-1142 |
| Cooperativa De Ahorro Y Credito Padre Salvador Ruffolo | PO Box 1553 | | Villalba | PR | 00766 |
| Cooperativa de Ahorro y Credito Vega Alta | C/O Enrique M. Almeida Bernal, Esq. | PO Box 19757 | San Juan | PR | 00919-1757 |
| David J. Gaynor Tee U/A Dtd 02/23/2005 David J. Gaynor Trust | 450 North Park Road | #701 | Hollywood | FL | 33021 |

Exhibit A
19-00292 Adversary Defendants Service List
Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| Elizabeth L. Anderson (Revocable Trust 10/22/2012) | C/O Elizabeth L. Anderson | 3755 Margits Lane | Trappe | MD | 21673 |
| Emma M De Muniz | C/O Adsuar Muniz Goyco Seda & Perez-Ochoa. P.S.C. | PO Box 70294 | San Juan | PR | 00936-8294 |
| Estate of Carlos A. Quilichini Roig | PO Box 9020895 | | San Juan | PR | 00902-0895 |
| Estate of Edward P. Giaimo, Jr. | C/O Philip Kalban, Esq. Putney, Twombly, Hall & Hirson LLP | 521 Fifth Ave. 10th floor | New York | NY | 10175 |
| Estate of Jose A. Roman-Toledo | C/O Marcos A Roman-Lopez | T-22 13 St. Ext Villa Rica | Bayamon | PR | 00959 |
| Fideicomiso Blanco Bou | PO Box 1228 | | Manti | PR | 00674-1228 |
| Fondo de Inversion y Desarrollo Cooperativo | C/O Enrique M. Almeida Bernal, Esq. | PO Box 19757 | San Juan | PR | 00919-1757 |
| FPA Crescent Fund, a Series of FPA Funds Trust | C/O Gary S. Lee | 250 West 55th Street | New York | NY | 10019 |
| Gabriel Albarran-Buono | C/O Ivelisse Buono-Albarran | PO Box 7293 | Ponce | PR | 00732-7293 |
| Henry H Rexach | C/O Carmen W Nigaglioni & Henry H Rexach | PO Box 366280 | San Juan | PR | 00936-6280 |
| Ivelisse Albarran JNT TEN | C/O Ivelisse Buono Albarran | PO Box 7293 | Ponce | PR | 00732-7293 |
| Ivelisse Buono | C/O Marco A. Albarran Portilla | PO Box 7293 | Ponce | PR | 00732-7293 |
| Ivelisse Buono Albarran | PO Box 7293 | | Ponce | PR | 00732-7293 |
| Ivelisse Buono-Albarran | PO Box 7293 | | Ponce | PR | 00732-7293 |
| Jessica G. Davis | 333 West End Ave #4B | | New York | NY | 10023 |
| Jessica G. Davis and Andrew P. Davis, Trustees U/A 8/18/15: Jessica G. Davis 2015 Grat 1 | C/O Jessica G. Davis, Trustee | 333 West End Ave #4B | New York | NY | 10023 |
| John C. Gartland and Katherine A. Gartland Trust UA 03/01/2016 | John & Katherine Gartland | 1365 Victorian Way | Eugene | OR | 97401 |
| Jose Angel Rey | PO Box 10127 | | San Juan | PR | 00908-1127 |
| Jose Francisco Gonzalez-Heres | PO Box 839 | | Ambler | PA | 19002 |
| Jose M Bonnin | 2815 El Monte Street | Urb. El Monte | Ponce | PR | 00716-4837 |
| Jose R Mendez Bonnin | C/O Jose R. Mendez Bonnin and Ana M. Emanuelli | G-1 Calle 6 Reparto Anaida | Ponce | PR | 00716-2513 |

Exhibit A
19-00292 Adversary Defendants Service List
Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| Josefina Maristany | PO Box 330185 | | Ponce | PR | 00733 |
| Kathy Karen Key Trust | 7767 Hasting Ct N | | St Petersburg | FL | 33709 |
| Lisa Shub | C/O Alexander and Lisa Shub | Parque de Santa Maria K2 Calle Petunia | San Juan | PR | 00927-6734 |
| Lourdes Arce Rivera | C/O Ricardo Levy & Lourdes Arce | Calle Palos Grandes S-3 | Guaynabo | PR | 00966 |
| Marco A Albarran Portilla | PO Box 7293 | | Ponce | PR | 00732-7293 |
| Marco A Albarran TC | C/O Ivelisse Buono-Albarran | PO Box 7293 | Ponce | PR | 00732-7293 |
| Maria M Freiria Garraton | PO Box 36 4165 | | San Juan | PR | 00936-4165 |
| Mauricio Shub | Parque de Caldas 1977-D Fidalgo Diaz ST | | San Juan | PR | 00926 |
| Michael J Seralles | C/O Michael J. Seralles | PO Box 360 | Mercedita | PR | 00715-0360 |
| Moore Irrevocable Trust U\A 12/8/87, James B. Moore Trustee, a trust and its trustee | C/O James B. Moore, Trustee | 2532 G Road | Grand Junction | CO | 81505 |
| Moore Revocable Trust USA 12/8/87 | C/O James B. Moore, Trustee | 2532 G Road | Grand Junction | CO | 81505 |
| Pedro Cid Martinez | C/O Pedro Cid Martinez and Rafaela Fernandez | PO Box 11920 | San Juan | PR | 00922-1920 |
| Peter C Hein | 101 Central Park West | Apt. 14E | New York | NY | 10023 |
| Radames Muniz | C/O Adsuar Muniz Goyco Seda & Perez-Ochoa. P.S.C. | PO Box 70294 | San Juan | PR | 00936-8294 |
| Rafaela Fernandez | C/O Pedro Cid Martinez and Rafaela Fernandez | PO Box 11920 | San Juan | PR | 00922-1920 |
| Rene Rios Pena | 9 Lemi Villa Borinquen | | Caguas | PR | 00725 |
| Richard F Levy Echeandia | C/O Ricardo Levy & Lourdes Arce | Calle Palos Grandes S-3 | Guaynabo | PR | 00966 |
| Richard W. Knapp Credit Shelter Trust S/B/O Margaret A. Knapp 07/28/2016 | 7580 Fintry Dr | | Greensboro | NC | 27409 |
| RM Children's Trust | C/O Adsuar Muniz Goyco Seda & Perez-Ochoa. P.S.C. | PO Box 70294 | San Juan | PR | 00936-8294 |
| Robert B Faber | 19 Robin Circle | | Stoughton | MA | 02072 |
| Ruth Valdes de Adsuar | 1360 Calle Luchetti | Apt. 5 | San Juan | PR | 00907 |

Exhibit A

19-00292 Adversary Defendants Service List

Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| Sophie Aalaei | 3741 45th Street | | Highland | IN | 46322 |
| The Estate of Guillermo Irizarry | 1662 Jazmin Street | Urb. San Francisco | San Juan | PR | 00927 |
| The Jesus Golderos Trust | B-5 Calle TabonucoPMB 311 | Suite 216 | Guaynabo | PR | 00968-3022 |
| Tomas Correa Acevedo | Centro Internacional de Mercadeo II, 90 Carr. 165 | Suite 407 | Guaynabo | PR | 00968-8064 |
| Trent and Jodene Lareau Revocable Trust | C/O Trent and Jodene LaReau | 4900 Kirkwood Drive | Waunakee | WI | 53597 |
| Tson-Kuang Wu and Mu-Niau Wu Tr, Wu Trust UA 04-27-1999 | C/O Tson-Kuang Wu | 36 Mulberry Drive | Oberlin | OH | 44074 |
| Victor M Rivera | C/2 #14 Paseo Alto | | San Juan | PR | 00926-5917 |