# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## SUPPLMENTAL CERTIFICATE OF SERVICE

    I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On August 13, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the 19-00295 Supplemental Adversary Defendant Service List attached hereto as **Exhibit A**:

- Order Granting Debtors' Urgent Motion Requesting Order (I) Approving Service of Process at Addresses Listed in Defendants' Proofs of Claims and/or Rule 2019 Disclosures and (II) Approving Debtors' Form of Notice in GO and HTA Lien Challenges [Docket No. 7694]

- Order Granting Debtors' Urgent Motion Requesting Order (I) Approving Service of Process at Addresses Listed in Defendants' Proofs of Claims and/or Rule 2019

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Disclosures and (II) Approving Debtors' Form of Notice in GO and HTA Lien Challenges [Docket No. 7694- Spanish Version]

Dated: August 14, 2019

_____
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 14, 2019, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 35045

## **Exhibit A**

## Exhibit A
### 19-00295 Supplemetnal Adversary Defendants Service List
Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 1813518 | FIR TREE CAPITAL OPPORTUNITY MASTER FUND III, LP | c/o Gary S. Lee | Morrison & Foerster, LLP | 250 West 55th Street | New York | NY | 10019 |
| 1836074 | FIR TREE CAPITAL OPPORTUNITY MASTER FUND, LP | c/o Gary S. Lee | Morrison & Foerster, LLP | 250 West 55th Street | New York | NY | 10019 |
| 1937985 | FIR TREE VALUE MASTER FUND,LP | c/o Gary S. Lee | Morrison & Foerster, LLP | 250 West 55th Street | New York | NY | 10019 |
| 2003608 | FPA GLOBAL OPPORTUNITY FUND, A SERIES OF FPA HAWKEYE FUND, LLC | c/o Gary S. Lee | Morrison & Foerster, LLP | 250 West 55th Street | New York | NY | 10019 |
| 1978353 | FPA HAWKEYE FUND, A SERIES OF FPA HAWKEYE FUND, LLC | c/o Gary S. Lee | Morrison & Foerster, LLP | 250 West 55th Street | New York | NY | 10019 |
| 2064302 | FPA SELECT FUND, L.P. | c/o Gary S. Lee | Morrison & Foerster, LLP | 250 West 55th Street | New York | NY | 10019 |
| 2052358 | FPA VALUE PARTNERS FUND, A SERIES OF FPA HAWKEYE FUND, LLC | c/o Gary S. Lee | Morrison & Foerster, LLP | 250 West 55th Street | New York | NY | 10019 |
| 1836676 | FT COF (E) HOLDINGS, LLC | c/o Gary S. Lee | Morrison & Foerster, LLP | 250 West 55th Street | New York | NY | 10019 |
| 1940904 | FT SOF IV HOLDINGS, LLC | c/o Gary S. Lee | Morrison & Foerster, LLP | 250 West 55th Street | New York | NY | 10019 |
| 2094653 | GLOBAL FLEXIBLE FUND, A SUB-FUND OF NEDGROUP INVESTMENT FUNDS PLC | c/o Gary S. Lee | Morrison & Foerster, LLP | 250 West 55th Street | New York | NY | 10019 |
| 1836275 | LANNAN FOUNDATION | c/o Gary S. Lee | Morrison & Foerster, LLP | 250 West 55th Street | New York | NY | 10019 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

## Exhibit A
### 19-00295 Supplemetnal Adversary Defendants Service List
Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 1996900 | LITMAN GREGORY MASTERS ALTERNATIVE STRATEGIES FUND, A SERIES OF LITMAN GREGORY FUNDS TRUST | c/o Gary S. Lee | Morrison & Foerster, LLP | 250 West 55th Street | New York | NY | 10019 |
| 1965425 | ULYSSES OFFSHORE FUND, LTD. | c/o Gary S. Lee | Morrison & Foerster, LLP | 250 West 55th Street | New York | NY | 10019 |
| 1754334 | ULYSSES PARTNERS, LP | c/o Gary S. Lee | Morrison & Foerster, LLP | 250 West 55th Street | New York | NY | 10019 |
| 1752341 | ZOE PARTNERS LP | c/o Gary S. Lee | Morrison & Foerster, LLP | 250 West 55th Street | New York | NY | 10019 |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 2 of 2