UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re | |
| | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

---

| | |
|---|---|
| In re | |
| | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | Case No. 17-BK-04780 (LTS) |
| PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA), | |
| Debtor. | |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

-2-

**ORDER GRANTING JOINT URGENT MOTION FOR ORDER MODIFYING BRIEFING SCHEDULE IN CONNECTION WITH URGENT MOTION TO COMPEL DISCOVERY RESPONSES IN <u>CONNECTION WITH PREPA RSA SETTLEMENT MOTION</u>**

This matter is before the Court on the *Joint Urgent Motion for Order Modifying Briefing Schedule in Connection with Urgent Motion to Compel Discovery Responses in Connection with PREPA RSA Settlement Motion* (Dkt. No. 1589 in 17-BK-4780; Dkt. No. 8470 in 17-BK-3283) (the "Motion").[2]  Therein, Cortland, Solus and the Government Parties represent that they are engaged in productive discussions related to Cortland and Solus' Motion to Compel (Dkt. No. 1557 in 17-BK-4780).  In light of those discussions, the parties request an extension of the deadline for Cortland, Solus and the Official Committee of Unsecured Creditors[3] to file their replies in support of the Motion to Compel to August 19, 2019.  Finding good cause for the requested extension, the Court hereby ALLOWS the Motion.  Cortland and Solus' reply and the Committee's reply shall be due on **August 19, 2019**.

This order resolves Dkt. Nos. 1589 in 17-BK-4780 and 8470 in 17-BK-3283.

Dated: August 15, 2019

  /s/ Judith G. Dein<br>JUDITH GAIL DEIN<br>UNITED STATES MAGISTRATE JUDGE

---

[2]  Capitalized terms not defined have the meanings given to them in the Motion.

[3]  The Committee filed a joinder to the Motion to Compel.