Presentment Date: August 22, 2019
Objection Deadline: August 21, 2019 at 5:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

## NOTICE OF PRESENTMENT OF STIPULATED ORDER REGARDING THE ADMINISTRATIVE BAR DATE FOR CERTAIN CLAIMS

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

**PLEASE TAKE NOTICE** that, on January 9, 2019, the Debtor filed that certain Third Amended Title III Plan of Adjustment for Puerto Rico Sales Tax Financing Corporation [Case No. 17-3284, Docket No. 436] (the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that, on February 5, 2019, the Title III Court entered the *Amended Order and Judgment Confirming the Third Amended Title III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation* [Case No. 17-3284, Docket No. 561] (the "Confirmation Order").

**PLEASE TAKE FURTHER NOTICE** that, on February 12, 2019, the Debtor filed the Notice of (A) Entry of Order Confirming the Third Amended Title *III Plan of Adjustment of Puerto Rico Sales Tax Financing Corporation Pursuant to Title III of PROMESA and (B) Occurrence of the Effective Date* [Case No. 17-3284, Docket No. 587] (the "Notice of Effective Date").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1.6 of the Plan and decretal paragraph 26 of the Confirmation Order, the deadline for filing proofs of, or requests for, payment of Administrative Expense Claims ("Administrative Expense Requests") was April 13, 2019 (the "Administrative Bar Date"), and that claims not filed by such date "shall be deemed forever barred, and COFINA and Reorganized COFINA shall have no obligation with respect thereto."

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulated Order Extending the Administrative Bar Date for Certain Claimants entered on April 22, 2019 [Dkt. No. 6432], the Administrative Bar Date for Bonistas del Patio, Inc. ("Bonistas") and the Internal Revenue Service was extended to June 30, 2019.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Stipulated Order Extending

---

[2] Capitalized terms used but not defined in this Stipulation have the meanings ascribed to such terms in the Plan.

110226036v2

the Administrative Bar Date for Bonistas del Patio, Inc. entered on July 9, 2019 [Dkt. No. 7865], the Administrative Bar Date for Bonistas was extended to August 15, 2019.

**PLEASE TAKE FURTHER NOTICE** that, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative of the Debtors, and Bonistas hereby present a *Stipulated Order Regarding the Administrative Bar Date for Certain Claims* (the "Stipulated Order") to the Honorable Laura Taylor Swain, United States District Judge, sitting in the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, P.R. 00918-1767, for signature on **August 22, 2019.**

**PLEASE TAKE FURTHER NOTICE** that the Stipulated Order is attached as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that, unless a written objection to the Stipulated Order is filed with the Court in accordance with the *Ninth Amended Notice, Case Management and Administrative Procedures* (the "Case Management Procedures") [ECF No. 7115-1] **by 5:00 p.m. (AST) on August 21, 2019,** no hearing will be held and the Stipulated Order may be approved by this Court.

**PLEASE TAKE FURTHER NOTICE** that copies of the Stipulated Order and all documents filed in the Title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

Dated: August 15, 2019
San Juan, Puerto Rico

Respectfully submitted,

/s/ Donald S. Bernstein
Donald S. Bernstein (*pro hac vice*)
Brian M. Resnick (*pro hac vice*)
Marc J. Tobak (*pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000

*Attorneys for Bonistas del Patio Inc.*

/s/ Salvador Antonetti-Zequeria
Salvador Antonetti-Zequeira
USDC-PR Bar No. 113910
José L. Ramírez-Coll
USDC-PR Bar No. 221702
**ANTONETTI, MONTALVO & RAMÍREZ-COLL**
P.O. Box 13128
San Juan, PR 00908
Telephone: (787) 977-0303
Facsimile: (787) 977-0323

*Attorneys for Bonistas del Patio Inc.*

/s/ Martin J. Bienenstock
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
Jeffrey W. Levitan (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as Representative for COFINA*

/s/ Hermann D. Bauer
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as Representative for COFINA*

Presentment Date: August 22, 2019
Objection Deadline: August 21, 2019 at 5:00 p.m. (AST)

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

## STIPULATED ORDER EXEMPTING CERTAIN CLAIMS FROM THE ADMINISTRATIVE BAR DATE

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

110226036v2

This matter having come before the Court by under the *Notice of Presentment of Stipulated Order Exempting Certain Claims from the Administrative Bar Date*, filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative of the Debtors, for the entry of this stipulated order (the "Order"); and Bonistas having agreed to the terms and conditions set forth herein; and good cause having been shown;[2]

**NOW THEREFORE, IT IS HEREBY STIPULATED AND ORDERED:**

1. Bonistas shall file a claim for allowance of an administrative expense claim by August 15, 2019 (the "Claim").

2. Notwithstanding the filing of the Claim, Bonistas shall not seek, and shall not obtain, any recovery from COFINA, Reorganized COFINA, or the assets of Reorganized COFINA on account of Claim; provided, however, that the foregoing is without waiver of, or prejudice to, (a) any right of Bonistas with respect to the Commonwealth or any Commonwealth instrumentality other than COFINA and Reorganized COFINA arising out of or with respect to the Claim and activities giving rise thereto or (b) the rights of the Commonwealth or any other party in interest to object to, or contest the entitlement of Bonistas to, recovery against the Commonwealth or any Commonwealth instrumentality on account of the Claim.

3. COFINA and Reorganized COFINA shall be entitled to apply to the Court to close the COFINA Title III Case notwithstanding the filing and pendency of the Claim and shall not be required to reserve any amounts with respect thereto for the benefit of Bonistas.

---

[2] Capitalized terms used but not defined in this Order have the meanings ascribed to such terms in the *Third Amended Title III Plan of Adjustment for Puerto Rico Sales Tax Financing Corporation* [Case No. 17-3284, Docket No. 436] (the "Plan").

-7-

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2019
      San Juan, Puerto Rico

Honorable Laura Taylor Swain
United States District Judge

110226036v2