## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>TITLE III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et<br>al., | |
| Debtors.[1] | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that the undersigned attorney appears as counsel for Sidley

Austin LLP in the above captioned case, and pursuant to Rule 83(d) of the Local Rules of the

United States District Court for the District of Puerto Rico, and Rule 9019(b) of the Federal Rules

of Bankruptcy Procedure, made applicable to these proceedings by section 310 of the Puerto Rico

Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. §2170, requests

that all notices to be given in this case, and all papers served or required to be served in this case,

be provided to and served upon the addresses and telephone number set forth below:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" ) (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

Andrew Jiménez-Cancel, Esq.
ANDREW JIMENEZ LLC
PO Box 9023654
San Juan, PR 00902-3654
or
420 Ave. Ponce de Leon, Suite 910
San Juan, PR 00918
Telephone: (787) 638-4778
Email: ajimenez@ajlawoffices.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, 11 U.S.C. §1109(b), the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed, which may affect or seek to affect in any way any rights or interest of appearing party with respect to the captioned debtors or any property or proceeds in which the debtors may claim an interest. This notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of Sidley Austin LLC to trial by jury in any case, proceeding, matter, or controversy so triable, or any other rights, claims, actions, defenses, setoffs, or recoupments to which Sidley Austin LLC is or may be entitled under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. Also, this notice of appearance is not intended nor shall be deemed to be an action in violation of the stay ordered by the Court on certain adversary proceedings and contested matters.

Notice of Appearance
Case No. 17 BK 3283 LTS
Page 3 of 3

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically

filed the above document with the Clerk of the Court using the CM/ECF System which will send

a notification of such filing to all CM/ECF participants in this case.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 16th day of August of 2019.

By: /s/Andrew Jiménez-Cancel
Andrew Jiménez-Cancel
ANDREW JIMENEZ LLC
USDC-PR # 226510
P.O. Box 9023654
San Juan, PR 00902-3654
Telephone: (787) 638-4778
ajimenez@ajlawoffices.com

Counsel for Sidley Austin LLP