# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

## APPLICATION AND PROPOSED ORDER FOR ADMISSION *PRO HAC VICE*

COMES NOW, Danielle E. Tepper, applicant herein, and pursuant to Local Civil Rule 83A(f) of the United States District Court for the District of Puerto Rico, respectfully states as follows:

1. Applicant is an attorney and associated with the law firm of Friedman Kaplan Seiler & Adelman LLP, with offices at:

> 7 Times Square
> New York, NY 10036-6516
> Telephone: (212) 833-1100
> E-mail: dtepper@fklaw.com

2. Applicant will sign all pleadings with the name "Danielle E. Tepper."

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3461279.1

3. Applicant has been retained as an associate of the above-named firm by Sidley Austin LLP to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since April 11, 2016, applicant has been and presently is a member in good standing of the bar of the State of New York, where applicant regularly practices law. Applicant's bar license number is 5422837.

5. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: |
| --- | --- |
| Bar of the State of New Jersey | 11/5/2015 |
| U.S. District Court, District of New Jersey | 4/7/2017 |
| U.S. District Court, Southern District of New York | 4/21/2017 |
| U.S. District Court, Eastern District of New York | 4/21/2017 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5 of this Application.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding, or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

3461279.1

10. Local counsel of record associated with applicant in this matter is:

> Andrew Jiménez-Cancel
> USDC-PR # 226510
> ANDREW JIMENEZ LLC
> P.O. Box 9023654
> San Juan, PR 00902-3654
> Telephone: (787) 638-4778
> E-mail: ajimenez@ajlawoffices.com

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is paid simultaneously with the submission of this Application.

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

In New York, New York, this 16th day of August, 2019.

By: s/ Danielle E. Tepper
Danielle E. Tepper
FRIEDMAN KAPLAN SEILER &
 ADELMAN LLP
7 Times Square
New York, NY 10036
Telephone: (212) 833-1100
E-mail: dtepper@fklaw.com

*Counsel for Sidley Austin LLP*

**WE HEREBY CERTIFY**, pursuant to Local Civil Rule 83A(f), that we consent to the designation of local counsel of record for all purposes.

In San Juan, Puerto Rico, this 16th day of August, 2019.

By: s/ Andrew Jiménez-Cancel_____
Andrew Jiménez-Cancel
USDC-PR # 226510
ANDREW JIMENEZ LLC
P.O. Box 9023654
San Juan, PR 00902-3654
Telephone: (787) 638-4778
E-mail: ajimenez@ajlawoffices.com

**WE HEREBY CERTIFY** that we have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.

By: s/ Andrew Jiménez-Cancel_____
Andrew Jiménez-Cancel
USDC-PR # 226510
ANDREW JIMENEZ LLC
P.O. Box 9023654
San Juan, PR 00902-3654
Telephone: (787) 638-4778
E-mail: ajimenez@ajlawoffices.com

s/ Danielle E. Tepper_____
Danielle E. Tepper
FRIEDMAN KAPLAN SEILER &
 ADELMAN LLP
7 Times Square
New York, NY 10036
Telephone: (212) 833-1100
E-mail: dtepper@fklaw.com

3461279.1

## **ORDER**

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

**SO ORDERED.**

In San Juan, Puerto Rico, this _____ day of _____, _____.


Hon. _____
UNITED STATES DISTRICT JUDGE

3461279.1