UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*,

    Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA),

    Debtor.

PROMESA
Title III

No. 17 BK 3284-LTS

---------------------------------------------------------------------x

**[PROPOSED ORDER]**

It is hereby ordered that: FOMB, as representative of COFINA and the Commonwealth, and COFINA, are hereby directed to produce the documents requested in Requests for Production Nos. 1 through 6, and answer Interrogatories Nos. 1, 2 and 4, of the Interrogatories and Requests for Production of Individual COFINA Bondholder (Claim No. 10701) to FOMB and COFINA that Peter C. Hein served on June 19, 2019.

                                                                        U.S.D.C.