**CERTIFICATE OF SERVICE**

I have caused to be mailed a copy of "[Related to #4417 and Claim No. 10701] Notice of Hearing and Motion to Compel brought by Individual COFINA Bondholder," by email to (i) attorneys at the law firms specified to receive notice on the Thirteenth Omnibus Objection (Docket #4417-4-page-6-of-14), and (ii) to each of the other parties or their attorneys on the attached service list pages.

Dated: August 14, 2019

*/s/ Peter C. Hein*

Peter C. Hein

Proskauer Rose LLP
11 Times Square
New York, NY 10036

Attn: Martin J. Bienenstock, Esq. (mbienenstock@proskauer.com)
Brian Rosen, Esq. (brosen@proskauer.com)
Paul V. Possinger, Esq. (ppossinger@proskauer.com)
Ehud Barak, Esq. (ebarak@proskauer.com)
Maja Zerjal, Esq. (mzerjal@proskauer.com)

Paul Hastings LLP
200 Park Ave.
New York, NY 10166

Attn: Luc A. Despins, Esq. (lucdespins@paulhastings.com)
James Bliss, Esq. (jamesbliss@paulhastings.com)
Andrew V. Tenzer, Esq. (andrewtenzer@paulhastings.com)
Michael E. Comerford, Esq. (michaelcomerford@paulhastings.com)
James Worthington, Esq. (jamesworthington@paulhastings.com)
G. Alexander Bongartz, Esq. (alexbongartz@paulhastings.com)

**From:** petercheinsr@gmail.com [mailto:petercheinsr@gmail.com]
**Sent:** Thursday, August 08, 2019 1:10 PM
**To:** mbienenstock@proskauer.com; brosen@proskauer.com; ppossinger@proskauer.com; ebarak@proskauer.com; mzerjal@proskauer.com; lucdespins@paulhastings.com; jamesbliss@paulhastings.com; andrewtenzer@paulhastings.com; michaelcomerford@paulhastings.com; jamesworthington@paulhastings.com; alexbongartz@paulhastings.com; mbienenstock@proskauer.com; brosen@proskauer.com; ppossinger@proskauer.com; ebarak@proskauer.com; mzerjal@proskauer.com; lucdespins@paulhastings.com; jamesbliss@paulhastings.com; andrewtenzer@paulhastings.com; michaelcomerford@paulhastings.com; jamesworthington@paulhastings.com; alexbongartz@paulhastings.com
**Cc:** petercheinsr@gmail.com

**From:** PeterCHeinSr@gmail.com [mailto:PeterCHeinSr@gmail.com]
**Sent:** Thursday, August 08, 2019 1:12 PM
**To:** 'Gerardo.Portela@aafaf.pr.gov'; 'Mohammad.Yassin@aafaf.pr.gov'; 'jrapisardi@omm.com'; 'suhland@omm.com'; 'pfriedman@omm.com'; 'mitchelln@omm.com'; 'mdiconza@omm.com'; 'lmarini@mpmlawpr.com'; 'cvelaz@mpmlawpr.com'; 'malvarez@mpmlawpr.com'; 'mbienenstock@proskauer.com'; 'ppossinger@proskauer.com'; 'herman.bauer@oneillborges.com'; 'ebarak@proskauer.com'; 'mzerjal@proskauer.com'; 'lucdespins@paulhastings.com'; 'jamesbliss@paulhastings.com'; 'jamesworthington@paulhastings.com'; 'alexbongartz@paulhastings.com'; 'jcasillas@cstlawpr.com'; 'dbatlle@cstlawpr.lcom'; 'aaneses@cstlawpr.com'; 'emontull@cstlawpr.com'; 'rgordon@jenner.com'; 'rlevin@jenner.com'; 'csteege@jenner.com'; 'ajb@bennazar.org'; 'Monsita.lecaroz@usdoj.gov'; 'ustp.region21@usdoj.gov'
**Cc:** 'petercheinsr@gmail.com'

**From:** petercheinsr@gmail.com [mailto:petercheinsr@gmail.com]
**Sent:** Thursday, August 08, 2019 1:14 PM
**To:** 'Goldstein, Irena'; DFioccola@mofo.com; kurt.mayr@bracewell.com; rachel.goldman@bracewell.com; david.ball@bracewell.com; david.lawton@bracewell.com; shannon.wolf@bracewell.com; susheelkirpalani@quinnemanuel.com; marcia.goldstein@weil.com; kelly.diblasi@weil.com; gabriel.morgan@weil.com; jonathan.polkes@weil.com; gregory.silbert@weil.com; jared.friedmann@weil.com; AMiller@milbank.com; GMainland@milbank.com; dburke@robbinsrussell.com; mstancil@robbinsrussell.com; donald.bernstein@davispolk.com; brian.resnick@davispolk.com; angela.libby@davispolk.com; JPeck@mofo.com; GLee@mofo.com; gesposito@mofo.com; mark.ellenberg@cwt.com; ACaton@kramerlevin.com; TMayer@kramerlevin.com; NBello@kramerlevin.com; BOneill@kramerlevin.com; kzeituni@paulweiss.com; arosenberg@paulweiss.com; DBuckley@kramerlevin.com; jeff.bjork@lw.com; christopher.harris@lw.com; adam.goldberg@lw.com; liza.burton@lw.com; Casey.Servais@cwt.com; Csteege@jenner.com; rgordon@jenner.com; lralford@jenner.com; deborahnewman@quinnemanuel.com; dblabey@kramerlevin.com; 'Bassett, Nicholas'; 'Bliss, James R.'; APapalaskaris@brownrudnick.com; SBeville@brownrudnick.com; EWeisfelner@brownrudnick.com; TAxelrod@brownrudnick.com; 'Peter Hein'; RSierra@brownrudnick.com; 'Despins, Luc A.'
**Cc:** petercheinsr@gmail.com

**From:** petercheinsr@gmail.com [mailto:petercheinsr@gmail.com]
**Sent:** Thursday, August 08, 2019 1:16 PM
**To:** agestrella@estrellallc.com; kcsuria@estrellallc.com; rrivera@jgl.com; lrobbins@robbinsrussell.com; hburgos@cabprlaw.com; rcasellas@cabprlaw.com; dperez@cabprlaw.com; howard.hawkins@cwt.com; bill.natbony@cwt.com; ellen.halstead@cwt.com; thomas.curtin@cwt.com; mpico@rexachpico.com; martin.sosland@butlersnow.com; jason.callen@butlersnow.com; gacarlo@carlo-altierilaw.com; loomislegal@gmail.com; dfioccola@mofo.com; jnewton@mofo.com; akissner@mofo.com; epo@amgprlaw.com; loliver@amgprlaw.com; robert.berezin@weil.com; jonathan.polkes@weil.com; gregory.silbert@weil.com; mfb@tcm.law; lft@tcm.law; jvankirk@tcm.law; tmayer@kramerlevin.com; acaton@kramerlevin.com; dbuckley@kramerlevin.com; rcamara@ferraiuoli.com; scolon@ferraiuoli.com; ddunne@milbank.com; aleblanc@milbank.com; amiller@milbank.com; gmainland@milbank.com
**Cc:** petercheinsr@gmail.com

Case:17-03283-LTS   Doc#:8487-5   Filed:08/16/19   Entered:08/16/19 15:11:11   Desc:
Certificate of Service   Page 6 of 6