

**PRIORITY MAIL POSTAGE REQUIRED**

 **DATE OF DELIVERY SPECIFIED** *

 **USPS TRACKING™ INCLUDED** *

 **INSURANCE INCLUDED** *

**PICKUP AVAILABLE**

* Domestic only

RECEIVED & FILED

2019 AUG 16 PM 2: 17

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN



$10.23
US POSTAGE
08/14/2019
From 10019
1 lbs 6 ozs
Zone 7

Pitney Bowes
ComBasPrice

026W0004897467

2076604879



**PRIORITY MAIL 3-DAY™**

Hein, Peter C.
Wachtell Lipton Rosen & Katz
51 W 52nd St
New York NY 10019-6119

Estimated Delivery Date: 08/17/2019

0004

C018

THE CLERK OF THE UNITED STATES DISTRICT
DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 AVE CHARDON
SAN JUAN PR 00918-1703

**USPS TRACKING #**



9405 5098 9864 1018 0922 44

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

FROM:

Clerk's Office
United States District Court
Federal Building, Room 150
150 Carlos Chardon Avenue