# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

      Debtors.

PROMESA
Title III

Case No 17-BK-3283 (LTS)

(Jointly Administered)

---------------------------------------------------------------X

THE SPECIAL CLAIMS COMMITTEE OF
THE FINANCIAL OVERSIGHT
MANAGEMENT BOARD FOR PUERTO RICO,
ACTING BY AND THROUGH ITS MEMEBERS,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

      Plaintiff,

v.

LEARNING ALLIANCES LLC,

      Defendant.

Adv. Pro. No. 19-00123 (LTS)

---------------------------------------------------------------X

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

    **PLEASE TAKE NOTICE** that Hunton Andrews Kurth LLP and Vidal, Nieves & Bauzá, LLC hereby appear as counsel for Learning Alliances, LLC ( "Learning Alliances") in the above-captioned proceeding pursuant to Rule 83(D)(a) of the Local Rules of Civil Procedure for the United States District Court for the District of Puerto Rico.

**PLEASE TAKE FURTHER NOTICE** that Learning Alliances hereby requests that copies of all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the following persons at the address indicated:

Roxana Cruz-Rivera, Esq.
**VIDAL, NIEVES & BAUZÁ, LLC**
B7 Tabonuco Street, Suite 1108
Guaynabo, Puerto Rico 00968
(787) 413-8885
rcruz@vnblegal.com

Robert A. Rich, Esq.
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, New York 10166
(212) 309-1000
rrich2@huntonak.com

**PLEASE TAKE FURTHER NOTICE** that Learning Alliances intends that neither this *Notice of Appearance and Request for Service of Papers* nor any later appearance, pleading, claim or suit shall waive (i) Learning Alliances' right to trial by jury in any proceeding so triable in any case, controversy, or proceeding, (ii) Learning Alliances' right to enforce any contractual provisions with respect to arbitration, or (iii) any other rights, claims, actions, defenses, setoffs, or recoupments to which Learning Alliances is or may be entitled under agreements, in law or in equity, including the right to contest the jurisdiction of the United States District Court for the District of Puerto Rico over Learning Alliances, all of which rights, claims, actions, defenses, setoffs, and recoupments Learning Alliances hereby expressly reserves in their entirety.

Dated: August 16, 2019
       New York, New York

                                        /s/ Roxana Cruz-Rivera
                                        Roxana Cruz-Rivera
                                        **VIDAL, NIEVES & BAUZÁ**
                                        B7 Tabonuco Street, Suite 1108
                                        Guaynabo, Puerto Rico 00968
                                        (787) 413-8885
                                        rcruz@vnblegal.com

-and-

/s/ Robert A. Rich
Robert A. Rich (to be admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
200 Park Avenue
New York, New York 10166
(212) 309-1000
rrich2@huntonak.com

*Attorneys for Learning Alliances, LLC*

3