# EXHIBIT 1

## TITLE III STAY MODIFICATIONS AGREED TO BY THE DEBTORS FROM JUNE 12, 2019 THROUGH AUGUST 9, 2019

|  | **CASE INFORMATION** | **MOVANT** | **DEBTOR** | **BRIEF DESCRIPTION OF THE MODIFICATION** | **STIPULATION DATE** |
|---|---|---|---|---|---|
| 1. | *United States of America v. Juan A. San Miguel Santos*, Case No. 12-CR-00159<br><br>U.S. District Court for the District of Puerto Rico<br><br>Tax Refund Action | Juan A. San Miguel Santos | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to enable the Commonwealth to issue and consign, in the Prepetition Action, the Tax Refund payable to the order of the Clerk of the District Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages, and provisional remedies against the Commonwealth or any other Title III Debtor or any request that the Commonwealth supplement the Tax Refund. | June 21, 2019 |
| 2. | *José F. Álvarez Ortiz v. Departamento de Corrección y Rehabilitación*, Case No. SPP-2003-08-0149<br><br>Puerto Rico Commission for Appeals of Public Service (CASP)<br><br>Employment Action | Jose F. Alvarez Ortiz | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to final judgment before CASP, the Court of Appeals of Puerto Rico and the Supreme Court of Puerto Rico; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment for money damages, backpay, and provisional remedies against the Commonwealth or any other Title III Debtor. | June 27, 2019 |
| 3. | *Consejo de Salud Playa de Ponce, Inc. v. Hon. Lorenzo González Feliciano Secretary of the Department of Health of the Commonwealth of Puerto Rico, et. al.*, Case No. 06-1260 | Consejo de Salud Playa de Ponce, Inc. | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Commonwealth to continue to issue the prospective quarterly wraparound payments, (the "Quarterly Payments") directly to Movant pursuant to the Settlement Agreement in the same manner the distributions have been made up to the fourth quarter of 2018, beginning with the Quarterly Payment due for the first quarter of 2019. | June 30, 2019 |

1

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| | U.S. District Court for the District of Puerto Rico<br><br>Healthcare Action | | | Except as provided in Paragraph 1 of this Stipulation, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, (a) any action to compel payment by the Commonwealth with respect to a wraparound payment not made pursuant to Paragraph 1 above, and (b) the execution and enforcement of (i) any judgment, (ii) injunction, (iii) any claim for money damages, or (iv) any provisional remedies against the Commonwealth or any other Title III Debtor. | |
| 4. | *José E. Alvarado-Solivan v. Comisión Estatal de Elecciones, et al.*,<br><br>Case No. 16-1458<br><br>U.S. District Court for the District of Puerto Rico<br><br>Employment Action | José E. Alvarado-Solivan | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to final judgment before the District Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment for money damages, backpay, and provisional remedies against the Commonwealth or any other Title III Debtor. | July 3, 2019 |
| 5. | *Juan I. Colón González v. Commonwealth of Puerto Rico, et al.*,<br><br>Case No. 17-1162<br><br>U.S. District Court for the District of Puerto Rico<br><br>Employment Action | Juan I. Colón González | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary (i) to allow the Prepetition Action to proceed to final judgment before the District Court, and (ii) for the enforcement of any judgment ordering the reinstatement of Movant to his former position; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment for money damages, backpay and provisional remedies against the Commonwealth or any other Title III Debtor. | July 3, 2019 |
| 6. | *Rio Grande Community Health Center, Inc., et al. v.* | Atlantic Medical Center, Inc., | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow (a) the pending appeals | July 12, 2019 |

2

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| | *Hon. Rafael Rodriguez Mercado, Secretary, Department of Health Commonwealth of Puerto Rico,*<br><br>Case No. 03-1640 (consolidated with Case Nos. 06-1291, 06-1524)<br><br>U.S. District Court for the District of Puerto Rico<br><br>Healthcare Action | Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., and Hospital General Castañer, Inc. | | before the United States Court of Appeals for the First Circuit in Appeal Nos. 17-1731, 17-1812, and 19-1336 to proceed to judgment, (b) the Commonwealth to continue to issue the estimated prospective quarterly wraparound payments, pursuant to the Order, dated June 5, 2015, in the Prepetition Action [Case No. 03-1640-GAG, ECF No. 674] and the Order, dated November 8, 2010 in former Lead Case No. 03-1640-GAG, ECF No. 743, using the Parties' previously agreed upon estimated payment formula, adjusted with the newly set rates listed in <u>Exhibit A</u> to the Stipulation (the "Quarterly Payments"), beginning with the Quarterly Payment due for the first quarter of 2019, and (c) the District Court in the Prepetition Action to (1) to receive the Quarterly Payments; (2) to consider and rule on motions to distribute the Quarterly Payments; (3) to distribute the funds from the Quarterly Payments in accordance with orders entered by the District Court in the same manner the distributions have been made up to the date of this Stipulation.<br><br>Except as provided in Paragraph 1 of this Stipulation, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, (a) any action to compel payment by the Commonwealth with respect to wraparound payment not voluntarily made pursuant to Paragraph 1 above, and (b) the execution and enforcement of (i) any judgment, (ii) injunction, (iii) any claim for money damages, or (iv) any provisional remedies against the Commonwealth or any other Title III Debtor. | |
| 7. | *Rosa A. Rosado Crespo, et als. v. Municipio de Añasco, et als.,* | Rosa Rosado Crespo | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow (i) the Pre-petition action to be dismissed, with prejudice, with respect to Co- | July 22, 2019 |

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| | Case No. ISCI2011-01972<br><br>Puerto Rico Court of First instance, Superior Court of Mayaguez<br><br>Labor Action | | | defendants, in their individual capacities, and (ii) allow the Prepetition Action to proceed only against the Municipality of Añasco and defendants, in their official capacities to final resolution and any appeals. | |
| 8. | *Rio Grande Community Health Center, Inc., et al. v. Hon. Rafael Rodriguez Mercado, Secretary, Department of Health Commonwealth of Puerto Rico*,<br><br>Case No. 03-1640 (consolidated with Case Nos. 06-1291, 06-1524) formerly consolidated under Lead Case No. 06-1260<br><br>U.S. District Court for the District of Puerto Rico<br><br>Healthcare Action | Salud Integral en la Montaña, Corporación de Servicios de Salud y Medicina Avanzada, NeoMed Center, Migrant Health Center, HPM Foundation, Morovis Community Health Center, and Concilio de Salud Integral de Loiza | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow (a) the pending appeals before the United States Court of Appeals for the First Circuit in Appeal Nos. 17-1731, 17-1812, and 19-1336 to proceed to judgment, (b) the Commonwealth to continue to issue the estimated prospective quarterly wraparound payments, pursuant to the Order, dated June 5, 2015, in the Prepetition Action [Case No. 03-1640-GAG, ECF No. 674] and the Order dated November 8, 2010 in the Prepetition Action [former Lead Case No. 06-1260-GAG, ECF No. 743], using the Parties' previously agreed upon estimated payment formula and according to the District Court's previous orders in the Prepetition Action construing the Commonwealth's obligations under 42 U.S.C. § 1396a(bb), adjusted with the newly set rates listed in Exhibit A to the Stipulation (the "Quarterly Payments"), beginning with the Quarterly Payment due for the first quarter of 2019, and (c) the District Court in the Prepetition Action to (1) to receive the Quarterly Payments; (2) to consider and rule on motions to distribute the Quarterly Payments; (3) to distribute the funds from the Quarterly Payments in accordance with orders entered by the District Court in the same manner the distributions have been made up to the date of this Stipulation.<br><br>Except as provided in Paragraph 1 of this Stipulation, the Title III Stay shall continue to apply in all other | July 29, 2019 |

4

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| | | | | respects to the Prepetition Action, including, but not limited to, (a) any action to compel payment by the Commonwealth with respect to wraparound payment not voluntarily made pursuant to Paragraph 1 above, and (b) the execution and enforcement of (i) any judgment, (ii) injunction, (iii) any claim for money damages, or (iv) any provisional remedies against the Commonwealth or any other Title III Debtor. | |
| 9. | *Gómez-Cruz v. Fernández-Pabellón, et als.*, USDC Case No. 13-1711<br><br>U.S. District Court for the District of Puerto Rico<br><br>USCA Case No. 19-1146<br><br>U.S. Court of Appeals for the First Circuit<br><br>Payment Dispute | Carlos Gómez Cruz | Commonwealth | The Commonwealth shall pay directly to Movant the amount of $901.32 (the "Settlement Amount") within thirty (30) days from August 6, 2019, the date first set above, in compromise and settlement of all controversies among the Parties in the Prepetition Action and the Appeal. | August 6, 2019 |

5