# EXHIBIT 2

# TITLE III STAY MODIFICATIONS REGARDING CONDEMNATION PROCEEDINGS AGREED TO BY HTA[3]

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | MODIFICATION DATE |
|---|---|---|---|---|---|
| 1. | *ACT v. Zequeira Toral José Rafael*<br><br>Case No. K EF2004-1039 (1003)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | José Rafael Zequeira Toral | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to enable litigation of the post-judgment matter regarding damages against HTA in the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement any amounts consigned to the Prepetition Court. | August 9, 2019 |
| 2. | *ACT v. Congr. Mayaguez Mani de los Testigos de Jehová*<br><br>Case No. K EF2007-0462 (1003)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Congr. Mayaguez Mani de los Testigos de Jehová | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement any amounts consigned to the Prepetition Court. | August 9, 2019 |
| 3. | *ACT v. Autoridad de Edificios Públicos* | Autoridad de Edificios Públicos | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to allow HTA to consign to the Prepetition Court the amount | August 9, 2019 |

---

[3] Capitalized terms used herein that are not otherwise defined shall have the meaning given to them in the *Debtors' Eleventh Omnibus Motion for Approval of Modifications of the Automatic Stay*.
"Prepetition Court" shall mean the Puerto Rico Court of First Instance.
"Prepetition Action" shall mean the action identified in the column, "Case Information."

1

| | **CASE INFORMATION** | **MOVANT** | **DEBTOR** | **BRIEF DESCRIPTION OF THE MODIFICATION** | **MODIFICATION DATE** |
|---|---|---|---|---|---|
| | Case No. K EF2008-0162 (1003)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | | | of $968,667.03 plus legal interests and to enable the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement any amounts consigned to the Prepetition Court. | |
| 4. | *ACT v. Carrisal Alvarado, Tomás, Elizabet Ocana*<br><br>Case No. K EF2010-0485 (1003)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Tomás Carrisal Alvarado, Elizabet Ocana | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement any amounts consigned to the Prepetition Court. | August 9, 2019 |
| 5. | *ACT v. Miguel A. Acevedo Coll*<br><br>Case No. K EF2010-0488 (1002)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Miguel A. Acevedo Coll | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement any amounts consigned to the Prepetition Court. | August 9, 2019 |
| 6. | *ACT v. Sánchez Correa, Dominga* | Dominga Sánchez Correa | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to enable HTA to value | August 9, 2019 |

| | **CASE INFORMATION** | **MOVANT** | **DEBTOR** | **BRIEF DESCRIPTION OF THE MODIFICATION** | **MODIFICATION DATE** |
|---|---|---|---|---|---|
| | Case No. K EF2011-0018 (1003) Puerto Rico Court of First Instance Condemnation Proceeding | | | and acquire an additional parcel of land and consign additional funds based on such valorization, and to enable the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement any amounts to be consigned to the Prepetition Court. | |
| 7. | *ACT v. Sánchez Correa, Isabel SUCN.* Case No. K EF2011-0020 (1003) Puerto Rico Court of First Instance Condemnation Proceeding | SUCN Isabel Sánchez Correa | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement any amounts consigned to the Prepetition Court. | August 9, 2019 |
| 8. | *ACT v. Luis Alberto Mercado Jiménez and others* Case No. K EF2011-0240 (1003) Puerto Rico Court of First Instance Condemnation Proceeding | Luis Alberto Mercado Jiménez and others | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement any amounts consigned to the Prepetition Court. | August 9, 2019 |

| | **CASE INFORMATION** | **MOVANT** | **DEBTOR** | **BRIEF DESCRIPTION OF THE MODIFICATION** | **MODIFICATION DATE** |
|---|---|---|---|---|---|
| 9. | *ACT v. Mandry Nones, Ivelisse Helena (SUCN)*<br><br>Case No. K EF2011-0241 (1003)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | SUCN. Ivelisse Helena Mandry Nones | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to (i) allow the parties to continue negotiations to settle the Prepetition Action, and (ii) to enable the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement any amounts consigned to the Prepetition Court. | August 9, 2019 |
| 10 | *ACT v. Tallaboa Heavy Equipment Corporation, CEMEX, Luis Martínez*<br><br>Case No. K EF2012-0283 (1003)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Tallaboa Heavy Equipment Corporation, CEMEX, Luis Martínez | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to (i) allow HTA to amend Exhibit A to the complaint filed in the Prepetition Action, and (ii) to enable the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement any amounts consigned to the Prepetition Court. | August 9, 2019 |
| 11 | *ACT v. Inmobiliaria Unibón, Inc.*<br><br>Case No. K EF2016-0071 (1003)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Inmobiliaria Unibón, Inc. | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other | August 9, 2019 |

|  | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | MODIFICATION DATE |
|---|---|---|---|---|---|
|  |  |  |  | Title III Debtor, and any requirement for HTA to supplement any amounts consigned to the Prepetition Court. |  |
| 12 | *ACT v. Fiorina Vilella*<br><br>Case No. K EF2004-1202<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Fiorina Viella | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to allow Movant to withdraw amounts consigned or to be consigned by HTA to the Prepetition Court in the Prepetition Action pursuant to the terms of a stipulation executed between Movant and HTA; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement any amounts consigned to the Prepetition Court. | August 9, 2019 |