UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------x
                                                             :
In re                                                        :
                                                             :   PROMESA
THE FINANCIAL OVERSIGHT AND                                  :   Title III
MANAGEMENT BOARD FOR PUERTO RICO,                            :
                                                             :
    as representative of                                     :   Case No. 17-BK-3283 (LTS)
                                                             :
THE COMMONWEALTH OF PUERTO RICO,                             :   (Jointly Administered)
et al.,¹                                                     :
                                                             :
        Debtors.                                             :
                                                             :
-------------------------------------------------------------x
                                                             :
In re                                                        :
                                                             :   PROMESA
THE FINANCIAL OVERSIGHT AND                                  :   Title III
MANAGEMENT BOARD FOR PUERTO RICO,                            :
                                                             :
    as representative of                                     :   Case No. 17-BK-04780 (LTS)
                                                             :
PUERTO RICO ELECTRIC POWER                                   :   Court Filing Relates Only to PREPA
AUTHORITY (PREPA)                                            :
                                                             :
        Debtor.                                              :
-------------------------------------------------------------x
```

**CERTIFICATE OF SERVICE**

      I hereby certify that Cortland Capital Market Services LLC, as Administrative Agent for certain lenders ("Cortland"), in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Tenth Amended Notice, Case Management and Administrative*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

*Procedures Order* (Docket No. 8027-1 of Case No. 17-03283 (LTS)) (the "CMP Order"), sent a true and exact copy of the documents titled:

(i) *Urgent Joint Motion for Order Modifying Briefing Schedule in Connection with Urgent Motion to Compel Discovery Responses in Connection with PREPA RSA Settlement Motion* filed on August 14, 2019 (Docket No. 1589 of Case No. 17-04780 (LTS) and Docket No. 8470 of Case No. 17-03283 (LTS)), **by electronic mail upon all the parties listed in the Master Service List on AUGUST 14, 2019 and by U.S. mail upon all the Standard Parties listed in the CMP Order on AUGUST 15, 2019**; and

(ii) *Notice of Withdrawal of Urgent Motion of Cortland Capital Market Services LLC, as Administrative Agent, and Solus to Compel Discovery Responses in Connection with PREPA RSA Settlement Motion* filed on August 19, 2019 (Docket No. 1597 of Case No. 17-04780 (LTS) and Docket No. 8501 of Case No. 17-03283 (LTS)), **by electronic mail upon all the parties listed in the Master Service List on AUGUST 19, 2019 and by U.S. mail upon all the Standard Parties listed in the CMP Order on AUGUST 20, 2019**.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 20th day of August, 2019.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

**MCCONNELL VALDÉS LLC**
*Attorneys for Cortland Capital Market Services LLC, as Administrative Agent*
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: 787-250-5604
Facsimile: 787-759-9225

By: *s/Nayuan Zouairabani*
Nayuan Zouairabani
USDC-PR No. 226411
nzt@mcvpr.com