# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO
# BANKRUPTCY COURT

| | |
|---|---|
| **INRE:**<br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF THE COMMONWEALTH OF PUERTO RICO, ET ALS**<br>**DEBTORS** | **PROMESA TITLE III**<br>**NUM. 17BK3283-RTS** |

## MOTION IN COMPLIANCE WITH THE ORDER OF THE COURT

Comes now the movant party Dr. Enriquez Vázquez Quintana Pro Se and respectfully alleges and prays to the Honorable Court as follows:

1. The movant party received an Order from this Honorable Court dated August 12, 2019. The movant party will comply with paragraph R of the Operative Case Management Order. The movant party will try to meet and confer with the debtors regarding the requested relief to lift the automatic stay in the case pending in the Federal District Court for the District of Puerto Rico 3-19-CV-04191-JAG. As soon as I obtain the results of my efforts to meet and confer I will communicate those results to this Honorable Court.

1

**WHEREFORE,** it is respectfully requested to this Honorable Court to take notice that the movant party will make efforts to meet and confer with the debtors through their legal representatives. The results of those efforts will be rapidly communicated to this Honorable Court.

I hereby certify that I sent copy of this motion to the attorney of the Secretary of Justice of Puerto Rico Wandymar Burgos Vargas wburgos@justicia.pr.gov

I also certify that under the eighth amendment noticed Case Management and Administrative Procedure; I notify Counsel of the Oversight Board Hermann Bauer hermann.bauer@oneillborges.com and Ubaldo M. Fernández Barrera ubaldo.fernandez@oneillborges.com; Counsel for AAFAF Diana M. Pérez dperez@omm.com, Luis C. Marini-Biaggi lmarini@mpmlawpr.com and Carolina Velaz-Rivero cvelaz@mpmlawpr.com; attorney Juan C. Ramírez Ortíz, legal representative of the defendant Judges in case 3-19-CV-04191

I also filed this motion with the Clerk of the Federal Court in order for him to notify the masterlist and the claims and noticing agents, see Section E of the Case Management Proceedings.

Respecfully submitted,

*[signature: Enrique Vázquez Quintana M.D.]*

Enrique Vázquez Quintana, MD
Pro Se