# **EXHIBIT X**

| | |
|---|---|
| **From:** | "ICG-MKTS" <james.castiglioni@citi.com> on behalf of "Castiglioni, James [ICG-MKTS]" <james.castiglioni@citi.com> |
| **Sent:** | Thu, 26 Jul 2018 20:03:01 -0400 (EDT) |
| **To:** | "Gavin, John C [ICG-MKTS]" <john.c.gavin@citi.com>; Natalie Jaresko<natalie.jaresko@promesa.gov>; Rosemarie 'Maí' Vizcarrondo – FOMB<vizcarrondo@promesa.gov> |
| **Cc:** | Listserv Citi <Citipuertorico@citi.com>; Kyle Rifkind<kyle.rifkind@promesa.gov>; Jaime Elkoury <jaime.elkoury@promesa.gov>; Sebastian Negron Reichard <sebastian.negron@promesa.gov> |
| **Subject:** | RE: Blow out tomorrow on PREPA |

All, see below for a slight edit to the second to last paragraph.

James

### New
Notably, the Board previously voted against a Restructuring Support Agreement ("RSA") with the PREPA creditors in June of 2017, in large part due to its analysis that the transition charge risk had the potential to unavoidably increase costs for ratepayers. This new agreement has addressed this issue **by setting a fixed transition charge each year to** be borne by consumers and transferring the long-term **demand** risk to the bondholders.

### Prior
Notably, the Board previously voted against a Restructuring Support Agreement ("RSA") with the PREPA creditors in June of 2017, in large part due to its analysis that the transition charge risk had the potential to unavoidably increase costs for ratepayers. This new agreement has addressed this issue by capping the level of the transition charge that can be borne by consumers and transferring the long-term risk to the bondholders.


**James Castiglioni**
Vice President | Public Finance Department, Citi

388 Greenwich Street, 8th Floor, New York, NY 10013
Phone: 212-723-5982
james.castiglioni@citi.com

If you are not the intended recipient of this message, please promptly notify the sender of the transmission error, delete this message and do not disclose or make improper use of it. Electronic messages are not necessarily secure or error-free and can contain viruses, and the sender is not liable for any of these occurrences. Please go to https://icg.citi.com/icg/data/is_disclaimer.htm for additional information and other important disclosures. This message is for the internal use of the intended recipients and may contain information proprietary to Citi which may not be reproduced, redistributed, or copied in whole or in part without Citi's prior consent.

In connection with the matters contemplated herein, Citi will be acting solely as a principal and not as your agent, advisor, municipal advisor (as defined in Section 15B of the Securities Exchange Act of 1934), or fiduciary. Citi has not assumed a fiduciary responsibility with respect to these matters, and nothing herein or in any prior relationship between you and Citi will be deemed to create an advisory, municipal advisory, fiduciary or agency relationship between us with respect to these matters. Citi may have financial and other interests that differ from yours. You should discuss the information contained in this communication with your own municipal, financial, legal, accounting, tax, and/or other advisors, as applicable, to the extent you deem appropriate.

**From:** Gavin, John C [ICG-MKTS]
**Sent:** Thursday, July 26, 2018 7:54 PM
**To:** Natalie Jaresko; Rosemarie 'Maí' Vizcarrondo – FOMB
**Cc:** Listserv Citi; Kyle Rifkind; Jaime Elkoury; Sebastian Negron Reichard
**Subject:** RE: Blow out tomorrow on PREPA

Agree with that.  Positive but still work to do

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Natalie Jaresko <natalie.jaresko@promesa.gov>
**Date:** Thursday, Jul 26, 2018, 7:52 PM
**To:** Rosemarie 'Maí' Vizcarrondo – FOMB <vizcarrondo@promesa.gov>
**Cc:** Listserv Citi <Citipuertorico@citi.com>, Kyle Rifkind <kyle.rifkind@promesa.gov>, Jaime Elkoury <jaime.elkoury@promesa.gov>, Sebastian Negron Reichard <sebastian.negron@promesa.gov>
**Subject:** Re: Blow out tomorrow on PREPA

This is a step in the direction of agreement, not an agreement.

Sent from my iPhone

> On Jul 26, 2018, at 7:41 PM, Rosemarie 'Maí' Vizcarrondo – FOMB <vizcarrondo@promesa.gov> wrote:
>
> I just sent this draft to Citi for their review.
>
> Rosemarie 'Maí' Vizcarrondo
> Chief of Staff
> Financial Oversight & Management Board for Puerto Rico
> 787-641-0001
> vizcarrondo@promesa.gov
>
> -----Original Message-----
> From: Natalie Jaresko
> Sent: Thursday, July 26, 2018 7:37 PM
> To: Listserv Citi <Citipuertorico@citi.com>
> Cc: Kyle Rifkind <kyle.rifkind@promesa.gov>; Jaime Elkoury <jaime.elkoury@promesa.gov>; Rosemarie 'Maí' Vizcarrondo – FOMB <vizcarrondo@promesa.gov>; Sebastian Negron Reichard <sebastian.negron@promesa.gov>
> Subject: Blow out tomorrow on PREPA
>
> Citi:
>
> Can you please draft a short email to the Board tonight describing the expected blow out tomorrow, why it is happening, the pros and cons of it happening, as well as the fact that you've brought the Government around and a joint or at least cooperative press statement will go out tomorrow?
>
> Don't want them to be surprised tomorrow morning.
>
> I just spoke to Tom about this.
>
> Thank you.  N
>
> Sent from my iPhone
> <FOMBPR_Release_Preliminary PREPA Bondholder Agreement.docx>

CONFIDENTIALITY NOTE: This electronic transmission contains information belonging to the Financial Oversight and Management Board for Puerto Rico, its subsidiaries and/or affiliates, which is confidential and/or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail or telephone that this message has been inadvertently transmitted to you and delete this e-mail from your system. If you have received this transmission in error, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of the information is strictly prohibited. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful.