# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as a representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>                    Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION
## *PRO HAC VICE* OF JARED S. ROACH

COMES NOW, Jared S. Roach, Applicant herein and respectfully states:

1.      Applicant is an attorney and partner of the law firm of Reed Smith LLP, with offices at:

> 225 Fifth Avenue, Suite 1200
> Pittsburgh, Pennsylvania 15222
> jroach@reedsmith.com
> Telephone:  412-288-3277
> Facsimile:  412-288-3063

2.      Applicant will sign all pleadings with the name Jared S. Roach.

3.      Applicant has been retained as a member of the above-named firm by The Bank of New York Mellon to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4.      Since October 15, 2009, applicant has been and presently is a member in good standing of the bar of the Commonwealth of Pennsylvania, where applicant regularly practices law.  Applicant's Pennsylvania bar license number is 307541.

5.      Applicant has been admitted to practice and is a member in good standing

in the following jurisdictions:

| Jurisdiction | Admission Date | Attorney Identification Number |
|---|---|---|
| Supreme Court of Pennsylvania | October 15, 2009 | PA I.D. No. 307541 |
| United States District Court for the Western District of Pennsylvania | October 15, 2009 | Active |
| United States District Court for the Northern District of Ohio | April 2010 | Active |
| United States District Court for the Eastern District of Michigan | July 7, 2015 | Active |

6.      Applicant is not currently suspended from the practice of law before any

court or jurisdiction.

7.      Applicant is not currently the subject of any complaint for unethical

conduct, disciplinary proceeding or criminal charges before any jurisdiction.

8.      Applicant has filed for *pro hac vice* admission in the United States District

Court for the District of Puerto Rico in *Government Development Bank for Puerto Rico*, Case

No. 3:18-cv-01561-LTS [Document No. 61] with text order approving *pro hac vice* admission on

August 28, 2018 [Document No. 84].

9.      Local counsel of record associated with the applicant in this matter is:

> Albéniz Couret Fuentes
> USDC-PR Bar No. 222207
> SEPULVADO, MALDONADO & COURET
> 304 Ponce de León Ave. – Suite 990
> San Juan, PR 00918
> Telephone: (787) 765-5656
> Facsimile: (787) 294-0073
> Email: acouret@smclawpr.com

10.     Applicant has read the Local Civil Rules of the United States District

Court for the District of Puerto Rico and will comply with the same.

11.     Applicant has read the Local Civil Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court.  Accordingly, payment of the *pro hac vice* admission fee shall be completed either through the CM/ECF payment module (using the pay.gov portal) or by attaching a check or money order payable to:  Clerk, U.S. District Court.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Dated: August 21, 2019                             Respectfully submitted,

REED SMITH LLP

By:     */s/ Jared S. Roach_____*
Jared S. Roach, Esq.
PA I.D. No. 307541
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone:  412-288-3131
Facsimile: 412-288-3063
Email:  jroach@reedsmith.com

*Counsel for The Bank of New York Mellon*

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the

designation of local counsel of record for all purposes.

Dated: August 21, 2019

Respectfully submitted,

SEPULVADO, MALDONADO &
COURET

By:   */s/ Albéniz Couret Fuentes*
Albéniz Couret Fuentes
USDC-PR Bar No. 222207
SEPULVADO, MALDONADO &
COURET
304 Ponce de León Ave. – Suite 990
San Juan, PR 00918
Telephone: (787) 765-5656
Facsimile: (787) 294-0073
Email: acouret@smclawpr.com

*Counsel for The Bank of New York Mellon*

- 4 -

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system which will send automatic notification of such

filing to all CM/ECF Participants.

Dated: August 21, 2019                                     */s/ Albéniz Couret Fuentes*
                                                           Albéniz Couret Fuentes
                                                           USDC-PR Bar No. 222207
                                                           acouret@smclawpr.com