# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as a representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>                    Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS |

## ORDER GRANTING ADMISSION
## *PRO HAC VICE* OF JARED S. ROACH

This Court, having considered the above Application for Admission *Pro Hac Vice,* orders that:

_____ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

_____ the application be denied. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

SO ORDERED.

In San Juan, Puerto Rico, this \_\_\_\_ day of _____, 2019.

_____
U.S. District Judge