```
Court Name: District Court
Division: 1
Receipt Number: PRX100065496
Cashier ID: risaac
Transaction Date: 08/21/2019
Payer Name: COURET-FUENTES,
ALBENIZ
------------------------------
PRO HOC VICE
 For: COURET-FUENTES, ALBENI
Z
 Case/Party: D-PRX-1-97-NA-0
00003-002
 Amount:         $300.00
------------------------------
PAPER CHECK CONVERSION
 Remitter: SEPULVADO AND MAL
DONADO
 Check/Money Order Num: 4152
 Amt Tendered:   $300.00
------------------------------
Total Due:      $300.00
Total Tendered: $300.00
Change Amt:       $0.00

17-BK-3283 PRO HAC VICE OF J
ARED S.
ROACH THRU  COURET-FUENTES,
ALBENIZ
```