UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

STIPULATED ORDER EXEMPTING CERTAIN
CLAIMS FROM THE ADMINISTRATIVE BAR DATE

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

This matter having come before the Court by under the *Notice of Presentment of Stipulated Order Exempting Certain Claims from the Administrative Bar Date*, filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative of the Debtors, for the entry of this stipulated order (the "Order"); and Bonistas having agreed to the terms and conditions set forth herein; and good cause having been shown;[2]

**NOW THEREFORE, IT IS HEREBY STIPULATED AND ORDERED:**

1. Bonistas shall file a claim for allowance of an administrative expense claim by August 15, 2019 (the "Claim").

2. Notwithstanding the filing of the Claim, Bonistas shall not seek, and shall not obtain, any recovery from COFINA, Reorganized COFINA, or the assets of Reorganized COFINA on account of Claim; provided, however, that the foregoing is without waiver of, or prejudice to, (a) any right of Bonistas with respect to the Commonwealth or any Commonwealth instrumentality other than COFINA and Reorganized COFINA arising out of or with respect to the Claim and activities giving rise thereto or (b) the rights of the Commonwealth or any other party in interest to object to, or contest the entitlement of Bonistas to, recovery against the Commonwealth or any Commonwealth instrumentality on account of the Claim.

3. COFINA and Reorganized COFINA shall be entitled to apply to the Court to close the COFINA Title III Case notwithstanding the filing and pendency of the Claim and shall not be required to reserve any amounts with respect thereto for the benefit of Bonistas.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

---

[2] Capitalized terms used but not defined in this Order have the meanings ascribed to such terms in the *Third Amended Title III Plan of Adjustment for Puerto Rico Sales Tax Financing Corporation* [Case No. 17-3284, Docket No. 436] (the "Plan").

5. This Order resolves Docket Entry No. 8480 in Case No. 17-3283.

SO ORDERED.

Dated: August 22, 2019

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge