## Sexagésimo cuarta objeción colectiva
### Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 169 | ROBLES BIDOT, JAIME<br>25 MUNOZ RIVERA AVE<br>COND BAHIA PLAZA 701<br>SAN JUAN, PR 00901 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 31487 | $ 213,925.00 |
| | Base para: El reclamante es un presunto inversor de uno o más fondos comunes que, a su vez, puede haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar el monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa. | | | | | |
| 170 | ROBLES BIDOT, JAIME<br>25 MUNOZ RIVERA AVE.<br>COND. BAHIA PLAZA 701<br>SAN JUAN, PR 00901 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32658 | $ 214,068.00 |
| | Base para: El reclamante es un presunto inversor de uno o más fondos comunes que, a su vez, puede haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar el monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa. | | | | | |
| 171 | ROBLES FELICIANO, VALERIE<br>CAPARRA HEIGHTS STATION<br>PO BOX 11918<br>SAN JUAN, PR 00922-1918 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13436 | $ 147,840.53 |
| | Base para: El reclamante es un presunto inversor de uno o más fondos comunes que, a su vez, puede haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar el monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa. | | | | | |
| 172 | RODRIGUEZ RIVERA, CARLOS R.<br>L-9 8 CUPEY GARDENS<br>SAN JUAN, PR 00926-7323 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 43366 | $ 8,025.40 |
| | Base para: El reclamante es un presunto inversor de uno o más fondos comunes que, a su vez, puede haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar el monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa. | | | | | |
| 173 | RODRIGUEZ RODZ, ERNESTO<br>P.O. BOX 330190<br>PONCE, PR 00733-0190 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 31106 | $ 562,510.00* |
| | Base para: El reclamante es un presunto inversor de uno o más fondos comunes que, a su vez, puede haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar el monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa. | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL
DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form) /
Llene esta información para identificar el caso (seleccione solo un deudor por formulario de reclamación)

MMLID: 1201225

EPOC ID: 170356600250600

| | | |
|---|---|---|
| Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico has listed your claim in their Creditor List on
Schedule F – Participant Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a
proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Employees Retirement System of the Government of the Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores
en el Schedule F – Obligaciones de los participantes como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe
presentar una prueba de reclamación oportunamente o se le prohibirá de siempre participar o compartir en cualquier distribución o ser tratado como
un reclamo para fines de votación o distribución.

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a
request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make
such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted
copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts,
judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not
available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en
virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los
requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de
conformidad con el Título 11 § 503 del U.S.C.

Quienes presentan la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en
este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como
pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de
garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los
documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 - Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

ERNESTO RODRIGUEZ RODZ *Gloria L. Diaz-Lopez COTTEES UAD 9/17/98*

Name of the current creditor (the person or entity to be paid for this claim)
Nombre el acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor

*Ernesto Rodriguez - Rodriguez*
*Gloria L. Diaz-Lopez*
*CO-TTEES UAD 9/17/98*
*FBO Rodriguez-Diaz*

Modified Official Form 410                     Proof of Claim                     page 1

U0503 v.01 02.15.2018

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom?
   Sí. ¿De quién? _____

---

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g)

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

ERNESTO RODRIGUEZ RODZ
P.O. BOX 330190
~~MANICAO~~ PR 00733 - 0190
Ponce,

787/379-9747
Contact phone / Teléfono de contacto

gloy_gloy_363@hotmail.com
Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Ernesto Rodriguez Rodriguez
Gloria L. Diaz Lopez
CO-TTEES UAD 9/17/98
Name / Nombre FBO Rodriguez - DIAZ

POBox 330190
Number / Número   Street / Calle

Ponce   P.R.   00733-0190
City / Ciudad   State/ Estado   ZIP Code / Código postal

687/379-9747
Contact phone / Teléfono de contacto

gloy_gloy_363@hotmail.com
Contact email / Correo electrónico de contacto

---

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes.   Claim number on court claims registry (if known)
   Sí.   Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
   Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

---

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing?
   Sí. ¿Quién hizo la reclamación anterior?_____

---

**Part 2 / Parte 2:**   Give Information About the Claim as of the Petition Date

Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☒ No / No
☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
   Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

_____

---

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☐ No / No
☒ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

67C-570024 Smithrdax Securities Hasta 25 de mayo/18

Vendor / Contract Number | Número de proveedor / contrato:
5RC-014681 Sierra Crest Capital Ind#2
DeDe mayo/19-R/presente

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ 566,600

$544,658 Pedido en Principal
+ 21,942 Intereses Según De Devenga
$566,600   (Ver estados)

---

**8. How much is the claim?**   $ *566,600 —*

¿Cuál es el importe de la reclamación?

Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?

☐ No / No

☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

*544,658 Pedido en principal*
*+ 21,942 Intereses Dejados de Devengan 1 Año*
*= 566,600*

---

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

*Préstamo de dinero (Mutual Funds)*

---

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☐ No / No

☒ Yes. The claim is secured by a lien on property.

Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:

☐ Motor vehicle / Vehículos

☒ Other. Describe:
Otro. Describir: *Fondos Mutuos*

Basis for perfection / Fundamento de la realización de pasos adicionales: *Estado de cuentas de Mayo 17 y Junio 17*

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención).

Value of property / Valor del bien: $ *921,824.00*

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $ *21,942 Intereses Dejados de recibir*

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $ *544,658.00*
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $ *21,942*

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso) *?* %

☒ Fixed / Fija

☐ Variable / Variable

---

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☐ No / No

☒ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso: $ *21,942 hasta mayo/18*

| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br><br>☑ Yes. Identify the property /<br>Sí. Identifique el bien: _Fondos Mutuos_ |
|---|---|

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. | $540,658<br>A Abril/30/17<br>* Ver estado ADJ<br>DE Abril 1/17-Abril30/1 |

## Part 3   Parte 3:    Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el   _05/14/2018_   (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre la persona que completa y firma esta reclamación:

Name   _Gloria_          _Luz_          _Diaz-Lopez_
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo   _COTTEE_

Company / Compañía   _Encedi Lubienez Gloia L. Diaz COTTEES FBO Rodriguez_
Identify the corporate servicer as the company if the authorized agent is a servicer. ( FBO Rodriguez/DIA
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección   _PO Box 330190_
Number / Número       Street / Calle

_Ponce_                    _P.R._        _00733-0190_
City / Ciudad              State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto _787/379-97-47_ Email / Correo electrónico _glmgduy363@hotma_

also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

ED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**MMLID: 1201225**
**EPOC ID: 170356600250600**

Fill in this information to identify the case (Select only one Debtor per claim form) /
Llene esta información para identificar el caso (seleccione solo un deudor por formulario de reclamación)

| | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☒ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule F — Participant Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Employees Retirement System of the Government of the Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule F — Obligaciones de los participantes como un reclamo Contingente, Sin liquidez no asegurado por un monto indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohíbirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

*¿Quién es el acreedor actual?*

ERNESTO RODRIGUEZ RODZ *Gloria L. Díaz-López COTTEES UAD 9/17/18*

Name of the current creditor (the person or entity to be paid for this claim)
Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación) *Ernesto Rodriguez-Rodriguez*
*Gloria L. Díaz-López*
*COTTEES UAD 9/17/18*
Other names the creditor used with the debtor *FBO Rodriguez-Diaz*
Otros nombres que el acreedor usó con el deudor



**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No

☐ Yes. From whom?

Sí. ¿De quién? _____

**3. Where should notices and payments to the creditor be sent?**

¿A dónde deberían enviarse las notificaciones al acreedor?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g)

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

ERNESTO RODRIGUEZ RODZ *Gloria Diaz-Lopez*
P.O. BOX 330190
~~MARICAO~~ PR 00733
*Ponce, P.R. 00733-0190*

(787) 379-9747
Contact phone / Teléfono de contacto

*gloygloy363@hotmail.com*
Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent? (if different)**
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

*Ernesto Rodriguez-Rodriguez*
*Gloria L. Diaz-Lopez*
*COTTEES 2no 9/17/98*
*E Rodriguez-Diaz*
Name / Nombre

*PO Box* 330190
Number / Número      Street / Calle

*Ponce      P.R.      00733-0190*
City / Ciudad      State / Estado      ZIP Code / Código postal

*(787) 379-9747*
Contact phone / Teléfono de contacto

*gloygloy363@hotmail.com*
Contact email / Correo electrónico de contacto

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No

☐ Yes. Claim number on court claims registry (if known)

Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____

Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No

☐ Yes. Who made the earlier filing?

Sí. ¿Quién hizo la reclamación anterior?_____

---

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date

Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☒ No / No

☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)

Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☐ No / No

☒ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

*67C-570024 - Santander Securities*
*hasta Mar 2025 de 2018*

Vendor / Contract Number | Número de proveedor / contrato: *5RC-014681 - Reide Marzo 2026 de 2018*
*hasta Claramente*
*en StoneCrestCapital Mndet*

List any amounts due after the Petition Date (listed above) but before June 30, 2017:

Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ *99,810.00*

*A Junio 1° - Jun 30/17*
*$92,550.00 Pagado en Principal*
*+ 7,260.00 Intereses Debido Desarrolla*
*$99,810.2*
*(Ver estados de cuenta pag 2*
*Saccion A) Junio)*

Modified Official Form 410                    Proof of Claim

**8. How much is the claim?**

¿Cuál es el importe de la reclamación?

$ *99,810.00*

*#92,550 Pérdida de Principal*
*+#7,260 Intereses sin vengar de 6/17-6/18*
*# 99,810.00*
*( Ver estado adjunto.)*

Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?

☐ No / No

☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

*Préstamo de Dinero (Bonos Municipales (COFINA (2008))*

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☐ No / No

☒ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☒ Other. Describe:
Otro. Describir: *Bonos Municipales (COFINA)*

Basis for perfection / Fundamento de la realización de pasos adicionales:
*Estado de cuentas de Mayo de 2017 y de Junio de 2017*

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)

Value of property / Valor del bien: $ *120,000.00*

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $ *7,260 Interés vigido de vengana desde 6/hor/17, Junio/ 8/18*

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $ *92,550*
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $ *7260.00*

Annual Interest Rate (on the Petition Date) *6.050%*
Tasa de interés anual (cuando se presentó el caso) _____%

☒ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☐ No / No

☒ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso: $ *7260.00*
*(Interés No de Vengado por la mano)*
*# 605. x12 = #7,260.00*

| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br><br>☒ Yes. Identify the property /<br>Sí. Identifique el bien: _Bonos Municipales (COFINA)_ |
|---|---|

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br><br>☒ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. | $ _82500.⁰⁰_<br>_A Abril/30/17_<br>_* Ver echos Adjun_<br>_de Abril 1/17 Abril_ |

---

## Part 3 | Parte 3:     Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _05/14/2018_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name _Gloria_ _Luz_ _Díaz-López_
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo _CO-TTEE_

Company / Compañía _Fausto Rodriguez Gloria L Díaz FBO Rodriguez-Díaz_
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _PO Box 330190_
Number / Número        Street / Calle

_Ponce_                    _P.R._        _00733-0190_
City / Ciudad              State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto _787/379-9747_ Email / Correo electrónico _glorygloy363@hotmail.co_

---

Modified Official Form 410

**Santander**
SECURITIES
207 Ponce de Leon Ave. 4th Floor, San Juan, PR 00917-1818 (787) 759-5330


**CORESTONE**
ACCOUNT™

* 0239498  02 SP  0.500 02  TR 00957 X101PD18 000000
ERNESTO RODRIGUEZ RODRIGUEZ
GLORIA L DIAZ LOPEZ
CO-TTEES UAD 9/17/98
FBO RODRIGUEZ DIAZ
PO BOX 330190
PONCE PR 00733-0190

July 1, 2017 - July 31, 2017
Account Number Redacted 0024

## Portfolio at a Glance

| | This Period | Year-to-Date |
|---|---|---|
| **BEGINNING ACCOUNT VALUE** | $284,040.47 | $328,901.57 |
| Withdrawals (Cash & Securities) | -1,143.96 | -14,733.15 |
| Dividends, Interest and Other Income | 627.52 | 13,675.24 |
| Total Taxes Withheld | -1.50 | -46.15 |
| Other Transactions | 0.00 | -124.98 |
| **Net Change in Portfolio[1]** | 3,900.00 | -40,250.00 |
| **ENDING ACCOUNT VALUE** | $287,422.53 | $287,422.53 |

[1] Net Change in Portfolio is the difference between the ending account value and beginning account value after activity.

**Your Financial Consultant:**
PR INVESTOR SERVICE DESK
(787) 200-1710

**The Bank Deposits in your account are FDIC insured bank deposits.**
FDIC insured bank deposits are not securities and are not covered by the Securities Investor Protection Corporation (SIPC). These bank deposits are covered by the Federal Deposit Insurance Corporation (FDIC), up to allowable limits.

## Asset Summary



| Percent | Asset Type | Last Period | This Period |
|---|---|---|---|
| 1% | Cash, Money Funds, and Bank Deposits | 1,240.47 | 722.53 |
| 10% | Fixed Income | 27,450.00 | 29,700.00 |
| 89% | Mutual Funds | 255,350.00 | 257,000.00 |
| 100% | **Account Total (Pie Chart)** | $284,040.47 | $287,422.53 |

Please review your allocation periodically with your Financial Consultant.

Go paperless  Rated Excellent Every Year Since 2007  Clearing through Pershing LLC, a wholly owned subsidiary of the Bank of New York Mellon



**Santander**
SECURITIES
207 Ponce de Leon Ave. 4th Floor, San Juan, PR 00917-1818 (787) 759-3330

July 1, 2017 - July 31, 2017
ERNESTO RODRIGUEZ RODRIGUEZ

## Portfolio Holdings (continued)

| Date Acquired | Quantity | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **FIXED INCOME 10.00% of Portfolio** (In Maturity Date Sequence) | | | | | | | | | |

**Municipal Bonds**

PUERTO RICO SALES TAX FING CORP SALES
TAX REV UNREF-FIRST SUB-SER B
6.050% 08/01/29 B/E DTD 06/25/09CALLABLE 08/01/17 @
100.000
SECURITY IN DEFAULT 1ST CPN DTE 08/01/09
CPN PMT MONTHLY ON 01
Moody Rating CA S & P Rating D
TAX EXEMPT - PUERTO RICO RESIDENTS ONLY
120,000.00 of these shares are in your margin account

Security Identifier Redacted

| Date Acquired | Quantity | Unit Cost | Adjusted Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| 08/05/09 | 120,000.000 | 100.0000 | 120,000.00 | 24.7500 | 29,700.00 | -90,300.00 | 0.00 | | |
| | | | Original Cost Basis: $120,000.00 | | | | | | |
| **Total Municipal Bonds** | 120,000.000 | | $120,000.00 | | $29,700.00 | -$90,300.00 | $0.00 | $0.00 | |
| **TOTAL FIXED INCOME** | 120,000.000 | | $120,000.00 | | $29,700.00 | -$90,300.00 | $0.00 | $0.00 | |

| Date Acquired | Quantity | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **MUTUAL FUNDS 89.00% of Portfolio** | | | | | | | | | |

FIRST PUERTO RICO TAX EXEMPT TARGET
MAT FD V COM CASH DIV
Closed End Fund
Dividend Option: Cash; Capital Gains Option: Cash
*Security Disposition Method: First In First Out

Security Identifier: 33611R102

| 02/27/03 | 35,000.000 | 10.0000 | 350,004.00 | 1.5200 | 53,200.00 | -296,804.00 | | | |

FIRST PUERTO RICO TARGET MAT INCOME
OPPORTUNITIES FD II INC COM CASH DIV
ISIN#PR33612V1028
Closed End Fund
Dividend Option: Cash; Capital Gains Option: Cash
*Security Disposition Method: First In First Out

Security Identifier: Redacted

Redacted0024

Go paperless
Rated Excellent
Every Year Since 2007
Clearing through Pershing LLC, a wholly owned
subsidiary of the Bank of New York Mellon

**Portfolio Holdings** (continued)

| Date Acquired | Quantity | Unit Cost | Cost Basis | Market Price | Market Value | Unrealized Gain/Loss | | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|---|---|---|
| **MUTUAL FUNDS (continued)** | | | | | | | | | |
| FIRST PUERTO RICO TARGET MAT INCOME (continued) | | | | | | | | | |
| 08/03/05 * | 25,000.000 | 10.0000 | 250,002.00 | 2.8000 | 70,000.00 | -180,002.00 | | | |
| ✶ FIRST PUERTO RICO TAX ADVANTAGED | | | | Security Identifier: Redacted | | | | | |
| TARGET MAT FD II INC COM | | | | | | | | | |
| Closed End Fund | | | | | | | | | |
| Dividend Option: Cash; Capital Gains Option: Cash | | | | | | | | | |
| ✕Security Disposition Method: First In First Out | | | | | | | | | |
| 02/15/06 * | 20,000.000 | 10.0000 | 200,002.00 | 6.6900 | 133,800.00 | -66,202.00 | | | |
| **TOTAL MUTUAL FUNDS** | | | $800,008.00 | | $257,000.00 | -$543,008.00 | | $0.00 | |

| | | | Cost Basis | | Market Value | Unrealized Gain/Loss | Accrued Interest | Estimated Annual Income | |
|---|---|---|---|---|---|---|---|---|---|
| **TOTAL PORTFOLIO HOLDINGS** | | | $920,730.53 | | $287,422.53 | -$633,308.00 | $0.00 | $0.24 | |

---

* Noncovered under the cost basis rules as defined below.

Securities acquired before 2011 or in retirement accounts are generally not subject to the new cost basis reporting rules set forth in the Internal Revenue Code of 1986, as amended ("IRC") (incorporating amendments enacted by P.L.110-343, the Emergency Economic Stabilization Act of 2008) and are, therefore, considered "noncovered" under the new cost basis reporting rules, and marked or denoted as such. All other securities in this section are securities which are "covered" under the new cost basis reporting rules. Securities which are "covered" under the new cost basis reporting rules are defined as non-retirement, US taxpayers securities which have been acquired on or after their "applicable date(s)" at which they are subject to the cost basis reporting rules and the adjusted basis will be reported to the IRS on form 1099-B for the applicable tax year in which the security is disposed.

Reporting requirements generally will be phased in over a three-year period, as follows:
* Stock in a corporation acquired on or after January 1, 2011
* Mutual funds and dividend reinvestment plan (DRP) shares acquired on or after January 1, 2012
* Options and any Debt Instruments that provide a simple fixed payment schedule for which a yield to maturity can be easily determined acquired on or after January 1, 2014.

Cost Basis on fixed income securities may be adjusted for amortization, accretion, original issuer discount adjustments, or principal paydowns. The calculation is based upon the taxpayer election, type of fixed income security, and certain attributes, obtained from sources believed to be reliable. In the event, one or more of these attributes is changed there may be a temporary incorrect adjusted cost basis reflected until the cost basis system is amended to reflect this change. These calculations will not be performed under certain circumstances, including those involving foreign bonds, bonds sold short or bonds issued with less than one year to maturity. This information is meant as a general guide and you should consult your tax advisor in the preparation of your tax returns.

† The cost basis of this security has been provided to us by you or your introducing firm and Pershing makes no representation as to the accuracy of this information.
§ You have selected a disposition method for this security that differs from the default disposition method indicated in the Your Account Information Section. If you choose to sell or transfer a portion of these shares, the disposition method noted here will be used.

Go paperless

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Commonwealth of P.R.
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY. 10163-4708

9590 9402 2157 6193 0824 19

2. Article Number (Transfer from service label)

7018 0360 0000 6079 2157

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

MAY
24
2019

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Return Receipt for
   Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Commonwealth of P.R.
Claims Processing Center
c/o Prime Clerk LLC.
Grand Central Station, PO Box 4708
New York, NY. 10163-4708

9590 9402 2157 6193 0824 57

2. Article Number (Transfer from service label)

7018 0360 0000 6079 2171

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

MAY

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Return Receipt for
   Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

**\*THIS NOTICE MUST BE FILED AND SERVED ON OR BEFORE APRIL 16, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------X
:
In re: :
:
THE FINANCIAL OVERSIGHT AND :
MANAGEMENT BOARD FOR PUERTO RICO, :
:
as representative of :
:
THE COMMONWEALTH OF PUERTO RICO *et al.*, :
:
Debtors. :
-------------------------------------------------------------X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

## NOTICE OF PARTICIPATION IN OMNIBUS OBJECTION
## TO CLAIMS FILED OR ASSERTED BY HOLDERS OF CERTAIN
## COMMONWEALTH GENERAL OBLIGATION BONDS

This Notice of Participation must be served and filed no later than April 16, 2019 in accordance with the instructions set forth at the end of this document.

The party identified below ("<u>Participant</u>") hereby advises the Objectors that it intends to participate in the litigation of the *Omnibus Objection of the Financial Oversight and Management Board, Acting Through its Special Claims Committee, and the Official Committee of Unsecured Creditors, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Filed or Asserted by Holders of Certain Commonwealth General Obligation Bonds*, dated January 14, 2019 [Docket No. 4784] (the "<u>Objection</u>"), which asserts that all claims that have been or may be asserted against the Commonwealth of Puerto Rico on account of general obligation bonds issued by the Commonwealth in or after 2012 (the "<u>Challenged GO Bonds</u>") are invalid.

To ensure full participation rights in the litigation of the Objection, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

<u>Participant Name and Contact Information</u>

*Rodriguez-Diaz Trust*
Participant Name

*Gloria L. Diaz-Lopez TTEE*
Contact Person (if Participant is not an individual)

*glorglory363@hotmail.com*
Email Address

<u>Counsel Contact Information (if any)</u>

*Stone Crest Capital Markets*
Firm Name (if applicable)

*Rebecca Feliciano*
Contact Person

*rfeliciano@stonecrestpartners.com*
Email Address

Address line 1

*PO Box 330190*

Address line 2

*Ponce 00733-0190*

City, State Zip Code

*Puerto Rico*

Country

Address line 1

*CARIBE Office Building Suite 102*
*53 Palomeras St.*

Address line 2

*San Juan 00901*

City, State Zip Code

*Puerto Rico*

Country

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

         **X**    intends to **support** the relief requested in the Objection (i.e., Participant believes the Court should find that the Challenged GO Bonds are **invalid**); *or*

        _____ intends to **oppose** the relief requested in the Objection (i.e., Participant believes that the Court should find that the Challenged GO Bonds are **valid**)

3.  If Participant is not a holder of a Challenged GO Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more Challenged GO Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all Challenged GO Bonds held by Participant:

    (b)    Did Participant purchase any of its Challenged GO Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

*Gloria L. Díaz López*
Print Name

*TTEE*
Title (if Participant is not an Individual)

*March 21, 2019*
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

2

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Tony L. Snac_    ☐ Agent<br>☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>_Rebecca J. Snac_    3/25/19 |
| 1. Article Addressed to:<br>_The Clerk of the USDC for District PR_<br>_Room 150 Federal Building_<br>_150 Carlos Chardon Ave._<br>_San Juan, P.R. 00918-1767_ | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4288 8190 3140 91 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>sured Mail Restricted Delivery<br>ver $500) | ☐ Priority Mail Express<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7018 1130 0001 2182 7628 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |



## FIRST PUERTO RICO TAX-ADVANTAGED TARGET MATURITY FUND II (TARSAN PLUS II)

**March 31, 2019**

**Category**

Non-Diversified Closed End Fund

Puerto Rico Tax-Advantaged Fixed Income

**Inception Date**

March 3, 2004

**Minimum Share Amount**

100 shares

**Total Assets**

US $155.09 million

**Net Assets**

US $88.84 million

**Cusips**

336128103 Cash
33612R101 Reinvestment

**Investment Adviser**

Santander Asset Management
(787)759-5340

**Distributor**

Santander Securities LLC
1(888) 756-0003

| NAV | Market Price**** |
|---|---|
| 8.64 | 6.48 |

**Annual Operating Expense Ratio**

1.00%

**Shares of Common Stock**

10,286,225 Shares

**Undistributed Net Income**

$ 4,599,782

The Fund's investment objectives are to (i) provide a high level of current income as is consistent with the preservation of capital and (ii) to distribute to shareholders the net assets of the Fund during the period commencing on June 30, 2014 and ending on approximately June 30, 2024 (the "Target Date") (iii) to distribute monthly dividends of substantially all of its investment income. The Fund invests primarily in fixed income securities including Puerto Rico and U.S. Government securities, mortgage-backed and asset backed securities and municipal obligations. Normally, at least 67% of the Fund's assets must be invested in Puerto Rico securities. The Fund invests at least 80% of its assets in securities that, at the time of purchase, have been rated in the highest rating category by a nationally recognized statistical rating organization and at least 90% of its assets in investment-grade securities, or, if unrated, deemed by the Investment Adviser to be of comparable credit quality. The Fund could invest on tax-exempt and/or taxable securities, the amounts distributed as ordinary dividends will be subject to a preferential tax rate of 15%, in the case of individuals. The Fund is authorized to issue debt securities and engage in other forms of leverage to increase amounts available for investment.

### Performance***

| Total Returns | 1 month | 3 months | YTD | 1 year | 3 years** | 5 years** | 10 years** | Since Inception** |
|---|---|---|---|---|---|---|---|---|
| At NAV* | 1.95% | 7.60% | 7.60% | 15.25% | 7.79% | 7.46% | 5.92% | 5.25%* |
| At Market**** | 1.95% | 7.68% | 7.68% | 9.49% | 5.65% | 2.32% | 2.50% | 2.95% |

*Exclusive of 4.50% maximum sales charge during the initial offering period, June 30, 2004.
** Annualized

***Does not reflect the effect of income taxes. The performance quoted is past performance and is not a guarantee of future results. The investment return and principal value of an investment in the Fund will fluctuate so that shares, when redeemed, may be worth more or less than their original cost. Performance changes over time and currently may be lower or higher than performance data shown above. The Fund is subject to certain market risks. Market volatility can significantly impact short-term performance. A sales load of 4.50% was charged during the initial offering period, ended on June 30, 2004, for the sale of the Fund's common stock. For performance current to the most recent month-end please call 1 (888) 756-0003.

****Market price is provided by Santander Securities, an affiliate of the Fund.

### Calendar Annual Total Returns

| | Fund |
|---|---|
| 2018 | 13.95% |
| 2017 | 14.20% |
| 2016 | 12.19% |
| 2015 | -2.19% |
| 2014 | 21.96% |
| 2013 | -16.44% |
| 2012 | 11.08% |
| 2011 | 17.39% |
| 2010 | 0.12% |
| 2009 | 6.78% |
| 2008 | -1.31% |
| 2007 | 9.29% |
| 2006 | 2.54% |

Based on Nav and excluding 4.50% max. sales charge.

### Growth of $10,000 Since Inception

NAV $21,636**
Market $15,497**

This chart assumes reinvestment of dividend and capital gain distributions and excludes the impact of any sales charge and the effect of income taxes.
*Performance based on NAV and excluding 4.50% max. sales charge.
**Performance based on market value. Market price is provided by Santander Securities, an affiliate of the Fund.

### Portfolio Characteristics

| | |
|---|---|
| Average Maturity | 11.75 years |
| Average Duration | 8.90 |
| Effective Duration | 7.62 |
| Average Price | 96.27 |
| Average Yield(1) | 5.73% |
| Weighted Average Coupon(2) | 3.85% |
| Market Weighted Average Coupon(2) | 4.38% |
| Asset Leverage Ratio(3) | 42.53% |
| Leverage Cost(4) | 3.22% |
| Leverage Cost*(4) | 3.74% |
| *Including hedging transactions | |
| 52-Week NAV Low/High | $7.71 / $8.68 |
| YTD NAV Change | 0.41 |
| Last 12-month Gross Dividend | $ 0.3625 |

(1) Average Yield is the return obtained from the portfolio and is calculated by multiplying the last month of the quarter gross income by twelve and dividing by the portfolio amortized cost at quarter end.

(2) Weighted Average Coupon. "WAC", is calculated from the Fund's portfolio by weighting the coupon of each security by its relative size in the portfolio based on face amount. Market Weighted Average Coupon is WAC calculation based on market value.

(3) The Fund may borrow money from banks or other financial institutions, enter into reverse repurchase agreements and dollar rolls and offer commercial paper and other debt securities or shares of preferred stock. The Asset Leverage Ratio is all such forms of leverage divided by the Fund's total assets immediately after such leverage. The Asset Leverage Ratio may represent up to 50% of the Fund's total assets; in addition, the Fund is allowed to borrow an additional 5% of the Fund's total assets for temporary, emergency and/or defensive purposes. The Fund's utilization of leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares.

(4) Leverage cost – Issuance and ongoing expenses of any form of leverage issued by the Fund. Including hedging transactions - Issuance and ongoing expenses of any form of leverage issued by the Fund plus costs and net settlements earned/incurred under swap/options contracts. Both ratios are calculated by dividing the total leverage cost for the quarter by the average amount of leverage outstanding during the quarter, then annualized. The use of leverage by the Fund creates the opportunities for increased net income for holders of the common stock and a potentially higher return. At the same time, leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares.

### Annualized Monthly Distributions (As of March 31, 2019)+

| | Oct-18 | Nov-18 | Dec-18 | Jan-19 | Feb-19 | Mar-19 |
|---|---|---|---|---|---|---|
| Net | 2.048% | 2.042% | 2.009% | 2.009% | 20.052% | 2.280% |
| Gross | 2.064% | 2.064% | 2.016% | 2.016% | 20.064% | 2.280% |

+ March distribution refers to dividend paid on April 15, 2019. February distribution includes a special dividend. The Fund intends to declare and distribute monthly dividends of substantially all of its net investment income. Annualized monthly distributions to holders of Common Stock consisted of all or a portion of its net investment income remaining after the payment of interest on the commercial paper or other debt securities or borrowings or dividends on any preferred stock. Gross distributions are before deduction of taxes. Net distributions are after deduction of withholding of preferential tax rate of 15%. Please note that monthly distribution rates may vary.

NOT FDIC OR GOVERNMENT AGENCY INSURED | NOT BANK GUARANTEED | NOT A BANK DEPOSIT | MAY LOSE VALUE | FOR RESIDENTS OF PUERTO RICO ONLY

www.santandersecurities.com



| Top 10 Holdings | |
|---|---|
| 1. P.R. Trade and Export Notes | 35.36% |
| 2. U.S. Municipals | 23.05% |
| 3. P.R. Hsng. and Human Dev. Trust | 12.29% |
| 4. P.R. Sales Tax Financing (zero) | 11.02% |
| 5. P.R. Sales Tax Financing | 7.81% |
| 6. Federal Home Loan Bank Bonds | 5.60% |
| 7. Federal Farm Credit Bank Bonds | 3.28% |
| 8. P.R. GNMA | 0.65% |
| 9. P.R. FNMA | 0.56% |
| 10. P.R Building | 0.20% |

**Credit Quality**

□AAA 29.37%
□AA+ 30.78%
□AA 18.22%
□A 2.13%
□NR 19.50%

*Ratings from Standard and Poor's as of March 31, 2019. Ratings are measured on a scale that generally ranges from AAA (highest) to D (lowest). Below investment grade is represented by a rating of BB or below. Not rated (NR) indicates that the debtor was not rated and should not be interpreted as a low quality. Ratings are subject to change.

**Asset Allocation**

□U.S. Agencies 8.88%
□P.R. MBS 1.39%
□P.R. Bonds and Munis 19.03%
□P.R. Notes 47.65%
□U.S. MUNI 23.05%

## PORTFOLIO HOLDINGS SUMMARY AS OF MARCH 31, 2019

| Description | % of Portfolio | Description | % of Portfolio | Description | % of Portfolio | Description | % of Portfolio |
|---|---|---|---|---|---|---|---|
| P.R. TRADE & EXPORT NOTE 4.60% (1) | 9.01% | TX ST-BABS-A | 1.58% | FEDERAL HOME LOAN BANK | 0.72% | PR SALES TAX FING-A1 | 0.23% |
| P.R. TRADE & EXPORT NOTE 5.391% (1) | 6.57% | DISTRICT COLUMBIA | 1.45% | P.R. TRADE & EXPORT NOTE 4.509% (1) | 0.70% | FN 823332 | 0.23% |
| P.R. TRADE & EXPORT NOTE 4.95% (1) | 5.48% | FIDEVI NOTE 5.460% (1) | 1.39% | PR SALES TAX FING-A2 | 0.68% | FN 792898 | 0.21% |
| FEDERAL HOME LOAN BANK | 3.83% | PR SALES TAX FING-A1 | 1.32% | COFINA 2007A SR BDS INSURED | 0.66% | COFINA-TXBL INSURED | 0.20% |
| FIDEVI NOTE 5.301% (1) | 3.62% | COFINA 2007A SR BDS INSURED | 1.31% | TX ST-BABS-A | 0.64% | PR BLDGS-REF-L-FSA-CR | 0.20% |
| PR SALES TAX FING-A1 | 3.49% | PR S/TAX-CABS-A-BHAC | 1.31% | PR SALES TAX FING-A1 | 0.63% | PR SALES TAX FING-A1 | 0.19% |
| FIDEVI NOTE 5.517% (1) | 3.29% | IL ST-BAB-3-AGM-CR | 1.28% | PR SALES TAX FING-A1 | 0.62% | PR SALES TAX FING-A1 | 0.18% |
| COFINA 2007A SR BDS INSURED | 3.24% | P.R. TRADE & EXPORT NOTE 4.882% (1) | 1.24% | TX ST TRANSN-1ST TIER | 0.62% | NYC TRANS AUTH REV | 0.18% |
| P.R. TRADE & EXPORT NOTE 5.55% (1) | 3.22% | NYS DORM AUTH-BABS | 1.14% | VA CLG-B-21ST CENTURY | 0.59% | NYC FIN AUTH | 0.18% |
| P.R. TRADE & EXPORT NOTE 5.10% (1) | 3.15% | ILLINOIS ST-BABS-AGM | 1.13% | OH WTR-A2-BABS | 0.53% | GN 597890 | 0.14% |
| P.R. TRADE & EXPORT NOTE 5.101% (1) | 2.95% | PR SALES TAX FING-A1 | 1.05% | FIDEVI NOTE 5.713% (1) | 0.48% | FN 823348 | 0.12% |
| NYS URBAN-TXB-ST PERS | 2.64% | FEDERAL HOME LOAN BANK | 1.05% | COFINA 2007A SR BDS INSURED | 0.40% | FG A35646 | 0.10% |
| FIDEVI NOTE 5.510% (1) | 2.62% | COFINA 2007A SR BDS INSURED | 1.00% | PR SALES TAX FING-A1 | 0.38% | GN 597865 | 0.08% |
| CT ST-QSCB-TXB | 2.13% | NYC FIN-BABS-TXB | 0.96% | NYC FIN AUTH | 0.33% | GN 597875 | 0.08% |
| STATE PUB SCH-A-QSCB | 1.98% | FIDEVI NOTE 6.017% (1) | 0.89% | PR SALES TAX FING-A1 | 0.27% | GN 607376 | 0.06% |
| NYS URBAN DEV CORP | 1.91% | NYC TRANSL FIN-QSCB | 0.83% | PR SALES TAX FING-A1 | 0.27% | PR SALES TAX FING-A2 | 0.05% |
| FL BOE PECO-SER G | 1.82% | P.R. TRADE & EXPORT NOTE 5.108% (1) | 0.78% | PR SALES TAX FING-A1 | 0.26% | GN 607372 | 0.04% |
| PR SALES TAX FING-A2 | 1.71% | P.R. TRADE & EXPORT NOTE 5.367% (1) | 0.77% | NYC TRANSL FIN -BABS | 0.26% | FG A43847 | 0.04% |
| FEDERAL FARM CREDIT BANK | 1.68% | P.R. TRADE & EXPORT NOTE 4.889% (1) | 0.75% | GN 483970 | 0.25% | FG A35645 | 0.04% |
| FEDERAL FARM CREDIT BANK | 1.60% | P.R. TRADE & EXPORT NOTE 5.00% (1) | 0.74% | NYC FIN AUTH | 0.25% | FN 411531 | 0.00% |

**The Fund's holdings are subject to change.**

(1) Collateralized with U.S. securities

## Disclosures

Before you invest, you should review the Fund's prospectus, which contains more information about the Fund, including fees and expenses that you may pay if you buy and hold shares of the Fund, and its risks.  You can find the Fund's prospectus and other information about the Fund including its most recent reports to shareholders, online at www.santandersecurities.com.  You can also get this information at no cost by calling 1(888) 756-0003 or from your financial consultant.

The Fund's shares of common stock can be offered through Santander Securities LLC, the underwriter of the Fund, which is a securities broker-dealer registered in Puerto Rico and a member of FINRA/SIPC. Santander Securities LLC is an indirect subsidiary of Banco Santander, S.A. and thus is under common control with, and is an affiliate of, Santander Asset Management, LLC, the investment adviser and administrator of the Fund.

The Fund is a non-diversified investment company registered under the Puerto Rico Investment Companies Act. An investment in the Fund is not equivalent to an investment in the underlying securities of the Fund. The shares are offered for sale exclusively to individuals whose main residence is located in Puerto Rico and persons, other than individuals, whose principal office and place of business are located in Puerto Rico. The shares may be offered for sale and sold only in Puerto Rico.  Past performance is not predictive of future performance. Performance changes over time and currently may be lower than stated above.  An investment in the Fund is not a deposit or an obligation of a bank (including Banco Santander Puerto Rico), and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. An investment in the shares of the Fund is designed and is suitable only for long-term investors, and may not be suitable for all investors. Investors in the shares should not view the Fund as a vehicle for trading purposes. The shares of the Fund are subject to market risk, including the loss of principal. The investment return and principal value of an investment in the Fund will fluctuate so that shares, when redeemed, may be worth more or less than their original cost. Market volatility can significantly impact short-term performance.  As a non-diversified investment company, the Fund may invest a greater portion of its assets in a single issuer or asset class and as such may be susceptible to loss due to adverse occurrences affecting that issuer or asset class. The Fund's utilization of leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares. Please see "Risk Factors and Special Considerations" and "Risk Factors and Special Considerations of Leverage" in the prospectus for a more detailed description of the Fund's risks.

An investment in the Fund is suitable only for investors who can bear the risks associated with the limited liquidity, and potential illiquidity, of the shares.  The Fund is subject to risks that may result in a loss of all or part of your investment in the Fund.  The Fund's shares have limited liquidity, and may not be readily marketable in certain situations. The risk of illiquidity will be particularly acute in the event that the Fund's net asset value deteriorates rapidly, including as a result of declines in the value of Puerto Rico fixed-income securities from downgrades to their credit rating or otherwise.

The Fund may enter into various types of transactions with affiliated parties as described in the Fund's prospectus. All transactions with affiliates are subject to procedures adopted by the Board of Directors from time to time and, particularly, the independent directors of the Board, in an effort to address potential conflict of interest. There is no assurance that the procedures will be effective. Any claim against the Fund or its directors and officers by any investor in the securities issued by the Fund will be subject to the jurisdiction of the courts of the Commonwealth of Puerto Rico.

**NOT FDIC OR GOVERNMENT AGENCY INSURED | NOT BANK GUARANTEED | NOT A BANK DEPOSIT | MAY LOSE VALUE | FOR RESIDENTS OF PUERTO RICO ONLY**

## First Puerto Rico Target Maturity Income Opportunities Fund II, Inc.

The Fund is a closed-end investment company. Closed-end investment companies offer shares of common stock to investors during a public offering period that ends as set forth in the fund's prospectus; thereafter, shares of common stock of closed-end investment companies may be purchased and sold in the secondary market, should one develop and be maintained. Shareholders of closed-end funds do not have the right to redeem their shares or exchange them for shares of other funds.

### Secondary Market for Shares of Closed-End First Puerto Rico Funds

The Fund is designed, and may be suitable for long-term investors. If you wish to sell your shares of common stock of the Fund, you should contact your broker and/or Santander Securities. A shareholder's ability to sell shares in the secondary market may depend on Santander Securities' willingness to purchase such shares for its inventory, or ability to solicit other customers to purchase such shares. No assurance can be given as to the liquidity of, or the trading market for, such shares as a result of any such activities undertaken by Santander Securities.

Currently, Santander Securities does not maintain an active market in shares of common stock of closed-end First Puerto Rico Funds whose public offering period has been completed. However, Santander Securities assists customers interested in selling or purchasing shares of closed-end First Puerto Rico Funds in identifying potential counterparties, and may act as an intermediary in secondary-market transactions between such customers. Customers interested in selling or purchasing shares of closed-end First Puerto Rico Funds should contact the Puerto Rico branch of Santander Securities.

The secondary market of common stock of each closed-end First Puerto Rico Fund is dependent on the trading volume resulting from secondary market supply and demand. If at any time Santander Securities is the only market maker in the shares, and ceases to maintain a market, the shares will become illiquid until a market is reestablished. Shares of closed-end First Puerto Rico Funds, therefore, may not be readily marketable. While closed-end First Puerto Rico Funds may make, at the discretion of their Board of Directors, periodic offers to repurchase outstanding shares of the fund at their net asset value or to purchase shares of the fund in the secondary market at the lower of market price or net asset value per share, shares of closed-end First Puerto Rico Funds are substantially less liquid than shares of funds that trade on a stock exchange. Moreover, a fund may offer to purchase its shares in the secondary market when market prices are below net asset value in order for such purchases to benefit shareholders that remain in such fund.

The risk of illiquidity will be particularly acute in the event that the Fund's net asset value deteriorates rapidly, including as a result of declines in the value of Puerto Rico fixed-income securities (in which the Fund must invest at least 67% of its total assets under normal market conditions) or other securities in its portfolio from downgrades to the credit rating of the issuers of such securities.

In the event that a market is maintained by Santander Securities, the market price would be based on factors such as relative supply of and demand for its shares, general market and economic conditions in Puerto Rico, the United States and globally, the current dividend rate for such shares and the value of such fund's investment portfolio.

### Current Market Conditions Affecting the Fixed Income Markets in General, and Affecting Puerto Rico Municipal Bonds and Other Fixed-Income Securities

Current market conditions affecting fixed-income securities present significant risks beyond those of other securities, including greater credit risk and price volatility. Recently, certain structural changes in the secondary market are resulting in decreased liquidity and increased volatility in the fixed income securities market. The ability of broker-dealers to provide liquidity on secondary market has changed fundamentally, apparently as a consequence of certain regulatory initiatives. Therefore, the overall value of a fixed-income portfolio may experience greater volatility during the upcoming periods than historically been the case. Potential rising interest rates will generally result in a decrease of value of a fixed-income portfolio, and consequently, the Fund's net asset value may likewise decrease.

Downgrades to the credit rating of the issuers of Puerto Rico municipal bonds and other fixed-income securities, or other securities in the Fund's portfolio, may result in a decrease in the value of such securities and in a corresponding decrease in the net asset value of the Fund. Furthermore, such downgrade would also reduce the market for such securities, which could negatively impact the Fund's ability to dispose of such securities or the price the Fund may receive in any such sale, as well as the Fund's ability to utilize such securities as collateral for its leverage program.

The uncertainty surrounding the financial situation of the Commonwealth of Puerto Rico, including lack of access to credit markets and nonpayment or default by some municipal bond issuers, creates additional risks to the Fund. Monthly distributions to holders of Shares will consist of all or a portion of its net investment income, if any, remaining after the payment of interest expense or dividends in connection with the Fund's leverage program and other Fund expenses. At times, in order to maintain a stable level of dividends, the Fund may pay out less than all of its net investment income or pay out accumulated undistributed income in addition to current net investment income. Net capital gains, if any, will be retained by the Fund, unless the Board of Directors determines that capital gains must be distributed to holders of Common Stock and preferred stock in order to ensure advantageous tax treatment for the Fund. Dividends to be paid by the Fund will be declared by the Dividend Committee of the Fund's Board of Directors, at its sole discretion, and are paid out of the net investment income available for distribution to holders of Shares. The Fund cannot guarantee that future dividends will be declared and cannot guarantee any particular dividend level.

Consequently, the Fund's shares may lose value, and thus you may lose your investment, as a consequence of such a downgrade.

### The Fund may be subject to additional risk due to the current market conditions affecting Puerto Rico municipal bonds and other fixed income securities.

The Adviser of the Fund has claimed an exclusion from the definition of the term "commodity pool operator" under the Commodity Exchange Act (the "CEA") and, therefore, is not subject to registration or regulation as a pool operator under the CEA. The PR Funds are not a vehicle for trading or seeking exposure in the commodity futures, commodity options or swaps markets.

NOT FDIC OR GOVERNMENT AGENCY INSURED | NOT BANK GUARANTEED | NOT A BANK DEPOSIT | MAY LOSE VALUE | FOR RESIDENTS OF PUERTO RICO ONLY

**First Puerto Rico Tax-Advantaged Target Maturity Fund II, Inc.**

Disclosures (continued)

The Fund is a closed-end investment company. Closed-end investment companies offer shares of common stock to investors during a public offering period that ends as set forth in the fund's prospectus; thereafter, shares of common stock of closed-end investment companies may be purchased and sold in the secondary market, should one develop and be maintained. Shareholders of closed-end funds do not have the right to redeem their shares or exchange them for shares of other funds.

**Secondary Market for Shares of Closed-End First Puerto Rico Funds**

The Fund is designed, and may be suitable for long-term investors. If you wish to sell your shares of common stock of the Fund, you should contact your broker and/or Santander Securities. A shareholder's ability to sell shares in the secondary market may depend on Santander Securities' willingness to purchase such shares for its inventory, or ability to solicit other customers to purchase such shares. No assurance can be given as to the liquidity of, or the trading market for, such shares as a result of any such activities undertaken by Santander Securities.

Currently, Santander Securities does not maintain an active market in shares of common stock of closed-end First Puerto Rico Funds whose public offering period has been completed. However, Santander Securities assists customers interested in selling or purchasing shares of closed-end First Puerto Rico Funds in identifying potential counterparties, and may act as an intermediary in secondary-market transactions between such customers. Customers interested in selling or purchasing shares of closed-end First Puerto Rico Funds should contact the Puerto Rico branch of Santander Securities.

The secondary market of common stock of each closed-end First Puerto Rico Fund is dependent on the trading volume resulting from secondary market supply and demand. If at any time Santander Securities is the only market maker in the shares, and ceases to maintain a market, the shares will become illiquid until a market is reestablished. Shares of closed-end First Puerto Rico Funds, therefore, may not be readily marketable. While closed-end First Puerto Rico Funds may make, at the discretion of their Board of Directors, periodic offers to repurchase outstanding shares of the fund at their net asset value or to purchase shares of the fund in the secondary market at the lower of market price or net asset value per share, shares of closed-end First Puerto Rico Funds are substantially less liquid than shares of funds that trade on a stock exchange. Moreover, a fund may offer to purchase its shares in the secondary market when market prices are below net asset value in order for such purchases to benefit shareholders that remain in such fund.

The risk of illiquidity will be particularly acute in the event that the Fund's net asset value deteriorates rapidly, including as a result of declines in the value of Puerto Rico fixed-income securities (in which the Fund must invest at least 67% of its total assets under normal market conditions) or other securities in its portfolio from downgrades to the credit rating of the issuers of such securities.

In the event that a market is maintained by Santander Securities, the market price would be based on factors such as relative supply of and demand for its shares, general market and economic conditions in Puerto Rico, the United States and globally, the current dividend rate for such shares and the value of such fund's investment portfolio.

**Current Market Conditions Affecting the Fixed Income Markets in General, and Affecting Puerto Rico Municipal Bonds and Other Fixed-Income Securities**

Current market conditions affecting fixed-income securities present significant risks beyond those of other securities, including greater credit risk and price volatility. Recently, certain structural changes in the secondary market are resulting in decreased liquidity and increased volatility in the fixed income securities market. The ability of broker-dealers to provide liquidity on secondary market has changed fundamentally, apparently as a consequence of certain regulatory initiatives. Therefore, the overall value of a fixed-income portfolio may experience greater volatility during the upcoming periods than historically been the case. Potential rising interest rates will generally result in a decrease of value of a fixed-income portfolio, and consequently, the Fund's net asset value may likewise decrease.

Downgrades to the credit rating of the issuers of Puerto Rico municipal bonds and other fixed-income securities, or other securities in the Fund's portfolio, may result in a decrease in the value of such securities and in a corresponding decrease in the net asset value of the Fund. Furthermore, such downgrade would also reduce the market for such securities, which could negatively impact the Fund's ability to dispose of such securities or the price the Fund may receive in any such sale, as well as the Fund's ability to utilize such securities as collateral for its leverage program.

The uncertainty surrounding the financial situation of the Commonwealth of Puerto Rico, including lack of access to credit markets and nonpayment or default by some municipal bond issuers, creates additional risks to the Fund. Monthly distributions to holders of Shares will consist of all or a portion of its net investment income, if any, remaining after the payment of interest expense or dividends in connection with the Fund's leverage program and other Fund expenses. At times, in order to maintain a stable level of dividends, the Fund may pay out less than all of its net investment income or pay out accumulated undistributed income in addition to current net investment income. Net capital gains, if any, will be retained by the Fund, unless the Board of Directors determines that capital gains must be distributed to holders of Common Stock and preferred stock in order to ensure advantageous tax treatment for the Fund. Dividends to be paid by the Fund will be declared by the Dividend Committee of the Fund's Board of Directors, at its sole discretion, and are paid out of the net investment income available for distribution to holders of Shares. The Fund cannot guarantee that future dividends will be declared and cannot guarantee any particular dividend level.

Consequently, the Fund's shares may lose value, and thus you may lose your investment, as a consequence of such a downgrade.

**The Fund may be subject to additional risk due to the current market conditions affecting Puerto Rico municipal bonds and other fixed income securities.**

The Adviser of the Fund has claimed an exclusion from the definition of the term "commodity pool operator" under the Commodity Exchange Act (the "CEA") and, therefore, is not subject to registration or regulation as a pool operator under the CEA. The PR Funds are not a vehicle for trading or seeking exposure in the commodity futures, commodity options or swaps markets.

**NOT FDIC OR GOVERNMENT AGENCY INSURED | NOT BANK GUARANTEED | NOT A BANK DEPOSIT | MAY LOSE VALUE | FOR RESIDENTS OF PUERTO RICO ONLY**                    www.santandersecurities.com



## March 31, 2019 — FIRST PUERTO RICO TARGET MATURITY INCOME OPPORTUNITIES FUND II (TARSAN INCOME II)

**Category**
Non-Diversified Closed End Fund
Puerto Rico Fixed Income

**Inception Date**
March 3, 2005

**Minimum Share Amount**
100 shares

**Total Assets**
US $61.96 million

**Net Assets**
US $50.46 million

**Cusips**
33612V Cash
33612V201 Reinvestment

**Investment Adviser**
Santander Asset Management
(787)759-5340

**Distributor**
Santander Securities LLC
1(888) 756-0003

| | |
|---|---|
| **NAV** | **Market Price****** |
| 5.45 | 3.27 |

**Annual Operating Expense Ratio**
1.00%

**Common Stock outstanding**
9,264,448 Shares

**Undistributed Net Income**
$ 4,976,963

The Fund's investment objectives are to (i) provide a high level of current income consistent with the preservation of capital (ii) to distribute shareholders the net assets of the Fund during the period commencing on June 30, 2025 and ending on approximately June 30, 2035 (the "Target Date") and (iii) to distribute monthly dividends of substantially all of its net investment income. The Fund invests primarily in fixed income securities including Puerto Rico and U.S. Government securities, mortgage-backed and asset-backed securities and municipal obligations. Normally, at least 67% of the Fund's assets must be invested in Puerto Rico securities. The Fund invests, at the time of purchase, at least 80% of its assets in investment grade securities or, if unrated, deemed by the Investment Adviser to be of comparable credit quality. The Fund could invest on tax exempt and/or taxable securities, the amounts distributed as ordinary dividends will be subject to a preferential tax rate of 15%, in the case individuals. The Fund is authorized to issue debt securities and engage in other forms of leverage to increase amounts available for investment.

### Performance***

| Total Returns | 1 month | 3 months | YTD | 1 year | 3 years** | 5 years** | 10 years** | Since Inception* |
|---|---|---|---|---|---|---|---|---|
| At NAV* | 0.26% | 11.68% | 11.68% | 3.22% | 15.14% | 4.20% | 3.28% | 2.90% |
| At Market**** | -0.14% | 21.28% | 21.28% | 42.77% | 9.64% | -4.10% | -2.65% | -1.11% |

\* Annualized

***Does not reflect the effect of income taxes. The performance quoted is past performance and is not a guarantee of future results. The investment return and principal value of an investment in the Fund will fluctuate so that shares, when redeemed, may be worth more or less than their original cost. Performance changes over time and currently may be lower or higher than performance data shown above. The Fund is subject to certain market risks. Market volatility can significantly impact short-term performance. A sales load of 4.50% was charged during the initial offering period, ended on January 5, 2006, for the sale of the Fund's common stock. For performance current to the most recent month-end please call 1 (888) 756-0003.

****Market price is provided by Santander Securities, an affiliate of the Fund.

### Calendar Annual Total Returns / Growth of $10,000 Since Inception

| | Fund |
|---|---|
| 2018 | 38.25% |
| 2017 | 15.23% |
| 2016 | 20.97% |
| 2015 | 21.51% |
| 2014 | 10.43% |
| 2013 | 33.65% |
| 2012 | 0.37% |
| 2011 | 18.76% |
| 2010 | 14.13% |
| 2009 | 19.19% |
| 2008 | 5.02% |
| 2007 | 6.53% |
| 2006 | 2.93% |



NAV — $ 14,952*
Market — $ 8,545**

This chart assumes reinvestment of dividend and capital gain distributions and excludes the impact of any sales charge and the effect of income taxes.
*Performance based on NAV and excluding 4.50% max. sales charge.
**Performance based on market value. Market price is provided by Santander Securities, an affiliate of the Fund.

### Portfolio Characteristics

| | |
|---|---|
| Average Maturity | 16.001 years |
| Average Duration | 11.87 |
| Effective Duration | 11.98 |
| Average Price | 81.57 |
| Average Yield(1) | 6.77% |
| Weighted Average Coupon(2) | 2.56% |
| Market Weighted Average Coupon(2) | 3.14% |
| | |
| Asset Leverage Ratio(3) | 18.36% |
| Leverage Cost(4) | 2.80% |
| Leverage Cost*(4) | 3.16% |
| *Including hedging transactions | |
| 52-Week NAV Low/High | $4.30 / $5.65 |
| YTD NAV Change | 0.40 |
| | |
| Last 12-month Gross Dividend | $ 0.2520 |

### Annualized Monthly Distributions (As of March 31, 2019)+



| | | | | | |
|---|---|---|---|---|---|
| Oct-18 | Nov-18 | Dec-18 | Jan-19 | Feb-19 | Mar-19 |
| 0.780% 0.778% | 0.780% 0.780% | 0.780% 0.780% | 0.780% 0.780% | 21.276% 21.276% | 1.212% 1.212% |

□ Gross ■ Net

+ March distribution refers to dividend paid on April 15, 2019. February distribution includes a special dividend.The Fund intends to declare and distribute monthly dividends of substantially all of its net investment income. Annualized monthly distributions to holders of Common Stock consisted of all or a portion of its net investment income remaining after the payment of interest on the commercial paper or other debt securities or borrowings or dividends on any preferred stock. Gross distributions are before deduction of taxes. Net distributions are after deduction of withholding preferential tax rate of 15%. Please note that monthly distribution rates may vary.

(1) Average Yield is the return obtained from the portfolio and is calculated by multiplying the last month of the quarter gross income by twelve and dividing by the portfolio amortized cost at quarter end.

(2) Weighted Average Coupon, "WAC", is calculated from the Fund's portfolio by weighting the coupon of each security by its relative size in the portfolio based on face amount. Market Weighted Average Coupon is WAC calculation based on market value.

(3) The Fund may borrow money from banks or other financial institutions, enter into reverse repurchase agreements and dollar rolls and offer commercial paper and other debt securities or shares of preferred stock. The Asset Leverage Ratio is all such forms of leverage divided by the Fund's total assets excluding leverage. The Asset Leverage Ratio may represent up to 50% of the Fund's total assets; in addition, the Fund is allowed to borrow an additional 5% of the Fund's total assets for temporary, emergency and/or defensive purposes. The Fund's utilization of leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares.

(4) Leverage cost – Interest expenses and ongoing expenses of any form of leverage issued by the Fund. Including hedging transactions - Issuance and ongoing expenses of any form of leverage issued by the Fund plus costs and net settlements earned/incurred under swap/options contracts. Both ratios are calculated by dividing the total leverage cost for the quarter by the average amount of leverage outstanding during the quarter, then annualized.The use of leverage by the Fund creates the opportunities for increased net income for holders of the common stock and a potentially higher return. At the same time, leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares.

NOT FDIC OR GOVERNMENT AGENCY INSURED | NOT BANK GUARANTEED | NOT A BANK DEPOSIT | MAY LOSE VALUE | FOR RESIDENTS OF PUERTO RICO ONLY        www.santandersecurities.com



## Top 10 Holdings

| | |
|---|---|
| 1. Federal Home Loan Bank Bonds | 28.16% |
| 2. P.R. Sales Tax Financing (zero) | 27.01% |
| 3. P.R. Sales Tax Financing | 18.76% |
| 4. U.S. Municipal Bonds | 11.75% |
| 5. Federal Farm Credit Bank Bonds | 8.66% |
| 6. P.R. Commonwealth Aqueduct & Sewer | 1.96% |
| 7. P.R. Trade and Export Notes | 1.91% |
| 8. GDB Debt Recovery Authority Bonds | 1.31% |
| 9. P.R. CMOs | 0.32% |
| 10. P.R. FNMA | 0.16% |

## Credit Quality*

AA+ 36.98%
AA 12.46%
AA- 1.20%
NR 49.36%

*Ratings from Standard and Poor's as of March 31, 2019. Ratings are measured on a scale that generally ranges from AAA (highest) to D (lowest). Below investment grade is represented by a rating of BB or below. Not rated (NR) indicates that the debtor was not rated and should not be interpreted as a low quality. Ratings are subject to change.

## Asset Allocation

U.S. Agencies 36.82%
P.R. Bonds and Munis 49.04%
P.R. Notes 1.91%
P.R. CMOs 0.32%
P.R. FNMA 0.16%
U.S. MUNI 11.75%

## PORTFOLIO HOLDINGS SUMMARY AS OF MARCH 31, 2019

| Description | % of Portfolio | Description | % of Portfolio | Description | % of Portfolio | Description | % of Portfolio |
|---|---|---|---|---|---|---|---|
| FEDERAL HOME LOAN BANK | 24.13% | COFINA 2007A SR BDS INSURED | 3.06% | PR SALES TAX FING-A2 | 1.63% | PR SALES TAX FING-A1 | 0.65% |
| COFINA 2007A SR BDS INSURED | 10.17% | FEDERAL FARM CREDIT BANK | 2.78% | FEDERAL FARM CREDIT BANK | 1.55% | COFINA-TXBL INSURED | 0.64% |
| PR SALES TAX FING-A1 | 8.38% | PR SALES TAX FING-A1 | 2.52% | PR SALES TAX FING-A1 | 1.51% | PR SALES TAX FING-A1 | 0.56% |
| ILLINOIS ST - 6.875% | 4.55% | FEDERAL HOME LOAN BANK | 2.17% | GDB DEBT RECOVERY AUTH | 1.31% | PR SALES TAX FING-A1 | 0.45% |
| FEDERAL FARM CREDIT BANK | 4.33% | IL ST-BAB-3-AGM-CR | 2.08% | COFINA 2007A SR BDS INSURED | 0.95% | PR SALES TAX FING-A1 | 0.43% |
| PR SALES TAX FING-A2 | 4.10% | COFINA 2007A SR BDS INSURED | 2.07% | UNIV OF CALIFORNIA SER F | 0.92% | DORAL MBS 6.697% | 0.32% |
| ILLINOIS ST-BABS-AGM- | 3.93% | PR AQUEDUCT REF-SER A | 1.96% | PR SALES TAX FING-A1 | 0.91% | NEW HAMPSHIRE ST BABS | 0.27% |
| PR SALES TAX FING-A1 | 3.18% | P.R. TRADE & EXPORT NOTE 5.101% (1) | 1.91% | PR SALES TAX FING-A1 | 0.66% | FANNIE MAE 2009-12 CL.CI | 0.16% |
| COFINA 2007A SR BDS INSURED | 3.14% | FEDERAL HOME LOAN BANK | 1.86% | PR SALES TAX FING-A1 | 0.65% | PR SALES TAX FING-A2 | 0.11% |

The Fund's holdings are subject to change.

(1) Collateralized with U.S. securities

## Disclosures

Before you invest, you should review the Fund's prospectus, which contains more information about the Fund, including fees and expenses that you may pay if you buy and hold shares of the Fund, and its risks. You can find the Fund's prospectus and other information about the Fund including its most recent reports to shareholders, online at www.santandersecurities.com. You can also get this information at no cost by calling 1(888) 756-0003 or from your financial consultant.

The Fund's shares of common stock can be offered through Santander Securities LLC, the underwriter of the Fund, which is a securities broker-dealer registered in Puerto Rico and a member of FINRA/SIPC. Santander Securities LLC is an indirect subsidiary of Banco Santander, S.A. and thus is under common control with, and is an affiliate of, Santander Asset Management, LLC, the investment adviser and administrator of the Fund.

The Fund is a non-diversified investment company registered under the Puerto Rico Investment Companies Act. An investment in the Fund is not equivalent to an investment in the underlying securities of the Fund. The shares are offered for sale exclusively to individuals whose main residence is located in Puerto Rico and persons, other than individuals, whose principal office and place of business are located in Puerto Rico. The shares may be offered for sale and sold only in Puerto Rico. Past performance is not predictive of future performance. Performance changes over time and currently may be lower than stated above. An investment in the Fund is not a deposit or an obligation of a bank (including Banco Santander Puerto Rico), and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. An investment in the shares of the Fund is designed and is suitable only for long-term investors, and may not be suitable for all investors. Investors in the shares should not view the Fund as a vehicle for trading purposes. The shares of the Fund are subject to market risk, including the loss of principal. The investment return and principal value of an investment in the Fund will fluctuate so that shares, when redeemed, may be worth more or less than their original cost. Market volatility can significantly impact short-term performance. As a non-diversified investment company, the Fund may invest a greater portion of its assets in a single issuer or asset class and as such may be susceptible to loss due to adverse occurrences affecting that issuer or asset class. The Fund's utilization of leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares. Please see "Risk Factors and Special Considerations" and "Risk Factors and Special Considerations of Leverage" in the prospectus for a more detailed description of the Fund's risks.

An investment in the Fund is suitable only for investors who can bear the risks associated with the limited liquidity, and potential illiquidity, of the shares. The Fund is subject to risks that may result in a loss of all or part of your investment in the Fund. The Fund's shares have limited liquidity, and may not be readily marketable in certain situations. The risk of illiquidity will be particularly acute in the event that the Fund's net asset value deteriorates rapidly, including as a result of declines in the value of Puerto Rico fixed-income securities from downgrades to their credit rating or otherwise.

The Fund may enter into various types of transactions with affiliated parties as described in the Fund's prospectus. All transactions with affiliates are subject to procedures adopted by the Board of Directors from time to time and, particularly, the independent directors of the Board, in an effort to address potential conflict of interest. There is no assurance that the procedures will be effective. Any claim against the Fund or its directors and officers by any investor in the securities issued by the Fund will be subject to the jurisdiction of the courts of the Commonwealth of Puerto Rico.

NOT FDIC OR GOVERNMENT AGENCY INSURED | NOT BANK GUARANTEED | NOT A BANK DEPOSIT | MAY LOSE VALUE | FOR RESIDENTS OF PUERTO RICO ONLY

# First Puerto Rico Target Maturity Income Opportunities Fund II, Inc.

**Disclosures (continued)**

The Fund is a closed-end investment company. Closed-end investment companies offer shares of common stock to investors during a public offering period that ends as set forth in the fund's prospectus; thereafter, shares of common stock of closed-end investment companies may be purchased and sold in the secondary market, should one develop and be maintained. Shareholders of closed-end funds do not have the right to redeem their shares or exchange them for shares of other funds.

## Secondary Market for Shares of Closed-End First Puerto Rico Funds

The Fund is designed, and may be suitable for long-term investors. If you wish to sell your shares of common stock of the Fund, you should contact your broker and/or Santander Securities. A shareholder's ability to sell shares in the secondary market may depend on Santander Securities' willingness to purchase such shares for its inventory, or ability to solicit other customers to purchase such shares. No assurance can be given as to the liquidity of, or the trading market for, such shares as a result of any such activities undertaken by Santander Securities.

Currently, Santander Securities does not maintain an active market in shares of common stock of closed-end First Puerto Rico Funds whose public offering period has been completed. However, Santander Securities assists customers interested in selling or purchasing shares of closed-end First Puerto Rico Funds in identifying potential counterparties, and may act as an intermediary in secondary-market transactions between such customers. Customers interested in selling or purchasing shares of closed-end First Puerto Rico Funds should contact the Puerto Rico branch of Santander Securities.

The secondary market of common stock of each closed-end First Puerto Rico Fund is dependent on the trading volume resulting from secondary market supply and demand. If at any time Santander Securities is the only market maker in the shares, and ceases to maintain a market, the shares will become illiquid until a market is reestablished. Shares of closed-end First Puerto Rico Funds, therefore, may not be readily marketable. While closed-end First Puerto Rico Funds may make, at the discretion of their Board of Directors, periodic offers to repurchase outstanding shares of the fund at their net asset value or to purchase shares of the fund in the secondary market at the lower of market price or net asset value per share, shares of closed-end First Puerto Rico Funds are substantially less liquid than shares of funds that trade on a stock exchange. Moreover, a fund may offer to purchase its shares in the secondary market when market prices are below net asset value in order for such purchases to benefit shareholders that remain in such fund.

The risk of illiquidity will be particularly acute in the event that the Fund's net asset value deteriorates rapidly, including as a result of declines in the value of Puerto Rico fixed-income securities (in which the Fund must invest at least 67% of its total assets under normal market conditions) or other securities in its portfolio from downgrades to the credit rating of the issuers of such securities.

In the event that a market is maintained by Santander Securities, the market price would be based on factors such as relative supply of and demand for its shares, general market and economic conditions in Puerto Rico, the United States and globally, the current dividend rate for such shares and the value of such fund's investment portfolio.

## Current Market Conditions Affecting the Fixed Income Markets in General, and Affecting Puerto Rico Municipal Bonds and Other Fixed-Income Securities

Current market conditions affecting fixed-income securities present significant risks beyond those of other securities, including greater credit risk and price volatility. Recently, certain structural changes in the secondary market are resulting in decreased liquidity and increased volatility in the fixed income securities market. The ability of broker-dealers to provide liquidity on secondary market has changed fundamentally, apparently as a consequence of certain regulatory initiatives. Therefore, the overall value of a fixed-income portfolio may experience greater volatility during the upcoming periods than historically been the case. Potential rising interest rates will generally result in a decrease of value of a fixed-income portfolio, and consequently, the Fund's net asset value may likewise decrease.

Downgrades to the credit rating of the issuers of Puerto Rico municipal bonds and other fixed-income securities, or other securities in the Fund's portfolio, may result in a decrease in the value of such securities and in a corresponding decrease in the net asset value of the Fund. Furthermore, such downgrade would also reduce the market for such securities, which could negatively impact the Fund's ability to dispose of such securities or the price the Fund may receive in any such sale, as well as the Fund's ability to utilize such securities as collateral for its leverage program.

The uncertainty surrounding the financial situation of the Commonwealth of Puerto Rico, including lack of access to credit markets and nonpayment or default by some municipal bond issuers, creates additional risks to the Fund. Monthly distributions to holders of Shares will consist of all or a portion of its net investment income, if any, remaining after the payment of interest expense or dividends in connection with the Fund's leverage program and other Fund expenses. At times, in order to maintain a stable level of dividends, the Fund may pay out less than all of its net investment income or pay out accumulated undistributed income in addition to current net investment income. Net capital gains, if any, will be retained by the Fund, unless the Board of Directors determines that capital gains must be distributed to holders of Common Stock and preferred stock in order to ensure advantageous tax treatment for the Fund. Dividends to be paid by the Fund will be declared by the Dividend Committee of the Fund's Board of Directors, at its sole discretion, and are paid out of the net investment income available for distribution to holders of Shares. The Fund cannot guarantee that future dividends will be declared and cannot guarantee any particular dividend level.

Consequently, the Fund's shares may lose value, and thus you may lose your investment, as a consequence of such a downgrade.

**The Fund may be subject to additional risk due to the current market conditions affecting Puerto Rico municipal bonds and other fixed income securities.**

The Adviser of the Fund has claimed an exclusion from the definition of the term "commodity pool operator" under the Commodity Exchange Act (the "CEA") and, therefore, is not subject to registration or regulation as a pool operator under the CEA. The PR Funds are not a vehicle for trading or seeking exposure in the commodity futures, commodity options or swaps markets.

NOT FDIC OR GOVERNMENT AGENCY INSURED | NOT BANK GUARANTEED | NOT A BANK DEPOSIT | MAY LOSE VALUE | FOR RESIDENTS OF PUERTO RICO ONLY                www.santandersecurities.com



## March 31, 2019

## FIRST PUERTO RICO TAX-EXEMPT TARGET MATURITY FUND V (TARSAN V)

**Category**
Non-Diversified Closed End Fund
Puerto Rico Tax-Exempt Fixed Income

**Inception Date**
January 7, 2003

**Minimum Share Amount**
100 shares

**Total Assets**
US $69.89 million

**Net Assets**
US $49.51 million

**Cusips**
33611R102 Cash
33611R201 Reinvestment

**Investment Adviser**
Santander Asset Management
(787)759-5340

**Distributor**
Santander Securities LLC
1(888) 756-0003

| NAV | Market Price**** |
| --- | --- |
| 3.33 | 2.24 |

**Annual Operating Expense Ratio**
1.00%

**Common Stock outstanding**
14,852,518 Shares

**Undistributed Net Income**
$ 7,888,098

The Fund's investment objectives are to (i) provide a high level of current income exempt from U.S. federal and Puerto Rico income taxes consistent with the preservation of capital (ii) to distribute to shareholders the net assets of the Fund during the period commencing on June 30, 2015 and ending on approximately June 30, 2020 (the "Target Date") and (iii) to distribute monthly dividends of substantially all of its net investment income. The Fund invests primarily in fixed income tax-exempt securities including Puerto Rico and U.S. Government securities, mortgage-backed and asset backed securities, and municipal obligations. Normally, at least 67% of the Fund's assets must be invested in Puerto Rico securities. The Fund invests, at the time of purchase, at least 90% of its assets in investment grade securities, or, if unrated, deemed by the Investment Adviser to be of comparable credit quality. The Fund could invest up to 10% of its assets on taxable securities, the amounts distributed as ordinary dividends will be subject to a preferential tax rate of 15%, in the case of individuals. The Fund is authorized to issue debt securities and engage in other forms of leverage to increase amounts available for investment.

### Performance***

| Total Returns | 1 month | 3 months | YTD | 1 year | 3 years** | 5 years** | 10 years** | Since Inception** |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| At NAV* | 4.29% | 17.49% | 17.49% | 42.99% | 16.01% | -1.19% | -9.99% | 0.52% |
| At Market**** | 3.29% | 18.94% | 18.94% | 47.19% | 12.54% | -8.66% | -5.53% | -2.20% |

Exclusive of a sales maximum sales charge during the fund's initial date ending April 1, 2003

Annualized

***Does not reflect the effect of income taxes. The performance quoted is past performance and is not a guarantee of future results. The investment return and principal value of an investment in the Fund will fluctuate so that shares, when redeemed, may be worth more or less than their original cost. Performance changes over time and currently may be lower or higher than performance data shown above. The Fund is subject to certain market risks. Market volatility can significantly impact short-term performance. A sales load of 4.50% was charged during the initial offering period, ended on April 1, 2003, for the sale of the Fund's common stock. For performance current to the most recent month-end please call 1 (888) 756-0003.

****Market price is provided by Santander Securities, an affiliate of the Fund.

### Calendar Annual Total Returns

| | Fund* |
| --- | --- |
| 2016 | 63.74% |
| 2017 | 78.57% |
| 2016 | 29.43% |
| 2015 | 46.64% |
| 2014 | 4.84% |
| 2013 | 41.56% |
| 2012 | 10.02% |
| 2011 | 16.86% |
| 2010 | 3.98% |
| 2009 | 15.33% |
| 2008 | 5.74% |
| 2007 | 12.12% |
| 2006 | 0.33% |
| 2005 | 4.42% |

Based on NAV and excluding 4.50% max. sales charge

### Growth of $10,000 Since Inception

| NAV | $ 10,874** |
| --- | --- |
| Market | $6,972** |

This chart assumes reinvestment of dividend and capital gain distributions and excludes the impact of any sales charge and the effect of income taxes.
*Performance based on NAV and excluding 4.50% max. sales charge.
**Performance based on market value. Market price is provided by Santander Securities, an affiliate of the Fund.

### Portfolio Characteristics

| | |
| --- | --- |
| **Average Maturity** | 18.217 years |
| **Average Duration** | 10.98 |
| **Effective Duration** | 10.35 |
| **Average Price** | 75.92 |
| **Average Yield(1)** | 4.35% |
| **Weighted Average Coupon(2)** | 3.16% |
| **Market Weighted Average Coupon(2)** | 4.52% |
| **Asset Leverage Ratio(3)** | 28.97% |
| **Leverage Cost(4)** | 2.95% |
| **Leverage Cost^(4)** | 3.59% |
| *Including hedging transactions | |
| **52-Week NAV Low/High** | $2.37 / $3.41 |
| **YTD NAV Change** | 0.36 |
| **Last 12-month Dividend** | $0.1649 |

### Annualized Monthly Distributions (As of March 31, 2019)+

| | Oct-18 | Nov-18 | Dec-18 | Jan-19 | Feb-19 | Mar-19 |
| --- | --- | --- | --- | --- | --- | --- |
| Gross | 0.000% | 0.000% | 0.000% | 0.000% | 19.768% | 1.260% |

+ March distribution refers to dividend paid on April 15, 2019. February distribution includes a special dividend. The Fund intends to declare and distribute monthly dividends of substantially all of its net investment income. Annualized monthly distributions to holders of Common Stock consisted of all or a portion of its net investment income remaining after the payment of interest on the commercial paper or other debt securities or borrowings or dividends on any preferred stock. Gross distributions are before deduction of taxes. Net distributions are after deduction of withholding preferential tax rate of 15%. Please note that monthly distribution rates may vary.

(1) Average Yield is the return obtained from the portfolio and is calculated by multiplying the last month of the quarter gross income by twelve and dividing by the portfolio amortized cost at quarter end.

(2) Weighted Average Coupon. "WAC", is calculated from the Fund's portfolio by weighting the coupon of each security by its relative size in the portfolio based on face amount. Market Weighted Average Coupon is WAC calculation based on market value.

(3) The Fund may borrow money from banks or other financial institutions, enter into reverse repurchase agreements and dollar rolls and offer commercial paper and other debt securities or shares of preferred stock. The Asset Leverage Ratio is all such forms of leverage divided by the Fund's total assets immediately after such leverage. The Asset Leverage Ratio may represent up to 50% of the Fund's total assets; in addition, the Fund is allowed to borrow an additional 5% of the Fund's total assets for temporary, emergency and/or defensive purposes. .The Fund's utilization of leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares.

(4) Leverage cost – Issuance and ongoing expenses of any form of leverage issued by the Fund. Including hedging transactions - Issuance and ongoing expenses of any form of leverage issued by the Fund plus costs and net settlements earned/incurred under swap/options contracts. Both ratios are calculated by dividing the total leverage cost for the quarter by the average amount of leverage outstanding during the quarter, then annualized.The use of leverage by the Fund creates the opportunities for increased net income for holders of the common stock and a potentially higher return. At the same time, leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares.

NOT FDIC OR GOVERNMENT AGENCY INSURED | NOT BANK GUARANTEED | NOT A BANK DEPOSIT | MAY LOSE VALUE | FOR RESIDENTS OF PUERTO RICO ONLY

www.santandersecurities.com



| Holdings Summary | | Credit Quality* | Asset Allocation |
|---|---|---|---|

Holdings Summary

1. U.S. Municipal Obligations — 37.19%
2. P.R. Sales Tax Financing — 35.66%
3. P.R. Sales Tax Financing (zero coupon) — 13.27%
4. Federal Home Loan Bank Bonds — 7.39%
5. Federal Farm Credit Bank Bonds — 3.79%
6. P.R.CMOs — 1.36%
7. GDB Debt Recovery Authority Bonds — 0.91%
8. P.R.GNMA — 0.43%

Credit Quality*: AA+ 18.88%, AA 13.23%, AA- 16.70%, NR 51.19%

Asset Allocation: U.S. Agencies 11.18%, P.R. Bonds and Munis 49.84%, P.R. MBS 1.79%, U.S. Muni 37.19%

*Ratings from Standard and Poor's as of March 31, 2019. Ratings are measured on a scale that generally ranges from AAA (highest) to D (lowest). Below investment grade is represented by a rating of BB or below. Not rated (NR) indicates that the debtor was not rated and should not be interpreted as a low quality. Ratings are subject to change.

## PORTFOLIO HOLDINGS SUMMARY AS OF MARCH 31, 2019

| Description | % of Portfolio | Description | % of Portfolio | Description | % of Portfolio | Description | % of Portfolio |
|---|---|---|---|---|---|---|---|
| PR SALES TAX FING-A1 | 15.92% | NEW YORK 5.698% DUE 03/1/2027 | 3.38% | NEW HAMPSHIRE ST BABS | 1.46% | PR SALES TAX FING-A1 | 0.86% |
| CALIFORNIA ST BABS | 15.24% | SACRAMENTO PENSION | 3.36% | FEDERAL FARM CREDIT BANK | 1.44% | PR SALES TAX FING-A1 | 0.82% |
| PR SALES TAX FING-A2 | 7.79% | PR SALES TAX FING-A2 | 3.10% | DORAL MBS 6.697% | 1.36% | GN 530824 | 0.43% |
| NY DORM AUTH 3.07% DUE 02/15/2023 | 7.27% | PR SALES TAX FING-A1 | 2.87% | PR SALES TAX FING-A1 | 1.24% | PR SALES TAX FING-A2 | 0.22% |
| PR SALES TAX FING-A1 | 6.04% | FEDERAL HOME LOAN BANK | 2.84% | PR SALES TAX FING-A1 | 1.24% | FEDERAL HOME LOAN BANK | 0.06% |
| ILLINOIS ST - 6.875% | 4.82% | FEDERAL FARM CREDIT BANK | 2.30% | PR SALES TAX FING-A1 | 1.23% | FEDERAL FARM CREDIT BANK | 0.05% |
| PR SALES TAX FING-A1 | 4.80% | PR SALES TAX FING-A1 | 1.73% | PR SALES TAX FING-A1 | 1.07% | IL ST-BAB-3-AGM-CR | 0.05% |
| FEDERAL HOME LOAN BANK | 4.49% | NEW YORK 5.147% DUE 10/01/25 | 1.61% | GDB DEBT RECOVERY AUTH | 0.91% | | |

**The Fund's holdings are subject to change.**

## Disclosures

Before you invest, you should review the Fund's prospectus, which contains more information about the Fund, including fees and expenses that you may pay if you buy and hold shares of the Fund, and its risks. You can find the Fund's prospectus and other information about the Fund including its most recent reports to shareholders, online at www.santandersecurities.com. You can also get this information at no cost by calling 1(888) 756-0003 or from your financial consultant.

The Fund's shares of common stock can be offered through Santander Securities LLC, the underwriter of the Fund, which is a securities broker-dealer registered in Puerto Rico and a member of FINRA/SIPC. Santander Securities LLC is an indirect subsidiary of Banco Santander, S.A. and thus is under common control with, and is an affiliate of, Santander Asset Management, LLC, the investment adviser and administrator of the Fund.

The Fund is a non-diversified investment company registered under the Puerto Rico Investment Companies Act. An investment in the Fund is not equivalent to an investment in the underlying securities of the Fund. The shares are offered for sale exclusively to individuals whose main residence is located in Puerto Rico and persons, other than individuals, whose principal office and place of business are located in Puerto Rico. The shares may be offered for sale and sold only in Puerto Rico. Past performance is not predictive of future performance. Performance changes over time and currently may be lower than stated above. An investment in the Fund is not a deposit or an obligation of a bank (including Banco Santander Puerto Rico), and is not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency. An investment in the shares of the Fund is designed and is suitable only for long-term investors, and may not be suitable for all investors. Investors in the shares should not view the Fund as a vehicle for trading purposes. The shares of the Fund are subject to market risk, including the loss of principal. The investment return and principal value of an investment in the Fund will fluctuate so that shares, when redeemed, may be worth more or less than their original cost. Market volatility can significantly impact short-term performance. As a non-diversified investment company, the Fund may invest a greater portion of its assets in a single issuer or asset class and as such may be susceptible to loss due to adverse occurrences affecting that issuer or asset class. The Fund's utilization of leverage creates certain additional risks to investors including higher volatility in the net asset value and market value of its shares of common stock and in the dividend rate paid by the Fund on its shares. Please see "Risk Factors and Special Considerations" and "Risk Factors and Special Considerations of Leverage" in the prospectus for a more detailed description of the Fund's risks.

An investment in the Fund is suitable only for investors who can bear the risks associated with the limited liquidity, and potential illiquidity, of the shares. The Fund is subject to risks that may result in a loss of all or part of your investment in the Fund. The Fund's shares have limited liquidity, and may not be readily marketable in certain situations. The risk of illiquidity will be particularly acute in the event that the Fund's net asset value deteriorates rapidly, including as a result of declines in the value of Puerto Rico fixed-income securities from downgrades to their credit rating or otherwise.

The Fund may enter into various types of transactions with affiliated parties as described in the Fund's prospectus. All transactions with affiliates are subject to procedures adopted by the Board of Directors from time to time and, particularly, the independent directors of the Board, in an effort to address potential conflict of interest. There is no assurance that the procedures will be effective. Any claim against the Fund or its directors and officers by any investor in the securities issued by the Fund will be subject to the jurisdiction of the courts of the Commonwealth of Puerto Rico.

**NOT FDIC OR GOVERNMENT AGENCY INSURED | NOT BANK GUARANTEED | NOT A BANK DEPOSIT | MAY LOSE VALUE | FOR RESIDENTS OF PUERTO RICO ONLY**

## First Puerto Rico Tax-Exempt Target Maturity Fund V, Inc.

**Disclosures (continued)**

The Fund is a closed-end investment company. Closed-end investment companies offer shares of common stock to investors during a public offering period that ends as set forth in the fund's prospectus; thereafter, shares of common stock of closed-end investment companies may be purchased and sold in the secondary market, should one develop and be maintained. Shareholders of closed-end funds do not have the right to redeem their shares or exchange them for shares of other funds.

### Secondary Market for Shares of Closed-End First Puerto Rico Funds

The Fund is designed, and may be suitable for long-term investors. If you wish to sell your shares of common stock of the Fund, you should contact your broker and/or Santander Securities. A shareholder's ability to sell shares in the secondary market may depend on Santander Securities' willingness to purchase such shares for its inventory, or ability to solicit other customers to purchase such shares. No assurance can be given as to the liquidity of, or the trading market for, such shares as a result of any such activities undertaken by Santander Securities.

Currently, Santander Securities does not maintain an active market in shares of common stock of closed-end First Puerto Rico Funds whose public offering period has been completed. However, Santander Securities assists customers interested in selling or purchasing shares of closed-end First Puerto Rico Funds in identifying potential counterparties, and may act as an intermediary in secondary-market transactions between such customers. Customers interested in selling or purchasing shares of closed-end First Puerto Rico Funds should contact the Puerto Rico branch of Santander Securities.

The secondary market of common stock of each closed-end First Puerto Rico Fund is dependent on the trading volume resulting from secondary market supply and demand. If at any time Santander Securities is the only market maker in the shares, and ceases to maintain a market, the shares will become illiquid until a market is reestablished. Shares of closed-end First Puerto Rico Funds, therefore, may not be readily marketable. While closed-end First Puerto Rico Funds may make, at the discretion of their Board of Directors, periodic offers to repurchase outstanding shares of the fund at their net asset value or to purchase shares of the fund in the secondary market at the lower of market price or net asset value per share, shares of closed-end First Puerto Rico Funds are substantially less liquid than shares of funds that trade on a stock exchange. Moreover, a fund may offer to purchase its shares in the secondary market when market prices are below net asset value in order for such purchases to benefit shareholders that remain in such fund.

The risk of illiquidity will be particularly acute in the event that the Fund's net asset value deteriorates rapidly, including as a result of declines in the value of Puerto Rico fixed-income securities (in which the Fund must invest at least 67% of its total assets under normal market conditions) or other securities in its portfolio from downgrades to the credit rating of the issuers of such securities.

In the event that a market is maintained by Santander Securities, the market price would be based on factors such as relative supply of and demand for its shares, general market and economic conditions in Puerto Rico, the United States and globally, the current dividend rate for such shares and the value of such fund's investment portfolio.

### Current Market Conditions Affecting the Fixed Income Markets in General, and Affecting Puerto Rico Municipal Bonds and Other Fixed-Income Securities

Current market conditions affecting fixed-income securities present significant risks beyond those of other securities, including greater credit risk and price volatility. Recently, certain structural changes in the secondary market are resulting in decreased liquidity and increased volatility in the fixed income securities market. The ability of broker-dealers to provide liquidity on secondary market has changed fundamentally, apparently as a consequence of certain regulatory initiatives. Therefore, the overall value of a fixed-income portfolio may experience greater volatility during the upcoming periods than historically been the case. Potential rising interest rates will generally result in a decrease of value of a fixed-income portfolio, and consequently, the Fund's net asset value may likewise decrease.

Downgrades to the credit rating of the issuers of Puerto Rico municipal bonds and other fixed-income securities, or other securities in the Fund's portfolio, may result in a decrease in the value of such securities and in a corresponding decrease in the net asset value of the Fund. Furthermore, such downgrade would also reduce the market for such securities, which could negatively impact the Fund's ability to dispose of such securities or the price the Fund may receive in any such sale, as well as the Fund's ability to utilize such securities as collateral for its leverage program.

The uncertainty surrounding the financial situation of the Commonwealth of Puerto Rico, including lack of access to credit markets and nonpayment or default by some municipal bond issuers, creates additional risks to the Fund. Monthly distributions to holders of Shares will consist of all or a portion of its net investment income, if any, remaining after the payment of interest expense or dividends in connection with the Fund's leverage program and other Fund expenses. At times, in order to maintain a stable level of dividends, the Fund may pay out less than all of its net investment income or pay out accumulated undistributed income in addition to current net investment income. Net capital gains, if any, will be retained by the Fund, unless the Board of Directors determines that capital gains must be distributed to holders of Common Stock and preferred stock in order to ensure advantageous tax treatment for the Fund. Dividends to be paid by the Fund will be declared by the Dividend Committee of the Fund's Board of Directors, at its sole discretion, and are paid out of the net investment income available for distribution to holders of Shares. The Fund cannot guarantee that future dividends will be declared and cannot guarantee any particular dividend level.

Consequently, the Fund's shares may lose value, and thus you may lose your investment, as a consequence of such a downgrade.

**The Fund may be subject to additional risk due to the current market conditions affecting Puerto Rico municipal bonds and other fixed income securities.**

The Adviser of the Fund has claimed an exclusion from the definition of the term "commodity pool operator" under the Commodity Exchange Act (the "CEA") and, therefore, is not subject to registration or regulation as a pool operator under the CEA. The PR Funds are not a vehicle for trading or seeking exposure in the commodity futures, commodity options or swaps markets.

NOT FDIC OR GOVERNMENT AGENCY INSURED | NOT BANK GUARANTEED | NOT A BANK DEPOSIT | MAY LOSE
VALUE | FOR RESIDENTS OF PUERTO RICO ONLY                                  www.santandersecurities.com