Gloria L. Diaz Roberti
CTTEE FBO Rodriguez-Diaz
PO Box 330190
Ponce, P.R. 00733-0190



RECEIVED & FILED
2019 AUG 21 PM 4:45
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

To: Clerk Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767