OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARIA R. HAMILTON
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

August 21, 2019

Frances Rios de Moran, Clerk
US District Court of Puerto Rico
Clemente Ruiz-Nazario United States Courthouse & Federico Degetau Federal Building
150 Carlos Chardon Avenue - Room 150
San Juan, PR 00918

Re: Nos. 18-1671, 18-1746, 18-1787
D.C.P.R. Nos. 3:17-bk-03283-LTS, 3:18-ap-00087-LTS, 3:17-ap-00228-LTS

Dear Clerk Rios de Moran:

Enclosed please find a copy of a letter from the United States Supreme Court regarding the above referenced case.

Please transmit the original record in its entirety to the United States Supreme Court as outlined in the enclosed letter.

Thank you for your cooperation.

Sincerely,
Kaitlin Copson
Case Manager
U.S. Court of Appeals
for the First Circuit
(617) 748-9066

Enclosure

cc:

Helgi C. Walker, Theodore B. Olson, Matthew D. McGill, Luis A. Oliver-Fraticelli, Katarina Stipec Rubio, Jeremy Max Christiansen, Lucas Townsend, Lochlan Francis Shelfer, Wandymar Burgos-Vargas, Hermann D. Bauer-Alvarez, Timothy W. Mungovan, Donald B. Verrilli Jr., Susana I. Penagaricano Brown, Carla Garcia-Benitez, Ubaldo M. Fernandez, Chantel L. Febus, Michael R. Hackett, Stephen L. Ratner, Margaret Antinori Dale, John E. Roberts, Mark David Harris, Martin J. Bienenstock, Ehud Barak, Daniel Jose Perez-Refojos, Michael Luskin, Stephan E. Hornung, Chad Golder, Michael A. Firestein, Lary Alan Rappaport, Ginger D. Anders, William D. Dalsen, Jeffrey W. Levitan, Sarah G. Boyce, Rachel G. Miller Ziegler, Guy Brenner, Andres W. Lopez, Walter Dellinger, Peter M. Friedman, John J. Rapisardi, Suzzanne Uhland, William J. Sushon, Mariana E. Bauza Almonte, Mark R. Freeman, Michael Shih, Laura Myron, Jose Ramon Rivera-Morales, Lawrence S. Robbins, Richard A. Rosen, Mark Stancil, Donald Burke, Ariel N. Lavinbuk, Kyle J. Kimpler, Walter Rieman, Andrew N. Rosenberg, Karen R. Zeituni, Manuel A. Rodriguez-Banchs, Matthew S. Blumin, Antonio Juan Bennazar-Zequeira, Ian Heath Gershengorn, Richard B. Levin, Robert D. Gordon, Catherine Steege, Melissa M. Root, Diana M. Batlle-Barasorda, Juan J. Casillas-Ayala, Luc A. Despins, Alberto Juan Enrique Aneses-Negron, Georg Alexander Bongartz, Michael E. Comerford, Sylvia M. Arizmendi-Lopez de Victoria, Rafael Escalera-Rodriguez, Charles J. Cooper, Fernando Van Derdys, Carlos R. Rivera-Ortiz, Susheel Kirpalani, David Michael Cooper, Gustavo Adolfo Pabon-Rico, Howard C. Nielson Jr., Haley N. Proctor, Michael W. Kirk, John Ohlendorf, Ralph C. Ferrara, Ann M. Ashton, Raul Castellanos-Malave, Joseph P. Davis III, Katiuska Bolanos-Lugo, Monsita Lecaroz-Arribas, Emil J. Rodriguez Escudero, Jorge Martinez-Luciano, Anibal Acevedo-Vila, Jose A. Hernandez-Mayoral, Hector J. Ferrer-Rios, Heriberto J. Burgos-Perez, Ricardo F. Casellas-Sanchez, Diana Perez-Seda, Rolando Emmanuelli-Jimenez, Yasmin Colon-Colon, Jessica Esther Mendez-Colberg, Lindsay C. Harrison, William K. Dreher