# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

August 16, 2019

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

**Re:  No. 18-1514   United States v. Aurelius Investment, LLC, et al.**
(Your No. 18-1671, 18-1746, 18-1787)

Dear Clerk:

     Pursuant to Rule 12.7 of the Rules of the Supreme Court of the United States, you are requested to certify and transmit immediately the entire record (including transcripts) in the above case to this office.  Please indicate in this transmittal all exhibits, lodgings, and <u>briefs that have been filed</u>. **You must also transmit a numbered list specifically identifying each document transmitted.**  All cassettes, disks, tapes and any article of a similar material must be sent via commercial carrier, not via the United States mail.

     Please be certain to <u>include a transmittal letter</u> referencing this Court's docket number.  It is critical that you note if the record, or any portion of the record, has been sealed or contains confidential information.  If this type of information is contained in the record, these documents must be enclosed in a separate envelope or box and marked accordingly.

     If your court is not in possession of the lower court record, please forward a copy of this letter and a request for the lower court to transmit its record directly to this office.

     Hard copies of record materials available electronically do not need to be transmitted.  Instead you should provide this office with the web address where the materials are available.

If you have any questions please contact me. Your prompt attention to this matter will be greatly appreciated.

Kindly acknowledge receipt of this letter.

Sincerely,

**Scott S. Harris**, Clerk

by

Kevin Brown
Assistant Clerk
(202) 479-3013

cc: Counsel of Record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 16, 2019

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

**Re:  No. 18-1334   Financial Oversight and Management Board for Puerto Rico v. Aurelius Investment, LLC, et al.**
(Your No. 18-1671, 18-1746, 18-1787)

Dear Clerk:

Pursuant to Rule 12.7 of the Rules of the Supreme Court of the United States, you are requested to certify and transmit immediately the entire record (including transcripts) in the above case to this office.  Please indicate in this transmittal all exhibits, lodgings, and <u>briefs that have been filed</u>. **You must also transmit a numbered list specifically identifying each document transmitted.**  All cassettes, disks, tapes and any article of a similar material must be sent via commercial carrier, not via the United States mail.

Please be certain to <u>include a transmittal letter</u> referencing this Court's docket number. It is critical that you note if the record, or any portion of the record, has been sealed or contains confidential information.  If this type of information is contained in the record, these documents must be enclosed in a separate envelope or box and marked accordingly.

If your court is not in possession of the lower court record, please forward a copy of this letter and a request for the lower court to transmit its record directly to this office.

Hard copies of record materials available electronically do not need to be transmitted. Instead you should provide this office with the web address where the materials are available.

If you have any questions please contact me. Your prompt attention to this matter will be greatly appreciated.

Kindly acknowledge receipt of this letter.

Sincerely,

**Scott S. Harris**, Clerk

by

Kevin Brown
Assistant Clerk
(202) 479-3013

cc: Counsel of Record

**Supreme Court of the United States**
Office of the Clerk
Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 16, 2019

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210


**Re:   No. 18-1475   Aurelius Investment, LLC, et al. v. Commonwealth of Puerto Rico, et al.**
(Your No. 18-1671, 18-1746, 18-1787)


Dear Clerk:


   Pursuant to Rule 12.7 of the Rules of the Supreme Court of the United States, you are requested to certify and transmit immediately the entire record (including transcripts) in the above case to this office.  Please indicate in this transmittal all exhibits, lodgings, and <u>briefs that have been filed</u>. **You must also transmit a numbered list specifically identifying each document transmitted.**  All cassettes, disks, tapes and any article of a similar material must be sent via commercial carrier, not via the United States mail.

   Please be certain to <u>include a transmittal letter</u> referencing this Court's docket number. It is critical that you note if the record, or any portion of the record, has been sealed or contains confidential information.  If this type of information is contained in the record, these documents must be enclosed in a separate envelope or box and marked accordingly.

   If your court is not in possession of the lower court record, please forward a copy of this letter and a request for the lower court to transmit its record directly to this office.

   Hard copies of record materials available electronically do not need to be transmitted. Instead you should provide this office with the web address where the materials are available.

If you have any questions please contact me. Your prompt attention to this matter will be greatly appreciated.

Kindly acknowledge receipt of this letter.

Sincerely,

**Scott S. Harris**, Clerk

by

Kevin Brown
Assistant Clerk
(202) 479-3013

cc: Counsel of Record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

August 16, 2019

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

**Re:  No. 18-1496   Official Committee of Unsecured Creditors of All Title III Debtors Other Than COFINA v. Aurelius Investment, LLC, et al.**
(Your No. 18-1671, 18-1746, 18-1787)

Dear Clerk:

Pursuant to Rule 12.7 of the Rules of the Supreme Court of the United States, you are requested to certify and transmit immediately the entire record (including transcripts) in the above case to this office.  Please indicate in this transmittal all exhibits, lodgings, and <u>briefs that have been filed</u>. **You must also transmit a numbered list specifically identifying each document transmitted.**  All cassettes, disks, tapes and any article of a similar material must be sent via commercial carrier, not via the United States mail.

Please be certain to <u>include a transmittal letter</u> referencing this Court's docket number.  It is critical that you note if the record, or any portion of the record, has been sealed or contains confidential information.  If this type of information is contained in the record, these documents must be enclosed in a separate envelope or box and marked accordingly.

If your court is not in possession of the lower court record, please forward a copy of this letter and a request for the lower court to transmit its record directly to this office.

Hard copies of record materials available electronically do not need to be transmitted.  Instead you should provide this office with the web address where the materials are available.

If you have any questions please contact me. Your prompt attention to this matter will be greatly appreciated.

Kindly acknowledge receipt of this letter.

                                        Sincerely,

                                        **Scott S. Harris**, Clerk

                                        by

                                        Kevin Brown
                                        Assistant Clerk
                                        (202) 479-3013

cc:  Counsel of Record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

August 16, 2019

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

**Re:   No. 18-1521    Unión de Trabajadores de la Industria Eléctrica y Riego, Inc. v. Financial Oversight and Management Board for Puerto Rico, et al.**
(Your No. 18-1671, 18-1746, 18-1787)

Dear Clerk:

    Pursuant to Rule 12.7 of the Rules of the Supreme Court of the United States, you are requested to certify and transmit immediately the entire record (including transcripts) in the above case to this office.  Please indicate in this transmittal all exhibits, lodgings, and <u>briefs that have been filed</u>. **You must also transmit a numbered list specifically identifying each document transmitted.**  All cassettes, disks, tapes and any article of a similar material must be sent via commercial carrier, not via the United States mail.

    Please be certain to <u>include a transmittal letter</u> referencing this Court's docket number. It is critical that you note if the record, or any portion of the record, has been sealed or contains confidential information.  If this type of information is contained in the record, these documents must be enclosed in a separate envelope or box and marked accordingly.

    If your court is not in possession of the lower court record, please forward a copy of this letter and a request for the lower court to transmit its record directly to this office.

    Hard copies of record materials available electronically do not need to be transmitted. Instead you should provide this office with the web address where the materials are available.

If you have any questions please contact me. Your prompt attention to this matter will be greatly appreciated.

Kindly acknowledge receipt of this letter.

Sincerely,

**Scott S. Harris**, Clerk

by

Kevin Brown
Assistant Clerk
(202) 479-3013

cc: Counsel of Record

OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARIA R. HAMILTON
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

August 21, 2019

Frances Rios de Moran, Clerk
US District Court of Puerto Rico
Clemente Ruiz-Nazario United States Courthouse & Federico Degetau Federal Building
150 Carlos Chardon Avenue - Room 150
San Juan, PR 00918

Re: Nos. 18-1671, 18-1746, 18-1787
D.C.P.R. Nos. 3:17-bk-03283-LTS, 3:18-ap-00087-LTS, 3:17-ap-00228-LTS

Dear Clerk Rios de Moran:

Enclosed please find a copy of a letter from the United States Supreme Court regarding the above referenced case.

Please transmit the original record in its entirety to the United States Supreme Court as outlined in the enclosed letter.

Thank you for your cooperation.

Sincerely,
Kaitlin Copson
Case Manager
U.S. Court of Appeals
for the First Circuit
(617) 748-9066

Enclosure

cc:

Helgi C. Walker, Theodore B. Olson, Matthew D. McGill, Luis A. Oliver-Fraticelli, Katarina Stipec Rubio, Jeremy Max Christiansen, Lucas Townsend, Lochlan Francis Shelfer, Wandymar Burgos-Vargas, Hermann D. Bauer-Alvarez, Timothy W. Mungovan, Donald B. Verrilli Jr., Susana I. Penagaricano Brown, Carla Garcia-Benitez, Ubaldo M. Fernandez, Chantel L. Febus, Michael R. Hackett, Stephen L. Ratner, Margaret Antinori Dale, John E. Roberts, Mark David Harris, Martin J. Bienenstock, Ehud Barak, Daniel Jose Perez-Refojos, Michael Luskin, Stephan E. Hornung, Chad Golder, Michael A. Firestein, Lary Alan Rappaport, Ginger D. Anders, William D. Dalsen, Jeffrey W. Levitan, Sarah G. Boyce, Rachel G. Miller Ziegler, Guy Brenner, Andres W. Lopez, Walter Dellinger, Peter M. Friedman, John J. Rapisardi, Suzzanne Uhland, William J. Sushon, Mariana E. Bauza Almonte, Mark R. Freeman, Michael Shih, Laura Myron, Jose Ramon Rivera-Morales, Lawrence S. Robbins, Richard A. Rosen, Mark Stancil, Donald Burke, Ariel N. Lavinbuk, Kyle J. Kimpler, Walter Rieman, Andrew N. Rosenberg, Karen R. Zeituni, Manuel A. Rodriguez-Banchs, Matthew S. Blumin, Antonio Juan Bennazar-Zequeira, Ian Heath Gershengorn, Richard B. Levin, Robert D. Gordon, Catherine Steege, Melissa M. Root, Diana M. Batlle-Barasorda, Juan J. Casillas-Ayala, Luc A. Despins, Alberto Juan Enrique Aneses-Negron, Georg Alexander Bongartz, Michael E. Comerford, Sylvia M. Arizmendi-Lopez de Victoria, Rafael Escalera-Rodriguez, Charles J. Cooper, Fernando Van Derdys, Carlos R. Rivera-Ortiz, Susheel Kirpalani, David Michael Cooper, Gustavo Adolfo Pabon-Rico, Howard C. Nielson Jr., Haley N. Proctor, Michael W. Kirk, John Ohlendorf, Ralph C. Ferrara, Ann M. Ashton, Raul Castellanos-Malave, Joseph P. Davis III, Katiuska Bolanos-Lugo, Monsita Lecaroz-Arribas, Emil J. Rodriguez Escudero, Jorge Martinez-Luciano, Anibal Acevedo-Vila, Jose A. Hernandez-Mayoral, Hector J. Ferrer-Rios, Heriberto J. Burgos-Perez, Ricardo F. Casellas-Sanchez, Diana Perez-Seda, Rolando Emmanuelli-Jimenez, Yasmin Colon-Colon, Jessica Esther Mendez-Colberg, Lindsay C. Harrison, William K. Dreher