**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

```
-------------------------------------------------------------x
```

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

         Debtors.[1]

```
-------------------------------------------------------------x
```

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Jesse Offenhartz, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On August 16, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Adversary 19-291 Notice Parties Service List attached hereto as **Exhibit A** and on the Adversary 19-363 Notice Parties Service List attached hereto as **Exhibit B**:

- Order Granting Debtors' Urgent Motion Requesting Order (I) Approving Service of Process at Addresses Listed in Defendants' Proofs of Claims and/or Rule 2019 Disclosures and (II) Approving Debtors' Form of Notice in Go and HTA Lien Challenges [Docket No. 7694]

---

The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: August 22, 2019

Jesse A. Offenhartz

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 22, 2019, by Jesse A. Offenhartz, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ROBERT J. RUBEL JR.
NOTARY PUBLIC OF NEW JERSEY
Comm. # 50070782
My Commission Expires 10/25/2022

SRF 35154

**Exhibit A**

Exhibit A
Adversary 19-291 Notice Parties Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|---|
| 2151526 | ACP MASTER, LTD. | 535 MADISON AVENUE | 22ND FLOOR | | | NEW YORK | NY | 10022 | |
| 2151527 | ADIRONDACK HOLDINGS I LLC | C/O ROPES & GRAY, LLC | PRUDENTIAL TOWER, 800 BOYLSTON STREET | | | BOSTON | MA | 02199-3600 | |
| 2151528 | ADIRONDACK HOLDINGS II LLC | C/O ROPES & GRAY, LLC | PRUDENTIAL TOWER, 800 BOYLSTON STREET | | | BOSTON | MA | 02199-3600 | |
| 2151529 | ALB PR INVESTMENTS, LLC | ALB PLAZA SUITE 400 | 16 RD. 199 | | | GUAYNABO | PR | 00969 | |
| 2151530 | AMBAC ASSURANCE CORPORATION | ONE STATE STREET PLAZA | | | | NEW YORK | NY | 10004 | |
| 2151531 | AMERICAN MODERN HOME INSURANCE COMPANY | 7000 MIDLAND BLVD | | | | AMELIA | OH | 45102 | |
| 2151532 | ASM BLMIS CLAIMS LLC | 1209 ORANGE STREET | | | | WILMINGTON | DE | 19801 | |
| 2151533 | ASSURED GUARANTY CORP. | ATTN: TERRENCE WORKMAN | 1633 BROADWAY | | | NEW YORK | NY | 10019 | |
| 2151534 | ASSURED GUARANTY MUNICIPAL CORP. | ATTN: TERRENCE WORKMAN | 1633 BROADWAY | | | NEW YORK | NY | 10019 | |
| 2151535 | AURELIUS CAPITAL MASTER, LTD. | 535 MADISON AVENUE | 26TH FLOOR | | | NEW YORK | NY | 10022 | |
| 2151536 | AURELIUS INVESTMENT, LLC | 535 MADISON AVENUE | 22ND FLOOR | | | NEW YORK | NY | 10022 | |
| 2151537 | AURELIUS OPPORTUNITIES FUND, LLC | 535 MADISON AVENUE | 22ND FLOOR | | | NEW YORK | NY | 10022 | |
| 2151538 | AUTONOMY MASTER FUND LIMITED | 90 PARK AVENUE | 31ST FLOOR | | | NEW YORK | NY | 10016 | |
| 2151539 | BLACK DIAMOND CREDIT STRATEGIES MASTER FUND, LTD. | ONE SOUND SHORE DRIVE | SUITE 200 | | | GREENWICH | CT | 06830 | |
| 2151540 | BONNIN INVESTMENT CORP. | PO BOX 197 | | | | MERCEDITA | PR | 00715-0197 | |
| 2151543 | CARIBBEAN INVESTMENT CENTER, INC. | 208 PONCE DE LEON AVE | SUITE 1800 | | | SAN JUAN | PR | 00918 | |
| 2151544 | CARIBEAN CINEMA OF GUAYNABO, CORP. | PO BOX 19116 | | | | SAN JUAN | PR | 00910-9116 | |
| 2151545 | CATALINAS CINEMA, CORP. | PO BOX 19116 | | | | SAN JUAN | PR | 00910-9116 | |
| 2151546 | CORBIN OPPORTUNITY FUND, L.P. | C/O BEN BERKOWITZ | AUTONOMY AMERICAS, LLC | 90 PARK AVENUE 31ST FLOOR | | NEW YORK | NY | 10016 | |
| 2151548 | EARLE PR INVESTMENTS LLC | 3 CARION COURT | APT 101 | | | SAN JUAN | PR | 00911 | |
| 2151549 | EMSO ASSET MANAGEMENT LIMITED | 21 GROSVENOR PLACE | | | | LONDON | | SW1X 7HN | UNITED KINGDOM |
| 2151551 | ENCODY INC. | PO BOX 280 | | | | BAYAMON | PR | 00960 | |
| 2151552 | FCO SPECIAL OPPORTUNITIES (A1) LP | 745 FIFTH AVENUE | 25TH FLOOR | | | NEW YORK | NY | 10151 | |
| 2151553 | FCO SPECIAL OPPORTUNITIES (D1) LP | 745 FIFTH AVENUE | 25TH FLOOR | | | NEW YORK | NY | 10151 | |
| 2151554 | FCO SPECIAL OPPORTUNITIES (E1) LLC | 745 FIFTH AVENUE | 25TH FLOOR | | | NEW YORK | NY | 10151 | |
| 2151555 | FINANCIAL GUARANTY INSURANCE COMPANY | ATTN: DEREK DONNELLY | 463 SEVENTH AVE | | | NEW YORK | NY | 10018 | |
| 2151556 | FUNDAMENTAL CREDIT OPPORTUNITIES MASTER FUND LP | 745 FIFTH AVENUE | 25TH FLOOR | | | NEW YORK | NY | 10151 | |
| 2151557 | GMO CREDIT OPPORTUNITIES FUND, L.P. | 40 ROWES WHARF | | | | BOSTON | MA | 02110 | |
| 2151558 | GMO GLOBAL REAL RETURN (UCITS) FUND, A SUB-FUND OF GMO FUNDS PLC | 40 ROWES WHARF | | | | BOSTON | MA | 02110 | |
| 2151559 | GMO IMPLEMENTATION FUND, A SERIES OF GMO TRUST | 40 ROWES WHARF | | | | BOSTON | MA | 02110 | |
| 2151560 | HATO REY CINEMA CORP. | PO BOX 19116 | | | | SAN JUAN | PR | 00910-9116 | |
| 2151561 | HOME MEDICAL EQUIPMENT INC. | PO BOX 7453 | | | | PONCE | PR | 00732 | |
| 2151562 | IDSC LLC D/B/A INFRASTRUCTURE OPPORTUNITY FUND | C/O CAPITAL SECUIRTY ADVISORS, LLC | 98 N. WASHINGTON STREET, SUITE 502 | | | BOSTON | MA | 02114 | |
| 2151563 | INMOBILIARIA SAN ALBERTO, INC. | PO BOX 30532 | | | | MANATI | PR | 00674-8513 | |
| 2151564 | LABORATORIOS RAMIREZ INC. | 8133 CALLE CONCORDIA | SUITE 101 | | | PONCE | PR | 00717-1543 | |
| 2151565 | LAGUNA RAY, L.L.C. | 909 3RD AVENUE | PO BOX 13 | | | NEW YORK | NY | 10022 | |
| 2151566 | LAS AMERICAS INVESTMENT GROUP | PO BOX 192837 | | | | SAN JUAN | PR | 00919-2837 | |
| 2151567 | LEE PROPERTIES, INC. | 904 HILLWODD AVE | | | | FALLS CHURCH | VA | 22042 | |
| 2151568 | LEX CLAIMS, LLC | 535 MADISON AVENUE | 22ND FLOOR | | | NEW YORK | NY | 10022 | |
| 2151569 | LMAP 903 LIMITED | 745 FIFTH AVENUE | 25TH FLOOR | | | NEW YORK | NY | 10151 | |
| 2151570 | LS INSTITUTIONAL HIGH INCOME FUND | ONE FINANCIAL CENTER | | | | BOSTON | MA | 02111 | |
| 2151571 | MASON CAPITAL MASTER FUND, L.P. | 110 E. 59TH STREET | | | | NEW YORK | NY | 10022 | |
| 2151572 | MAYAGUEZ CINEMA, CORP. | PO BOX 19116 | | | | SAN JUAN | PR | 00910-9116 | |
| 2151573 | MCP HOLDINGS MASTER LP | 535 MADISON AVENUE | 22ND FLOOR | | | NEW YORK | NY | 10022 | |
| 2151574 | MELMED INVESTMENT GROUP | 800 SE 20TH AVE | APT 408 | | | DEERFIELD BEACH | FL | 33441 | |
| 2151575 | MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD. | 535 MADISON AVENUE | 26TH FLOOR | | | NEW YORK | NY | 10022 | |
| 2151576 | MONARCH CAPITAL MASTER PARTNERS III LP | 535 MADISON AVENUE | 26TH FLOOR | | | NEW YORK | NY | 10022 | |
| 2151577 | MONARCH CAPITAL MASTER PARTNERS IV LP | 535 MADISON AVENUE | 26TH FLOOR | | | NEW YORK | NY | 10022 | |
| 2151578 | MONARCH DEBT RECOVERY MASTER FUND LTD. | 535 MADISON AVENUE | 26TH FLOOR | | | NEW YORK | NY | 10022 | |
| 2151579 | MONARCH SPECIAL OPPORTUNITIES MASTER FUND LTD. | 535 MADISON AVENUE | 26TH FLOOR | | | NEW YORK | NY | 10022 | |
| 2151580 | MUNIZ MELENDEZ INVESTMENTS CORP. | PO BOX 70294 | | | | SAN JUAN | PR | 00936-8294 | |
| 2151581 | NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION | ATTN: LEGAL DEPARTMENT, C/O GARY SAUNDERS | 1 MANHATTANVILLE ROAD | | | PURCHASE | NY | 10577 | |
| 2151582 | NEWTYN PARTNERS, LP | 405 PARK AVENUE | SUITE 1104 | | | NEW YORK | NY | 10022 | |
| 2151583 | NEWTYN TE PARTNERS LP | 405 PARK AVENUE | SUITE 1104 | | | NEW YORK | NY | 10022 | |
| 2151584 | PERSONNEL RECRUITING SERVICES, CORP. | PO BOX 7863 | | | | PONCE | PR | 00732 | |
| 2151585 | PINEHURST PARTNERS, L.P. | C/O BEN BERKOWITZ | AUTONOMY AMERICAS, LLC | 90 PARK AVENUE 31ST FLOOR | | NEW YORK | NY | 10016 | |
| 2151587 | PLAN DE SALUD MENONITA, INC. | PO BOX 44 | | | | AIBONITO | PR | 00705 | |
| 2151588 | PLAZA ESCORIAL CINEMA, CORP. | PO BOX 19116 | | | | SAN JUAN | PR | 00910-9116 | |
| 2151589 | PRISMA SPC HOLDINGS LTD. SEGREGATED PORTFOLIO AG | 745 FIFTH AVENUE | 25TH FLOOR | | | NEW YORK | NY | 10151 | |
| 2151590 | RAMA CONSTRUCTION LLC | PO BOX 8845 | | | | PONCE | PR | 00732-8845 | |
| 2151591 | RIO HONDO CINEMA, CORP. | PO BOX 19116 | | | | SAN JUAN | PR | 00910-9116 | |
| 2151592 | SYNCORA GUARANTEE INC. | 135 WEST 50TH STREET | 20TH FLOOR | | | NEW YORK | NY | 10020 | |
| 2151594 | TACONIC MASTER FUND 1.5 L.P. | C/O ERIN E. ROTA, ASSOCIATE GENERAL COUNSEL | TACONIC CAPITAL ADVISORS L.P. | 280 PARK AVENUE, 5TH FLOOR | | NEW YORK | NY | 10017 | |
| 2151595 | TACONIC OPPORTUNITY MASTER FUND L.P. | C/O ERIN E. ROTA | 280 PARK AVENUE, 5TH FLOOR | | | NEW YORK | NY | 10017 | |
| 2151597 | TILDEN PARK CAPITAL MANAGEMENT, LP | 452 5TH AVE | 28TH FLOOR | | | NEW YORK | NY | 10018 | |
| 2151598 | UNIVERSAL GROUP, INC. | PO BOX 193900 | | | | SAN JUAN | PR | 00919 | |
| 2151599 | UNIVERSAL LIFE INSURANCE COMPANY | ONE SOUND SHORE DRIVE | SUITE 200 | | | GREENWICH | CT | 06830 | |
| 2151600 | VR ADVISORY SERVICES, LTD. | 300 PARK AVENUE | 16TH FLOOR | | | NEW YORK | NY | 10022 | |
| 2151601 | WARLANDER ASSET MANAGEMENT, LP | 250 WEST 55TH STREET | 33RD FLOOR | | | NEW YORK | NY | 10019 | |

**<u>Exhibit B</u>**

Exhibit B
Adversary 19-363 Notice Parties Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 2152250 | AMBAC ASSURANCE CORPORATION | ONE STATE STREET PLAZA | | NEW YORK | NY | 10004 |
| 2152251 | AMERINATIONAL COMMUNITY SERVICES, LLC AS SERVICER FOR THE GDB DEBT RECOVERY AUTHORITY, AS TRANSFEREE OF GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO | C/O MOORE & VAN ALLEN PLLC | 100 NORTH TRYON STREET, SUITE 4700 | CHARLOTTE | NC | 28202 |
| 2152252 | ASSURED GUARANTY CORP. | ATTN: TERENCE WORKMAN | 1633 BROADWAY | NEW YORK | NY | 10019 |
| 2151534 | ASSURED GUARANTY MUNICIPAL CORP. | ATTN: TERENCE WORKMAN | 1633 BROADWAY | NEW YORK | NY | 10019 |
| 2152254 | AURELIUS CAPITAL MANAGEMENT, LP | 535 MADISON AVENUE | | NEW YORK | NY | 10022 |
| 2152255 | COOPERATIVA A/C LA COMERIENA | PO BOX 289 | | COMERIO | PR | 00782 |
| 2152256 | COOPERATIVA DE A/C CAMUY | 300 AVE BALTAZAR JIMENEZ MENDEZ | | CAMUY | PR | 00627 |
| 2152257 | COOPERATIVA DE A/C JESUS OBRERO | PMB 159 HC 01 | BOX 29030 | CAGUAS | PR | 00725 |
| 2152258 | COOPERATIVA DE A/C LA SAGRADA FAMILIA | PO BOX 102 | | COROZAL | PR | 00783 |
| 2152259 | COOPERATIVA DE A/C MOROVENA | PO BOX 577 | | MOROVIS | PR | 00687 |
| 2152260 | COOPERATIVA DE AHORRO Y CREDITO DE EMPLEADOS DE LA AUTORIDAD DE ENERGIA ELECTRICA | COOPAEE | PO BOX 6416 | BAYAMON | PR | 00960 |
| 2152261 | COOPERATIVA DE AHORRO Y CREDITO DE YAUCO | PO BOX 3010 | | YAUCO | PR | 00698 |
| 2152262 | FINANCIAL GUARANTY INSURANCE COMPANY | ATTN: DEREK M. DONNELLY | 463 SEVENTH AVENUE | NEW YORK | NY | 10018 |
| 2152263 | GT FIXED INCOME FUND LP | C/O MANAGED ACCOUNTS MANAGERS, ATTN: ROLAND A. JACOBUS | 601 CARLSON PARKWAY, SUITE 1125 | MINNETONKA | MN | 55305 |
| 2152264 | HDI GLOBAL INSURANCE COMPANY | 161 NORTH CLARK STREET, 48TH FLOOR | | CHICAGO | IL | 60601 |
| 2152265 | MONARCH ALTERNATIVE CAPITAL LP | 535 MADISON AVE A | | NEW YORK | NY | 10017 |
| 2152266 | MUNIZ MELENDEZ INVESTMENT CORP. | C/O ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA, P.S.C | PO BOX 70294 | SAN JUAN | PR | 00936 |
| 2151581 | NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION | ATTN: LEGAL DEPARTMENT, C/O GARY SAUNDERS | 1 MANHATTANVILLE ROAD | PURCHASE | NY | 10577 |
| 2152268 | PEAJE INVESTMENTS LLC | C/O ALLAN S. BRILLIANT, DECHERT, LLP | 1095 AVENUE OF THE AMERICAS | NEW YORK | NY | 10036 |
| 2152269 | SUPER PLASTICO, INC. | CALLE COMERIO 206 | | BAYAMON | PR | 00959 |
| 2152270 | SYNCORA GUARANTEE INC. | ATTN: JAMES W. LUNDRY, JR. | 135 WEST 50TH STREET, 20TH FLOOR | NEW YORK | NY | 10020 |
| 2152271 | THE BANK OF NEW YORK MELLON, AS FISCAL AGENT | C/O REED SMITH, LLC, ATTN: ERIC A. SCHAFFER, ESQ. | 225 FIFTH AVENUE, SUITE 1200 | PITTSBURGH | PA | 15222 |
| 2152272 | VR GLOBAL PARTNERS, L.P. | 300 PARK AVENUE, 16TH FLOOR | | NEW YORK | NY | 10022 |