UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

-----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**CERTIFICATE OF SERVICE**

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On July 30, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the PR Adv. 19-00281 Service List attached hereto as **Exhibit A**; (2) via First Class Mail on the PR Adv. 19-00282 Service List attached hereto as **Exhibit B**; (3) via First Class Mail on the PR Adv. 19-00283 Service List attached hereto as **Exhibit C**; (4) via First Class Mail on the PR Adv. 19-00284 Service List attached hereto as **Exhibit D**; (5) via First Class Mail on the PR Adv. 19-00285 Service List attached hereto as **Exhibit E**; (6) via First Class Mail on the PR Adv. 19-00286 Service List attached hereto as **Exhibit F**; (7) via First Class Mail on the PR Adv. 19-00287 Service List attached hereto as **Exhibit G**; and (8) via First Class Mail on PR Adv. 19-00288 Service List attached hereto as **Exhibit H**:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Order Regarding Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain Challenged GO Bonds [Docket No. 7426]

- Order Regarding Stay Period and Mandatory Mediation [Docket No. 8244]

On July 30, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the PR Adv. 19-00356 Service List attached hereto as **Exhibit I**; (2) via First Class Mail on the PR Adv. 19-00357 Service List attached hereto as **Exhibit J**; (3) via First Class Mail on the PR Adv. 19-00358 Service List attached hereto as **Exhibit K**; (4) via First Class Mail on the PR Adv. 19-00359 Service List attached hereto as **Exhibit L**; (5) via First Class Mail on the PR Adv. 19-00360 Service List attached hereto as **Exhibit M**; and (6) via First Class Mail on the PR Adv. 19-00361 Service List attached hereto as **Exhibit N**:

- Order Regarding Omnibus Motion by Official Committee of Unsecured Creditors, Financial Oversight and Management Board, and its Special Claims Committee to Extend Time for Service of Summonses and Complaints and to Stay Certain Adversary Proceedings Relating to Certain ERS Bonds [Docket No. 7425]

- Order Regarding Stay Period and Mandatory Mediation [Docket No. 8244]

Dated: August 22, 2019

_____
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 22, 2019, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 20 2͟0͟

**Exhibit A**

Pursuant to Docket No. 16 in Adversary Proceeding 19-00281, these parties are filed under seal.

**Exhibit B**

Pursuant to Docket No. 12 in Adversary Proceeding 19-00282, these parties are filed under seal.

## **Exhibit C**

Pursuant to Docket No. 10 in Adversary Proceeding 19-00283, these parties are filed under seal.

**Exhibit D**

Pursuant to Docket No. 8 in Adversary Proceeding 19-00284, these parties are filed under seal.

## **Exhibit E**

Pursuant to Docket No. 6 in Adversary Proceeding 19-00285, these parties are filed under seal.

## **Exhibit F**

Pursuant to Docket No. 6 in Adversary Proceeding 19-00286, these parties are filed under seal.

## **Exhibit G**

Pursuant to Docket No. 6 in Adversary Proceeding 19-00287, these parties are filed under seal.

## **Exhibit H**

Pursuant to Docket No. 8 in Adversary Proceeding 19-00288, these parties are filed under seal.

## **Exhibit I**

Pursuant to Docket No. 11 in Adversary Proceeding 19-00356, these parties are filed under seal.

## **Exhibit J**

Pursuant to Docket No. 11 in Adversary Proceeding 19-00357, these parties are filed under seal.

## **Exhibit K**

Pursuant to Docket No. 6 in Adversary Proceeding 19-00358, these parties are filed under seal.

## **Exhibit L**

Pursuant to Docket No. 6 in Adversary Proceeding 19-00359, these parties are filed under seal.

## **Exhibit M**

These parties have been redacted in the interest of privacy.

**<u>Exhibit N</u>**

Pursuant to Docket No. 8 in Adversary Proceeding 19-00361, these parties are filed under seal.