# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS (Jointly Administered) |
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 4780-LTS |
| UNION DE TRABAJADORES DE LA INDUSTRIA ELECTRICA Y RIEGO, INC.,<br><br>Plaintiff,<br><br>v. | Adv. Proc. No. 17- 229-LTS in 17 BK 4780-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| PUERTO RICO ELECTRIC POWER AUTHORITY, *et al.,* |
|---|
| Defendants. |

## NOTICE OF CHANGE OF CONTACT INFORMATION

TO THE HONORABLE COURT:

COME NOW, the undersigned attorneys, Arturo Díaz-Angueira and Katiuska Bolaños (the "Undersigned Attorneys"), and herein provide notice of their new contact information:

**DÍAZ & VÁZQUEZ LAW FIRM, P.S.C**.
644 Fernandez Juncos Ave.
District View Plaza, Suite 301
San Juan, PR 00907-3122
o: (787) 679-7132
f: (787) 919-7319
e: adiaz@diazvaz.law
e: kbolanos@diazvaz.law

**WHEREFORE**, the Undersigned Attorneys respectfully request the Parties in the case of caption and the Court to note the new contact information herein informed, which has already been updated in the CM/ECF system.

**RESPECTFULLY SUBMITTED.**

**IT HEREBY CERTIFIED** that on this same date copy of this document has been served via the CM/ECF system upon counsel of record in this matter.

In San Juan, Puerto Rico, this 23rd day of August, 2019.

*/s Katiuska Bolaños*
Katiuska Bolaños
kbolanos@diazvaz.law
USDC-PR 231812

2

10001

Arturo Díaz-Angueira
adiaz@diazvaz.law
USDC-PR 117907

**DÍAZ & VÁZQUEZ LAW FIRM, P.S.C**.
644 Ave. Fernández Juncos, Suite 301
District View Plaza
San Juan, PR 00907-3122
Tel. (787) 679-7132
Fax. (787) 919-7319