# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM FILED AGAINST THE COMMONWEALTH OF PUERTO RICO AS OF THE EFFECTIVE DATE

**PLEASE TAKE NOTICE** that, in accordance with Rule 3006 of the Federal Rules of Bankruptcy Procedure, made applicable to the Debtors' Title III proceedings by Section 310 of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] each claimant identified in **Exhibit A** hereto (each a "Claimant" and collectively, the "Claimants") hereby withdraws, with prejudice, the proof(s) of claim filed by such Claimant against the Commonwealth of Puerto Rico that are listed on **Exhibit A** hereto (collectively, the "Claims"), effective retroactively as of the Effective Date, as defined by the *Third Amended Title III Plan of Adjustment of the Debts of Puerto Rico Sales Tax Financing Corporation*.

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

**PLEASE TAKE FURTHER NOTICE** that the Claimants, by and through counsel, hereby authorize Prime Clerk, LLC, to reflect the withdrawal of their Claims on the official claims register for the Commonwealth of Puerto Rico, Bankruptcy Case No. 17 BK 3283-LTS effective retroactively as of the Effective Date.

I hereby certify that, on this same date, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**
In San Juan, Puerto Rico, today August 23, 2019.

| | |
|---|---|
| **TORO COLÓN MULLET P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| */s/ Manuel Fernández-Bared* | *s/ Douglas Buckley* |
| MANUEL FERNÁNDEZ-BARED | THOMAS MOERS MAYER* |
| USDC-PR No. 204,204 | AMY CATON* |
| Email: mfb@tcm.law | DOUGLAS BUCKLEY* |
| | 1177 Avenue of the Americas |
| */s/ Linette Figueroa-Torres* | New York, New York 10036 |
| LINETTE FIGUEROA-TORRES | Tel.: (212) 715-9100 |
| USDC-PR No. 227,104 | Fax: (212) 715-8000 |
| Email: lft@tcm.law | Email: tmayer@kramerlevin.com |
| | acaton@kramerlevin.com |
| */s/ Jane Patricia Van Kirk* | dbuckley@kramerlevin.com |
| JANE PATRICIA VAN KIRK | * (admitted *pro hac vice*) |
| USDC–PR No. 220,510 | |
| Email: jvankirk@tcm.law | |
| P.O. Box 195383 | |
| San Juan, PR 00919-5383 | |
| Tel.: (787) 751-8999 | |
| Fax: (787) 763-7760 | |

*Counsel to the Claimants*

## Exhibit A

## List of Withdrawn Claims

| Claimant | Claim Number | Debtor |
|---|---|---|
| OppenheimerFunds, Inc. and OFI Global Institutional, Inc. on behalf of funds and/or accounts managed by them | 36253 | Commonwealth of Puerto Rico |
| Santander Asset Management, LLC, on behalf of funds and/or accounts managed or advised by it | 22178 | Commonwealth of Puerto Rico |