**Fw: Proof of claim number 10894. Aracelia Torres. Re: Objection due to duplicate. Case 17-03283**

From: Aracelia Torres (celiapilar@yahoo.com)
To: prclaimsinfo@primeclerk.com; puertoricoinfo@primeclerk.com
Date: Friday, August 9, 2019, 02:56 PM GMT-4

----- Forwarded Message -----
From: Aracelia Torres <celiapilar@yahoo.com>
To: "prclaimsinfo@primeclerk.com" <prclaimsinfo@primeclerk.com>; PRClaimsInfo@primeclerk.com <PRClaimsInfo@primeclerk.com>
Sent: Friday, August 9, 2019, 02:50:31 PM GMT-4
Subject: Fw: Proof of claim number 10894. Aracelia Torres. Re: Objection due to duplicate. Case 17-03283

August 8, 2019

Good afternoon:

I received the document of the Sixty-Seventh omnibus objection (Non Sustantive) of the Puerto Rico Highways and transportation authority to duplicate and deficient claims.

Attach the following documents:

1- The document that titles "Numero de evidencia de relamacion en virtud de la ley promesa: 10894. Nombre del demandante: Aracelia Torres. This document substitutes the one that I filled in english.

2- Copy of the page 4 of 11 of my brokerage statement with one product that is PR Highway with Cusip number 745220JYO with the amount of $10,000.00.

On February 2019 when I sent the document in english that titles Promesa Proof of claim number: 10894, Claimant name: Aracelia Torres, I understood that I had to write the products of PR Highway and PR retirement. I forgot that PR retirerement has other claim number, so I think the objection is for this error. I am trying to resolve the error sending these documents corrected.

I am an old lady and these money is product of my saving and I do not want to lose it due to an error. I am not lawyer. My job was beauty specialist.

I appreciate all the help to submit these corrected documents. I do not have a lawyer but I think if we correct it, it is possible that it is not necessary to contract a lawyer. Since February 2016 I have no received more payment of PR Highway.

If you need more information, please, do not hesitate to contact with me.

Respectfully Yours,
    Aracelia Torres

----- Forwarded Message -----
From: Aracelia Torres <celiapilar@yahoo.com>

## My telephone and email. Re. Claim 10894

From: Aracelia Torres (celiapilar@yahoo.com)

To: prclaimsinfo@primeclerk.com; puertoricoinfo@primeclerk.com

Date: Friday, August 9, 2019, 03:02 PM GMT-4

August 8, 2019

Good afternoon:

I forgot to include my email and telephone number in case you need more information.

Email: celiapilar@yahoo.com.
Telephone: 787-759-7873

Thank you
Aracelia Torres

ATI