# **EXHIBIT H**



# Financial Oversight and Management Board for Puerto Rico
# FY18 Budget

## June 30, 2017



The Financial Oversight and Management Board for Puerto Rico (the "Board") and Ernst & Young Puerto Rico LLC ("EY") have prepared this report (the "Report") based upon information and material supplied by the Board, Board advisors, the Government of Puerto Rico, and other publicly-available sources.  The Board engaged EY to review the budget for the 2018 fiscal year as prepared by the Government and as contained in the Report.  EY's sole responsibility was to aid the Board in analyzing the budget for the 2018 fiscal year and the financial situation of Puerto Rico.

The nature and scope of EY's services were determined by the Board and are reflected in the Agreement between EY and the Board dated April 17, 2017 (the "Agreement").  EY's procedures were limited to the procedures requested by the Board and which are described in the Agreement.  EY's work was performed only for the use and benefit of the Board and should not be used or relied on by anyone else.  Other persons who read this Report who are not a party to the Agreement do so at their own risk and are not entitled to rely on it for any purpose. EY does not assume any duty, obligation or responsibility whatsoever to any other parties that may obtain access to the Report.

EY's services were advisory in nature. While EY's work in connection with this Report was performed under the standards of the American Institute of Certified Public Accountants (the "AICPA"), EY did not render an assurance report or opinion under the Agreement, nor did EY's services constitute an audit, review, examination, forecast, projection or any other form of attestation as those terms are defined by the AICPA. None of the services EY provided constituted any legal opinion or advice. This Report is not being issued in connection with any issuance of debt or other financing transaction.

The Board has the knowledge, experience and ability to form its own conclusions. Any assumptions, forecasts, projections, recommendations or conclusions contained in this Report are solely those of the Board.

In assisting in the preparation of this Report, EY relied on information and underlying data provided by the Board, Board advisors, the Government of Puerto Rico, or publicly-available resources, and such information was presumed to be current, accurate and complete. EY has not conducted an independent assessment or verification of the completeness, accuracy or validity of the information obtained.  Consequently, EY provides no assurance of any kind with respect to, or on, the information presented.

There will usually be differences between projected and actual results because events and circumstances frequently do not occur as expected and those differences may be material. As a result, no assurance regarding the achievement of forecasted results is provided, and reliance should not be placed on any forecasted results or projects contained herein as such information is subject to material change and may not reflect actual results.  EY takes no responsibility for the achievement of projected results.

# Table of Contents

| Section | Page |
|---|---|
| Fiscal Plan Overview | 4 |
| Executive Summary | 8 |
| Consolidated Budget Overview | 13 |
| General Fund Overview | 18 |
| Additional Spending Analyses | 23 |
| Appendix | 32 |

# FISCAL PLAN OVERVIEW

# Based on the Fiscal Plan projections, without action, Puerto Rico would likely confront a large and growing deficit



*In Billions $, by fiscal year*

— Revenues   — Non-interest expenses

Puerto Rico faces a "fiscal cliff" in the next two years: rebalancing of pension system, loss of federal healthcare funds, and a likely decline in Act 154 revenues (barring corporate tax reform)

Primary deficit: $3.4B

Primary deficit: $4.7B

Note: Deficit does not account for reduced expenses and additional revenues that result from proposed Fiscal Reform Measures
Note: Amounts provided by AAFAF, from issuer agencies and from publicly available information. Estimated amounts are subject to further review and may change
Source: Government of Puerto Rico December 2016 Fiscal Baseline

Information contained herein was not prepared or verified by EY.  Reliance restricted.  Does not constitute an audit opinion or legal advice.  Any recommendations or conclusions are solely those of the Board and not EY.  Please refer to limitations and restrictions on page 2.

# The Fiscal Plan reform area targets were designed by the Government and certified by the Board to promote structural balance while following a core set of principles



"Once and done" approach with a target balanced budget by FY19

Demonstrate viability through implementation plans

Ensure funding of essential government services

Provide adequate funding for pension systems

Provide capital expenditures and investments necessary to promote economic growth

Include aspirational goals for Puerto Rico and its people

Source: Fiscal Plan for the Commonwealth of Puerto Rico- Public Presentation, March 13, 2017

Information contained herein was not prepared or verified by EY.  Reliance restricted.  Does not constitute an audit opinion or legal advice.  Any recommendations or conclusions are solely those of the Board and not EY.  Please refer to limitations and restrictions on page 2.

# FY18 Budget incorporates Fiscal Plan measures that start to set Puerto Rico on a path towards financial sustainability



**Fiscal Reform Measures**

*In Millions $, by fiscal year*

Legend:
- Pension Reform
- Reduced Higher Education Spending
- Reduced Healthcare Spending
- Government Right-Sizing (Personnel)
- Government Right-Sizing (Non-Personnel)
- Revenue Enhancement

FY18 total: 1,875
- Revenue Enhancement: 924
- Government Right-Sizing (Non-Personnel): 445
- Government Right-Sizing (Personnel): 205
- Reduced Healthcare Spending: 100
- Reduced Higher Education Spending: 201

FY19 total: 3,393
- Revenue Enhancement: 1,381
- Government Right-Sizing (Non-Personnel): 947
- Government Right-Sizing (Personnel): 470
- Reduced Healthcare Spending: 299
- Reduced Higher Education Spending: 296

FY20 total: 4,201
- Revenue Enhancement: 1,384
- Government Right-Sizing (Non-Personnel): 1,145
- Government Right-Sizing (Personnel): 567
- Reduced Healthcare Spending: 500
- Reduced Higher Education Spending: 382
- Pension Reform: 223

Source: Puerto Rico Fiscal Plan

Information contained herein was not prepared or verified by EY.  Reliance restricted.  Does not constitute an audit opinion or legal advice.  Any recommendations or conclusions are solely those of the Board and not EY.  Please refer to limitations and restrictions on page 2.

# EXECUTIVE SUMMARY

# The Board believes the FY18 Budget represents another step towards Puerto Rico's recovery

Reflects the Government's public policy priorities

Includes level of revenues and expenses generally consistent with the Fiscal Plan

Majority of funds allocated to education, public safety, welfare, healthcare and economic development

Allocates additional Government funds to pensions and healthcare system

Embeds financial controls to monitor implementation and overspending

With revisions, the FY18 Budget is generally consistent with the Fiscal Plan

Prepared solely for the Board.  Reliance restricted.  Does not constitute an audit opinion or legal advice.  Any recommendations or conclusions are solely those of the Board and not EY.  Please refer to limitations and restrictions on page 2.

# The Board closely reviewed the FY18 Budget



## Preparation of FY18 Budget



## Evaluation of FY18 Budget



## Reconciliation of Budget to Certified Fiscal Plan

- **OMB issued guidelines** to submit budget requests based on requirement to achieve the agency's guiding principles

- **The Board provided a revenue forecast** for use in developing FY18 Budget

- **Budget prepared by Government is based on FY17 Budget and considered** Fiscal Plan measures, impact of new initiatives and cost savings incurred/expected

- **The Board requested the Government** prepare the FY18 Budget consistent with trajectory for primary fiscal balance in the Fiscal Plan

- **Onsite due diligence** was carried out to review FY18 Budget

- **Meetings with key individuals** included OMB, AAFAF, Hacienda, individual governmental agencies and the Legislature

- **The Budget includes** difficult adjustments in many areas, including reduced funding for municipalities and UPR, and cuts to education, health, public safety and welfare programs

- **While certain Board recommended amendments are needed,** FY18 Budget is generally consistent with the certified Fiscal Plan

Prepared solely for the Board.  Reliance restricted.  Does not constitute an audit opinion or legal advice.  Any recommendations or conclusions are solely those of the Board and not EY.  Please refer to limitations and restrictions on page 2.

# The Board has proposed several recommendations to the FY18 Budget

## Spending Adjustments

*Board recommendations to reduce spending in several areas*

- Spending by certain government entities
  - Spending increases as compared to FY17
    - Earmarks and special expenditures

## Technical Corrections

*Board recommendations to correct several technical elements*

- Use of federal matching funds
  - Justice Dept. monthly allocation
    - Future modifications to the budget

Prepared solely for the Board.  Reliance restricted.  Does not constitute an audit opinion or legal advice.  Any recommendations or conclusions are solely those of the Board and not EY.  Please refer to limitations and restrictions on page 2.

# FY18 Budget incorporates additional financial controls to monitor overspending and maintain accountability



### Limitations on spending

- Agency expenses cannot exceed the amounts in the budget

- Multi-year appropriations authorized in previous fiscal years are suspended and no new multi-year appropriations with the exceptions of appropriations related to permanent improvements

### Approval for access to reserves

- No expenditure shall be charged against the Budgetary Reserve unless it is approved by the Board

- Expenses above and beyond the budget will need Board approval

### Regular reporting requirements

- Weekly and monthly reports of the actual cash revenues, cash expenditures, and cash flows of each agency

- Monthly and quarterly actual vs. budget reports from each agency of the Government on a modified accrual basis

- Monthly tracking of key performance indicators for each fiscal reform measure initiative

- Quarterly reports on macroeconomic performance

Information contained herein was not prepared or verified by EY.  Reliance restricted.  Does not constitute an audit opinion or legal advice.  Any recommendations or conclusions are solely those of the Board and not EY.  Please refer to limitations and restrictions on page 2.

# CONSOLIDATED BUDGET OVERVIEW

# Consolidated Budget Overview

- Key components of the Consolidated Budget include the following:

| General Fund | - The primary operating fund of the Government |
|---|---|
| **Special Revenue Funds** | - Funds created by law, not subject to annual appropriations and have specific uses established by their respective enabling legislation |
| **Component Units / Public Corporations** | - Legally separate from primary government but Puerto Rico appoints a majority of these organizations governing bodies[1] |
| **Federal Funds** | - Expenses funded by Federal Government money |
| **Other Funds** | - Debt Service and other funds |

(1) Many public corporations and other instrumentalities traditionally relied on subsidies, in the form of appropriations from the General Fund and/or assignments of Puerto Rico tax or other revenues, to fund a material portion of their operations

Prepared solely for the Board.  Reliance restricted.  Does not constitute an audit opinion or legal advice.  Any recommendations or conclusions are solely those of the Board and not EY.  Please refer to limitations and restrictions on page 2.

# FY18 Budget was developed by the Government based on FY17 budgeted amounts and reflects a reduction in overall spending



### Historical Consolidated Budget
*In Millions $, by fiscal year*

**Difference of $2b:**
PayGo: $989m
Pension Assets: $390m
Comp. Unit Charges: $247m
Healthcare funding: $421m

(1) Component Units & Other Funds includes Special State Funds, Special Revenue Funds, and the incremental healthcare funding to cover the loss of Medicare funds
Source: Puerto Rico Office of Management and Budget – Budget Data

Prepared solely for the Board.  Reliance restricted.  Does not constitute an audit opinion or legal advice.  Any recommendations or conclusions are solely those of the Board and not EY.  Please refer to limitations and restrictions on page 2.

# The FY18 Budget includes several cost escalators and reducers as compared to the FY17 Budget

- The Consolidated Budget includes several factors that increase costs relative to FY17, including higher pension and healthcare liabilities

- These increases are offset, in part, by reductions in costs, including various personnel and non-personnel savings and additional funds

- The Board believes these are the first steps toward restoring fiscal responsibility and setting a path to achieve the Fiscal Plan's objectives



## Cost Escalators

Higher pension costs related to pay-as-you-go liability **+**

Increased Government healthcare funding **+**

Maintenance capital expenditures **+**

Revenue reduction due to economic contraction **+**

## Cost Reducers

Payroll and personnel reductions **−**

Subsidy reductions to UPR, municipalities, private sector **−**

Non-personnel rightsizing initiatives **−**

Additional Medicaid funds **−**

Healthcare system cost reduction measure **−**

Improved tax compliance **−**

Other revenue and expenditure measures **−**

Prepared solely for the Board. Reliance restricted. Does not constitute an audit opinion or legal advice. Any recommendations or conclusions are solely those of the Board and not EY. Please refer to limitations and restrictions on page 2.

# The majority of the FY18 Consolidated Budget is dedicated to five areas



**FY18 Consolidated Expenditures**
*In Millions $*

**Total Spending = $25.6b**

Utilities 20%

Pension 8%

General 10%

**Key budget areas 62%**

| | |
|---|---|
| Education | $3,972 |
| Public Safety | 2,015 |
| Health | 4,653 |
| Welfare | 3,597 |
| Econ. Development | 1,534 |
| **Total** | **$15,771** |

Note: Utilities spending are budget allocations to PREPA and PRASA
Note: General spending includes municipal appropriations, OMB funds, liquidity reserve, Hacienda, Legislature and the Public Buildings Authority
Source: Puerto Rico Office of Management and Budget – Budget Data

Prepared solely for the Board. Reliance restricted. Does not constitute an audit opinion or legal advice. Any recommendations or conclusions are solely those of the Board and not EY. Please refer to limitations and restrictions on page 2.

# GENERAL FUND OVERVIEW

# The General Fund is the Government's principal operating fund

## General Fund - $9.562 billion

### Discretionary

Operating cost of the central government including programs, payroll, and administrative costs

Special appropriations for programs and some may be pass-through grants to non-profit or non-public entities

**Examples Include:**

- Payroll
- Rent and utilities
- Purchased and Professional Services
- Materials, Equipment

### Semi-Discretionary

Contributions or block grants to entities outside the central government or large entitlement programs

**Examples Include:**

- Public Health Insurance
- Special appropriations – OMB custody
- Contributions to Municipalities
- Contributions to Legislature

### Non-Discretionary

Expenses from appropriations by formula and other pre-legislated or agreed-upon commitments

**Examples Include:**

- Pension pay-as-you-go
- Judicial Branch Formula
- Municipalities Formula
- Legislature Formula
- UPR Formula
- Oversight Board

Prepared solely for the Board.  Reliance restricted.  Does not constitute an audit opinion or legal advice.  Any recommendations or conclusions are solely those of the Board and not EY.  Please refer to limitations and restrictions on page 2.

# The Government projects FY18 General Fund revenue to be $9.562b, which is $369m higher than FY17 General Fund revenue

- The Board evaluated revenues in the certified Fiscal Plan and incorporated revisions based on more recent analysis and new information

- The final revenue estimates were provided by the Board to the Government and are generally consistent with the Fiscal Plan

### *FY18 Monthly General Fund Revenues*
*In Millions $*



Nearly 32% of annual revenues

Note: Monthly revenue does not include pension asset sales for $390m

### *FY17 Compared to FY18 General Fund Revenue*
*In Millions $, by fiscal year*

| | FY16 Budget | FY17 Budget | FY18 Budget | FY17-FY18 Change |
|---|---|---|---|---|
| **Base Revenue** | | | | |
| Individual Tax Collections | $2,135 | $1,892 | $1,800 | ($92) |
| Corporate Tax Collections | 1,793 | 1,515 | 1,510 | (5) |
| Non-Resident Withholding Tax | 822 | 685 | 640 | (45) |
| Sales & Use Tax | 1,738 | 1,718 | 1,567 | (151) |
| Alcoholic Beverage Tax | 270 | 268 | 257 | (11) |
| Excise Tax (Act 154) | 1,905 | 2,075 | 1,533 | (542) |
| Tobacco Products Tax | 133 | 112 | 110 | (2) |
| Excise tax from rum remittances | 186 | 206 | 149 | (57) |
| Other | 513 | 721 | 681 | (40) |
| **Sub-total** | **$9,495** | **$9,192** | **$8,247** | **($945)** |
| **Additional Fiscal Plan Measures** | | | | |
| Extension of Act 154 | - | - | $519 | $519 |
| Inc. Collections Sales & Use Tax | - | - | 150 | 150 |
| Inc. in other revenues and taxes | - | - | 255 | 255 |
| Pension asset sales | - | - | 390 | 390 |
| **General Fund Revenue** | **$9,495** | **$9,192** | **$9,562** | **$369** |

Prepared solely for the Board. Reliance restricted. Does not constitute an audit opinion or legal advice. Any recommendations or conclusions are solely those of the Board and not EY. Please refer to limitations and restrictions on page 2.

# Excluding pension adjustments, the FY18 General Fund Budget is 9% lower than the FY17 Budget

- The General Fund incorporates an additional $1.4b to cover pension outlays as the retirement systems transition to a pay-as-you-go basis



**Historical General Fund Budget**
*In Millions $, by fiscal year*

**Difference of $1.4b:**
PayGo: $989m
Pension Asset Sales: $390m

FY04: 8,252
FY05: 8,850
FY06: 9,642
FY07: 9,488
FY08: 9,227
FY09: 9,484
FY10: 10,170
FY11: 9,150
FY12: 9,260
FY13: 9,082
FY14: 9,770
FY15: 9,565
FY16: 9,800
FY17: 8,987
FY18: 9,562 / 8,183

Note: FY16 General Fund revenue was subsequently reduced to $9.175b by the Government
Source: Puerto Rico Office of Management and Budget

Prepared solely for the Board.  Reliance restricted.  Does not constitute an audit opinion or legal advice.  Any recommendations or conclusions are solely those of the Board and not EY.  Please refer to limitations and restrictions on page 2.

# A majority of the General Fund Budget is dedicated to education, public safety, health and welfare

## FY17 Compared to FY18 General Fund Budget by Type

*In Millions $, by fiscal year*



(1) The increase in healthcare costs is primarily related to an increase in local funding

Note: General Fund capital expenditures of approximately $48m (of a total Consolidated Budget of $1.2b) is split between multiple agencies

Source: Puerto Rico Office of Management and Budget – Budget Data

Prepared solely for the Board.  Reliance restricted.  Does not constitute an audit opinion or legal advice.  Any recommendations or conclusions are solely those of the Board and not EY.  Please refer to limitations and restrictions on page 2.

# ADDITIONAL SPENDING ANALYSES

# Additional healthcare and pension funding was allocated in the FY18 Budget

## Government Funding Increases due to Medicaid Cliff
*In Millions $, by fiscal year*



Note: Figures net of $100m in FY18, $299m in FY19 and $500m in FY20 from Fiscal Plan savings
Source: March 13, 2017 Fiscal Plan, OMB

## Estimated Distribution of Healthcare Resources in FY18
*In Millions $, by fiscal year*

| ASES Budget Funding | FY18 |
|---|---|
| Federal Funds (Including ACA and addl. funds) | $1,280 |
| General Fund Allocation | 791 |
| Additional Government Funds | 448 |
| Other Income (Pharma rebates, copays) | 281 |
| **Total** | **$2,801** |

Source: Puerto Rico Office of Management and Budget – Budget Data

## FY18 Consolidated Budget Pension Components
*In Millions $*



Note: FY17 and FY18 pensions costs exclude employer pension cost
Source: Puerto Rico Office of Management and Budget

## Liquid & Illiquid ERS System Assets
*In Thousands $*



Source: Represents actuarial assets based on Actuarial Valuation Reports through 2015

Prepared solely for the Board.  Reliance restricted.  Does not constitute an audit opinion or legal advice.  Any recommendations or conclusions are solely those of the Board and not EY.  Please refer to limitations and restrictions on page 2.

# Payroll costs decline in the FY18 Budget, due in part to attrition and reduction of transitory employees



**General Fund and Consolidated Budget Historical Payroll**

*In Millions $*

Legend: General Fund ■ Other Funds ■

| | FY07 | FY08 | FY09 | FY10 | FY11 | FY12 | FY13 | FY14 | FY15 | FY16 | FY17 | FY18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 8,477 | 8,453 | 8,702 | 8,378 | 7,792 | 6,589 | 6,738 | 6,740 | 7,319 | 7,117 | 7,104 | 6,844 |
| Other Funds | 3,208 | 3,265 | 3,175 | 3,767 | 3,173 | 2,923 | 3,105 | 3,038 | 2,953 | 2,829 | 2,857 | 2,814 |
| General Fund | 5,269 | 5,188 | 5,526 | 4,611 | 4,618 | 3,666 | 3,633 | 3,702 | 4,367 | 4,287 | 4,247 | 4,030 |

- General Fund payroll represents approximately 42% of total General Fund spending

- Other Funds payroll consists of payroll at component units, the largest being PREPA and PRASA

Note: Payroll increases from FY14 to FY15 because certain schoolwide program payroll costs at the Department of Education were misclassified as Other Agency Spending
The misclassification was corrected beginning with the FY15 Budget
Note: Total payroll for FY18 includes employer pension costs of $598m
Source: Puerto Rico Office of Management and Budget – Budget Data

Prepared solely for the Board.  Reliance restricted.  Does not constitute an audit opinion or legal advice.  Any recommendations or conclusions are solely those of the Board
and not EY.  Please refer to limitations and restrictions on page 2.

# Department of Education expenditures decrease in FY18 Budget as a result of efforts by the Department to review and streamline operations



**Actual and Projected School Enrollment**
*By fiscal year*



Source: October 2016 Fiscal Plan

**Department of Education General Fund and Consolidated Budget**
*In Thousands $, by fiscal year*



Source: Puerto Rico Office of Management and Budget – Budget Data

- Efforts are underway by the Department of Education to review existing operations, prioritize spending and streamline education services without jeopardizing the delivery of this critical service

- The Government recently announced plans to close 167 schools by August 2017, which is expected to generate approximately $7.5m in savings

Prepared solely for the Board.  Reliance restricted.  Does not constitute an audit opinion or legal advice.  Any recommendations or conclusions are solely those of the Board and not EY.  Please refer to limitations and restrictions on page 2.

# University of Puerto Rico General Fund appropriation decreases in the FY18 Budget, consistent with the Fiscal Plan

**UPR General Fund Budget and Consolidated Budget**

*In Millions $, by fiscal year*



Decrease in Consolidated Budget of 12% and General Fund of 23%

- The University has 11 campuses, more than 60,000 students, and 5,300 faculty members

- Government grants and appropriations as a percent of operating revenues are one of the highest for public universities

- While the General Fund appropriation declines, this reduction is partially offset by $40m in incremental funding provided by other parts of the Consolidated Budget

| Additional UPR Expenditures | |
|---|---|
| **In Millions $** | **FY18** |
| Capital Expenditures | $15 |
| Other Income Operating Costs | 15 |
| Training and Technical Assistance | 10 |
| **Total** | **$40** |

Source: Puerto Rico Office of Management and Budget- Budget Data

Source: Puerto Rico Office of Management and Budget – Budget Data

Prepared solely for the Board.  Reliance restricted.  Does not constitute an audit opinion or legal advice.  Any recommendations or conclusions are solely those of the Board and not EY.  Please refer to limitations and restrictions on page 2.

# Purchased and professional services decreased $105m in FY18



**Historical General Fund and Consolidated Budget Purchased and Professional Services**
*In Millions $*

- The General Fund represents 15% of total purchased and professional services

- PREPA, PRASA, Department of Education, and HTA account for 60% of total purchased and professional services expenditures

Note: Chart is based on preliminary Budget allocation, final Budget allocation may differ
Source: Puerto Rico Office of Management and Budget – Budget Data

Prepared solely for the Board.  Reliance restricted.  Does not constitute an audit opinion or legal advice.  Any recommendations or conclusions are solely those of the Board and not EY.  Please refer to limitations and restrictions on page 2.

# FY18 Budget includes capital expenditure increases mostly related to PREPA, PRASA and HTA

- Capital expenditures increase $311m from FY17

- PRASA ($304m), PREPA ($275m), and HTA ($281m) account for 70% of total FY18 capital expenditures

- Departments with the largest increase in capital expenditures from FY17 to FY18 include HTA, UPR, and the Department of Natural Resources



**Historical Capital Expenditures in the Consolidated Budget**
*In Millions $, by fiscal year*

Legend: PREPA/PRASA, Federal Funds, Gov't funded (1)

| | FY14 | FY15 | FY16 | FY17 | FY18 |
|---|---|---|---|---|---|
| Total | 1,505 | 1,175 | 989 | 895 | 1,206 |
| Gov't funded (1) | 544 | 226 | 156 | 136 | 400 |
| Federal Funds | 271 | 266 | 257 | 217 | 247 |
| PREPA/PRASA | 690 | 684 | 575 | 542 | 559 |

(1) Self reported by local agency
Note: Chart is based on preliminary Budget allocation, final Budget allocation may differ
Source: Puerto Rico Office of Management and Budget – Budget Data

Prepared solely for the Board.  Reliance restricted.  Does not constitute an audit opinion or legal advice.  Any recommendations or conclusions are solely those of the Board and not EY.  Please refer to limitations and restrictions on page 2.

## The Government intends for the FY18 Budget to allocate funds for debt service after a Title III Plan of Adjustment is confirmed or Title VI agreements are approved by the Court



**Debt Service in Historical Budgets**
*In Millions $, by fiscal year*

Note: FY18 debt service includes Federal debts ($18m), PREPA ($583m) and PRASA ($313m) consistent with their Fiscal Plans
Note: Debt service for FY11-FY14 excludes refinancing of $472m/$148m, $686m/$154m, $600m/175m and $575m in GO and PBA debt service, respectively
Source: Puerto Rico Office of Management and Budget – Budget Data

Prepared solely for the Board.  Reliance restricted.  Does not constitute an audit opinion or legal advice.  Any recommendations or conclusions are solely those of the Board and not EY.  Please refer to limitations and restrictions on page 2.

# Federal funding was reduced by 9% year-on-year, primarily driven by a reduction in Medicaid and Other Federal Funds



### Historical Federal Funding
*In Millions $, by fiscal year*

| | FY12 | FY13 | FY14 | FY15 | FY16 | FY17 | FY18 |
|---|---|---|---|---|---|---|---|
| Total | 6,924 | 6,619 | 6,671 | 6,373 | 6,744 | 6,643 | 6,372 |
| Nutrition Assist Program | 1,835 | 1,873 | 1,893 | 1,951 | 1,959 | 1,949 | 1,949 |
| Medicaid Title XIX | 1,105 | 1,077 | 1,305 | 1,110 | 1,707 | 1,623 | 1,280 |
| Other Federal Funds (1) | 3,984 | 3,669 | 3,473 | 3,312 | 3,078 | 3,071 | 3,143 |

Pie chart values:
- USDA: 2,417
- HHS: 1,576
- DOEd: 946
- HUD: 575
- DOT: 188
- DOL: 107
- Others: 179

**Department of Housing & Urban Dev.**
Public and Indian Housing
Section 8 Rental Certificate Program
Section 8 Housing Choice Vouchers
Public Housing Capital Fund

**Department of Labor**
WIA Dislocated Workers
Unemployment Insurance
Employment Services
Occupational Safety and Health State Program

**Department of Transportation**
Highway Planning and Construction
Federal Transit and Formula Grants
State and Community Highway Safety

**Department of Agriculture**
Nutrition Assistance Program
NAP for Women, Infants and Children
National School Lunch

**Department of Education**
Title I Grants
Special Education Grants
Pell Grants
Improving Teacher Quality Grants

**Dept of Health and Human Services**
Medicaid Title XIX
Head Start
Temporary Assistance for Needy Families

(1) Federal Funds increased from FY15 to FY16 in part due a shift from the third-party administrator to the managed care organization health model which began on April 1, 2015
Source: Puerto Rico Consolidated Budget, Office of Management and Budget. Not comparable with US Census Figures because it excludes direct grants to non-profits, private entities and certain Municipalities; the number corresponds to a different year; and the numbers are strictly a compilation of self reported numbers for Government agencies

Prepared solely for the Board.  Reliance restricted.  Does not constitute an audit opinion or legal advice.  Any recommendations or conclusions are solely those of the Board and not EY.  Please refer to limitations and restrictions on page 2.

# APPENDIX

# Revenues and expense measures in FY18 Budget total approximately $1.875m

## Revenue Actions In Budget
*In Millions $*

| Item | Amount |
|---|---|
| Extend Act 154 law | $519 |
| Improved tax compliance | 150 |
| Increase and right-size fees | 56 |
| Addl. revenue enhancements | 199 |
| **Subtotal of revenue measures** | **$924** |

## Expense Actions In Budget
*In Millions $*

| Item | Amount |
|---|---|
| Personnel-related expense | ($167) |
| Non-personnel related expense | (179) |
| Reduction of UPR subsidies | (201) |
| Reduction of other subsidies | (210) |
| Additional expense measures | (45) |
| Reduction of healthcare spending | (100) |
| Payroll and operational exp. freeze | (49) |
| **Total [1]** | **($951)** |

(1) (Reduction to expense)/ Increase to expenses

Prepared solely for the Board.  Reliance restricted.  Does not constitute an audit opinion or legal advice.  Any recommendations or conclusions are solely those of the Board and not EY.  Please refer to limitations and restrictions on page 2.

# The Consolidated Budget is $25.6b and reflects year-on-year reductions in every major spend category, other than health and pensions

## FY17 Compared to FY18 Consolidated Budget by Type
*In Millions $, by fiscal year*



(1) Total pension cost of $2.5b includes $598m of employer costs currently sitting in individual agency payroll categories
Source: Puerto Rico Office of Management and Budget – Budget Data

Prepared solely for the Board.  Reliance restricted.  Does not constitute an audit opinion or legal advice.  Any recommendations or conclusions are solely those of the Board and not EY.  Please refer to limitations and restrictions on page 2.

# Detailed agency comparison of the Consolidated Budget by type for FY17 and FY18

## FY17 and FY18 Consolidated Budget by Type
In Millions $, by fiscal year



(1) Healthcare costs increase primarily due to an increase in local funding of $448m, additional Medicaid funding of $296m and a Reconciliation Adjustment of $100m
(2) Other Economic Development costs are distributed amongst 24 agencies including: other transportation, agriculture, land, infrastructure and trade & export
(3) Consolidated capital expenditures of approximately $1.2b is split between multiple agencies
Source: Puerto Rico Office of Management and Budget – Budget Data

Prepared solely for the Board.  Reliance restricted.  Does not constitute an audit opinion or legal advice.  Any recommendations or conclusions are solely those of the Board and not EY.  Please refer to limitations and restrictions on page 2.

# FY18 Consolidated Budget is slightly lower than FY17, even after increases in pension related expenses

| Allocation | FY17 | FY18 | Change | |
|---|---|---|---|---|
| PREPA | $4,885 | $3,801 | ($1,083) | ↓ |
| OMB Custody Funds | 1,035 | 1,104 | 69 | ↑ |
| Healthcare (ASES) | 2,823 | 2,801 | (22) | ↓ |
| Department of Education | 2,673 | 2,653 | (19) | ↓ |
| Socio Economic Development | 2,123 | 2,119 | (4) | ↓ |
| PRASA | 1,304 | 1,382 | 78 | ↑ |
| University of Puerto Rico | 1,448 | 1,269 | (179) | ↓ |
| PayGo & Component Unit Charge | 0 | 1,236 | 1,236 | ↑ |
| Department of Health | 777 | 897 | 119 | ↑ |
| Police | 752 | 743 | (9) | ↓ |
| Road Authority | 408 | 518 | 109 | ↑ |
| State Insurance Fund | 407 | 390 | (17) | ↓ |
| Pension Asset Sales | 0 | 390 | 390 | ↑ |
| Corrections | 376 | 374 | (2) | ↓ |
| Courts | 341 | 348 | 7 | ↑ |
| Public Housing Administration | 340 | 332 | (8) | ↓ |
| Retirement System | 326 | 326 | (0) | ↓ |
| Families | 295 | 293 | (2) | ↓ |
| Corp Service Medical Center | 240 | 234 | (6) | ↓ |
| Subtotal | $20,553 | $21,209 | $656 | ↑ |

| Allocation | FY17 | FY18 | Change | |
|---|---|---|---|---|
| Hacienda | $225 | $260 | $35 | ↑ |
| Municipalities | 395 | 220 | (175) | ↓ |
| Care and Development of Children | 174 | 211 | 37 | ↑ |
| Housing Finance Authority | 221 | 201 | (20) | ↓ |
| Liquidity Reserve | 200 | 190 | (10) | ↓ |
| Agricultural Development | 167 | 181 | 14 | ↑ |
| Public Building Authority | 509 | 176 | (333) | ↓ |
| Mental Health | 126 | 149 | 23 | ↑ |
| Justice | 196 | 150 | (46) | ↓ |
| Puerto Rico Legislature | 159 | 135 | (24) | ↓ |
| Hacienda Custody Funds | 112 | 112 | 0 | → |
| Department of Housing | 115 | 116 | 1 | → |
| Corp Centro Cardiovascular | 79 | 75 | (4) | ↓ |
| Human Resources | 127 | 110 | (17) | ↓ |
| Tourist Company | 104 | 99 | (5) | ↓ |
| Transportation and Public Works | 88 | 99 | 11 | ↑ |
| Ports Authority | 142 | 98 | (44) | ↓ |
| Transportation Authority | 103 | 87 | (16) | ↓ |
| Other | 1,882 | 1,691 | (191) | ↓ |
| Subtotal | 5,125 | 4,360 | (765) | ↓ |
| Total | $25,678 | $25,569 | ($109) | ↓ |

Source: Puerto Rico Office of Management and Budget – Budget Data

Prepared solely for the Board. Reliance restricted. Does not constitute an audit opinion or legal advice. Any recommendations or conclusions are solely those of the Board and not EY. Please refer to limitations and restrictions on page 2.

# FY18 General Fund is slightly higher than FY17, and includes incremental pension costs

| Allocation | FY17 | FY18 | Change | |
|---|---|---|---|---|
| PREPA | $0 | $0 | $0 | → |
| OMB Custody Funds | 1,035 | 574 | (461) | ↓ |
| Healthcare (ASES) | 892 | 791 | (100) | ↓ |
| Department of Education | 1,674 | 1,598 | (77) | ↓ |
| Socio Economic Development | 72 | 68 | (4) | ↓ |
| PRASA | 0 | 0 | 0 | → |
| University of Puerto Rico | 872 | 668 | (204) | ↓ |
| PayGo & Component Unit Charge | 0 | 989 | 989 | ↑ |
| Department of Health | 249 | 368 | 119 | ↑ |
| Police | 734 | 735 | 1 | ↑ |
| Road Authority | 0 | 1 | 1 | ↑ |
| State Insurance Fund | 0 | 0 | 0 | → |
| Pension Asset Sales | 0 | 390 | 390 | ↑ |
| Corrections | 373 | 364 | (8) | ↓ |
| Courts | 315 | 322 | 7 | ↑ |
| Public Housing Administration | 0 | 0 | (0) | ↓ |
| Retirement System | 326 | 326 | (0) | ↓ |
| Families | 211 | 209 | (2) | ↓ |
| Corp Service Medical Center | 42 | 64 | 23 | ↑ |
| Subtotal | $6,795 | $7,469 | $673 | ↑ |

| Allocation | FY17 | FY18 | Change | |
|---|---|---|---|---|
| Hacienda | $167 | $223 | $56 | ↑ |
| Municipalities | 395 | 220 | (175) | ↓ |
| Care and Development of Children | 13 | 51 | 37 | ↑ |
| Housing Finance Authority | 11 | 10 | (1) | ↓ |
| Liquidity Reserve | 200 | 190 | (10) | ↓ |
| Agricultural Development | 84 | 96 | 12 | ↑ |
| Public Building Authority | 90 | 90 | 0 | → |
| Mental Health | 82 | 105 | 23 | ↑ |
| Justice | 161 | 109 | (52) | ↓ |
| Puerto Rico Legislature | 159 | 135 | (24) | ↓ |
| Hacienda Custody Funds | 0 | 0 | 0 | → |
| Department of Housing | 13 | 12 | (1) | ↓ |
| Corp Centro Cardiovascular | 0 | 0 | 0 | → |
| Human Resources | 11 | 7 | (4) | ↓ |
| Tourist Company | 0 | 0 | 0 | → |
| Transportation and Public Works | 32 | 52 | 19 | ↑ |
| Ports Authority | 0 | 0 | 0 | → |
| Transportation Authority | 29 | 25 | (4) | ↓ |
| Other | 744 | 770 | 26 | ↑ |
| Subtotal | 2,192 | 2,093 | (99) | ↓ |
| **Total** | **$ 8,987** | **$ 9,562** | **$574** | ↑ |

Source: Puerto Rico Office of Management and Budget – Budget Data

# Fiscal reforms included in the Budget

## Revenue enhancements

Collect outstanding taxes from individuals

Develop alternative models for new corporate tax regime

Increase various taxes and fees (gaming, tobacco, military stores, insurance premium, others)

Sell property tax liens and design a new property tax regime

Increase sales and use tax compliance

## Right Sizing

Freeze salaries, eliminating impact of inflation

Do not renew some one-year contract employees

Control backfilling of employees who have voluntarily left

Reduce municipal subsidies

Reduce UPR subsidies

Reduce private sector subsidies

Prevent incremental operating expenses

Consolidate select agency services and facilities

Renegotiate contract prices for procured goods and services

Cancel unnecessary or duplicate contracts

Reduce quantity of purchased goods and services

## Healthcare

Implement standard fee schedule for providers and ancillary services

Replace the current profit sharing contract clause in MCO contract

Expand coordination of benefits to ensure Mi Salud serves as payor of last resort

Create Memorandum of Understanding (MOU) with Department of Corrections to identify misclassified beneficiaries

Create MOU with New York and Florida to identify the beneficiaries that are enrolled in Mi Salud

Create Medicaid Fraud Control Unit to investigate and persecute Medicaid fraud

Reduce drug costs

Adjust benefits

Switch to a new, single-region MCO Model

## Pensions

Implement legislative changes to pension benefits

Reform pension benefits



Information contained herein was not prepared or verified by EY. Reliance restricted. Does not constitute an audit opinion or legal advice. Any recommendations or conclusions are solely those of the Board and not EY. Please refer to limitations and restrictions on page 2.