**<u>EXHIBIT M – PART 2</u>**



ESTADO LIBRE ASOCIADO DE

# PUERTO RICO

DEPARTAMENTO DE EST...

Registro de Transacciones Comerciales

2C14003807



14 AUG -4 AM 11: 53

## DECLARACIÓN DE FINANCIAMIENTO / *FINANCING STATEMENT*

SIGA INSTRUCCIONES/ *FOLLOW INSTRUCTIONS*

A. NOMBRE Y NÚMERO DE CONTACTO (opcional) / *NAME & PHONE OF CONTACT AT FILER (optional)*

B. CORREO ELECTRÓNICO DE CONTACTO (opcional) / *E-MAIL CONTACT AT FILER (optional)*

C. ENVIAR CONFIRMACIÓN A (Nombre y Dirección) / *SEND ACKNOWLEDGMENT TO: (Name and Address)*

Arent Fox LLP
Attention: David Dubrow
1675 Broadway
New York, NY 10019

EL ESPACIO ARRIBA ES PARA USO DEL OFICIAL DE REGISTRO
*THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY*

1. NOMBRE DEL DEUDOR / *DEBTOR'S NAME*: Provea sólo un nombre de Deudor (1a o 1b) (Use el nombre completo y exacto; no omita, modifique o abrevie ningún componente del nombre); si algún aparte del nombre del Deudor no cabe en la línea 1b, déjela en blanco, marque aquí ☐ y provea la información del Deudor individual en el renglón 10 del Anejo a la Declaración de Financiamiento (Forma UCC1AdPR) / *Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC:AdPR)*

| 1a. NOMBRE DE LA ENTIDAD / *ORGANIZATION'S NAME* | | | | |
|---|---|---|---|---|
| Puerto Rico Highway and Transportation Authority ("Debtor") | | | | |
| 1b. APELLIDO / *INDIVIDUAL'S SURNAME* | NOMBRE / *FIRST PERSONAL NAME* | SEGUNDO NOMBRE / *ADDITIONAL NAME* | SUFIJO /*SUFFIX* | |
| 1c. DIRECCIÓN POSTAL / *MAILING ADDRESS* | CIUDAD / *CITY* | ESTADO STATE | CÓDIGO POSTAL / *POSTAL CODE* | PAÍS *COUNTRY* |
| Minillas Government Center, South Building, Floor 17 | San Juan | PR | 00940 | USA |

OR

2. NOMBRE DEL DEUDOR/ *DEBTOR'S NAME*: Provea sólo un nombre de Deudor adicional (2a o 2b) (Use el nombre completo y exacto; no omita, modifique o abrevie ninguna parte del nombre). Si cualquier parte de un nombre no cupiera en el el espacio provisto en la 2b, deje toda la sección 2 en blanco, marque aquí ☐ y provea el nombre completo en el renglón 10 en el Anejo de la Declaración de Financiamiento (Forma UCC1AdPR) / *Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC:AdPR)*

| 2a. NOMBRE DE LA ENTIDAD / *ORGANIZATION'S NAME* | | | | |
|---|---|---|---|---|
| 2b. APELLIDO / *INDIVIDUAL'S SURNAME* | NOMBRE / *FIRST PERSONAL NAME* | SEGUNDO NOMBRE / *ADDITIONAL NAME* | SUFIJO *SUFFIX* | |
| 2c. DIRECCIÓN / *MAILING ADDRESS* | CIUDAD / *CITY* | ESTADO STATE | CÓDIGO POSTAL / *POSTAL CODE* | PAÍS *COUNTRY* |

OR

3. NOMBRE DEL ACREEDOR GARANTIZADO (o NOMBRE DE CESIONARIO): Provea solo un nombre de Acreedor Garantizado (3a o 3b)
*SECURED PARTY'S NAME (or NAME of ASSIGNEE): Provide only one Secured Party name (3a or 3b)*

| 3a. NOMBRE DE LA ENTIDAD / *ORGANIZATION'S NAME* | | | | |
|---|---|---|---|---|
| Ambac Assurance Corporation ("Ambac") for benefit of holders of all bonds ("1968 Resolution Bonds") issued under Resolution 68-18. | | | | |
| 3b. APELLIDO / *INDIVIDUAL'S SURNAME* | NOMBRE / *FIRST PERSONAL NAME* | SEGUNDO NOMBRE / *ADDITIONAL NAME* | SUFIJO *SUFFIX* | |
| 3c. DIRECCIÓN POSAL / *MAILING ADDRESS* | CIUDAD / *CITY* | ESTADO STATE | CÓDIGO POSTAL / *POSTAL CODE* | PAÍS *COUNTRY* |
| One State Street Plaza | New York | NY | 10004 | USA |

OR

4. COLATERAL: Esta declaración de financiamiento cubre la siguiente colateral: / *COLLATERAL: This financing statement covers the following collateral:*

All of the Debtor's rights, title, and interest in and to (i) all moneys on account of gasoline tax received by, or allocated to, the Debtor pursuant to Act No. 75 of 1965, as amended; (ii) all moneys on account of tax on gas oil and diesel oil received by, or allocated to, the Debtor pursuant to Act No. 120 of 1994, as amended; (iii) all moneys on account of motor vehicle license fees received by, or allocated to, the Debtor pursuant to Act No. 141 of 1960, as amended; (iv) up to $20 million per fiscal year on account of cigarette tax received by, or allocated to, the Debtor pursuant to Act No. 30 of 2013, as amended; (v) tolls or other charges imposed by the Debtor for the use of roads, avenues, streets, thoroughfares, speedways, bridges, tunnels, channels, stations, terminals, any other land or water transportation facilities, parking lots and structures and other facilities for parking, loading or unloading of vehicles and vessels for which 1968 Resolution Bonds were or will be issued; (vi) funds and accounts pledged as security for the 1968 Resolution Bonds and investment earnings therein; and (vii) the proceeds of any other taxes, fees or charges that the Legislature of Puerto Rico has allocated o may hereafter allocate to the Authority and authorize the Authority to pledge to the payment of principal and interest on bonds or other obligations of the Authority.

5. Marque sólo si aplica y solo una opción: Colateral está ☐ en posesión de un Fideicomiso ☐
(véase UCC1AdPR, renglón 7 e instrucciones) ☐ administrado por Representante de un difunto

Check only if applicable and check only one box: Colateral is ☐ held in a Trust (See UCC1AdPR,
Item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Marque sólo si aplica y una sola alternativa / *Check only if applicable and check only one box*:
☑ Transacción de Financiamiento Público / *Public-Finance Transaction*
☐ Transacción de Casa Prefabricada / *Manufactured-Home Transaction*
☐ Un Deudor es una entidad transmisora / *A Debtor is a Transmitting Utility*

6b. Marque solo si aplica y una sola alternativa / *Check only if applicable and check only one box*:
☐ Gravamen Agrícola / *Agricultural Lien*
☐ Inscripción extrarregistral / *Non-UCC Filing*

7. DESIGNACIÓN ALTERNA (si aplica) / *ALTERNATIVE DESIGNATION (if applicable)*:
☐ Arrendador/Arrendatario *Lessee/Lessor*  ☐ Consignatario/ Consignador *Consignee/Consignor*  ☐ Vendedor/ Comprador *Seller/Buyer*  ☐ Depositario/ Fiador *Bailee/Bailor*  ☐ Concesionario/Concedente *Licensee/Licensor*

8. DATOS OPCIONALES DE REFERENCIA PARA EL SOLICITANTE / *OPTIONAL FILER REFERENCE DATA*:

COPIA OFICINA DE REGISTRO—DECLARACIÓN DE FINANCIAMIENTO (Forma UCC1PR) (Rev. 05/09/14)

REGISTRO DE
TRANSACCIONES COMERCIALES

2014002568

2014 MAY 16  AM 10: 48

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

Cadwalader, Wickersham & Taft LLP
Attention: Lary Stromfeld
One World Financial Center
New York, NY  10281

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of Item 1 blank, check here ☐ and provide the Individual Debtor information in Item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Puerto Rico Highway and Transportation Authority | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| Minillas Government Center, South Building | San Juan | PR | 00921 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of Item 2 blank, check here ☐ and provide the Individual Debtor information in Item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Assured for the benefit of Holders of all Bonds under the 1968 Resolution (as defined below) | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 31 W. 52nd St., #26 | New York | NY | 10019 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

Pursuant to that certain Resolution 69-18 adopted on June 13, 1968 (the "1968 Resolution"), all of the Debtor's right, title, and interest in and to "Revenues," which include, without limitation, (i) all moneys received by the Debtor on account of gasoline tax allocated to the Debtor by Act No. 75 of 1965; (ii) tolls or charges imposed by the Debtor for the use of any of the Debtor's traffic facilities, including, without limitation, (a) all highway, road, thoroughfare, speedway, bridge, and tunnel toll facilities, and (b) all parking lots and similar facilities; (iii) proceeds of any other taxes, fees, or charges which the Legislature has allocated to the Debtor and for which the Debtor is expressly authorized to pledge to the repayment of the Bonds; and (iv) funds and accounts pledged as security for Bonds and investment earnings therein.   "Assured" means Assured Guaranty Corp. and Assured Municipal Corp. (formerly known as Financial Security Assurance Inc.).  Capitalized terms used herein and not otherwise defined herein will have the meanings given to such terms in the 1968 Resolution.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | | | 6b. Check only if applicable and check only one box: | |
|---|---|---|---|---|
| ☑ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

## Instructions for UCC Financing Statement (Form UCC1)

Please type or laser-print this form.  Be sure it is completely legible.  Read and follow all Instructions, especially Instruction 1; use of the correct name for the Debtor is crucial.

Fill in form very carefully; mistakes may have important legal consequences.  If you have questions, consult your attorney.  The filing office cannot give legal advice.

Send completed form and any attachments to the filing office, with the required fee.

### ITEM INSTRUCTIONS

A and B.  To assist filing offices that might wish to communicate with filer, filer may provide information in item A and item B.  These items are optional.

C.  Complete item C if filer desires an acknowledgment sent to them.  If filing in a filing office that returns an acknowledgment copy furnished by filer, present simultaneously with this form the Acknowledgment Copy or a carbon or other copy of this form for use as an acknowledgment copy.

1.  **Debtor's name.**  Carefully review applicable statutory guidance about providing the debtor's name.  Enter only one Debtor name in item 1 -- either an organization's name (1a) or an individual's name (1b).  If any part of the Individual Debtor's name will not fit in line 1b, check the box in item 1, leave all of item 1 blank, check the box in item 9 of the Financing Statement Addendum (Form UCC1Ad) and enter the Individual Debtor name in item 10 of the Financing Statement Addendum (Form UCC1Ad).  Enter Debtor's correct name.  Do not abbreviate words that are not already abbreviated in the Debtor's name.  If a portion of the Debtor's name consists of only an initial or an abbreviation rather than a full word, enter only the abbreviation or the initial.  If the collateral is held in a trust and the Debtor name is the name of the trust, enter trust name in the Organization's Name box in item 1a.

1a.  Organization Debtor Name.  "Organization Name" means the name of an entity that is not a natural person.  A sole proprietorship is **not** an organization, even if the individual proprietor does business under a trade name.  If Debtor is a registered organization (e.g., corporation, limited partnership, limited liability company), it is advisable to examine Debtor's current filed public organic records to determine Debtor's correct name.  Trade name is insufficient.  If a corporate ending (e.g., corporation, limited partnership, limited liability company) is part of the Debtor's name, it must be included.  Do not use words that are not part of the Debtor's name.

1b.  Individual Debtor Name.  "Individual Name" means the name of a natural person; this includes the name of an individual doing business as a sole proprietorship, whether or not operating under a trade name.  The term includes the name of a decedent where collateral is being administered by a personal representative of the decedent.  The term does not include the name of an entity, even if it contains, as part of the entity's name, the name of an individual.  Prefixes (e.g., Mr., Mrs., Ms.) and titles (e.g., M.D.) are generally not part of an individual name.  Indications of lineage (e.g., Jr., Sr., III) generally are not part of the individual's name, but may be entered in the Suffix box.  Enter individual Debtor's surname (family name) in Individual's Surname box, first personal name in First Personal Name box, and all additional names in Additional Name(s)/Initial(s) box.

If a Debtor's name consists of only a single word, enter that word in Individual's Surname box and leave other boxes blank.

For both organization and individual Debtors.  Do not use Debtor's trade name, DBA, AKA, FKA, division name, etc. in place of or combined with Debtor's correct name; filer may add such other names as additional Debtors if desired (but this is neither required nor recommended).

1c.  Enter a mailing address for the Debtor named in item 1a or 1b.

2.  **Additional Debtor's name.**  If an additional Debtor is included, complete item 2, determined and formatted per Instruction 1.  For additional Debtors, attach either Addendum (Form UCC1Ad) or Additional Party (Form UCC1AP) and follow Instruction 1 for determining and formatting additional names.

3.  **Secured Party's name.**  Enter name and mailing address for Secured Party or Assignee who will be the Secured Party of record.  For additional Secured Parties, attach either Addendum (Form UCC1Ad) or Additional Party (Form UCC1AP).  If there has been a full assignment of the initial Secured Party's right to be Secured Party of record before filing this form, either (1) enter Assignor Secured Party's name and mailing address in item 3 of this form and file an Amendment (Form UCC3) [see item 5 of that form]; or (2) enter Assignee's name and mailing address in item 3 of this form and, if desired, also attach Addendum (Form UCC1Ad) giving Assignor Secured Party's name and mailing address in item 11.

4.  **Collateral.**  Use item 4 to indicate the collateral covered by this financing statement.  If space in item 4 is insufficient, continue the collateral description in item 12 of the Addendum (Form UCC1Ad) or attach additional page(s) and incorporate by reference in item 12 (e.g., See Exhibit A).  Do not include social security numbers or other personally identifiable information.

*Note:*  If this financing statement covers timber to be cut, covers as-extracted collateral, and/or is filed as a fixture filing, attach Addendum (Form UCC1Ad) and complete the required information in items 13, 14, 15, and 16.

5.  If collateral is held in a trust or being administered by a decedent's personal representative, check the appropriate box in item 5.  If more than one Debtor has an interest in the described collateral and the check box does not apply to the interest of all Debtors, the filer should consider filing a separate Financing Statement (Form UCC1) for each Debtor.

6a.  If this financing statement relates to a Public-Finance Transaction, Manufactured-Home Transaction, or a Debtor is a Transmitting Utility, check the appropriate box in item 6a.  If a Debtor is a Transmitting Utility and the initial financing statement is filed in connection with a Public-Finance Transaction or Manufactured-Home Transaction, check only that a Debtor is a Transmitting Utility.

6b.  If this is an Agricultural Lien (as defined in applicable state's enactment of the Uniform Commercial Code) or if this is not a UCC security interest filing (e.g., a tax lien, judgment lien, etc.), check the appropriate box in item 6b and attach any other items required under other law.

7.  **Alternative Designation.**  If filer desires (at filer's option) to use the designations lessee and lessor, consignee and consignor, seller and buyer (such as in the case of the sale of a payment intangible, promissory note, account or chattel paper), bailee and bailor, or licensee and licensor instead of Debtor and Secured Party, check the appropriate box in item 7.

8.  **Optional Filer Reference Data.**  This item is optional and is for filer's use only.  For filer's convenience of reference, filer may enter in item 8 any identifying information that filer may find useful.  Do not include social security numbers or other personally identifiable information.

2014002566

REGISTRO DE
TRANSACCIONES COMERCIALES

2010 MAY 16  AM 10: 49

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

Cadwalader, Wickersham & Taft LLP
Attention: Lary Stromfeld
One World Financial Center
New York, NY 10281

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Puerto Rico Highway and Transportation Authority | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| Minillas Government Center, South Building | San Juan | PR | 00921 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME OF ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Holders of all Bonds issued under the 1968 Resolution (as defined below) | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| One World Financial Center | New York | NY | 10281 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

Pursuant to that certain Resolution 69-18 adopted on June 13, 1968 (the "1968 Resolution"), all of the Debtor's right, title, and interest in and to "Revenues," which include, without limitation, (i) all moneys received by the Debtor on account of gasoline tax allocated to the Debtor by Act No. 75 of 1965; (ii) tolls or charges imposed by the Debtor for the use of any of the Debtor's traffic facilities, including, without limitation, (a) all highway, road, thoroughfare, speedway, bridge, and tunnel toll facilities, and (b) all parking lots and similar facilities; (iii) proceeds of any other taxes, fees, or charges which the Legislature has allocated to the Debtor and for which the Debtor is expressly authorized to pledge to the repayment of the Bonds; and (iv) funds and accounts pledged as security for Bonds and investment earnings therein.  Capitalized terms used herein and not otherwise defined herein will have the meanings given to such terms in the 1968 Resolution.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:  ☑ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:  ☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)



## Instructions for UCC Financing Statement (Form UCC1)

Please type or laser-print this form. Be sure it is completely legible. Read and follow all instructions, especially instruction 1; use of the correct name for the Debtor is crucial.

Fill in form very carefully; mistakes may have important legal consequences. If you have questions, consult your attorney. The filing office cannot give legal advice.

Send completed form and any attachments to the filing office, with the required fee.

### ITEM INSTRUCTIONS

A and B. To assist filing offices that might wish to communicate with filer, filer may provide information in item A and item B. These items are optional.

C.   Complete item C if filer desires an acknowledgment sent to them. If filing in a filing office that returns an acknowledgment copy furnished by filer, present simultaneously with this form the Acknowledgment Copy or a carbon or other copy of this form for use as an acknowledgment copy.

1.   **Debtor's name.** Carefully review applicable statutory guidance about providing the debtor's name. Enter <u>only one</u> Debtor name in item 1 — either an organization's name (1a) <u>or</u> an individual's name (1b). If any part of the individual Debtor's name will not fit in line 1b, check the box in item 1, leave all of item 1 blank, check the box in item 9 of the Financing Statement Addendum (Form UCC1Ad) and enter the Individual Debtor name in item 10 of the Financing Statement Addendum (Form UCC1Ad). Enter Debtor's <u>correct name</u>. Do not abbreviate words that are not already abbreviated in the Debtor's name. If a portion of the Debtor's name consists of only an initial or an abbreviation rather than a full word, enter only the abbreviation or the initial. If the collateral is held in a trust and the Debtor name is the name of the trust, enter trust name in the Organization's Name box in item 1a.

1a.   <u>Organization Debtor Name.</u> "Organization Name" means the name of an entity that is not a natural person. A sole proprietorship is **not** an organization, even if the individual proprietor does business under a trade name. If Debtor is a registered organization (e.g., corporation, limited partnership, limited liability company), it is advisable to examine Debtor's current filed public organic records to determine Debtor's correct name. Trade name is insufficient. If a corporate ending (e.g., corporation, limited partnership, limited liability company) is part of the Debtor's name, it must be included. Do not use words that are not part of the Debtor's name.

1b.   <u>Individual Debtor Name.</u> "Individual Name" means the name of a natural person; this includes the name of an individual doing business as a sole proprietorship, whether or not operating under a trade name. The term includes the name of a decedent where collateral is being administered by a personal representative of the decedent. The term does not include the name of an entity, even if it contains, as part of the entity's name, the name of an individual. Prefixes (e.g., Mr., Mrs., Ms.) and titles (e.g., M.D.) are generally not part of an individual name. Indications of lineage (e.g., Jr., Sr., III) generally are not part of the individual's name, but may be entered in the Suffix box. Enter Individual Debtor's surname (family name) in Individual's Surname box, first personal name in First Personal Name box, and all additional names in Additional Name(s)/Initial(s) box.

If a Debtor's name consists of only a single word, enter that word in Individual's Surname box and leave other boxes blank.

For both <u>organization and Individual Debtors.</u> Do not use Debtor's trade name, DBA, AKA, FKA, division name, etc. in place of or combined with Debtor's correct name; filer may add such other names as additional Debtors if desired (but this is neither required nor recommended).

1c.   Enter a mailing address for the Debtor named in item 1a or 1b.

2.   **Additional Debtor's name.** If an additional Debtor is included, complete item 2, determined and formatted per Instruction 1. For additional Debtors, attach either Addendum (Form UCC1Ad) or Additional Party (Form UCC1AP) and follow Instruction 1 for determining and formatting additional names.

3.   **Secured Party's name.** Enter name and mailing address for Secured Party or Assignee who will be the Secured Party of record. For additional Secured Parties, attach either Addendum (Form UCC1Ad) or Additional Party (Form UCC1AP). If there has been a full assignment of the initial Secured Party's right to be Secured Party of record before filing this form, either (1) enter Assignor Secured Party's name and mailing address in item 3 of this form and file an Amendment (Form UCC3) [see item 5 of that form]; or (2) enter Assignee's name and mailing address in item 3 of this form and, if desired, also attach Addendum (Form UCC1Ad) giving Assignor Secured Party's name and mailing address in item 11.

4.   **Collateral.** Use item 4 to indicate the collateral covered by this financing statement. If space in item 4 is insufficient, continue the collateral description in item 12 of the Addendum (Form UCC1Ad) or attach additional page(s) and incorporate by reference in item 12 (e.g., See Exhibit A). Do not include social security numbers or other personally identifiable information.

*Note:* If this financing statement covers timber to be cut, covers as-extracted collateral, and/or is filed as a fixture filing, attach Addendum (Form UCC1Ad) and complete the required information in items 13, 14, 15, and 16.

5.   If collateral is held in a trust or being administered by a decedent's personal representative, check the appropriate box in item 5. If more than one Debtor has an interest in the described collateral and the check box does not apply to the interest of all Debtors, the filer should consider filing a separate Financing Statement (Form UCC1) for each Debtor.

6a.   If this financing statement relates to a Public-Finance Transaction, Manufactured-Home Transaction, or a Debtor is a Transmitting Utility, check the appropriate box in item 6a. If a Debtor is a Transmitting Utility <u>and</u> the initial financing statement is filed in connection with a Public-Finance Transaction or Manufactured-Home Transaction, check <u>only</u> that a Debtor is a Transmitting Utility.

6b.   If this is an Agricultural Lien (as defined in applicable state's enactment of the Uniform Commercial Code) or if this is not a UCC security interest filing (e.g., a tax lien, judgment lien, etc.), check the appropriate box in item 6b and attach any other items required under other law.

7.   **Alternative Designation.** If filer desires (at filer's option) to use the designations lessee and lessor, consignee and consignor, seller and buyer (such as in the case of the sale of a payment intangible, promissory note, account or chattel paper), bailee and bailor, or licensee and licensor instead of Debtor and Secured Party, check the appropriate box in item 7.

8.   **Optional Filer Reference Data.** This item is optional and is for filer's use only. For filer's convenience of reference, filer may enter in item 8 any identifying information that filer may find useful. Do not include social security numbers or other personally identifiable information.

**ESTADO LIBRE ASOCIADO DE**
**PUERTO RICO**
DEPARTAMENTO DE ESTADO
Registro de Transacciones Comerciales

## ENMIENDA DECLARACIÓN DE FINANCIAMIENTO
## *FINANCING STATEMENT AMENDMENT*

SIGA INSTRUCCIONES / *FOLLOW INSTRUCTIONS*

REGISTRO DE TRANSACCIONES
COMERCIALES

15 MAR 31   PM 2: 57

**A. NOMBRE Y TELÉFONO DE PRESENTANTE (opcional) / *NAME & PHONE OF CONTACT AT FILER (optional)***
Lcda. Marguleán Rivera Amill (787) 729-6438

**B. CORREO ELECTRÓNICO DE PRESENTANTE (opcional) / *E-MAIL CONTACT AT FILER (optional)***
margulean.rivera@bgfpr.com

**C. ENVÍE CONFIRMACIÓN A: (nombre y dirección) / *SEND ACKNOWLEDGMENT TO: (Name and Address)***

Government Development Bank for Puerto Rico

Att. Legal Division

PO Box 42001

San Juan, PR 00940-2001

EL ESPACIO ARRIBA ES PARA USO DEL OFICIAL DE REGISTRO SÓLAMENTE
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. NÚMERO DE REGISTRO DE DECLARACIÓN DE FINANCIAMIENTO INICIAL /** *INITIAL FINANCING STATEMENT FILE NUMBER*

**2013004677**

**1b.** ☑ Esta ENMIENDA DE DECLARACIÓN DE FINANCIAMIENTO se presentará [para inscripción] en el REGISTRO DE LA PROPIEDAD / *This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS* Presentante: anexe Anejo de Enmienda (Forma UCC3AdPR) y provea el nombre del Deudor en el renglón 13 *Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13*

**2.** ☐ **TERMINACIÓN:** La efectividad de la Declaración de Financiamiento arriba identificada es terminada con respecto al interés en la colateral del Acreedor Garantizado que autoriza esta Declaración de Terminación / *TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement*

**3.** ☐ **CESIÓN (total o parcial):** Provea nombre del Cesionario en renglón 7a o 7b y su dirección en el renglón 7c y nombre del Cedente en el renglón 9. Para cesión parcial, complete renglón 7 y 9 y también indique la colateral afectada en el renglón 8 / *ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c, and name of Assignor in item 9. For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8*

**4.** ☐ **CONTINUACIÓN:** La efectividad de la Declaración de Financiamiento identificada arriba con respecto al interés en la colateral del Acreedor Garantizado que autoriza esta Declaración de Continuación se continúa por el período adicional provisto por ley / *CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by law*

**5.** ☐ **CAMBIO DE INFORMACIÓN DE PARTE:** *PARTY INFORMATION CHANGE:*

Marque una de las dos opciones: *Check one of these two boxes:* **Y** Marque una de estas tres opciones: *AND Check one of these three boxes:*

| Este Cambio afecta *This Change affects* ☐ Deudor o *Debtor or* ☐ Acreedor Garantizado de record *Secured Party of record* | CAMBIO nombre y/o dirección. Complete el renglón 6a o 6b; y renglón 7a o 7b y renglón 7c *CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c* ☐ | AGREGUE nombre: Complete renglón 7a o 7b, y renglón 7c *ADD name: Complete item 7a or 7b, and item 7c* ☐ | Elimine nombre: Provea nombre a ser eliminado en renglón 6a o 6b *DELETE name: Give record name to be deleted in item 6a or 6b* ☐ |

**6. INFORMACIÓN ACTUAL DE EXPEDIENTE:** Complete para Cambio de Información de Parte – provea sólo un nombre (6a o 6b) / *CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)*

| | **6a. NOMBRE DE ENTIDAD /** *ORGANIZATION'S NAME* | | | |
|OR| | | | |
| | **6b. APELLIDO /** *INDIVIDUAL'S SURNAME* | **NOMBRE /** *FIRST PERSONAL NAME* | **SEGUNDO NOMBRE /** *ADDITIONAL NAME* | **SUFIJO** *SUFFIX* |

**7. INFORMACIÓN CAMBIADA O AGREGADA:** Complete para Cesión o Cambio de Información de Parte – provea sólo un nombre (7a o 7b) (use nombre completo y exacto, no omita, modifique o abrevie ninguna parte del nombre del Deudor) / *CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)*

| | **7a. NOMBRE DE ENTIDAD /** *ORGANIZATION'S NAME* | | | |
|OR| | | | |
| | **7b. APELLIDO /** *INDIVIDUAL'S SURNAME* | | | |
| | NOMBRE / *INDIVIDUAL'S FIRST PERSONAL NAME* | | | |
| | SEGUNDO NOMBRE / *INDIVIDUAL'S ADDITIONAL NAME* | | | **SUFIJO** *SUFFIX* |

| **7c. DIRECCIÓN POSTAL /** *MAILING ADDRESS* | **CIUDAD /** *CITY* | **ESTADO** *STATE* | **CÓDIGO POSTAL** *POSTAL CODE* | **PAÍS** *COUNTRY* |
|---|---|---|---|---|

**8.** ☑ **CAMBIO DE COLATERAL:** También marque una de las cuatro alternativas: *COLLATERAL CHANGE: Also check one of these four boxes:* ☐ AGREGA colateral *ADD collateral* ☐ ELIMINA colateral *DELETE collateral* ☑ REFORMULA colateral cubierta *RESTATE covered collateral* ☐ CEDE colateral *ASSIGN collateral*

Indique colateral / *Indicate collateral:*
Pursuant to the Loan Agreement and the Assignment and Security Agreement, both dated August 28, 2013, as amended from time to time, and executed between the Debtor and Secured Party herein, this Financing Statement covers all revenues allocated to the Puerto Rico Highways and Transportation Authority ("PRHTA") by Acts No. 30 and 31 approved by the Legislature of the Commonwealth of Puerto Rico on June 25, 2013, which shall be junior, inferior and subordinate in all respects to the outstanding bonds of the PRHTA issued pursuant to (i) Resolution No. 98-06, adopted by the PRHTA on February 26, 1998, as amended, and (ii) Resolution No. 13-41, adopted by the PRHTA on August 28, 2013.

**9. NOMBRE DE ACREEDOR GARANTIZADO EN RECORD AUTORIZANDO ESTA ENMIENDA:** Provea solo un nombre (9a o 9b) (nombre de Cedente, si es una Cesión) Si esto es una Enmienda autorizada por el Deudor, marque aquí ☑ y provea el nombre del Deudor autorizante / *NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment) If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor*

| | **9a. NOMBRE DE ENTIDAD /** *ORGANIZATION'S NAME* | | | |
|---|---|---|---|---|
| | Government Development Bank for Puerto Rico (GDB) | | | |
|OR| **9b. APELLIDO /** *INDIVIDUAL'S SURNAME* | **NOMBRE /** *FIRST PERSONAL NAME* | **SEGUNDO NOMBRE /** *ADDITIONAL NAME* | **SUFIJO** *SUFFIX* |

**10. DATOS OPCIONALES DE REFERENCIA PARA PRESENTANTE /** *OPTIONAL FILER REFERENCE DATA:*

COPIA OFICINA DE REGISTRO — ENMIENDA DE DECLARACIÓN DE FINANCIAMIENTO (Forma UCC3PR) (Rev. 05/11/14)

2002010928

**DEPARTAMENTO DE ESTADO**
**GOBIERNO DE PUERTO RICO**
**DECLARACION DE FINANCIAMIENTO**
**FINANCING STATEMENT**
Favor de seguir cuidadosamente las instrucciones indicadas al dorso de esta forma.
Please follow carefully the instructions indicated on the reverse side of this form.

Reservado para el oficial de archivo/ Reserved for the filing officer

Sello del tiempo y hora
Date and time stamp

Número de registro
Registration number

·· ·· DE TRANS··
COMERCIALES

02 FEB -7 PM 3:58

A. DEVOLVER COPIA AGREEURA/ COPY TO: Name, address and phone of person to acknowledge

Ignacio Alvarez
Fiddelmann Mendez & Alvarez, LLP
Banco Popular Center-Suite 1901
209 Muñoz Rivera Avenue
San Juan PR 00918

### 1. NOMBRE DEL PRIMER DEUDOR / FIRST DEBTOR'S NAME  Complete solo un nombre a o b    insert only one name (a or b)

| a Apellido del individuo / Individual's last name | Segundo apellido  Second surname | Primer nombre First name | Segundo nombre  Middle name | Sufijo  Suffix |
|---|---|---|---|---|

b Nombre de la entidad  Entity name

Puerto Rico Highway and Transportation Authority

| c Dirección postal  Mailing address | Ciudad  City | Estado  State | País  Country | Código Postal  Zip code |
|---|---|---|---|---|
| Minillas Government Center South Building | San Juan | PR | 00921 | |

| d Numero de seguro social o patronal  Social security or tax-id number | e (Opcional) Información adicional sobre la entidad  (Optional) Additional information about the entity |
|---|---|
| 66-0433808 | |

### 2. NOMBRE DE DEUDOR ADICIONAL / ADDITIONAL DEBTOR'S NAME  Complete solo un nombre a o b    insert only one name (a or b)

| a Apellido del individuo / Individual's last name | Segundo apellido  Second surname | Primer nombre First name | Segundo nombre  Middle name | Sufijo  Suffix |
|---|---|---|---|---|

b Nombre de la entidad  Entity name

| c Dirección postal  Mailing address | Ciudad  City | Estado  State | País  Country | Código Postal  Zip code |
|---|---|---|---|---|

| d Numero de seguro social o patronal  Social security or tax-id number | e (Opcional) Información adicional sobre la entidad  (Optional) Additional information about the entity |
|---|---|

### 3. NOMBRE DE ACREEDOR GARANTIZADO / SECURED PARTY'S NAME  Complete solo un nombre a o b    insert only one name (a or b)

| a Apellido del individuo / Individual's last name | Segundo apellido  Second surname | Primer nombre First name | Segundo nombre  Middle name | Sufijo  Suffix |
|---|---|---|---|---|

b Nombre de la entidad  Entity name

J.P. Morgan Chase Bank, on behalf of the bondholders of all Transportation Revenue Bonds issued pursuant to the provisions of the Puerto Rico Highway and Transportation Authority's Resolution No. 98-06, adopted on February 26, 1998, as amended (the "Resolution").

| c Dirección postal  Mailing address | Ciudad  City | Estado  State | País  Country | Código Postal  Zip code |
|---|---|---|---|---|
| 450 West 33rd Street, 15th Floor | New York | NY | | *C30*-259* |

### 4. ESTA DECLARACION DE FINANCIAMIENTO CUBRE LAS SIGUIENTES CLASES O ARTICULOS DE PROPIEDAD:
THIS FINANCING STATEMENT COVERS THE FOLLOWING TYPES OR ITEMS OF PROPERTY:

The Puerto Rico Highway and Transportation Authority (the "Authority") has executed and delivered a certain Security Agreement dated as of February 7, 2002 and has granted to J.P. Morgan Chase Bank as fiscal agent under the Authority's Resolution No 98-06, adopted on February 26, 1998, as amended (the "Resolution"), a security interest in all Revenues (as defined in the Resolution) of the Authority on the Puerto Rico highways and Transportation Revenue Bonds interest and Sinking Fund, as such term is defined in the Resolution (and all accounts therein) maintained under the Resolution, on the Puerto Rico highways and Transportation Authority Transportation Revenue Fund as such term is defined in the Resolution and all accounts therein, in amounts held under the Resolution and in all amounts on deposit and required to be on deposit therein by the terms of the Resolution including all proceeds and all after-acquired property, subject to application as permitted by the Resolution

### 5. MARQUE SI APLICA / CHECK IF APPLICABLE. Describe la propiedad en el addendum  Describe the real estate in the addendum

☐

### 6. FIRMA(S) / SIGNATURE(S)

| Primer deudor  First debtor | Deudor adicional  Additional debtor | Acreedor garantizado  Secured party |
|---|---|---|
| Fernando E Fagundo, Executive Director | | |

### 7. NOTARIA (OPCIONAL) / NOTARY (OPTIONAL)

En _____

Fecha - Date _____

Notario Publico  Notary Public

39573 *

Forma LCC-1-PR (Rev Diciembre 1997)