**<u>EXHIBIT BB</u>**

PRHTA Fiscal Plan 2017 - 2026





GOVERNMENT OF PUERTO RICO

Puerto Rico Highway and Transportation Authority

# Disclaimer

A final fiscal plan is subject to the approval of the Board of Directors of the Puerto Rico Highway and Transportation Authority as per Law 74 June 23, 1965 as amended and the PRHTA Bylaws.

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), the Puerto Rico Highway and Transportation Authority (the "PRHTA"), the Government of Puerto Rico (the "Government"), and each of their respective officers, directors, employees, agents, attorneys, advisors, members, partners or affiliates (collectively, with AAFAF, PRHTA and the Government instrumentalities the "Parties") make no representation or warranty, express or implied, to any third party with respect to the information contained herein and all Parties expressly disclaim any such representations or warranties.

The Parties do not owe or accept any duty or responsibility to any reader or recipient of this presentation, whether in contract or tort, and shall not be liable for or in respect of any loss, damage (including without limitation consequential damages or lost profits) or expense of whatsoever nature of such third party that may be caused by, or alleged to be caused by, the use of this presentation or that is otherwise consequent upon the gaining of access to this document by such third party.

This document does not constitute an audit conducted in accordance with generally accepted auditing standards, an examination of internal controls or other attestation or review services in accordance with standards established by the American Institute of Certified Public Accountants or any other organization. Accordingly, the Parties do not express an opinion or any other form of assurance on the financial statements or any financial or other information or the internal controls of the Government and the information contained herein.

Any statements and assumptions contained in this document, whether forward-looking or historical, are not guarantees of future performance and involve certain risks, uncertainties, estimates and other assumptions made in this document. The economic and financial condition of the Government and its instrumentalities is affected by various financial, social, economic, environmental and political factors. These factors can be very complex, may vary from one fiscal year to the next and are frequently the result of actions taken or not taken, not only by the Government and its agencies and instrumentalities, but also by entities such as the government of the United States. Because of the uncertainty and unpredictability of these factors, their impact cannot be included in the assumptions contained in this document. Future events and actual results may differ materially from any estimates, projections, or statements contained herein. Nothing in this document should be considered as an express or implied commitment to do or take, or to refrain from taking, any action by AAFAF, the PRHTA, the Government, or any government instrumentality in the Government or an admission of any fact or future event. Nothing in this document shall be considered a solicitation, recommendation or advice to any person to participate, pursue or support a particular course of action or transaction, to purchase or sell any security, or to make any investment decision.

By accepting this document, the recipient shall be deemed to have acknowledged and agreed to the terms of these limitations.

This document may contain capitalized terms that are not defined herein, or may contain terms that are discussed in other documents or that are commonly understood. You should make no assumptions about the meaning of capitalized terms that are not defined, and you should consult with advisors of AAFAF should clarification be required.

GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

2

# Table of Contents

**I.    Executive Summary**

**II.   Description of PRHTA**

**III.  Infrastructure Agenda**

**IV.   Current Situation with Baseline Financial Projection**

**V.    Fiscal Measures with Financial Projections**

**VI.   Debt Sustainability**

**VII.  Liquidity Situation**

**VIII. Implementation Plan**

**IX.   Appendix: PRHTA's Mass Transit Operations Overview (including "Tren Urbano")**

**X.    Appendix: Financial Projections Notes on Base Case Scenario**

**XI.   Appendix: Additional Information**



GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

3

# I. Executive Summary



GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

# Executive Summary

- The Puerto Rico Highway and Transportation Authority (PRHTA) is a public corporation responsible for developing, operating and maintaining Puerto Rico's toll road network, major highways and mass transportation facilities. The current Administration has developed an aggressive plan to obligate $135 million annually from Federal Highway Administration (FHWA) and $20 million from Federal Transit Administration (FTA) for projects meeting four key objectives including: (a) transit security and safety projects, (b) improvement of existing transportation infrastructure, (c) complete highway systems, and (d) congestion mitigation. Although this has not been the norm of the agency, PRHTA had difficulties in obligating and deploying federal funds during the last 3 years.

- In order to maximize the infrastructure development in Puerto Rico, PRHTA is revamping its operations and streamlining its project delivery process.  With this in mind, A Memorandum of Understanding  was signed in February 2016 between Secretary of the Federal Department of Transportation and the Government of Puerto Rico geared at improving PRHTA's operational effectiveness through several key initiatives, some of which are already in progress.

- PRHTA's current fiscal situation reflects a $4.49 financial gap for the next 10 year mostly impacted by the clawback provision which redirects 74%, or about $4.57 billion, of its operating revenues to the Central Government.  Bondholders of the PRHTA are expected to cease receiving money for debt repayment by July 2017, when the reserve funds that have been used until now run out.  In light of this financial reality and in accordance with the current Administration's public policy, PRHTA will implement several measures geared at optimizing its operations with fiscal measures  with an impact representing $616 million during the 10 year, or 14%, of the current financial gap.

- A default of PRHTA with any of its obligations may trigger questions as to its financial capacity, a key requirement to receiving applicable grants from the FHWA and FTA. Furthermore, in the case of FTA, the reimbursement of previous funds may be requested if the use of an asset, previously federally funded, is discontinued. PROMESA establishes a process for the restructuring of debt (voluntary or involuntary) towards sustainable levels but not before the certification of its Fiscal Plan by the Oversight Board, among other requirements. The Government of Puerto Rico and its instrumentalities (including PRHTA) expect to continue this process in order to strengthen its financial capacity. PRHTA will also continue to work with all the federal agencies (including FTA & FHWA) as Partners throughout this process in order to achieve our common financial and operational objectives.



GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

5

# II. DESCRIPTION OF PRHTA



GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

# Puerto Rico Highway and Transportation Authority

| Mission |
|---|
| Lead Puerto Rico towards economic development through an efficient transportation system, safely and in accord with the environment, while procuring the delivery of excellent service |

| Vision |
|---|
| Develop and promote an integrated transportation system that, along with a highway infrastructure and service delivery, will facilitate the economic development of Puerto Rico in harmony with the environment |

## About PRHTA

- The Puerto Rico Highway and Transportation Authority is a public corporation founded with the purpose of  continuing the government's effort of providing the public with the best highways, easing the flow of vehicles and minimizing the risks and inconveniences that traffic congestions may cause.
- PRHTA is charged with constructing, operating, and maintaining Puerto Rico's toll road network, major highways and mass transportation facilities, which are financed by revenue bonds, federal grants and specified tax revenues.
- The Puerto Rico State Highway System consists of a total of **4,814 miles**:

Primary Roads – 650 miles
Secondary Roads – 1,000 miles
Tertiary Roads – 3,164 miles



**GOVERNMENT OF PUERTO RICO**
Puerto Rico Highway and Transportation Authority

# PRHTA: An Evolving Mission



- PRHTA falls under DTOP's umbrella through the Reorganization Plan Num 6, conceding its powers and duties to the Secretary
- Integration of the mass transportation sector through the successful establishment of exclusive lanes project for AMA buses is put in place

The construction of Teodoro Moscoso Bridge is completed, becoming the first highway privatization project in PR and the US with an investment of $126M

__1994__

Concession Agreement granted to Autopista Metropolitana de PR, LLC to operate and maintain highways PR-5 and PR-22

__2011__

- Highway Authority was amended (Act No. 112)
- The first project: Bridge over Rio Grande de Manatí is completed.
- Establishment of New Project's Bid Board
- The construction of the first toll highway Autopista Las Americas, PR-52

The Secretary of DTOP grants the name **Highway and Transportation Authority** through Law 1, becoming the principal promotor and administrator of mass transportation public policies

__1991__

PRHTA approved resolution 98-06 which included a change in the definition and name of "Traffic Facilities" to "Transportation Facilities." Under this new definition, Tren Urbano and other transit facilities are included

- Puerto Rico Oversight Management and Economic Stability ACT (PROMESA) becomes effective
- Memorandum of Understanding (MOU) is signed by the PR governor and US Dept. of Transportation

__1971__

__1998__

__2016__

__1968__

__1965__

Creation of the Puerto Rico Highway Authority

__1990__

Through Law 4, the Authority is empowered to implement P3 contracts with private entities for the construction, operation and maintenance of highways, bridges, avenues and any other traffic installation

__2000__

Law 207 vests the Authority with the power to directly invest in the development of parcels around train stations or any special district

__2015__

Beginning of Puerto Rico's bond revenue clawbacks

__2014__

- Toll Credits where implemented to benefit PRHTA by using the credits to substitute the required local share on future Federally aided projects
- Law 41-2014 amended the Organic Act of PRHTA to vest its powers in a Board of Directors

**GOVERNMENT OF PUERTO RICO**
Puerto Rico Highway and Transportation Authority

# Current organization has a total head count of 1,485 as of February 2017



- - - - Special relation between advisory offices that directly report to the Secretary and, at the same time, provide services and advice to the Executive Director

········· Special relationship of counseling and coordination between offices or areas

- · - · Special relation between administrative and finance phases



GOVERNMENT OF PUERTO RICO

Puerto Rico Highway and Transportation Authority

Source: PRTHA Management

9

# PRHTA as a grantee of the Federal Government

*PRHTA receives federal funds from two agencies, Federal Transit Administration (FTA) and Federal Highway Administration (FHWA). This funding requires that the grantee demonstrates specific and well defined technical, financial and organizational capabilities. If the grantee does not meet these capabilities, federal funds will not be allocated.*

|  | **FHWA** | **FTA** |
|---|---|---|
| Description | Federal Agency within the U.S Department of Transportation responsible for **administering the federal-aid highway program** and **highway transportation programs of the Department of Transportation.** | Provides financial and **technical assistance to local public transit systems**, including buses, subways, light rail, commuter rail, trolleys and ferries. The FTA also **oversees safety measures** and helps **develop next-generation technology research.** |
| Compliance Requirements | According to 23 U.S.C. § 302 and Title 23 of the Code of Federal Regulations, any state needs to be suitably equipped and organized to discharge to the satisfaction of the Secretary the duties required by this title. In the following areas:<br>• Payment procedures- Chapter 1, subchapter 8<br>• Planning/Environmental- Section 135, Chapter I, Subchapter E<br>• Design- Highway Standard/ Design Criteria- Section 109, Chapter I, Subchapter G<br>• Construction and Contracting Procedures- Chapter I, Subchapter G<br>• Transportation Infrastructure Management- Chapter I, Subchapter F<br>• Maintenance- Properly Maintenance all Roads- Section 116<br>• Highway Safety- Section 402, Chapter I, Subchapter II<br>• Right of Way and Environment- Chapter I, Subchapter H | To become a grantee of FTA Funding, PRHTA is required to meet the following minimum criteria:<br>• Legal Capacity<br>• Technical Capacity<br>• Proven Financial Capacity<br>• Disadvantage Business Enterprise<br>• American with Disabilities Act Compliance<br>• Title IV (Civil Rights) 48 U.S.C §5301 *et seq*. |
| Risks of non-compliance | Non compliance with federal laws and regulations or diversion of highway revenues may result in:<br>• **Suspension of Funding**<br>• Lack of Maintenance and essential services that will cause **highways to deteriorate**<br>• **Transportation of goods and emergency services will be hindered** | The default of PRHTA with any of its obligations (mainly bond debt) may trigger questions as to its financial capacity leading to **a potential loss of federal funds.**<br>If, during the useful life of the property, the recipient unreasonably delayed or failed to use the federally assisted property for its originally intended purpose, recipients may be required to **return the entire amount of federal assistance spent on the Award or federally assisted property**. |
| Max Available Funding | **$150 million/year*** | **$20 million/year*** |



GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

# III. INFRASTRUCTURE AGENDA



GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

# Infrastructure Agenda

PRHTA has established an aggressive infrastructure agenda to maximize federal funds obligated from FHWA[1] and FTA[1], as can be seen in the Capital Improvement Plan (CIP), which includes active and programmed projects. This infrastructure plan follows a structured approach aimed at maximizing the impact of available resources to support economic growth.

**Strategy**:

- Continue aggressive plan to maximize funds and develop best in class infrastructure

- Utilize P3's and outsourcing as strategies to achieve a more efficient and modern infrastructure, in accordance with Puerto Rico's government public policies

- Expedite project delivery through:
  - Engage expedited design services to accelerate preliminary designs and obligate funds
  - Increase Project supervision through additional qualified resources

- Pursue Puerto Rico's new infrastructure reform, when applicable

**Focus**:

Planned projects for the next four years will mainly focus on:

- Highway Safety Projects

- Improvement of existing transportation infrastructure

- Complete Highway Systems

- Congestion Mitigation

**Funds**:

- Obligate as much Federal Funds as possible to support economic growth

- Current Federal match percentage is 80% of project costs for eligible projects, with state match being set at 20%

- Currently, PRHTA uses toll credits for its state match percentage.

Future initiatives to increase federal funding include:
- Congress approval to begin contributing to Highway Trust Fund
- Decrease current penalties

**Projects**:

- The FY 2017 CIP emphasizes highway reconstruction projects with a Data Driven Approach focusing on high crash locations and critical condition roadways with emphasis in segments in the National Highway System,



**Total allocated funds**
$ millions



FY 2017: $135
FY 2018: $274
FY 2019: $340
FY 2020: $404

GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

[1] Total available FTA & FWHA funding may not equal that of obligated funds and/or actual expenditures
Source: CIP 2017-2020; PRHTA Management Assessment

Pre-Decisional | Privileged & Confidential Draft | Analysis Subject to Material Change

# Infrastructure Agenda: Fund Allocation Profile

PRHTA is currently working on an aggressive capital improvement plan which includes active and planned projects with a total investment amount of $1.1 billion in a 4 year period.



Source: CIP April 2017

GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

# Infrastructure Agenda: Strategic Projects

## General Strategy on Key Projects

Strategic Projects to be incorporated in future FY STIP emphasize **new toll roads, dynamic toll lanes/flyovers and reconstruction and maintenance of existing toll roads** which will include **new revenues** to enhance private sector **participation through P3, APP-P or Outsourcing**

### Strategic Projects

| Key Projects | Project Cost $ millions | Project Revenues $ millions |
|---|---|---|
| • Extension of PR-22 from Hatillo to Aguadilla (Northwest Corridor)[1] | $500 | $15/year |
| • PR-5 Extension Toa Alta- Bayamón | $170 | $8/year |
| • Reversible Overpasses with Dynamic Tolling - Efficient Peak Period Congestion Relief in Critical Intersections | $250 - based on 10 intersections at $25 per intersection | $15/year |
| • Reconstruction and Maintenance of Primary Highway Network (PR-52, PR-2, PR-20, PR-53, PR-66) based on PPPP | • $300-Reconstruction<br>• $10/year - Maintenance | $4/year with 3% annual growth |



GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

[1] Numbers revised as per Northwestern Corridor: Desirability and Convenience Final Report, April 2016, where study suggests construction of Hatillo to Quebradilla and Aguadilla By Pass, both with toll revenues
Source: STIP 2017-2020; PRHTA Management Assessment

14

# IV. CURRENT SITUATION WITH BASELINE FINANCIAL PROJECTION



GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

# PRHTA's current fiscal situation with clawback provision impact

**Current fiscal situation continues to be dire for PRHTA** and was recently aggravated by the need of the Government of Puerto Rico to **clawback revenues[1]** pledged to the Authority. These revenues are now used within the Government of Puerto Rico. **Government of Puerto Rico has collected $310 million as of June 30, 2016 under this clawback provision.**

| Statement of Revenues and Expenses | | June 30 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **2016** | | **2015** | | **2014** | | **2013** | | **2012** |
| | | UNAUDITED | | UNAUDITED | | AUDITED | | AUDITED | | AUDITED |
| Total operating revenues | $ | 210.8 | $ | 268.9 | $ | 213.7 | $ | 184.9 | $ | 201.6 |
| Total operating expenses | | (186.3) | | (227.5) | | (391.5) | | (314.4) | | (275.1) |
| Depreciation and amortization | | (451.8) | | (448.7) | | (448.0) | | (432.0) | | (438.2) |
| Operating loss | | (427.3) | | (407.3) | | (625.8) | | (561.5) | | (511.8) |
| | | | | | | | | | | |
| Non-operating revenues | | 478.2 | | 518.2 | | 531.9 | | 292.6 | | 292.6 |
| Non-operating expenses | | (329.0) | | (419.4) | | (324.7) | | (294.3) | | (528.3) |
| Loss before capital contribution | | (278.0) | | (308.6) | | (418.6) | | (563.2) | | (747.5) |
| | | | | | | | | | | |
| Transfers and Capital contributions | | 58.4 | | 358.7 | | 228.4 | | 428.9 | | 306.5 |
| Change in net position | | (219.6) | | 50.1 | | (190.2) | | (134.3) | | (441.0) |
| | | | | | | | | | | |
| Net position at beginning of year | | 3,027.6 | | 2,977.5 | | 3,167.7 | | 3,302.0 | | 3,742.9 |
| Net position at end of year | $ | 2,807.9 | $ | 3,027.6 | $ | 2,977.5 | $ | 3,167.7 | $ | 3,302.0 |



GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

1 As stated in the Puerto Rico Constitution, Article VI, Section 2 "The Secretary of the Treasury may be required to apply the available revenues including surplus to the payment of interest on the public debt and the amortization thereof in any case provided for by Section 8 of this Article VI at the suit of any holder of bonds or notes issued in evidence thereof."

Source: 2016 PRHTA Unaudited Financial Statements

# PRHTA's current operational situation and MOU Objectives

Following years of operational and organizational challenges to effectively and efficiently deploy federal funds in compliance for with Federal requirements,  **PRHTA and FHWA signed a Memorandum of Understanding[1] on February 29th 2016 geared at revamping PRTHA's Project and Program Delivery capabilities.**

## PRHTA Challenges

- More than $400 million in available funding is not deployed due to delayed processes for project advancement, project completion and provider payments

- Outdated and non-standard documentation and requirements

- Lack of communication and feedback integration between planning and construction departments

- Increased project costs and overruns from original budgets

- Misalignment of current capabilities with needed core competencies

## MOU between PRHTA and FHWA

- Establishes procedures, systems and project delivery objectives for the Puerto Rico Highway Program

- Identifies roles , responsibilities and actions for the PRHTA and the FHWA to accelerate the funding, planning, design and construction of various highway, bridge and transportation improvement projects

- Improves the economic vitality of the Government of Puerto Rico and serves as a catalyst for sustainable job growth associated with highway construction in Puerto Rico



GOVERNMENT OF PUERTO RICO

Puerto Rico Highway and Transportation Authority

[1] MOU signed by the government of Puerto Rico and Federal Highway Administration
Source: Signed Memorandum of Understanding MOU-PR2016-02-29-094734

# MOU requirements and currents status of initiatives

| Initiative | Description | Status |
|---|---|---|
| **Federal Aid Billing Procedures** | • Revise and submit to FHWA its billing process to ensure prompt payment to contractors as follow:<br>  ⁃ Paying all contractors by EFT<br>  ⁃ Paying all contractors within 40 days of receipt of invoices<br>  ⁃ Tracking status of payments using electronic method acceptable to FHWA<br>  ⁃ Paying all contractors on the first business day after funds are received from FHWA | E-Business Suite contract is being undertaken using sole sourcing strategy and professional services hiring to expedite its implementation. 🟡 |
| **Toll Credits** | • Validate that PRHTA's existing toll credit balance complies with current FHWA guidance (the current guidance at the time of execution of this Agreement is "Interim Guidance- Toll Credit for non-federal Share, Nov 20, 2015)<br>• Identify that amount of toll credits available for use by PRHTA, and<br>• Identify modifications that PRHTA must make to its processes for approving, tracking and reconciling toll credit usage | Since inception only $91M in toll credits have been claimed, there is an outstanding balance of $665M waiting validation for future federally aided projects. 🟡 |
| **Organizational Capacity Development** | • Engage a management consultant to assist the PRHTA to review and develop plans, guidelines, SOP's and recommendations for PRHTA's project billing, project delivery process, contracts, training, planning programs and quality assurance process | Notice to Proceed provided on 3/31 🟢<br>Consultant has begun with preliminary interviews and data gathering 🟡 |
| **Expediting Project Delivery** | • Procure services to improve systems such as email communication, electronic project monitoring system, improvements to financial billing system in order to reduce the PRHTA's obligated but unexpected balances.<br>• Submit to the FHWA a report identifying the reasons for the delay of every project that the PRHTA has obligated, but for which less than 5% of funds have been expended since the date a recorded obligation existed<br>• Develop and Submit to the FHWA a schedule with milestones to accelerate obligation of its annual Federal-aid allocation to ensure all funds are properly obligated before redistribution of Federal-aid obligation limitation | The email migration started on 12-12-16 and was completed in February 2017 🟢<br><br>The PMIS was signed and approved while E-Bid System is waiting for approval based on new requirements of PR Law 03-2017 🟡 |

GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

Source: Signed Memorandum of Understanding MOU-PR2016-02-29-094734

🔴 Not Started  🟡 In Process  🟢 Completed    18

# MOU initiatives encompass all elements needed to create an effective organization

| | Federal Aid Billing Procedures | Toll Credits | Organizational Capacity Development (LEAN) | Expediting Project Delivery |
|---|---|---|---|---|
| **Processes** | • Develop an **efficient billing process** with **specific goals to ensure on-time payment** to contractors<br>• Ensure **best practices** and guarantee financial accuracy and consistency | • Identify **improvements for the approval, tracking and reconciling** of toll credit usage | • Implement a LEAN Project delivery and billing process that will result in **higher quality** projects, faster project completion and **more efficient delivery** | • Establish processes to provide **continuous visibility** to under performance projects and allow for **effective development of action plans** |
| **Organization** | | | • Develop capacity analysis to **correctly size** the needed organization to support the process | |
| **Infrastructure** | • Establish **measurable goals** tied to the development of the agency's goals and objectives<br>• Tracking the status of payments with electronic methods | • Establish critical KPI's that are essential for **auditing** and **validating compliance** with FHWA guidance | • Establish measurable performance levels and **KPI's** to improve **process visibility** and track whether projects are **achieving targets**<br>• Develop an effective method for capturing **voice of the client** to support **performance measurement and strategic decision making** | • Implementation of **systems for email and electronic monitoring** to increase **visibility and communication** between areas |
| **Culture** | | • **Train personnel** on toll audit process to ensure compliance | • Promote **collaborative culture** and **communication**<br>• Establish agenda for workshops and trainings to **develop core competencies and deliver business value** | |



GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

Source: Signed Memorandum of Understanding MOU-PR2016-02-29-094734

19

# Financial Sustainability, Federal Agencies & PROMESA

Bondholders of the PRHTA would cease to receive money for debt repayment by July 2017, when the reserve funds that have been used until now run out. Although PRHTA stopped remitting payments to the trust, the trustee has been using a reserve fund to comply with bondholder payments.

- PRHTA receives about $155 millions per year from FTA and FHWA. This funding requires that the grantee demonstrates specific and well defined technical, financial and organizational capabilities. If the grantee does not meet these capabilities, there is a substantial risk that federal funds will not be allocated. **A default of PRHTA with any of its obligations may trigger questions as to its financial capacity.** Furthermore, in the case of FTA, the reimbursement of previous funds may be requested if the transportation use is discontinued.

- The **Puerto Rico Oversight, Management, and Economic Stability Act** (**PROMESA)** establishes a process for the restructuring of debt (voluntary or involuntary) towards sustainable levels but not before the certification of its Fiscal Plan by the Oversight Board, among other requirements. The Government of Puerto Rico and its instrumentalities (including PRHTA) expect to continue this process in order to strengthen its financial capacity. We will continue to work with all the federal agencies (including FTA & FHWA) as Partners throughout this process in order to achieve our common objectives.



GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

# Overview of PRHTA's Projected Financial Gap over 10 years



**Financial Gap Pre-Measures after Clawback & Debt Service**

$ millions

Legend:
- Revenues
- Expenses
- Gap
- Clawback
- Debt Service

**74%** *

$6,282 — Operating Revenues
$2,162 — FHWA and FTA Funding
$8,444 — Total Revenues
$4,975 — Construction & Operating Expenses
$3,469 — Gap before Clawback
$4,572 — Clawback To Cent Gov.
$1,193 — Transfer from Gov't. of PR
$1,392 — Bonds Principal
$2,088 — Bonds Interests
$1,100 — GDB Interests
-$4,490 — Total Fin. Gap

Clawback Includes:
- Gasoline Tax
- Diesel Tax
- Petroleum products tax
- Vehicle license fees
- Cigarette tax

Total Debt Service

Revenues
- Toll revenues
- Gas/Diesel/Petroleum Products tax
- Cigarettes  taxes
- Motor Vehicle License Fees
- Transit Revenues and Toll Fines
- FHWA Funding
- FTA Funding

Expenses
- Construction costs associated with project deployment as per STIP
- Toll highways administration and maintenance
- Train operation and maintenance
- Integrated transportation system operation and maintenance
- General administration



GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

\* Clawback Revenues amount to 74% of Operating Revenues
Source: Jorge F. Freyre, PHD  Projections analysis, PRHTA Management Estimates

21

# PRHTA Baseline projections results in a $4.5 billion financial gap after debt service for the next 10 years*

| | 2016-17 P | 2017-18 P | 2018-19 P | 2019-20 P | 2020-21 P | 2021-22 P | 2022-23 P | 2023-24 P | 2024-25 P | 2025-26 P | Total 5 Yr | Total 10 Yr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | | | |
| Toll fares [1][2] | $ 136,195 | $ 137,363 | $ 138,547 | $ 139,747 | $ 139,188 | $ 139,606 | $ 141,002 | $ 143,258 | $ 146,266 | $ 150,069 | $ 691,041 | $ 1,411,242 |
| Gasoline Tax**[1] | 151,242 | 146,447 | 144,677 | 145,931 | 147,906 | 143,357 | 138,760 | 133,958 | 129,315 | 125,623 | 736,204 | 1,407,217 |
| Diesel Tax** [1] | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,116 | 11,727 | 11,321 | 10,929 | 10,617 | 62,500 | 119,209 |
| Petroleum Products Tax** [1] | 254,567 | 185,000 | 185,000 | 185,000 | 185,000 | 185,000 | 185,000 | 185,000 | 185,000 | 185,000 | 994,567 | 1,919,567 |
| Cigarettes taxes** [1] | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 100,000 | 200,000 |
| Motor Vehicle License Fees** [1][3] | 32,651 | 32,651 | 32,651 | 32,651 | 32,651 | 32,651 | 32,651 | 32,651 | 32,651 | 32,651 | 163,253 | 326,507 |
| Act 30 - Licenses Fees Transferred to Act** [1][3] | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 300,000 | 600,000 |
| Transit Revenues [4] | 10,200 | 10,200 | 10,404 | 10,612 | 10,612 | 10,612 | 10,612 | 10,612 | 10,612 | 10,612 | 52,028 | 105,088 |
| Electronic Toll Fines [4] | 10,600 | 10,600 | 10,600 | 10,600 | 10,558 | 10,589 | 10,695 | 10,866 | 11,094 | 11,383 | 52,958 | 107,586 |
| Other income [4] | 8,400 | 8,400 | 8,400 | 8,400 | 8,366 | 8,391 | 8,475 | 8,611 | 8,792 | 9,020 | 41,966 | 85,257 |
| **Total Revenues** | $ 696,355 | $ 623,161 | $ 622,778 | $ 625,441 | $ 626,781 | $ 622,322 | $ 618,923 | $ 616,277 | $ 614,659 | $ 614,975 | $ 3,194,516 | $ 6,281,671 |
| Active Obligated Funds | 67,118 | 206,199 | 204,814 | 268,816 | - | - | - | - | - | - | 746,947 | 746,947 |
| STIP Obligated funds | 67,500 | 67,500 | 135,000 | 135,000 | 135,000 | 135,000 | 135,000 | 135,000 | 135,000 | 135,000 | 540,000 | 1,215,000 |
| Federal Aid - FHWA & Earmarked Projects | 134,618 | 273,699 | 339,814 | 403,816 | 135,000 | 135,000 | 135,000 | 135,000 | 135,000 | 135,000 | 1,286,947 | 1,961,947 |
| Federal Aid-FTA (Sec. 5307 & Sec. 5309) | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 100,000 | 200,000 |
| **Capital Contributions** | $ 154,618 | $ 293,699 | $ 359,814 | $ 423,816 | $ 155,000 | $ 155,000 | $ 155,000 | $ 155,000 | $ 155,000 | $ 155,000 | $ 1,386,947 | $ 2,161,947 |
| **Total Revenues After Federal Fund Transfers** | $ 850,972 | $ 916,860 | $ 982,592 | $ 1,049,257 | $ 781,781 | $ 777,322 | $ 773,923 | $ 771,277 | $ 769,659 | $ 769,975 | $ 4,581,463 | $ 8,443,618 |
| **Expenses** | | | | | | | | | | | | |
| Right of Way | $ (31,000) | $ (31,000) | $ (31,000) | $ (31,000) | $ (31,000) | $ (31,000) | $ (31,000) | $ (31,000) | $ (31,000) | $ (31,000) | $ (155,000) | $ (310,000) |
| Design | (23,000) | (23,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (76,000) | (126,000) |
| Contruction Local | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (50,000) | (100,000) |
| Active Obligated Funds | (67,118) | (206,199) | (204,814) | (268,816) | - | - | - | - | - | - | (746,947) | (746,947) |
| STIP Obligated funds | (67,500) | (67,500) | (135,000) | (135,000) | (135,000) | (135,000) | (135,000) | (135,000) | (135,000) | (135,000) | (540,000) | (1,215,000) |
| Construction Federal (FHWA & EARMARKED) | (134,618) | (273,699) | (339,814) | (403,816) | (135,000) | (135,000) | (135,000) | (135,000) | (135,000) | (135,000) | (1,286,947) | (1,961,947) |
| Salaries and related benefits | (47,837) | (48,425) | (49,393) | (50,381) | (50,381) | (50,381) | (50,381) | (50,381) | (50,381) | (50,381) | (246,417) | (498,322) |
| Litigation Reserve | (8,160) | (8,160) | (5,863) | (3,520) | (3,520) | (3,520) | (3,520) | (3,520) | (3,520) | (3,520) | (29,223) | (46,823) |
| Right of Way Payments | (16,960) | (16,960) | (15,299) | (13,605) | (13,605) | (13,605) | (13,605) | (13,605) | (13,605) | (13,605) | (76,429) | (144,454) |
| Other program expenses | (3,596) | (3,596) | (3,667) | (3,741) | (3,741) | (3,741) | (3,741) | (3,741) | (3,741) | (3,741) | (18,341) | (37,046) |
| **Total Construction** [6] | $ (275,171) | $ (414,840) | $ (465,036) | $ (526,063) | $ (257,247) | $ (257,247) | $ (257,247) | $ (257,247) | $ (257,247) | $ (257,247) | $ (1,938,357) | $ (3,224,592) |
| Salaries and related benefits | (44,740) | (43,958) | (43,714) | (44,589) | (44,636) | (44,613) | (44,733) | (44,847) | (44,902) | (44,890) | (221,637) | (445,622) |
| Toll highways administration and maintenance | (33,358) | (33,358) | (34,025) | (34,706) | (34,706) | (34,706) | (34,706) | (34,706) | (34,706) | (34,706) | (170,153) | (343,683) |
| Train operating and maintenance costs | (65,360) | (66,478) | (68,090) | (69,733) | (69,733) | (69,733) | (69,733) | (69,733) | (69,733) | (69,733) | (339,394) | (688,059) |
| Integrated transportation system | (14,076) | (14,075) | (14,075) | (14,075) | (14,075) | (14,075) | (14,075) | (14,075) | (14,075) | (14,075) | (70,376) | (140,751) |
| Other operating expenses | (12,817) | (12,817) | (13,074) | (13,335) | (13,335) | (13,335) | (13,335) | (13,335) | (13,335) | (13,335) | (65,378) | (132,053) |
| **Total operating expenses** [5] | $ (170,351) | $ (170,686) | $ (172,978) | $ (176,438) | $ (176,485) | $ (176,462) | $ (176,582) | $ (176,696) | $ (176,751) | $ (176,739) | $ (866,938) | $ (1,750,168) |
| **Total expenses** | $ (445,522) | $ (585,526) | $ (638,014) | $ (702,501) | $ (433,732) | $ (433,709) | $ (433,829) | $ (433,943) | $ (433,998) | $ (433,986) | $ (2,805,295) | $ (4,974,760) |
| **Total Fin. Gap Pre-Measures before Clawback & Gov. Funding** | $ 405,450 | $ 331,334 | $ 344,578 | $ 346,756 | $ 348,049 | $ 343,613 | $ 340,094 | $ 337,334 | $ 335,661 | $ 335,989 | $ 1,776,168 | $ 3,468,858 |
| Clawback to Central Government [7] | $ (530,959) | $ (456,598) | $ (454,828) | $ (456,082) | $ (458,057) | $ (453,123) | $ (448,138) | $ (442,930) | $ (437,894) | $ (433,890) | $ (2,356,524) | $ (4,572,499) |
| Transfer from Government of PR [9] | 119,340 | 119,340 | 119,340 | 119,340 | 119,340 | 119,340 | 119,340 | 119,340 | 119,340 | 119,340 | 596,700 | 1,193,400 |
| **Total Fin. Gap Pre-Measures after Clawback & Gov. Funding** | $ (6,169) | $ (5,924) | $ 9,091 | $ 10,014 | $ 9,332 | $ 9,830 | $ 11,295 | $ 13,744 | $ 17,107 | $ 21,439 | $ 16,344 | $ 89,759 |
| **Debt Service** [8] | | | | | | | | | | | | |
| Principal | $ (113,355) | $ (116,723) | $ (120,488) | $ (124,510) | $ (129,652) | $ (162,568) | $ (153,750) | $ (149,800) | $ (156,754) | $ (164,034) | $ (604,728) | $ (1,391,634) |
| Interest | (234,088) | (229,507) | (224,560) | (219,408) | (213,891) | (207,510) | (201,300) | (193,636) | (185,774) | (178,397) | (1,121,454) | (2,088,070) |
| Total debt due to Bonds | $ (347,443) | $ (346,230) | $ (345,048) | $ (343,919) | $ (343,543) | $ (370,078) | $ (355,050) | $ (343,436) | $ (342,528) | $ (342,431) | $ (1,726,182) | $ (3,479,704) |
| Interest on GDB Line of Credit | $ (110,000) | (110,000) | (110,000) | (110,000) | (110,000) | (110,000) | (110,000) | (110,000) | (110,000) | (110,000) | $ (550,000) | (1,100,000) |
| **Total debt** | $ (457,443) | $ (456,230) | $ (455,048) | $ (453,919) | $ (453,543) | $ (480,078) | $ (465,050) | $ (453,436) | $ (452,528) | $ (452,431) | $ (2,276,182) | $ (4,579,704) |
| **Total Fin. Gap Pre-Measures after Debt Service & Clawback** | $ (463,612) | $ (462,154) | $ (445,957) | $ (443,904) | $ (444,210) | $ (470,248) | $ (453,754) | $ (439,692) | $ (435,421) | $ (430,992) | $ (2,259,838) | $ (4,489,946) |



GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

* Additional notes and assumptions on page 51
**Revenue streams included on Government Clawback
*** Only interest payments are considered in the projections
Source: Operational revenue information based on Jorge F. Freyre, PHD analysis on long term revenue projection. Federal funding, expenses and debt servicing information where provided by PRHTA.

# V. FISCAL MEASURES WITH FINANCIAL PROJECTIONS



GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

# Our goal is to transform PRHTA's now-days a best-in-class infrastructure developer and operator

As previously mentioned, PRHTA is responsible of constructing, operating, and maintaining Puerto Rico's toll road network, major highways and mass transportation facilities. To properly meet its duty, the measures in this plan follow two main philosophies:

An **effective organization focused in gaining synergies and carrying out the specific goals** of PRHTA

- Organize PRHTA into a world class infrastructure developer and operator moving it towards a contract management model, such as it is currently done today for design, land acquisition, construction and mass transit operations. Expect PRHTA to manage third party contracts engaged through competitive bidding for each service required.

### PRHTA envisioned structure



*For illustration purposes only

- Competitiveness will be maintained by constantly evaluating current contracts and its performance and re-bidding to assure accurate market value of service provided.

A **streamlined project delivery process by engaging the best resources available**

- Establish best-in-class Project Delivery Process to assure federal compliance and efficiently deployment of resources available to maximize the infrastructure developed and maintained.

### Project Delivery Phases



- The streamlined process will be complemented by having the adequately sized resources, visibility of important metrics to allow for accurate and timely decision making, as well as the correct people with the right motivators and capabilities.
- Project delivery methods will include Value Engineering analysis and innovative contract approaches[1] early in the planning phase to maximize the value of each project
- Skilled teams in the management of design and construction activities will assure to meet objectives of reducing average change orders from 30% to 15%[2]



GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

[1] Case study of PR-18 & PR-66 procurement approach to be used as guideline for applicable projects. See Appendix: Additional Information
[2] Federal funded projects budget allows for a maximum of 15% increase to projects

24

# Organizational Transformation Fiscal Measure (1/2)

**1** **Transform organization from an in-house infrastructure developer to contract management**

- Organize PRHTA into a world class infrastructure developer and manager moving towards a contract management business model, such as done today for different functions.

**Results**
$ millions, Full year impact



2017p 2018p 2019p 2020p 2021p 2022p 2023p 2024p 2025p 2026p

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**1a** *Organization Transformation*

- Transform organization from an in-house infrastructure developer to contract management leveraging the Labor Transformation and Flexibility Act of 2017[1] and through a normal attrition rate



**1b** *Pre-Retirement Program Act*

- Application of Voluntary Pre-Retirement Program Act[2]
- 187 candidates opted for the plan on the first year adding to $58.1M in savings the 10 year period



2017p 2018p 2019p 2020p 2021p 2022p 2023p 2024p 2025p 2026p

**GOVERNMENT OF PUERTO RICO**

Puerto Rico Highway and Transportation Authority

1 Assumes Labor Transformation and Flexibility Act of 2017 applies to PRHTA and resources can be relocated appropriately
[2] PRHTA submitted Pre-retirement Plan to Office of Management and Budget (OMB) on December 2016 for approval
Source: Analysis and Labor need by PRHTA ; Pre retirement analysis by PRHTA; Operating budget 2016

25

# Organizational Transformation Fiscal Measure (2/2)

**Measures**

**Results**
$ millions, Full year impact

**1c** *Overhead Savings*

- Additional operational expenses savings due organizational transformation which include utilities expenses such as energy, water, etc. for the 10 year period

| | 0.0 | 3.5 | 7.0 | 10.4 | 12.7 | 15.3 | 15.3 | 15.3 | 15.3 | 15.3 |

**1d** *Outsourcing Costs*

- Incremental costs associated with increasing contract management

| | 0.0 | -4.4 | -7.3 | -10.5 | -13.3 | -15.7 | -17.5 | -20.0 | -22.5 | -25.0 |

**1e** *Rent Reduction*

- Rent reduction due to a decrease in organization size

| | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.3 | 1.3 | 1.3 | 1.3 |

| 2017p | 2018p | 2019p | 2020p | 2021p | 2022p | 2023p | 2024p | 2025p | 2026p |


**GOVERNMENT OF PUERTO RICO**
Puerto Rico Highway and Transportation Authority

Source: Analysis and Labor need by PRHTA ; Pre retirement analysis by PRHTA; Operating budget 2016

26

# Optimization of Outsourced Operations and Development of Real Estate Program Fiscal Measures

| Measures | Results |
|---|---|

**Results** — $ millions, Full year impact

**2  Optimization of Outsourcing Operations**

- PRHTA believes it can obtain additional savings in their Transit Services.

| 2017p | 2018p | 2019p | 2020p | 2021p | 2022p | 2023p | 2024p | 2025p | 2026p |
|---|---|---|---|---|---|---|---|---|---|
| 0.0 | 0.0 | 3.5 | 7.0 | 10.4 | 12.7 | 15.3 | 15.3 | 15.3 | 15.3 |

**3  Revenues from new Dynamic Toll Lanes (DTL)**

- As presented in the current CIP, on 2018, PRHTA will begin the implementation of a DTL on PR-52 and PR-18 with expected operation start date on 2020

| 0.0 | 0.0 | 0.0 | 3.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 |

**4  Toll Collection Optimization**

- An update of toll hardware and software will result in an increase in revenues by an amount of 2% of collected revenues per toll updated
- Tolls will be updated at 5 per year and revenues are seen on next fiscal year
- Updates will start on most profitable tolls that cover over 45% of total revenues for the 2nd year, 65% the 3rd, 85% the 4th and 100% onwards
- Ponce and Caguas Norte tolls will be made bi-directional which will increase 10% of its toll revenues

| 0.0 | 5.9 | 6.7 | 7.5 | 8.0 | 8.0 | 8.1 | 8.2 | 8.4 | 8.6 |

**5  Additional Revenue Initiatives**

- Reactivation of the Joint Development Program which provides for residential and commercial projects in the Tren Urbano corridor.  Currently two initiatives are underway with additional $2.0 M in revenues to the PRHTA in the first year and over $80 M private investment.
- The development of a noncore real estate asset disposition program that can represent additional income of approximately $1.5M per year.
- Toll Concessions Advertisement and ATM services agreement which is estimated at $275K in the 10 year period.
- Implementation of Specific Service Signs in Toll Highway Concessions approximately $250K per year.  Additional income if implemented in non-concession toll highways.

| 0.0 | 3.8 | 1.8 | 1.8 | 1.8 | 1.8 | 1.8 | 1.8 | 1.8 | 1.8 |

| 2017p | 2018p | 2019p | 2020p | 2021p | 2022p | 2023p | 2024p | 2025p | 2026p |

**GOVERNMENT OF PUERTO RICO**
Puerto Rico Highway and Transportation Authority

1 Tren Urbano Operations are completely outsourced
Source: Operating budget 2016; Operational Analysis by PRHTA

27

# Financial Gap after measures and Debt Service

## Projected Financial Gap over the 10 year period

$ thousands

| | 2016-17 P | 2017-18 P | 2018-19 P | 2019-20 P | 2020-21 P | 2021-22 P | 2022-23 P | 2023-24 P | 2024-25 P | 2025-26 P | Total 5 Yr | Total 10 Yr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Fin. Gap Pre-Measures after Clawback | $ (6,169) | $ (5,924) | $ 9,091 | $ 10,014 | $ 9,332 | $ 9,830 | $ 11,295 | $ 13,744 | $ 17,107 | $ 21,439 | $ 16,344 | $ 89,759 |
| Less: Transfer from Government of PR (9) | $ (119,340) | $ (119,340) | $ (119,340) | $ (119,340) | $ (119,340) | $ (119,340) | $ (119,340) | $ (119,340) | $ (119,340) | $ (119,340) | $ (596,700) | $ (1,193,400) |
| Total Fin. Gap Pre-Measures before Gov. Funding | $ (125,509) | $ (125,264) | $ (110,249) | $ (109,326) | $ (110,008) | $ (109,510) | $ (108,045) | $ (105,596) | $ (102,233) | $ (97,901) | $ (580,356) | $ (1,103,641) |
| **Measures** | | | | | | | | | | | | |
| **Meas. aimed at a Organizational Transformation** | | | | | | | | | | | | |
| Organization Transformation | $ - | $ 11,633 | $ 19,938 | $ 27,883 | $ 35,639 | $ 42,220 | $ 46,756 | $ 53,353 | $ 59,480 | $ 66,465 | $ 95,094 | $ 363,368 |
| Pre-Retirement program Act | - | 1,540 | 2,119 | 3,936 | 4,406 | 5,127 | 6,257 | 7,161 | 8,449 | 9,089 | 12,001 | 48,085 |
| Overhead Savings | - | 3,475 | 6,950 | 10,425 | 12,741 | 15,290 | 15,290 | 15,290 | 15,290 | 15,290 | 33,591 | 110,041 |
| Outsourcing Costs | - | (4,360) | (7,301) | (10,532) | (13,255) | (15,672) | (17,547) | (20,030) | (22,484) | (25,008) | (35,449) | (136,191) |
| Rent Reduction | - | 950 | 950 | 950 | 950 | 1,045 | 1,254 | 1,254 | 1,254 | 1,254 | 3,800 | 9,861 |
| **Total Organizational Transformation** | $ - | $ 13,238 | $ 22,656 | $ 32,662 | $ 40,481 | $ 48,010 | $ 52,010 | $ 57,028 | $ 61,988 | $ 67,090 | $ 109,038 | $ 395,164 |
| **Meas. aimed at Mass Transportation Optimization** | | | | | | | | | | | | |
| Optimization of Outsourcing Operations | $ - | $ - | $ 3,475 | $ 6,950 | $ 10,425 | $ 12,741 | $ 15,290 | $ 15,290 | $ 15,290 | $ 15,290 | $ 20,850 | 94,751 |
| Revenues from DTL | | - | - | 3,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 9,000 | 39,000 |
| Ponce Sur and Caguas Norte Bidirectionality | - | 4,223 | 4,259 | 4,296 | 4,279 | 4,292 | 4,334 | 4,404 | 4,496 | 4,613 | 17,056 | 39,195 |
| Increase vehicle classification | - | 432 | 624 | 816 | 960 | 960 | 960 | 960 | 960 | 960 | 2,832 | 7,632 |
| Toll Leakage Minimization | - | 1,236 | 1,801 | 2,376 | 2,784 | 2,792 | 2,820 | 2,865 | 2,925 | 3,001 | 8,197 | 22,601 |
| Toll Collection Optimization | $ - | $ 5,891 | $ 6,684 | $ 7,488 | $ 8,022 | $ 8,044 | $ 8,114 | $ 8,229 | $ 8,382 | $ 8,575 | $ 28,085 | 69,428 |
| Additional Revenue Initiatives | | $ 3,778 | $ 1,778 | $ 1,778 | $ 1,778 | $ 1,778 | $ 1,778 | $ 1,778 | $ 1,778 | $ 1,778 | $ 9,111 | 17,998 |
| **Total Measures** | $ - | $ 22,907 | $ 34,592 | $ 51,878 | $ 66,706 | $ 76,572 | $ 83,192 | $ 88,325 | $ 93,438 | $ 98,732 | $ 176,083 | $ 616,341 |
| Total Fin. Gap after Measures before Gov. Funding | $ (125,509) | $ (102,357) | $ (75,657) | $ (57,448) | $ (43,301) | $ (32,938) | $ (24,853) | $ (17,271) | $ (8,796) | $ 831 | $ (311,701) | $ (487,300) |

## Summary of Results

- PRHTA Fiscal Measures of $616 MM are expected in the next ten years

- Without the assumption of continued transfers from the Government of Puerto Rico totaling $1,193 million, PRHTA has a funding gap after clawback before Government funding  of $ 1,103 million before measures

- PRHTA fiscal measures of $616 million are expected to reduce the funding gap to $487 million after measures before Government funding and before debt service. **Once the Central Government confirms that the impact of such measures have been fully realized, then they will proceed to make the necessary adjustments to "Transfers from Government of PR"**



GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

# Pursue guiding principles to address the financial gap and re-focus PRHTA towards its objectives

| | |
|---|---|
| **Obtain an efficient organization** | • Obtain organization with the necessary resources to meet objectives and provide the services required<br>• Have a properly sized organization according to active project need<br>• Engage the best resources available to move PRHTA agenda forward |
| **Strengthen partnership with federal agencies** | • Maintain strong communication with FHWA & FTA<br>• Comply with FHWA MOU and move forward towards full compliance<br>• Communicate Fiscal Plan to Federal Agencies and work together towards a sustainable solution<br>• Discuss support from FHWA & FTA to help re-position PRHTA's as a first class Federal Grantee and infrastructure developer |
| **Improve infrastructure towards new standards** | • Focus infrastructure program on improvements to current Highway system, finishing interstate system, congestion mitigation and safety projects<br>• Implement data driven process for project selection based on asset ROI<br>• Maximize deployment of federal funds |
| **Create a sustainable debt structure** | • Obtain a sustainable debt structure to allow for provision of services and realistic economic growth infrastructure<br>• Evaluate new structures used in other jurisdictions |
| **Improve project delivery effectiveness** | • Set-up processes and organization to streamline project delivery and improve average project times from planning to completion (MOU Project to achieve this)<br>• Implement new contracting practices, such as CHICA[1] Contracts<br>• Maintain close communication with Federal Agencies and improve internal controls and feedback loops |
| **Adhere to Financial Control Reform** | • Assure measures from Fiscal Plan are budgeted, as well as all expenses associated with core services<br>• Establish a zero-based budget approach and the culture required to sustain it<br>• Implement procurement process reform as established in the Government of Puerto Rico's Fiscal Plan |



GOVERNMENT OF PUERTO RICO

Puerto Rico Highway and Transportation Authority

[1] CHICA contracts are hybrid contracts with contingencies and acceleration clauses

29

# VI. DEBT SUSTAINABILITY



GOVERNMENT OF PUERTO RICO

Puerto Rico Highway and Transportation Authority

# PRHTA Debt Structure

## Current Debt Structure

$ thousands



**6,348,913**

**Expired GDB Line of Credit** — 1,812,979
- **24 expired lines of credits with GDB @ 6.00%**

**Resolution 68-18**
- 425,135 — **Serial Bonds maturing through 2034 with interest ranging from 3.30% to 6.50%**
- 404,995 — **Term Bonds maturing through 2039 with interest ranging from 4.00% to 6.00%**
- 24,462 — **Capital Appreciation Bonds maturing through 2026 with interest ranging from 4.36% to 4.58%**

**Resolution 98-06**
- 1,247,730 — **Serial Bonds maturing through 2037 with interest ranging from 2.25% to 5.75%**
- 1,830,145 — **Term Bonds maturing through 2046 with interest ranging from 2.25% to 5.75%**

**Net Bond Premium** — 251,105
- **Variable Rate Bonds - USD SIFMA swap index less a spread of 0.5%**

**Other[1]** — 352,362

FY 2016

GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

[1] Other Includes: $200MM in Variable Rate Bonds - USD SIFMA swap index less a spread of 0.5%, $57MM in CPI based interest-rate bonds, reset monthly on CPI changes, $.7MM in LIBOR based interest rate bonds maturing through 2045, $93MM in Capital Appreciation Bonds maturing through 2026 with interest ranging from 4.47% to 5.08%

Source: Draft PRHTA Unaudited Financial Statements FY2015

Pre-Decisional | Privileged & Confidential Draft | Analysis Subject to Material Change

# Debt Sustainability

As a result of the clawback of certain revenues to the Government of Puerto Rico, PRHTA has insufficient cash flows to service its debt

**1** After accounting for the clawback, PRHTA does not have sufficient positive cash flows to support its expenses and debt service, requiring support from the Government of Puerto Rico to maintain essential operations

**2** Even after accounting for the incremental positive cash flows of fiscal plan measures, PRHTA will require support from the Government of Puerto Rico to maintain essential operations and expenses

## Cash flow available for debt service ($ in millions)

| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | Total 5 Yr | Total 10 Yr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenues After Federal Fund Transfers[1] | $851.0 | $916.9 | $982.6 | $1,049.3 | $781.8 | $777.3 | $773.9 | $771.3 | $769.7 | $770.0 | $4,581.5 | $8,443.6 |
| Clawback to Central Government | ($531.0) | ($456.6) | ($454.8) | ($456.1) | ($458.1) | ($453.1) | ($448.1) | ($442.9) | ($437.9) | ($433.9) | ($2,356.5) | ($4,572.5) |
| Revenues net of Clawback | $320.0 | $460.3 | $527.8 | $593.2 | $323.7 | $324.2 | $325.8 | $328.3 | $331.8 | $336.1 | $2,224.9 | $3,871.1 |
| Total expenses | ($445.5) | ($585.5) | ($638.0) | ($702.5) | ($433.7) | ($433.7) | ($433.8) | ($433.9) | ($434.0) | ($434.0) | ($2,805.3) | ($4,974.8) |
| **1** **Cash Flow available for Debt Service (pre-measures)** | **($125.5)** | **($125.3)** | **($110.2)** | **($109.3)** | **($110.0)** | **($109.5)** | **($108.0)** | **($105.6)** | **($102.2)** | **($97.9)** | **($580.4)** | **($1,103.6)** |
| Total Measures | $0.0 | $22.9 | $34.6 | $51.9 | $66.7 | $76.6 | $83.2 | $88.3 | $93.4 | $98.7 | $176.1 | $616.3 |
| **2** **Cash Flow available for Debt Service (post-measures)** | **($125.5)** | **($102.4)** | **($75.7)** | **($57.4)** | **($43.3)** | **($32.9)** | **($24.9)** | **($17.3)** | **($8.8)** | **$0.8** | **($404.3)** | **($487.3)** |

*Government of Puerto Rico tax revenues conditionally pledged to support PRHTA obligations are excluded from PRHTA revenues and are included in the Government of Puerto Rico's Fiscal Plan, while system toll revenue is assumed to be collected by PRHTA and applied to system expenses*



**GOVERNMENT OF PUERTO RICO**
Puerto Rico Highway and Transportation Authority

[1] Includes federal aid. Excludes revenue subject to clawback, measures and transfers to HTA from the Commonwealth

# VII. Liquidity Situation



GOVERNMENT OF PUERTO RICO

Puerto Rico Highway and Transportation Authority

# 13-week Cash Flow Projection

## Cash Positions before Measures

$ thousands

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 14-Apr | 21-Apr | 28-Apr | 5-May | 12-May | 19-May | 26-May | 2-Jun | 9-Jun | 16-Jun | 23-Jun | 30-Jun | |
| 1 | Toll fares | 2,200 | 2,650 | 1,700 | 3,400 | 2,200 | 2,650 | 1,700 | 3,400 | 2,200 | 2,650 | 1,700 | 2,650 | 29,100 |
| 2 | Transit Revenues (Non-Cash) | - | - | - | - | - | - | - | - | - | - | 812 | - | 812 |
| 3 | Electronic Toll Fines | 227 | 227 | 227 | 227 | 227 | 227 | 227 | 227 | 227 | 227 | 227 | 227 | 2,718 |
| 4 | Other Income | 106 | 106 | 106 | 108 | 108 | 108 | 108 | 108 | 108 | 108 | 15,108 | 108 | 16,289 |
| 5 | Transfer from Government of PR | - | - | 10,925 | - | - | - | 9,945 | - | - | - | - | 10,625 | 31,495 |
| 6 | **Subtotal - Operating Inflows** | 2,533 | 2,983 | 12,958 | 3,734 | 2,534 | 2,984 | 11,979 | 3,734 | 2,534 | 2,984 | 17,846 | 13,609 | 80,414 |
| 7 | Gasoline Tax | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 8 | Diesel Tax | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 9 | Petroleum Products Tax | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 10 | Cigarettes taxes | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11 | Motor Vehicle License Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 12 | Act 30 - Licenses Fees Transferred to Act | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 13 | **Subtotal - Non Operating Inflows** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 14 | Federal Aid - FHWA & Earmarked Projects | 1,822 | 1,822 | 1,822 | 1,818 | 1,818 | 1,818 | 1,818 | 1,818 | 1,818 | 1,818 | 1,818 | 1,818 | 21,828 |
| 15 | Federal Aid-FTA (Sec. 5307 & Sec. 5309) | - | - | 1,667 | - | 1,667 | - | 1,667 | - | - | - | 1,667 | - | 6,668 |
| 16 | **Subtotal - Federal Funding** | 1,822 | 1,822 | 3,489 | 1,818 | 3,485 | 1,818 | 3,485 | 1,818 | 1,818 | 1,818 | 3,485 | 1,818 | 28,496 |
| 18 | **Total Inflows** | 4,355 | 4,805 | 16,447 | 5,552 | 6,019 | 4,802 | 15,464 | 5,552 | 4,352 | 4,802 | 21,331 | 15,427 | 108,910 |
| 19 | Salaries and Benefits | 3,601 | - | 3,601 | - | 3,601 | - | 3,601 | - | 3,601 | - | 3,601 | - | 21,606 |
| 20 | Toll and Highway Administration | - | 2,026 | - | 2,026 | - | 2,026 | - | 2,026 | - | 2,026 | - | 2,026 | 12,156 |
| 21 | Tren Urbano | - | - | 3,400 | - | 3,400 | - | 3,400 | - | - | - | 4,212 | 7,712 | 22,124 |
| 22 | First Transit | - | - | 2,438 | - | 2,438 | - | 1,219 | - | 1,219 | - | 1,219 | - | 8,533 |
| 23 | Construction Project Expense and Related[1] | 1,972 | 3,072 | 1,972 | 1,968 | 1,968 | 2,868 | 1,968 | 2,182 | 2,182 | 2,982 | 3,417 | 4,682 | 31,231 |
| 24 | Litigation Reserve[2] | - | - | 3,200 | - | - | - | 3,200 | - | - | - | 3,200 | - | 9,600 |
| 25 | AP Prior Year[3] | - | 833 | 2,500 | - | 833 | 585 | 2,500 | - | 833 | - | 1,216 | 2,500 | 11,800 |
| 26 | Additional investment required to appropriate federal funds | - | - | 260 | - | - | 1,050 | - | - | - | - | 1,160 | - | 2,470 |
| 27 | Other Operating Expenses[4] | - | - | 3,972 | - | - | 3,972 | - | - | - | 3,972 | - | - | 11,916 |
| 28 | **Total Outflows** | 5,573 | 5,931 | 21,343 | 3,994 | 12,240 | 9,451 | 16,938 | 4,208 | 7,835 | 8,980 | 18,025 | 16,920 | 131,436 |
| 30 | **Net Cashflow Excluding Measures & Clawback** | (1,218) | (1,126) | (4,896) | 1,558 | (6,221) | (4,649) | (1,474) | 1,345 | (3,482) | (4,177) | 3,307 | (1,492) | (22,527) |
| 32 | Cash Position, Beginning | 28,983 | 27,765 | 26,638 | 21,742 | 23,300 | 17,080 | 12,431 | 10,957 | 12,302 | 8,820 | 4,642 | 7,949 | 28,983 |
| 34 | **Cash position, Ending** | 27,765 | 26,638 | 21,742 | 23,300 | 17,080 | 12,431 | 10,957 | 12,302 | 8,820 | 4,642 | 7,949 | 6,456 | 6,456 |



GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

[1] $2.5 millons – Barrio Obrero transfer to AAA
[2] $2.0 millons R/W, $600 thousand legal fee, $400 thousand reserve
[3] $2.2 millons States certifications , $405 thousands arbitral award ACI
[4] Utilities, Insurance, Rentals and others operating costs
Source: PRHTA Management Estimates

# VIII. Implementation Plan



GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

# Strong governance at both the entity and project level will ensure implementation compliance of Fiscal Plan

| | |
|---|---|
| Entity Level- Governance | • Puerto Rico Act 74-1965, as amended, which creates the Puerto Rico Highway and Transportation Authority, provides for a Board of Directors composed of seven members, three of which are to be appointed by the governor with the consent and advice of the Senate for (4) year term.  One of them is required to be a licensed engineer, one must have ample knowledge and experience in the field of finance, and one is to be selected from a list to be provided by professional and non-governmental organizations.   The other members of the board are the Secretary of Transportation and Public Works, the Executive Director of FAFAA, the President of the Planning Board and the Secretary of the Treasury.<br><br>• The Board composition described above provides the necessary balance between the government interest with respect to the implementation of public policy and the members appointed based on their merit and professional knowledge and experience. **It is management belief that in order to enhance continuity and knowledge transfer between political cycles, terms of the three members from the private sector be increased from 4 to 6 years ensuring a more stable and independent corporate leadership.**<br><br>• The Board has approved bylaws through resolution 2014-17 that clearly define the role and responsibilities of the Board.  In summary, the Board is responsible for the governance of the Authority, the appointment of an Executive Director that in turns manages the operations and reports to the Board, the approval of the budget, overseeing compliance, approving major contracts beyond the delegations allowed to the Executive Director, monitoring the auditing process and ensuring the Authority performs according to its purpose and outline objectives. |
| Entity Level - Management & Performance Indicators | • The Authority's staff are government employees subject to the merit principle.  As such they are not subject in general to changes in political cycles.  Senior management is composed of "trust positions" appointed by the Board and the Executive Director.  As a result of the current financial crisis, most of the trust positions have been filled with current employees.  This has the adding benefit of reducing salary costs and employee benefits while maintaining the knowledge toward the future with employees that will continue in the agency independent of the political cycle.<br><br>• Together with the Statistics Institute, the Authority will design and implement a new set of standard indicators that will be followed and monitored to determined the level of performance being achieved. |



GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

# At a project level, PRHTA will establish a Project Management Office (PMO) to effectively implement PRHTA's critical projects

*PRHTA will establish a PMO with the required organization and processes to assure it can effectively implement the fiscal measures, MOU initiatives and the reforms proposed by the Central Government's fiscal plan*

## Main Elements of the PMO

**Strategy**
• Make sure the PMO goals are aligned with PRHTA strategic objectives and that projects are correctly prioritized.

**Effective PMO**

**Risk and Audit**
• Assure PMO identifies risks, their probability and implications through validated procedures while ensuring quality and adherence to PRHTA as well as with Central government key strategies

**Governance**
• Ensure PMO has visibility and credibility by participating in all decision making forums (PRHTA and Central Government)

**Monitoring & Reporting**
• Ensure PMO implements effective and comprehensive oversight and monitoring through adequate performance metrics, to the correct audience in the needed timeframe

## Primary Initiatives

I. **Fiscal Measures:**
1) Transform organization from an in-house infrastructure developer to contract management
2) Optimize Outsourced Operations
3) Develop non-core Real Estate Program

II. **MOU Initiatives**

III. **Financial Reform**
1) Budget
2) Procurement
3) Disbursement



GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

# PMO guiding principle and actions definition

| PMO Element | Guiding Principle | Action Step |
|---|---|---|
| **Strategy** | • Alignment between PMO governance and business strategy | • Define PMO strategy and objectives<br>• Define projects to prioritize based on organization's strategy, such as Fiscal Measure and MOU initiatives<br>• Standardize methodologies, procedures and templates for projects |
| **Risk & Audit** | • Assurance on effective internal controls and risk mitigation | • Implement tools for risk assessment, such as a risk probability matrix<br>• Set up an Internal auditing committee to guide actions<br>• Strengthen requirements for continuous monitoring of risks<br>• Enhance transparency and competition in contractor selection process<br>• Enable recording and tracking of issues and action plans |
| **Monitoring & Reporting** | • Oversight and monitoring through adequate performance metrics | • Develop appropriate Key Performance Indicators (KPIs) with the adequate frequency and audience<br>• Implement reporting tools to allow for proper visibility, such as visual boards |
| **Governance** | • Visibility and Credibility assurance and centralize decision making | • Place PMO to directly report to Executive Director's office or Steering Committee<br>• Coordinate and allocate skilled resources to deliver, monitor and control any governance initiatives<br>• Provide a structure through which project objectives are set and the means of attaining those objectives are met |

GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

Source: Signed Memorandum of Understanding MOU-PR2016-02-29-094734

# PMO Organizational Structure

FOR ILLUSTRATION PURPOSES



**Steering Committee**
- Executive director
- Deputy Executive Director
- Legal counsel
- Deputy Executive Director for Finance & Administration
- HR Director
- Infrastructure Director
- Deputy Director for Integrated Transportation Alternative

The **Steering Committee** will be ultimately responsible for the project, which includes validating objectives, facilitating resources, approving designs and making all final decisions.

**Executive Sponsor**

**Project Coordinators**
- Assigned as per project scope and requirements

**PMO Work Team**
- Will include key decision making members from impacted areas and the needed project managers

The **Project Coordinators** serve as the main contact persons to facilitate scheduling and communication.

The **Work Team** is responsible for the day-to-day activities of the project, including analyses, delivery of work products, communication of project status and coordination of meetings with the Steering Committee.

**Focus Areas**

1. **Pre-Construction**
2. **Construction Management**
3. **Mass Transit Management**
4. **Other Department**

GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

39

# Project Management General Timeline

To be discussed in detail



| | PMO Creation | Refine Project Plans | Implementation & Execution |
|---|---|---|---|

**Time**

6 weeks — 6 weeks — On going

**Activities**

- Setting up project selection and prioritization process
- Defining PMO's areas of responsibility, hierarchical position and competencies
- Establish needed roles and organization to support initiatives
- Define general work plan

- Creation of team charters, milestones and work plans
- Perform Stakeholder analysis
- Establish risk matrix mitigation plan
- Development of Key Performance Metrics (KPI's)

- Development and implementation of master plans
- Execution, monitoring and project control
- Structuring of project interaction processes
- Implementation of standards and reporting tools
- Implementation of project management process improvements
- Integration of PRHTA resources to project management support team



**GOVERNMENT OF PUERTO RICO**
Puerto Rico Highway and Transportation Authority

40

# Implementation plan for Key Initiatives (2017 - 2020)



| Año | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|
| **Fiscal Initiatives** | | | | |
| **Organizational Transformation** | | | | |
| **Optimization of Outsourcing Operations** | | 01/01/2018 - 05/03/2018 | | |
| **Revenues from new Dynamic Toll Lanes (DTL)** | Design | Construction | | Begin Operation |
| **Toll Collection Optimization** | | | | |
| **Other Revenue Initiatives** | | | | |
| **Fiscal Reform** | | | | |
| **Budget** | | | | |
| **Procurement** | | 06/01/2017 - 03/03/2018 | | |
| **Disbursement** | | | 10/01/2017 - ongoing | |
| **MOU Initiatives** | | | | |
| **Federal Aid Billing Procedures** | | | | 04/01/2017 - 02/29/2020 |
| **Toll Credits** | | | | |
| **Organizational Capacity Development** | 03/31/2017 NTP / 10/29/2017 Final Report w/ Implementation Plan | | | 03/01/2017 - 12/31/2019 |
| **Expediting Project Delivery** | | | | |

GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

Source: Signed Memorandum of Understanding MOU-PR2016-02-29-094734

41

# Fiscal Measures Implementation Timeline

GOVERNMENT OF PUERTO RICO

Puerto Rico Highway and Transportation Authority

* As per Financial Projections in Fiscal Plan, measures will be implemented through the 10 years



# Financial Reform Implementation Timeline

Timeline: 2017 (May., Jun., Jul., Ago., Sept., Oct., Nov., Dic.) – 2018 (Ene., Feb., Mar., Abr., May.)

| Fiscal Reform | Dates |
|---|---|
| **Budget** | |
| Definition of Core Services | |
| Inclusion of tracking mechanisms | 12/31/2017 - 03/09/2018 |
| Implementation of a Zero-based Budget | 07/02/2017 - ongoing |
| **Procurement** | |
| Categorize goods and services | 01/01/2018 - 03/03/2018 |
| Creation of PMO Office | 06/01/2017 - 10/28/2017 |
| Review procurement contracts | 11/01/2017 - 12/31/2017 |
| **Disbursement** | |
| Establishment of Disbursement Authorization Group | 10/01/2017 - 12/30/2017 |
| Priority payment protocol based on Core Services Definition | 12/31/2017 - 03/01/2018 |
| Implementation of Rolling 13-week forecast and weekly reporting | 07/01/2017 – ongoing |

# MOU Initiatives Implementation Timeline



| MOU Initiatives | 2017 | | | | | | | | 2018 | | | | | Completed[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | May. | Jun. | Jul. | Ago. | Sept. | Oct. | Nov. | Dic. | Ene. | Feb. | Mar. | Abr. | May. | |
| **I. Federal –aid Billing Procedures** | | | | | | | | | | | | | | |
| Implement 100% EFT to contractors | | | | | On going | | | | | | | | | ✔ |
| Achieve 40 days lead time for contractor payment | | | | | On going | | | | | | | | | ✔ |
| Upgrade Billing electronic tracking system | | | | July 2017 – July 2018 | | | | | | | | | | |
| Achieve next day payment after fund receipt | | | | | On going | | | | | | | | | ✔ |
| **II. Toll Credits** | | | | | | | | | | | | | | |
| Identify & Validate existing balance of toll credits | | | | | | | | | | | | | | ✔ |
| Design & Implement changes to the approval, tracking & reconciliation processes | | | | July 2017 – July 2018 | | | | | | | | | | |
| **III. Organizational Capacity Development** | | | | | | | | | | | | | | |
| Billing Process Diagnostic of Current Situation | 04/01/2017 - 05/31/2017 | | | | | | | | | | | | | |
| Billing Process Design & Recommendations | | 06/01/2017 - 07/31/2017 | | | | | | | | | | | | |
| Project Development Process Diagnostic of Current Situation | 04/01/2017 - 06/30/2017 | | | | | | | | | | | | | |
| Project Development Process Design & Recommendations | | | 07/01/2017 - 10/20/2017 | | | | | | | | | | | |
| **IV. Expediting Project Delivery** | | | | | | | | | | | | | | |
| Improve email communication system through | Email migration completed on Feb 2017 | | | | | | | | | | | | | ✔ |
| Improve Project Management System (PMIS) | | | | 02/24/2017 - 02/23/2023 | | | | | | | | | | |
| Report reason & action plan for projects with less than 5% of expended funds | | | | | | | | | | | | | | ✔ |
| Develop & Submit schedule to accelerate obligation of allocated funds | | | | | | | | | | | | | | ✔ |

**GOVERNMENT OF PUERTO RICO**
Puerto Rico Highway and Transportation Authority

[1]Action items from MOU completed; however, efforts still remain in assuring sustainability of those efforts

44

# IX. APPENDIX: PRHTA's MASS TRANSIT OPERATION OVERVIEW (INCLUDING TREN URBANO OPERATION)



GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

Pre-Decisional | Privileged & Confidential Draft | Analysis Subject to Material Change

# Tren Urbano is the first rapid transit system in the Caribbean and one of the most modern in the United States

## About Tren Urbano

- The Tren Urbano is the heavy rail component of the metropolitan transportation system. It encompasses a 16 stations alignment along 10.7 miles across the cities of Bayamón, Guaynabo and San Juan that serves as the spinal cord of the multimodal public transportation

- The Tren Urbano complements other forms of public transportation services in the San Juan metropolitan area such as the Metropolitan Bus Authority, Cataño Ferry, taxis and shuttles

- Currently underperforming its original ridership projections, it provide service to approximately 30,000 passengers daily with increase ridership during special events





GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

Pre-Decisional | Privileged & Confidential Draft | Analysis Subject to Material Change

# Ridership increased from the 8-9MM range to the 10-11MM range when prices were reduced from $1.50 to $0.75, negatively impacting revenue levels

**Historic Trends Tren Urbano: Ridership & Revenue**



Fare prices were reduced from $1.50 to $0.75 on April 2010 and raised back to $1.50 on October 2014

Data labels: 11,056,644; 10,562,510; 10,909,438; 10,877,223; 10,731,482; 10,399,180; 9,530,458; 8,958,243; 7,955,001; 8,020,030; 8,251,210

— Ridership
— Train Revenue in $

**Fare System**

- Regular                              $1.50
- Medicare Participants                $0.75
- Golden Age (60 a 74 años)            $0.75
- Handicapped Citizens                 $0.75
- Students                             $0.75
- Elderly (above 75 y/o)               Free
- Children (< 6 y/o)                   Free

- Unlimited Use
  - Day:                               $5.00
  - Week:                              $15.00
  - Month :                            $50.00
  - 3 Months:                          $90.00

Note: TU started revenue service in June 6, 2005

GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

Source: PRTHA

# PRHTA manages a series of mass transit bus systems servicing customers in the Metro Area

## First Transit Network-3rd Party Provider

- The **Metrobus** routes (E10 and T3 routes) run and extend through the heavy transited corridor between Tren Urbano Sagrado Corazón Station and the Covadonga Bus Terminal in Old San Juan

- **TU Conexión** service consists of four (4) fixed route bus service provided with smaller vehicles in areas where regular bus vehicles cannot be use due to geometrical limitations on the street network, or where travel demand cannot justify the use of regular transit buses in the vicinity of selected Tren Urbano Stations (Sagrado Corazón and Piñero).

- **Metro Urbano** is an express commuter type service, with stops only at the end points of the route, the Campanillas-Toa Baja Park-and-Ride Station and the Tren Urbano Bayamon Station.





GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

# 10-Year Projected Financial GAP for PRHTA's mass transit operation





# Baseline projections for PRHTA's mass transit operation results in a $524 million financial gap for the next ten years

## Projected Financial Gap over the 10 year period

$ thousands

| | 2016-17 P | 2017-18 P | 2018-19 P | 2019-20 P | 2020-21 P | 2021-22 P | 2022-23 P | 2023-24 P | 2024-25 P | 2025-26 P | Total 5 Yr | Total 10 Yr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **_Revenues_** | | | | | | | | | | | | |
| Transit Revenues (1) | 10,200 | 10,200 | 10,404 | 10,612 | 10,612 | 10,612 | 10,612 | 10,612 | 10,612 | 10,612 | 52,028 | 105,088 |
| Other income (2) | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 1,200 | 6,000 | 12,000 |
| _Total Revenues_ | $ 11,400 | $ 11,400 | $ 11,604 | $ 11,812 | $ 11,812 | $ 11,812 | $ 11,812 | $ 11,812 | $ 11,812 | $ 11,812 | $ 58,028 | $ 117,088 |
| Federal Aid-FTA (Sec. 5307 & Sec. 5309) (1) | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 100,000 | 200,000 |
| _Total Revenues After Federal Fund Transfers_ | $ 31,400 | $ 31,400 | $ 31,604 | $ 31,812 | $ 31,812 | $ 31,812 | $ 31,812 | $ 31,812 | $ 31,812 | $ 31,812 | $ 158,028 | $ 317,088 |
| **_Expenses_** | | | | | | | | | | | | |
| Salaries and related benefits (3) | (1,200) | (1,200) | (1,200) | (1,200) | (1,200) | (1,200) | (1,200) | (1,200) | (1,200) | (1,200) | (6,000) | (12,000) |
| Train operating and maintenance costs (1) | (65,360) | (66,478) | (68,090) | (69,733) | (69,733) | (69,733) | (69,733) | (69,733) | (69,733) | (69,733) | (339,394) | (688,059) |
| Integrated transportation system (1) | (14,076) | (14,075) | (14,075) | (14,075) | (14,075) | (14,075) | (14,075) | (14,075) | (14,075) | (14,075) | (70,376) | (140,751) |
| _Total operating expenses_ | $ (79,436) | $ (80,553) | $ (82,165) | $ (83,808) | $ (83,808) | $ (83,808) | $ (83,808) | $ (83,808) | $ (83,808) | $ (83,808) | $ (415,770) | $ (840,810) |
| **Total Fin. Gap Pre-Measures** | $ (48,036) | $ (49,153) | $ (50,561) | $ (51,996) | $ (51,996) | $ (51,996) | $ (51,996) | $ (51,996) | $ (51,996) | $ (51,996) | $ (251,742) | $ (523,722) |

1) Same assumptions as used in PRHTA Fiscal Plan (Section V, p. 34)
2) Other Income includes revenues from $600k from Metrobus ridership and about $600K coming from Advertising
3) Salaries and benefits assumed to continue at same rate as in FY2016 & FY2017



GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

# Some measures included in Section I, will have a direct impact on PRHTA Mass Transit Operation (including Tren Urbano)

**1** **Transform organization from an in-house infrastructure developer to contract management**

- Organize PRHTA into a world class infrastructure developer and manager moving towards a contract management business model, such as done today for different functions. Impact includes net savings from Organizational Transformation, Pre-Retirement Program, Overhead Savings, Additional Outsourcing costs and Rent Reduction

**Results**
$ millions, Full year impact

| | | | | | | | | |
|0.0|0.0| |0.0|0.1|0.1|0.5|2.0|2.0|2.0|
| | |0.2| | | | | | |

**2** **Optimization of Outsourcing Operations**

- PRHTA believes it can obtain additional savings in their Transit Services by promote more competition in the acquisition of equipment and services to guarantee the best possible prices

| 0.0 | 0.0 | 3.5 | 7.0 | 10.4 | 12.7 | 15.3 | 15.3 | 15.3 | 15.3 |
|2017p|2018p|2019p|2020p|2021p|2022p|2023p|2024p|2025p|2026p|

**3** **Commercial Real Estate Development**

- The Tren Urbano Alignment posses a considerable amount of currently unused Commercial Retail Space.  An initiative is underway market and lease those spaces.  This initiative will represent additional revenue and will enhance the experience of users of the system as increase ridership will make stations not only points of access to the rail system and its surroundings, but  also destinations themselves.

Initiative is under management evaluation/analysis. Current expectation is to generate  incremental revenues of $25K per year starting with FY 2018

**3** **Additional Measures to Reduce Transit Losses**

- Generate additional revenues from Advertising & Filming Rights
- Participate in Competitive Grants to procure additional Federal Funding
- Increase Safety Programs and Measures to reduce at a minimum patron claims
- Implement additional digital surveillance to reduce vandalism and perimeter breaches in so doing reducing costs associated to this activities

Initiative is under management evaluation/analysis. Initial expectation is to generate  incremental revenues of $400K at peak levels

**GOVERNMENT OF PUERTO RICO**
Puerto Rico Highway and Transportation Authority

1 Assumes Labor Transformation and Flexibility Act of 2017 applies to PRHTA and resources can be relocated appropriately
2 PRHTA submitted Pre-retirement Plan to Office of Management and Budget (OMB)  on December 2016 for approval
Source: Analysis and Labor need by PRHTA ; Pre retirement analysis by PRHTA; Operating budget 2016

51

# Financial Gap after measures

## Projected Financial Gap over the 10 year period

$ thousands

| | 2016-17 P | 2017-18 P | 2018-19 P | 2019-20 P | 2020-21 P | 2021-22 P | 2022-23 P | 2023-24 P | 2024-25 P | 2025-26 P | Total 5 Yr | 10 Yr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Fin. Gap Pre-Measures** | $ (48,036) | $ (49,153) | $ (50,561) | $ (51,996) | $ (51,996) | $ (51,996) | $ (51,996) | $ (51,996) | $ (51,996) | $ (51,996) | $ (251,742) | $ (523,722) |
| *Measures* | | | | | | | | | | | | |
| Organizational Transformation (1) | $ - | $ - | $ (232) | $ 30 | $ 77 | $ 124 | $ 546 | $ 1,957 | $ 1,957 | $ 1,957 | $ (125) | $ 6,416 |
| Optimization of Outsourcing Operations (1) | $ - | $ - | $ 3,475 | $ 6,950 | $ 10,425 | $ 12,741 | $ 15,290 | $ 15,290 | $ 15,290 | $ 15,290 | $ 20,850 | $ 94,751 |
| **Total Impact from Measures** | $ - | $ - | $ 3,243 | $ 6,980 | $ 10,502 | $ 12,865 | $ 15,836 | $ 17,247 | $ 17,247 | $ 17,247 | $ 20,725 | $ 101,167 |
| | | | | | | | | | | | | |
| **Total Financial Gap after Measures** | $ (48,036) | $ (49,153) | $ (47,318) | $ (45,016) | $ (41,494) | $ (39,131) | $ (36,160) | $ (34,749) | $ (34,749) | $ (34,749) | $ (231,017) | $ (422,555) |

## Summary of Results

- PRHTA's mass transit operation Fiscal Measures of $101 MM are expected in the next ten years

- Funding gap expected to be reduced from $524MM to $423MM after measures

- Management is assessing additional measures to close the GAP even further

- Management to complete PRITA (Puerto Rico Integrated Transit Authority) integration in order to enable further significant savings and revenue enhancements opportunities



GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

Source: PRHTA Management Assessment ; Pre-retirement Plan submitted to OMB; Operating budget 2016

Pre-Decisional | Privileged & Confidential Draft | Analysis Subject to Material Change

# A way forward for all Mass Transit operations (within PRHTA) including Tren Urbano

| | |
|---|---|
| **What is PRITA?** | • The Puerto Rico Integrated Transportation Authority (PRITA) was created by Act 123-2014 **to integrate the different transportation programs under one single entity**.  A requirement prior to the full integration within PRITA was acquiring Federal Grantee Status (currently the Tren Urbano project falls under the Puerto Rico Highway and Transportation Authority as Grantee of the Federal Transit Administration) |
| **Obtain Grantee Status & Consolidate** | • The PRHTA new executive team is diligently working in partnership with PRITA and the FTA **to complete all  pending requirements to obtain the Grantee Status**.  The law provides that once the grantee status is granted to PRITA, PRHTA will fully transfer the TU Project to PRITA who will in turn**, consolidate the administration, finance, human resources and other management overhead** of the current Metropolitan Bus Authority, the Maritime Transportation Authority and the Tren Urbano Project. |
| **Achieve Planned Synergies** | • Just like the PRHTA, PRITA is subject to the Public Policy established by the Department of Transportation and Public Works but with this separation, the Tren Urbano can **develop new ways to enhance its profitability by integrating with the other transportation components, maximizing savings opportunities, focusing on the development of additional sources of revenue** while establishing a governance structure that guarantees stability throughout political cycles |



GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

# X. APPENDIX: FINANCIAL PROJECTIONS NOTES ON BASE CASE SCENARIO



GOVERNMENT OF PUERTO RICO
Puerto Rico Highway and Transportation Authority

# Financial Projections Assumptions and Notes on Base Case Scenario

(1)  Revenues from Tolls, Gasoline taxes, Diesel taxes, Petroleum Products taxes, Cigarette taxes and Vehicle License Fees are projected in a span of ten years using values from the Government of Puerto Rico Certified Fiscal Plan

(2)  No change in toll tariffs is considered

(3)  Revenues due to vehicle license fees are projected to remain constant per year

(4)  Other income (impact fees, advertisement, etc.) revenue line was provided by PRHTA management

(5)  All operational expenses were based on operational budget 2016

(6)  All Construction expenses are PRHTA management estimates

(7)  Clawback values are taken to be equal to the amount of revenues coming from Gasoline taxes, Diesel taxes, Petroleum Products taxes, Cigarette taxes and Vehicle License Fees

(8)  Debt Service information was provided by PRHTA management

(9)  Reflects estimated amounts to maintain necessary operating expenses before debt service



GOVERNMENT OF PUERTO RICO

Puerto Rico Highway and Transportation Authority

# XI. APPENDIX: Additional information



GOVERNMENT OF PUERTO RICO

Puerto Rico Highway and Transportation Authority

# PR-18 Value Engineering Example

**Express Lanes Project - Las Américas Expressway (PR-18)**

**Original Proposal: Construction of a 950 meter bridge**

Estimated cost: $30.9M



**New Proposal: Construction levelled with current lanes**

Estimated Cost: $15.9M





GOVERNMENT OF PUERTO RICO

Puerto Rico Highway and Transportation Authority

Source: "Infraestructura Vial de Puerto Rico: Retos y Soluciones" Presentation by Eng. Carlos Contreras