**Estimated Hearing Date**: October 30, 2019 at 9:30 a.m. (Atlantic Standard Time)
**Objection Deadline**: September 12, 2019at 4:00 p.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

       Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

## SUMMARY COVER PAGE TO THE SIXTH INTERIM APPLICATION OF O'NEILL & BORGES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTORS, FOR THE PERIOD OF FEBRUARY 1, 2019 THROUGH MAY 31, 2019

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtors Pursuant to PROMESA Section 315(b) |
| Time period covered by this consolidated statement: | February 1, 2019 through May 31, 2019 |
| Monthly Fee Statements subject to this request: | February, March, April and May 2019. |
| Total amount of compensation sought for legal services for this period: | $310,485.60 |
| Total amount of expense reimbursement sought for this period: | $4,808.81 |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Total compensation approved by interim order to date: | $1,529.971.83 (*see*, Dkts. No. 2911, 3656, 4508 and 6523) |
| Total expenses approved by interim order to date: | $34,332.98 (*see*, Dkts. No. 2911, 3656, 4508 and 6523) |
| Total compensation for legal services paid to date: | $1,720,574.61 |
| Total expenses paid to date: | $51,308.97 |
| Total compensation subject to objection: | None |
| Total expenses subject to objection: | None |
| Blended rate[2] in this application for all attorneys for the period of February 1, 2019 through May 31, 2019 | $219.90 |
| Number of professionals included in this application: | 30 |
| Difference between fees budgeted and compensation: | The compensation sought is in tune with prior fee estimates submitted to the Puerto Rico Department of Treasury. |
| Number of professionals billing fewer than 15 hours to this case: | 15 |
| Rates higher than those disclosed at retention: | As disclosed and agreed at the time of retention, rates were increased for all timekeepers as of December 1st, 2018. |
| Objection Deadline: | September 12, 2019 at 4:00 p.m. (Atlantic Standard Time) |

This is an: ___ monthly(consolidated)  _X_ interim ___ final application

---

[2] Please note blended rate computation does not take into account the agreed 10% discount.

**Estimated Hearing Date**: October 30, 2019 at 9:30 a.m. (Atlantic Standard Time)
**Objection Deadline**: September 12, 2019at 4:00 p.m. (Atlantic Standard Time)

**Schedule 1**
**Sixth Interim Compensation Period - Consolidated Fee Statements**
**February 1, 2019– May 31, 2019**

| Consolidated Fee Statement | | | | | |
|---|---|---|---|---|---|
| **Entity** | **Period** | **Fees requested to be paid (100%)** | **Fees previously requested to be paid at (90%)** | **Expenses requested to be paid (100%)** | **Total Fees and Expenses requested to be paid** |
| Commonwealth of Puerto Rico | February 1 through May 31, 2019 | 229,261.95 | 206,335.76 | 4,149.81 | 233,411.76 |
| HTA | February 1 through May 31, 2021 | 5,352.75 | 4,817.48 | 120.00 | 5,472.75 |
| ERS | February 1 through May 31, 2022 | 7,511.85 | 6,760.67 | 60.00 | 7,571.85 |
| PREPA | February 1 through May 31, 2023 | 68,359.05 | 61,523.15 | 479.00 | 68,838.05 |
| | | | | | |
| | **TOTALS** | 310,485.60 | 279,437.04 | 4,808.81 | $315,294.41 |

1

### Schedule 2
### Summary of Professional Services Rendered by
### Timekeeper for the Period February 1, 2019 through May 31, 2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **ALL TITLE III MATTERS** | | | | | | | |
| **Summary of Legal Fees for the Period  February 1 through May 31, 2019** | | | | | | | |
| **Professional** | **Position/Title** | **Department** | **Hourly Billing Rate** | **Total Billed Hours** | **Total Compensation** | **Blended Rate For Attorneys** | **Blended Rate For Paralegals** |
| Jorge L. Capó | Of Counsel | Labor | $295.00 | 0.50 | $ 147.50 | | |
| Hermann D. Bauer | Member | Litigation | $305.00 | 233.40 | $ 71,187.00 | | |
| José R. Cacho | Member | Corporate | $340.00 | 0.90 | $ 306.00 | | |
| Carla Garcia Benitez | Member | Litigation | $330.00 | 69.70 | $ 23,001.00 | | |
| Carlos E. George | Member | Labor | $250.00 | 68.40 | $ 17,100.00 | | |
| Rosa M. Lazaro | Member | Corporate | $345.00 | 5.50 | $ 1,897.50 | | |
| Julio Pietrantoni | Member | Corporate | $355.00 | 11.70 | $ 4,153.50 | | |
| Ubaldo Fernandez | Jr. Member | Litigation | $220.00 | 9.20 | $ 2,024.00 | | |
| Denisse Ortiz | Jr. Member | Corporate | $210.00 | 0.60 | $ 126.00 | | |
| Ana M. Rodríguez | Jr. Member | Litigation | $225.00 | 0.60 | $ 135.00 | | |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $210.00 | 422.70 | $ 88,767.00 | | |
| Jorge A. Candelaria | Associate | Corporate | $180.00 | 199.10 | $ 35,838.00 | | |
| Lorena Y. Gely | Associate | Labor | $170.00 | 8.10 | $ 1,377.00 | | |
| Paula A. Gonzalez | Associate | Litigation | $180.00 | 11.10 | $ 1,998.00 | | |
| Camille Marrero | Associate | Litigation | $175.00 | 44.60 | $ 7,805.00 | | |
| Diego R. Melendez | Associate | Litigation | $180.00 | 16.50 | $ 2,970.00 | | |
| Gabriel Miranda | Associate | Litigation | $185.00 | 64.70 | $ 11,969.50 | | |
| Karla M. Morales | Associate | Corporate | $180.00 | 49.60 | $ 8,928.00 | | |
| Daniel J. Perez Refojos | Associate | Litigation | $190.00 | 109.50 | $ 20,805.00 | | |
| Priscila M. Ramirez Segarra | Associate | Corporate | $180.00 | 2.90 | $ 522.00 | | |
| Christopher T. Rivera | Associate | Corporate | $180.00 | 18.30 | $ 3,294.00 | | |
| Francisco G. Rodríguez | Associate | Corporate | $180.00 | 10.30 | $ 1,854.00 | | |
| Ivette Rodriguez | Associate | Corporate | $170.00 | 56.50 | $ 9,605.00 | | |
| Filex E. Rosado | Associate | Labor | $165.00 | 87.00 | $ 14,355.00 | | |
| Olga M. Alicea | Paralegal | Litigation | $150.00 | 44.60 | $ 6,690.00 | | |
| Maria M Amaro | Paralegal | Corporate | $145.00 | 3.20 | $ 464.00 | | |
| Laura Jimenez Davies | Paralegal | Litigation | $145.00 | 4.40 | $ 638.00 | | |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 37.80 | $ 5,292.00 | | |
| Ana M. Ortiz | Paralegal | Labor | $140.00 | 2.00 | $ 280.00 | | |
| Vanessa Sanchez | Paralegal | Litigation | $150.00 | 9.70 | $ 1,455.00 | $ 219.90 | $ 145.71 |
| | **Totals** | | | | 344,984.00 | | |
| | **Less: 10% Courtesy discount** | | | | 34,498.40 | | |
| | **TOTALS** | | | 1,603.10 | $ 310,485.60 | $ 219.90 | $ 145.71 |

**COMMONWEALTH OF PR TITLE III**

**Summary of Legal Fees for the Period February 1 through May 31, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Jorge L. Capó | Of Counsel | Labor | $ 295.00 | 0.50 | $ 147.50 |
| Hermann D. Bauer | Member | Litigation | $ 305.00 | 149.00 | $ 45,445.00 |
| José R. Cacho | Member | Corporate | $ 340.00 | 0.90 | $ 306.00 |
| Carla Garcia Benitez | Member | Litigation | $ 330.00 | 43.20 | $ 14,256.00 |
| Carlos E. George | Member | Labor | $ 250.00 | 40.60 | $ 10,150.00 |
| Rosa M. Lazaro | Member | Corporate | $ 345.00 | 5.50 | $ 1,897.50 |
| Julio Pietrantoni | Member | Corporate | $ 355.00 | 8.50 | $ 3,017.50 |
| Ubaldo M. Fernandez | Jr. Member | Litigation | $ 220.00 | 5.60 | $ 1,232.00 |
| Denisse Ortiz | Jr. Member | Corporate | $ 210.00 | 0.60 | $ 126.00 |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $ 210.00 | 411.00 | $ 86,310.00 |
| Jorge A. Candelaria | Associate | Corporate | $ 180.00 | 142.90 | $ 25,722.00 |
| Lorena Y. Gely | Associate | Labor | $ 170.00 | 5.00 | $ 850.00 |
| Camille Marrero | Associate | Litigation | $ 175.00 | 27.40 | $ 4,795.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $ 185.00 | 51.30 | $ 9,490.50 |
| Paula A. Montalvo | Associate | Litigation | $ 180.00 | 7.10 | $ 1,278.00 |
| Karla M. Morales | Associate | Corporate | $ 180.00 | 49.60 | $ 8,928.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 190.00 | 74.90 | $ 14,231.00 |
| Priscila M. Ramirez Segarra | Associate | Corporate | $ 180.00 | 0.40 | $ 72.00 |
| Christopher T. Rivera | Associate | Corporate | $ 180.00 | 18.30 | $ 3,294.00 |
| Francisco G. Rodríguez | Associate | Corporate | $ 180.00 | 10.30 | $ 1,854.00 |
| Ivette Rodriguez | Associate | Corporate | $ 170.00 | 56.20 | $ 9,554.00 |
| Filex E. Rosado | Associate | Labor | $ 165.00 | 12.60 | $ 2,079.00 |
| Olga M. Alicea | Paralegal | Litigation | $ 150.00 | 23.00 | $ 3,450.00 |
| María M. Amaro | Paralegal | Corporate | $ 145.00 | 0.70 | $ 101.50 |
| Laura Jimenez Davies | Paralegal | Litigation | $ 145.00 | 4.00 | $ 580.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 140.00 | 29.10 | $ 4,074.00 |
| Ana M. Ortiz | Paralegal | Labor | $ 140.00 | 2.00 | $ 280.00 |
| Vanessa Sanchez | Paralegal | Litigation | $ 150.00 | 8.10 | $ 1,215.00 |
| | **Totals** | | | **1,188.30** | **$ 254,735.50** |
| | **Less: 10% Courtesy discount** | | | | **$ (25,473.55)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 229,261.95** |

3

### HTA TITLE III
### Summary of Legal Fees for the Period February 1 through May 31, 2019

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 305.00 | 6.40 | $ 1,952.00 |
| Julio Pietrantoni | Member | Corporate | $ 355.00 | 3.20 | $ 1,136.00 |
| Ubaldo M. Fernandez | Jr. Member | Litigation | $ 220.00 | 1.20 | $ 264.00 |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $ 210.00 | 4.30 | $ 903.00 |
| Paula A. Gonzalez | Associate | Litigation | $ 180.00 | 0.50 | $ 90.00 |
| Gabriel Miranda | Associate | Litigation | $ 185.00 | 2.70 | $ 499.50 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 190.00 | 3.90 | $ 741.00 |
| María M. Amaro | Paralegal | Corporate | $ 145.00 | 1.40 | $ 203.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 140.00 | 0.60 | $ 84.00 |
| Vanessa Sánchez | Paralegal | Litigation | $ 150.00 | 0.50 | $ 75.00 |
| | **Totals** | | | **24.70** | **$5,947.50** |
| | **Less: 10% Courtesy discount** | | | | **$ (594.75)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$5,352.75** |

### ERS TITLE III
### Summary of Legal Fees for the Period February 1 through May 31, 2019

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 305.00 | 1.50 | $ 457.50 |
| Daniel J. Pérez Refojos | Associate | Litigation | $ 190.00 | 3.90 | $ 741.00 |
| Diego R. Melendez | Associate | Litigation | $ 180.00 | 16.50 | $ 2,970.00 |
| Emiliarno Trigo Fritz | Jr. Member | Corporate | $ 210.00 | 1.80 | $ 378.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $ 185.00 | 0.80 | $ 148.00 |
| Hermann D. Bauer | Member | Litigation | $ 305.00 | 9.10 | $ 2,775.50 |
| Maria M Amaro | Paralegal | Corporate | $ 145.00 | 1.10 | $ 159.50 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 140.00 | 2.80 | $ 392.00 |
| Paula A. Gonzalez | Associate | Litigation | $ 180.00 | 0.70 | $ 126.00 |
| Ubaldo Fernandez | Jr. Member | Litigation | $ 220.00 | 0.70 | $ 154.00 |
| Vanessa Sánchez | Paralegal | Litigation | $ 150.00 | 0.30 | $ 45.00 |
| | **Totals** | | | **39.20** | **$8,346.50** |
| | **Less: 10% Courtesy discount** | | | | **$ (834.65)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$7,511.85** |

| PREPA TITLE III |||||||
| Summary of Legal Fees for the Period February 1 through May 31, 2019 |||||||
| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
| --- | --- | --- | --- | --- | --- |
| Hermann D. Bauer | Member | Litigation | $ 305.00 | 67.40 | $ 20,557.00 |
| Carla Garcia Benitez | Member | Litigation | $ 330.00 | 26.50 | $   8,745.00 |
| Carlos E. George | Member | Labor | $ 250.00 | 27.80 | $   6,950.00 |
| Ubaldo M. Fernández | Jr. Member | Litigation | $ 220.00 | 1.70 | $     374.00 |
| Ana M. Rodríguez | Jr. Member | Litigation | $ 225.00 | 0.60 | $     135.00 |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $ 210.00 | 5.60 | $   1,176.00 |
| Jorge A. Candelaria | Associate | Corporate | $ 180.00 | 56.20 | $ 10,116.00 |
| Lorena Y. Gely | Associate | Labor | $ 170.00 | 3.10 | $     527.00 |
| Camille Marrero | Associate | Litigation | $ 175.00 | 17.20 | $   3,010.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $ 185.00 | 9.90 | $   1,831.50 |
| Paula A. Gonzalez Montalvo | Associate | Litigation | $ 180.00 | 2.80 | $     504.00 |
| Daniel Perez Refojos | Associate | Litigation | $ 190.00 | 26.80 | $   5,092.00 |
| Priscila M. Ramirez Segarra | Associate | Corporate | $ 180.00 | 2.50 | $     450.00 |
| Filex E. Rosado | Associate | Labor | $ 165.00 | 74.40 | $ 12,276.00 |
| Ivette Rodríguez | Associate | Corporate | $ 170.00 | 0.30 | $      51.00 |
| Olga M. Alicea | Paralegal | Litigation | $ 150.00 | 21.60 | $   3,240.00 |
| Laura Jimenez Davies | Paralegal | Litigation | $ 145.00 | 0.40 | $      58.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 140.00 | 5.30 | $     742.00 |
| Vanessa Sánchez | Paralegal | Litigation | $ 150.00 | 0.80 | $     120.00 |
|  |  |  |  |  |  |
|  | Totals |  |  | 350.90 | $ 75,954.50 |
|  |  |  |  |  |  |
|  | Less: 10% Courtesy discount |  |  |  | $  (7,595.45) |
|  |  |  |  |  |  |
| SUMMARY OF LEGAL FEES |  |  |  |  | $ 68,359.05 |

### Schedule 3
### Summary of Professional Services Rendered by Project
### Category for the Period February 1, 2019 through May 31, 2019

| | Task Code | Matter Description | Total Billed Hours | Total Fees Requested | |
|---|---|---|---|---|---|
| | | **ALL TITLE III TASKS** | | | |
| | | **Summary of Legal Fees for the Period  February 1 through May 31, 2019** | | | |
| | 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 373.10 | $  71,521.50 | |
| | 202 | Legal Research | 131.90 | $  23,803.00 | |
| | 203 | Hearings and Other Non-filed Communications with the Court | 21.00 | $   5,286.50 | |
| | 204 | Communications with Claimholders | 0.50 | $      152.50 | |
| | 205 | Communications with the Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities | 0.40 | $      122.00 | |
| | 206 | Documents Filed on Behalf of the Board | 173.50 | $  36,543.50 | |
| | 207 | Non-Board Court Filings | 19.40 | $   5,546.50 | |
| | 208 | Stay Matters | 30.20 | $   9,177.00 | |
| | 209 | Adversary Proceeding | 205.90 | $  58,499.50 | |
| | 210 | Analysis and Strategy | 87.40 | $  17,815.50 | |
| | 211 | New-Budgeting | 141.70 | $  29,306.00 | |
| | 212 | General Administration and Governance | 4.70 | $   1,319.50 | |
| | 213 | Labor, Pension Matters | 103.30 | $  22,253.00 | |
| | 214 | Legal/Regulatory Matters | 5.20 | $      806.00 | |
| | 215 | Plan of Adjustment and Disclosure Statem | 153.20 | $  32,563.00 | |
| | 218 | Employment and fee applications | 13.40 | $   2,449.50 | |
| | 219 | Docketing | 29.90 | $   4,186.00 | |
| | 220 | Translations | 44.60 | $   6,690.00 | |
| | 221 | Discovery/2004 Examinations | 14.30 | $   4,277.50 | |
| | 222 | Claims and Claims Objections | 23.60 | $   7,138.00 | |
| | 223 | Assumption and Rejection of Leases | 20.70 | $   4,496.00 | |
| | 224 | Fee applications - O&B | 5.20 | $   1,032.00 | |
| | | Totals | | **$ 344,984.00** | |
| | | **Less: 10% Courtesy discount** | | **$ (34,498.40)** | |
| | | **SUMMARY OF LEGAL FEES** | **1,603.10** | **$ 310,485.60** | |

6

### COMMONWEALTH OF PR TITLE III

### Summary of Legal Fees for the Period February 1 through May 31, 2019

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 352.30 | $ 67,711.50 |
| 202 | Legal Research | 56.00 | $ 10,409.50 |
| 203 | Hearings and Other Non-filed Communications with the Court | 18.20 | $ 4,504.50 |
| 204 | Communications with Claimholders | 0.20 | $ 61.00 |
| 205 | Communications with the Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities | 0.40 | $ 122.00 |
| 206 | Documents Filed on Behalf of the Board | 123.60 | $ 26,286.00 |
| 207 | Non-Board Court Filings | 15.60 | $ 4,522.50 |
| 208 | Stay Matters | 18.60 | $ 5,639.00 |
| 209 | Adversary Proceeding | 106.50 | $ 29,572.50 |
| 210 | Analysis and Strategy | 33.70 | $ 7,840.00 |
| 211 | New-Budgeting | 139.60 | $ 28,865.00 |
| 212 | General Administration and Governance | 2.90 | $ 770.50 |
| 213 | Labor, Pension Matters | 71.90 | $ 16,864.50 |
| 214 | Legal/Regulatory Matters | 4.80 | $ 748.00 |
| 215 | Plan of Adjustment and Disclosure Statem | 144.80 | $ 30,961.50 |
| 218 | Employment and fee applications | 11.70 | $ 2,141.00 |
| 219 | Docketing | 21.20 | $ 2,968.00 |
| 220 | Translations | 23.00 | $ 3,450.00 |
| 221 | Discovery/2004 Examinations | 1.70 | $ 518.50 |
| 222 | Claims and Claims Objections | 21.40 | $ 6,467.00 |
| 223 | Assumption and Rejection of Leases | 20.10 | $ 4,313.00 |
| | **Totals** | | **$ 254,735.50** |
| | **Less: 10% Courtesy discount** | | **$ (25,473.55)** |
| | **SUMMARY OF LEGAL FEES** | **1,188.20** | **$ 229,261.95** |

7

### HTA TITLE III

### Summary of Legal Fees for the Period February 1 through May 31, 2019

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Board, Members, Staff, Advisor, Consult | 1.10 | $ 231.00 |
| 203 | Hearings and nonfield comm with court | 0.30 | $ 91.50 |
| 204 | Communications with Claimholders | 0.30 | $ 91.50 |
| 206 | Documents Filed on Behalf of the Board | 5.70 | $ 1,261.50 |
| 207 | Non-Board Court Filings | 1.30 | $ 292.00 |
| 208 | Stay Matters | 0.70 | $ 213.50 |
| 209 | Adversary Proceeding | 5.90 | $ 1,959.50 |
| 210 | Analysis and Strategy | 2.50 | $ 462.50 |
| 211 | Budgeting | 1.60 | $ 336.00 |
| 215 | Plan of Adjustment and Disclosure | 1.60 | $ 245.00 |
| 218 | Employment and fee applications | 0.70 | $ 127.00 |
| 219 | Docketing | 0.60 | $ 84.00 |
| 222 | Claims and Claims Objections | 0.70 | $ 213.50 |
| 224 | Fee applications - O&B | 1.70 | $ 339.00 |
| | | | |
| | | | |
| | Totals | | $ 5,947.50 |
| | | | |
| | **Less: 10% Courtesy discount** | | $ (594.75) |
| | | | |
| | **SUMMARY OF LEGAL FEES** | **24.70** | $ 5,352.75 |
| | | | |

**ERS TITLE III**

**Summary of Legal Fees for the Period February 1 through May 31, 2019**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 202 | Legal Research | 16.80 | $ 3,061.50 |
| 206 | Documents Filed on Behalf of the Board | 5.70 | $ 1,194.00 |
| 207 | Non-Board Court Filings | 0.40 | $    122.00 |
| 208 | Stay Matters | 0.20 | $     61.00 |
| 209 | Adversary Proceeding | 6.10 | $ 1,860.50 |
| 210 | Analysis and Strategy | 0.60 | $    183.00 |
| 211 | Budgeting | 0.20 | $     42.00 |
| 215 | Plan of Adjustment and Disclosure | 2.70 | $    495.50 |
| 218 | Employment and fee applications | 0.70 | $    126.00 |
| 219 | Docketing | 2.80 | $    392.00 |
| 221 | Discovery/2004 Examinations | 0.50 | $    152.50 |
| 222 | Claims and Claims Objections | 1.50 | $    457.50 |
| 224 | Fee applications - O&B | 1.00 | $    199.00 |
|  |  |  |  |
|  | Totals |  | **$ 8,346.50** |
|  |  |  |  |
|  | **Less: 10% Courtesy discount** |  | **$   (834.65)** |
|  |  |  |  |
|  | **SUMMARY OF LEGAL FEES** | **39.20** | **$ 7,511.85** |

9

### PREPA TITLE III

### Summary of Legal Fees for the Period February 1 through May 31, 2019

| | | | | |
|---|---|---|---|---|
| 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 19.70 | $ | 3,579.00 |
| 202 | Legal Research | 59.10 | $ | 10,332.00 |
| 203 | Hearings and Other Non-filed Communications with the Court | 2.50 | $ | 690.50 |
| 206 | Documents filed on behalf of the Board | 38.50 | $ | 7,802.00 |
| 207 | Non-Board Court Filings | 2.00 | $ | 610.00 |
| 208 | Stay Matters | 10.70 | $ | 3,263.50 |
| 209 | Adversary Proceeding | 87.40 | $ | 25,107.00 |
| 210 | Analysis and Strategy | 50.60 | $ | 9,330.00 |
| 211 | Budgeting | 0.30 | $ | 63.00 |
| 212 | General Administration and Governance | 1.80 | $ | 549.00 |
| 213 | Labor, Pension Matters | 31.40 | $ | 5,388.50 |
| 214 | Legal/Regulatory Matters | 0.40 | $ | 58.00 |
| 215 | Plan of Adjustment and Disclosure Statement | 4.10 | $ | 861.00 |
| 218 | Employment and Fee applications | 0.30 | $ | 55.50 |
| 219 | Docketing | 5.30 | $ | 742.00 |
| 220 | Translations | 21.60 | $ | 3,240.00 |
| 221 | Discovery/2004 Examinations | 12.10 | $ | 3,606.50 |
| 223 | Assumption and Rjection of Leases | 0.60 | $ | 183.00 |
| 224 | Fee applications - O&B | 2.50 | $ | 494.00 |
| | | | | |
| | | | | |
| | Totals | | $ | 75,954.50 |
| | | | | |
| | **Less: 10% Courtesy discount** | | $ | (7,595.45) |
| | | | | |
| | **SUMMARY OF LEGAL FEES** | 350.90 | $ | 68,359.05 |

**Schedule 4**
**Summary of Actual and Necessary Expenses Incurred**
**for the Period February 1, 2019 through May 31, 2019**

| Description - Expenses | Amounts |
|---|---|
| **ALL TITLE III EXPENSES** | |
| **Summary of Disbursements for the Period February 1 through May 31, 2019** | |
| IRS Stamps/Vouchers-PR Superior Court-Cost of Copies | $    30.00 |
| Overnight Delivery-UPS-Inv 725102049, District of Puerto Rico Office of USA Trustee | $    27.78 |
| Overnight Delivery-United Parcel Service, Inv 725102119, District of PR, Office of USA Trustee-3/29/2019 UMF | $    27.71 |
| Overnight Delivery-United Parcel Service, Inv 725102149, District of Puerto Rico, Office of USA Trustee-4/18/2019 UMF | $    27.78 |
| Parking Fee-Visit of San Juan  Superior Court to review file of casenumber KPE2002-1037 | $      4.74 |
| Filling fees- Clerk's Office-US District Courts, Pro Hac Vice application for Brandon C. Clark DJP/HDB, Jennifer L. Jones-DJP/GMR/HDB and Admission Matthew Triggs-On March 27 to 29-GAM/HDB | $  900.00 |
| Filling fees- Clerk's Office-US District Courts, Pro Hac Vice application of Meghan K Spillane and Marshall H. Fishaman-DJP/AAI | $  600.00 |
| Filling fees- Clerk's Office-US District Courts, Pro Hac Vice application for Michael T Mervis and APS 19-0291 to 19-0295-GMR/HDB | $2,300.00 |
| Filing Fees- Certificate UCC Search-Employees Retirement System of the Government of the Commonwealth of Puerto Rico; Certificate UCC Retirement System for employees of the Government of | $    60.00 |
| Duplicating | $    83.80 |
| Duplicating color | $    46.00 |
| Messenger Delivery | $    74.00 |
| Process Server-5/9/2019, Deliver check at Federal Court-CGB/HDB | $    20.00 |
| Clerk US District Court, Filing Fee for Notice of Removal Utier v Prepa Re: SJ2019cv03986 -CGB | $  400.00 |
| Miscelllaneous - Certified Check Fee for Filing Fee Re: APS 19-0291 to 19-0295-HDB | $    15.00 |
| UCC Search in the Department of State- Highways and Transportation Authority of Puerto Rico-MMA | $  120.00 |
| UCC search/Filing-Search in the Department of State-Commonwealth of Puerto Rico-ELA-MMA | $    72.00 |
| | |
| | |
| | |
| **SUMMARY OF DISBURSEMENTS** | **$4,808.81** |
| | |

11

| COMMONWEALTH OF PR TITLE III | | |
| :-- | :-- | :-- |
| **Summary of Disbursements for the Period February 1 through May 31, 2019** | | |
| **Description - Expenses** | | **Amounts** |
| IRS Stamps/Vouchers-PR Superior Court-Cost of Copies | $ | 30.00 |
| Overnight Delivery-UPS-Inv 725102049, District of Puerto Rico Office of USA Trustee | $ | 27.78 |
| Overnight Delivery-United Parcel Service, Inv 725102119, District of PR, Office of USA Trustee-3/29/2019 UMF | $ | 27.71 |
| Overnight Delivery-United Parcel Service, Inv 725102149, District of Puerto Rico, Office of USA Trustee-4/18/2019 UMF | $ | 27.78 |
| Parking Fee-Visit of San Juan  Superior Court to review file of casenumber KPE2002-1037 | $ | 4.74 |
| Filling fees- Clerk's Office-US District Courts, Pro Hac Vice application for Brandon C. Clark DJP/HDB, Jennifer L. Jones-DJP/GMR/HDB and Admission Matthew Triggs-On March 27 to 29-GAM/HDB | $ | 900.00 |
| Filling fees- Clerk's Office-US District Courts, Pro Hac Vice application of Meghan K Spillane and Marshall H. Fishaman-DJP/AAI | $ | 600.00 |
| Filling fees- Clerk's Office-US District Courts, Pro Hac Vice application for Michael T Mervis and APS 19-0291 to 19-0295-GMR/HDB | | $2,300.00 |
| Duplicating | $ | 24.80 |
| Duplicating color | $ | 46.00 |
| UCC search/Filing-Search in the Department of State-Commonwealth of Puerto Rico-ELA-MMA | $ | 72.00 |
| Messenger Delivery | $ | 74.00 |
| Miscelllaneous - Certified Check Fee for Filing Fee Re: APS 19-0291 to 19-0295-HDB | $ | 15.00 |
| | | |
| **SUMMARY OF DISBURSEMENTS** | | **$4,149.81** |
| | | |

| HTA TITLE III | |
| :-- | :-- |
| **Summary of Disbursements for the Period February 1 through May 31, 2019** | |
| **Description - Expenses** | **Amounts** |
| UCC Search in the Department of State- Highways and Transportation Authority of Puerto Rico. | $120.00 |
| | |
| **SUMMARY OF DISBURSEMENTS** | **$ 120.00** |
| | |

12

## ERS TITLE III

### Summary of Disbursements for the Period February 1 through May 31, 2019

| Description - Expenses | Amounts |
|---|---|
| Filing Fees- Certificate UCC Search-Employees Retirement System of the Government of the Commonwealth of Puerto Rico; Certificate UCC Retirement System for employees of the Government of the Commonwealth of Puerto Rico; and Certificate UCC Search-Employees Retirement System of Estado Libre Asociado of Puerto Rico-MMA | $  60.00 |
| | |
| **SUMMARY OF DISBURSEMENTS** | **$  60.00** |
| | |
| | |

## PREPA OF PR TITLE III

### Summary of Disbursements for the Period February 1 through May 31, 2019

| Description - Expenses | Amounts |
|---|---|
| Duplicating | $  59.00 |
| Process Server-5/9/2019, Deliver check at Federal Court-CGB/HDB | $  20.00 |
| Clerk US District Court, Filing Fee for Notice of Removal Utier v Prepa Re: SJ2019cv03986 -CGB | $ 400.00 |
| **SUMMARY OF DISBURSEMENTS** | **$ 479.00** |
| | |

13

**Estimated Hearing Date**: October 30, 2019 at 9:30 a.m. (Atlantic Standard Time)
**Objection Deadline**: September 12, 2019at 4:00 p.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

## SIXTH INTERIM APPLICATION OF O'NEILL & BORGES LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTORS, FOR THE PERIOD OF FEBRUARY 1, 2019 THROUGH MAY 31, 2019

To the Honorable United States District Court Judge Laura Taylor Swain:

     **COMES NOW** O'Neill & Borges LLC ("O&B"), attorneys for the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as representative of the Commonwealth of Puerto Rico ("Commonwealth"), Puerto Rico Highways and Transportation Authority ("HTA"), Employees Retirement System for the Commonwealth of Puerto Rico

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747). O'Neill & Borges LLC has already submitted its "final" application in the COFINA Title III case, albeit because of our role as counsel for such debtor, we continue to provide services and incur expenses on some remaining matters related to that Title III proceeding.  Such invoices will be submitted for approval pursuant to the Fee Examiner's guidance regarding the pertinent process to follow.

1

("ERS"), and Puerto Rico Electric Power Authority ("PREPA," jointly with the Commonwealth, HTA and ERS referred to as "Debtors") pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] hereby submits this Sixth interim application (the "Application"), pursuant to PROMESA sections 316 and 317, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),[3] Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "Local Rules"), and the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* issued by the Executive Office for the United States Trustee, 28 CFR Part 58, Appendix B (the "Guidelines"), and in accordance with this Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (Dkt. No. 3269) (the "Interim Compensation Order"), for (a) allowance of interim compensation for professional services performed by O&B for the period commencing February 1, 2019 through and including May 31, 2019 (the "Compensation Period") in the amount of $310,485.60, and (b) reimbursement of its actual and necessary expenses in the amount of $4,808.81.  In support thereof, O&B alleges and prays as follows:

## **Jurisdiction**

1.      The United States District Court for the District of Puerto Rico (the "Court") has subject matter jurisdiction pursuant to PROMESA section 306(a).

2.      Venue is proper in this district pursuant to PROMESA section 307(a).

3.      O&B submits this Application pursuant to PROMESA sections 316 and 317.

---

[2]  PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

[3]  The Bankruptcy Rules are made applicable to the Debtor's Title III case pursuant to PROMESA section 310.

## Background

4.      On June 30, 2016, the Oversight Board was established under PROMESA section 101(b).  On August 31, 2016, President Barack Obama appointed the Oversight Board's seven voting members.

5.      Pursuant to PROMESA section 315, "[t]he Oversight Board in a case under this subchapter is the representative of the debtor" and "may take any action necessary on behalf of the debtor to prosecute the case of the debtor, including filing a petition under section [304] of [PROMESA] . . . or otherwise generally submitting filings in relation to the case with the court." 48 U.S.C. § 2175.

6.      On September 30, 2016, the Oversight Board designated the Debtors as "covered entities" under PROMESA section 101(d).

7.      On May 3, 2017, the Oversight Board issued a restructuring certification pursuant to PROMESA sections 104(j) and 206 and filed a voluntary petition for relief for the Commonwealth pursuant to section 304(a) of PROMESA, commencing a case under title III thereof (the "Commonwealth's Title III Case"). Pursuant to PROMESA section 315(b), the Oversight Board is the Debtor's representative in the Commonwealth's Title III Case.

8.      On May 21, 2017, the Oversight Board issued a restructuring certification pursuant to PROMESA sections 104(j) and 206 and filed a voluntary petition for relief for the Puerto Rico Highways and Transportation Authority ("HTA") pursuant to section 304(a) of PROMESA, by and through the Oversight Board, as HTA's representative pursuant to PROMESA section 315(b), commencing a case under title III thereof (the "HTA's Title III Case"). Pursuant to PROMESA section 315(b), the Oversight Board is HTA's representative in the HTA's Title III Case.

9.       On May 21, 2017, the Oversight Board issued a restructuring certification pursuant to PROMESA sections 104(j) and 206 and filed a voluntary petition for relief for the Employees

Retirement System for the Commonwealth of Puerto Rico ("ERS") pursuant to section 304(a) of PROMESA, by and through the Oversight Board, as ERS's representative pursuant to PROMESA section 315(b), commencing a case under title III thereof (the "ERS's Title III Case"). Pursuant to PROMESA section 315(b), the Oversight Board is ERS's representative in the ERS's Title III Case.

10.     On July 3, 2017, the Oversight Board issued a restructuring certification pursuant to PROMESA sections 104(j) and 206 and filed a voluntary petition for relief for the Puerto Rico Electric Power Authority ("PREPA") pursuant to section 304(a) of PROMESA, by and through the Oversight Board, as PREPA's representative pursuant to PROMESA section 315(b), commencing a case under title III thereof (the "PREPA's Title III Case"). Pursuant to PROMESA section 315(b), the Oversight Board is PREPA's representative in the PREPA's Title III Case.

11.     The Commonwealth, HTA, ERS, and PREPA Title III Cases are jointly administered for procedural purposes only, pursuant to PROMESA section 304(g) and Bankruptcy Rule 1015. See Dkt. Nos. 242, 537, 1417.

12.     On June 27, 2019, O&B served on the Notice Parties its monthly fee statements for the month of February and March 2019.  On June 28, 2019, O&B served on the Notice Parties its monthly fee statements for the month of April 2019. Finally, on August 9, 2019, O&B served on the Notice Parties its monthly fee statements for the month of May 2019, and served the Notice Parties its amended monthly fee statement for the Commonwealth on August 22, 2019.

13.     In accordance with the Interim Compensation Order and as reflected in the foregoing summary, upon submitting such monthly fee statements, O&B has requested payment in the total amount of $279,437.04 of its fees (payment of ninety percent (90%) of the compensation sought) and reimbursement of $4,808.81 of related expenses (one-hundred percent

(100%) of expenses incurred) and has received $0 in fees and $0 in expenses with respect to fee statements filed during the Compensation Period.

### Summary of Services Rendered by O&B During the Compensation Period

14. This is O&B's Sixth interim application for compensation in the Debtors' Title III Cases.

15. O&B has served as Puerto Rico counsel for the Oversight Board, who as the Debtors' representative in these restructuring cases, defends their respective rights and interests in the multiplicity of litigation attacking the certified fiscal plans for the Debtors and their respective restructuring efforts in accordance with PROMESA, and engages with creditors and other stakeholders on alternatives for a Title III plan of adjustment. O&B has worked closely with Proskauer Rose LLP ("Proskauer") and other consultants for the Oversight Board in the formulation of the different legal strategies designed to further PROMESA's mandate of returning the Commonwealth to fiscal responsibility and access to capital markets.

16. O&B has worked with Proskauer in, among other things, the following: (a) preparation and filing of pleadings and briefs in litigation matters; (b) preparation for hearings; (c) research laws and jurisprudence, both Federal and local, regarding proposed plan issues, including bankruptcy, U.S. and P.R. Constitutional issues; and (d) performed other professional services as described in this Application and reflected in **Schedule 3** and **Exhibit B**.

17. O&B seeks an allowance, pursuant to the Interim Compensation Order, of $310,485.60 as compensation for professional services rendered and $4,808.81 as reimbursement for actual and necessary expenses incurred during the Compensation Period in connection with such professional services. The Application shows that for the Compensation Period in question O&B has applied a 10% discount on the hourly rates of all attorneys and paralegals working on these cases.

18.     O&B maintains electronic invoices in connection with the firm's representation of the Oversight Board as representative of the Debtor.  Copies of the electronic invoices with respect to the Oversight Board as representative of the Debtors for the Compensation Period are attached hereto as **Exhibit B**.

19.     O&B's summary of itemized time records for professionals and paralegals performing services for the Oversight Board with respect to the Debtors during the Compensation Period is attached hereto as **Schedule 1**.  During the Compensation Period, O&B billed the Oversight Board for time expended by attorneys based on O&B's hourly rate for each professional and paralegal as detailed in **Schedule 2**. The professional services performed by O&B during the Compensation Period resulted in 1,501.40 recorded hours by O&B's attorneys; and 101.70 recorded hours by paralegals. Furthermore, **Schedule 3** shows, for each Project Category (as defined below), the total recorded hours for each Project Category.  In accordance with Guidelines paragraph C.3, O&B's blended hourly rates are disclosed in **Schedule 1**.  The fees charged by O&B are in accordance with the firm's existing billing rates and procedures in effect during the Compensation Period. The rates O&B charges for the services rendered by its professionals and paralegals in these Title III cases are below or consistent with the competitive market rates in Puerto Rico for bankruptcy matters, charged by the other Puerto Rico counsels who have appeared in these cases.

20.     All entries itemized in O&B's time records comply with the requirements set forth in the Guidelines, including, without limitation, (a) the utilization of what O&B identifies as task codes (each a "Project Category"), (b) a description of each activity or service that each individual performed, and (c) the number of hours (in increments of one-tenth of an hour) spent by each individual providing the services.

**Applicant Statement In Compliance with Appendix B Guidelines C.5**

21.    The following answers are provided in response to the questions set forth in

Guidelines paragraph C.5:

| | |
|---|---|
| **Question**: | Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?  If so, please explain. |
| Response: | Yes.  O&B agreed to a 10% discount on the total amount billed in all invoices. |
| **Question**: | If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? |
| Response: | O&B did not prepare budgets for Oversight Board for the Compensation Period; but the fee applications are in-keeping with the non-binding fee estimate for the 2019-20 fiscal year submitted to the Puerto Rico Department of Treasury.  See, Docket No. 3269, ¶14. |
| **Question**: | Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? |
| Response: | No. |
| **Question**: | Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices?  (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.).  If so, please quantify by hours and fees. |
| Response: | No, the Application does not include time or fees related to reviewing time records or preparing, reviewing or revising invoices in connection with the preparation of monthly fee statements. |
| **Question**: | Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees. |
| Response: | No. |
| **Question**: | If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rate increases?  If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458? |

7

> Response: Yes, the Application includes rate increases, as agreed with the client in the original services proposal.  Moving forward, future increases will be submitted for approval pursuant to the procedures set forth at Docket No. 7678.

### Hearings and Conferences

22.  O&B attorneys, as Puerto Rico counsel for the Oversight Board, also attended hearings and participated in teleconferences with the Oversight Board, the Board's professional advisors, AAFAF and its professional advisors, the Unsecured Creditors' Committee and its professional advisors, and the Debtors' creditors and their professional advisors.  More than one O&B attorney may have participated in hearings and conferences when required in order to better represent the Debtors in a more cost-efficient manner and avoid unnecessary duplication and expense.

### Professionals Billing Fewer Than Five Hours per Month-

23.  The following chart indicates (a) professionals who billed fewer than five hours per month, (b) the months for which fewer than five hours were billed by the professional, and (c) an explanation of why the use of such professional was reasonable and necessary.  As a general matter, it was reasonable and necessary to consult with professionals with specific practice area expertise to assist the Debtors in the Title III cases.

| Professional | Month(s) in which less than 5 hours were billed | Explanation of Why Services Were Reasonable and Necessary |
|---|---|---|
| Jorge L. Capó | April 2019 | Mr. Capó is an Of Counsel who has over thirty years of experience in handling Labor and Employment issues, with ample knowledge regarding labor law reforms in Puerto Rico.  Mr. Capo was asked for limited assistance in analyzing the many labor law issues impacting the fiscal plans. |

| Professional | Month(s) in which less than 5 hours were billed | Explanation of Why Services Were Reasonable and Necessary |
|---|---|---|
| Cacho, José R. | April and May 2019 | Mr. Cacho is a member of our Corporate Department. His practice focuses on, among others, financing transactions, including public finance. Given his substantial experience in the public finance, Mr. Cacho continues to periodically provide the Oversight Board guidance regarding the Debtors' restructuring efforts. |
| George, Carlos E. | April 2019 | Mr. George is a member of our Labor Department, who consistently provides legal assistance to the Oversight Board regarding legal considerations that may impact the public employee structures. Given his substantial experience in this area, Mr. George continues to periodically provide the Oversight Board guidance regarding labor law issues that may impact the Debtors' restructuring efforts. |
| Lázaro, Rosa M. | February, April and May 2019 | Ms. Lázaro is a member of O&B's Corporate Department with many years of experience analyzing employee benefits and pension plan issues. She continues to assist the Oversight Board in these Title III cases by analyzing and providing advice on pension related issues. For efficiency purposes, the O&B legal team reaches out to Ms. Lazaro for guidance on how best to address finite issues that fall within her particular area of expertise. |
| Pietrantoni, Julio | February, March, April and May 2019 | Mr. Pietrantoni is a member of our Corporate Department. His practice focuses on, among others, financing transactions, including public finance. Given his expertise in public financing issues, Mr. Pietrantoni continues to periodically provide the Oversight Board guidance regarding issues impacting the Debtors' restructuring efforts. |
| Ortiz, Denisse | February 2019 | Ms. Ortiz is a junior member of O&B's Corporate Department, specializing in Taxation issues. She periodically provides advice on such issues, as they may impact the Debtors' restructuring efforts. |
| Fernández Barrera, Ubaldo M. | March, April and May 2019 | Mr. Fernandez is a junior member of the O&B Litigation Department who specializes in Bankruptcy law and has been consistently providing assistance in all of the Title II matters since their inception |

| Professional | Month(s) in which less than 5 hours were billed | Explanation of Why Services Were Reasonable and Necessary |
|---|---|---|
| Rodriguez, Ana M. | March 2019 | Ms. Ana M. Rodriguez is a Junior Member of the Litigation Department who, among other areas of expertise, handles most of our e-discovery issues. During the pertinent time period, she was asked to provide limited assistance regarding an e-discovery protocol issue. |
| Gely, Lorena Y. | May 2019 | Ms. Gely is an associate in our Labor Department, who has been consistently assisting in PROMESA related issues since her arrival at the firm. It is expected that she will continue to periodically provide assistance in labor related matters, as well as document review efforts. |
| Gónzalez-Montalvo, Paula A. | May 2019 | Ms. González-Montalvo is an associate in O&B's Litigation Department. Given her earlier participation in these proceedings, she continues to assist in the filing of key pleadings on behalf of the Oversight Board, as a representative of the Title III Debtors, or its consultants, as well as other related tasks. |
| Marrero, Camille | March 2019 | Ms. Marrero is an associate in O&B's Litigation Department, who joined the firm during this time period. She has aided the O'Neill & Borges LLC team in researching Puerto Rico law issues impacting the claims made against the Title III Debtors in various adversary proceedings. |
| Miranda, Gabriel | February 2019 | Mr. Miranda rejoined the firm as an associate of the Litigation Department in January 2019, after completing an LL.M. in bankruptcy law issues. After commencing with a limited workload relating to the Title III Debtors during the month of February, thereafter he has dedicated well over the five-hour monthly time limit. |
| Ramirez Segarrra, Priscila M. | February, March and April 2019 | Ms. Ramirez Segarra is an associate in O&B's Corporate Department who has previously assisted in researching and drafting legal memoranda regarding key issues of Puerto Rico contract law. She continues to assist in such fashion, as well as periodically assisting in document review projects. |
| Rivera, Christopher T. | May 2019 | Mr. Rivera is an associate in O&B's Corporate Department who has consistently assisted on a variety of PROMESA tasks, even if the amount of time for the mentioned months did not exceed 5 hours. Given his expertise in the area of Puerto Rico Taxes, he is periodically tasked with analyzing tax related issues, as well as helping in major document review projects. |

| Professional | Month(s) in which less than 5 hours were billed | Explanation of Why Services Were Reasonable and Necessary |
|---|---|---|
| Rodriguez, Francisco G. | March 2019 | Mr. Francisco G. Rodriguez is an associate in O&B's Corporate Department who has consistently assisted on a variety of PROMESA tasks.  Given his expertise in the area of Puerto Rico Taxes, he is periodically tasked with analyzing tax related issues, as well as helping in major document review projects. |
| Rodríguez, Ivette | February and May 2019 | Ms. Ivette Rodriguez is an associate in O&B's Corporate Department who has consistently assisted on a variety of PROMESA tasks.  She is periodically tasked with analyzing Puerto Rico related issues, as well as helping in major document review projects. |
| Alicea, Olga M. | April 2019 | Ms. Alicea is an experienced paralegal at the O'Neill & Borges LLC Litigation Department, as well as a USDC certified interpreter. She continues to periodically assist in translating key documents into the English language, for filing in the various Title III proceedings. |
| Amaro, Maria M. | April and May 2019 | Ms. Amaro is an experienced corporate paralegal at O&B's.  She has assisted with minor clerical tasks associated with the litigation efforts within the Title III proceedings. |
| Jimenez Davis, Laura | February 2019 | Ms. Jimenez Davis is an experienced litigation paralegal at O&B's.  She has assisted with minor clerical tasks associated with the litigation efforts within the Title III proceedings. |
| Ortiz, Ana M. | February 2019 | Ms. Ortiz is an experienced paralegal at O&B's Labor Department.  She has assisted with minor clerical tasks associated with the litigation efforts within the Title III proceedings |

**Summary of Legal Services Provided During the Compensation Period**

24.     The following is a brief narrative summary, listed by Project Category, of the professional services rendered by O&B during the Compensation Period.[4]

**(a) Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants (Project Category 201)
(Hours 373.10; Fees   $71,521.50)**

25.     This Project Category includes time spent communicating with the Oversight

---

[4]  The total fees mentioned in this section **exclude** the 10% discount agreed to upon the initial engagement.

Board, the Debtors, and their representatives, agents, and consultants.  In summary, O&B attorneys spent time communicating with Oversight Board professionals regarding Debtors' Title III cases strategy issues, economic analyses, fiscal plans issues, consulting matters, and litigation strategy. O&B attorneys further had multiple communications with the Oversight Board regarding mediation related issues and plans of adjustment and drafted or assisted in research related to memoranda on behalf of the Oversight Board related to these cases.

### (b) Legal Research (Project Category 202)
### (Hours 131.90; Fees $23,803.00)

26.     This Project Category includes legal research and analyses and time spent drafting memoranda in coordination with Proskauer regarding the analysis of legal issues including, but not limited to, local law matters. The following are some of the issues that were researched by O&B attorneys: (i) constitutional issues in connection with the Debtors' Title III cases; (ii) state law issues related to various matters impacting the Title III Proceedings; (iii) merits, stay, removal, dismissal, and transfer of actions; (iv) analysis on claw back rights; (v) protection of estate assets; (vi) regulatory matters; and (vii) discovery disputes.

### (c) Hearings and Other Non-Filed Communications with the Court
### (Project Category 203);
### (Hours 21.00; Fees $5,286.50)

27.     This Project Category includes communications with the Court and preparing for and attending hearings and in Court proceedings. Furthermore, O&B attorneys spent time communicating with the Court and regarding rules and hearing matters.

### (d) Communications with Claimholders (Project Category 204)
### (Hours 0.50; Fees $152.50)

28.     This category includes time spent by O&B attorneys communicating with the claimholders of Debtors. The time spent by O&B attorneys focused on issues related to stay matters and the procedures established pursuant to the Court's order for seeking relief from stay.

Furthermore, O&B attorneys spent time responding to creditors' inquiries. O&B attorneys also spent time on communications regarding mediation, negotiation, and settlement in the Title III cases and adversary proceedings.

**(e) Communications with the Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities (Project Category 205) (Hours 0.40; Fees $122.00)**

29.     As to this Project Category, O&B attorneys spent time communicating with the Debtor's representatives in various Title III related matters including but not limited to counsel and other advisors to AAFAF.

**(f) Documents Filed on Behalf of the Board (Project Category 206) (Hours 173.50; Fees $36,543.50)**

30.     O&B attorneys, as Puerto Rico counsel for the Oversight Board, spent considerable time drafting and reviewing pleadings filed on behalf of the Debtors. In summary, O&B attorneys worked with Proskauer in drafting and reviewing pleadings, motions for joint administration, first day motions, briefing on legal issues in motions, objections, and replies in contested matters and several adversary proceedings.

**(g) Non-Board Court Filings (Project Category 207) (Hours 19.40; Fees $5,546.50)**

31.     The time spent by O&B attorneys on this Project Category includes the review of Court orders, complaints, pleadings, motions filed by other parties and responses thereto. It also includes reviewing pleadings filed by other parties, to properly advise the Oversight Board whether a response is required and, where appropriate, assist in the preparation of such response.

**(h) Stay Matters (Project Category 208) (Hours 30.20; Fees $9,177.00)**

32.     This Project Category includes time spent by O&B attorneys in reviewing and analyzing motions and responses on relief from stay and researching issues related thereto. Among the multiple matters handle by O&B attorneys in this Project Category, the time spent also included

13

drafting and reviewing responses and motions on stay related matters.

**(i) Adversary Proceeding (Project Category 209)
(Hours 205.90; Fees $58,499.50)**

33.     The time spent on this Project Category includes various contested matters and adversary proceedings filed in relation to these Title III cases. O&B attorneys have spent time reviewing and drafting pleadings and motions as local counsel for the Oversight Board, as required by Local Rule 83A(f). Furthermore, O&B attorneys have spent time responding to discovery matters as Puerto Rico counsel for the Oversight Board, as the representative of the Title III Debtors.

**(j) Analysis and Strategy (Project Category 210)
(Hours 87.40; Fees $17,815.50)**

34.     This Project Category focuses on the time spent by O&B attorneys in relation to legal analysis and strategy as to the next steps and meetings with Proskauer to coordinate matters related to the Title III cases. It also includes analyzing the legal arguments raised in court filings by other parties, to properly advise the Oversight Board regarding the impact of those issues upon the Title III proceeding.

**(k) Budgeting (Project Category 211)
(Hours 141.70; Fees $29,306.00**

35.     This Project Category focuses on the time spent by O&B attorneys in relation to legal analysis and strategy of issues related to the various Debtors Fiscal Plans and Yearly Budgets.

**(l) General Administration (Project Category 212)
(Hours 4.70; Fees $1,319.50)**

36.     This Project Category includes time spent by O&B attorneys on general administration of the Debtors' Title III case. Among the general administration included in this Project Category are, among other, the following: (a) case status and coordination with Proskauer;

(b) analyzing matters on filing of documents with the Court and service thereof; and (c) coordinating matters related to calendar, deadlines, translations and filings.

**(m) Labor, Pension Matters (Project Category 213)
(Hours 103.30; Fees $22,253.00)**

37.     This Project Category includes time spent reviewing employee and retiree benefits and pension matters, which are mostly governed by highly technical Puerto Rico laws, as counsel for the Oversight Board and in coordination with Proskauer.

**(n) Legal/Regulatory Matters (Project Category 214)
(Hours 5.20; Fees $806.00)**

38.     This Project Category includes time spent by O&B in the analysis of and communications of any sort (including emails, calls and meetings) with any regulatory, Congressional or governmental agency regarding issues arising out of Title III proceedings.

**(o) Plan of Adjustment and Disclosure Statement (Project Category 215)
(Hours 153.20; Fees $32,563.00)**

39.     This Project Category includes time spent by O&B in providing assistance to the Oversight Board in the development of a plan of adjustment to the various Title III Debtors.  It also includes the analysis of the various legal and regulatory issues that may impact upon the viability of such plans.

**(p) Confirmation (Project Category 216)
(Hours 0; Fees $0)**

40.     This category encompasses time expended in the process of confirmation of a debtor's plan of adjustment. There were no hours expended for this task during this this time period.

**(q) Tax (Project Category 217)
(Hours 0; Fees $0.00)**

41.     The time spent on this Project Category includes time spent by O&B regarding analysis and communications of any sort related to tax issues impacting the Title III Debtors. There

were no hours expended for this task during this this time period.

**(r) Employment and Fee Applications (Project Category 218)**
**(Hours 13.40; Fees $2,449.50)**

42.   This Project Category includes time spent by O&B regarding analysis and communications of any sort related to any employment retention or fee application of other professionals in the relevant proceeding.

**(s) Docketing (Project Category 219)**
**(Hours 29.90; Fees $4,186.00)**

43.   This Project Category includes time spent by O&B paralegals reviewing orders and/or pertinent motions to ensure all up-coming court deadlines are identified and docketed in the calendars for the pertinent attorneys in charge of the specific matter or task.

**(t) Translations (Project Category 220)**
**(Hours 44.60; Fees $6,690.00)**

44.   This Project Category includes time spent by O&B paralegals or junior associates, when time constraints or other consideration so require- regarding translation of documents from Spanish to English. Some of these translations are necessary in order for the Oversight Board to make informed decisions impacting Title III strategy. Moreover, pursuant to Local R. 5(g), "all documents not in the English language which are presented or filed, whether as evidence or otherwise, must be accompanied by a certified translation into English….." Whenever court deadlines so-permit, O&B uses the services of its in-house certified interpreter, which is more cost-efficient than third-party services.

**(u) Discovery/2004 Examinations (Project Category 221)**
**(Hours 14.30; Fees $4,277.50)**

45.   This Project Category includes time spent by O&B in preparation for, or attending to, Rule 2004 examinations. Additionally, all discovery related tasks, including analysis of

discovery requests, potential privilege issues and review and analysis of discovery responses are included in this category.

### (v) Claims and Claims Objections (Project Category 222)
### (Hours 23.60; Fees $7,138.00)

46.     This Project Category includes time spent by O&B in analyzing claims against the debtor, as well as analyzing or preparing objections to such claims.

### (w) Assumption and Rejection of Leases (Project Category 223)
### (Hours 20.70; Fees $ $4,496.00)

47.     This Project Category includes time spent by O&B in analyzing issues relating to debtor's leases or executory contracts, as well as the revising or drafting any necessary court filings relating to these contracts.

### (x) Fee Applications – O&B (Project Category 224)
### (Hours 5.20; Fees $1,032.00)

48.     This Project Category includes time spent by O&B in the drafting and organization of the necessary filings for the collection of the fees claimed by O'Neill & Borges LLC for the work performed on behalf of the Oversight Board in these Title III proceedings.

49.     The professional services performed by O&B were reasonable, necessary, appropriate, and beneficial when rendered, facilitated the effective administration of the Debtors' Title III cases, and were in the best interests of the Oversight Board and the Debtors' creditors, residents, and other stakeholders. O&B further submits that the Compensation for which approval is being sought is commensurate with the complexity, importance, and time-sensitive nature of the problems, issues, and tasks involved.  The professional services of O&B were performed in an efficient and effective manner.

50.     Therefore, the Court should approve the compensation sought by O&B in compliance with the requirements in the Bankruptcy Code. Namely, the fees requested are fair and reasonable because these Title III case are complex matters that required the time spent by O&B

given the nature and extent of the services. Furthermore, O&B expertise in the bankruptcy field together with the value of its services and the costs of comparable services in other cases show further compliance with the Bankruptcy Code.

### Actual and Necessary Expenses of O&B

51.     Pursuant to the Guidelines, **Schedule 4** is O&B's summary of actual and necessary expenses incurred on behalf of the Oversight Board as representative of the Debtors during the Compensation Period.

52.     In accordance with paragraph C.13 of the Appendix B Guidelines and as more fully described in **Schedule 4**, O&B seeks reimbursement for its necessary and reasonable expenses, including: (a) reproduction, (b) online research, (c) delivery services and couriers, (d) postage, (e) local travel to and from airports, (f) out-of-town travel, (g) out-of-town meals, (h) court fees, (i) transcription services, (j) litigation support, and (l) professional services.  All expense entries are detailed and explained in **Exhibit B**.

53.     O&B currently charges from $0.10 (black and white) to $0.40 (color) per page for Title III photocopying expenses; and this is reflected in the submitted invoices. All expenditures are of the type customarily billed to clients are detailed on **Schedule 4**.

54.     During the Compensation Period, O&B has disbursed $4,808.81 as necessary and reasonable expenses.  The expenses charged are detailed and described in **Exhibit B** hereto. The actual expenses incurred by O&B were necessary, reasonable, and justified to effectively serve the needs of the Debtors in its Title III cases.

### Compensation Paid and Its Source

55.     The services and expenses for which O&B is requesting approval of the Court were performed or incurred on behalf of the Oversight Board as representative of the Debtors.  In connection with the matters covered by this Application, O&B received no payment and no

promises of payment for services rendered, or to be rendered, from any source other than the

Debtors.  There is no agreement or understanding between O&B and any other person, other than

members of the firm, for the sharing of compensation received for services rendered in these Title

III cases.

56.     PROMESA sections 316 and 317 provide for interim compensation of

professionals and govern the Court's award of such compensation.  48 U.S.C. §§ 2176-2177.

PROMESA section 316 provides that a court may award a professional person employed by the

Debtors or the Oversight Board under PROMESA "(1) reasonable compensation for actual,

necessary services rendered by the professional person, or attorney and by any paraprofessional

person employed by any such person; and (2) reimbursement for actual, necessary expenses."  48

U.S.C. § 2176(a).  Section 316 also sets forth the criteria for the award of such compensation and

reimbursement:

> In determining the amount of reasonable compensation to be
> awarded … the court shall consider the nature, the extent, and the
> value of such services, taking into account all relevant factors,
> including—
>
> (1) the time spent on such services;
>
> (2) the rates charged for such services;
>
> (3) whether the services were necessary to the administration of, or
> beneficial at the time at which the service was rendered toward the
> completion of, a case under this chapter;
>
> (4) whether the services were performed within a reasonable amount
> of time commensurate with the complexity, importance, and nature
> of the problem, issue, or task addressed;
>
> (5) with respect to a professional person, whether the person is board
> certified or otherwise has demonstrated skill and experience in the
> bankruptcy field; and
>
> (6) whether the compensation is reasonable based on the customary
> compensation charged by comparably skilled practitioners in cases
> other than cases under this subchapter or title 11.

48 U.S.C. § 2176(c).

57.     As noted above, the professional services and expenditures object of this Application were necessary and beneficial to the Oversight Board as representative of the Debtors. O&B worked diligently to anticipate or respond to the Oversight Board's needs and assist in the Oversight Board's role in these Title III cases.  The compensation for which O&B is requesting approval herein is reasonable in light of the nature, extent, and value of such services to the Oversight Board.

### Reservation of Rights

58.     O&B reserves the right to request compensation for services and reimbursement of such expenses in a future application that have not been processed in relation to the Compensation Period object of this Application.

### Notice

59.     Pursuant to the Interim Compensation Order, notice of this Application has been filed in the Commonwealth's Title III case and served upon:

(a) the Financial Oversight and Management Board, 40 Washington Square South, Office 314A, New York, NY 10012, Attn: Professor Arthur J. Gonzalez, Oversight Board Member;

(b) attorneys for the Oversight Board, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, Attn: Martin J. Bienenstock, Esq. (mbienenstock@proskauer.com) and Ehud Barak, Esq. (ebarak@proskauer.com), and Proskauer Rose LLP, 70 West Madison Street, Chicago, IL 60602, Attn: Paul V. Possinger, Esq. (ppossinger@proskauer.com);

(c)  attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), Suzzanne Uhland, Esq. (suhland@omm.com), and Diana M. Perez, Esq. (dperez@omm.com);

(d) attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, Marini Pietrantoni Muñiz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave, San Juan, PR 00917, Attn: Luis C. Marini-Biaggi, Esq. (lmarini@mpmlawpr.com) and Carolina Velaz-Rivero

Esq. (cvelaz@mpmlawpr.com);

(e) the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: *In re: Commonwealth of Puerto Rico*);

(f) attorneys for the Official Committee of Unsecured Creditors, Paul Hastings LLP, 200 Park Ave., New York, NY 10166, Attn: Luc. A Despins, Esq. (lucdespins@paulhastings.com);

(g) attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E. Añeses Negrón, Esq. (aaneses@cstlawpr.com);

(h) attorneys for the Official Committee of Retired Employees, Jenner & Block LLP, 919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq. (rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com), and Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege, Esq. (csteege@jenner.com) and Melissa Root, Esq. (mroot@jenner.com);

(i) attorneys for the Official Committee of Retired Employees, Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey, PR 00918, Attn: A.J. Bennazar-Zequeira, Esq. (ajb@bennazar.org);

(j) the Puerto Rico Department of Treasury, PO Box 9024140, San Juan, PR 00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting (Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez, CPA, Assistant Secretary of Central Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja Rodríguez, Deputy Assistant Secretary of Internal Revenue and Tax Policy (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Secretary of the Puerto Rico Treasury Department (francisco.pares@hacienda.pr.gov); and Francisco Peña Montañez, CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda.pr.gov);

(k) attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce de León Avenue, Citibank Tower, 12th Floor, San Juan, PR 00918, Attn: Eyck O. Lugo (elugo@edgelegalpr.com);

(l)  attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler (KStadler@gklaw.com);

(m) attorneys for AAFAF in the PREPA Title III proceeding, Greenberg Taurig LLP, 200 Park Avenue, New York, NY 10166, Attn. Nathan A. Haynes, Esq., haynesn@gtlaw.com;

(n) attorneys for the U.S. Bank National Association: Maslon LLP, 90 South Seventh Street, Suite 3300, Minneapolis, MN 55402, Attn: Clark T. Whitmore, Esq., clark.whitmore@maslon.com, William Z. Pentelovitch, Esq., bill.pentelovitch@maslon.com; John T. Duffey, Esq., john.duffey@maslon.com; and Jason M. Reed, Esq., jason.reed@maslon.com; and

(o) attorneys for the U.S. Bank National Association:Rivera, Tulla and Ferrer, LLC, 50 Quisqueya Street, San Juan, PR 00917, Attn: Eric A. Tulla, Esq., etulla@riveratulla.com and Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com.

**WHEREFORE** O&B respectfully requests that the Court enter an order (a) allowing interim compensation for professional services rendered during the Compensation Period in the amount of $310,485.60 (including the 10% professional compensation holdback amount) and reimbursement for actual and necessary expenses O&B incurred in connection with such services during the Compensation Period in the amount of $4,808.81; (b) directing the Debtor to pay promptly to O&B the difference between (i) the amount of interim compensation for professional services rendered, and reimbursement of expenses incurred during the Compensation Period allowed hereunder, and (ii) the amounts for such compensation and expenses previously paid to O&B, consistent with the provisions of the Interim Compensation Order; (c) allowing such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred without prejudice to O&B's right to seek additional compensation for services performed and expenses incurred during the Compensation Period, which were not processed at the time of this Application; and (d) granting O&B such other and further relief as is just and proper.

Dated:  August 23, 2019
     San Juan, Puerto Rico

Respectfully submitted,

*/s/ Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Attorneys for the Financial Oversight and
Management Board as representative
of debtors The Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportation
Authority, Employees Retirement System for
the Commonwealth of Puerto Rico, and Puerto
Rico Electric Power Authority*

**Estimated Hearing Date**: October 30, 2019 at 9:30 a.m. (Atlantic Standard Time)
**Objection Deadline**: September 12, 2019at 4:00 p.m. (Atlantic Standard Time)


## <u>Exhibit A</u>

**Certification under Guidelines**

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

-----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATION UNDER GUIDELINES
## FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS
## IN RESPECT OF SIXTH INTERIM FEE APPLICATION OF O'NEILL & BORGES LLC
## FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
## EXPENSES INCURRED AS ATTORNEYS FOR THE FINANCIAL OVERSIGHT AND
## MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE
## DEBTOR, THE COMMONWEALTH OF PUERTO RICO,
## <u>FOR THE PERIOD FEBRUARY 1, 2019 THROUGH MAY 31, 2019</u>

Pursuant to the *United States Trustee Guidelines for Reviewing Applications
for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys
in Larger Chapter 11 Cases* issued by the Executive Office for the United States Trustee, 28 CFR
Part 58, Appendix B (the "Guidelines"), together with the Local Rule 2016-1, the undersigned, a
Partner of O'Neill & Borges LLC ("O&B"), attorneys for the Financial Oversight and
Management Board for Puerto Rico (the "Oversight Board") as representative

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations). O'Neill & Borges LLC has already submitted its "final" application in the COFINA Title III case, albeit because of its role as counsel for such debtor, we continue to provide services and incur expenses on some remaining matters related to that Title III proceeding. Such invoices will be submitted for approval after the Fee Examiner provides guidance regarding the pertinent process to follow.

of the Commonwealth of Puerto Rico ("Commonwealth"), Puerto Rico Highways and Transportation Authority ("HTA"), Employees Retirement System for the Commonwealth of Puerto Rico ("ERS"), and Puerto Rico Electric Power Authority ("PREPA," jointly with the Commonwealth, HTA and ERS referred to as "Debtors"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] hereby certifies with respect to O&B's Sixth interim application for allowance of compensation for services rendered and reimbursement of expenses incurred with respect to the Debtors' Title III case, dated August 23, 2019 (the "Application"),[3] for the period from February 1, 2019 through and including May 31, 2019 (the "Compensation Period") as follows:

1. I am the professional designated by O&B in respect of compliance with the Guidelines and Local Rule 2016-1.

2. I make this certification in support of the Application for interim compensation and reimbursement of expenses incurred during the Compensation Period in accordance with the Guidelines and Local Rule 2016-1.

3. In respect of the Guidelines and Local Rule 2016-1, I certify that to the best of my knowledge, information, and belief formed after reasonable inquiry:

   a. I have read the Application;

   b. the fees and disbursements sought fall within the Guidelines;

   c. except to the extent that fees or disbursements are prohibited by the Guidelines, the fees and disbursements sought are billed at rates in accordance with practices customarily employed by O&B and generally accepted by O&B's clients; and

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms used but not defined herein have the meanings given to them in the Application.

    d.  in providing a reimbursable service, O&B does not make a profit on that service, where the service is performed by O&B in house or through a third party.

4.    I hereby certify that no public servant of the Puerto Rico Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Oversight Board. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities

5.    I certify that O&B has previously provided monthly statements of O&B's fees and disbursements by filing and serving monthly statements in accordance with the Interim Compensation Order (as defined in the Application), except that completing reasonable and necessary internal accounting and review procedures may have, at times, precluded filing fee statements within the time periods specified in the Order.

Dated: August 23, 2019
    San Juan, Puerto Rico

Respectfully submitted,

*/s/ Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
*Attorneys for the Financial Oversight and
Management Board as representative
of debtors The Commonwealth of Puerto Rico,
Puerto Rico Highways and Transportation
Authority, Employees Retirement System for the
Commonwealth of Puerto Rico, and Puerto Rico
Electric Power Authority*

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

      Debtors.

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## ORDER APPROVING SIXTH INTERIM FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FOR THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE DEBTORS FOR THE PERIOD FEBRUARY 1, 2019 THROUGH MAY 31, 2019

Upon the application (the "Application")[1] of O'Neill & Borges LLC ("O&B"), as attorneys

for the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") acting

as representative of the Commonwealth of Puerto Rico (the "Debtor") under section 315(b) of the

*Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] seeking,

pursuant to (a) PROMESA sections 316 and 317, (b) Rule 2016 of the Federal Rules of Bankruptcy

Procedure, (c) Local Rule 2016-1, (d) the *United States Trustee Guidelines for Reviewing*

*Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by*

*Attorneys in Larger Chapter 11 Cases* issued by the Executive Office for the United States Trustee,

28 CFR Part 58, Appendix B, and (e) this Court's *Second Amended Order Setting Procedures for*

*Interim Compensation and Reimbursement of Expenses of Professionals (Dkt. No. 3269)*, an

allowance of interim compensation for professional services rendered by O&B for the period

---

[1] Capitalized terms not defined in this order will have the meanings ascribed to them in the Application.

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

commencing February 1, 2019 through and including May 31, 2019 in the amount of $310,485.60,

and for reimbursement of its actual and necessary expenses in the amount of $4,808.81 incurred

during the Compensation Period; and, this Court having determined that the legal and factual bases

set forth in the Application establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefore, it is hereby **ORDERED** that:

1.      The Application is APPROVED as set forth herein.

2.      Compensation to O&B for professional services rendered during the Compensation

Period is allowed on an interim basis in the amount of $310,485.60.

3.      Reimbursement to O&B for expenses incurred during the Compensation Period is

allowed on an interim basis in the amount of $4,808.81.

4.      The Debtor is authorized to pay O&B all fees and expenses allowed pursuant to

this Order, including those that were previously held back pursuant to the Interim Compensation

Order, less any amounts previously paid for such fees and expenses under the terms of the Interim

Compensation Order.

5.      The Debtor is authorized to take all actions necessary to effectuate the relief granted

pursuant to this Order in accordance with the Application.

Dated: _____, 2019        _____
      San Juan, Puerto Rico                 Honorable Laura Taylor Swain
                                    United States District Judge