# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

----------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

     Debtor.

PROMESA
Title III

Case No. 17 BK 3566-LTS

----------------------------------------------------------------------x

## COVER SHEET TO TWENTY-SECOND MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO FOR THE PERIOD OF FEBRUARY 1, 2019 THROUGH FEBRUARY 28, 2019

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | February 1, 2019 through February 28, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $449.55 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $449.55 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twenty-second monthly fee application in these cases.

00660759; 1

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for February 2019.



/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On June 27th, 2019 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory
Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury:**
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**ERS TITLE III**

**Summary of Legal Fees for the Period February 1 through February 28, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 305.00 | 1.50 | $ 457.50 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 140.00 | 0.30 | $ 42.00 |
| | **Totals** | | | **1.80** | **$ 499.50** |
| | **Less: 10% Courtesy discount** | | | | **$ (49.95)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 449.55** |

**ERS TITLE III**

**Summary of Disbursements for the Period February 1 through February 28, 2019**

| Description - Expenses | Amounts |
|---|---|
| | $ - |
| **Totals** | **$ -** |
| **SUMMARY OF DISBURSEMENTS** | **$ -** |

**ERS TITLE III**

**Summary of Legal Fees for the Period February 1 through February 28, 2019**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 202 | Legal Research | 0.30 | $ 91.50 |
| 206 | Documents Filed on Behalf of the Board | 0.20 | $ 61.00 |
| 207 | Non-Board Court Filings | 0.20 | $ 61.00 |
| 208 | Stay Matters | 0.20 | $ 61.00 |
| 210 | Analysis and Strategy | 0.60 | $ 183.00 |
| 219 | Docketing | 0.30 | $ 42.00 |
| | | | $ 499.50 |
| | | | |
| | **Less: 10% Courtesy Discount** | | $ (49.95) |
| | | | |
| | **TOTALS** | **1.80** | $ 449.55 |

00660759; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $404.60, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $404.60.

## <u>Professional Certification</u>

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

<u>s/Ubaldo M. Fernández</u>
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# **Exhibit A**

# O'NEILL & BORGES LLC

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 7 64-8181
FAX (787) 753-8944

FOMB IN RE ERS TITLE III

March 5, 2019
Bill #: 345588
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 28, 2019:

**Client.Matter: P1704 - 0**

**RE: GENERAL**

| | |
|---|---|
| Total Professional Services | $ 499.50 |
| Less Discount | $ -49.95 |
| Net Professional Services | $ 449.55 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 449.55** |

SUITE 800
San Juan, PR 00918-1813
Tel. (787) 7 64-8181
Fax (787) 753-8944

# O'Neill & Borges LLC

**Client.Matter: P1704 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES



| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/04/19 | HDB | 210 | Review queries by M. Zerjal regarding statutory framework for employer contributions. (.30) Draft e-mail to R. Lazaro, E. Trigo and J. Pietrantoni regarding same. (.10) Review queries from M. Zerjal regarding modifications of employer contributions. (.20) | .60 | 305.00 | 183.00 |
| 2/20/19 | HDB | 207 | Review Third Supplemental Verified Statement of the ERS Secured Creditors Pursuant to Bankruptcy Rule 2019 | .20 | 305.00 | 61.00 |
| 2/22/19 | MMB | 219 | Docket court notice received by email dated February 22, 2019, regarding order dkt. 368 setting briefing schedule on dkt. 367 urgent motion to expedite consideration of motion of secured creditors - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 2/25/19 | HDB | 208 | Review Reply in Support of Urgent Motion to Expedite Consideration of Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Relief from the Automatic Stay | .20 | 305.00 | 61.00 |
| 2/25/19 | HDB | 202 | Review issues (.20) and coordinate research project regarding PR Fraudulent transfer law. (.10) | .30 | 305.00 | 91.50 |
| 2/25/19 | HDB | 206 | Review Tolling Agreement between the Commonwealth of Puerto Rico and ERS. | .20 | 305.00 | 61.00 |
| 2/25/19 | MMB | 219 | Docket court notice received by email dated February 25, 2019, regarding order dkt. 371 setting deadline to file supplemental briefs and declarations - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  345588

March 5, 2019

| 2/26/19 | MMB | 219 | Docket court notice received by email dated February 26, 2019, regarding order dkt. 375 setting briefing schedule - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 499.50 |
| Less Discount | | $ -49.95 |
| NET PROFESSIONAL SERVICES: | | $ 449.55 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 1.50 | 305.00 | 457.50 |
| MILAGROS MARCANO BAEZ | .30 | 140.00 | 42.00 |
| **Total** | **1.80** | | **$ 499.50** |

**TOTAL THIS INVOICE**                    **$ 449.55**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

        Debtor.

PROMESA
Title III

Case No. 17 BK 3566-LTS

-------------------------------------------------------------------x

## COVER SHEET TO TWENTY-THIRD MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO FOR THE PERIOD OF MARCH 1, 2019 THROUGH MARCH 31, 2019

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | March 1, 2019 through March 31, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $1,695.60 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $1,695.60 |

This is a: <u>X</u> monthly ___ interim ___ final application

This is O&B's twenty-third monthly fee application in these cases.

00660797; 1

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for March 2019.

<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

00660797; 1

On June 27th, 2019 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory
Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**ERS TITLE III**

**Summary of Legal Fees for the Period March 1 through March 31, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $305.00 | 1.00 | $ 305.00 |
| Ubaldo M. Fernandez | Jr. Member | Litigation | $220.00 | 0.30 | $ 66.00 |
| Paula A. Gonzalez | Associate | Litigation | $180.00 | 0.70 | $ 126.00 |
| Diego R. Melendez | Associate | Litigation | $180.00 | 7.30 | $ 1,314.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 0.20 | $ 28.00 |
| Vanessa Sánchez | Paralegal | Litigation | $150.00 | 0.30 | $ 45.00 |
| | | | | | |
| | **Totals** | | | **9.80** | **$ 1,884.00** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$ (188.40)** |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 1,695.60** |

**ERS TITLE III**

**Summary of Disbursements for the Period March 1 through March 31, 2019**

| Description - Expenses | Amounts |
|---|---|
| | $ - |
| | |
| **Totals** | **$ -** |
| | |
| **SUMMARY OF DISBURSEMENTS** | **$ -** |

### ERS TITLE III

### Summary of Legal Fees for the Period March 1 through March 31, 2019

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 202 | Legal Research | 7.30 | $ 1,314.00 |
| 209 | Adversary Proceeding | 0.80 | $ 244.00 |
| 218 | Employment and fee applications | 0.70 | $ 126.00 |
| 219 | Docketing | 0.20 | $ 28.00 |
| 221 | Discovery/2004 Examinations | 0.20 | $ 61.00 |
| 224 | Fee applications - O&B | 0.60 | $ 111.00 |
| | | | $ 1,884.00 |
| | | | |
| | **Less: 10% Courtesy Discount** | | $ (188.40) |
| | | | |
| | **TOTALS** | **9.80** | $ **1,695.60** |

00660797; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $1,526.04, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $1,526.04.

## Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00660797; 1

# **Exhibit A**

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE ERS TITLE III

April 3, 2019
Bill #: 347303
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2019:

**Client.Matter: P1704 - 0**

**RE: GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 1,640.00 |
| Less Discount | $ -164.00 |
| Net Professional Services | $ 1,476.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,476.00** |

IN ACCOUNT WITH

280 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/04/19 | DRM | 202 | Initial research as to the applicability of the Paulean Action under the Puerto Rico Civil Code to the claims raised by the ERS Bondholders before the Federal Bankruptcy Court in the Title III proceeding of the Retirement System. | 4.70 | 180.00 | 846.00 |
| 3/05/19 | VSN | 224 | As requested by U. Fernandez, review and compile December 2018 monthly fee application for Employee Retirement System Title III Case No. 17-3566. | .10 | 150.00 | 15.00 |
| 3/07/19 | HDB | 221 | Tel. conf with M. Dale and W. Dalsen regarding subpoena on Act 106. | .20 | 305.00 | 61.00 |
| 3/08/19 | UMF | 224 | Draft O&B's twentieth monthly fee application in the Title III case of the ERS. | .30 | 220.00 | 66.00 |
| 3/08/19 | VSN | 224 | As requested by U. Fernandez, update December 2018 monthly fee application for Employee Retirement System Title III Case No. 17-3566. | .20 | 150.00 | 30.00 |
| 3/14/19 | DRM | 202 | Continue research pertaining to application of constitutional takings clause to possible allegations ERS Creditors. | 2.60 | 180.00 | 468.00 |
| 3/18/19 | PAG | 218 | File the Second Interim Fee Application of Alvarez & Marsal North America, LLC, as representative of the Employee Retirement System of the Government of Puerto Rico, in ERS' Title III Case No. 17 BK 3566-LTS. | .30 | 180.00 | 54.00 |
| 3/18/19 | PAG | 218 | File the Notice of Filing of the Second Interim Fee Application of Alvarez & Marsal North America, LLC, as representative of the Employee Retirement System of the Government of Puerto Rico, in ERS' Title III Case No. 17 BK 3566-LTS. | .20 | 180.00 | 36.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  347303

April 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/18/19 | PAG | 218 | Draft e-mail to Prime Clerk to request service of the Second Interim Fee Application of Alvarez & Marsal North America, LLC, as representative of the Employee Retirement System of the Government of Puerto Rico, in the Lead Case No. 17 BK 3283-LTS and ERS' Title III Case No. 17 BK 3566-LTS, and corresponding Notices of Filing. | .20 | 180.00 | 36.00 |
| 3/18/19 | MMB | 219 | Docket court notice received by email dated March 15, 2019, regarding order dkt. 393 setting briefing schedule - H. Bauer, U. Fernandez, D. Pérez.. | .10 | 140.00 | 14.00 |
| 3/22/19 | MMB | 219 | Docket court notice received by email dated March 21, 2019, regarding order dkt. 404 on procedures to April 1, 2019 hearing, setting deadline to file informative motions, register with Court Solutions - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES          $ 1,640.00

Less Discount                                          $ -164.00

NET PROFESSIONAL SERVICES:              $ 1,476.00

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | .20 | 305.00 | 61.00 |
| UBALDO M. FERNANDEZ BARRERA | .30 | 220.00 | 66.00 |
| DIEGO R. MELENDEZ | 7.30 | 180.00 | 1,314.00 |
| PAULA A. GONZALEZ MONTALVO | .70 | 180.00 | 126.00 |
| MILAGROS MARCANO BAEZ | .20 | 140.00 | 28.00 |
| VANESSA SANCHEZ | .30 | 150.00 | 45.00 |
| Total | 9.00 | | $ 1,640.00 |

**TOTAL THIS INVOICE**              $ 1,476.00

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

April 3, 2019
Bill #:   348585
Billing Attorney:  CGB

FOMB IN RE ERS TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2019:

**Client.Matter: P1704 - 805**

**RE:  19-AP-00028 COOP AHORRO Y CREDITO VEGABAJENA V FOMB-HDB-CGB**

| | |
|---|---:|
| Total Professional Services | $ 244.00 |
| VOLUME DISCOUNT | $ -24.40 |
| Net Professional Services | $ 219.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 219.60** |

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 805**
**RE:  19-AP-00028 COOP AHORRO Y CREDITO VEGABAJENA V FOMB-HDB-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/15/19 | HDB | 209 | Review Adversary Complaint filed by Cooperativa Vegabajeña. | .80 | 305.00 | 244.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 244.00 |
| VOLUME DISCOUNT | $ -24.40 |
| NET PROFESSIONAL SERVICES: | $ 219.60 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .80 | 305.00 | 244.00 |
| Total | .80 | | $ 244.00 |

### TOTAL THIS INVOICE                                        $ 219.60

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

           Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

--------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

           Debtor.

PROMESA
Title III

Case No. 17 BK 3566-LTS

--------------------------------------------------------------------x

## COVER SHEET TO TWENTY-FOURTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, FOR THE PERIOD OF APRIL 1, 2019 THROUGH APRIL 30, 2019

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | April 1, 2019 through April 30, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $3,299.40 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $3,299.40 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twenty-fourth monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for April 2019.

<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On June 28th, 2019 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory
Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy,
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**ERS TITLE III**

**Summary of Legal Fees for the Period April 1 through April 30, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $305.00 | 4.00 | $ 1,220.00 |
| Emiliarno Trigo Fritz | Jr. Member | Corporate | $210.00 | 1.60 | $ 336.00 |
| Diego R. Melendez | Associate | Litigation | $180.00 | 9.20 | $ 1,656.00 |
| Daniel J. Pérez Refojos | Associate | Litigation | $190.00 | 1.80 | $ 342.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 0.80 | $ 112.00 |
| | **Totals** | | | **17.40** | **$ 3,666.00** |
| | **Less: 10% Courtesy discount** | | | | **$ (366.60)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 3,299.40** |

**ERS TITLE III**

**Summary of Disbursements for the Period April 1 through April 30, 2019**

| Description - Expenses | | Amounts | |
|---|---|---|---|
| | | $ | - |
| **Totals** | | **$** | **-** |
| **SUMMARY OF DISBURSEMENTS** | | **$** | **-** |

00669091; 1

**ERS TITLE III**

**Summary of Legal Fees for the Period April 1 through April 30, 2019**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 202 | Legal Research | 9.20 | $ 1,656.00 |
| 206 | Documents Filed on Behalf of the Board | 1.80 | $ 342.00 |
| 207 | Non-Board Court Filing | 0.20 | $ 61.00 |
| 209 | Adversary Proceeding | 2.50 | $ 762.50 |
| 215 | Plan of Adjustment and Disclosure | 1.60 | $ 336.00 |
| 219 | Docketing | 0.80 | $ 112.00 |
| 222 | Claims and Claims Objections | 1.30 | $ 396.50 |
| | | | $ 3,666.00 |
| | | | |
| | **Less: 10% Courtesy Discount** | | $ (366.60) |
| | | | |
| | **TOTALS** | **17.40** | $ **3,299.40** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $2,969.46, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $2,969.46.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00669091; 1

# **Exhibit A**

00669091; 1

IN ACCOUNT WITH

AMERICAN INTERNATIONAL PLAZA SUITE 800
250 MUÑOZ RIVERA AVENUE
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

May 3, 2019
Bill #: 349308
Billing Attorney: CGB

FOMB IN RE ERS TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2019:

**Client.Matter: P1704 - 0**

**RE: GENERAL**

| | |
|---|---|
| Total Professional Services | $ 2,547.50 |
| Less Discount | $ -254.75 |
| Net Professional Services | $ 2,292.75 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,292.75** |

Electronic Invoice

IN ACCOUNT WITH

SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/02/19 | DRM | 202 | Initial draft of memorandum evaluating the merits of the Civil Code of Puerto Rico's Paulean Action as asserted by ERS Bondholders in Title III Proceedings. | 4.90 | 180.00 | 882.00 |
| 4/02/19 | MMB | 219 | Docket court notice received by email dated April 2, 2019, regarding minutes of April 1, 2019 hearing (dkt. 429), order setting deadline to file joint status reports - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 4/04/19 | DRM | 202 | Identify supreme court decision which discuss the concept of property in the US Constitution's Taking Clause (Article V). | 1.10 | 180.00 | 198.00 |
| 4/05/19 | DRM | 202 | Analyze law review articles (1.30) and case law in connection with liens and the taking clause. (1.90) | 3.20 | 180.00 | 576.00 |
| 4/12/19 | HDB | 222 | Revise draft twenty-first omnibus objection to twenty-eight subsequently amended and superseded proofs of claims filed in ERS. (.30) Revise draft twenty-eighth omnibus objection (and supporting documents) to the five-hundred exact duplicate proofs of claim. (.40) | .70 | 305.00 | 213.50 |
| 4/15/19 | HDB | 222 | Revise the thirty-third omnibus objection to ERS deficient proofs of claim prior to its filing. (.30) and revise and sign-off for filing thirtieth omnibus objection, and supporting documents, to the one hundred and thirty-three exact duplicate proofs of claim. (.30) | .60 | 305.00 | 183.00 |
| 4/16/19 | ETF | 215 | Review UCC searches for Highways and Transportation Authority, Highway and Transportation Authority, Autoridad de Carreteras y Transportación, and Autoridad de Carreteras y Transportación de Puerto Rico. (1.40). Draft email J. Levitan (Proskauer) regarding same. (.20) | 1.60 | 210.00 | 336.00 |

O'Neill & Borges LLC

Bill #:  349308

May 3, 2019

| 4/16/19 | MMB | 219 | Docket court notice received by email dated April 16, 2019, regarding order dkt. 445 setting deadlines to file responses, replies in connection with dkt. 438 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 4/18/19 | MMB | 219 | Docket court notice received by email dated April 17, 2019, regarding order dkt. 447 on transcript of conference held on April 12, 2019 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 4/22/19 | MMB | 219 | Docket court notice received by email dated April 19, 2019, regarding order dkt. 455 setting hearing on dkts. 440, 443, 446 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 4/24/19 | MMB | 219 | Docket court notice received by email dated April 23, 2019, regarding order dkt. 467 on procedures for May 1, 2019 hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 4/24/19 | MMB | 219 | Docket court notice received by email dated April 23, 2019, regarding order dkt. 468 setting due dates - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 4/26/19 | HDB | 207 | Review Reply Memorandum In Support Of Motion Of Certain Secured Creditors Of The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico To Compel Production Of Documents In Privilege Log Categories 1, 5 To 7 | .20 | 305.00 | 61.00 |
| 4/30/19 | MMB | 219 | Docket court notice received by email dated April 26, 2019, regarding order dkt. 479 rescheduling hearing date - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 2,547.50 |
| Less Discount | $ -254.75 |
| NET PROFESSIONAL SERVICES: | $ 2,292.75 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 1.50 | 305.00 | 457.50 |
| EMILIANO TRIGO FRITZ | 1.60 | 210.00 | 336.00 |
| DIEGO R. MELENDEZ | 9.20 | 180.00 | 1,656.00 |
| MILAGROS MARCANO BAEZ | .70 | 140.00 | 98.00 |
| **Total** | **13.00** | | **$ 2,547.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  349308

May 3, 2019

**TOTAL THIS INVOICE**                    **$ 2,292.75**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave. Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

O'NEILL & BORGES LLC

---

May 3, 2019
Bill #: 349309
Billing Attorney: CGB

FOMB IN RE ERS TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2019:

**Client.Matter: P1704 - 801**

**RE: 17-00213-LTS EMPLOYEES RETIREMENT SYSTEM V. ALTAIR GLOBAL CREDIT-CGB**

| | |
|---|---:|
| Total Professional Services | $ 14.00 |
| VOLUME DISCOUNT | $ -1.40 |
| Net Professional Services | $ 12.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 12.60** |

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

AMERICAN INTERNATIONAL PLAZA SUITE 800
250 MUÑOZ RIVERA AVENUE
SAN JUAN, PR  00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1704 . 801**

**RE:  17-00213-LTS EMPLOYEES RETIREMENT SYSTEM V. ALTAIR GLOBAL CREDIT-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/04/19 | MMB | 219 | Docket entry for H. Bauer, U. Fernandez, D. Pérez, regarding notice of hearing dkt. 237 on debtor's motion for leave to file amended and supplementary adversary complaint, setting hearing date and deadline to object. | .10 | 140.00 | 14.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 14.00 |
| VOLUME DISCOUNT | $ -1.40 |
| NET PROFESSIONAL SERVICES: | $ 12.60 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **.10** | | **$ 14.00** |

**TOTAL THIS INVOICE**                                      **$ 12.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

American International Plaza
250 Muñoz Rivera Avenue Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

FOMB IN RE ERS TITLE III

May 3, 2019
Bill #: 349310
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending April 30, 2019:

**Client.Matter: P1704 - 805**

**RE: 19-AP-00028 COOP AHORRO Y CREDITO VEGABAJENA V FOMB-HDB-CGB**

| | |
|---|---:|
| Total Professional Services | $ 1,104.50 |
| VOLUME DISCOUNT | $ -110.45 |
| Net Professional Services | $ 994.05 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 994.05** |

250 Muñoz Rivera Avenue, Suite 800
IN ACCOUNT WITH
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 805**
**RE:  19-AP-00028 COOP AHORRO Y CREDITO VEGABAJENA V FOMB-HDB-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/04/19 | HDB | 209 | Review issues concerning extension of time. (.20) Review e-mails regarding potential grounds for dismissal. (.20)  Revise and sign-off on draft Motion for Extension of Time. (.20) | .60 | 305.00 | 183.00 |
| 4/04/19 | DJP | 206 | Analyze the Unopposed Urgent Motion to Extend Defendant's Time to Respond to Plaintiff's Complaint, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 4/04/19 | DJP | 206 | Analyze the proposed order to be filed together with the Unopposed Urgent Motion to Extend Defendant's Time to Respond to Plaintiff's Complaint. | .20 | 190.00 | 38.00 |
| 4/04/19 | DJP | 206 | File the Unopposed Urgent Motion to Extend Defendant's Time to Respond to Plaintiff's Complaint, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 4/04/19 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Unopposed Urgent Motion to Extend Defendant's Time to Respond to Plaintiff's Complaint and proposed order. | .20 | 190.00 | 38.00 |
| 4/16/19 | HDB | 209 | Analyze meet-and-confer letter on possible motion to dismiss. | .40 | 305.00 | 122.00 |
| 4/23/19 | HDB | 209 | Revise draft motion to dismiss. | 1.10 | 305.00 | 335.50 |
| 4/24/19 | HDB | 209 | Meet-and- confer call with counsel for Plaintiffs and J. Roche. | .40 | 305.00 | 122.00 |
| 4/29/19 | DJP | 206 | Analyze the second Unopposed Urgent Motion to Extend Defendant's Time to Respond to Plaintiff's Complaint, in anticipation of its filing. | .30 | 190.00 | 57.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  349310                                                                May 3, 2019

| 4/29/19 | DJP | 206 | Analyze the proposed order to be field together with the second Unopposed Urgent Motion to Extend Defendant's Time to Respond to Plaintiff's Complaint. | .20 | 190.00 | 38.00 |
| 4/29/19 | DJP | 206 | File the second Unopposed Urgent Motion to Extend Defendant's Time to Respond to Plaintiff's Complaint, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 4/29/19 | DJP | 206 | Draft email to assigned magistrate judge attaching stamped version of the second Unopposed Urgent Motion to Extend Defendant's Time to Respond to Plaintiff's Complaint, and proposed order in Word format. | .20 | 190.00 | 38.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 1,104.50 |
| VOLUME DISCOUNT | $ -110.45 |
| NET PROFESSIONAL SERVICES: | $ 994.05 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 2.50 | 305.00 | 762.50 |
| DANIEL J. PEREZ REFOJOS | 1.80 | 190.00 | 342.00 |
| **Total** | **4.30** |  | **$ 1,104.50** |

**TOTAL THIS INVOICE**                                     **$ 994.05**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE
2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

          Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

          Debtor.

PROMESA
Title III

Case No. 17 BK 3566-LTS

---------------------------------------------------------------------x

## COVER SHEET TO TWENTY-FIFTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, FOR THE PERIOD OF MAY 1, 2019 THROUGH MAY 31, 2019

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | May 1, 2019 through May 31, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $2,067.30 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $60.00 |
| Total amount for this invoice: | $2,127.30 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twenty-fifth monthly fee application in these cases.

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for May 2019.

/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On August 9th, 2019 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**ERS TITLE III**

**Summary of Legal Fees for the Period May 1 through May 31, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $305.00 | 4.10 | $ 1,250.50 |
| Ubaldo Fernandez | Jr. Member | Litigation | $220.00 | 0.40 | $ 88.00 |
| Emiliarno Trigo Fritz | Jr. Member | Corporate | $210.00 | 0.20 | $ 42.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 0.80 | $ 148.00 |
| Daniel J. Pérez Refojos | Associate | Litigation | $190.00 | 2.10 | $ 399.00 |
| Maria M Amaro | Paralegal | Corporate | $145.00 | 1.10 | $ 159.50 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 1.50 | $ 210.00 |
| | | | | | |
| | **Totals** | | | **10.20** | **$ 2,297.00** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$ (229.70)** |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 2,067.30** |

**ERS TITLE III**

**Summary of Disbursements for the Period May 1 through May 31, 2019**

| | | Amounts | |
|---|---|---|---|
| Filing Fees- Certificate UCC Search-Employees Retirement System of the Government of the Commonwealth of Puerto Rico; Certificate UCC Retirement System for employees of the Government of the Commonwealth of Puerto Rico; and Certificate UCC Search-Employees Retirement System of Estado Libre Asociado of Puerto Rico-MMA | | $ | 60.00 |
| | | | |
| | **Totals** | | **$ 60.00** |
| | | | |
| **SUMMARY OF DISBURSEMENTS** | | | **$ 60.00** |

00669091; 1

| | **ERS TITLE III** | | |
|---|---|---|---|
| | **Summary of Legal Fees for the PeriodMay 1 through May 31, 2019** | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 206 | Documents Filed on Behalf of the Board | 3.70 | $       791.00 |
| 209 | Adversary Proceeding | 2.80 | $       854.00 |
| 211 | Budgeting | 0.20 | $        42.00 |
| 215 | Plan of Adjustment and Disclosure | 1.10 | $       159.50 |
| 219 | Docketing | 1.50 | $       210.00 |
| 221 | Discovery/2004 Examinations | 0.30 | $        91.50 |
| 222 | Claims and Claims Objections | 0.20 | $        61.00 |
| 224 | Fee Application O&B | 0.40 | $        88.00 |
| | | | $      **2,297.00** |
| | | | |
| | **Less: 10% Courtesy Discount** | | $      (229.70) |
| | | | |
| | **TOTALS** | **10.20** | $    **2,067.30** |

00669091; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $1,860.57, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $60.00) in the total amount of $1,920.57.

## Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00669091; 1

# **Exhibit A**

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

June 5, 2019

FOMB IN RE ERS TITLE III

Bill #:   351508

Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending May 31, 2019:

**Client.Matter: P1704 - 0**

**RE:  GENERAL**

|                               |             |
|-------------------------------|------------:|
| Total Professional Services   | $ 1,059.00  |
| Less Discount                 | $ -105.90   |
| Net Professional Services     | $ 953.10    |
| Total Reimbursable Expenses   | $ 60.00     |
| **TOTAL THIS INVOICE**        | **$ 1,013.10** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE HTA TITLE III

June 5, 2019
Bill #: 351505
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2019:

**Client.Matter: P1703 - 0**

**RE: GENERAL**

| | |
|---|---|
| Total Professional Services | $ 2,327.00 |
| Less Discount | $ -232.70 |
| Net Professional Services | $ 2,094.30 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,094.30** |

IN ACCOUNT WITH
250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/08/19 | HDB | 206 | Analyze Urgent Joint Motion for Expedited Consideration of Urgent Joint Motion for Entry of Order Approving Stipulation and Agreed Order by and Among Financial Oversight and Management Board, Its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Certain Causes of Action of Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | .30 | 305.00 | 91.50 |
| 5/09/19 | HDB | 207 | Review Objection of Ambac Assurance Corporation, National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Financial Guaranty Insurance Company to the Urgent Joint Motion for Expedited Consideration of Urgent Joint Motion for Entry of Order Approving Stipulation and Agreed Order by and Among Financial Oversight and Management Board, its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Certain Causes of Action of Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | .20 | 305.00 | 61.00 |
| 5/13/19 | JP | 209 | Analyze legal scope of liens in favor of HTA bondholders and applicable funds covered by the same vis-a-vis HTA's rights to receive such funds. | 1.80 | 355.00 | 639.00 |
| 5/13/19 | JP | 209 | Review FOMB complaint challenging liens in favor of HTA bondholders to the extent they cover funds not held by fiscal agent. | 1.40 | 355.00 | 497.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  351505                                                                          June 5, 2019

| 5/13/19 | HDB | 209 | Commence review of draft complaint regarding HTA Liens. | 1.10 | 305.00 | 335.50 |
|---------|-----|-----|---------|------|--------|--------|
| 5/14/19 | HDB | 206 | Review Omnibus Reply of Financial Management Board, Its Special Claims Committee, and Official Committee of Unsecured Creditors in Support of Urgent Joint Motion for Entry of Order Approving Stipulation and Agreed Order Related to Joint Prosecution of Causes of Action of Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | .40 | 305.00 | 122.00 |
| 5/16/19 | HDB | 203 | Review issues regarding hearing on Stipulation for Joint Prosecution of Causes of Action. (.20) Review Order Approving Stipulation and Agreed Order by and Among Financial Oversight and Management Board, Its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Certain filed by Official Committee of Unsecured Creditors. (.10) | .30 | 305.00 | 91.50 |
| 5/21/19 | DJP | 206 | Analyze the Fifth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Highways & Transportation Authority, for the Period October 1, 2018 through January 31, 2019, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 5/21/19 | DJP | 206 | Analyze the proposed order to be filed together with the Fifth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Highways & Transportation Authority, for the Period October 1, 2018 through January 31, 2019, in anticipation of its filing. | .20 | 190.00 | 38.00 |

O'Neill & Borges LLC

Bill #:  351505                                                                                        June 5, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/21/19 | DJP | 206 | File the Fifth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Highways & Transportation Authority, for the Period October 1, 2018 through January 31, 2019, and supporting documents, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 5/21/19 | DJP | 206 | Analyze the Notice of Filing of Fifth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Highways & Transportation Authority, for the Period October 1, 2018 through January 31, 2019, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 5/21/19 | DJP | 206 | File the Notice of Filing of Fifth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Highways & Transportation Authority, for the Period October 1, 2018 through January 31, 2019, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 5/21/19 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Fifth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Highways & Transportation Authority, for the Period October 1, 2018 through January 31, 2019. | .10 | 190.00 | 19.00 |
| 5/30/19 | HDB | 208 | Review proposed Stipulation for Payment of Claim by Fioring Vilella Garcia. (.20)  Draft e-mail regarding same to Proskauer. (.10) | .30 | 305.00 | 91.50 |
| 5/31/19 | UMF | 224 | Draft twenty-second monthly fee application for Title III case of the HTA. | .30 | 220.00 | 66.00 |
| 5/31/19 | UMF | 224 | Draft twenty-third monthly fee application for Title III case of the HTA. | .30 | 220.00 | 66.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  351505

June 5, 2019

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 2,327.00 |
| Less Discount | $ -232.70 |
| NET PROFESSIONAL SERVICES: | $ 2,094.30 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| JULIO PIETRANTONI | 3.20 | 355.00 | 1,136.00 |
| HERMANN BAUER | 2.60 | 305.00 | 793.00 |
| UBALDO M. FERNANDEZ BARRERA | .60 | 220.00 | 132.00 |
| DANIEL J. PEREZ REFOJOS | 1.40 | 190.00 | 266.00 |
| **Total** | **7.80** | | **$ 2,327.00** |

**TOTAL THIS INVOICE**          $ 2,094.30

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 AVE. MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

June 5, 2019
Bill #:   351506
Billing Attorney:  CGB

FOMB IN RE HTA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2019:

**Client.Matter: P1703 - 2**

**RE:  FISCAL PLAN**

| | |
|---|---:|
| Total Professional Services | $ 336.00 |
| VOLUME DISCOUNT | $ -33.60 |
| Net Professional Services | $ 302.40 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 302.40** |

IN ACCOUNT WITH

250 Ave Munoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 2**
**RE:  FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/30/19 | ETF | 211 | Tel. conf. with McKinsey (Z. Jamil, R. Fakher and B. Safran) and J. Garcia regarding HTA capex funds for Fiscal Year 2020. | .40 | 210.00 | 84.00 |
| 5/30/19 | ETF | 211 | Review J. Garcia email regarding rollover of HTA Fiscal Year 2019 funds. (.10) Email J. Garcia regarding same. (.10) | .20 | 210.00 | 42.00 |
| 5/30/19 | ETF | 211 | Review McKinsey email regarding HTA budget decisions. (.20) Respond to N. Jaresko and McKinsey regarding creating reserve for unspent appropriations of HTA. (.20) | .40 | 210.00 | 84.00 |
| 5/31/19 | ETF | 211 | Review McKinsey slide regarding HTA revenues. (.10) Respond to McKinsey and Proskauer comments regarding clawback revenues. (.40) | .50 | 210.00 | 105.00 |
| 5/31/19 | ETF | 211 | Tel. conf. with J. Garcia regarding HTA clawbacks. | .10 | 210.00 | 21.00 |

TOTAL PROFESSIONAL SERVICES          $ 336.00

VOLUME DISCOUNT                      $ -33.60

NET PROFESSIONAL SERVICES:           $ 302.40

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| EMILIANO TRIGO FRITZ | 1.60 | 210.00 | 336.00 |
| **Total** | **1.60** | | **$ 336.00** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE
1

O'Neill & Borges LLC

Bill #:  351506

June 5, 2019

**TOTAL THIS INVOICE**                                        **$ 302.40**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

June 5, 2019
FOMB IN RE HTA TITLE III
Bill #:   351507
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2019:

**Client.Matter: P1703 - 801**

**RE:  17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

| | |
|---|---|
| Total Professional Services | $ 14.00 |
| VOLUME DISCOUNT | $ -1.40 |
| Net Professional Services | $ 12.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 12.60** |

Electronic Invoice

**O'NEILL & BORGES** LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1703 . 801**
**RE:  17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/06/19 | MMB | 219 | Docket court notice received by email dated April 29, 2019, regarding order dkt. 289 setting deadline to file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 14.00 |
| VOLUME DISCOUNT | | $ -1.40 |
| NET PROFESSIONAL SERVICES: | | $ 12.60 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| Total | .10 | | $ 14.00 |

**TOTAL THIS INVOICE**                    **$ 12.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/01/19 | HDB | 206 | Revise and sign-off to file Notice of Hearing to Consider Objection of Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Proof of Claim of Benjamin Arroyo Sosa (Claim No. 45727). | .20 | 305.00 | 61.00 |
| 5/06/19 | MMB | 219 | Docket court notice received by email dated April 29, 2019, regarding order dkt. 482 on transcript of omnibus hearing of April 24, 2019 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 5/07/19 | MMA | 215 | Due diligence to search and certificate the Financing Statement (UCC) from the Department of State for Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico, Retirement System for Employees of the Government of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico, as requested by J. Candelaria. | 1.10 | 145.00 | 159.50 |
| 5/09/19 | MMB | 219 | Docket court notice received by email dated May 9, 2019, regarding order dkt. 498 setting deadlines on transcript of May 2, 2019 hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 5/09/19 | MMB | 219 | Docket court notice received by email dated May 9, 2019, regarding order dkt. 499 setting deadline to file joint status report as to remaining objections in relation with dkt. 289 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #: 351508                                                                    June 5, 2019

| 5/10/19 | MMB | 219 | Update MLS chart as of May 9, 2019, to include supplemental order dkt. 499 in connection with dkt. 289, setting deadline to file joint status report on remaining objections. | .10 | 140.00 | 14.00 |
|---------|-----|-----|---|-----|--------|-------|
| 5/13/19 | MMB | 219 | Docket court notice received by email dated May 13, 2019, regarding order dkt. 505 resetting motion hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 5/14/19 | MMB | 219 | Update MLS chart as of May 10, 2019, to include urgent joint motion dkt. 504 RE: scheduling of discovery and briefing in connection with motion of certain secured creditors of the ERS for relief from automatic stay RE: order 393 setting briefing schedule. | .10 | 140.00 | 14.00 |
| 5/14/19 | MMB | 219 | Update MLS chart as of May 13, 2019, to include order dkt. 505 granting Urgent joint motion dkt. 594 regarding scheduling of discovery and briefing in connection with motion of certain secured creditors of ERS for relief from stay dkt. 289. | .10 | 140.00 | 14.00 |
| 5/14/19 | MMB | 219 | Update MLS chart as of May 10, 2019, to include dkt. 1233 FOMB, AAFAF's memorandum of law in support motion to dismiss insurers motion for relief from stay to seek appointment of receiver dkt. 975. | .10 | 140.00 | 14.00 |
| 5/16/19 | MMB | 219 | Docket court notice received by email dated May 16, 2019, regarding order dkt. 511 setting briefing schedule on motion dkt. 510 to compel production of documents withheld as privileged - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 5/20/19 | MMB | 219 | Docket court notice received by email dated May 20, 2019, regarding order dkt. 515 setting briefing schedule on motion dkt. 512 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 5/21/19 | DJP | 206 | Analyze the Fifth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto Rico, for the Period October 1, 2018 through January 31, 2019, in anticipation of its filing. | .30 | 190.00 | 57.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  351508                                                                                      June 5, 2019

| 5/21/19 | DJP | 206 | Analyze the proposed order to be filed together with the Fifth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto Rico, for the Period October 1, 2018 through January 31, 2019, in anticipation of its filing. | .20 | 190.00 | 38.00 |
|---|---|---|---|---|---|---|
| 5/21/19 | DJP | 206 | File the Fifth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto Rico, for the Period October 1, 2018 through January 31, 2019, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 5/21/19 | DJP | 206 | Analyze the Notice of Filing of Fifth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto Rico, for the Period October 1, 2018 through January 31, 2019, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 5/21/19 | DJP | 206 | File the Notice of Filing of Fifth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto Rico, for the Period October 1, 2018 through January 31, 2019, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  351508 
June 5, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/21/19 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Fifth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto Rico, for the Period October 1, 2018 through January 31, 2019. | .10 | 190.00 | 19.00 |
| 5/21/19 | MMB | 219 | Docket court notice received by email dated May 21, 2019, regarding order dkt. 519 setting briefing schedule on motion dkt, 513 in limine to exclude evidence in relation with motion for relief from stay dkt. 289 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 5/21/19 | MMB | 219 | Update MLS chart as of May 21, 2019, to include order dkt. 519 setting briefing schedule on motion dkt, 513 in limine to exclude evidence in relation with motion for relief from stay dkt. 289 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 5/23/19 | HDB | 206 | Analyze objection to BNYM Claim against ERS as Fiscal Agent for the ERS bonds. | .60 | 305.00 | 183.00 |
| 5/23/19 | HDB | 221 | Review Respondents' Response to Motion of Certain Creditors of the Employee Retirement System of the Government of Puerto Rico to Compel Production of Documents Withheld as Privileged Based on Respondents' May 9, 2019 Submissions. | .30 | 305.00 | 91.50 |
| 5/30/19 | HDB | 222 | Review Response by Amarilis Flores Flores to Thirty First Omnibus (non substantive) claim objection. | .20 | 305.00 | 61.00 |
| 5/31/19 | UMF | 224 | Draft twenty-second monthly fee application for Title III case of the ERS. | .20 | 220.00 | 44.00 |
| 5/31/19 | UMF | 224 | Draft twenty-third monthly fee application for Title III case of the ERS. | .20 | 220.00 | 44.00 |

TOTAL PROFESSIONAL SERVICES          $ 1,059.00

Less Discount                                          $ -105.90

NET PROFESSIONAL SERVICES:                $ 953.10

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  351508

June 5, 2019

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| HERMANN BAUER | 1.30 | 305.00 | 396.50 |
| UBALDO M. FERNANDEZ BARRERA | .40 | 220.00 | 88.00 |
| DANIEL J. PEREZ REFOJOS | 1.30 | 190.00 | 247.00 |
| MILAGROS MARCANO BAEZ | 1.20 | 140.00 | 168.00 |
| MARIA M. AMARO | 1.10 | 145.00 | 159.50 |
| **Total** | **5.30** | | **$ 1,059.00** |

## EXPENSES

| Date | Description | Amount |
|------|-------------|-------:|
| 5/17/19 | FILING FEES -CERTIFICATE UCC RETIREMENT SYSTEM FOR EMPLOYEES OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO-MMA | 20.00 |
| 5/17/19 | CERTIFICATE UCC SEARCH SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PR-MMA | 20.00 |
| 5/17/19 | FILING FEES-CERTIFICATE UCC SEARCH-EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO-MMA | 20.00 |

TOTAL REIMBURSABLE EXPENSES          $ 60.00

**TOTAL THIS INVOICE**          **$ 1,013.10**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

M. Amaro Santiago

| | |
|---|---|
| **From:** | service@paypal.com |
| **Sent:** | Tuesday, May 07, 2019 4:45 PM |
| **To:** | Maria M. Amaro Santiago |
| **Subject:** | Receipt for Your Payment to Foster Moore US, LLC |

*May 7, 2019 13:44:03 PDT*

Transaction ID: **7HW909995A62 7 1214**

**Hello Maria M Amaro,**

## You sent a payment of $20.00 USD to Foster Moore US, LLC (fmus-prucc@fostermoore.com)

It may take a few moments for this transaction to appear in your account.

**Merchant**

Foster Moore US, LLC

fmus-prucc@fostermoore.com

787-722-2121

**Instructions to merchant**

You haven't entered any instructions.

**Shipping address - confirmed**

Maria M Amaro

250 Muñoz Rivera Ave.

Suite 800

San Juan, PR 00918-1813

United States

**Shipping details**

The seller hasn't provided any shipping details yet.

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Export Search Documents | $20.00 USD | 1 | $20.00 USD |

*P 1704 - 0*

1

*J. Candelaria*



Government of Puerto Rico

# CERTIFICATION OF REPORT

I, **Luis G. Rivera Marín**, Secretary of State of the Government of Puerto Rico; CERTIFY: That no record of Commercial Transactions of Retirement System for Employees of the Government of the Commonwealth of Puerto Rico appears registered as of the date 6th day of May 2019.



IN WITNESS WHEREOF, the undersigned by virtue of the authority vested by law, hereby issues this certificate and affixes the Great Seal of the Government of Puerto Rico, in the City of San Juan, Puerto Rico, today, 7th day of May 2019.

Luis G. Rivera Marín
Secretary of State

Maria M. Amaro Santiago

**From:** service@paypal.com
**Sent:** Tuesday, May 07, 2019 4:35 PM
**To:** Maria M. Amaro Santiago
**Subject:** Receipt for Your Payment to Foster Moore US, LLC

*May 7, 2019 13:35:14 PDT*
Transaction ID: *0W951285PB646 3608*

**Hello Maria M Amaro,**

## You sent a payment of $20.00 USD to Foster Moore US, LLC
## (fmus-prucc@fostermoore.com)

It may take a few moments for this transaction to appear in your account.

**Merchant**                                    **Instructions to merchant**

Foster Moore US, LLC                            You haven't entered any instructions.

fmus-prucc@fostermoore.com

787-722-2121

**Shipping address - confirmed**               **Shipping details**

Maria M Amaro                                   The seller hasn't provided any shipping details yet.

250 Muñoz Rivera Ave.

Suite 800

San Juan, PR 00918-1813

United States

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Export Search Documents | $20.00 USD | 1 | $20.00 USD |

1

P 1704 - 0

J. Candelaria



Government of Puerto Rico

# CERTIFICATION OF COPIES

I, **Luis G. Rivera Marín**, Secretary of State of the Government of Puerto Rico; CERTIFY: That no record of Commercial Transactions of Retirement System for Employees of the Government of the Commonwealth of Puerto Rico appears registered as of the date 6th day of May 2019.



IN WITNESS WHEREOF, the undersigned by virtue of the authority vested by law, hereby issues this certificate and affixes the Great Seal of the Government of Puerto Rico, in the City of San Juan, Puerto Rico, today, 7th day of May 2019.

Luis G. Rivera Marín
Secretary of State

## Maria M. Amaro Santiago

| | |
|---|---|
| **From:** | service@paypal.com |
| **Sent:** | Tuesday, May 07, 2019 4:41 PM |
| **To:** | Maria M. Amaro Santiago |
| **Subject:** | Receipt for Your Payment to Foster Moore US, LLC |

*May 7, 2019 13:40:57 PDT*
*Transaction ID:* **1XN057093W40 O583K**

Hello Maria M Amaro,

You sent a payment of $20.00 USD to Foster Moore US, LLC
(fmus-prucc@fostermoore.com)

It may take a few moments for this transaction to appear in your account.

**Merchant**                                              **Instructions to merchant**
Foster Moore US, LLC                               You haven't entered any instructions.
fmus-prucc@fostermoore.com
787-722-2121

**Shipping address - confirmed**              **Shipping details**
Maria M Amaro                                          The seller hasn't provided any shipping details yet.
250 Muñoz Rivera Ave.
Suite 800
San Juan, PR 00918-1813
United States

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Export Search Documents | $20.00 USD | 1 | $20.00 USD |

P1704-0

1

J. Candelaria



Government of Puerto Rico
Search Date: 7th day of May 2019
Good Through Date: 6th day of May 2019
Standard RA9 Search

## Filer Information

Name: Amaro Maria

Email: maria.amaro@oneillborges.com

If you have any questions or concerns regarding this Search Report, please contact a UCC specialist at (787) 722-2121 ext _ 4401.

## Search Criteria

### Name as Provided:

Organization Name        Employees Retirement System of the Government of the Commonwealth of Puerto Rico

### Name Searched:

Organization Name        Employees Retirement System of the Government of the Commonwealth of Puerto Rico

Lien Type Searched:        UCC
Lien Status Type Searched:    All
Address:            [Not Provided]

## Search Results

### Financing Statement

| | |
|---|---|
| File Number | 2009001811 |
| File Number | UCC Financing Statement |
| Filing Date | Wed Jul 02 00:00:00 AST 2008 |
| Lapse Date | Sun Jul 02 00:00:00 AST 2023 |

**Debtor**
Name
RICO: EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO

Address: Not_available, Not_available, PR, 00000,US

**Secured Party**
Name: THE BANK OF NEW YORK MELLON (AS SUCCESSOR TO THE BANK OF NEW YORK) AS FISCAL AGENT

Address: 101 Barclay Street,7 West, New York, NY, 10286,US

**Debtor**
Name
RICO: EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO

Address: Not_available, Not_available, PR, 00000,US

**Secured Party**
Name: THE BANK OF NEW YORK MELLON (AS SUCCESSOR TO THE BANK OF NEW YORK) AS FISCAL AGENT

Address: Not_available, Not_available, PR, 00000,US

**Debtor**
Name
RICO: EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO

Address: Not_available, Not_available, PR, 00000,US

**Secured Party**
Name: THE BANK OF NEW YORK MELLON (AS SUCCESSOR TO THE BANK OF NEW YORK) AS FISCAL AGENT

Address: Not_available, Not_available, PR, 00000,US

**Debtor**
Name
RICO: EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO

Address: Not_available, Not_available, PR, 00000,US

**Secured Party**
Name: THE BANK OF NEW YORK MELLON (AS SUCCESSOR TO THE BANK OF NEW YORK) AS FISCAL AGENT

Address: Not_available, Not_available, PR, 00000,US

**Debtor**
Name
RICO: EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO

Address: Not_available, Not_available, PR, 00000,US

**Secured Party**
Name: THE BANK OF NEW YORK MELLON (AS SUCCESSOR TO THE BANK OF NEW YORK) AS FISCAL AGENT

Address: Not_available, Not_available, PR, 00000,US

**Debtor**
Name
RICO: EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO

Address: Not_available, Not_available, PR, 00000,US

**Secured Party**
Name: THE BANK OF NEW YORK MELLON (AS SUCCESSOR TO THE BANK OF NEW YORK) AS FISCAL AGENT

Address: Not_available, Not_available, PR, 00000,US

### History

| Filing Number | Filing Name/Type | Filed Date | Number of Pages |
|---|---|---|---|
| 2009001811 | UCC1 - UCC Financing Statement | 07/02/2008 | 4 |

| 2009001811-1 | UCC3 - UCC Financing Statement Amendment (Amendment) | 12/17/2015 | 6 |
| 2009001811-2 | UCC3 - UCC Financing Statement Amendment (Amendment) | 01/19/2016 | 9 |
| 2009001811-3 | UCC3 - UCC Financing Statement Amendment (Continuation) | 05/22/2018 | 1 |

## Financing Statement

| | |
|---|---|
| File Number | 2009001812 |
| File Number | UCC Financing Statement |
| Filing Date | Tue Jun 24 00:00:00 AST 2008 |
| Lapse Date | Sat Jun 24 00:00:00 AST 2023 |

**Debtor**
Name
RICO                EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO

Address             Not_available, Not_available, PR, 00000,US

**Secured Party**
Name                THE BANK OF NEW YORK MELLON (AS SUCCESSOR TO THE BANK OF NEW YORK) AS FISCAL AGENT

Address             101 Barclay Street,7 West, New York, NY, 10286,US

**Debtor**
Name
RICO                EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO

Address             Not_available, Not_available, PR, 00000,US

**Secured Party**
Name                THE BANK OF NEW YORK MELLON (AS SUCCESSOR TO THE BANK OF NEW YORK) AS FISCAL AGENT

Address             Not_available, Not_available, PR, 00000,US

**Debtor**
Name
RICO                EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO

Address             Not_available, Not_available, PR, 00000,US

**Secured Party**
Name                THE BANK OF NEW YORK MELLON (AS SUCCESSOR TO THE BANK OF NEW YORK) AS FISCAL AGENT

Address             Not_available, Not_available, PR, 00000,US

**Debtor**
Name
RICO                EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO

Address             Not_available, Not_available, PR, 00000,US

**Secured Party**
Name                THE BANK OF NEW YORK MELLON (AS SUCCESSOR TO THE BANK OF NEW YORK) AS FISCAL AGENT

Address             Not_available, Not_available, PR, 00000,US

**Debtor**
Name
RICO                EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO

Address             Not_available, Not_available, PR, 00000,US

**Secured Party**
Name                THE BANK OF NEW YORK MELLON (AS SUCCESSOR TO THE BANK OF NEW YORK) AS FISCAL AGENT

Address             Not_available, Not_available, PR, 00000,US

**Debtor**
Name
RICO                EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO

Address             Not_available, Not_available, PR, 00000,US

**Secured Party**
Name                THE BANK OF NEW YORK MELLON (AS SUCCESSOR TO THE BANK OF NEW YORK) AS FISCAL AGENT

Address             Not_available, Not_available, PR, 00000,US

## History

| Filing Number | Filing Name/Type | Filed Date | Number of Pages |
|---|---|---|---|

| 2009001812 | UCC1 - UCC Financing Statement | 06/24/2008 | 3 |
|---|---|---|---|
| 2009001812-1 | UCC3 - UCC Financing Statement Amendment (Amendment) | 12/17/2015 | 6 |
| 2009001812-2 | UCC3 - UCC Financing Statement Amendment (Amendment) | 01/19/2016 | 9 |
| 2009001812-3 | UCC3 - UCC Financing Statement Amendment (Continuation) | 05/22/2018 | 1 |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

June 5, 2019
FOMB IN RE ERS TITLE III

Bill #:   351510
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2019:

**Client.Matter: P1704 - 2**

**RE:  FISCAL PLAN**

| | |
|---|---|
| Total Professional Services | $ 42.00 |
| VOLUME DISCOUNT | $ -4.20 |
| Net Professional Services | $ 37.80 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 37.80** |

Electronic Invoice

IN ACCOUNT WITH
250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 2**
**RE:  FISCAL PLAN**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/30/19 | ETF | 211 | Review McKinsey deck regarding HTA budget for Fiscal Year 2020. | .20 | 210.00 | 42.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 42.00 |
| VOLUME DISCOUNT | $ -4.20 |
| NET PROFESSIONAL SERVICES: | $ 37.80 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| EMILIANO TRIGO FRITZ | .20 | 210.00 | 42.00 |
| Total | .20 | | $ 42.00 |

**TOTAL THIS INVOICE**                                     **$ 37.80**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

June 5, 2019
Bill #:   351511
Billing Attorney:  CGB

FOMB IN RE ERS TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2019:

**Client.Matter: P1704 - 801**

**RE:  17-00213-LTS EMPLOYEES RETIREMENT SYSTEM V. ALTAIR GLOBAL CREDIT-CGB**

| | |
|---|---:|
| Total Professional Services | $ 14.00 |
| VOLUME DISCOUNT | $ -1.40 |
| Net Professional Services | $ 12.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 12.60** |

Electronic Invoice

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 801**
**RE: 17-00213-LTS EMPLOYEES RETIREMENT SYSTEM V. ALTAIR GLOBAL CREDIT-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/06/19 | MMB | 219 | Docket court notice received by email dated April 29, 2019, regarding order dkt. 246 on transcript of omnibus hearing of April 24, 2019 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 14.00 |
| VOLUME DISCOUNT | | $ -1.40 |
| NET PROFESSIONAL SERVICES: | | $ 12.60 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **.10** | | **$ 14.00** |

**TOTAL THIS INVOICE**                                    **$ 12.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

O'NEILL & BORGES LLC

June 5, 2019

FOMB IN RE ERS TITLE III

Bill #:   351512
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2019:

**Client.Matter: P1704 - 805**

**RE:  19-AP-00028 COOP AHORRO Y CREDITO VEGABAJENA V FOMB-HDB-CGB**

| | |
|---|---|
| Total Professional Services | $ 1,182.00 |
| VOLUME DISCOUNT | $ -118.20 |
| Net Professional Services | $ 1,063.80 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,063.80** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'Neill & Borges LLC

**Client.Matter: P1704 . 805**
**RE:  19-AP-00028 COOP AHORRO Y CREDITO VEGABAJENA V FOMB-HDB-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/03/19 | HDB | 209 | Further review and sign-off to file Motion to Dismiss 19-00028. | .80 | 305.00 | 244.00 |
| 5/03/19 | GMR | 206 | Analyze Motion to Dismiss Adversary Proceeding No. 19-00028 in anticipation of its filing. | .40 | 185.00 | 74.00 |
| 5/03/19 | GMR | 206 | File Motion to Dismiss Adversary Proceeding No. 19-00028. | .20 | 185.00 | 37.00 |
| 5/03/19 | GMR | 206 | Draft and send email to Prime Clerk requesting service of the Motion to Dismiss and Notice thereto as filed in Adversary Proceeding No. 19-00028. | .20 | 185.00 | 37.00 |
| 5/06/19 | MMB | 219 | Docket court notice received by email dated May 6, 2019, regarding order dkt. 13 setting deadline to file responses, reply, with regard to motion to dismiss - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 5/29/19 | HDB | 209 | Analyze Opposition to Motion to Dismiss in 19-ap-0028. (1.10)  Tel. conf. with counsel for plaintiff regarding extension of time and reply. (.20)  Draft e-mail to Proskauer regarding same. (.10) | 1.40 | 305.00 | 427.00 |
| 5/30/19 | HDB | 209 | Tel. conf. with C. Quilichini regarding briefing schedule on Reply Brief and other issues. (.20) Draft e-mail to Proskauer team regarding agreement on briefing schedule. (.10) Revise and sign-off on Motion for Extension of Time. (.20) | .50 | 305.00 | 152.50 |
| 5/30/19 | DJP | 206 | Analyze the Unopposed Urgent Motion to Extend Defendant's Time to File a Reply in Support of Its Motion to Dismiss, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 5/30/19 | DJP | 206 | Analyze the proposed order to be filed together with the Unopposed Urgent Motion to Extend Defendant's Time to File a Reply in Support of Its Motion to Dismiss. | .20 | 190.00 | 38.00 |

O'Neill & Borges LLC

Bill #:  351512                                                                          June 5, 2019

| 5/30/19 | DJP | 206 | File the Unopposed Urgent Motion to Extend Defendant's Time to File a Reply in Support of Its Motion to Dismiss, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 5/31/19 | HDB | 209 | Review Order granting extension of time to file leave to reply. | .10 | 305.00 | 30.50 |
| 5/31/19 | MMB | 219 | Docket court notice received by email dated May 31, 2019, regarding order dkt. 17 granting dkt. 16 unopposed urgent motion to extend deadline to file reply in support to motion to dismiss - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES                          $ 1,182.00

VOLUME DISCOUNT                                      $ -118.20

NET PROFESSIONAL SERVICES:                           $ 1,063.80

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 2.80 | 305.00 | 854.00 |
| DANIEL J. PEREZ REFOJOS | .80 | 190.00 | 152.00 |
| GABRIEL MIRANDA RIVERA | .80 | 185.00 | 148.00 |
| MILAGROS MARCANO BAEZ | .20 | 140.00 | 28.00 |
| **Total** | **4.60** | | **$ 1,182.00** |

**TOTAL THIS INVOICE**                               **$ 1,063.80**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE