## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3567-LTS |
| PUERTO RICO HIGHWAYS & TRANSPORTATION<br>AUTHORITY, | |
| Debtor. | |

-------------------------------------------------------------------x

**COVER SHEET TO TWENTY-SECOND MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY FOR THE PERIOD OF FEBRUARY 1, 2019 THROUGH FEBRUARY 28, 2019**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | February 1, 2019 through February 28, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $410.40 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $410.40 |

This is a: __X__ monthly ___ interim ___ final application

This is O&B's twenty-second monthly fee application in these cases.

00660743; 1

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for February 2019.

/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On June 27th, 2019 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn: Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn: Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re: In re: Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR 00901-2419
Attn: Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR 00918
Attn: A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn: Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn: Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury:**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period February 1 through February 28, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $305.00 | 1.20 | $ 366.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $190.00 | 0.40 | $ 76.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 0.10 | $ 14.00 |
| | **Totals** | | | **1.70** | **$ 456.00** |
| | **Less: 10% Courtesy discount** | | | | **$ (45.60)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 410.40** |

**HTA TITLE III**

**Summary of Disbursements for the Period February 1 through February 28, 2019**

| Description - Expenses | Amounts |
|---|---|
| | $ - |
| **Totals** | **$ -** |
| **SUMMARY OF DISBURSEMENTS** | **$ -** |

### HTA TITLE III

### Summary of Legal Fees for the Period February 1 through February 28, 2019

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 206 | Documents Filed on Behalf of the Board | 0.60 | $ 137.00 |
| 208 | Stay Matters | 0.40 | $ 122.00 |
| 209 | Adversary Proceeding | 0.60 | $ 183.00 |
| 219 | Docketing | 0.10 | $ 14.00 |
| | | | $ 456.00 |
| | | | |
| | **Less: 10% Courtesy Discount** | | $ (45.60) |
| | | | |
| | **TOTALS** | **1.70** | $ **410.40** |

00660743; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $369.36, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $369.36.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00660743; 1

# **Exhibit A**

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE HTA TITLE III

March 5, 2019
Bill #:  345586
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 28, 2019:

**Client.Matter: P1703 - 0**

**RE:  GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 160.00 |
| Less Discount | $ -16.00 |
| Net Professional Services | $ 144.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 144.00** |



# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/08/19 | HDB | 208 | Review query by Steve Ma regarding Vazquez Velazquez Stay Relief Notice. (.20)  Review analysis of underlying claim. (.10)  Draft e-mail to C. George. (.10) | .40 | 305.00 | 122.00 |
| 2/14/19 | DJP | 206 | File the Joint Status Report in response to Court order, through the Court's electronic filing system in case 17-3567. | .20 | 190.00 | 38.00 |

|  |  |  |
|--|--|--|
| TOTAL PROFESSIONAL SERVICES | | $ 160.00 |
| Less Discount | | $ -16.00 |
| NET PROFESSIONAL SERVICES: | | $ 144.00 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .40 | 305.00 | 122.00 |
| DANIEL J. PEREZ REFOJOS | .20 | 190.00 | 38.00 |
| **Total** | **.60** | | **$ 160.00** |

**TOTAL THIS INVOICE**                                     **$ 144.00**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE HTA TITLE III

March 5, 2019
Bill #: 345587
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 28, 2019:

**Client.Matter: P1703 - 801**

**RE: 17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

| | |
|---|---|
| Total Professional Services | $ 296.00 |
| VOLUME DISCOUNT | $ -29.60 |
| Net Professional Services | $ 266.40 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 266.40** |

**O'NEILL & BORGES** LLC

IN ACCOUNT WITH · · · · · · AVENUE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1703 . 801**
**RE:  17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/08/19 | HDB | 209 | Revise draft Joint Status Report in 17-AP-151 | .30 | 305.00 | 91.50 |
| 2/11/19 | HDB | 209 | Revise updated status report. (.10) Review e-mail from Rappaport regarding timing for filing. (.10) Draft e-mail to L. Rappaport in response to related follow-up query. (.10) | .30 | 305.00 | 91.50 |
| 2/14/19 | HDB | 206 | Review e-mail from L. Rappaport regarding filing the Joint Status Report. | .20 | 305.00 | 61.00 |
| 2/14/19 | DJP | 206 | File the Joint Status Report in response to Court order, through the Court's electronic filing system in case 17-151. | .20 | 190.00 | 38.00 |
| 2/14/19 | MMB | 219 | Docket court notice received by email dated February 14, 2019, regarding order dkt. 284 setting deadline to file status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 296.00 |
| VOLUME DISCOUNT | | $ -29.60 |
| NET PROFESSIONAL SERVICES: | | $ 266.40 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .80 | 305.00 | 244.00 |
| DANIEL J. PEREZ REFOJOS | .20 | 190.00 | 38.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **1.10** | | **$ 296.00** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  345587

March 5, 2019

**TOTAL THIS INVOICE**        **$ 266.40**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

       Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO HIGHWAYS & TRANSPORTATION
AUTHORITY,

       Debtor.

PROMESA
Title III

Case No. 17 BK 3567-LTS

-------------------------------------------------------------------x

## COVER SHEET TO TWENTY-THIRD MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY FOR THE PERIOD OF MARCH 1, 2019 THROUGH MARCH 31, 2019

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | March 1, 2019 through March 31, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $754.20 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $754.20 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twenty-third monthly fee application in these cases.

00660792; 1

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for March 2019.


/s/ Jaime A. El Koury
Jaime A. El Koury
**General Counsel to the Financial Oversight and
Management Board for Puerto Rico**

On June 27th, 2019 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:   Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory
Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period March 1 through March 31, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $305.00 | 0.80 | $ 244.00 |
| Ubaldo M. Fernandez | Jr. Member | Litigation | $220.00 | 0.30 | $ 66.00 |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $210.00 | 1.10 | $ 231.00 |
| Paula A. Gonzalez | Associate | Litigation | $180.00 | 0.50 | $ 90.00 |
| Gabriel Miranda | Associate | Litigation | $185.00 | 0.20 | $ 37.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $190.00 | 0.50 | $ 95.00 |
| Vanessa Sánchez | Paralegal | Litigation | $150.00 | 0.50 | $ 75.00 |
| | | | | | |
| | **Totals** | | | **3.90** | **$ 838.00** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$ (83.80)** |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 754.20** |

**HTA TITLE III**

**Summary of Disbursements for the Period March 1 through March 31, 2019**

| Description - Expenses | | | Amounts | |
|---|---|---|---|---|
| | | | $ | - |
| | | | | |
| | **Totals** | | **$** | **-** |
| | | | | |
| **SUMMARY OF DISBURSEMENTS** | | | **$** | **-** |

### HTA TITLE III

### Summary of Legal Fees for the Period March 1 through March 31, 2019

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested | |
|---|---|---|---|---|
| 204 | Communications with Claimholders | 0.30 | $ | 91.50 |
| 206 | Documents Filed on Behalf of the Board | 0.50 | $ | 95.00 |
| 207 | Non-Board Court Filings | 1.10 | $ | 231.00 |
| 209 | Adversary Proceeding | 0.50 | $ | 152.50 |
| 218 | Employment and fee applications | 0.70 | $ | 127.00 |
| 224 | Fee applications - O&B | 0.80 | $ | 141.00 |
| | | | $ | **838.00** |
| | | | | |
| | **Less: 10% Courtesy Discount** | | $ | (83.80) |
| | | | | |
| | **TOTALS** | **3.10** | $ | **754.20** |

00660792; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $678.78, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $678.78.

### Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00660792; 1

# **Exhibit A**

00660792; 1

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE HTA TITLE III

April 3, 2019
Bill #: 347301
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending March 31, 2019:

**Client.Matter: P1703 - 0**

**RE: GENERAL**

| | |
|---|---|
| Total Professional Services | $ 590.50 |
| Less Discount | $ -59.05 |
| Net Professional Services | $ 531.45 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 531.45** |

IN ACCOUNT WITH

250 Ave Munoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/05/19 | VSN | 224 | As requested by U. Fernandez, review and compile December 2018 monthly fee application for HTA Title III Case No. 17-3567. | .10 | 150.00 | 15.00 |
| 3/08/19 | UMF | 224 | Draft O&B's twentieth monthly fee application in the Title III case of the HTA. | .30 | 220.00 | 66.00 |
| 3/08/19 | VSN | 224 | As requested by U. Fernandez, update December 2018 monthly fee application for HTA Title III Case No. 17-3567. | .40 | 150.00 | 60.00 |
| 3/18/19 | GMR | 218 | File Fifth Interim Application of McKinsey & Company, Inc. Washington D.C. for services provided to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtors, Puerto Rico Highway and Transportation Authority, in File Fifth Interim Application of McKinsey & Company, Inc. Washington D.C. for services provided to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtors, Puerto Rico Highway and Transportation Authority, in Case No. 17-3567. | .20 | 185.00 | 37.00 |
| 3/19/19 | PAG | 218 | File the Second Interim Fee Application of Alvarez & Marsal North America, LLC, as representative of the Puerto Rico Highways and Transportation Authority, in HTA's Title III Case No. BK 3567-LTS. | .30 | 180.00 | 54.00 |
| 3/19/19 | PAG | 218 | File the Notice of Filing of the Second Interim Fee Application of Alvarez & Marsal North America, LLC, as representative of the Puerto Rico Highways and Transportation Authority, in HTA's Title III Case No. BK 3567-LTS. | .20 | 180.00 | 36.00 |
| 3/25/19 | HDB | 204 | Draft letter to Gilberto A. Cordero Solivan in response to his February 7, 2019 Letter. | .30 | 305.00 | 91.50 |

O'Neill & Borges LLC

Bill #:  347301

April 3, 2019

| 3/26/19 | ETF | 207 | Review First Circuit Opinion regarding monolines complaint related to HTA special revenues. | 1.10 | 210.00 | 231.00 |

TOTAL PROFESSIONAL SERVICES                     $ 590.50

Less Discount                                                     $ -59.05

NET PROFESSIONAL SERVICES:                      $ 531.45

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .30 | 305.00 | 91.50 |
| UBALDO M. FERNANDEZ BARRERA | .30 | 220.00 | 66.00 |
| EMILIANO TRIGO FRITZ | 1.10 | 210.00 | 231.00 |
| PAULA A. GONZALEZ MONTALVO | .50 | 180.00 | 90.00 |
| GABRIEL MIRANDA RIVERA | .20 | 185.00 | 37.00 |
| VANESSA SANCHEZ | .50 | 150.00 | 75.00 |
| **Total** | **2.90** | | **$ 590.50** |

**TOTAL THIS INVOICE**                                    **$ 531.45**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

2B02 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE HTA TITLE III

April 3, 2019
Bill #:   347302
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2019:

**Client.Matter: P1703 - 801**

**RE:  17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

| | |
|---|---:|
| Total Professional Services | $ 247.50 |
| VOLUME DISCOUNT | $ -24.75 |
| Net Professional Services | $ 222.75 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 222.75** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 801**
**RE:  17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/18/19 | HDB | 209 | Revise draft status report. | .30 | 305.00 | 91.50 |
| 3/26/19 | HDB | 209 | Revise updated status report incorporating First on 17-00151 and related case Circuit Decisions relating to Peaje's claims. | .20 | 305.00 | 61.00 |
| 3/28/19 | DJP | 206 | Analyze joint status report in compliance with court order, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 3/28/19 | DJP | 206 | Assist in the filing of the joint status report of the Peaje claims in compliance with court order. | .20 | 190.00 | 38.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 247.50 |
| VOLUME DISCOUNT | | $ -24.75 |
| NET PROFESSIONAL SERVICES: | | $ 222.75 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .50 | 305.00 | 152.50 |
| DANIEL J. PEREZ REFOJOS | .50 | 190.00 | 95.00 |
| **Total** | **1.00** | | **$ 247.50** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 222.75** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO HIGHWAYS & TRANSPORTATION
AUTHORITY,

        Debtor.

PROMESA
Title III

Case No. 17 BK 3567-LTS

-------------------------------------------------------------------x

## COVER SHEET TO TWENTY-FOURTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, FOR THE PERIOD OF APRIL 1, 2019 THROUGH APRIL 30, 2019

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | April 1, 2019 through April 30, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $1,778.85 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $120.00 |
| Total amount for this invoice: | $1,898.85 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twenty-fourth monthly fee application in these cases.

00669116; 1

## __Principal Certification__

I hereby authorize the submission of this Monthly Fee Statement for April 2019.


/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On June 28th, 2019 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:   Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory
Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period April 1 through April 30, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $305.00 | 1.80 | $ 549.00 |
| Ubaldo M. Fernandez | Jr. Member | Litigation | $220.00 | 0.30 | $ 66.00 |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $210.00 | 1.60 | $ 336.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 2.50 | $ 462.50 |
| Daniel J. Perez Refojos | Associate | Litigation | $190.00 | 1.60 | $ 304.00 |
| María M. Amaro | Paralegal | Corporate | $145.00 | 1.40 | $ 203.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 0.40 | $ 56.00 |
| | **Totals** | | | 9.60 | **$ 1,976.50** |
| | **Less: 10% Courtesy discount** | | | | **$ (197.65)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 1,778.85** |

**HTA TITLE III**

**Summary of Disbursements for the Period April 1 through April 30, 2019**

| Description - Expenses | Amounts |
|---|---|
| UCC Search in the Department of State- Highways and Transportation Authority of Puerto Rico. | $ 120.00 |
| **Totals** | **$ 120.00** |
| **SUMMARY OF DISBURSEMENTS** | **$ 120.00** |

| | HTA TITLE III | | | | |
|---|---|---|---|---|---|
| | **Summary of Legal Fees for the Period April 1 through April 30, 2019** | | | | |
| | | | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** | | |
| 201 | Board, Members, Staff, Advisor, Consult | 1.10 | $ | 231.00 | |
| 206 | Documents Filed on Behalf of the Board | 2.50 | $ | 550.00 | |
| 209 | Adversary Proceeding | 0.50 | $ | 152.50 | |
| 210 | Analysis and Strategy | 2.50 | $ | 462.50 | |
| 215 | Plan of Adjustment and Disclosure | 1.60 | $ | 245.00 | |
| 219 | Docketing | 0.40 | $ | 56.00 | |
| 222 | Claims and Claims Objections | 0.70 | $ | 213.50 | |
| 224 | Fee applications - O&B | 0.30 | $ | 66.00 | |
| | | | $ | **1,976.50** | |
| | | | | | |
| | **Less: 10% Courtesy Discount** | | $ | (197.65) | |
| | | | | | |
| | **TOTALS** | **9.60** | $ | **1,778.85** | |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $1,600.97, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $120.00) in the total amount of $1,720.97.

## __Professional Certification__

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00669116; 1

# **Exhibit A**

00669116; 1

IN ACCOUNT WITH
250 Av. Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

May 3, 2019
Bill #: 349305
Billing Attorney: CGB

FOMB IN RE HTA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2019:

**Client.Matter: P1703 - 0**

**RE: GENERAL**

| | |
|---|---|
| Total Professional Services | $ 1,494.00 |
| Less Discount | $ -149.40 |
| Net Professional Services | $ 1,344.60 |
| Total Reimbursable Expenses | $ 120.00 |
| **TOTAL THIS INVOICE** | **$ 1,464.60** |

250 Avenida Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/01/19 | UMF | 224 | Draft twenty-first monthly fee application of O&B in Title III Case of HTA for January 2019. | .30 | 220.00 | 66.00 |
| 4/04/19 | HDB | 206 | Revise and sign off draft Stipulation to Toll Statute of Limitations between the CW and HTA. (.30) Draft e-mail to B. Rosen regarding the same. (.10) | .40 | 305.00 | 122.00 |
| 4/04/19 | ETF | 215 | Coordinate with M. Amaro request lien searches for HTA. | .20 | 210.00 | 42.00 |
| 4/04/19 | ETF | 206 | Tel. conf. with B. Rosen regarding HTA stipulation. (.10) Review such stipulation. (.10) Email Proskauer regarding same. (.10) | .30 | 210.00 | 63.00 |
| 4/05/19 | MMB | 219 | Docket court notice received by email dated April 5, 2019, regarding order dkt. 545 setting briefing schedule on urgent motion dkt. 544 for entry of order approving stipulation between Commonwealth of PR and HTA regarding tolling of statute of limitations - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 4/05/19 | MMA | 215 | Due diligence to search for liens in the Department of State of Autoridad de Carreteras y Transportación de Puerto Rico, Autoridad de Carreteras y Transportación , Puerto Rico Highways and Transportation Authority, Puerto Rico Highway and Transportation Authority, Highways and Transportation Authority and Highway and Transportation Authority, as request by E. Trigo. | 1.40 | 145.00 | 203.00 |
| 4/12/19 | HDB | 222 | Revise draft twenty-second omnibus objection to seven ) subsequently amended and superseded proofs of claim filed against HTA. | .30 | 305.00 | 91.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  349305

May 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/12/19 | MMB | 219 | Docket court notice received by email dated April 11, 2019, regarding order dkt. 549 setting briefing schedule on motion dkt. 544 for entry of order to approve stipulation - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 4/15/19 | HDB | 222 | Revise and sign-off for filing thirty-first omnibus objection, and supporting documents, to the twenty-three exact duplicate proofs of claim. | .40 | 305.00 | 122.00 |
| 4/15/19 | GMR | 210 | Edit translation of Twenty-Second Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority to Subsequently Amended Claims. | 1.20 | 185.00 | 222.00 |
| 4/15/19 | GMR | 210 | Edit translation of Thirty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority to Exact Duplicate Claims. | 1.30 | 185.00 | 240.50 |
| 4/17/19 | DJP | 206 | Analyze the Urgent Unopposed Motion to Extend Movants' Time to Reply to Objections to Urgent Motion for Entry of an Order Approving Stipulation Between the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority Regarding the Tolling of Statute of Limitations, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 4/17/19 | DJP | 206 | Analyze the proposed order to be filed together with the Urgent Unopposed Motion to Extend Movants' Time to Reply to Objections to Urgent Motion for Entry of an Order Approving Stipulation Between the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority Regarding the Tolling of Statute of Limitations. | .20 | 190.00 | 38.00 |
| 4/17/19 | DJP | 206 | File the Urgent Unopposed Motion to Extend Movants' Time to Reply to Objections to Urgent Motion for Entry of an Order Approving Stipulation Between the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority Regarding the Tolling of Statute of Limitations, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  349305

May 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/17/19 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Urgent Unopposed Motion to Extend Movants' Time to Reply to Objections to Urgent Motion for Entry of an Order Approving Stipulation Between the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority Regarding the Tolling of Statute of Limitations. | .20 | 190.00 | 38.00 |
| 4/17/19 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Urgent Unopposed Motion to Extend Movants' Time to Reply to Objections to Urgent Motion for Entry of an Order Approving Stipulation Between the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority Regarding the Tolling of Statute of Limitations. | .20 | 190.00 | 38.00 |
| 4/17/19 | DJP | 206 | Analyze order granting the Urgent motion for Entry of an Order Approving Stipulation Between the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority Regarding the Tolling of Statute of Limitations. | .20 | 190.00 | 38.00 |
| 4/18/19 | MMB | 219 | Docket court notice received by email dated April 17,2 019, regarding order dkt. 554 granting dkt. 553 urgent unopposed motion to extend Movants' time to reply to objections - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 4/22/19 | MMB | 219 | Docket court notice received by email dated April 22, 2019, regarding order dkt. 556 granting consented urgent motion for extension of deadlines dkt. 544 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 1,494.00 |
| Less Discount | | $ -149.40 |
| NET PROFESSIONAL SERVICES: | | $ 1,344.60 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 1.10 | 305.00 | 335.50 |
| UBALDO M. FERNANDEZ BARRERA | .30 | 220.00 | 66.00 |
| EMILIANO TRIGO FRITZ | .50 | 210.00 | 105.00 |
| DANIEL J. PEREZ REFOJOS | 1.40 | 190.00 | 266.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #: 349305

May 3, 2019

| | | | |
|---|---|---|---|
| GABRIEL MIRANDA RIVERA | 2.50 | 185.00 | 462.50 |
| MILAGROS MARCANO BAEZ | .40 | 140.00 | 56.00 |
| MARIA M. AMARO | 1.40 | 145.00 | 203.00 |
| **Total** | **7.60** | | **$ 1,494.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 4/12/19 | SEARCH IN THE DEPARTMENT OF STATE-AUTORIDAD DE CARRETERAS Y TRANSPORTACION DE PUERTO RICO-MMA | 20.00 |
| 4/12/19 | SEARCH IN THE DEPARTMENT OF STATE-AUTORIDAD DE CARRETERAS Y TRANSPORTACION- MMA | 20.00 |
| 4/12/19 | SEARCH IN THE DEPARTMENT OF STATE-PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY-MMA | 20.00 |
| 4/12/19 | SEARCH IN THE DEPARTMENT OF STATE-PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY-MMA | 20.00 |
| 4/12/19 | SEARCH IN THE DEPARTMENT OF STATE-HIGHWAYS AND TRANSPORTATION AUTHORITY-MMA | 20.00 |
| 4/12/19 | SEARCH IN THE DEPARTMENT OF STATE-HIGHWAYS AND TRANSPORTATION AUTHORITY-MMA | 20.00 |

TOTAL REIMBURSABLE EXPENSES          $ 120.00

**TOTAL THIS INVOICE**          **$ 1,464.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE
4

## Maria M. Amaro Santiago

| | |
|---|---|
| **From:** | service@paypal.com |
| **Sent:** | Friday, April 05, 2019 11:09 AM |
| **To:** | Maria M. Amaro Santiago |
| **Subject:** | Receipt for Your Payment to Foster Moore US, LLC |

Apr 5, 2019 08:○8:48 PDT
Transaction ID: 4RK35551D121⏝24507

**Hello Maria M Amaro,**

You sent a payment of $20.00 USD to Foster Moore US, LLC
(fmus-prucc@fostermoore.com)

It may take a few moments for this transaction to appear in your account.

| **Merchant** | **Instructions to merchant** |
|---|---|
| Foster Moore US, LLC | You haven't entered any instructions. |
| fmus-prucc@fostermoore.com | |
| 787-722-2121 | |

| **Shipping address - confirmed** | **Shipping details** |
|---|---|
| Maria M Amaro | The seller hasn't provided any shipping details yet. |
| 250 Muñoz Rivera Ave. | |
| Suite 800 | |
| San Juan, PR 00918-1813 | |
| United States | |

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Export Search Documents | $20.00 USD | 1 | $20.00 USD |
| | | Subtotal | $20.00 USD |
| | | Total | $20.00 USD |
| | | Payment | $20.00 USD |

Charge will appear on your credit card statement as "PAYPAL *PRDEPTSTATE"

Payment sent to fmus-prucc@fostermoore.com

Payment sent from maria.amaro@oneillborges.com

1

*P1703 - 0*       *E. Tnjo*

## Maria M. Amaro Santiago

**From:** service@paypal.com
**Sent:** Friday, April 05, 2019 11:40 AM
**To:** Maria M. Amaro Santiago
**Subject:** Receipt for Your Payment to Foster Moore US, LLC

*Apr 5, 2019 08:39:52 PDT*
*Transaction ID: 0Y044625VX644590X*

Hello Maria M Amaro,

## You sent a payment of $20.00 USD to Foster Moore US, LLC (fmus-prucc@fostermoore.com)

It may take a few moments for this transaction to appear in your account.

**Merchant**

Foster Moore US, LLC

fmus-prucc@fostermoore.com

787-722-2121

**Instructions to merchant**

You haven't entered any instructions.

**Shipping address - confirmed**

Maria M Amaro

250 Muñoz Rivera Ave.

Suite 800

San Juan, PR 00918-1813

United States

**Shipping details**

The seller hasn't provided any shipping details yet.

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Export Search Documents | $20.00 USD | 1 | $20.00 USD |
| | | Subtotal | $20.00 USD |
| | | Total | $20.00 USD |
| | | Payment | $20.00 USD |

Charge will appear on your credit card statement as "PAYPAL *PRDEPTSTATE"

Payment sent to fmus-prucc@fostermoore.com

Payment sent from maria.amaro@oneillborges.com

1

**Maria M. Amaro Santiago**

| | |
|---|---|
| **From:** | service@paypal.com |
| **Sent:** | Friday, April 05, 2019 11:04 AM |
| **To:** | Maria M. Amaro Santiago |
| **Subject:** | Receipt for Your Payment to Foster Moore US, LLC |

Apr 5, 2019 08:03:26 PDT
Transaction ID: 6MJ02693D6692113X

**Hello Maria M Amaro,**

**You sent a payment of $20.00 USD to Foster Moore US, LLC**
**(fmus-prucc@fostermoore.com)**

It may take a few moments for this transaction to appear in your account.

**Merchant**                               **Instructions to merchant**
Foster Moore US, LLC                       You haven't entered any instructions.
fmus-prucc@fostermoore.com
787-722-2121

**Shipping address - confirmed**          **Shipping details**
Maria M Amaro                              The seller hasn't provided any shipping details yet.
250 Muñoz Rivera Ave.
Suite 800
San Juan, PR 00918-1813
United States

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Export Search Documents | $20.00 USD | 1 | $20.00 USD |
| | Subtotal | | $20.00 USD |
| | Total | | $20.00 USD |
| | Payment | | $20.00 USD |

Charge will appear on your credit card statement as "PAYPAL *PRDEPTSTATE"

Payment sent to fmus-prucc@fostermoore.com
Payment sent from maria.amaro@oneillborges.com

P1703-0

1

E. Trigo

## Maria M. Amaro Santiago

| | |
|---|---|
| **From:** | service@paypal.com |
| **Sent:** | Friday, April 05, 2019 10:33 AM |
| **To:** | Maria M. Amaro Santiago |
| **Subject:** | Receipt for Your Payment to Foster Moore US, LLC |

*Apr 5, 2019 07:⊒2:44 PDT*
*Transaction ID: 34K961983293⊆980K*

Hello Maria M Amaro,

## You sent a payment of $20.00 USD to Foster Moore US, LLC (fmus-prucc@fostermoore.com)

It may take a few moments for this transaction to appear in your account.

**Merchant**

Foster Moore US, LLC

fmus-prucc@fostermoore.com

787-722-2121

**Instructions to merchant**

You haven't entered any instructions.

**Shipping address - confirmed**

Maria M Amaro

250 Muñoz Rivera Ave.

Suite 800

San Juan, PR 00918-1813

United States

**Shipping details**

The seller hasn't provided any shipping details yet.

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Export Search Documents | $20.00 USD | 1 | $20.00 USD |
| | | Subtotal | $20.00 USD |
| | | Total | $20.00 USD |
| | | **Payment** | $20.00 USD |

Charge will appear on your credit card statement as "PAYPAL *PRDEPTSTATE"

Payment sent to fmus-prucc@fostermoore.com

Payment sent from maria.amaro@oneillborges.com

1

P₁⁷ᵒ³⁻⁰  *P₁·7ᵒᵧ - 0*

*E. Tⁿᵍ⁰*

**Maria M. Amaro Santiago**

| | |
|---|---|
| From: | service@paypal.com |
| Sent: | Friday, April 05, 2019 10:56 AM |
| To: | Maria M. Amaro Santiago |
| Subject: | Receipt for Your Payment to Foster Moore US, LLC |

Apr 5, 2019 07:55:16 PDT

Transaction ID: 0XV67252M722 28456

**Hello Maria M Amaro,**

**You sent a payment of $20.00 USD to Foster Moore US, LLC (fmus-prucc@fostermoore.com)**

It may take a few moments for this transaction to appear in your account.

**Merchant**                                **Instructions to merchant**

Foster Moore US, LLC                        You haven't entered any instructions.

fmus-prucc@fostermoore.com

787-722-2121

**Shipping address - confirmed**            **Shipping details**

Maria M Amaro                               The seller hasn't provided any shipping details yet.

250 Muñoz Rivera Ave.

Suite 800

San Juan, PR 00918-1813

United States

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Export Search Documents | $20.00 USD | 1 | $20.00 USD |
| | | Subtotal | $20.00 USD |
| | | Total | $20.00 USD |
| | | Payment | $20.00 USD |

Charge will appear on your credit card statement as "PAYPAL *PRDEPTSTATE"

Payment sent to fmus-prucc@fostermoore.com

Payment sent from maria.amaro@oneillborges.com

Pr703-0

1

E. Tngo

IN ACCOUNT WITH
GeraAnt suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE HTA TITLE III

May 3, 2019
Bill #:   349306
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending April 30, 2019:

**Client.Matter: P1703 - 2**

**RE:  FISCAL PLAN**

| | |
|---|---:|
| Total Professional Services | $ 231.00 |
| VOLUME DISCOUNT | $ -23.10 |
| Net Professional Services | $ 207.90 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 207.90** |

IN ACCOUNT WITH

250 Munoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 2**
**RE: FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/29/19 | ETF | 201 | Edit Notice of Violation regarding HTA fiscal plan. | 1.10 | 210.00 | 231.00 |

TOTAL PROFESSIONAL SERVICES $ 231.00

VOLUME DISCOUNT $ -23.10

NET PROFESSIONAL SERVICES: $ 207.90

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| EMILIANO TRIGO FRITZ | 1.10 | 210.00 | 231.00 |
| **Total** | **1.10** | | **$ 231.00** |

**TOTAL THIS INVOICE** $ 207.90

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

May 3, 2019
FOMB IN RE HTA TITLE III                                    Bill #:   349307
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2019:

**Client.Matter: P1703 - 801**

**RE:  17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

| | |
|---|---:|
| Total Professional Services | $ 251.50 |
| VOLUME DISCOUNT | $ -25.15 |
| Net Professional Services | $ 226.35 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 226.35** |

IN ACCOUNT WITH

250 Ave. Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 801**
**RE:  17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/22/19 | HDB | 209 | Revise draft status report in 17-00151. | .30 | 305.00 | 91.50 |
| 4/23/19 | HDB | 209 | Review comments to draft joint status report in 17-00151. | .20 | 305.00 | 61.00 |
| 4/29/19 | HDB | 206 | Revise and sign-off for filing of updated Joint Status Report in 17-00151. | .20 | 305.00 | 61.00 |
| 4/29/19 | DJP | 206 | File the joint status report, through the court's electronic filing system in case 17-151. | .20 | 190.00 | 38.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 251.50 |
| VOLUME DISCOUNT | | $ -25.15 |
| NET PROFESSIONAL SERVICES: | | $ 226.35 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .70 | 305.00 | 213.50 |
| DANIEL J. PEREZ REFOJOS | .20 | 190.00 | 38.00 |
| **Total** | **.90** | | **$ 251.50** |

**TOTAL THIS INVOICE**          **$ 226.35**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

          Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO HIGHWAYS & TRANSPORTATION
AUTHORITY,

          Debtor.

PROMESA
Title III

Case No. 17 BK 3567-LTS

------------------------------------------------------------------x

## COVER SHEET TO TWENTY-FIFTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, FOR THE PERIOD OF MAY 1, 2019 THROUGH MAY 31, 2019

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | May 1, 2019 through May 31, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $2,409.30 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $2,409.30 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twenty-fifth monthly fee application in these cases.

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for May 2019.


/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On August 9th, 2019 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period May 1 through May 31, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $305.00 | 2.60 | $ 793.00 |
| Julio Pietrantoni | Member | Corporate | $355.00 | 3.20 | $ 1,136.00 |
| Ubaldo M. Fernandez | Jr. Member | Litigation | $220.00 | 0.60 | $ 132.00 |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $210.00 | 1.60 | $ 336.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $190.00 | 1.40 | $ 266.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 0.10 | $ 14.00 |
| | **Totals** | | | **9.50** | **$ 2,677.00** |
| | **Less: 10% Courtesy discount** | | | | **$ (267.70)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 2,409.30** |

**HTA TITLE III**

**Summary of Disbursements for the Period May 1 through May 31, 2019**

| Description - Expenses | Amounts |
|---|---|
| | $ - |
| **Totals** | **$ -** |
| **SUMMARY OF DISBURSEMENTS** | **$ -** |

**HTA TITLE III**

**Summary of Legal Fees for the Period May 1 through May 31, 2019**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 203 | Hearings and nonfield comm with court | 0.30 | $ 91.50 |
| 206 | Documents Filed on Behalf of the Board | 2.10 | $ 479.50 |
| 207 | Non Board Court Filings | 0.20 | $ 61.00 |
| 208 | Stay Matters | 0.30 | $ 91.50 |
| 209 | Adversary Proceeding | 4.30 | $ 1,471.50 |
| 211 | Budgeting | 1.60 | $ 336.00 |
| 219 | Docketing | 0.10 | $ 14.00 |
| 224 | Fee applications - O&B | 0.60 | $ 132.00 |
| | | | $ 2,677.00 |
| | **Less: 10% Courtesy Discount** | | $ (267.70) |
| | **TOTALS** | **9.50** | **$ 2,409.30** |

00669116; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $2,168.37, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $2,168.37.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00669116; 1

# **Exhibit A**

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE HTA TITLE III

June 5, 2019
Bill #: 351505
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2019:

**Client.Matter: P1703 - 0**

**RE: GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 2,327.00 |
| Less Discount | $ -232.70 |
| Net Professional Services | $ 2,094.30 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,094.30** |

Electronic Invoice

250? AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/08/19 | HDB | 206 | Analyze Urgent Joint Motion for Expedited Consideration of Urgent Joint Motion for Entry of Order Approving Stipulation and Agreed Order by and Among Financial Oversight and Management Board, Its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Certain Causes of Action of Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | .30 | 305.00 | 91.50 |
| 5/09/19 | HDB | 207 | Review Objection of Ambac Assurance Corporation, National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Financial Guaranty Insurance Company to the Urgent Joint Motion for Expedited Consideration of Urgent Joint Motion for Entry of Order Approving Stipulation and Agreed Order by and Among Financial Oversight and Management Board, its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Certain Causes of Action of Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | .20 | 305.00 | 61.00 |
| 5/13/19 | JP | 209 | Analyze legal scope of liens in favor of HTA bondholders and applicable funds covered by the same vis-a-vis HTA's rights to receive such funds. | 1.80 | 355.00 | 639.00 |
| 5/13/19 | JP | 209 | Review FOMB complaint challenging liens in favor of HTA bondholders to the extent they cover funds not held by fiscal agent. | 1.40 | 355.00 | 497.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  351505

June 5, 2019

| 5/13/19 | HDB | 209 | Commence review of draft complaint regarding HTA Liens. | 1.10 | 305.00 | 335.50 |
|---|---|---|---|---|---|---|
| 5/14/19 | HDB | 206 | Review Omnibus Reply of Financial Management Board, Its Special Claims Committee, and Official Committee of Unsecured Creditors in Support of Urgent Joint Motion for Entry of Order Approving Stipulation and Agreed Order Related to Joint Prosecution of Causes of Action of Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | .40 | 305.00 | 122.00 |
| 5/16/19 | HDB | 203 | Review issues regarding hearing on Stipulation for Joint Prosecution of Causes of Action. (.20) Review Order Approving Stipulation and Agreed Order by and Among Financial Oversight and Management Board, Its Special Claims Committee, and Official Committee of Unsecured Creditors Related to Joint Prosecution of Certain filed by Official Committee of Unsecured Creditors. (.10) | .30 | 305.00 | 91.50 |
| 5/21/19 | DJP | 206 | Analyze the Fifth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Highways & Transportation Authority, for the Period October 1, 2018 through January 31, 2019, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 5/21/19 | DJP | 206 | Analyze the proposed order to be filed together with the Fifth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Highways & Transportation Authority, for the Period October 1, 2018 through January 31, 2019, in anticipation of its filing. | .20 | 190.00 | 38.00 |

O'Neill & Borges LLC

Bill #:  351505                                                                                    June 5, 2019

| 5/21/19 | DJP | 206 | File the Fifth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Highways & Transportation Authority, for the Period October 1, 2018 through January 31, 2019, and supporting documents, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
|---|---|---|---|---|---|---|
| 5/21/19 | DJP | 206 | Analyze the Notice of Filing of Fifth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Highways & Transportation Authority, for the Period October 1, 2018 through January 31, 2019, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 5/21/19 | DJP | 206 | File the Notice of Filing of Fifth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Highways & Transportation Authority, for the Period October 1, 2018 through January 31, 2019, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 5/21/19 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Fifth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Highways & Transportation Authority, for the Period October 1, 2018 through January 31, 2019. | .10 | 190.00 | 19.00 |
| 5/30/19 | HDB | 208 | Review proposed Stipulation for Payment of Claim by Fioring Vilella Garcia. (.20)  Draft e-mail regarding same to Proskauer. (.10) | .30 | 305.00 | 91.50 |
| 5/31/19 | UMF | 224 | Draft twenty-second monthly fee application for Title III case of the HTA. | .30 | 220.00 | 66.00 |
| 5/31/19 | UMF | 224 | Draft twenty-third monthly fee application for Title III case of the HTA. | .30 | 220.00 | 66.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  351505

June 5, 2019

| | |
|---|---:|
| TOTAL PROFESSIONAL SERVICES | $ 2,327.00 |
| Less Discount | $ -232.70 |
| NET PROFESSIONAL SERVICES: | $ 2,094.30 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| JULIO PIETRANTONI | 3.20 | 355.00 | 1,136.00 |
| HERMANN BAUER | 2.60 | 305.00 | 793.00 |
| UBALDO M. FERNANDEZ BARRERA | .60 | 220.00 | 132.00 |
| DANIEL J. PEREZ REFOJOS | 1.40 | 190.00 | 266.00 |
| **Total** | **7.80** | | **$ 2,327.00** |

**TOTAL THIS INVOICE**                     $ 2,094.30

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave Munoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

June 5, 2019
FOMB IN RE HTA TITLE III
Bill #: 351506
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2019:

**Client.Matter: P1703 - 2**

**RE: FISCAL PLAN**

| | |
|---|---:|
| Total Professional Services | $ 336.00 |
| VOLUME DISCOUNT | $ -33.60 |
| Net Professional Services | $ 302.40 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 302.40** |

IN ACCOUNT WITH

250 Ave Munoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 2**
**RE: FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/30/19 | ETF | 211 | Tel. conf. with McKinsey (Z. Jamil, R. Fakher and B. Safran) and J. Garcia regarding HTA capex funds for Fiscal Year 2020. | .40 | 210.00 | 84.00 |
| 5/30/19 | ETF | 211 | Review J. Garcia email regarding rollover of HTA Fiscal Year 2019 funds. (.10) Email J. Garcia regarding same. (.10) | .20 | 210.00 | 42.00 |
| 5/30/19 | ETF | 211 | Review McKinsey email regarding HTA budget decisions. (.20) Respond to N. Jaresko and McKinsey regarding creating reserve for unspent appropriations of HTA. (.20) | .40 | 210.00 | 84.00 |
| 5/31/19 | ETF | 211 | Review McKinsey slide regarding HTA revenues. (.10) Respond to McKinsey and Proskauer comments regarding clawback revenues. (.40) | .50 | 210.00 | 105.00 |
| 5/31/19 | ETF | 211 | Tel. conf. with J. Garcia regarding HTA clawbacks. | .10 | 210.00 | 21.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 336.00 |
| VOLUME DISCOUNT | | $ -33.60 |
| NET PROFESSIONAL SERVICES: | | $ 302.40 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| EMILIANO TRIGO FRITZ | 1.60 | 210.00 | 336.00 |
| **Total** | **1.60** | | **$ 336.00** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  351506

June 5, 2019

**TOTAL THIS INVOICE**                                **$ 302.40**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

June 5, 2019
FOMB IN RE HTA TITLE III
Bill #: 351507
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2019:

**Client.Matter: P1703 - 801**

**RE:  17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

| | |
|---|---|
| Total Professional Services | $ 14.00 |
| VOLUME DISCOUNT | $ -1.40 |
| Net Professional Services | $ 12.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 12.60** |

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 801**
**RE:  17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/06/19 | MMB | 219 | Docket court notice received by email dated April 29, 2019, regarding order dkt. 289 setting deadline to file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 14.00 |
| VOLUME DISCOUNT | | $ -1.40 |
| NET PROFESSIONAL SERVICES: | | $ 12.60 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| Total | .10 | | $ 14.00 |

**TOTAL THIS INVOICE**                              **$ 12.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1