# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

         Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

         Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

-------------------------------------------------------------------x

## COVER SHEET TO TWENTIETH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA") FOR THE PERIOD OF FEBRUARY 1, 2019 THROUGH FEBRUARY 28, 2019

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | February 1, 2019 through February 28, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $17,720.55 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $17,720.55 |

This is a: <u>X</u> monthly ___ interim ___ final application

This is O&B's twentieth monthly fee application in these cases.

00660762; 1

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for February 2019.

/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

00660762; 1

On June 27th, 2019 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory
Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period February 1 through February 28, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $305.00 | 19.20 | $ 5,856.00 |
| Carla Garcia Benitez | Member | Litigation | $330.00 | 6.40 | $ 2,112.00 |
| Carlos E. George | Member | Labor | $250.00 | 5.90 | $ 1,475.00 |
| Jorge A. Candelaria | Associate | Corporate | $180.00 | 33.50 | $ 6,030.00 |
| Camille Marrero | Associate | Litigation | $175.00 | 15.50 | $ 2,712.50 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 2.40 | $ 444.00 |
| Daniel Perez Refojos | Associate | Litigation | $190.00 | 3.20 | $ 608.00 |
| Priscila M. Ramirez Segarra | Associate | Corporate | $180.00 | 1.10 | $ 198.00 |
| Laura Jimenez Davies | Paralegal | Litigation | $145.00 | 0.40 | $ 58.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 1.40 | $ 196.00 |
| | **Totals** | | | **89.00** | **$ 19,689.50** |
| | **Less: 10% Courtesy discount** | | | | **$ (1,968.95)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 17,720.55** |

**PREPA TITLE III**

**Summary of Disbursements for the Period February 1 through February 28, 2019**

| Description - Expenses | | | Amounts | |
|---|---|---|---|---|
| Duplicating | | $ | | - |
| | **Totals** | | **$** | **-** |
| **SUMMARY OF DISBURSEMENTS** | | | **$** | **-** |

00660762; 1

**PREPA TITLE III**

**Summary of Legal Fees for the Period February 1 through February 28, 2019**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 202 | Legal Research | 32.20 | $  5,805.00 |
| 203 | Hearings and Other Non-filed Communications with the Court | 2.30 | $    629.50 |
| 206 | Documents filed on behalf of the Board | 4.00 | $    852.00 |
| 208 | Stay Matters | 1.30 | $    396.50 |
| 209 | Adversary Proceeding | 30.10 | $  8,323.00 |
| 210 | Analysis and Strategy | 14.60 | $  2,606.00 |
| 212 | General Administration and Governance | 0.20 | $      61.00 |
| 214 | Legal/Regulatory Matters | 0.40 | $      58.00 |
| 219 | Docketing | 1.40 | $    196.00 |
| 221 | Discovery/2004 Examinations | 2.50 | $    762.50 |
|  |  |  | **$19,689.50** |
|  |  |  |  |
|  | **Less: 10% Courtesy Discount** |  | **$ (1,968.95)** |
|  |  |  |  |
|  | **TOTALS** | **89.00** | **$17,720.55** |

00660762; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $15,948.50, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $15,948.50.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00660762; 1

# **Exhibit A**

IN ACCOUNT WITH

250 Ave Munoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

March 5, 2019
Bill #: 346032
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending February 28, 2019:

**Client.Matter: P1705 - 1**

**RE: GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---:|
| Total Professional Services | $ 3,001.00 |
| Less Discount | $ -300.10 |
| Net Professional Services | $ 2,700.90 |
| Total Reimbursable Expenses | $ 59.00 |
| **TOTAL THIS INVOICE** | **$ 2,759.90** |

Electronic Invoice

IN ACCOUNT WITH

250 Ave Munoz Rivera, Suite 800
San Juan, PR  00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE:  GENERAL-PREPA TITLE III 17-4780**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/01/19 | HDB | 212 | Draft e-mail to counsel for PREB regarding proposals to resolve 18-AP-0024. | .20 | 305.00 | 61.00 |
| 2/04/19 | HDB | 208 | Revise and sign-off on Notice of Presentment of Stipulation and Proposed Amended Scheduling Order for Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. For Relief from The Automatic Stay. | .30 | 305.00 | 91.50 |
| 2/04/19 | GMR | 202 | Legal research caselaw in the First Circuit dealing with bank examiner privilege. | 1.40 | 185.00 | 259.00 |
| 2/04/19 | GMR | 202 | Analyze caselaw found in research dealing with the First Circuit interpretation of the bank examiner privilege. | .40 | 185.00 | 74.00 |
| 2/05/19 | HDB | 221 | Revise draft Motion to Compel Production of Documents in connection with the Monoline's Stay Relief Motion (.50)  Review Walmart Puerto Rico v. Zaragoza legal opinion in connection with potential privilege arguments (.20) | .70 | 305.00 | 213.50 |
| 2/05/19 | GMR | 203 | Analyze draft of urgent motion to compel production of documents regarding motion for relief from stay (focused on bank examiner privilege). | .60 | 185.00 | 111.00 |
| 2/07/19 | HDB | 221 | Revise and sign-off for filing on Urgent Motion of Financial Oversight and Management Board, as Representative of Debtor, to Compel Production of Documents from Movants Relating to their Motion for Relief from Automatic Stay. | .40 | 305.00 | 122.00 |

O'Neill & Borges LLC

Bill #:  346032                                                                    March 5, 2019

| 2/07/19 | DJP | 206 | Analyze the Urgent Motion of the Financial Oversight and Management Board, as Representative of Debtor, to Compel Production of Documents from Movants Relating to their Motion for Relief from Automatic Stay, in anticipation of its filing. | .60 | 190.00 | 114.00 |
|---------|-----|-----|---|-----|--------|--------|
| 2/07/19 | DJP | 206 | Analyze the proposed order to be filed together with the Urgent Motion of the Financial Oversight and Management Board, as Representative of Debtor, to Compel Production of Documents from Movants Relating to their Motion for Relief from Automatic Stay. | .20 | 190.00 | 38.00 |
| 2/07/19 | DJP | 206 | Analyze all exhibits to be filed together with the Urgent Motion of the Financial Oversight and Management Board, as Representative of Debtor, to Compel Production of Documents from Movants Relating to their Motion for Relief from Automatic Stay. | .40 | 190.00 | 76.00 |
| 2/07/19 | DJP | 206 | File the Urgent Motion of the Financial Oversight and Management Board, as Representative of Debtor, to Compel Production of Documents from Movants Relating to their Motion for Relief from Automatic Stay, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 2/07/19 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Urgent Motion of Financial Oversight and Management Board, as Representative of Debtor, to Compel Production of Documents from Movants Relating to their Motion for Relief from Automatic Stay. | .10 | 190.00 | 19.00 |
| 2/08/19 | HDB | 221 | Review Order on Motion to Compel filed by the FOMB. | .20 | 305.00 | 61.00 |
| 2/12/19 | MMB | 219 | Docket court notice received by email dated February 7, 2019, regarding order dkt. 1064 setting various deadlines, hearing on May 8, 2019 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 2/12/19 | MMB | 219 | Docket court notice received by email dated February 8, 2019, regarding order dkt. 1067 setting various deadlines, motion hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 2/13/19 | MMB | 219 | Docket court notice received by email dated February 8, 2019, regarding notice dkt. 1075 of hearing on motion for relief from stay - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  346032

March 5, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/13/19 | MMB | 219 | Docket court notice received by email dated February 11, 2019, regarding deadline to file responses to MLS dkt. 1074, replies - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 2/13/19 | MMB | 219 | Docket court notice received by email dated February 13, 2019, regarding order dkt. 1082 on procedures for February 26, 2019 hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 2/14/19 | HDB | 208 | Revise BNYM's reservation of Rights With Respect to the Urgent Motion of the FOMB to Compel Production of Documents From Movants Relating To Their Motion for Relief from Automatic Stay. | .20 | 305.00 | 61.00 |
| 2/14/19 | MMB | 219 | Update MLS chart as of 2/8/2019. to include motion for relief from stay dkt. 1074 filed by Anne Catesby, Jorge Valdés (.10), notice of hearing dkt. 1075. (.10) | .20 | 140.00 | 28.00 |
| 2/14/19 | MMB | 219 | Update MLS chart as of 2/11/2019. to include order dkt. 1076 setting briefing schedule on motion for relief from stay dkt. 1074. | .10 | 140.00 | 14.00 |
| 2/15/19 | HDB | 208 | Analyze Opposition Of Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, and Syncora Guarantee Inc. To The Urgent Motion Of Financial Oversight And Management Board, As Representative Of Debtor, To Compel Production Of Documents From Movants Relating To Their Motion For Relief From Automatic Stay. | .40 | 305.00 | 122.00 |
| 2/18/19 | HDB | 221 | Revise draft Reply in support of the FOMB's Motion to compel documents in the PREPA Lift Stay Receiver motion. (.50) Draft e-mail to B. Clark with suggestions. (.10) | .60 | 305.00 | 183.00 |
| 2/18/19 | HDB | 209 | Review comments by the CW to the proposed initial disclosures in 17-AP-229. | .20 | 305.00 | 61.00 |
| 2/19/19 | MMB | 219 | Update MLS chart as of February 19, 2019, to include urgent motion dkt. 1088 in case 17-04780 in relation with Wide Range's motion for relief from stay. | .10 | 140.00 | 14.00 |
| 2/20/19 | HDB | 206 | Revise and sign-off on Informative Motion for February 26 Hearing. | .20 | 305.00 | 61.00 |
| 2/20/19 | DJP | 206 | Analyze the Informative Motion of the Financial Oversight and Management Board Regarding February 26, 2019 Hearing, in anticipation of its filing. | .30 | 190.00 | 57.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  346032

March 5, 2019

| 2/20/19 | DJP | 206 | File the Informative Motion of the Financial Oversight and Management Board Regarding February 26, 2019 Hearing, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
|---|---|---|---|---|---|---|
| 2/20/19 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Informative Motion of the Financial Oversight and Management Board Regarding February 26, 2019 Hearing. | .10 | 190.00 | 19.00 |
| 2/20/19 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Informative Motion of the Financial Oversight and Management Board Regarding February 26, 2019 Hearing. | .20 | 190.00 | 38.00 |
| 2/21/19 | HDB | 209 | Review FOMB's final initial disclosures. (.20) Tel. conf. with R. Emmanuelli regarding Plaintiff's disclosures. (.10) | .30 | 305.00 | 91.50 |
| 2/22/19 | HDB | 206 | Revise and sign-off on Reply to Motion to Compel production from Insurers. (.40) Review issues regarding filing documents under seal. (.20) | .60 | 305.00 | 183.00 |
| 2/26/19 | HDB | 203 | Review Expert Declaration of Jeff D. Makholm, Ph.D in anticipation of hearing. (.30) Attend hearing on Motion to Compel production of documents by insurers. (1.40) | 1.70 | 305.00 | 518.50 |
| 2/26/19 | MMB | 219 | Docket court notice received by email dated February 22, 2019, regarding order dkt. 1098 resolving 1097 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 2/26/19 | MMB | 219 | Update MLS chart as of February 22, 2019, to include dkt. 1097, FAFAA's motion for extension of time to respond (.10), and order dkt. 1098 granting FAFAA's motion 1097. (.10) | .20 | 140.00 | 28.00 |
| 2/27/19 | HDB | 208 | Review unredacted Expert Declaration of Sandra Ringelstetter Ennis. | .40 | 305.00 | 122.00 |

TOTAL PROFESSIONAL SERVICES          $ 3,001.00

Less Discount                                         $ -300.10

NET PROFESSIONAL SERVICES:              $ 2,700.90

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  346032

March 5, 2019

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 6.40 | 305.00 | 1,952.00 |
| DANIEL J. PEREZ REFOJOS | 2.30 | 190.00 | 437.00 |
| GABRIEL MIRANDA RIVERA | 2.40 | 185.00 | 444.00 |
| MILAGROS MARCANO BAEZ | 1.20 | 140.00 | 168.00 |
| **Total** | **12.30** | | **$ 3,001.00** |

## EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 2/26/19 | DUPLICATING -  AS OF 2/26/19 (32 Copies @ $.10) | 3.20 |
| 2/26/19 | DUPLICATING -  AS OF 2/26/19 (74 Copies @ $.10) | 7.40 |
| 2/26/19 | DUPLICATING -  AS OF 2/26/19 (95 Copies @ $.10) | 9.50 |
| 2/26/19 | DUPLICATING -  AS OF 2/26/19 (22 Copies @ $.10) | 2.20 |
| 2/26/19 | DUPLICATING -  AS OF 2/26/19 (58 Copies @ $.10) | 5.80 |
| 2/26/19 | DUPLICATING -  AS OF 2/26/19 (3 Copies @ $.10) | .30 |
| 2/26/19 | DUPLICATING -  AS OF 2/26/19 (4 Copies @ $.10) | .40 |
| 2/26/19 | DUPLICATING -  AS OF 2/26/19 (57 Copies @ $.10) | 5.70 |
| 2/26/19 | DUPLICATING -  AS OF 2/26/19 (95 Copies @ $.10) | 9.50 |
| 2/26/19 | DUPLICATING -  AS OF 2/26/19 (55 Copies @ $.10) | 5.50 |
| 2/26/19 | DUPLICATING -  AS OF 2/26/19 (95 Copies @ $.10) | 9.50 |

TOTAL REIMBURSABLE EXPENSES          $ 59.00

**TOTAL THIS INVOICE**          **$ 2,759.90**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

Generated
Monday, April 1, 2019
at      3:43:51PM

## Consolidated Account Detail

### Client='p1705' and   Matter='00001'   and (From: '2019-2-1'   To: '2019-2-28')

| Starting Date: | 2/26/2019 | Ending Date: | 2/26/2019 | Number of Days: | 1 |

| Date | Time | User | Type | Count | Amount |
|------|------|------|------|-------|--------|
| **Location: oab:O'neill and Borges** | | | | | |
| **Client: p1705:FOMB IN RE PREPA TITLE III** | | | | | |
| **Matter: 00001:GENERAL-PREPA TITLE III 17-4780** | | | | | |
| 2/26/2019 | 11:50:47AM | RODRIGUEZ, REBECA | Duplicating | 32 | $3.20 |
| 2/26/2019 | 11:50:55AM | RODRIGUEZ, REBECA | Duplicating | 74 | $7.40 |
| 2/26/2019 | 11:51:13AM | RODRIGUEZ, REBECA | Duplicating | 95 | $9.50 |
| 2/26/2019 | 11:51:15AM | RODRIGUEZ, REBECA | Duplicating | 22 | $2.20 |
| 2/26/2019 | 11:51:27AM | RODRIGUEZ, REBECA | Duplicating | 58 | $5.80 |
| 2/26/2019 | 11:51:28AM | RODRIGUEZ, REBECA | Duplicating | 3 | $0.30 |
| 2/26/2019 | 11:51:30AM | RODRIGUEZ, REBECA | Duplicating | 4 | $0.40 |
| 2/26/2019 | 11:57:55AM | MARCANO, MILAGROS | Duplicating | 57 | $5.70 |
| 2/26/2019 | 12:01:48PM | RODRIGUEZ, REBECA | Duplicating | 55 | $5.50 |
| 2/26/2019 | 12:02:46PM | MARCANO, MILAGROS | Duplicating | 95 | $9.50 |
| 2/26/2019 | 12:05:21PM | RODRIGUEZ, REBECA | Duplicating | 95 | $9.50 |
| | | **Totals for   Matter: 00001** | | | **$59.00** |
| | **Totals for   Client: p1705** | | | | **$59.00** |
| **Totals for   Location: oab** | | | | | **$59.00** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

March 5, 2019
Bill #:   346033
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 28, 2019:

**Client.Matter: P1705 - 801**

**RE:  17-00218-LTS PREPA V. VITOL S.A. ET AL-HDB**

| | |
|---|---:|
| Total Professional Services | $ 213.50 |
| VOLUME DISCOUNT | $ -21.35 |
| Net Professional Services | $ 192.15 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 192.15** |

IN ACCOUNT WITH
250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 801**
**RE:  17-00218-LTS PREPA V. VITOL S.A. ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/12/19 | HDB | 209 | Review Opinion and Order granting remand to Puerto Rico Courts. | .70 | 305.00 | 213.50 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 213.50 |
| VOLUME DISCOUNT | $ -21.35 |
| NET PROFESSIONAL SERVICES: | $ 192.15 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .70 | 305.00 | 213.50 |
| Total | .70 |  | $ 213.50 |

**TOTAL THIS INVOICE**                                      **$ 192.15**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

March 5, 2019
Bill #: 346035
Billing Attorney: HDB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 28, 2019:

**Client.Matter: P1705 - 804**

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

|  |  |
|---|---|
| Total Professional Services | $ 2,573.00 |
| VOLUME DISCOUNT | $ -257.30 |
| Net Professional Services | $ 2,315.70 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,315.70** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'Neill & Borges LLC

**Client.Matter: P1705 . 804**
**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/01/19 | HDB | 209 | Further review of scheduling alternatives in connection with discovery. | .20 | 305.00 | 61.00 |
| 2/06/19 | HDB | 209 | Review Defendant's proposed schedule for Rule 26(f) Conference and case management in 17-AP-00229. (.20) Draft message to R. Emmanuelli. (.10) | .30 | 305.00 | 91.50 |
| 2/08/19 | HDB | 221 | Review draft discovery request. | .60 | 305.00 | 183.00 |
| 2/08/19 | HDB | 209 | Tel. conf with A. Diaz and K. Bolaños regarding scheduling meeting with R. Emmanuelli and other issues. | .20 | 305.00 | 61.00 |
| 2/11/19 | HDB | 209 | Review draft of initial disclosures for 17-AP-229. | .40 | 305.00 | 122.00 |
| 2/12/19 | HDB | 209 | Tel. conf. with R. Emmanuelli regarding briefing schedule. (.20) Draft e-mail to J. Richman regarding same. (.10) Revise draft Stipulation of Briefing Schedule. (.10) | .40 | 305.00 | 122.00 |
| 2/13/19 | HDB | 209 | Review e-mail from J. Richman regarding disclosures issue. (.10) Draft e-mail forwarding draft motion to R. Emmanuelli. (.20) Review draft Initial Disclosures on behalf of C. Sobrino. (.30) | .60 | 305.00 | 183.00 |
| 2/14/19 | CEG | 209 | Review documentary evidence on legislative records on challenged laws. | 1.10 | 250.00 | 275.00 |
| 2/15/19 | HDB | 209 | Review OMM's comments to draft initial disclosures in 17-AP-229 (.2) and J. Richman's response thereto (.2) | .40 | 305.00 | 122.00 |
| 2/15/19 | CEG | 210 | Revise emails from A. Paval (OMM) (.20) and J. Richman (.20) regarding several issues on documentary evidence for initial disclosures and related deadlines. | .40 | 250.00 | 100.00 |
| 2/18/19 | HDB | 209 | Review comments to proposed schedule for 17-AP-229. | .20 | 305.00 | 61.00 |
| 2/19/19 | CEG | 209 | Review CW and PREPA initial disclosure. | .70 | 250.00 | 175.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  346035

March 5, 2019

| 2/19/19 | CEG | 209 | Review plaintiff written discovery request. | .40 | 250.00 | 100.00 |
| 2/20/19 | HDB | 209 | Review Government Officials' Rule 26(A)(1) Initial Disclosures. | .30 | 305.00 | 91.50 |
| 2/22/19 | CEG | 209 | Participate in conference call with J. Richman related to documentary evidence and  strategy to follow in discovery. | .50 | 250.00 | 125.00 |
| 2/23/19 | CEG | 209 | Review initial disclosures  from UTIER (.30) and related documents produced. (1.90) | 2.20 | 250.00 | 550.00 |
| 2/27/19 | CEG | 209 | Email exchange with J.  Richman related to written discovery petitions. | .60 | 250.00 | 150.00 |

TOTAL PROFESSIONAL SERVICES                 $ 2,573.00

VOLUME DISCOUNT                                        $ -257.30

NET PROFESSIONAL SERVICES:                   $ 2,315.70

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 3.60 | 305.00 | 1,098.00 |
| CARLOS E. GEORGE | 5.90 | 250.00 | 1,475.00 |
| **Total** | **9.50** | | **$ 2,573.00** |

**TOTAL THIS INVOICE**                              **$ 2,315.70**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

250 Ave Munoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

In account with

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

March 5, 2019
Bill #:   346036
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 28, 2019:

**Client.Matter: P1705 - 805**

**RE:  17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

| | |
|---|---:|
| Total Professional Services | $ 471.50 |
| VOLUME DISCOUNT | $ -47.15 |
| Net Professional Services | $ 424.35 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 424.35** |

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 805**
**RE:  17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/18/19 | HDB | 209 | Review e-mail from L. Stafford. (.1) Draft e-mails to counsel for PREB and ICSE regarding status report (.2) | .30 | 305.00 | 91.50 |
| 2/19/19 | HDB | 209 | Tel. conf. with Y. Gonzalez regarding status report in 17-AP-256. (.30) Review e-mail from Y. Gonzalez regarding request for extension. (.20) Draft e-mail to M. Dale regarding same. (.10) | .60 | 305.00 | 183.00 |
| 2/20/19 | HDB | 209 | Review Motion for Extension of Time to File Status Report. (.20) Draft e-mail regarding same. (.10) Review Order granting extension. (.10) | .40 | 305.00 | 122.00 |
| 2/20/19 | MMB | 219 | Docket court notice received by email dated February 20, 2019, regarding order dkt. 60 setting deadline to file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 2/28/19 | HDB | 209 | Follow-up with counsel for PREB regarding status report. | .20 | 305.00 | 61.00 |

| | | |
|---|---|---:|
| TOTAL PROFESSIONAL SERVICES | | $ 471.50 |
| VOLUME DISCOUNT | | $ -47.15 |
| NET PROFESSIONAL SERVICES: | | $ 424.35 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.50 | 305.00 | 457.50 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **1.60** | | **$ 471.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  346036

March 5, 2019

**TOTAL THIS INVOICE**                                    **$ 424.35**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

March 5, 2019
Bill #: 346038
Billing Attorney: HDB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 28, 2019:

**Client.Matter: P1705 - 810**

**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

| | |
|---|---:|
| Total Professional Services | $ 12,454.50 |
| VOLUME DISCOUNT | $ -1,245.45 |
| Net Professional Services | $ 11,209.05 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 11,209.05** |

IN ACCOUNT WITH
250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 810**
**RE:  18-00047-LTS RIVERA V PREPA/ELA-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/05/19 | HDB | 209 | Review Motion Tendering Amended Complaint and requesting issuance of summons (.20) Analyze tendered Amended Complaint. (.90)  Draft e-mail to G. Mashberg and M. Dale regarding same. (.10) | 1.20 | 305.00 | 366.00 |
| 2/06/19 | HDB | 209 | Receive and review Court Order allowing amended complaint. | .20 | 305.00 | 61.00 |
| 2/13/19 | CGB | 209 | Conf. with J. Candelaria regarding factual and legal background regarding the creation of PREPA-ERS and legal issues relating to same; (.30) Analyze Amended complaint at Docket No. 38; (.20) Review legal memorandum on Puerto Rico Electric Power Authority Retirement Systems Legal Structure. (.20) Tel. conf. with P. Possinger, P. Friedman and L Rappaport regarding amended complaint allegations and legal strategy to address the same. (.70) | 1.40 | 330.00 | 462.00 |
| 2/13/19 | HDB | 209 | Tel. conf. with Carlos Aquino, counsel for PREPA, regarding amended complaint in 18-AP-47. (.20) Draft e-mail to L. Rapaport regarding same. (.20) Further analysis of amended complaint in preparation for conference call with Proskauer and OMM. (.50) Tel. conf. with OMM and Proskauer regarding case strategy. (.50) | 1.40 | 305.00 | 427.00 |
| 2/13/19 | JAC | 210 | Discuss with C. Garcia regarding background on PREPA retirement system structure. | .30 | 180.00 | 54.00 |
| 2/13/19 | JAC | 210 | Conduct preliminary analysis of amended complaint filed by Rivera Rivera et al. against PREPA et al. | .80 | 180.00 | 144.00 |
| 2/13/19 | JAC | 210 | Analyze original complaint in Rivera Rivera et al. against PREPA et al. in the Puerto Rico Court of First Instance to ascertain modification and amendment. | .70 | 180.00 | 126.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  346038                                                                      March 5, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/13/19 | JAC | 210 | Analyze existing legal memorandums regarding PREPA's retirement system and trusts under Puerto Rico law. | 2.40 | 180.00 | 432.00 |
| 2/19/19 | HDB | 209 | Review issues regarding scheduling to respond to Rivera Rivera complaint with P. Possinger. (.10) Draft notes to counsel for Plaintiffs regarding scheduling. (.10) Tel. conf. with R. Emmanuelli regarding scheduling. (.10) | .30 | 305.00 | 91.50 |
| 2/19/19 | LJD | 214 | As requested by attorney J. Candelaria, access SUMAC and review docket report of case Union de Trabajadores de la Industria Electrica v. AEE; SJ2015CV00100 and search for related cases. | .40 | 145.00 | 58.00 |
| 2/20/19 | CGB | 209 | Tel. conf. with PREPA in-house counsel J. Ruiz regarding legal representation of PREPA board members issues; (.10) Review (.10) and respond (.10) to Follow-up email from PREPA counsel J. Ruiz regarding same; conf. with J. A. Candelaria regarding research strategy to analyze plaintiff legal personality claims. (.40) | .70 | 330.00 | 231.00 |
| 2/20/19 | CGB | 209 | Review memo on Puerto Rico trust requirements to ascertain potential impact upon Plaintiffs' claims (0.3); Analyze legal provisions governing trusts in effect when PREPA- ERS was created (0.2); Review PREPA-ERS factual creation background (0.3); Conf. with J.A. Candelaria regarding strategy to address queries raised by Plaintiffs amended complaint (0.2); Draft email to H. D. Bauer regarding key legal queries (0.1). | 1.10 | 330.00 | 363.00 |
| 2/20/19 | JAC | 202 | Conf. with C. Garcia regarding potential research on legal personality under Puerto Rico law. | .40 | 180.00 | 72.00 |
| 2/20/19 | JAC | 202 | Commence initial research on legal personality standards under Puerto Rico law. | 1.40 | 180.00 | 252.00 |
| 2/21/19 | CGB | 209 | Review prior docket to confirm and verify prior proceedings; (.50) Draft motion for extension of time to respond to the Amended Complaint; (.40) Draft proposed order. (.10) | 1.00 | 330.00 | 330.00 |
| 2/21/19 | CGB | 209 | Draft email to E. Barak setting forth proposed scope of Puerto Rico law research required to address key allegations in the Plaintiff second amended complaint. | .30 | 330.00 | 99.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  346038

March 5, 2019

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/21/19 | HDB | 209 | Tel. conf. with R. Emmanuelli regarding briefing schedule. (.20) Draft e-mail to P. Possinger and P. Friedman regarding same. (.10) Edit draft Motion for Extension of Time. (.20) | .50 | 305.00 | 152.50 |
| 2/21/19 | JAC | 202 | Legal research regarding the legal structure of Puerto Rico Electric Power Authority Employees' Retirement System for purposes of addressing certain second amended complaint arguments. | 5.80 | 180.00 | 1,044.00 |
| 2/21/19 | CIM | 209 | Review (and) analyze res judicata arguments made by Plaintiffs in amended complaint. | 1.60 | 175.00 | 280.00 |
| 2/21/19 | CIM | 209 | Review (and) analyze partial and final judgment issued in the Trial Court to evaluate Plaintiff's arguments of res judicata. | 1.70 | 175.00 | 297.50 |
| 2/22/19 | CGB | 209 | Analyze suggested edits to Motion for extension of time to respond to second amended complaint circulated by L. Rappaport; (.20) email exchange with L. Rappaport regarding next steps; (.10) Draft email to counsel for the Governor of Puerto Rico and the PREPA board members to circulate same. (.20) | .50 | 330.00 | 165.00 |
| 2/22/19 | CGB | 209 | Analyze Act 21 of April 28, 1980 discussing ownership of the PREPA-ERS funds. | .20 | 330.00 | 66.00 |
| 2/22/19 | HDB | 209 | Review edits to draft motion for extension of time to respond to amended complaint. | .20 | 305.00 | 61.00 |
| 2/22/19 | PMR | 202 | Research as to legal personality of a trust under Puerto Rico law. | 1.10 | 180.00 | 198.00 |
| 2/22/19 | JAC | 202 | Analyze Puerto Rico Electric Power Authority Employees' Retirement System regulations in view of second amended complaint arguments. | 4.70 | 180.00 | 846.00 |
| 2/22/19 | JAC | 202 | Claiming legal personality draft memorandum regarding Puerto Rico Electric Power Authority Employees' Retirement System legal creation process in view of second amended complaint. | 3.20 | 180.00 | 576.00 |
| 2/22/19 | CIM | 209 | Legal research of res judicata and collateral estoppel under Puerto Rico law. | 2.20 | 175.00 | 385.00 |
| 2/25/19 | JAC | 202 | Edit memorandum regarding Puerto Rico Electric Power Authority Employees' Retirement System address claims regarding trust status under Puerto Rico law. | 5.80 | 180.00 | 1,044.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  346038                                                                                    March 5, 2019

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/25/19 | CIM | 210 | Draft memorandum regarding res judicata and collateral estoppel requirements. | 1.40 | 175.00 | 245.00 |
| 2/26/19 | DJP | 206 | Analyze the Urgent Unopposed Motion Seeking Extension of Time for Defendants to Respond to Amended Adversary Complaint to and Including April 4, 2019, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 2/26/19 | DJP | 206 | Analyze the proposed order to be filed together with the Urgent Unopposed Motion Seeking Extension of Time for Defendants to Respond to Amended Adversary Complaint to and Including April 4, 2019. | .20 | 190.00 | 38.00 |
| 2/26/19 | DJP | 206 | File the Urgent Unopposed Motion Seeking Extension of Time for Defendants to Respond to Amended Adversary Complaint to and Including April 4, 2019, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 2/26/19 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Urgent Unopposed Motion Seeking Extension of Time for Defendants to Respond to Amended Adversary Complaint to and Including April 4, 2019. | .20 | 190.00 | 38.00 |
| 2/26/19 | JAC | 202 | Analyze Puerto Rico Electric Power Authority Act in view of arguments presented by plaintiffs in second amended complaint. | 1.40 | 180.00 | 252.00 |
| 2/26/19 | JAC | 202 | Analyze Puerto Rico Supreme Court opinions on constructive trusts. | 2.10 | 180.00 | 378.00 |
| 2/26/19 | CIM | 210 | Continue draft of memo regarding res judicata and collateral estoppel. | 1.40 | 175.00 | 245.00 |
| 2/27/19 | CGB | 209 | Review court order grating extension of time to respond to amended complaint and related Follow-up deadlines. | .20 | 330.00 | 66.00 |
| 2/27/19 | JAC | 202 | Edit sections of to memorandum regarding Puerto Rico Electric Power Authority Employees' Retirement System to discuss constructive trusts. | .90 | 180.00 | 162.00 |
| 2/27/19 | JAC | 202 | Further analyze potential arguments in response to second amended complaint regarding Puerto Rico Electric Power Authority Employees' Retirement System. | 1.20 | 180.00 | 216.00 |
| 2/27/19 | CIM | 210 | Draft analysis of potential applicability of res judicata and collateral estoppel doctrines to Plaintiff's claims. | 7.20 | 175.00 | 1,260.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  346038

March 5, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/28/19 | CGB | 209 | Revise Draft legal memorandum setting forth legal background of the PREPA ERS and addressing various issues raised in amended complaint. | 1.00 | 330.00 | 330.00 |
| 2/28/19 | JAC | 202 | Revise memorandum analyzing various issues imparting the Puerto Rico Electric Power Authority Employees' Retirement System to send to C. Garcia for review. | 2.40 | 180.00 | 432.00 |
| 2/28/19 | MMB | 219 | Docket court notice received by email dated February 27, regarding order dkt. 43 rescheduling deadlines to answer the complaint or file motions to dismiss, oppositions, and reply thereto - C. Garcia, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 12,454.50 |
| VOLUME DISCOUNT | $ -1,245.45 |
| NET PROFESSIONAL SERVICES: | $ 11,209.05 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | 6.40 | 330.00 | 2,112.00 |
| HERMANN BAUER | 3.80 | 305.00 | 1,159.00 |
| PRISCILA M. RAMIREZ SEGARRA | 1.10 | 180.00 | 198.00 |
| DANIEL J. PEREZ REFOJOS | .90 | 190.00 | 171.00 |
| JORGE A. CANDELARIA | 33.50 | 180.00 | 6,030.00 |
| MARRERO, CAMILLE I. | 15.50 | 175.00 | 2,712.50 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| LAURA JIMENEZ DAVIS | .40 | 145.00 | 58.00 |
| **Total** | **61.70** | | **$ 12,454.50** |

### TOTAL THIS INVOICE                    $ 11,209.05

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'NEILL & BORGES LLC

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

FOMB IN RE PREPA TITLE III

March 5, 2019
Bill #:   346039
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 28, 2019:

**Client.Matter: P1705 - 812**

**RE:  18-00063-LTS PBJL ENERGY CORP. V. PREPA-CBG**

| | |
|---|---:|
| Total Professional Services | $ 335.50 |
| VOLUME DISCOUNT | $ -33.55 |
| Net Professional Services | $ 301.95 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 301.95** |

# O'NEILL & BORGES LLC

250 Muñoz Rivera Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 812**
**RE: 18-00063-LTS PBJL ENERGY CORP. V. PREPA-CBG**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/13/19 | HDB | 209 | Review e-mail by counsel for PBJL. (.10) Revise and comment draft Stipulation for Dismissal. (.20) Draft e-mail to Proskauer regarding Stipulation for Dismissal and comments thereto. (.10) | .40 | 305.00 | 122.00 |
| 2/14/19 | HDB | 209 | Review e-mail from M. Dale regarding stipulation for dismissal. (.10) Review case docket to determine if plaintiff may dismiss as a matter of right. (.20) Draft e-mail to M. Dale regarding same. (.10) Review response from counsel for Plaintiffs. (.10) | .50 | 305.00 | 152.50 |
| 2/19/19 | HDB | 209 | Analyze Notice of Voluntary Dismissal. | .20 | 305.00 | 61.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 335.50 |
| VOLUME DISCOUNT | | $ -33.55 |
| NET PROFESSIONAL SERVICES: | | $ 301.95 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.10 | 305.00 | 335.50 |
| **Total** | **1.10** | | **$ 335.50** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 301.95** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

250 MUÑOZ RIVERA AVENUE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE COMMONWEALTH OF PR TITLE III

March 6, 2019
Bill #: 347119
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 28, 2019:

**Client.Matter: P1701 - 820**

**RE: 18-00080-LTS ROSSELLO NEVARES V FOMB, ET AL -CGB**

| | |
|---|---:|
| Total Professional Services | $ 57.00 |
| VOLUME DISCOUNT | $ -5.70 |
| Net Professional Services | $ 51.30 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 51.30** |

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 Ave Muñoz Rivera, Suite 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1701 . 820**
**RE:  18-00080-LTS ROSSELLO NEVARES V FOMB, ET AL -CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/28/19 | DJP | 211 | Draft email to E. Trigo, fordwarding relevant pleadings filed in AP 18-080, including answer filed by the Board and the motion to dismiss for lack of jurisdiction. | .30 | 190.00 | 57.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 57.00 |
| VOLUME DISCOUNT | $ -5.70 |
| NET PROFESSIONAL SERVICES: | $ 51.30 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| DANIEL J. PEREZ REFOJOS | .30 | 190.00 | 57.00 |
| **Total** | **.30** | | **$ 57.00** |

**TOTAL THIS INVOICE**                   **$ 51.30**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

     Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

-------------------------------------------------------------------x

## COVER SHEET TO TWENTY-FIRST MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA") FOR THE PERIOD OF MARCH 1, 2019 THROUGH MARCH 31, 2019

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

00660802; 1

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | March 1, 2019 through March 31, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $17,941.95 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $17,941.95 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twenty-first monthly fee application in these cases.

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for March 2019.

/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On June 27th, 2019 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory
Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

00660802; 1

**PREPA TITLE III**

**Summary of Legal Fees for the Period March 1 through March 31, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $305.00 | 10.30 | $ 3,141.50 |
| Carla Garcia Benitez | Member | Litigation | $330.00 | 6.50 | $ 2,145.00 |
| Carlos E. George | Member | Labor | $250.00 | 9.20 | $ 2,300.00 |
| Ubaldo M. Fernández | Jr. Member | Litigation | $220.00 | 0.40 | $ 88.00 |
| Ana M. Rodríguez | Jr. Member | Litigation | $225.00 | 0.60 | $ 135.00 |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $210.00 | 4.60 | $ 966.00 |
| Jorge A. Candelaria | Associate | Corporate | $180.00 | 22.60 | $ 4,068.00 |
| Camille Marrero | Associate | Litigation | $175.00 | 1.70 | $ 297.50 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 3.60 | $ 666.00 |
| Daniel Perez Refojos | Associate | Litigation | $190.00 | 10.50 | $ 1,995.00 |
| Priscila M. Ramírez Segarra | Associate | Corporate | $180.00 | 1.40 | $ 252.00 |
| Ivette Rodríguez | Associate | Corporate | $170.00 | 0.30 | $ 51.00 |
| Filex E. Rosado | Associate | Labor | $165.00 | 21.30 | $ 3,514.50 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 1.40 | $ 196.00 |
| Vanessa Sánchez | Paralegal | Litigation | $150.00 | 0.80 | $ 120.00 |
| | **Totals** | | | 95.20 | **$ 19,935.50** |
| | **Less: 10% Courtesy discount** | | | | **$ (1,993.55)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 17,941.95** |

**PREPA TITLE III**

**Summary of Disbursements for the Period March 1 through March 31, 2019**

| Description - Expenses | | | Amounts | |
|---|---|---|---|---|
| | | | $ | - |
| | **Totals** | | **$** | **-** |
| **SUMMARY OF DISBURSEMENTS** | | | **$** | **-** |

**Summary of Legal Fees for the Period March 1 through March 31, 2019**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 18.70 | $  3,372.00 |
| 202 | Legal Research | 24.00 | $  4,048.50 |
| 206 | Documents filed on behalf of the Board | 13.60 | $  2,712.50 |
| 208 | Stay Matters | 2.40 | $   732.00 |
| 209 | Adversary Proceeding | 18.80 | $  5,412.50 |
| 210 | Analysis and Strategy | 7.30 | $  1,389.50 |
| 211 | Budgeting | 0.20 | $    42.00 |
| 213 | Labor, Pension Matters | 0.40 | $   100.00 |
| 215 | Plan of Adjustment and Disclosure Statement | 4.10 | $   861.00 |
| 218 | Employment and Fee applications | 0.30 | $    55.50 |
| 219 | Docketing | 1.40 | $   196.00 |
| 221 | Discovery/2004 Examinations | 2.80 | $   806.00 |
| 224 | Fee applications - O&B | 1.20 | $   208.00 |
|  |  |  | **$19,935.50** |
|  | **Less: 10% Courtesy Discount** |  | **$ (1,993.55)** |
|  | **TOTALS** | **95.20** | **$17,941.95** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $16,147.76, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $16,147.76.

### Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00660802; 1

# **Exhibit A**

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

April 3, 2019
Bill #: 347778
Billing Attorney: HDB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2019:

**Client.Matter: P1705 - 1**

**RE: GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---|
| Total Professional Services | $ 5,584.50 |
| Less Discount | $ -558.45 |
| Net Professional Services | $ 5,026.05 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 5,026.05** |

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE:  GENERAL-PREPA TITLE III 17-4780**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/01/19 | HDB | 206 | Revise and sign-off on Informative Motion regarding entry of Order. (.20) Draft e-mail regarding same. (.10) | .30 | 305.00 | 91.50 |
| 3/01/19 | DJP | 206 | Analyze the Informative Motion of the Financial Oversight and Management Board Regarding February 26, 2019 Hearing, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 3/01/19 | DJP | 206 | File the Informative Motion of the Financial Oversight and Management Board Regarding February 26, 2019 Hearing, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 3/01/19 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Informative Motion of the Financial Oversight and Management Board Regarding February 26, 2019 Hearing. | .20 | 190.00 | 38.00 |
| 3/01/19 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Informative Motion of the Financial Oversight and Management Board Regarding February 26, 2019 Hearing. | .20 | 190.00 | 38.00 |
| 3/02/19 | HDB | 221 | Review and sign-off for filing on Supplemental Informative Motion of the Financial Oversight and Management Board Regarding Reconsideration of the Courts Ruling at the February 26, 2019 Hearing. | .30 | 305.00 | 91.50 |
| 3/02/19 | DJP | 206 | Analyze the Supplemental Informative Motion of the Financial Oversight and Management Board Regarding Reconsideration of the Court's Ruling at the February 26, 2019 Hearing, in anticipation of its filing. | .50 | 190.00 | 95.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  347778                                                                                    April 3, 2019

| 3/02/19 | DJP | 206 | File the Supplemental Informative Motion of the Financial Oversight and Management Board Regarding Reconsideration of the Court's Ruling at the February 26, 2019 Hearing, through the court's electronic filing system. | .20 | 190.00 | 38.00 |
|---------|-----|-----|---|-----|--------|-------|
| 3/02/19 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Supplemental Informative Motion of the Financial Oversight and Management Board Regarding Reconsideration of the Court's Ruling at the February 26, 2019 Hearing. | .20 | 190.00 | 38.00 |
| 3/04/19 | DJP | 206 | Draft email to presiding judge and assigned magistrate judge attaching stamped version of the Supplemental Informative Motion of the Financial Oversight and Management Board Regarding Reconsideration of the Court's Ruling at the February 26, 2019 Hearing. | .20 | 190.00 | 38.00 |
| 3/04/19 | MMB | 219 | Docket court notice received by email dated February 28, 2019, regarding deadline to file notice of intent to request redaction, redaction request, redacted transcript, in connection with February 26, 2019 hearing - H. Bauer, U. Fernández, D. Pérez. | .10 | 140.00 | 14.00 |
| 3/05/19 | HDB | 208 | Review Order denying Motion to Compel Production of Documents from Movants Relating to their Motion for Relief from Automatic Stay. | .20 | 305.00 | 61.00 |
| 3/05/19 | MMB | 219 | Update MLS chart as of February 22, 2019, to include PREPA and AAFAF's motion dkt. 1097 for extension of time to oppose motion for relief from stay dkt. 1074,. | .10 | 140.00 | 14.00 |
| 3/05/19 | VSN | 224 | As requested by U. Fernandez, review and compile December 2018 monthly fee application for PREPA Title III Case No. 17-4780. | .20 | 150.00 | 30.00 |
| 3/06/19 | HDB | 206 | Revise draft Motion Reconsider Order on Motion to Compel (regarding PREPA Stay Relief Motion for Appointment of Receiver) | .60 | 305.00 | 183.00 |
| 3/06/19 | ETF | 201 | Respond to Proskauer question regarding appointment of PREPA directors. | .30 | 210.00 | 63.00 |
| 3/06/19 | DJP | 206 | Analyze the preliminary draft of the Motion for Reconsideration by the Financial Oversight and Management Board, to be filed later today. | .90 | 190.00 | 171.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  347778                                                                                          April 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/06/19 | DJP | 206 | Analyze the Eight Case Management Order, in order to determine whether a proposed order and a notice of motion need be filed in connection with the Motion for Reconsideration by the Financial Oversight and Management Board, to be filed later today. | .40 | 190.00 | 76.00 |
| 3/06/19 | DJP | 206 | Draft email to E. Carino, from Proskauer Rose LLP, listing the requirements under the Eight Case Management Order applicable to the filing of the Motion for Reconsideration by the Financial Oversight and Management Board. | .30 | 190.00 | 57.00 |
| 3/06/19 | JAC | 201 | Analyze PREPA's proposed Integrated Resource Plan Report filed with the Puerto Rico Energy Bureau. | 5.90 | 180.00 | 1,062.00 |
| 3/07/19 | DJP | 206 | Discuss with E. Carino, from Proskauer Rose LLP, timing of filing the motion for reconsideration of court order denying the Board's motion to compel. | .30 | 190.00 | 57.00 |
| 3/07/19 | DJP | 206 | Analyze final version of the Motion of the Financial Oversight and Management Board for Reconsideration Pursuant to Fed. R. Civ. P. 59 and 60, in anticipation of its filing. | .70 | 190.00 | 133.00 |
| 3/07/19 | DJP | 206 | Analyze the exhibits to be filed in support of the Motion of the Financial Oversight and Management Board for Reconsideration Pursuant to Fed. R. Civ. P. 59 and 60. | 1.80 | 190.00 | 342.00 |
| 3/07/19 | DJP | 206 | File the Motion of the Financial Oversight and Management Board for Reconsideration Pursuant to Fed. R. Civ. P. 59 and 60. | .20 | 190.00 | 38.00 |
| 3/07/19 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Motion of the Financial Oversight and Management Board for Reconsideration Pursuant to Fed. R. Civ. P. 59 and 60. | .20 | 190.00 | 38.00 |
| 3/07/19 | IRH | 201 | Research in regards to confirmation of PREPA directors. | .30 | 170.00 | 51.00 |
| 3/07/19 | MMB | 219 | Update MLS chart as of February 25, 2019, to include dkt. 1105 (dkt. 5227 in case 17-03283) Notice Declaration of expert David T. Tabak in further support of Movants MLS to allow Movants to enforce statutory right to have a received appointed RE: 975 (dkt. 4009 in case 17-03283). | .10 | 140.00 | 14.00 |

O'Neill & Borges LLC

Bill #:  347778                                                                                         April 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/07/19 | MMB | 219 | Update MLS chart as of February 25, 2019, to include dkt. 1106 (dkt. 5229 in case 17-03283) Notice of redacted declaration of expert Sandra Ringelstetter in further support of Movants MLS to enforce their statutory right to have a receiver appointed. | .10 | 140.00 | 14.00 |
| 3/07/19 | MMB | 219 | Update MLS chart as of February 26, 2019, to include dkt. 1107 (dkt. 5230 in case 17-03283) Notice of redacted declaration of expert Sandra Ringelstetter in further support of Movants MLS to enforce their statutory right to have a receiver appointed. | .10 | 140.00 | 14.00 |
| 3/07/19 | MMB | 219 | Update MLS chart as of February 26, 2019, to include dkt. 1108 order regarding: [1103] Notice of Withdrawal of Attorney filed by Anne Catesby Jones, Jorge  Valdes Llauger, [1104] Notice of Withdrawal of Attorney filed by Anne Catesby Jones, Jorge  Valdes Llauger. Attorneys Jessica Meyers and D. Cameron Moxley withdrawn. | .10 | 140.00 | 14.00 |
| 3/08/19 | UMF | 224 | Draft O&B's twentieth monthly fee application in the Title III case of the PREPA. | .40 | 220.00 | 88.00 |
| 3/08/19 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Motion of the Financial Oversight and Management Board for Reconsideration Pursuant to Fed. R. Civ. P. 59 and 60, and supporting exhibits. | .20 | 190.00 | 38.00 |
| 3/08/19 | VSN | 224 | As requested by U. Fernandez, update December 2018 monthly fee application for PREPA Title III Case No. 17-4780. | .60 | 150.00 | 90.00 |
| 3/13/19 | MMB | 219 | Docket court notice received by email dated March 8, 2019, regarding order dkt. 1123 setting briefing schedule - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 3/15/19 | MMB | 219 | Update MLS chart as of March 8, 2019, to include dkt. 1124 in case 17-04780 (dkt. 5455 in case 17-03283) regarding PREPA's objection to Marrero plaintiffs' motion  for relief from stay. | .10 | 140.00 | 14.00 |
| 3/15/19 | MMB | 219 | Update MLS chart as of March 5, 2019, to include dkt. 1119 in case 17-04780 (dkt. 5347 in case 17-03283) regarding FOMB's urgent motion to compel production of documents. | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  347778 <span style="float:right">April 3, 2019</span>

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/15/19 | MMB | 219 | Update MLS chart as of March 14, 2019, to include dkt. 389 in case 17-03566 (dkt. 5703 in case 17-03283) regarding urgent motion regarding scheduling of discovery and briefing in connection with certain secured creditors motion for relief from stay. | .10 | 140.00 | 14.00 |
| 3/18/19 | GMR | 218 | File Fifth Interim Application of McKinsey & Company, Inc. Washington D.C. for services provided to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtors, the Commonwealth of Puerto Rico, in Case No. 17-04780. | .30 | 185.00 | 55.50 |
| 3/19/19 | HDB | 208 | Opposition of Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, and Syncora Guarantee Inc. to the Motion of the Financial Oversight and Management Board for Reconsideration Pursuant to Fed. R. Civ. P. 59 and 60 | .30 | 305.00 | 91.50 |
| 3/22/19 | HDB | 206 | Revise and sign-off for filing Joint motion Joint Informative Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority Regarding Updates on the Transformation of Puerto Rico's Electric Industry | .30 | 305.00 | 91.50 |
| 3/22/19 | HDB | 210 | Review request by UTIER to meet and confer for the appointment of an independent private sector inspector general to oversee, audit and report deviations in the laws and procedures that control PREPA's operations. (.30)  Draft e-mail to P. Possinger regarding same. (.10) | .40 | 305.00 | 122.00 |
| 3/22/19 | DJP | 206 | Analyze the Joint Informative Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority Regarding Updates on the Transformation of Puerto Rico's Electric Industry, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 3/22/19 | DJP | 206 | File the Joint Informative Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority Regarding Updates on the Transformation of Puerto Rico's Electric Industry, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  347778

April 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/22/19 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Joint Informative Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority Regarding Updates on the Transformation of Puerto Rico's Electric Industry. | .20 | 190.00 | 38.00 |
| 3/22/19 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Joint Informative Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority Regarding Updates on the Transformation of Puerto Rico's Electric Industry. | .20 | 190.00 | 38.00 |
| 3/22/19 | MMB | 219 | Update MLS chart as of March 22, 2019, to include Movants' reply dkt. 1141 (dkt. 5990 in case 17-03283) to response to motion for relief from stay. | .10 | 140.00 | 14.00 |
| 3/25/19 | HDB | 208 | Revise draft motion for leave to file opposition to stay relief motion in excess pages. | .30 | 305.00 | 91.50 |
| 3/25/19 | HDB | 221 | Revise draft Reply Brief in Support of Motion for Reconsideration of Motion to Compel. (.30) Review issues regarding filing. (.20) Draft e-mail to M. Dale regarding same. (.10) | .60 | 305.00 | 183.00 |
| 3/25/19 | HDB | 221 | Review Statement of Official Committee of Unsecured Creditors in Support of Motion of Financial Oversight and Management Board for Reconsideration Pursuant To Fed. R. Civ. P. 59 and 60 Re: [1122] MOTION of the Financial Oversight and Management Board for Reconsideration Pursuant to Fed. R. Civ. P. 59 and 60. | .20 | 305.00 | 61.00 |
| 3/25/19 | DJP | 206 | Analyze the protective order in connection with the Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. for Relief from the Automatic Stay to Allow Movants to Enforce their Statutory Right to Have a Receiver Appointed, as part of legal strategy in connection with the filing of redacted and non-redacted materials and the proper procedure governing such filings. | .40 | 190.00 | 76.00 |
| 3/25/19 | DJP | 206 | Draft and send email to E. Carino, from Proskauer Rose LLP, discussing legal strategy in connection with the filing of redacted and non-redacted materials and the proper procedure governing such filings. | .30 | 190.00 | 57.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  347778                                                                                                April 3, 2019

| 3/25/19 | DJP | 206 | Analyze the Reply in Further Support of Motion of the Financial Oversight and Management Board for Reconsideration Pursuant to Fed. R. Civ. P. 59 and 60, in anticipation of its filing. | .50 | 190.00 | 95.00 |
|---|---|---|---|---|---|---|
| 3/25/19 | DJP | 206 | Further discuss with E. Carino, and J. Jones, from Proskauer Rose LLP, strategy to follow in connection with the filing of documents under seal related to the Reply in Further Support of Motion of the Financial Oversight and Management Board for Reconsideration Pursuant to Fed. R. Civ. P. 59 and 60. | .30 | 190.00 | 57.00 |
| 3/25/19 | GMR | 206 | File Reply in Support of Motion of the Financial Oversight and Management Board for Reconsideration with exhibits thereto at Docket No. 1143. | .60 | 185.00 | 111.00 |
| 3/25/19 | GMR | 206 | Analyze Reply in Support of Motion of the Financial Oversight and Management Board for Reconsideration with exhibits thereto. | .30 | 185.00 | 55.50 |
| 3/25/19 | GMR | 206 | Draft and send email to Prime Clerk requesting service of the Reply in Support of Motion of the Financial Oversight and Management Board for Reconsideration filed at Docket No. 1143. | .30 | 185.00 | 55.50 |
| 3/25/19 | GMR | 206 | Draft email with courtesy copy of the Reply in Support of Motion of the Financial Oversight and Management Board for Reconsideration filed at Docket No. 1143 to Judge Swain's Chambers. | .20 | 185.00 | 37.00 |
| 3/25/19 | GMR | 206 | Draft email with courtesy copy of the Reply in Support of Motion of the Financial Oversight and Management Board for Reconsideration filed at Docket No. 1143 to Judge Dein's Chambers. | .20 | 185.00 | 37.00 |
| 3/25/19 | GMR | 206 | Draft email with courtesy copy of the unredacted version of the Reply in Support of Motion of the Financial Oversight and Management Board for Reconsideration filed at Docket No. 1143 to Judge Dein's Chamber, as requested by M. Brown from Judge Dein's Chambers. | .30 | 185.00 | 55.50 |
| 3/27/19 | HDB | 208 | Review issues regarding opposition to stay relief motion. (.30)  Tel. conf. with P. Possinger. (.20) | .50 | 305.00 | 152.50 |
| 3/27/19 | HDB | 208 | Review Motion for Extension of Time to File Opposition and Reply | .30 | 305.00 | 91.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  347778                                                                                     April 3, 2019

| 3/27/19 | DJP | 206 | Analyze the Urgent Joint Motion of All Parties to Extend Briefing Deadlines (ECF No. 975), in anticipation of its filing. | .30 | 190.00 | 57.00 |
|---|---|---|---|---|---|---|
| 3/27/19 | DJP | 206 | Analyze the proposed order to be filed together with the Urgent Joint Motion of All Parties to Extend Briefing Deadlines (ECF No. 975). | .20 | 190.00 | 38.00 |
| 3/27/19 | DJP | 206 | File the Urgent Joint Motion of All Parties to Extend Briefing Deadlines (ECF No. 975), through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 3/27/19 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Urgent Joint Motion of All Parties to Extend Briefing Deadlines (ECF No. 975). | .10 | 190.00 | 19.00 |
| 3/28/19 | HDB | 208 | Analyze Objection of Official Committee of Unsecured Creditors to Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. for Relief From Automatic Stay to Allow Movants to Seek Appointment of Receiver. | .40 | 305.00 | 122.00 |
| 3/28/19 | HDB | 221 | Review draft Urgent Motion of National Public Finance Guarantee to Compel Production of Documents, a Categorical Privilege Log, and Other Relief from Citigroup Global Markets Inc. | .20 | 305.00 | 61.00 |
| 3/28/19 | DJP | 206 | Analyze the order granting the gent Joint Motion of All Parties to Extend Briefing Deadlines (ECF No. 975), and modifying the briefing schedule. | .20 | 190.00 | 38.00 |
| 3/28/19 | MMB | 219 | Docket court notice received by email dated March 28, 2019, regarding order dkt. 1152 to amend schedule for dkt. 975 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 3/28/19 | MMB | 219 | Update MLS chart as of March 28, 2019, to include order dkt. 1152 amending schedule for dkt. 975. | .10 | 140.00 | 14.00 |
| 3/29/19 | HDB | 208 | Analyze UTIER's Objection to Insurers' Motion for Relief from Automatic Stay and Request for the Appointment of an Independent Private Sector Inspector General. | .40 | 305.00 | 122.00 |

TOTAL PROFESSIONAL SERVICES                           $ 5,584.50

Less Discount                                                    $ -558.45

NET PROFESSIONAL SERVICES:                           $ 5,026.05

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

8

O'Neill & Borges LLC

Bill #:  347778

April 3, 2019

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 5.30 | 305.00 | 1,616.50 |
| UBALDO M. FERNANDEZ BARRERA | .40 | 220.00 | 88.00 |
| EMILIANO TRIGO FRITZ | .30 | 210.00 | 63.00 |
| DANIEL J. PEREZ REFOJOS | 10.50 | 190.00 | 1,995.00 |
| JORGE A. CANDELARIA | 5.90 | 180.00 | 1,062.00 |
| IVETTE RODRIGUEZ | .30 | 170.00 | 51.00 |
| GABRIEL MIRANDA RIVERA | 2.20 | 185.00 | 407.00 |
| MILAGROS MARCANO BAEZ | 1.30 | 140.00 | 182.00 |
| VANESSA SANCHEZ | .80 | 150.00 | 120.00 |
| **Total** | **27.00** | | **$ 5,584.50** |

**TOTAL THIS INVOICE**          **$ 5,026.05**

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

April 3, 2019
Bill #: 347779
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2019:

**Client.Matter: P1705 - 3**

**RE: FISCAL PLAN**

| | |
|---|---|
| Total Professional Services | $ 2,238.00 |
| VOLUME DISCOUNT | $ -223.80 |
| Net Professional Services | $ 2,014.20 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,014.20** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 3**
**RE:  FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/04/19 | ETF | 211 | Respond to A. Figueroa inquiry regarding PREPA reapportionment. | .20 | 210.00 | 42.00 |
| 3/05/19 | JAC | 201 | Preliminary review of PREPA's certified Fiscal Plan to draft memorandum regarding PREPA's proposed Integrated Resource Plan. | 1.10 | 180.00 | 198.00 |
| 3/07/19 | JAC | 201 | Detailed analysis of PREPA's certified fiscal plan to draft memorandum regarding PREPA's proposed Integrated Resource Plan. | 4.10 | 180.00 | 738.00 |
| 3/07/19 | JAC | 201 | Commence to draft memorandum regarding PREPA's proposed Integrated Resource Plan. | 2.40 | 180.00 | 432.00 |
| 3/13/19 | JAC | 201 | Continue to draft memorandum regarding PREPA's proposed Integrated Resource Plan. | 3.30 | 180.00 | 594.00 |
| 3/15/19 | JAC | 201 | Review resolution and order by Puerto Rico Energy Bureau regarding PREPA's proposed Integrated Resource Plan. | .70 | 180.00 | 126.00 |
| 3/15/19 | JAC | 201 | Draft email to E. Trigo Fritz regarding resolution and order by Puerto Rico Energy Bureau on PREPA's proposed Integrated Resource Plan. | .30 | 180.00 | 54.00 |
| 3/18/19 | JAC | 201 | Draft email to J. L. Marrero regarding resolution and order by Puerto Rico Energy Bureau regarding PREPA's proposed Integrated Resource Plan. | .30 | 180.00 | 54.00 |

TOTAL PROFESSIONAL SERVICES              $ 2,238.00

VOLUME DISCOUNT                          $ -223.80

NET PROFESSIONAL SERVICES:               $ 2,014.20

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

O'Neill & Borges LLC

Bill #:  347779

April 3, 2019

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| EMILIANO TRIGO FRITZ | .20 | 210.00 | 42.00 |
| JORGE A. CANDELARIA | 12.20 | 180.00 | 2,196.00 |
| **Total** | **12.40** | | **$ 2,238.00** |

**TOTAL THIS INVOICE**                    **$ 2,014.20**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'Neill & Borges LLC

FOMB IN RE PREPA TITLE III

April 3, 2019
Bill #:   347780
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2019:

**Client.Matter: P1705 - 801**

**RE:  17-00218-LTS PREPA V. VITOL S.A. ET AL-HDB**

| | |
|---|---:|
| Total Professional Services | $ 166.50 |
| VOLUME DISCOUNT | $ -16.65 |
| Net Professional Services | $ 149.85 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 149.85** |

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 801**
**RE: 17-00218-LTS PREPA V. VITOL S.A. ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/14/19 | GMR | 210 | Analyze (.60) and summarize State Court Docket to ascertain the status of the case for Proskauer. (.30) | .90 | 185.00 | 166.50 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 166.50 |
| VOLUME DISCOUNT | $ -16.65 |
| NET PROFESSIONAL SERVICES: | $ 149.85 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| GABRIEL MIRANDA RIVERA | .90 | 185.00 | 166.50 |
| Total | .90 | | $ 166.50 |

**TOTAL THIS INVOICE**                    **$ 149.85**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

April 3, 2019
Bill #: 347781
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2019:

**Client.Matter: P1705 - 802**

**RE: 17-00221-LTS PREPA V. VITOL S.A. ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 92.50 |
| VOLUME DISCOUNT | $ -9.25 |
| Net Professional Services | $ 83.25 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 83.25** |

Electronic Invoice

IN ACCOUNT WITH

256 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 802**
**RE: 17-00221-LTS PREPA V. VITOL S.A. ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/14/19 | GMR | 210 | Analyze (.20) and summarize (.30) State Court Docket to ascertain the status of the case for to C. Theodoridis from Proskauer. | .50 | 185.00 | 92.50 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 92.50 |
| VOLUME DISCOUNT | | $ -9.25 |
| NET PROFESSIONAL SERVICES: | | $ 83.25 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| GABRIEL MIRANDA RIVERA | .50 | 185.00 | 92.50 |
| **Total** | **.50** | | **$ 92.50** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 83.25** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

256 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

---

FOMB IN RE PREPA TITLE III

April 3, 2019
Bill #:   347782
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2019:

**Client.Matter: P1705 - 803**

**RE:  17-00228-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 222.00 |
| VOLUME DISCOUNT | $ -22.20 |
| Net Professional Services | $ 199.80 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 199.80** |

Electronic Invoice

IN ACCOUNT WITH

252 Ave Munoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 803**
**RE:  17-00228-LTS UTIER V. PREPA ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/01/19 | HDB | 209 | Review UTIER's Motion for Rehearing En Banc. | .20 | 305.00 | 61.00 |
| 3/07/19 | HDB | 209 | Review denial of motion for rehearing in banc by the First Circuit. | .20 | 305.00 | 61.00 |
| 3/11/19 | CEG | 213 | Draft emails to J. Richman, J. Capo and H. Bauer regarding motion related to stipulation. | .40 | 250.00 | 100.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 222.00 |
| VOLUME DISCOUNT | $ -22.20 |
| NET PROFESSIONAL SERVICES: | $ 199.80 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .40 | 305.00 | 122.00 |
| CARLOS E. GEORGE | .40 | 250.00 | 100.00 |
| **Total** | **.80** | | **$ 222.00** |

**TOTAL THIS INVOICE**                                    **$ 199.80**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

FOMB IN RE PREPA TITLE III

April 3, 2019
Bill #:   347783
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2019:

**Client.Matter: P1705 - 804**

**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 6,276.50 |
| VOLUME DISCOUNT | $ -627.65 |
| Net Professional Services | $ 5,648.85 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 5,648.85** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/01/19 | HDB | 221 | Review proposed document requests for UTIER. | .60 | 305.00 | 183.00 |
| 3/04/19 | AMR | 221 | Review instructions for production of electronic stored information (.30) and draft comments to same. (.30) | .60 | 225.00 | 135.00 |
| 3/08/19 | HDB | 209 | Review draft Stipulation for Case Management Deadlines in 17-AP-229. | .20 | 305.00 | 61.00 |
| 3/13/19 | FER | 210 | Review Department of Justice document production, regarding Acts No. 3-2017 and 8-2017. | 2.20 | 165.00 | 363.00 |
| 3/14/19 | FER | 210 | Draft memorandum regarding Department of Justice document production, regarding Acts No. 3-2017 and 8-2017. | .60 | 165.00 | 99.00 |
| 3/14/19 | FER | 202 | Review Department of Justice document production, regarding Acts No. 26-2017 and 66-2014. | 1.40 | 165.00 | 231.00 |
| 3/14/19 | FER | 202 | Research regarding legislative materials and statement of motives of Acts 3, 4, 5, 8, 26, 46 and 106 of 2017, Act 21-2016 and Act 66-2014. | 1.80 | 165.00 | 297.00 |
| 3/15/19 | HDB | 209 | Review issues regarding extension of time to respond to discovery. | .30 | 305.00 | 91.50 |
| 3/15/19 | CEG | 209 | Exchange emails with J. Richman, regarding several issues on case discovery. | .40 | 250.00 | 100.00 |
| 3/15/19 | CEG | 209 | Review documentary evidence produced  by the DOJ. | 1.30 | 250.00 | 325.00 |
| 3/15/19 | FER | 202 | Legal research regarding documents relevant to UTIER Initial Disclosures, such as legislative materials regarding federal bills, executive orders, government reports, presentations, studies, federal reports, hearings, fiscal plans, documents regarding reform efforts, etc., related to Puerto Rico's fiscal crisis. | 3.20 | 165.00 | 528.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  347783                                                                     April 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/16/19 | FER | 202 | Continue research regarding documents relevant to UTIER Initial Disclosures, regarding Puerto Rico's fiscal crisis. | 3.80 | 165.00 | 627.00 |
| 3/18/19 | CEG | 209 | Review documents produced by the PR DOJ related to Law 26-2017,Law 8-2017 and Law 3-2017. | 1.80 | 250.00 | 450.00 |
| 3/18/19 | FER | 202 | Finalize research regarding documents relevant to UTIER Initial Disclosures, regarding Puerto Rico's fiscal crisis (1.90) and prepare tables regarding documents produced by DoJ and researched documents. (1.70) | 3.60 | 165.00 | 594.00 |
| 3/19/19 | CEG | 209 | Revise table of documents produced by the DOJ in preparation for written discovery. | .40 | 250.00 | 100.00 |
| 3/19/19 | CEG | 209 | Revise table of pending documents related to legislative history of Law 3-2017, Law 26-2017, Law 66-2014 in preparation for  written discovery. | .40 | 250.00 | 100.00 |
| 3/19/19 | CEG | 209 | Review  documents related to legislative history of Law 3-2017, Law 26-2017, Law 66-2014 in preparation for written discovery. | 2.90 | 250.00 | 725.00 |
| 3/19/19 | FER | 202 | Review table regarding Department of Justice document production. | .20 | 165.00 | 33.00 |
| 3/21/19 | FER | 202 | Continue research regarding legislative history of acts 3, 4, 5, 46 and 106-2017, and Act 21-2016. | .60 | 165.00 | 99.00 |
| 3/22/19 | HDB | 221 | Review draft responses to interrogatories in 17-AP-229. | .30 | 305.00 | 91.50 |
| 3/25/19 | CEG | 209 | Continue review legislative record for constitunality analysis of  Law 3-2011 and Law 66-2014. | 1.60 | 250.00 | 400.00 |
| 3/25/19 | FER | 202 | Tel. confs. with and email to M. Sanchez from the Office of Legislative Services regarding legislative history information request of Act No. 21-2016. | .40 | 165.00 | 66.00 |
| 3/25/19 | FER | 202 | Continue research regarding legislative history of acts 3, 4, 5, 46 and 106-2017. | 1.20 | 165.00 | 198.00 |
| 3/26/19 | FER | 202 | Continue research of legislative history regarding Acts 3, 4, 5, 46 and 106-2017 | .80 | 165.00 | 132.00 |
| 3/27/19 | FER | 202 | Continue research regarding legislative history of acts 4 and 5-2017. | .60 | 165.00 | 99.00 |
| 3/28/19 | FER | 210 | Review four (4) emails from J. Rodriguez Amoros (PR Legislative Assembly) regarding requests for information of Act No. 5-2017's legislative history. | .40 | 165.00 | 66.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  347783

April 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/29/19 | FER | 202 | Review email from J. Rodriguez (PR Legislative Assembly) and review legislative history documents related to Acts No. 4-2017 and 106-2017. | .50 | 165.00 | 82.50 |

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 6,276.50 |
| VOLUME DISCOUNT | $ -627.65 |
| NET PROFESSIONAL SERVICES: | $ 5,648.85 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 1.40 | 305.00 | 427.00 |
| CARLOS E. GEORGE | 8.80 | 250.00 | 2,200.00 |
| ANA M. RODRIGUEZ RIVERA | .60 | 225.00 | 135.00 |
| FILEX E. ROSADO | 21.30 | 165.00 | 3,514.50 |
| **Total** | **32.10** | | **$ 6,276.50** |

**TOTAL THIS INVOICE**               **$ 5,648.85**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

April 3, 2019
Bill #: 347784
Billing Attorney: HDB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2019:

**Client.Matter: P1705 - 805**

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

| | |
|---|---|
| Total Professional Services | $ 746.00 |
| VOLUME DISCOUNT | $ -74.60 |
| Net Professional Services | $ 671.40 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 671.40** |

IN ACCOUNT WITH

PSC Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

O'NEILL & BORGES LLC

**Client.Matter: P1705 . 805**
**RE:  17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/04/19 | HDB | 209 | Tel. conf. F. Agrait regarding status report. (.20) Draft e-mail to Y. Gonzalez regarding same (.10) Draft e-mail to L. Stafford regarding same. (.10) | .40 | 305.00 | 122.00 |
| 3/05/19 | HDB | 209 | Review e-mail from Y. Gonzalez regarding status report scheduling issues. | .20 | 305.00 | 61.00 |
| 3/07/19 | HDB | 209 | Exchange e-mails with M. Dale regarding call with PREB's counsel in connection with status report. (.20) Draft e-mail to Y. Gonzalez reactive to recent proposal. (.10) | .30 | 305.00 | 91.50 |
| 3/08/19 | HDB | 209 | Tel. conf. with counsel for PREB regarding pending status report. | .60 | 305.00 | 183.00 |
| 3/11/19 | HDB | 209 | Review and edit draft Motion for Extension of Time prepared by PREB. (.20)  Draft e-mail to M. Dale and L. Stafford regarding same. (.10) Respond to L. Stafford e-mail regarding PREB's settlement overture. (.10) | .40 | 305.00 | 122.00 |
| 3/12/19 | HDB | 209 | Respond to e-mail on extension of time to K. Bolaños, counsel for AAFAF. (.10) Draft e-mail regarding edits to draft motion for extension to counsel for PREB. (.20) Tel. conf. with counsel for ICSE regarding consent to extension. (.10) Receive and review Court Order. (.10) | .50 | 305.00 | 152.50 |
| 3/13/19 | MMB | 219 | Docket court notice received by email dated March 12, 2019, regarding order dkt. 62 setting deadline to file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 746.00 |
| VOLUME DISCOUNT | $ -74.60 |
| NET PROFESSIONAL SERVICES: | $ 671.40 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

O'Neill & Borges LLC

Bill #:  347784

April 3, 2019

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| HERMANN BAUER | 2.40 | 305.00 | 732.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **2.50** | | **$ 746.00** |

**TOTAL THIS INVOICE**              **$ 671.40**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

O'NEILL & BORGES LLC

April 3, 2019
FOMB IN RE PREPA TITLE III
Bill #:   347785
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2019:

**Client.Matter: P1705 - 810**

**RE:  18-00047-LTS RIVERA V PREPA/ELA-CGB**

| | |
|---|---:|
| Total Professional Services | $ 4,609.50 |
| VOLUME DISCOUNT | $ -460.95 |
| Net Professional Services | $ 4,148.55 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 4,148.55** |

IN ACCOUNT WITH
250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 810**
**RE:  18-00047-LTS RIVERA V PREPA/ELA-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/01/19 | CGB | 209 | Continued Review and edits to Draft memorandum discussing issues raised by the Plaintiffs amended complaint. | 2.90 | 330.00 | 957.00 |
| 3/01/19 | PMR | 202 | Research on legal personality of trusts. | 1.40 | 180.00 | 252.00 |
| 3/01/19 | CIM | 210 | Review case law regarding mutuality requirement of collateral estoppel and res judicata. | 1.10 | 175.00 | 192.50 |
| 3/01/19 | CIM | 210 | Revise memo regarding res judicata and collateral estoppel to add section regarding mutuality requirement. | .60 | 175.00 | 105.00 |
| 3/04/19 | CGB | 209 | Edit updated mutuality section of the res judicata argument analysis for Draft memorandum. (.40) Detailed Review of partial judgment issued by the Commonwealth court in UTIER v PREPA. (.50) Analyze final judgment in the same case. (.20) Conf. with E. Trigo to discuss same. (.20) Edit res judicata analysis in view of same. (.10) Revise memorandum in light of comments from E. Trigo Fritz. (1.20) | 2.60 | 330.00 | 858.00 |
| 3/04/19 | ETF | 215 | Revise memo regarding PREPA - ERS. | 1.70 | 210.00 | 357.00 |
| 3/04/19 | ETF | 215 | Discussion with C. Garcia regarding PREPA - ERS memo. (.20) Review Act 21-1980. (.50) | .70 | 210.00 | 147.00 |
| 3/04/19 | ETF | 215 | Revise new draft of memo regarding PREPA - ERS. | .40 | 210.00 | 84.00 |
| 3/04/19 | JAC | 202 | Revise edited version of memorandum regarding the Puerto Rico Electric Power Authority Employees' Retirement System, specifically the sections on trusts. | 1.90 | 180.00 | 342.00 |
| 3/05/19 | CGB | 209 | Review proposed edits to the up-dated memorandum summarizing analysis of key issues raised by the second amended complaint from E. Trigo Fritz. | .30 | 330.00 | 99.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  347785                                                    April 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/05/19 | CGB | 209 | Final edits to the revised and updated version of the memorandum addressing key issues raised by the Second Amended Complaint. | .70 | 330.00 | 231.00 |
| 3/05/19 | HDB | 210 | Commence review draft memorandum with analysis PR Legal issues arising from the Rivera Rivera litigation. | .60 | 305.00 | 183.00 |
| 3/05/19 | ETF | 215 | Edit revised draft of memo regarding PREPA - ERS. | 1.20 | 210.00 | 252.00 |
| 3/05/19 | JAC | 202 | Revise second draft of memorandum regarding Puerto Rico Electric Power Authority Employees' Retirement System. | 2.60 | 180.00 | 468.00 |
| 3/06/19 | ETF | 215 | Draft email E. Barak regarding PREPA - ERS. | .10 | 210.00 | 21.00 |
| 3/29/19 | HDB | 209 | Review Motion for Extension of Time by Defendant (.10) and order setting revised briefing schedule. (.10) | .20 | 305.00 | 61.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 4,609.50 |
| VOLUME DISCOUNT | $ -460.95 |
| NET PROFESSIONAL SERVICES: | $ 4,148.55 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | 6.50 | 330.00 | 2,145.00 |
| HERMANN BAUER | .80 | 305.00 | 244.00 |
| EMILIANO TRIGO FRITZ | 4.10 | 210.00 | 861.00 |
| PRISCILA M. RAMIREZ SEGARRA | 1.40 | 180.00 | 252.00 |
| JORGE A. CANDELARIA | 4.50 | 180.00 | 810.00 |
| MARRERO, CAMILLE I. | 1.70 | 175.00 | 297.50 |
| **Total** | **19.00** | | **$ 4,609.50** |

**TOTAL THIS INVOICE**                        **$ 4,148.55**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

          Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

--------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

          Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

--------------------------------------------------------------------x

## COVER SHEET TO TWENTY-SECOND MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF APRIL 1, 2019 THROUGH APRIL 30, 2019

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

00669123; 1

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | April 1, 2019 through April 30, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $10,164.60 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $10,164.60 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twenty-second monthly fee application in these cases.

00669123; 1

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for April 2019.


/s/ Jaime A. El Koury
Jaime A. El Koury
**General Counsel to the Financial Oversight and
Management Board for Puerto Rico**

On June 28th, 2019 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period April 1 through April 30, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $305.00 | 14.00 | $ 4,270.00 |
| Carla Garcia Benitez | Member | Litigation | $330.00 | 2.40 | $ 792.00 |
| Carlos E. George | Member | Labor | $250.00 | 2.80 | $ 700.00 |
| Ubaldo M. Fernández | Jr. Member | Litigation | $220.00 | 0.40 | $ 88.00 |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $210.00 | 0.10 | $ 21.00 |
| Jorge A. Candelaria | Associate | Corporate | $180.00 | 0.10 | $ 18.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 3.60 | $ 666.00 |
| Daniel Perez Refojos | Associate | Litigation | $190.00 | 10.30 | $ 1,957.00 |
| Filex E. Rosado | Associate | Labor | $165.00 | 14.20 | $ 2,343.00 |
| Olga M. Alicea | Paralegal | Litigation | $150.00 | 1.90 | $ 285.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 1.10 | $ 154.00 |
| | **Totals** | | | 50.90 | **$ 11,294.00** |
| | **Less: 10% Courtesy discount** | | | | **$ (1,129.40)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 10,164.60** |

**PREPA TITLE III**

**Summary of Disbursements for the Period April 1 through April 30, 2019**

| Description - Expenses | Amounts |
|---|---|
| | $ - |
| **Totals** | **$ -** |
| **SUMMARY OF DISBURSEMENTS** | **$ -** |

**PREPA TITLE III**

**Summary of Legal Fees for the Period April 1 through April 30, 2019**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 0.10 | $ 18.00 |
| 202 | Legal Research | 2.90 | $ 478.50 |
| 203 | Hearings and Non-filed comm. with Court | 0.20 | $ 61.00 |
| 206 | Documents filed on behalf of the Board | 13.20 | $ 2,553.50 |
| 207 | Non-Board Court Filings | 0.90 | $ 274.50 |
| 208 | Stay Matters | 3.40 | $ 1,037.00 |
| 209 | Adversary Proceeding | 8.40 | $ 2,517.50 |
| 210 | Analysis and Strategy | 12.80 | $ 2,178.00 |
| 211 | Budgeting | 0.10 | $ 21.00 |
| 213 | Labor, Pension Matters | 0.90 | $ 225.00 |
| 219 | Docketing | 1.10 | $ 154.00 |
| 220 | Translations | 1.90 | $ 285.00 |
| 221 | Discovery/2004 Examinations | 4.00 | $ 1,220.00 |
| 223 | assumption and Rjection of Leases | 0.60 | $ 183.00 |
| 224 | Fee applications - O&B | 0.40 | $ 88.00 |
| | | | **$11,294.00** |
| | **Less: 10% Courtesy Discount** | | **$ (1,129.40)** |
| | **TOTALS** | **50.90** | **$10,164.60** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $9.148.14, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $9,148.14.

### Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00669123; 1

# **Exhibit A**

IN ACCOUNT WITH
250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

May 3, 2019
Bill #: 349794
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending April 30, 2019:

**Client.Matter: P1705 - 1**

**RE: GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---:|
| Total Professional Services | $ 4,634.50 |
| Less Discount | $ -491.95 |
| Net Professional Services | $ 4,142.55 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 4,142.55** |

250 Av. Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE:  GENERAL-PREPA TITLE III 17-4780**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/01/19 | UMF | 224 | Draft nineteenth monthly fee application of in Title III Case of PREPA for January 2019. | .40 | 220.00 | 88.00 |
| 4/01/19 | MMB | 219 | Update MLS chart as of March 29, 2019, to include dkt. 1158: objection to Insurers MLS (dkt. 975) and to pray for appointment of independent private sector inspector general. | .10 | 140.00 | 14.00 |
| 4/02/19 | HDB | 221 | Revise Urgent Joint Motion to schedule briefing on National's Urgent Motion to Compel. (.20) Draft e-mail to M. Dale regarding counsel for Citi. (.10) | .30 | 305.00 | 91.50 |
| 4/02/19 | HDB | 223 | Revise draft Motion to approve procedures for assuming power purchase agreements at PREPA | .60 | 305.00 | 183.00 |
| 4/02/19 | DJP | 206 | Analyze the Puerto Rico Electric Power Authority's Motion for Entry of an Order, Pursuant to Bankruptcy Code Sections 105 and 365 and Bankruptcy Rules 2002, 6004 and 6006, Approving Procedures for the Puerto Rico Electric Power Authority's Assumption of Power Purchase and Operating Agreements, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 4/02/19 | DJP | 206 | Analyze the Notice of Assumption of Power Purchase Operating Agreement, to be filed together with the Puerto Rico Electric Power Authority's Motion for Entry of an Order, Pursuant to Bankruptcy Code Sections 105 and 365 and Bankruptcy Rules 2002, 6004 and 6006, Approving Procedures for the Puerto Rico Electric Power Authority's Assumption of Power Purchase and Operating Agreements, in anticipation of its filing. | .30 | 190.00 | 57.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Nei ll & Borges LLC

Bill #:  349794

May 3, 2019

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/02/19 | DJP | 206 | Analyze the Proposed Order Approving Procedures to be filed together with the Puerto Rico Electric Power Authority's Motion for Entry of an Order, Pursuant to Bankruptcy Code Sections 105 and 365 and Bankruptcy Rules 2002, 6004 and 6006, Approving Procedures for the Puerto Rico Electric Power Authority's Assumption of Power Purchase and Operating Agreements, in anticipation of its filing. | .20 | 1 90.00 | 38.00 |
| 4/02/19 | DJP | 206 | File the Puerto Rico Electric Power Authority's Motion for Entry of an Order, Pursuant to Bankruptcy Code Sections 105 and 365 and Bankruptcy Rules 2002, 6004 and 6006, Approving Procedures for the Puerto Rico Electric Power Authority's Assumption of Power Purchase and Operating Agreements, and supporting documents, through the court's electronic filing system. | .20 | 1 90.00 | 38.00 |
| 4/02/19 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Puerto Rico Electric Power Authority's Motion for Entry of an Order, Pursuant to Bankruptcy Code Sections 105 and 365 and Bankruptcy Rules 2002, 6004 and 6006, Approving Procedures for the Puerto Rico Electric Power Authority's Assumption of Power Purchase and Operating Agreements, and supporting documents. | .20 | 1 90.00 | 38.00 |
| 4/02/19 | DJP | 206 | Draft email to presiding judge attaching the Puerto Rico Electric Power Authority's Motion for Entry of an Order, Pursuant to Bankruptcy Code Sections 105 and 365 and Bankruptcy Rules 2002, 6004 and 6006, Approving Procedures for the Puerto Rico Electric Power Authority's Assumption of Power Purchase and Operating Agreements, and supporting documents. | .20 | 190.00 | 38.00 |
| 4/02/19 | GMR | 210 | Analyze Joint Urgent Motion of the Financial Oversight and Management Board for Puerto Rico and National Public Finance Guarantee Corporation Seeking Entry of Scheduling Order in preparation of filing. | .40 | 185.00 | 74.00 |
| 4/02/19 | GMR | 210 | File Joint Urgent Motion of the Financial Oversight and Management Board for Puerto Rico and National Public Finance Guarantee Corporation Seeking Entry of Scheduling Order. | .20 | 185.00 | 37.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #: 349794                                                            May 3, 2019

| Date | Init. | Task | Description | Hours | Rate | Amount |
|------|-------|------|-------------|-------|------|--------|
| 4/02/19 | GMR | 210 | Draft email to PrimeClerk requesting service of the Joint Urgent Motion of the Financial Oversight and Management Board for Puerto Rico and National Public Finance Guarantee Corporation Seeking Entry of Scheduling Order. | .20 | 185.00 | 37.00 |
| 4/02/19 | GMR | 210 | Draft email to Chambers of Judge Swain providing courtesy copy of the Joint Urgent Motion of the Financial Oversight and Management Board for Puerto Rico and National Public Finance Guarantee Corporation Seeking Entry of Scheduling Order. | .20 | 185.00 | 37.00 |
| 4/02/19 | GMR | 210 | Draft email to Chambers of Judge Dein providing courtesy copy of the Joint Urgent Motion of the Financial Oversight and Management Board for Puerto Rico and National Public Finance Guarantee Corporation Seeking Entry of Scheduling Order. | .20 | 185.00 | 37.00 |
| 4/02/19 | MMB | 219 | Docket court notice received by email dated April 2. 2019, regarding order dkt. 1161 setting briefing schedule RE: dkt. 1154 urgent motion of Nat'l Public Finance Guarantee to compel - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 4/03/19 | HDB | 206 | Revise and sign-off on Urgent Motion to Extend Deadlines regarding Stay Relief Motion for the Appointment of a Receiver. | .20 | 305.00 | 61.00 |
| 4/03/19 | DJP | 206 | Draft Notice of Hearing for the Motion for Entry of an Order, Pursuant to Bankruptcy Code Sections 105 and 365 and Bankruptcy Rules 2002, 6004 and 6006, Approving Procedures for the Puerto Rico Electric Power Authority's Assumption of Power Purchase and Operating Agreements. | .60 | 190.00 | 114.00 |
| 4/03/19 | DJP | 206 | File the Notice of Hearing for the Motion for Entry of an Order, Pursuant to Bankruptcy Code Sections 105 and 365 and Bankruptcy Rules 2002, 6004 and 6006, Approving Procedures for the Puerto Rico Electric Power Authority's Assumption of Power Purchase and Operating Agreements, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  349794                                                                                        May 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/03/19 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Notice of Hearing for the Motion for Entry of an Order, Pursuant to Bankruptcy Code Sections 105 and 365 and Bankruptcy Rules 2002, 6004 and 6006, Approving Procedures for the Puerto Rico Electric Power Authority's Assumption of Power Purchase and Operating Agreements. | .20 | 190.00 | 38.00 |
| 4/03/19 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Notice of Hearing for the Motion for Entry of an Order, Pursuant to Bankruptcy Code Sections 105 and 365 and Bankruptcy Rules 2002, 6004 and 6006, Approving Procedures for the Puerto Rico Electric Power Authority's Assumption of Power Purchase and Operating Agreements. | .10 | 190.00 | 19.00 |
| 4/03/19 | DJP | 206 | Analyze the Urgent Joint Motion of All Parties to Extend Schedule (ECF No. 1152), in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 4/03/19 | DJP | 206 | Analyze the proposed order to be filed together with the Joint Motion of All Parties to Extend Schedule (ECF No. 1152). | .20 | 190.00 | 38.00 |
| 4/03/19 | DJP | 206 | File the Analyze the proposed order to be filed together with the Joint Motion of All Parties to Extend Schedule (ECF No. 1152), through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 4/03/19 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Joint Motion of All Parties to Extend Schedule (ECF No. 1152). | .10 | 190.00 | 19.00 |
| 4/03/19 | MMB | 219 | Docket entry for H. Bauer, U. Fernandez, D. Pérez, regarding notice of hearing dkt. 1163 on motion for entry of order pursuant to Bankr. Code secs.105 and 365 and rules 2002, 6004 and 6006, deadline to respond | .10 | 140.00 | 14.00 |
| 4/04/19 | HDB | 221 | Analyze order denying Motion for Reconsideration on Motion to Compel regarding PREPA. | .30 | 305.00 | 91.50 |
| 4/04/19 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Urgent Joint Motion of All Parties to Extend Schedule (ECF No. 1152). | .20 | 190.00 | 38.00 |
| 4/04/19 | DJP | 206 | Analyze order denying FOMB's Motion to Reconsider Discovery Order Denying Request to Compel Loss Reserve Information in connection with PREPA Receivership dispute. | .60 | 190.00 | 114.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  349794                                                                          May 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/04/19 | DJP | 206 | Contact presiding judge's chambers in order to follow up on status of order adjudicating the Urgent Joint Motion of All Parties to Extend Schedule (ECF No. 1152). | .30 | 190.00 | 57.00 |
| 4/04/19 | DJP | 206 | Analyze order granting Urgent Joint Motion of All Parties to Extend Schedule (ECF No. 1152). | .20 | 190.00 | 38.00 |
| 4/04/19 | MMB | 219 | Docket court notice received by email dated April 4, 2019, regarding order dkt. 1166 setting deadline to file responses, reply, motion hearing regarding dkt. 975 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 4/05/19 | HDB | 208 | Revise and sing-off on Stipulation to Withdraw National's Motion to Compel against the FOMB regarding pending automatic stay litigation. | .30 | 305.00 | 91.50 |
| 4/05/19 | DJP | 206 | Finalize the motion for pro hac vice admission to be filed on behalf of Meghan K. Spillane, on behalf of Citigroup Global Markets Inc., in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 4/05/19 | DJP | 206 | File the motion for pro hac vice admission on behalf of Meghan K. Spillane, on behalf of Citigroup Global Markets Inc., through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 4/05/19 | DJP | 206 | Finalize the motion for pro hac vice admission to be filed on behalf of Marshall H. Fishman, on behalf of Citigroup Global Markets Inc., in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 4/05/19 | DJP | 206 | File the motion for pro hac vice admission on behalf of Marshall H. Fishman, on behalf of Citigroup Global Markets Inc., through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 4/05/19 | MMB | 219 | Update MLS chart as of April 4, 2019, to include order dkt. 1166 to further amend dkt. 975. | .10 | 140.00 | 14.00 |
| 4/08/19 | HDB | 208 | Revise draft motion for extension of deadlines in stay relief motion to appoint a receiver. (.30) Revise multiple e-mails from Proskauer regarding proposed edits to draft motion. (.30) | .60 | 305.00 | 183.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  349794

May 3, 2019

| 4/08/19 | DJP | 206 | Analyze latest draft of the Urgent Motion to Extend the Deadlines Applicable to the Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. for Relief from Automatic Stay to Allow Movants to Enforce their Statutory Right to Have a Receiver Appointed. | .50 | 190.00 | 95.00 |
| 4/09/19 | HDB | 207 | Analyze Limited Objection to PREPA's Motion for Entry of an Order, Pursuant to Bankruptcy Code Section 105 and 365 and Bankruptcy Rules 2002, 6004 and 6006, Approving Procedures for the Puerto Rico Electric Power Authority's Assumption of Power Purchase and Operating Agreements. (.50) Revise edits to draft extension of time regarding stay relief Motion. (.40) | .90 | 305.00 | 274.50 |
| 4/09/19 | DJP | 206 | Analyze the Urgent Motion of AAFAF, PREPA, the Oversight Board, Assured Guaranty Corp. and Assured Guaranty Municipal Corp., to Extend the Deadlines Applicable to the Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Finance Corp., and Syncora Guarantee Inc. for Relief from Automatic Stay to Allow Movants to Enforce Their Statutory Right to Have a Receiver Appointed, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 4/09/19 | DJP | 206 | File the Urgent Motion of AAFAF, PREPA, the Oversight Board, Assured Guaranty Corp. and Assured Guaranty Municipal Corp., to Extend the Deadlines Applicable to the Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Finance Corp., and Syncora Guarantee Inc. for Relief from Automatic Stay to Allow Movants to Enforce Their Statutory Right to Have a Receiver Appointed, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  349794                                                                    May 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/09/19 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Urgent Motion of AAFAF, PREPA, the Oversight Board, Assured Guaranty Corp. and Assured Guaranty Municipal Corp., to Extend the Deadlines Applicable to the Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Finance Corp., and Syncora Guarantee Inc. for Relief from Automatic Stay to Allow Movants to Enforce Their Statutory Right to Have a Receiver Appointed. | .10 | 190.00 | 19.00 |
| 4/09/19 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Urgent Motion of AAFAF, PREPA, the Oversight Board, Assured Guaranty Corp. and Assured Guaranty Municipal Corp., to Extend the Deadlines Applicable to the Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Finance Corp., and Syncora Guarantee Inc. for Relief from Automatic Stay to Allow Movants to Enforce Their Statutory Right to Have a Receiver Appointed. | .20 | 190.00 | 38.00 |
| 4/10/19 | HDB | 208 | Review Objection to Urgent Motion to Extend Deadlines by National. (.40) Revise FOMB Response to National Objection's to the Motion to Extend Deadlines. (.60) Analyze Reply Of Assured Guaranty Corp. And Assured Guaranty Municipal Corp. In Further Support Of Urgent Motion Of AAFAF, PREPA, The Oversight Board, Assured Guaranty Corp. And Assured Guaranty Municipal Corp., To Extend The Deadlines Applicable To The Motion Of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., And Syncora Guarantee Inc. For Relief From Automatic Stay To Allow Movants To Enforce Their Statutory Right To Have A Receiver Appointed. (.30) | 1.30 | 305.00 | 396.50 |
| 4/10/19 | DJP | 206 | Participate in call with J. Jones, from Proskauer Rose LLP, to discuss strategy and logistics in connection with the filing of documents under seal relating to the Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Finance Corp., and Syncora Guarantee Inc. for Relief from Automatic Stay to Allow Movants to Enforce Their Statutory Right to Have a Receiver Appointed. | .30 | 190.00 | 57.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  349794

May 3, 2019

| 4/10/19 | DJP | 206 | Draft email to presiding judge's courtroom deputy clerk inquiring on various aspects related to the filing of documents under seal relating to the Motion of National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Finance Corp., and Syncora Guarantee Inc. for Relief from Automatic Stay to Allow Movants to Enforce Their Statutory Right to Have a Receiver Appointed. | .30 | 190.00 | 57.00 |
|---------|-----|-----|------|-----|--------|-------|
| 4/10/19 | GMR | 206 | Review Reply of the Oversight Board and AAFAF to Objection of National Public Finance Guarantee Corporation to Urgent Motion to Extend the Deadlines in preparation of filing by 5:00pm deadline. | .30 | 185.00 | 55.50 |
| 4/10/19 | GMR | 206 | File the Reply of the Oversight Board and AAFAF to Objection of National Public Finance Guarantee Corporation to Urgent Motion to Extend the Deadlines in case no. 17-4780. | .30 | 185.00 | 55.50 |
| 4/10/19 | GMR | 206 | Draft email to PrimeClerk requesting service of Reply of the Oversight Board and AAFAF to Objection of National Public Finance Guarantee Corporation to Urgent Motion to Extend the Deadlines to PrimeClerk. | .20 | 185.00 | 37.00 |
| 4/10/19 | GMR | 206 | Draft email to Judge Dein's Chambers with a courtesy copy of Reply of the Oversight Board and AAFAF to Objection of National Public Finance Guarantee Corporation to Urgent Motion to Extend the Deadlines. | .20 | 185.00 | 37.00 |
| 4/10/19 | GMR | 206 | Draft email to Judge Swain's Chambers with a courtesy copy of Reply of the Oversight Board and AAFAF to Objection of National Public Finance Guarantee Corporation to Urgent Motion to Extend the Deadlines. | .20 | 185.00 | 37.00 |
| 4/11/19 | HDB | 208 | Review Order granting Motion for Extension of Time to file responses to Monolines Stay Relief Motion. | .10 | 305.00 | 30.50 |
| 4/12/19 | MMB | 219 | Docket court notice received by email dated April 11, 2019, regarding order dkt. 1183 setting deadline to file responses, reply, motion hearing, in connection with dkts. 975, 1176 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 4/16/19 | HDB | 206 | Revise and sign-off for filing Notice of Filing of Revised Proposed Assumption Notice and Order Pursuant to Bankruptcy Code Sections 105 and 365 and Bankruptcy Rules 2002, 6004 and 6006, Approving Procedures for the Assumption of Power Purchase and Operating Agreements. | .30 | 305.00 | 91.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  349794

May 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/16/19 | DJP | 206 | Analyze the Notice of Filing of Revised Proposed Assumption Notice and Order Pursuant to Bankruptcy Code Sections 105 and 365 and Bankruptcy Rules 2002, 6004 and 6006, Approving Procedures for the Assumption of Power Purchase and Operating Agreements, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 4/16/19 | DJP | 206 | Analyze the Form of Assumption Notice to be filed as Exhibit A to the Notice of Filing of Revised Proposed Assumption Notice and Order Pursuant to Bankruptcy Code Sections 105 and 365 and Bankruptcy Rules 2002, 6004 and 6006, Approving Procedures for the Assumption of Power Purchase and Operating Agreements. | .20 | 190.00 | 38.00 |
| 4/16/19 | DJP | 206 | Analyze the Proposed Order Approving Procedures to be filed as Exhibit B to the Notice of Filing of Revised Proposed Assumption Notice and Order Pursuant to Bankruptcy Code Sections 105 and 365 and Bankruptcy Rules 2002, 6004 and 6006, Approving Procedures for the Assumption of Power Purchase and Operating Agreements. | .20 | 190.00 | 38.00 |
| 4/16/19 | DJP | 206 | Analyze the Redline of Assumption Notice to be filed as Exhibit C to the Notice of Filing of Revised Proposed Assumption Notice and Order Pursuant to Bankruptcy Code Sections 105 and 365 and Bankruptcy Rules 2002, 6004 and 6006, Approving Procedures for the Assumption of Power Purchase and Operating Agreements. | .20 | 190.00 | 38.00 |
| 4/16/19 | DJP | 206 | Analyze the Redline of Proposed Order Approving Procedures to be filed as Exhibit D to the Notice of Filing of Revised Proposed Assumption Notice and Order Pursuant to Bankruptcy Code Sections 105 and 365 and Bankruptcy Rules 2002, 6004 and 6006, Approving Procedures for the Assumption of Power Purchase and Operating Agreements. | .20 | 190.00 | 38.00 |
| 4/16/19 | DJP | 206 | File the Notice of Filing of Revised Proposed Assumption Notice and Order Pursuant to Bankruptcy Code Sections 105 and 365 and Bankruptcy Rules 2002, 6004 and 6006, Approving Procedures for the Assumption of Power Purchase and Operating Agreements, and supporting exhibits, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

O'Neill & Borges LLC

Bill #:  349794

May 3, 2019

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/16/19 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Notice of Filing of Revised Proposed Assumption Notice and Order Pursuant to Bankruptcy Code Sections 105 and 365 and Bankruptcy Rules 2002, 6004 and 6006, Approving Procedures for the Assumption of Power Purchase and Operating Agreements, and supporting exhibits. | .20 | 190.00 | 38.00 |
| 4/17/19 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Notice of Filing of Revised Proposed Assumption Notice and Order Pursuant to Bankruptcy Code Sections 105 and 365 and Bankruptcy Rules 2002, 6004 and 6006, Approving Procedures for the Assumption of Power Purchase and Operating Agreements, and supporting exhibits. | .20 | 190.00 | 38.00 |
| 4/18/19 | MMB | 219 | Docket court notice received by mail dated April 16, 2019, regarding order dkt. 1193 setting deadline for US Bank National Association to file amended notice of withdrawal - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 4/22/19 | HDB | 203 | Review Order approving Power Purchase Agreements assumption procedures. | .20 | 305.00 | 61.00 |
| 4/23/19 | HDB | 208 | Review draft Motion for Extension of Deadlines pending RSA negotiations. | .40 | 305.00 | 122.00 |
| 4/25/19 | GMR | 206 | Analyze Answer and Counterclaim of Defendants the Commonwealth of Puerto Rico and Puerto Rico Electric Power Authority, by and through the Financial Oversight and Management Board for Puerto Rico, to Amended Complaint, in anticipation of its filing. | .30 | 185.00 | 55.50 |
| 4/25/19 | GMR | 206 | File Answer and Counterclaim of Defendants the Commonwealth of Puerto Rico and Puerto Rico Electric Power Authority, by and through the Financial Oversight and Management Board for Puerto Rico, to Amended Complaint, as filed in Adversary Proceeding 18-00047 at Docket No. 49. | .30 | 185.00 | 55.50 |
| 4/25/19 | GMR | 206 | Draft email to PrimeClerk requesting service of Answer and Counterclaim of Defendants the Commonwealth of Puerto Rico and Puerto Rico Electric Power Authority, by and through the Financial Oversight and Management Board for Puerto Rico, to Amended Complaint, as filed in Adversary Proceeding 18-00047 at Docket No. 49. | .20 | 185.00 | 37.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  349794                                                                    May 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/25/19 | GMR | 206 | Draft email to Chambers of Hon. J. Dein with courtesy copy of Answer and Counterclaim of Defendants the Commonwealth of Puerto Rico and Puerto Rico Electric Power Authority, by and through the Financial Oversight and Management Board for Puerto Rico, to Amended Complaint, as filed in Adversary Proceeding 18-00047 at Docket No. 49. | .20 | 185.00 | 37.00 |
| 4/25/19 | GMR | 206 | Draft email to Chambers of Hon. L. T. Swain with courtesy copy of Answer and Counterclaim of Defendants the Commonwealth of Puerto Rico and Puerto Rico Electric Power Authority, by and through the Financial Oversight and Management Board for Puerto Rico, to Amended Complaint, as filed in Adversary Proceeding 18-00047 at Docket No. 49. | .20 | 185.00 | 37.00 |
| 4/25/19 | MMB | 219 | Docket court notice received by email dated April 25, 2019, regarding order dkt. 1204 granting urgent motion dkt. 1203, setting deadlines - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 4/29/19 | CEG | 213 | Consider several issues on new complaint filed related to payment of PREPA medical plan contribution. | .60 | 250.00 | 150.00 |
| 4/30/19 | HDB | 208 | Analyze Objection to Limited Objection and Reservation of Rights of Scotiabank de Puerto Rico, as Administrative Agent, and Solus Alternative Asset Management LP to Receiver Motion. | .40 | 305.00 | 122.00 |
| 4/30/19 | MMB | 219 | Docket court notice received by email dated April 26, 2019, regarding minutes of proceedings, order setting continuation of hearing on dkt. 975 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES                              $ 4,634.50

Less Discount                                                          $ -491.95

NET PROFESSIONAL SERVICES:                              $ 4,142.55

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 5.90 | 305.00 | 1,799.50 |
| CARLOS E. GEORGE | .60 | 250.00 | 150.00 |
| UBALDO M. FERNANDEZ BARRERA | .40 | 220.00 | 88.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  349794                                                          May 3, 2019

| | | | |
|---|---|---|---|
| DANIEL J. PEREZ REFOJOS | 9.50 | 190.00 | 1,805.00 |
| GABRIEL MIRANDA RIVERA | 3.60 | 185.00 | 666.00 |
| MILAGROS MARCANO BAEZ | .90 | 140.00 | 126.00 |
| **Total** | **20.90** | | **$ 4,634.50** |

**TOTAL THIS INVOICE**                              **$ 4,142.55**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

May 3, 2019
Bill #: 349795
Billing Attorney: HDB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2019:

**Client.Matter: P1705 - 3**

**RE: FISCAL PLAN**

| | |
|---|---:|
| Total Professional Services | $ 39.00 |
| VOLUME DISCOUNT | $ -11.40 |
| Net Professional Services | $ 27.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 27.60** |

O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 Ave. Muñoz Rivera, Suite 800
San Juan, PR  00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 3**
**RE:  FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/15/19 | ETF | 211 | Tel. conf. with J. Garcia regarding PREPA budget. | .10 | 210.00 | 21.00 |
| 4/22/19 | JAC | 201 | Review Puerto Rico Electric Power Authority informative motion regarding compliance schedule on Integrated Resource Plan. | .10 | 180.00 | 18.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 39.00 |
| VOLUME DISCOUNT | $ -11.40 |
| NET PROFESSIONAL SERVICES: | $ 27.60 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| EMILIANO TRIGO FRITZ | .10 | 210.00 | 21.00 |
| JORGE A. CANDELARIA | .10 | 180.00 | 18.00 |
| **Total** | **.20** | | **$ 39.00** |

**TOTAL THIS INVOICE**          **$ 27.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

IN ACCOUNT WITH

250 AVE. MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

May 3, 2019
Bill #: 349796
Billing Attorney: HDB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2019:

**Client.Matter: P1705 - 803**

**RE: 17-00228-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 244.00 |
| VOLUME DISCOUNT | $ -24.40 |
| Net Professional Services | $ 219.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 219.60** |

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1705 . 803**
**RE: 17-00228-LTS UTIER V. PREPA ET AL-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/29/19 | HDB | 209 | Review UTIER's Response to Urgent Motion to Stay Issuance of Mandate. | .80 | 305.00 | 244.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 244.00 |
| VOLUME DISCOUNT | | $ -24.40 |
| NET PROFESSIONAL SERVICES: | | $ 219.60 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .80 | 305.00 | 244.00 |
| **Total** | **.80** | | **$ 244.00** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 219.60** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

IN ACCOUNT WITH

... AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

May 3, 2019
Bill #:   349797
Billing Attorney:  HDB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2019:

**Client.Matter: P1705 - 804**

**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---:|
| Total Professional Services | $ 4,312.00 |
| VOLUME DISCOUNT | $ -431.20 |
| Net Professional Services | $ 3,880.80 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 3,880.80** |

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/01/19 | HDB | 210 | Review issues regarding consent to extension of time. (.20) Draft request to R. Emmanuelli. (.10) | .30 | 305.00 | 91.50 |
| 4/02/19 | HDB | 209 | Review issues regarding need for extension of time to respond to discovery. (.10) Draft request for extension to R. Emmanuelli. (.10) Draft e-mails to J. Richman regarding request for extension. (.10) | .30 | 305.00 | 91.50 |
| 4/02/19 | FER | 202 | Continue research of legislative history regarding Acts 3, 4, 5, 46 and 106-2017 (.20) and review (4) emails from J. Rodriguez. (.40) | .60 | 165.00 | 99.00 |
| 4/03/19 | HDB | 221 | Revise draft discovery responses by the FOMB to UTIER. (.60) Review FOMB edits to the draft responses. (.20) | .80 | 305.00 | 244.00 |
| 4/03/19 | CEG | 209 | Revise FOMB responses to interrogatories. | .60 | 250.00 | 150.00 |
| 4/09/19 | FER | 210 | Email conversation (.20) and tel. conf. (.10) with J. Rodriguez (PR Legislative Assembly) regarding request of legislative history documents of Acts 5 and 106-2017. | .30 | 165.00 | 49.50 |
| 4/10/19 | FER | 202 | Draft table regarding retrieved legislative history materials. | .90 | 165.00 | 148.50 |
| 4/11/19 | HDB | 221 | Review OMM's comments to responses to Interrogatories. | .30 | 305.00 | 91.50 |
| 4/11/19 | FER | 202 | Continue draft of table regarding retrieved legislative history materials. | 1.10 | 165.00 | 181.50 |
| 4/12/19 | HDB | 221 | Review additional comments to draft discovery responses. | .20 | 305.00 | 61.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  349797

May 3, 2019

| 4/15/19 | HDB | 221 | Review final versions of responses and objections to interrogatories and requests for production of documents to deliver to counsel. | .30 | 305.00 | 91.50 |
|---|---|---|---|---|---|---|
| 4/15/19 | DJP | 206 | Analyze the Responses and Objections of the Financial Oversight and Management Board, as Representative of the Debtors, to the Union de Trabajadores de la Industria Electrica y Riego's Requests for Admissions, in anticipation of submitting them via email to opposing counsel. | .30 | 190.00 | 57.00 |
| 4/15/19 | DJP | 206 | Analyze the Responses and Objections of the Financial Oversight and Management Board, as Representative of the Debtors, to the Union de Trabajadores de la Industria Electrica y Riego's First Set of Interrogatories and Request for Production, in anticipation of submitting them via email to opposing counsel. | .30 | 190.00 | 57.00 |
| 4/15/19 | DJP | 206 | Draft email to opposing counsel attaching the Responses and Objections of the Financial Oversight and Management Board, as Representative of the Debtors, to the Union de Trabajadores de la Industria Electrica y Riego's (A) Requests for Admissions and (B) First Set of Interrogatories and Request for Production. | .20 | 190.00 | 38.00 |
| 4/16/19 | HDB | 221 | Analyze (i) Responses and Objections of Defendant Christian Sobrino, in His Official Capacity as Executive Director of the Puerto Rico Fiscal Agency and Financial Advisory Authority, to Plaintiff's Interrogatories and Request for Production (.20) , (ii) Responses and Objections of Defendant José Ortiz, in His Official Capacity as Chief Executive Officer of the Puerto Rico Electric Power Authority, to Plaintiff's Interrogatories and Request for Production (.20), (iii) Responses and Objections of Defendant Hon. Ricardo Antonio Rosselló, in His Official Capacity as the Governor of Puerto Rico, to Plaintiff's Interrogatories and Request for Production (.20), (iv) Responses and Objections of Defendant Hon. Raúl Maldonado, in His Official Capacity as Director of the Puerto Rico Office of Management and Budget, to Plaintiff's Interrogatories and Request for Production (.20), and (v) Responses and Objections of Defendant Hon. Raúl Maldonado, in His Official Capacity as the Secretary of Treasury of Puerto Rico, to Plaintiff's Interrogatories and Request for Production. (.20) | 1.00 | 305.00 | 305.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  349797

May 3, 2019

| Date | Init | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/16/19 | CEG | 209 | Review Governor (.40) and AFAAF's (.30) responses to interrogatories and request for production of documents. | .70 | 250.00 | 175.00 |
| 4/18/19 | FER | 210 | Review AAFAF's answers to UTIER's interrogatories. | 1.60 | 165.00 | 264.00 |
| 4/18/19 | FER | 210 | Review AAFAF's answers to UTIER's requests for admission. | .60 | 165.00 | 99.00 |
| 4/18/19 | FER | 210 | Review Governor's answers to UTIER's set of interrogatories. | 1.10 | 165.00 | 181.50 |
| 4/18/19 | FER | 210 | Review Governor's answers to UTIER's requests for admissions. | .60 | 165.00 | 99.00 |
| 4/18/19 | FER | 210 | Review OMB's answers to UTIER's set of interrogatories. | .90 | 165.00 | 148.50 |
| 4/18/19 | FER | 210 | Review OMB's answers to UTIER's requests for admissions. | .40 | 165.00 | 66.00 |
| 4/22/19 | FER | 210 | Review email from J. Rodriguez regarding additional presentation for HB 675. | .10 | 165.00 | 16.50 |
| 4/22/19 | FER | 210 | Review PREPA CEO's answers to UTIER's interrogatories. | .30 | 165.00 | 49.50 |
| 4/23/19 | FER | 202 | Research regarding legislative history of Act No. 5-2017. | .30 | 165.00 | 49.50 |
| 4/23/19 | FER | 210 | Continue review of PREPA CEO's answers to UTIER's set of interrogatories. | .80 | 165.00 | 132.00 |
| 4/23/19 | FER | 210 | Review PREPA CEO's answers to UTIER's request for admissions. | .50 | 165.00 | 82.50 |
| 4/25/19 | FER | 210 | Review email from J. Richman regarding UTIER's response to request for production of documents and attached table regarding number of UTIER retirements. | .20 | 165.00 | 33.00 |
| 4/25/19 | FER | 210 | Review Treasury department's answers to UTIER's set of interrogatories. | .90 | 165.00 | 148.50 |
| 4/25/19 | FER | 210 | Review Treasury department's answers to UTIER's requests for admission. | .40 | 165.00 | 66.00 |
| 4/25/19 | FER | 210 | Review UTIER's responses to FOMB's requests for production of documents (1.10) and draft email memorandum regarding nature of documents and responses. (.80) | 1.90 | 165.00 | 313.50 |
| 4/26/19 | HDB | 221 | Revise initial responses by plaintiffs to FOMB discovery requests. | .80 | 305.00 | 244.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  349797                                                              May 3, 2019

| 4/26/19 | FER | 210 | Research regarding Act 3-2013 (.30) and continue draft email of memorandum regarding nature of documents and responses. (.40) | .70 | 165.00 | 115.50 |
| 4/29/19 | HDB | 209 | Review issues regarding legislative history of Act 26 and other labor reform legislation. | .40 | 305.00 | 122.00 |
| 4/30/19 | CEG | 209 | Participate in conference call with J. Richman, PREPA attorneys, and Government attorneys, regarding discovery plan. | .60 | 250.00 | 150.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 4,312.00 |
| VOLUME DISCOUNT | $ -431.20 |
| NET PROFESSIONAL SERVICES: | $ 3,880.80 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 4.40 | 305.00 | 1,342.00 |
| CARLOS E. GEORGE | 1.90 | 250.00 | 475.00 |
| DANIEL J. PEREZ REFOJOS | .80 | 190.00 | 152.00 |
| FILEX E. ROSADO | 14.20 | 165.00 | 2,343.00 |
| **Total** | **21.30** | | **$ 4,312.00** |

**TOTAL THIS INVOICE**                                              **$ 3,880.80**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE
4

IN ACCOUNT WITH

250 Av. Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

May 3, 2019

FOMB IN RE PREPA TITLE III

Bill #:   349798
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2019:

**Client.Matter: P1705 - 810**

**RE:  18-00047-LTS RIVERA V PREPA/ELA-CGB**

| | |
|---|---:|
| Total Professional Services | $ 1,460.50 |
| VOLUME DISCOUNT | $ -146.05 |
| Net Professional Services | $ 1,314.45 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,314.45** |

# O'NEILL & BORGES LLC

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 810**
**RE:  18-00047-LTS RIVERA V PREPA/ELA-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/01/19 | HDB | 209 | Review objection to motion for extension of time to respond to the Amended Complaint. | .20 | 305.00 | 61.00 |
| 4/01/19 | MMB | 219 | Docket court notice received by email dated March 29, 2019, regarding order dkt 45 setting briefing schedule - C. Garcia, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 4/02/19 | CGB | 209 | Review Defendants' urgent motion for a second extension of time to respond to complain. (.10) Review court order requiring Plaintiff to respond thereto. (.10) Review Plaintiff's opposition to second extension of time at Docket No. 046. (.10) | .30 | 330.00 | 99.00 |
| 4/04/19 | MMB | 219 | Docket court notice received by email dated April 3, 2019, regarding order dkt. 44 granting defendants' urgent motion for extension of time dkt. 44 to answer amended adversary complaint - C. Garcia, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 4/15/19 | CGB | 209 | Review Court order at Docket No. 47 setting forth new deadline for Defendants to respond to the amended complaint. | .10 | 330.00 | 33.00 |
| 4/15/19 | HDB | 209 | Review issues regarding deadline to respond to complaint. (.20) Draft e-mail regarding the same. (.10) | .30 | 305.00 | 91.50 |
| 4/22/19 | CGB | 209 | Edit draft answer to the Complaint. (.90) Detailed comparison of the contents of Executive Order OE-2018-012 and the allegations in paragraph 2.2 of the Complaint in order to Draft response to the latter. (.30) Draft email to L. Rappaport forwarding suggested edits. (.20) | 1.40 | 330.00 | 462.00 |
| 4/22/19 | HDB | 209 | Commence review of draft answer to the complaint. | .60 | 305.00 | 183.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  349798

May 3, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/23/19 | CGB | 209 | Email exchange with L. A. Rappaport regarding final edits to Draft of answer to amended complaint. | .30 | 330.00 | 99.00 |
| 4/23/19 | HDB | 208 | Exchange e-mails with L. Rappaport and C. Garcia regarding Answer to Complaint. | .30 | 305.00 | 91.50 |
| 4/24/19 | HDB | 209 | Review M. Bienenstock's edits to the draft answer to amended complaint. | .30 | 305.00 | 91.50 |
| 4/25/19 | CGB | 209 | Email exchange with L. Rappaport to coordinate filing of Answer to Amended Complaint. | .30 | 330.00 | 99.00 |
| 4/25/19 | HDB | 209 | Review additional edits to draft answer to complaint. | .40 | 305.00 | 122.00 |

TOTAL PROFESSIONAL SERVICES          $ 1,460.50

VOLUME DISCOUNT                     $ -146.05

NET PROFESSIONAL SERVICES:           $ 1,314.45

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | 2.40 | 330.00 | 792.00 |
| HERMANN BAUER | 2.10 | 305.00 | 640.50 |
| MILAGROS MARCANO BAEZ | .20 | 140.00 | 28.00 |
| **Total** | **4.70** | | **$ 1,460.50** |

**TOTAL THIS INVOICE**                    **$ 1,314.45**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

May 3, 2019
Bill #:   350965
Billing Attorney:  HDB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2019:

**Client.Matter: P1705 - 813**

**RE:  19-00298-LTS UTIER V PREPA REMOVAL-CGB**

| | |
|---|---|
| Total Professional Services | $ 604.00 |
| VOLUME DISCOUNT | $ -60.40 |
| Net Professional Services | $ 543.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 543.60** |

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 813**
**RE: 19-00298-LTS UTIER V PREPA REMOVAL-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/30/19 | HDB | 209 | Review Mandamus Complaint by UTIER against PREPA regarding health plan. | .80 | 305.00 | 244.00 |
| 4/30/19 | CEG | 213 | Review mandamus challenging PREPA reduced contribution to health insurance plan. | .30 | 250.00 | 75.00 |
| 4/30/19 | OMA | 220 | As requested by attorney C. Garcia and H. D. Bauer, prepare certified translation of Petition for Mandamus and Affidavit. | 1.90 | 150.00 | 285.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 604.00 |
| VOLUME DISCOUNT | $ -60.40 |
| NET PROFESSIONAL SERVICES: | $ 543.60 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .80 | 305.00 | 244.00 |
| CARLOS E. GEORGE | .30 | 250.00 | 75.00 |
| OLGA M. ALICEA | 1.90 | 150.00 | 285.00 |
| **Total** | **3.00** | | **$ 604.00** |

**TOTAL THIS INVOICE**                    **$ 543.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

      Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

      Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

------------------------------------------------------------------x

## COVER SHEET TO TWENTY-THIRD MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF MAY 1, 2019 THROUGH MAY 31, 2019

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

00669123; 1

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | May 1, 2019 through May 31, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $22,531.95 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $420.00 |
| Total amount for this invoice: | $22,951.95 |

This is a: <u>X</u> monthly ___ interim ___ final application

This is O&B's twenty-third monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for May 2019.




<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On August 9th, 2019 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period May 1 through May 31, 2019**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $305.00 | 23.90 | $ 7,289.50 |
| Carla Garcia Benitez | Member | Litigation | $330.00 | 11.20 | $ 3,696.00 |
| Carlos E. George | Member | Labor | $250.00 | 9.90 | $ 2,475.00 |
| Ubaldo M. Fernández | Jr. Member | Litigation | $220.00 | 0.90 | $ 198.00 |
| Emiliano Trigo Fritz | Jr. Member | Corporate | $210.00 | 0.90 | $ 189.00 |
| Lorena Y. Gely | Associate | Labor | $170.00 | 3.10 | $ 527.00 |
| Paula A. Gonzalez Montalvo | Associate | Litigation | $180.00 | 2.80 | $ 504.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $185.00 | 0.30 | $ 55.50 |
| Daniel Perez Refojos | Associate | Litigation | $190.00 | 2.80 | $ 532.00 |
| Filex E. Rosado | Associate | Labor | $165.00 | 38.90 | $ 6,418.50 |
| Olga M. Alicea | Paralegal | Litigation | $150.00 | 19.70 | $ 2,955.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $140.00 | 1.40 | $ 196.00 |
| | **Totals** | | | **115.80** | **$ 25,035.50** |
| | **Less: 10% Courtesy discount** | | | | **$ (2,503.55)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 22,531.95** |

**PREPA TITLE III**

**Summary of Disbursements for the Period May 1 through May 31, 2019**

| Description - Expenses | Amounts | |
|---|---|---|
| Process Server-5/9/2019, Deliver check at Federal Court-CGB/HDB | $ | 20.00 |
| Clerk US District Court, Filing Fee for Notice of Removal Utier v Prepa Re: SJ2019cv03986 -CGB | $ | 400.00 |
| **Totals** | **$** | **420.00** |
| **SUMMARY OF DISBURSEMENTS** | **$** | **420.00** |

**PREPA TITLE III**

**Summary of Legal Fees for the Period May 1 through May 31, 2019**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 0.90 | $    189.00 |
| 206 | Documents filed on behalf of the Board | 7.70 | $  1,684.00 |
| 207 | Non-Board Court Filings | 1.10 | $    335.50 |
| 208 | Stay Matters | 3.60 | $  1,098.00 |
| 209 | Adversary Proceeding | 30.10 | $  8,854.00 |
| 210 | Analysis and Strategy | 15.90 | $  3,156.50 |
| 212 | General Administration | 1.60 | $    488.00 |
| 213 | Labor, Pension Matters | 30.10 | $  5,063.50 |
| 219 | Docketing | 1.40 | $    196.00 |
| 220 | Translations | 19.70 | $  2,955.00 |
| 221 | Discovery/2004 Examinations | 2.80 | $    818.00 |
| 224 | Fee applications - O&B | 0.90 | $    198.00 |
|  |  |  | **$25,035.50** |
|  | **Less: 10% Courtesy Discount** |  | **$ (2,503.55)** |
|  | **TOTALS** | **115.80** | **$22,531.95** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $20,278.76, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $420.00) in the total amount of $20,698.76.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00669123; 1

# **Exhibit A**

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

June 5, 2019
FOMB IN RE PREPA TITLE III                                            Bill #:    352008
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2019:

**Client.Matter: P1705 - 1**

**RE:  GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---:|
| Total Professional Services | $ 2,746.50 |
| Less Discount | $ -274.65 |
| Net Professional Services | $ 2,471.85 |
| Total Reimbursable Expenses | $ 420.00 |
| **TOTAL THIS INVOICE** | **$ 2,891.85** |

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE:  GENERAL-PREPA TITLE III 17-4780**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/01/19 | HDB | 207 | Review National's Opposition to the urgent motion to extend the PREPA receiver litigation deadlines. | .20 | 305.00 | 61.00 |
| 5/02/19 | HDB | 208 | Review Expert Declaration of Mr. Tom Sanzillo filed by the UTIER | .60 | 305.00 | 183.00 |
| 5/07/19 | HDB | 208 | Review the FOMB's Motion for Entry of a Bridge Order for and Interim Stay of the Receiver Motion. (.30) Review National's Opposition thereto (.20) and Interim Bridge Order. (.10) | .60 | 305.00 | 183.00 |
| 5/07/19 | MMB | 219 | Docket court notice received by email dated May 7, 2019, regarding order dkt. 1218 setting briefing schedule in connection with dkt. 1214 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 5/09/19 | HDB | 208 | Review Joint Urgent Motion of the Oversight Board and AAFAF to Extend All Deadlines to the Motion to Lift Stay to Seek Appointment of a Receiver (.20) and (ii) Declaration of David M. Brownstein in Support of Joint Urgent Motion of the Oversight Board and AAFAF to Extend All Deadlines to the Motion to Lift Stay to Seek Appointment of a Receiver. (.10)  Review Ad Hoc Group of PREPA Bondholders (the  Ad Hoc Group ) files this response to National Public Finance Guarantee Corporation's Opposition to Urgent Motion to Stay Receiver Litigation. (.20)  Review Order granting Stay. (.10) | .60 | 305.00 | 183.00 |
| 5/10/19 | MMB | 219 | Update MLS chart as of May 9, 2019, to include order dkt. 1230 granting dkt. 1214 FOMB, AAFAF's urgent motion to extend deadlines applicable to motion to lift stay to seek appointment of receiver. | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  352008                                                                                          June 5, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/13/19 | HDB | 208 | Analyze the FOMB's Motion to Dismiss Stay Relief Motion for the Appointment of a Receiver. | .60 | 305.00 | 183.00 |
| 5/13/19 | MMB | 219 | Docket court notice received by email dated May 10, 2019, regarding notice of hearing dkt. 1236 on 9019 motion - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 5/14/19 | HDB | 206 | Analyze Joint Motion Of Puerto Rico Electric Power Authority And AAFAF Pursuant To Bankruptcy Code Sections 362, 502, 922, And 928, And Bankruptcy Rules 3012(A)(1) And 9019 For Order Approving Settlements Embodied In The Restructuring Support Agreement And Tolling Certain Limitations Periods | .60 | 305.00 | 183.00 |
| 5/14/19 | MMB | 219 | Docket court notice received by email dated May 14, 2019, regarding order dkt. 1241 setting briefing schedule, related document dkt. 975 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 5/15/19 | ETF | 201 | Respond to Proskauer (E. Barak) regarding PREPA lien searches. | .30 | 210.00 | 63.00 |
| 5/20/19 | DJP | 206 | Analyze the Notice of PREPA's Motion for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time within which to File Notices of Removal Pursuant to Bankruptcy Rule 9027, in anticipation of its filing. | .30 | 190.00 | 57.00 |
| 5/20/19 | DJP | 206 | Analyze the PREPA's Motion for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time within which to File Notices of Removal Pursuant to Bankruptcy Rule 9027, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 5/20/19 | DJP | 206 | Analyze the Proposed Order Granting PREPA's Motion for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time within which to File Notices of Removal Pursuant to Bankruptcy Rule 9027, in anticipation of its filing. | .20 | 190.00 | 38.00 |
| 5/20/19 | DJP | 206 | File the PREPA's Motion for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time within which to File Notices of Removal Pursuant to Bankruptcy Rule 9027, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  352008                                                                                                      June 5, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/20/19 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Notice of PREPA's Motion for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time within which to File Notices of Removal Pursuant to Bankruptcy Rule 9027. | .20 | 190.00 | 38.00 |
| 5/20/19 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Notice of PREPA's Motion for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time within which to File Notices of Removal Pursuant to Bankruptcy Rule 9027, and proposed order in Word format. | .20 | 190.00 | 38.00 |
| 5/22/19 | HDB | 221 | Review Requests for the Production of Documents to FOMB, issued on behalf of National Public Finance Guarantee related to the Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928 and Bankruptcy Rules 3012(a)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement and Tolling Certain Limitations Periods. (.20)  Draft e-mail to Proskauer Team regarding requests. (.10) | .30 | 305.00 | 91.50 |
| 5/28/19 | HDB | 208 | Tel conf with counsel for PV Properties regarding denial of stay relief request. (.20)  Respond to queries from PV Properties counsel regarding objection deadline and hearing date on the RSA. (.10) | .30 | 305.00 | 91.50 |
| 5/28/19 | HDB | 206 | Revise and sign-off for filing Notice of Assumption of LandTech PPOA. | .40 | 305.00 | 122.00 |
| 5/28/19 | DJP | 206 | Analyze the Notice of Assumption by PREPA of Power Purchase and Operating Agreement with Landfill Gas Technologies of Fajardo LLC, in anticipation of its filing. | .40 | 190.00 | 76.00 |
| 5/28/19 | DJP | 206 | Analyze the proposed order to be filed together with the Notice of Assumption by PREPA of Power Purchase and Operating Agreement with Landfill Gas Technologies of Fajardo LLC. | .30 | 190.00 | 57.00 |
| 5/28/19 | DJP | 206 | File the Notice of Assumption by PREPA of Power Purchase and Operating Agreement with Landfill Gas Technologies of Fajardo LLC, through the court's electronic filing system. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  352008                                                       June 5, 2019

| Date | Init. | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/28/19 | DJP | 206 | Draft email to Prime Clerk LLC requesting service of the Notice of Assumption by PREPA of Power Purchase and Operating Agreement with Landfill Gas Technologies of Fajardo LLC. | .20 | 190.00 | 38.00 |
| 5/28/19 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Notice of Assumption by PREPA of Power Purchase and Operating Agreement with Landfill Gas Technologies of Fajardo LLC. | .20 | 190.00 | 38.00 |
| 5/28/19 | MMB | 219 | Docket court notice received by email dated May 22, 2019, regarding order dkt. 1254 extending deadlines - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 5/28/19 | MMB | 219 | Docket court notice received by email dated May 22, 2019, regarding order dkt.1253 extending deadlines applicable to joint motion dkt. 1235, other matters, setting hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 5/28/19 | MMB | 219 | Docket court notice received by email dated May 22, 2019, regarding order dkt.1253 extending deadlines applicable to joint motion dkt. 1235, other matters, setting hearing - H. Bauer, U. Fernandez, D. Pérez. | .50 | 140.00 | 70.00 |
| 5/30/19 | HDB | 208 | Review Assured Guaranty Corp. and Assured Guaranty Municipal Corp.'s responses to discovery in connection with Rule 9019 Motion. | .60 | 305.00 | 183.00 |
| 5/30/19 | HDB | 206 | Review Motion by Windmar Renewable Energy opposing the 9019 Motion and identifying Victor Gonzalez as witness for the hearing. (.20) Draft e-mail regarding same to Proskauer. (.10) | .30 | 305.00 | 91.50 |
| 5/30/19 | HDB | 207 | Review Motion by ICSE opposing the 9019 Motion and identifying Victor Gonzalez as witness for the hearing. (.20) Draft e-mail regarding same to Proskauer. (.10) | .30 | 305.00 | 91.50 |
| 5/31/19 | HDB | 206 | Revise and sign-off on Certificate of No Objection to Motion for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027 | .20 | 305.00 | 61.00 |
| 5/31/19 | HDB | 208 | Review stay relief motion by PV Properties. | .30 | 305.00 | 91.50 |
| 5/31/19 | UMF | 224 | Draft twentieth monthly fee application for Title III case of the PREPA. | .40 | 220.00 | 88.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  352008                                                                        June 5, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/31/19 | UMF | 224 | Draft twenty-first monthly fee application for Title III case of the PREPA. | .50 | 220.00 | 110.00 |

TOTAL PROFESSIONAL SERVICES                          $ 2,746.50

Less Discount                                                   $ -274.65

NET PROFESSIONAL SERVICES:                            $ 2,471.85

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 5.90 | 305.00 | 1,799.50 |
| UBALDO M. FERNANDEZ BARRERA | .90 | 220.00 | 198.00 |
| EMILIANO TRIGO FRITZ | .30 | 210.00 | 63.00 |
| DANIEL J. PEREZ REFOJOS | 2.80 | 190.00 | 532.00 |
| MILAGROS MARCANO BAEZ | 1.10 | 140.00 | 154.00 |
| **Total** | **11.00** | | **$ 2,746.50** |

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 5/08/19 | CLERK US DISTRICT COURT, FILING FEE FOR NOTICE OF REMOVAL UTIER v. PREPA, et al RE: SJ2019cv03986-CGB | 400.00 |
| 5/31/19 | PROCESS SERVER - 5/9/19-DELIVER CHECK IN FEDERAL COURT-CGB/HDB | 20.00 |

TOTAL REIMBURSABLE EXPENSES                   $ 420.00

**TOTAL THIS INVOICE**                                    **$ 2,891.85**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

VOUCHER NO. _____                                    VENDOR NO. 602

# O'NEILL & BORGES LLC

## CHECK REQUEST

DATE  7 - May, 2019

TO THE ACCOUNTS PAYABLE CLERK: PLEASE PREPARE A CHECK

PAYABLE TO: Clerk, U.S. District Court

AMOUNT: $  400.00

EXPLANATION: Notice of Removal - UTIER v.
PREPA, et al    SJ 2019cv 03986

| CHARGE TO: | | CLIENT NUMBER | | | | | CLIENT MATTER | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| P 1705 - PREPA - Title III | P | 1 | 7 | 0 | 5 | - | 0 | 0 | 0 | 1 |

| ACCOUNTING DEPARTMENT USE ONLY | |
|---|---|
| Out of Pocket #1100 | General Ledger |
| Disb. Code  FF | Ck. No. _____ |
| Acct. No.  1164 | Ck. Date. _____ |
| Ck. No. _____ | Acct. No. _____ |
| Ck. No. _____ | Acct. No. _____ |
| Amount $ 400.00 | Acct. No. _____ |
| | Amount $ _____ |

REQUESTED BY: _____          APPROVED BY: _____

**WHITE COPY - ACCOUNTING      CANARY COPY- REQUESTOR**

**O'NEILL & BORGES** LLC

### CLERK US DISTRICT COURT

66532

| DATE | INVOICE NUMBER | MEMO | BALANCE |
|------|----------------|------|---------|
| 05/08/2019 | FF-NOTICE OF REMOVAL | RE: P1705-1 | 400.00 |

| CHECK DATE | CHECK NUMBER | | TOTAL | |
|------------|--------------|--|-------|--|
| 05/08/2019 | 000066532 | | | 400.00 |

Court Name: District Court
Division: 3
Receipt Number: PRX100063764
Cashier ID: arodrigu
Transact on Date: 05/09/2019
Payer Name: ONEILL AND BORGES

CIVIL FILING FEE
  For: ONEILL AND BORGES
  Amount:      $400.00

PAPER CHECK CONVERSION
  Remitter: ONEILL AND BORGES
  Check/Money Order Num: 66532
  Amt Tendered: $400.00

Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

19-298(LTS) NEW CASE FR: ONEILL AND
BORGES

*Braham Santiago*
Servicios Profesionales Paralegales
Tel. **787-539-2808**

Cliente No. _D 1705 - 1_

Fecha: _5 / 9_  20 _19_

CLIENTE: _O +B_

RECOGER: _C9B / HDB - Josie_

ENTREGAR: _Entregar cheque de Removal - Tribunal Federal_

HORA: _____

PERSONA: _____

FIRMA _Josie Culero_

HORA _5/9/19_

SERVICIO: ☐ SENCILLO   ☐ DOBLE   ☐ OTRO

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

June 5, 2019
Bill #:   352009
Billing Attorney:  HDB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2019:

**Client.Matter: P1705 - 3**

**RE:  FISCAL PLAN**

| | |
|---|---:|
| Total Professional Services | $ 42.00 |
| VOLUME DISCOUNT | $ -4.20 |
| Net Professional Services | $ 37.80 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 37.80** |

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 3**
**RE:  FISCAL PLAN**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/30/19 | ETF | 201 | Tel. conf. with A. Figueroa and J. Lucas regarding Acts 17-2019 and 120-2018. | .20 | 210.00 | 42.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 42.00 |
| VOLUME DISCOUNT | | $ -4.20 |
| NET PROFESSIONAL SERVICES: | | $ 37.80 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| EMILIANO TRIGO FRITZ | .20 | 210.00 | 42.00 |
| Total | .20 | | $ 42.00 |

**TOTAL THIS INVOICE**                    **$ 37.80**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

June 5, 2019
Bill #: 352010
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2019:

**Client.Matter: P1705 - 803**

**RE: 17-00228-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---:|
| Total Professional Services | $ 183.00 |
| VOLUME DISCOUNT | $ -18.30 |
| Net Professional Services | $ 164.70 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 164.70** |

IN ACCOUNT WITH

250 Avenida Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 803**
**RE: 17-00228-LTS UTIER V. PREPA ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/24/19 | HDB | 207 | Revise Brief for UTIER in Opposition to Certiorari to US Supreme Court. | .60 | 305.00 | 183.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 183.00 |
| VOLUME DISCOUNT | $ -18.30 |
| NET PROFESSIONAL SERVICES: | $ 164.70 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .60 | 305.00 | 183.00 |
| **Total** | **.60** | | **$ 183.00** |

**TOTAL THIS INVOICE**      **$ 164.70**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

June 5, 2019
Bill #: 352011
Billing Attorney: HDB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2019:

**Client.Matter: P1705 - 804**

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 10,545.00 |
| VOLUME DISCOUNT | $ -1,054.50 |
| Net Professional Services | $ 9,490.50 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 9,490.50** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/01/19 | CEG | 213 | Exchange emails with J. Richman regarding identification of witnesses and impaired CBA's provisions. | .50 | 250.00 | 125.00 |
| 5/01/19 | FER | 210 | Review emails from J. Richman requesting comparative of economic terms from UTIER and other CBAs. | .20 | 165.00 | 33.00 |
| 5/01/19 | FER | 210 | Review Amended Complaint (1.10) and collective bargaining agreement between PREPA and UTIER (1.20). | 2.30 | 165.00 | 379.50 |
| 5/02/19 | CEG | 213 | Review UTIER production of documents. | .50 | 250.00 | 125.00 |
| 5/03/19 | FER | 210 | Summarize economic terms of CBA between PREPA and UEPI to include in comparative CBA table. | 2.10 | 165.00 | 346.50 |
| 5/04/19 | FER | 210 | Summarize economic terms of CBA between PREPA and UTIER to include in comparative CBA table. | 3.20 | 165.00 | 528.00 |
| 5/06/19 | FER | 210 | Continue summary of economic terms of CBA between PREPA and UTIER (1.10) and summarize economic terms of CBA between PRASA and UIA to include in comparative CBA table (3.30). | 4.40 | 165.00 | 726.00 |
| 5/07/19 | CEG | 209 | Tel. conf. with attorneys D. Gongon and K. Bolanos, regarding legislative history and potential witnesses. (.40) Review legislative history of Law 26-2017. (.60) | 1.00 | 250.00 | 250.00 |
| 5/12/19 | CEG | 209 | Review emails from M. Vazquez related to PREPA first request of admissions. | .60 | 250.00 | 150.00 |
| 5/13/19 | HDB | 221 | Revise draft First Set of Requests for Admission against the UTIER. (.60) Tel. conf. with Cancio, Proskauer, UTIER and OMM regarding discovery issues. (1.00) | 1.60 | 305.00 | 488.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  352011

June 5, 2019

| 5/13/19 | CEG | 209 | Tel. conf. with J. Richman and the rest of Proskauer team, regarding case strategy for discovery. | 1.00 | 250.00 | 250.00 |
|---------|-----|-----|---|------|--------|--------|
| 5/13/19 | CEG | 209 | Revise request for admission addresses to UTIER. | .30 | 250.00 | 75.00 |
| 5/13/19 | GMR | 221 | Draft and send email to Plaintiffes Counsel enclosing First Requests for Admissions by the Financial Oversight and Management Board, as Representative of the Title III Debtors, to Unión de Trabajadores de la Industria Eléctrica y Riego. | .30 | 185.00 | 55.50 |
| 5/14/19 | HDB | 221 | Revise draft protective Order. (.50) Draft e-mail to Cancio Nadal regarding coordination of document review at UTIER. (.10) | .60 | 305.00 | 183.00 |
| 5/15/19 | HDB | 209 | Review e-mails by J. Richman regarding CW financial statements as of 2017. | .20 | 305.00 | 61.00 |
| 5/15/19 | CEG | 209 | Review emails from J. Richman related to burden of proof in constitutional challenge on various economic related laws. | .20 | 250.00 | 50.00 |
| 5/15/19 | CEG | 209 | Review emails from J. Richman related to discovery pending tasks. | .20 | 250.00 | 50.00 |
| 5/16/19 | HDB | 209 | Review memorandum discussing burden of proof issues. | .30 | 305.00 | 91.50 |
| 5/16/19 | HDB | 209 | Review OMM comments to draft protective order. | .20 | 305.00 | 61.00 |
| 5/16/19 | HDB | 209 | Revise draft meet and confer letter on Motion to Dismiss PREPA and its executive director. | .30 | 305.00 | 91.50 |
| 5/17/19 | HDB | 209 | Review edits to draft meet and confer letter on Judgment on the Pleadings. (.20) Review analysis of impairment cases. (.20) | .40 | 305.00 | 122.00 |
| 5/20/19 | HDB | 209 | Review list of topics for discussion with C. Sobrino. | .20 | 305.00 | 61.00 |
| 5/20/19 | CEG | 209 | Review emails related to C. Sobrino's role in on approval of various laws | .20 | 250.00 | 50.00 |
| 5/20/19 | CEG | 209 | Review emails related from J. Richman related to C. Sobrino's role in approval of various laws | .20 | 250.00 | 50.00 |
| 5/21/19 | FER | 213 | Prepare English summary of additional provisions from UTIER's CBA for CBA comparative table. | 2.20 | 165.00 | 363.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  352011                                                                                    June 5, 2019

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/22/19 | HDB | 210 | Review e-mails by J. Richman and K. Bolaños regarding meet and confer letter to dismiss PREPA and its executive director from complaint. (.10) Revise edits to draft meet and confer letter regarding dismissal of PREPA and Executive Director. (.20) Review final meet and confer letter. (.20) | .50 | 305.00 | 152.50 |
| 5/22/19 | CEG | 209 | Exchange emails with J. Richman, regarding request of UTIER's documents. | .20 | 250.00 | 50.00 |
| 5/22/19 | FER | 213 | Continue English summary of additional provisions from UTIER's CBA for CBA comparative table. | 5.40 | 165.00 | 891.00 |
| 5/23/19 | CGB | 209 | Review J. Richman letter to Plaintiff's counsel R. Emmanuelli regarding meet-and-confer prior to filing PREPA motion for summary judgment on remaining claims. | .10 | 330.00 | 33.00 |
| 5/23/19 | FER | 213 | Continue English summary of additional provisions from UTIER's CBA for CBA comparative table. | 2.20 | 165.00 | 363.00 |
| 5/23/19 | FER | 213 | Prepare English summary of additional provisions from UEPI's CBA for CBA comparative table. | .70 | 165.00 | 115.50 |
| 5/23/19 | FER | 213 | Prepare English summary of additional provisions from PRASA's CBA for CBA comparative table. | .40 | 165.00 | 66.00 |
| 5/24/19 | FER | 213 | Continue English summary of additional provisions from PRASA's CBA for CBA comparative table. | 2.60 | 165.00 | 429.00 |
| 5/24/19 | FER | 213 | Continue English summary of additional provisions from UEPI's CBA for CBA comparative table. | 2.70 | 165.00 | 445.50 |
| 5/24/19 | FER | 213 | Review email from J. Richman (.10) and prepare email response draft. (.50) | .60 | 165.00 | 99.00 |
| 5/24/19 | LYG | 213 | Research federal case law regarding the burden of proof of proving reasonableness and necessity in contract clause analysis. | 2.40 | 170.00 | 408.00 |
| 5/25/19 | FER | 213 | Prepare English summary of additional provisions from ACAA's CBA for CBA comparative table. | 1.60 | 165.00 | 264.00 |
| 5/27/19 | FER | 213 | Continue English summary of additional provisions from ACAA's CBA for CBA comparative table. | 3.10 | 165.00 | 511.50 |
| 5/27/19 | FER | 213 | Prepare English summary of additional provisions from CFSE's (SIF) CBA for CBA comparative table. | 3.60 | 165.00 | 594.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  352011                                                                                    June 5, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/28/19 | CGB | 209 | Review the plaintiff's response, via R. Emanuelli, Esq., to the meet and confer letter setting forth motion to dismiss grounds sent by J. Richman on behalf of the FOMB. | .10 | 330.00 | 33.00 |
| 5/28/19 | CEG | 209 | Consider several issues on pre-retirement laws and its impact to PREPA employees. | .40 | 250.00 | 100.00 |
| 5/28/19 | CEG | 209 | Review UTIER's answer to Rule 12 (c) letter. | .20 | 250.00 | 50.00 |
| 5/28/19 | FER | 213 | Review comparative table of CBAs from PREPA, ACAA, PRASA and SIF. | 1.60 | 165.00 | 264.00 |
| 5/29/19 | HDB | 210 | Review response by UTIER to meet and confer letter regarding Motion for Judgment on the Pleadings. (.30) Review issues regarding document review. (.10) | .40 | 305.00 | 122.00 |
| 5/29/19 | HDB | 209 | Tel. conf with Proskauer Team and C. George regarding evidentiary and legal issues. | .70 | 305.00 | 213.50 |
| 5/29/19 | CEG | 209 | Participate in conference call with J. Richman, M. Morris, and H. Bauer, regarding case discovery, potential evidence and witnesses. | .70 | 250.00 | 175.00 |
| 5/30/19 | CEG | 209 | Consider several issues on burden and evidence to support rational for implementation of challenged laws. | .40 | 250.00 | 100.00 |
| 5/31/19 | CEG | 209 | Review CW production of documents. | .50 | 250.00 | 125.00 |
| 5/31/19 | CEG | 209 | Revise table comparing CBA provisions in other public corporation to UTIER's CBA. | .70 | 250.00 | 175.00 |

TOTAL PROFESSIONAL SERVICES                    $ 10,545.00

VOLUME DISCOUNT                                       $ -1,054.50

NET PROFESSIONAL SERVICES:                      $ 9,490.50

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | .20 | 330.00 | 66.00 |
| HERMANN BAUER | 5.40 | 305.00 | 1,647.00 |
| CARLOS E. GEORGE | 7.80 | 250.00 | 1,950.00 |
| FILEX E. ROSADO | 38.90 | 165.00 | 6,418.50 |
| LORENA Y. GELY | 2.40 | 170.00 | 408.00 |
| GABRIEL MIRANDA RIVERA | .30 | 185.00 | 55.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE
4

O'Neill & Borges LLC

Bill #:  352011

June 5, 2019

| Total | 55.00 | $ 10,545.00 |

**TOTAL THIS INVOICE**                     $ 9,490.50

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

June 5, 2019
Bill #: 352012
Billing Attorney: HDB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2019:

**Client.Matter: P1705 - 805**

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

| | |
|---|---:|
| Total Professional Services | $ 807.00 |
| VOLUME DISCOUNT | $ -80.70 |
| Net Professional Services | $ 726.30 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 726.30** |

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 805**
**RE:   17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/03/19 | HDB | 209 | Review pending issues. (.10) Exchange e-mails with Proskauer regarding PREB follow-up and pending issues. (.20)  Follow-up with counsel for PREB. (.10) | .40 | 305.00 | 122.00 |
| 5/06/19 | HDB | 209 | Draft follow-up e-mail to counsel for PREB. (.10) Tel. conf. with counsel for ICSE. (.20) | .30 | 305.00 | 91.50 |
| 5/07/19 | HDB | 209 | Draft e-mail to Proskauer regarding deadlines and next steps. (.10) Draft e-mail to counsel for PREB regarding status report. (.10) | .20 | 305.00 | 61.00 |
| 5/09/19 | HDB | 212 | Exchange e-mails with counsel for PREB regarding conference call. (.10) Draft e-mails to Proskauer regarding same. (.10)  Tel. conf Y. Gonzalez. (.40) Review e-mail from Y. Gonzalez. (.10) and draft e-mail to Proskauer regarding conversation with PREB. (.10) | .80 | 305.00 | 244.00 |
| 5/13/19 | HDB | 212 | Tel. conf. with office of counsel for PREB regarding extension of time. (.20)  Draft e-mail to L. Stafford regarding same. (.10) Revise and edit draft Motion by PREB. (.20)  Draft e-mail to Proskauer team with draft motion and edits. (.10) Tel. conf. with counsel for PREB regarding edits to draft motion. (.10) Revise edits and draft e-mail to Proskauer. (.10) | .80 | 305.00 | 244.00 |
| 5/14/19 | HDB | 209 | Review Order granting extension of time at docket number 64. | .10 | 305.00 | 30.50 |
| 5/14/19 | MMB | 219 | Docket court notice received by email dated May 14, 2019, regarding order dkt. 64 setting deadline to file joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

TOTAL PROFESSIONAL SERVICES                $ 807.00

VOLUME DISCOUNT                                    $ -80.70

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  352012

June 5, 2019

NET PROFESSIONAL SERVICES:                    $ 726.30

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 2.60 | 305.00 | 793.00 |
| MILAGROS MARCANO BAEZ | .10 | 140.00 | 14.00 |
| **Total** | **2.70** | | **$ 807.00** |

**TOTAL THIS INVOICE**                    **$ 726.30**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

June 5, 2019
Bill #:   352013
Billing Attorney:  HDB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2019:

**Client.Matter: P1705 - 810**

**RE:  18-00047-LTS RIVERA V PREPA/ELA-CGB**

| | |
|---|---|
| Total Professional Services | $ 221.00 |
| VOLUME DISCOUNT | $ -22.10 |
| Net Professional Services | $ 198.90 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 198.90** |

IN ACCOUNT WITH
250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'Neill & Borges LLC

**Client.Matter: P1705 . 810**
**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/16/19 | CGB | 209 | Analyze the plaintiff response to counterclaim. | .30 | 330.00 | 99.00 |
| 5/16/19 | HDB | 209 | Revise response to counterclaims and affirmative defenses. | .40 | 305.00 | 122.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 221.00 |
| VOLUME DISCOUNT | $ -22.10 |
| NET PROFESSIONAL SERVICES: | $ 198.90 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .30 | 330.00 | 99.00 |
| HERMANN BAUER | .40 | 305.00 | 122.00 |
| **Total** | **.70** | | **$ 221.00** |

**TOTAL THIS INVOICE**                         **$ 198.90**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE
1

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

O'NEILL & BORGES LLC

June 5, 2019
FOMB IN RE PREPA TITLE III
Bill #: 352014
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2019:

**Client.Matter: P1705 - 813**

**RE: 19-00298-LTS UTIER V PREPA REMOVAL-CGB**

| | |
|---|---|
| Total Professional Services | $ 10,491.00 |
| VOLUME DISCOUNT | $ -1,049.10 |
| Net Professional Services | $ 9,441.90 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 9,441.90** |

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 813**
**RE:   19-00298-LTS UTIER V PREPA REMOVAL-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/02/19 | CGB | 210 | Review and respond to email from J. Richman regarding [possible removal of  the UTIER Healthcare Plan state court mandamus proceeding. (.20) coordinate translation of additional court filings in the local court case with O. M. Alicea. (.10) Draft email to J. Richman forwarding translations of same. (.10) Conf. with H. D. Bauer regarding legal issue raised by complaint. (.20) | .60 | 330.00 | 198.00 |
| 5/02/19 | HDB | 209 | Review logistical issues regarding removal of UTIER health plan funding litigation. (.20) Outline thoughts concerning complaint's impact on PREPA's budget certification. (.40) Discuss legal issues with C. Garcia. (.20) | .80 | 305.00 | 244.00 |
| 5/02/19 | OMA | 220 | As requested by attorneys  C. Garcia and H. D. Bauer, translate into English three documents: (1) Summonses - 4 pages - 1,487 words. (2) Motion to Judicial File - 1 page - 211 words; and (3) Notification and Order - 4 pages; 934 words. | 1.30 | 150.00 | 195.00 |
| 5/03/19 | HDB | 209 | Tel. conf. with Cancio and Proskauer concerning potential removal of PREPA Health Plan Action. | .30 | 305.00 | 91.50 |
| 5/06/19 | CGB | 206 | Review Draft notice of removal and related documents as regards UTIER v. PREPA Commonwealth court mandamus proceeding. | .30 | 330.00 | 99.00 |

O'Neill & Borges LLC

Bill #:  352014                                                                                              June 5, 2019

| Date | Atty | | Description | Hours | Rate | Amount |
|------|------|---|-------------|-------|------|--------|
| 5/06/19 | HDB | 209 | Revise draft Notice of Removal of the UTIER Medical Plan Complaint (.70) and draft Notice to San Juan Court. (.30)  Review issues regarding translations for removal. (.20) Review January 11, 2019 Memorandum by PREPA concerning changes to health plan. (.10) Review Triple S power point presentation to PREPA dated January 30, 2019. (.40) Revise draft Motion for Extension of Time to respond to the Complaint. (.20) | 1.90 | 305.00 | 579.50 |
| 5/06/19 | CEG | 209 | Conference with C. García to discuss scope of Laws 26-2017 and 28-2008 and their impact upon plaintiffs mandamus allegations  in order to draft short summary. | .70 | 250.00 | 175.00 |
| 5/07/19 | CGB | 209 | Review updated notice of removal in the UTIER v. PREPA Case (.50) Email exchange with J. Richman regarding Draft allegation 15. (.30) Review pertinent sections of the PREPA fiscal plan to ascertain accuracy of draft averment. (.20) Draft alternate wording for allegation 15. (.20) Review current local court docket to confirm status of proceeding. (.10) Review proposed exhibits to removal to confirm completeness and accuracy. (.30) | 1.60 | 330.00 | 528.00 |
| 5/07/19 | CGB | 209 | Draft email to J. Richman forwarding English version of various PREPA health plan background documents. | .20 | 330.00 | 66.00 |
| 5/07/19 | HDB | 209 | Review e-mail exchange with Proskauer regarding removal of the PREPA Health Plan Mandamus. (.20) Review edits to draft Motion for Extension of Time. (.10)  Review PREPA edits to Notice of Removal. (.60) Review logistics for filing petition for removal. (.40) | 1.30 | 305.00 | 396.50 |
| 5/07/19 | OMA | 220 | As requested by attorneys H. D. Bauer and C. Garcia, translate into English Memorandum of the CEO on Health Plan (12-28-2018) - 2 pages; 364 words. | .30 | 150.00 | 45.00 |
| 5/07/19 | OMA | 220 | As requested by attorneys H. D. Bauer and C. Garcia, translate into English Letter informing health plan provider Triple S  (1-11-2019) - 1 page; 209 words. | .20 | 150.00 | 30.00 |
| 5/07/19 | OMA | 220 | As requested by attorneys H. D. Bauer and C. Garcia, translate into English Letter from Juan Padilla on PowerPoint presentation on Triple S Salud Health Plan (1-30-2019) - 1 page; 253 words. | .20 | 150.00 | 30.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  352014                                                                  June 5, 2019

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/08/19 | CGB | 209 | Finalize notice of removal for filing. (.30) Draft email to J. Richman coordinating last details prior to filing. (.10) Coordinate filing with P. A. Gonzalez. (.10) Verify local court docket to confirm no new documents have been filed. (.10) Review motion informing local court that removal has been filed. (.20) File same. (.20) Review motion informing the USDC that the local court has been informed of the removal. (.20) Draft email to Plaintiff's counsel forwarding copies of all filings relating to the removal (.20) Draft email to J. Richman forwarding copies of all filings. (.10) Draft email to PREPA counsel M. Vazquez-Marrero forwarding copies of all removal filings. (.10) | 1.60 | 330.00 | 528.00 |
| 5/08/19 | HDB | 209 | Coordinate meet and confer with counsel for UTIER. (.10) Draft e-mail regarding same. (.10) Tel. conf. (meet and confer) with counsel for UTIER. (.20) Draft e-mail to Proskauer and C. García regarding meet and confer. (.10) | .50 | 305.00 | 152.50 |
| 5/08/19 | HDB | 209 | Review further edits to UTIER Healthcare removal papers. (.40) Review issues regarding timing for meet and confer call with counsel for plaintiffs. (.10) | .50 | 305.00 | 152.50 |
| 5/08/19 | PAG | 206 | Review the Notice of Removal filed on behalf of the FOMB, as representative of the Commonwealth of Puerto Rico and PREPA, in anticipation of its filing as Adversary Proceeding No. 19-00298-LTS. | .20 | 180.00 | 36.00 |
| 5/08/19 | PAG | 206 | Review Exhibit A and B of the Notice of Removal filed on behalf of the FOMB, as representative of the Commonwealth of Puerto Rico and PREPA, in anticipation of its filing as Adversary Proceeding No. 19-00298-LTS. | .20 | 180.00 | 36.00 |
| 5/08/19 | PAG | 206 | File the Notice of Removal and Exhibits A and B, on behalf of the FOMB, as representative of the Commonwealth of Puerto Rico and PREPA, as Adversary Proceeding No. 19-00298-LTS. | .30 | 180.00 | 54.00 |
| 5/08/19 | PAG | 206 | Draft e-mail to Primer Clark to request service of the Notice of Removal and Exhibits A and B, on behalf of the FOMB, as representative of the Commonwealth of Puerto Rico and PREPA, filed as Adversary Proceeding No. 19-00298-LTS. | .20 | 180.00 | 36.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  352014

June 5, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/08/19 | PAG | 206 | Review the Notice of filing the notice of removal with the Commonwealth of Puerto Rico Court of First Instance, San Juan Superior Court, in anticipation of its filing in Adversary Proceeding No. 19-00298-LTS. | .20 | 180.00 | 36.00 |
| 5/08/19 | PAG | 206 | Review Exhibit 1 to the Notice of filing the notice of removal with the Commonwealth of Puerto Rico Court of First Instance, San Juan Superior Court, in anticipation of its filing in Adversary Proceeding No. 19-00298-LTS. | .20 | 180.00 | 36.00 |
| 5/08/19 | PAG | 206 | File the Notice of filing the notice of removal with the Commonwealth of Puerto Rico Court of First Instance, San Juan Superior Court, and supporting exhibit, in Adversary Proceeding No. 19-00298-LTS. | .30 | 180.00 | 54.00 |
| 5/08/19 | PAG | 206 | Draft e-mail to Prime Clerk to request service of the Notice of filing the notice of removal with the Commonwealth of Puerto Rico Court of First Instance, San Juan Superior Court, and supporting exhibit, in Adversary Proceeding No. 19-00298-LTS. | .20 | 180.00 | 36.00 |
| 5/09/19 | CGB | 209 | Review  Law 28-108. (.10) Coordinate translation of same with O. M. Alicea. (.10)  Analyze scope of Laws 26-2017 and 28-108 and their impact upon Plaintiffs mandamus allegations in order to draft short summary of same. (.70) | .90 | 330.00 | 297.00 |
| 5/09/19 | CGB | 209 | Review urgent motion for extension of time to sign-off for filing. (.20) Draft email to Plaintiff counsel forwarding copy of same. (.10) | .30 | 330.00 | 99.00 |
| 5/09/19 | CGB | 209 | Review first outline of potential arguments for dismissal of Plaintiff's petition (.20) Overview of earlier memoranda discussing proper scope of mandamus petitions under Puerto Rico case law. (.40) Draft email to J. Richman setting forth preliminary views on mandamus vis-à-vis federal jurisdiction queries. (.20) | .80 | 330.00 | 264.00 |
| 5/09/19 | HDB | 209 | Review text from counsel for UTIER not consenting to extension. (.10) Draft e-mail to J. Richman regarding extension of time. (.10) revise and sign off on draft extension of time. (.20) Review Order of reference to Magistrate Judge. (.10) Commence review of potential arguments for dismissal. (.40) | .90 | 305.00 | 274.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Nei ll & Borges LLC

Bill #:  352014                                                                                                          June 5, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/09/19 | CEG | 209 | Review exchange of emails with J. Richman and C. García regarding grounds for motion to dismiss of mandamus. | .40 | 250.00 | 100.00 |
| 5/09/19 | PAG | 206 | Review the Urgent motion for an extension of time for respondents to respond to the petition, in anticipation of its filing in Adv. Proc. No. 19-00298-LTS. | .20 | 180.00 | 36.00 |
| 5/09/19 | PAG | 206 | File the Urgent motion for an extension of time for respondents to respond to the petition in Adv. Proc. No. 19-00298-LTS. | .30 | 180.00 | 54.00 |
| 5/09/19 | PAG | 206 | Draft e-mail to Prime Clerk to request service of the Urgent motion for an extension of time for respondents to respond to the petition, filed in Adv. Proc. No. 19-00298-LTS. | .20 | 180.00 | 36.00 |
| 5/09/19 | PAG | 206 | Draft e-mail to the Chambers of the Hon. Judge Swain and Hon. Mag. Judge Dein enclosing courtesy copy of the Urgent motion for an extension of time for respondents to respond to the petition, and proposed order, filed in Adv. Proc. No. 19-00298-LTS. | .30 | 180.00 | 54.00 |
| 5/10/19 | CGB | 209 | Review comments from H. D. Bauer regarding Law 26-2017 vis-á-vis PROMESA legal arguments. (.10) Review updated outline of potential arguments in reaction to filed Petition. (.20) Finalize email to J. Richman setting forth analysis of the Plaintiff claims under Law 26-2017. (.40) | .70 | 330.00 | 231.00 |
| 5/10/19 | CGB | 209 | Review J. Dein's scheduling order on the urgent extension of time motion. | .20 | 330.00 | 66.00 |
| 5/10/19 | CGB | 209 | Analyze query from J. Richman regarding CW policy on health plan benefits incorporated into the PREPA fiscal plan. (.30) Review current fiscal plan page 83-84 discussing same. (.10) Draft email to J. Richman regarding same. (.20) | .60 | 330.00 | 198.00 |
| 5/10/19 | CGB | 209 | Review Email from J. Alonzo seeking English version of January 5 letter sent by UTIER to PREPA . (.10) Review available documents forward by PREPA counsel. (.10) Draft email to J. Alonzo confirming letter is not available in our files. (.10) | .30 | 330.00 | 99.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  352014                                                                                    June 5, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/10/19 | CGB | 209 | Review query from J. Richman regarding statutory language of Law 26-107. (.10) Analyze Spanish version of same to ascertain inaccuracies in available translation. (.10) Draft email to J. Richman confirming correct statutory language. (10) | .30 | 330.00 | 99.00 |
| 5/10/19 | HDB | 210 | Review draft memorandum regarding Puerto Rico law issues underpinning the complaint. (.20)  Draft email memo concerning supremacy argument in the event of inconsistencies between a certified budget and PR law. (.30)  Draft e-mails to respond to J. Richman query regarding 11th Amendment to the CW. (.30)  Review memoranda discussing Mandamus under PR Law. (.30)  Review outline for potential motion to dismiss (.30) Draft e-mail regarding potential legal issues. (.20) | 1.60 | 305.00 | 488.00 |
| 5/10/19 | CEG | 209 | Review various emails between J. Richman and C. Garcia regarding grounds to support motion to dismiss of mandamus petition. | .40 | 250.00 | 100.00 |
| 5/10/19 | LYG | 209 | Research Puerto Rico federal case law regarding sovereign immunity under the Eleventh Amendment as it relates to PREPA. | .70 | 170.00 | 119.00 |
| 5/10/19 | OMA | 220 | As requested by attorney C. Garcia, translate document into English  - Law 28 of 1/21/2018 - 6 pages; 2,384 words. | 1.60 | 150.00 | 240.00 |
| 5/10/19 | OMA | 220 | As requested by attorney C. Garcia, begin translation of document into English - Analysis of Proposal on Wages and Fringe Benefits to Employees of the UTIER, by Jose Alameda Lozada and Alfredo Gonzalez Martinez, dated 8/22/2017 - 23 pages; 5,299 words. | 5.90 | 150.00 | 885.00 |
| 5/10/19 | MMB | 219 | Docket court notice received by email dated May 10, 2019, regarding order dkt. 6 setting briefing schedule on FOMB's urgent motion dkt. 3 for extension of time to respond to petition - C. Garcia, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  352014                                                                     June 5, 2019

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/13/19 | CGB | 209 | Review FOMB letter to PREPA of 21 Dec 2018 discussing Proposed contract between PREPA and Triple-S. (.10) Review Letter from UTIER to PREPA of January 5, 2019. (.10) overview of PREPA Triple-S coverage documents in preparation for tel. conf. (.20) tel. conf. with PREPA counsel M. Vazquez, PREPA consultant H. Fuentes, Proskauer's J. Richman and others, and C. George to discuss current PREPA Triple-S health coverage scope and issues. (.60) Tel. conf. with E. Trigo regarding same. (.30) | 1.30 | 330.00 | 429.00 |
| 5/13/19 | HDB | 210 | Tel. conf. with Proskauer. OMM, Cancio, PREPA, C. Garcia and C. George regarding factual background and other issues in connection with response to the Complaint. | .60 | 305.00 | 183.00 |
| 5/13/19 | CEG | 209 | Tel. conf. with J. Richman and the rest of Proskauer team, and C. García regarding grounds for motion to dismiss of mandamus. | .60 | 250.00 | 150.00 |
| 5/13/19 | ETF | 201 | Respond to C. Garcia regarding standard $125 healthcare contribution across the Commonwealth and its instrumentalities. | .20 | 210.00 | 42.00 |
| 5/13/19 | ETF | 201 | Tel. conf. with C. Garcia regarding Act 26 and $125 employees contribution. | .20 | 210.00 | 42.00 |
| 5/13/19 | OMA | 220 | As requested by attorney C. Garcia, continue translation of document into English - Analysis of Proposal on Wages and Fringe Benefits to Employees of the UTIER, by Jose Alameda Lozada and Alfredo Gonzalez Martinez, dated 8/22/2017 - 32 pages; 4,803 words, and several charts and tables. | 5.60 | 150.00 | 840.00 |
| 5/14/19 | CGB | 209 | Edit draft reply in anticipation of Plaintiff's expected opposition to extension of time to respond to mandamus petition. (.10) Draft email to J. Alonzo to coordinate next steps regarding same. (.10) Draft motion seeking leave and tendering reply. (.20) Analyze the Plaintiff's Opposition to Urgent. (.10) Review the Court order granting the Urgent motion of the Financial Oversight and Management Board, as representative of PREPA, for an Extension of Time for Respondents to Respond to the Mandamus Petition filed against PREPA . (.10) | .60 | 330.00 | 198.00 |
| 5/14/19 | CGB | 209 | Review translation of January 5, 2019 letter from UTIER to PREPA regarding health insurance claims. (.10) Draft email forwarding same to J. Alonzo. (.10) | .20 | 330.00 | 66.00 |

O'Neill & Borges LLC

Bill #:  352014

June 5, 2019

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/14/19 | HDB | 209 | Revise draft reply in support of the motion for extension of time to respond. (.20)  Review Objection to Motion for Extension of time filed by UTIER. (.10) | .30 | 305.00 | 91.50 |
| 5/14/19 | OMA | 220 | As requested by attorney C. Garcia, continue translation of document into English - Analysis of Proposal on Wages and Fringe Benefits to Employees of the UTIER, by Jose Alameda Lozada and Alfredo Gonzalez Martinez, dated 8/22/2017 - 16 pages;  2412 words, and several charts and tables. | 3.80 | 150.00 | 570.00 |
| 5/14/19 | OMA | 220 | As requested by attorney C. Garcia, translate into English letter dated 1/5/19 of the UTIER to the Executive Director of PREPA - 4 pages; 1,131 words. | .80 | 150.00 | 120.00 |
| 5/14/19 | MMB | 219 | Docket court notice received by email date May 14, 2019, regarding order dkt. 9 setting deadline to respond - C. García, H. Bauer, U. Fernandez, D. Pérez. | .10 | 140.00 | 14.00 |
| 5/20/19 | HDB | 206 | Revise and sign off on motion to extend PREPA removed complaint deadline. | .30 | 305.00 | 91.50 |
| 5/23/19 | CGB | 209 | Analyze email exchange between Proskauer's J. Richman and PREPA's outside counsel M. Vazquez summarizing factual background of the process to approve and implement the new PREPA health benefits plan. | .20 | 330.00 | 66.00 |

TOTAL PROFESSIONAL SERVICES                     $ 10,491.00

VOLUME DISCOUNT                                          $ -1,049.10

NET PROFESSIONAL SERVICES:                      $ 9,441.90

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | 10.70 | 330.00 | 3,531.00 |
| HERMANN BAUER | 9.00 | 305.00 | 2,745.00 |
| CARLOS E. GEORGE | 2.10 | 250.00 | 525.00 |
| EMILIANO TRIGO FRITZ | .40 | 210.00 | 84.00 |
| PAULA A. GONZALEZ MONTALVO | 2.80 | 180.00 | 504.00 |
| LORENA Y. GELY | .70 | 170.00 | 119.00 |
| OLGA M. ALICEA | 19.70 | 150.00 | 2,955.00 |
| MILAGROS MARCANO BAEZ | .20 | 140.00 | 28.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  352014

June 5, 2019

| Total | 45.60 | $ 10,491.00 |
|-------|-------|-------------|

**TOTAL THIS INVOICE**                    **$ 9,441.90**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE