UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>     Debtors.[1]<br>_____<br><br>In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>     Debtor. | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br><br>PROMESA Title III<br><br>No. 17 BK 4780-LTS |

ORDER GRANTING UNOPPOSED URGENT MOTION OF PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY AND PUERTO RICO ELECTRIC POWER AUTHORITY FOR LEAVE TO FILE SUR-REPLY TO OMNIBUS REPLY OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN SUPPORT OF URGENT (I) OBJECTIONS TO MAGISTRATE JUDGE'S AUGUST 2, 2019 ORDER ON MOTION TO COMPEL AND (II) ALTERNATIVE MOTION TO STRIKE AND TO EXCLUDE OUT-OF-SCOPE DECLARATION TESTIMONY AND RELATED EVIDENCE [ECF 1602]

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon consideration of *Unopposed Urgent Motion of Puerto Rico Fiscal Agency and Financial Advisory Authority and Puerto Rico Electric Power Authority for Leave to File Sur-Reply to Omnibus Reply of Official Committee of Unsecured Creditors in Support of Urgent (I) Objections to Magistrate Judge's August 2, 2019 Order on Motion to Compel and (II) Alternative Motion to Strike and to Exclude Out-of-scope Declaration Testimony and Related Evidence [ECF 1602]* (the "Sur-Reply Motion"), filed on August 23, 2019 by the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") and Puerto Rico Electric Power Authority ("PREPA"), and the Court having found and determined that (i) the Court has jurisdiction over this proceeding and the Sur-Reply Motion pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); (ii) venue of this proceeding and the Sur-Reply Motion is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); and (iii) the Court having found good cause to grant the relief requested therein, it is

**HEREBY ORDERED THAT:**

1. AAFAF and PREPA's Sur-Reply Motion is GRANTED.

2. The Court will accept as filed the *Sur-Reply of Puerto Rico Fiscal Agency and Financial Advisory Authority and Puerto Rico Electric Power Authority to Omnibus Reply of Official Committee of Unsecured Creditors in Support of Urgent (I) Objections to Magistrate Judge's August 2, 2019 Order on Motion to Compel and (II) Alternative Motion to Strike and to Exclude Out-of-scope Declaration Testimony and Related Evidence [ECF 1602]* (Docket Entry No. 8535-1 in Case No. 17-3283 and Docket Entry No. 1612-1 in Case No. 17-4780).

[*Remainder of Page Intentionally Left Blank*]

3. This Order resolves Docket Entry No. 8535 in Case No. 17-3283 and Docket Entry No. 1612 in Case No. 17-4780.

SO ORDERED.

Dated: August 26, 2019

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge