IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ~~In re:~~ ~~THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,~~ ~~as representative of~~ ~~THE COMMONWEALTH OF PUERTO RICO,~~ ~~Debtor.¹~~ | ~~PROMESA~~ ~~Title III~~ ~~No. 17 BK 3283-LTS~~ ~~(Jointly Administered)~~ |
| ~~In re:~~ ~~THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,~~ ~~as representative of~~ ~~PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),~~ ~~Debtor.~~ In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of COMMONWEALTH OF PUERTO RICO, Debtor.¹ | ~~PROMESA~~ ~~Title III~~ ~~No. 17 BK 3567-LTS~~ PROMESA Title III Case No. 17-BK-3283-LTS (Jointly Administered) |

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>       as representative of,<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),<br><br>                                            Debtor. | PROMESA<br>Title III<br><br><br><br>Case No. 17-BK-3567-LTS<br><br>(Jointly Administered) |
| ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AND NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION<br><br>       *Movants*<br><br>v.<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY<br><br>       *Respondent.* | |

**[PROPOSED] ORDER GRANTING URGENT MOTION TO SET SCHEDULE WITH RESPECT TO MOTION OF ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AND NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION FOR ADEQUATE PROTECTION OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY**

---

[1] ~~The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283 LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284 LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567 LTS) (Last Four Digits of Federal Tax ID: 3808);~~
~~(iv)    Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566 LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 LTS) (Last Four Digits of Federal Tax ID: 3747).~~

Upon consideration of the *Urgent Motion to Set Schedule with Respect to Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and National Public Finance Guarantee Corporation for Adequate Protection or, in the Alternative, for Relief from the Automatic Stay* (the "Urgent Motion"), seeking a schedule governing the *Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and National Public Finance Guarantee Corporation for Adequate Protection or, in the Alternative, for Relief from the Automatic Stay* (the "Motion"), and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Urgent Motion is GRANTED as set forth herein;

2. The contested matter (the "Contested Matter") commenced by the filing of the Motion shall be subject in all respects to the *Order Regarding Stay Period and Mandatory Mediation* (ECF No. 8244, the "Stay and Mediation Order"), including with respect to the obligations to mediate set forth therein, in the same manner, and to the same extent, as if the Motion were set forth on Appendix I to the Stay and Mediation Order;

3. Bankruptcy Code section 362(e)(1), made applicable by PROMESA § 301(a), is waived to the extent necessary to accommodate the scheduling herein.

4. ~~3.~~ The Court hereby stays the Contested Matter through November 30, 2019, to the same extent, and on the same terms, as the other contested matters stayed pursuant to the Stay and Mediation Order, after such time, if necessary, the parties are directed to meet and confer to submit a proposed briefing and hearing schedule for the Motion by December 5, 2019, with the Court to set the schedule in the absence of agreement of the parties.

Dated: _____
_____

3

4

2

4

Document comparison by Workshare Compare on Monday, August 26, 2019 4:29:46 PM

| Input: | |
|---|---|
| Document 1 ID | file://\\na.proskauer.com\firm\Home\NY3\9537\Desktop\Puerto Rico\HTA\Pages from ECF 8537 - Urgent Motion.docx |
| Description | Pages from ECF 8537 - Urgent Motion |
| Document 2 ID | file://\\na.proskauer.com\firm\Home\NY3\9537\Desktop\Puerto Rico\HTA\Alternative order.docx |
| Description | Alternative order |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 28 |
| Deletions | 22 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 50 |