# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>     Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

**REVISED [PROPOSED] ORDER VACATING ORDER SETTING DEADLINE FOR FURTHER RESPONSE TO THE INFORMATIVE MOTION REGARDING STIPULATION SECTION 15.2 EXPENSES [ECF NO. 591] AND ORDER FURTHER EXTENDING DEADLINES SET FORTH IN THE COURT'S ORDER ENTERED ON FEBRUARY 14, 2019 (ECF NO. 596) [ECF NO. 657]**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

This matter having come before the Court by the *Notice of Withdrawal by AAFAF of Previously Filed Stipulation Regarding Bonistas Expenses and Motion to Vacate Scheduling Orders with Respect to the Stipulation* (the "Notice and Motion"), filed by the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), as fiscal agent and financial advisor of the Commonwealth of Puerto Rico, for the entry of an order (the "Order") vacating the *Order Setting Deadline for Further Response to the Informative Motion Regarding Stipulation Section 15.2 Expenses*, entered on February 13, 2019 [Case No. 17-3284, Docket No. 591] ("February 13 Order"), and the *Order Further Extending Deadlines Set Forth in the Court's Order Entered on February 14, 2019 (ECF No. 596)*, entered on July 1, 2019 [Case No. 17-3284, Docket No. 657] ("July 1 Order"), and based upon AAFAF's withdrawal of the Stipulation, representations made by AAFAF, and good cause having been shown;[2]

**NOW THEREFORE, IT IS HEREBY ORDERED:**

1. The February 13 Order is vacated.

2. The July 1 Order is vacated.

3. Neither AAFAF, the Commonwealth of Puerto Rico, nor any instrumentality of the Government of Puerto Rico,[3] including without limitation any political subdivision, public agency, instrumentality or public corporation thereof, will make any payment of the Bonistas Expenses without further proper notice to all parties in interest and order of this Court.

4. This Order is without prejudice to the rights of Bonistas del Patio, Inc. and its professionals to seek payment of the Bonistas Expenses and all parties in interests' defenses thereto.

---

[2] Capitalized terms used but not otherwise defined herein have the meanings given them in the Notice and Motion.
[3] The term "Government of Puerto Rico," as used here, is defined under PROMESA. 48 U.S.C.A. § 2104.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2019
San Juan, Puerto Rico

Honorable Laura Taylor Swain
United States District Judge