UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 4780-LTS |

ORDER DENYING URGENT MOTION TO FILE
UNDER SEAL EXHIBITS TO OMNIBUS REPLY OF OFFICIAL COMMITTEE
OF UNSECURED CREDITORS IN SUPPORT OF URGENT (I) OBJECTIONS TO MAGISTRATE
JUDGE'S AUGUST 2, 2019 ORDER ON MOTION TO COMPEL AND (II) ALTERNATIVE MOTION TO
STRIKE AND TO EXCLUDE OUT-OF-SCOPE DECLARATION TESTIMONY AND RELATED EVIDENCE

Before the Court is the *Urgent Motion to File Under Seal Exhibits to Omnibus Reply of Official Committee of Unsecured Creditors in Support of Urgent (i) Objections to*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Magistrate Judge's August 2, 2019 Order on Motion to Compel and (ii) Alternative Motion to Strike and to Exclude Out-of-Scope Declaration Testimony and Related Evidence* (Docket Entry No. 8510 in Case No. 17-3283 and Docket Entry No. 1603 in Case No. 17-4780, the "Motion to Seal"), filed by the Official Committee of Unsecured Creditors of all Title III debtors (the "Committee"). In the Motion to Seal, the Committee seeks leave to file under seal an unredacted version of the *Omnibus Reply of Official Committee of Unsecured Creditors in Support of Urgent (i) Objections to Magistrate Judge's August 2, 2019 Order on Motion to Compel and (ii) Alternative Motion to Strike and to Exclude Out-of-Scope Declaration Testimony and Related Evidence* (Docket Entry No. 8509 in Case No. 17-3283 and Docket Entry No. 1602 in Case No. 17-4780, the "Reply"). The Reply cites and attaches documents produced by PREPA that have been designated as "Confidential" under the terms of a protective order (the "Protective Order") applicable to discovery in connection with the pending Rule 9019 motion practice. According to the Committee, it has filed the Motion to Seal "to comply with its obligations under the Protective Order . . . ." (Motion to Seal ¶ 5.)

In light of the representatations in the *Informative Motion of Puerto Rico Fiscal Agency and Financial Advisory Authority and Puerto Rico Electric Power Authority in Response to Order Scheduling Briefing on Urgent Motion to File Under Seal Exhibits to Omnibus Reply of Official Committee of Unsecured Creditors in Support of Urgent (i) Objections to Magistrate Judge's August 2, 2019 Order on Motion to Compel and (ii) Alternative Motion to Strike and to Exclude Out-of-Scope Declaration Testimony and Related Evidence [ECF 1606]* (Docket Entry No. 8545 in Case No. 17-3283 and Docket Entry No. 1617 in Case No. 17-4780) that the Puerto Rico Fiscal Agency and Financial Advisory Authority and PREPA agree to withdraw the confidentiality designations of the documents as issue and do not object to the Committee publicly filing an unredacted version of the Reply, the Motion to Seal is denied as moot. The Committee is directed to file an unredacted version of the Reply on the public docket by **August 28, 2019 at 5:00 p.m. (Atlantic Standard Time)**.

SO ORDERED.

Dated: August 27, 2019

                                                                     /s/ Laura Taylor Swain
                                                                     LAURA TAYLOR SWAIN
                                                                       United States District Judge