**EXHIBIT W**

| | |
|---|---|
| **From:** | Scott Davis <ScottD@filsingerEnergy.com> |
| **To:** | José F. Ortiz Vázquez |
| **CC:** | Todd Filsinger |
| **Sent:** | 7/25/2019 3:07:27 PM |
| **Subject:** | RSA Headroom Discussion |

Mr. Ortiz,

Please find attached a draft presentation providing an overview as a follow-up to previous conversations with Todd regarding the ability to absorb the RSA under base rates. It summarizes head room from a cash flow perspective looking at FY2019 actuals projected into FY2020, as well as from a budgeted revenue requirements perspective looking forward for several years.

Please let Todd or me know if you have any questions or redirects regarding RSA issues.

Best regards,

Scott



ScottD@FilsingerEnergy.com

THE BUSINESS, THE SCIENCE, THE EXPERTS – IN ENERGY



# Puerto Rico Electric Power Authority

## Revenue Allocation Overview
### FY's 2019 & 2020

June 30, 2019

Confidential – Subject to Common Interest and Deliberative Process Privileges

## Disclaimer

The information contained herein (the "**Information**") has been provided and prepared by the Puerto Rico Power Authority ("PREPA" or the "**Company**") and is in draft form subject to further discussions and revisions. No representation or warranty, express or implied, is made by the Company or its advisors as to the accuracy or completeness of the Information, that has not been independently verified. The Company and its advisors shall have no responsibility or liability for the accuracy or completeness of the Information, any errors, inaccuracies or omissions in the Information or the consequences of any reliance upon the Information. Without limitation of the foregoing, no representation or warranty, express or implied, is made by the Company or its advisors as to the accuracy or completeness of any forecasts or projections contained in the Information. Nothing contained in the Information may be relied upon as a promise or representation as to the future. The Information does not constitute an offer or solicitation to sell or purchase securities. Neither the Company or its advisors shall have any liability, whether direct or indirect, in contract or tort or otherwise, to any person in connection with the Information.

Projections are included in the Information. Such projections have not been examined by auditors. The projections and other material set forth herein contain certain statements that are "forward- looking statements". These statements are subject to a number of assumptions, risks, and uncertainties, many of which are and will be beyond the control of the Company including, among others, availability and timing of liquidity sources, availability of supplies and supplier financing, changes in general economic, political, governmental and business conditions globally and in Puerto Rico, the Company's ability to achieve cost savings, changes in interest rates, changes in inflation rates, changes in exchange rates, changes in fuel prices, changes in business strategy and various other factors. These statements speak as of the date indicated and are not guarantees of future performance. Actual results or developments may differ materially from the expectations expressed or implied in the forward-looking statements, and the Company undertakes no obligation to update any such statements whether as a result of new information, future events or otherwise.

Recipients of the Information agree to keep the Information strictly confidential. The Information is highly confidential and contains proprietary and confidential information about the Company, its subsidiaries and its operations. This document material is being presented solely for your information and may not be copied, reproduced or redistributed to any other person in any manner. At the request of the Company, the recipient will promptly return all non-public material received from the Company (including this document) without retaining any copies thereof. For the avoidance of doubt, Information includes the nature, substance, status, and terms of any discussions related to the Information discussed herein.

The Information does not constitute an offer or invitation to purchase or subscribe for any shares or other securities of the Company and neither any part of this document nor any information or statement contained therein shall form the basis of or be relied upon in connection with any contract or commitment whatsoever. By receiving the Information, you agree to be bound by the foregoing limitations.

Confidential

PREPA_RSA0026155

## Executive Summary

**Situation**
- Restructuring Service Agreement (RSA) with Creditors requires 25+ years of Securitization Charges
  - FY2020 Settlement Charge (SC) of 1.000c/kWh; ~$160M on ~16TWh of sales
  - FY2021 begins Transition Charge of 2.768c/kWh growing to 4.552c/kWh; generally maintains an average of $390M/year of debt service payments given the IRP consumption forecast



Securitization Charge Revenue, $M

| 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|
| 158 | 409 | 387 | 373 | 389 |
| 1.000c/kWh | 2.768c/kWh | 2.768c/kWh | 2.768c/kWh | 2.957c/kWh |

■ Settlement Charge   ■ Transition Charge

**Questions**
- Under the current rate structure, does the flexibility exist to absorb the RSA Securitization Charges
- How much will IRP and operating efficiency improvements offset the RSA Securitization Charges

**Findings**
- FY2019 cash flows suggest there may be headroom to absorb RSA Securitization Charges
- FY2020 budgeted all-in rates with the SC are flat to FY2019, but FY2021 increases $3.1c/kWh
  - Lower production expenses are offsetting the FY2020 RSA charges
- However, forecast cost structure, if executed, leaves little flexibility to reduce near term base rates

**Fuel and Purchased Power expense savings is the primary vehicle for offsetting RSA costs**



Puerto Rico Electric Power Authority

3

Confidential Draft - Subject to Further Revisions and Modifications – Prepared at the Direction of Counsel

## FY2019 Cash Flow Sources & Uses*

| 52 Week Cash Flow Summary From: 6/29/2018 To: 6/21/2019 | Ordinary Operations of PREPA | Title III | Emergency & Insurance | Debt Service | Totals, $M |
|---|---|---|---|---|---|
| **Initial Operating Fund Cash Balance** | | | | | 191.7 |
| **Sources** | | | | | |
| Customer Receipts | 3,300.9 | | | | 3,300.9 |
| Other Receipts | 15.6 | | | | 15.6 |
| FEMA Reimburements | | | 777.6 | | 777.6 |
| Insurance Proceeds | | | - | | - |
| Commonwealth Loan | | | | 149.1 | 149.1 |
| **Total Sources** | 3,316.6 | - | 777.6 | 149.1 | 4,243.3 |
| **Uses** | | | | | |
| Energy Purchases | (2,062.9) | | | | (2,062.9) |
| Ordinary Operations Expense | (820.7) | | | | (820.7) |
| Contract Labor - Title III | | (56.6) | | | (56.6) |
| Emergency & Insurance | | | (893.1) | | (893.1) |
| Debt Service | | | | (309.1) | (309.1) |
| **Total Uses** | (2,883.6) | (56.6) | (893.1) | (309.1) | (4,142.3) |
| **Net Sources & Uses** | 432.9 | -56.6 | -115.4 | -159.9 | 101.0 |
| **Ending Operating Fund Cash Balance** | | | | | 292.7 |

- Net cash flow from PREPA operations of $433M was used to fund Title III expenses ($57M), unreimbursed emergency expenditures ($115M), and net debt service associated with retirement of the Commonwealth Loan ($160M)
  - This view may be misleading as cash expenses may not reflect current accrued liabilities
  - Per the April Interim Report, accounts payable has increased ~$357M since the beginning of the fiscal year

*Cash flow summary from available data; begins the last week of FY2018 and runs through the week before FY2019 end.

4

Puerto Rico Electric Power Authority

Confidential Draft - Subject to Further Revisions and Modifications – Prepared at the Direction of Counsel

Confidential                                                                                           PREPA_RSA0026157

## Looking Ahead to FY2020 & FY2021 Cash Flows

**Let's Assume…**
- PREPA cash flow operations run rates remains consistent with FY2019 <u>but for</u> any budgeted additions
  - Generally flat to budget for labor expense
  - Continue under spending of non-labor and maintenance budgets
- Full reimbursement of emergency and permanent works expenses, excluding required PREPA cost shares, with no additional working capital outlays to fund work prior to reimbursements
- No debt service expense outside of the RSA (Commonwealth Loan has been paid off)
- No payout for incremental Accounts Payable
  - Incremental $357M of current A/P reported in April Interim Report relative to start of the FY
  - Unknown at this time whether May and June cash flows have materially affected the current A/P balance

| A View of Estimated Net Cash Position* | FY2020 | FY2021 |
|---|---|---|
| FY Starting Operating Funds Balance | 293 | 575 |
| PREPA FY2019 Run Rate Net Cash Flow | 433 | 433 |
| Reimbursement of Oustanding FEMA exp | 115 | - |
| Incremental O&M Expense | (94) | (77) |
| Incremental Title III, FOMB, & P3A Expense | (20) | 81 |
| Other (bad debt, other revenue, interest) | 6 | 9 |
| **Net Run Rate Cash Flow Forecast** | **440** | **447** |
| Securitization Charge - RSA Amounts | (158) | (409) |
| Securitization Charge - ERS Amounts** | - | (228) |
| **Cash Flow After Securitization Charges** | **282** | **(191)** |
| FY Ending Operating Funds Balance | 575 | 384 |

*Does not consider the $357M of increased FY2019 A/P balance.
**Retiree benefits expense moves from O&M to a Securitized Charge in FY2021.

> **FY2019 operating cash flows projected forward suggest potential for funding Securitization Charges from Base Rates**


Puerto Rico Electric Power Authority

5

Confidential Draft - Subject to Further Revisions and Modifications – Prepared at the Direction of Counsel

Confidential

PREPA_RSA0026158

## Overview of Budgeted Rates Requirements

- At right, average rates by revenue component from the 2016 rate case to FOMB approved budgets for FY's 2019 & 2020, as well as the latest FOMB budget projections for FY's 2021-2024
- All non-pass-through expense budgets (i.e., Base Revenue Requirement) are constructed to balance against expected Base Rate revenues at the current permanent rates
- Fuel & purchased power expenses reflect IRP submission (per Planning)



Total Average Revenue Requirements, c/kWh

- FY2020 budgeted all-in rate is flat to FY2019 despite initiation of the Settlement Charge
  - Fuel & purchased power expense reduction of 1.2c/kWh is offsetting a 0.2c/kWh increase in budgeted operating and necessary maintenance costs (Base Revenue Requirement) plus 1.0c/kWh of securitization charges
- FY2021 budget shows an all-In rate increase of 3.1c/kWh
  - ~1.8c/kWh as the RSA Settlement Charge is replaced with the RSA Transition Charge
  - ~1.0c/kWh due to ERS contribution becoming a securitized charge beginning in FY2021
    - FY2020 budgeted retirement benefits of ~$83M, equivalent to ~0.5c/kWh within the Base Revenue Requirement
    - Increases to ~$228M (~1.5c/kWh) for FY2021 as ERS contribution becomes actuarially determined
  - ~0.2c/kWh increase in Base Revenue Requirement, net of the 0.5c/kWh ERS cost shift to the Securitization Charges

> **Production cost reductions are offsetting Settlement Charges in FY2020; However, Transition Charges net of budget adjustments add 3.1c/kWh in FY2021**


Puerto Rico Electric Power Authority

6

Confidential Draft - Subject to Further Revisions and Modifications – Prepared at the Direction of Counsel

Confidential                                                                                      PREPA_RSA0026159



## Estimated O&M Run-Rate Review*

**Operations & Maintenance Expenses by Division (inclusive of labor expense)**

- Run-rate based on annualizing April YTD*
- Projected operations expenses are under budget by ~$156M (20%)
  - The maintenance category of operating expense presumably covers generation and T&D; combined projected G,T&D spending is ~$39.5M under budget
- Projected Maintenance Projects expenditures are $105M under budget
- Caveat: the projected run-rate underspend through April could be substantially reduced by accelerated spending in May and June

| Operations & Maintenance Expenses by Division $ thousands (unless specified otherwise) | FY2019 Budget* | FY to Date April 2019 | | FY2019 10A+2E | FY2019 10A+2E Estimated Under/(Over) Budget | |
|---|---|---|---|---|---|---|
| | | FYTD April 2019 Budget | FYTD April 2019 Actual | | | |
| | | Per April 2019 Interim Report, pg 19... | | | | |
| Generation / Other Production | 51,684 | 43,070 | 42,060 | 50,472 | 1,212 | 2% |
| Transmission & Distribution | 119,825 | 99,854 | 104,351 | 125,221 | (5,336) | -5% |
| Maintenance | 187,801 | 156,501 | 120,122 | 144,146 | 43,655 | 23% |
| Customer accounting & collection | 103,964 | 86,637 | 67,565 | 81,078 | 22,886 | 22% |
| Administrative and general | 215,371 | 263,941 | 185,569 | 222,683 | | |
| Title III, FOMB & P3A | 101,358 | | | | 94,046 | 44% |
| **TOTAL Non-Fuel Operating Expense** | **780,004** | **650,003** | **519,667** | **623,600** | **156,403** | **20%** |
| Transmission & Distribution | 111,765 | 70,160 | 56,526 | 67,831 | 43,933 | 39% |
| Generation | 95,615 | 74,380 | 41,523 | 49,828 | 45,787 | 48% |
| Other | | 37,470 | 2,394 | | | |
| Executive (General & Admin) | 14,550 | | | | | |
| Customer Service | 3,060 | | | 2,873 | 15,362 | 84% |
| Planning and Environmental Protection | 2,500 | | | | | |
| Labor Reform | (1,875) | | | | | |
| Federal Funding Cost Share | | | | | | |
| **Total Maintenance Projects** | **225,614** | **182,010** | **100,443** | **120,532** | **105,083** | **47%** |
| **Total Operations & Maintenance Spend** | **1,005,618** | **832,013** | **620,110** | **744,132** | **261,486** | **26%** |

*FY2019 operating budget by division is estimated from the April 2019 Interim Report assuming reported budget amounts are distributed monthly on a pro rata basis.

### Summary: ~$260M Under Spending of FY2019 Budget

- No Division appears to be on track to spend budgeted amounts for utility operations or maintenance projects in FY2019
- Since overall labor expenses appear to be reasonably on budget, overall underspend is in materials and supplies and professional services
  - Salaries and wages were flat to budget through April, overtime was over budget by ~$11M while benefits were under budget by ~$3M, net ~$8M over budget (relatively small compared to the total under spend)
- Is the problem with procurement, project management, management discretion, other factors, or some combination?

**Will PREPA continue to materially out perform (under spend) budgets?**

*Run-rate analyses use year-to-date amounts reported in the Interim Report and 725 Reports for April 2019, grossed up to estimate full fiscal year amounts.

8

Puerto Rico Electric Power Authority

Confidential Draft - Subject to Further Revisions and Modifications – Prepared at the Direction of Counsel

## Recap & Considerations

- Securitization charges begin in July 2019 and continue for 25+ years
  - FY2020: RSA 1.0c/kWh; ~$160M
  - FY2021: RSA 2.768 + ERS 1.547 = 4.315c/kWh; RSA ~$409 + ERS ~$228 = ~$637M
- Projected budgeted all-in rates are flat from FY2019 to FY2020; however, FY2021 increase of $3.1c/kWh primarily due to increased Securitization Charges
  - Certified FOMB fiscal plans match expenses to expected revenues, which are falling with consumption forecasts
  - Includes costs and benefits of certain improvement initiatives
  - Fuel and purchased power expenses are consistent with the IRP
    - However, benefit of SJ5&6 fuel conversion, estimated at ~$124M/year (~0.8c/kWh) in savings, is not included
- Budgeted, controllable non-fuel O&M costs are up $122M for FY2020 relative to the 2016 rate case
- However, run-rate analyses for FY2019 suggest PREPA is materially under spending budgeted expenses
  - Net operating cash flow for FY2019 before debt service and extraordinary items of ~$433M
  - Recorded expenses versus budgets through April, annualized, suggest an under spend of ~$260M
  - Need additional data (i.e., May and June accounting) to narrow the budget to actuals analysis
- This analysis does not address the following questions
  - Quality of the budgets; that is, are budgets accurately reflecting required expenditures?
  - Causation of the underspend

**What is the case for Not spending budgeted funds?**



Puerto Rico Electric Power Authority

*FY2019 run-rate expenses analyses uses YTD amounts reported in the Interim Report and 725 Reports for April 2019, grossed up to estimate full fiscal year amounts.   9

Confidential Draft - Subject to Further Revisions and Modifications – Prepared at the Direction of Counsel

Confidential

## The Way Forward

**Methods of Effecting Consumer Rates**
- Changes in pass-through fuel and purchased power expense are effective at each quarterly update, so are thus immediately effective
- Non-pass through costs require a formal PREB proceeding for approved rates to be changed
- No explicitly called for rate cases with the PREB [per FEP's knowledge]
    - However, expect PREB will have to certify Securitization Charges before such can go into effect, which may trigger a PREB inquiry or order for cost review
    - Also, it's been over 3 years and material changes to PREPA since the last rate case; expect PREB to initiate a proceeding [soon?] regardless of the RSA and Securitization Charges issues
        - PREPA could initiate a revenue requirements / rate review to effectuate a desired rate change

**Planning**
- Focus since Title III and the hurricanes has been to identify and remedy structural, operational, and infrastructure concerns at the fastest possible pace
- PREPA's under spend of operating and necessary maintenance budgets may be a symptom of a lack of tactical planning regarding availability of resources, both human and capital, which may or may not be rectified in FY2020
- A thorough analysis of revenue requirements considering available or acquirable resources and achievable allocation of resources to properly sequenced initiatives may provide the beneficial effect of lowering near-term budgets and enable lower revenue requirements and associated rates
- In any event, a thorough review of revenue requirements should be undertaken to prepare for the next rate case

10

Confidential Draft - Subject to Further Revisions and Modifications – Prepared at the Direction of Counsel

Puerto Rico Electric Power Authority

Confidential

PREPA_RSA0026163