# UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FRANCES RÍOS DE MORÁN, ESQ.
CLERK

CLERK'S OFFICE
150 FEDERAL BUILDING
SAN JUAN, PR 00918-1767
(787) 772-3000

August 27, 2019

Scott S. Harris, Clerk
United States Supreme Court
Office of the Clerk
Washington, DC 20543

Re: **18-1334 Financial Oversight and Management Board for Puerto Rico v. Aurelius Investment, LLC, et al.**
COA Nos. 18-1671, 18-1746, 18-1787
D.C.P.R. Nos. 3:17-bk-03283-LTS, 3:17-ap-00228-LTS, 3:18-ap-00087-LTS

Dear Clerk Harris:

I am writing regarding the above referenced case. Per your request, enclosed please find the following:

- certified copy of the docket sheet and abridged appendix[1] in Case No. 3:17-bk-03283-LTS,
- certified copy of the docket sheet and appendix in Case No. 3:17-ap-00228-LTS, and
- certified copy of the docket sheet and appendix in Case No. 3:18-ap-00087-LTS.

All other non-confidential filings are available electronically through PACER. Please note that there are no exhibits nor confidential filings in relation to the matter before your court.

If you should have any questions, please do not hesitate to contact me.

Sincerely,
Frances Ríos de Morán, Esq.
Clerk of Court
By: s/Carmen Tacoronte
PROMESA Case Manager
U.S. District Court
for the District of Puerto Rico

---

[1] Docket Entries 1, 913, 914, 933, 963, 1042, 1067, 1068, 1238, 1244, 1245, 1392, 1610, 1622, 1623, 1627, 1629, 1631, 1634, 1638, 1640, 1833, 1834, 1929, 2159, 2164, 2169, 2171, 2198, 2202, 2233, 2235, 3503, 3594 and 3602

**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF PUERTO RICO

FRANCES RÍOS DE MORÁN, ESQ.
CLERK

CLERK'S OFFICE
150 FEDERAL BUILDING
SAN JUAN, PR 00918-1767
(787) 772-3000

August 27, 2019

Scott S. Harris, Clerk
United States Supreme Court
Office of the Clerk
Washington, DC 20543

Re:     **18-1475 Aurelius Investment, LLC, et al. v. Commonwealth of Puerto Rico, et al.**
        **COA Nos. 18-1671, 18-1746, 18-1787**
        D.C.P.R. Nos. 3:17-bk-03283-LTS, 3:17-ap-00228-LTS, 3:18-ap-00087-LTS

Dear Clerk Harris:

    I am writing regarding the above referenced case. Per your request, enclosed please find the following:

- certified copy of the docket sheet and abridged appendix[1] in Case No. 3:17-bk-03283-LTS,
- certified copy of the docket sheet and appendix in Case No. 3:17-ap-00228-LTS, and
- certified copy of the docket sheet and appendix in Case No. 3:18-ap-00087-LTS.

    All other non-confidential filings are available electronically through PACER. Please note that there are no exhibits nor confidential filings in relation to the matter before your court.

    If you should have any questions, please do not hesitate to contact me.

Sincerely,
Frances Ríos de Morán, Esq.
Clerk of Court
By: s/Carmen Tacoronte
PROMESA Case Manager
U.S. District Court
for the District of Puerto Rico

---

[1] Docket Entries 1, 913, 914, 933, 963, 1042, 1067, 1068, 1238, 1244, 1245, 1392, 1610, 1622, 1623, 1627, 1629, 1631, 1634, 1638, 1640, 1833, 1834, 1929, 2159, 2164, 2169, 2171, 2198, 2202, 2233, 2235, 3503, 3594 and 3602

**UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF PUERTO RICO

FRANCES RÍOS DE MORÁN, ESQ.
CLERK

CLERK'S OFFICE
150 FEDERAL BUILDING
SAN JUAN, PR 00918-1767
(787) 772-3000

August 27, 2019

Scott S. Harris, Clerk
United States Supreme Court
Office of the Clerk
Washington, DC 20543

Re: **18-1496 Official Committee of Unsecured Creditors of All Title III Debtors Other Than COFINA v. Aurelius Investment, LLC, et al.**
COA Nos. 18-1671, 18-1746, 18-1787
D.C.P.R. Nos. 3:17-bk-03283-LTS, 3:17-ap-00228-LTS, 3:18-ap-00087-LTS

Dear Clerk Harris:

I am writing regarding the above referenced case. Per your request, enclosed please find the following:

- certified copy of the docket sheet and abridged appendix[1] in Case No. 3:17-bk-03283-LTS,
- certified copy of the docket sheet and appendix in Case No. 3:17-ap-00228-LTS, and
- certified copy of the docket sheet and appendix in Case No. 3:18-ap-00087-LTS.

All other non-confidential filings are available electronically through PACER. Please note that there are no exhibits nor confidential filings in relation to the matter before your court.

Kindly acknowledge receipt of this letter on the enclosed copy. If you should have any questions, please do not hesitate to contact me.

Sincerely,
Frances Ríos de Morán, Esq.
Clerk of Court
By: s/Carmen Tacoronte
PROMESA Case Manager
U.S. District Court
for the District of Puerto Rico

---

[1] Docket Entries 1, 913, 914, 933, 963, 1042, 1067, 1068, 1238, 1244, 1245, 1392, 1610, 1622, 1623, 1627, 1629, 1631, 1634, 1638, 1640, 1833, 1834, 1929, 2159, 2164, 2169, 2171, 2198, 2202, 2233, 2235, 3503, 3594 and 3602

# UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FRANCES RÍOS DE MORÁN, ESQ.
CLERK

CLERK'S OFFICE
150 FEDERAL BUILDING
SAN JUAN, PR 00918-1767
(787) 772-3000

August 27, 2019

Scott S. Harris, Clerk
United States Supreme Court
Office of the Clerk
Washington, DC 20543

Re: **18-1514 United States v. Aurelius Investment, LLC, et al.**
COA Nos. 18-1671, 18-1746, 18-1787
D.C.P.R. Nos. 3:17-bk-03283-LTS, 3:17-ap-00228-LTS, 3:18-ap-00087-LTS

Dear Clerk Harris:

I am writing regarding the above referenced case. Per your request, enclosed please find the following:

- certified copy of the docket sheet and abridged appendix[1] in Case No. 3:17-bk-03283-LTS,
- certified copy of the docket sheet and appendix in Case No. 3:17-ap-00228-LTS, and
- certified copy of the docket sheet and appendix in Case No. 3:18-ap-00087-LTS.

All other non-confidential filings are available electronically through PACER. Please note that there are no exhibits nor confidential filings in relation to the matter before your court.

If you should have any questions, please do not hesitate to contact me.

Sincerely,
Frances Ríos de Morán, Esq.
Clerk of Court
By: s/Carmen Tacoronte
PROMESA Case Manager
U.S. District Court
for the District of Puerto Rico

---

[1] Docket Entries 1, 913, 914, 933, 963, 1042, 1067, 1068, 1238, 1244, 1245, 1392, 1610, 1622, 1623, 1627, 1629, 1631, 1634, 1638, 1640, 1833, 1834, 1929, 2159, 2164, 2169, 2171, 2198, 2202, 2233, 2235, 3503, 3594 and 3602

# UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FRANCES RÍOS DE MORÁN, ESQ.
CLERK

CLERK'S OFFICE
150 FEDERAL BUILDING
SAN JUAN, PR 00918-1767
(787) 772-3000

August 27, 2019

Scott S. Harris, Clerk
United States Supreme Court
Office of the Clerk
Washington, DC 20543

Re: **18-1521 Unión de Trabajadores de la Industria Eléctrica y Riego, Inc. v. Financial Oversight and Management Board for Puerto Rico, et al**
COA Nos. 18-1671, 18-1746, 18-1787
D.C.P.R. Nos. 3:17-bk-03283-LTS, 3:17-ap-00228-LTS, 3:18-ap-00087-LTS

Dear Clerk Harris:

I am writing regarding the above referenced case. Per your request, enclosed please find the following:

- certified copy of the docket sheet and abridged appendix[1] in Case No. 3:17-bk-03283-LTS,
- certified copy of the docket sheet and appendix in Case No. 3:17-ap-00228-LTS, and
- certified copy of the docket sheet and appendix in Case No. 3:18-ap-00087-LTS.

All other non-confidential filings are available electronically through PACER. Please note that there are no exhibits nor confidential filings in relation to the matter before your court.

If you should have any questions, please do not hesitate to contact me.

Sincerely,
Frances Ríos de Morán, Esq.
Clerk of Court
By: s/Carmen Tacoronte
PROMESA Case Manager
U.S. District Court
for the District of Puerto Rico

---

[1] Docket Entries 1, 913, 914, 933, 963, 1042, 1067, 1068, 1238, 1244, 1245, 1392, 1610, 1622, 1623, 1627, 1629, 1631, 1634, 1638, 1640, 1833, 1834, 1929, 2159, 2164, 2169, 2171, 2198, 2202, 2233, 2235, 3503, 3594 and 3602