RECEIVED & FILED
2019 AUG 26  PM 5: 19
U.S. DISTRICT COURT
SAN JUAN, P.R.

# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
# PARA EL DISTRITO DE PUERTO RICO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| In re: | PROMESA<br>Título III |
| JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Núm. 17 BK 3283-LTS<br><br>(Administración conjunta) |
| como representante de | El presente escrito guarda relación con el ELA. |
| ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros, | |
| Deudores | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CASO:  17-03283-LTS**

**Doc # 8297-2**

**FILED:  07/26/19**

**ANEXO A :**  PAG. 22-40  No. 112

**SEXAGESIMA CUARTA OBJECCION COLECTIVA**

**ANEXO A:**  Titulares de bonos sin responsabilidad
No. 112  - Librada Sanz, Jesús

**Fecha de presentación**   - 6/17/2018

**No. de Caso:** 17 Bk03283-LTS

**DEUDOR:** El Estado Libre Asociado de Puerto Rico
No. de Reclamación:   61126
Monto de la Reclamación: $30,000.00

# RESPUESTA:

EL 24 de julio del 2008, invertí $30,0000 dólares en el Sistema de Retiro de los  empleados del E.L.A. a un interés fijo mensual pago de los intereses hasta la madurez: CUSIP: 29216 MBL

El Estado recibió y acepto como bueno, esa inversión y las condiciones comprometiéndose al pago de interese mensuales al pago del

capital invertido en la fecha de madurez, como se puede leer, en los informes mensuales que en la UBS como agente de inversiones a sus clientes.

Así mismo consta que pago los intereses lo que hasta que dejo de hacerlo demuestra la aceptación de la inversión y sus condiciones.

La falta de cumplimiento por el E.L.A. de sus compromisos contraídos por el E.L.A. según la Constitución y la Ley, dejara en mayores dificultades y más costosas para futuros inversionistas del patio e internacionales conociendo que no es de fiar de sus compromisos.

La Iglesia Católica está siendo obligada reconocer la deuda con los maestros de sus escuelas ya retirada y cumplir sus compromisos con los maestros de los colegios católicos ya retirados o por retirarse.  La justicia parece distinta hacia la iglesia católica y los compromisos no cumplidos del Estado.  Esos maestros contaron con sus ahorros para su retiro.

**CERTIFICO**  que en el día de hoy, 23 de agosto de 2019, se envió copia fiel y exacta de la presente reclamación a las siguientes personas o entidades:

Oficina del Secretario (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico)  00918-1767

Abogado de la Junta de Supervision (Counsel for the Oversight Board)
Proskauer Rose LLP
Eleven times Square
Nueva York, Nueva York 10036-8299
A/A:  Martin J. Bienenstock
Brian S. Rosen

Abogado del Comite de Acreedores (Counsel for the Creditor's Committee)
Paul Hasting LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

FIRMA