JESUS LIBRAJA SANZ

Página Page 17

**UBS FINANCIAL SERVICES INC.**

Detalles para las partidas informadas en las Formas 480.6D
Details for Items Reported on Forms 480.6D

Número de cuenta:
Account number:

## Línea 7 Intereses sobre Obligaciones del Estado Libre Asociado de Puerto Rico
Line 7 Interest upon Obligations from the Commonwealth of Puerto Rico

| Descripción / Description | CUSIP y/o símbolo / CUSIP and/or symbol | Fecha / Date | Actividad / Activity | Cantidad / Amount | CBA / ABT | Enmendado / Amended |
|---|---|---|---|---|---|---|
| EMPLOYEES RETIREMENT SYS SR C RV BE/R/ 6.150 070128 DTD 063008 | 29216MBL3 | 01/09/18 | Interest | 255.47 | | |
| | | 02/01/18 | Interest | 127.74 | | |
| | | 03/01/18 | Interest | 127.74 | | |
| | | 04/01/18 | Interest | 127.74 | | |
| | | 05/01/18 | Interest | 127.74 | | |
| | | 06/01/18 | Interest | 127.74 | | |
| | | 07/02/18 | Interest | 127.74 | | |
| | | 08/01/18 | Interest | 56.32 | | |
| | | Total- Total | | 1,078.23 | | |
| PR ACUEDUCT SEWER AUTH P SR A RV BE/R/ 6.100 070134 DTD 031808 | 745160QF1 | 01/01/18 | Interest | 177.92 | | |
| | | 02/01/18 | Interest | 177.92 | | |
| | | 03/01/18 | Interest | 177.92 | | |
| | | 04/01/18 | Interest | 177.92 | | |
| | | 05/01/18 | Interest | 177.92 | | |
| | | 06/01/18 | Interest | 177.92 | | |
| | | 07/01/18 | Interest | 177.92 | | |
| | | 08/01/18 | Interest | 177.92 | | |
| | | 09/01/18 | Interest | 177.92 | | |
| | | 10/01/18 | Interest | 177.92 | | |
| | | 11/01/18 | Interest | 177.92 | | |
| | | 12/01/18 | Interest | 177.92 | | |
| | | Total- Total | | 2,135.04 | | |
| | Línea 7 Total- Line 7 Total | | | 3,213.27 | | |

## Línea 16 Otros Dividendos No Sujetos a Contribución Básica Alterna
Line 16 Other Dividends Not Subject to Alternate Basic Tax

| Descripción / Description | CUSIP y/o símbolo / CUSIP and/or symbol | Fecha / Date | Actividad / Activity | Cantidad / Amount | CBA / ABT | Enmendado / Amended |
|---|---|---|---|---|---|---|
| PUERTO RICO FIXED INCOME FUND INC | PR7449071062 | 01/10/18 | Tax-exempt dividend | 123.45 | | |
| | | 01/24/18 | Tax-exempt dividend | 212.10 | | |
| | | 02/12/18 | Tax-exempt dividend | 239.57 | | |
| | | 03/12/18 | Tax-exempt dividend | 219.33 | | |
| | | 04/11/18 | Tax-exempt dividend | 209.27 | | |
| | | 05/10/18 | Tax-exempt dividend | 209.27 | | |
| | | 06/11/18 | Tax-exempt dividend | 190.69 | | |
| | | 07/10/18 | Tax-exempt dividend | 222.16 | | |
| | | 08/10/18 | Tax-exempt dividend | 83.57 | | |
| | | 09/10/18 | Tax-exempt dividend | 7.82 | | |
| | | 10/10/18 | Tax-exempt dividend | 7.82 | | |
| | | 11/13/18 | Tax-exempt dividend | 16.81 | | |
| | | 12/10/18 | Tax-exempt dividend | 30.30 | | |
| | | Total- Total | | 1,772.16 | | |
| PUERTO RICO FIXED INCOME FD II INC | PR7449081046 | 01/10/18 | Tax-exempt dividend | 79.46 | | |
| | | 01/24/18 | Tax-exempt dividend | 190.70 | | |
| | | 02/12/18 | Tax-exempt dividend | 181.63 | | |
| | | 03/12/18 | Tax-exempt dividend | 166.46 | | |
| | | 04/11/18 | Tax-exempt dividend | 147.58 | | |
| | | 05/10/18 | Tax-exempt dividend | 147.58 | | |
| | | 06/11/18 | Tax-exempt dividend | 139.95 | | |
| | | 07/10/18 | Tax-exempt dividend | 139.95 | | |
| | | 08/10/18 | Tax-exempt dividend | 60.49 | | |
| | | 09/10/18 | Tax-exempt dividend | 34.06 | | |
| | | 10/10/18 | Tax-exempt dividend | 34.06 | | |
| | | 11/13/18 | Tax-exempt dividend | 37.01 | | |

| UBS FINANCIAL SERVICES INC. | Detalles para las partidas informadas en las Formas 480.6D<br>Details for Items Reported on Forms 480.6D | Número de cuenta:<br>Account number:<br>1 |
|---|---|---|

## Línea 16 Otros Dividendos No Sujetos a Contribución Básica Alterna
Line 16 Other Dividends Not Subject to Alternate Basic Tax

| Descripción<br>Description | CUSIP y/o símbolo<br>CUSIP and/or symbol | Fecha<br>Date | Actividad<br>Activity | Cantidad<br>Amount | CBA<br>ABT | Enmendado<br>Amended |
|---|---|---|---|---|---|---|
| PUERTO RICO FIXED INCOME FD II INC | PR7449081046 | 12/10/18 | Tax-exempt dividend | 37.01 | | |
| | | Total- Total | | 1,395.94 | | |
| PUERTO RICO FIXED INCOME FUND IV INC | PR74526A1053 | 01/10/18 | Tax-exempt dividend | 55.66 | | |
| | | 01/24/18 | Tax-exempt dividend | 155.75 | | |
| | | 02/12/18 | Tax-exempt dividend | 138.43 | | |
| | | 03/12/18 | Tax-exempt dividend | 136.01 | | |
| | | 04/11/18 | Tax-exempt dividend | 121.87 | | |
| | | 05/10/18 | Tax-exempt dividend | 119.62 | | |
| | | 06/11/18 | Tax-exempt dividend | 119.62 | | |
| | | 07/10/18 | Tax-exempt dividend | 119.62 | | |
| | | 08/10/18 | Tax-exempt dividend | 59.72 | | |
| | | 09/10/18 | Tax-exempt dividend | 24.31 | | |
| | | 10/10/18 | Tax-exempt dividend | 24.31 | | |
| | | 11/13/18 | Tax-exempt dividend | 26.56 | | |
| | | 12/10/18 | Tax-exempt dividend | 35.58 | | |
| | | Total- Total | | 1,137.06 | | |
| TAX FREE PUERTO RICO FUND II INC | PR87675H1034 | 01/10/18 | Tax-exempt dividend | 8.06 | | |
| | | 01/24/18 | Tax-exempt dividend | 85.64 | | |
| | | 02/12/18 | Tax-exempt dividend | 58.29 | | |
| | | 03/12/18 | Tax-exempt dividend | 50.28 | | |
| | | 04/11/18 | Tax-exempt dividend | 50.28 | | |
| | | 05/10/18 | Tax-exempt dividend | 50.28 | | |
| | | 06/11/18 | Tax-exempt dividend | 50.28 | | |
| | | 07/10/18 | Tax-exempt dividend | 50.28 | | |
| | | 08/10/18 | Tax-exempt dividend | 24.13 | | |
| | | 09/10/18 | Tax-exempt dividend | 7.94 | | |
| | | 10/10/18 | Tax-exempt dividend | 8.06 | | |
| | | 11/13/18 | Tax-exempt dividend | 4.00 | | |
| | | 12/10/18 | Tax-exempt dividend | 4.00 | | |
| | | Total- Total | | 451.52 | | |
| | Línea 16 Total- Line 16 Total | | | 4,756.68 | | |

*Jesús Librada Suny* (signature)



Resource Management Account
March 2015

Account name: JE~~~ ~~~~~~ ~~~~
Account number: 1~

Your Financial Advisor:
PR INVESTMENT CENTER
787-250-3600/800-221-9825

## Your assets

Some prices, income and current values shown may be approximate. As a result, gains and losses may not be accurately reflected. See *Important information about your statement* at the end of this document for more information.

### Fixed income

#### Municipal securities

Prices are obtained from independent quotation bureaus that use computerized valuation formulas to calculate current values. Actual market values may vary and thus gains/losses may not be accurately reflected. Cost basis has been automatically adjusted for mandatory amortization of bond premium on coupon tax-exempt municipal securities using the constant yield method and for accreted original issue discount for securities issued at a discount. When original cost basis is displayed, amortization has been done using the constant yield method, otherwise amortization has been done using the straight line method.

| Holding | Trade date | Total face value at maturity ($) | Purchase price($) | Adjusted cost basis ($) | Price on Mar 31 ($) | Value on Mar 31 ($) | Unrealized gain or loss ($) | Holding period |
|---|---|---|---|---|---|---|---|---|
| EMPLOYEES RETIREMENT SYS<br>SR C RV   BE/R/<br>RATE 06.150% MATURES 07/01/28<br>CALLABLE 07/01/18 @ 100.00<br>ACCRUED INTEREST $153.75<br>CUSIP 29216MBL3<br>Moody: Caa2  S&P: B<br>EAI: $1,845 Current yield: 15.17%<br>Original cost basis: $30,002.00 | Jul 24, 08 | 30,000.000 | 100.005 | 30,001.58 | 40.545 | 12,163.50 | -17,838.08 | LT |
| PR ACUEDUCT SEWER AUTH P<br>SR A RV   BE/R/<br>RATE 06.100% MATURES 07/01/34<br>CALLABLE 04/30/15 @ 101.75<br>ACCRUED INTEREST $177.91<br>CUSIP 745160QF1<br>Moody: Caa1  S&P: B<br>EAI: $2,135 Current yield: 8.77% | Mar 13, 08 | 35,000.000 | 100.005 | 35,002.00 | 69.529 | 24,335.15 | -10,666.85 | LT |

*continued next page*

