**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In re:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,

como representante de

ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,

Deudores

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PROMESA
Título III

Núm. 17 BK 3283-LTS

(Administración conjunta)

El presente escrito guarda relación con el ELA.

RECEIVED & FILED
2019 AUG 26 PM 5:19
CLERK'S OFFICE
U.S. DISTRICT COURT

Sexagésima Cuarta Objeción Global
Anexo A. titulares de bonos sin Responsabilidad
111: librada Sanz, fecha de presentación – 6/7/2018
No. Ca caso: 17BK03283-LTS
Deudor: el Estado Libre Asociado de puerto Rico
No. De Reclamación – 49803
Cantidad Reclamada - $280,078.00 – anexo A
Cantidad Actualizada – Recamada es $329,548.61

Basándome en los informes mensuales que envía UBS a sus clientes inversionistas; invertí en Fondos del E.L.A. los siguientes:

1. Puerto Rico fixed Income Fund IV, Inc.
   Septiembre 25 – 12 $71,751.09 en 7,146 acciones

2. Puerto Rico Fixed Income Fund, Inc.
   Febrero 27 – 07                          $492.80
   Febrero 28 – 07                          $49,009.00
   Septiembre 25 – 12 (6,846) renglones    $71,751.09

3. Puerto Rico Fixed Income FD I, Inc.
   Diciembre - 13 – 12                      $87,073.88

4. Tax Free Puerto Rico Fund II, Inc.
   Febrero 27 – 07                          $517.75
   Febrero 28 – 07                          $49,466.75

En el mismo día, Septiembre 25 – 12 se hicieron dos compras con la misma cantidad invertida; la diferencia está en el número de acciones compradas y dos fondos distintos.

Si la información dada por UBS y las cantidades invertidas son correctas, la cantidad reclamada es de $329,544.61. Hubo confusión en la inversión de septiembre 25 – 12 y septiembre 25 – 12. Aunque el capital es similar, son dos inversiones, el mismo día. El número de acciones diferentes y los fondos también son distintos. No es solamente una.

El Estado recibió y aceptó el monto de las inversiones y las condiciones y pago los intereses hasta que dejó de cumplir su compromiso por la quiebra del Estado.

El Estado se compromete a aceptar el dinero, a pagar los intereses y devolver el capital en el tiempo de madurez.

A. Si compras una casa con una hipoteca del banco y no pagas, el banco ejecuta la hipoteca y te quita la casa.

B. Si compras un carro con un préstamo del banco y no pagas el préstamo, te quedas sin carro.

C. La Iglesia Católica es obligada a reconocer la deuda y obligada a pagar a los maestros de sus escuelas retirados.

Todos tenemos derecho a la propiedad privada y a su disfrute, fruto del trabajo y ahorro de una vida. El derecho de la 3ra edad a un estilo de vida seguro y en paz, libre de fraudes y engaños. Sin embargo,

1. Parece que el Estado tiene intereses en hacer un daño económico irreparable a mi edad de 83 años y meses.

2. La falta de cumplimento de los compromisos provoca frustración, ansiedad, inseguridad en el futuro de las personas mayores, desconfianza y depresión.

3. Daño moral y social porque se pierde la confianza en las instituciones del Estado modelo deplorable de comportamiento irresponsable e injusto que justificarán acciones parecidas de los ciudadanos.

4. Lo peor es que estas acciones que transgreden los compromisos parecen favorecidas por la Justicia.

Certifico que en el día de hoy, 23 de agosto de 2019, se envió copia fiel y exacta de la presente reclamación a las siguientes personas o entidades:

Oficina del Secretario (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

Abogado de la Junta de Supervision (Counsel for the Oversight Board)
Proskauer Rose LLP
Eleven times Square
Nueva York, Nueva York 10036-8299
A/A: Martin J. Bienenstock
Brian S. Rosen

Abogado del Comite de Acreedores (Counsel for the Creditor's Committee)
Paul Hasting LLP
200 Park Avenue
Nueva York, Nueva York 10166
A/A: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz

_Jesús Librada Song_
FIRMA