Jesús Zambrana Sanz

| UBS FINANCIAL SERVICES INC. | Detalles para las partidas informadas en las Formas 480.6D<br>Details for Items Reported on Forms 480.6D | Número de cuenta:<br>Account number: |
|---|---|---|

## Línea 8 Intereses sobre Obligaciones del Estado Libre Asociado de Puerto Rico
Line 8 Interest upon Obligations from the Commonwealth of Puerto Rico

| Descripción<br>Description | CUSIP y/o símbolo<br>CUSIP and/or symbol | Fecha<br>Date | Actividad<br>Activity | Cantidad<br>Amount | CBA<br>ABT | Enmendado<br>Amended |
|---|---|---|---|---|---|---|
| EMPLOYEES RETIREMENT SYS SR C RV BE/R/ 6.150 070128 DTD 063008 | 29216MBL3 | 01/01/15 | Interest | 153.75 | | |
| | | 02/01/15 | Interest | 153.75 | | |
| | | 03/01/15 | Interest | 153.75 | | |
| | | 04/01/15 | Interest | 153.75 | | |
| | | 05/01/15 | Interest | 153.75 | | |
| | | 06/01/15 | Interest | 153.75 | | |
| | | 07/01/15 | Interest | 153.75 | | |
| | | 08/01/15 | Interest | 153.75 | | |
| | | 09/01/15 | Interest | 153.75 | | |
| | | 10/01/15 | Interest | 153.75 | | |
| | | 11/01/15 | Interest | 153.75 | | |
| | | 12/01/15 | Interest | 153.75 | | |
| | | Total- Total | | 1,845.00 | | |
| PR ACUEDUCT SEWER AUTH P SR A RV BE/R/ 6.100 070134 DTD 031808 | 7451600F1 | 01/01/15 | Interest | 177.92 | | |
| | | 02/01/15 | Interest | 177.92 | | |
| | | 03/01/15 | Interest | 177.92 | | |
| | | 04/01/15 | Interest | 177.91 | | |
| | | 05/01/15 | Interest | 177.91 | | |
| | | 06/01/15 | Interest | 177.91 | | |
| | | 07/01/15 | Interest | 177.92 | | |
| | | 08/01/15 | Interest | 177.91 | | |
| | | 09/01/15 | Interest | 177.92 | | |
| | | 10/01/15 | Interest | 177.92 | | |
| | | 11/01/15 | Interest | 177.92 | | |
| | | 12/01/15 | Interest | 177.92 | | |
| | | Total- Total | | 2,135.00 | | |
| PR SALES TAX FING CORP S SR07B RV BE/R/ 6.050 080136 DTD 073107 | 74529JAC9 | 01/01/15 | Interest | 302.50 | | |
| | | 02/01/15 | Interest | 302.50 | | |
| | | 03/01/15 | Interest | 302.50 | | |
| | | 04/01/15 | Interest | 302.50 | | |
| | | 05/01/15 | Interest | 302.50 | | |
| | | 06/01/15 | Interest | 302.50 | | |
| | | 07/01/15 | Interest | 302.50 | | |
| | | 08/01/15 | Interest | 302.50 | | |
| | | 09/01/15 | Interest | 302.50 | | |
| | | 10/01/15 | Interest | 302.50 | | |
| | | 11/01/15 | Interest | 302.50 | | |
| | | 12/01/15 | Interest | 302.50 | | |
| | | Total- Total | | 3,630.00 | | |
| PUERTO RICO FIXED INCOME FUND INC | PR7449071062 | 01/12/15 | Tax-exempt dividend | 512.48 | | 04/06/16 |
| | | 02/10/15 | Tax-exempt dividend | 508.85 | | 04/06/16 |
| | | 03/10/15 | Tax-exempt dividend | 504.63 | | 04/06/16 |
| | | 04/10/15 | Tax-exempt dividend | 499.91 | | 04/06/16 |
| | | 05/11/15 | Tax-exempt dividend | 496.04 | | 04/06/16 |
| | | 06/10/15 | Tax-exempt dividend | 400.83 | | 04/06/16 |
| | | 07/10/15 | Tax-exempt dividend | 500.27 | | 04/06/16 |
| | | 08/10/15 | Tax-exempt dividend | 438.38 | | 04/06/16 |
| | | 09/10/15 | Tax-exempt dividend | 437.93 | | 04/06/16 |
| | | 10/13/15 | Tax-exempt dividend | 412.36 | | 04/06/16 |
| | | 11/10/15 | Tax-exempt dividend | 412.34 | | 04/06/16 |
| | | 12/10/15 | Tax-exempt dividend | 402.28 | | 04/06/16 |
| | | Total- Total | | 5,526.32 | | |
| PUERTO RICO FIXED INCOME FD II INC | PR7449081046 | 01/12/15 | Tax-exempt dividend | 412.77 | | 04/06/16 |
| | | 02/10/15 | Tax-exempt dividend | 410.36 | | 04/06/16 |
| | | 03/10/15 | Tax-exempt dividend | 407.71 | | 04/06/16 |
| | | 04/10/15 | Tax-exempt dividend | 404.64 | | 04/06/16 |
| | | 05/11/15 | Tax-exempt dividend | 402.08 | | 04/06/16 |
| | | 06/10/15 | Tax-exempt dividend | 398.60 | | 04/06/16 |
| | | 07/10/15 | Tax-exempt dividend | 395.21 | | 04/06/16 |
| | | 08/10/15 | Tax-exempt dividend | 345.86 | | 04/06/16 |

| UBS FINANCIAL SERVICES INC. | Detalles para las partidas informadas en las Formas 480.6D / Details for Items Reported on Forms 480.6D | | | Número de cuenta: / Account number: 1 |

## Línea 8 Intereses sobre Obligaciones del Estado Libre Asociado de Puerto Rico
## Line 8 Interest upon Obligations from the Commonwealth of Puerto Rico

| Descripción / Description | CUSIP y/o símbolo / CUSIP and/or symbol | Fecha / Date | Actividad / Activity | Cantidad / Amount | CBA ABT | Enmendado / Amended |
|---|---|---|---|---|---|---|
| PUERTO RICO FIXED INCOME FD II INC | PR7449081046 | 09/10/15 | Tax-exempt dividend | 184.01 | | 04/06/16 |
| | | 10/13/15 | Tax-exempt dividend | 326.28 | | 04/06/16 |
| | | 11/10/15 | Tax-exempt dividend | 326.24 | | 04/06/16 |
| | | 12/10/15 | Tax-exempt dividend | 318.61 | | 04/06/16 |
| | | **Total- Total** | | **4,332.37** | | |
| PUERTO RICO FIXED INCOME FUND IV INC | PR74528A1053 | 01/12/15 | Tax-exempt dividend | 343.83 | | 04/06/16 |
| | | 02/10/15 | Tax-exempt dividend | 339.32 | | 04/06/16 |
| | | 03/10/15 | Tax-exempt dividend | 226.80 | | 04/06/16 |
| | | 04/10/15 | Tax-exempt dividend | 337.56 | | 04/06/16 |
| | | 05/11/15 | Tax-exempt dividend | 337.57 | | 04/06/16 |
| | | 06/10/15 | Tax-exempt dividend | 335.32 | | 04/06/16 |
| | | 07/10/15 | Tax-exempt dividend | 334.30 | | 04/06/16 |
| | | 08/10/15 | Tax-exempt dividend | 276.03 | | 04/06/16 |
| | | 09/10/15 | Tax-exempt dividend | 275.13 | | 04/06/16 |
| | | 10/13/15 | Tax-exempt dividend | 263.20 | | 04/06/16 |
| | | 11/10/15 | Tax-exempt dividend | 262.95 | | 04/06/16 |
| | | 12/10/15 | Tax-exempt dividend | 257.20 | | 04/06/16 |
| | | **Total- Total** | | **3,589.21** | | |
| TAX FREE PUERTO RICO FUND II INC | PR87675H1034 | 01/12/15 | Tax-exempt dividend | 219.15 | | 04/06/16 |
| | | 02/10/15 | Tax-exempt dividend | 219.15 | | 04/06/16 |
| | | 03/10/15 | Tax-exempt dividend | 219.15 | | 04/06/16 |
| | | 04/10/15 | Tax-exempt dividend | 219.15 | | 04/06/16 |
| | | 05/11/15 | Tax-exempt dividend | 219.15 | | 04/06/16 |
| | | 06/10/15 | Tax-exempt dividend | 219.15 | | 04/06/16 |
| | | 07/10/15 | Tax-exempt dividend | 219.15 | | 04/06/16 |
| | | 08/10/15 | Tax-exempt dividend | 195.03 | | 04/06/16 |
| | | 09/10/15 | Tax-exempt dividend | 195.03 | | 04/06/16 |
| | | 10/13/15 | Tax-exempt dividend | 184.94 | | 04/06/16 |
| | | 11/10/15 | Tax-exempt dividend | 184.94 | | 04/06/16 |
| | | 12/10/15 | Tax-exempt dividend | 164.87 | | 04/06/16 |
| | | **Total- Total** | | **2,458.86** | | |

**Línea 8 Total- Line 8 Total**      23,516.76

*[signature: Jesús Librada Saenz]*



Resource Management Account
August 2015

Account name: JESUS LIBRADA SANZ
Account number:

Your Financial Adv
PR INVESTMENT CE
787-250-3600/800-221-

## Your assets › Fixed income › Municipal securities (continued)

| Holding | Trade date | Total face value at maturity ($) | Purchase price ($) | Adjusted cost basis ($) | Price on Aug 31 ($) | Value on Aug 31 ($) | Unrealized gain or loss ($) | Holdi period |
|---|---|---|---|---|---|---|---|---|
| SALES TAX FING CORP S SR07B RV  BE/R/ RATE 06.050% MATURES 08/01/36 CALLABLE 08/01/17 @ 100.00 ACCRUED INTEREST $302.50 CUSIP 74529JAC9 Moody: Caa3   S&P: CCC- EAI: $3,630 Current yield: 10.08% Original cost basis: $60,002.00 | Aug 22, 07 | 60,000.000 | 100.002 | 60,001.74 | 60.015 | 36,009.00 | -23,992.74 | |
| Total | | $125,000.000 | | $125,005.28 | | $66,658.65 | -$58,346.63 | |

Total accrued interest: $634.16
Total estimated annual income: $7,610

## Closed end funds & Exchange traded products

If any of the closed end funds you hold are advised or co-advised by UBS Asset Managers of Puerto Rico, please note that the price per share information listed below reflects either (1) the bid price for the shares of the funds as of the closing date of this statement (the "bid price") as determined by UBS Financial Services Incorporated of Puerto Rico (UBSFSPR) or (2) in the absence of a bid price, the indicative price reflecting UBSFSPR's best estimate of the price at which UBSFSPR would bid if it were to make a firm bid at the time. The price per share shown in this statement may be higher or lower than the NAV of the funds on the same date.

In addition, the price per share listed here may be higher or lower than the last price at which the funds traded as of the closing date of this statement and the price at which the funds may have traded on any date subsequent to the closing date of this statement. Additional information, including prospectuses, an informative brochure and recent NAVs for closed end funds managed or co-managed by UBS Asset Managers of Puerto Rico can be found at www.ubs.com/prfunds.

*Total reinvested* is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

*Cost basis* is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

*Unrealized (tax) gain or loss* is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for ta reporting purposes.

*Investment return* is the current value minus the amount you invested. It does not include shares that are no reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Aug 31 ($) | Value on Aug 31 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding perio |
|---|---|---|---|---|---|---|---|---|---|
| PUERTO RICO FIXED INCOME FUND IV INC Trade date: Sep 25, 12 EAI: $3,765 Current yield: 20.07% | 6,846.000 | 10.480 | 71,751.33 | 71,751.33 | 2.740 | 18,758.04 | -52,993.29 | -52,993.29 | LT |
| PUERTO RICO FIXED INCOME FUND INC Trade date: Feb 27, 07 | 49.000 | 10.057 | 492.80 | 492.80 | 1.660 | 81.34 | -411.46 | | LT |

continued next page



| | | |
|---|---|---|
| Resource Management Account<br>December 2018 | Account name: JESUS LIBRADA SANZ<br>Account number: | Your Financial Advisor:<br>PR INVESTMENT CENTER<br>787-250-3600/800-221-9825 |

## Your assets › Fixed income (continued)

### Closed end funds & Exchange traded products

If any of the closed end funds you hold are advised or co-advised by UBS Asset Managers of Puerto Rico, please note that the price per share information listed below reflects either (1) the bid price for the shares of the funds as of the closing date of this statement (the "bid price") as determined by UBS Financial Services Incorporated of Puerto Rico (UBSFSPR) or (2) in the absence of a bid price, the indicative price reflecting UBSFSPR's best estimate of the price at which UBSFSPR would bid if it were to make a firm bid at the time. The price per share shown in this statement may be higher or lower than the NAV of the funds on the same date.

*Total reinvested* is the total of all reinvested dividends. It does not include any cash dividends. It is not a tax lot for the purposes of determining holding periods or cost basis. The shares you receive each time you reinvest dividends become a separate tax lot.

*Cost basis* is the total purchase cost of the security, including reinvested dividends. The cost basis may need to be adjusted for return of capital payments in order to determine the adjusted cost basis for tax reporting purposes.

In addition, the price per share listed here may be higher or lower than the last price at which the funds traded as of the closing date of this statement and the price at which the funds may have traded on any date subsequent to the closing date of this statement. Additional information, including prospectuses, an informative brochure and recent NAVs for closed end funds managed or co-managed by UBS Asset Managers of Puerto Rico can be found at www.ubs.com/prfunds.

*Unrealized (tax) gain or loss* is the difference between the current value and the cost basis and would generally be your taxable gain or loss if the security was sold on this date. The unrealized (tax) gain or loss may need to be adjusted for return of capital payments in order to determine the realized gain or loss for tax reporting purposes.

*Investment return* is the current value minus the amount you invested. It does not include shares that are not reflected on your statement, including shares that have been realized as either a gain or a loss. It also does not include cash dividends that were not reinvested.

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Dec 31 ($) | Value on Dec 31 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| PUERTO RICO FIXED INCOME FUND IV INC | | | | | | | | | |
| Trade date: Sep 25, 12 | 6,846.000 | 10.480 | 71,751.33 | 71,751.33 | 3.120 | 21,359.52 | -50,391.81 | -50,391.81 | LT |
| EAI: $616 Current yield: 2.88% | | | | | | | | | |
| PUERTO RICO FIXED INCOME FUND INC | | | | | | | | | |
| Trade date: Feb 27, 07 | 49.000 | 10.057 | 492.80 | 492.80 | 1.330 | 65.17 | -427.63 | | LT |
| Trade date: Feb 28, 07 | 4,925.000 | 9.951 | 49,009.00 | 49,009.00 | 1.330 | 6,550.25 | -42,458.75 | | LT |
| Trade date: Sep 25, 12 | 7,146.000 | 10.040 | 71,751.09 | 71,751.09 | 1.330 | 9,504.18 | -62,246.91 | | LT |
| EAI: $364 Current yield: 2.26% | | | | | | | | | |
| Security total | 12,120.000 | 10.004 | 121,252.89 | 121,252.89 | | 16,119.60 | -105,133.29 | -105,133.29 | |
| PUERTO RICO FIXED INCOME FD II INC | | | | | | | | | |
| Trade date: Dec 13, 12 | 9,081.000 | 9.588 | 87,073.88 | 87,073.88 | 1.530 | 13,893.93 | -73,179.95 | -73,179.95 | LT |
| EAI: $726 Current yield: 5.23% | | | | | | | | | |
| TAX FREE PUERTO RICO FUND II INC | | | | | | | | | |
| Trade date: Feb 27, 07 | 50.000 | 10.355 | 517.75 | 517.75 | 1.490 | 74.50 | -443.25 | | LT |
| Trade date: Feb 28, 07 | 4,775.000 | 10.251 | 48,949.00 | 48,949.00 | 1.490 | 7,114.75 | -41,834.25 | | LT |

continued next page



![UBS]

Resource Management Account
December 2018

Case:17-03283-LTS   Doc#:8556-1   Filed:08/26/19   Entered:08/27/19 16:19:14   Desc:
Exhibit    Page 5 of 5
Account number

Your Financial Advisor:
PR INVESTMENT CENTER
787-250-3600/800-221-9825

## Your assets › Fixed income › Closed end funds & Exchange traded products (continued)

| Holding | Number of shares | Purchase price/ Average price per share ($) | Client investment ($) | Cost basis ($) | Price per share on Dec 31 ($) | Value on Dec 31 ($) | Unrealized (tax) gain or loss ($) | Investment return ($) | Holding period |
|---|---|---|---|---|---|---|---|---|---|
| EAI: $48 Current yield: 0.67% | | | | | | | | | |
| Security total | 4,825.000 | 10.252 | 49,466.75 | 49,466.75 | | 7,189.25 | -42,277.50 | -42,277.50 | |
| Total | | | $329,544.85 | $329,544.85 | | $58,562.30 | -$270,982.55 | -$270,982.55 | |

Total estimated annual income: $1,754

## Your total assets

| | | Value on Dec 31 ($) | Percentage of your account | Cost basis ($) | Estimated annual income ($) | Unrealized gain or loss ($) |
|---|---|---|---|---|---|---|
| Cash | [1] Cash and money balances | | | | | |
| Fixed income | Municipal securities | 80,925.00 | | 125,004.72 | 2,135.00 | -44,079.72 |
| | Closed end funds & Exchange traded products | 58,562.30 | | 329,544.85 | 1,754.00 | -270,982.55 |
| | Total accrued interest | 177.91 | | | | |
| | Total fixed income | 139,665.21 | 100.00% | 454,549.57 | 3,889.00 | -315,062.27 |
| Total | | $139,665.21 | 100.00% | $454,549.57 | $3,889.00 | -$315,062.27 |

[1] Values in Cash and money balances exclude any outstanding margin loan or unsecured debit balance. These balances are reflected as liabilities in the balance sheet section of the statement.

## Account activity this month

| | Date | Activity | Description | | Amount ($) |
|---|---|---|---|---|---|
| **Dividend and interest income** | | | | | |
| Taxable dividends | Dec 10 | Puerto Rico Dividend | PUERTO RICO FIXED INCOME FUND IV INC PAID ON | 6846 | 15.77 |
| | Dec 10 | Puerto Rico Dividend | PUERTO RICO FIXED INCOME FD II INC PAID ON | 9081 | 23.56 |
| | | Total taxable dividends | | | $39.33 |
| Tax-exempt dividends | Dec 10 | Puerto Rico Dividend | PUERTO RICO FIXED INCOME FUND IV INC PAID ON | 6846 | 35.58 |
| | Dec 10 | Puerto Rico Dividend | PUERTO RICO FIXED INCOME FUND INC | | 30.30 |
| | Dec 10 | Puerto Rico Dividend | PUERTO RICO FIXED INCOME FD II INC PAID ON | 9081 | 37.01 |

continued next page

