Jesús Librado Seary
ALT. VILLA DEL REY
C/ DAMASCO-G-5
CAGUAS-P.R. 00727

RECEIVED & FILED
2019 AUG 26 PM 5:19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

CERTIFIED MAIL

7019 0700 0001 7956 8639

U.S. POSTAGE PAID
FCM LG ENV
CAGUAS, PR
00725
AUG 23, 19
AMOUNT
$4.65
R2305H129471-01

OFICINA DEL SECRETARIO
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
#150 CHARDON AVENUE
FEDERAL BILDING
S. JUAN ( PUERTO RICO) 00918