Hearing Date: September 11, 2019 at 9:30 a.m. AST

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

**AAFAF'S JOINDER IN THE OBJECTION OF THE PUERTO RICO SALES TAX FINANCING CORPORATION TO MOTION TO COMPEL BROUGHT BY <u>INDIVIDUAL COFINA BONDHOLDER [ECF NO. 8553]</u>**

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("<u>AAFAF</u>"), on its own behalf and as an entity authorized to act on behalf of all of Puerto Rico's governmental entities,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

including the Debtor Puerto Rico Sales Tax Financing Corporation ("COFINA"), by the *Enabling Act of the Fiscal Agency and Financial Advisory Authority*, Act 2-2017, hereby joins in the Objection filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") [ECF No. 8553] (the "Objection") to Peter Hein's *Notice of Hearing and Motion to Compel Brought by Individual COFINA Bondholder* [ECF No. 8487] (the "Motion"). AAFAF hereby joins the Objection and requests that the Motion be denied for the reasons set forth in the Objection:

1. The Motion should be denied in its entirety because (i) the Court cannot compel responses to Mr. Hein's discovery requests because it lacks jurisdiction to consider the arguments he seeks to raise (Objection ¶¶ 23-29); (ii) the discovery requests seek documents and information that are irrelevant to determinations regarding Mr. Hein's proof of claim (Objection ¶¶ 30-39); (iii) the discovery requests impose significant burdens on COFINA (Objection ¶¶ 40-45); (iv) the discovery requests, by their overbroad nature, may seek documents protected by confidentiality agreements (Objection ¶¶ 46-47); and (v) the discovery requests likely implicate privileged communications (Objection ¶¶ 48-52).

2. AAFAF also hereby reasserts its own privileges over any and all privileged documents Mr. Hein requests.

[*Remainder of page intentionally left blank.*]

Dated: August 27, 2019
San Juan, Puerto Rico

Respectfully submitted,

| | |
|---|---|
| /s/ *Peter Friedman* | */s/ Luis C. Marini-Biaggi* |
| John J. Rapisardi<br>Suzzanne S. Uhland<br>(Admitted *Pro Hac Vice*)<br>**O'MELVENY & MYERS LLP**<br>7 Times Square<br>New York, New York 10036<br>Tel: (212) 326-2000<br>Fax: (212) 326-2061 | Luis C. Marini-Biaggi<br>USDC No. 222301<br>Email: lmarini@mpmlawpr.com<br><br>Carolina Velaz-Rivero<br>USDC No. 300913<br>E:mail: cvelaz@mpmlawpr.com |
| -and- | **MARINI PIETRANTONI MUÑIZ LLC**<br>250 Ponce de Leon Ave.<br>Suite 900<br>San Juan, Puerto Rico 00918<br>Tel: (787) 705-2171<br>Fax: (787) 936-7494 |
| Peter Friedman<br>(Admitted *Pro Hac Vice*)<br>1625 Eye Street, NW<br>Washington, D.C. 20006<br>Tel: (202) 383-5300<br>Fax: (202) 383-5414 | |
| *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* | *Co-Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* |