UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors. [1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING URGENT JOINT MOTION BY THE DRA PARTIES
FOR ORDER SETTING BRIEFING SCHEDULE IN CONNECTION WITH THEIR URGENT
JOINT MOTION BY THE DRA PARTIES REQUESTING THAT THE OBJECTION OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS TO CLAIM OF GOVERNMENT DEVELOPMENT BANK
FOR PUERTO RICO BE SUBJECT TO THE ORDER REGARDING STAY AND MANDATORY MEDIATION

Upon consideration of the *Urgent Joint Motion by the DRA Parties for Order Setting Briefing Schedule in Connection with their Urgent Joint by the DRA Parties Requesting that the Objection of Official Committee of Unsecured Creditors to Claim of Government Development Bank for Puerto Rico be Subject to the Order Regarding Stay and Mandatory*

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Mediation* (the "Scheduling Motion"),[2] filed on August 27, 2019, by AmeriNational Community Services, LLC (the "Servicer"), as servicer for the GDB Debt Recovery Authority (the "DRA"), Cantor-Katz Collateral Monitor LLC, a Delaware limited liability company which serves as the collateral monitor for Wilmington Trust, N.A. in connection with the new bonds that the DRA issued pursuant to the *Government Development Bank for Puerto Rico Debt Restructuring Act*, Act No. 109-2017, as amended by Act No. 147-2018, and the approved Qualifying Modification for the Government Development Bank for Puerto Rico (the "GDB")[3] under Title VI of the *Puerto Rico Oversight, Management and Economic Stability Act* (the "Collateral Monitor", and together with the Servicer, collectively, the "DRA Parties"), and the Court having found and determined that (i) the Court has jurisdiction of this proceeding pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); (ii) venue of this proceeding is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); and (iii) the Court having found good cause to grant the relief requested therein, it is

**HEREBY ORDERED THAT:**

1. The Scheduling Motion is **GRANTED** as set forth herein.

2. Objections to the Motion to Insert into Mediation must be filed by **September 4, 2019 at 5:00 p.m. (Atlantic Standard Time)**.

3. Replies to objections to the Motion to Insert into Mediation must be filed by **September 6, 2019 at 3:00 p.m. (Atlantic Standard Time)**.

4. The Motion to Insert into Mediation, along with its corresponding objections and replies, shall be taken on submission unless the Court determines that a hearing is necessary.

---

[2] Capitalized terms not defined herein have the same meaning as in the Scheduling Motion.
[3] See Docket Entry No. 270 in Case No. 18-cv-01561 (LTS) (Nov. 7, 2018).

5.    This Order resolves Docket Entry No. 8552 in Case No. 17-3283.

SO ORDERED.

Dated: August 28, 2019

     /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge