UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:                                                                                    PROMESA
                                                                                              Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of                                              No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                          (Jointly Administered)
et al.,

                      Debtors.[1]

------------------------------------------------------------x

In re:                                                                                    PROMESA
                                                                                              Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of                                              No. 17 BK 3567-LTS

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY,

                      Debtor.

------------------------------------------------------------x

ORDER GRANTING URGENT MOTION TO SET SCHEDULE WITH
RESPECT TO MOTION OF ASSURED GUARANTY CORP., ASSURED GUARANTY
MUNICIPAL CORP., AND NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION FOR
ADEQUATE PROTECTION OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon consideration of (i) the *Urgent Motion to Set Schedule with Respect to Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and National Public Finance Guarantee Corporation for Adequate Protection or, in the Alternative, for Relief from the Automatic Stay* (Docket Entry No. 8537 in Case No. 17-3283,[2] the "Urgent Motion"), seeking a schedule governing the *Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and National Public Finance Guarantee Corporation for Adequate Protection or, in the Alternative, for Relief from the Automatic Stay* (Docket Entry No. 8536, the "Motion"); (ii) the *Response of the Financial Oversight and Management Board to Assured Guaranty Corp., Assured Guaranty Municipal Corp., and National Public Finance Guarantee Corporation's Urgent Motion to Set Schedule with Respect to Motion for Adequate Protection or, in the Alternative, for Relief from the Automatic Stay* (Docket Entry No. 8546); and (iii) the *Reply in Further Support of Urgent Motion to Set Schedule with Respect to Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and National Public Finance Guarantee Corporation for Adequate Protection or, in the Alternative, for Relief from the Automatic Stay* (Docket Entry No. 8557); and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Urgent Motion is GRANTED as set forth herein;

2. The contested matter (the "Contested Matter") commenced by the filing of the Motion shall be subject in all respects to the *Order Regarding Stay Period and Mandatory Mediation* (Docket Entry No. 8244, the "Stay and Mediation Order"), including with respect to the obligations to mediate set forth therein, in the same manner, and to the same extent, as if the Motion were set forth on Appendix I to the Stay and Mediation Order;

---

[2] All docket entry references are to entries in Case No. 17-3283, unless otherwise noted.

3. The Court hereby stays the Contested Matter through November 30, 2019, to the same extent, and on the same terms, as the other contested matters stayed pursuant to the Stay and Mediation Order;

4. Bankruptcy Code Section 362(e)(1), made applicable by PROMESA § 301(a), is waived to the extent necessary to accommodate the foregoing scheduling provisions;

5. This Order resolves Docket Entry No. 8537 in Case No. 17-3283 and Docket Entry No. 634 in Case No. 17-3567.

SO ORDERED.

Dated: August 28, 2019

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge