# A. J. AMADEO-MURGA LAW OFFICES

August 8, 2019

Katiuska Bolaños Lugo, Esq
CANCIO, NADAL, RIVERA & DIAZ, PSC
kbolanos@cnrd.com

Kevin D. Finger, Esq.
GREENBERG TRAURIG, LLP
clearyd@gtlaw.com

Re: <u>Pérez Irene, et al. v. Autoridad de Energía Eléctrica</u> | D DP2013-0556 (401), KLAN201700693

Dear Counsel

We are hereby enclosing our proposed motion for relief of stay in order to allow Plaintiffs in the above-captioned case continue prosecuting the writ of certiorari before the Supreme Court of Puerto Rico seeking reversal of the Appeals Court judgment dismissing the action in the present case.

We understand that the lift of stay protocol requires the Plaintiffs to send a copy of this Motion to counsel for the Financial Oversight and Management Board and the Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF), at least 15 days prior to filing a motion for such relief, and meet and confer with PREPA during the lift of stay notice period.

We are proceeding according to said protocol and will be ready to meet for the purposes herein requested. Please let us know your position. In accordance with our request, we will then proceed to propose a stipulation for lift of stay.

Very truly yours,

Antonio J. Amadeo Murga
1225 Ponce de León, Ave.
Ste. 904
San Juan, PR 00907
Tel. (787)764-0893
ajamadeo@gmail.com