```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
```

------------------------------------------------------------x

In re:                                                                                    PROMESA
                                                                                          Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of                                                No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                           (Jointly Administered)
et al.,

    Debtors.[1]

------------------------------------------------------------x

ORDER SCHEDULING BRIEFING OF MOTION REQUESTING
MODIFICATION OF AUTOMATIC STAY BETWEEN THE PUERTO RICO
ELECTRIC POWER AUTHORITY AND JUAN CARLOS PEREZ-IRENE AND OTHERS

        The Court has received and reviewed the *Motion Requesting Modification of Automatic Stay Between the Puerto Rico Electric Power Authority and Juan Carlos Perez-Irene and Others* (the "Motion") filed by Juan Carlos Perez-Irene (the "Movant"). (Docket Entry No. 8570.) Opposition papers to the Motion must be filed by **September 12, 2019**. Movant's reply papers must be filed by **September 19, 2019**. The Court will thereafter take the Motion on submission, unless a party thereto requests a hearing.

        SO ORDERED.

Dated: August 29, 2019

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).