## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

     I, Paul Pullo, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

     On August 21, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Supplemental Adversary Defendant Service List attached hereto as **Exhibit A**:

- Order Granting Omnibus Motion by the Financial Oversight and Management Board for Puerto Rico, Acting by and through the Members of the Special Claims Committee and the Official Committee of Unsecured Creditors to (I) Establish Litigation Case Management Procedures and (II) Establish Procedures for Approval of Settlements [Docket No. 7941]

---

The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

On August 21, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on JMMB Corporation, (MMLID: 1438561), 6 Haughton Terrace, Kingston, 10 Jamaica.

- Thirty-Eighth Omnibus Objection of the Puerto Rico Highways and Transportation Authority and Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Non-Substantive) to Duplicate and Deficient Claims [Docket No. 7247]

On August 21, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Luz Roman Gonzalez, (MMLID: 2027353), whose information has been redacted for the purpose of privacy.

- Forty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Subsequently Amended Claims [Docket No. 7276]

On August 21, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Law Offices of Andres W Lopez Esq., (MMLID: 1260634), Law Offices of Andres W Lopez Esq., Attn Andres W Lopez Esq., 207 Del Parque St., 3rd Fl., San Juan, PR 00912.

- Notice of (A) Withdrawal of Objections to Certain Claims and (B) Submission of Amended Exhibits to Claim Objections [Docket No. 7385]

- Notice of (A) Withdrawal of Objections to Certain Claims and (B) Submission of Amended Exhibits to Claim Objections [Docket No. 7386]

- Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of Excel Gasoline and Food Mart Corp Retirement Plan Represented by UBS Trust Company of PR (Claim No. 25797) [Docket No. 7392]

- Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of Annette Roman Marrero Retirement Plan Represented by UBS Trust Company of PR (Claim No. 26763) [Docket No. 7393]

- Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of MSC Anesthesia Retirement Plan Represented by UBS Trust Company of PR (Claim No. 40842) [Docket No. 7394]

- Urgent Unopposed Motion Seeking Extension of Deadline to File Application for Final Allowance of Compensation [Docket No. 7395]

- Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of Hernandez Bauza Architects PSC Retirement Plan Represented by UBS Trust Company of PR (Claim No. 45062) [Docket No. 7396]

- Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of Southern Anesthesia Associates Retirement Plan Represented by UBS Trust Company of PR (Claim No. 44763) [Docket No. 7397]

- Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of Maternity Gyn Inc. Retirement Plan Represented by UBS Trust Company of PR (Claim No. 44885) [Docket No. 7399]

- Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of the Mark Trust Retirement Plan Represented by UBS Trust Company of PR (Claim No. 48411) [Docket No. 7400]

- Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of Humberto Donato Insurance Co. Retirement Plan Represented by UBS Trust Company of PR (Claim No. 45851) [Docket No. 7401]

- Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of Instituto Oftalmico De Bayamon Retirement Plan Represented by UBS Trust Company of PR (Claim No. 45706) [Docket No. 7402]

- Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of EBP Design Group Consulting Engineers, PSC Retirement Plan Represented by UBS Trust Company of PR (Claim No. 43937) [Docket No. 7404]

- Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Subordinated Proof of Claim of Centro De Cancer La Montana Retirement Plan Represented by UBS Trust Company of PR (Claim No. 43908) [Docket No. 7405]

- Objection of the Commonwealth of Puerto Rico to Motion in Request that Paralyzation Be Lifted in the Case DDP2014-0673 Filed by Eliezer Santana-Báez [Docket No. 7414]

- Objection of the Commonwealth of Puerto Rico to Motion in Request that Paralyzation Be Lifted in the Case DDP2015-0215 Filed by Eliezer Santana-Báez [Docket No. 7415]

- Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Ambac Assurance Corporation (Claim No. 50433) [Docket No. 7416]

- Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Assured Guaranty Municipal Corp. (Claim No. 31352) [Docket No. 7417]

- Notice of Hearing for Objection of Puerto Rico Sales Tax Financing Corporation to Proof of Claim of Black Diamond Credit Strategies Master Fund, Ltd. (Claim No. 114500) [Docket No. 7418]

Dated: August 29, 2019

_____

Paul Pullo

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on August 29, 2019, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 20__

SRF 35197

**<u>Exhibit A</u>**

Exhibit A
Supplemental Adversary Defendant Service List
Served via First Class Mail

| MMLID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 2150349 | ALPHA GUARDS MANAGEMENT INC. | ATTN: ANGEL LUIS SOLER | 49 CALLE MAYAGUEZ | | | SAN JUAN | PR | 00917 |
| 2150397 | AMAR EDUCATIONAL SERVICES INC. | ATTN: CARLOS MARRERO, RESIDENT AGENT | CARR 162 KM 6 H 6 ST CA | | | BARRANQUITAS | PR | 00794 |
| 2150403 | AMERICA APONTE & ASSOC. CORP. | ATTN: AMERICA APONTE MORENO, RESIDENT AGENT | RR-36 CALLE JUAN BORIA 1373 | | | TRUJILLO ALTO | PR | 00976 |
| 2150405 | ARCOS DORADOS PUERTO RICO LLC | MONTEHIEDRA OFFICE CENTRE | 300 AVENUE FLISA RNCN # 10 RIO | | | PIEDRAS | PR | 00925 |
| 2151936 | ARIETA & SON ASSURANCE CORPORATION | ATTN: JOSE A. ARIETA POMALES, RESIDENT AGENT | 304 AVE. PONCE DE LEON, SUITE 901 | | | SAN JUAN | PR | 00923 |
| 2150410 | BIANCA CONVENTON CENTER, INC. | ATTN: BLANCA VALENTIN BALAGUER, RESIDENT AGENT | CRUCE VARIANTE | | | ANASCO | PR | 00610 |
| 81103 | CARVAJAL EDUCACION, INC. | COND ROYAL | | | | SAN JUAN | PR | 00917 |
| 2150375 | CENTRO DE DESARROLLO ACADEMICO, INC. | ATTN: CARLOS A. MORALES VAZQUEZ, RESIDENT AGENT | CARR #2 KM. 56.9, BO. PALENQUE | | | BARCELONETA | PR | 00617 |
| 2150352 | COMMUNITY CORNERSTONES, INC. | C/O THE PRENTICE-HALL CORPORATION SYSTEM, PUERTO RICO, INC., RESIDENT AGENT & FAST SOLUTIONS, LLC | C/O FAST SOLUTIONS, LLC | 2710 GATEWAY OAKS DRIVE | SUITE 150N | SACRAMENTO | CA | 95833 |
| 2150380 | COMPUTER LEARNING CENTERS, INC. | ATTN: ALEXIS R. TORRES BORGES, RESIDENT AGENT | 11350 RANDOM HILLS RD., STE. 240 | | | FAIRFAX | VA | 22030 |
| 2150567 | CORPORATE RESEARCH AND TRAINING, INC. | ATTN: SHARON LEON MARTINEZ, RESIDENT AGENT | 276 CLLE ELONOR ROOSEVELT | | | SAN JUAN | PR | 00918 |
| 2150610 | ECOLIFT CORPORATION | ERNESTO DI GREGORIO | SOUTH RAMP LOT 2-A, | | | SAN JUAN | PR | 00908 |
| 147951 | EDN CONSULTING GROUP LLC | 701 AVE. PONCE DE LEON | SUITE 309 | | | SAN JUAN | PR | 00907 |
| 2150386 | ENTERPRISE SERVICES CARIBE, LLC | ATTN: SOL MONTEZ, 350 CHARDON AVE. | 350 AVENUE CHARDON | | | SAN JUAN | PR | 00918 |
| 2150453 | ESTRADA BUS LINE, INC. | ATTN: ALEJANDRO ESTRADA QUILES | CARR 833 BO STA ROSA III | | | GUAYNABO | PR | 00966 |
| 2146171 | First Hospital Panamericano, Inc. | c/o EDGE Legal Strategies, PSC | Attn: Vilmarys M. Quiñones-Cintrón | Ave. Ponce De León 735, San Juan | | San Juan | PR | 00918 |
| 2150803 | I.D.E.A., INC. | ATTN: R. ELFREN BERNIER, ESQ. | 2923-F SATURN STREET | | | BREA | CA | 92821 |
| 227829 | INSTITUCION EDUCATIVA NETS INC | P O BOX 1499 | | | | BAYAMON | PR | 00960-1499 |
| 2150737 | LAW OFFICES WOLF POPPER P.S.C. | ATTN: GREGORIO FIGUEROA ALCALA | 845 THIRD AVENUE | | | NEW YORK | NY | 10022 |
| 2150780 | MAPFRE PRAICO INSURANCE COMPANY | ATTN: JUAN C. SALICHS, ESQ. & IAN P. CARVAJAL, ESQ. | SALICHS POU & ASSOCIATES | POPULAR CENTER, 209 MUNOZ RIVERA AVE. | 297 CALLE CÉSAR GONZÁLEZ | SAN JUAN | PR | 00918-1739 |
| 2150787 | MCZY BUS SERVICES INC. | RUBEN E. FALU ALLENDE | VISTAS DE LUQUILLO | CALLE 8 Q 17 | | LUQUILLO | PR | 00773 |
| 361100 | NEXT LEVEL LEARNING, INC | 850 SEVENTH AVENUE, | SUITE 801 | | | NEW YORK | NY | 10019-5230 |
| 1380347 | ORACLE CARIBBEAN INC | 270 AVE MUNOZ RIVERA | | | | SAN JUAN | PR | 00918 |
| 2150624 | PONCE DE LEON GUN SHOP INC. | ATTN: LIZETTE BORGES BATISTA, RESIDENT AGENT | AVE. 65 DE INFANTERIA # 715 | | | SAN JUAN | PR | 00924 |
| 2150645 | PROFESSIONAL RECORDS AND INFORMATION MANAGEMENT, INC. | ATTN: VICTOR CONTRERAS, RESIDENT AGENT | PO Box 13323, | | | SAN JUAN | PR | 00908 |
| 2150677 | RAMIREZ BUS LINE INC. | ATTN: MIGUEL A. RAMIREZ VAZQUEZ, RESIDENT AGENT | BARRIO LA PICA, CARR. 121 | | | SABANA GRANDE | PR | 00637 |
| 2150533 | RICOH PUERTO RICO, INC. | C/O CT CORPORATION SYSTEM, RESIDENT AGENT | 28 LIBERTY ST FLOOR 42 | | | NEW YORK | NY | 10005 |
| 464932 | ROCK SOLID TECHNOLOGIES | 638 ALDEBARÁN ST.BDE BLDG. | SUITE 206 | | | SAN JUAN | PR | 00920 |
| 2150729 | ROCKET LEARNING, LLC | 31 KALAS ST 7B MNTMAR PLZ | | | | SAN JUAN | PR | 00918 |
| 2150749 | S & L DEVELOPMENT S.E. | ATTN: EDUARDO J. SINZ | C/O SP DEVELOPMENT LLC | 221 BAY COLONY DRIVE | | VIRGINIA BEACH | VA | 23451 |
| 540320 | SSM & ASSOCIATES INC | 71- 75 SHELTON STREET, | | | | COVENT GARDEN, | LONDON | |
| 2150639 | TRINITY METAL ROOF AND STEEL STRUCTURE CORP. | ATTN: JOSE R. HERNANDEZ COLON, RESIDENT AGENT | KM 3 S SABANA ABA RR 190 | | | CAROLINA | PR | 00985 |
| 2150582 | TRUENORTH CORP. | C/O TN MANAGEMENT, RESIDENT AGENT | 1510 AVE. F. D. ROOSEVELT, PH 1303 | | | GUAYNABO | PR | 00968 |
| 2150657 | UNIVERSAL CARE CORP. (UNICARE) | ERNESTO JUAN RIVERA OTERO | ATTN: DALILA TORRES, BBA, MBA, CONTROLLER | REPARTO INDUSTRIAL EL CORTIJO | CALLE C EDIFICIO 26 | BAYAMON | PR | 00959 |
| 2151938 | WEST CORPORATION | 11808 MIRACLE HILLS DR. | | | | OMAHA | NE | 68154 |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)                                    Page 1 of 1