August 24, 2019

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

Counsel for the Oversight Board
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
Att: Martin J. Bienenstock
Brian S. Rosen

Counsel for the Creditor's Committee
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Att: Luc A. Despins
James Worthington
G. Alexander Bongartz

In re:
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

as representative of

THE COMMONWEALTH OF PUERTO RICO, et al

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

SIXTY-SECOND OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEATH OF PUERTO RICO
TO GDB BONDHOLDERS CLAIM

CLAIM # 10893

I oppose The Omnibus Objection because the debt was incurred by the Comonwealth of Puerto Rico under the guidelines established by our Constitution. The Court, with all due respect, cannot go against the Constitution.

Manuel A. Torres Díaz
Urb. La Colina
B20 Calle B
Guaynabo, PR 00969-3261
(787)923-2518
lacolina@prtc.net