

Manuel A. Torres Diaz
Urb. La Colina
B20 Calle B
Guaynabo, PR 00969-3261

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

CALLE CHARDON