# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO, | PROMESA Title III |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | No. 17 BK 3283-LTS (Jointly Administered) |
| Debtors.[1] | |

## NOTICE OF CHANGE OF CONTACT INFORMATION

**COME NOW** Kurt A. Mayr, David L. Lawton, and Shannon B. Wolf having been admitted *pro hac vice* in the above captioned case as counsel for the QTBC Noteholder Group,[2] herein provide notice of their new contact information:

Kurt A. Mayr
Morgan, Lewis & Bockius LLP
One State Street
Hartford, CT 06103-3178
Tel. 860.240.2525
Fax: 860-240-2701
Email: kurt.mayr@morganlewis.com

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers listed as Bankruptcy Case numbers due to software limitations).

[2] The QTCB Noteholder Group has the same meaning as set forth in Notice of Appearance and Request for Notice [Dkt. No. 134] and Third Supplemental Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019 [Dkt. No. 7659].

David L. Lawton
Morgan, Lewis & Bockius LLP
One State Street
Hartford, CT 06103-3178
Tel. 860.240.2535
Fax: 860-240-2701
Email: david.lawton@morganlewis.com

Shannon B. Wolf
Morgan Lewis & Bockius LLP
One State Street
Hartford, CT 06103-3178
Tel. 860.240.2590
Fax: 860-240-2701
Email: shannon.wolf@morganlewis.com

**WHEREFORE**, the QTBC Noteholder Group respectfully requests that all Parties take notice of the new contact information herein and that the contact information be updated in CM/ECF as well as the Master Mailing List.

[*Remainder of page intentionally blank, signature page follows*.]

Respectfully submitted.

In San Juan, Puerto Rico, this 3rd day of September, 2019.

          **Correa-Acevedo & Abesada Law Offices, PSC**
          Centro Internacional de Mercadeo, Torre II
          # 90 Carr. 165, Suite 407
          Guaynabo, P.R. 00968
          Tel. (787) 273-8300; Fax (787) 273-8379

          /s/ Sergio Criado
          USDC-PR No. 226307
          E-Mail: scriado@calopsc.com

          **Morgan, Lewis & Bockius LLP**
          One State Street
          Hartford, CT 06103-3178
          Tel. 860.240.2700
          Fax: 860-240-2701

          /s/ *Kurt A. Mayr*
          Email: kurt.mayr@morganlewis.com

          /s/ *David L. Lawton*
          Email: david.lawton@morganlewis.com

          */s/ Shannon B. Wolf*
          Email: shannon.wolf@morganlewis.com

          *Co-Counsel for the QTCB Noteholder Group*

**I HEREBY CERTIFY** that on September 3, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notifications of such filing to all attorneys of record.

**Correa Acevedo & Abesada Law Offices, PSC**
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R. 00968
Tel. (787) 273-8300; Fax (787) 273-8379

*/s/ Sergio Criado*
Sergio Criado
USDC-PR No. 226307
E-Mail: scriado@calopsc.com