Hearing Date: September 11, 2019 at 9:30 a.m. AST

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

**AAFAF'S JOINDER IN THE REPLY OF PUERTO RICO SALES TAX FINANCING CORPORATION IN SUPPORT OF SUPPLEMENT OF PUERTO RICO SALES TAX FINANCING CORPORATION TO THIRTEENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO DUPLICATE CLAIMS [ECF NO. 8590]**

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), on its own behalf and as an entity authorized to act on behalf of all of Puerto Rico's governmental entities,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

including the Debtor Puerto Rico Sales Tax Financing Corporation ("COFINA"), by the *Enabling Act of the Fiscal Agency and Financial Advisory Authority*, Act 2-2017, hereby joins in the *Reply of the Puerto Rico Sales Tax Financing Corporation in Support of Supplement of Puerto Rico Sales Tax Financing Corporation to Thirteenth Omnibus Objection (Non-Substantive) to Duplicate Claims* [ECF No. 8590] (the "Reply"), filed by and through the Financial Oversight and Management Board for Puerto Rico, as COFINA's representative pursuant to Section 315(b) of PROMESA.[2] AAFAF hereby joins the Reply and requests that the Court overrule Peter Hein's objections, as those objections are discussed in COFINA's Supplement to the Thirteenth Omnibus Objection and the Reply, and grant COFINA's Thirteenth Omnibus Objection with respect to Mr. Hein's Claims. AAFAF also hereby reserves all rights in regard to Mr. Hein's objections and Claims.

[*Remainder of page intentionally left blank.*]

---

[2] Capitalized terms used but not defined herein carry the same meanings ascribed to them in the Reply.

2

Dated: September 3, 2019
       San Juan, Puerto Rico

Respectfully submitted,

| /s/ *Peter Friedman* | */s/ Luis C. Marini-Biaggi* |
|---|---|
| John J. Rapisardi | Luis C. Marini-Biaggi |
| Suzzanne S. Uhland | USDC No. 222301 |
| (Admitted *Pro Hac Vice*) | Email: lmarini@mpmlawpr.com |
| **O'MELVENY & MYERS LLP** | |
| 7 Times Square | Carolina Velaz-Rivero |
| New York, New York 10036 | USDC No. 300913 |
| Tel: (212) 326-2000 | E:mail: cvelaz@mpmlawpr.com |
| Fax: (212) 326-2061 | |
| | **MARINI PIETRANTONI MUÑIZ LLC** |
| -and- | 250 Ponce de Leon Ave., Suite 900 |
| | San Juan, Puerto Rico 00918 |
| Peter Friedman | Tel: (787) 705-2171 |
| (Admitted *Pro Hac Vice*) | Fax: (787) 936-7494 |
| 1625 Eye Street, NW | |
| Washington, D.C. 20006 | *Co-Attorneys for the Puerto Rico Fiscal* |
| Tel: (202) 383-5300 | *Agency and Financial Advisory Authority* |
| Fax: (202) 383-5414 | |

*Attorneys for the Puerto Rico Fiscal*
*Agency and Financial Advisory Authority*