UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER REGARDING TRANSLATION OF CERTAIN
RESPONSES TO DEBTORS' SIXTY-FOURTH OMNIBUS OBJECTION

   The Court has received the responses of Mr. Jesus Librada Sanz (Docket Entry Nos. 8555 and 8556 in Case No. 17-3283[2], the "Responses") to the *Sixty-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims Based on Investments in Mutual Funds* (Docket Entry No. 8297, the "Sixty-Fourth Objection").  To the extent that Debtors intend to continue to prosecute the Sixty-Fourth Objection with respect to the claims that are the subject of the Responses, counsel to the Oversight Board are directed to file certified translations of the Responses either contemporaneously with the Commonwealth's replies in support of the Sixty-Fourth Objection or, if such translations are filed separately, on or before **September 9, 2019 at 12:00 p.m. (Atlantic Standard Time)**.

   SO ORDERED.

Dated: September 4, 2019

          /s/ Laura Taylor Swain
          LAURA TAYLOR SWAIN
          United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] All docket entry references are to entries in Case No. 17-3283, unless otherwise specified.