# EXHIBIT K

| | |
|---|---|
| **From:** | Bassett, Nicholas <nicholasbassett@paulhastings.com> |
| **Sent:** | Wednesday, September 4, 2019 3:43 PM |
| **To:** | Mashberg, Gregg M.; McKeen, Elizabeth L. |
| **Cc:** | lucdespins@paulhastings.com; Worthington, James B. |
| **Subject:** | PREPA Discovery |

[EXTERNAL MESSAGE]

Gregg and Liz,

Following up on our call, and as I just informed Gregg separately, after further consideration and in an effort to avoid motion practice, the Committee has decided that it will withdraw its pending document requests and Rule 30(b)(6) deposition notices relating to BDO. The Committee is not, however, prepared to withdraw its deposition notice directed to Jose Ortiz.

As I mentioned on the call, we believe it would be most efficient for PREPA to refrain from engaging in motion practice relating to Mr. Ortiz's deposition until after the Court has issued a decision on the Committee's pending objection to Judge Dein's August 2 order. If PREPA nevertheless plans to file a motion for protective order today, please let me know.

With respect to the litigation schedule, I have conferred with the Fuel Line Lenders' counsel regarding the issues we discussed and hope to get back to you shortly. Please let me know once the Government Parties have decided how long they need to complete the remaining document productions called for by the August 2 order and are prepared to continue discussing an extension of the schedule.

Regards,
Nick

---



**Nick Bassett | Of Counsel**
Paul Hastings LLP | 875 15th Street, N.W., Washington, DC 20005 | Direct: +1.202.551.1902 | Main: +1.202.551.1700 | Fax: +1.202.551.0402 | nicholasbassett@paulhastings.com | www.paulhastings.com

*********************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.