# EXHIBIT L

| | |
|---|---|
| **From:** | Bassett, Nicholas <nicholasbassett@paulhastings.com> |
| **Sent:** | Friday, August 16, 2019 2:30 PM |
| **To:** | Mashberg, Gregg M. (Proskauer Rose LLP); Clark, Brandon C.; Jones, Jennifer L.; Stafford, Laura (Proskauer Rose LLP); Dale, Margaret A. (Proskauer Rose LLP); ebarak@proskauer.com; Carino, Elisa M.; Possinger, Paul V. (Proskauer Rose LLP); McKeen, Elizabeth L.; Pavel, Ashley; Friedman, Peter; Mitchell, Nancy; Yang, Roger; Roth, Joseph L. |
| **Cc:** | lucdespins@paulhastings.com; Jimenez, Pedro; Bliss, James R.; Worthington, James B.; Zwillinger, Zachary S.; Mason, Richard G.; Wolf, Amy R.; Kleinhaus, Emil A.; Celentino, Joseph C.; Lynch, John F.; Fell, Jamie (Simpson Thacher & Bartlett LLP); sarah.phillips@stblaw.com; Friedman, Bryce L. (Simpson Thacher & Bartlett LLP); Baker, Nicolas (Simpson Thacher & Bartlett LLP); Herring, Angela K.; Rolando Emmanuelli Jiménez |
| **Subject:** | PREPA - Supplemental Discovery Requests |
| **Attachments:** | PREPA 9019 -- Second Supp. 30(b)(6) Notice to PREPA.pdf; PREPA 9019 -- Second Supp. 30(b)(6) Notice to AAFAF.pdf; PREPA 9019 -- Fourth Set of Document Requests to FOMB AAFAF PREPA.pdf; PREPA 9019 -- Depo Notice to Jose Ortiz.pdf; PREPA 9019 -- Second Supp 30(b)(6) Notice to FOMB.pdf; mg_info.txt |

**[EXTERNAL MESSAGE]**

Counsel:

Please find attached (i) document requests and Rule 30(b)(6) deposition notices directed to the Government Parties concerning work performed by BDO Puerto Rico that may relate to matters at issue in the 9019 Motion, and (ii) a deposition notice directed to Jose Ortiz.

The Committee is serving the BDO Puerto Rico-related discovery at this time in light of the Oversight Board's recent announcement of an investigation into the services provided by BDO Puerto Rico to certain Commonwealth agencies and instrumentalities, including PREPA, and other recent developments.

The Committee is serving the deposition notice upon Jose Ortiz at this time for several reasons, including that (i) he has made numerous recent public statements concerning the RSA and its relationship to the proposed transformation, which the Committee is entitled to explore in a deposition, (ii) PREPA/AAFAF are no longer presenting Christian Sobrino as a witness in support of the 9019 Motion and have yet to designate another government official to testify in his place, and (iii) as a result of Judge Dein's August 2 order, we will be receiving documents from Mr. Ortiz and will likely want to question him about those documents.

We are available to meet and confer as to scheduling and other issues.

Regards,
Nick



**Nick Bassett** | **Of Counsel**
Paul Hastings LLP | 875 15th Street, N.W., Washington, DC 20005 | Direct: +1.202.551.1902 | Main: +1.202.551.1700 | Fax: +1.202.551.0402 | nicholasbassett@paulhastings.com | www.paulhastings.com