UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 4780-LTS |

## ORDER

This matter is before the Court on the *Urgent Motion for Expedited Consideration of AAFAF and PREPA's Urgent Motion for Protective Order Quashing Official Committee of Unsecured Creditors Deposition Notice to Jose Ortiz* (Dkt. No. 8611 in Case No. 3283; Dkt. No. 1626 in Case No. 4780) (the "Urgent Motion") by the Puerto Rico Fiscal Agency and Financial

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Advisory Authority ("AAFAF") and the Puerto Rico Electric Power Authority ("PREPA"). Taking note of the agreement among the parties, and finding good cause for the requested relief, the Court hereby ALLOWS the Urgent Motion and sets the following briefing schedule for *AAFAF and PREPA's Urgent Motion for Protective Order Quashing Official Committee of Unsecured Creditors Deposition Notice to Jose Ortiz* (Dkt. No. 8610 in Case No. 3283; Dkt. No. 1625 in Case No. 4780) (the "Motion"):

1. Any opposition shall be due by **September 6, 2019**.

2. Any reply shall be due by **September 9, 2019**.

3. The Court will thereafter take the Motion on submission.

This resolves Dkt. No. 8611 in Case No. 3283 and Dkt. No. 1626 in Case No. 4780.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: September 5, 2019