## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br><br><br>Case No. 17 BK 3283-LTS<br>(Jointly Administered) |

## MOTION TO INFORM APPEARANCE OF CANTOR-KATZ COLLATERAL MONITOR, LLC AT OMNIBUS HEARING SCHEDULED FOR SEPTEMBER 11, 2019

**TO THE HONORABLE COURT:**

**COMES NOW,** Cantor-Katz Collateral Monitor, LLC (the "Collateral Monitor"), by and through its undersigned counsel, hereby submits this motion to inform in compliance with this Honorable Court's *Hearing Procedures Order* [Dkt. No. 8592], and respectfully states as follows:

1.     Douglas S. Mintz and/or Peter J. Amend, of Orrick, Herrington & Sutcliffe LLP, will appear in person on behalf of the Collateral Monitor at the Hearing (as defined in the Hearing Procedures Order) on September 11, 2019 in Courtroom 17C at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.   Mr. Mintz and/or Mr. Amend may present argument with respect to the following:

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

a. *Urgent Joint Motion by the DRA Parties Requesting that the Objection of Official Committee of Unsecured Creditors to Claim Of Government Development Bank for Puerto Rico be Subject to the Order Regarding Stay and Mandatory Mediation* (Docket No. 8551) and all other motions, responses or filings related thereto.

2. Carmen D. Conde Torres, Esq. and Luisa S. Valle Castro, Esq. will attend the hearing and be seated at in the San Juan courtroom.

3. The Collateral Monitor reserves the right to respond, as necessary, to any statements made at the Hearing or otherwise by any party in connection with the above-captioned Title III case.

**WHEREFORE**, for the foregoing reasons, the Collateral Monitor respectfully requests that this Honorable Court take notice of its compliance with the Hearing Procedures Order.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 5th day of September 2019.

**WE HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties appearing in said system including the US Trustee and to all those parties registered to receive notice within the electronic notification service.

/s/*Carmen D. Conde Torres*
Carmen D. Conde Torres, Esq.
USDC 207312

/s/*Luisa S. Valle Castro*
Luisa S. Valle Castro, Esq.
USDC No. 215611

**C. CONDE & ASSOC.**
254 San José Street, 5th Floor
Old San Juan, Puerto Rico  00901
Telephone:  787-729-2900;
Facsimile:  787-729-2203
E-mail:condecarmen@condelaw.com
*Counsel for Cantor-Katz Collateral Monitor, LLC*

/s/ *Douglas S. Mintz*
Douglas S. Mintz, Esq.
(admitted pro hac vice)

/s/ *Peter J. Amend*
Peter J. Amend, Esq.
(admitted pro hace vice)

**ORRICK, HERRINGTON &
SUTCLIFFE LLP**
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone:  (202) 339-8400
Facsimile:  (202) 339-8500

*Counsel for Cantor-Katz Collateral
Monitor LLC,*