# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*[1],<br><br>                    Debtors. | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Local Bankruptcy Rule 9009-1(d)(3)(A), David J. Ball hereby withdraws his appearance as counsel for Canyon Capital Advisors, LLC, River Canyon Fund Management, LLC, Davidson Kempner Capital Management LP, OZ Management, LP, and OZ Management II LP (collectively, the "QTCB Noteholder Group") in the above-captioned matter and requests to be removed from the CM/ECF notification list and the official service list.

PLEASE TAKE NOTICE that the QTCB Noteholder Group will continue to be represented by Kurt A. Mayr, David L. Lawton, and Shannon B. Wolf of Morgan, Lewis &

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers listed as Bankruptcy Case numbers due to software limitations).

Bockius LLP and Sergio Criado of Correa, Acevedo & Abesada Law Offices, PSC. There are no motions pending before this Court filed by or against QTCB Noteholder Group, and no hearing or trial date has been scheduled as to QTCB Noteholder Group.

Respectfully Submitted,

Dated: September 6, 2019  /s/ David J. Ball
New York, NY

**BRACEWELL LLP**
David J. Ball (*pro hac vice*)
1251 Avenue of the Americas
49th Floor
New York, New York 10020
Tel. (212) 508-6100
david.ball@bracewell.com


/s/ Sergio Criado

**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Sergio Criado (USDC-PR No. 226307)
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R. 00968
Tel. (787) 273-8300; Fax (787) 273-8379
scriado@calopsc.com

**I HEREBY CERTIFY** that on September 6, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notifications of such filing to all attorneys of record.

*/s/ Sergio Criado*

**CORREA ACEVEDO & ABESADA LAW OFFICES, PSC**
Sergio Criado (USDC-PR No. 226307)
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R. 00968
Tel. (787) 273-8300; Fax (787) 273-8379
scriado@calopsc.com