Peter C. Hein
101 Central Park West, Apt 14E
New York, NY 10023

RECEIVED & FILED
2019 SEP -5 PM 4: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Clerk's Office
United States District Court
Federal Building, Room 150
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767



$7.99
US POSTAGE
09/03/2019
From 10019
0 lbs 11 ozs
Zone 7
Pitney Bowes
ComBasPrice
026W0004897224
2076604879

**PRIORITY MAIL 3-DAY™**

Hein, Peter C.
Wachtell Lipton Rosen & Katz
51 W 52nd St
New York NY 10019-6119

Estimated Delivery Date: 09/06/2019

0004

C018

THE CLERK OF THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO
FEDERAL BUILDING, STE 150
150 AVE CHARDON
SAN JUAN PR 00918-1706

USPS TRACKING #



9405 5098 9864 1512 2740 92