**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors. [1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## MOTION TO INFORM AMERINATIONAL COMMUNITY SERVICES, LLC'S APPEARANCE AT THE SEPTEMBER 11-12 OMNIBUS HEARING

**COMES NOW** AmeriNational Community Services, LLC (hereafter "AmeriNat") as servicer for the GDB Debt Recovery Authority (the "DRA") authorized to pursue and enforce the DRA's rights and remedies in any legal proceeding, including the DRA's participation as a creditor in the instant Title III case, by and through the undersigned legal counsel, and respectfully submits this motion in compliance with the Court's *Order Regarding Procedures for Attendance, Participation and Observation of September 11-12, 2019 Omnibus Hearing* (the "Scheduling Order") (Dkt. No. 8592):

   1.   Nayuan Zouairabani of McConnell Valdés, LLC will appear on behalf of AmeriNat at the September 11 - 12 omnibus hearing. (the "Hearing"). Counsel Zouairabani will appear in

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

person in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767, to present oral argument regarding:

    a. The *Urgent Joint Motion by the DRA Parties Requesting that the Objection of Official Committee of Unsecured Creditors to Claim of Government Development Bank for Puerto Rico be Subject to the Order Regarding Stay and Mandatory Mediation* (Dkt. No. 8551);

    b. The *Objection of Official Committee of Unsecured Creditors to Urgent Joint Motion by DRA Parties Requesting that Objection of Official Committee of Unsecured Creditors to Claim of Government Development Bank for Puerto Rico be Subject to Order Regarding Stay and Mandatory Mediation* (Dkt. No. 8598); and

    c. All other motions, responses, replies, or filings related to the above.

2. AmeriNat reserves the right to respond, as necessary, to any statements made at the Hearing in connection with the above-referenced pleadings or otherwise made by any party as to any related matters of the instant Title III case.

**WHEREFORE**, AmeriNat respectfully requests the Court to take note of the foregoing, and deem AmeriNat in compliance with the Scheduling Order (Dkt. 8592).

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 6th day of September, 2019.

    **MCCONNELL VALDÉS LLC**
    *Attorneys for AmeriNational Community Services, LLC*
    270 Muñoz Rivera Avenue, Suite 7
    Hato Rey, Puerto Rico 00918
    Telephone: 787-250-5632
    Facsimile: 787-759-9225

By: *s/Arturo J. García-Solá*
Arturo J. García-Solá
USDC No. 201903
Email: ajg@mcvpr.com

By: *s/Nayuan Zouairabani*
Nayuan Zouairabani
USDC No. 226411
Email: nzt@mcvpr.com

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case, and that we served the foregoing upon all the Standard Parties as identified and defined at ¶ II(A) of the Court's *Tenth Amended Notice, Case Management, and Administrative Procedures* (Dkt. No. 8027 of Case No. 17-03283 (LTS)).