UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>               Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to HTA. |

ORDER GRANTING SIXTY-FIRST OMNIBUS OBJECTION
(NON-SUBSTANTIVE) OF THE PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY TO DUPLICATE BOND CLAIMS

Upon the *Sixty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority to Duplicate Bond Claims* (Docket Entry No. 8289 in Case No. 17-3283, the "Sixty-First Omnibus Objection")[2] filed by the Puerto Rico Highways and Transportation Authority ("HTA"), dated July 26, 2019, for entry of an order disallowing in their entirety certain claims filed against HTA, as more fully set forth in the Sixty-First Omnibus Objection and the supporting exhibits thereto; and the Court having jurisdiction to consider the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Sixty-First Omnibus Objection.

Sixty-First Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Sixty-First Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and no response or objection to the Sixty-First Omnibus Objection having been interposed; and each of the claims identified in <u>Exhibit A</u> to the Sixty-First Omnibus Objection being duplicative of one or more Master Proofs of Claim filed in the HTA Title III Case; and the Court having determined that the relief sought in the Sixty-First Omnibus Objection is in the best interest of HTA, its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Sixty-First Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Sixty-First Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the claims listed on <u>Exhibit A</u> to the Sixty-First Omnibus Objection are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the claims listed on <u>Exhibit A</u> to the Sixty-First Omnibus Objection from the official claims registry in the HTA Title III Case; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: September 6, 2019

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge