UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                       Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This filing relates to the Commonwealth. |

ORDER GRANTING SIXTY-FIFTH OMNIBUS
OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH
OF PUERTO RICO TO PROOFS OF CLAIM NOS. 695, 5290, 33087, 128006

Upon the *Sixty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Proofs of Claim Nos. 695, 5290, 33087, 128006* (Docket Entry No. 8298 in Case No. 17-3283, the "Sixty-Fifth Omnibus Objection")[2] filed by the Commonwealth of Puerto Rico (the "Commonwealth"), dated July 26, 2019, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth, as more fully set forth in the Sixty-Fifth Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Sixty-

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Sixty-Fifth Omnibus Objection.

Fifth Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Sixty-Fifth Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and no response or objection to the Sixty-Sixth Omnibus Objection having been interposed; and the Court having determined that the claims identified in Exhibit A to the Sixty-Fifth Omnibus Objection (Proofs of Claim Nos. 695, 5290, 33087, 128006) seek recovery in full or in part of amounts for which the Commonwealth is not liable, and that Proofs of Claim Nos. 695 and 5290 are also partially duplicative of one or more Master Claims filed against the Commonwealth; and the Court having determined that the relief sought in the Sixty-Fifth Omnibus Objection is in the best interests of the Commonwealth and its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Sixty-Fifth Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Sixty-Fifth Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the claims identified in Exhibit A to the Sixty-Fifth Omnibus Objection are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk is authorized and directed to delete the claims identified in Exhibit A to the Sixty-Fifth Omnibus Objection from the official claims registry in the Commonwealth Title III Case; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: September 6, 2019

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge