# <u>Exhibit A</u>

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**[PROPOSED] ORDER GRANTING JOINT URGENT MOTION BY
AMBAC ASSURANCE CORPORATION, THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, THE COMMONWEALTH OF
PUERTO RICO, AND THE PUERTO RICO FISCAL AGENCY AND FINANCIAL
ADVISORY AUTHORITY, SEEKING AN ORDER GRANTING AN ADJOURNMENT
OF THE HEARING ON THE PENSIONS DISCOVERY MOTIONS**

Upon consideration of the *Joint Urgent Motion by Ambac Assurance Corporation, The Financial Oversight and Management Board for Puerto Rico, The Commonwealth of Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority, Seeking An Order Granting an Adjournment of the Hearing on the Pensions Discovery Motion,* (the "Joint Motion"),[2] and the Court having reviewed the Joint Motion and the relief requested; the Court having jurisdiction

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

[2] Capitalized terms not defined in this Order shall have the meanings ascribed to them in the Joint Motion.

over this matter pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); the Court determining that

venue of this proceeding and the Joint Motion in this District is proper under 28 U.S.C. § 1391(b)

and 48 U.S.C. § 2167(a); notice of the Joint Motion being adequate and proper under the

circumstances; upon the record of the hearing on the Joint Motion; and after due deliberation and

sufficient cause appearing; therefore, it is HEREBY ORDERED THAT:

1.      The Joint Motion is GRANTED as set forth herein;

2.      The hearing on the Pensions Discovery Motions is adjourned to the October

Omnibus Hearing, scheduled to take place on **October 30, 2019**.

SO ORDERED.

Dated: _____

                                                    _____
                                                    JUDITH GAIL DEIN
                                                    UNITED STATES MAGISTRATE JUDGE