**EXHIBIT 10**

Case:17-03283-LTS Doc#:8642-10 Filed:09/06/19 Entered:09/06/19 22:43:59 Desc: Exhibit 10 Page 1 of 2

# FILED UNDER SEAL