# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO, | TITLE III |
| As representative of | No. 17 BK 3283-LTS (JOINTLY ADMINISTER) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | |
| Debtors. | |

## MOTION TO INFORM CREDITORS APPEARANCE AT HEARING ON SIXTY-FOURTH OMNIBUS OBJECTION TO CLAIMS

**TO THE HONORABLE COURT:**

COMES NOW, Chapter 7 Trustee, Noreen Wiscovitch-Rentas, on behalf of the Bankruptcy Estate of Romualdo Rivera Andrini, Bankruptcy Case No. 18-00981-BKT and on behalf of the Noreen Wiscovitch Retirement Plan ("NW Retirement Plan") and respectfully informs the Court as follows:

1. The undersigned will be attending the hearing on Debtor's Sixty-Fourth Omnibus Objection to Claims set for September 11, 2019, at 9:30 am at the United States District Court for the District of Puerto Rico on behalf of the above named creditors.

2. This Informative Motion is in compliance with the Order Regarding Procedures for Attendance, Participation and Observation dated September 4, 2019, Dkt. No. 8592.

WHEREFORE, it is respectfully requested for the Court to take notice of the above.

I HEREBY CERTIFY that the foregoing has been sent to CM/ECF to all parties so subscribed on this 8th day of September, 2019:

1

Respectfully submitted this 8th day of Septerber 2019 in San Juan, Puerto Rico.

/s Noreen Wiscovitch-Rentas
NOREEN WISCOVITCH RENTAS, Esq.
USDC No.  213606
PMB 136
400 Kalaf Street
San Juan, Puerto Rico 00918
Tel: (787) 946-0132
noreen@nwr-law.com