UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors. [1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER APPROVING JOINT MOTION BY THE
DRA PARTIES REQUESTING THAT THE OBJECTION OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS TO CLAIM OF GOVERNMENT DEVELOPMENT BANK
FOR PUERTO RICO BE SUBJECT TO THE ORDER REGARDING STAY AND MANDATORY MEDIATION

Before Court is the *Urgent Joint Motion by the DRA Parties Requesting that the Objection of Official Committee of Unsecured Creditors to Claim of Government Development Bank for Puerto Rico be Subject to the Order Regarding Stay and Mandatory Mediation* (Docket Entry No. 8551 in Case No. 17-3283,[2] the "Motion"),[3] filed on August 23, 2019, by AmeriNational Community Services, LLC (the "Servicer"), as servicer for the GDB Debt Recovery Authority (the "DRA"), Cantor-Katz Collateral Monitor LLC, a Delaware limited liability company which serves as the collateral monitor for Wilmington Trust, N.A. in

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] All docket entry references are to entries in Case No. 17-3283, unless otherwise specified.

[3] Capitalized terms not defined herein have the same meaning as in the Motion.

connection with the new bonds that the DRA issued pursuant to the *Government Development Bank for Puerto Rico Debt Restructuring Act*, Act No. 109-2017, as amended by Act No. 147-2018, and the approved Qualifying Modification for the Government Development Bank for Puerto Rico (the "GDB")[4] under Title VI of the *Puerto Rico Oversight, Management and Economic Stability Act* (the "Collateral Monitor", and together with the Servicer, collectively, the "DRA Parties").

      Having reviewed carefully the Motion, the *Objection of Official Committee of Unsecured Creditors to Urgent Motion by DRA Parties Requesting that Objection of Official Committee of Unsecured Creditors to Claim of Government Development Bank for Puerto Rico be Subject to Order Regarding Stay and Mandatory Mediation* (Docket Entry No. 8598), and the *DRA Parties' Reply to UCC's Opposition to Urgent Joint Motion by the DRA Parties Requesting that the Objection of Official Committee of Unsecured Creditors to Claim of Government Development Bank for Puerto Rico Be Subject to the Order Regarding Stay and Mandatory Mediation* (Docket Entry No. 8637), the Court concludes that the Objection raises issues that are sufficiently related to matters presently covered by the *Order Regarding Stay Period and Mandatory Mediation* (Docket Entry No. 8244, the "Mediation Order") to warrant coverage under that order. Accordingly, the Motion is granted. The Objection is hereby stayed through November 30, 2019, deemed added to Appendix I of the Mediation Order, and made subject to mandatory mediation in accordance with the procedures set forth in the Mediation Order and as further directed by the mediation team.

      SO ORDERED.

Dated: September 9, 2019

                                                        /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                        United States District Judge

---

[4]   *See* Docket Entry No. 270 of Civil Case No. 18-01561 (LTS) (Nov. 7, 2018).