CERTIFIED TRANSLATION

[Blue ink: Case: 17-03283-LTS Doc#:8555 Filed: 08/26/19 Entered: 08/27/19 16:17:21 Desc: Main Document Page 1 of 2]

[Blue ink stamp: Received & Filed 2019 Aug 26 PM 5:19 U.S. District Court San Juan P.R.]

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as a representative of the<br><br>COMMONWEALTH of PUERTO RICO and others,<br><br>Debtors | PROMESA<br>Title III<br><br>No. 17BK3283-LTS<br><br>(Joint Administration)<br><br>The herein writing is related to the Commonwealth of Puerto Rico (ELA). |

**CASE:** 17-03283-LTS

**Doc # 8297-2**

**FILED: 07/26/19**

**ANNEXED TO:** PAG. 22-40 No. 112

**SIXTY-FOURTH COLLECTIVE OBJECTION**

**ANNEXED TO:** Bondholders without liability
No. 112 - Librada Sanz, Jesús

**Submission Date** - 6/17/2018

**Case No.:** 17 Bk03283-LTS

**DEBTOR:** The Commonwealth of Puerto Rico
Claim No.: 61126
Claim Amount: $ 30,000.00

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**RESPONSE:**

On July 24, 2008 I invested $30,0000 in the Employees Retirement System of the Government of the Commonwealth of Puerto Rico at a fixed monthly interest, interest paid until maturity: CUSIP: 29216 MBL

The State received and accepted as good that investment and the conditions, agreeing to the monthly interest payment to the invested capital payment at the maturity date, as can be read in the monthly reports that UBS as an investment agent [send] to their clients [sic].

[Blue ink: Case: 17-03283-LTS    Doc#:8555    Filed: 08/26/19    Entered: 08/27/19 16:17:21    Desc: Main Document    Page 2 of 2

Likewise, it is stated that I pay interest, which, until I stop doing so, demonstrates the acceptance of the investment and its conditions.

The lack of fulfillment by the Commonwealth of Puerto Rico [E.L.A.] of their commitments made by the E.L.A. in accordance to the Constitution and the Law, will leave in greater difficulties and more expensive for future local and international investors knowing that they are unreliable [in fulfilling] their commitments.

The Catholic Church is being forced to recognize the debt with the retired teachers of their schools and fulfill their commitments with the Catholic schools teachers that had retired or are about to retire. Justice seems different with regard to the Catholic Church and the commitments not fulfilled by the State. Those teachers were counting on their savings for retirement.

**I HEREBY CERTIFY** that today, August 23, 2019, a true and exact copy of this claim was sent to the following persons or entities:

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

(Clerk's Office)
United States District Court
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

(Oversight Board Attorney)
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
Attn: Martin J. Bienenstock
Brian S. Rosen

(Creditor's Committee Attorney)
Paul Hasting LLP
200 Park Avenue
New York, New York 10166
Attn: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz    [Illegible Signature]
**SIGNATURE**


**[Translator's Note: Henceforth the text is written in Spanish and English or in English]**


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.