CERTIFIED TRANSLATION

[Case: 17-03283-LTS Doc#: 8556 Filed: 08/26/19 Entered: 08/27/19 16:19:14 Desc: Main Document Page 1 of 2]

[Blue ink stamp: Received & Filed 2019 Aug 26 PM 5:19 U.S. District Court San Juan P.R.]

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as a representative of the<br><br>COMMONWEALTH of PUERTO RICO and others,<br><br>Debtors | PROMESA<br>Title III<br><br>No. 17BK3283-LTS<br><br>(Joint Administration)<br><br>The herein writing is related to the Commonwealth of Puerto Rico (ELA). |

Sixty-Fourth Global Objection
Annexed to: Bondholders without liability
111: L ibrada Sanz, submission date - 6/7/2018
Case No.: 17BK03283-LTS
Debtor: Commonwealth of Puerto Rico
Claim No. - 49803
Claim Amount - $280,078.00 - annex A
Updated Amount - Claimed is $329,548.61

    Based on the monthly reports that UBS sends to their investment clients; I invested in the Commonwealth of Puerto Rico Funds [E.L.A.] the following:

1. Puerto Rico Fixed Income Fund IV, Inc.
   September 25 – 12          $71,751.09 in 7,146 shares

2. Puerto Rico Fixed Income Fund, Inc.
   February 27 - 07          $492.80
   February 28 - 07          $49,009.00
   September 25-12 (6,846) items    $71,751.09

3. Puerto Rico Fixed Income FD I, Inc.



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

    December 13 -12                                   $87,073.88

4. Tax Free Puerto Rico Fund II, Inc.
    February 27- 07                                 $517.75
    February 28 - 07                               $49,466.75

On the same day, September 25 -12, two purchases were made with the same amount invested; the difference is in the number of purchased shares and two different funds.

If the information given by UBS and the amounts invested are correct, the amount claimed is $329,544.61. There was confusion in the investment of September 25 - 12 and September 25 - 12. Although the capital is similar, there are two investments, the same day. The number of different shares and the funds are also different. It is not just one.

The State received and accepted the investments amount and the conditions, and paid the interest until they failed to fulfill their commitment due to the State's bankruptcy.

[Case: 17-03283-LTS   Doc#: 8556   Filed: 08/26/19   Entered: 08/27/19 16:19:14   Desc: Main Document   Page 2 of 2]

The State agrees to accept the money, pay the interest and return the capital at maturity time

    A.    If you buy a house with a mortgage from the bank and do not pay, the bank executes the mortgage and takes your house.

    B.    If you buy a car with a loan from the bank and don't pay the loan, you won't have the car.

    C.    The Catholic Church is obliged to recognize the debt and forced to pay to the retired teachers from their schools.

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

We all have the right to private property and its enjoyment, the result of work and savings of a lifetime. The right of senior persons to a safe and peaceful lifestyle, free from fraud and deception. However,

1. It seems that the State has an interest in causing me irreparable economic damage at my age of 83 years old and some months.

2. The lack of fulfillment of commitments causes frustration, anxiety, insecurity of the future among the seniors, mistrust and depression.

3. Moral and social damage, because the trust in state institutions is lost; deplorable model of irresponsible and unfair behavior that will justify similar actions from citizens.

4. The worst part is that these actions that transgress commitments seem favored by Justice.

**I HEREBY CERTIFY** that today, August 23, 2019, a true and exact copy of this claim was sent to the following persons or entities:

(Clerk's Office)
United States District Court
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

(Oversight Board Attorney)
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
Attn: Martin J. Bienenstock
Brian S. Rosen

(Creditor's Committee Attorney)
Paul Hasting LLP
200 Park Avenue


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

New York, New York 10166
Attn: Luc A. Despins
James Bliss
James Worthington
G. Alexander Bongartz     [Illegible Signature]
                          **SIGNATURE**

**[Translator's Note: Henceforth the text is written in Spanish and English or in English]**

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.