## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>THIS PLEADING RELATES ONLY TO THIS TITLE II CASE[2]<br><br>(Jointly Administered)<br><br>Re: Docket No. 8297 |

### MOTION TO INFORM APPEARANCE AT SEPTEMBER 11, 2019 HEARING WITH REGARDS TO DEBTORS' SIXTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (DKT. 8297)

COME NOW, Jorge A. Diaz Mayoral and Juan A. Frau Escudero ("Movants"), and, very respectfully, inform the Court as follows:

1. Pursuant to the Court's Order Regarding Procedures for Attendance, Participation and Observation dated September 4, 2019 (Dkt. No. 8592), the movants hereby inform that the undersigned, Attorney Monique Diaz Mayoral, will personally appear and represent them at the hearing set for September 11, 2019, at 9:30 am at the United States District Court for the District of Puerto Rico.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] This clarification is made in accordance to the Court's *Order (A) Pursuant to PROMESA Section 304(G), Directing Joint Administration of Initial Title III Cases and Additional Title III Cases, and (B) Pursuant to Section 105(A) of The Bankruptcy Code, Making Certain Orders Entered on First Day Pleadings Applicable to the Additional Title III Cases.* See, Docket No. 167 at ¶ 5 of p. 4.

2. Attorney Diaz Mayoral will appear, in person, at the San Juan courtroom with respect to Debtor's Sixty-Fourth Omnibus Objection to Claims (Docket No. 8297), the Movants' Response (Docket No. 8564 and 8609); the Debtor's Reply (Docket No. 8646); all other motions, responses, replies, or filings related to the above including other creditor's responses and the Debtors' replies (such as Docket No. 8608); and movant's supplements or amendments to their proofs of claim, if any. Also, Attorney Diaz Mayoral has been authorized to substitute counsel for other creditors, who has also requested to appear in person in San Juan (Docket No. 8645) with respect to Dkts. 8297, 8562, 8563 and 8608, if it becomes necessary, because of a hearing conflict.

3. The right to respond, as necessary, to any other matters raised by the Court or other parties or any statements made at the September 11, 2019 Hearing in connection with the above-referenced pleadings or otherwise made by any party as to any related matters of the instant Title III case is expressly reserved.

WHEREFORE, the movants herein, Mr. Diaz Mayoral and Mr. Frau Escudero, respectfully request that this Honorable Court take notice of the above, deem that the movants have complied with the Order in Docket No. 8592 and allow their appearance.

I HEREBY CERTIFY that the foregoing has been filed with the Court's CM/ECF which will automatically send an exact copy to all parties so subscribed on this 9th day of September, 2019, including the attorneys for the Financial Oversight and Management Board as representative for the Commonwealth: Hermann D. Bauer and Daniel J. Pérez-Refojos, both of O'neill & Borges, LLC and Martin J. Bienenstock of Proskauer Rose, LLP.

-3-

RESPECTFULLY SUBMITTED, in San Juan, PR, this 9th day of September, 2019.

Attorney for
Jorge A. Díaz Mayoral and
Juan A. Frau Escudero

s/Monique J. Díaz Mayoral
Monique J. Díaz Mayoral
USDC-PR No. 225712
diazmayorallaw@gmail.com
P.O. Box 364134
San Juan PR 00936-4134
Tel. 787-552-2000
Fax 1-888-620-2043