## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>     as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>             Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

### INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE
### HEARD AT THE SEPTEMBER 11-12, 2019 OMNIBUS HEARING

The Ad Hoc Group of PREPA Bondholders (collectively, the "**Ad Hoc Group**") submit this informative motion in response to the Court's *Order Regarding Procedures for Attendance, Participation and Observation of September 11-12, 2019 Omnibus Hearing* (the "**Order**") setting forth guidelines for parties wishing to be heard at the September 11-12, 2019 omnibus hearing (the "**Hearing**").

1.    The Order requests that counsel who intend to speak at the Hearing file an informative motion stating the names of all attending counsel and identifying the party for which they intend to appear, the agenda items in connection with which they intend to speak, and the location (New York or San Juan) at which they intend to appear.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("**COFINA**") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("**HTA**") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("**ERS**") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("**PREPA**") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2.      Natan M. Hamerman of Kramer Levin Naftalis & Frankel LLP will appear in person on behalf of the Ad Hoc Group at the Hearing in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

3.      Mr. Hamerman does not intend to present argument. The Ad Hoc Group reserve their right to be heard on any other matter raised by any party at the Hearing related to the Title III cases or the interests of the Ad Hoc Group.

*[Remainder of Page Intentionally Left Blank]*

We hereby certify that, on this same date, we electronically filed the foregoing with the

clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today September 9, 2019.

| | |
|---|---|
| **TORO COLÓN MULLET P.S.C.**<br>P.O. Box 195383<br>San Juan, PR 00919-5383<br>Tel.: (787) 751-8999<br>Fax: (787) 763-7760 | **KRAMER LEVIN NAFTALIS &**<br>**FRANKEL LLP**<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Tel.: (212) 715-9100<br>Fax: (212) 715-8000 |
| */s/ Manuel Fernández-Bared*<br>MANUEL FERNÁNDEZ-BARED<br>USDC-PR No. 204,204<br>E-mail: mfb@tcm.law | */s/ Alice J. Byowitz*<br>AMY CATON*<br>THOMAS MOERS MAYER*<br>MICHAEL J. DELL*<br>NATAN M. HAMERMAN* |
| */s/ Linette Figueroa-Torres*<br>LINETTE FIGUEROA-TORRES<br>USDC-PR No. 227,104<br>E-mail: lft@tcm.law | ALICE J. BYOWITZ*<br>Email: acaton@kramerlevin.com<br>tmayer@kramerlevin.com<br>mdell@kramerlevin.com |
| */s/ Nayda Perez-Roman*<br>NAYDA PEREZ-ROMAN<br>USDC–PR No. 300,208<br>E-mail: nperez@tcm.law | nhamerman@kramerlevin.com<br>abyowitz@kramerlevin.com<br>*Admitted Pro Hac Vice* |
| *Counsel for the Ad Hoc Group of PREPA Bondholders* | *Counsel for the Ad Hoc Group of PREPA Bondholders* |