# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) | No. 17 BK 3283-LTS |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, | ) | No. 17 BK 3283-LTS |
| | ) | |
| PUERTO RICO HIGHWAYS & | ) | No. 17 BK 3567-LTS |
| TRANSPORTATION AUTHORITY, | ) | (This Filing Relates to |
| | ) | These Debtors) |
| Debtor. | ) | |

## PEAJE INVESTMENTS LLC AND DAVIDSON KEMPNER CAPITAL MANAGEMENT LP'S INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD AT THE SEPTEMBER 11-12, 2019 OMNIBUS HEARING

The undersigned, counsel to Peaje Investments LLC ("Peaje") and Davidson Kempner Capital Management LP ("Davidson Kempner"), parties-in-interest in the above-captioned Title III cases, hereby submit this Informative Motion in response to the Court's September 4 Order (*see* Case No. 17 BK 3283-LTS [Dkt. No. 8592]) (the "Order") concerning attendance at the September 11-12 Omnibus Hearing (the "Hearing").

Pursuant to the Order, the undersigned counsel hereby informs the Court that Dora L. Monserrate Peñagarícano and/or Richard J. Schell of the firm Monserrate Simonet & Gierbolini, LLC will attend the Hearing in the San Juan courtroom and reserve the right to present argument

with respect to any agenda item and respond as necessary to any statements made by any party which implicate Peaje's or Davidson Kempner's interests. In addition, Allan S. Brilliant and/or Michael S. Doluisio and/or Yehuda Goor of Dechert LLP reserve the right to attend the Hearing in the New York courtroom and present argument with respect to any agenda item and respond as necessary to any statements made by any party which implicate Peaje's or Davidson Kempner's interests.

**RESPECTFULLY SUBMITTED**, this 9th day of September, 2019.

| | |
|---|---|
| **MONSERRATE SIMONET & GIERBOLINI, LLC** | **DECHERT LLP** |
| | */s/ Allan S. Brilliant* |
| Dora L. Monserrate Peñagarícano | Allan S. Brilliant (*pro hac vice)* |
| USDC-PR No. 212612 | G. Eric Brunstad, Jr. (*pro hac vice*) |
| 101 San Patricio Avenue | Yehuda Goor (*pro hac vice*) |
| Maramar Plaza, Suite 1120 | 1095 Avenue of the Americas |
| Guaynabo, Puerto Rico 00968 | New York, NY 10036-6797 |
| Phone: (787) 620-5300 | allan.brilliant@dechert.com |
| Fax: (787) 620-5305 | eric.brunstad@dechert.com |
| | yehuda.goor@dechert.com |
| | Tel: (212) 698-3500 |
| | Fax: (212) 698-3599 |

*Attorneys for Peaje Investments LLC and Davidson Kempner Capital Management LP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of September 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification to all counsel of record of such filing.

Dated: September 9, 2019

>  */s/ Brett Stone*
> By: Brett Stone
> Title: Paralegal, Dechert LLP