# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the**<br>**Commonwealth.** |

## NOTICE OF (A) WITHDRAWAL OF OBJECTIONS TO CERTAIN CLAIMS AND (B) SUBMISSION OF AMENDED EXHIBITS TO CLAIM OBJECTIONS

To the Honorable United States District Court Judge Laura Taylor Swain:

1.      Scheduled for hearing on September 11, 2019 are certain objections (each, an "Objection") to claims filed against the Commonwealth of Puerto Rico (the "Commonwealth").

2.      In light of the withdrawals of certain proofs of claim by the claimants, the Commonwealth, by and through the Financial Oversight and Management Board (the "Oversight Board"), as the Commonwealth's and HTA's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] respectfully submits

---

[1]      The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]      PROMESA has been codified in 48 U.S.C. §§ 2101–2241.

herewith amended versions of exhibits accompanying certain claims objections, with the following

changes reflected:

- Exhibits A and D to the *Sixty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to COFINA Bondholder Claims*, ECF No. 8292, withdrawing the Commonwealth's objections as to Proofs of Claim Nos. 22178 and 36253.

The Debtors reserve their rights to object to any of the above-referenced proofs of claim on

any grounds whatsoever.

[*Remainder of page intentionally left blank*]

2

Dated: September 9, 2019
San Juan, Puerto Rico

Respectfully submitted,

*s/ Luis F. del Valle*
Luis F. del Valle-Emmanuelli
USDC-PR No. 209514
P.O. Box 79897
Carolina, Puerto Rico 00984-9897
Tel. 787.647.3503
Fax. 787.763.8260
dvelawoffices@gmail.com

**OF COUNSEL FOR
A&S LEGAL STUDIO, PSC**
434 Avenida Hostos
San Juan, PR 00918
Tel: (787) 751-6764/ 763-0565
Fax: (787) 763-8260

/s/ *Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Co-attorneys for the Financial Oversight
and Management Board for Puerto Rico, as
representative of the Commonwealth of
Puerto Rico*

## **ATTACHMENT 1**

*Sixty-Third Objection (Substantive) of the Commonwealth of Puerto Rico to COFINA Bondholder Claims:*

**Amended Exhibit D (Proposed Order) and Exhibit A (Schedule of Claims Subject to the Sixty-Third Omnibus Objection)**