# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | THIS PLEADING RELATES ONLY TO THIS TITLE II CASE |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors. | Re: Docket No. 8297 |

### MOTION TO INFORM APPEARANCE
### AT SEPTEMBER 11, 2019 HEARING WITH REGARDS TO
### DEBTORS' SIXTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (DKT. 8297)

**COME NOW BY COUNSEL**, Claimants Patrick D. O'Neill, Edlin S. Buitrago Huertas, Camen M. Huertas, José Buitrago and Helvia Caparros Santos (collectively "Movants"), and respectfully, inform the Court as follows:

1. Pursuant to the Court's Order Regarding Procedures for Attendance, Participation and Observation dated September 4, 2019 (Dkt. No. 8592), the movants hereby inform that the undersigned, Attorney Charles P. Gilmore, will be attending the hearing set for September 11, 2019, at 9:30 am at the United States District Court for the District of Puerto Rico.

2. Attorney Charles P. Gilmore will appear, in person, in the San Juan courtroom with respect to Debtor's Sixty-Fourth Omnibus Objection to Claims (Docket No. 8297), the Movants' Response (Dockets Nos. 8600 - 8605); the Debtor's Reply (Docket No. 8646); all other motions, responses, replies, or filings related to the above, including other creditor's responses; and movant's supplements or amendments to their proofs of claim, if any. Attorney Charles P. Gilmore has been authorized to appear for movants as he is a partner of movants' law firm, O'Neill & Gilmore Law Office LLC.

-2-

3. The right to respond, as necessary, to any matters raised by the Court or any statements made at the September 11, 2019 hearing in connection with the above-referenced pleadings or otherwise is expressly reserved.

4. This Informative Motion is filed in compliance with the Order Regarding Procedures for Attendance, Participation and Observation dated September 4, 2019, Dkt No. 8592.

WHEREFORE, the movants herein respectfully request that this Honorable Court take notice of the above, deem that the movants have complied with the Order in Docket No. 8592 and allow the appearance of Atty. Charles P. Gilmore on their behalf and as their counsel.

I HEREBY CERTIFY that the foregoing has been filed with the Court's CM/ECF which will automatically send an exact copy to all parties so subscribed on this 9th day of September, 2019, including the attorneys for the Financial Oversight and Management Board as representative for the Commonwealth: Hermann D. Bauer and Daniel J. Pérez-Refojos, both of O'Neill & Borges, LLC and Martin J. Bienenstock of Proskauer Rose, LLP.

RESPECTFULLY SUBMITTED,

In San Juan, today the 9th day of September 2019.

By: _s/ *Charles P. Gilmore*
Charles P. Gilmore
USDC PR 209614

O'NEILL & GILMORE
LAW OFFICE LLC
Suite 1701 City Towers
252 Ponce de León Avenue
San Juan, Puerto Rico
Tel: 787 620 0670
Fax: 787 620 0671
Email: cpg@go-law.com