UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### INFORMATIVE MOTION OF FINANCIAL OVERSIGHT AND MANAGEMENT BOARD REGARDING SEPTEMBER 11-12, 2019 OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

Pursuant to the Court's *Order Regarding Procedures for Attendance, Participation and Observation of September 11-12, 2019 Omnibus Hearing* [ECF No. 8592], the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative of The Commonwealth of Puerto Rico (the "Commonwealth") pursuant to § 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act, codified at 48 U.S.C. §§ 2101–2241 ("PROMESA"), respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. <u>The Oversight Board</u> will be in attendance in Puerto Rico to present oral argument on any relevant matters at the Omnibus Hearing starting on **September 11-12, 2019 at 9:30 a.m. (AST)**.

2. <u>Martin J. Bienenstock</u> will be in attendance in Puerto Rico or New York to represent the Oversight Board on (i) the status reports requested by the Court, (ii) any matters related to claims objections, (iii) any matters related to fee applications, and (iv) any other matters scheduled to be heard.

3. <u>Michael Firestein</u> will be in attendance in Puerto Rico to represent the Oversight Board on (i) the *Motion to Compel Brought by Individual COFINA Bondholder* [Case No. 17-3283, ECF No. 8487], (ii) any matters related to claims objections, and (iii) any other matters scheduled to be heard.

4. <u>Laura Stafford</u> will be in attendance in Puerto Rico to represent the Oversight Board on (i) the *Motion to Compel Brought by Individual COFINA Bondholder* [Case No. 17-3283, ECF No. 8487], (ii) any matters related to claims objections, and (iii) any other matters scheduled to be heard.

5. <u>Party for which counsel will appear</u>: The Oversight Board.

Dated: September 9, 2019
    New York, NY

    Respectfully submitted,

    */s/ Hermann D. Bauer*
    Hermann D. Bauer
    USDC No. 215205
    **O'NEILL & BORGES LLC**
    250 Muñoz Rivera Ave., Suite 800
    San Juan, PR 00918-1813
    Tel: (787) 764-8181
    Fax: (787) 753-8944
    Email: hermann.bauer@oneillborges.com

    Martin J. Bienenstock (*pro hac vice*)
    Brian S. Rosen (*pro hac vice*)
    Paul V. Possinger (*pro hac vice*)
    **PROSKAUER ROSE LLP**
    Eleven Times Square
    New York, NY 10036
    Tel: (212) 969-3000
    Fax: (212) 969-2900
    Email: mbienenstock@proskauer.com
    Email: brosen@proskauer.com
    Email: ppossinger@proskauer.com

    *Attorneys for The Financial Oversight and Management Board for Puerto Rico, as representative of The Commonwealth of Puerto Rico*