UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | PROMESA<br>Title III |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS |
| As a representative of | **(Jointly Administered)** |
| **THE COMMONWEALTH OF PUERTO RICO** *et al.*, | Re: Dkt. No. 8592 |
| Debtors.[1] | **Hearing date:** September 11, 2019 at 9:30 a.m. (Atlantic Standard Time) |

**INFORMATIVE MOTION OF THE FEE EXAMINER PURSUANT TO ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION, AND OBSERVATION OF SEPTEMBER 11-12, 2019 OMNIBUS HEARING**

The Fee Examiner files this informative motion pursuant to the *Order Regarding Procedures for Attendance, Participation and Observation of September 11-12, 2019 Omnibus Hearing* [Dkt. No. 8592].  In support, the Fee Examiner respectfully states that:

1.  On September 3, 2019, the Fee Examiner filed the *Fee Examiner's Preliminary Status Report on Continuing Review Process for McKinsey & Company, Inc. as Consultant to the Financial Oversight and Management Board* [Dkt. No. 8588] (the "**McKinsey Status Report**").

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. The Fee Examiner's review of fee applications covering the Sixth Interim Fee Period (February 1, 2019 to May 31, 2019) is underway, with reporting and recommendations expected in connection with the October 30, 2019 omnibus hearing.

3. The applications approved in connection with the June and July omnibus hearings, *see* Dkt. Nos. 7670, 8189, and the timing of the Sixth Interim Fee Period applications preclude the need for a substantive report and recommendations on September 11, 2019. Nevertheless, it is appropriate to note here that the total fees and expenses submitted in these proceedings now stands at more than $506 million, with 56 professional firms that have submitted applications for the Fee Examiner's review. The effect of the *Order Regarding Stay Period and Mandatory Mediation,* Dkt. No. 8244, hopefully diminishing fees and expenses, should be reflected beginning in the Seventh Interim Fee Period (June 1, 2019 through September 30, 2019). Professional fees for the mediation process and the Appointments Clause appeal to the U.S. Supreme Court next month will also be reflected in that period.

4. The Fee Examiner is in productive discussions regarding several deferred fee applications for the fifth interim fee period (October 1, 2018 through January 31, 2019), including those of Proskauer Rose LLP [Dkt. Nos. 7045, 7047, 7049, 7052, 7054], and the Fee Examiner expects to submit a supplemental report, Certificate of No Objection, and proposed order for their approval, with adjustments, no later than September 25, 2019.

5. The Fee Examiner and counsel, Katherine Stadler of Godfrey & Kahn, S.C. and Eyck Lugo of Edge Legal Strategies, PSC, will appear in person to respond to questions regarding the McKinsey Status Report and any matters raised by the Court or by any party in connection with professional fees—all in Courtroom 3 of the United States District Court for the

District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.  No additional persons representing the Fee Examiner will appear at the hearing.

Dated this 9th day of September, 2019.

WE HEREBY CERTIFY that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

EDGE Legal Strategies, PSC


  *s/Eyck O. Lugo*
Eyck O. Lugo
Vilmarys M. Quiñones Cintrón
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Telephone:  (787) 522-2000
Facsimile:  (787) 522-2010

*Puerto Rico Counsel for Fee Examiner*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone:  (608) 257-3911
Facsimile:  (608) 257-0609

Katherine Stadler (*Pro Hac Vice*)

*Counsel for the Fee Examiner*

21144270.1