UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### ORDER GRANTING SIXTY-THIRD OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO COFINA BONDHOLDER CLAIMS

Upon the *Sixty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to COFINA Bondholder Clams* (Docket Entry No. 8292, the "Sixty-Third Omnibus Objection")[2] filed by the Commonwealth of Puerto Rico (the "Commonwealth"), dated July 26, 2019, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth, as more fully set forth in the Sixty-Third Omnibus Objection and supporting

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Sixty-Third Omnibus Objection.

exhibits thereto; and the Court having jurisdiction to consider the Sixty-Third Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Sixty-Third Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and no responses or objections to the Sixty-Third Omnibus Objection having been interposed; and the Court having determined that the claims identified in <u>Exhibit A</u> hereto seek recovery of amounts for which the Commonwealth is not liable; and the Court having determined that the relief sought in the Sixty-Third Omnibus Objection is in the best interests of the Commonwealth and its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Sixty-Third Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Sixty-Third Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the claims identified in <u>Exhibit A</u> hereto are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk is authorized and directed to delete the claims identified in <u>Exhibit A</u> hereto from the official claims registry in the Commonwealth Title III Case; and it is further

[*Remainder of Page Intentionally Left Blank*]

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: September 9, 2019

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge