# LIST OF PARTIES AND THEIR COUNSEL

**PLAINTIFFS:**

- National Public Finance Guarantee Corporation
- MBIA Insurance Corporation

Federico Hernández Denton
Harold D. Vicente
Harold D. Vicente Colón
Steven Liong Rodríguez
VICENTE & CUEBAS
P.O. Box 11609
San Juan, Puerto Rico 00910-1609
Telephone: (787) 751-8000
*Counsel to Plaintiffs*


-and-

Philippe Z. Selendy
Andrew R. Dunlap
Yelena Konanova
SELENDY & GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 390-9000
*Counsel to Plaintiffs*

**DEFENDANTS:**

- Citigroup Global Markets Inc.
- Goldman Sachs & Co. LLC
- J.P. Morgan Securities LLC
- Merrill Lynch, Pierce, Fenner & Smith Inc.
- Morgan Stanley & Co. LLC
- RBC Capital Markets, LLC
- Santander Securities LLC
- UBS Financial Services Inc.
- UBS Securities LLC

Roberto C. Quiñones-Rivera
Leslie Y. Flores-Rodríguez
Myrgia M. Palacios-Cabrera
MCCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
Telephone: (787) 250-2631 / 5628
*Counsel to Defendants*

-and-

Peter G. Neiman (*pro hac vice* to be filed)
Philip D. Anker (*pro hac vice* to be filed)
Ross E. Firsenbaum (*pro hac vice* to be filed)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
*Counsel to Defendants*