# EXHIBIT T

| | |
|---|---|
| **From:** | Pavel, Ashley |
| **Sent:** | Wednesday, August 14, 2019 8:43 AM |
| **To:** | Bassett, Nicholas; Jones, Jennifer L.; Zwillinger, Zachary S.; lucdespins@paulhastings.com |
| **Cc:** | McKeen, Elizabeth L.; DiConza, Maria J.; Mashberg, Gregg M.; Dale, Margaret A.; Stafford, Laura; Roth, Joseph L.; Yang, Roger; Worthington, James B.; Kleinhaus, Emil A.; Herring, Angela K.; Lynch, John F.; Clark, Brandon C.; Katiuska Bolanos |
| **Subject:** | RE: 9019: AAFAF and PREPA Document-By-Document Review of Internal Communications |
| **Attachments:** | PH Proposal [including Ortiz and Diaz].pdf |

Nick-

Following up on the below, I just received an updated hit count report on UCC's proposal, which now includes Diaz and Ortiz.  Searching these two custodians files adds roughly 950 hits, making the Committee's proposed review universe just under 93,000, instead of just over 92,000.  An updated hit count report is attached.

---

**From:** Pavel, Ashley
**Sent:** Wednesday, August 14, 2019 6:59 AM
**To:** 'Bassett, Nicholas' <nicholasbassett@paulhastings.com>; Jones, Jennifer L. <jljones@proskauer.com>; Zwillinger, Zachary S. <zacharyzwillinger@paulhastings.com>; lucdespins@paulhastings.com
**Cc:** McKeen, Elizabeth L. <emckeen@omm.com>; DiConza, Maria J. <mdiconza@omm.com>; Mashberg, Gregg M. <GMashberg@proskauer.com>; Dale, Margaret A. <mdale@proskauer.com>; Stafford, Laura <lstafford@proskauer.com>; Roth, Joseph L. <joeroth@omm.com>; Yang, Roger <ryang@omm.com>; Worthington, James B. <jamesworthington@paulhastings.com>; Kleinhaus, Emil A. <EAKleinhaus@WLRK.com>; Herring, Angela K. <AKHerring@wlrk.com>; Lynch, John F. <JLynch@wlrk.com>; Clark, Brandon C. <BClark@proskauer.com>
**Subject:** RE: 9019: AAFAF and PREPA Document-By-Document Review of Internal Communications

Nick-

This email is on behalf of AAFAF and PREPA with respect to your search term proposal from Friday afternoon.  We ran your proposed search terms, and excluded all messages solely within the @omm.com domain, solely between @omm.com and @proskauer.com, and excluded messages from @uscourts.gov and @reorg-research.com.  We ran these search terms before we had finished processing the PREPA PST files for Jose Ortiz and Eli Diaz.  Even with these exclusions, and two custodians remaining to process, the UCC's search terms would result in a review population of over 92,000 documents (including families).  While roughly 58,000 of these documents were already in our review population, the UCC's proposed edits would require us to review roughly 33,000 additional documents.  I am attaching a hit count report.  Again, these numbers do not include hits from Ortiz and Diaz, whose PREPA PST files only recently finished processing.

We have run updated hit counts on our proposal to you since the PREPA PST files for Ortiz and Diaz finished processing.  The search proposal (domain restrictions and search terms) we sent you, results in roughly 32,000 hits (see attached hit count report).  This would require us to review just over 17,000 additional documents.  We ran our same search terms without the restrictions that the communications involve at least one of the domains listed in our proposal.  That search resulted in around 59,000 hits. About 51,000 of these hits (86%) were already captured in our review populations (including our first round review and production).  We do not think under the circumstances that imposing the domain limiter is unreasonable. Our review of the hits to our original proposal is underway, and we have found that even with the domain restrictions, many of the search term hits pertain to other credits.  Reviewing nearly 8,000 documents exchanged solely with

domains from entities that did not participate in the RSA negotiations is going to yield documents that are overwhelmingly likely to pertain to other credits. Given that we already reviewed the materials most likely to be responsive and non-privileged, an offer to review 17,000 additional documents is more than reasonable.

While we are willing to consider very narrowly targeted Spanish search terms to be run across Spanish-speaking custodians' files, given that the RSA was negotiated in English, we do not believe an additional Spanish-language review is proportionate to the needs of the case.

In the meantime, we cannot agree to your request that the Government Parties provide the Committee with the document preservation notices they sent to their respective clients. *See, e.g.*, *Gibson v. Ford Motor Co.*, 510 F. Supp. 2d 1116, 1123–24 (N.D. Ga. 2007) (denying request for defendant's document-preservation order on the grounds that production of the order was not likely to lead to the discovery of admissible evidence, and communication itself was privileged); *Marquez-Marin v. Lynch*, 2018 WL 1358214, *12 (D.P.R. Mar. 15, 2018) ("The litigation hold notices are within the attorney-client and work product privileges.") (denying motion to compel) (collecting cases). We confirm that our clients are aware of their obligations under the rules, and that litigation holds are in place. Beyond that, the Committee's attempts to seek "discovery about discovery" are improper. *See Hanan v. Corso*, 1998 WL 429841, at *7 (D.D.C. Apr. 24, 1998) (finding discovery about discovery" improper); *Fish v. Air & Liquid Sys. Corp.*, 2017 WL 697663, at *17-18 (D. Md. Feb. 21, 2017) (discovery about discovery is "strongly discouraged"); *see also Muise v. Lahey Clinic Hosp., Inc.*, 2014 WL 1347046, *3 (D. Mass. Mar. 26, 2014) (denying request for forensic investigation of computers to determine what materials had been deleted).

**From:** Bassett, Nicholas <nicholasbassett@paulhastings.com>
**Sent:** Tuesday, August 13, 2019 11:43 AM
**To:** Jones, Jennifer L. <jljones@proskauer.com>; Pavel, Ashley <apavel@omm.com>; Zwillinger, Zachary S. <zacharyzwillinger@paulhastings.com>; lucdespins@paulhastings.com
**Cc:** McKeen, Elizabeth L. <emckeen@omm.com>; DiConza, Maria J. <mdiconza@omm.com>; Mashberg, Gregg M. <GMashberg@proskauer.com>; Dale, Margaret A. <mdale@proskauer.com>; Stafford, Laura <lstafford@proskauer.com>; Roth, Joseph L. <joeroth@omm.com>; Yang, Roger <ryang@omm.com>; Worthington, James B. <jamesworthington@paulhastings.com>; Kleinhaus, Emil A. <EAKleinhaus@WLRK.com>; Herring, Angela K. <AKHerring@wlrk.com>; Lynch, John F. <JLynch@wlrk.com>; Clark, Brandon C. <BClark@proskauer.com>
**Subject:** RE: 9019: AAFAF and PREPA Document-By-Document Review of Internal Communications

Yes, that works. Thanks. Will the O'Melveny team be able to provide a report on the results of its searches before the call?



**Nick Bassett | Of Counsel**
Paul Hastings LLP | 875 15th Street, N.W., Washington, DC 20005 | Direct: +1.202.551.1902 | Main: +1.202.551.1700 | Fax: +1.202.551.0402 | nicholasbassett@paulhastings.com | www.paulhastings.com

**From:** Jones, Jennifer L. <jljones@proskauer.com>
**Sent:** Tuesday, August 13, 2019 2:39 PM
**To:** Bassett, Nicholas <nicholasbassett@paulhastings.com>; Pavel, Ashley <apavel@omm.com>; Zwillinger, Zachary S. <zacharyzwillinger@paulhastings.com>; Despins, Luc A. <lucdespins@paulhastings.com>
**Cc:** McKeen, Elizabeth L. <emckeen@omm.com>; DiConza, Maria J. <mdiconza@omm.com>; Mashberg, Gregg M. <GMashberg@proskauer.com>; Dale, Margaret A. <mdale@proskauer.com>; Stafford, Laura