**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

```
-------------------------------------------------------------------- X
                                                                     :
In re:                                                               :
                                                                     :
THE FINANCIAL OVERSIGHT AND                                          :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                    :  Title III
                                                                     :
         as representative of                                        :  Case No. 17-BK-3283 (LTS)
                                                                     :
THE COMMONWEALTH OF PUERTO RICO et al.,                              :  (Jointly Administered)
                                                                     :
         Debtors.¹                                                   :
-------------------------------------------------------------------- X
                                                                     :
In re:                                                               :
                                                                     :
THE FINANCIAL OVERSIGHT AND                                          :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                    :  Title III
                                                                     :
         as representative of                                        :  Case No. 17-BK-4780 (LTS)
                                                                     :
PUERTO RICO ELECTRIC POWER AUTHORITY                                 :
                                                                     :
                                                                     :
         Debtor.                                                     :
-------------------------------------------------------------------- X
```

**ORDER ON MOTION TO FILE UNDER SEAL**

---

¹ The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This matter is before the Court on the *Urgent Motion to File Under Seal Objection of Official Committee of Unsecured Creditors to AAFAF And PREPA's Urgent Motion for Protective Order Quashing Official Committee of Unsecured Creditors' Deposition Notice to Jose Ortiz.* (Dkt. No. 8643 in 17-BK-3283; Dkt. No. 1631 in 17-BK-4780) (the "Motion to Seal").[2]  Taking note of the agreement among the parties, and based on the statements and arguments made in the Motion to Seal, the Court finds that it is appropriate for the Committee to file under seal an unredacted version of the *Objection of Official Committee of Unsecured Creditors to AAFAF And PREPA's Urgent Motion for Protective Order Quashing Official Committee of Unsecured Creditors' Deposition Notice to Jose Ortiz* (Dkt. No. 8642 in Case No. 17-3283; Dkt. No. 1629 in Case No. 17-4780) (the "Objection").  Accordingly, it is hereby ORDERED that:

1. The Committee is entitled to file the full, unredacted version of the Objection under seal.

2. The parties that are entitled to access the full, unredacted version of the Objection are those that have signed the Protective Order and that are entitled to access materials designated "Confidential" or "Professionals' Eyes Only."

3. The duration of the period of the seal for the full, unredacted version of the Objection is determined by the terms of the Protective Order.

4. This order is without prejudice to the rights of any party in interest to seek to unseal the documents or any part thereof.

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion to Seal.

5. The Clerk of Court will provide access to the sealed materials to the Committee through its counsel of record and the other parties entitled to receive materials designated "Confidential" or "Professionals' Eyes Only" under the terms of the Protective Order.

This resolves Dkt. No. 8643 in 17-BK-3283 and Dkt. No. 1631 in 17-BK-4780.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: September 10, 2019