# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTORICO

| IN RE:<br><br>Commonwealth of Puerto Rico *et. al*<br>Debtor(s) | PROMESA (Title III)<br><br>CASE NO. 17-03283 - LTS |
|---|---|

## MOTION TO WITHDRAW LEGAL REPRESENTATION
## AND REQUEST FOR TERM TO NOTIFY LEGAL REPRESENTATION

**TO THE HONORABLE COURT:**

**COMES NOW** the Puerto Rico Industrial Development Company ("PRIDCO"), through the undersigned counsel, and very respectfully states and prays:

1. PRIDCO, a creditor and/or party in interest in the above-captioned case, has been represented by the undersigned attorney, Anabelle Centeno Berríos.

2. PRIDCO has agreed with the undersigned to the withdrawal of her legal representation in this matter.

3. It is hereby respectfully requested from this court a 30 day-term from the date hereof to notify PRIDCO's new legal representation.

4. The undersigned also moves for the court to order the Clerk of the Court to cease all notifications to Anabelle Centeno Berríos under this case and continue its notifications to PRIDCO's Legal Department through its Chief Legal Counsel, Gabriel Maldonado, at P.O. Box 362350, San Juan, PR 00936-2350, Tel. (787) 758-4747, Fax (787) 754-7131.

1

**WHEREFORE**, it is respectfully requested from this Honorable Court to accept the withdrawal of attorney Anabelle Centeno Berríos as attorney of record for PRIDCO in this case, and a 30 day-term from the date hereof to notify PRIDCO's new legal representation.

**RESPECTFULLY SUBMITTED**.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the electronic system which will send notification of such filing to all counsel of record who have made an electronic appearance in this case and to PRIDCO.

San Juan, Puerto Rico, this 10th day of September, 2019.

**Puerto Rico Industrial Development Company**
P.O. Box 362350
San Juan, PR 00936-2350
Tel. (787) 758-4747
Fax (787) 754-7131

s/Anabelle Centeno Berríos
**Anabelle Centeno Berríos**
USDC PR No. 221312
anabelle.centeno@pridco.pr.gov