# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br>Re: ECF No. 8592 |

## AMENDED INFORMATIVE MOTION REGARDING ATTENDANCE AT SEPTEMBER 11-12 OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") through the undersigned counsel, hereby states and prays as follows:

1. The undersigned, appearing in this proceeding on behalf of AAFAF, hereby respectfully submit this informative motion in response to the Court's order entered on September 4, 2019 [ECF No. 8592].

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

2. John J. Rapisardi of O'Melveny & Myers LLP intends to appear in person in the New York courtroom at the September 11-12, 2019 hearing (the "Hearing") and seeks to be heard to provide a status update on behalf of AAFAF as requested by the Court.

3. Mr. Rapisardi reserves the right to be heard on any other matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III cases to the extent it impacts the interests of AAFAF or the elected government of Puerto Rico or any instrumentality thereof.

4. Peter Friedman of O'Melveny & Myers LLP intends to appear in person in the New York courtroom at the Hearing and reserves the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III cases to the extent it impacts the interests of AAFAF or the elected government of Puerto Rico or any instrumentality thereof.

5. Luis C Marini-Biaggi and/or Carolina Velaz-Rivero of Marini Pietrantoni Muñiz LLC intend to appear at the Hearing in the San Juan courtroom and reserve the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III cases to the extent it impacts the interests of AAFAF or the elected government of Puerto Rico or any instrumentality thereof.

*[Remainder of page intentionally left blank]*

Dated: September 10, 2019
San Juan, Puerto Rico

Respectfully submitted,

| | |
|---|---|
| */s/ Peter Friedman* | */s/ Luis C. Marini-Biaggi* |
| John J. Rapisardi | Luis C. Marini-Biaggi |
| Suzzanne Uhland | USDC No. 222301 |
| Peter Friedman | Carolina Velaz-Rivero |
| (Admitted *Pro Hac Vice*) | USDC No. 300913 |
| **O'MELVENY & MYERS LLP** | **MARINI PIETRANTONI MUÑIZ LLC** |
| 7 Times Square | 250 Ponce de León Ave., Suite 900 |
| New York, NY 10036 | San Juan, Puerto Rico 00918 |
| Tel: (212) 326-2000 | Tel: (787) 705-2171 |
| Fax: (212) 326-2061 | Fax: (787) 936-7494 |
| *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* | *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* |

3