IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al*,<br><br>      Debtors[1] | PROMESA<br>Title III<br><br>Case No. 17-bk-3283 (LTS)<br>(Jointly Administered) |

NOTICE OF APPEARANCE and
REQUEST FOR SERVICE OF PAPERS

**TO THE HONORABLE COURT**:

      **PLEASE TAKE NOTICE** that the undersigned attorney appears in the above-captioned cases on behalf of the Official Committee of Unsecured Creditors for all Title III Debtors (other than COFINA) ("UCC"), and, pursuant to Rule 83(d) of the Local Rules of the United States District Court for the District of Puerto Rico and Rule 9019(b) of the Federal Rules of Bankruptcy Procedure, made applicable to these proceedings by virtue of section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 USC §2170, hereby requests that any and all notices given or required to be given in these cases, and all papers served or required to be served in this case, be delivered to or served upon the address

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-bk-3283 (LTS)) (last four digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-bk-3566 (LTS) (last four digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-bk-3567 (LTS)) (last four digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-bk-3284 (LTS)) (last four digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-bk-4780 (LTS)) (last four digits of Federal Tax ID: 3747).

and telephone number set forth in the signature below.

**PLEASE TAKE FURTHER NOTICE** the foregoing request, pursuant to section 1109(b) of the Bankruptcy Code, 11 USC §1109(b), includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code specified above, but also includes, without limitation, all orders, notices hearing dates, applications, motions, petitions, demands, requests, complaints, responses, replies, reports, statements, whether formal or informal, written or oral, transmitted or conveyed by mail, hand delivery, telephone, electronic mail, or otherwise filed, which may affect or seek to affect in any way any rights or interest of the UCC with respect to the captioned debtors or any property or proceeds in which the debtors may claim an interest.

**PLEASE TAKE FURTHER NOTICE** that this notice and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive any substantive or procedural rights of the UCC to trial by jury in any case, proceeding, matter, or controversy, or any other rights, claims, action, defenses, setoffs, or recoupments to which the UCC is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupment are expressly reserved. Furthermore, this notice is not intended nor shall be deemed to be an action in violation of any stay ordered by the Court on related adversary proceedings and contested matters.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, this 10th day of September, 2019.

> */s/Luis F. Llach-Zúñiga*
> Luis F. Llach-Zúñiga
> USDC-PR Bar No. 223112
> Casillas, Santiago & Torres LLC
> PO Box 195075
> San Juan, PR 00919-5075

Tel.: (787) 523-3434
Fax: (787) 523-3433
lllach@cstlawpr.com

*Local Counsel for the Official Committee of Unsecured Creditors for all Title III Debtors (other than COFINA)*

3