## IN THE UNITED STATES DISCTRIC COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al,<br><br>Debtors | PROMESA<br>Title III<br><br>No. 17BK 3283-LTS<br><br>**Re: ECF No. 8570**<br><br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY<br><br>Debtor | PROMESA<br>Title III<br><br>No. 17BK 4780-LTS<br>**This Stipulation relates only to PREPA** |

**MOTION REQUESTING WITHDRAWAL OF** *MOTION REQUESTING MODIFICATION OF AUTOMATIC STAY BETWEEN THE PUERTO RICO ELECTRIC POWER AUTHORITY AND JUAN CARLOS PÉREZ-IRENE AND OTHERS*

**TO THE HONORABLE COURT:**

**COME NOW** Plaintiffs Juan Carlos Pérez Irene, et al, in case *Pérez Irene et al v. Puerto Rico Electric Power Authority*, Civil Case No. KLAN2017-00693 before the Puerto Rico Court of Appeals, and respectfully allege as follows:

1. The appearing Plaintiffs filed a Motion on August 29, 2019 (docket no. 8570) to request a modification of the automatic stay on the present case for the purpose of allowing the

1

Plaintiffs-Appellants in the local case prosecute a Petition for Certiorari before the Supreme Court of Puerto Rico.

2. Said Motion is pending.

3. Subsequently, the Plaintiffs-Appellants and the Puerto Rico Electric Power Authority (PREPA) reached a stipulation agreeing to modify the automatic stay between PREPA and Carlos Pérez-Irene, et al., to the effect that Plaintiffs-Appellants may continue to request their petition for certiorari before the Supreme Court of Puerto Rico.

4. In view of the above, Plaintiffs-Appellants' Motion filed on August 29, 2019 on docket number 8570 becomes academic and unnecessary in the light of the stipulation reached by the parties.

WHEREFORE, it is respectfully requested that Plaintiffs-Appellants "Motion Requesting Modification of Automatic Stay Between the Puerto Rico Electric Power Authority and Juan Carlos Pérez-Irene and others" filed on August 29, 2019 be considered withdrawn without prejudice.

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and parties in the Master Service List.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, on this 11th day of September, 2019.

s/ Antonio J. Amadeo Murga
USDC-PR No. 110103
A.J. AMADEO MURGA LAW OFFICES
1225 Ponce de León, Ave.
Ste. 904
San Juan, PR 00907
Tel. (787)764-0893
ajamadeo@gmail.com