# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Morning session:
Set: 9:30 AM (AST)
Started: 9:47 AM (AST)
Ended: 12:01 PM  (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN /**   DATE: September 11, 2019
**MAGISTRATE JUDGE JUDITH G. DEIN**

COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker
COURT INTERPRETER:  Sylvia Zetterstrand

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*.<br>Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administered) |

**Omnibus Hearing held.**

I.   *Status Reports:*
     1.   Report from the Oversight Board.
     2.   Report from AAFAF.
     3.   Confidentiality of mediation matters discussed.
         a.   Order to be issued.

II.   *Fee Examiner Status Report:*
     1.   Fee Examiner's Preliminary Status Report [Case No. 17-3283, ECF No. 8588]

III.   *Contested Matters:*
     1.   Thirteenth Omnibus Objection to Claims.  [Case No. 17-3283, ECF No. 4417]
         a.   Peter Hein (pro se) heard.
         b.   The Court will enter an order sustaining the portion of COFINA's objection to Mr. Hein's claim that was not resolved by the Order filed in May 2019 as ECF No. 7113.
     2.   Sixtieth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 8287]
         a.   Objection is sustained. Order to be issued.

3:17-BK-3283 (LTS) / 3:17-BK-3284 (LTS)
September 11, 20019

    3.    Sixty-Second Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 8290]
        a.    Manuel Torres Diaz (pro se) heard. [Case No. 17-3283, ECF No. 8578]
        b.    Objection is sustained. Order to be issued.
    4.    Sixty-Fourth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 8297]
        a.    Gloria L. Diaz (pro se) heard. [Case No. 17-3283, ECF No. 8524]. Objection is sustained.
        b.    Responses to Debtor's Sixty-Fourth Omnibus Objection to Claims (Substantive) to Claims Based on Investments in Mutual Funds filed by Jesus Librada Sanz [Case No. 17-3283, ECF Nos. 8555 & 8556].
            i.    Debtor to submit supplemental information with respect to ECF No. 8555 (Claim No. 61126).
            ii.    Objection as to ECF No. 8556 (Claim No. 49803) is sustained.
        c.    Response in Opposition to Debtor's Sixty-Fourth Omnibus Objection to Claims Based on Investments in Mutual Funds [Case No. 17-3283, ECF No. 8562]. Objection is sustained.
        d.    Response in Opposition to Debtor's Sixty-Fourth Omnibus Objection to Claims Based on Investments in Mutual Funds [Case No. 17-3283, ECF No. 8563]
            i.    Adjourned until the October Omnibus Hearing.
        e.    The objection is sustained as to the remaining proofs of claim. Order to be issued
    5.    Sixty-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 8302]
        a.    Objection is sustained. Order to be issued.
    6.    Motion to Compel Brought by Individual COFINA Bondholder. [Case No. 17-3283, ECF No. 8487]
        a.    Denied as moot considering the ruling on Case No. 17-3283, ECF No. 4417.

IV.    Adjourned Matters:

    1.    FOMB and AAFAF's Motion to Dismiss Insurers' Motion to Appoint a Receiver. [Case No. 17-4780, ECF No. 1233]
    2.    AAFAF's Objection to Claim of the United States Department of the Treasury/Internal Revenue Service. [Case No. 17-3283, ECF No. 7419, Case No. 17-3284, ECF No. 643]
    3.    AMPR's Motion for Relief from Stay. [Case No. 17-3283, ECF No. 3914]
    4.    Ambac's Motion to Compel Compliance with Orders Authorizing 2004 Examinations. [Case No. 17-3283, ECF No. 7505]
    5.    Ambac's Motion for Order Authorizing 2004 Discovery Concerning Pension Liabilities. [Case No. 17-3283, ECF No. 7507]

                                                            s/Carmen Tacoronte
                                                            Carmen Tacoronte
                                                            Courtroom Deputy