## <u>EXHIBIT A</u>

**Schedule of Claims Subject to the Sixty-Eighth Omnibus Objection**

## Sixty-Eighth Omnibus Objection
### Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALBORS-MOLINI, CHRISTINE<br>305 CALLE LUNA<br>VIEJO SAN JUAN, PR 00901 | 5/29/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 37625 | $ 5,000.00 |

Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CASTELLAR, ISABEL M.<br>2017 CALLE DUQUESA<br>URB. VALLE REAL<br>PONCE, PR 00716 | 5/1/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 11596 | $ 45,000.00* |

Reason: Claimant asserts liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | ESTRADA COLON, CESAR R AND ISABEL FIGUEROA DE ESTRADA<br>URB PARKVILLE<br>M43 WILSON ST<br>GUAYNABO, PR 00969 | 5/23/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 19345 | $ 190,000.00 |

Reason: Claimant asserts liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | FANNY KOBRIN & NATHAN KOBRIN JT TEN<br>731 WYNNEWOOD ROAD #13<br>ARDMORE, PA 19003 | 4/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7756 | $ 10,000.00 |

Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | JEAN CARLSON, MARILYN<br>205 CLIFTON LANE<br>PEACHTREE CITY, GA 30269 | 5/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14758 | $ 260,000.00 |

Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | JONATHAN D. RUBIN TTEE<br>371 MAPLEWOOD AVENUE<br>MERION STATION, PA 19066-1011 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19793 | $ 50,000.00 |

Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | JOSE R.GOYCO AMADOR Y BIANCA CONTI BARTOLOMEI<br>2116 URB VILLA GRILLASCA BLVD<br>LUIS A, FERRI<br>PONCE, PR 00717-0722 | 5/7/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 15327 | $ 40,004.42 |

Reason: Claimant asserts liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

* Indicates claim contains unliquidated and/or undetermined amounts

Sixty-Eighth Omnibus Objection
Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | PIZARRO RAMIREZ, ALMA<br>A-15 VILLA CAPITAN<br>MAYAGUEZ, PR 00680 | 5/2/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 11251 | $ 115,598.26 |
| | Reason: Claimant asserts liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 9 | ROBERTO MUNOZ ARILL AND LAURA R. AYOROA, JOINT IN TENANCY<br>RR 37 BOX 1798<br>SAN JUAN, PR 00926-9732 | 4/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8635 | $ 300,000.00 |
| | Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 10 | RODRIGUEZ TORRES, ANA M<br>URB ASOMANTE<br>59 VIA GRANDE<br>CAGUAS, PR 00727 | 6/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 74577 | $ 25,000.00 |
| | Reason: Claimant asserts liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 11 | ROZAS, EDNA<br>PO BOX 364233<br>SAN JUAN, PR 00936-4233 | 6/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 82472 | $ 50,000.00* |
| | Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 12 | RUBIO RIVERA, ELIO J<br>876 RAVEL URB SEVILLA<br>SAN JUAN, PR 00924-3050 | 5/15/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 15614 | $ 20,000.00 |
| | Reason: Claimant asserts liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). | | | | | |
| 13 | THE ENRIQUE L. RIOS ALAMEDA RETIREMENT PLAN, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO<br>ATTN. JAVIER GONZALEZ<br>250 MUÑOZ RIVERA AVE 10TH FLOOR<br>SAN JUAN, PR 00918 | 7/3/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169508 | $ 10,000.00* |
| | Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Convention Center District Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |

Sixty-Eighth Omnibus Objection
Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 14 | THE HECTOR L. GONZALEZ CRUZ RETIREMENT PLAN, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO<br>JAVIER GONZÁLEZ<br>250 MUÑOZ RIVERA AVENUE 10TH FLOOR<br>SAN JUAN, PR 00918 | 8/6/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169959 | $ 50,000.00 |
| | Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 15 | THE MADELINE TORRES FIGUEROA RETIREMENT PLAN, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO<br>ATTN: JAVIER GONZÁLEZ<br>250 MUÑOZ RIVERA AVENUE 10TH FLOOR<br>SAN JUAN, PR 00918 | 7/8/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169538 | $ 50,000.00* |
| | Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 16 | THE MANUEL E. CASASNOVAS RETIREMENT PLAN, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO<br>ATTN: JAVIER GONZALES<br>250 MUNOZ RIVERA AVE<br>10TH FLOOR<br>SAN JUAN, PR 00918 | 7/8/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169539 | $ 100,000.00* |
| | Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 17 | THE RAFAEL A. ARIAS VALENTIN RETIREMENT PLAN, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO<br>ATTN: JAVIER GONZALEZ<br>250 MUÑOZ RIVERA AVE<br>10TH FLOOR<br>SAN JUAN, PR 00918 | 7/8/2019 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 169540 | $ 50,000.00* |
| | Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |
| 18 | YAP, DOUGLAS<br>16646 NW CANTON ST<br>PORTLAND, OR 97229-1149 | 3/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 1824 | $ 50,000.00 |
| | Reason: Claimant asserts liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. | | | | | |

Sixty-Eighth Omnibus Objection
Exhibit A - Duplicate Bond Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | YORDAN, JAIME T<br>JARDINES FIAGOT VALERIANA T-11<br>PONCE, PR 00716 | 4/26/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 9320 | $ 60,000.00* |

Reason: Claimant asserts liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

|  |  | TOTAL | $ 1,480,602.68* |
|---|---|---|---|