# ANEXO A

**Relación de reclamos objeto de la Sexagésima octava objeción global**

Sexagésimo octava objeción colectiva
Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ALBORS-MOLINI, CHRISTINE<br>305 CALLE LUNA<br>VIEJO SAN JUAN, PR 00901 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 37625 | $ 5,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada a los bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 2 | CASTELLAR, ISABEL M.<br>2017 CALLE DUQUESA<br>URB. VALLE REAL<br>PONCE, PR 00716 | 5/1/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 11596 | $ 45,000.00* |
| | Base para: El reclamante formula la responsabilidad asociada a los bonos emitidos por el Sistema de Retiro de los Empleados (Employee Retirement System, ERS), que es un duplicado de la evidencia de reclamación maestra presentada por el fideicomisario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| 3 | ESTRADA COLON, CESAR R AND ISABEL FIGUEROA DE ESTRADA<br>URB PARKVILLE<br>M43 WILSON ST<br>GUAYNABO, PR 00969 | 5/23/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 19345 | $ 190,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada a los bonos emitidos por el Sistema de Retiro de los Empleados (Employee Retirement System, ERS), que es un duplicado de la evidencia de reclamación maestra presentada por el fideicomisario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| 4 | FANNY KOBRIN & NATHAN KOBRIN JT TEN<br>731 WYNNEWOOD ROAD #13<br>ARDMORE, PA 19003 | 4/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7756 | $ 10,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada a los bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la evidencia de reclamación maestra presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 5 | JEAN CARLSON, MARILYN<br>205 CLIFTON LANE<br>PEACHTREE CITY, GA 30269 | 5/20/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14758 | $ 260,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada a los bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 6 | JONATHAN D. RUBIN TTEE<br>371 MAPLEWOOD AVENUE<br>MERION STATION, PA 19066-1011 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 19793 | $ 50,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada a los bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la evidencia de reclamación maestra presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |

Sexagésimo octava objeción colectiva
Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | JOSE R.GOYCO AMADOR Y BIANCA CONTI BARTOLOMEI<br>2116 URB VILLA GRILLASCA BLVD<br>LUIS A, FERRI<br>PONCE, PR 00717-0722 | 5/7/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 15327 | $ 40,004.42 |
| | Base para: El reclamante formula la responsabilidad asociada a los bonos emitidos por el Sistema de Retiro de los Empleados (Employee Retirement System, ERS), que es un duplicado de la evidencia de reclamación maestra presentada por el fideicomisario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| 8 | PIZARRO RAMIREZ, ALMA<br>A-15 VILLA CAPITAN<br>MAYAGUEZ, PR 00680 | 5/2/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 11251 | $ 115,598.26 |
| | Base para: El reclamante formula la responsabilidad asociada a los bonos emitidos por el Sistema de Retiro de los Empleados (Employee Retirement System, ERS), que es un duplicado de la evidencia de reclamación maestra presentada por el fideicomisario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| 9 | ROBERTO MUNOZ ARILL AND LAURA R. AYOROA, JOINT IN TENANCY<br>RR 37 BOX 1798<br>SAN JUAN, PR 00926-9732 | 4/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8635 | $ 300,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada a los bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 10 | RODRIGUEZ TORRES, ANA M<br>URB ASOMANTE<br>59 VIA GRANDE<br>CAGUAS, PR 00727 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 74577 | $ 25,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada a los bonos emitidos por el Sistema de Retiro de los Empleados (Employee Retirement System, ERS), que es un duplicado de la evidencia de reclamación maestra presentada por el fideicomisario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| 11 | ROZAS, EDNA<br>PO BOX 364233<br>SAN JUAN, PR 00936-4233 | 6/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 82472 | $ 50,000.00* |
| | Base para: El reclamante formula la responsabilidad asociada a los bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la evidencia de reclamación maestra presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 12 | RUBIO RIVERA, ELIO J<br>876 RAVEL URB SEVILLA<br>SAN JUAN, PR 00924-3050 | 5/15/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 15614 | $ 20,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. | | | | | |

Sexagésimo octava objeción colectiva
Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | THE ENRIQUE L. RIOS ALAMEDA RETIREMENT PLAN, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO<br>ATTN. JAVIER GONZALEZ<br>250 MUÑOZ RIVERA AVE 10TH FLOOR<br>SAN JUAN, PR 00918 | 7/3/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169508 | $ 10,000.00* |
| | Base para: El reclamante formula la responsabilidad asociada a los bonos emitidos por la Autoridad del Distrito del Centro de Convenciones de Puerto Rico, que son duplicados de las evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 14 | THE HECTOR L. GONZALEZ CRUZ RETIREMENT PLAN, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO<br>JAVIER GONZÁLEZ<br>250 MUÑOZ RIVERA AVENUE 10TH FLOOR<br>SAN JUAN, PR 00918 | 8/6/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169959 | $ 50,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada a los bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la evidencia de reclamación maestra presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 15 | THE MADELINE TORRES FIGUEROA RETIREMENT PLAN, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO<br>ATTN: JAVIER GONZÁLEZ<br>250 MUÑOZ RIVERA AVENUE 10TH FLOOR<br>SAN JUAN, PR 00918 | 7/8/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169538 | $ 50,000.00* |
| | Base para: El reclamante formula la responsabilidad asociada a los bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la evidencia de reclamación maestra presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 16 | THE MANUEL E. CASASNOVAS RETIREMENT PLAN, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO<br>ATTN: JAVIER GONZALES<br>250 MUNOZ RIVERA AVE<br>10TH FLOOR<br>SAN JUAN, PR 00918 | 7/8/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169539 | $ 100,000.00* |
| | Base para: El reclamante formula la responsabilidad asociada a los bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la evidencia de reclamación maestra presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 17 | THE RAFAEL A. ARIAS VALENTIN RETIREMENT PLAN, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO<br>ATTN: JAVIER GONZALEZ<br>250 MUÑOZ RIVERA AVE<br>10TH FLOOR<br>SAN JUAN, PR 00918 | 7/8/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 169540 | $ 50,000.00* |
| | Base para: El reclamante formula la responsabilidad asociada a los bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la evidencia de reclamación maestra presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |

Sexagésimo octava objeción colectiva
Anexo A: Reclamaciones de bonos duplicadas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 18 | YAP, DOUGLAS<br>16646 NW CANTON ST<br>PORTLAND, OR 97229-1149 | 3/17/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 1824 | $ 50,000.00 |
| | Base para: El reclamante formula la responsabilidad asociada a los bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la evidencia de reclamación maestra presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 19 | YORDAN, JAIME T<br>JARDINES FIAGOT VALERIANA T-11<br>PONCE, PR 00716 | 4/26/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 9320 | $ 60,000.00* |
| | Base para: El reclamante formula la responsabilidad asociada a los bonos emitidos por el Sistema de Retiro de los Empleados (Employee Retirement System, ERS), que es un duplicado de la evidencia de reclamación maestra presentada por el fideicomisario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| | | | | | TOTAL | $ 1,480,602.68* |