# **EXHIBIT A**

**Schedule of Claims Subject to the Sixty-Ninth Omnibus Objection**

## Sixty-Ninth Omnibus Objection
## Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CONSEJO RECREO DEPORTIVO Y EDUCATIVO P.R.<br>URB. VILLA HUMACAO<br>CALLE 6 H 33<br>HUMACAO, PR 00791 | 3/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3646 | $ 5,481.00 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice Nos. 006 and 007. The records of the Department of Labor and Human Resources show such invoices have been fully satisfied. Invoice No. 006 was satisfied via Check No. 224060 dated 08/25/2017. Invoice No. 007 was satisfied via Check No. 293607 dated 05/21/2018. | | | | | |
| 2 | CONSEJO RECREO DEPORTIVO Y EDUCATIVO PR<br>URB VILLA HUMACAO<br>CALLE 6 H33<br>HUMACAO, PR 00791 | 3/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 2795 | $ 3,211.74 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice No. 008. The records of the Department of Labor and Human Resources show such invoice has been full satisfied, pursuant to Check No. 294749 dated 05/23/2018. | | | | | |
| 3 | DILAN PEREZ, JAVIER JOSE<br>170 CALLE VILLAMIL<br>SAN JAUN, PR 00907 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 15647 | $ 4,500.00 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice No. 2. The records of the General Services Administration show such invoice has been fully satisfied, pursuant to Check No. 19470054 dated 12/12/2018. | | | | | |
| 4 | JESUS J. JORGE CORIANO DBA MARIOLITA LANDSCAPING<br>PO BOX 145<br>LAS MARIAS, PR 00670 | 4/2/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3358 | $ 1,025.50 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice No. DTRH-17. The records of the Department of Labor and Human Resources show such invoice has been fully satisfied, pursuant to Check No. 293632 dated 05/21/2018. | | | | | |
| 5 | NETWAVE EQUIPMENT CO.<br>HÉCTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 5/3/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9303 | $ 90,000.00 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice Nos. 6616, 6659, 6782 and 6834. The records of the Office of Management and Budget show such invoices have been fully satisfied. Invoice Nos. 6616 and 6659 were satisfied via EFT payment no. 316412 dated 07/07/2018. Invoice No. 6782 was satisfied via EFT payment no. 289805 dated 05/11/2018. Invoice No. 6834 was satisfied via EFT payment no. 304159 dated 06/13/2018. | | | | | |
| 6 | NETWAVE EQUIPMENT CO.<br>HECTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 5/3/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 9665 | $ 6,602.40 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice Nos. 6708, 6837 and 6838. The records of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico show such invoices have been fully satisfied. Invoice No. 6708 was satisfied via ACH reference no. 0005231 dated 05/09/2018. Invoice No. 6837 was satisfied via ACH reference no. 0005049 dated 04/25/2018. Invoice No. 6838 was satisfied via ACH reference no. 0005050 dated 04/25/2018. | | | | | |

## Sixty-Ninth Omnibus Objection
## Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | PONCE REAL ESTATE CORPORATION<br>PO BOX 7071<br>PONCE, PR 00732 | 5/21/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18335 | $ 45,606.00 |

Reason: Proof of Claim asserts liability on the basis of Invoice Nos. 52018, 42018, 0318060061062, 0218060061062, 0118060061062, 1217060061062, 1117060061062, 1017060061062, 0917060061062, 0817060061062 and 071760. The records of the State Elections Commission show such invoices have been fully satisfied. Invoice No. 52018 was satisfied via Check No. 00249780 dated 12/19/2018. Invoice No. 42018 was satisfied via Check No. 00249783 dated 12/19/2018. Invoice No. 0318060061062 was satisfied via Check No. 00247359 dated 12/03/2018. Invoice No. 0218060061062 was satisfied via Check No. 00247356 dated 12/03/2018. Invoice No. 0118060061062 was satisfied via Check No. 00247354 dated 12/03/2018. Invoice No. 1217060061062 was satisfied via Check No. 00247355 dated 12/03/2018. Invoice No. 1117060061062 was satisfied via Check No. 00247360 dated 12/03/2018. Invoice No. 1017060061062 was satisfied via Check No. 00247357 dated 12/03/2018. Invoice No. 0917060061062 was satisfied via Check No. 00247358 dated 12/03/2018. Invoice No. 0817060061062 was satisfied via Check No. 00247353 dated 12/03/2018. Invoice No. 071760 was satisfied via Check No. 00247361 dated 12/03/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | UNIVERSIDAD CENTRAL DEL CARIBE<br>PO BOX 60327<br>BAYAMON, PR 00960-6032 | 4/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8761 | $ 16,200.00 |

Reason: Proof of Claim asserts liability on the basis of Invoice No. 11160124. The records of the Mental Health Services and Addiction Control Administration show such invoice has been fully satisfied, pursuant to Check No. 48845 dated 09/11/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | WALDEMAR LOPEZ MATOS DBA<br>LOPEZ TRUCK AND BUS PARTS<br>HC 02 BOX 6745<br>HORMIGUEROS, PR 00660 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27477 | $ 3,123.50 |

Reason: Proof of Claim asserts liability on the basis of Invoice Nos. 146260, 41108, 154603, and 154702. The records of the Department of Health show such invoices have been fully satisfied, pursuant to Check No. 00094925 dated 10/15/2018.

| | | | | | TOTAL | $ 175,750.14 |
|---|---|---|---|---|---|---|