# ANEXO A

**Relación de reclamos objeto de la Sexagésima novena Objeción global**

Sexagésima novena objeción colectiva
Anexo A: Reclamaciones resueltas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | CONSEJO RECREO DEPORTIVO Y EDUCATIVO P.R. URB. VILLA HUMACAO CALLE 6 H 33 HUMACAO, PR 00791 | 3/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3646 | $ 5,481.00 |

Base para: La Evidencia de Reclamación formula la responsabilidad sobre la base de las Facturas n.º 006 y 007. Los registros del Departamento del Trabajo y Recursos Humanos establecen que dichas facturas se abonaron en su totalidad. La Factura n.º 006 se abonó por medio del Cheque n.º 224060 del 25 de agosto de 2017. La Factura n.º 007 se abonó por medio del Cheque n.º 293607 del 21 de mayo de 2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CONSEJO RECREO DEPORTIVO Y EDUCATIVO PR URB VILLA HUMACAO CALLE 6 H33 HUMACAO, PR 00791 | 3/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2795 | $ 3,211.74 |

Base para: La Evidencia de Reclamación formula la responsabilidad sobre la base de la Factura n.º 008. Los registros del Departamento del Trabajo y Recursos Humanos establecen que dicha factura se abonó en su totalidad, conforme al Cheque n.º 294749 del 23 de mayo de 2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | DILAN PEREZ, JAVIER JOSE 170 CALLE VILLAMIL SAN JAUN, PR 00907 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 15647 | $ 4,500.00 |

Base para: La Evidencia de Reclamación formula la responsabilidad sobre la base de la Factura n.º 2. Los registros de la Administración de Servicios Generales establecen que dicha factura se abonó en su totalidad, conforme al Cheque n.º19470054 del 12 de diciembre de 2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | JESUS J. JORGE CORIANO DBA MARIOLITA LANDSCAPING PO BOX 145 LAS MARIAS, PR 00670 | 4/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3358 | $ 1,025.50 |

Base para: La Evidencia de Reclamación formula la responsabilidad sobre la base de la Factura n.º DTRH-17. Los registros del Departamento del Trabajo y Recursos Humanos establecen que dicha factura se abonó en su totalidad, conforme al Cheque n.º 293632 del 21 de mayo de 2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | NETWAVE EQUIPMENT CO. HÉCTOR FIGUEROA-VINCENTY, ESQ. 310 CALLE SAN FRANCISCO SUITE 32 SAN JUAN, PR 00901 | 5/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9303 | $ 90,000.00 |

Base para: La Evidencia de Reclamación formula la responsabilidad sobre la base de las Facturas n.º 6616, 6659, 6782 y 6834. Los registros de la Oficina de Gerencia y Presupuesto establecen que dichas facturas se abonaron en su totalidad. Las Facturas n.º 6616 y 6659 se abonaron por medio de la transferencia electrónica de fondos n.º 316412 del 7 de julio de 2018. La Factura n.º 6782 se abonó por medio de la transferencia electrónica de fondos n.º 289805 del 11 de mayo de 2018. La Factura n.º 6834 se abonó por medio de la transferencia electrónica de fondos n.º 304159 del 13 de junio de 2018.

Sexagésima novena objeción colectiva
Anexo A: Reclamaciones resueltas

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 6 | NETWAVE EQUIPMENT CO.<br>HECTOR FIGUEROA-VINCENTY, ESQ.<br>310 CALLE SAN FRANCISCO<br>SUITE 32<br>SAN JUAN, PR 00901 | 5/3/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 9665 | $ 6,602.40 |
| | Base para: La Evidencia de Reclamación formula la responsabilidad sobre la base de las Facturas n.º 6708, 6837 y 6838. Los registros del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico establecen que dichas facturas se abonaron en su totalidad. La Factura n.º 6708 se abonó a través de la Cámara de Compensación Automatizada (Automated Clearing House, ACH) (n.º de referencia: 0005231) el 9 de mayo de 2018. La Factura n.º 6837 se abonó a través de la ACH (n.º de referencia: 0005049) el 25 de abril de 2018. La Factura n.º 6838 se abonó a través de la ACH (n.º de referencia: 0005050) el 25 de abril de 2018. | | | | | |
| 7 | PONCE REAL ESTATE CORPORATION<br>PO BOX 7071<br>PONCE, PR 00732 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18335 | $ 45,606.00 |
| | Base para: La Evidencia de Reclamación formula la responsabilidad sobre la base de las Facturas n.º 52018, 42018, 0318060061062, 0218060061062, 0118060061062, 1217060061062, 1117060061062, 1017060061062, 0917060061062, 0817060061062 y 071760.. Los registros de la Comisión Estatal de Elecciones establecen que dichas facturas se abonaron en su totalidad. La Factura n.º 52018 se abonó por medio del Cheque n.º 00249780 del 19 de diciembre de 2018. La Factura n. 42018 se abonó por medio del Cheque n.º 00249783 del 19 de diciembre de 2018. La Factura n.º 0318060061062 se abonó por medio del Cheque n.º 00247359 del 3 de diciembre de 2018. La Factura n.º 0218060061062 se abonó por medio del Cheque n.º 00247356 del 3 de diciembre de 2018. La Factura n.º 0118060061062 se abonó por medio del Cheque n.º 00247354 del 3 de diciembre de 2018. La Factura n.º 1217060061062 se abonó por medio del Cheque n.º 00247355 del 3 de diciembre de 2018. La Factura n.º 1117060061062 se abonó por medio del Cheque n.º 00247360 del 3 de diciembre de 2018. La Factura n.º 1017060061062 se abonó por medio del Cheque n.º 00247357 del 3 de diciembre de 2018. La Factura n.º 0917060061062 se abonó por medio del Cheque n.º 00247358 del 3 de diciembre de 2018. La Factura n.º 0817060061062 se abonó por medio del Cheque n.º 00247353 del 3 de diciembre de 2018. La Factura n.º 071760 se abonó por medio del Cheque n.º 00247361 del 3 de diciembre de 2018. | | | | | |
| 8 | UNIVERSIDAD CENTRAL DEL CARIBE<br>PO BOX 60327<br>BAYAMON, PR 00960-6032 | 4/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8761 | $ 16,200.00 |
| | Base para: La Evidencia de Reclamación formula la responsabilidad sobre la base de la Factura n.º 11160124. Los registros de la Administración de Servicios de Salud Mental y Contra la Adicción establecen que dicha factura se abonó en su totalidad, conforme al Cheque n.º 48845 del 11 de septiembre de 2018. | | | | | |
| 9 | WALDEMAR LOPEZ MATOS DBA<br>LOPEZ TRUCK AND BUS PARTS<br>HC 02 BOX 6745<br>HORMIGUEROS, PR 00660 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27477 | $ 3,123.50 |
| | Base para: La Evidencia de Reclamación formula la responsabilidad sobre la base de las Facturas n.º 146260, 41108, 154603 y 154702. Los registros del Departamento de Salud establecen que dichas facturas se abonaron en su totalidad, conforme al Cheque n.º 00094925 del 15 de octubre de 2018. | | | | | |
| | | | | | TOTAL | $ 175,750.14 |