# **ANEXO A**

**Relación de reclamos objeto de la Septuagésima Objeción global**

Septuagésima objeción colectiva
Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | COOPERATIVA DE AHORRO Y CREDITO FAMILIAR PROGRESISTA<br>ATTN. JAVIER CLAUDIO LOPEZ<br>URB. PUERTO NUEVO<br>479 AVE. DE DIEGO<br>SAN JUAN, PR 00920-3706 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 54792 | $ 2,070,673.26 |
| | Base para: El reclamante formula la responsabilidad sobre la base de la supuesta titularidad de los Bonos de COFINA (Corporación del Fondo de Interés Apremiante) y, por lo tanto, busca recuperar montos de los cuales el Estado Libre Asociado no es responsable ya que las reclamaciones (1) se acordaron y resolvieron de acuerdo con la Orden de Resolución, y (2) se relevaron y descargaron de acuerdo con el Plan y la Orden Enmendada de Confirmación. | | | | | |
| 2 | VALDES DE ASUAR, RUTH<br>1360 CALLE LUCHETTI<br>APT. NO.5<br>SAN JUAN, PR 00907 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 74782 | $ 199,792.11 |
| | Base para: El reclamante formula la responsabilidad sobre la base de la supuesta titularidad de los Bonos de COFINA (Corporación del Fondo de Interés Apremiante) y, por lo tanto, busca recuperar montos de los cuales el Estado Libre Asociado no es responsable ya que las reclamaciones (1) se acordaron y resolvieron de acuerdo con la Orden de Resolución, y (2) se relevaron y descargaron de acuerdo con el Plan y la Orden Enmendada de Confirmación. | | | | | |
| | | | | | TOTAL | $ 2,270,465.37 |