# EXHIBIT A

**Schedule of Claims Subject to the Seventy-First Omnibus Objection**

## Seventy-First Omnibus Objection
### Exhibit A - Bondholder No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ABREU, JESUS<br>PO BOX 919<br>YABUCOA, PR 00767 | 6/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 63694 | $ 55,000.00 |

Reason: Claimant asserts liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | FUNERARIA SHALOM MEMORIAL INC.<br>1646 BARRIO SABANETAS, PASEO VILLA FLORES<br>PONCE, PR 00716 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 145111 | $ 40,000.00 |

Reason: Claimant asserts liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | GUZMAN, LILLIAM<br>BROMELIA #34 BUCARE<br>GUAYNABO, PR 00969 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 159599 | $ 60,000.00 |

Reason: Claimant asserts liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | LOPEZ MULERO, MAYRA<br>STE. 304 1473 AVE. WILSON, THE TOWER AT CONDADO<br>SAN JUAN, PR 00907-2364 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 134712 | $ 25,000.00 |

Reason: Claimant asserts liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.

| | | | | | TOTAL | $ 180,000.00 |