# ANEXO A

**Relación de reclamos objeto de la Septuagésima primera objeción global**

Septuagésima primera objeción colectiva
Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ABREU, JESUS<br>PO BOX 919<br>YABUCOA, PR 00767 | 6/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 63694 | $ 55,000.00 |
| | Base para: El reclamante formula la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento (BGF) sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. | | | | | |
| 2 | FUNERARIA SHALOM MEMORIAL INC.<br>1646 BARRIO SABANETAS, PASEO VILLA FLORES<br>PONCE, PR 00716 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 145111 | $ 40,000.00 |
| | Base para: El reclamante formula la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento (BGF) sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. | | | | | |
| 3 | GUZMAN, LILLIAM<br>BROMELIA #34 BUCARE<br>GUAYNABO, PR 00969 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 159599 | $ 60,000.00 |
| | Base para: El reclamante formula la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento (BGF) sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. | | | | | |
| 4 | LOPEZ MULERO, MAYRA<br>STE. 304 1473 AVE. WILSON, THE TOWER AT CONDADO<br>SAN JUAN, PR 00907-2364 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 134712 | $ 25,000.00 |
| | Base para: El reclamante formula la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento (BGF) sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. | | | | | |
| | | | | | TOTAL | $ 180,000.00 |