# **EXHIBIT A**

**Schedule of Claims Subject to the Seventy-Second Omnibus Objection**

## Seventy-Second Omnibus Objection
## Exhibit A - Bondholder No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO VILA, ZAIDEE<br>VICK CENTER C 402<br>867 AVE MUNOZ RIVERA<br>SAN JUAN, PR 00925 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3524 | $ 16,316.07 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | AGUADILLA SHOPPING CENTER, INC<br>P.O. BOX 4035<br>AGUADILLA, PR 00605 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16303 | $ 45,000.91 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | ALFARO DEL TORO, PEDRO LUIS<br>154 CALLE GANGES<br>SAN JUAN, PR 00926-2916 | 8/18/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7 | $ 125,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | BAEZ VIDRO, JOSE A.<br>ESTANCIAS TORTUGUERO<br>TOLEDO 130<br>VEGA BAJA, PR 00693 | 5/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13764 | $ 33,370.54 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | BAEZ, MYRNA<br>URB. FLORAL PARK<br>CALLE JAMAICA #1<br>SAN JUAN, PR 00917 | 7/6/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 159307 | $ 273,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Industrial Development Company which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Seventy-Second Omnibus Objection
### Exhibit A - Bondholder No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 6 | BAYNON, CLIFFORD<br>22 SYCAMORE DR.<br>EAST MORICHES, NY 11940 | 4/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4339 | $ 56,580.20 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | BLANCO, YUSIF MAFUZ<br>2013 CACIQUE<br>SAN JUAN, PR 00911 | 12/1/2017 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 348 | $ 249,008.00 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | CARLO FAJARDO, CARLOS H<br>BOX 1917<br>MAYAGUEZ, PR 00681 | 6/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 47264 | $ 57,045.90 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | CASANOVA, AWILDA<br>P.O. BOX 140878<br>ARECIBO, PR 00614 | 6/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31654 | $ 888,227.29 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | CASTRO ROBLES, NILDA<br>VILLA FONTANA<br>GR20 VIA 15<br>CAROLINA, PR 00983-3916 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 18685 | $ 100,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant asserts, in part, liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

## Seventy-Second Omnibus Objection
### Exhibit A - Bondholder No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 11 | CHARLES AND MARILYN STERN JT/WROS<br>1285 WEEPING WILLOW WAY<br>HOLLYWOOD, FL 33019 | 3/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4032 | Undetermined* |

Reason: Claimant asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | CINTRON, BLANCA I<br>URB PALACIOS DEL RIO I<br>488 TANAMA<br>TOA ALTA, PR 00953-5009 | 6/8/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 21033 | $ 200,000.00* |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | COMAS DEL TORO, JESUS<br>URB HOSTOS ARTURO DAVILA #3<br>MAYAGUEZ, PR 00682-5940 | 3/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5139 | $ 119,320.83 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Industrial Development Company which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | COOPERATIVA DE AHORRO Y CREDITO DE FLORIDA<br>ATTN.ZORAIDA MIRANDA VIERA<br>GERENTE DE OPERACIONES<br>PO BOX 1162<br>FLORIDA, PR 00650-1162 | 6/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 52408 | $ 795,056.94 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | COOPERATIVA DE AHORRO Y CREDITO DE MOCA<br>GISELA GONZALEZ GONZALEZ<br>APARTADO 1855<br>MOCA, PR 00676 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 26152 | $ 1,950,780.78 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

## Seventy-Second Omnibus Objection
## Exhibit A - Bondholder No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 16 | COOPERATIVA DE AHORRO Y CREDITO FAMILIAR PROGRESISTA<br>FAMILIAR PROGRESISTA<br>ATTN. JAVIER CLAUDIO LOPEZ<br>URB. PUERTO NUEVO<br>479 AVE. DE DIEGO<br>SAN JUAN, PR 00920-3706 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 54455 | $ 1,661,417.98 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | COTTO ORTIZ, AIDA LUZ<br>367 CALLE PALMERAS ESTANCIAS DEL BOSQUE<br>CIDRA, PR 00739 | 4/12/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7286 | $ 105,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | DANIEL A. PATRON PEREZ Y LUZ P. VAZQUEZ POMATES<br>P.O. BOX 8248<br>CAGUAS, PR 00726-8248 | 6/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 51727 | $ 200,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | DIAZ ANTOMMATTEI, LOURDES R<br>AVE ASHFORT NUM 1357<br>SUITE NUM 2 PMB 438<br>SAN JUAN, PR 00907 | 4/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 5488 | $ 215,000.00 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | DOCTOR'S CENTER HOSPITAL ARECIBO, INC.<br>CARLOS ALBERTO BLANCO-RAMOS<br>P.O. BOX 30532<br>MANATI, PR 00674-8513 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 36156 | $ 1,145,836.49 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

## Seventy-Second Omnibus Objection
### Exhibit A - Bondholder No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 21 | DORA CAMEJO EXEC EST NARCISO CAMEJO ESTRELLA<br>PO BOX 11804<br>SAN JUAN, PR 00922 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 45115 | $ 461,715.99 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | ELECTROMECHANICAL SPECIALTIES<br>PO BOX 2016<br>SAN JUAN, PR 00919 | 6/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 49660 | $ 73,044.56 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | FERNANDEZ MARTINEZ, FRANCISCO A<br>451 AVENTURINA<br>GURABO, PR 00778-9006 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 33544 | $ 92,333.76 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | FONSECA, JOSE RAFAEL<br>BOSQUE DEL LAGO-ENCANTADA<br>PLAZA 19 BI-13<br>TRUJILLO ALTO, PR 00976 | 5/10/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12837 | $ 205,001.50 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | GARCIA MORALES MD, ROBERTO F<br>PO BOX 1870<br>MAYAGUEZ, PR 00681 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 40674 | $ 260,431.66 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.

## Seventy-Second Omnibus Objection
### Exhibit A - Bondholder No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 26 | GEIGEL-LORES, GLORIA<br>1308 CALLE LUCHETTI<br>APT. 803<br>SAN JUAN, PR 00907 | 4/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9097 | $ 141,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Industrial Development Company which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | GUZMAN DE AMADOR, IRMITA<br>5 CARR 833 APT 1203 B<br>GUAYNABO, PR 00969 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27493 | $ 30,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | GUZMAN WEBB, DIANA<br>31 LAMBOURNE RD<br>TOWSAN, MD 21204 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22439 | $ 196,135.94 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | GUZMAN, LILLIAN<br>#34 BROMELIA<br>GUAYNABO, PR 00969 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41630 | $ 45,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | GUZMAN, LILLIAN<br>#34 BROMELIA<br>GUAYNABO, PR 00969 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 41667 | $ 65,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Convention Center District Authority which are duplicative of the master proof(s) of claim filed by the trustee of these bond(s) in the Commonwealth case.

## Seventy-Second Omnibus Objection
## Exhibit A - Bondholder No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 31 | JANER-VELÁZQUEZ, JOSÉ E.<br>BOX 367<br>CAGUAS, PR 00726 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 77375 | $ 3,150,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | JENKINS, HAYDEE J<br>PO BOX 345<br>FAJARDO, PR 00738 | 5/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 31048 | $ 85,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Industrial Development Company which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | JIMENEZ GANDARA, MARIA ELENA<br>857 PONCE DE LEON AVE APT 2N<br>SAN JUAN, PR 00907 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22344 | $ 1,682,177.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | JRF GOLD DISTRIBUTORS INC<br>ROLANDO ROJAS TORRES<br>SF-2 CALLE CAMINO DE LA ZARZUELA<br>MANSION DEL SUR<br>TOA BAJA, PR 00949 | 5/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16312 | $ 580,000.00 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | JUSTIN DELIA, ANN DELIA AND JOSEPH DELIA JT TEN<br>1614 STEWART LANE<br>LAURAL HOLLOW, NY 11791 | 3/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3513 | $ 55,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1 compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

## Seventy-Second Omnibus Objection
### Exhibit A - Bondholder No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 36 | LA SUCESION DE NORMAN EUGENE PARKHURST RODRIGUEZ, COMPUESTA POR SUS UNICOS Y UNIVERSALES HEREDEROS NORMAN PARKHURST VALDERAS, FRANCIS PARKHURST VALDERAS, BRYAN PARKHURST VALDERAS Y SU VIUDA CARMEN P.<br>241 WINSTON CHURCHILL, CHURCHILL PARK, APARTADO 30<br>SAN JUAN, PR 00926 | 7/28/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 155074 | $ 234,782.12 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 37 | LEBRON ARROYO, ISABEL<br>PARQUE MEDITERRANEO<br>A8 PASEO MEDITERRANEO<br>GUAYNABO, PR 00966-4070 | 3/12/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 3245 | Undetermined* |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 38 | MALDONADO LOPEZ, MARITZA<br>#609 CALLE 1 TINTILLO HILLS<br>GUAYNABO, PR 00966 | 4/17/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8068 | $ 130,676.64 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 39 | MENDEZ FIGUEROA, NELLY A.<br>P.O. BOX 87<br>UTUADO, PR 00641 | 4/20/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 7867 | $ 30,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 40 | NEGRON JIMENEZ, EDWIN<br>352 AVE SAN CLAUDIO<br>PMB 115<br>SAN JUAN, PR 00926-4143 | 4/13/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 6203 | $ 55,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

## Seventy-Second Omnibus Objection
### Exhibit A - Bondholder No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 41 | NIEVES, GLADYS<br>C/O BERKAN & MENDEZ<br>ATTN: JUDITH BERKAN, ATTORNEY<br>G11 CALLE O'NEILL<br>SAN JUAN, PR 00918-2301 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 107996 | $ 100,000.00 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Industrial Development Company which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | OCASIO ROLDAN, JOSE<br>ALT DE LA FUENTE<br>E14 CALLE 1<br>CAGUAS, PR 00727-7312 | 5/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 14865 | $ 130,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | PALMER ARRACHE, AUGUSTO R<br>PO BOX 27<br>YAUCO, PR 00698 | 5/14/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13480 | $ 138,000.00* |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 44 | PEREZ FELICIANO, RICARDO I.<br>DORADO DEL MAR<br>CALLE ESTRELLA DEL MAR M-27<br>DORADO, PR 00646 | 6/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 78634 | $ 30,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | QUALITY & RELIABLE SERVICES INC<br>EDIFICIO QUALITY PLAZA CALLE GOYCO #100 ESTE<br>CAGUAS, PR 00725 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 99291 | $ 160,000.00* |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

## Seventy-Second Omnibus Objection
## Exhibit A - Bondholder No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 46 | QUINTIN RIVERA SEGARRA, ENID TORO TORRES AND THE CONNJUGAL PARTNERSHIP<br>PO BOX 8188<br>CAGUAS, PR 00726 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 77860 | $ 166,431.44 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.

| | | | | | | |
|---|---|---|---|---|---|---|
| 47 | RAMIREZ GELPI, MILAGROS<br>PO BOX 2015<br>MAYAGUEZ, PR 00681 | 5/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 10871 | $ 825,781.85 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant asserts, in part, liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | RAMIREZ TORRES, ERNESTO L.<br>1759 SIERVAS DE MARIA, LA RAMBLA<br>PONCE, PR 00730 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 99166 | $ 111,175.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | RODRIGUEZ, DOMINGO<br>PO BOX 16316<br>SAN JUAN, PR 00908 | 5/18/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 11946 | $ 38,842.38 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | SANTOS REYES, HECTOR O.<br>P O BOX 1832<br>CIDRA, PR 00739-1832 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 22669 | $ 580,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant asserts, in part, liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

## Seventy-Second Omnibus Objection
### Exhibit A - Bondholder No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 51 | UNIVERSIDAD CARLOS ALBIZU, INC.<br>P.O.BOX 9023711<br>SAN JUAN, PR 00902-3711 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 43586 | $ 595,059.50 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 52 | VALDES DE ADSUAR, RUTH<br>1360 CALLE LUCHETTI APT. #5<br>SAN JUAN, PR 00907 | 6/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 59330 | $ 150,002.99 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 53 | VALLEJO DEL VALLE, MEDELICIA<br>FRANCISO J. RIVERA ALVAREZ, ESQ.<br>PO BOX 336001<br>PONCE, PR 00733-6001 | 5/4/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13021 | $ 35,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 54 | VICTOR HERNANDEZ OTERO Y JUDITH SIERRA COMM PROP<br>TIERRALTA 1<br>GAVIOTA E-1<br>GUAYNABO, PR 00969 | 5/15/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 13380 | $ 161,550.93 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 55 | WILSON TIRE CENTER<br>JARDINES DEL CARIBE<br>MM 9 CALLE 41<br>PONCE, PR 00728 | 4/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9650 | $ 400,000.00* |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case.

## Seventy-Second Omnibus Objection
### Exhibit A - Bondholder No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 56 | ZAIDEE ACEVEDO VILA Y/O BUFETE ACEVEDO COLON & ACEVEDO VILA<br>867 AVE MUNOZ RIVERA<br>VICK CENTER SUITE C 402<br>SAN JUAN, PR 00925 | 3/19/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 4024 | $ 16,316.07 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims.

| | | | | | TOTAL | $ 19,446,421.26* |

\* Indicates claim contains unliquidated and/or undetermined amounts