# ANEXO A

**Relación de reclamos objeto de la Septuagésima segunda objeción global**

## Septuagésima segunda objeción colectiva
### Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ACEVEDO VILA, ZAIDEE<br>VICK CENTER C 402<br>867 AVE MUNOZ RIVERA<br>SAN JUAN, PR 00925 | 3/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3524 | $ 16,316.07 |
| | Base para: El reclamante formula, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa. El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. | | | | | |
| 2 | AGUADILLA SHOPPING CENTER, INC<br>P.O. BOX 4035<br>AGUADILLA, PR 00605 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16303 | $ 45,000.91 |
| | Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 3 | ALFARO DEL TORO, PEDRO LUIS<br>154 CALLE GANGES<br>SAN JUAN, PR 00926-2916 | 8/18/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7 | $ 125,000.00 |
| | Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de la evidencia de reclamación maestra presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la evidencia de reclamación maestra presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 4 | BAEZ VIDRO, JOSE A.<br>ESTANCIAS TORTUGUERO<br>TOLEDO 130<br>VEGA BAJA, PR 00693 | 5/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13764 | $ 33,370.54 |
| | Base para: El reclamante formula, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa. El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Septuagésima segunda objeción colectiva
### Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 5 | BAEZ, MYRNA<br>URB. FLORAL PARK<br>CALLE JAMAICA #1<br>SAN JUAN, PR 00917 | 7/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 159307 | $ 273,000.00 |
| | Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Compañía de Fomento Industrial de Puerto Rico, que es un duplicado de una o más evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 6 | BAYNON, CLIFFORD<br>22 SYCAMORE DR.<br>EAST MORICHES, NY 11940 | 4/8/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4339 | $ 56,580.20 |
| | Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos de COFINA (Corporación del Fondo de Interés Apremiante) y, por lo tanto, busca recuperar montos de los cuales el Estado Libre Asociado no es responsable porque las reclamaciones (1) se acordaron y resolvieron de acuerdo con la Orden de Resolución y (2) se relevaron y descargaron de acuerdo con el Plan y la Orden Enmendada de Confirmación. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la evidencia de reclamación maestra presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 7 | BLANCO, YUSIF MAFUZ<br>2013 CACIQUE<br>SAN JUAN, PR 00911 | 12/1/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 348 | $ 249,008.00 |
| | Base para: El reclamante formula, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa. El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 8 | CARLO FAJARDO, CARLOS H<br>BOX 1917<br>MAYAGUEZ, PR 00681 | 6/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 47264 | $ 57,045.90 |
| | Base para: El reclamante formula, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa. El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos de COFINA (Corporación del Fondo de Interés Apremiante) y, por lo tanto, busca recuperar montos de los cuales el Estado Libre Asociado no es responsable porque las reclamaciones (1) se acordaron y resolvieron de acuerdo con la Orden de Resolución y (2) se relevaron y descargaron de acuerdo con el Plan y la Orden Enmendada de Confirmación. | | | | | |

## Septuagésima segunda objeción colectiva
### Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 9 | CASANOVA, AWILDA<br>P.O. BOX 140878<br>ARECIBO, PR 00614 | 6/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 31654 | $ 888,227.29 |
| | Base para: El reclamante formula, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa. El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos de COFINA (Corporación del Fondo de Interés Apremiante) y, por lo tanto, busca recuperar montos de los cuales el Estado Libre Asociado no es responsable porque las reclamaciones (1) se acordaron y resolvieron de acuerdo con la Orden de Resolución y (2) se relevaron y descargaron de acuerdo con el Plan y la Orden Enmendada de Confirmación. | | | | | |
| 10 | CASTRO ROBLES, NILDA<br>VILLA FONTANA<br>GR20 VIA 15<br>CAROLINA, PR 00983-3916 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18685 | $ 100,000.00 |
| | Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos de COFINA (Corporación del Fondo de Interés Apremiante) y, por lo tanto, busca recuperar montos de los cuales el Estado Libre Asociado no es responsable porque las reclamaciones (1) se acordaron y resolvieron de acuerdo con la Orden de Resolución y (2) se relevaron y descargaron de acuerdo con el Plan y la Orden Enmendada de Confirmación. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por el ERS, que son duplicados de la evidencia de reclamación maestra presentada por el fideicomisario de esos bonos en el caso del Estado Libre Asociado. | | | | | |
| 11 | CHARLES AND MARILYN STERN JT/WROS<br>1285 WEEPING WILLOW WAY<br>HOLLYWOOD, FL 33019 | 3/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4032 | Indeterminado* |
| | Base para: El reclamante formula, en parte, la responsabilidad asociada con uno o más bonos emitidos por la Autoridad de Carreteras y Transportación («ACT») que son duplicados de una o más Evidencias de Reclamación Maestras presentadas en el Caso del Título III de la ACT por el agente fiscal o el fideicomisario de estos bonos. El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos de COFINA (Corporación del Fondo de Interés Apremiante) y, por lo tanto, busca recuperar montos de los cuales el Estado Libre Asociado no es responsable porque las reclamaciones (1) se acordaron y resolvieron de acuerdo con la Orden de Resolución y (2) se relevaron y descargaron de acuerdo con el Plan y la Orden Enmendada de Confirma | | | | | |
| 12 | CINTRON, BLANCA I<br>URB PALACIOS DEL RIO I<br>488 TANAMA<br>TOA ALTA, PR 00953-5009 | 6/8/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 21033 | $ 200,000.00* |
| | Base para: El reclamante formula, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa. El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. | | | | | |
| 13 | COMAS DEL TORO, JESUS<br>URB HOSTOS ARTURO DAVILA #3<br>MAYAGUEZ, PR 00682-5940 | 3/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5139 | $ 119,320.83 |
| | Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Compañía de Fomento Industrial de Puerto Rico, que es un duplicado de una o más evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Septuagésima segunda objeción colectiva
Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 14 | COOPERATIVA DE AHORRO Y CREDITO DE FLORIDA<br>ATTN.ZORAIDA MIRANDA VIERA<br>GERENTE DE OPERACIONES<br>PO BOX 1162<br>FLORIDA, PR 00650-1162 | 6/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 52408 | $ 795,056.94 |
| | Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 15 | COOPERATIVA DE AHORRO Y CREDITO DE MOCA<br>GISELA GONZALEZ GONZALEZ<br>APARTADO 1855<br>MOCA, PR 00676 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 26152 | $ 1,950,780.78 |
| | Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 16 | COOPERATIVA DE AHORRO Y CREDITO FAMILIAR PROGRESISTA<br>FAMILIAR PROGRESISTA<br>ATTN. JAVIER CLAUDIO LOPEZ<br>URB. PUERTO NUEVO<br>479 AVE. DE DIEGO<br>SAN JUAN, PR 00920-3706 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 54455 | $ 1,661,417.98 |
| | Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 17 | COTTO ORTIZ, AIDA LUZ<br>367 CALLE PALMERAS ESTANCIAS DEL BOSQUE<br>CIDRA, PR 00739 | 4/12/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7286 | $ 105,000.00 |
| | Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por el ERS, que son duplicados de la evidencia de reclamación maestra presentada por el fideicomisario de esos bonos en el caso del Estado Libre Asociado. | | | | | |

Septuagésima segunda objeción colectiva
Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 18 | DANIEL A. PATRON PEREZ Y LUZ P. VAZQUEZ POMATES<br>P.O. BOX 8248<br>CAGUAS, PR 00726-8248 | 6/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 51727 | $ 200,000.00 |
| | Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos de COFINA (Corporación del Fondo de Interés Apremiante) y, por lo tanto, busca recuperar montos de los cuales el Estado Libre Asociado no es responsable porque las reclamaciones (1) se acordaron y resolvieron de acuerdo con la Orden de Resolución y (2) se relevaron y descargaron de acuerdo con el Plan y la Orden Enmendada de Confirmación. | | | | | |
| 19 | DIAZ ANTOMMATTEI, LOURDES R<br>AVE ASHFORT NUM 1357<br>SUITE NUM 2 PMB 438<br>SAN JUAN, PR 00907 | 4/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5488 | $ 215,000.00 |
| | Base para: El reclamante formula, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa. El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. | | | | | |
| 20 | DOCTOR'S CENTER HOSPITAL ARECIBO, INC.<br>CARLOS ALBERTO BLANCO-RAMOS<br>P.O. BOX 30532<br>MANATI, PR 00674-8513 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 36156 | $ 1,145,836.49 |
| | Base para: El reclamante formula, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa. El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 21 | DORA CAMEJO EXEC EST NARCISO CAMEJO ESTRELLA<br>PO BOX 11804<br>SAN JUAN, PR 00922 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 45115 | $ 461,715.99 |
| | Base para: El reclamante formula, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa. El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. | | | | | |

## Septuagésima segunda objeción colectiva
### Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 22 | ELECTROMECHANICAL SPECIALTIES<br>PO BOX 2016<br>SAN JUAN, PR 00919 | 6/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 49660 | $ 73,044.56 |
| | Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos de COFINA (Corporación del Fondo de Interés Apremiante) y, por lo tanto, busca recuperar montos de los cuales el Estado Libre Asociado no es responsable porque las reclamaciones (1) se acordaron y resolvieron de acuerdo con la Orden de Resolución y (2) se relevaron y descargaron de acuerdo con el Plan y la Orden Enmendada de Confirmación. | | | | | |
| 23 | FERNANDEZ MARTINEZ, FRANCISCO A<br>451 AVENTURINA<br>GURABO, PR 00778-9006 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 33544 | $ 92,333.76 |
| | Base para: El reclamante formula, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa. El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. | | | | | |
| 24 | FONSECA, JOSE RAFAEL<br>BOSQUE DEL LAGO-ENCANTADA<br>PLAZA 19 BI-13<br>TRUJILLO ALTO, PR 00976 | 5/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 12837 | $ 205,001.50 |
| | Base para: El reclamante formula, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa. El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos de COFINA (Corporación del Fondo de Interés Apremiante) y, por lo tanto, busca recuperar montos de los cuales el Estado Libre Asociado no es responsable porque las reclamaciones (1) se acordaron y resolvieron de acuerdo con la Orden de Resolución y (2) se relevaron y descargaron de acuerdo con el Plan y la Orden Enmendada de Confirmación. | | | | | |
| 25 | GARCIA MORALES MD, ROBERTO F<br>PO BOX 1870<br>MAYAGUEZ, PR 00681 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 40674 | $ 260,431.66 |
| | Base para: El reclamante formula, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa. El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos de COFINA (Corporación del Fondo de Interés Apremiante) y, por lo tanto, busca recuperar montos de los cuales el Estado Libre Asociado no es responsable porque las reclamaciones (1) se acordaron y resolvieron de acuerdo con la Orden de Resolución y (2) se relevaron y descargaron de acuerdo con el Plan y la Orden Enmendada de Confirmación. | | | | | |
| 26 | GEIGEL-LORES, GLORIA<br>1308 CALLE LUCHETTI<br>APT. 803<br>SAN JUAN, PR 00907 | 4/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9097 | $ 141,000.00 |

## Septuagésima segunda objeción colectiva
### Anexo A: Titulares de bonos sin responsabilidad

| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|
| Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Compañía de Fomento Industrial de Puerto Rico, que es un duplicado de una o más evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la evidencia de reclamación maestra presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 27  GUZMAN DE AMADOR, IRMITA  5 CARR 833 APT 1203 B  GUAYNABO, PR 00969 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27493 | $ 30,000.00 |
| Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 28  GUZMAN WEBB, DIANA  31 LAMBOURNE RD  TOWSAN, MD 21204 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 22439 | $ 196,135.94 |
| Base para: El reclamante formula, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 29  GUZMAN, LILLIAN  #34 BROMELIA  GUAYNABO, PR 00969 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 41630 | $ 45,000.00 |
| Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 30  GUZMAN, LILLIAN  #34 BROMELIA  GUAYNABO, PR 00969 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 41667 | $ 65,000.00 |
| Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad para el Distrito del Centro de Convenciones de Puerto Rico, que son duplicados de las evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |

## Septuagésima segunda objeción colectiva
### Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 31 | JANER-VELÁZQUEZ, JOSÉ E. BOX 367 CAGUAS, PR 00726 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 77375 | $ 3,150,000.00 |

Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | JENKINS, HAYDEE J PO BOX 345 FAJARDO, PR 00738 | 5/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 31048 | $ 85,000.00 |

Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Compañía de Fomento Industrial de Puerto Rico, que es un duplicado de una o más evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | JIMENEZ GANDARA, MARIA ELENA 857 PONCE DE LEON AVE APT 2N SAN JUAN, PR 00907 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 22344 | $ 1,682,177.00 |

Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de la evidencia de reclamación maestra presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | JRF GOLD DISTRIBUTORS INC ROLANDO ROJAS TORRES SF-2 CALLE CAMINO DE LA ZARZUELA MANSION DEL SUR TOA BAJA, PR 00949 | 5/16/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16312 | $ 580,000.00 |

Base para: El reclamante formula, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa. El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos de COFINA (Corporación del Fondo de Interés Apremiante) y, por lo tanto, busca recuperar montos de los cuales el Estado Libre Asociado no es responsable porque las reclamaciones (1) se acordaron y resolvieron de acuerdo con la Orden de Resolución y (2) se relevaron y descargaron de acuerdo con el Plan y la Orden Enmendada de Confirmación.

## Septuagésima segunda objeción colectiva
### Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 35 | JUSTIN DELIA, ANN DELIA AND JOSEPH DELIA JT TEN<br>1614 STEWART LANE<br>LAURAL HOLLOW, NY 11791 | 3/16/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3513 | $ 55,000.00 |
| | Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos de COFINA (Corporación del Fondo de Interés Apremiante) y, por lo tanto, busca recuperar montos de los cuales el Estado Libre Asociado no es responsable porque las reclamaciones (1) se acordaron y resolvieron de acuerdo con la Orden de Resolución y (2) se relevaron y descargaron de acuerdo con el Plan y la Orden Enmendada de Confirmación. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que es un duplicado de una o más evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 36 | LA SUCESION DE NORMAN EUGENE PARKHURST RODRIGUEZ, COMPUESTA POR SUS UNICOS Y UNIVERSALES HEREDEROS NORMAN PARKHURST VALDERAS, FRANCIS PARKHURST VALDERAS, BRYAN PARKHURST VALDERAS Y SU VIUDA CARMEN P.<br>241 WINSTON CHURCHILL, CHURCHILL PARK, APARTADO 30<br>SAN JUAN, PR 00926 | 7/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 155074 | $ 234,782.12 |
| | Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la evidencia de reclamación maestra presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 37 | LEBRON ARROYO, ISABEL<br>PARQUE MEDITERRANEO<br>A8 PASEO MEDITERRANEO<br>GUAYNABO, PR 00966-4070 | 3/12/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 3245 | Indeterminado* |
| | Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos de COFINA (Corporación del Fondo de Interés Apremiante) y, por lo tanto, busca recuperar montos de los cuales el Estado Libre Asociado no es responsable porque las reclamaciones (1) se acordaron y resolvieron de acuerdo con la Orden de Resolución y (2) se relevaron y descargaron de acuerdo con el Plan y la Orden Enmendada de Confirmación. | | | | | |
| 38 | MALDONADO LOPEZ, MARITZA<br>#609 CALLE 1 TINTILLO HILLS<br>GUAYNABO, PR 00966 | 4/17/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8068 | $ 130,676.64 |
| | Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la evidencia de reclamación maestra presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |

Septuagésima segunda objeción colectiva
Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 39 | MENDEZ FIGUEROA, NELLY A.<br>P.O. BOX 87<br>UTUADO, PR 00641 | 4/20/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7867 | $ 30,000.00 |
| | Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 40 | NEGRON JIMENEZ, EDWIN<br>352 AVE SAN CLAUDIO<br>PMB 115<br>SAN JUAN, PR 00926-4143 | 4/13/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6203 | $ 55,000.00 |
| | Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la evidencia de reclamación maestra presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 41 | NIEVES, GLADYS<br>C/O BERKAN & MENDEZ<br>ATTN: JUDITH BERKAN, ATTORNEY<br>G11 CALLE O'NEILL<br>SAN JUAN, PR 00918-2301 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 107996 | $ 100,000.00 |
| | Base para: El reclamante formula, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Compañía de Fomento Industrial de Puerto Rico, que es un duplicado de una o más evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 42 | OCASIO ROLDAN, JOSE<br>ALT DE LA FUENTE<br>E14 CALLE 1<br>CAGUAS, PR 00727-7312 | 5/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14865 | $ 130,000.00 |
| | Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |

## Septuagésima segunda objeción colectiva
### Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 43 | PALMER ARRACHE, AUGUSTO R<br>PO BOX 27<br>YAUCO, PR 00698 | 5/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13480 | $ 138,000.00* |
| | Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de la evidencia de reclamación maestra presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la evidencia de reclamación maestra presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 44 | PEREZ FELICIANO, RICARDO I.<br>DORADO DEL MAR<br>CALLE ESTRELLA DEL MAR M-27<br>DORADO, PR 00646 | 6/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 78634 | $ 30,000.00 |
| | Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 45 | QUALITY & RELIABLE SERVICES INC<br>EDIFICIO QUALITY PLAZA CALLE GOYCO #100 ESTE<br>CAGUAS, PR 00725 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 99291 | $ 160,000.00* |
| | Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la evidencia de reclamación maestra presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 46 | QUINTIN RIVERA SEGARRA, ENID TORO TORRES AND THE CONNJUGAL PARTNERSHIP<br>PO BOX 8188<br>CAGUAS, PR 00726 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 77860 | $ 166,431.44 |
| | Base para: El reclamante formula, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa. El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Septuagésima segunda objeción colectiva
Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 47 | RAMIREZ GELPI, MILAGROS<br>PO BOX 2015<br>MAYAGUEZ, PR 00681 | 5/1/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10871 | $ 825,781.85 |

Base para: El reclamante formula, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por el ERS, que son duplicados de la evidencia de reclamación maestra presentada por el fideicomisario de esos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | RAMIREZ TORRES, ERNESTO L.<br>1759 SIERVAS DE MARIA, LA RAMBLA<br>PONCE, PR 00730 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 99166 | $ 111,175.00 |

Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de la evidencia de reclamación maestra presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la evidencia de reclamación maestra presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 49 | RODRIGUEZ, DOMINGO<br>PO BOX 16316<br>SAN JUAN, PR 00908 | 5/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11946 | $ 38,842.38 |

Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad de Edificios Públicos de Puerto Rico, que es un duplicado de la evidencia de reclamación maestra presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado.

| | | | | | | |
|---|---|---|---|---|---|---|
| 50 | SANTOS REYES, HECTOR O.<br>P O BOX 1832<br>CIDRA, PR 00739-1832 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 22669 | $ 580,000.00 |

Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos de COFINA (Corporación del Fondo de Interés Apremiante) y, por lo tanto, busca recuperar montos de los cuales el Estado Libre Asociado no es responsable porque las reclamaciones (1) se acordaron y resolvieron de acuerdo con la Orden de Resolución y (2) se relevaron y descargaron de acuerdo con el Plan y la Orden Enmendada de Confirmación. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por el ERS, que son duplicados de la evidencia de reclamación maestra presentada por el fideicomisario de esos bonos en el caso del Estado Libre Asociado.

## Septuagésima segunda objeción colectiva
## Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 51 | UNIVERSIDAD CARLOS ALBIZU, INC.<br>P.O.BOX 9023711<br>SAN JUAN, PR 00902-3711 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 43586 | $ 595,059.50 |
| | Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 52 | VALDES DE ADSUAR, RUTH<br>1360 CALLE LUCHETTI APT. #5<br>SAN JUAN, PR 00907 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 59330 | $ 150,002.99 |
| | Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 53 | VALLEJO DEL VALLE, MEDELICIA<br>FRANCISO J. RIVERA ALVAREZ, ESQ.<br>PO BOX 336001<br>PONCE, PR 00733-6001 | 5/4/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13021 | $ 35,000.00 |
| | Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Corporación para el Financiamiento Público de Puerto Rico, que es un duplicado de una o más evidencias de reclamación maestras presentadas por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |
| 54 | VICTOR HERNANDEZ OTERO Y JUDITH SIERRA COMM PROP<br>TIERRALTA 1<br>GAVIOTA E-1<br>GUAYNABO, PR 00969 | 5/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 13380 | $ 161,550.93 |
| | Base para: El reclamante formula, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa. El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos de COFINA (Corporación del Fondo de Interés Apremiante) y, por lo tanto, busca recuperar montos de los cuales el Estado Libre Asociado no es responsable porque las reclamaciones (1) se acordaron y resolvieron de acuerdo con la Orden de Resolución y (2) se relevaron y descargaron de acuerdo con el Plan y la Orden Enmendada de Confirmación. | | | | | |
| 55 | WILSON TIRE CENTER<br>JARDINES DEL CARIBE<br>MM 9 CALLE 41<br>PONCE, PR 00728 | 4/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9650 | $ 400,000.00* |
| | Base para: El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones. El reclamante formula, en parte, la responsabilidad asociada a uno o más bonos emitidos por la Autoridad de Acueductos y Alcantarillados de Puerto Rico, que es un duplicado de la evidencia de reclamación maestra presentada por el fideicomisario de estos bonos en el caso del Estado Libre Asociado. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Septuagésima segunda objeción colectiva
### Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 56 | ZAIDEE ACEVEDO VILA Y/O BUFETE ACEVEDO COLON & ACEVEDO VILA<br>867 AVE MUNOZ RIVERA<br>VICK CENTER SUITE C 402<br>SAN JUAN, PR 00925 | 3/19/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4024 | $ 16,316.07 |

Base para: El reclamante formula, en parte, inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa. El reclamante formula, en parte, la responsabilidad sobre la base de la supuesta titularidad de los Bonos del Banco Gubernamental de Fomento («BGF») sujetos a la Modificación de Calificación que contemplaba la emisión de nuevos títulos a cambio de la cancelación de los Bonos del BGF y la extinción de la garantía del Estado Libre Asociado de determinados Bonos del BGF y, por lo tanto, el Estado Libre Asociado ya no es responsable de esas reclamaciones.

| | | | | TOTAL | $ 19,446,421.26* |
|---|---|---|---|---|---|

\* Indica que la reclamación contiene montos por liquidar o indeterminados