# **EXHIBIT A**

**Schedule of Claims Subject to the Seventy-Third Omnibus Objection**

## Seventy-Third Omnibus Objection
### Exhibit A - Bondholder Modify

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | ADELSON, ARTHUR<br>P.O. BOX 9331<br>TAMPA, FL 33674-9331 | 13998 | Commonwealth of Puerto Rico | Unsecured | $65,000.00 | Commonwealth of Puerto Rico | Unsecured | $20,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | AGUILAR, ANTONIO<br>LOIZA VALLEY<br>S-677 CALLE ACALIPHA<br>CANOVANAS, PR 00729 | 13212 | Commonwealth of Puerto Rico | Unsecured | $75,000.00 | Commonwealth of Puerto Rico | Unsecured | $30,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Another portion of the claim will remain as asserted against the Commonwealth.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | AIDA A. DE MUNOZ & EDGARDO MUNOZ<br>ATTN: EDGARDO MUNOZ<br>364 LAFAYETTE<br>SAN JUAN, PR 00917-3113 | 55085 | Commonwealth of Puerto Rico | Unsecured | $504,815.35 | Commonwealth of Puerto Rico | Unsecured | $40,000.00 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4 | AMADOR, CARLOS M<br>5 CAM. 833, APT 1203B<br>GUAYNABO, PR 00969 | 37793 | Commonwealth of Puerto Rico | Secured | $70,000.00 | Commonwealth of Puerto Rico | Secured | $25,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Another portion of the claim will remain as asserted against the Commonwealth.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5 | ARNALDO CRUZ IGARTUA RIVERA AND MILAGROS AYOROA SANTALIZ<br>UNIV. GARDENS 317 CALLE INTERAMERICANA<br>SAN JUAN, PR 00927-4011 | 21121 | Commonwealth of Puerto Rico | Secured | $495,000.00 | Commonwealth of Puerto Rico | Secured | $145,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Another portion of the claim will remain as asserted against the Commonwealth.

## Seventy-Third Omnibus Objection
### Exhibit A - Bondholder Modify

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 6 | BASSELL, CARLENE & STUART<br>63 DEMAREST AVE.<br>WEST NYACK, NY 10994 | 23197 | Commonwealth of Puerto Rico | Unsecured | $60,231.70 | Commonwealth of Puerto Rico | Unsecured | $26,843.50 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | BERMUDEZ DIAZ, MIGUEL A<br>HC 1 BOX 3698<br>BO MAVILLAS CARR 159 KM 18.8<br>COROZAL, PR 00783 | 10851 | Commonwealth of Puerto Rico | Unsecured | $100,000.00 | Commonwealth of Puerto Rico | Unsecured | $60,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | BONNIN INVESTMENT CORP.<br>PO BOX 197<br>MERCEDITA, PR 00715-0197 | 28723 | Commonwealth of Puerto Rico | Secured | $120,000.00 | Commonwealth of Puerto Rico | Secured | $100,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | CAMEJO GONZALEZ, NARCISO<br>PO BOX 11804<br>SAN JUAN, PR 00922 | 44906 | Commonwealth of Puerto Rico | Secured | $192,812.99 | Commonwealth of Puerto Rico | Secured | $147,187.50 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | CARIBBEAN INVESTMENT CENTER, INC.<br>208 PONCE DE LEON AVE., SUITE 1800<br>SAN JUAN, PR 00918 | 133 | Commonwealth of Puerto Rico | Secured | $1,072,358.00 | Commonwealth of Puerto Rico | Secured | $97,687.25 |
| | | | Commonwealth of Puerto Rico | Unsecured | $882,182.52 | Commonwealth of Puerto Rico | Unsecured | $0.00 |
| | | | | Subtotal | $1,954,540.52 | | Subtotal | $97,687.25 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Industrial Development Company which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

**Seventy-Third Omnibus Objection**
**Exhibit A - Bondholder Modify**

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 11 | CARLO FAJARDO, HEYDA M AND MIGUEL A<br>PO BOX 1917<br>MAYAGUEZ, PR 00681 | 46052 | Commonwealth of Puerto Rico | Unsecured | $391,049.99 | Commonwealth of Puerto Rico | Unsecured | $345,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12 | CARRERO, MADELEINE<br>PO BOX 364662<br>SAN JUAN, PR 00936 | 9957 | Commonwealth of Puerto Rico | Unsecured | $50,405.75 | Commonwealth of Puerto Rico | Unsecured | $5,113.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 13 | CASANOVA DE ROIG, CARMEN<br>COND. EL CAMPEADER, CALLE CERVANTES 86 APTO 1A<br>SAN JUAN, PR 00907-1962 | 27776 | Commonwealth of Puerto Rico | Secured | $355,000.00 | Commonwealth of Puerto Rico | Secured | $230,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 14 | COOP A/C ROOSEVELT RODS<br>PO BOX 31<br>FAJARDO, PR 00738-0031 | 7120 | Commonwealth of Puerto Rico | Secured | $20,057,497.59 | Commonwealth of Puerto Rico | Secured | $425,008.02 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Industrial Development Company which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 15 | COOPERATIVA A/C BARRANQUITAS<br>PO BOX 686<br>BARRANQUITAS, PR 00794 | 20032 | Commonwealth of Puerto Rico | Unsecured | $2,755,880.00 | Commonwealth of Puerto Rico | Unsecured | $2,000,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Another portion of the claim will remain as asserted against the Commonwealth.

**Seventy-Third Omnibus Objection**
**Exhibit A - Bondholder Modify**

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 16 | COOPERATIVA DE AHORRO Y CREDITO DE MOCA<br>GISELA GONZALEZ GONZALEZ<br>APARTADO 1855<br>MOCA, PR 00676 | 26091 | Commonwealth of Puerto Rico | Unsecured | $1,600,652.04 | Commonwealth of Puerto Rico | Unsecured | $302,112.90 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 17 | COOPERATIVA DE AHORRO Y CREDITO DE AGUADILL<br>C/O CARLOS CAMACHO, PRESIDENTE<br>PO BOX 541<br>AGUADILL, PR 00605-0541 | 21486 | Commonwealth of Puerto Rico | Secured | $26,230,328.26 | Commonwealth of Puerto Rico | Secured | $262,420.00 |
| | | | | | | Puerto Rico Electric Power Authority | Secured | $1,092,180.21 |
| | | | | | | | Subtotal | $1,354,600.21 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim, show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 18 | COOPERATIVA DE AHORRO Y CREDITO DE JAYUYA<br>LEMUEL NEGRON COLON, ESQ.<br>PO BOX 801478<br>COTO LAUREL, PR 00780 | 293 | Commonwealth of Puerto Rico | Unsecured | $7,405,000.00 | Puerto Rico Electric Power Authority | Unsecured | $1,610,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim, show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | COOPERATIVA DE AHORRO Y CREDITO HOLSUM<br>P.O. BOX 8282<br>TOA BAJA, PR 00951 | 61431 | Commonwealth of Puerto Rico | Unsecured | $1,196,800.00 | Commonwealth of Puerto Rico | Unsecured | $321,900.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 20 | COOPERATIVA DE AHORRO Y CREDITO SAN JOSE<br>APARTADO 2020<br>AIBONITO, PR 00705 | 400 | Commonwealth of Puerto Rico | Unsecured | $14,688,000.00 | Commonwealth of Puerto Rico | Unsecured | $500,000.00 |

## Seventy-Third Omnibus Objection
### Exhibit A - Bondholder Modify

|   | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 21 | CORREA ACEVEDO, TOMAS<br>CENTRO INTERNACIONAL DE MERCADEO II<br>90 CARR. 165 SUITE 407<br>GUAYNABO, PR 00968-8064 | 13268 | Commonwealth of Puerto Rico | Secured | $1,691,516.68 | Commonwealth of Puerto Rico | Secured | $1,291,516.68 |
| | Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 22 | CORREA ACEVEDO, TOMAS<br>CENTRO INTERNACIONAL DE MERCADEO II<br>90 CARR. 165 SUITE 407<br>GUAYNABO, PR 00968-8064 | 24121 | Commonwealth of Puerto Rico | Secured | $2,110,803.08 | Commonwealth of Puerto Rico | Secured | $1,291,516.68 |
| | Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 23 | CUERDA - SARA PEREZ, LUIS<br>PO BOX 361717<br>SAN JUAN, PR 00936 | 52259 | Commonwealth of Puerto Rico | Unsecured | $488,635.01* | Commonwealth of Puerto Rico | Unsecured | $30,000.00* |
| | Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 24 | DEL PRADO ESCOBAR MD, RAMON<br>PO BOX 7505<br>PONCE, PR 00732 | 23738 | Commonwealth of Puerto Rico | Unsecured | $88,437.37 | Puerto Rico Electric Power Authority | Unsecured | $24,587.57 |
| | Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant identifies as obligor the Commonwealth of Puerto Rico when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim, show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |

**Seventy-Third Omnibus Objection**
**Exhibit A - Bondholder Modify**

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 25 | DENG, XIANGNING<br>1353 SOFTWIND DRIVE<br>INDIANAPOLIS, IN 46260-4590 | 781 | Commonwealth of Puerto Rico | Unsecured | $45,000.00 | Commonwealth of Puerto Rico | Unsecured | $20,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 26 | DÍAZ MIGUEL, BERMÚDEZ<br>HC01 BOX 3698<br>COROZAL, PR 00783 | 39384 | Commonwealth of Puerto Rico | Unsecured | $100,000.00 | Commonwealth of Puerto Rico | Unsecured | $60,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 27 | ELIAS, ANNA<br>10713 HOWERTON AVENUE<br>FAIRFAX, VA 22030 | 1645 | Commonwealth of Puerto Rico | Secured | $15,000.00 | Commonwealth of Puerto Rico | Secured | $10,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 28 | FIGUEROA SANTIAGO, NELIDA<br>P.O. BOX 87<br>UTUADO, PR 00641 | 7853 | Commonwealth of Puerto Rico | Unsecured | $135,000.00 | Commonwealth of Puerto Rico | Unsecured | $75,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 29 | FREIRIA GARRATON, MARIA M<br>PO BOX 36 4165<br>SAN JUAN, PR 00936-4165 | 7964 | Commonwealth of Puerto Rico | Secured | $2,006,004.36 | Puerto Rico Electric Power Authority | Secured | $475,000.00 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim, show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Seventy-Third Omnibus Objection
### Exhibit A - Bondholder Modify

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 30 | GARLAND SOLA, MILTON<br>URB. VILLA CLEMENTINA<br>CALLE BILBAO J-18<br>GUAYNABO, PR 00969 | 46259 | Commonwealth of Puerto Rico | Unsecured | $10,987.00 | Puerto Rico Electric Power Authority | Unsecured | $3,125.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim, show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 31 | GARLAND SOLA, MILTON J<br>URB VILLA CLEMENTINA<br>J 18 CALLE BILBAO<br>GUAYNABO, PR 00969 | 36961 | Commonwealth of Puerto Rico | Unsecured | $10,912.00 | Puerto Rico Electric Power Authority | Unsecured | $4,200.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim, show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 32 | GONZALEZ COGNET, LUIS<br>LUIS GONZALEZ COGNET<br>URB. PARANA S7 12 CALLE 6<br>SAN JUAN, PR 00926 | 13583 | Commonwealth of Puerto Rico | Unsecured | $4,605,000.00 | Commonwealth of Puerto Rico | Unsecured | $700,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 33 | GONZALEZ GUZMAN, MARIA M<br>WALDEMAR DAVILA ACOSTA Y/O<br>MARIA M. GONZALEZ GUZMAN<br>PO BOX 358<br>BOQUERON, PR 00622 | 25236 | Commonwealth of Puerto Rico | Unsecured | $123,072.95 | Puerto Rico Electric Power Authority | Unsecured | $20,000.00 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim, show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 34 | GONZALEZ-HERES, JOSE FRANCISCO<br>PO BOX 839<br>AMBLER, PA 19002 | 27684 | Commonwealth of Puerto Rico | Secured | $1,980,000.00 | Commonwealth of Puerto Rico | Secured | $390,000.00 |

Reason: Claimant asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

## Seventy-Third Omnibus Objection
### Exhibit A - Bondholder Modify

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 35 | HERNANDEZ RUIZ, ERMIS M<br>CONDOMINIO VENUS PLAZA B<br>130 CALLE COSTA RICA APT PH801<br>SAN JUAN, PR 00917 | 7297 | Commonwealth of Puerto Rico | Unsecured | $165,000.00 | Puerto Rico Electric Power Authority | Unsecured | $105,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim, show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 36 | JESUS COMAS DEL TORO +<br>HERMINIA FLORES CONCEPCION<br>URB HOSTOS CALLE ARTURO<br>DAVILA #3<br>MAYAGUEZ, PR 00682-5940 | 5135 | Commonwealth of Puerto Rico | Unsecured | $350,716.67 | Commonwealth of Puerto Rico | Unsecured | $54,275.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Industrial Development Company which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 37 | LEMME R TR IMA P<br>200 RIVER'S EDGE DRIVE SUITE 300<br>MEDFORD, MA 02155 | 58160 | Commonwealth of Puerto Rico | Unsecured | $400,000.00 | Commonwealth of Puerto Rico | Unsecured | $200,000.00 |
| | | | | | | Puerto Rico Electric Power Authority | Unsecured | $100,000.00 |
| | | | | | | | Subtotal | $300,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Another portion of the claim will remain as asserted against the Commonwealth. Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim, show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 38 | LOPEZ CALDERON, JUAN M<br>PO BOX 366602<br>SAN JUAN, PR 00936-6602 | 5069 | Commonwealth of Puerto Rico | Secured | $178,577.06* | Commonwealth of Puerto Rico | Secured | $100,000.00* |
| | | | Commonwealth of Puerto Rico | Unsecured | $235,000.00* | Commonwealth of Puerto Rico | Unsecured | Undetermined* |
| | | | | Subtotal | $413,577.06* | | Subtotal | $100,000.00* |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

\* Indicates claim contains unliquidated and/or undetermined amounts

## Seventy-Third Omnibus Objection
### Exhibit A - Bondholder Modify

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 39 | LOUBRIEL, MARTA L.<br>CHALETS DEL BULEVAR, APT. 3<br>PONCE, PR 00716 | 22558 | Commonwealth of Puerto Rico | Secured | $50,000.00 | Commonwealth of Puerto Rico | Secured | $40,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 40 | LOYACK, SUZANNE M<br>6945 BOBWHITE DR<br>NORTH RICHLAND HILLS, TX 76182 | 3718 | Commonwealth of Puerto Rico | Unsecured | $5,000.00 | Commonwealth of Puerto Rico | Unsecured | $2,500.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 41 | MARIA T SOTO VILLARES (MAIDEN) / MARIA TERESITA MARTIN (PASSPORT)<br>H-22 YAGRUMO, CAPARRA HILLS<br>GUAYNABO, PR 00968 | 167899 | Commonwealth of Puerto Rico | Secured | $680,000.00 | Commonwealth of Puerto Rico | Secured | $50,000.00 |
| | | | | | | Puerto Rico Electric Power Authority | Secured | $365,000.00 |
| | | | | | | | Subtotal | $415,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim, show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 42 | MARRERO SANTIAGO, MIGUEL A.<br>VILLA NEVARES, 114 CALLE 17<br>SAN JUAN, PR 00927 | 28345 | Commonwealth of Puerto Rico | Unsecured | $140,000.00 | Commonwealth of Puerto Rico | Unsecured | $10,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | ASSERTED PRIORITY STATUS | ASSERTED AMOUNT | CORRECTED DEBTOR | CORRECTED PRIORITY STATUS | CORRECTED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 43 | MARTIN CERVERA, ANTONIO<br>H-22 YAGRUMO, CAPARRA HILLS<br>GUAYNABO, PR 00968 | 167898 | Commonwealth of Puerto Rico | Secured | $540,000.00 | Commonwealth of Puerto Rico | Secured | $50,000.00 |
| | | | | | | Puerto Rico Electric Power Authority | Secured | $270,000.00 |
| | | | | | | | Subtotal | $320,000.00 |

## Seventy-Third Omnibus Objection
## Exhibit A - Bondholder Modify

|   | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|------|--------|----------|--|--|-----------|--|--|
|   |      |        | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|   | Reason: Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant asserts, in part, liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim, show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 44 | MARTINEZ SANCHEZ, AWILDA O<br>1628 SAN JULIAN ST<br>URB. SAGRADO CORAZON<br>SAN JUAN, PR 00926 | 9758 | Commonwealth of Puerto Rico | Secured | $70,000.00 | Commonwealth of Puerto Rico | Secured | $25,000.00 |
|   | Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 45 | MILLER, PAMELA J.<br>4614 E. SHANGRI-LA RD<br>PHOENIX, AZ 85028 | 8633 | Commonwealth of Puerto Rico | Unsecured | $40,000.00 | Commonwealth of Puerto Rico | Unsecured | $10,000.00 |
|   | Reason: Claimant asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 46 | MILLER, PAMELA J<br>4614 E. SHANGRI-LA ROAD<br>PHOENIX, AZ 85028 | 7223 | Commonwealth of Puerto Rico | Unsecured | $35,000.00 | Commonwealth of Puerto Rico | Unsecured | $10,000.00 |
|   |      |        |          |                 |        | Puerto Rico Electric Power Authority | Unsecured | $10,000.00 |
|   |      |        |          |                 |        |          | Subtotal | $20,000.00 |
|   | Reason: Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Another portion of the claim will remain as asserted against the Commonwealth. Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim, show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority. | | | | | | | |
| 47 | MONLLOR ARZOLA, GRETCHEN<br>URB PARQUE MEDITERRANEO<br>E12 CALLE FLORENCIA<br>GUAYNABO, PR 00969 | 4540 | Commonwealth of Puerto Rico | Unsecured | $315,000.00 | Commonwealth of Puerto Rico | Unsecured | $25,000.00 |
|   | Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |

## Seventy-Third Omnibus Objection
### Exhibit A - Bondholder Modify

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 48 | MOSCOSO, PATRICIA<br>B-62 RIDGEWOOD DRIVE<br>GUAYNABO, PR 00966 | 31833 | Commonwealth of Puerto Rico | Unsecured | $441,428.44 | Commonwealth of Puerto Rico | Unsecured | $199,341.66 |
| | Reason: Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 49 | NEW PORT INVESTMENTS S.E.<br>342 SAN LUIS STREET SUITE 201<br>SAN JUAN, PR 00920 | 3809 | Commonwealth of Puerto Rico | Unsecured | $645,000.00 | Commonwealth of Puerto Rico | Unsecured | $95,000.00 |
| | Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 50 | ORDA INC.<br>CONDOMINIO PLAZA DEL PRADO<br>5 CARRETERA 833  PH-4<br>GUAYNABO, PR 00969-3003 | 8557 | Commonwealth of Puerto Rico | 503(b)(9) | $55,000.00 | Commonwealth of Puerto Rico | 503(b)(9) | $10,000.00 |
| | Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 51 | RAFAEL DUENO AND LINA M RODRIGUEZ<br>ORQUIDEA 2 EST TORRIMAR<br>GUAYNABO, PR 00966 | 42775 | Commonwealth of Puerto Rico | Unsecured | $431,727.84 | Commonwealth of Puerto Rico | Unsecured | $21,466.65 |
| | Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |
| 52 | REVOCABLE INDENTURE TRUST OF RICHARD BROWN UA APRIL 1, 2007<br>RICHARD BROWN<br>24 FIELDS DRIVE<br>E.LONGMEADOW, MA 01028 | 15208 | Commonwealth of Puerto Rico | Unsecured | $78,638.19 | Commonwealth of Puerto Rico | Unsecured | $25,000.00 |
| | Reason: Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Another portion of the claim will remain as asserted against the Commonwealth. | | | | | | | |

**Seventy-Third Omnibus Objection**
**Exhibit A - Bondholder Modify**

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 53 | REXACH FELICIANO, LIZETTE<br>154 MARTINETE ST., MONTEHIEDRA<br>SAN JUAN, PR 00926 | 119405 | Commonwealth of Puerto Rico | Secured | $65,000.00 | Commonwealth of Puerto Rico | Secured | $25,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 54 | RICARDO F. LEVY ECHEANDIA AND LOURDES ARCE RIVERA<br>CALLE PALOS GRANDES S-3<br>GUAYNABO, PR 00966 | 248 | Commonwealth of Puerto Rico | Unsecured | $937,692.00 | Commonwealth of Puerto Rico | Unsecured | $125,700.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 55 | RICARDO F. LEVY ECHEANDIA AND LOURDES ARCE RIVERA<br>CALLE PALOS GRANDES S-3<br>GUAYNABO, PR 00966 | 398 | Commonwealth of Puerto Rico | Secured | $937,692.00 | Commonwealth of Puerto Rico | Secured | $125,700.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 56 | RIVERA SANTANA, JESUS<br>HC 15 BOX 15667<br>HUMACAO, PR 00791 | 5454 | Commonwealth of Puerto Rico | Secured | $65,000.00 | Commonwealth of Puerto Rico | Secured | $40,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 57 | RODRIGUEZ APONTE, JOSE A<br>PO BOX 41044<br>SAN JUAN, PR 00940 | 2910 | Commonwealth of Puerto Rico | Unsecured | $415,000.00 | Commonwealth of Puerto Rico | Unsecured | $15,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Another portion of the claim will remain as asserted against the Commonwealth.

## Seventy-Third Omnibus Objection
### Exhibit A - Bondholder Modify

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 58 | RODRIGUEZ CRUZ, ANGEL<br>PO BOX 141765<br>ARECIBO, PR 00614-1765 | 6465 | Commonwealth of Puerto Rico | Unsecured | $30,000.00* | Puerto Rico Electric Power Authority | Unsecured | $15,000.00* |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim, show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 59 | RODRIGUEZ, DIANA M<br>PASEO DEL PRADO<br>CAMINO REAL A22<br>SAN JUAN, PR 00926 | 1307 | Commonwealth of Puerto Rico | Unsecured | $543,151.34 | Commonwealth of Puerto Rico | Unsecured | $90,251.57 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 60 | ROSA ROSARIO DE MORALES & LOURDES MORALES<br>URB. SAGRADO CORAZON 1622<br>SANTA EDUVIGIS<br>SAN JUAN, PR 00926 | 54027 | Commonwealth of Puerto Rico | Secured | $10,000.00 | Commonwealth of Puerto Rico | Secured | $5,000.00 |
| | | | Commonwealth of Puerto Rico | Unsecured | $25,000.00 | Commonwealth of Puerto Rico | Unsecured | $20,000.00 |
| | | | | Subtotal | $35,000.00 | | Subtotal | $25,000.00 |

Reason: Claimant asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Infrastructure Financing Authority which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 61 | ROTH, AVROHOM<br>201 HOWARD AVE<br>PASSAIC, NJ 07055 | 665 | Commonwealth of Puerto Rico | Secured | $15,000.00 | Puerto Rico Electric Power Authority | Secured | $10,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim, show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 62 | ROVIRA, CARMEN ANA<br>CHARLES A. CUPRILL<br>356 FORTALEZA STREET SECOND FLOOR<br>SAN JUAN, PR 00901 | 7404 | Commonwealth of Puerto Rico | Unsecured | $115,000.00 | Commonwealth of Puerto Rico | Unsecured | $50,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Another portion of the claim will remain as asserted against the Commonwealth.

**Seventy-Third Omnibus Objection**
**Exhibit A - Bondholder Modify**

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 63 | SALGADO PRIETO, MARIA DE LOURDES<br>1011 CALLE CARRAIZO VALLES DEL LAGO<br>CAGUAS, PR 00725 | 29992 | Commonwealth of Puerto Rico | Secured | $481,678.50 | Commonwealth of Puerto Rico | Secured | $100,000.00 |
| | | | | | | Puerto Rico Electric Power Authority | Secured | $165,000.00 |
| | | | | | | | Subtotal | $265,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Another portion of the claim will remain as asserted against the Commonwealth. Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim, show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority.

| 64 | SCHMIDT RODRIGUEZ, AILEEN<br>VILLAS DEL PARANA<br>S7-10 CALLE 6<br>SAN JUAN, PR 00926-6129 | 13175 | Commonwealth of Puerto Rico | Secured | $884,000.00 | Commonwealth of Puerto Rico | Secured | $55,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by ERS, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| 65 | SHORT HIGH-YIELD MUNICIPAL ETF<br>200 RIVER'S EDGE DRIVE<br>SUITE 300<br>MEDFORD, MA 02155 | 107443 | Commonwealth of Puerto Rico | Unsecured | $645,000.00 | Commonwealth of Puerto Rico | Unsecured | $65,000.00 |

Reason: Claimant asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Another portion of the claim will remain as asserted against the Commonwealth.

| 66 | SHUB, ALEXANDER AND LISA<br>PARUQ DE SANTA MARIA K2 CALLE PETUNIA<br>SAN JUAN, PR 00927-6734 | 22827 | Commonwealth of Puerto Rico | Secured | $965,836.76 | Commonwealth of Puerto Rico | Secured | $340,668.76 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

## Seventy-Third Omnibus Objection
### Exhibit A - Bondholder Modify

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 67 | SVEN COMAS DEL TORO AND LUZ M. DIAZ<br>URBANIZACION HOSTOS<br>6 CALLE LUIS DE CELIS<br>MAYAGUEZ, PR 00682-5947 | 21403 | Commonwealth of Puerto Rico | Unsecured | $470,000.00 | Commonwealth of Puerto Rico | Unsecured | $145,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Industrial Development Company which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Aqueduct and Sewer Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 68 | TORRES RAMOS, MARGARITA<br>PO BOX 492<br>HUMACAO, PR 00792 | 35493 | Commonwealth of Puerto Rico | Unsecured | $170,000.00 | Puerto Rico Electric Power Authority | Unsecured | $10,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim, show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 69 | TROCHE TORO, ADAN<br>LUCILA RIVERA BAEZ<br>PO BOX 776<br>BOQUERON, PR 00622-0776 | 31189 | Commonwealth of Puerto Rico | Unsecured | $123,072.95 | Puerto Rico Electric Power Authority | Unsecured | $20,000.00 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim, show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority.

| | NAME | CLAIM# | ASSERTED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 70 | TRUST U/W MICHAEL B. WEIR<br>DEBORAH WEIR<br>18 DEMPSEY LANE<br>GREENWICH, CT 06830 | 5837 | Commonwealth of Puerto Rico | Unsecured | $64,527.99 | Puerto Rico Electric Power Authority | Unsecured | $6,985.65 |

Reason: Claimant asserts, in part, liability associated with one or more bonds issued by HTA that are duplicative of one or more Master Proofs of Claim which were filed in the HTA Title III Case by the fiscal agent or trustee of these bond(s). Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Claimant identifies as obligor the Commonwealth of Puerto Rico, when the proof of claim, bond name(s) at issue, CUSIP information, and/or supporting documentation provided for the claim, show that any liability for a portion of the claim would reside, if at all, under Puerto Rico Electric Power Authority.

**Seventy-Third Omnibus Objection**
**Exhibit A - Bondholder Modify**

| | NAME | CLAIM# | ASSERTED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 71 | VALDES DE ADSUAR, RUTH<br>1360 CALLE LUCHETTI<br>APT. NO. 5<br>SAN JUAN, PR 00907 | 78907 | Commonwealth of Puerto Rico | Secured | $1,363,369.92 | Commonwealth of Puerto Rico | Secured | $95,002.56 |

Reason: Claimant asserts, in part, investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 72 | VAZQUEZ, RITA<br>CALLE 9 C14<br>PARQUE DE TORRIMAR<br>BAYAMON, PR 00959 | 5774 | Commonwealth of Puerto Rico | Unsecured | $530,000.00 | Commonwealth of Puerto Rico | Unsecured | $130,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Finance Corporation which is duplicative of one or more master proofs of claim filed by the trustee of these bond(s) in the Commonwealth case. Claimant asserts, in part, liability associated with bond(s) issued by the Puerto Rico Public Buildings Authority, which is duplicative of the master proof of claim filed by the trustee of these bond(s) in the Commonwealth case. Another portion of the claim will remain as asserted against the Commonwealth.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 73 | VILNA GAZTAMBIDE (SURVIVING SPOUSE)/ESTATE OF MIGUEL ECHENIQUE IPARRAGUIRRE<br>MIGUEL ECHENIQUE<br>147 COLA DE PESCAO STREET<br>URB PALMA REAL<br>GUAYNABO, PR 00969 | 34298 | Commonwealth of Puerto Rico | Unsecured | $81,737.53 | Commonwealth of Puerto Rico | Unsecured | $39,062.53 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of GDB Bonds that were subject to the Qualifying Modification, which provided for the issuance of new securities in exchange for the cancellation of the GDB Bonds and the extinguishment of the Commonwealth's guarantee of certain GDB Bonds, and thus the Commonwealth is no longer liable for these claims. Another portion of the claim will remain as asserted against the Commonwealth.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 74 | WUEST, MICHAEL & CHRISTINE<br>2218 SOUTH SAILORS WAY<br>GILBERT, AZ 85295 | 12424 | Commonwealth of Puerto Rico | Unsecured | $350,000.00 | Commonwealth of Puerto Rico | Unsecured | $100,000.00 |

Reason: Claimant asserts, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, and (2) released and discharged in accordance with the Plan and Amended Confirmation Order. Another portion of the claim will remain as asserted against the Commonwealth.

| | | | TOTAL | | $ 105,922,229.83* | TOTAL | | $ 15,751,352.69* |

\* Indicates claim contains unliquidated and/or undetermined amounts