# **EXHIBIT D**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                             Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth.** |

### ORDER GRANTING SEVENTY-THIRD OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO TO BONDHOLDER CLAIMS ASSERTING AMOUNTS FOR WHICH THE COMMONWEALTH IS NOT LIABLE

Upon the *Seventy-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Bondholder Claims Asserting Amounts for Which the Commonwealth is Not Liable* (Docket Entry No. __, the "Seventy-Third Omnibus Objection")[2] filed by the Commonwealth of Puerto Rico (the "Commonwealth"), dated September 12, 2019, for entry of an order partially disallowing certain claims filed against the Commonwealth, as more fully set forth in the Seventy-Third Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Seventy-Third Omnibus Objection.

the Seventy-Third Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Seventy-Third Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and the Court having determined that the claims identified in the column titled "Asserted" in Exhibit A to the Seventy-Third Omnibus Objection (collectively, the "Claims to Be Partially Disallowed"), each in part seek recovery of amounts for which the Commonwealth is not liable, and, for some claims, are partially duplicative of one or more Master Claims and/or were partially asserted against the wrong debtor; and the Court having determined that the relief sought in the Seventy-Third Omnibus Objection is in the best interests of the Commonwealth and its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Seventy-Third Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Seventy-Third Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that, to the extent the Claims to Be Partially Disallowed identify as obligor the Commonwealth, when such claims are properly asserted, if at all, against PREPA, a portion of each of such Claims to Be Partially Disallowed is hereby reclassified in part to be a claim asserted against PREPA, as set forth in the column titled "Corrected" in Exhibit A to the Seventy-Third Omnibus Objection (collectively, the "Reclassified Claims"); and it is further

ORDERED that the Debtors' right to object to the Reclassified Claims is reserved; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed, in the official claims register in the Title III cases, to move certain portions of some of the Claims to Be Partially Disallowed from the Commonwealth Title III Case, to the Title III case(s) for PREPA (Bankruptcy Case No. 17 BK 4780-LTS), in accordance with the column titled "Corrected" in Exhibit A to the Seventy-Third Omnibus Objection; and it is further

ORDERED that, to the extent the Claims to Be Partially Disallowed seek recovery of amounts for which the Commonwealth is not liable and are duplicative of one or more Master Claims, as identified in Exhibit A to the Seventy-Third Omnibus Objection, such portions of the Claims to Be Partially Disallowed are hereby disallowed; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the disallowed portions of the Claims to Be Partially Disallowed from the official claims register in the Commonwealth Title III Case; and it is further

ORDERED that, to the extent the Claims to Be Partially Disallowed purport to assert liability based on the ownership of bonds issued by the Commonwealth, the claimants will retain a remaining claim in the Commonwealth Title III Case, as identified in the column titled "Corrected" in Exhibit A to the Seventy-Third Omnibus Objection (collectively, the "Remaining Claims"); and it is further

ORDERED that the Debtors' right to object to the Remaining Claims in the Commonwealth Title III Case is reserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

                                                          Honorable Judge Laura Taylor Swain
                                                        United States District Judge

# **ANEXO D**

**Orden propuesta**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>   como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br>                           Deudores.[1] | PROMESA,<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente)<br><br>**La presente radicación guarda relación con el ELA.** |

ORDEN QUE DECLARA HA LUGAR A LA SEPTUAGÉSIMA TERCERA OBJECIÓN GLOBAL (SUSTANTIVA)
DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DE BONISTAS QUE RECLAMAN MONTOS POR LOS QUE EL ELA NO TIENE RESPONSABILIDAD

Notificación de la *Septuagésima tercera objeción global (sustantiva) del Estado Libre Asociado de Puerto Rico a Reclamos de bonistas que reclaman montos por los que el ELA no tiene responsabilidad* (expediente núm. __, la "Septuagésima tercera objeción global")[2] radicada por el

---

[1] Los Deudores en el marco de los presentes Procedimientos radicados conforme al Título III, junto con el respectivo número de procedimiento entablado conforme al Título III y los últimos cuatro (4) dígitos del número federal de contribuyente de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (núm. de procedimiento de quiebra. 17 BK 3283-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico (núm. de procedimiento de quiebra 17 BK 3284-LTS) (últimos cuatro dígitos del número federal de contribuyente: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (núm. de procedimiento de quiebra 17 BK 3567-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (núm. de procedimiento de quiebra 17 BK 3566-LTS) (últimos cuatro dígitos del número federal de contribuyente: 9686); y v) la Autoridad de Energía Eléctrica de Puerto Rico (núm. de procedimiento de quiebra 17 BK 4780-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3747) (los números de causas radicadas conforme al Título III figuran como números de procedimiento relativos a procedimientos de quiebra debido a limitaciones del programa informático).

[2] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Septuagésima tercera objeción global.

Estado Libre Asociado de Puerto Rico (el "ELA"), de fecha 12 de septiembre de 2019, en la que se solicita que se dicte una orden que rechace, parcialmente, determinados reclamos radicados contra el ELA, según se establece con más detalle en la Septuagésima tercera objeción global y en sus anexos justificativos; y al tener el Tribunal jurisdicción para atender la Septuagésima tercera objeción global y para conceder el remedio en ella solicitado conforme a PROMESA, artículo 306(a); y siendo la sede judicial competente conforme a PROMESA, artículo 307(a); y habiéndose efectuado, en tiempo y forma, la notificación de la Septuagésima tercera objeción global a aquellas partes que en ella se identifican, sin ser necesario efectuar ninguna otra notificación; y habiendo determinado el Tribunal que los reclamos mencionados en la columna titulada "Alegados (*Asserted*)" en el Anexo A de la Septuagésima tercera objeción global (conjuntamente, los "Reclamos que han de ser rechazados parcialmente"), cada uno de los cuales pretende, en parte, obtener la recuperación de montos por los que el ELA no es responsable y, en el caso de determinados reclamos, estos están duplicados en relación con uno o varios Reclamos principales y/o fueron radicados en parte contra el deudor incorrecto; y habiendo determinado el Tribunal que el remedio solicitado en la Septuagésima tercera objeción global redunda en el mejor interés del ELA y sus acreedores, y de la totalidad de las partes interesadas; y habiendo determinado el Tribunal que las bases de hecho y de derecho establecidas en la Septuagésima tercera objeción global establecen una causa justificada para el remedio aquí concedido; y tras la debida deliberación y concurriendo suficientes motivos para ello, por medio de la presente,

SE ORDENA que SE DECLARE HA LUGAR a la Septuagésima tercera objeción global, según se establece en el presente documento; asimismo

SE ORDENA que, en la medida en que los Reclamos que han de ser rechazados parcialmente identifiquen como obligado al ELA, cuando dichos reclamos hayan sido radicados

2

correctamente (si acaso) contra la AEE, una parte de cada uno de tales Reclamos que han de ser rechazados parcialmente sea reclasificado parcialmente, por medio de la presente, como reclamo radicados contra la AEE, como se establece en la columna titulada "Corregidos" (*Corrected*) en el Anexo A de la Septuagésima tercera objeción global (conjuntamente, los "Reclamos reclasificados"); también

SE ORDENA que el derecho que asiste a los Deudores a objetar a los Reclamos reclasificados quede reservado; del mismo modo

SE ORDENA que se le autorice y se le den instrucciones a Prime Clerk, LLC, en relación con el registro oficial relativo a las causas radicadas conforme al Título III, para que mueva determinadas partes de algunos Reclamos que han de ser rechazados parcialmente de la causa del ELA radicada conforme al Título III a la(s) causa(s) relativa(s) a la AEE radicada(s) conforme al Título III (núm. de procedimiento de quiebra 17 BK 4780-LTS), conforme a la columna titulada "Corregidos" (*Corrected*) en el Anexo A de la Septuagésima tercera objeción global; asimismo

SE ORDENA que, en la medida en que los Reclamos que han de ser rechazados parcialmente pretendan recuperar montos por los que el ELA no tenga responsabilidad, y que estén repetidos en relación con uno o varios Reclamos principales, según se identifica en el Anexo A de la Septuagésima tercera objeción global, tales partes de los Reclamos que han de ser rechazados queden, por medio de la presente, rechazadas; además

SE ORDENA que Prime Clerk, LLC quede autorizada, y reciba instrucciones, para eliminar las partes rechazadas de los Reclamos que han de ser rechazados parcialmente del registro oficial de reclamos en el marco de las Causas radicadas conforme al Título III; también

SE ORDENA que, en la medida que los Reclamos que han de ser rechazados parcialmente aleguen presuntamente responsabilidad sobre la base de la propiedad de los bonos emitidos por el ELA, las demandantes conservarán un derecho a presentar nuevos reclamos en el marco de la causa del ELA radicada conforme al Título III, según lo identificado en la columna titulada "Corregidos" (*Corrected*) en el Anexo A de la Septuagésima tercera objeción global (conjuntamente, los "Reclamos restantes"); además

SE ORDENA que el derecho que asiste a los Deudores a objetar a los Reclamos restantes en el marco de la causa del ELA radicada conforme al Título III quede reservado; y por último

SE ORDENA que este Tribunal conserve jurisdicción para atender y resolver la totalidad de las materias que surjan de, o en relación con, la implementación, interpretación o ejecución de la presente Orden.

ASÍ SE ESTABLECE.

Fecha: _____

                                                Su señoría, la juez Laura Taylor Swain
                                                Juez de Distrito de los Estados Unidos