# **EXHIBIT A**

**Schedule of Claims Subject to the Seventy-Fourth Omnibus Objection**

## Seventy-Fourth Omnibus Objection
## Exhibit A - Bondholder No Liability

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CARDONA COLON, VILMA M.<br>PO BOX 801150<br>COTO LAUREL, PR 00780-1150 | 5/25/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 32015 | $ 289,508.75* |
| | Reason: Claimant asserts investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. | | | | | |
| 2 | DIAZ MALDONADO, RICARDO L.<br>APARTADO 817<br>NARANJITO, PR 00719-0817 | 5/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27773 | $ 86,057.42 |
| | Reason: Claimant asserts investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. | | | | | |
| 3 | FIDEICOMISO LALMFC<br>2011 AVE PEDRO ALBIZU CAMPOS<br>AGUADILLA, PR 00603 | 5/11/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 17740 | $ 114,344.97 |
| | Reason: Claimant asserts investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. | | | | | |
| 4 | MARI ROCA, SANTIAGO<br>PO BOX 1589<br>MAYAGUEZ, PR 00681-1589 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 16258 | $ 61,417.87 |
| | Reason: Claimant asserts investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. | | | | | |
| 5 | PEDRO LARACUENE VAZQUEZ & PEDRO F. LARACUENTE RIVERA<br>PO BOX 548<br>MAYAGUEZ, PR 00681-0548 | 4/26/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 9324 | $ 20,099.14 |
| | Reason: Claimant asserts investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. | | | | | |
| 6 | PEREZ PEREZ, LOMBARDO<br>URB. ALHAMBRA, 2009 CALLE SEVILLA<br>PONCE, PR 00716-3827 | 4/19/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 7803 | $ 98,897.00 |
| | Reason: Claimant asserts investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. | | | | | |
| 7 | QUILICHINI PAZ, DELIA<br>PO BOX 9020895<br>SAN JUAN, PR 00902-0895 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 29080 | $ 59,176.35 |
| | Reason: Claimant asserts investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Seventy-Fourth Omnibus Objection
### Exhibit A - Bondholder No Liability

|   | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 8 | QUINONES, JORGE I<br>VILLAS DEL ESTE<br>11 BENITO FEIJOO STREET<br>SAN JUAN, PR 00926 | 4/25/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 8811 | $ 142.72 |
| | Reason: Claimant asserts investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. | | | | | |
| 9 | QUINONES, JORGE ISAAC<br>VILLAS DEL ESTE<br>11 BENITO FEIJOO STREET<br>SAN JUAN, PR 00926 | 4/25/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 8496 | $ 58,178.65 |
| | Reason: Claimant asserts investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. | | | | | |
| | | | | | TOTAL | $ 787,822.87* |