## ANEXO A

**Relación de reclamos objeto de la Septuagésima cuarta objeción global**

Septuagésima cuarta objeción colectiva
Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | CARDONA COLON, VILMA M.<br>PO BOX 801150<br>COTO LAUREL, PR 00780-1150 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32015 | $ 289,508.75* |

Base para: El reclamante formula inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | DIAZ MALDONADO, RICARDO L.<br>APARTADO 817<br>NARANJITO, PR 00719-0817 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27773 | $ 86,057.42 |

Base para: El reclamante formula inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | FIDEICOMISO LALMFC<br>2011 AVE PEDRO ALBIZU CAMPOS<br>AGUADILLA, PR 00603 | 5/11/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 17740 | $ 114,344.97 |

Base para: El reclamante formula inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa.

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | MARI ROCA, SANTIAGO<br>PO BOX 1589<br>MAYAGUEZ, PR 00681-1589 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16258 | $ 61,417.87 |

Base para: El reclamante formula inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa.

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | PEDRO LARACUENE VAZQUEZ & PEDRO F. LARACUENTE RIVERA<br>PO BOX 548<br>MAYAGUEZ, PR 00681-0548 | 4/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9324 | $ 20,099.14 |

Base para: El reclamante formula inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa.

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | PEREZ PEREZ, LOMBARDO<br>URB. ALHAMBRA, 2009 CALLE SEVILLA<br>PONCE, PR 00716-3827 | 4/19/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 7803 | $ 98,897.00 |

Base para: El reclamante formula inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa.

Septuagésima cuarta objeción colectiva
Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | QUILICHINI PAZ, DELIA<br>PO BOX 9020895<br>SAN JUAN, PR 00902-0895 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 29080 | $ 59,176.35 |
| | Base para: El reclamante formula inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa. | | | | | |
| 8 | QUINONES, JORGE I<br>VILLAS DEL ESTE<br>11 BENITO FEIJOO STREET<br>SAN JUAN, PR 00926 | 4/25/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 8811 | $ 142.72 |
| | Base para: El reclamante formula inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa. | | | | | |
| 9 | QUINONES, JORGE ISAAC<br>VILLAS DEL ESTE<br>11 BENITO FEIJOO STREET<br>SAN JUAN, PR 00926 | 4/25/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 8496 | $ 58,178.65 |
| | Base para: El reclamante formula inversiones en uno o más fondos comunes que, a su vez, pueden haber invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, la reclamación busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el reclamante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular esta reclamación derivativa. | | | | | |
| | | | | | TOTAL | $ 787,822.87* |