UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

Comes now, Philip D. Anker (hereafter, the "Applicant"), and, pursuant to L. Dist. Ct. R. 83A(f) of the Local Rules of the United States District Court for the District of Puerto Rico, as incorporated by Rule 1001-1(b) of the Local Bankruptcy Rules as well as this Court's *Tenth Amended Case Management Procedures* (Dkt. No. 8027) (the "CMP Order"), hereby requests to be permitted to appear and participate in this particular case, in association with the law firm of McConnell Valdés, LLC, and the undersigned members of the bar of this Court, in representation of parties in interest and defendants in Adversary Proceeding No. 19-422 Citigroup Global Markets Inc.; Goldman Sachs & Co. LLC; J.P. Morgan Securities LLC; Merrill Lynch, Pierce, Fenner & Smith Inc.; Morgan Stanley & Co. LLC; RBC Capital

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Markets, LLC; Santander Securities LLC; UBS Financial Services Inc.; and UBS Securities LLC.

Applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, with offices at:

> 7 World Trade Center
> 250 Greenwich Street
> New York, New York 10007
> E-mail:  Philip.Anker@wilmerhale.com
> Phone:   (212) 230-8800

2. Applicant will sign all pleadings with the name **Philip D. Anker**.

3. Applicant has been retained as a member of the above-named firm by Citigroup Global Markets Inc.; Goldman Sachs & Co. LLC; J.P. Morgan Securities LLC; Merrill Lynch, Pierce, Fenner & Smith Inc.; Morgan Stanley & Co. LLC; RBC Capital Markets, LLC; Santander Securities LLC; UBS Financial Services Inc.; and UBS Securities LLC, to appear on their behalf in Adversary Proceeding No. 19-422, in the above captioned cases now pending before the United States District Court for the District of Puerto Rico, and without waiving any of their affirmative defenses, including insufficient process, insufficient service of process, or lack of jurisdiction.

4. Since January 13, 1983, applicant has been and presently is a member in good standing of the bar of the District of Columbia and is also a member in good standing of the bar of the State of New York since July 27, 2005, where applicant regularly practices law. Applicant's DC bar license number is 367957 and his NY bar license number is 4345567.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date |
| --- | --- |
| United States Court of Appeals for the District of Columbia Circuit | 1983 |
| United States Court of Appeals for the First Circuit | March 21, 2002 |
| United States Court of Appeals for the Second Circuit | October 1, 2004 |
| United States Court of Appeals for the Third Circuit | February 12, 2003 |
| United States Court of Appeals for the Fifth Circuit | May 14, 2015 |
| United States Court of Appeals for the Ninth Circuit | July 13, 2010 |
| United States Court of Appeals for the Eleventh Circuit | March 3, 1983 |
| United States District Court for the District of Columbia | November 5, 1984 |
| United States District Court for the District of Maryland [inactive] | January 18, 1991 |
| United States District Court for the Eastern District of Michigan | November 20, 2003 |
| United States District Court for the Northern District of New York | April 27, 2007 |
| United States District Court for the Southern District of New York | September 27, 2005 |
| United States District Court for the Western District of New York | December 22, 2006 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5 of this Application.

3

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding, or criminal charges before any court or jurisdiction.

9. During the past three (3) years, applicant has not filed for *pro hac vice* admission in the U.S. District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is:

> **Roberto C. Quiñones-Rivera, Esq.**
> USDC-PR No. 211512
> rcq@mcvpr.com
> McConnell Valdés LLC
> 270 Muñoz Rivera Ave.
> San Juan, Puerto Rico 00918
> Phone: (787) 250-2631
> Fax: (787) 759-9225

11. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court".

*[Continued on next page.]*

**WHEREFORE**, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico.

Date: September 16, 2019.

Philip D. Anker

_____
**Signature of Applicant**

**I HEREBY CERTIFY THAT**, pursuant to L. Dist. Ct. R. 83A(f) of the Local Rules of the United States District Court for the District of Puerto Rico, that I consent to the designation of local counsel for all purposes.

Date: September 16th, 2019  
San Juan, Puerto Rico

Respectfully submitted,

**Roberto C. Quiñones- Rivera**

*/s/ Roberto C. Quiñones-Rivera*  
**Signature of Local Counsel**

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that on this 16th day of September, 2019, I caused a true and correct copy of this **APPLICATION FOR ADMISSION PRO HAC VICE** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

*/s/ Roberto C. Quiñones-Rivera*
Roberto C. Quiñones-Rivera
USDC-PR No. 211512
McCONNELL VALDÉS LLC
270 Muños Rivera Avenue
Hato Rey, Puerto Rico 00918
Tel.: (787) 250-2631 / 5628
Fac.: (787) 759-8282



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Philip D Anker*

was duly qualified and admitted on **January 12, 1983** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on August 30, 2019.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.



# Appellate Division of the Supreme Court of the State of New York
# Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Philip David Anker** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 27th day of July 2005, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on August 30, 2019.

*Aprilanne Agostino*
Clerk of the Court