```
Court Name: District Court
Division: 1
Receipt Number: PRX100065972
Cashier ID: ydiaz
Transaction Date: 09/16/2019
Payer Name: QUINONES-RIVERA,ROBERTO

PRO HAC VICE
 For: QUINONES-RIVERA,ROBERTO
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $600.00

PAPER CHECK CONVERSION
 Remitter: MCCONNELL VALDES LLC
 Check/Money Order Num: 122129
 Amt Tendered:  $600.00

Total Due:       $600.00
Total Tendered: $600.00
Change Amt:       $0.00

17-3283 PRO HAC VICE OF PHILIP D.
ANKER AND PETER G. NEIMAN

THRU: QUINONES-RIVERA,ROBERTO
```