UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA
Title III |
| THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,
et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

NOTICE OF CORRESPONDENCE RECEIVED BY THE COURT

The Court has received and reviewed the attached correspondence, described below, from interested persons in the above-captioned cases. Although the Court cannot respond individually to all of those who have expressed their thoughts or concerns, the Court is deeply mindful of the impact of the fiscal crisis on lives, institutions, and expectations, and of the importance of the issues that are raised in these unprecedented cases.

1.   Letter dated August 5, 2019 from Gilberto A. Cordero Solivan
2.   Email dated August 7, 2019 from Richard Lawless
3.   Email dated September 10, 2019 from John Bacon

Dated: September 17, 2019

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

# Gilberto A. Cordero Solivan



**Mailing Address:**

Mobile

Email

Monday, August 5, 2019

FBI Headquarters
Attn: Mr. Christopher A. Wray
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

Re:     Puerto Rico

Dear Mr. Wray:

We the Puerto Rican people are US Citizens. **I'm deeply concerned** about the current situations that we are facing and it is for this reason that I'm writing to you to express more in detail my concerns and suggestions that involves Political and Financial situations at my island.

1. CONCERN: Current political positions in place inside the island are abusing their power and/or taking advantage of the system. Corruption has been reported and has been all over the news and has been confirmed by the Governor himself that he has been one of the responsible party of such activity based on actions and conversations reflected in material provided to the FBI at the island and more.
SUGGESTIONS: I think the FBI should investigate in detail their Behavior, Movements, Transactions, Contracts, Financial Benefits, Real Estate, Technology (recordings, emails, sms, computers and more), notes, documents and more. I will suggest that <u>this should be started with the Representative in charge of the FBI at the island who should also have someone that could oversee her/him to confirm they're being ethical, correct and to the best standards of the FBI before starting to do this major project. 4 eyes & ears are better than 2.</u>
2. CONCERN: Finances at the island have been at risk in several occasions including but not limited to Real Estate, Property Taxes, Banking Industry, different Government entities and more. SUGGESTIONS: I think this should be audited from an outside company not related in any way shape or perform with the Government of Puerto Rico. The Financial Oversight & Management Board for Puerto Rico who is currently in place should be removed from their duties because such activity was obviously detected or should have been detected by them and whoever they contracted to perform investigation on the finances of the island.

## Gilberto A. Cordero Solivan

Knowing this they still permitted the Governor in place to continue to have access to the assets of the island which constitute a problem in general to the entire people that live there and those that live outside of the island as well, like my family and myself. It is for this reason that they should be removed effective immediately, the Title III = Bankruptcy should be removed so the island can go back on the market until this can be resolved & confirm. Something to be considered.

I believe that this should be something you should interfere and investigate in detail and I encourage you to act **ASAP (AS SOON AS POSSIBLE)**. Why? Because it affects our National Economy, we are 3,195,153 Puerto Ricans US Citizens based on the 2018 United States Census Bureau report inside the island suffering not including the ones living in the 50 states and territories.

It is my duty to protect both constitutions Puerto Rico and the United States until my death and this is a start by asking you to send the equipment, personnel and necessary technology to address this issue inside the island as quickly as possible.

Thank you in advance for your time in considering my request and I look forward to a response.

Cordially,

Gilberto A. Cordero Solivan

Cc: CNN Headquarters 1 CNN Center Atlanta, GA 30348
21st Century Fox 1211 Avenue of the Americas New York NY 10036
MSNBC 30 Rockfeller Plaza New York NY 10112
Telemundo 2340 W 8th Ave, Hialeah, FL 33010
Univision 605 3rd Ave, New York, NY 10158
Daniel Patrick Moynihan
United States Courthouse
Attn: Hon. Laura Taylor Swain
500 Pearl St.
New York, NY 10007-1312



**New Book on Puerto Rico Bankruptcy Fraud**

**Richard Lawless**  to: SwainDPRCorresp@nysd.uscourts.gov <SwainDPRCorresp@nysd.uscourts.gov>    08/07/2019 12:19 AM

From: 

To: "SwainDPRCorresp@nysd.uscourts.gov <SwainDPRCorresp@nysd.uscourts.gov>" <SwainDPRCorresp@nysd.uscourts.gov>

https://www.amazon.com/Capitol-Hills-Criminal-Underground-Exploration/dp/0578209985/ref=sr_1_1?crid=N54BKR0U3XF&keywords=capitol+hills+criminal+underground&qid=1565104078&s=gateway&sprefix=capitol+hills+criminal+%2Caps%2C182&sr=8-1

## Capitol Hill's Criminal Underground: The Most Thorough Exploration of Government Corruption Ever Put in Writing



**PREPA Agreement with Bondholders Bankruptcy Agreement**

John Bacon    to: swaindprcorresp    09/09/2019 06:11 PM

From:  
To: swaindprcorresp@nysd.uscourts.gov

Dear Hon. Laura Swain,

I am writing to you out of concern for a bankruptcy agreement that the Puerto Rico Power Authority has made with Bondholders through bankruptcy proceedings. I am a customer of PREPA and the electric bills they are currently charging are the highest out of any State in our Nation. A study and recent article explains better than I could, the impact this agreement will have on millions of people in Puerto Rico. I do not believe any consideration has been given to the impact their rate increases will have on the average person in Puerto Rico. My fear is that this agreement will increase our electric bills by another 47% and become an Economic Disaster in the lives of average people as well as small businesses. PREPA has not considered any impact on the population and household budgets. I would ask that you reject any agreements reached by PREPA until they can provide time for their customers to voice how PREPA's monopoly and incompetence has already left many choosing between feeding a family and keeping the lights on in their home. I've personally called and filled out forms regarding a power pole that is ready to fall into the street by my house for 2 years and they tell me to call when it falls. How I've had to replace multiple electronic appliances in my home due to a faulty transformer they refuse to replace while continually saying they have no money to replace my appliances but demand full payment on the power bill immediately. Here is the article that I wanted to share.

https://www.elnuevodia.com/noticias/locales/nota/elpactoentrelaaeeysusbonistasazotaraelbolsilloboricua-2516184/#cxrecs_s

Thank you for considering my request to deny the agreement between PREPA and Bondholders until a full impact on consumers as the economy of Puerto Rico by this agreement is reviewed.

Sincerely,

John Bacon