## CERTIFICATE OF SERVICE

I have caused to be mailed a copy of "Supplemental and Amended Joint Notice of Appeal to the United States Court of Appeals for the First Circuit," by email to each of the parties or their attorneys on the attached service list pages.

Dated: September 13, 2019

*Peter C. Hein*

Peter C. Hein, Pro se

Proskauer Rose LLP
11 Times Square
New York, NY 10036

Attn: Martin J. Bienenstock, Esq. (mbienenstock@proskauer.com)
Brian Rosen, Esq (brosen@proskauer.com)
Stafford, Laura (lstafford@proskauer.com)

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

Attn: Hermann D. Bauer, Esq. (Hermann.Bauer@oneillborges.com)

O'Melveny & Myers LLP
Time Square Tower, 7 Times Square
New York, NY 10036

Attn: John J. Rapisardi, Esq., (Jrapisardi@omm.com)
Suzzanne Uhland, Esq., (suhland@omm.com)
Diana M. Perez, Esq. (dperez@omm.com)

Marini Pietrantoni Muniz, LLC
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, PR 00917

Attn: Luis C. Marini-Biaggi, Esq. (lmarini@mpmlawpr.com)