# PRIORITY ★ MAIL ★

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

PRESS FIRMLY TO SEAL

PRIORITY MAIL POSTAGE REQUIRED

RECEIVED
2019 SEP 16 PM 5:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

$7.99
US POSTAGE
09/13/2019
From 10023
0 lbs 15 ozs
Zone 7

Pitney Bowes
ComBasPrice

026W0004897438
2076604879



**PRIORITY MAIL 3-DAY™**

Hein, Peter C.
101 Central Park W, Apt 14E
New York NY 10023-4250

Estimated Delivery Date: 09/16/2019

0004

C018

THE CLERK OF THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO
FEDERAL BUILDING, STE 150
150 AVE CHARDON
SAN JUAN PR 00918-1706

**USPS TRACKING #**



9405 5098 9864 1018 7137 50


EP14 July 2013
OD: 11.625 x 15.125
PS00000000013

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


UNITED STATES POSTAL SERVICE®