# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>Transmittal of Record to the Court of Appeals</u>

**DATE:** September 17, 2019

BK Case: 17-3283-LTS
Related USCA Cases: 19-1182

**APPEAL FEE PAID ($505):** YES \_\_\_\_ NO  X

**CASE CAPTION:** In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, *et al.*

**IN FORMA PAUPERIS:** YES \_\_\_\_ NO  X

**MOTIONS PENDING:** YES \_\_\_\_ NO  X

**NOTICE OF APPEAL FILED BY:** Peter C. Hein, pro se.

**APPEAL FROM:** Order Sustaining Remainder of Thirteenth Omnibus Objection and Denying Motion to Compel entered on 9/12/2019 and Order entered on 5/28/2019.

**SPECIAL COMMENTS:** Copies of original documents.

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

**VOLUMES:**

**Docket Entries  4417, 7113, 8694 & 8717**                     I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of the Court

S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____  s/c:  CM/ECF Parties, Appeals Clerk