UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

                      Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### ORDER GRANTING SIXTY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO DUPLICATE AND DEFICIENT CLAIMS

Upon the *Sixty-Seventh Omnibus Objection (Non-Substantive) of the Puerto Rico Highways and Transportation Authority to Duplicate and Deficient Claims* (Docket Entry No. 8302, the "Sixty-Seventh Omnibus Objection")[2] filed by the Puerto Rico Highways and Transportation Authority ("HTA"), dated July 26, 2019, for entry of an order disallowing in their entirety certain claims filed against HTA, as more fully set forth in the Sixty-Seventh Omnibus

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Sixty-Seventh Omnibus Objection.

Objection and the supporting exhibits thereto; and the Court having jurisdiction to consider the Sixty-Seventh Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Sixty-Seventh Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in <u>Exhibit A</u> to the Sixty-Seventh Omnibus Objection being duplicative of one or more Master Proofs of Claim filed in the HTA Title III Case, and/or having failed to comply with the applicable rules for filing a proof of claim; and the Court having determined that the relief sought in the Sixty-Seventh Omnibus Objection is in the best interests of HTA, its creditors, and all the parties in interest; and the Court having determined that the legal and factual bases set forth in the Sixty-Seventh Omnibus Objection establish just cause for the relief granted herein; and the Court having overruled any objections to the relief sought in the Sixty-Seventh Omnibus Objection; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Sixty-Seventh Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the claims listed on <u>Exhibit A</u> to the Sixty-Seventh Omnibus Objection are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the claims listed on <u>Exhibit A</u> to the Sixty-Seventh Omnibus Objection from the official claims registry in the Title III Cases; and it is further

[*Remainder of Page Intentionally Left Blank*]

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: September 18, 2019

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge