RECEIVED & FILED
2019 SEP 17 PM 3: 46
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, PR

Peter C. Hein
101 Central Park West, Apt 14E
New York, NY 10023

The Clerk of the United States District Court
 for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767

PRIORITY MAIL LEGAL SIZE
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PLEASE PRESS FIRMLY



**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE

Mailing Envelope
usps.com

**NAL RESTRICTIONS APPLY:**
ns are required. Consult the
Mail Manual (IMM) at pe.usps.com
associate for details.

From:/Expéditeur:

$7.25
US POSTAGE
09/14/2019
From 10019

Pitney Bowes  026W0004897283
ComBasPrice
Legal FR Env  2076604879

**PRIORITY MAIL 3-DAY™**

Peter C. Hein
Wachtell Lipton Rosen & Katz
51 W 52nd St
New York NY 10019-6119

Estimated Delivery Date: 09/17/2019

0006

To:

C018

THE CLERK OF THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO
FEDERAL BUILDING, STE 150
150 AVE CHARDON
SAN JUAN PR 00918-1706

**USPS TRACKING #**



Count

RECEIVED & FILED
2019 SEP 17 PM 3:46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

EP14L April 2012 © U.S. Postal Service
This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP14L © U.S. Postal Service; April 2012; All rights reserved.