# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## Transmittal of Abbreviated Supplemental Record to the Court of Appeals

**DATE:    September 18, 2019**

BK Case: 17-3283-LTS
Related USCA Cases: 19-1182

**CASE CAPTION:** In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, *et al.*

**SPECIAL COMMENTS:      Electronically filed documents**

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

**DOCUMENTS:                                                          VOLUMES:**

**Docket  Entry 8726: AMENDED NOTICE OF APPEAL Re: Docket # 8717          I**

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the  abbreviated supplemental  record on appeal in the case.

Maria Antongiorgi-Jordan, Esq.
Clerk of the Court

S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk

s/c:   CM/ECF Parties, Appeals Clerk