**United States District Court**

**District of Puerto Rico**

## Notice of Electronic Filing

The following transaction was entered on 9/6/2019 at 6:15 PM AST and filed on 9/6/2019
**Case Name:** Perez-Soto v. Ramirez-Nazario et al
**Case Number:** 3:19-cv-01774-JAG
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
**ORDER noted [4] INFORMATIVE motion. Plaintiff must also file a motion to consolidate in Civ. No. 19-1266(CCC). The undersigned hereby GRANTS the motion to consolidate, subject to Judge Cerezo's consent. Signed by Judge Jay A. Garcia-Gregory on 9/6/2019. (MQ)**