UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

**Hiram Perez-Soto**

v.

Plaintiff(s)

**Hon. Judge Erik J. Ramirez-Nazario et al.**

Defendant(s)

CIVIL NO 3:19-cv-01774-JAG

### "NOTICE OF ISSUANCE OF SUMMONS"

Notice is hereby given that Summonses have been electronically issued on an expedited basis. Summonses have been securely signed and sealed. Counsel must print all summonses and follow the service requirements set forth by the Rules of Civil Procedure. Electronic issuance of Summonses should **not** be construed as authorizing electronic service.

To request paper copies, please contact the Clerk's Office at (787)772-3000. In San Juan, Puerto Rico, on this 15th day of August, 2019.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

By: s/ Viviana Díaz-Mulero
Deputy Clerk