# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| **HIRAM PEREZ-SOTO PRO SE PLAINTIFF** | **CIVIL RIGHTS COMPLAINT 42USCA1983** |
| VS. | 19-CV-1774 JAGG |
| **ERIK J. RAMIREZ NAZARIO, ET ALS** | |

## MOTION INFORMING THE COURT

Comes now the plaintiff Pro Se and respectfully alleges and prays to the Court as follows:

1. In the present case we filed a complaint on August 13, 2019. That the claims in the present complaint are very similar to the claims in the complaint filed in the case Civil Num. 19-CV-1266 on March 27, 2019. The reason we did that is that the case 19-CV-1266 was subject to an automatic stay by the Bankruptcy Judge created under Title III of Promesa 17-BK-3283 LTS. After filing the complaint in the case 19-CV-1266 the continuing conspiracy of Judges of the Courts of Puerto Rico continued against me making bias decisions that were clearly erroneous. I have the right to

1

exercise my constitutional rights of a fair forum, see case <u>Capperton v. ATMassey June 2009</u>. I have the right to defend myself because those decisions could cause great harm to my constitutional rights. The Honorable Judge in the case 17-BK-3283 LTS has lifted the automatic stay, we are sending the Order of the Judge made on August 22, 2019. It would be advisable that under Federal Rule of Civil Procedure 42 both cases be consolidated inasmuch as the claims contained in both complaints arise from the same set of facts. We have already serve the summons on all the defendants.

**WHEREFORE**, it is respectfully requested to this Honorable Court that the cases 19-CV-1266 and 19-CV-1774 JAGG be consolidated under Rule 42 of the Federal Rules of Civil Procedure.

I hereby certify that I notified this motion by filing it with the Clerk of this Court.

**HIRAM PEREZ SOTO**
**PRO SE**
S1-5, Calle 11
Villas del Paraná
San Juan, Puerto Rico 00926-6045
Tel. (787) 731-6573
Cel. (787) 438-6687
E-mail: hperez1057@gmail.com

2