UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- X
                                                                    :
In re:                                                              :
                                                                    :
THE FINANCIAL OVERSIGHT AND                                         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                   :   Title III
                                                                    :
      as representative of                                     :   Case No. 17-BK-3283 (LTS)
                                                                    :
THE COMMONWEALTH OF PUERTO RICO *et al.,*                           :   (Jointly Administered)
                                                                    :
      Debtors.[1]                                             :
------------------------------------------------------------------- X

## ORDER SETTING BRIEFING SCHEDULE

This matter is before the court on the *Motion of the Financial Oversight and Management Board for Puerto Rico, Acting Through its Special Claims Committee, for Entry of an Order Clarifying Effect of Prior Orders and Establishing Notice and Objection Process Regarding Disclosure of Confidential Information* (Dkt. No. 8728 in Case No. 17-BK-3283) (the "Motion").[2]

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and  (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The Motion was also filed in each of the Challenged Bonds Avoidance Actions.  All references to docket numbers in this Order will refer to Case No. 17-BK-3283.

The Court confirms that the sealing as to the identities of the defendants in the Challenged Bonds Avoidance Actions that are currently identified by pseudonym shall remain in affect pending further order of the Court. The Court hereby sets the following briefing schedule on the Motion:

1. Any objection to the Motion shall be filed by **September 25, 2019**.

2. The Court will thereafter take the Motion on submission.

A copy of this Order shall be filed on the docket in each of the Challenged Bonds Avoidance Actions, as identified in **Exhibit A** of this Order, and served upon all defendants thereto.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: September 20, 2019