**Exhibit A**

| |
|---|
| 19-00281 |
| 19-00282 |
| 19-00283 |
| 19-00284 |
| 19-00285 |
| 19-00286 |
| 19-00287 |
| 19-00288 |
| 19-00355 |
| 19-00356 |
| 19-00357 |
| 19-00358 |
| 19-00359 |
| 19-00361 |