## **Exhibit D**

## **Budget and Staffing Plan**

**Exhibit D-1**

**Budget Plan for the Compensation Period[1]**

---

[1] Although the total fees sought in this Application did not exceed the total budgeted fees for the Compensation Period (fees sought in this Application are 12.9% below budgeted fees), the fees sought for May exceed budgeted fees for this month. Efforts required to address litigation related to the *APPU v. University of Puerto Rico* matter contributed to the slightly higher than budgeted fees. Proskauer made reasonable best efforts to defend the Debtor and the Oversight Board in this matter, while maintaining cost-effective practices.

| Matter # | Matter Name | February Estimated Fees | February Actual Fees | March Estimated Fees | March Actual Fees | April Estimated Fees | April Actual Fees | May Estimated Fees | May Actual Fees |
|---|---|---|---|---|---|---|---|---|---|
| 33260.0002 | PROMESA TITLE III: COMMONWEALTH | $1,310,775.76 | $1,053,541.50 | $1,565,451.18 | $1,013,766.00 | $1,317,866.88 | $1,511,731.20 | $1,834,981.02 | $1,303,814.10 |
| 33260.0033 | COMMONWEALTH TITLE III – ACP MASTER | $0.00 | $0.00 | $0.00 | $3,313.80 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33260.0034 | COMMONWEALTH TITLE III – HEALTHCARE | $22,897.03 | $68,884.50 | $102,355.08 | $27,874.80 | $50,000.00 | $31,036.80 | $37,673.32 | $50,739.00 |
| 33260.0035 | COMMONWEALTH TITLE III – APPOINTMENTS CLAUSE | $0.00 | $16,490.10 | $24,502.54 | $1,343.40 | $75,000.00 | $22,328.70 | $27,103.19 | $3,234.90 |
| 33260.0039 | COMMONWEALTH TITLE III – RULE 2004 | $51,559.88 | $18,556.20 | $27,572.55 | $13,405.20 | $16,443.80 | $7,608.30 | $9,235.16 | $18,112.50 |
| 33260.0040 | COMMONWEALTH TITLE III – COOPERATIVAS | $1,306.56 | $394.50 | $586.19 | $1,341.30 | $75,000.15 | $43,698.60 | $53,042.57 | $81,267.00 |
| 33260.0041 | COMMONWEALTH TITLE III – MISCELLANEOUS | $256,863.88 | $244,118.40 | $362,734.11 | $626,662.50 | $566,391.43 | $375,291.00 | $455,538.56 | $583,278.00 |
| 33260.0061 | COMMONWEALTH TITLE III - FISCAL PLAN/BUDGET LITIGATION | $78,699.87 | $131,929.80 | $196,033.72 | $102,362.70 | $154,533.47 | $125,434.50 | $152,255.85 | $26,108.10 |
| 33260.0063 | COMMONWEALTH TITLE III - SENATE BANK ACCOUNT | $0.00 | $71,533.50 | $106,291.21 | $20,514.00 | $20,000.00 | $5,523.00 | $6,703.97 | $0.00 |
| 33260.0069 | COMMONWEALTH TITLE III - APPU V UNIVERSITY OF PUERTO RICO | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $41,244.00 | $50,063.10 | $123,568.50 |
| 33260.0072 | COMMONWEALTH TITLE III - GO & GUARANTEED BONDS LIEN | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $40,195.80 |
| 33260.0073 | COMMONWEALTH TITLE III - AMBAC/PRIFA STAY-RELIEF MOTION | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36,215.10 |
| **Commonwealth TOTAL** | | **$1,722,102.98** | **$1,605,448.50** | **$2,385,526.57** | **$1,810,583.70** | **$2,275,235.73** | **$2,163,896.10** | **$2,626,596.76** | **$2,266,533.00** |

**ESTIMATED FEES Compensation Period (February - May 2019) TOTAL:** $9,009,462.03

**ACTUAL FEES Compensation Period (February - May 2019) TOTAL:** $7,846,461.30

**Percent Variance (Actual vs Budgeted Fees)** 12.9% below budget

**Exhibit D-2**

**Staffing Plan for the Compensation Period**

**Staffing Plan for the Compensation Period**

| Category of Timekeeper[2] | Number of Timekeepers Expected to Work on The Matter During the Budget Period[3] | Average Hourly Rate[4] |
|---|---|---|
| Partners | 30 | $789 |
| Senior Counsel | 8 | $789 |
| Associates | 25 | $789 |
| e-Discovery Attorneys | 5 | $390 |
| Law Clerks | 10 | $270 |
| Paraprofessionals | 21 | $270 |

---

[2] Attorney Practice Groups: BSGR&B, Tax, Labor & Employment, Litigation, and Corporate.

[3] The chart reflects Proskauer's staffing plan for the designated period based on currently foreseeable activities. Actual staffing needs, including additional attorneys, may vary materially based on actual facts and circumstances arising in the designated period, including as a result of currently unanticipated disputes. The staffing plan currently includes attorneys from the Business Solutions, Governance, Restructuring & Bankruptcy Group ("BSGR&B"); Tax; Labor & Employment; Litigation; and Corporate practice groups. The expertise of attorneys from other specialized areas is likely to be required during the course of these PROMESA Title III cases.

[4] As detailed in the Fifth Interim Application, as of January 1, 2019, Proskauer's rates under the Engagement Letter increased from $759 to $789 per hour for attorneys, and from $260 to $270 per hour for paraprofessionals. Additionally at that time, with the client's knowledge and permission, Proskauer created a new rate class, e-Discovery Attorney, with the rate of $390 per hour. Rates have not increased during this Compensation Period.