## **Exhibit C**

**Task Code Time Breakdown**

FOMB
PROMESA TITLE III: ERS

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0007 ERS - General** | | | | | |
| **201** | **Partner** | Brian S. Rosen | 789.00 | 0.10 | $78.90 |
| | **Partner Total** | | | **0.10** | **$78.90** |
| | **Associate** | Amelia Friedman | 789.00 | 0.60 | $473.40 |
| | **Associate Total** | | | **0.60** | **$473.40** |
| **201 Total** | | | | **0.70** | **$552.30** |
| **202** | **Associate** | Elliot Stevens | 789.00 | 0.60 | $473.40 |
| | **Associate Total** | | | **0.60** | **$473.40** |
| **202 Total** | | | | **0.60** | **$473.40** |
| **204** | **Partner** | Brian S. Rosen | 789.00 | 3.20 | $2,524.80 |
| | | Paul Possinger | 789.00 | 0.50 | $394.50 |
| | **Partner Total** | | | **3.70** | **$2,919.30** |
| | **Senior Counsel** | Michael R. Hackett | 789.00 | 0.20 | $157.80 |
| | **Senior Counsel Total** | | | **0.20** | **$157.80** |
| **204 Total** | | | | **3.90** | **$3,077.10** |
| **205** | **Partner** | Brian S. Rosen | 789.00 | 0.40 | $315.60 |
| | | Paul Possinger | 789.00 | 1.20 | $946.80 |
| | **Partner Total** | | | **1.60** | **$1,262.40** |
| **205 Total** | | | | **1.60** | **$1,262.40** |
| **206** | **Partner** | Jeffrey W. Levitan | 789.00 | 5.70 | $4,497.30 |
| | | Jonathan E. Richman | 789.00 | 3.70 | $2,919.30 |
| | | Michael A. Firestein | 789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **9.70** | **$7,653.30** |
| | **Senior Counsel** | Jennifer L. Roche | 789.00 | 0.60 | $473.40 |
| | **Senior Counsel Total** | | | **0.60** | **$473.40** |

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | Associate | Amelia Friedman | 789.00 | 3.90 | $3,077.10 |
| | | Elliot Stevens | 789.00 | 0.60 | $473.40 |
| | | Joshua A. Esses | 789.00 | 26.80 | $21,145.20 |
| | **Associate Total** | | | **31.30** | **$24,695.70** |
| | EDiscovery | James Kay | 390.00 | 2.40 | $936.00 |
| | **EDiscovery Attorney Total** | | | **2.40** | **$936.00** |
| | Legal Assistant | Christopher M. Tarrant | 270.00 | 2.90 | $783.00 |
| | **Legal Assistant Total** | | | **2.90** | **$783.00** |
| **206 Total** | | | | **46.90** | **$34,541.40** |
| **207** | Partner | Michael A. Firestein | 789.00 | 0.90 | $710.10 |
| | | Ralph C. Ferrara | 789.00 | 0.30 | $236.70 |
| | | Timothy W. Mungovan | 789.00 | 1.00 | $789.00 |
| | **Partner Total** | | | **2.20** | **$1,735.80** |
| **207 Total** | | | | **2.20** | **$1,735.80** |
| **210** | Partner | Brian S. Rosen | 789.00 | 7.00 | $5,523.00 |
| | | Ehud Barak | 789.00 | 4.20 | $3,313.80 |
| | | Jeffrey W. Levitan | 789.00 | 16.90 | $13,334.10 |
| | | Jonathan E. Richman | 789.00 | 0.50 | $394.50 |
| | | Kevin J. Perra | 789.00 | 2.10 | $1,656.90 |
| | | Lary Alan Rappaport | 789.00 | 1.00 | $789.00 |
| | | Margaret A. Dale | 789.00 | 0.60 | $473.40 |
| | | Michael A. Firestein | 789.00 | 0.70 | $552.30 |
| | | Paul Possinger | 789.00 | 4.00 | $3,156.00 |
| | | Ralph C. Ferrara | 789.00 | 0.80 | $631.20 |
| | | Steven O. Weise | 789.00 | 16.20 | $12,781.80 |
| | **Partner Total** | | | **54.00** | **$42,606.00** |
| | Senior Counsel | Jennifer L. Roche | 789.00 | 0.80 | $631.20 |
| | | Michael R. Hackett | 789.00 | 1.40 | $1,104.60 |
| | **Senior Counsel Total** | | | **2.20** | **$1,735.80** |

FOMB
PROMESA TITLE III: ERS

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | Associate | Amelia Friedman | 789.00 | 0.70 | $552.30 |
| | | Elliot Stevens | 789.00 | 22.50 | $17,752.50 |
| | | Joshua A. Esses | 789.00 | 2.20 | $1,735.80 |
| | | Maja Zerjal | 789.00 | 13.00 | $10,257.00 |
| | | Steve Ma | 789.00 | 12.30 | $9,704.70 |
| | **Associate Total** | | | **50.70** | **$40,002.30** |
| | EDiscovery | James Kay | 390.00 | 1.90 | $741.00 |
| | **EDiscovery Attorney Total** | | | **1.90** | **$741.00** |
| **210 Total** | | | | **108.80** | **$85,085.10** |
| 212 | Legal Assistant | Angelo Monforte | 270.00 | 6.20 | $1,674.00 |
| | | Christopher M. Tarrant | 270.00 | 3.90 | $1,053.00 |
| | | Lawrence T. Silvestro | 270.00 | 14.70 | $3,969.00 |
| | **Legal Assistant Total** | | | **24.80** | **$6,696.00** |
| **212 Total** | | | | **24.80** | **$6,696.00** |
| 215 | Partner | Brian S. Rosen | 789.00 | 8.30 | $6,548.70 |
| | | Jeffrey W. Levitan | 789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **8.70** | **$6,864.30** |
| | Associate | Amelia Friedman | 789.00 | 14.40 | $11,361.60 |
| | **Associate Total** | | | **14.40** | **$11,361.60** |
| **215 Total** | | | | **23.10** | **$18,225.90** |
| 218 | Associate | Elliot Stevens | 789.00 | 0.60 | $473.40 |
| | | Philip Omorogbe | 789.00 | 3.00 | $2,367.00 |
| | **Associate Total** | | | **3.60** | **$2,840.40** |
| | Legal Assistant | Christopher M. Tarrant | 270.00 | 3.10 | $837.00 |
| | | Natasha Petrov | 270.00 | 34.90 | $9,423.00 |
| | **Legal Assistant Total** | | | **38.00** | **$10,260.00** |
| **218 Total** | | | | **41.60** | **$13,100.40** |
| **Grand Total** | | | | **254.20** | **$164,749.80** |

3

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | | | | |
| **MATTER 33260.0045 ERS – Altair** | | | | | |
| | | | | | |
| **201** | **Partner** | Brian S. Rosen | 789.00 | 1.60 | $1,262.40 |
| | | Jeffrey W. Levitan | 789.00 | 0.40 | $315.60 |
| | | Margaret A. Dale | 789.00 | 1.80 | $1,420.20 |
| | **Partner Total** | | | **3.80** | **$2,998.20** |
| | | | | | |
| | **Senior Counsel** | Jennifer L. Roche | 789.00 | 0.20 | $157.80 |
| | **Senior Counsel Total** | | | **0.20** | **$157.80** |
| | | | | | |
| | **Associate** | Carl Mazurek | 789.00 | 1.40 | $1,104.60 |
| | | Joshua A. Esses | 789.00 | 3.50 | $2,761.50 |
| | | Laura Stafford | 789.00 | 0.30 | $236.70 |
| | | William D. Dalsen | 789.00 | 0.80 | $631.20 |
| | **Associate Total** | | | **6.00** | **$4,734.00** |
| | | | | | |
| **201 Total** | | | | **10.00** | **$7,890.00** |
| | | | | | |
| **202** | **Partner** | Jonathan E. Richman | 789.00 | 0.80 | $631.20 |
| | | Michael A. Firestein | 789.00 | 1.80 | $1,420.20 |
| | | Steven O. Weise | 789.00 | 2.70 | $2,130.30 |
| | **Partner Total** | | | **5.30** | **$4,181.70** |
| | | | | | |
| | **Senior Counsel** | Jennifer L. Roche | 789.00 | 0.70 | $552.30 |
| | **Senior Counsel Total** | | | **0.70** | **$552.30** |
| | | | | | |
| | **Associate** | Carl Mazurek | 789.00 | 10.60 | $8,363.40 |
| | | Elliot Stevens | 789.00 | 3.80 | $2,998.20 |
| | | Hena Vora | 789.00 | 10.70 | $8,442.30 |
| | | Joshua A. Esses | 789.00 | 2.30 | $1,814.70 |
| | | Lucy Wolf | 789.00 | 2.90 | $2,288.10 |
| | | William D. Dalsen | 789.00 | 2.90 | $2,288.10 |
| | **Associate Total** | | | **33.20** | **$26,194.80** |
| | | | | | |
| **202 Total** | | | | **39.20** | **$30,928.80** |

FOMB
PROMESA TITLE III: ERS

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 203 | Partner | Jeffrey W. Levitan | 789.00 | 3.10 | $2,445.90 |
| | | Margaret A. Dale | 789.00 | 7.20 | $5,680.80 |
| | **Partner Total** | | | **10.30** | **$8,126.70** |
| | Associate | Hena Vora | 789.00 | 8.20 | $6,469.80 |
| | | Joshua A. Esses | 789.00 | 8.00 | $6,312.00 |
| | | William D. Dalsen | 789.00 | 22.00 | $17,358.00 |
| | **Associate Total** | | | **38.20** | **$30,139.80** |
| **203 Total** | | | | **48.50** | **$38,266.50** |
| 204 | Partner | Brian S. Rosen | 789.00 | 6.00 | $4,734.00 |
| | | Jeffrey W. Levitan | 789.00 | 0.80 | $631.20 |
| | | Kevin J. Perra | 789.00 | 0.70 | $552.30 |
| | | Margaret A. Dale | 789.00 | 13.30 | $10,493.70 |
| | | Paul Possinger | 789.00 | 0.80 | $631.20 |
| | | Timothy W. Mungovan | 789.00 | 2.00 | $1,578.00 |
| | **Partner Total** | | | **23.60** | **$18,620.40** |
| | Senior Counsel | Jennifer L. Roche | 789.00 | 7.20 | $5,680.80 |
| | | Michael R. Hackett | 789.00 | 1.10 | $867.90 |
| | **Senior Counsel Total** | | | **8.30** | **$6,548.70** |
| | Associate | Carl Mazurek | 789.00 | 1.70 | $1,341.30 |
| | | Hena Vora | 789.00 | 16.20 | $12,781.80 |
| | | William D. Dalsen | 789.00 | 40.70 | $32,112.30 |
| | **Associate Total** | | | **58.60** | **$46,235.40** |
| **204 Total** | | | | **90.50** | **$71,404.50** |
| 205 | Partner | Brian S. Rosen | 789.00 | 8.40 | $6,627.60 |
| | | Jeffrey W. Levitan | 789.00 | 11.50 | $9,073.50 |
| | | Kevin J. Perra | 789.00 | 1.10 | $867.90 |
| | | Margaret A. Dale | 789.00 | 15.20 | $11,992.80 |
| | | Paul Possinger | 789.00 | 1.60 | $1,262.40 |
| | | Timothy W. Mungovan | 789.00 | 0.20 | $157.80 |

FOMB
PROMESA TITLE III: ERS

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | **Partner Total** | | | **38.00** | **$29,982.00** |
| | Senior Counsel | Jennifer L. Roche | 789.00 | 1.60 | $1,262.40 |
| | **Senior Counsel Total** | | | **1.60** | **$1,262.40** |
| | Associate | Carl Mazurek | 789.00 | 1.30 | $1,025.70 |
| | | Chris Theodoridis | 789.00 | 1.30 | $1,025.70 |
| | | Elliot Stevens | 789.00 | 0.30 | $236.70 |
| | | Joshua A. Esses | 789.00 | 0.50 | $394.50 |
| | | Maja Zerjal | 789.00 | 0.30 | $236.70 |
| | | William D. Dalsen | 789.00 | 10.70 | $8,442.30 |
| | **Associate Total** | | | **14.40** | **$11,361.60** |
| **205 Total** | | | | **54.00** | **$42,606.00** |
| **206** | Partner | Brian S. Rosen | 789.00 | 14.20 | $11,203.80 |
| | | Jeffrey W. Levitan | 789.00 | 85.10 | $67,143.90 |
| | | Jonathan E. Richman | 789.00 | 1.10 | $867.90 |
| | | Kevin J. Perra | 789.00 | 42.30 | $33,374.70 |
| | | Lary Alan Rappaport | 789.00 | 0.50 | $394.50 |
| | | Margaret A. Dale | 789.00 | 21.20 | $16,726.80 |
| | | Michael A. Firestein | 789.00 | 5.50 | $4,339.50 |
| | | Michael T. Mervis | 789.00 | 0.50 | $394.50 |
| | | Paul Possinger | 789.00 | 4.30 | $3,392.70 |
| | | Stephen L. Ratner | 789.00 | 0.90 | $710.10 |
| | | Steven O. Weise | 789.00 | 53.60 | $42,290.40 |
| | | Timothy W. Mungovan | 789.00 | 1.60 | $1,262.40 |
| | **Partner Total** | | | **230.80** | **$182,101.20** |
| | Senior Counsel | Jennifer L. Roche | 789.00 | 89.70 | $70,773.30 |
| | | John E. Roberts | 789.00 | 0.50 | $394.50 |
| | | Michael R. Hackett | 789.00 | 9.10 | $7,179.90 |
| | **Senior Counsel Total** | | | **99.30** | **$78,347.70** |
| | Associate | Carl Mazurek | 789.00 | 49.00 | $38,661.00 |
| | | Chris Theodoridis | 789.00 | 12.10 | $9,546.90 |

6

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | Elliot Stevens | 789.00 | 7.30 | $5,759.70 |
| | | Hena Vora | 789.00 | 15.90 | $12,545.10 |
| | | Joshua A. Esses | 789.00 | 123.50 | $97,441.50 |
| | | Laura Stafford | 789.00 | 1.00 | $789.00 |
| | | William D. Dalsen | 789.00 | 93.00 | $73,377.00 |
| | **Associate Total** | | | **301.80** | **$238,120.20** |
| | **Legal Assistant** | Christopher M. Tarrant | 270.00 | 2.90 | $783.00 |
| | **Legal Assistant Total** | | | **2.90** | **$783.00** |
| **206 Total** | | | | **634.80** | **$499,352.10** |
| **207** | **Partner** | Brian S. Rosen | 789.00 | 6.80 | $5,365.20 |
| | | Jeffrey W. Levitan | 789.00 | 7.50 | $5,917.50 |
| | | Jonathan E. Richman | 789.00 | 0.90 | $710.10 |
| | | Kevin J. Perra | 789.00 | 15.90 | $12,545.10 |
| | | Lary Alan Rappaport | 789.00 | 0.70 | $552.30 |
| | | Margaret A. Dale | 789.00 | 6.10 | $4,812.90 |
| | | Michael A. Firestein | 789.00 | 7.20 | $5,680.80 |
| | | Paul Possinger | 789.00 | 0.50 | $394.50 |
| | | Ralph C. Ferrara | 789.00 | 0.30 | $236.70 |
| | | Stephen L. Ratner | 789.00 | 0.70 | $552.30 |
| | | Timothy W. Mungovan | 789.00 | 6.40 | $5,049.60 |
| | **Partner Total** | | | **53.00** | **$41,817.00** |
| | **Senior Counsel** | Jennifer L. Roche | 789.00 | 0.50 | $394.50 |
| | | Michael R. Hackett | 789.00 | 5.00 | $3,945.00 |
| | **Senior Counsel Total** | | | **5.50** | **$4,339.50** |
| | **Associate** | Carl Mazurek | 789.00 | 1.20 | $946.80 |
| | | Daniel Desatnik | 789.00 | 0.60 | $473.40 |
| | | Elliot Stevens | 789.00 | 0.90 | $710.10 |
| | | Hena Vora | 789.00 | 1.30 | $1,025.70 |
| | | Joshua A. Esses | 789.00 | 0.70 | $552.30 |
| | | Laura Stafford | 789.00 | 0.60 | $473.40 |
| | | Lucy Wolf | 789.00 | 0.40 | $315.60 |

FOMB
PROMESA TITLE III: ERS

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | Maja Zerjal | 789.00 | 1.10 | $867.90 |
| | | William D. Dalsen | 789.00 | 6.80 | $5,365.20 |
| | **Associate Total** | | | **13.60** | **$10,730.40** |
| **207 Total** | | | | **72.10** | **$56,886.90** |
| **208** | Partner | Brian S. Rosen | 789.00 | 1.00 | $789.00 |
| | | Jeffrey W. Levitan | 789.00 | 10.80 | $8,521.20 |
| | | Margaret A. Dale | 789.00 | 8.80 | $6,943.20 |
| | | Michael A. Firestein | 789.00 | 0.20 | $157.80 |
| | | Paul Possinger | 789.00 | 1.20 | $946.80 |
| | **Partner Total** | | | **22.00** | **$17,358.00** |
| | Associate | Carl Mazurek | 789.00 | 48.40 | $38,187.60 |
| | | Steve Ma | 789.00 | 0.50 | $394.50 |
| | | William D. Dalsen | 789.00 | 0.70 | $552.30 |
| | **Associate Total** | | | **49.60** | **$39,134.40** |
| **208 Total** | | | | **71.60** | **$56,492.40** |
| **210** | Partner | Brian S. Rosen | 789.00 | 30.50 | $24,064.50 |
| | | Jeffrey W. Levitan | 789.00 | 85.90 | $67,775.10 |
| | | Jonathan E. Richman | 789.00 | 1.60 | $1,262.40 |
| | | Kevin J. Perra | 789.00 | 39.50 | $31,165.50 |
| | | Lary Alan Rappaport | 789.00 | 1.70 | $1,341.30 |
| | | Margaret A. Dale | 789.00 | 143.50 | $113,221.50 |
| | | Michael A. Firestein | 789.00 | 11.60 | $9,152.40 |
| | | Paul M. Hamburger | 789.00 | 8.30 | $6,548.70 |
| | | Paul Possinger | 789.00 | 1.90 | $1,499.10 |
| | | Ralph C. Ferrara | 789.00 | 4.50 | $3,550.50 |
| | | Stephen L. Ratner | 789.00 | 1.90 | $1,499.10 |
| | | Steven O. Weise | 789.00 | 33.70 | $26,589.30 |
| | | Timothy W. Mungovan | 789.00 | 8.70 | $6,864.30 |
| | **Partner Total** | | | **373.30** | **$294,533.70** |
| | Senior Counsel | Jennifer L. Roche | 789.00 | 19.00 | $14,991.00 |

FOMB
PROMESA TITLE III: ERS

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | Michael R. Hackett | 789.00 | 21.50 | $16,963.50 |
| | **Senior Counsel Total** | | | **40.50** | **$31,954.50** |
| | Associate | Alexandra V. Bargoot | 789.00 | 4.10 | $3,234.90 |
| | | Aliza H. Bloch | 789.00 | 15.50 | $12,229.50 |
| | | Carl Mazurek | 789.00 | 196.50 | $155,038.50 |
| | | Chris Theodoridis | 789.00 | 3.00 | $2,367.00 |
| | | Elisa Carino | 789.00 | 6.20 | $4,891.80 |
| | | Elliot Stevens | 789.00 | 0.80 | $631.20 |
| | | Hena Vora | 789.00 | 169.50 | $133,735.50 |
| | | Joshua A. Esses | 789.00 | 29.20 | $23,038.80 |
| | | Laura Stafford | 789.00 | 12.20 | $9,625.80 |
| | | Maja Zerjal | 789.00 | 0.20 | $157.80 |
| | | Marc Palmer | 789.00 | 22.20 | $17,515.80 |
| | | Matthew J. Morris | 789.00 | 0.50 | $394.50 |
| | | Monique Curry | 789.00 | 18.10 | $14,280.90 |
| | | Steve Ma | 789.00 | 1.10 | $867.90 |
| | | William D. Dalsen | 789.00 | 195.00 | $153,855.00 |
| | **Associate Total** | | | **674.10** | **$531,864.90** |
| | **EDiscovery** | Yvonne O. Ike | $390.00 | 0.50 | $195.00 |
| | **EDiscovery Attorney Total** | | | **0.50** | **$195.00** |
| | Law Clerk | Ariella Muller | 270.00 | 16.60 | $4,482.00 |
| | **Law Clerk Total** | | | **16.60** | **$4,482.00** |
| | Legal Assistant | Elle M. Infante | 270.00 | 0.70 | $189.00 |
| | **Legal Assistant Total** | | | **0.70** | **$189.00** |
| **210 Total** | | | | **1,105.70** | **$863,219.10** |
| **211** | Partner | Margaret A. Dale | 789.00 | 11.40 | $8,994.60 |
| | **Partner Total** | | | **11.40** | **$8,994.60** |
| | Associate | Joshua A. Esses | 789.00 | 3.50 | $2,761.50 |
| | | William D. Dalsen | 789.00 | 3.20 | $2,524.80 |

FOMB
PROMESA TITLE III: ERS

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | **Associate Total** | | | **6.70** | **$5,286.30** |
| **211 Total** | | | | **18.10** | **$14,280.90** |
| **212** | **Associate** | Hena Vora | 789.00 | 7.30 | $5,759.70 |
| | | Marc Palmer | 789.00 | 3.00 | $2,367.00 |
| | **Associate Total** | | | **10.30** | **$8,126.70** |
| | **EDiscovery** | Yvonne O. Ike | $390.00 | 26.50 | $10,335.00 |
| | **EDiscovery Attorney Total** | | | **26.50** | **$10,335.00** |
| | **Law Clerk** | Eric Wertheim | 270.00 | 12.50 | $3,375.00 |
| | **Law Clerk Total** | | | **12.50** | **$3,375.00** |
| | **Legal Assistant** | Alexander J. Volpicello | 270.00 | 24.30 | $6,561.00 |
| | | Angelo Monforte | 270.00 | 0.20 | $54.00 |
| | | Christopher M. Tarrant | 270.00 | 35.50 | $9,585.00 |
| | | Eamon Wizner | 270.00 | 2.60 | $702.00 |
| | | Gabriela A. Urias | 270.00 | 0.50 | $135.00 |
| | | Jesse Feldstein | 270.00 | 0.90 | $243.00 |
| | | Joseph P. Wolf | 270.00 | 15.00 | $4,050.00 |
| | | Julia L. Sutherland | 270.00 | 26.50 | $7,155.00 |
| | | Laura M. Geary | 270.00 | 19.70 | $5,319.00 |
| | | Lawrence T. Silvestro | 270.00 | 17.00 | $4,590.00 |
| | **Legal Assistant Total** | | | **142.20** | **$38,394.00** |
| | **Prac. Support** | Eric R. Chernus | 270.00 | 62.00 | $16,740.00 |
| | | Lukasz Supronik | 270.00 | 0.50 | $135.00 |
| | **Prac. Support Total** | | | **62.50** | **$16,875.00** |
| | **Library** | Megan T. D'Errico | 270.00 | 0.50 | $135.00 |
| | | Sherri Cupplo | 270.00 | 0.50 | $135.00 |
| | **Library Total** | | | **1.00** | **$270.00** |
| **212 Total** | | | | **255.00** | **$77,375.70** |

FOMB
PROMESA TITLE III: ERS

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **214** | **Law Clerk** | Ariella Muller | 270.00 | 3.00 | $810.00 |
| | **Law Clerk Total** | | | **3.00** | **$810.00** |
| **214 Total** | | | | **3.00** | **$810.00** |
| **219** | **Partner** | Brian S. Rosen | 789.00 | 3.10 | $2,445.90 |
| | | Jeffrey W. Levitan | 789.00 | 16.60 | $13,097.40 |
| | | Kevin J. Perra | 789.00 | 4.00 | $3,156.00 |
| | | Lary Alan Rappaport | 789.00 | 0.50 | $394.50 |
| | | Margaret A. Dale | 789.00 | 2.60 | $2,051.40 |
| | | Mark Harris | 789.00 | 7.50 | $5,917.50 |
| | | Martin J. Bienenstock | 789.00 | 45.30 | $35,741.70 |
| | | Michael A. Firestein | 789.00 | 13.40 | $10,572.60 |
| | | Stephen L. Ratner | 789.00 | 1.50 | $1,183.50 |
| | | Steven O. Weise | 789.00 | 65.00 | $51,285.00 |
| | | Timothy W. Mungovan | 789.00 | 7.60 | $5,996.40 |
| | **Partner Total** | | | **167.10** | **$131,841.90** |
| | **Senior Counsel** | Jennifer L. Roche | 789.00 | 2.10 | $1,656.90 |
| | | John E. Roberts | 789.00 | 79.60 | $62,804.40 |
| | | Michael R. Hackett | 789.00 | 2.10 | $1,656.90 |
| | **Senior Counsel Total** | | | **83.80** | **$66,118.20** |
| | **Associate** | Carl Mazurek | 789.00 | 23.00 | $18,147.00 |
| | | Hena Vora | 789.00 | 1.20 | $946.80 |
| | | William D. Dalsen | 789.00 | 4.00 | $3,156.00 |
| | **Associate Total** | | | **28.20** | **$22,249.80** |
| **219 Total** | | | | **279.10** | **$220,209.90** |
| **Grand Total** | | | | **2,681.60** | **$1,979,722.80** |

11

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0046 ERS – Pension Challenge** | | | | | |
| 204 | **Partner** | Guy Brenner | 789.00 | 0.20 | $157.80 |
| | | Jonathan E. Richman | 789.00 | 0.70 | $552.30 |
| | **Partner Total** | | | **0.90** | **$710.10** |
| **204 Total** | | | | **0.90** | **$710.10** |
| 205 | **Partner** | Guy Brenner | 789.00 | 0.10 | $78.90 |
| | **Partner Total** | | | **0.10** | **$78.90** |
| **205 Total** | | | | **0.10** | **$78.90** |
| 206 | **Partner** | Jonathan E. Richman | 789.00 | 0.80 | $631.20 |
| | **Partner Total** | | | **0.80** | **$631.20** |
| **206 Total** | | | | **0.80** | **$631.20** |
| 207 | **Partner** | Guy Brenner | 789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.20** | **$157.80** |
| | **Associate** | Laura Stafford | 789.00 | 0.30 | $236.70 |
| | **Associate Total** | | | **0.30** | **$236.70** |
| **207 Total** | | | | **0.50** | **$394.50** |
| 210 | **Partner** | Jonathan E. Richman | 789.00 | 0.10 | $78.90 |
| | **Partner Total** | | | **0.10** | **$78.90** |
| **210 Total** | | | | **0.10** | **$78.90** |
| **Grand Total** | | | | **2.40** | **$1,893.60** |

FOMB
PROMESA TITLE III: ERS

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0068 ERS – Cooperativa de Ahoro y Creditor Vegabajena** | | | | | |
| 201 | **Senior Counsel** | Jennifer L. Roche | 789.00 | 0.40 | $315.60 |
| | **Senior Counsel Total** | | | **0.40** | **$315.60** |
| **201 Total** | | | | **0.40** | **$315.60** |
| 202 | **Partner** | Michael A. Firestein | 789.00 | 0.50 | $394.50 |
| | **Partner Total** | | | **0.50** | **$394.50** |
| | **Senior Counsel** | Jennifer L. Roche | 789.00 | 5.90 | $4,655.10 |
| | **Senior Counsel Total** | | | **5.90** | **$4,655.10** |
| **202 Total** | | | | **6.40** | **$5,049.60** |
| 204 | **Partner** | Michael A. Firestein | 789.00 | 0.60 | $473.40 |
| | | Paul Possinger | 789.00 | 0.80 | $631.20 |
| | **Partner Total** | | | **1.40** | **$1,104.60** |
| | **Senior Counsel** | Jennifer L. Roche | 789.00 | 3.90 | $3,077.10 |
| | **Senior Counsel Total** | | | **3.90** | **$3,077.10** |
| **204 Total** | | | | **5.30** | **$4,181.70** |
| 206 | **Partner** | Lary Alan Rappaport | 789.00 | 3.90 | $3,077.10 |
| | | Martin J. Bienenstock | 789.00 | 7.80 | $6,154.20 |
| | | Michael A. Firestein | 789.00 | 9.60 | $7,574.40 |
| | | Paul Possinger | 789.00 | 3.70 | $2,919.30 |
| | | Steven O. Weise | 789.00 | 6.90 | $5,444.10 |
| | | Timothy W. Mungovan | 789.00 | 0.90 | $710.10 |
| | **Partner Total** | | | **32.80** | **$25,879.20** |
| | **Senior Counsel** | Jennifer L. Roche | 789.00 | 36.80 | $29,035.20 |
| | **Senior Counsel Total** | | | **36.80** | **$29,035.20** |
| | **Associate** | Blake Cushing | 789.00 | 20.10 | $15,858.90 |
| | **Associate Total** | | | **20.10** | **$15,858.90** |

FOMB
PROMESA TITLE III: ERS

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **206 Total** | | | | **89.70** | **$70,773.30** |
| **207** | **Partner** | Lary Alan Rappaport | 789.00 | 1.00 | $789.00 |
| | | Martin J. Bienenstock | 789.00 | 2.60 | $2,051.40 |
| | | Michael A. Firestein | 789.00 | 1.10 | $867.90 |
| | | Steven O. Weise | 789.00 | 3.50 | $2,761.50 |
| | | Timothy W. Mungovan | 789.00 | 0.80 | $631.20 |
| | **Partner Total** | | | **9.00** | **$7,101.00** |
| | **Senior Counsel** | Jennifer L. Roche | 789.00 | 0.40 | $315.60 |
| | **Senior Counsel Total** | | | **0.40** | **$315.60** |
| | **Associate** | Blake Cushing | 789.00 | 0.70 | $552.30 |
| | **Associate Total** | | | **0.70** | **$552.30** |
| **207 Total** | | | | **10.10** | **$7,968.90** |
| **210** | **Partner** | Michael A. Firestein | 789.00 | 1.80 | $1,420.20 |
| | | Paul Possinger | 789.00 | 0.50 | $394.50 |
| | | Steven O. Weise | 789.00 | 14.50 | $11,440.50 |
| | **Partner Total** | | | **16.80** | **$13,255.20** |
| | **Senior Counsel** | Jennifer L. Roche | 789.00 | 5.70 | $4,497.30 |
| | **Senior Counsel Total** | | | **5.70** | **$4,497.30** |
| **210 Total** | | | | **22.50** | **$17,752.50** |
| **212** | **Legal Assistant** | Angelo Monforte | 270.00 | 1.10 | $297.00 |
| | | Lawrence T. Silvestro | 270.00 | 5.90 | $1,593.00 |
| | **Legal Assistant** | | | **7.00** | **$1,890.00** |
| **212 Total** | | | | **7.00** | **$1,890.00** |
| **Grand Total** | | | | **141.40** | **$107,931.60** |