**Exhibit C**

**Task Code Time Breakdown**

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0009 HTA - General** | | | | | |
| 201 | Associate | Amelia Friedman | 789.00 | 0.40 | $315.60 |
| | **Associate Total** | | | **0.40** | **$315.60** |
| **201 Total** | | | | **0.40** | **$315.60** |
| 202 | Partner | Michael A. Firestein | 789.00 | 1.40 | $1,104.60 |
| | | Michael T. Mervis | 789.00 | 3.70 | $2,919.30 |
| | **Partner Total** | | | **5.10** | **$4,023.90** |
| | Associate | Elliot Stevens | 789.00 | 1.80 | $1,420.20 |
| | **Associate Total** | | | **1.80** | **$1,420.20** |
| | Law Clerk | Philip Omorogbe | 270.00 | 1.40 | $378.00 |
| | **Law Clerk Total** | | | **1.40** | **$378.00** |
| | Legal Assistant | Christopher M. Tarrant | 270.00 | 7.40 | $1,998.00 |
| | **Legal Assistant Total** | | | **7.40** | **$1,998.00** |
| **202 Total** | | | | **15.70** | **$7,820.10** |
| 205 | Partner | Jeffrey W. Levitan | 789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| | Associate | Chris Theodoridis | 789.00 | 0.50 | $394.50 |
| | | Elliot Stevens | 789.00 | 0.70 | $552.30 |
| | **Associate Total** | | | **1.20** | **$946.80** |
| | Law Clerk | Philip Omorogbe | 270.00 | 0.50 | $135.00 |
| | **Law Clerk Total** | | | **0.50** | **$135.00** |
| **205 Total** | | | | **2.10** | **$1,397.40** |
| 206 | Partner | Jeffrey W. Levitan | 789.00 | 4.60 | $3,629.40 |
| | | Lary Alan Rappaport | 789.00 | 0.70 | $552.30 |
| | | Martin J. Bienenstock | 789.00 | 5.70 | $4,497.30 |

1

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | Michael A. Firestein | 789.00 | 0.70 | $552.30 |
| | | Michael T. Mervis | 789.00 | 0.90 | $710.10 |
| | | Steven O. Weise | 789.00 | 17.40 | $13,728.60 |
| | **Partner Total** | | | **30.00** | **$23,670.00** |
| | Associate | Amelia Friedman | 789.00 | 3.00 | $2,367.00 |
| | | Chris Theodoridis | 789.00 | 4.40 | $3,471.60 |
| | | Daniel Desatnik | 789.00 | 4.40 | $3,471.60 |
| | | Elliot Stevens | 789.00 | 33.70 | $26,589.30 |
| | **Associate Total** | | | **45.50** | **$35,899.50** |
| | Law Clerk | Philip Omorogbe | 270.00 | 15.80 | $4,266.00 |
| | **Law Clerk Total** | | | **15.80** | **$4,266.00** |
| **206 Total** | | | | **91.30** | **$63,835.50** |
| 207 | Partner | Lary Alan Rappaport | 789.00 | 0.10 | $78.90 |
| | | Michael A. Firestein | 789.00 | 0.40 | $315.60 |
| | | Timothy W. Mungovan | 789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.70** | **$552.30** |
| **207 Total** | | | | **0.70** | **$552.30** |
| 210 | Partner | Brian S. Rosen | 789.00 | 1.60 | $1,262.40 |
| | | Lary Alan Rappaport | 789.00 | 1.70 | $1,341.30 |
| | | Michael A. Firestein | 789.00 | 2.40 | $1,893.60 |
| | | Michael T. Mervis | 789.00 | 0.80 | $631.20 |
| | | Paul Possinger | 789.00 | 0.30 | $236.70 |
| | | Ralph C. Ferrara | 789.00 | 0.50 | $394.50 |
| | | Steven O. Weise | 789.00 | 6.50 | $5,128.50 |
| | **Partner Total** | | | **13.80** | **$10,888.20** |
| | Associate | Amelia Friedman | 789.00 | 0.20 | $157.80 |
| | | Daniel Desatnik | 789.00 | 0.40 | $315.60 |
| | | Elliot Stevens | 789.00 | 14.60 | $11,519.40 |
| | **Associate Total** | | | **15.20** | **$11,992.80** |

2

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | EDiscovery | James Kay | $390.00 | 2.80 | $1,092.00 |
| | **EDiscovery Attorney Total** | | | **2.80** | **$1,092.00** |
| | Law Clerk | Philip Omorogbe | 270.00 | 16.80 | $4,536.00 |
| | **Law Clerk Total** | | | **16.80** | **$4,536.00** |
| **210 Total** | | | | **48.60** | **$28,509.00** |
| 212 | Legal Assistant | Christopher M. Tarrant | 270.00 | 7.30 | $1,971.00 |
| | **Legal Assistant Total** | | | **7.30** | **$1,971.00** |
| **212 Total** | | | | **7.30** | **$1,971.00** |
| 215 | Associate | Amelia Friedman | 789.00 | 20.80 | $16,411.20 |
| | **Associate Total** | | | **20.80** | **$16,411.20** |
| **215 Total** | | | | **20.80** | **$16,411.20** |
| 218 | Associate | Elliot Stevens | 789.00 | 0.80 | $631.20 |
| | | Philip Omorogbe | 789.00 | 4.80 | $3,787.20 |
| | **Associate Total** | | | **5.60** | **$4,418.40** |
| | Legal Assistant | Christopher M. Tarrant | 270.00 | 0.80 | $216.00 |
| | | Natasha Petrov | 270.00 | 41.60 | $11,232.00 |
| | **Legal Assistant** | | | **42.40** | **$11,448.00** |
| **218 Total** | | | | **48.00** | **$15,866.40** |
| 219 | Partner | Michael T. Mervis | 789.00 | 2.80 | $2,209.20 |
| | **Partner Total** | | | **2.80** | **$2,209.20** |
| **219 Total** | | | | **2.80** | **$2,209.20** |
| **Grand Total** | | | | **237.70** | **$138,887.70** |

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0049 HTA - Ambac** | | | | | |
| **204** | **Partner** | Timothy W. Mungovan | 789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.30** | **$236.70** |
| **204 Total** | | | | **0.30** | **$236.70** |
| **207** | **Partner** | Michael A. Firestein | 789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| **207 Total** | | | | **0.40** | **$315.60** |
| **210** | **Partner** | Jeffrey W. Levitan | 789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.20** | **$157.80** |
| **210 Total** | | | | **0.20** | **$157.80** |
| **Grand Total** | | | | **0.90** | **$710.10** |

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0050 HTA – Assured** | | | | | |
| **207** | **Partner** | Jeffrey W. Levitan | 789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **0.30** | **$236.70** |
| **207 Total** | | | | **0.30** | **$236.70** |
| **219** | **Partner** | Jeffrey W. Levitan | 789.00 | 1.20 | $946.80 |
| | | Lary Alan Rappaport | 789.00 | 3.50 | $2,761.50 |
| | | Mark Harris | 789.00 | 1.20 | $946.80 |
| | | Michael A. Firestein | 789.00 | 3.90 | $3,077.10 |
| | | Stephen L. Ratner | 789.00 | 0.60 | $473.40 |
| | | Timothy W. Mungovan | 789.00 | 2.70 | $2,130.30 |
| | **Partner Total** | | | **13.10** | **$10,335.90** |
| | **Senior Counsel** | Jennifer L. Roche | 789.00 | 0.50 | $394.50 |
| | | John E. Roberts | 789.00 | 0.90 | $710.10 |
| | **Senior Counsel Total** | | | **1.40** | **$1,104.60** |
| | **Associate** | Matthew J. Morris | 789.00 | 0.70 | $552.30 |
| | **Associate Total** | | | **0.70** | **$552.30** |
| **219 Total** | | | | **15.20** | **$11,992.80** |
| **Grand Total** | | | | **15.50** | **$12,229.50** |

5

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0051 HTA – Peaje** | | | | | |
| 201 | **Partner** | Lary Alan Rappaport | 789.00 | 0.20 | $157.80 |
|  | **Partner Total** | | | **0.20** | **$157.80** |
| **201 Total** | | | | **0.20** | **$157.80** |
| 202 | **Partner** | Lary Alan Rappaport | 789.00 | 1.50 | $1,183.50 |
|  | | Michael A. Firestein | 789.00 | 3.00 | $2,367.00 |
|  | **Partner Total** | | | **4.50** | **$3,550.50** |
| **202 Total** | | | | **4.50** | **$3,550.50** |
| 204 | **Partner** | Lary Alan Rappaport | 789.00 | 0.50 | $394.50 |
|  | **Partner Total** | | | **0.50** | **$394.50** |
| **204 Total** | | | | **0.50** | **$394.50** |
| 205 | **Partner** | Lary Alan Rappaport | 789.00 | 0.10 | $78.90 |
|  | **Partner Total** | | | **0.10** | **$78.90** |
| **205 Total** | | | | **0.10** | **$78.90** |
| 206 | **Partner** | Lary Alan Rappaport | 789.00 | 3.00 | $2,367.00 |
|  | | Michael A. Firestein | 789.00 | 1.10 | $867.90 |
|  | | Stephen L. Ratner | 789.00 | 0.20 | $157.80 |
|  | | Timothy W. Mungovan | 789.00 | 0.40 | $315.60 |
|  | **Partner Total** | | | **4.70** | **$3,708.30** |
| **206 Total** | | | | **4.70** | **$3,708.30** |
| 207 | **Partner** | Lary Alan Rappaport | 789.00 | 0.40 | $315.60 |
|  | | Michael A. Firestein | 789.00 | 0.40 | $315.60 |
|  | | Timothy W. Mungovan | 789.00 | 0.20 | $157.80 |
|  | **Partner Total** | | | **1.00** | **$789.00** |
| **207 Total** | | | | **1.00** | **$789.00** |

6

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 210 | Partner | Lary Alan Rappaport | 789.00 | 6.90 | $5,444.10 |
| | | Matthew Triggs | 789.00 | 22.00 | $17,358.00 |
| | | Michael A. Firestein | 789.00 | 5.40 | $4,260.60 |
| | | Stephen L. Ratner | 789.00 | 0.30 | $236.70 |
| | | Steven O. Weise | 789.00 | 37.20 | $29,350.80 |
| | | Timothy W. Mungovan | 789.00 | 0.80 | $631.20 |
| | **Partner Total** | | | **72.60** | **$57,281.40** |
| | Associate | Matthew I. Rochman | 789.00 | 3.80 | $2,998.20 |
| | **Associate Total** | | | **3.80** | **$2,998.20** |
| **210 Total** | | | | **76.40** | **$60,279.60** |
| 212 | **Legal Assistant** | Angelo Monforte | 270.00 | 0.10 | $27.00 |
| | **Legal Assistant Total** | | | **0.10** | **$27.00** |
| **212 Total** | | | | **0.10** | **$27.00** |
| 219 | **Partner** | Jeffrey W. Levitan | 789.00 | 0.20 | $157.80 |
| | | Lary Alan Rappaport | 789.00 | 0.20 | $157.80 |
| | | Matthew Triggs | 789.00 | 0.90 | $710.10 |
| | | Ralph C. Ferrara | 789.00 | 0.70 | $552.30 |
| | | Timothy W. Mungovan | 789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **2.30** | **$1,814.70** |
| | **Senior Counsel** | John E. Roberts | 789.00 | 0.20 | $157.80 |
| | **Senior Counsel Total** | | | **0.20** | **$157.80** |
| | **Associate** | Alexandra K. Skellet | 789.00 | 0.10 | $78.90 |
| | **Associate Total** | | | **0.10** | **$78.90** |
| **219 Total** | | | | **2.60** | **$2,051.40** |
| **Grand Total** | | | | **90.10** | **$71,037.00** |

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0053 HTA – Miscellaneous** | | | | | |
| **208** | **Associate** | Maja Zerjal | 789.00 | 0.30 | $236.70 |
| | **Associate Total** | | | **0.30** | **$236.70** |
| **208 Total** | | | | **0.30** | **$236.70** |
| **Grand Total** | | | | **0.30** | **$236.70** |

8

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **MATTER 33260.0074 HTA – Lien Avoidance and Secured Status Complaints** | | | | | |
| **201** | **Associate** | Elliot Stevens | 789.00 | 0.40 | $315.60 |
| | **Associate Total** | | | **0.40** | **$315.60** |
| **201 Total** | | | | **0.40** | **$315.60** |
| **204** | **Partner** | Steven O. Weise | 789.00 | 1.60 | $1,262.40 |
| | **Partner Total** | | | **1.60** | **$1,262.40** |
| **204 Total** | | | | **1.60** | **$1,262.40** |
| **206** | **Partner** | Jeffrey W. Levitan | 789.00 | 1.80 | $1,420.20 |
| | | Michael A. Firestein | 789.00 | 4.40 | $3,471.60 |
| | | Steven O. Weise | 789.00 | 0.80 | $631.20 |
| | | Timothy W. Mungovan | 789.00 | 0.10 | $78.90 |
| | **Partner Total** | | | **7.10** | **$5,601.90** |
| | **Associate** | Elliot Stevens | 789.00 | 47.40 | $37,398.60 |
| | | Philip Omorogbe | 789.00 | 1.40 | $1,104.60 |
| | **Associate Total** | | | **48.80** | **$38,503.20** |
| | **Legal Assistant** | Christopher M. Tarrant | 270.00 | 20.90 | $5,643.00 |
| | **Legal Assistant Total** | | | **20.90** | **$5,643.00** |
| **206 Total** | | | | **76.80** | **$49,748.10** |
| **207** | **Partner** | Michael A. Firestein | 789.00 | 0.90 | $710.10 |
| | **Partner Total** | | | **0.90** | **$710.10** |
| **207 Total** | | | | **0.90** | **$710.10** |
| **208** | **Partner** | Michael A. Firestein | 789.00 | 1.70 | $1,341.30 |
| | **Partner Total** | | | **1.70** | **$1,341.30** |
| **208 Total** | | | | **1.70** | **$1,341.30** |

FOMB
PROMESA TITLE III: HTA

| Task | Title | Name | Rate | Hours | Amount |
|---|---|---|---|---|---|
| **210** | **Partner** | Brian S. Rosen | 789.00 | 6.20 | $4,891.80 |
| | | Jeffrey W. Levitan | 789.00 | 14.20 | $11,203.80 |
| | | Lary Alan Rappaport | 789.00 | 4.50 | $3,550.50 |
| | | Michael A. Firestein | 789.00 | 5.90 | $4,655.10 |
| | | Ralph C. Ferrara | 789.00 | 1.00 | $789.00 |
| | | Stephen L. Ratner | 789.00 | 0.30 | $236.70 |
| | | Steven O. Weise | 789.00 | 38.30 | $30,218.70 |
| | | Timothy W. Mungovan | 789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **70.80** | **$55,861.20** |
| | **Associate** | Elliot Stevens | 789.00 | 2.60 | $2,051.40 |
| | | Philip Omorogbe | 789.00 | 0.50 | $394.50 |
| | | Steve Ma | 789.00 | 7.60 | $5,996.40 |
| | **Associate Total** | | | **10.70** | **$8,442.30** |
| **210 Total** | | | | **81.50** | **$64,303.50** |
| **212** | **Legal Assistant** | Christopher M. Tarrant | 270.00 | 2.70 | $729.00 |
| | | Laura M. Geary | 270.00 | 1.90 | $513.00 |
| | | Lawrence T. Silvestro | 270.00 | 0.90 | $243.00 |
| | **Legal Assistant** | | | **5.50** | **$1,485.00** |
| **212 Total** | | | | **5.50** | **$1,485.00** |
| **Grand Total** | | | | **168.40** | **$119,166.00** |