# Exhibit D

## Budget and Staffing Plan

**Exhibit D-1**

**Budget Plan for the Compensation Period[1]**

---

[1] The total fees sought in this Application exceeded the total budgeted fees for the time period, however, by less than 10% (fees sought in the Application are 1.7% above budgeted fees). Proskauer billed more time than expected due to the urgent filing of certain lien challenges against over 260 defendants before the expiry of statutes of limitations barring those challenges. Logistical challenges raised by filing a complaint against this number of defendants combined with the urgent and time sensitive nature of this action required billing more hours than anticipated and is the reason for the higher than budgeted fees.

| Matter # | Matter Name | February Estimated Fees | February Actual Fees | March Estimated Fees | March Actual Fees | April Estimated Fees | April Actual Fees | May Estimated Fees | May Actual Fees |
|---|---|---|---|---|---|---|---|---|---|
| 33260.0009 | PROMESA TITLE III: HTA | $2,084.61 | $5,931.30 | $8,813.28 | $36,471.60 | $38,801.02 | $69,352.20 | $84,181.61 | $27,132.60 |
| 33260.0049 | HTA TITLE III – AMBAC | $64,698.43 | $0.00 | $0.00 | $710.10 | $20,000.00 | $0.00 | $0.00 | $0.00 |
| 33260.0050 | HTA TITLE III - ASSURED | $0.00 | $0.00 | $0.00 | $4,260.60 | $20,000.00 | $5,838.60 | $7,087.05 | $2,130.30 |
| 33260.0051 | HTA TITLE III – PEAJE | $11,796.08 | $37,083.00 | $55,101.41 | $31,034.70 | $20,000.00 | $2,603.70 | $3,160.44 | $315.60 |
| 33260.0053 | HTA TITLE III – MISCELLANEOUS | $603.03 | | $0.00 | $236.70 | $251.82 | $0.00 | $0.00 | $0.00 |
| 33260.0074 | HTA LIEN AVOIDANCE AND SECURED STATUS COMPLAINTS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $119,166.00 |
| **HTA Total** | | **$79,182.14** | **$43,014.30** | **$63,914.70** | **$72,713.70** | **$99,052.84** | **$77,794.50** | **$94,429.11** | **$148,744.50** |
| **ESTIMATED FEES Compensation Period (February - May 2019) TOTAL:** | | | | | | | | | **$336,578.78** |
| **ACTUAL FEES Compensation Period (February - May 2019) TOTAL:** | | | | | | | | | **$342,267.00** |
| **Percent Variance (Actual vs Budgeted Fees)** | | | | | | | | | **1.7% above budget** |

**Exhibit D-2**

**Staffing Plan for the Compensation Period**

**Staffing Plan for the Compensation Period**

| Category of Timekeeper[2] | Number of Timekeepers Expected to Work on The Matter During the Budget Period[3] | Average Hourly Rate[4] |
|---|---|---|
| Partners | 14 | $789 |
| Senior Counsel | 7 | $789 |
| Associates | 9 | $789 |
| e-Discovery Attorneys | 5 | $390 |
| Law Clerks | 5 | $270 |
| Paraprofessionals | 11 | $270 |

---

[2] <u>Attorney Practice Groups</u>: BSGR&B, Litigation, and Corporate.

[3] The chart reflects Proskauer's staffing plan for the designated period based on currently foreseeable activities. Actual staffing needs, including additional attorneys, may vary materially based on actual facts and circumstances arising in the designated period, including as a result of currently unanticipated disputes. The staffing plan currently includes attorneys from the Business Solutions, Governance, Restructuring & Bankruptcy Group ("<u>BSGR&B</u>"), Litigation, and Corporate practice groups. The expertise of attorneys from other specialized areas is likely to be required during the course of these PROMESA cases.

[4] As detailed in the Fifth Interim Application, as of January 1, 2019, Proskauer's rates under the Engagement Letter increased from $759 per hour for attorneys and $260 per hour for paraprofessionals to $789 per hour for attorneys and $270 per hour for paraprofessionals. Additionally at that time, with the client's knowledge and permission, Proskauer created a new rate class, e-Discovery Attorney, with the rate of $390 per hour. Rates have not increased during this Compensation Period.