## <u>Exhibit C</u>

**Task Code Time Breakdown**

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **MATTER 33260.0022 PREPA - General** | | | | | |
| **201** | **Partner** | Ehud Barak | 789.00 | 34.20 | $26,983.80 |
| | | Martin J. Bienenstock | 789.00 | 2.30 | $1,814.70 |
| | | Paul Possinger | 789.00 | 26.50 | $20,908.50 |
| | | Richard M. Corn | 789.00 | 1.20 | $946.80 |
| | **Partner Total** | | | **64.20** | **$50,653.80** |
| | **Associate** | Daniel Desatnik | 789.00 | 11.50 | $9,073.50 |
| | | Elliot Stevens | 789.00 | 1.80 | $1,420.20 |
| | **Associate Total** | | | **13.30** | **$10,493.70** |
| **201 Total** | | | | **77.50** | **$61,147.50** |
| **202** | **Partner** | Michael T. Mervis | 789.00 | 2.10 | $1,656.90 |
| | **Partner Total** | | | **2.10** | **$1,656.90** |
| | **Associate** | Bradley Presant | 789.00 | 15.60 | $12,308.40 |
| | | Brooke H. Blackwell | 789.00 | 28.10 | $22,170.90 |
| | | Elisa Carino | 789.00 | 9.00 | $7,101.00 |
| | | Elliot Stevens | 789.00 | 19.50 | $15,385.50 |
| | **Associate Total** | | | **72.20** | **$56,965.80** |
| | **Legal Assistant** | Natasha Petrov | 270.00 | 0.70 | $189.00 |
| | **Legal Assistant Total** | | | **0.70** | **$189.00** |
| **202 Total** | | | | **75.00** | **$58,811.70** |
| **204** | **Partner** | Ehud Barak | 789.00 | 63.80 | $50,338.20 |
| | | Gregg M. Mashberg | 789.00 | 0.10 | $78.90 |
| | | Martin J. Bienenstock | 789.00 | 2.00 | $1,578.00 |
| | | Michael T. Mervis | 789.00 | 0.30 | $236.70 |
| | | Paul Possinger | 789.00 | 104.10 | $82,134.90 |
| | **Partner Total** | | | **170.30** | **$134,366.70** |
| | **Associate** | Daniel Desatnik | 789.00 | 17.00 | $13,413.00 |
| | | Elliot Stevens | 789.00 | 12.90 | $10,178.10 |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | **Associate Total** | | | **29.90** | **$23,591.10** |
| **204 Total** | | | | **200.20** | **$157,957.80** |
| **205** | **Partner** | Ehud Barak | 789.00 | 38.40 | $30,297.60 |
| | | Paul Possinger | 789.00 | 26.40 | $20,829.60 |
| | **Partner Total** | | | **64.80** | **$51,127.20** |
| | **Associate** | Daniel Desatnik | 789.00 | 4.60 | $3,629.40 |
| | | Elliot Stevens | 789.00 | 3.40 | $2,682.60 |
| | | Steve Ma | 789.00 | 0.20 | $157.80 |
| | **Associate Total** | | | **8.20** | **$6,469.80** |
| **205 Total** | | | | **73.00** | **$57,597.00** |
| **206** | **Partner** | Ehud Barak | 789.00 | 88.60 | $69,905.40 |
| | | Gregg M. Mashberg | 789.00 | 128.60 | $101,465.40 |
| | | Jeffrey W. Levitan | 789.00 | 0.40 | $315.60 |
| | | Margaret A. Dale | 789.00 | 1.80 | $1,420.20 |
| | | Martin J. Bienenstock | 789.00 | 18.10 | $14,280.90 |
| | | Michael A. Firestein | 789.00 | 0.70 | $552.30 |
| | | Paul Possinger | 789.00 | 48.10 | $37,950.90 |
| | | Stephen L. Ratner | 789.00 | 4.70 | $3,708.30 |
| | | Steven O. Weise | 789.00 | 9.40 | $7,416.60 |
| | | Timothy W. Mungovan | 789.00 | 0.60 | $473.40 |
| | **Partner Total** | | | **301.00** | **$237,489.00** |
| | **Associate** | Brooke H. Blackwell | 789.00 | 15.20 | $11,992.80 |
| | | Daniel Desatnik | 789.00 | 159.50 | $125,845.50 |
| | | Elisa Carino | 789.00 | 6.00 | $4,734.00 |
| | | Elliot Stevens | 789.00 | 62.60 | $49,391.40 |
| | | Laura Stafford | 789.00 | 1.60 | $1,262.40 |
| | | Maja Zerjal | 789.00 | 2.40 | $1,893.60 |
| | | Philip Omorogbe | 789.00 | 4.40 | $3,471.60 |
| | | Steve Ma | 789.00 | 3.90 | $3,077.10 |
| | **Associate Total** | | | **255.60** | **$201,668.40** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | **Law Clerk** | Philip Omorogbe | 270.00 | 6.20 | $1,674.00 |
| | **Law Clerk Total** | | | **6.20** | **$1,674.00** |
| | **Legal Assistant** | Christopher M. Tarrant | 270.00 | 9.20 | $2,484.00 |
| | | Joan K. Hoffman | 270.00 | 6.90 | $1,863.00 |
| | **Legal Assistant Total** | | | **16.10** | **$4,347.00** |
| **206 Total** | | | | **578.90** | **$445,178.40** |
| **207** | **Partner** | Michael A. Firestein | 789.00 | 1.00 | $789.00 |
| | | Timothy W. Mungovan | 789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **1.20** | **$946.80** |
| | **Associate** | Brooke H. Blackwell | 789.00 | 0.20 | $157.80 |
| | **Associate Total** | | | **0.20** | **$157.80** |
| **207 Total** | | | | **1.40** | **$1,104.60** |
| **208** | **Partner** | Gregg M. Mashberg | 789.00 | 0.80 | $631.20 |
| | **Partner Total** | | | **0.80** | **$631.20** |
| **208 Total** | | | | **0.80** | **$631.20** |
| **210** | **Partner** | Christopher O. Bell | 789.00 | 4.50 | $3,550.50 |
| | | Ehud Barak | 789.00 | 282.30 | $222,734.70 |
| | | Gregg M. Mashberg | 789.00 | 6.80 | $5,365.20 |
| | | James P. Gerkis | 789.00 | 2.00 | $1,578.00 |
| | | Jeffrey W. Levitan | 789.00 | 0.20 | $157.80 |
| | | Lary Alan Rappaport | 789.00 | 3.90 | $3,077.10 |
| | | Margaret A. Dale | 789.00 | 48.30 | $38,108.70 |
| | | Martin J. Bienenstock | 789.00 | 14.30 | $11,282.70 |
| | | Michael A. Firestein | 789.00 | 2.90 | $2,288.10 |
| | | Michael T. Mervis | 789.00 | 33.30 | $26,273.70 |
| | | Paul Possinger | 789.00 | 243.70 | $192,279.30 |
| | | Ralph C. Ferrara | 789.00 | 13.60 | $10,730.40 |
| | | Stephen L. Ratner | 789.00 | 0.80 | $631.20 |
| | | Steven O. Weise | 789.00 | 29.50 | $23,275.50 |

3

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | Timothy W. Mungovan | 789.00 | 1.50 | $1,183.50 |
| | **Partner Total** | | | **687.60** | **$542,516.40** |
| | | | | | |
| | **Senior Counsel** | Daniel L. Forman | 789.00 | 2.00 | $1,578.00 |
| | **Senior Counsel Total** | | | **2.00** | **$1,578.00** |
| | | | | | |
| | **Associate** | Alexandra V. Bargoot | 789.00 | 5.50 | $4,339.50 |
| | | Brandon C. Clark | 789.00 | 63.20 | $49,864.80 |
| | | Brooke H. Blackwell | 789.00 | 13.00 | $10,257.00 |
| | | Daniel Desatnik | 789.00 | 49.10 | $38,739.90 |
| | | Daniel Pollick | 789.00 | 22.80 | $17,989.20 |
| | | Elisa Carino | 789.00 | 4.00 | $3,156.00 |
| | | Elliot Stevens | 789.00 | 38.40 | $30,297.60 |
| | | Jennifer L. Jones | 789.00 | 79.00 | $62,331.00 |
| | | Laura Stafford | 789.00 | 48.40 | $38,187.60 |
| | | Lucy Wolf | 789.00 | 10.00 | $7,890.00 |
| | | Maja Zerjal | 789.00 | 5.70 | $4,497.30 |
| | | Mee R. Kim | 789.00 | 0.10 | $78.90 |
| | | Philip Omorogbe | 789.00 | 4.50 | $3,550.50 |
| | | Steve Ma | 789.00 | 0.80 | $631.20 |
| | **Associate Total** | | | **344.50** | **$271,810.50** |
| | | | | | |
| | **Law Clerk** | Philip Omorogbe | 270.00 | 6.00 | $1,620.00 |
| | **Law Clerk Total** | | | **6.00** | **$1,620.00** |
| | | | | | |
| | **Legal Assistant** | Christopher M. Tarrant | 270.00 | 5.20 | $1,404.00 |
| | **Legal Assistant Total** | | | **5.20** | **$1,404.00** |
| **210 Total** | | | | **1,045.30** | **$818,928.90** |
| | | | | | |
| **211** | **Partner** | Paul Possinger | 789.00 | 17.40 | $13,728.60 |
| | **Partner Total** | | | **17.40** | **$13,728.60** |
| **211 Total** | | | | **17.40** | **$13,728.60** |
| | | | | | |
| **212** | **Legal Assistant** | Angelo Monforte | 270.00 | 0.70 | $189.00 |
| | | Christopher M. Tarrant | 270.00 | 20.10 | $5,427.00 |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | Eamon Wizner | 270.00 | 2.20 | $594.00 |
| | | Gabriela A. Urias | 270.00 | 0.50 | $135.00 |
| | | Joseph P. Wolf | 270.00 | 1.50 | $405.00 |
| | | Julia L. Sutherland | 270.00 | 1.30 | $351.00 |
| | | Laura M. Geary | 270.00 | 11.90 | $3,213.00 |
| | | Lawrence T. Silvestro | 270.00 | 22.60 | $6,102.00 |
| | | Rebecca R. Elsner | 270.00 | 2.30 | $621.00 |
| | **Legal Assistant Total** | | | **63.10** | **$17,037.00** |
| | | | | | |
| | **Prac. Support** | Eric R. Chernus | 270.00 | 9.20 | $2,484.00 |
| | | Joseph Klock | 270.00 | 4.90 | $1,323.00 |
| | **Prac. Support Total** | | | **14.10** | **$3,807.00** |
| **212 Total** | | | | **77.20** | **$20,844.00** |
| | | | | | |
| **214** | **Partner** | Timothy W. Mungovan | 789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| **214 Total** | | | | **0.40** | **$315.60** |
| | | | | | |
| **215** | **Partner** | Ehud Barak | 789.00 | 8.20 | $6,469.80 |
| | | Martin J. Bienenstock | 789.00 | 45.90 | $36,215.10 |
| | **Partner Total** | | | **54.10** | **$42,684.90** |
| | | | | | |
| | **Associate** | Amelia Friedman | 789.00 | 0.20 | $157.80 |
| | | Maja Zerjal | 789.00 | 5.30 | $4,181.70 |
| | **Associate Total** | | | **5.50** | **$4,339.50** |
| **215 Total** | | | | **59.60** | **$47,024.40** |
| | | | | | |
| **217** | **Partner** | Ehud Barak | 789.00 | 0.70 | $552.30 |
| | | Martin T. Hamilton | 789.00 | 1.10 | $867.90 |
| | | Richard M. Corn | 789.00 | 13.30 | $10,493.70 |
| | **Partner Total** | | | **15.10** | **$11,913.90** |
| | | | | | |
| | **Associate** | Christine Sherman | 789.00 | 5.30 | $4,181.70 |
| | | Elliot Stevens | 789.00 | 0.10 | $78.90 |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | Yomarie Habenicht | 789.00 | 2.40 | $1,893.60 |
| | **Associate Total** | | | **7.80** | **$6,154.20** |
| **217 Total** | | | | **22.90** | **$18,068.10** |
| **218** | **Associate** | Elliot Stevens | 789.00 | 1.10 | $867.90 |
| | | Mee R. Kim | 789.00 | 2.80 | $2,209.20 |
| | | Philip Omorogbe | 789.00 | 10.20 | $8,047.80 |
| | **Associate Total** | | | **14.10** | **$11,124.90** |
| | **Legal Assistant** | Christopher M. Tarrant | 270.00 | 9.90 | $2,673.00 |
| | | Natasha Petrov | 270.00 | 37.40 | $10,098.00 |
| | **Legal Assistant Total** | | | **47.30** | **$12,771.00** |
| **218 Total** | | | | **61.40** | **$23,895.90** |
| **220** | **Partner** | Ehud Barak | 789.00 | 4.90 | $3,866.10 |
| | **Partner Total** | | | **4.90** | **$3,866.10** |
| **220 Total** | | | | **4.90** | **$3,866.10** |
| **Grand Total** | | | | **2,295.90** | **$1,729,099.80** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **MATTER 33260.0054 PREPA – PREC** | | | | | |
| **201** | **Partner** | Gregg M. Mashberg | 789.00 | 0.40 | $315.60 |
| | | Margaret A. Dale | 789.00 | 0.50 | $394.50 |
| | **Partner Total** | | | **0.90** | **$710.10** |
| | **Associate** | Laura Stafford | 789.00 | 0.40 | $315.60 |
| | **Associate Total** | | | **0.40** | **$315.60** |
| **201 Total** | | | | **1.30** | **$1,025.70** |
| **205** | **Associate** | Laura Stafford | 789.00 | 0.10 | $78.90 |
| | **Associate Total** | | | **0.10** | **$78.90** |
| **205 Total** | | | | **0.10** | **$78.90** |
| **206** | **Partner** | Gregg M. Mashberg | 789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.20** | **$157.80** |
| | **Associate** | Laura Stafford | 789.00 | 0.70 | $552.30 |
| | **Associate Total** | | | **0.70** | **$552.30** |
| **206 Total** | | | | **0.90** | **$710.10** |
| **207** | **Partner** | Michael A. Firestein | 789.00 | 0.40 | $315.60 |
| | | Timothy W. Mungovan | 789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.60** | **$473.40** |
| **207 Total** | | | | **0.60** | **$473.40** |
| **210** | **Partner** | Margaret A. Dale | 789.00 | 0.50 | $394.50 |
| | | Michael A. Firestein | 789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.70** | **$552.30** |
| | **Associate** | Laura Stafford | 789.00 | 1.50 | $1,183.50 |
| | **Associate Total** | | | **1.50** | **$1,183.50** |
| **210 Total** | | | | **2.20** | **$1,735.80** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **212** | **Legal Assistant** | Lawrence T. Silvestro | 270.00 | 0.60 | $162.00 |
| | **Legal Assistant** | | | **0.60** | **$162.00** |
| **212 Total** | | | | **0.60** | **$162.00** |
| **Grand Total** | | | | **5.70** | **$4,185.90** |

8

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **MATTER 33260.0055 PREPA – Vitol** | | | | | |
| **207** | **Partner** | Jeffrey W. Levitan | 789.00 | 0.80 | $631.20 |
| | | Jonathan E. Richman | 789.00 | 0.30 | $236.70 |
| | | Lary Alan Rappaport | 789.00 | 0.50 | $394.50 |
| | | Michael A. Firestein | 789.00 | 0.30 | $236.70 |
| | | Stephen L. Ratner | 789.00 | 0.20 | $157.80 |
| | | Timothy W. Mungovan | 789.00 | 0.50 | $394.50 |
| | **Partner Total** | | | **2.60** | **$2,051.40** |
| **207 Total** | | | | **2.60** | **$2,051.40** |
| **208** | **Partner** | Jeffrey W. Levitan | 789.00 | 1.70 | $1,341.30 |
| | | Lary Alan Rappaport | 789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **2.10** | **$1,656.90** |
| | **Associate** | Steve Ma | 789.00 | 3.30 | $2,603.70 |
| | **Associate Total** | | | **3.30** | **$2,603.70** |
| **208 Total** | | | | **5.40** | **$4,260.60** |
| **210** | **Partner** | Jeffrey W. Levitan | 789.00 | 0.80 | $631.20 |
| | | Lary Alan Rappaport | 789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **1.00** | **$789.00** |
| | **Associate** | Chris Theodoridis | 789.00 | 2.20 | $1,735.80 |
| | **Associate Total** | | | **2.20** | **$1,735.80** |
| **210 Total** | | | | **3.20** | **$2,524.80** |
| **Grand Total** | | | | **11.20** | **$8,836.80** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | | | | |
| **MATTER 33260.0056 PREPA – UTIER CBA** | | | | | |
| | | | | | |
| **201** | **Partner** | Chantel L. Febus | 789.00 | 2.40 | $1,893.60 |
| | | Gregg M. Mashberg | 789.00 | 0.30 | $236.70 |
| | | Jonathan E. Richman | 789.00 | 1.60 | $1,262.40 |
| | | Seetha Ramachandran | 789.00 | 0.60 | $473.40 |
| | | Timothy W. Mungovan | 789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **5.20** | **$4,102.80** |
| | | | | | |
| | **Associate** | Laura Stafford | 789.00 | 1.80 | $1,420.20 |
| | | Matthew J. Morris | 789.00 | 2.60 | $2,051.40 |
| | **Associate Total** | | | **4.40** | **$3,471.60** |
| | | | | | |
| | **Law Clerk** | Javier Sosa | 270.00 | 0.90 | $243.00 |
| | **Law Clerk Total** | | | **0.90** | **$243.00** |
| | | | | | |
| **201 Total** | | | | **10.50** | **$7,817.40** |
| | | | | | |
| **202** | **Partner** | Jonathan E. Richman | 789.00 | 21.60 | $17,042.40 |
| | | Michael A. Firestein | 789.00 | 1.50 | $1,183.50 |
| | | Seetha Ramachandran | 789.00 | 1.20 | $946.80 |
| | **Partner Total** | | | **24.30** | **$19,172.70** |
| | | | | | |
| | **Associate** | Alexandra K. Skellet | 789.00 | 3.60 | $2,840.40 |
| | | Emily Kline | 789.00 | 17.70 | $13,965.30 |
| | | Matthew J. Morris | 789.00 | 8.60 | $6,785.40 |
| | **Associate Total** | | | **29.90** | **$23,591.10** |
| | | | | | |
| | **Law Clerk** | Javier Sosa | 270.00 | 3.60 | $972.00 |
| | **Law Clerk Total** | | | **3.60** | **$972.00** |
| | | | | | |
| **202 Total** | | | | **57.80** | **$43,735.80** |
| | | | | | |
| **204** | **Partner** | Guy Brenner | 789.00 | 0.10 | $78.90 |
| | | Jonathan E. Richman | 789.00 | 2.70 | $2,130.30 |
| | | Paul Possinger | 789.00 | 0.40 | $315.60 |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | **Partner Total** | | | **3.20** | **$2,524.80** |
| | Associate | Alexandra K. Skellet | 789.00 | 1.80 | $1,420.20 |
| | **Associate Total** | | | **1.80** | **$1,420.20** |
| **204 Total** | | | | **5.00** | **$3,945.00** |
| 205 | Partner | Gregg M. Mashberg | 789.00 | 2.00 | $1,578.00 |
| | | Jonathan E. Richman | 789.00 | 4.90 | $3,866.10 |
| | | Seetha Ramachandran | 789.00 | 1.20 | $946.80 |
| | **Partner Total** | | | **8.10** | **$6,390.90** |
| | Associate | Laura Stafford | 789.00 | 2.70 | $2,130.30 |
| | | Matthew J. Morris | 789.00 | 2.20 | $1,735.80 |
| | **Associate Total** | | | **4.90** | **$3,866.10** |
| **205 Total** | | | | **13.00** | **$10,257.00** |
| 206 | Partner | Gregg M. Mashberg | 789.00 | 3.10 | $2,445.90 |
| | | Jonathan E. Richman | 789.00 | 1.00 | $789.00 |
| | | Stephen L. Ratner | 789.00 | 0.30 | $236.70 |
| | | Timothy W. Mungovan | 789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **4.60** | **$3,629.40** |
| | Associate | Alexandra K. Skellet | 789.00 | 10.40 | $8,205.60 |
| | | Laura Stafford | 789.00 | 0.10 | $78.90 |
| | | Matthew J. Morris | 789.00 | 1.70 | $1,341.30 |
| | **Associate Total** | | | **12.20** | **$9,625.80** |
| **206 Total** | | | | **16.80** | **$13,255.20** |
| 207 | Partner | Gregg M. Mashberg | 789.00 | 0.40 | $315.60 |
| | | Jonathan E. Richman | 789.00 | 5.50 | $4,339.50 |
| | **Partner Total** | | | **5.90** | **$4,655.10** |
| | Associate | Lucy Wolf | 789.00 | 0.60 | $473.40 |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | **Associate Total** | | | **0.60** | **$473.40** |
| **207 Total** | | | | **6.50** | **$5,128.50** |
| 209 | Partner | Chantel L. Febus | 789.00 | 4.50 | $3,550.50 |
| | **Partner Total** | | | **4.50** | **$3,550.50** |
| **209 Total** | | | | **4.50** | **$3,550.50** |
| 210 | Partner | Chantel L. Febus | 789.00 | 9.20 | $7,258.80 |
| | | Ehud Barak | 789.00 | 1.00 | $789.00 |
| | | Gregg M. Mashberg | 789.00 | 17.10 | $13,491.90 |
| | | Guy Brenner | 789.00 | 7.20 | $5,680.80 |
| | | Jonathan E. Richman | 789.00 | 200.40 | $158,115.60 |
| | | Margaret A. Dale | 789.00 | 0.20 | $157.80 |
| | | Martin J. Bienenstock | 789.00 | 7.40 | $5,838.60 |
| | | Michael A. Firestein | 789.00 | 12.00 | $9,468.00 |
| | | Paul Possinger | 789.00 | 0.80 | $631.20 |
| | | Seetha Ramachandran | 789.00 | 37.40 | $29,508.60 |
| | | Stephen L. Ratner | 789.00 | 4.70 | $3,708.30 |
| | | Timothy W. Mungovan | 789.00 | 6.20 | $4,891.80 |
| | **Partner Total** | | | **303.60** | **$239,540.40** |
| | Associate | Alexandra K. Skellet | 789.00 | 11.20 | $8,836.80 |
| | | Chris Theodoridis | 789.00 | 0.30 | $236.70 |
| | | Elliot Stevens | 789.00 | 0.30 | $236.70 |
| | | Emily Kline | 789.00 | 0.20 | $157.80 |
| | | Laura Stafford | 789.00 | 33.30 | $26,273.70 |
| | | Matthew J. Morris | 789.00 | 94.00 | $74,166.00 |
| | | Mee R. Kim | 789.00 | 50.00 | $39,450.00 |
| | **Associate Total** | | | **189.30** | **$149,357.70** |
| | Law Clerk | Javier Sosa | 270.00 | 88.70 | $23,949.00 |
| | **Law Clerk Total** | | | **88.70** | **$23,949.00** |
| **210 Total** | | | | **581.60** | **$412,847.10** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **212** | **Legal Assistant** | Angelo Monforte | 270.00 | 0.30 | $81.00 |
| | | Christopher M. Tarrant | 270.00 | 6.40 | $1,728.00 |
| | | Gabriela A. Urias | 270.00 | 12.60 | $3,402.00 |
| | | Lawrence T. Silvestro | 270.00 | 4.70 | $1,269.00 |
| | **Legal Assistant Total** | | | **24.00** | **$6,480.00** |
| **212 Total** | | | | **24.00** | **$6,480.00** |
| **219** | **Partner** | Jonathan E. Richman | 789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **0.40** | **$315.60** |
| **219 Total** | | | | **0.40** | **$315.60** |
| **Grand Total** | | | | **720.10** | **$507,332.10** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **MATTER 33260.0058 PREPA – Receiver Motions** | | | | | |
| **201** | **Partner** | Chantel L. Febus | 789.00 | 0.50 | $394.50 |
| | | Ehud Barak | 789.00 | 2.20 | $1,735.80 |
| | | Gregg M. Mashberg | 789.00 | 2.60 | $2,051.40 |
| | | Margaret A. Dale | 789.00 | 6.00 | $4,734.00 |
| | | Paul Possinger | 789.00 | 1.70 | $1,341.30 |
| | | Timothy W. Mungovan | 789.00 | 0.80 | $631.20 |
| | **Partner Total** | | | **13.80** | **$10,888.20** |
| | **Associate** | Blake Cushing | 789.00 | 11.40 | $8,994.60 |
| | | Daniel Desatnik | 789.00 | 0.20 | $157.80 |
| | | Elisa Carino | 789.00 | 2.50 | $1,972.50 |
| | | Jennifer L. Jones | 789.00 | 20.50 | $16,174.50 |
| | | Laura Stafford | 789.00 | 2.50 | $1,972.50 |
| | **Associate Total** | | | **37.10** | **$29,271.90** |
| **201 Total** | | | | **50.90** | **$40,160.10** |
| **202** | **Partner** | John E. Failla | 789.00 | 0.50 | $394.50 |
| | | Martin J. Bienenstock | 789.00 | 6.20 | $4,891.80 |
| | | Michael A. Firestein | 789.00 | 0.70 | $552.30 |
| | **Partner Total** | | | **7.40** | **$5,838.60** |
| | **Associate** | Alex D. Silagi | 789.00 | 1.30 | $1,025.70 |
| | | Blake Cushing | 789.00 | 6.80 | $5,365.20 |
| | | Brandon C. Clark | 789.00 | 1.80 | $1,420.20 |
| | | Daniel Desatnik | 789.00 | 2.10 | $1,656.90 |
| | | Elisa Carino | 789.00 | 18.90 | $14,912.10 |
| | | Elliot Stevens | 789.00 | 1.70 | $1,341.30 |
| | | Lucy Wolf | 789.00 | 12.70 | $10,020.30 |
| | | Mee R. Kim | 789.00 | 1.60 | $1,262.40 |
| | **Associate Total** | | | **46.90** | **$37,004.10** |
| **202 Total** | | | | **54.30** | **$42,842.70** |
| **203** | **Partner** | Ehud Barak | 789.00 | 1.20 | $946.80 |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | Gregg M. Mashberg | 789.00 | 2.00 | $1,578.00 |
| | | Margaret A. Dale | 789.00 | 1.50 | $1,183.50 |
| | **Partner Total** | | | **4.70** | **$3,708.30** |
| | | | | | |
| | Associate | Daniel Desatnik | 789.00 | 3.40 | $2,682.60 |
| | | Jennifer L. Jones | 789.00 | 0.60 | $473.40 |
| | | Laura Stafford | 789.00 | 6.00 | $4,734.00 |
| | **Associate Total** | | | **10.00** | **$7,890.00** |
| **203 Total** | | | | **14.70** | **$11,598.30** |
| | | | | | |
| **204** | **Partner** | Ehud Barak | 789.00 | 0.60 | $473.40 |
| | | Gregg M. Mashberg | 789.00 | 6.60 | $5,207.40 |
| | | Margaret A. Dale | 789.00 | 5.70 | $4,497.30 |
| | | Martin J. Bienenstock | 789.00 | 0.60 | $473.40 |
| | | Paul Possinger | 789.00 | 1.30 | $1,025.70 |
| | | Timothy W. Mungovan | 789.00 | 0.30 | $236.70 |
| | **Partner Total** | | | **15.10** | **$11,913.90** |
| | | | | | |
| | Associate | Brandon C. Clark | 789.00 | 6.90 | $5,444.10 |
| | | Daniel Desatnik | 789.00 | 0.80 | $631.20 |
| | | Elisa Carino | 789.00 | 0.50 | $394.50 |
| | | Jennifer L. Jones | 789.00 | 17.90 | $14,123.10 |
| | | Laura Stafford | 789.00 | 1.30 | $1,025.70 |
| | **Associate Total** | | | **27.40** | **$21,618.60** |
| **204 Total** | | | | **42.50** | **$33,532.50** |
| | | | | | |
| **205** | **Partner** | Ehud Barak | 789.00 | 15.40 | $12,150.60 |
| | | Gregg M. Mashberg | 789.00 | 10.60 | $8,363.40 |
| | | Margaret A. Dale | 789.00 | 11.80 | $9,310.20 |
| | | Paul Possinger | 789.00 | 13.50 | $10,651.50 |
| | **Partner Total** | | | **51.30** | **$40,475.70** |
| | | | | | |
| | Associate | Brandon C. Clark | 789.00 | 8.30 | $6,548.70 |
| | | Daniel Desatnik | 789.00 | 8.60 | $6,785.40 |
| | | Elisa Carino | 789.00 | 0.60 | $473.40 |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | Elliot Stevens | 789.00 | 5.40 | $4,260.60 |
| | | Jennifer L. Jones | 789.00 | 8.80 | $6,943.20 |
| | | Laura Stafford | 789.00 | 0.70 | $552.30 |
| | | Mee R. Kim | 789.00 | 4.20 | $3,313.80 |
| | **Associate Total** | | | **36.60** | **$28,877.40** |
| | | | | | |
| **205 Total** | | | | **87.90** | **$69,353.10** |
| | | | | | |
| **206** | **Partner** | Ehud Barak | 789.00 | 140.40 | $110,775.60 |
| | | Gregg M. Mashberg | 789.00 | 118.40 | $93,417.60 |
| | | Jonathan E. Richman | 789.00 | 0.70 | $552.30 |
| | | Margaret A. Dale | 789.00 | 71.40 | $56,334.60 |
| | | Martin J. Bienenstock | 789.00 | 74.00 | $58,386.00 |
| | | Michael A. Firestein | 789.00 | 2.40 | $1,893.60 |
| | | Paul Possinger | 789.00 | 45.40 | $35,820.60 |
| | | Timothy W. Mungovan | 789.00 | 2.20 | $1,735.80 |
| | **Partner Total** | | | **454.90** | **$358,916.10** |
| | | | | | |
| | **Associate** | Alex D. Silagi | 789.00 | 49.20 | $38,818.80 |
| | | Blake Cushing | 789.00 | 3.40 | $2,682.60 |
| | | Brandon C. Clark | 789.00 | 44.30 | $34,952.70 |
| | | Daniel Desatnik | 789.00 | 245.50 | $193,699.50 |
| | | Elisa Carino | 789.00 | 115.40 | $91,050.60 |
| | | Elliot Stevens | 789.00 | 112.20 | $88,525.80 |
| | | Jennifer L. Jones | 789.00 | 88.20 | $69,589.80 |
| | | Laura Stafford | 789.00 | 28.00 | $22,092.00 |
| | | Lucy Wolf | 789.00 | 21.70 | $17,121.30 |
| | | Mee R. Kim | 789.00 | 70.70 | $55,782.30 |
| | **Associate Total** | | | **778.60** | **$614,315.40** |
| | | | | | |
| | **Legal Assistant** | Christopher M. Tarrant | 270.00 | 2.40 | $648.00 |
| | **Legal Assistant Total** | | | **2.40** | **$648.00** |
| | | | | | |
| **206 Total** | | | | **1,235.90** | **$973,879.50** |
| | | | | | |
| **207** | **Partner** | Gregg M. Mashberg | 789.00 | 6.50 | $5,128.50 |
| | | John E. Failla | 789.00 | 0.50 | $394.50 |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | Lary Alan Rappaport | 789.00 | 0.90 | $710.10 |
| | | Margaret A. Dale | 789.00 | 6.90 | $5,444.10 |
| | | Martin J. Bienenstock | 789.00 | 4.50 | $3,550.50 |
| | | Michael A. Firestein | 789.00 | 2.00 | $1,578.00 |
| | | Paul Possinger | 789.00 | 1.80 | $1,420.20 |
| | | Ralph C. Ferrara | 789.00 | 0.70 | $552.30 |
| | | Seth B. Schafler | 789.00 | 0.50 | $394.50 |
| | | Stephen L. Ratner | 789.00 | 0.10 | $78.90 |
| | | Timothy W. Mungovan | 789.00 | 2.80 | $2,209.20 |
| | **Partner Total** | | | **27.20** | **$21,460.80** |
| | | | | | |
| | **Associate** | Daniel Desatnik | 789.00 | 2.90 | $2,288.10 |
| | | Elisa Carino | 789.00 | 4.20 | $3,313.80 |
| | | Elliot Stevens | 789.00 | 3.90 | $3,077.10 |
| | | Jennifer L. Jones | 789.00 | 2.60 | $2,051.40 |
| | **Associate Total** | | | **13.60** | **$10,730.40** |
| **207 Total** | | | | **40.80** | **$32,191.20** |
| | | | | | |
| **210** | **Partner** | Chantel L. Febus | 789.00 | 0.30 | $236.70 |
| | | Ehud Barak | 789.00 | 19.00 | $14,991.00 |
| | | Gregg M. Mashberg | 789.00 | 154.10 | $121,584.90 |
| | | John E. Failla | 789.00 | 0.60 | $473.40 |
| | | Jonathan E. Richman | 789.00 | 1.90 | $1,499.10 |
| | | Lary Alan Rappaport | 789.00 | 0.20 | $157.80 |
| | | Margaret A. Dale | 789.00 | 99.90 | $78,821.10 |
| | | Martin J. Bienenstock | 789.00 | 8.80 | $6,943.20 |
| | | Michael A. Firestein | 789.00 | 3.50 | $2,761.50 |
| | | Paul Possinger | 789.00 | 44.00 | $34,716.00 |
| | | Ralph C. Ferrara | 789.00 | 1.40 | $1,104.60 |
| | | Seth B. Schafler | 789.00 | 2.20 | $1,735.80 |
| | | Stephen L. Ratner | 789.00 | 0.90 | $710.10 |
| | | Timothy W. Mungovan | 789.00 | 0.90 | $710.10 |
| | **Partner Total** | | | **337.70** | **$266,445.30** |
| | | | | | |
| | **Associate** | Alex D. Silagi | 789.00 | 6.30 | $4,970.70 |
| | | Alexandra V. Bargoot | 789.00 | 7.70 | $6,075.30 |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | Blake Cushing | 789.00 | 0.30 | $236.70 |
| | | Brandon C. Clark | 789.00 | 296.80 | $234,175.20 |
| | | Brooke H. Blackwell | 789.00 | 8.40 | $6,627.60 |
| | | Daniel Desatnik | 789.00 | 66.90 | $52,784.10 |
| | | Elisa Carino | 789.00 | 206.60 | $163,007.40 |
| | | Elliot Stevens | 789.00 | 23.30 | $18,383.70 |
| | | Jennifer L. Jones | 789.00 | 284.10 | $224,154.90 |
| | | Laura Stafford | 789.00 | 102.00 | $80,478.00 |
| | | Lucy Wolf | 789.00 | 214.10 | $168,924.90 |
| | | Mee R. Kim | 789.00 | 21.70 | $17,121.30 |
| | **Associate Total** | | | **1,238.20** | **$976,939.80** |
| | | | | | |
| | **EDiscovery** | David Olener | $390.00 | 66.00 | $25,740.00 |
| | | James Kay | $390.00 | 362.00 | $141,180.00 |
| | **EDiscovery Attorney Total** | | | **428.00** | **$166,920.00** |
| | | | | | |
| | **Law Clerk** | Javier Sosa | 270.00 | 27.70 | $7,479.00 |
| | | Philip Omorogbe | 270.00 | 0.30 | $81.00 |
| | **Law Clerk Total** | | | **28.00** | **$7,560.00** |
| **210 Total** | | | | **2,031.90** | **$1,417,865.10** |
| | | | | | |
| **211** | **Partner** | Gregg M. Mashberg | 789.00 | 5.00 | $3,945.00 |
| | | Margaret A. Dale | 789.00 | 4.00 | $3,156.00 |
| | **Partner Total** | | | **9.00** | **$7,101.00** |
| | | | | | |
| | **Associate** | Brandon C. Clark | 789.00 | 7.30 | $5,759.70 |
| | | Jennifer L. Jones | 789.00 | 9.00 | $7,101.00 |
| | **Associate Total** | | | **16.30** | **$12,860.70** |
| **211 Total** | | | | **25.30** | **$19,961.70** |
| | | | | | |
| **212** | **Associate** | Elisa Carino | 789.00 | 2.10 | $1,656.90 |
| | **Associate Total** | | | **2.10** | **$1,656.90** |
| | | | | | |
| | **EDiscovery** | Chamberlain Shahrezad | $390.00 | 5.50 | $2,145.00 |
| | | Yvonne O. Ike | $390.00 | 151.00 | $58,890.00 |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | **EDiscovery Attorney Total** | | | **156.50** | **$61,035.00** |
| | **Legal Assistant** | Angelo Monforte | 270.00 | 2.90 | $783.00 |
| | | Charles H. King | 270.00 | 5.60 | $1,512.00 |
| | | Christopher M. Tarrant | 270.00 | 10.00 | $2,700.00 |
| | | Eamon Wizner | 270.00 | 6.40 | $1,728.00 |
| | | Elle M. Infante | 270.00 | 3.20 | $864.00 |
| | | Jesse Feldstein | 270.00 | 4.00 | $1,080.00 |
| | | Joan K. Hoffman | 270.00 | 2.00 | $540.00 |
| | | Joseph P. Wolf | 270.00 | 10.80 | $2,916.00 |
| | | Julia L. Sutherland | 270.00 | 9.00 | $2,430.00 |
| | | Laura M. Geary | 270.00 | 82.30 | $22,221.00 |
| | | Lawrence T. Silvestro | 270.00 | 100.10 | $27,027.00 |
| | | Natasha Petrov | 270.00 | 6.90 | $1,863.00 |
| | | Tiffany Miller | 270.00 | 0.40 | $108.00 |
| | | Vito S. Piacente | 270.00 | 1.30 | $351.00 |
| | **Legal Assistant Total** | | | **244.90** | **$66,123.00** |
| | **Prac. Support** | Eric R. Chernus | 270.00 | 83.50 | $22,545.00 |
| | | Lukasz Supronik | 270.00 | 2.90 | $783.00 |
| | **Prac. Support Total** | | | **86.40** | **$23,328.00** |
| | **Library** | Megan T. D'Errico | 270.00 | 0.50 | $135.00 |
| | **Library Total** | | | **0.50** | **$135.00** |
| **212 Total** | | | | **490.40** | **$152,277.90** |
| **217** | **Associate** | Christine Sherman | 789.00 | 0.30 | $236.70 |
| | **Associate Total** | | | **0.30** | **$236.70** |
| **217 Total** | | | | **0.30** | **$236.70** |
| **Grand Total** | | | | **4,074.90** | **$2,793,898.80** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **MATTER 33260.0059 PREPA – Miscellaneous** | | | | | |
| **201** | **Partner** | Brian S. Rosen | 789.00 | 0.30 | $236.70 |
| | | Ehud Barak | 789.00 | 0.60 | $473.40 |
| | | Lary Alan Rappaport | 789.00 | 0.30 | $236.70 |
| | | Margaret A. Dale | 789.00 | 0.20 | $157.80 |
| | | Paul Possinger | 789.00 | 0.40 | $315.60 |
| | | Ralph C. Ferrara | 789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **2.20** | **$1,735.80** |
| **201 Total** | | | | **2.20** | **$1,735.80** |
| **202** | **Partner** | Michael A. Firestein | 789.00 | 0.80 | $631.20 |
| | **Partner Total** | | | **0.80** | **$631.20** |
| | **Associate** | Trevor M. Dodge | 789.00 | 10.30 | $8,126.70 |
| | **Associate Total** | | | **10.30** | **$8,126.70** |
| **202 Total** | | | | **11.10** | **$8,757.90** |
| **204** | **Associate** | Steve Ma | 789.00 | 0.10 | $78.90 |
| | **Associate Total** | | | **0.10** | **$78.90** |
| **204 Total** | | | | **0.10** | **$78.90** |
| **205** | **Partner** | Ehud Barak | 789.00 | 1.40 | $1,104.60 |
| | | Lary Alan Rappaport | 789.00 | 2.10 | $1,656.90 |
| | | Paul Possinger | 789.00 | 1.80 | $1,420.20 |
| | **Partner Total** | | | **5.30** | **$4,181.70** |
| **205 Total** | | | | **5.30** | **$4,181.70** |
| **206** | **Partner** | Lary Alan Rappaport | 789.00 | 42.60 | $33,611.40 |
| | | Margaret A. Dale | 789.00 | 0.40 | $315.60 |
| | | Michael A. Firestein | 789.00 | 5.50 | $4,339.50 |
| | | Paul Possinger | 789.00 | 1.00 | $789.00 |
| | | Stephen L. Ratner | 789.00 | 0.10 | $78.90 |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | Timothy W. Mungovan | 789.00 | 2.60 | $2,051.40 |
| | **Partner Total** | | | **52.20** | **$41,185.80** |
| | | | | | |
| | **Associate** | Daniel Desatnik | 789.00 | 2.10 | $1,656.90 |
| | | Laura Stafford | 789.00 | 0.30 | $236.70 |
| | | Steve Ma | 789.00 | 2.30 | $1,814.70 |
| | **Associate Total** | | | **4.70** | **$3,708.30** |
| **206 Total** | | | | **56.90** | **$44,894.10** |
| 207 | **Partner** | Lary Alan Rappaport | 789.00 | 0.70 | $552.30 |
| | | Michael A. Firestein | 789.00 | 1.00 | $789.00 |
| | | Timothy W. Mungovan | 789.00 | 1.20 | $946.80 |
| | **Partner Total** | | | **2.90** | **$2,288.10** |
| | | | | | |
| | **Associate** | Courtney M. Bowman | 789.00 | 0.50 | $394.50 |
| | | Trevor M. Dodge | 789.00 | 0.70 | $552.30 |
| | **Associate Total** | | | **1.20** | **$946.80** |
| | | | | | |
| | **Law Clerk** | Philip Omorogbe | 270.00 | 1.50 | $405.00 |
| | **Law Clerk Total** | | | **1.50** | **$405.00** |
| **207 Total** | | | | **5.60** | **$3,639.90** |
| 208 | **Partner** | Lary Alan Rappaport | 789.00 | 2.50 | $1,972.50 |
| | | Michael A. Firestein | 789.00 | 2.70 | $2,130.30 |
| | | Paul Possinger | 789.00 | 3.80 | $2,998.20 |
| | | Timothy W. Mungovan | 789.00 | 1.80 | $1,420.20 |
| | **Partner Total** | | | **10.80** | **$8,521.20** |
| | | | | | |
| | **Associate** | Elliot Stevens | 789.00 | 0.20 | $157.80 |
| | | Maja Zerjal | 789.00 | 1.90 | $1,499.10 |
| | | Philip Omorogbe | 789.00 | 0.20 | $157.80 |
| | | Steve Ma | 789.00 | 13.70 | $10,809.30 |
| | **Associate Total** | | | **16.00** | **$12,624.00** |
| | | | | | |
| | **Law Clerk** | Philip Omorogbe | 270.00 | 0.80 | $216.00 |
| | **Law Clerk Total** | | | **0.80** | **$216.00** |
| **208 Total** | | | | **27.60** | **$21,361.20** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **210** | **Partner** | Ehud Barak | 789.00 | 0.80 | $631.20 |
| | | Lary Alan Rappaport | 789.00 | 10.40 | $8,205.60 |
| | | Michael A. Firestein | 789.00 | 5.00 | $3,945.00 |
| | | Paul Possinger | 789.00 | 2.10 | $1,656.90 |
| | | Ralph C. Ferrara | 789.00 | 1.80 | $1,420.20 |
| | | Timothy W. Mungovan | 789.00 | 0.90 | $710.10 |
| | **Partner Total** | | | **21.00** | **$16,569.00** |
| | **Associate** | Courtney M. Bowman | 789.00 | 0.30 | $236.70 |
| | | Daniel Desatnik | 789.00 | 1.90 | $1,499.10 |
| | **Associate Total** | | | **2.20** | **$1,735.80** |
| **210 Total** | | | | **23.20** | **$18,304.80** |
| **215** | **Partner** | Brian S. Rosen | 789.00 | 0.60 | $473.40 |
| | **Partner Total** | | | **0.60** | **$473.40** |
| **215 Total** | | | | **0.60** | **$473.40** |
| **Grand Total** | | | | **132.60** | **$103,427.70** |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| **MATTER 33260.0070 PREPA – UTIER v. Ortiz Vazquez** | | | | | |
| **201** | **Partner** | Timothy W. Mungovan | 789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **0.20** | **$157.80** |
| **201 Total** | | | | **0.20** | **$157.80** |
| **202** | **Partner** | Jonathan E. Richman | 789.00 | 0.80 | $631.20 |
| | **Partner Total** | | | **0.80** | **$631.20** |
| | **Senior Counsel** | Jennifer L. Roche | 789.00 | 0.30 | $236.70 |
| | **Senior Counsel Total** | | | **0.30** | **$236.70** |
| | **Associate** | Eric Wertheim | 789.00 | 18.00 | $14,202.00 |
| | | Marc Palmer | 789.00 | 9.10 | $7,179.90 |
| | **Associate Total** | | | **27.10** | **$21,381.90** |
| **202 Total** | | | | **28.20** | **$22,249.80** |
| **206** | **Partner** | Jonathan E. Richman | 789.00 | 43.30 | $34,163.70 |
| | | Lary Alan Rappaport | 789.00 | 1.50 | $1,183.50 |
| | | Michael A. Firestein | 789.00 | 0.30 | $236.70 |
| | | Paul Possinger | 789.00 | 2.60 | $2,051.40 |
| | | Stephen L. Ratner | 789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **48.10** | **$37,950.90** |
| | **Senior Counsel** | Jennifer L. Roche | 789.00 | 10.90 | $8,600.10 |
| | | Julia D. Alonzo | 789.00 | 21.90 | $17,279.10 |
| | **Senior Counsel Total** | | | **32.80** | **$25,879.20** |
| | **Associate** | Matthew J. Morris | 789.00 | 9.00 | $7,101.00 |
| | **Associate Total** | | | **9.00** | **$7,101.00** |
| **206 Total** | | | | **89.90** | **$70,931.10** |
| **207** | **Partner** | Lary Alan Rappaport | 789.00 | 1.90 | $1,499.10 |
| | | Michael A. Firestein | 789.00 | 0.20 | $157.80 |

FOMB
PROMESA TITLE III: PREPA

| Task | Title | Name | Rate | Hours | Amount |
|------|-------|------|------|-------|--------|
| | | Timothy W. Mungovan | 789.00 | 0.40 | $315.60 |
| | **Partner Total** | | | **2.50** | **$1,972.50** |
| **207 Total** | | | | **2.50** | **$1,972.50** |
| **210** | **Partner** | Jonathan E. Richman | 789.00 | 7.60 | $5,996.40 |
| | | Lary Alan Rappaport | 789.00 | 0.40 | $315.60 |
| | | Michael A. Firestein | 789.00 | 0.20 | $157.80 |
| | | Paul Possinger | 789.00 | 3.40 | $2,682.60 |
| | | Stephen L. Ratner | 789.00 | 0.10 | $78.90 |
| | | Timothy W. Mungovan | 789.00 | 0.20 | $157.80 |
| | **Partner Total** | | | **11.90** | **$9,389.10** |
| | **Senior Counsel** | Jennifer L. Roche | 789.00 | 6.30 | $4,970.70 |
| | | Julia D. Alonzo | 789.00 | 0.70 | $552.30 |
| | **Senior Counsel Total** | | | **7.00** | **$5,523.00** |
| | **Associate** | Laura Stafford | 789.00 | 0.20 | $157.80 |
| | **Associate Total** | | | **0.20** | **$157.80** |
| **210 Total** | | | | **19.10** | **$15,069.90** |
| **Grand Total** | | | | **139.90** | **$110,381.10** |