UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As a representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: Dkt. Nos. 5825, 7045, 7047, 7049, 7052, 7054, 8002, 8005 |

**CERTIFICATE OF NO OBJECTION REGARDING CERTAIN FIFTH INTERIM FEE PERIOD APPLICATIONS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

I, Eyck O. Lugo, counsel to the Fee Examiner in the above-captioned cases, hereby certify as follows:

1. On March 18, 2019, Marini Pietrantoni Muniz LLC filed the *Third Application of Marini Pietrantoni Muniz LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority for the Period From October 1, 2018 Through January 31, 2019* [Dkt. No. 5825] ("**Marini's Fifth Interim Fee Period Application**").

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. On May 21, 2019, Proskauer Rose LLP, counsel for the Debtors, filed five interim fee applications, all for allowance of compensation for services rendered and reimbursement of expenses for the period from October 1, 2018 through January 31, 2019 [Dkt. Nos. 7045, 7047, 7049, 7052, 7054] ("**Proskauer's Fifth Interim Fee Applications**").

3. On July 15, 2019, Kroma Advertising filed the *Fourth Interim Fee Application of Kroma Advertising, Inc., as Communications Advisor to Official Committee of Unsecured Creditors, for Services Rendered and Reimbursement of Expenses for Period From January 16, 2019 Through May 15, 2019* [Dkt. No. 8002] ("**Kroma's Fifth Interim Fee Period Application**").

4. On July 15, 2019, Drivetrain, LLC ("**Drivetrain**") filed the *Fifth Interim Application of Member of Official Committee of Unsecured Creditors for Reimbursement of Expenses for Period Through May 31, 2019.* [Dkt. No. 8005] ("**Drivetrain's Fifth Interim Fee Application**").

5. Objections to any of the aforementioned Fifth Interim Fee Applications were to be filed and served no later than August 5, 2019 at 4:00 p.m. (AST) (the "**Objection Deadline**").

6. The undersigned certifies that he has reviewed the Court's docket in this case and that no applicable objection, responsive pleading, or request for a hearing with respect to any of the aforementioned applications appears on the docket, and he has received no communication of any kind from any interested party stating an objection to them.

**WHEREFORE,** the Fee Examiner respectfully requests that the Court enter the order filed as **Exhibit C** to the *Fee Examiner's Supplemental Report on Uncontested Interim Fee Applications Recommended for Court Approval* [Dkt. No. ___], which has been submitted to Chambers in MSWord format, at its earliest convenience.

**WE HEREBY CERTIFY** that on this date, we electronically filed the foregoing certification with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

Dated this 20th day of September, 2019.

                                              EDGE Legal Strategies, PSC

                                              *s/Eyck O. Lugo*
                                              Eyck O. Lugo
                                              252 Ponce de León Avenue
                                              Citibank Tower, 12th Floor
                                              San Juan, PR 00918
                                              Telephone: (787) 522-2000
                                              Facsimile: (787) 522-2010

                                              *Puerto Rico Counsel for Fee Examiner*

                                              GODFREY & KAHN, S.C.
                                              One East Main Street, Suite 500
                                              Madison, WI 53703
                                              Telephone: (608) 257-3911
                                              Facsimile: (608) 257-0609

                                              Katherine Stadler (*Pro Hac Vice*)

                                              *Counsel for the Fee Examiner*

21196716.4