UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 SEP 9 PM 5:02

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R.

------------------------------------------------------------------x

In re:                                              PROMESA
                                                    Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of                        No. 17 BK 3283-LTS
                                                    (Jointly Administered)
THE COMMONWEALTH OF PUERTO RICO,
et al.,

                Debtors.

------------------------------------------------------------------x

In re:                                              PROMESA
                                                    Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of                        No. 17 BK 3284-LTS

PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA),

                Debtor.

------------------------------------------------------------------x

**[Response to Docket #8592]**

**<u>INFORMATIVE MOTION – SEPTEMBER 11, 2019 HEARING</u>**


Dated:  September 5, 2019

## INFORMATIVE MOTION – SEPTEMBER 11, 2019 HEARING
## (RESPONSE TO Docket #8592)

Peter C. Hein, pro se, will attend the September 11, 2019 hearing in the New York courtroom (17C).  Peter C. Hein requests the opportunity to speak on the following matters.

(1)     [Docket#8487 and #_____]   Motion to Compel Brought by Individual COFINA Bondholder.

My reply was served and sent to the Puerto Rico District Clerk's Office on September 3, 2019, but has not yet been docketed.

(2)     [Docket #4417] COFINA's "Thirteenth Omnibus Objection (Non-substantive) to Duplicate Bond Claims" (Claim No. 10701).

My supplemental responses submitted in accordance with the schedule set forth in Docket #7113 are docketed at #7211 and #8427, and other responsive material appears in #6283, #5041, #4911, #4673, #4606, #4595, #4585 and #7961.

(3)     Other matters that may arise and that may affect my interests.

September 5, 2019

Respectfully Submitted,

Peter C. Hein, Pro Se
101 Central Park West, Apt. 14E
New York, NY  10023
petercheinsr@gmail.com

2