# USPS Tracking® FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 9405509898641512375171         Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 5:05 pm on September 9, 2019 in SAN JUAN, PR 00918.

## ✓ Delivered

September 9, 2019 at 5:05 pm
Delivered, Front Desk/Reception/Mail Room
SAN JUAN, PR 00918

Get Updates ∨

Feedback

---

**Text & Email Updates**     ∨

---

**Tracking History**     ∧

**September 9, 2019, 5:05 pm**
Delivered, Front Desk/Reception/Mail Room
SAN JUAN, PR 00918
Your item was delivered to the front desk, reception area, or mail room at 5:05 pm on September 9, 2019 in SAN JUAN, PR 00918.

**September 7, 2019, 11:02 am**
Delivery Attempted - No Access to Delivery Location
SAN JUAN, PR 00919

**September 7, 2019, 9:09 am**
Out for Delivery
SAN JUAN, PR 00918

**September 7, 2019, 6:58 am**
Arrived at Post Office
SAN JUAN, PR 00918

**September 6, 2019, 10:39 pm**
Arrived at USPS Regional Destination Facility
CATANO PR DISTRIBUTION CENTER

**September 6, 2019, 1:29 am**
Arrived at USPS Regional Origin Facility
JERSEY CITY NJ NETWORK DISTRIBUTION CENTER

**September 6, 2019, 12:14 am**
Accepted at USPS Origin Facility
NEW YORK, NY 10019

**September 5, 2019, 5:48 pm**
Departed Post Office
NEW YORK, NY 10019

**September 5, 2019, 5:47 pm**
USPS in possession of item
NEW YORK, NY 10019

Feedback

**Product Information** ⌄

See Less ⌃