RECEIVED & FILED
2019 SEP 20 PM 5: 02
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN P.R

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

        Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

-----------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA),

        Debtor.

PROMESA
Title III

No. 17 BK 3284-LTS

-----------------------------------------------------------------------x

**[Response to Docket #8592]**

**<u>INFORMATIVE MOTION – SEPTEMBER 11, 2019 HEARING – AMENDED</u>**

Dated:  September 7, 2019

**INFORMATIVE MOTION – SEPTEMBER 11, 2019 HEARING – AMENDED**
**(RESPONSE TO Docket #8592)**

Peter C. Hein, pro se, will attend the September 11, 2019 hearing in the New York courtroom (17C).  Peter C. Hein requests the opportunity to speak on the following matters.

(1)     [Docket#8487 and #8626]  Motion to Compel Brought by Individual COFINA Bondholder.

My reply is now docketed at #8626.

(2)     [Docket #4417]  COFINA's "Thirteenth Omnibus Objection (Non-substantive) to Duplicate Bond Claims" (Claim No. 10701).

My supplemental responses submitted in accordance with the schedule set forth in Docket #7113 are docketed at #7211 and #8427, and other responsive material appears in #6283, #5041, #4911, #4673, #4606, #4595, #4585 and #7961.

(3)     Other matters that may arise and that may affect my interests.

September 7, 2019

Respectfully Submitted,

Peter C. Hein, Pro Se
101 Central Park West, Apt. 14E
New York, NY  10023
petercheinsr@gmail.com