# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

**Tracking Number:** 9405509898641512422820

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 5:05 pm on September 9, 2019 in SAN JUAN, PR 00918.

## ✓ Delivered

September 9, 2019 at 5:05 pm
Delivered, Front Desk/Reception/Mail Room
SAN JUAN, PR 00918

Get Updates ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

**September 9, 2019, 5:05 pm**
Delivered, Front Desk/Reception/Mail Room
SAN JUAN, PR 00918
Your item was delivered to the front desk, reception area, or mail room at 5:05 pm on September 9, 2019 in SAN JUAN, PR 00918.

**September 9, 2019, 8:57 am**
Out for Delivery
SAN JUAN, PR 00918

**September 9, 2019, 6:52 am**
Arrived at Post Office
SAN JUAN, PR 00918

**September 9, 2019, 12:45 am**
Arrived at USPS Regional Destination Facility
CATANO PR DISTRIBUTION CENTER

**September 8, 2019**
In Transit to Next Facility

**September 7, 2019, 11:51 pm**
Arrived at USPS Regional Origin Facility
JERSEY CITY NJ NETWORK DISTRIBUTION CENTER

**September 7, 2019, 10:36 pm**
Accepted at USPS Origin Facility
NEW YORK, NY 10019

**September 7, 2019, 3:29 pm**
Departed Post Office
NEW YORK, NY 10019

**September 7, 2019, 1:37 pm**
USPS in possession of item
NEW YORK, NY 10019

Feedback

**Product Information** ⌄

See Less ⌃