






**PRIORITY MAIL®**
UNITED STATES POSTAL SERVICE®

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

PS00001000014
EP14F Oct 2018
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

US POSTAGE
09/18/2019
From 10019

Pitney Bowes 026W00489729 2
ComPlsPrice
Flat Rate Envelope 207660487 9

PRIORITY MAIL 3-DAY™

Estimated Delivery Date: 09/21/2019

Hein, Peter C.
Wachtell Lipton Rosen & Katz
51 W 52nd St
New York NY 10019-6119

THE CLERK OF THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO
FEDERAL BUILDING, STE 150
150 AVE CHARDON
SAN JUAN PR 00918-1706

C018  0006

2019 SEP 20 PM 5:02
RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

USPS TRACKING #
9405 5098 9864 2769 7383 75

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

This envelope is made from post-consumer waste. Please recycle - again.