In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fifth Interim Fee Period Applications Recommended for Approval:**

|  | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
|  | *Fifth Interim Fee Period (October 1, 2018 - January 31, 2019)* | | | | | | | |
|  | *Bankruptcy Counsel to Debtors - Commonwealth* | | | | | | | |
| 1-a | **Proskauer Rose LLP [Dkt. No. 7045]** | 10/1/2018 - 1/31/2019 | $ 6,776,395.60 | $ 220,232.86 | $ 286,789.32 | $ 9,320.65 | $ 6,556,162.74 | $ 277,468.67 |
|  | *Bankruptcy Counsel to Debtors - COFINA* | | | | | | | |
| 1-b | **Proskauer Rose LLP [Dkt. No. 7054 -- 17-03284 Dkt. No. 636]** | 10/1/2018 - 2/12/2019 | $ 4,326,071.10 | $ 140,597.31 | $ 93,096.52 | $ 3,025.64 | $ 4,185,473.79 | $ 90,070.88 |
|  | *Counsel for Debtors - HTA* | | | | | | | |
| 1-c | **Proskauer Rose [Dkt. No. 7047 -- 17-03567 Dkt. No. 565]** | 10/1/2018 - 1/31/2019 | $ 892,478.50 | $ 29,005.55 | $ 43,161.01 | $ 1,402.73 | $ 863,472.95 | $ 41,758.28 |
|  | *Counsel for Debtors - ERS* | | | | | | | |
| 1-d | **Proskauer Rose [Dkt. No. 7049 -- 17-03566 Dkt. No. 521]** | 10/1/2018 - 1/31/2019 | $ 723,949.50 | $ 23,528.36 | $ 49,023.60 | $ 1,593.27 | $ 700,421.14 | $ 47,430.33 |
|  | *Counsel for Debtors - PREPA* | | | | | | | |
| 1-e | **Proskauer Rose [Dkt. No. 7052 -- 17-04780 Dkt. No. 1247]** | 10/1/2018 - 1/31/2019 | $ 2,578,297.70 | $ 83,794.68 | $ 78,301.24 | $ 2,544.79 | $ 2,494,503.02 | $ 75,756.45 |
|  | *Puerto Rico Counsel for AAFAF* | | | | | | | |
| 2 | **Marini Pietrantoni Muniz LLC [Dkt. No. 5825]** | 10/1/2018 - 1/31/2019 | $ 302,011.65 | $ 2,250.45 | $ 5,930.22 | $ 424.25 | $ 299,761.20 | $ 5,505.97 |
|  | *Communications Advisor to the Official Committee of Unsecured Creditors* | | | | | | | |
| 3 | **Kroma Advertising, Inc. [Dkt. No. 8002]** | 1/16 - 5/15/2019 | $ 120,000.00 | $ - | $ - | $ - | $ 120,000.00 | $ - |
|  | *Member of the Official Committee of Unsecured Creditors* | | | | | | | |
| 4 | **Drivetrain, LLC [Dkt. No. 8005]** | 10/1/2018 - 5/31/2019 | $ - | $ - | $ 1,784.44 | $ 139.10 | $ - | $ 1,645.34 |