## **EXHIBIT A**

SCHEDULE OF 2011 GO BONDS

110623894v6