# **EXHIBIT B**

SCHEDULE OF 2012 GO BONDS

110623894v6