## **EXHIBIT C**

SCHEDULE OF PBA BONDS