# **EXHIBIT D**

SCHEDULE OF 2014 GO BONDS