# **EXHIBIT E**

SCHEDULE OF AVOIDANCE ACTIONS

110623894v6