# **EXHIBIT F**

SCHEDULE OF AFFIRMATIVE RECOVERY ACTIONS

110623894v6