# **EXHIBIT G**

SCHEDULE OF INVALIDITY ACTIONS