## **EXHIBIT H**

SCHEDULE OF LIEN CHALLENGE ACTIONS

110623894v6