# **EXHIBIT M**

SCHEDULE OF CASH FLOWS OF NEW BONDS

110623894v6

| Fiscal Year (7/1) | Tax-Exempt Annual Debt Service Cash Flows | | | Taxable Annual Debt Service Cash Flows | | | Aggregate Annual Debt Service Cash Flows | | |
|---|---|---|---|---|---|---|---|---|---|
| | Principal | Interest | Total Debt Service | Principal | Interest | Total Debt Service | Principal | Interest | Total Debt Service |
| Total | $10,329,850,000 | $7,625,866,848 | $17,955,716,848 | $1,447,460,000 | $1,843,007,417 | $3,290,467,417 | $11,777,310,000 | $9,468,874,266 | $21,246,184,266 |
| 2020 | $820,060,000 | $180,527,761 | $1,000,587,761 | | $34,055,517 | $34,055,517 | $820,060,000 | $214,583,278 | $1,034,643,278 |
| 2021 | 415,645,000 | 500,204,688 | 915,849,688 | | 101,322,200 | 101,322,200 | 415,645,000 | 601,526,888 | 1,017,171,888 |
| 2022 | 416,160,000 | 481,500,663 | 897,660,663 | | 101,322,200 | 101,322,200 | 416,160,000 | 582,822,863 | 998,982,863 |
| 2023 | 416,510,000 | 462,253,263 | 878,763,263 | | 101,322,200 | 101,322,200 | 416,510,000 | 563,575,463 | 980,085,463 |
| 2024 | 416,110,000 | 442,989,675 | 859,099,675 | | 101,322,200 | 101,322,200 | 416,110,000 | 544,311,875 | 960,421,875 |
| 2025 | 415,425,000 | 423,224,450 | 838,649,450 | | 101,322,200 | 101,322,200 | 415,425,000 | 524,546,650 | 939,971,650 |
| 2026 | 413,890,000 | 403,491,763 | 817,381,763 | | 101,322,200 | 101,322,200 | 413,890,000 | 504,813,963 | 918,703,963 |
| 2027 | 411,955,000 | 383,314,625 | 795,269,625 | | 101,322,200 | 101,322,200 | 411,955,000 | 484,636,825 | 896,591,825 |
| 2028 | 409,030,000 | 363,231,819 | 772,261,819 | | 101,322,200 | 101,322,200 | 409,030,000 | 464,554,019 | 873,584,019 |
| 2029 | 405,560,000 | 342,780,319 | 748,340,319 | | 101,322,200 | 101,322,200 | 405,560,000 | 444,102,519 | 849,662,519 |
| 2030 | 400,965,000 | 322,502,319 | 723,467,319 | | 101,322,200 | 101,322,200 | 400,965,000 | 423,824,519 | 824,789,519 |
| 2031 | 395,630,000 | 301,952,863 | 697,582,863 | | 101,322,200 | 101,322,200 | 395,630,000 | 403,275,063 | 798,905,063 |
| 2032 | 389,000,000 | 281,676,825 | 670,676,825 | | 101,322,200 | 101,322,200 | 389,000,000 | 382,999,025 | 771,999,025 |
| 2033 | 381,445,000 | 261,254,325 | 642,699,325 | | 101,322,200 | 101,322,200 | 381,445,000 | 362,576,525 | 744,021,525 |
| 2034 | 231,280,000 | 241,228,463 | 472,508,463 | $141,080,000 | 101,322,200 | 242,402,200 | 372,360,000 | 342,550,663 | 714,910,663 |
| 2035 | 213,735,000 | 228,508,063 | 442,243,063 | 150,955,000 | 91,446,600 | 242,401,600 | 364,690,000 | 319,954,663 | 684,644,663 |
| 2036 | 194,000,000 | 216,752,638 | 410,752,638 | 161,525,000 | 80,879,750 | 242,404,750 | 355,525,000 | 297,632,388 | 653,157,388 |
| 2037 | 171,935,000 | 206,082,638 | 378,017,638 | 172,830,000 | 69,573,000 | 242,403,000 | 344,765,000 | 275,655,638 | 620,420,638 |
| 2038 | 147,345,000 | 196,626,213 | 343,971,213 | 184,930,000 | 57,474,900 | 242,404,900 | 332,275,000 | 254,101,113 | 586,376,113 |
| 2039 | 120,040,000 | 188,522,238 | 308,562,238 | 197,870,000 | 44,529,800 | 242,399,800 | 317,910,000 | 233,052,038 | 550,962,038 |
| 2040 | 89,810,000 | 181,920,038 | 271,730,038 | 211,725,000 | 30,678,900 | 242,403,900 | 301,535,000 | 212,598,938 | 514,133,938 |
| 2041 | 59,850,000 | 176,868,225 | 236,718,225 | 226,545,000 | 15,858,150 | 242,403,150 | 286,395,000 | 192,726,375 | 479,121,375 |
| 2042 | 305,610,000 | 173,501,663 | 479,111,663 | | - | - | 305,610,000 | 173,501,663 | 479,111,663 |
| 2043 | 322,805,000 | 156,311,100 | 479,116,100 | | - | - | 322,805,000 | 156,311,100 | 479,116,100 |
| 2044 | 340,965,000 | 138,153,319 | 479,118,319 | | - | - | 340,965,000 | 138,153,319 | 479,118,319 |
| 2045 | 360,140,000 | 118,974,038 | 479,114,038 | | - | - | 360,140,000 | 118,974,038 | 479,114,038 |
| 2046 | 381,305,000 | 97,815,813 | 479,120,813 | | - | - | 381,305,000 | 97,815,813 | 479,120,813 |
| 2047 | 403,700,000 | 75,414,144 | 479,114,144 | | - | - | 403,700,000 | 75,414,144 | 479,114,144 |
| 2048 | 427,415,000 | 51,696,769 | 479,111,769 | | - | - | 427,415,000 | 51,696,769 | 479,111,769 |
| 2049 | 452,530,000 | 26,586,138 | 479,116,138 | | - | - | 452,530,000 | 26,586,138 | 479,116,138 |

*Assumes Expected Effective Date of 2/29/20

| | | Detailed Summary of Taxable Term Bonds | | | | | Taxable Annual Debt Service Cash Flows | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year (7/1) | Maturity | Term Maturity | Mandatory Sinking Fund Amortization | Term Principal | Coupon | Call Date @ 100 | Fiscal Year (7/1) | Principal | Interest | Total Debt Service |
| Total | | | $1,447,460,000 | $1,447,460,000 | | | | $1,447,460,000 | $1,843,007,417 | $3,290,467,417 |
| 2020 | 7/1/20 | | | | | | 2020 | | $34,055,517 | $34,055,517 |
| 2021 | 7/1/21 | | | | | | 2021 | | 101,322,200 | 101,322,200 |
| 2022 | 7/1/22 | | | | | | 2022 | | 101,322,200 | 101,322,200 |
| 2023 | 7/1/23 | | | | | | 2023 | | 101,322,200 | 101,322,200 |
| 2024 | 7/1/24 | | | | | | 2024 | | 101,322,200 | 101,322,200 |
| 2025 | 7/1/25 | | | | | | 2025 | | 101,322,200 | 101,322,200 |
| 2026 | 7/1/26 | | | | | | 2026 | | 101,322,200 | 101,322,200 |
| 2027 | 7/1/27 | | | | | | 2027 | | 101,322,200 | 101,322,200 |
| 2028 | 7/1/28 | | | | | | 2028 | | 101,322,200 | 101,322,200 |
| 2029 | 7/1/29 | | | | | | 2029 | | 101,322,200 | 101,322,200 |
| 2030 | 7/1/30 | | | | | | 2030 | | 101,322,200 | 101,322,200 |
| 2031 | 7/1/31 | | | | | | 2031 | | 101,322,200 | 101,322,200 |
| 2032 | 7/1/32 | | | | | | 2032 | | 101,322,200 | 101,322,200 |
| 2033 | 7/1/33 | | | | | | 2033 | | 101,322,200 | 101,322,200 |
| 2034 | 7/1/34 | 2041 | $141,080,000 | | 7.000% | 7/1/29 | 2034 | $141,080,000 | 101,322,200 | 242,402,200 |
| 2035 | 7/1/35 | 2041 | 150,955,000 | | 7.000% | 7/1/29 | 2035 | 150,955,000 | 91,446,600 | 242,401,600 |
| 2036 | 7/1/36 | 2041 | 161,525,000 | | 7.000% | 7/1/29 | 2036 | 161,525,000 | 80,879,750 | 242,404,750 |
| 2037 | 7/1/37 | 2041 | 172,830,000 | | 7.000% | 7/1/29 | 2037 | 172,830,000 | 69,573,000 | 242,403,000 |
| 2038 | 7/1/38 | 2041 | 184,930,000 | | 7.000% | 7/1/29 | 2038 | 184,930,000 | 57,474,900 | 242,404,900 |
| 2039 | 7/1/39 | 2041 | 197,870,000 | | 7.000% | 7/1/29 | 2039 | 197,870,000 | 44,529,800 | 242,399,800 |
| 2040 | 7/1/40 | 2041 | 211,725,000 | | 7.000% | 7/1/29 | 2040 | 211,725,000 | 30,678,900 | 242,403,900 |
| 2041 | 7/1/41 | 2041 | 226,545,000 | $1,447,460,000 | 7.000% | 7/1/29 | 2041 | 226,545,000 | 15,858,150 | 242,403,150 |
| 2042 | 7/1/42 | | | | | | 2042 | | - | - |
| 2043 | 7/1/43 | | | | | | 2043 | | - | - |
| 2044 | 7/1/44 | | | | | | 2044 | | - | - |
| 2045 | 7/1/45 | | | | | | 2045 | | - | - |
| 2046 | 7/1/46 | | | | | | 2046 | | - | - |
| 2047 | 7/1/47 | | | | | | 2047 | | - | - |
| 2048 | 7/1/48 | | | | | | 2048 | | - | - |
| 2049 | 7/1/49 | | | | | | 2049 | | - | - |

*Assumes Expected Effective Date of 2/29/20

| | | | Detailed Summary of Tax-Exempt Term Bonds | | | | Tax-Exempt Annual Debt Service Cash Flows | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year (7/1) | Maturity | Term Maturity | Mandatory Sinking Fund Amortization | Term Principal | Coupon | Call Date @ 100 | Fiscal Year (7/1) | Principal | Interest | Total Debt Service |
| Total | | | $10,329,850,000 | $10,329,850,000 | | | Total | $10,329,850,000 | $7,625,866,848 | $17,955,716,848 |
| 2020 | 7/1/20 | 2024 | $820,060,000 | | 4.500% | | 2020 | $820,060,000 | $180,527,761 | $1,000,587,761 |
| 2021 | 7/1/21 | 2024 | 415,645,000 | $1,235,705,000 | 4.500% | | 2021 | 415,645,000 | 500,204,688 | 915,849,688 |
| 2022 | 7/1/22 | 2024 | 416,160,000 | | 4.625% | | 2022 | 416,160,000 | 481,500,663 | 897,660,663 |
| 2023 | 7/1/23 | 2024 | 416,510,000 | $832,670,000 | 4.625% | | 2023 | 416,510,000 | 462,253,263 | 878,763,263 |
| 2024 | 7/1/24 | 2024 | 416,110,000 | | 4.750% | | 2024 | 416,110,000 | 442,989,675 | 859,099,675 |
| 2025 | 7/1/25 | 2029 | 415,425,000 | $831,535,000 | 4.750% | | 2025 | 415,425,000 | 423,224,450 | 838,649,450 |
| 2026 | 7/1/26 | 2029 | 413,890,000 | | 4.875% | | 2026 | 413,890,000 | 403,491,763 | 817,381,763 |
| 2027 | 7/1/27 | 2029 | 411,955,000 | $825,845,000 | 4.875% | | 2027 | 411,955,000 | 383,314,625 | 795,269,625 |
| 2028 | 7/1/28 | 2029 | 409,030,000 | | 5.000% | | 2028 | 409,030,000 | 363,231,819 | 772,261,819 |
| 2029 | 7/1/29 | 2029 | 405,560,000 | $814,590,000 | 5.000% | | 2029 | 405,560,000 | 342,780,319 | 748,340,319 |
| 2030 | 7/1/30 | 2034 | 400,965,000 | | 5.125% | 7/1/29 | 2030 | 400,965,000 | 322,502,319 | 723,467,319 |
| 2031 | 7/1/31 | 2034 | 395,630,000 | $796,595,000 | 5.125% | 7/1/29 | 2031 | 395,630,000 | 301,952,863 | 697,582,863 |
| 2032 | 7/1/32 | 2034 | 389,000,000 | | 5.250% | 7/1/29 | 2032 | 389,000,000 | 281,676,825 | 670,676,825 |
| 2033 | 7/1/33 | 2034 | 381,445,000 | $770,445,000 | 5.250% | 7/1/29 | 2033 | 381,445,000 | 261,254,325 | 642,699,325 |
| 2034 | 7/1/34 | 2034 | 231,280,000 | | 5.500% | 7/1/29 | 2034 | 231,280,000 | 241,228,463 | 472,508,463 |
| 2035 | 7/1/35 | 2039 | 213,735,000 | | 5.500% | 7/1/29 | 2035 | 213,735,000 | 228,508,063 | 442,243,063 |
| 2036 | 7/1/36 | 2039 | 194,000,000 | | 5.500% | 7/1/29 | 2036 | 194,000,000 | 216,752,638 | 410,752,638 |
| 2037 | 7/1/37 | 2039 | 171,935,000 | | 5.500% | 7/1/29 | 2037 | 171,935,000 | 206,082,638 | 378,017,638 |
| 2038 | 7/1/38 | 2039 | 147,345,000 | | 5.500% | 7/1/29 | 2038 | 147,345,000 | 196,626,213 | 343,971,213 |
| 2039 | 7/1/39 | 2039 | 120,040,000 | $1,078,335,000 | 5.500% | 7/1/29 | 2039 | 120,040,000 | 188,522,238 | 308,562,238 |
| 2040 | 7/1/40 | 2044 | 89,810,000 | | 5.625% | 7/1/29 | 2040 | 89,810,000 | 181,920,038 | 271,730,038 |
| 2041 | 7/1/41 | 2044 | 59,850,000 | | 5.625% | 7/1/29 | 2041 | 59,850,000 | 176,868,225 | 236,718,225 |
| 2042 | 7/1/42 | 2044 | 305,610,000 | | 5.625% | 7/1/29 | 2042 | 305,610,000 | 173,501,663 | 479,111,663 |
| 2043 | 7/1/43 | 2044 | 322,805,000 | | 5.625% | 7/1/29 | 2043 | 322,805,000 | 156,311,100 | 479,116,100 |
| 2044 | 7/1/44 | 2044 | 340,965,000 | $1,119,040,000 | 5.625% | 7/1/29 | 2044 | 340,965,000 | 138,153,319 | 479,118,319 |
| 2045 | 7/1/45 | 2049 | 360,140,000 | | 5.875% | 7/1/29 | 2045 | 360,140,000 | 118,974,038 | 479,114,038 |
| 2046 | 7/1/46 | 2049 | 381,305,000 | | 5.875% | 7/1/29 | 2046 | 381,305,000 | 97,815,813 | 479,120,813 |
| 2047 | 7/1/47 | 2049 | 403,700,000 | | 5.875% | 7/1/29 | 2047 | 403,700,000 | 75,414,144 | 479,114,144 |
| 2048 | 7/1/48 | 2049 | 427,415,000 | | 5.875% | 7/1/29 | 2048 | 427,415,000 | 51,696,769 | 479,111,769 |
| 2049 | 7/1/49 | 2049 | 452,530,000 | $2,025,090,000 | 5.875% | 7/1/29 | 2049 | 452,530,000 | 26,586,138 | 479,116,138 |

*Assumes Expected Effective Date of 2/29/20

110623894v6