|  | Issue Date | Amount Issued | Range of Interest Rates | Final Maturity Date | Balance as of ERS Petition Date[1] |
|---|---|---|---|---|---|
| Senior Pension Funding Bonds, Series 2008A | 1/31/08 | $1,588,810,799 | 5.85 – 6.45 | 7/01/58 | $1,623,270,999 |
| Senior Pension Funding Bonds, Series 2008B | 6/02/08 | $1,058,634,613 | 6.25 – 6.55 | 7/01/58 | $1,243,631,177 |
| Senior Pension Funding Bonds, Series 2008C | 6/30/08 | $300,202,930 | 6.15 – 6.50 | 7/01/43 | $301,890,520 |

---

[1] For capital appreciation bonds, amount includes accreted value as of the ERS Petition Date.