| PBA Bond Series | Issue Date | Amount Issued | Range of Interest Rates | Final Maturity Date | Outstanding Principal as of PBA Petition Date |
|---|---|---|---|---|---|
| Government Facilities Revenue Refunding Bonds, Series C | 1/30/2002 | $185,290,000 | 5.50 – 5.75 | 7/1/2022 | $37,674,859 |
| Government Facilities Revenue Bonds, Series D | 1/30/2002 | $553,733,795 | 5.13 – 5.45 | 7/1/1936 | $140,980,819 |
| Government Facilities Revenue Refunding Bonds, Series F | 10/24/2002 | $131,445,000 | 5.25 | 7/1/2025 | $122,130,000 |
| Government Facilities Revenue Bonds, Series G | 10/24/2002 | $62,000,000 | 4.75 – 5.00 | 7/1/1932 | $30,483,534 |
| Government Facilities Revenue Refunding Bonds, Series H | 10/24/2002 | $272,717,418 | 5.5 | 7/1/2019 | $53,552,751 |
| Government Facilities Revenue Bonds, Series I | 6/10/2004 | $832,385,000 | 5.00 – 5.25 | 7/1/1936 | $513,905,595 |
| Government Facilities Revenue Refunding Bonds, Series K | 5/27/2004 | $50,000,000 | 5.25 | 7/1/2027 | $49,214,000 |
| Government Facilities Revenue Bonds, Series L | 6/1/1993 | $128,895,000 | 5.5 | 7/1/2021 | $33,846,486 |
| Government Facilities Revenue Refunding Bonds, Series M-1 | 12/20/2007 | $283,550,000 | 5.00 – 6.25 | 7/1/1931 | $176,375,964 |
| Government Facilities Revenue Refunding Bonds, Series M-2 | 12/20/2007 | $129,300,000 | 5.50 – 5.75 | 7/1/1935 | $129,225,000 |
| Government Facilities Revenue Refunding Bonds, Series M-3 | 12/20/2007 | $150,000,000 | 6 | 7/1/2028 | $150,000,000 |
| Government Facilities Revenue Bonds, Series N | 12/20/2007 | $329,415,000 | 5.00 – 5.50 | 7/1/1937 | $303,892,511 |
| Government Facilities Revenue Refunding Bonds, Series P | 7/1/2009 | $330,935,000 | 5.75 – 7.00 | 7/1/1936 | $328,468,195 |
| Government Facilities Revenue Refunding Bonds, Series Q | 10/28/2009 | $152,540,000 | 5.13 – 6.00 | 7/1/1939 | $150,575,833 |
| Government Facilities Revenue Bonds, Series R | 8/24/2011 | $756,449,000 | 5.65 – 5.70 | 7/1/2028 | $756,449,000 |
| Government Facilities Revenue Bonds, Series S | 8/24/2011 | $303,945,000 | 5.00 – 6.00 | 7/1/1941 | $303,444,635 |
| Government Facilities Revenue Bonds, Series T | 12/22/2011 | $121,528,000 | 5.6 | 7/1/1930 | $120,777,000 |
| Government Facilities Revenue Refunding Bonds, Series U | 6/21/2012 | $582,345,000 | 3.89 – 5.25 | 7/1/1942 | $567,883,462 |