UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*,

    Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO SALES TAX FINANCING
CORPORATION (COFINA),

    Debtor.

PROMESA
Title III

No. 17 BK 3284-LTS

-----------------------------------------------------------------x

## RESTATED NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

PETER C. HEIN, appearing *pro se*, who is Claimant in Claim No. 10701, and who is also one of the appellants in the February 19, 2019 Notice of Appeal (Docket#5166; Court of Appeals Case No. 19-1182), hereby appeals to the United States Court of Appeals for the First Circuit from the following orders entered by the United States District Court for the District of Puerto Rico in the above captioned cases, as well as from all prior orders encompassed therein, including but not limited to the prior orders included in the list below:

(1) *Order Sustaining Remainder of Thirteenth Omnibus Objection and Denying Motion to Compel (Filed September 12, 2019 as Docket #8694 in Case 17-03283)*

(2) *Order Granting in Part Puerto Rico Sales Tax Financing Corporation's Thirteenth Omnibus Objection (Non-Substantive) to Duplicate Claims (Filed May 28, 2019 as Docket #7113 in Case 17-03283)*

The parties to the orders listed above which are hereby appealed from and the names and addresses of their respective attorneys are as follows:

(1) <u>The Financial Oversight and Management Board of Puerto Rico</u>,

Proskauer Rose LLP
11 Times Square
New York, New York 10036
Attn: Martin J. Bienenstock, Esq., and Brian S. Rosen, Esq.

and

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Attn: Hermann D. Bauer, Esq.

(2) <u>Puerto Rico Fiscal Agency and Financial Advisory Authority</u>

O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Diana M. Perez, Esq.

and

Marini Pietrantoni Muniz, LLC
Luis C. Marini-Biaggi, Esq.
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan P.R. 00917

Appellant Hein filed a Supplemental and Amended Joint Notice of Appeal to the United States Court of Appeals for the First Circuit (dated September 13, 2019; filed September 16, 2019 at Docket#8717) and a Supplemental and Amended Joint Notice of Appeals to the United States Court of Appeals for the First Circuit – Corrected (dated September 14, 2019; filed September 17, 2019 at Docket#8726). On September 20, 2019, Appellee COFINA filed a Motion to Strike Amended Notice of Appeal (Docket#8742). While Appellant Hein believes the foregoing Supplemental and Amended Joint Notice of Appeal was proper and effective to appeal from the orders at Docket#8694 and #7113 (and all prior orders encompassed therein) and (among other things) included all of the information required by F.R.App.P. 3(c), and that Appellee COFINA's Motion to Strike is without merit, Appellant Hein is herewith submitting for filing this Restated Notice of Appeal to the United States Court of Appeals for the First Circuit to obviate any potential issues over the effectiveness of Hein's previously filed notice of appeal from the orders at Docket#8694 and #7113. This filing is made without prejudice to Appellant Hein's position that the foregoing Supplemental and Amended Joint Notice of Appeal was proper and effective. Appellant Hein reserves all rights in that regard.

This Restated Notice of Appeal is from the orders at Docket#8694 and #7113 as well as from all prior orders encompassed therein. Appellant Hein's position is that this Restated Notice of Appeal is related to the prior Joint Notice of Appeal filed February 19, 2019 (Docket #5166 in 17 BK 3283-LTS) and the United States Court of Appeals Case No. 19-1182.

Dated: September 21, 2019

Respectfully Submitted,

*Peter C. Hein*

Peter C. Hein, Pro se
101 Central Park West, Apt. 14E
New York, NY 10023
petercheinsr@gmail.com