Peter C. Hein
101 Central Park West, Apt 14E
New York, NY 10023

petercheinsr@gmail.com
(212) 403-1237

September 21, 2019

Clerk's Office
United States District Court
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918

### RE: FILING FOR 17BK3283-LTS AND 17BK3284-LTS

TO WHOM IT MAY CONCERN:

I am enclosing one copy clipped and 5 copies stapled of "Restated Notice of Appeal to the United States Court of Appeals for the First Circuit." A certificate of service is attached.

Appellant Hein filed a Supplemental and Amended Joint Notice of Appeal (dated September 13, 2019; filed September 16, 2019 at Docket#8717) and a Supplemental and Amended Joint Notice of Appeal – Corrected (dated September 14, 2019; filed September 17, 2019 at Docket#8726). On September 20, 2019, Appellee COFINA filed a Motion to Strike Amended Notice of Appeal (Docket#8742). While Appellant Hein believes the foregoing Supplemental and Amended Joint Notice of Appeal was proper and effective to appeal from the orders at Docket#8694 and #7113 (and all prior orders encompassed therein) and (among other things) included all of the information required by F.R. App. P. 3(c), and that Appellee COFINA's Motion to Strike is without merit, Appellant Hein is herewith submitting for filing this Restated Notice of Appeal to the United States Court of Appeals for the First Circuit to obviate any potential issues over the effectiveness of the notice of appeal from the orders at Docket#8694 and #7113. This filing is made without prejudice to Appellant Hein's position that the foregoing Supplemental and Amended Joint Notice of Appeal was proper and effective. Appellant Hein reserves all rights in that regard.

This Restated Notice of Appeal is from the orders at Docket#8694 and #7113 as well as from all prior orders encompassed therein.

My position is that this Restated Notice of Appeal is related to the prior Joint Notice of Appeal filed February 19, 2019 (Docket #5166 in 17 BK 3283-LTS) and the United States Court of Appeals Case No. 19-1182.

Please promptly file this "Restated Notice of Appeal to the United States Court of Appeals for the First Circuit" in the Court docket. If you have any questions about this filing, you can contact me at petercheinsr@gmail.com or call me at (212) 403-1237. Thank you.

Sincerely,

*[signature: Peter C. Hein]*

Peter C. Hein, Pro se