Peter C. Hein
101 Central Park West, Apt 14E
New York, NY 10023

Clerk's Office
United States District Court
Federal Building, Room 150
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767

2019 SEP 25  PM 3:55

PRIORITY MAIL LEGAL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

**PLEASE PRESS FIRMLY**  **PLEASE PRESS FIRMLY**



# PRIORITY MAIL
## UNITED STATES POSTAL SERVICE

### Flat Rate Mailing Envelope

Visit us at usps.com

From:/Expéditeur:

**INTERNATIONAL RESTRICTIONS APPLY:**

Customs forms are required. Consult the International Mail Manual (IMM) at pe.usps.com or ask a retail associate for details.

To:/Destinataire:

Country of Destination:

Schedule package pickup right from your home or office at usps.com/pickup
Print postage online

---

US POSTAGE
09/21/2019
From 10019

Pitney Bowes  026W0004897292
ComPlsPrice
Legal FR Env  2076604879

**PRIORITY MAIL 3-DAY™**

Hein, Peter
Wachtell Lipton Rosen & Katz
51 W 52nd St
New York NY 10019-6119

Estimated Delivery Date: 09/24/2019

0006

C018

THE CLERK OF THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO
FEDERAL BUILDING, STE 150
150 AVE CHARDON
SAN JUAN PR 00918-1706


SEP 21 2019

**USPS TRACKING #**



9405 5098 9864 2770 0152 67

