**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

<u>Transmittal of Record to the Court of Appeals</u>

**DATE: September 27, 2019**

BK Case: 17-3283-LTS
Related USCA Cases: 19-1182, 19-1960

**APPEAL FEE PAID ($505): YES  X    NO ____**

**CASE CAPTION:** In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, *et al.*

**IN FORMA PAUPERIS:**   YES ____   NO  X

**MOTIONS PENDING:**   YES ____   NO  X

**NOTICE OF APPEAL FILED BY:** Peter C. Hein, pro se.

**APPEAL FROM:** Order Sustaining Remainder of Thirteenth Omnibus Objection and Denying Motion to Compel entered on 9/12/2019 and Order entered on 5/28/2019.

**SPECIAL COMMENTS:**   Copies of original documents.

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

**VOLUMES:**

**Docket Entries   4417, 7113, 8694 & 8767**                       I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of the Court

S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____   s/c:  CM/ECF Parties, Appeals Clerk