# United States Court of Appeals
## For the First Circuit

No. 18-1463

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of the Commonwealth of Puerto Rico; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative for the Puerto Rico Sales Tax Financing Corporation, a/k/a Cofina, Depository Trust Company; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative for the Puerto Rico Highways and Transportation Authority; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative for the Puerto Rico Electric Power Authority (PREPA),

Debtors.

SAMUEL GRACIA-GRACIA, individually and as representative of the certified class; JORGE PLARD, individually and as representative of the certified class,

Movants, Appellants,

v.

FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, as representative of the Commonwealth of Puerto Rico,

Debtor, Appellee,

PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA),

Debtors.

**JUDGMENT**

Entered: September 25, 2019

    This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The Title III court's partial denial of the plaintiffs' requested stay relief is affirmed in part and vacated

in part. That matter and the issue of the segregated funds are remanded for further proceedings consistent with the opinion issued this day. No costs are awarded.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Laura Taylor Swain
Maria Antongiorgi Jordan, Clerk, United States District Court for the District of Puerto Rico
Antonio J. Amadeo-Murga
Wandymar Burgos-Vargas
Hermann D. Bauer-Alvarez
Timothy W. Mungovan
Donald B. Verrilli Jr.
Susana I. Penagaricano Brown
Ubaldo M. Fernandez
Michael R. Hackett
Stephen L. Ratner
Margaret Antinori Dale
John E. Roberts
Mark David Harris
Martin J. Bienenstock
Ehud Barak
Daniel Jose Perez-Refojos
Michael Luskin
Stephan E. Hornung
Chad Golder
Wanda Vazquez-Garced
Michael A. Firestein
Lary Alan Rappaport
William D. Dalsen
Jeffrey W. Levitan
Ralph C. Ferrara
Chantel L. Febus
Ann M. Ashton
Raul Castellanos-Malave
Joseph P. Davis III
Katiuska Bolanos-Lugo
Monsita Lecaroz-Arribas
Rafael Antonio Gonzalez-Valiente
Fausto David Godreau-Zayas
Jorge Luis Guerrero Calderon Sr.