UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | TITLE III |
| | Case No. 17-BK-3283 (LTS) |
| As a representative of | |
| THE COMMONWEALTH OF PUERTO RICO, et al | (Jointly Administered) |
| Debtors | |

**NOTICE OF APPEARANCE**

**TO THE HONORABLE COURT:**

COME NOW co-defendant Saybolt L.P., a d/b/a SAYBOLT, hereinafter "Saybolt", represented by the undersigned attorney and respectfully state and pray as follows:

1. The undersigned attorney very respectfully request that this Honorable Court accept our appearance, as attorney for the co-defendant Saybolt, LP in the instant case and issue an order to the Clerk of Court to deliver all notifications to our electronic address: **José O. Ramos González**, e-mail: rgtolaw@gmail.com.

WHEREFORE, it is very respectfully requested that this Honorable Court accept the appearance of the undersigned attorney and orders all notifications to the electronic address stated above.

I CERTIFY that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorneys of record.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 27 September, 2019.

*S/José O. Ramos González*
José O. Ramos-González
USDC No. 201304
E-mail. rgtolaw@gmail.com

**RAMOS GONZALEZ & TOYOS OLASCOAGA, CSP**
PO Box 193317,
San Juan, PR 00919-3317
Tel. (78) 765-2731
Fax. (787) 641-1845