UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As a representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al<br><br>Debtors | PROMESA<br><br>TITLE III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

**MOTION FOR ADMISSION PRO HAC VICE OF JAMES A. REEDER, Jr.**

**TO THE HONORABLE COURT:**

COME NOW co-defendant Saybolt L.P., a d/b/a SAYBOLT, hereinafter "Saybolt", represented by the undersigned attorneys and respectfully state and pray as follows:

1. On this date, the law firm of Ramos González & Toyos Olascoaga, CSP, through the undersigned attorney appeared in this case as counsel for Saybolt, LP.

2. The undersigned respectfully moves the court for admission Pro Hac Vice of Mr. James A. Reeder, Jr., on behalf of Defendant Saybolt, LP in the captioned case.

3. Also, the undersigned moves this honorable court for the Admission Pro Hac Vice of Mr. James A. Reeder, Jr. in Adversary Proceedings No. 19-AP-381 and 19-AP-388.

4. Enclosed is attached the Application and Order for Admission Pro Hac Vice of Mr. James A. Reeder, Jr. ***(Exhibit A)***

5. This motion is made in accordance with Local Rule 83(a)(f).

WHEREFORE it is respectfully requested that this Honorable Court allows Mr. James A. Reeder, Jr. to appear on behalf of Defendant Saybolt, LP, with attorney José O. Ramos González acting as local counsel in this case and in all Adversary Proccedings filed against Saybolt, LP by the Financial Oversight and Management Board.

I CERTIFY that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorneys of record.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 27 September, 2019.

*S/José O. Ramos González*
José O. Ramos-González
USDC No. 201304
E-mail. rgtolaw@gmail.com

*S/ Yolanda V. Toyos Olascoaga*
Yolanda V. Toyos-Olascoaga
USDC No. 201302
E-mail. ytoyos@ramostoyoslaw.com

**RAMOS GONZALEZ & TOYOS OLASCOAGA, CSP**
PO Box 193317,
San Juan, PR 00919-3317
Tel. (78) 765-2731
Fax. (787) 641-1845

2