**Exhibit A**

# PREPA Document Review – Scope of Work Agreement

*Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico – PREPA Review*

## Special Counsel

The Special Counsel review team includes licensed attorneys working on a contract basis under the supervision of Paul Hastings. All work performed by Special Counsel will be in support of legal services provided by Paul Hastings to the Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico and will be subject to all applicable protections and privileges, including the attorney-client privilege and work product protection.

This Scope of Work Agreement sets forth the Services to be provided by Special Counsel.

## Scope of Services

Special Counsel will provide the following:

- Number of consultant(s): 5-13
- Level of consultant(s): team lead/reviewer and reviewers.
- Time period covered by SOW: 6-12 months, or as modified otherwise by the client or case team.
- Type of service(s) provided by SOW:
    - Document Review and Analysis
    - Legal Work Product

## Pricing

| Service | Unit | Unit Price |
| --- | --- | --- |
| **Satellite Staff Attorney Services** **English Language** *Document review, privilege logging and redactions, witness binders, draft memoranda and chronologies. Includes Relativity user licenses and data science.* | Hour | $73.50 |
| **Satellite Staff Attorney Services Over Time** **English Language** *Overtime hours will be subject to pre-approval by legal team | OT Hour* | [1.5x rate after 40 hr week] |

| | | |
|---|---|---|
| **Satellite Staff Attorney Services Spanish Language** *Document review, privilege logging and redactions, witness binders, draft memoranda and chronologies. Includes Relativity user licenses and data science.* | Hour | $85.00 |
| **Satellite Staff Attorney Services Over Time Spanish Language** *\*Overtime hours will be subject to pre-approval by legal team* | OT Hour* | [1.5x rate after 40 hr week] |
| **Team Leader** *Document Review, team liaison and management assistance* | Hour | $5/hour + Reviewer Rate |
| **Technical Support\*** *Includes basic database and review support. \*If needed* | Hour | $195.00 |

## Invoices

Special Counsel will render invoices to Paul Hastings at the rates listed herein with no markup.

## Contacts

### Partner

Jay Worthington
Partner, Litigation
jamesworthington@paulhastings.com
(212) 318-6416

### DSAI Project Contact

Miguel Checo
Project Manager, DSAI
miguelcheco@paulhastings.com
(212) 318-6503

### Supervising Attorney

Zach Zwillinger
Associate, Litigation
zacharyzwillinger@paulhastings.com
(212) 318-6774

### Special Counsel

Jeannine Whittaker
VP Strategic Solutions

## Signatures

By signing below, you authorize the performance of the services pursuant to this scope of work agreement.

**By or on behalf of Paul Hastings:**

| | |
|---|---|
| **Name** | James Worthington |
| **Title** | partner |
| **Date** | 6/6/19 |
| **Signature** | *[signed]* |