Se entregan llaves de la Comisión Estatal de Elecciones.

1. Partido PIP        _[signature]_____
                      Representante

                      _feb. 7/2019_____
                      Fecha

2. Partido PNP        _____
                      Representante

                      _____
                      Fecha

3. Partido PPD        _____
                      Representante

                      _____
                      Fecha