SRF 29610



## GOVERNMENT OF PUERTO RICO
### Puerto Rico Fiscal Agency and Financial Advisory Authority

December 14, 2018

**BY REGULAR MAIL**
**_POR CORREO REGULAR_**

PONCE REAL ESTATE CORP.
VILARIÑO RODRIGUEZ, FRANCISCO
PO BOX 7071
PONCE PR 00732-7971

Re: **Extension of Deadline for the Commonwealth of Puerto Rico to Assume or Reject Unexpired Nonresidential Leases under Title III Proceeding**
_Extensión de Fecha para el Gobierno de Puerto Rico Asumir o Rechazar Contratos No Residenciales que No Hayan Expirado conforme al Procedimiento bajo Título III_

Dear Landlord:
_Estimado Arrendador:_

You are receiving this letter because our records show that the landlord named in Exhibit A hereto currently leases certain nonresidential real property to the Commonwealth of Puerto Rico, including its agencies (the "Commonwealth"), pursuant to the lease(s) listed in Exhibit A hereto.
_Usted ha recibido esta carta porque nuestros records indican que el arrendador identificado en el Anejo A que acompaña esta carta arrienda ciertos bienes inmuebles no residenciales al Gobierno de Puerto Rico, incluyendo sus agencias (el "Gobierno"), conforme a los contratos de arrendamiento listados en dicho Anejo A._

On May 3, 2017, the Commonwealth, represented by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), filed for relief under Title III of PROMESA (the "Title III Proceeding"). Pursuant to Section 365(d) of the Bankruptcy Code, made applicable to the Title III Proceeding pursuant to Section 301 of PROMESA, and order of the United States District Court for the District of Puerto Rico, the Oversight Board has until January 1, 2019, to assume or reject all nonresidential real property leases, unless the corresponding landlords provide their consent to extend such deadline. Any nonresidential real property lease for which the landlord does not provide its consent to extend such deadline will be deemed rejected on January 1, 2019.

01/01/2006 15:13 7878433382 PONCE REAL ESTATE PAGE 02/08

Case:17-03283-LTS Doc#:8780-2 Filed:09/27/19 Entered:09/27/19 16:05:48 Desc: Exhibit Letter Dated December 14   2018   Page 2 of 4

*El 3 de mayo de 2017, el Gobierno, representado por la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), radicó una petición para acogerse al Título III de PROMESA (el "Procedimiento de Título III"). Conforme a la Sección 365(d) del Código de Quiebras, que es aplicable al Procedimiento de Título III conforme a la Sección 301 de PROMESA, y la orden del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, la Junta de Supervisión tiene hasta el 1 de enero de 2019 para asumir o rechazar los contratos de arrendamiento para bienes inmuebles no residenciales, a menos que los arrendadores correspondientes provean su consentimiento para extender dicha fecha. Cualquier arrendamiento de bien inmueble no residencial para el cual el arrendador no provea su consentimiento para extender dicha fecha se considerará rechazado efectivo el 1 de enero de 2019.*

In order to avoid the rejection of the above-listed leases, we hereby request your consent to further extend the deadline to assume or reject the above-listed lease(s), and any other leases between the above-named landlord, as landlord, and the Commonwealth, as tenant, until the earlier of (i) January 1, 2020, (ii) the date of expiration or termination of such lease(s) pursuant to its(their) own terms, or (iii) the date on which a plan of adjustment is confirmed under the Title III Proceeding. Such extension is not intended to affect any of the parties' respective rights or remedies under said lease(s) or the Title Proceeding.

*Para evitar que los arrendamientos listados arriba sean rechazados, solicitamos su consentimiento para extender nuevamente la fecha límite para asumir o rechazar los arrendamientos indicados arriba, y cualquier otro arrendamiento entre el arrendador indicado arriba, como arrendador, y el Gobierno, como arrendatario, hasta lo primero que ocurra entre: (i) el 1 de enero de 2020, (ii) la fecha de expiración o terminación de dicho(s) arrendamiento(s) conforme a sus propios términos, o (iii) la fecha en que un plan de ajuste sea confirmado bajo el Procedimiento de Título III. Dicha extensión no pretende afectar ninguno de los derechos o remedios respectivos de las partes bajo dicho(s) arrendamiento(s) o el Procedimiento de Título III.*

If you do not wish to extend the date for the assumption or rejection of the above-listed lease(s), and any other leases between the above-named landlord, as landlord, and the Commonwealth, as tenant, as provided above, please contact the following counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority ("FAFAA") by mail, telephone, or email **on or before December 28, 2018**:

*Si usted no desea extender la fecha límite para que se asuman o rechacen los arrendamientos indicados arriba y cualquier otro arrendamiento entre el arrendador indicado arriba, como arrendador, y el Gobierno, como arrendatario, favor de comunicarse con los siguientes representantes legales de la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico ("AAFAF") por correo, teléfono o correo electrónico en o antes del **28 de diciembre de 2018**:*

Lcdo. Luis Marini Biaggi
Marini, Pietrantoni & Muñiz
787-705-2171
lmarini@mpmlawpr.com
MCS Plaza, 255 Ponce de León Ave, Suite 500
San Juan, PR 00917

If you do not respond to this letter by **December 28, 2018** by mail, telephone, or email at the address, number, or email provided above, it will be understood that the above-named landlord has granted its consent to extend the deadline for the assumption or rejection of all the above-listed lease(s), and any other leases between the above-named landlord, as landlord, and the Commonwealth, as tenant, without waiving any rights and remedies that the landlord may have under said leases.

Si no responde a esta carta en o antes del **28 de diciembre de 2018** por correo, teléfono o correo electrónico mediante la dirección, número o correo electrónico provisto arriba, se considerará que el arrendador indicado arriba ha provisto su consentimiento para extender la fecha para asumir o rechazar todos los arrendamientos indicados arriba, y cualquier otro arrendamiento entre el arrendador indicado arriba, como arrendador, y el Gobierno, como arrendatario, sin perjuicio de los derechos y remedios que el arrendador pudiese tener bajo dicho(s) arrendamiento(s).

If you have any questions regarding the foregoing, you or your counsel (if you are represented by counsel) may contact FAFAA's counsel at the address, number, or email provided above.

Si tiene cualquier pregunta con respecto a lo anterior, usted o su representante legal (en la medida que tenga representación legal) puede comunicarse con los representantes legales de AAFAF a la dirección, número o correo electrónico indicados arriba.

Very truly yours,
Cordialmente,

**PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY**

By: _[signature]_
Name: Mohammad Yassin
Title: Director of Fiscal Agency

## Exhibit A
*Anejo A*

| Lease ID<br>*Número de Control* | Landlord<br>*Arrendador* | Tenant<br>*Arrendatario* | Effective Date of Lease<br>*Fecha de Efectividad del Arrendamiento* | Office of the Controller Registration Number<br>*Número de Registro de la Oficina del Contralor* |
|---|---|---|---|---|
| 795 | PONCE REAL ESTATE CORP. | STATE ELECTIONS COMMISSION | 8/1/2013 | 2014-000014 |