IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br> THE FINANCIAL OVERSIGHT AND <br> MANAGEMENT BOARD FOR <br> PUERTO RICO, <br><br> As representative of <br><br> THE COMMONWEALTH OF PUERTO RICO <br> et al., <br> Debtors | * CASE NO: 17-BK-03283 LTS <br> * <br> * <br> * <br> * PROMESA <br> * TITLE III <br> * <br> * <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATEMENT OF AMOUNT DUE

I, Francisco I. Vilariño-Rodríguez, of legal age, married, President of Ponce Real Estate Corporation and resident of Ponce, Puerto Rico under penalty of perjury swear:

1. That I am of the above mentioned circumstances.

2. That I have access and custody to the records of the agency of the Commonwealth of Puerto Rico named "Comisión Estatal de Elecciones" (State Electoral Commission) and it's "Junta de Inscripción Permanente" (Permanent Registration Board) related to the lease agreement of the premises owned by Ponce Real Estate Corporation.

3. That pursuant to such records, debtor owes post-petition payments for the amount of $29,022.00 for the period of August 2018 to February 2019.

4. That pursuant to such records, the Commonwealth agency continued using the property until the delivery of the keys on February 7, 2019.

And to state that for all legal purposes, I execute this document under penalty of perjury this September 27, 2019.

_____
Francisco I. Vilariño-Rodríguez
President of Ponce Real Estate Corporation