<u>Exhibit A</u>

PREPA Receivable Summary

|  | **Invoiced Amounts** | **Undisputed** | **Disputed** | **Total** |
|---|---:|---:|---:|---:|
| Headcount invoices | 86,965,033.06 | - | 86,965,033.06 | 86,965,033.06 |
| Tax gross-up | 61,668,083.34 | 61,668,083.34 | - | 61,668,083.34 |
| Undisputed invoices | 20,137,138.94 | 20,137,138.94 | - | 20,137,138.94 |
| Scope of work invoices | 19,967,796.20 | - | 19,967,796.20 | 19,967,796.20 |
| Short-paid invoices | 7,551,956.01 | 7,551,956.01 | - | 7,551,956.01 |
| Hurricane Beryl invoices | 4,307,491.88 | - | 4,307,491.88 | 4,307,491.88 |
| Extra mapping invoices | 3,080,426.54 | - | 3,080,426.54 | 3,080,426.54 |
| Mobilization | 522,979.59 | - | 522,979.59 | 522,979.59 |
| Completion date invoices | 333,825.73 | - | 333,825.73 | 333,825.73 |
| Interest as of 8/31/19 | 26,581,740.64 | 26,581,740.64 | - | 26,581,740.64 |
| Prepayment | (15,000,000.00) | (15,000,000.00) | - | (15,000,000.00) |
|  | 216,116,471.93 | 100,938,918.93 | 115,177,553.00 | 216,116,471.93 |

| **Invoiced Amounts by Agreement** | |
|---|---:|
| First Agreement | 74,212,785.80 |
| Second Agreement | 141,903,686.13 |
| Total | 216,116,471.93 |