<u>Exhibit B</u>

Proposed Order

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3283-LTS |
| | ) |
| as representative of | ) (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, | ) |
| *et al.* | ) |
| | ) |
| Debtors. | ) |
| | ) |
| In re: | ) |
| | ) PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) |
| | ) No. 17 BK 4780-LTS |
| as representative of | ) |
| PUERTO RICO ELECTRIC POWER | ) |
| AUTHORITY ("PREPA") | ) |
| | ) |
| Debtor.[1] | ) |
| | ) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

### [PROPOSED] ORDER GRANTING COBRA ACQUISITIONS LLC'S <u>MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS</u>

Upon consideration of the motion filed by Cobra Acquisitions LLC ("<u>Cobra</u>"), on September 30, 2019 seeking an Order for the immediate payment of the administrative expenses owed by the Puerto Rico Power Electric Authority ("PREPA"), it is hereby ORDERED that:

1. The motion is **GRANTED** as set forth herein.

2. The unpaid and outstanding balance of $216,116,471.93 (the "Outstanding $216 Million Obligation") to Cobra as a post-petition administrative expense, plus interest not yet invoiced, is hereby allowed.

3. PREPA must immediately pay the Outstanding $216 Million Obligation in full plus the additional accrued interest that is owed to the date of payment on, or as soon as reasonably practicable after, the first business day after it is allowed.

Dated: October __, 2019

_____
LAURA TAYLOR SWAIN
United States District Judge