Estimated Hearing Date: October 30, 2019 at 9:30 (AST)
Objection Deadline: October 15, 2019 at 4:00 p.m. (AST)

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br>THE COMMONWEALTH OF PUERTO RICO,<br>*et al.*<br><br>Debtors. | ) PROMESA<br>) Title III<br>)<br>) No. 17 BK 3283-LTS<br>)<br>) (Jointly Administered)<br>)<br>)<br>)<br>) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br>PUERTO RICO ELECTRIC POWER<br>AUTHORITY ("PREPA")<br><br>Debtor.[1] | ) PROMESA<br>) Title III<br>)<br>) No. 17 BK 4780-LTS<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF HEARING ON COBRA ACQUISITIONS LLC'S MOTION FOR ALLOWANCE AND PAYMENT OF <u>ADMINISTRATIVE EXPENSE CLAIMS</u>

**PLEASE TAKE NOTICE** that a hearing on Cobra Acquisition LLC's Motion for

Allowance and Payment of Administrative Expense Claims (the "Motion") will be held before

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

the Honorable Laura Taylor Swain, United States District Judge, at the United States District Court for the District of Puerto Rico, in Room 3, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, Puerto Rico 00918-1767 on **October 30, 2019 at 9:30a.m.**(AST).

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections") to the Motion by any party shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Puerto Rico, shall be filed with the Court (a) by attorneys practicing in the District Court, including attorneys admitted pro hac vice, electronically in accordance with rule 5 of the Local Rules for the District of Puerto Rico, and (b) by all other parties in interest, on a CD ROM, in text-searchable portable document format (PDF), and shall be served in accordance with the Tenth Amended Notice, Case Management and Administrative Procedures [Docket No. 8027-1] (the "Case Management Order"), so as to be so filed and received by the Standard Parties (as defined in the Case Management Order) no later than **October 15, 2019 at 4:00 p.m. (AST)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed by the Objection Deadline, the Court may grant the Motion without a hearing.

Dated: September 30, 2019

Respectfully submitted,

| REICHARD & ESCALERA, LLC | AKIN GUMP STRAUSS HAUER & FELD LLP |
|---|---|
| */s/ Rafael Escalera Rodríguez*<br>Rafael Escalera Rodríguez<br>USDC-PR No. 122609<br>escalera@reichardescalera.com | */s/ Thomas P. McLish*<br>Thomas P. McLish (*pro hac vice* pending)<br>tmclish@akingump.com |
| */s/Sylvia M. Arizmendi*<br>Sylvia M. Arizmendi<br>USDC-PR No. 210714<br>arizmendis@reichardescalera.com | */s/ Scott M. Heimberg*<br>Scott M. Heimberg (*pro hac vice* pending)<br>sheimberg@akingump.com |
| */s/ Alana Vizcarrondo-Santana*<br>Alana Vizcarrondo-Santana<br>USDC-PR No. 301614<br>vizcarrondo@reichardescalera.com | */s/ Allison Thornton*<br>Allison S. Thornton (*pro hac vice* pending)<br>athornton@akingump.com |
| */s/Gustavo A. Pabón-Rico*<br>Gustavo A. Pabón-Rico<br>USDC-PR No. 231207<br>pabong@reichardescalera.com | Akin Gump Strauss Hauer & Feld LLP<br>2001 K Street, N.W.<br>Washington, DC 20006<br>Tel: (202) 887-4000<br>Fax: (202) 887-4288 |
| | and |
| 255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan, PR 00917-1913<br>Telephone: (787) 777-8888 | */s/ David F. Staber*<br>David F. Staber (*pro hac vice* pending)<br>dstaber@akingump.com |
| | Akin Gump Strauss Hauer & Feld LLP<br>2300 N. Field Street<br>Suite 1800<br>Dallas, TX 75201<br>Tel: (214) 969-2800<br>Fax: (214) 969-4343 |
| | *Attorneys for Cobra Acquisitions LLC* |