# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO** | Title III |
| as representative of | No. 17 BK 3283-LTS |
| **THE COMMONWEALTH OF PUERTO RICO, et al** | |
| **Debtors** | |

### MOTION TO WITHDRAW REQUEST FOR RELIEF FROM STAY IN *ARES ET AL V. SECRETARY OF LABOR* IN LIGHT OF STIPULATION BETWEEN THE PARTIES

**TO THE HONORABLE JUDGE LAURA TAYLOR SWAIN:**

**NOW COME PETITIONERS** in the *Mandamus* case of <u>Ares et al v. Secretario del Trabajo, Civ. No. SJ2017CV02280,</u> part of a group of seventeen (17) long-time employees of the Department of Labor of the Commonwealth of Puerto Rico[1] who claim that they were denied their right to an early retirement which would represent a savings for the Government of Puerto Rico**,** and respectfully request the ***withdrawal*** of their Request for Relief from the Stay, which was presented to the court on September 17, 2019, at Docket Number 8720.

Petitioners are withdrawing their request for lifting of the Stay, because the parties have reached an agreement on the relief requested therein. The parties have signed a *Stipulation*, which provides, *inter alia,* that there is an agreement to lift the stay "solely to the limited extent necessary

---

[1] The Petitioners in the *Mandamus* petition are: Gilberto Ares Candelaria; Nilda P. Barbosa Rodriguez; Ana E. Collazo Guzmán; Arnaldo Colón Colón; Melvin Colón Vélez, Angel L. De Jesús Fernández; Maribel García Cruz; Carlos González Juarbe; Marilyn Hernández Santiago; Carmen D. López Hernández; Tomás Montañez Rosado; Julia T. Pena De Jesús; Evelyn Pratts Collazo; Norma I. Rivera Nieves; Edna Sáez Sánchez; Manuel F. Sánchez Incle and Juan D. Sierra Ortega**.**

to proceed to final judgment," short of execution of the judgment. The Stipulation also provides for this Court to "retain jurisdiction to hear any matters or disputes arising from or relating to this Stipulation."

WHEREFORE, in light of the aforementioned Stipulation, the Petitioners Gilberto Ares Candelaria, Nilda P. Barbosa Rodriguez, Ana E. Collazo Guzmán, Arnaldo Colón Colón, Melvin Colón Vélez, Angel L. De Jesús Fernández, Maribel García Cruz, Carlos González Juarbe, Marilyn Hernández Santiago, Carmen D. López Hernández, Tomás Montañez Rosado, Julia T. Pena De Jesús, Evelyn Pratts Collazo, Norma I. Rivera Nieves, Edna Sáez Sánchez, Manuel F. Sánchez Incle and Juan D. Sierra Ortega respectfully withdraw their Motion at Docket No. 8720, to lift the PROMESA stay issued in the case of *Ares et al v. Secretario del Trabajo, Civ. No. SJ2017CV02280*.

In San Juan, Puerto Rico this 1st day of October, 2019

**Berkan/Mendez**
O'Neill St. G-11
San Juan, P.R. 00918-2301
Tel. (787) 764-0814;Fax (787) 250-0986
berkanmendez@gmail.com

**CERTIFICATION**: This is to certify that this motion is being submitted through the ECF filing system, which will automatically notify all counsel of record. I am also sending a copy of this Motion to the following attorneys, the Assistant Secretary of the Civil Division, Wandymar Burgos Vargas,wburgos@justicia.pr.gov, as well as the following DOJ attorneys, 'Susana Peñagaricano' <spenagaricano@justicia.pr.gov>; and 'Iván J. Ramírez Camacho' <ivramirez@justicia.pr.gov>

/s/ JUDITH BERKAN
USDC No.200803
berkanj@microjuris.com

2