Peter C. Hein
01 Central Park West, Apt 14E
New York, NY 10023





US POSTAGE
09/23/2019
From 10019
1 lbs 0 ozs
Zone 7

Pitney Bowes   026W0004897439
ComPlsPrice
NO SURCHARGE   2076604879

**PRIORITY MAIL 3-DAY™**

Hein, Peter C.
Wachtell Lipton Rosen & Katz
51 W 52nd St
New York NY 10019-6119

Estimated Delivery Date: 09/26/2019

0004

C018

THE CLERK OF THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO
FEDERAL BUILDING, STE 150
150 AVE CHARDON
SAN JUAN PR 00918-1706

USPS TRACKING #



9405 5098 9864 2374 6192 36

Clerk's Office
United States District Court
Federal Building, Room 150
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767



RECEIVED & FILED
2019 SEP 27 PM 5:08