UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 4780-LTS |

ORDER SCHEDULING BRIEFING OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS' URGENT OBJECTION TO MAGISTRATE JUDGE'S SEPTEMBER 16, 2019
ORDER GRANTING PROTECTIVE ORDER WITH RESPECT TO DEPOSITION OF JOSE ORTIZ

The Court has received and reviewed the *Official Committee of Unsecured Creditors' Urgent Objection to Magistrate Judge's September 16, 2019 Order Granting Protective Order with Respect to Deposition of Jose Ortiz* (Docket Entry No. 8790 in Case No. 17-3283 and Docket Entry No. 1645 in Case No. 17-4780, the "Objection"). Response papers to

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

the Objection must be filed by **October 8, 2019**.  Any reply papers in support of the Objection must be filed by **October 15, 2019**.  The Court will thereafter take the Objection on submission.

SO ORDERED.

Dated: October 1, 2019

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge