UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3283-LTS |
| | ) |
| as representative of | ) (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, | ) |
| *et al.* | ) |
| | ) |
| Debtors. | ) |
| | ) |
| In re: | ) |
| | ) |
| | ) PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) |
| | ) No. 17 BK 4780-LTS |
| as representative of | ) |
| PUERTO RICO ELECTRIC POWER | ) |
| AUTHORITY ("PREPA") | ) |
| | ) |
| Debtor.[1] | ) |
| | ) |

**APPLICATION AND PROPOSED ORDER FOR ADMISSION
PRO HAC VICE OF DAVID F. STABER**

TO THE HONORABLE LAURA TAYLOR SWAIN,
UNITED STATES DISTRICT JUDGE:

Comes now, David F. Staber, applicant herein and respectfully states:

1. Applicant is an attorney with offices at:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

> 2300 North Field Street
> Suite 1800
> Dallas, TX 75201
> dstaber@akingump.com
> Telephone: (214)969-4664
> Facsimile: (214)969-4343

2.  Applicant will sign all pleadings with the name David F. Staber.

3.  Applicant represents Cobra Acquisitions LLC ("Cobra" or "Contractor").

4.  Since 1988, applicant has been and presently is a member in good standing of the bar of

the highest court of the State of Texas, where applicant regularly practices law. Applicant's bar

number is 18986950.

5.  Applicant has been admitted to practice before the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| Supreme Court of Texas | 1988 | 18986950 |
| United States District Court Northern District of Texas | 1988 | |
| United States District Court Eastern District of Texas | 1991 | |
| United States District Court Western District of Texas | 2006 | |
| United States District Court Southern District of Texas | 2006 | |
| United States Court of Appeals for the 5th Circuit | 1999 | |
| United States Court of Appeals for the 1st Circuit | 2000 | |

6.  Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7.  Applicant is not currently suspended from the practice of law before any court or

jurisdiction.

8.  Applicant is not currently the subject of any complaint for unethical conduct, disciplinary

proceedings or criminal charges before any court or jurisdiction.

9.  During the past three years, applicant has not filed for pro hac vice admission in the

United States District Court for the District of Puerto Rico.

10. Local Counsel of record associated with applicant in this matter are:

Rafael Escalera-Rodriguez
USDC No. 122609
Sylvia M. Arizmendi
USDC-PR No. 210714
Alana M. Vizcarrondo-Santana
USDC-PR No. 301614
Gustavo A. Pabón-Rico
USDC-PR No. 231207
REICHARD & ESCALERA LLC
MCS Plaza, Tenth Floor
PO Box 364148
San Juan, PR 00936-4148
255 Ponce de León Avenue
Hato Rey, San Juan, PR 00917
(787) 777-8888

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto

Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions

set forth therein and pay an admission fee of $300.00 per appearance in each new case before the

Court. Accordingly, payment of the pro hac vice admission fee has been made through the Clerk

of the Court.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States

District Court for the District of Puerto Rico for the above-styled case only.

Date: October 1st, 2019                    /s/ David F. Staber
                                           David F. Staber


WE HEREBY CERTIFY, pursuant to Local Rule 83A(f), that we consent to the

designation of local counsel of record for all purposes.


Date: October 1st, 2019

/s/Rafael Escalera-Rodriguez
Rafael Escalera-Rodriguez
USDC No. 122609

/s/ Sylvia M. Arizmendi
Sylvia M. Arizmendi
USDC No. 210714

/s/ Alana M. Vizcarrondo-Santana
Alana M. Vizcarrondo-Santana
USDC No. 301614

*s/Gustavo A. Pabón-Rico*
Gustavo A. Pabón-Rico
USDC-PR No. 231207
pabong@reichardescalera.com

**REICHARD & ESCALERA**
MCS Plaza, Tenth Floor
PO Box 364148
San Juan, PR 00936-4148
255 Ponce de León Avenue
Hato Rey, San Juan, PR 00917
(787) 777-8888


I HEREBY CERTIFY, that on this date, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to all attorneys

of record and that I will make the corresponding payment of $300.00 *pro hac vice* admission fee.


*/s/Gustavo Pabón-Rico*
USDC-PR No. 231207

4

ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders

that:

☐      the application be granted. The Clerk of Court shall deposit the admission fee to the

account of Non-Appropriated Funds of this Court.

☐      the application be denied. The Clerk of Court shall return the admission fee to the

applicant.


SO ORDERED.

In San Juan, Puerto Rico, this _____day of _____, _____.


                                   _____
                                   **U.S. DISTRICT JUDGE**