# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** as representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO, et al., LA MERCED LIMITED PARTNERSHIP, S.E.**<br><br>**Debtors** | **PROMESA TITLE III**<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### BONDHOLDER'S MOTION TO REQUESTING WITHDRAWAL OF SOME PROOF OF CLAIMS FILED ON HER BEHALF

TO THE HONORABLE COURT:

COMES NOW, bondholder Lillian Guzman ("Mrs. Guzman or bond holder ") and very respectfully states and prays as follows:

1. On or around June 2019, bondholder provided instructions to the undersigned to file some proof of claims in the cases of reference. Pursuant to the instructions and the information provided at the time, the undersigned filed five claims on behalf of the bond holder.

2. In recent days the bondholder delivered a written communication requesting we file a motion to withdraw the above-mentioned claims because she personally filed some claims on or around May 2018. Therefore, she wants Debtor to only consider the claims personally filed by her and not those filed by the undersigned.

3. All future motions and/or court orders should be delivered directly to the bondholder to her e-mail (**lillian.guzman@gmail.com**) and/or to the following address:

**Bromelia #34
Parque de Bucare,
Guaynabo, PR 00969**

WHEREFORE, it is respectfully requested that the Court enter an order approving the relief set forth above, in order to withdraw from the record all claims filed by attorney Nelson Robles Diaz on behalf of bondholder Irmita Guzman and **ONLY** consider the claims filed by her personally, and granting such other and further relief as is just and proper.

Dated: San Juan, Puerto Rico this October 2th, 2019.

Respectfully Submitted.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify all parties registered through their attorneys of record, and by email and regular mail to **Lillian Guzman at Bromelia #34, Parque de Bucaré, Guaynabo, PR 00969**

**NELSON ROBLES-DIAZ LAW OFFICES, PSC.**
s/ Nelson Robles-Diaz, Esq.
**Nelson Robles-Diaz, Esq.**
USDC-PR #204410
P O BOX 192302,
San Juan, PR 00919-2302
Telephone number: 787-294-9518;
Fax 787-294-9519
nroblesdiaz@gmail.com