HONORABLE LAURA TAYLOR SWAIN
JUEZA FEDERAL DE QUIEBRAS
EDIFICIO FEDERAL PROMESA TITULO III

MARIA MENDEZ CRESPO                              CASO NUM. 2005-09-0365

    Apelante

    Vs.

DEPARTAMENTO DE SALUD                            RETENCION - DESTITUCION

    Apelado

**SOLICITUD A LA HONORABLE LAURA TAILOR SWAIN JUEZ FEDERAL A LEVANTAR LA PARALIZACION TOTAL DEL CASO DE EPIGRAFE (CERTIFICADA CON ACUSE DE RECIBO)**

Comparece la parte apelante María Méndez Crespo quien radico el caso de epígrafe en el término establecido por la Comisión Apelativa del Sistema de Administración del Servicio Público. Conocido por sus siglas CASARH para el año 2005.

Efectivo el 30 de agosto del 2005 fui Destituida del Departamento de Salud por la Autoridad Nominadora Rosa Pérez Perdomo quien comenzó a ejercer la funciones de Secretaria del Departamento de Salud .

Para el año 2005 no se hablaba de una Junta de Control Fiscal ni de la Ley de Quiebra del Gobierno de Puerto Rico. Mi caso fue mucho antes de esa situación en el país.

Comencé a trabajar en la Administración de Facilidades de Servicios De Salud. Conocido por sus siglas AFASS. Comencé con un puesto de Oficinista 1 teniendo un Bachillerato en Administración Comercial. Soy del pueblo de San Sebastián y para el año 1983 las oportunidades de empleo eran mínimas. Cuando recibí mi primer cheque se me salieron las lágrimas porque yo cobraba menos que mi mama que era costurera en una fábrica.

Llenando convocatorias y por el principio de merito trabaje en AFASS hasta el 30 de junio de 1999 que desaparece la Agencia por la venta de los Hospitales Públicos llegue a ocupar varios puestos por el principio del merito, Contador III, Auxiliar Fiscal V puesto de carrera. Con funciones de Recaudador Oficial de AFASS nivel Central en la Oficina de Tesorería.

Al 30 de junio de 1999 me trasladaron a Finanzas del Departamento de Salud. En una sección que se iba a crear de Cuentas por Cobrar.

Para la fecha de la Destitución tenía en el gobierno 22 años, 7 meses, 11 días, trabajados. Cuatro transitorios de los cuales pague dos años mediante un plan de pago con retiro y nómina de la Administración de Facilidades y Servicios de Salud (AFASS). Me faltaban 8 años para retirarme del Servicio Público.

Así las cosas pasaron siete años cuando comenzaron a celebrarse las Vistas Publicas los días 12 y 24 de septiembre de 2012, 2y 5 de octubre del 2012 y el 2 y 30 de noviembre del 2012 quedando sometido para la adjudicación en esa fecha.

Al cabo del tiempo fui personalmente a la Comisión Apelativa del Servicio Público (CASP) a entregar un seguimiento del Caso de Epígrafe. Me atendió el Sr. Reynaldo González Rodríguez, Secretario. Me informo que el Lcdo. Hernán Chico ya no trabajaba en CASP que el caso le fue asignado al Oficial Examinador Miguel A. Barrera y hacia la número 8 para emitir la Resolución final.

Pasaron cuatro años adicionales 2013, 2014, 2015, 2016 y 4 meses del año 2017 y el Oficial Examinador Miguel A. Barrera no emitía la resolución final y firme. Según solicitado por mi representante legal Melissa Cintrón Fanduiz. De igual forma la que suscribe, resultando infructuosa el seguimiento brindado.

Queda claro que la orden del Oficial Examinador Miguel A. Barrera emitida el 5 de septiembre de 2019, y recibida el 13 de septiembre del mismo año por la que suscribe fue hecha para notificarme de la ley de Quiebra PROMESA de la Junta De Control Fiscal. Tardo 8 meses del 2017, el año 2018, y 9 meses del año 2019. Me notifico dos años y cinco meses después de ser aprobada la Quiebra de Puerto Rico Conocida por sus siglas en ingles PROMESA.

BREVE DESCRIPCION DEL CASO

La Comisión Apelativa del Servicio Público (CASP) tiene el caso en su poder hace 19 años.
Tardaron 7 años en comenzar a celebrarse las vistas públicas terminando el 30 de noviembre de 2012.
Tardaron 4 años y 4 meses del año 2017 y no han emitido una resolución final.

Que la única persona en Finanzas del Departamento de Salud a la que le aplicaron Medidas Disciplinarias fue a la que suscribe.

Que tan solo me faltaban 8 años para retirarme del servicio público cuando fui destituida.

En el mes de agosto de 2019 eliminaron el Caso de Epígrafe del Registro de Casos que mantiene la Comisión Apelativa del Servicio Público. Aparecía la palabra no existe. Llame y me atendió el investigador Eduardo Matos le informe que el caso estaba activo pues no se había emitido una resolución final que no podía ser posible que lo eliminaran.

En la orden recibida el 13 de septiembre de 2019 se menciona lo que el Tribunal Supremo de Puerto Rico expone ante la Petición de Quiebra al amparo de PROMESA.

Al Honorable Tribunal De Puerto Rico le informo que soy una víctima más de las circunstancias. Yo no soy una deudora con preferencia que la ley no me concede. Yo no fui la que me le senté encima al caso 19 años. En Administración, lo que se evidencia en la Honorable Comisión apelativa de Servicio Público es que carece de una supervisión adecuada. Con empleados de alta jerarquía insensible al daño que le causan al apelante y a su representante legal que se cansan y renuncian. El principio del mérito que debe prevalecer, no es su NORTE.

Testifique en mi caso y lo menciono otra vez si en Puerto Rico hubiera una dictadura a mi me hubiesen mandado a matar siendo inocente. Están ante un pueblo cansado de ser atropellado.

La Comisión Apelativa del Servicio Público es un foro cuasi-judicial que desde hace años esta inoperante en violación a la justicia y al principio del merito que debe prevalecer.

Honorable Laura Taylor Swein Jueza Federal de Quiebra muy respetuosamente le solicito haga justicia sobre este caso ya que usted es la única persona que tiene la facultad de levantar totalmente la paralización de mi caso 2005-09-0365 . La Honorable Comisión Apelativa de Servicio Público durante 19 años en su poder no ha emitido la resolución final y firme del caso.

Acepto a que se me descuente de mi retiro la cantidad que me corresponde según la Junta de Control Fiscal. PERO NO RECONOSCO LA DEUDA. Podemos llegar a un acuerdo que beneficie ambas partes. De ganar el caso el reembolso que me corresponde será donado, parte a una entidad benéfica y el resto a un estudiante de medicina de escasos recursos .En ambos casos como yo soy la que aporto se me permita elegir a los beneficiados en anonimato.

El principio moral se inclina a obrar y juzgar respetando la verdad y dando a cada uno lo que le corresponde. No permita que se haga añicos todo lo que yo construí con tanto esfuerzo.

El Departamento de Salud que es el apelado en diciembre de este año 2019 va a abrir una ventana para los empleados de la ley 447. Yo pertenezco a esa Ley. Agradeceré su gestión al respecto. Nuevamente por falta de la resolución final me quedaría en el limbo jurídico sabe Dios por cuantos años más. Solicito por miedo a represalias que el Oficial Examinador Miguel A. Barrera Pérez que le dio largas al caso no trabaje la resolución del caso 2005-09-0365.

Hace un año y medio según notificado por la Oficina de Retiro le solicite la certificación de los años cotizados al Departamento de Salud y no me han escrito ni llamado. En retiro no sé si fue por el HURACAN MARIA solo aparecen 10 años cuando trabaje en la Agencia 22 años. Agradeceré su ayuda al respecto.

Sometido hoy 1 de octubre de 2019 en Camuy, Puerto Rico y que envié copia fiel y exacta de la misma a las partes, a sus direcciones.

María Méndez Crespo, MBA
Apelante

Urb. Las Veredas
Calle Laureles #65
Camuy P.R. 00627

Hon. Laura Taylor Swain
Jueza Federal de Quiebra
Edif. Federal Federico Degetau
150 Ave. Carlos Chardon
San Juan P.R. 00918-1767

Lcda. Gladys Torres , DEPTO. De Salud

Hon. Rafael Rodríguez Mercado
Secretario de Salud
Departamento de Salud
PO Box 70184 San Juan P.R. 00936-81

Comisión Apelativa de Servicio Público
Ave. Ponce de León 1409 Edificio Cem
Santurce P.R.