Maria Méndez
Urb. Las Veredas
Calle Laureles #65
Camuy P.R. 00627

CERTIFIED MAIL

7017 1070 0000 2991 3300

RECEIVED & FILED
2019 OCT -2 PM 5:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Hon. Laura Taylor Swain
Jueza Federal de Quiebras
Edif. Federal Federico Degetau
150 Ave. Carlos Chardon
San Juan P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
CAMUY, PR
00627
OCT 01, 19
AMOUNT
$6.85
R2304E105297-04