September 27, 2019

To: Federal Court Secretary

This serves to notify that claim #170130 submitted to the People of Puerto Rico # 170130 does not proceed. This claim belongs to case # 18-5645 MCF of Mrs. Lydia Esther Pagan Pizarro.

Sincerely,

Liz M. Rodriguez
Credito Familiar
Metro Office Park
3 Calle 1 Suite 502
Guaynabo PR, 00968
(787)773-0333