Crédito Familiar
Metro Office Park Lote 3
Calle 1 Suite 502
Guaynabo, PR 00968
(787) 773-0333

SAN JUAN PR 009
01 OCT 2019 PM 2 L

SAN JUAN, PR
U.S DISTRICT COURT
CLERK'S OFFICE
2019 OCT -2 PM 5:01
RECEIVED & FILED

Secretaria Tribunal Federal
Oficina 150 Edif. Federal
San Juan PR 00918