UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

-----------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER DENYING LIFT STAY MOTION OF MARÍA MÉNDEZ CRESPO WITHOUT PREJUDICE

On October 3, 2019, María Méndez Crespo (the "Movant") filed a motion for relief from the automatic stay imposed by these Title III proceedings (Docket Entry No. 8806 in Case No. 17-3283, the "Motion"). The Motion is written in the Spanish language, and no English language translation was provided. Rule 5(g) of the Local Rules for the United States District Court for the District of Puerto Rico provides that "[a]ll documents not in the English language which are presented as filed . . . must be accompanied by a certified translation into English" prepared by a qualified interpreter or translator, unless a certified translation is waived

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

"by stipulation of the parties." The United States Code similarly provides that all pleadings and proceedings in the United States District Court for the District of Puerto Rico shall be conducted in the English language. See 48 U.S.C. § 864.

Because Movant failed to provide a certified English translation of the Motion, the Motion is terminated without prejudice to renewal in compliance with Rule 5(g) and all other applicable statutes, procedural rules, and orders of the Court. This Order resolves Docket Entry No. 8806 in Case No. 17-3283.

SO ORDERED.

Dated: October 3, 2019

                                                                /s/ Laura Taylor Swain
                                                               LAURA TAYLOR SWAIN
                                                               United States District Judge