# JRF GOLD DISTRIBUTORS INC

Calle Zarzuela SF-2, Mansion del Sur, Toa Baja. Puerto Rico.00949 Tel.787-785-7745
rolandojle@gmail.com

September 30 2019

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan,PR.00918-1767

Dear Sir:

I do not approve the Omnibus Objection of this new action regarding my investments
In the Common Wealth of Puerto Rico.This is a against the constitution of Common Wealth of Puerto Rico, affecting my investments.

Thank You

*[signature]*

Rolando Rojas Torre
President

*[Received stamp: 2019 OCT -3 PM 5:03]*