JRF GOLD DISTRIBUTORS INC
SF-2 Camino de la Zarzuela
Mansion del Sur
Toa Baja, PR. 00949

7008 1830 0003 0674 6856




U.S. POSTAGE PAID
FCM LETTER
TOA BAJA, PR
00949
OCT 01, 19
AMOUNT
$6.85
R2304H108967-15

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, PR. 00918-1767