UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:                                                    PROMESA
                                                          Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of                             No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,               (Jointly Administered)
et al.,

          Debtors.[1]

-------------------------------------------------------------x

### ORDER GRANTING MOTION FOR EXTENSION OF TIME

Upon consideration of the *Motion for Extension of Time* (Docket Entry No. 8814

in Case No. 18-3283, the "Motion"), filed on October 4, 2019, by Jorge A. Díaz Mayoral and

Juan A. Frau Escudero (together, "Movants"), and the Court having found and determined that

(i) the Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1331 and 48 U.S.C. §

2166(a); (ii) venue of this proceeding is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. §

2167(a); and (iii) the Court having found good cause to grant the relief requested therein, it is

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

**HEREBY ORDERED THAT**:

1.      The Motion is GRANTED as set forth herein.

2.      The deadline for Movants to reply to Docket Entry No. 8803 is extended through

**October 11, 2019**.

3.      No further extensions will be granted.

4.      This Order resolves Docket Entry No. 8814.


SO ORDERED.

Dated: October 7, 2019

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge