# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------x
```

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

       Debtors.[1]

```
------------------------------------------------------------x
```

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

     I, Christian Rivera, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

     On October 2, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on (1) the PR Adv. 19-00284 Service List attached hereto as **Exhibit A**; (2) the PR Adv. 19-00285 Service List attached hereto as **Exhibit B**; (3) the PR Adv. 19-00286 Service List attached hereto as **Exhibit C**; (4) the PR Adv. 19-00287 Service List attached hereto as **Exhibit D**; (5) the PR Adv. 19-00288 Service List attached hereto as **Exhibit E**; (6) the PR Adv. 19-00355 Service List attached hereto as **Exhibit F**; (7) the PR Adv. 19-00357 Service List attached hereto as **Exhibit G**; (8) the PR Adv. 19-00358 Service List attached hereto as **Exhibit H**; (9) the PR Adv. 19-00359 Service List attached hereto as **Exhibit I**; and (10) the PR Adv. 19-00361 Service List attached hereto as **Exhibit J**:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Order Clarifying Effect of Prior Orders and Establishing Notice and Objection Process Regarding Disclosure of Confidential Information [Docket No. 8797]

On October 3, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Supplemental PR Adv. 19-00285 Service List attached hereto as **Exhibit K**:

- Order Clarifying Effect of Prior Orders and Establishing Notice and Objection Process Regarding Disclosure of Confidential Information [Docket No. 8797]

Dated: October 7, 2019

_____
Christian Rivera

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 7, 2019 by Christian Rivera, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

2

SRF 36378-36411

**<u>Exhibit A</u>**

## Exhibit A

Pursuant to Docket No. 16 in Adversary Proceeding 19-00284, these parties are filed under seal.

**<u>Exhibit B</u>**

## <u>Exhibit B</u>

Pursuant to Docket No. 23 in Adversary Proceeding 19-00285, these parties are filed under seal.

**<u>Exhibit C</u>**

## Exhibit C

Pursuant to Docket No. 16 in Adversary Proceeding 19-00286, these parties are filed under seal.

**<u>Exhibit D</u>**

## **Exhibit D**

Pursuant to Docket No. 15 in Adversary Proceeding 19-00287, these parties are filed under seal.

**<u>Exhibit E</u>**

## **Exhibit E**

Pursuant to Docket No. 16 in Adversary Proceeding 19-00288, these parties are filed under seal.

**<u>Exhibit F</u>**

Exhibit F

19-355 Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|-------|------|-----------|-----------|-----------|------|-------|-------------|
| 2151944 | JEFFERIES LLC | C/O ANDREW SOUTHERLING, ESQ. | MCGUIREWOODS | 2001 K STREET N.W. | WASHINGTON | DC | 20006 |
| 2151945 | NORTHERN TRUST COMPANY/OCH ZIFF CAPITAL MANAGEMENT | ATTN: LEGAL DEPT. | 50 SOUTH LASALLE STREET | | CHICAGO | IL | 60603 |

**Exhibit G**

## Exhibit G

Pursuant to Docket No. 32 in Adversary Proceeding 19-00357, these parties are filed under seal.

## Exhibit H

## Exhibit H

Pursuant to Docket No. 14 in Adversary Proceeding 19-00358, these parties are filed under seal.

**<u>Exhibit I</u>**

## Exhibit I

Pursuant to Docket No. 13 in Adversary Proceeding 19-00359, these parties are filed under seal.

**<u>Exhibit J</u>**

**<u>Exhibit J</u>**

Pursuant to Docket No. 22 in Adversary Proceeding 19-00361, these parties are filed under seal.

## Exhibit K

## Exhibit K

Pursuant to Docket No. 23 in Adversary Proceeding 19-00285, these parties are filed under seal.