# **EXHIBIT D**

| | |
|---|---|
| **From:** | Klein, Elisa (WIL) |
| **To:** | 'Luis Marini'; 'Carolina Velaz Rivero' |
| **Subject:** | RE: [Ext] RE: Lift Stay Notice ERS/UBS |
| **Date:** | 6/5/2019 10:39:30 AM |
| **CC:** | |
| **BCC:** | |

**Message:**
Hi Luis

I tried your office this morning but learned that you're out until later this afternoon. I was hoping we could touch base about our request to the lift the stay some time later today. Please let me know if there is a convenient time for you or if I should try to get in touch with Carolina instead.

Thanks!

Elisa

---

**From:** Klein, Elisa (WIL)
**Sent:** Tuesday, June 04, 2019 3:47 PM
**To:** 'Luis Marini'; Carolina Velaz Rivero
**Subject:** RE: [Ext] RE: Lift Stay Notice ERS/UBS

Hi Luis

I wanted to check in to see if you had any update on our request to lift the stay.  Please give me a call at your earliest convenience.

Thanks.

Elisa


**Elisa M.C. Klein**
Associate
**Skadden, Arps, Slate, Meagher & Flom LLP**
920 N. King Street | P.O. Box 636 | Wilmington | Delaware | 19899-0636
T: 302.651.3035 | F: 302.434.3035
elisa.klein@skadden.com

---

**From:** Luis Marini [mailto:lmarini@mpmlawpr.com]
**Sent:** Tuesday, May 28, 2019 11:38 AM
**To:** Carolina Velaz Rivero; Klein, Elisa (WIL)
**Subject:** [Ext] RE: Lift Stay Notice ERS/UBS

Hi Elisa,

1

Hope you are well.  We are working on this matter to see if we can propose a resolution, but we need additional time to consult with the lawyers handling this for ERS.  Please let me know if you would consent to an extension through next Monday.  We would expect to be in touch with you before then.

**LUIS C. MARINI BIAGGI**

| M | P | M |   **MARINI PIETRANTONI MUщZ LLC**

**Office** 787.705.2173 | **Fax** 787.936.7494
**Email** lmarini@mpmlawpr.com | **Web** mpmlawpr.com
250 Ponce de Le☐ve., Suite 900, San Juan PR 00918

This message and any attachments may contain information that is confidential, proprietary or protected by privilege from disclosure. If you are not an intended recipient, please notify the sender and delete the message and any attachments without reading, printing, copying, forwarding or saving them. Thank you.

> **From:** "Klein, Elisa" <Elisa.Klein@skadden.com>
> **Date:** May 21, 2019 at 5:43:19 PM AST
> **To:** "'cvelaz@mpmlawpr.com'" <cvelaz@mpmlawpr.com>
> **Subject: FW: Lift Stay Notice ERS/UBS**
>
> Hi Carolina
>
> It was nice speaking to you today.  My contact information is below.  Please don't hesitate to get in touch if there's any further information we can get you.
>
> Thanks.
>
> Elisa
>
>
> **Elisa M.C. Klein**
> Associate
> **Skadden, Arps, Slate, Meagher & Flom LLP**
> 920 N. King Street | P.O. Box 636 | Wilmington | Delaware | 19899-0636
> T: 302.651.3035 | F: 302.434.3035
> **elisa.klein@skadden.com**
>
>
>
> Begin forwarded message:
>
>> **From:** Carolina Velaz Rivero <cvelaz@mpmlawpr.com>
>> **Date:** May 20, 2019 at 6:32:24 PM EDT
>> **To:** "paul.lockwood@skadden.com" <paul.lockwood@skadden.com>
>> **Cc:** Luis Marini <lmarini@mpmlawpr.com>
>> **Subject: [Ext] Lift Stay Notice ERS/UBS**
>>
>> Atty. Lockwood,
>>
>> Hope this email finds you well. My colleague Luis Marini and I represent AAFAF in Title III matters, including the lift stay process. I wanted to

2

reach out to you regarding the lift stay notice forwarded on April 29, 2019 with regards to the case of *Administraciӧe los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura de Puerto Rico, et. al v. UBS Financial Services Incorporated of Puerto Rico, et al.*, Civ. No. KAC-2011-1067 (803). We are currently discussing the same with ERS and AAFAF to later discuss with the FOMB. Nevertheless, we do need a few additional days to finalize this process and, hopefully, present for your consideration a proposed modification language. Would it be possible to grant us 5 business days from today? The new deadline would be **May 28th, 2019**.

Thanks in advance,



**CAROLINA VELAZ RIVERO**

| M | P | M |   **MARINI PIETRANTONI MUщZ LLC**

**Office** 787.705.2171 | **Direct** 787.705.2175 | **Fax** 787.936.7494
**Email** cvelaz@mpmlawpr.com | **Web** mpmlawpr.com
250 Ponce de Leӧve., Suite 900, San Juan PR 00918

This message and any attachments may contain information that is confidential, proprietary or protected by privilege from disclosure. If you are not an intended recipient, please notify the sender and delete the message and any attachments without reading, printing, copying, forwarding or saving them. Thank you.

------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

======================================================================
======

**Attachments:**
    image001.png
    image004.png
    image005.png

3