**Objection Deadline: October 23, 2019 at 4:00 p.m. (AST)**
**Hearing Date: October 30, 2019 at 9:30 a.m. (AST)**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 03283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE COMMONWEALTH OF PUERTO RICO ("ERS"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 03566-LTS |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as bankruptcy case numbers due to software limitations).

### NOTICE OF HEARING ON MOTION OF UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO FOR RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that a hearing on the *Motion of UBS Financial Services Incorporated of Puerto Rico for Relief From the Automatic Stay* (the "Motion"), filed today by UBS Financial[2] (the "Movant"), will be held on **October 30, 2019 at 9:30 a.m. (Atlantic Standard Time)** (the "Hearing") at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections") to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Puerto Rico, shall be filed with the Court in accordance with Rule 5 of the Local Rules for the District of Puerto Rico, to the extent applicable, and shall be served in accordance with the Tenth Amended Case Management Procedures [Docket No. 8027-1], so as to be so filed and received no later than **October 23, 2019 at 4:00 p.m. (Atlantic Standard Time)** (the "Objection Deadline"), and served on counsel for UBS Financial, McConnell Valdes LLC, 270 Muñoz Rivera Avenue, Hato Rey, Puerto Rico 00918 (Attn: Roberto C. Quiñones-Rivera, Esq.) and Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899 (Attn: Paul J. Lockwood, Esq.).

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the District Court may enter an order granting the relief sought without a hearing pursuant to the Tenth Amended Case Management Procedures.

---

[2] Capitalized terms not defined in this Notice shall have the meanings ascribed to them in the Motion.

2

Dated: October 8, 2019

| | |
|---|---|
| OF COUNSEL:<br><br>SKADDEN, ARPS, SLATE, MEAGHER<br>   & FLOM LLP<br>Paul J. Lockwood (*admitted pro hac vice*)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899<br>Tel.: (302) 651-3000<br>Fax: (302) 651-3001 | McCONNELL VALDÉS LLC<br>270 Muñoz Rivera Ave.<br>Hato Rey, Puerto Rico 00918<br>Tel.: (787) 250-2631<br>Fax: (787) 759-9225<br><br>By: */s/ Roberto C. Quiñones-Rivera*<br>     Roberto C. Quiñones-Rivera, Esq.<br>     USDC-PR Bar No. 211512<br>     rcq@mcvpr.com<br><br>*Counsel for UBS Financial Services*<br>*Incorporated of Puerto Rico* |