# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO, | TITLE III |
| As representative of | No. 17 BK 3283-LTS (JOINTLY ADMINISTER) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | |
| Debtors. | |

**MOTION TO INFORM FILING OF AMENDED PROOF OF CLAIM NO. 1091-2[1] AS IT RELATES TO THE SIXTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (Dkt. No. 8297) AND THE RESPONSE THERETO (Dkt. No. 8563)**

**TO THE HONORABLE COURT:**

COMES NOW, Chapter 7 Trustee, Noreen Wiscovitch-Rentas, on behalf of the Noreen Wiscovitch Retirement Plan ("NW Retirement Plan") and respectfully informs the Court as follows:

1. The undersigned has filed an Amended Proof of Claim No. 1091-2 in the CM/ECF system (Prime Clerk No. 17144).

2. The amended is in connection with the oral arguments made at the hearing held on September 4, 2019 related to the Response to the Sixty-fourth Omnibus Objection to Claims (Dkt. No. 8563).

3. The Court continued the objection and the response for the October Omnibus Hearing.

---

[1] Prime Clerk Claim no. 17144.  CM/ECF claim No. 1091-2.

1

4. The undersigned informs that she will be attending the Omnibus Hearing set for October 30, 2019.

WHEREFORE, it is respectfully requested for the Court to take notice of the above.

I HEREBY CERTIFY that the foregoing has been sent to CM/ECF to all parties so subscribed on this 9th day of October, 2019.

Respectfully submitted this 9th day of October 2019 in San Juan, Puerto Rico.

/s Noreen Wiscovitch-Rentas
NOREEN WISCOVITCH RENTAS, Esq.
USDC No. 213606
PMB 136
400 Kalaf Street
San Juan, Puerto Rico 00918
Tel: (787) 946-0132
noreen@nwr-law.com