UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:                                                                                    PROMESA Title III

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of                                                  No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,              (Jointly Administered)
et al.,

    Debtors.[1]

-------------------------------------------------------------x

In re:                                                                                    PROMESA Title III

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of                                                  No. 19 BK 5523-LTS

PUERTO RICO PUBLIC BULDINGS
AUTHORITY,                                                                    (Joint Administration Requested)

    Debtor.

-------------------------------------------------------------x

ORDER PURSUANT TO PROMESA SECTION 304(G), DIRECTING JOINT
ADMINISTRATION OF INITIAL TITLE III CASES AND ADDITIONAL TITLE III CASE, AND (B)
PURSUANT TO SECTION 105(A) OF THE BANKRUPTCY CODE, MAKING CERTAIN ORDERS
<u>ENTERED IN THE INITIAL TITLE III CASES APPLICABLE TO THE ADDITIONAL TITLE III CASE</u>

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon the *Motion for Order Pursuant to PROMESA Section 304(g), Directing Joint Administration of Initial Title III Cases and Additional Title III Case, and (b) Pursuant to Section 105(a) of the Bankruptcy Code, Making Certain Orders Entered in the Initial Title III Cases Applicable to the Additional Title III Case* (Docket Entry No. 3 in Case No. 19-5523, the "Motion");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue is proper pursuant to PROMESA section 307(a); and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their creditors, and other parties in interest; and the Court having found that the Debtors provided adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The above-captioned Title III Cases are consolidated for procedural purposes only and shall be jointly administered by this Court under lead Case No. 17-BK-3283-LTS.

3. The caption of the jointly administered cases shall read as follows:

---

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.³ | PROMESA<br>Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |

4. An entry shall be made on the docket of the Additional Debtor's Title III Case (but not on the docket of the Commonwealth's Title III Case), substantially as follows:

> An order has been entered in accordance with PROMESA section 304(g) and Federal Rule of Bankruptcy Procedure 1015(b), made applicable to this Title III case by PROMESA section 310, directing the procedural consolidation and joint administration of the Title III cases of the Commonwealth of Puerto Rico and its affiliated debtors. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, lead Case No. 17-BK-3283-LTS; provided, however, that if the pleading or other paper relates solely to this Title III case, such pleading shall be filed in both the lead Case No. 17-BK-3283-LTS and this Title III case.

---

³ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

5. To the extent a party files a motion, pleading, application, objection, reply, response, or other similar court filing (any or all of the foregoing, a "Court Filing") applicable to fewer than all of the jointly administered Debtors, such party shall supplement the above case caption with a second case caption (positioned immediately underneath the main caption above) with the name(s) of the particular Debtor(s) and respective Title III case number(s) implicated by the party's Court Filing. If the Court Filing relates only to a particular Debtor or Debtors (other than the Commonwealth), such Court Filing shall be filed in both the lead Case No. 17-BK-3283-LTS and the applicable Title III case(s). A legend shall accompany the second (and any additional) case caption(s) stating that the Court Filing relates only to the applicable Debtor(s), and the pleading shall be filed in both the lead Case No. 17-BK-3283-LTS and the applicable Title III case(s).

6. The Clerk of the United States District Court for the District of Puerto Rico (the "Clerk's Office") shall maintain one consolidated docket and one file for each of the Title III Cases. The Clerk's Office may, for administrative purposes only, maintain the consolidated docket and the dockets of the underlying Title III Cases on the CM/ECF system of the United States Bankruptcy Court for the District of Puerto Rico. The notice, claims, and solicitation agent for the Title III Cases shall maintain one consolidated service list on behalf of the Clerk's Office.

7. Nothing contained in the Motion or this order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Debtors' cases.

8. The Preexisting Orders set forth in **Schedule A** to this Order are hereby made applicable to the Additional Debtor *nunc pro tunc* to the date of commencement of the

Additional Debtor's Title III case, as if the Additional Debtor were a debtor referred to in said orders, subject to the following modification:[4]

- The *Order Granting Motion for Entry of Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Bankruptcy Code Section 365(d)(4)* (Docket Entry No. 994 in Case No. 17-3283-LTS), and any other orders further extending such deadline, or otherwise modifying or amending such orders, shall apply to the Additional Debtor, provided, however, that, with respect solely to the Additional Debtor, the deadline to assume or reject any nonresidential real property lease be extended to April 23, 2020, with all rights reserved by the Additional Debtor to seek further extensions as contemplated by Bankruptcy Code section 365(d)(4)(B)(ii).

- The *Order Authorizing Employment and Payment of Prime Clerk LLC as Solicitation, Notice, and Claims Agent, Nunc Pro Tunc to the Petition Dates* (Docket Entry No. 245 in Case No. 17-3283) shall be extended to incorporate the Additional Debtor's retention of Prime Clerk LLC pursuant to the second amended and restated Engagement Letter attached to the Motion as **Exhibit B**.[5]

9. Notwithstanding any applicability of any Bankruptcy Rule, the terms and conditions of this order shall be immediately effective and enforceable upon its entry.

10. The Debtors and the Oversight Board, as the Debtors' representative, are authorized to take all actions, and to execute all documents, necessary or appropriate, to effectuate the relief granted in this order in accordance with the Motion.

11. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this order.

---

[4] Where PROMESA or the Bankruptcy Code sets a time frame to be calculated from the petition date, such time will be calculated separately for PBA from PBA's Petition Date.

[5] For the avoidance of doubt, the Third Amended and Restated Prime Clerk Engagement Letter attached to the Motion as **Exhibit B** shall apply to all Debtors as of the date of entry of this Order and shall supersede the *Second Amended and Restated Prime Clerk Engagement Letter attached to the PREPA Joint Administration Motion*, filed in Case No. 17-3283 as Docket Entry No. 1149.

12. This Order resolves Docket Entry Nos. 3 and 11 in Case No. 19-5523.

Dated: October 9, 2019

                                                             /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                            United States District Judge