## Schedule A

First Day Pleadings Pending Approval

1. Motion of PBA for Entry of Order (A) Approving Form of Notice of Commencement of Title III Case and (B) Manner of Service and Publication Thereof (Docket Entry No. 5 in Case No. 19-5523).

2. Motion of PBA for Entry of Order (A) Fixing Dates to File Creditor Matrix and List of Creditors and (B) Waiving Local Bankruptcy Rule 1007-1 (Docket Entry No. 4 in Case No. 19-5523).

Preexisting Orders

1. Order Pursuant to PROMESA Section 304(g) and Bankruptcy Rule 1015(b) Directing Joint Administration of Title III Cases and Granting Related Relief (Docket Entry No. 242 in Case No. 17-3283).

2. Order Authorizing Employment and Payment of Prime Clerk LLC as Solicitation, Notice, and Claims Agent, *Nunc Pro Tunc* to the Petition Dates (Docket Entry No. 245 in Case No. 17-3283).

3. A.     Order (A) Imposing and Rendering Applicable Local Bankruptcy Rules to These Title III Cases, (B) Authorizing Establishment or Certain Notice, Case Management, and Administrative Procedures, and (C) Granting Related Relief (Docket Entry No. 249 in Case No. 17-3283); and

    B.     Order Further Amending Case Management Procedures (Docket Entry No. 8027 in Case No. 17-3283).

4. Order Appointing Mediation Team (Docket Entry No. 430 in Case No. 17-3283.

5. Order Granting Motion for Entry of Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Bankruptcy Code Section 365(d)(4) (Docket Entry No. 994 in Case No. 17-3283).

6. A.     Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Docket Entry No. 1150 in Case No. 17-3283); and

    B.     Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Docket Entry No. 3269 in Case No. 17-3283).

7. Order on Fee Examiner's Motion to Impose Presumptive Standards and Timeliness Requirements for Professional Fee Applications (Docket Entry No. 3932 in Case No. 17-3283).

8. Order (A) Approving Limited Omnibus Objection Procedures, (B) Waiving the Requirement of Bankruptcy Rule 3007(e)(6), (C) Granting Related Relief and (D) Directing the Debtors to File on Presentment the Form of Notice (Docket Entry No. 4230 in Case No. 17-3283).