UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | ) PROMESA
) Title III
THE FINANCIAL OVERSIGHT AND )
MANAGEMENT BOARD FOR PUERTO RICO, ) No. 17 BK 3283-LTS
)
as representative of ) (Jointly Administered)
THE COMMONWEALTH OF PUERTO RICO, )
*et al.* )
)
Debtors. )
)
In re: )
) PROMESA
THE FINANCIAL OVERSIGHT AND ) Title III
MANAGEMENT BOARD FOR PUERTO RICO, )
) No. 17 BK 4780-LTS
as representative of )
PUERTO RICO ELECTRIC POWER )
AUTHORITY ("PREPA") )
)
Debtor.[1] )
) |

**NOTICE OF APPEARANCE**

**TO THE HONORABLE COURT:**

Comes now Cobra Acquisitions LLC ("Cobra" or "Contractor"), represented by the undersigned attorney, and very respectfully avers and prays as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. The undersigned attorney, Alana M. Vizcarrondo-Santana, who is associated with the law firm Reichard & Escalera, LLC, wishes to join the legal representation of the appearing party in the above-captioned case.

2. The mailing address of the law firm and of the undersigned attorney is as follows: PO Box 364148, San Juan, PR 00936-4148. The physical address is: MCS Plaza Building, Tenth Floor, 255 Ponce de León Avenue, Hato Rey, P.R. 00917.

**WHEREFORE**, it is respectfully requested from this Honorable Court to acknowledge the foregoing and join the undersigned attorney as part of the legal representation of the appearing party.

**I HEREBY CERTIFY** that on this date I electronically filed a copy of this document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties registered therein by operation of the Court's electronic filing system.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 10th day of October, 2019.

REICHARD & ESCALERA LLC
Attorneys for
*Cobra Acquisitions LLC* MCS Plaza, Suite 1000
255 Ave. Ponce de León
Hato Rey, PR 00918
P.O. Box 364148
San Juan, PR 00936-4148
Tel: (787) 777-8888/777-8812
Fax: (787) 765-4225


*/s/Alana M. Vizcarrondo-Santana*
U.S.D.C. No. 301614
E-mail: vizcarrondo@reichardescalera.com