# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------------X :
In re:                                                              :
                                                                    :
THE FINANCIAL OVERSIGHT AND                                         :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                   :    Title III
                                                                    :
        as representative of                                        :    Case No. 17-BK-3283 (LTS)
                                                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,                             :    (Jointly Administered)
                                                                    :
        Debtors.                                                    :
-------------------------------------------------------------------X
```

## NOTICE WITHDRAWING PROOF OF CLAIM

1. On 04/19/2018 the undersigned filed Claim # 6414 in the amount of $4,198.00.

2. Said claim is hereby withdrawn.

**RESPECTFULLY SUBMITTED.**
In San Juan, Puerto Rico, on October 10, 2019

EDGARDO MUÑOZ, PSC
364 Lafayette
San Juan, PR 00917-3113

Tel. (787) 753-3888
Fax (787) 753-1147

**s/ EDGARDO MUÑOZ**
    USDC NO. 125713
emunozPSC@gmail.com