## Exhibit A

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | Case No. 17-BK-4780-LTS<br><br>**This Court Filing Relates Only to PREPA and Shall Only Be Filed in PREPA′s Title III Case (Case No. 17-BK-4780-LTS)** |
| COBRA ACQUISITIONS LLC,<br><br>Movant,<br><br>v.<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of | **Re: ECF No. 17-BK-3283-LTS, ECF No. 8789.** |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

PUERTO RICO ELECTRIC POWER AUTHORITY,

  Respondent.

**ORDER GRANTING JOINT URGENT MOTION OF
THE OVERSIGHT BOARD, PREPA, AND AAFAF TO EXTEND ALL
APPLICABLE DEADLINES TO COBRA ACQUISITION LLC'S MOTION
FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS**

Upon consideration of the *Joint Urgent Motion of the Oversight Board, PREPA, and AAFAF to Extend all Applicable Deadlines to Cobra Acquisition LLC's Motion for Allowance and Payment of Administrative Expense Claims* (the "Urgent Motion")[2] by PREPA, by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as PREPA's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[3] and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), and the Court having found and determined that (i) the Court has jurisdiction over this proceeding and the Urgent Motion pursuant to PROMESA section 306(a); (ii) venue of this proceeding and the Urgent Motion is proper pursuant to PROMESA section 307(a); and (iii) the Court having found good cause to grant the relief requested therein, it is

**HEREBY ORDERED THAT:**

  1.  The Urgent Motion is GRANTED.

  2.  All litigation related to the Administrative Expense Motion is hereby stayed in all respects until the **January 29, 2020** omnibus hearing.

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Urgent Motion.
[3] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

2

3. Movants and Cobra shall file a joint status report (i) detailing the status of the criminal matter, (ii) detailing the status of the FEMA Investigation, (iii) providing a preliminary summary of potential factual disputes that will need to be tried in connection with the Administrative Expense Motion, and (iv) proposing a consensual pretrial schedule for discovery and briefing (if the parties can agree to such a schedule), by **4:00 p.m. (AST)** on **January 29, 2020**.

4. The Administrative Expense Motion is hereby continued for a status conference to be held on **January 29, 2020** at **9:30 a.m. (AST)**.

SO ORDERED.

Dated _____, 2019  
San Juan, Puerto Rico

_____  
HONORABLE LAURA TAYLOR SWAIN  
UNITED STATES DISTRICT JUDGE