# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA")<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS<br><br>**This document relates to the COFINA Title III case only and will be filed in the main case and COFINA Title III case.** |

### INFORMATIVE MOTION REGARDING EXTENSION OF UNITED STATES' DEADLINE TO RESPOND TO CLAIM OBJECTION

To the Honorable Laura Taylor Swain, U.S. District Court Judge:

The United States of America hereby informs the Court that the Financial Oversight and Management Board of Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority have consented to an extension of the United States' deadline to respond to the objection to the IRS's proofs of claim against the Puerto Rico Sales Tax Financing Corporation. The new deadline will be October 25, 2019 at 4:00 p.m. AST.

Dated:  October 11, 2019                           Respectfully submitted,

                                                         RICHARD E. ZUCKERMAN
                                                        Principal Deputy Assistant Attorney General

                                                        */s/ Ward W. Benson*
                                                        WARD W. BENSON
                                                        Trial Attorney, Tax Division
                                                        U.S. Department of Justice
                                                        Post Office Box 227
                                                        Washington, D.C. 20044
                                                        Telephone: 202-514-9642
                                                        Email: ward.w.benson@usdoj.gov
                                                        Attorney Bar No: G02102

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2019, I filed the foregoing INFORMATIVE MOTION with the clerk of the court using the CM/ECF system, which will send notification of such filing to all parties appearing in said system.

*/s/ Ward W. Benson*
WARD W. BENSON