UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | (Jointly Administered) |
| et al., | |
| Debtors.[1] | |

------------------------------------------------------------x

ORDER DIRECTING SUPPLEMENTAL BRIEFING REGARDING MOTION FOR ENTRY
OF AN ORDER (A) AUTHORIZING ADMINISTRATIVE RECONCILIATION OF CERTAIN
CLAIMS, (B) APPROVING ADDITIONAL FORM OF NOTICE, AND (C) GRANTING RELATED RELIEF

The Court has received and reviewed the *Motion for Entry of an Order (a) Authorizing Administrative Reconciliation of Certain Claims, (b) Approving Additional Form of Notice, and (c) Granting Related Relief* and accompanying materials (Docket Entry No. 8827 in Case No. 17-3283, the "ACR Procedures Motion") filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"). The Court has determined that it would benefit from the submission by the Oversight Board of further briefing clarifying and supporting the relief sought through the ACR Procedures Motion. Accordingly, on or before **October 16, 2019 at 5:00 p.m. (Atlantic Standard Time)**, the Oversight Board is directed to file a supplement to the ACR Procedures Motion that addresses (i) whether the ACR Procedures

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Motion contemplates procedures for resolution of claims for pension or retiree benefits, claims for tax refunds, claims for salaries and benefits owed to public employees, and union grievances (collectively, the "Administrative Claims") that would serve as a final basis for the allowance or disallowance of the proof of claim filed on account of each such Administrative Claim; and, if so, (ii) legal authority supporting the Title III Court's authority to recognize and apply the results of the relevant administrative proceedings in that manner.

SO ORDERED.

Dated: October 12, 2019

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge