## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Christine Porter, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On October 9, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the PR Adv. 19-00281 New Defendants Service List attached hereto as **Exhibit A**; (2) via First Class Mail on the PR Adv. 19-00282 New Defendants Service List attached hereto as **Exhibit B**; (3) via First Class Mail on the PR Adv. New Defendants 19-00283 Service List attached hereto as **Exhibit C**; (4) via First Class Mail on the PR Adv. 19-00356 New Defendants Service List attached hereto as **Exhibit D**:

- Order Regarding Stay Period and Mandatory Mediation [Docket No. 8244]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Motion of the Financial Oversight and Management Board for Puerto Rico, Acting Through its Special Claims Committee, for Entry of an Order Clarifying the Effect of Prior Orders and Establishing Notice and Objection Process Regarding Disclosure of Confidential Information [Docket No. 8728]

- Order Clarifying the Effect of Prior Orders and Establishing Notice and Objection Process Regarding Disclosure of Confidential Information [Docket No. 8797] (the ***"Clarification Order"***)

On October 9, 2019, at my direction and under my supervision, employees of Prime Clerk caused the Clarification Order to be served (1) via First Class Mail on the PR Adv. 19-00281 Existing Defendants Service List attached hereto as **Exhibit E**; (2) via First Class Mail on the PR Adv. 19-00282 Existing Defendants Service List attached hereto as **Exhibit F**; (3) via First Class Mail on the PR Adv. Existing Defendants 19-00283 Service List attached hereto as **Exhibit G**; and (4) via First Class Mail on the PR Adv. 19-00356 Existing Defendants Service List attached hereto as **Exhibit H**.

[*Remainder of page intentionally left blank*]

Dated: October 14, 2019

_____
Christine Porter

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 14, 2019, by Christine Porter, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 2023

SRF 36441

## **Exhibit A**

Pursuant to Docket No. 16 in Adversary Proceeding 19-00281, these parties are filed under seal.

**Exhibit B**

Pursuant to Docket No. 12 in Adversary Proceeding 19-00282, these parties are filed under seal.

## **Exhibit C**

Pursuant to Docket No. 10 in Adversary Proceeding 19-00283, these parties are filed under seal.

# **Exhibit D**

Pursuant to Docket No. 11 in Adversary Proceeding 19-00356, these parties are filed under seal.

## **Exhibit E**

Pursuant to Docket No. 16 in Adversary Proceeding 19-00281, these parties are filed under seal.

**<u>Exhibit F</u>**

Pursuant to Docket No. 12 in Adversary Proceeding 19-00282, these parties are filed under seal.

## **Exhibit G**

Pursuant to Docket No. 10 in Adversary Proceeding 19-00283, these parties are filed under seal.

## **Exhibit H**

Pursuant to Docket No. 11 in Adversary Proceeding 19-00356, these parties are filed under seal.