# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------ x
:
*In re*  :
:  PROMESA
THE FINANCIAL OVERSIGHT AND  :  Title III
MANAGEMENT BOARD FOR PUERTO RICO,  :
:
    as representative of  :  Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO,  :  (Jointly Administered)
*et al.*,[1]  :
:
    Debtors.  :
:
------------------------------------------------------------ x
:
*In re*  :
:  PROMESA
THE FINANCIAL OVERSIGHT AND  :  Title III
MANAGEMENT BOARD FOR PUERTO RICO,  :
:
    as representative of  :  Case No. 17-BK-04780 (LTS)
:
PUERTO RICO ELECTRIC POWER  :  **Court Filing Relates Only to PREPA**
AUTHORITY (PREPA),  :
:
    Debtor.  :
------------------------------------------------------------ x

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMIT WITH RESPECT TO MEMORANDUM OF LAW IN SUPPORT OF OBJECTION TO PREPA RSA SETTLEMENT MOTION

---

[1]     The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID:  3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID:  8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID:  3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID:  9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID:  3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523 –LTS) (Last Four Digits of Federal Tax ID: 3801).

-2-

Upon consideration of the *Urgent Motion for Leave to Exceed Page Limit With Respect to Memorandum of Law in Support of Objection to PREPA RSA Settlement Motion* (the "Motion"),[2] filed on October 14, 2019, and it appearing that (i) the Court has subject matter jurisdiction over this Motion pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); (ii) venue of this proceeding and the Motion is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); (iii) notice of the Motion was adequate and proper under the circumstances and no further or other notice need be given; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED to the extent set forth herein.

2. Cortland and Solus may file an objection to the Settlement Motion not to exceed ninety (90) pages, exclusive of the cover page, the table of contents, the table of authorities, the signature page, exhibits, and the certificate of service.

Dated: _____, 2019

_____
Honorable Laura Taylor Swain
United States District Judge

---

[2] Capitalized terms not defined have the meanings given in the Motion.