# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
---------------------------------------------------------  x
                                                           :
In re                                                      :
                                                           :
                                                           :   PROMESA
THE FINANCIAL OVERSIGHT AND                                :   Title III
MANAGEMENT BOARD FOR PUERTO RICO,                          :
                                                           :
      as representative of                                 :   Case No. 17-BK-3283 (LTS)
                                                           :
THE COMMONWEALTH OF PUERTO RICO,                           :   (Jointly Administered)
et al.,                                                    :
                                                           :
          Debtors.¹                                        :
                                                           :
---------------------------------------------------------  x
                                                           :
In re                                                      :
                                                           :
                                                           :   PROMESA
THE FINANCIAL OVERSIGHT AND                                :   Title III
MANAGEMENT BOARD FOR PUERTO RICO,                          :
                                                           :
      as representative of                                 :
                                                           :   Case No. 17-BK-04780-LTS
PUERTO RICO ELECTRICAL POWER                               :
AUTHORITY (PREPA),                                         :   Court Filing Relates Only to PREPA
                                                           :
          Debtor.                                          :
---------------------------------------------------------  x
```

## JOINT INFORMATIVE MOTION REGARDING SCHEDULE FOR MOTION TO COMPEL DEPOSITIONS OF NELSON MORALES AND JOSÉ ROQUE TORRES

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Cortland Capital Market Services LLC ("Cortland"), as successor administrative agent for lenders under a Credit Agreement, dated May 4, 2012, among PREPA, Scotiabank de Puerto Rico, and certain lenders; SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Ultra NB LLC (collectively, "Solus"), as lenders to PREPA under the Scotiabank Credit Agreement and under a Trade Finance Facility Agreement, dated July 20, 2012, between PREPA and Citibank, N.A.; the Puerto Rico Electric Power Authority ("PREPA"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as PREPA's representative pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act; and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF" and, together with Cortland, Solus, PREPA, and the Oversight Board, the "Parties") respectfully submit this informative motion regarding the deadlines for Cortland and Solus to file a motion to compel the deposition testimony of Nelson Morales and José Roque Torres.

1.      On September 13, 2019, the Court entered the *Fourth Revised Order Extending and Establishing Certain Deadlines Applicable to the Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(a)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement [ECF No. 1235]* (the "Scheduling Order") [ECF No. 1639].

2.      The Scheduling Order contemplates the filing of a motion to compel regarding Cortland's and Solus's notices of deposition of Nelson Morales and José Roque Torres within five days of the 30(b)(6) deposition of PREPA.

3.      The Parties are in discussions to narrow or avoid the depositions of Mr. Morales and Mr. Roque.  In the interest of reaching a consensual resolution, the parties hereby agree that:

A.     Cortland's and Solus's deadline to file the motion to compel the depositions of Mr. Morales and Mr. Roque is October 23, 2019.

B.     If the Court orders AAFAF, PREPA, and/or the Oversight Board to make Mr. Morales and/or Mr. Roque available for deposition, then the "deadline for completion of fact discovery" provided in the Scheduling Order shall be extended as to these two depositions until each deposition is completed.

C.     None of the Parties' agreements reflected in this informative motion shall affect any other deadlines provided for under the Scheduling Order.

Dated:  October 15, 2019                    Respectfully submitted,


 /s/ Nayuan Zouairabani                      /s/ Emil A. Kleinhaus
Nayuan Zouairabani                          Richard G. Mason (admitted *pro hac vice*)
USDC-PR No. 226411                          John F. Lynch (admitted *pro hac vice*)
MCCONNELL VALDÉS LLC                         Emil A. Kleinhaus (admitted *pro hac vice*)
270 Muñoz Rivera Avenue, Suite 7            Angela K. Herring (admitted *pro hac vice*)
Hato Rey, Puerto Rico  00918                WACHTELL, LIPTON, ROSEN & KATZ
P.O. Box 364225                             51 West 52nd Street
San Juan, Puerto Rico  00936-4225           New York, New York  10019
Telephone:  (787) 250-5604                  Telephone:  (212) 403-1000
Facsimile:  (787) 759-9225                  Facsimile:  (212) 403-2000
Email:  nzt@mcvpr.com                       Email:  rgmason@wlrk.com
                                                    jlynch@wlrk.com
                                                    eakleinhaus@wlrk.com
                                                    akherring@wlrk.com

                                            *Attorneys for Cortland Capital Market
                                            Services LLC, as Administrative Agent*



 /s/ Jose L. Ramirez-Coll                    /s/ Bryce L. Friedman
Jose L. Ramirez-Coll                        Bryce L. Friedman (admitted *pro hac vice*)
USDC-PR No. 221702                          Nicholas Baker (admitted *pro hac vice*)
ANTONETTI, MONTALVO                          Sarah E. Phillips (admitted *pro hac vice*)
& RAMIREZ-COLL                              SIMPSON THACHER & BARTLETT LLP
P.O. Box 13128                              425 Lexington Avenue
San Juan, Puerto Rico  00908                New York, New York  10017
Telephone:  (787) 977-0303                  Telephone:  (212) 455-2000
Facsimile:  (787) 977-0323                  Facsimile:  (212) 455-2502
Email:  jramirez@amrclaw.com                Email:  bfriedman@stblaw.com
                                                    nbaker@stblaw.com
                                                    sarah.phillips@stblaw.com

                                            *Attorneys for SOLA LTD, Solus Opportunities
                                            Fund 5 LP, Ultra Master LTD, and Ultra NB
                                            LLC*

 /s/ Luis F. del Valle Emmanuelli
Luis F. del Valle Emmanuelli
DEL VALLE EMMANUELLI LAW
OFFICES
P.O. Box 79897
San Juan, Puerto Rico  00984-9897
Telephone:  (787) 977-1932
Facsimile:  (787) 722-1932
Email:  dvelawoffices@gmail.com

*Co-Attorneys for the Financial Oversight and Management Board for Puerto Rico and as representative of the Puerto Rico Electric Power Authority*

 /s/ Katiuska Bolaños
Katiuska Bolaños
USDC-PR 231812
DÍAZ & VÁZQUEZ LAW FIRM, P.S.C.
290 Jesús T. Piñero Ave.
Scotiabank Tower, Suite 11-E
San Juan, Puerto Rico  00918
PO Box 11689
San Juan, PR  00922-1689
Telephone:  (787) 458-8276
Email:  kbolanos@diazvaz.com

*Co-Attorneys for Puerto Rico Electric Power Authority*

 /s/ Margaret A. Dale
Martin J. Bienenstock (admitted *pro hac vice*)
Paul V. Possinger (admitted *pro hac vice*)
Ehud Barak (admitted *pro hac vice*)
Margaret A. Dale (admitted *pro hac vice*)
Gregg M. Mashberg (admitted *pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY  10036
Telephone:  (212) 969-3000
Facsimile:  (212) 969-2900
Email:  mbienenstock@proskauer.com
        ppossinger@proskauer.com
        ebarak@proskauer.com
        mdale@proskauer.com
        gmashberg@proskauer.com

*Attorneys for the Financial Oversight and Management Board for Puerto Rico and as representative of the Puerto Rico Electric Power Authority*

 /s/ Elizabeth L. McKeen
John J. Rapisardi (admitted *pro hac vice*)
Nancy A. Mitchell (admitted *pro hac vice*)
Peter Friedman (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
7 Times Square
New York, NY  10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061
Email:  jrapisardi@omm.com
        nmitchell@omm.com
        pfriedman@omm.com

-and-

Elizabeth L. McKeen (admitted *pro hac vice*)
Ashley M. Pavel (admitted *pro hac vice*)
610 Newport Center Drive, 17th Floor
Newport Beach, CA  92660
Telephone:  (949) 823-6900
Facsimile:  (949) 823-6994
Email:  emckeen@omm.com
        apavel@omm.com

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority and the Puerto Rico Electric Power Authority*