UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

   Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, James Mapplethorpe, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On October 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Master Service List attached hereto as **Exhibit A**:

- Motion for Entry of an Order (A) Authorizing Administrative Reconciliation of Certain Claims, (B) Approving Additional Form of Notice, and (C) Granting Related Relief [Docket No. 8827]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: October 15, 2019

James Mapplethorpe

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 15, 2019, by James Mapplethorpe, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 2023

SRF 36597

**Exhibit A**

Exhibit A

Master Service List

Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Defendant in Adversary Proceeding 19-00296 | Alan Friedman | 124 Lander Ave.<br>Staten Island NY 10314 |
| Counsel to Cooperativa De Ahorro Y Credito Zeno Gandia, Cooperativa De Ahorro Y Credito Abraham Rosa, Cooperativa De Ahorro Y Credito De Aguada, Cooperativa De Ahorro Y Credito Vega Alta, Cooperativa De Ahorro Y Credito El Valenciano, Fidecoop, Cooperativa De Ahorro Y Credito De Rincon, Cooperativa De Ahorro Y Credito De Lares Y Region Central, Fondo de Inversión y Desarrollo Cooperativo, Inc., and Cooperativa de Ahorro y Crédito Vega Alta | Almeida & Dávila, P.S.C. | Attn: Enrique M. Almeida Bernal and Zelma Dávila Carrasquillo<br>PO Box 191757<br>San Juan PR 00919-1757 |
| Federal Agency | AmeriCorps | Attn: Kim Mansaray<br>1201 New York Ave., NW<br>Washington DC 20525 |
| Antilles Power Depot, Inc. | Antilles Power Depot, Inc. | Attn: Raymond Texidor<br>PO Box 810190<br>Carolina PR 00981-0190 |
| Asociación de Empleados Gerenciales del Fondo del Seguro del Estado | Asociación de Empleados Gerenciales del Fondo del Seguro del Estado | PO Box 71325 Suite 84<br>San Juan PR 00936 |
| Counsel to Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. | Asociación de Profesoras y Profesores del Recinto Universitario de Mayagüez, Inc. | Apartado Postal 2227<br>Mayagüez PR 00681 |
| Autonomous Municipality of Ponce, creditor and party-in-interest | Autonomous Municipality of Ponce | PO Box 331709<br>Ponce PR 00733-1709 |
| Counsel to Aida Rossy Clemente | Carlos Alsina Batista Law Offices, PSC | Attn: Carlos C. Alsina Batista<br>1519 Ponce De León Ave.<br>Firstbank Bldg., Suite 513<br>San Juan PR 00909 |
| United States District Court for the District of Puerto Rico | Chambers of Honorable Laura Taylor Swain | Daniel Patrick Moynihan Courthouse<br>United States District Court<br>500 Pearl St., Suite 3212<br>New York NY 10007-1312 |
| Intervenor in Adversary Proceeding 17-00250 | Cohen, Weiss and Simon LLP | Attn: Hiram M. Arnaud<br>900 Third Ave<br>21st Floor<br>New York NY 10022 |
| PBA Top 20 Creditor | CORRECTION CORPORATION OF AMERICA | 10 BURTON HILLS BOULEVARD<br>Nashville TN 37215 |
| Plaintiff in Adv. Proc. No. 19-00364 | Davidson Kempner Capital Management LP | 520 Madison Avenue<br>30th Floor<br>New York NY 10022 |
| Puerto Rico Department of Justice | Departamento de Justicia de Puerto Rico | Apartado 9020192<br>San Juan PR 00902-0192 |
| Federal Agency | Department of Defense (DOD) | Attn: Patrick Shanahan<br>1400 Defense Pentagon<br>Washington DC 20301-1400 |
| Federal Agency | Department of Energy (DOE) | Attn: Rick Perry<br>1000 Independence Ave., SW<br>Washington DC 20585 |

Exhibit A
Master Service List
Served via First Class Mail

| | | |
|---|---|---|
| Federal Agency | Department of Homeland Security (DHS) | Attn: Kirstjen M. Nielsen<br>245 Murray Lane., SW<br>Washington DC 20528-0075 |
| Federal Agency | Department of Housing and Urban Development (HUD) | Attn: Ben Carson<br>451 7th Street., SW<br>Washington DC 20410 |
| Federal Agency | Department of Human and Health Services | Attn: Alex Azar<br>200 Independence Ave, SW<br>Washington DC 20201 |
| Federal Agency | Department of the Interior (DOI) | Attn: David Bernhardt<br>1849 C St., NW<br>Washington DC 20240 |
| Federal Agency | Department of Transportation (DOT) | Attn: Elaine L. Chao<br>1200 New Jersey Ave., SE<br>Washington DC 20590 |
| Federal Agency | Department of Veterans Affairs (VA) | Attn: Robert Wilkie<br>810 Vermont Ave., NW<br>Washington DC 20420 |
| Counsel to Popular, Inc., Popular Securities, LLC and Banco Popular de Puerto Rico | Donna A. Maldonado-Rivera | Popular Center-9th Floor<br>209 Muñoz Rivera Ave.<br>San Juan PR 00918 |
| Federal Agency | Economic and Statistics Administrations | Attn: Brad Burke<br>1401 Constitution Ave., NW<br>Washington DC 20230 |
| Edgordo Seda Arroyo, Interested Party | Edgordo Seda Arroyo | 35299-054, Federal Correctional Complex<br>UPS 2, PO Box 1034<br>Coleman FL 33521-1034 |
| Federal Agency | Federal Communications Commission (FCC) | Attn: Ajit Pai<br>445 12th St., SW<br>Washington DC 20554 |
| Federal Agency | Federal Emergency Management Agency (FEMA) | Attn: Bob Fenton<br>500 C St., SW<br>Washington DC 20472 |
| Interested Party | Ferrovial Agroman, SA | Attn: Eng. Nassin E. Tactuk Diná<br>1250 Ponce De Leon Ave.<br>San José Building Suite 901<br>San Juan PR 00902 |
| PBA Top 20 Creditor | G RG ENGINEERING S E | URB. BELISA 1515 CALLE BORI<br>San Juan PR 00928 |
| Defendant | Ing. José F. Ortiz Vázquez | Director Ejecutivo de la Autoridad de Energía Eléctrica. S<br>Avenida Ponce de León, Parada 17 ½, Edificio NEOS<br>Octavo Piso<br>Santurce PR 00936-4267 |
| Integrand Assurance Company | Integrand Assurance Company | PO Box 70128<br>San Juan PR 00936-8128 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Page 2 of 5

Exhibit A
Master Service List
Served via First Class Mail

| | | |
|---|---|---|
| Counsel to PFZ Properties, Inc. | Jack Katz | ESJ Towers<br>6165 Isla Verde Ave<br>Carolina PR 00979-5729 |
| Jaime Rodríguez Avilés, Interested Party | Jaime Rodríguez Avilés | 128 Apartament 201 Edificio Bernardo Torres<br>Sector La Trocha<br>Yauco PR 00698 |
| The Board of Trustees of the Puerto Rico Electric Power Authority Employees' Retirement System, Juan Carlos Adrover, Sammy Ramírez and Alvin Román | Junta de Síndicos del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica | Sistema de Retiro AEE<br>PO Box 13978<br>San Juan PR 00908-3978 |
| Counsel to Kanoso Auto Sales Inc. | Kanoso Auto Sales Inc. | Attn: Jose A. Crespo Gonzalez, President<br>PO Box 1446<br>San German PR 00683 |
| Counsel to Major COFINA Bondholders & Mutual Fund Group, Oppenheimer Funds, and Ad Hoc Group of PREPA Bondholders, Counsel for the Invesco/Oppenheimer Funds | Kramer Levin Naftalis & Frankel, LLP | Attn: Amy Caton, Thomas Moers Mayer, David E. Blabey, Jr., Douglas Buckley, P. Bradley O'Neill, Gregory A. Horowitz, Natan Hamerman, Alice J. Byowitz, and Natan Hamerman<br>1177 Avenue of the Americas<br>New York NY 10036 |
| Interested Party | Liberty Cablevision of Puerto Rico, LLC | Attn: Alexandra Verdiales<br>PO Box 192296<br>San Juan PR 00919-2296 |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero<br>PO Box 190095<br>San Juan PR 00919-0095 |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero<br>Triple S Plaza, 1510 F.D. Roosevelt Ave.<br>9th Floor, Suite 9 B1<br>Guaynabo PR 00968 |
| Counsel to Metro Pavia Health System | Metro Pavia Health System | Attn: Zarel J Soto Acaba<br>PO Box 3180<br>Carolina PR 00984 |
| PBA Top 20 Creditor | MUNIZ BURGOS CONTRACTORS, CORP. | Condominio Parque de las Fuentes PH204<br>680 Calle Cesar Gonzalez<br>San Juan PR 00918-3912 |
| Counsel to Pablo Del Valle Rivera and María A. Martínez, Tenants in Common and Fideicomiso Del Valle Martinez II | Pablo Del Valle Rivera | PO Box 2319<br>Toa Baja PR 00951-2319 |
| Debtors | Puerto Rico Electric Power Authority | Attn: Office Of The General Counsel<br>PO Box 364267<br>San Juan PR 00936-4267 |
| Members of Creditor's Committee | Puerto Rico Hospital Supply | Call Box 158<br>Carolina PR 00986-0158 |
| Puerto Rico Industrial Development Company | Puerto Rico Industrial Development Company | Attn: Gabriel Maldonado<br>PO Box 362350<br>San Juan PR 00936-2350 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Exhibit A
Master Service List
Served via First Class Mail

| | | |
|---|---|---|
| Counsel to the COFINA Senior Bondholders | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani, Eric Winston, Daniel Salinas, Eric Kay, Kate Scherling<br>51 Madison Avenue<br>22nd Floor<br>New York NY 10010 |
| PBA Top 20 Creditor | QUINTERO CONSTRUCTION S E | Carr 734 Km 0.5 Bo Arenas<br>Cidra PR 00739 |
| Reliable Equipment Corporation | Reliable Equipment Corporation | Attn: Marylin Del Valle, General Manager, Reliable Equipment Corporation<br>PO Box 2316<br>Toa Baja PR 00951-2316 |
| Rene Pinto-Lugo, et al., Plaintiff in Adversary Proceeding 18-00041 | Rene Pinto-Lugo | PO Box 13531<br>San Juan PR 00908 |
| Ricardo Rosello Nevares, Defendant in Adversary Proceeding 17-00250 and 18-00053 | Ricardo Rosello Nevares | Through the Secretary of Justice<br>Calle Fortaleza #63<br>Viejo San Juan PR 00901 |
| Counsel to The Bank of New York Mellon, as trustee, Total Petroleum Puerto Rico Corp., Siemens Transportation Partnership Puerto Rico, S.E., and Siemens Corporation | Sepulvado & Maldonado, PSC | Attn: Elaine Maldonado Matias, Aníbal J. Núñez González, Aurivette Deliz Delgado, & Albéniz Couret Fuentes<br>304 Ave Ponce De Leon # 990<br>San Juan PR 00918-2029 |
| Counsel to Sola Ltd, Solus Opportunities Fund 5 LP, and Ultra Master Ltd. | Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Bryce L. Friedman, Nicholas Baker & Edward R. Linden<br>425 Lexington Avenue<br>New York NY 10017-3954 |
| Federal Agency | Small Business Administration (SBA) | Attn: Linda McMahon<br>409 3rd St., SW<br>Washington DC 20416 |
| SOMOS, Inc. | SOMOS, Inc. | 1605 Ponce De Leon Avenue<br>Suite 300, San Martin Bldg.<br>San Juan PR 00909 |
| Counsel to Autonomous Municipality of Ponce | Stradling Yocca Carlson & Rauth, PC | Attn: Paul R. Glassman<br>100 Wilshire Boulevard<br>Santa Monica CA 90401 |
| Members of Creditor's Committee | The American Federation of Teachers (AFT) | Attn: Mark Richard<br>555 New Jersey Ave., NW<br>11th Floor<br>Washington DC 20001 |
| Counsel to Vitol S.A., Defendant in Adversary Proceeding 17-00221 | The Law Offices of Andres W. Lopez, P.S.C. | Attn: Andres W. Lopez<br>PO Box 13909<br>San Juan PR 00918 |
| Unión de Médicos de la Corporación del Fondo del Seguro del Estado | Unión de Médicos de la Corporación del Fondo del Seguro del Estado | PO Box 70344, CMM33<br>San Juan PR 00936-8344 |
| Members of Creditor's Committee | Unitech Engineering | Attn: Ramón Ortiz Carro<br>Urb Sabanera<br>40 Camino de la Cascada<br>Cidra PR 00739 |
| Federal Agency | US Army Corps of Engineers | Attn: Todd T. Semonite<br>441 G St., NW<br>Washington DC 20548 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Page 4 of 5

Exhibit A
Master Service List
Served via First Class Mail

| | | |
|---|---|---|
| Office of the United States Attorney for the District of Puerto Rico | US Attorney for the District of Puerto Rico | Attn: Rosa E. Rodriguez-Velez, U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan PR 00918 |
| Federal Agency | US Department of Agriculture | Attn: Sonny Perdue<br>1400 Independence Ave., SW<br>Washington DC 20250 |
| Federal Agency | US Department of Commerce | Attn: Wilbur Ross<br>1401 Constitution Ave., NW<br>Washington DC 20230 |
| Federal Agency | US Department of Education (ED) | Attn: Betsy DeVos<br>400 Maryland Ave., SW<br>Washington DC 20202 |
| Federal Agency | US Department of Health and Services | Attn: Amanda Barlow<br>330 C St., SW<br>Washington DC 20201 |
| Federal Agency | US Department of Justice (DOJ) | Attn: William Barr<br>950 Pennsylvania Ave., NW<br>Washington DC 20530 |
| Federal Agency | US Department of Labor (DOL) | Attn: Alexander R. Acosta<br>Office of the Solicitor, N-2700<br>Frances Perkins Building, 200 Constitution Ave<br>Washington DC 20210 |