# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | ) **PROMESA** <br> ) **Title III** <br> ) <br> **THE FINANCIAL OVERSIGHT AND** ) **No. 17 BK 3283-LTS** <br> **MANAGEMENT BOARD FOR PUERTO RICO,** ) <br> ) <br> ) **(Jointly Administered)** <br> ) <br> As a representative of ) <br> ) <br> **THE COMMONWEALTH OF PUERTO RICO** ) **Re: ECF No. 1604** <br> ***et al.*,** ) <br> ) **Hearing date:** November 15, 2017 at 9:30 a.m. <br> **Debtors.**[1] ) (Atlantic Standard Time) <br> ) <br> ) |

**MOTION SUBMITTING SUPPORTING DECLARATION TO *FEE EXAMINER'S LIMITED OBJECTION TO THE AMENDED FIRST INTERIM APPLICATION OF DUFF & PHELPS LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INDEPEDENT FORENSIC ANALYSIS TEAM TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE DEBTOR, THE COMMONWEALTH OF PUERTO RICO, FOR THE PERIOD OF NOVEMBER 1, 2018 THROUGH JANUARY 31, 2019* (Docket 8862)**

**COMES NOW** The Fee Examiner appointed in these cases, though its undersigned counsel, and respectfully STATES and PRAYS:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. Yesterday, October 15, 2019, the Fee Examiner filed the *Fee Examiner's Limited Objection to the Amended First Interim Application of Duff & Phelps LLC For Allowance Of Compensation For Services Rendered And Reimbursement of Expenses Incurred As Independent Forensic Analysis Team To The Financial Oversight And Management Board For Puerto Rico, As Representative Of The Debtor, The Commonwealth Of Puerto Rico, For The Period Of November 1, 2018 Through January 31, 2019* (Docket 8862).

2. By inadvertence, the supporting declaration of Katherine Stadler (referenced in the motion) was not included in the filing, and by error was replaced by a duplicative filing of the referenced Limited Objection (See, Docket No. 8862-1).

3. By way of the instant motion the Fee Examiner hereby submits the supporting declaration of Katherine Stadler in support of the Fee Examiner's Limited Objection (Docket No. 8862), with the prayer that it be joined and made part of the referenced filing.

**WHEREFORE,** the Fee Examiner respectfully requests that the Court take notice of the aforementioned and accept the accompanying supporting declaration in support of the Limited Objection at Docket No. 8862.

Dated this 16th day of October, 2019.

**WE HEREBY CERTIFY** that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

EDGE Legal Strategies, PSC

*s/Eyck O. Lugo*
Eyck O. Lugo
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Telephone: (787) 522-2000
Facsimile: (787) 522-2010

*Puerto Rico Counsel for Fee Examiner*