M. Aggar
840 Huffaker Estates Cir
Reno, NV 89511

CERTIFIED MAIL

RENO NV 895
10 OCT 2019 PM 2 T

7019 0700 0001 7773 5583

Clerk of US Distt Court for Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

U.S. POSTAGE PAID
FCM LETTER
SPARKS, NV
89431
OCT 10, 19
AMOUNT
$4.05
R2305K141339-2

00918@1706