IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

    Debtors.[1]

-------------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## **ORDER**

    This matter is before the Court on the *Motion Informing Compliance with Rule 2004 Request* (Dkt. No. 8842) (the "Motion"). Therein, the Debtor represents that it has complied with Movant's pending Rule 2004 Motion (Dkt. No. 6871) and asks the Court to enter an order "to determine that Movant's Rule 2004 request was complied with."

    Per the Tenth Amended Case Management Procedures (Dkt. No. 8027 in Case No. 17-BK-3283, at ¶ 1H), "[a]ll Urgent Motions must be preceded by reasonable, good-faith communications in an effort to resolve or narrow the issues that are being brought to the Court

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

in such Urgent Motion request. All Urgent Motions shall have a certification that reasonable, good faith communications took place, and if there is knowledge that there will be an objection to the Urgent Motion, the anticipation of an objection shall be prominently disclosed in the Urgent Motion." It appears that the parties have not conferred with respect to the Motion and the Motion is silent as to whether Movant agrees that Debtor has fully responded to its Rule 2004 request. The Court hereby orders the parties to meet and confer on the Motion and provide the Court with a brief joint status report indicating whether any issues remain under the Rule 2004 request by **4:00 p.m. on October 21, 2019**.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: October 16, 2019