# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ------------------------------------------------------------------ | x : | |
| *In re* | : : | |
| | : | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : : : | Title III |
| as representative of | : : | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | : : : | (Jointly Administered) |
| Debtors.[1] | : : : | |
| ------------------------------------------------------------------ | x : | |
| *In re* | : : | |
| | : | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : : : | Title III |
| as representative of | : : | Case No. 17-BK-04780 (LTS) |
| PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA), | : : : | |
| Debtor. | : | |
| ------------------------------------------------------------------ | x | |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

## **ORDER**

This matter is before the Court on the *Fuel Line Lenders' Urgent Motion for Leave to Exceed Page Limit with Respect to Objection to PREPA Settlement Motion* (Dkt. No. 1658 in 17-BK-4780; Dkt. No. 8857 in 17-BK-3283) (the "Motion").[2]  Taking note of the agreement among the parties, the Court hereby ALLOWS the Motion.  The Fuel Line Lenders may file an Objection of no more than ninety (90) pages, exclusive of the cover page, table of contents and authorities, signature page, exhibits, and certificate of service.

This order resolves Dkt. Nos. 1658 in 17-BK-4780 and 8857 in 17-BK-3283.

SO ORDERED.

Dated: October 16, 2019

   /s/ Judith G. Dein
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE

---

[2] Capitalized terms not defined have the meanings given to them in the Motion.