# EXHIBIT 1

## TITLE III STAY MODIFICATIONS AGREED TO BY THE DEBTORS FROM AUGUST 10, 2019 THROUGH OCTOBER 8, 2019

|  | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| 1. | *Vázquez Quintana v. Liana Fiol Matta, et als.,*<br><br>Civil No. 19-cv-1491-JAG<br><br>United States District Court for the District of Puerto Rico<br><br>Civil Action in damages | Enrique Vázquez Quintana | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to final judgment before the District Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment for money damages, backpay and provisional remedies against the Commonwealth or any other Title III Debtor. | September 10, 2019 |
| 2. | *Juan Carlos Perez-Irene And Others v. Puerto Rico Electric Power Authority*<br><br>Case No. CC-2019-0515<br><br>Supreme Court of Puerto Rico<br><br>Personal Injury Action | Juan Carlos Perez-Irene, Chinese Oyola Meléndez, Ismael Pérez-Padilla, Yomaira Huertas-Marrero, for herself and in representation of her minor daughters ASH and GSH, Betsy Rivera-Rivera, Carlos Manuel Sánchez-Coriano, Carlos Javier Sánchez-Rivera, Verónica Morales-Ayala, José Claudio-Ramírez, Cynthia Rivera-Muñoz, Pablo | Puerto Rico Electric Power Authority | The Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed to judgment before the Supreme Court; provided, however, that the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against PREPA, if any, or any other Title III Debtor. | September 11, 2019 |

1

|   | **CASE INFORMATION** | **MOVANT** | **DEBTOR** | **BRIEF DESCRIPTION OF THE MODIFICATION** | **STIPULATION DATE** |
|---|---|---|---|---|---|
|   |   | Claudio-Casiano, and María Judith Ramírez-Salinas |   |   |   |
| 3. | *Ares, et al. v. Secretario del Trabajo,* Civil No. SJ2017-2280 Voluntary Retirement / Employment Action | Gilberto Ares Candelaria, Nilda Barbosa Rodríguez, Ana Collazo Guzmán, Arnaldo Colón Colón, Melvin Colón Vélez, Ángel De Jesús Fernández, Maribel García Cruz, Carlos González Juarbe, Marilyn Hernández Santiago, Carmen López Hernández, Tomás Montañez Rosado, Julia Peña De Jesús, Evelyn Pratts Collazo, Norma Rivera Nieves, Edna Sáez Sánchez, Manuel Sánchez Incle, Juan Sierra Ortega | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to final judgment before the Prepetition Court, Court of Appeals of Puerto Rico, and Supreme Court of Puerto Rico; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages, backpay and provisional remedies against the Commonwealth or any other Title III Debtor. | September 25, 2019 |
| 4. | *José E. López Medina, et al v. Puerto Rico Police Department, et al,* Civil No. KLRX201800035 | José E. López Medina | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to final judgment before the Court of Appeals of Puerto Rico and the Supreme Court of Puerto Rico; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, | September 26, 2019 |

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| | Court of Appeals of Puerto Rico<br><br>Employment Action | | | including, but not limited to, the execution and enforcement of any judgment for money damages, backpay and provisional remedies against the Commonwealth or any other Title III Debtor. | |
| 5. | *Vergil Almodóvar Sánchez v. Policía de Puerto Rico, et al.*,<br><br>Civil No. 17P-119<br><br>Comisión de Investigación, Procesamiento y Apelación ("CIPA")<br><br>Employment Action | Vergil Almodóvar Sánchez | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to final judgment before CIPA, the Court of Appeals of Puerto Rico, and the Supreme Court of Puerto Rico; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment for money damages, backpay and provisional remedies against the Commonwealth or any other Title III Debtor. | October 3, 2019 |