# EXHIBIT 2

# TITLE III STAY MODIFICATIONS AGREED TO BY THE DEBTORS[3]

|   | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | MODIFICATION DATE |
|---|---|---|---|---|---|
| 1. | *ACT v. Samuel Hernandez Ortiz*<br><br>Case No. K EF2016-0050 (1003)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Samuel Hernandez Ortiz | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement any amounts consigned to the Prepetition Court. | October 8, 2019 |
| 2. | *ACT v. Sucn. Juan Lao Negron Medina*<br><br>Case No. K EF2016-0064 (1002)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Sucn. Juan Lao Negron Medina | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement any amounts consigned to the Prepetition Court. | October 8, 2019 |
| 3. | *ACT v. Ricardo Alicea Otero*<br><br>Case No. K EF2004-1251 (1002) | Ricardo Alicea Otero | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall | October 8, 2019 |

---

[3] Capitalized terms used herein that are not otherwise defined shall have the meaning given to them in the *Debtors' Twelfth Omnibus Motion for Approval of Modifications of the Automatic Stay*.
"Prepetition Court" shall mean the Puerto Rico Court of First Instance.
"Prepetition Action" shall mean the action identified in the column, "Case Information."

|  | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | MODIFICATION DATE |
|---|---|---|---|---|---|
|  | Puerto Rico Court of First Instance<br><br>Condemnation Proceeding |  |  | continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement any amounts consigned to the Prepetition Court. |  |
| 4. | *ACT v. Sucn. Victor Santiago Ortiz*<br><br>Case No. K EF 2014-0075 (1003)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Sucn. Victor Santiago Ortiz | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement any amounts consigned to the Prepetition Court. | October 8, 2019 |
| 5. | *ACT v. Sucn. Victor Santiago Ortiz*<br><br>Case No. K EF 2014-0076 (1002)<br><br>Puerto Rico Court of First Instance<br><br>Condemnation Proceeding | Sucn. Victor Santiago Ortiz | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement any amounts consigned to the Prepetition Court. | October 8, 2019 |
| 6. | *ACT v. Borinquen Broadcasting Co.*<br><br>Case No. K EF 2016-0048 (1002)<br><br>Puerto Rico Court of First Instance | Borinquen Broadcasting Co. | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for | October 8, 2019 |

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | MODIFICATION DATE |
|---|---|---|---|---|---|
| | Condemnation Proceeding | | | any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement any amounts consigned to the Prepetition Court. | |
| 7. | *Alexis López López v. ELA,* et als, <br><br>Case No. D DPR2012-0851 <br><br>Court of First Instance, Bayamón Superior Part <br><br>Constitutional Rights Action (pro se inmate) | Alexis López López | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed to final judgment before the Prepetition Court, Court of Appeals of Puerto Rico, and Supreme Court of Puerto Rico; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages, backpay and provisional remedies against the Commonwealth or any other Title III Debtor. | October 8, 2019 |

3