UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3283-LTS |
| | ) |
| as representative of | ) (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, | ) |
| *et al.* | ) |
| | ) |
| Debtors. | ) |
| | ) |
| In re: | ) |
| | ) PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) |
| | ) No. 17 BK 4780-LTS |
| as representative of | ) |
| PUERTO RICO ELECTRIC POWER | ) |
| AUTHORITY ("PREPA") | ) |
| | ) |
| Debtor.[1] | ) |
| | ) |

**APPLICATION AND PROPOSED ORDER FOR ADMISSION
<u>PRO HAC VICE OF STEPHEN M. BALDINI</u>**

TO THE HONORABLE LAURA TAYLOR SWAIN,
UNITED STATES DISTRICT JUDGE:

Comes now, Stephen M. Baldini, applicant herein and respectfully states:

1. Applicant is an attorney with offices at:

   Akin Gump Strauss Hauer & Feld LLP

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

>One Bryant Park
>44th Floor
>New York, NY 10036
>sbaldini@akingump.com
>Telephone: (202)872-1062
>Facsimile: (212)882-1002

2. Applicant will sign all pleadings with the name Stephen M. Baldini.

3. Applicant represents Cobra Acquisitions LLC ("Cobra" or "Contractor").

4. Since 1990, applicant has been and presently is a member in good standing of the bar of the highest court of the state of New Jersey. Since 1991, applicant has been and presently is a member in good standing of the bar of the highest court in the state of New York, where applicant regularly practices law. Applicant's New Jersey bar number is 0410411990 and New York bar number is 2428381.

5. Applicant has been admitted to practice before the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| New Jersey State Bar | 12/20/1990 | 0410411990 |
| New York State Bar | 07/22/1991 | 2428381 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceedings or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has not filed for pro hac vice admission in the United States District Court for the District of Puerto Rico.

10. Local Counsel of record associated with applicant in this matter are:

>Rafael Escalera-Rodriguez
>USDC No. 122609

    Sylvia M. Arizmendi
    USDC-PR No. 210714
    Alana M. Vizcarrondo-Santana
    USDC-PR No. 301614
    REICHARD & ESCALERA LLC
    MCS Plaza, Tenth Floor
    PO Box 364148
    San Juan, PR 00936-4148
    255 Ponce de León Avenue
    Hato Rey, San Juan, PR 00917
    (787) 777-8888

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee has been made through the Clerk of the Court.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: October 17, 2019             /s/ Stephen M. Baldini
                                            Stephen M. Baldini

WE HEREBY CERTIFY, pursuant to Local Rule 83A(f), that we consent to the designation of local counsel of record for all purposes.

Date: October 17, 2019

                                     /s/Rafael Escalera-Rodriguez
                                     Rafael Escalera-Rodriguez
                                     USDC No. 122609

                                     /s/ Sylvia M. Arizmendi
                                     Sylvia M. Arizmendi
                                     USDC No. 210714

        /s/ Alana M. Vizcarrondo-Santana
Alana M. Vizcarrondo-Santana
USDC No. 301614

**REICHARD & ESCALERA**
MCS Plaza, Tenth Floor
PO Box 364148
San Juan, PR 00936-4148
255 Ponce de León Avenue
Hato Rey, San Juan, PR 00917
(787) 777-8888

      I HEREBY CERTIFY, that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and that I will make the corresponding payment of $300.00 *pro hac vice* admission fee.

      /s/ Alana M. Vizcarrondo-Santana
USDC-PR No. 301614

4

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____day of _____, _____.

_____
**U.S. DISTRICT JUDGE**