# United States Court of Appeals
## For the First Circuit

No. 18-1463

IN RE: FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina, Depository Trust Company; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA)

Debtors

-------------------------------------------------------------------------------------------------------------------

SAMUEL GRACIA-GRACIA, ESQ., individually and as representative of the certified class; JORGE PLARD, individually and as representative of the certified class

Movants - Appellants

v.

FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE COMMONWEALTH OF PUERTO RICO

Debtor - Appellee

PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA)

Debtors

**MANDATE**

Entered: October 16, 2019

In accordance with the judgment of September 25, 2019, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Antonio J. Amadeo-Murga
Ann M. Ashton
Ehud Barak
Hermann D. Bauer-Alvarez
Martin J. Bienenstock
Katiuska Bolanos-Lugo
Wandymar Burgos-Vargas
Raul Castellanos-Malave
Margaret Antinori Dale
William D. Dalsen
Joseph P. Davis III
Chantel L. Febus
Ubaldo M. Fernandez
Ralph C. Ferrara
Michael A. Firestein
Fausto David Godreau-Zayas
Chad Golder
Rafael Antonio Gonzalez-Valiente
Jorge Luis Guerrero Calderon Sr.
Michael R. Hackett
Mark David Harris
Stephan E. Hornung
Monsita Lecaroz-Arribas
Jeffrey W. Levitan
Michael Luskin
Timothy W. Mungovan
Susana I. Penagaricano Brown
Daniel Jose Perez-Refojos
Lary Alan Rappaport
Stephen L. Ratner
John E. Roberts
Wanda Vazquez-Garced
Donald B. Verrilli Jr.