# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br>Debtors. | NO. 17-BK-3283 (LTS)<br><br><br>PROMESA TITLE III |

## NOTICE OF APPEARANCE JOINING AS COUNSEL

**TO THE HONORABLE U.S. DISTRICT COURT JUDGE LAURA TAYLOR SWAIN:**

**NOW COME** plaintiffs' certified class in case 02-1179 (GAG) <u>Gladys García Rubiera, et al. v. Hon. Luis G. Fortuño, et al</u>; and <u>Gladys García Rubiera, et al, v. Asociación de Suscripción Conjunta, et al</u>, Civil Number K DP2001-1441 (801) represented by the undersigned Counsel and respectfully alleges and pray:

1. That lead counsel in the present case, Antonio J. Amadeo Murga, has been principally handling the present litigation since 2001 and after 60 years of practice of law, plans to retire from the active practice of law in 2020.

2. In view of the above, and after consultation with class representatives and co-counsel, Mario M. Oronoz Rodríguez, we have decided to join as co-counsel attorney Francisco E. Colón Ramírez, USDC-PR No. 210510, as one class co-counsel until the final conclusion of this case.

3. Mr. Francisco Colón Ramírez, Esq. agrees with this decision and joins the present motion.

**THEREFORE,** it is requested from This Honorable Court that Mr. Francisco Colón Ramírez, Esq., be added to the representation of plaintiffs' class and be notified of all proceedings.

1

**RESPECTFULLY SUBMITTED.**

## CERTIFICATE OF SERVICE

I hereby certify that, on October 17, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and parties in the Master Service List.

    In San Juan, Puerto Rico, October 17, 2019.

**S/ ANTONIO J. AMADEO MURGA**
ANTONIO J. AMADEO MURGA
USDC-PR No. 110103
ajamadeo@gmail.com
**A.J. AMADEO MURGA LAW OFFICES**
1225 Ponce de León, Ave.
Vig Tower Ste. 904
San Juan, PR 00907
Tel. (787)764-0893

**S/ MARIO M. ORONOZ RODRÍGUEZ**
MARIO M. ORONOZ RODRÍGUEZ
USDC-PR No. 120606
mmo@oronozlaw.com
**ORONOZ & ORONOZ**
Urb. Torrimar, K-4 Bambú St.
Guaynabo, PR 00966-3109
Tel. (787)294-5255

**S/ FRANCISCO E. COLÓN-RAMÍREZ**
FRANCISCO E. COLÓN-RAMÍREZ
USDC-PR No. 210510
fecolon@colonramirez.com
**COLÓN RAMÍREZ, LLC**
Street: 1225 Ponce de León Ave.
       VIG Tower Suite 1503
       San Juan, PR 00907
Postal: PO Box 361920
       San Juan, PR 00936-1920
Tel. (939)389-6062