IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------------x

## ORDER

This matter is before the Court on the *First Urgent Consented Motion for Extension of Deadlines* (Dkt. No. 8901) (the "Urgent Motion"). The Urgent Motion relates to a Rule 2004 Request filed by Movant on May 8, 2019 (Dkt. No. 6871).

On October 11, 2019, Debtor[2] filed the *Motion Informing Compliance with Rule 2004 Request* (Dkt. No. 8842) in which Debtor represented that it had complied with the Rule 2004 Request in full and requested that the Court "determine that Movant's Rule 2004 request was complied with." (Id. at ¶ 5).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized Terms not defined herein shall have the meaning ascribed to them in the Urgent Motion.

1

On October 16, 2019, the Court ordered the parties to meet and confer and provide the Court with a brief joint status report indicating whether any issues remain under the Rule 2004 Request by October 21, 2019 at 4:00 p.m. (Dkt. No. 8873).

In the Urgent Motion, Movant represents that the parties will meet and confer on October 22, 2019 at 2:00 p.m. and will file the joint status report thereafter. Accordingly, the Court ALLOWS the parties an extension until **October 24, 2019 at 4:00 p.m.** to file the joint status report.

Movant also represents in the Urgent Motion that it needs additional time in order to confer with counsel for debtors and to finalize its analysis of the documents produced on October 11, 2019. With Debtor's consent, Movant requests an extension to file its reply to the Rule 2004 Request from October 18, 2019 to November 1, 2019.

Taking note of the agreement among the parties, the Court ALLOWS the request for an extension, and Movant's reply to the Rule 2004 Request shall be due on **November 1, 2019**.

This order resolves Dkt. No. 8901.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: October 16, 2019

2