# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-4780 (LTS) |

## **STIPULATED PROTECTIVE ORDER**

**WHEREAS**, this matter is before the Court on the urgent joint request of Christian Sobrino, the Official Committee of Unsecured Creditors (the "Committee"), and Cortland Capital Market Services LLC, as Administrative Agent, ("Cortland"), SOLA LTD, Solus Opportunities Fund 5 LP,

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Ultra Master LTD, and Ultra NB LLC ("Solus" and together with Cortland, the "Fuel Line Lenders") (the "Fuel Line Lenders"), through their respective counsel, for an Order establishing certain procedures governing the deposition of Mr. Sobrino (the "Deposition") in connection with the *Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(a)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement and Tolling Certain Limitations Periods* (Dkt. No. 1235) (the "9019 Motion"), which is currently scheduled to occur on Tuesday, October 22, 2019.

**WHEREAS**, the Parties have, through counsel, stipulated to the entry of this Protective Order ("Order") pursuant to Rule 26 of the Federal Rules of Civil Procedure, made applicable to this Title III proceeding by Rule 7026 of the Federal Rules of Bankruptcy Procedure, to facilitate discovery in the Title III proceeding while protecting such confidential information from improper disclosure and use; and

**WHEREAS**, the Court takes judicial notice of the continuing investigation by the Puerto Rico Department of Justice into certain actions alleged to have been taken by Mr. Sobrino while he was an official of the Financial Oversight and Management Board for Puerto Rico, and the possibility that such investigation may lead to the filing of criminal charges against Mr. Sobrino and others; and

**WHEREAS**, the Court finds that it is necessary and appropriate under the circumstances to (i) protect Mr. Sobrino's rights and interests during the Deposition and (ii) ensure that the Deposition proceeds in an orderly and expeditious manner without unnecessary disruption; and

**WHEREAS**, the Parties have established good cause for entry of this Order,

**IT IS HEREBY ORDERED** as follows:

1. The Deposition shall take place at a date and location the Committee, the Parties to the 9019 Motion, and Mr. Sobrino have agreed to and may be transcribed by a licensed court reporter but shall not be video recorded.

2. Attendance at the Deposition shall be limited to representatives of the following parties, including the parties' counsel, and any financial advisors or consultants retained by a party in connection with PREPA's title III case: Mr. Sobrino; the Committee; the Fuel Line Lenders; the Financial Oversight and Management Board for Puerto Rico; the Puerto Rico Fiscal Agency and Financial Advisory Authority; the Puerto Rico Electric Power Authority; Union de Trabajadores de la Industria Electrica y Riego; the Ad Hoc Group of PREPA Bondholders; Assured Guaranty Corp. and Assured Guaranty Municipal Corp.; National Public Finance Guarantee Corporation; Syncora Guarantee Inc.; Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica (collectively, the "9019 Parties"); and a licensed transcriber.

3. Unless and until the Court orders otherwise, the transcript of the Deposition, including all exhibits, shall be disclosed only to representatives of the 9019 Parties.

4. Notwithstanding paragraph 3, any 9019 Party may cite to or quote from the transcript of the Deposition in Court filings in connection with the 9019 Motion, provided that any portion of any pleading or exhibits thereto that cites the transcript of the Deposition or otherwise describes Mr. Sobrino's testimony shall be filed under seal pursuant to this Court's procedures for filing documents under seal.

5. During the taking of oral testimony, Mr. Sobrino shall have the right to refuse to answer any question that he or his attorneys construes as infringing on his constitutional rights under the Fifth Amendment of the U.S. Constitution, provided that Mr. Sobrino clearly states on the record in response to the question that he is exercising such rights. Mr. Sobrino shall be allowed to privately confer with his attorneys prior to answering any question that implicates his Fifth Amendment rights in connection with the continuing investigation.

6. Nothing herein shall prejudice the rights of the Committee, the Fuel Line Lenders, or any other party to argue that the Court should draw an inference against another party in the litigation of the 9019 Motion as a result of Mr. Sobrino's assertion of his Fifth Amendment rights, or the rights of Mr. Sobrino or any party to oppose such argument.

Agreed to and accepted by:

**SILLS CUMMIS & GROSS, P.C.**
*Counsel for Christian Sobrino*
/s/ *S. Jason Teele, Esq.*
S. Jason Teele, Esq.


**O'MELVENY & MYERS LLP**
*Counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority and Puerto Rico Electric Power Authority*

/s/ *Elizabeth L. McKeen*
John J. Rapisardi
Nancy A. Mitchell
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: jrapisardi@omm.com
nmitchell@omm.com

-and-

Peter Friedman
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: pfriedman@omm.com

-and-

Elizabeth L. McKeen
Ashley M. Pavel
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
Email: emckeen@omm.com
apavel@omm.com

**MARINI PIETRANTONI MUÑIZ, LLC**
*Co-counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

/s/ *Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC 222301
250 Ponce de León Ave., Suite 900
San Juan, Puerto Rico 00918
Tel.:(787) 705-2171
Email: lmarini@mpmlawpr.com

**DÍAZ & VÁZQUEZ LAW FIRM, P.S.C.**
*Co-counsel for Puerto Rico Electric Power Authority*

/s/ *Katiuska Bolaños-Lugo*
Katiuska Bolaños-Lugo
USDC No. 231812
290 Jesús T. Piñero Ave. Scotiabank Tower, Suite 11-E San Juan, PR 00918
PO Box 11689 San Juan, PR 00922-1689
Tel: (787) 458-8276
Cel. (787) 458-8276
Email: kbolanos@diazvaz.law

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
By: */s/ Natan Hamerman*
Amy Caton*
Thomas Moers Mayer*
Gregory Horowitz*
Natan Hamerman
Alice J. Byowitz*
1177 Avenue of the Americas
New York, New York 10036
Tel.: (212) 715-9100
Fax: (212) 715-8000
Email: acaton@kramerlevin.com
        tmayer@kramerlevin.com
        ghorowitz@kramerlevin.com
        nhamerman@kramerlevin.com
        abyowitz@kramerlevin.com
        *Admitted Pro Hac Vice

*Counsel for the Ad Hoc Group of PREPA Bondholders*

**WEIL, GOTSHAL & MANGES LLP**
By: */s/ Robert Berezin*
Marcia Goldstein*
Jonathan Polkes*
Gregory Silbert*
Robert Berezin*
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email:    marcia.goldstein@weil.com
          jonathan.polkes@weil.com
          gregory.silbert@weil.com
          robert.berezin@weil.com

* admitted *pro hac vice*
*Counsel for National Public Finance Guarantee Corporation*

**CADWALADER, WICKERSHAM & TAFT LLP**

By:/s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.*
Mark C. Ellenberg*
William J. Natbony*
Ellen Halstead*
Thomas J. Curtin*
Casey J. Servais*
200 Liberty Street
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 406-6666
Email: howard.hawkins@cwt.com
mark.ellenberg@cwt.com
bill.natbony@cwt.com
ellen.halstead@cwt.com
thomas.curtin@cwt.com
casey.servais@cwt.com

*Admitted *pro hac vice*
Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.

**DEBEVOISE & PLIMPTON LLP**
/s/ *My Chi To*
My Chi To*
Craig A. Bruens*
Elie J. Worenklein*
919 Third Avenue
New York, New York 10022
Tel.: (212) 909-6000
Fax: (212) 909-6836
Email: mcto@debevoise.com
cabruens@debevoise.com
eworenklein@debevoise.com

*admitted *pro hac vice*

*Counsel for Syncora Guarantee Inc.*

**WACHTELL, LIPTON, ROSEN & KATZ**
/s/ *John F. Lynch*
*Richard G. Mason**
*John F. Lynch**
*Emil A. Kleinhaus**
*Angela K. Herring**
*WACHTELL, LIPTON, ROSEN & KATZ*
*51 West 52nd Street*
*New York, New York  10019*
*Telephone:  (212) 403-1000*
*Facsimile:  (212) 403-2000*
*Email:  rgmason@wlrk.com*
*jlynch@wlrk.com*
*eakleinhaus@wlrk.com*
*akherring@wlrk.com*

**Admitted pro hac vice*
*Attorneys for Cortland Capital Market Services LLC, as Administrative Agent*

-6-

**PROSKAUER ROSE LLP**

<u>By: /s/ *Margaret A. Dale*</u>
Martin J. Bienenstock*
Stephen L. Ratner*
Timothy W. Mungovan*
Paul V. Possinger*
Margaret A. Dale*
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Email: mbienenstock@proskauer.com
      sratner@proskauer.com
      tmungovan@proskauer.com
      ppossinger@proskauer.com
      [mdale@proskauer.com](mdale@proskauer.com)

* admitted *pro hac vice*

*Attorneys for the Financial Oversight and Management Board and as representative of the Puerto Rico Electric Power Authority*

**BUFETE EMMANUELLI C.S.P.**

By: /s/ *Rolando Emmanuelli Jiménez*
Rolando Emmanuelli Jiménez
USDC: 214105

By: /s/ *Jessica E. Mendez Colberg*
Jessica E. Mendez Colberg
USDC: 302108
472 Tito Castro Ave.
Marvesa Building Suite 106, Ponce, PR 00716
Tel: (787) 848-0666
Fax: (787) 841-1435
Email: rolando@bufete-emmanuelli.com
jessica@bufete-emmanuelli.com
notificaciones@bufete-emmanuelli.com

*Attorneys for Unión de Trabajadores de la Industria Eléctrica y Riego Inc. ("UTIER") and Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica ("SREAEE")*

**PAUL HASTINGS LLP**

By: /s/ *Nicholas A. Bassett*
Nicholas A. Bassett, Esq. (*Pro Hac Vice*)
875 15th Street, N.W.
Washington, D.C. 20005
Tel: (202) 551-1700
Email: nicholasbassett@paulhastings.com
Luc. A. Despins, Esq. (*Pro Hac Vice*)
200 Park Avenue
New York, New York 10166
Tel: (212) 318-6000
Email:lucdespins@paulhastings.com
*Counsel to the Official Committee of Unsecured Creditors for all Title III Debtors (except for COFINA)*

SO ORDERED.

                                                              / s / Judith Gail Dein  
                                                              Judith Gail Dein  
                                                              United States Magistrate Judge

DATED: October 21, 2019