**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

*RECEIVED & FILED 2019 OCT 21 PM 4: 03*

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

Participant Name: MANI - AYYAR

Contact Person (if Participant is not an individual):

Email Address: mayyar29@gmail.com

Address line 1: 18816 TUGGLE Ave

Address line 2:

City, State Zip Code: Cupertino, CA 95014

Country: USA

**Counsel Contact Information (if any)**

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.  If Participant is not a holder of an ERS Bond. it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds. Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a) Provide the CUSIP Numbers of all ERS Bonds held by Participant:

    29216MBL3

    (b) Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? YES or NO (please **circle one**).

By: _____
    Signature

    MANI  AYYAR
    Print Name

    _____
    Title (if Participant is not an Individual)

    10/15/19
    Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3



**Mani Ayyar**
18816 Tuggle Ave
Cupertino CA 95014-3626

Clerk of US Distt court for Puerto Rico
Room 150, Federal Building
150 Carlos Chardon Ave
San Juan, PR 00918-1767

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

SRF 36513

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------------- X

In re:                                              :

THE FINANCIAL OVERSIGHT AND        : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  : Title III
                                                   :
        as representative of                       : Case No. 17-BK-3283 (LTS)
                                                   :
THE COMMONWEALTH OF PUERTO RICO *et al.*,  : (Jointly Administered)
                                                   :
        Debtors.[1]                                :

-------------------------------------------------------------------- X

In re:                                              :
                                                   :
THE FINANCIAL OVERSIGHT AND        : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  : Title III
                                                   :
        as representative of                       : Case No. 17-BK-3566 (LTS)
                                                   :
THE EMPLOYEES RETIREMENT SYSTEM OF THE  :
GOVERNMENT OF THE COMMONWEALTH OF  :
PUERTO RICO,                                        :
                                                   :
        Debtor.                                     :

-------------------------------------------------------------------- X

**NOTICE OF PARTICIPATION IN LITIGATION**
**OF OBJECTIONS TO ERS BOND CLAIMS**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

**Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Marcos Drusoni & Maria Azdyo de Drusoni | N/A |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| abbyaguayo@yahoo.com | |
| Email Address | Email Address |
| P.O. Box 10576 | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| Ponce, P.R. 00732 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.      If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)      Provide the CUSIP Numbers of all ERS Bonds held by Participant:

*292 16 MB43*

      (b)      Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

    *MARCOS DRAGONI*
    Print Name

    *- N/A -*
    Title (if Participant is not an Individual)

    *OCTOBER 17, 2019*
    Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



# PRIORITY® ★ MAIL ★

FLAT RATE ENVELOPE

ONE RATE ★ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE





UNITED STATES
POSTAL SERVICE®

1005

00918

U.S. POSTAGE PAID
PM 1-Day
MERCEDITA, PR
00715
OCT 18 19
AMOUNT

**$7.35**

R2305P150125-03

FILED

EXPECTED DELIVERY DAY: 10/19/19

USPS TRACKING NUMBER

9505 5105 4732 9291 5099 66

✕ For International shipments

EP14H July 2013 Outer Dimension: 10 x 5

RECEIVED & FILED
2019 OCT 21 PH 4: 04
U.S. CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

    Debtors.[1]

-------------------------------------------------------- X

: PROMESA
: Title III

: Case No. 17-BK-3283 (LTS)

: (Jointly Administered)

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

    Debtor.

-------------------------------------------------------- X

: PROMESA
: Title III

: Case No. 17-BK-3566 (LTS)

### NOTICE OF PARTICIPATION IN LITIGATION
### OF OBJECTIONS TO ERS BOND CLAIMS

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Case:17-03283-LTS Doc#:8948-1 Filed:10/21/19 Entered:10/22/19 12:11:42 Desc: Corporate Veil and Sibling Doc#:8948-1 Page 1 of 1

Pro Se Notices of Participation   Page 9 of 39

2  3

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Noel Ybañez_ | |
| Participant Name | Firm Name (if applicable) |
| Contact Person (if Participant is not an individual) | Contact Person |
| _NEYBWSe/ahoo.com_ | |
| Email Address | Email Address |
| _K22 Hguenillo St_ | |
| Address line 1 | Address line 1 |
| _Urb. Arboleda_ | |
| Address line 2 | Address line 2 |
| _CAGUAS_ | |
| City, State Zip Code | City, State Zip Code |
| _USA      00727_ | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_X_    intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); or

_____    intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.   If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)   Provide the CUSIP Numbers of all ERS Bonds held by Participant:

    (b)   Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? YES or NO (please **circle one**).

By: _____
    Signature

    Noel Ybañez
    Print Name

_____
Title (if Participant is not an Individual)

15 oct. 2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: **The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

3

https://reorgdocumentlibrary.broadridge.com/Client/Client?data=1019/E15810/29216M/c   10/16/2019



Sr. Noel Ybanez
K22 Calle Higuerillo
Caguas, PR 00727



RECEIVED & FILED
2019 OCT 21  PM 4: 04
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

Clerk of the US District Court
Room 150 Federal Building
150 Carlos Chardon avenue
San Juan, PR  00918 - 1767

00918—241199

Case:17-03283-LTS Doc#:8913-1 Filed:10/21/19 Entered:10/22/19 12:11:43 Desc: https://reorgdocumentlibrary.broadridge.com/Client/Client?data=1...
Pro Se Notices of Participation Page 12 of 39

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 19, 2019\***

RECEIVED & FILED
OCT 21 PM 4: 05

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------- X

In re: :

THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)
:
    Debtors.[1] :
---------------------------------------------------------------- X
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3566 (LTS)
:
THE EMPLOYEES RETIREMENT SYSTEM OF THE :
GOVERNMENT OF THE COMMONWEALTH OF :
PUERTO RICO, :
:
    Debtor. :
---------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686; and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| AGUSTIN TORRES-SEPULVEDA | |
| Participant Name MATILDE S. PEREZ TORRES | Firm Name (if applicable) |
| Contact Person (if Participant is not an individual) | Contact Person |
| gusTorres50@VERIZON.NET | |
| Email Address | Email Address |
| PASEO del SOL | |
| Address line 1 | Address line 1 |
| 215 CALLE METIS | |
| Address line 2 | Address line 2 |
| DORADO, P.R. 00646 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.  If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all ERS Bonds held by Participant:

*29216MAC4*

    (b)    Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? YES or NO (please **circle one**).

By: _____
    Signature

*AGUSTIN TORRES*
Print Name

_____
Title (if Participant is not an Individual)

*10-15-2019*
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

AGUSTIN T...
PASEO del SS,
215 CALLE METIS
DORADO, PR 60646

15 OCT 2019 PM 4 L

RECEIVED & FILED
2019 OCT 21   PM 4: 05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

THE CLERK OF THE U.S. DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

RECEIVED & FILED
2019 OCT 21 PM 4: 04

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------- X

In re:                                                   :

THE FINANCIAL OVERSIGHT AND                              :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                        :  Title III

      as representative of                               :  Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,                :  (Jointly Administered)

      Debtors.[i]                                        :

--------------------------------------------------------------- X

In re:                                                   :

                                                         :

THE FINANCIAL OVERSIGHT AND                              :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                        :  Title III

                                                         :

      as representative of                               :  Case No. 17-BK-3566 (LTS)

THE EMPLOYEES RETIREMENT SYSTEM OF THE                  :
GOVERNMENT OF THE COMMONWEALTH OF                       :
PUERTO RICO,                                             :

      Debtor.                                            :

--------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[i]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

> This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

> Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

> The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

> To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Edwin Rodriguez Battis_ <br> Participant Name | <br> Firm Name (if applicable) |
| <br> Contact Person (if Participant is not an individual) | <br> Contact Person |
| _e cr batis @ ychoo. com_ <br> Email Address | <br> Email Address |
| _Urb. Torremolino DF19_ <br> Address line 1 | <br> Address line 1 |
| _Guaynabo_ <br> Address line 2 | <br> Address line 2 |
| _P R  00965_ <br> City, State Zip Code | <br> City, State Zip Code |
| <br> Country | <br> Country |

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

> _____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

> __X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.  If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all ERS Bonds held by Participant:

292 16 MAF 7
292 16 MAC 4

    (b)  Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? YES or NO (please **circle one**).

By: _____
   Signature

_Edwin Rodriguez_
Print Name

_____
Title (if Participant is not an Individual)

_10/18/19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served by email** on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed electronically** with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

Edwin Rodriguez
Urb Torrimolinos DF14
Guaynabo, PR 00969



The Clerk of the United State
of the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

RECEIVED & FILED
2019 OCT 21 PM 4:04
CLERK'S OFFICE
U.S. DIST. COURT
SAN JUAN, PR

00918-170399

**\*ESTE AVISO REQUIERE ACCIÓN EN O ANTES DEL [*insertar fecha 40 días a partir de la notificación de la orden dando lugar a la moción de procedimientos*]\***

## TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
### PARA EL DISTRITO DE PUERTO RICO

```
-------------------------------------------------------- X
                                                         :
In re:                                                   :
                                                         :
LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN      :  PROMESA
FINANCIERA PARA PUERTO RICO,                   :  Título III
                                                         :
        como representante de                   :  Caso Núm. 17-BK-3283 (LTS)
                                                         :
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO et  :  (Administrado Conjuntamente)
al.,                                                     :
                                                         :
        Deudores. 12                             :
-------------------------------------------------------- X
In re:                                                   :
                                                         :
LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN      :  PROMESA
FINANCIERA PARA PUERTO RICO,                   :  Título III
                                                         :
        como representante del                  :  Caso Núm. 17-BK-3566 (LTS)
                                                         :
SISTEMA DE RETIRO DE LOS EMPLEADOS DEL     :
GOBIERNO DEL ESTADO LIBRE ASOCIADO DE
PUERTO RICO,
                                                         :
        Deudor.                                  :
-------------------------------------------------------- X
```

### AVISO DE PARTICIPACIÓN EN EL LITIGIO DE LAS OBJECIONES A RECLAMACIONES DE BONOS SRE

---

[12]   Los Deudores en los Casos del Título III, junto con el caso individual de cada Deudor en virtud del mismo título y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según aplicable, son: (i) el Estado Libre Asociado de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); (ii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de Quiebra Núm. 17-BK-3567 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iii) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Caso de Quiebra Núm. 17-BK-3566 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); y (iv) la Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (Caso de Quiebra Núm. 17-BK-4780 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3747) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

**\*ESTE AVISO REQUIERE ACCIÓN EN O ANTES DEL** [*insertar fecha 40 días a partir de la notificación de la orden dando lugar a la moción de procedimientos*]\*

Este Aviso de Participación tiene que ser notificado y presentado en o antes del [*insertar fecha 40 días a partir de notificación de la orden*] siguiendo las instrucciones que se encuentran al final de este documento.

En ausencia de un permiso concedido por el Tribunal de Distrito luego de mostrar justa causa, cualquier parte que tenga conocimiento de los Procedimientos Iniciales para Objeciones pero (a) no presenta un Aviso de Participación, o (b) presenta un Aviso de Participación luego del [*insertar fecha 40 días después de la notificación de la Orden*] de 2019, estará impedida de presentar mociones separadas con respecto a las Objeciones a Reclamaciones (según se definen en los Procedimientos Iniciales para Objeciones), incluyendo presentar cualquier Objeción Adicional a Reclamaciones (según se define en los Procedimientos Iniciales para Objeciones).

La parte identificada a continuación ("Participante"), por la presente notifica al Comité Oficial de Acreedores No Asegurados, al Comité Oficial de Empleados Retirados del Estado Libre Asociado de Puerto Rico, a la Junta de Supervisión y Administración Financiera para Puerto Rico, al Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico y a la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico, que tiene la intención de participar en el litigio de las Objeciones a Reclamaciones con respecto a los bonos emitidos por el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico en el 2008 (los "Bonos SRE").

Para garantizar todos los derechos de participación en el litigio de las Objeciones a Reclamaciones, el Participante provee toda la información solicitada en los incisos 1 al 3 a continuación:

1.    Información de contacto del Participante, incluyendo correo electrónico, y el de su representante legal, si alguno:

| Nombre del Participante e Información de Contacto | Información de Contacto de la Representación Legal (si alguna) |
|---|---|
| *DIANA M. SOSA* | |
| Nombre del Participante | Nombre de la firma (si aplica) |
| | |
| Persona contacto (si el Participante no es un individuo) | Persona contacto |
| *dianamsosa56@gmail.com* | |
| Correo electrónico | Correo electrónico |
| *1555 Calle Martin Travieso* | |
| Dirección línea 1 | Dirección línea 1 |

2

**\*ESTE AVISO REQUIERE ACCIÓN EN O ANTES DEL [*insertar fecha 40 días a partir de la notificación de la orden dando lugar a la moción de procedimientos*]\***

Apto: 705

Dirección línea 2                                     Dirección línea 2

San Juan PR: 00911

Ciudad, Estado, Código Postal                Ciudad, Estado, Código Postal

Puerto Rico

País                                                         País

2.  El Participante informa que (elija **una** de las siguientes opciones marcando una "X" en el espacio apropiado):

       _____ pretende **apoyar** el remedio solicitado en las Objeciones a Reclamaciones (i.e., el Participante cree que el Tribunal de Distrito debe decidir que los Bonos SRE son **inválidos**); *o*

       X pretende **oponerse** al remedio solicitado en las Objeciones a Reclamaciones (i.e., el Participante cree que el Tribunal de Distrito debe decidir que los Bonos SRE son **válidos**).

3.  Si el Participante no es tenedor de un Bono SRE, puede saltar al final de este Aviso y firmarlo. Si el Participante es tenedor de uno o más Bonos SRE, el Participante tiene que responder a los siguientes párrafos (a) y (b) según el mejor conocimiento del Participante.

       (a)  Provea el número CUSIP de todos los Bonos SRE del Participante:
       # 29216MAC4      # 65,010.50

       (b)  ¿El Participante compró alguno de sus Bonos SRE, total o parcialmente, en el mercado secundario? **SI** o NO (por favor, **circule uno**).

Por:   Diana M. Sosa
       Firma

       DIANA M. SOSA
       Nombre en letra de molde

       _____
       Título (si el Participante no es un individuo)

       18 de Octubre de 2019
       Fecha

3

**\*ESTE AVISO REQUIERE ACCIÓN EN O ANTES DEL [*insertar fecha 40 días a partir de la notificación de la orden dando lugar a la moción de procedimientos*]\***

**Instrucciones para Notificar y Presentar el Aviso de Participación:** Este Aviso de Participación tiene que ser (i) **notificado** mediante correo electrónico a las Partes a Notificar establecidas en el párrafo 8 de los Procedimientos para Objeciones, y (ii) **presentado** electrónicamente ante el Tribunal de Distrito conforme a sus procedimientos de presentación electrónica de casos. **Si el Participante no tiene representación legal, el Participante puede someter una copia en papel de este Aviso de Participación ante el Tribunal de Distrito mediante correo o entregado a la mano a Secretaría del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, Oficina 150 del Edificio Federal, 150 Avenida Carlos Chardón, San Juan, Puerto Rico 00918-1767.**

4

CERTIFIED MAIL®

AFTER 10 DAYS RETURN TO

Diana M Sosa Peña
Cond Park Palace Apt 705
1555 Martin Travieso St
San Juan, PR 00911

2019 OCT 21  PM
CLERK'S OFFICE
U.S. DISTRICT



U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00918
OCT 18, 19
AMOUNT

**$6.85**
R2304M114456-01

7018 3090 0001 7907 6624

1000          00918

Secretaría del Tribunal de Distrito de los Estados Unidos
para el Distrito de Puerto Rico
      Oficina 150 del Edificio Federal
   150 Avenida Carlos Chardón,
      San Juan, Puerto Rico 00918-1767

0091831703

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

RECEIVED & FILED
2019 OCT 21  PM 4: 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------- X
                                                           :
In re:                                                     :
                                                           :
THE FINANCIAL OVERSIGHT AND          : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    : Title III
                                                           :
        as representative of                 : Case No. 17-BK-3283 (LTS)
                                                           :
THE COMMONWEALTH OF PUERTO RICO *et al.*,   : (Jointly Administered)
                                                           :
        Debtors.[1]                          :
---------------------------------------------------------- X
                                                           :
In re:                                                     :
                                                           :
THE FINANCIAL OVERSIGHT AND          : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    : Title III
                                                           :
        as representative of                 : Case No. 17-BK-3566 (LTS)
                                                           :
THE EMPLOYEES RETIREMENT SYSTEM OF THE   :
GOVERNMENT OF THE COMMONWEALTH OF        :
PUERTO RICO,                             :
                                                           :
        Debtor.                              :
---------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]  The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Corporate Action Event Library – Client View                    Page 2 of 3

Case:17-03283-LTS   Doc#:8913-1   Filed:10/21/19   Entered:10/22/19 12:11:42   Desc:
Pro Se Notices of Participation   Page 26 of 39

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| RAFAEL AMADOR TOLEDO<br>Participant Name | _____<br>Firm Name (if applicable) |
| _____<br>Contact Person (if Participant is not an individual) | _____<br>Contact Person |
| AMADORTOLEDO@HOTMAIL.COM<br>Email Address | _____<br>Email Address |
| 73 PLACID COURT 2<br>Address line 1 | _____<br>Address line 1 |
| APT. 3-C<br>Address line 2 | _____<br>Address line 2 |
| SAN JUAN P.R. 00907<br>City, State Zip Code | _____<br>City, State Zip Code |
| _____<br>Country | _____<br>Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.  If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all ERS Bonds held by Participant:

    *CUSIP # 29216 MAC 4*

    (b)  Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? (YES) or NO (please circle one).

By: _____
Signature

*RAFAEL AMADOR TOLEDO*
Print Name

_____
Title (if Participant is not an Individual)

*Oct. 18 / 19*
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

RAFAEL AMADOR
73 PLACID COURT 25-C
SAN JUAN, P.R. 00907

7019 1120 0001 7360 5924

1000

00918

U.S. POSTAGE
FCM LETTER
SAN JUAN, PR
00911
OCT 18, 19
AMOUNT
$6.85
R2303S104381-

RECEIVED & FILED
2019 OCT 21  PM 4:03

THE CLERK OF THE UNITED STATES
DISTRICT COURT OF THE DISTRICT OF PUERTO RICO
ROOM 150  FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, P.R.  00918-1767

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

RECEIVED & FILED
2019 OCT 21  PM 4: 03

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------- X

In re:                                           :
                                                 :
THE FINANCIAL OVERSIGHT AND                      :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                :    Title III
                                                 :
          as representative of                   :    Case No. 17-BK-3283 (LTS)
                                                 :
THE COMMONWEALTH OF PUERTO RICO *et al.*,        :    (Jointly Administered)
                                                 :
          Debtors.[1]                            :
-------------------------------------------------------------- X

In re:                                           :
                                                 :
THE FINANCIAL OVERSIGHT AND                      :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                :    Title III
                                                 :
          as representative of                   :    Case No. 17-BK-3566 (LTS)
                                                 :
THE EMPLOYEES RETIREMENT SYSTEM OF THE           :
GOVERNMENT OF THE COMMONWEALTH OF                :
PUERTO RICO,                                     :
                                                 :
          Debtor.                                :
-------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| ANGEL COCERO-SANCHEZ | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| G MARIANO RAMIREZ BAGES | |
| Email Address | Email Address |
| APT. 1C | |
| Address line 1 | Address line 1 |
| COND. LAGUNA TERRACE | |
| Address line 2 | Address line 2 |
| SAN JUAN PR 00907 | |
| City, State Zip Code | City, State Zip Code |
| USA. | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.    If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)    Provide the CUSIP Numbers of all ERS Bonds held by Participant:

          29216MAC4

      (b)    Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **(YES)** or **NO** (please **circle one**).

By: _____
    Signature

   ANGEL COCERO-SANCHEZ
   Print Name

_____
Title (if Participant is not an Individual)

   OCTOBER 16, 2019
   Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

AFTER 10 DAYS RETURN TO

ANGEL COCERO
6 MARIANO RAMIREZ BAGES
APT. 1C  SAN JUAN PR 00907

7019 0700 0000 9545 4047

GEN-29B / 12-14

PITNEY BOWES

02 1P  $ 006.85⁰
0000307367  OCT 18 2019
MAILED FROM ZIP CODE 00907

THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PR.
ROOM 150  FEDERAL BUILDING
150 CARLOS CHARDON AVE,
SAN JUAN  PR  00918-1767

C0918817O3 C018

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

2019 OCT 21  PM 12: 08

```
------------------------------------------------------------------ X
                                                                   :
In re:                                                             :
                                                                   :
THE FINANCIAL OVERSIGHT AND                                        :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                  :   Title III
                                                                   :
          as representative of                                     :   Case No. 17-BK-3283 (LTS)
                                                                   :
THE COMMONWEALTH OF PUERTO RICO et al.,                            :   (Jointly Administered)
                                                                   :
          Debtors.¹                                                :
------------------------------------------------------------------ X
                                                                   :
In re:                                                             :
                                                                   :
THE FINANCIAL OVERSIGHT AND                                        :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                  :   Title III
                                                                   :
          as representative of                                     :   Case No. 17-BK-3566 (LTS)
                                                                   :
THE EMPLOYEES RETIREMENT SYSTEM OF THE                             :
GOVERNMENT OF THE COMMONWEALTH OF                                  :
PUERTO RICO,                                                       :
                                                                   :
          Debtor.                                                  :
------------------------------------------------------------------ X
```

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

¹ The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

RECEIVED

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.** 2019 OCT 21  P 12: 01

**Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("<u>Participant</u>") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "<u>ERS Bonds</u>").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| *ISMAEL MELENDEZ*<br>Participant Name | _____<br>Firm Name (if applicable) |
| _____<br>Contact Person (if Participant is not an individual) | _____<br>Contact Person |
| *im712@YAHOO.COM*<br>Email Address | _____<br>Email Address |
| *12 CALLE DE LA CRUZ*<br>Address line 1 | _____<br>Address line 1 |
| *Apt. #7*<br>Address line 2 | _____<br>Address line 2 |
| *SAN JUAN, P.R. 00901*<br>City, State Zip Code | _____<br>City, State Zip Code |
| *U.S.A.*<br>Country | _____<br>Country |

2.     Participant advises that it (choose <u>**one**</u> of the following by marking "X" in the appropriate space):

_____ intends to <u>**support**</u> the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are <u>**invalid**</u>); *or*

___✓___ intends to <u>**oppose**</u> the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are <u>**valid**</u>)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.  If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge. 2019 OCT 21   P  *29216MAM2*

    (a)  Provide the CUSIP Numbers of all ERS Bonds held by Participant: *29216MBBS*

*29216MBH1   29216MAC4   29216MAK6   29216MAF7*
*29216MBP4   29216MBN9   29216MBA7*

    (b)  Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? (**YES**) or NO (please **circle one**).

By: *[signature]*
Signature

*ISMAEL MELENDEZ*
Print Name

_____
Title (if Participant is not an Individual)

*10/21/2019*
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand** addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

3

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

SRF 36513

RECEIVED & FILED
2019 OCT 21  PM 4: 04

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- X

In re:                                            :
                                                  :
THE FINANCIAL OVERSIGHT AND                       :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :   Title III
                                                  :
     as representative of :
                                                  :   Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO *et al.,*         :   (Jointly Administered)
                                                  :
     Debtors.[1]          :

------------------------------------------------------------------- X

In re:                                            :
                                                  :
THE FINANCIAL OVERSIGHT AND                       :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :   Title III
                                                  :
     as representative of :
                                                  :   Case No. 17-BK-3566 (LTS)
THE EMPLOYEES RETIREMENT SYSTEM OF THE            :
GOVERNMENT OF THE COMMONWEALTH OF                 :
PUERTO RICO,                                      :
                                                  :
     Debtor.              :

------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]  The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

RECEIVED & FILED
2019 OCT 21  PM 4: 04

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Kathleen V. Urbanski_<br>Participant Name | _____<br>Firm Name (if applicable) |
| _____<br>Contact Person (if Participant is not an individual) | _____<br>Contact Person |
| _bffV1R5 @ Yahoo. com_<br>Email Address | _____<br>Email Address |
| _39 Woodshire Dr._<br>Address line 1 | _____<br>Address line 1 |
| _____<br>Address line 2 | _____<br>Address line 2 |
| _Erial NJ 08081_<br>City, State Zip Code | _____<br>City, State Zip Code |
| _USA_<br>Country | _____<br>Country |

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.   If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all ERS Bonds held by Participant:

29216MAC4

(b)   Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By:  _____
Signature

KaTHLEEN V. URBANSKI
Print Name

_____
Title (if Participant is not an Individual)

10-19-19
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Kathleen Urba
39 Woodshire
Sicklerville, NJ

  

UNITED STATES
POSTAL SERVICE®

1000          00918

U.S. POSTAGE PAID
FCM LG ENV
SICKLERVILLE, NJ
08081
OCT 19, 19
AMOUNT

$1.00
R2304M114789-07

CLERK of the U.S. District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, PR 00918-1767

RECEIVED & FILED
2019 OCT 21 PM 4:04
CLERK'S OFFICE
U.S. DISTRICT COURT