IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

**APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE***

COMES NOW, Michael L. Cook, applicant herein, and pursuant to L.Cv.R. 83A(f) of the United States District Court for the District of Puerto Rico, respectfully states as follows:

1. Applicant is an attorney with the law firm Schulte Roth & Zabel LLP with offices at:

> 919 Third Avenue
> New York, NY 10022

2. Applicant will sign all pleadings with the name "Michael L. Cook."

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

DOC ID - 32887116.1

3. Applicant has been retained as counsel by Duff & Phelps LLC to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since March 31, 1969, applicant has been and presently is a member in good standing of the bar of the State of New York, where applicant regularly practices law. Applicant's bar license number is 131117.

5. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: |
| --- | --- |
| Southern and Eastern Districts of NY | July 16 and 28, 1970 |
| Northern District of NY | August 30, 1996 |
| U.S. Court of Appeals – 2d Cir. | March 31, 1972 |
| U.S. Court of Appeals – 3d Cir. | November 14, 2001 |
| U.S. Court of Appeals – 4th Cir. | May 29, 1986 |
| U.S. Court of Appeals – 7th Cir. | November 16, 1984 |
| U.S. Supreme Court | May 21, 1973 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Likewise, as far as applicant knows, applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal proceeding before any court or jurisdiction.

9. During the past five years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matter: N.A.

10. Local counsel of record associated with applicant in this matter is:

> José L. Ramírez-Coll (USDC-PR No. 221702)
> Antonetti, Montalvo & Ramírez-Coll
> P.O. Box 13128
> San Juan, Puerto Rico 00908
> Telephone: (787) 977-0303
> Fax: (787) 977-0323
> jramirez@amrclaw.com

11. Applicant has read the Local Rules of this Court and will comply with same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a receipt number for payment submitted by pay.gov system, or a check or money order payable to: "Clerk, U.S. District Court."

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

**RESPECTFULLY SUBMITTED**.

In New York, New York, this October 21, 2019.

                                              SCHULTE ROTH & ZABEL LLP
                                              By: _____
                                                    Michael L. Cook
                                                    919 Third Avenue
                                                    New York, NY 10022
                                                    (212) 756-2150
                                        Email: michael.cook@srz.com
                                      Facsimile: (212) 593-5955

**WE HEREBY CERTIFY**, pursuant to L.Cv.R. 83A(f), that we consent to the designation of local counsel of record for all purposes.

Date: 10/22/2019

By: /s/ José L. Ramírez-Coll
José L. Ramírez-Coll
USDC-PR No. 221702
Antonetti, Montalvo & Ramírez-Coll
P.O. Box 13128
San Juan, PR 00908
Telephone: (787) 977-0303
Fax: (787) 977-0323
jramirez@amrclaw.com

DOC ID - 32887116.1

**WE HEREBY CERTIFY** that we have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee, with service consistent with the Tenth Amended Case Management Order.

                By:    /s/ José L. Ramírez-Coll
                       José L. Ramírez-Coll
                       USDC-PR No. 221702
                       Antonetti, Montalvo & Ramírez-Coll
                       P.O. Box 13128
                       San Juan, PR 00908
                       Telephone: (787) 977-0303
                       Fax: (787) 977-0323
                       jramirez@amrclaw.com

**ORDER**

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of October, 2019.

Hon._____
UNITED STATES DISTRICT COURT JUDGE

DOC ID - 32887116.1