IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>Jointly Administered |

**MOTION INFORMING PARTICIPATION IN THE OCTOBER 30, 2019 HEARING AND REQUEST TO BE HEARD**

**TO THE HONORABLE COURT:**

COME NOW the Corporación de Servicios Integrales de Salud del Area de Barranquitas, Comerío, Corozal, Naranjito y Orocovis (Corporación de Servicios Intergrales) and respectfully states as follows:

1. Corporación de Servicios Integrales informs that John E. Mudd will appear in person at the Federal District Court at San Juan Puerto Rico for the October 30, 2019 hearing. Mr. Mudd will speak as his meeting with the Commonwealth Administrator of the Judicial Branch, Hon. Sigfrido Steidel and with Rebecca Rivera, director of Commonwealth Mediation Services on their availability to assist the Cout in the Alternate Dispute Resolution Process. In addition, Mr. Mudd will, if need, present Corporación de Servicios Integrales' views on any other part of the

hearing's agenda as needed.

WHEREFORE: the Corporación de Servicios Integrales de Salud respectfully requests from the Honorable Court that it take notice of this motion .

Respectfully submitted on this 23th day of October, 2019.

CERTIFY: That on this same day, the ECF system sent a copy of this motion to all parties in this litigation.

/s John E. Mudd
John E. Mudd
Bar Number: 201102
Attorney for Plaintiffs
LAW OFFICES JOHN E. MUDD
P. O. BOX 194134
SAN JUAN, P.R. 00919
(787) 413-1673
Fax. (787) 753-2202
johnmuddlaw@gmail.com

2