# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>      Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 03283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE COMMONWEALTH OF PUERTO RICO ("ERS"),<br><br>      Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 03566-LTS |

**INFORMATIVE MOTION REGARDING ADJOURNMENT OF HEARING ON, AND EXTENSION OF DEADLINE TO OBJECT TO, THE MOTION OF UBS FINANCIAL SERVICES INCORPORATED OF PUERTO RICO FOR RELIEF FROM THE <u>AUTOMATIC STAY</u>**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-05523 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as bankruptcy case numbers due to software limitations).

To the Honorable United States District Court Judge Laura Taylor Swain:

UBS Financial Services Incorporated of Puerto Rico ("UBS Financial"), by and through its undersigned counsel, hereby informs the Court that UBS Financial has consented to an adjournment of the hearing on, and a corresponding extension of the deadline for parties to file objections to, the *Motion of UBS Financial Services Incorporated of Puerto Rico for Relief From the Automatic Stay* (Dkt. No. 8823, the "Motion"). Per the agreement of UBS Financial, the Motion will now be heard at the omnibus hearing currently scheduled for December 11, 2019. In accordance with paragraph III(J) of the Tenth Amended Notice, Case Management and Administrative Procedures (Dkt. No. 8027-1), the new deadline for parties to submit objections to the Motion is November 26, 2019, at 4:00 p.m. (Atlantic Standard Time), and the deadline for UBS Financial to submit a reply to any such objection is December 6, 2019, at 4:00 p.m. (Atlantic Standard Time).

Respectfully Submitted:

In San Juan, Puerto Rico, this 23rd day of October, 2019.

| | |
|---|---|
| OF COUNSEL:<br><br>SKADDEN, ARPS, SLATE, MEAGHER<br>  &amp; FLOM LLP<br>Paul J. Lockwood (*admitted pro hac vice*)<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899<br>Tel.: (302) 651-3000<br>Fax: (302) 651-3001 | McCONNELL VALDÉS LLC<br>270 Muñoz Rivera Ave.<br>Hato Rey, Puerto Rico 00918<br>Tel.: (787) 250-2631<br>Fax: (787) 759-9225<br><br>By: */s/ Roberto C. Quiñones-Rivera*<br>     Roberto C. Quiñones-Rivera, Esq.<br>     USDC-PR Bar No. 211512<br>     rcq@mcvpr.com<br><br>*Counsel for UBS Financial Services Incorporated of Puerto Rico* |

859439-WILSR01A - MSW