# EXHIBIT A

EXHIBIT A

TRANSFERS TO INCOM INVESTMENTS CORP.

| Date | Payment Amount |
|---|---|
| 5/21/2013 | $43,977.00 |
| 6/4/2013 | $41,625.00 |
| 6/4/2013 | $87,998.00 |
| 7/9/2013 | $43,977.00 |
| 7/9/2013 | $129,623.00 |
| 7/19/2013 | $30,162.00 |
| 7/19/2013 | $45,370.00 |
| 7/19/2013 | $87,998.00 |
| 9/16/2013 | $41,214.00 |
| 9/16/2013 | $42,132.00 |
| 9/16/2013 | $87,998.00 |
| 10/7/2013 | $87,998.00 |
| 10/11/2013 | $42,333.00 |
| 10/16/2013 | $41,214.00 |
| 11/1/2013 | $41,214.00 |
| 11/1/2013 | $42,133.00 |
| 11/5/2013 | $87,998.00 |
| 1/8/2014 | $41,214.00 |
| 1/8/2014 | $41,214.00 |
| 1/8/2014 | $41,214.00 |
| 1/8/2014 | $87,998.00 |
| 1/10/2014 | $87,998.00 |
| 1/10/2014 | $87,998.00 |
| 1/15/2014 | $42,333.00 |
| 1/15/2014 | $42,333.00 |
| 1/15/2014 | $42,333.00 |
| 2/21/2014 | $41,214.00 |
| 2/21/2014 | $42,333.00 |
| 2/21/2014 | $87,998.00 |
| 3/20/2014 | $41,214.00 |
| 3/20/2014 | $87,998.00 |
| 3/28/2014 | $42,333.00 |
| 4/23/2014 | $41,214.00 |
| 4/23/2014 | $87,998.00 |
| 4/25/2014 | $42,333.00 |
| 5/28/2014 | $41,214.00 |
| 5/28/2014 | $87,998.00 |
| 5/30/2014 | $42,333.00 |
| 6/20/2014 | $41,214.00 |
| 6/25/2014 | $79,825.00 |
| 6/27/2014 | $42,333.00 |
| 7/30/2014 | $41,214.00 |
| 7/30/2014 | $42,333.00 |
| 7/30/2014 | $79,825.00 |
| 8/19/2014 | $41,214.00 |
| 8/19/2014 | $79,825.00 |

EXHIBIT A

TRANSFERS TO INCOM INVESTMENTS CORP.

| Date | Payment Amount |
|---|---|
| 8/26/2014 | $42,333.00 |
| 9/24/2014 | $41,214.00 |
| 9/26/2014 | $87,998.00 |
| 10/2/2014 | $42,333.00 |
| 11/4/2014 | $41,214.00 |
| 11/13/2014 | $71,652.00 |
| 11/25/2014 | $42,333.00 |
| 12/19/2014 | $41,214.00 |
| 1/8/2015 | $41,214.00 |
| 1/8/2015 | $42,333.00 |
| 1/8/2015 | $42,333.00 |
| 1/8/2015 | $79,825.00 |
| 1/12/2015 | $79,825.00 |
| 1/30/2015 | $41,214.00 |
| 1/30/2015 | $79,825.00 |
| 2/5/2015 | $42,333.00 |
| 2/24/2015 | $41,214.00 |
| 2/25/2015 | $79,825.00 |
| 3/3/2015 | $42,333.00 |
| 4/1/2015 | $41,214.00 |
| 4/7/2015 | $79,825.00 |
| 4/10/2015 | $42,333.00 |
| 4/30/2015 | $41,214.00 |
| 5/6/2015 | $79,825.00 |
| 5/12/2015 | $42,333.00 |
| 6/15/2015 | $41,214.00 |
| 6/30/2015 | $79,825.00 |
| 7/8/2015 | $42,333.00 |
| 7/23/2015 | $41,214.00 |
| 7/28/2015 | $79,825.00 |
| 8/3/2015 | $42,333.00 |
| 8/20/2015 | $41,214.00 |
| 9/3/2015 | $79,825.00 |
| 9/11/2015 | $42,333.00 |
| 10/6/2015 | $41,214.00 |
| 10/9/2015 | $79,825.00 |
| 10/14/2015 | $42,333.00 |
| 11/3/2015 | $41,214.00 |
| 11/6/2015 | $79,825.00 |
| 11/17/2015 | $42,333.00 |
| 12/10/2015 | $42,333.00 |
| 12/10/2015 | $79,825.00 |
| 12/10/2015 | $41,214.00 |
| 1/8/2016 | $42,333.00 |
| 1/8/2016 | $42,333.00 |
| 1/8/2016 | $79,825.00 |

EXHIBIT A

TRANSFERS TO INCOM INVESTMENTS CORP.

| Date | Payment Amount |
|---|---|
| 1/8/2016 | $79,825.00 |
| 1/8/2016 | $41,214.00 |
| 1/8/2016 | $41,214.00 |
| 3/15/2016 | $42,333.00 |
| 3/15/2016 | $79,825.00 |
| 3/15/2016 | $41,214.00 |
| 4/8/2016 | $42,333.00 |
| 4/8/2016 | $79,825.00 |
| 4/8/2016 | $41,214.00 |
| 5/5/2016 | $41,214.00 |
| 5/5/2016 | $79,825.00 |
| 5/5/2016 | $42,333.00 |
| 5/5/2016 | $42,333.00 |
| 5/5/2016 | $79,825.00 |
| 5/5/2016 | $41,214.00 |
| 5/18/2016 | $42,333.00 |
| 5/18/2016 | $79,825.00 |
| 5/18/2016 | $41,214.00 |
| 6/21/2016 | $42,333.00 |
| 6/21/2016 | $79,825.00 |
| 6/21/2016 | $41,214.00 |
| 7/21/2016 | $163,372.00 |
| 8/19/2016 | $42,333.00 |
| 8/19/2016 | $41,214.00 |
| 8/24/2016 | $79,825.00 |
| 9/22/2016 | $42,333.00 |
| 9/22/2016 | $79,825.00 |
| 9/22/2016 | $41,214.00 |
| 10/13/2016 | $42,333.00 |
| 10/13/2016 | $41,214.00 |
| 10/27/2016 | $79,825.00 |
| 11/29/2016 | $83,547.00 |
| 12/27/2016 | $79,825.00 |
| 1/23/2017 | $163,372.00 |
| 1/25/2017 | $163,372.00 |
| 2/13/2017 | $163,372.00 |
| 3/21/2017 | $163,372.00 |
| 4/25/2017 | $42,333.00 |
| 4/25/2017 | $79,825.00 |
| 4/25/2017 | $41,214.00 |