# EXHIBIT A

EXHIBIT A

TRANSFERS TO QUEST DIAGNOSTICS OF PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 5/13/2013 | $29,778.00 |
| 5/15/2013 | $7,751.00 |
| 5/30/2013 | $150,973.00 |
| 6/11/2013 | $147,691.00 |
| 7/5/2013 | $18,868.00 |
| 7/24/2013 | $34,313.00 |
| 8/1/2013 | $8,599.00 |
| 8/8/2013 | $68,665.00 |
| 8/22/2013 | $13,847.00 |
| 9/19/2013 | $12,918.00 |
| 9/23/2013 | $119,036.00 |
| 9/24/2013 | $35,567.00 |
| 10/8/2013 | $6,595.00 |
| 11/1/2013 | $14,758.00 |
| 11/26/2013 | $6,703.00 |
| 12/20/2013 | $43,534.00 |
| 1/2/2014 | $580.00 |
| 1/15/2014 | $49,733.00 |
| 1/30/2014 | $2,302.00 |
| 1/30/2014 | $14,458.00 |
| 2/3/2014 | $110,104.00 |
| 2/5/2014 | $8,976.00 |
| 2/7/2014 | $46,026.00 |
| 2/7/2014 | $69,295.00 |
| 2/19/2014 | $253.00 |
| 2/19/2014 | $5,386.00 |
| 2/19/2014 | $37,197.00 |
| 2/19/2014 | $993.00 |
| 2/25/2014 | $12,812.00 |
| 3/24/2014 | $26,725.00 |
| 3/27/2014 | $14,505.00 |
| 4/7/2014 | $3,008.00 |
| 4/24/2014 | $41.00 |
| 4/28/2014 | $3,434.00 |
| 4/28/2014 | $16,634.00 |
| 5/1/2014 | $340.00 |
| 5/1/2014 | $85.00 |
| 5/6/2014 | $740.00 |
| 5/8/2014 | $81,004.00 |
| 5/22/2014 | $12,896.00 |
| 5/22/2014 | $15,591.00 |
| 5/29/2014 | $69,698.00 |
| 6/6/2014 | $57,576.00 |
| 6/19/2014 | $18,385.00 |
| 6/23/2014 | $9,503.00 |
| 8/12/2014 | $34,508.00 |

# EXHIBIT A

## TRANSFERS TO QUEST DIAGNOSTICS OF PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 8/15/2014 | $52,993.00 |
| 8/25/2014 | $101,258.00 |
| 8/27/2014 | $16,351.00 |
| 9/2/2014 | $70,555.00 |
| 9/4/2014 | $26,646.00 |
| 9/19/2014 | $13,756.00 |
| 9/23/2014 | $4,484.00 |
| 9/23/2014 | $39,905.00 |
| 10/7/2014 | $7,868.00 |
| 10/8/2014 | $17,960.00 |
| 10/17/2014 | $6,550.00 |
| 10/24/2014 | $6,920.00 |
| 11/14/2014 | $55,273.00 |
| 12/12/2014 | $2,275.00 |
| 12/16/2014 | $73,817.00 |
| 12/29/2014 | $2,000.00 |
| 12/29/2014 | $2,000.00 |
| 12/29/2014 | $2,000.00 |
| 12/29/2014 | $2,000.00 |
| 12/29/2014 | $2,000.00 |
| 12/29/2014 | $2,000.00 |
| 12/29/2014 | $2,000.00 |
| 12/29/2014 | $2,000.00 |
| 12/29/2014 | $5,995.00 |
| 1/5/2015 | $19,646.00 |
| 1/5/2015 | $24,634.00 |
| 1/8/2015 | $24,639.00 |
| 1/14/2015 | $46,142.00 |
| 1/21/2015 | $39,147.00 |
| 2/10/2015 | $7,835.00 |
| 2/18/2015 | $21.00 |
| 2/20/2015 | $18,836.00 |
| 3/3/2015 | $15,242.00 |
| 3/3/2015 | $19,638.00 |
| 3/6/2015 | $20,243.00 |
| 3/18/2015 | $4,953.00 |
| 3/18/2015 | $7,149.00 |
| 3/18/2015 | $7.00 |
| 3/20/2015 | $45,407.00 |
| 3/24/2015 | $2,495.00 |
| 4/1/2015 | $5,658.00 |
| 4/1/2015 | $5,914.00 |
| 4/1/2015 | $5,937.00 |
| 4/3/2015 | $15,497.00 |
| 4/10/2015 | $5,908.00 |
| 4/22/2015 | $16,067.00 |

# EXHIBIT A

## TRANSFERS TO QUEST DIAGNOSTICS OF PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 5/1/2015 | $16,577.00 |
| 5/15/2015 | $4,463.00 |
| 5/15/2015 | $4,837.00 |
| 5/15/2015 | $4,873.00 |
| 5/15/2015 | $10,786.00 |
| 5/22/2015 | $3,203.00 |
| 5/29/2015 | $9,263.00 |
| 6/9/2015 | $7,577.00 |
| 6/9/2015 | $28,482.00 |
| 6/9/2015 | $148.00 |
| 6/16/2015 | $30,673.00 |
| 6/17/2015 | $6,465.00 |
| 6/17/2015 | $6,491.00 |
| 6/19/2015 | $27,740.00 |
| 6/19/2015 | $7,048.00 |
| 6/19/2015 | $6,133.00 |
| 7/1/2015 | $42,813.00 |
| 7/1/2015 | $16,093.00 |
| 7/1/2015 | $20,107.00 |
| 7/1/2015 | $97,720.00 |
| 7/10/2015 | $1,744.00 |
| 7/24/2015 | $24,908.00 |
| 7/29/2015 | $3,389.00 |
| 8/12/2015 | $2,455.00 |
| 8/25/2015 | $20,007.00 |
| 8/25/2015 | $11,471.00 |
| 9/4/2015 | $5,669.00 |
| 9/9/2015 | $18,164.00 |
| 9/16/2015 | $4,275.00 |
| 9/25/2015 | $535.00 |
| 9/25/2015 | $6,240.00 |
| 9/25/2015 | $5,768.00 |
| 9/25/2015 | $846.00 |
| 9/29/2015 | $54,512.00 |
| 10/2/2015 | $8,407.00 |
| 10/9/2015 | $28,862.00 |
| 10/9/2015 | $22,989.00 |
| 10/14/2015 | $6,080.00 |
| 10/14/2015 | $3,249.00 |
| 10/14/2015 | $829.00 |
| 10/14/2015 | $2,613.00 |
| 10/14/2015 | $4,927.00 |
| 10/21/2015 | $50,080.00 |
| 11/4/2015 | $1,904.00 |
| 11/10/2015 | $21,186.00 |
| 12/15/2015 | $6,848.00 |

# EXHIBIT A

## TRANSFERS TO QUEST DIAGNOSTICS OF PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 12/15/2015 | $3,406.00 |
| 12/15/2015 | $2,051.00 |
| 1/26/2016 | $5,367.00 |
| 1/26/2016 | $6,326.00 |
| 1/27/2016 | $14,089.00 |
| 3/2/2016 | $5,158.00 |
| 3/2/2016 | $95.00 |
| 3/2/2016 | $409.00 |
| 3/2/2016 | $6,717.00 |
| 3/2/2016 | $4,530.00 |
| 3/15/2016 | $10,818.00 |
| 3/15/2016 | $6,118.00 |
| 3/15/2016 | $8,872.00 |
| 3/15/2016 | $8,037.00 |
| 3/15/2016 | $12,536.00 |
| 3/15/2016 | $3,208.00 |
| 3/15/2016 | $49,199.00 |
| 3/16/2016 | $60,430.00 |
| 4/12/2016 | $10,426.00 |
| 5/11/2016 | $9,237.00 |
| 5/13/2016 | $6,211.00 |
| 5/13/2016 | $7,183.00 |
| 5/13/2016 | $3,486.00 |
| 5/13/2016 | $5,184.00 |
| 5/13/2016 | $7,182.00 |
| 5/13/2016 | $3,915.00 |
| 5/13/2016 | $578.00 |
| 5/17/2016 | $16,881.00 |
| 5/20/2016 | $27,660.00 |
| 5/25/2016 | $3,851.00 |
| 5/25/2016 | $4,976.00 |
| 5/25/2016 | $1,473.00 |
| 5/25/2016 | $4,758.00 |
| 5/25/2016 | $17,973.00 |
| 5/25/2016 | $14,091.00 |
| 5/25/2016 | $19,023.00 |
| 5/25/2016 | $55,006.00 |
| 6/10/2016 | $7,674.00 |
| 6/10/2016 | $95.00 |
| 6/10/2016 | $95.00 |
| 6/15/2016 | $4,657.00 |
| 6/15/2016 | $10,566.00 |
| 6/17/2016 | $7,481.00 |
| 6/17/2016 | $9,012.00 |
| 7/1/2016 | $77,354.00 |
| 7/1/2016 | $48,781.00 |

EXHIBIT A

TRANSFERS TO QUEST DIAGNOSTICS OF PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 7/12/2016 | $19,586.00 |
| 7/19/2016 | $21,582.00 |
| 7/19/2016 | $56,607.00 |
| 7/19/2016 | $3,931.00 |
| 7/19/2016 | $8,258.00 |
| 7/19/2016 | $5,383.00 |
| 7/19/2016 | $6,773.00 |
| 8/10/2016 | $13,090.00 |
| 8/12/2016 | $6,006.00 |
| 8/12/2016 | $739.00 |
| 8/12/2016 | $18.00 |
| 8/12/2016 | $1,325.00 |
| 8/26/2016 | $4,845.00 |
| 9/2/2016 | $3,200.00 |
| 9/2/2016 | $4,256.00 |
| 9/2/2016 | $5,546.00 |
| 9/20/2016 | $11,818.00 |
| 9/20/2016 | $12,540.00 |
| 9/20/2016 | $11,657.00 |
| 9/20/2016 | $11,326.00 |
| 9/20/2016 | $4,078.00 |
| 9/20/2016 | $27.00 |
| 9/23/2016 | $8,736.00 |
| 9/23/2016 | $11,675.00 |
| 9/23/2016 | $12,133.00 |
| 9/30/2016 | $35,235.00 |
| 10/12/2016 | $6,042.00 |
| 10/12/2016 | $5,389.00 |
| 10/12/2016 | $4,805.00 |
| 10/14/2016 | $48,379.00 |
| 11/1/2016 | $1,141.00 |
| 11/1/2016 | $25,131.00 |
| 11/1/2016 | $30,244.00 |
| 11/1/2016 | $15,554.00 |
| 11/8/2016 | $8,577.00 |
| 11/22/2016 | $19,106.00 |
| 11/22/2016 | $21,422.00 |
| 11/22/2016 | $55,269.00 |
| 11/22/2016 | $27,598.00 |
| 11/28/2016 | $4,602.00 |
| 11/28/2016 | $5,977.00 |
| 11/28/2016 | $15,627.00 |
| 11/30/2016 | $1,074.00 |
| 12/30/2016 | $3,778.00 |
| 12/30/2016 | $4,668.00 |
| 12/30/2016 | $23,311.00 |

EXHIBIT A

TRANSFERS TO QUEST DIAGNOSTICS OF PUERTO RICO, INC.

| Date | Payment Amount |
|---|---|
| 1/24/2017 | $20,903.00 |
| 1/24/2017 | $12,198.00 |
| 1/24/2017 | $8,265.00 |
| 1/24/2017 | $9,347.00 |
| 1/24/2017 | $10,335.00 |
| 1/24/2017 | $20,155.00 |
| 1/24/2017 | $26,786.00 |
| 1/27/2017 | $2,900.00 |
| 1/31/2017 | $5,666.00 |
| 1/31/2017 | $6,503.00 |
| 2/1/2017 | $13,475.00 |
| 2/1/2017 | $22,664.00 |
| 2/1/2017 | $28,519.00 |
| 2/1/2017 | $16,813.00 |
| 2/22/2017 | $2,870.00 |
| 2/22/2017 | $4,360.00 |
| 2/22/2017 | $3,324.00 |
| 2/22/2017 | $40.00 |
| 2/22/2017 | $3,410.00 |
| 2/22/2017 | $3,779.00 |
| 3/7/2017 | $10,879.00 |
| 3/7/2017 | $81,592.00 |
| 3/10/2017 | $14,557.00 |
| 3/31/2017 | $35,798.00 |
| 4/11/2017 | $8,762.00 |
| 4/11/2017 | $11,813.00 |
| 4/11/2017 | $433.00 |
| 4/11/2017 | $815.00 |
| 4/11/2017 | $53.00 |
| 4/11/2017 | $2,231.00 |
| 4/11/2017 | $1,962.00 |
| 4/12/2017 | $25,735.00 |
| 4/12/2017 | $3,620.00 |
| 4/12/2017 | $105.00 |
| 4/12/2017 | $4,946.00 |
| 4/12/2017 | $4,001.00 |
| 4/12/2017 | $23,130.00 |
| 4/12/2017 | $21,275.00 |
| 4/14/2017 | $265.00 |
| 4/14/2017 | $2,869.00 |
| 4/19/2017 | $242.00 |
| 4/19/2017 | $210.00 |
| 4/19/2017 | $6,189.00 |
| 4/19/2017 | $107.00 |
| 4/19/2017 | $3,074.00 |
| 4/19/2017 | $1,585.00 |

# EXHIBIT A

## TRANSFERS TO QUEST DIAGNOSTICS OF PUERTO RICO, INC.

| Date | Payment Amount |
|---|---:|
| 4/21/2017 | $118.00 |
| 4/21/2017 | $118.00 |
| 4/21/2017 | $4,952.00 |
| 4/21/2017 | $95.00 |
| 4/21/2017 | $5,674.00 |
| 4/25/2017 | $7,706.00 |
| 4/25/2017 | $998.00 |
| 4/25/2017 | $5,123.00 |