## UNITED STATES DITRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>Debtors. | PROMESA Title III<br><br>Case No. 17 BK-3283-LTS<br>(Jointly Administered) |

### NOTICE OF APPEARANCE WITH REQUEST FOR SERVICE OF PAPERS
### UNDER FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that the undersigned hereby appear for Duff & Phelps LLC, and request, pursuant to rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), hereby requests that, in addition to the undersigned local counsel, any and all notices given or required to be given in these cases and all papers served or required to be served in these cases, be delivered to and served upon the person(s) listed below at the following addresses, telephone, and facsimile numbers:

Michael L. Cook
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2150
Facsimile: (212) 593-5955
E-mail:michael.cook@srz.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provision and Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral and whether

transmitted or conveyed by mail, hand delivery, telephone, electronic mail, or otherwise, that is filed or given in connection with the above-captioned cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of the Appearing Party to trial by jury in any case, proceeding, matter, or controversy so triable; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Appearing Party is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 24th day of October, 2019.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

**ANTONETTI MONTALVO & RAMÍREZ-COLL**
Attorneys for Duff & Phelps LLC

By: /s/José L. Ramírez-Coll
(A Member of the Firm)
P.O. Box 13128
San Juan, Puerto Rico 00908
Telephone: (787) 977-0312
Facsimile: (787) 977-0323
E-mail: jramirez@amrclaw.com

**SCHULTE ROTH & ZABEL LLP**
Attorneys for Duff & Phelps LLC

By: /s/Michael L. Cook
(Of Counsel)
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2150
Facsimile: (212) 593-5955
E-mail: michael.cook@srz.com

DOC ID - 26755298.1