UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------x

ORDER DIRECTING THE COMMONWEALTH OF PUERTO RICO TO SHOW CAUSE
IN CONNECTION WITH HIRAM PÉREZ-SOTO'S MOTION INFORMING THE HONORABLE COURT

       The Court has received and reviewed the *Motion Informing the Honorable Court* (Docket Entry No. 8911, the "Informative Motion") filed by Hiram Pérez-Soto. The Informative Motion follows this Court's entry of the *Memorandum Order Granting in Part and Denying in Part Hiram Pérez-Soto's Motion for Relief from Automatic Stay (Docket Entry No. 7776)* (Docket Entry No. 8521, the "Stay Relief Order"), which afforded Mr. Pérez-Soto limited relief from the automatic stay as it applied to the lawsuit captioned Perez-Soto v. Oronoz et al., Case No. 19-cv-1266 (D.P.R.) (the "First Litigation"). According to the Informative Motion, also after the Stay Relief Order was issued, the First Litigation and a related lawsuit captioned Perez-

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

<u>Soto v. Ramirez-Nazario et al.</u>, Case No. 19-cv-1774 (D.P.R.) (the "Second Litigation") were consolidated pursuant to an order entered by the Honorable Carmen C. Cerezo.

In light of this development, the Commonwealth is directed to show cause in writing, on or before **October 31, 2019 at 5:00 p.m. (Atlantic Standard Time)**, as to why the Court should not enter an order extending application of the Stay Relief Order's provisions to the claims that were originally asserted by Mr. Pérez-Soto in the Second Litigation and are now pending in the consolidated litigation, in which the First Litigation has been designated the lead case.

SO ORDERED.

Dated: October 24, 2019

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge