**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | (Jointly Administered) |
| Debtor.[1] | |

**INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD
AT OCTOBER 30 - 31, 2019 OMNIBUS HEARING**

**To the Honorable Court:**

PLEASE TAKE NOTICE that, pursuant to this Court's *Order Regarding Procedures for Attendance, Participation and Observation of the October 30-31, 2019, Omnibus Hearing,* Dkt. No. 8912, Unión de Trabajadores de la Industria Eléctrica y Riego Inc. (UTIER) and Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica ("SREAEE") hereby respectfully state as follows:

1. Rolando Emmanuelli-Jiménez and Jessica Esther Méndez-Colberg of Bufete Emmanuelli, C.S.P. will appear and, to the extent necessary, present argument on behalf of UTIER and SRAEE, at the October 30 - 31, 2019 Omnibus Hearing in Courtroom 3 of the United States

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

District Court for the District of Puerto Rico in 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

2.  Counsels will be prepared to respond to any matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

WHEREFORE, UTIER and SREAEE respectfully request that the Court take notice of the foregoing.

In Ponce, Puerto Rico, this 24th day of October 2019.

**WE HEREBY CERTIFY** that, on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and Standard Parties.



472 Tito Castro Ave.
Marvesa Building, Suite 106
Ponce, Puerto Rico 00716
Tel: (787) 848-0666
 Fax: (787) 841-1435

/s/Rolando Emmanuelli Jiménez
Rolando Emmanuelli Jiménez
USDC: 214105

/s/Jessica E. Méndez Colberg
Jessica E. Méndez Colberg
USDC: 302108

Emails: rolando@bufete-emmanuelli.com
          jessica@bufete-emmanuelli.com
          notificaciones@bufete-emmanuelli.com