# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---

*In re*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

    Debtors.[1]

---

PROMESA
Title III

Case No. 17-BK-3283 (LTS)
(Jointly Administered)

## INFORMATIVE MOTION REGARDING
## APPEARANCE AT THE OCTOBER 30, 2019 HEARING

Pursuant to the Court's *Order Regarding Procedures for Attendance, Participation and Observation of the October 30-31, 2019 Hearing* [Docket No. 8912], Willkie Farr & Gallagher LLP ("Willkie"), in its capacity as counsel to the Court-appointed representative ("COFINA Agent") for COFINA in the Commonwealth-COFINA Dispute, and Nilda M. Navarro-Cabrer in her capacity as local counsel to the COFINA Agent, respectfully notify the Court of their intent to attend the hearing on October 30, 2019 (and to the extent necessary October 31, 2019) in connection with approval of the *Final Fee Application of Willkie Farr & Gallagher LLP, in its Capacity as Counsel to Bettina M. Whyte, as the COFINA Agent for Final Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from August 3,*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

*2017 through February 12, 2019* [Dkt. No. 7409] and the *Final Fee Application of Nilda M. Navarro-Cabrer, as Local Counsel to Bettina M. Whyte, as the COFINA Agent for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from August 16, 2017 through February 12, 2019* [Dkt. No. 7412]. Joseph G. Minias of Willkie Farr & Gallagher LLP intends to appear at the United States District Court for the Southern District of New York and will be available to the extent the Court has any questions for counsel in connection with its final fee application, but does not anticipate appearing on any substantive matters. In compliance with Local Civil Rule for the U.S. District Court for the District of Puerto Rico 83-A(f), local counsel for the COFINA Agent, Nilda M. Navarro-Cabrer, will attend the hearing at the United States District Court for the District of Puerto Rico and will also be available to the extent the Court has any questions for counsel in connection with her final fee application.

Dated: October 24, 2019
      New York, New York

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By: /s/ Nilda M. Navarro-Cabrer<br>Nilda M. Navarro-Cabrer<br>(USDC – PR No. 201212)<br>**NAVARRO-CABRER LAW OFFICES**<br>El Centro I, Suite 206<br>500 Muñoz Rivera Avenue<br>San Juan, Puerto Rico 00918<br>Telephone: (787) 764-9595<br>Facsimile: (787) 765-7575<br>Email: navarro@navarrolawpr.com<br><br>*Local Counsel to the COFINA Agent* | By: /s/ Joseph G. Minias<br>Matthew A. Feldman (*pro hac vice*)<br>Joseph G. Minias (*pro hac vice*)<br>Antonio Yanez, Jr. (*pro hac vice*)<br>**WILLKIE FARR & GALLAGHER LLP**<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 728-8000<br>Facsimile: (212) 728-8111<br>Email: mfeldman@willkie.com<br>       jminias@willkie.com<br>       ayanez@willkie.com<br><br>*Counsel to the COFINA Agent* |