UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>As a representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO** *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**(Jointly Administered)**<br><br><br>Re: Dkt. No. 8912, 8934<br><br>**Hearing date:** October 30, 2019 at 9:30 a.m. (Atlantic Standard Time) |

**INFORMATIVE MOTION OF THE FEE EXAMINER REGARDING ATTENDANCE, PARTICIPATION AND OBSERVATION OF OCTOBER 30-31 OMNIBUS HEARING**

The Fee Examiner appointed in these proceedings files this *Informative Motion of the Fee Examiner Regarding Attendance, Participation and Observation of October 30-31 Omnibus Hearing* (the "**Informative Motion**"). In support, the Fee Examiner respectfully states that:

1. On October 23, 2019, counsel filed the *Fee Examiner's Report on Uncontested Professional Fee Matters for Consideration in Connection with the October 30, 2019 Omnibus Hearing* [Dkt. No. 8934] (the "**Sixth Interim Report**").

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. As noted in the Sixth Interim Report, the only contested fee matter currently pending has been adjourned to the December 11, 2019 omnibus hearing at the request of the fee applicant. *See id*. at p. 8; Dkt. Nos. 8862, 8915.

3. The Sixth Interim Report outlines the Fee Examiner's recommendations for the Court's approval, with adjustments, of a group of final COFINA fee applications and a group of interim applications for the Sixth Interim Fee Period (February 1, 2019 to May 31, 2019) as well as applications from prior fee periods previously deferred.

4. The Sixth Interim Report attached, as **Exhibits F** and **G**, proposed orders approving the uncontested fee applications. Counsel also submitted the proposed orders to chambers in MS Word format pursuant to the *Tenth Amended Notice, Case Management and Administrative Procedures* [Dkt. No. 8027-1].

5. Pursuant to the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 3269], if no objections are timely filed, fee applications may be approved by Court order without a hearing. *Id.* at 2(j).

6. If the Court elects to enter the proposed orders submitted with the Sixth Interim Report, the Fee Examiner and counsel will not attend the omnibus hearing in person. If the Court elects not to enter the orders, the Fee Examiner and counsel will attend the hearing in person in San Juan.

Dated this 24th day of October, 2019.

WE HEREBY CERTIFY that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

                              EDGE Legal Strategies, PSC

                              *s/Eyck O. Lugo*
                              Eyck O. Lugo
                              252 Ponce de León Avenue
                              Citibank Tower, 12th Floor
                              San Juan, PR 00918
                              Telephone: (787) 522-2000
                              Facsimile: (787) 522-2010

                              *Puerto Rico Counsel for Fee Examiner*

                              GODFREY & KAHN, S.C.
                              One East Main Street, Suite 500
                              Madison, WI 53703
                              Telephone: (608) 257-3911
                              Facsimile: (608) 257-0609

                              Katherine Stadler (*Pro Hac Vice*)

                              *Counsel for the Fee Examiner*

21382428.1