# **ANEXO A**

**Relación de reclamos objeto de la Septuagésima quinta objeción global**

Septuagésima quinta objeción colectiva
Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ABRAHAMS, DEBORAH F<br>150 SOUTHWOOD LANE<br>ROCHESTER, NY 14618-4022 | 3/21/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 1844 | $ 75,000.00 |
| | Base para: La Evidencia de Reclamación pretende reclamar obligaciones asociadas a bonos emitidos por la HTA, pero los bonos que el demandante afirma tener ya han sido refinanciados, ya sea mediante reembolso o anulación. | | | | | |
| 2 | COOPERATIVA DE A/C LA SAGRADA FAMILIA<br>COOP LA SAGRADA FAMILIA<br>PO BOX 102<br>COROZAL, PR 00783-0102 | 5/28/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 26060 | $ 315,000.00 |
| | Base para: La Evidencia de Reclamación pretende reclamar obligaciones asociadas a bonos emitidos por la HTA, pero los bonos que el demandante afirma tener ya han sido refinanciados, ya sea mediante reembolso o anulación. | | | | | |
| 3 | COOPERATIVA DE A/C LA SAGRADA FAMILIA<br>COOP LA SAGRADA FAMILIA<br>PO BOX 102<br>COROZAL, PR 00783-0102 | 5/28/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 26054 | $ 320,775.00 |
| | Base para: La Evidencia de Reclamación pretende reclamar obligaciones asociadas a bonos emitidos por la HTA, pero los bonos que el demandante afirma tener ya han sido refinanciados, ya sea mediante reembolso o anulación. | | | | | |
| 4 | HUNT, GREGORY S AND GENEVIEVE M<br>8 SUNSET LANE<br>SOUTH DARTMOUTH, MA 02748 | 3/26/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 4093 | $ 9,339.86 |
| | Base para: La Evidencia de Reclamación pretende reclamar obligaciones asociadas a bonos emitidos por la HTA, pero los bonos que el demandante afirma tener ya han sido refinanciados, ya sea mediante reembolso o anulación. | | | | | |
| 5 | KOESTER, JOANNA<br>8997 E. GRANT RD<br>DOWNEY, ID 83234 | 5/23/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 14241 | $ 11,060.08 |
| | Base para: La Evidencia de Reclamación pretende reclamar obligaciones asociadas a bonos emitidos por la HTA, pero los bonos que el demandante afirma tener ya han sido refinanciados, ya sea mediante reembolso o anulación. | | | | | |
| 6 | MGIC INDEMNITY CORPORATION<br>C/O NAYUAN ZOUAIRABANI<br>PO BOX 364225<br>SAN JUAN, PR 00936-4225 | 5/23/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 16608 | $ 50,000.00 |
| | Base para: La Evidencia de Reclamación pretende reclamar obligaciones asociadas a bonos emitidos por la HTA, pero los bonos que el demandante afirma tener ya han sido refinanciados, ya sea mediante reembolso o anulación. | | | | | |

Septuagésima quinta objeción colectiva
Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | PRE-REFUNDED MUNICIPAL ETF<br>200 RIVER'S EDGE DRIVE<br>SUITE 300<br>MEDFORD, MA 02155 | 6/29/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 113912 | $ 235,000.00 |
| | Base para: La Evidencia de Reclamación pretende reclamar obligaciones asociadas a bonos emitidos por la HTA, pero los bonos que el demandante afirma tener ya han sido refinanciados, ya sea mediante reembolso o anulación. | | | | | |
| 8 | SCHWEITZER, JONATHAN<br>57 LAMPHERE RD<br>WATERFORD, CT 06385 | 3/14/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 2177 | $ 10,000.00 |
| | Base para: La Evidencia de Reclamación pretende reclamar obligaciones asociadas a bonos emitidos por la HTA, pero los bonos que el demandante afirma tener ya han sido refinanciados, ya sea mediante reembolso o anulación. | | | | | |
| | | | | | TOTAL | $ 1,026,174.94 |