**ANEXO A**

**Relación de reclamos objeto de la Septuagésima sexta objeción global**

Septuagésima sexta objeción colectiva
Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ABRAHAM, LIZETTE M. PASEO LOS VISTAS CALLE 1 A4 SAN JUAN, PR 00926 | 5/9/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 12638 | $ 84,576.07 |
| | Base para: La Evidencia de Reclamación pretende reclamar, en parte, obligaciones vinculadas a bonos emitidos por la HTA, pero los bonos que el demandante afirma tener ya han sido refinanciados, ya sea mediante reembolso o anulación. Asimismo, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias de Reclamaciones Maestras presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos. | | | | | |
| 2 | ADELSON, ARTHUR P.O. BOX 9331 TAMPA, FL 33674-9331 | 5/17/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 11602 | $ 80,000.00 |
| | Base para: La Evidencia de Reclamación pretende reclamar, en parte, obligaciones vinculadas a bonos emitidos por la HTA, pero los bonos que el demandante afirma tener ya han sido refinanciados, ya sea mediante reembolso o anulación. Asimismo, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias de Reclamaciones Maestras presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos. | | | | | |
| 3 | CIGNA HEALTH AND LIFE INSURANCE COMPANY MARK DEVENO C/O CIGNA INVESTMENTS, INC. 900 COTTAGE GROVE ROAD, A5LGL BLOOMFIELD, CT 06002 | 5/23/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 19617 | $ 1,100,000.00 |
| | Base para: La Evidencia de Reclamación pretende reclamar, en parte, obligaciones vinculadas a bonos emitidos por la HTA, pero los bonos que el demandante afirma tener ya han sido refinanciados, ya sea mediante reembolso o anulación. Asimismo, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias de Reclamaciones Maestras presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos. | | | | | |
| 4 | KANIN, DAVID B. 10743 MIST HAVEN TERRACE ROCKVILLE, MD 20152 | 4/12/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 6825 | $ 15,000.00 |
| | Base para: La Evidencia de Reclamación pretende reclamar, en parte, obligaciones vinculadas a bonos emitidos por la HTA, pero los bonos que el demandante afirma tener ya han sido refinanciados, ya sea mediante reembolso o anulación. Asimismo, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias de Reclamaciones Maestras presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos. | | | | | |
| 5 | MALHOTRA, VINOD & VIDYA 137 HOLLYWOOD AVE ENGLEWOOD CLIFFS, NJ 07632-2133 | 4/27/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 8520 | $ 70,000.00 |
| | Base para: La Evidencia de Reclamación pretende reclamar, en parte, obligaciones vinculadas a bonos emitidos por la HTA, pero los bonos que el demandante afirma tener ya han sido refinanciados, ya sea mediante reembolso o anulación. Asimismo, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias de Reclamaciones Maestras presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos. | | | | | |
| 6 | PENA-ROBLES, FERNANDO L J8 AVE. SAN PATRICIO APT. 2 GUAYNABO, PR 00968 | 4/19/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 8946 | $ 50,000.00 |
| | Base para: La Evidencia de Reclamación pretende reclamar, en parte, obligaciones vinculadas a bonos emitidos por la HTA, pero los bonos que el demandante afirma tener ya han sido refinanciados, ya sea mediante reembolso o anulación. Asimismo, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias de Reclamaciones Maestras presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos. | | | | | |

Septuagésima sexta objeción colectiva
Anexo A: Titulares de bonos sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | R HUGHES AND J HUGHES TTEE HUGHES FAMILY TRUST 10957 SW 82ND TER OCALA, FL 34481 | 3/19/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 3591 | $ 50,000.00 |

Base para: La Evidencia de Reclamación pretende reclamar, en parte, obligaciones vinculadas a bonos emitidos por la HTA, pero los bonos que el demandante afirma tener ya han sido refinanciados, ya sea mediante reembolso o anulación. Asimismo, el demandante reclama, en parte, obligaciones asociadas a uno o más bonos emitidos por la HTA que son duplicados de una o varias Evidencias de Reclamaciones Maestras presentadas en el Caso de la HTA al amparo del Título III por el agente fiscal o por el fiduciario de estos bonos.

| | | TOTAL | $ 1,449,576.07 |
|---|---|---|---|