# **EXHIBIT B**

**Declaration of Jay Herriman**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>       as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                                   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth and ERS.** |

**DECLARATION OF JAY HERRIMAN IN SUPPORT
OF THE SEVENTY-SEVENTH OMNIBUS OBJECTION (NON-SUBSTANTIVE)
OF THE COMMONWEALTH OF PUERTO RICO AND THE EMPLOYEES
RETIREMENT SYSTEM FOR THE GOVERNMENT OF THE COMMONWEALTH
OF PUERTO RICO TO CLAIMS ASSERTING LIABILITIES OWED BY ENTITIES
THAT ARE NOT TITLE III DEBTORS**

I, Jay Herriman, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1.    I am a Managing Director of Alvarez & Marsal North America, LLC ("A&M"). The Financial Oversight and Management Board (the "Oversight Board") retained A&M to assist with, *inter alia*, the claims reconciliation process for the Debtors' cases filed pursuant to the *Puerto*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2] Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

2. In my capacity as a Managing Director of A&M, I am one of the persons responsible for overseeing the claims reconciliation and objection process in the Debtors' cases filed pursuant to PROMESA. The Debtors' ongoing claims reconciliation process involves the collective effort of a team of A&M employees, as well as Proskauer Rose LLP and O'Neill & Borges LLC, counsel for the Oversight Board, the legal representative for the Commonwealth and ERS.

3. I submit this declaration in support of the *Seventy-Seventh Omnibus (Non-Substantive) Objection of the Commonwealth of Puerto Rico and the Employees Retirement System for the Government of the Commonwealth of Puerto Rico to Claims Asserting Liabilities Owed by Entities that Are Not Title III Debtors* (the "Seventy-Seventh Omnibus Objection").[3] I have personally reviewed the Seventy-Seventh Omnibus Objection and exhibits thereto and am, accordingly, familiar with the information contained therein.

4. In preparation for filing the Seventy-Seventh Omnibus Objection, and under my direction and/or supervision, each of the claims at issue in the Seventy-Seventh Omnibus Objection was carefully reviewed and analyzed in good faith using due diligence by the appropriate personnel. These efforts resulted in the identification of the claims to be disallowed, as identified in Exhibit A to the Seventy-Seventh Omnibus Objection.

5. To the best of my knowledge, information, and belief, the claims listed on Exhibit A to the Seventy-Seventh Omnibus Objection (collectively, the "Claims to Be Disallowed") each

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms used but not defined herein shall have the meanings set forth in the Seventy-Seventh Omnibus Objection.

failed to provide a basis for asserting a claim against the Commonwealth or ERS. Each of the Claims to Be Disallowed purport to assert liabilities associated with entities that are not one of the Debtors, such as the University of Puerto Rico or PRASA, but failed to explain how or why those purported liabilities provided a basis for asserting a claim against the Commonwealth or ERS. Accordingly, for the foregoing reasons, the Commonwealth and ERS are unable to determine, in full or in part, the validity of the Claims to Be Disallowed, and the Commonwealth and ERS request that the Claims to Be Disallowed be disallowed in their entirety.

6. Based on the foregoing, and to the best of my knowledge, information and belief, the information contained in the Seventy-Seventh Omnibus Objection and exhibits thereto is true and correct, and the relief requested therein is in the best interests of the Commonwealth, ERS, and their creditors.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 24, 2019

By: /s/ *Jay Herriman*
Jay Herriman

## **ANEXO B**

**Declaración de Jay Herriman**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el asunto de:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante de<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros,<br><br>                      Deudores. | PROMESA,<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrada conjuntamente)<br><br>**La presente radicación guarda relación con el ELA y el SRE.** |

**DECLARACIÓN DE JAY HERRIMAN EN APOYO DE
LA SEPTUAGÉSIMA SÉPTIMA OBJECIÓN GLOBAL (NO SUSTANTIVA)
DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DEL SISTEMA DE RETIRO
DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE
PUERTO RICO A RECLAMOS EN LOS QUE SE ALEGAN RESPONSABILIDADES
DE ENTIDADES QUE NO SON DEUDORES CONFORME AL TÍTULO III**

Yo, Jay Herriman, de conformidad con el Título 28 U.S.C., § 1746, por medio de la presente declaro, so pena de incurrir en falso testimonio, que lo que sigue es veraz y correcto a mi fiel saber y entender:

    1. Soy director general de Alvarez & Marsal North America, LLC ("A&M"). La Junta de Supervisión y Administración Financiera (la "Junta de Supervisión") contrató a A&M para que le ayudara, entre otras cosas, con el proceso de reconciliación de reclamos en relación con las causas de los Deudores radicadas conforme a la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"). [1] Salvo disposición en contrario en la presente declaración, tengo conocimiento personal de los hechos aquí expuestos.

---

[1] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

2. En mi capacidad de director general de A&M, soy una de las personas responsables de supervisar el proceso de reconciliación y objeciones relativo a los reclamos en el marco de las causas de los Deudores radicadas conforme a PROMESA. El proceso continuo de reconciliación de los reclamos de los Deudores implica un esfuerzo colectivo de un equipo de los empleados de A&M, así como de Proskauer Rose LLP y O'Neill & Borges LLC, abogados de la Junta de Supervisión, el representante legal del ELA y del SRE.

3. Realizo esta declaración en apoyo de la *Septuagésima séptima objeción global (no sustantiva) del Estado Libre Asociado de Puerto Rico y del Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos en los que se alegan responsabilidades de entidades que no son Deudores conforme al Título III* (la "Septuagésima séptima objeción global"). [2] He revisado personalmente la Septuagésima séptima objeción global, y los anexos relativos a la misma, por lo que estoy familiarizado con la información que contienen.

4. Durante el proceso de preparación para radicar la Septuagésima séptima objeción global, bajo mi dirección y/o supervisión, cada uno de los reclamos controvertidos en la Septuagésima séptima objeción global fue examinado y analizado cuidadosamente, de buena fe y aplicando la debida diligencia por el personal pertinente. Dichos esfuerzos permitieron identificar los reclamos que han de ser rechazados, que se indican en el Anexo A relativo a la Septuagésima séptima objeción global.

5. A mi fiel saber y entender, los reclamos mencionados en el Anexo A de la Septuagésima séptima objeción global (conjuntamente, los "Reclamos que han de ser rechazados") no brindaron ninguna base para alegar un reclamo contra el ELA o el SRE. Cada uno de los

---

[2] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Septuagésima séptima objeción global.

Reclamos que han de ser rechazados pretende alegar responsabilidades vinculadas con entidades que no son uno de los Deudores, por ejemplo, la Universidad de Puerto Rico o la AAA, pero no ha explicado cómo o por qué esas presuntas responsabilidades brindan una base para alegar un reclamo contra el ELA o el SRE. En consecuencia, por los motivos anteriormente expuestos, el ELA y el SRE no pueden determinar, ni total ni parcialmente, la validez de los Reclamos que han de ser rechazados, por lo que el ELA y el SRE solicitan que los Reclamos que han de ser rechazados sean rechazados en su totalidad.

6. Sobre la base de lo que antecede, y a mi fiel saber y entender, la información contenida en la Septuagésima séptima objeción global y en sus anexos es veraz y correcta, y el remedio allí solicitado redunda en el mejor interés del ELA, del SRE y de sus acreedores.

7. Declaro, so pena de incurrir en falso testimonio conforme a las leyes de los Estados Unidos de América, que lo que antecede es veraz y correcto a mi fiel saber y entender.

Fecha: 24 de octubre de 2019

    Por: [*Firma en la versión en inglés*]
          Jay Herriman