# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** | **PROMESA** |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO, | TITLE III |
| As representative of | No. 17 BK 3283-LTS (JOINTLY ADMINISTER) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | |
| Debtors. | |

_____/

### MOTION TO INFORM CREDITOR'S APPEARANCE AT HEARING ON SIXTY-FOURTH OMNIBUS OBJECTION TO CLAIMS

**TO THE HONORABLE COURT:**

COMES NOW, Noreen Wiscovitch-Rentas as Trustee, on behalf of the Noreen Wiscovitch Retirement Plan ("NW Retirement Plan") and respectfully informs the Court as follows:

1. The undersigned will be attending the hearing on Debtor's Sixty-Fourth Omnibus Objection to Claims set for October 30, 2019, at 9:30 am at the United States District Court for the District of Puerto Rico on behalf of the above-named creditor.

2. This Informative Motion is in compliance with the Order Regarding Procedures for Attendance, Participation, and Observation dated October 30-31, 2019 Omnibus Hearing. Dkt. No. 8912.

WHEREFORE, it is respectfully requested for the Court to take notice of the above.

I HEREBY CERTIFY that the foregoing has been sent to CM/ECF to all parties so

1

subscribed on this 24th day of October, 2019.

    Respectfully submitted, in San Juan, Puerto Rico, this 24th day of October 2019.

>/s Noreen Wiscovitch-Rentas
>NOREEN WISCOVITCH RENTAS, Esq.
>USDC No. 213606
>PMB 136
>400 Kalaf Street
>San Juan, Puerto Rico 00918
>Tel: (787) 946-0132
>noreen@nwr-law.com