## **EXHIBIT D**
**Proposed Order**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

        Debtors.[1]

PROMESA
Title III
No. 17 BK 3283-LTS
(Jointly Administered)

**This filing relates to the
Commonwealth, HTA, and
ERS.**

**ORDER GRANTING EIGHTY-SEVENTH OMNIBUS OBJECTION (NON-
SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO
HIGHWAYS AND TRANSPORTATION AUTHORITY, AND EMPLOYEES
RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO TO DEFICIENT CLAIMS ASSERTING INTERESTS BASED UPON
UNSPECIFIED PUERTO RICO STATUTES**

Upon the *Eighty-Seventh Omnibus Objection (Non-Substantive) of the Commonwealth of
Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement
System of the Government of the Commonwealth of Puerto Rico to Deficient Claims Asserting
Interests Based on Puerto Rican Statutes* (the "Eighty-Seventh Omnibus Objection"),[2] filed by the
Commonwealth of Puerto Rico ("Commonwealth"), the Puerto Rico Highways and Transportation
Authority ("HTA"), and the Employees Retirement System of the Government of the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4)
digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the
"Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto
Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of
Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17
BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of
the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal
Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last
Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the
Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last
Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software
limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to such terms in the Eighty-Seventh
Omnibus Objection.

Commonwealth of Puerto Rico ("ERS"), dated October 24, 2019, for entry of an order disallowing in their entirety certain claims filed against the Commonwealth, HTA, or ERS, as more fully set forth in the Eighty-Seventh Omnibus Objection and supporting exhibits thereto; and the Court having jurisdiction to consider the Eighty-Seventh Omnibus Objection and to grant the relief requested therein pursuant to PROMESA section 306(a); and venue being proper pursuant to PROMESA section 307(a); and due and proper notice of the Eighty-Seventh Omnibus Objection having been provided to those parties identified therein, and no other or further notice being required; and each of the claims identified in Exhibit A to the Eighty-Seventh Omnibus Objection (collectively, the "Deficient Claims") having been found to be deficient; and the Court having determined that the relief sought in the Eighty-Seventh Omnibus Objection is in the best interests of the Commonwealth, HTA, ERS, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Eighty-Seventh Omnibus Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Eighty-Seventh Omnibus Objection is GRANTED as set forth herein; and it is further

ORDERED that the Deficient Claims are hereby disallowed in their entirety; and it is further

ORDERED that Prime Clerk, LLC, is authorized and directed to delete the Deficient Claims from the official claims registry in the Title III Cases; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

SO ORDERED.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

## **ANEXO D**
## **Orden propuesta**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

En el asunto de:

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN
FINANCIERA PARA PUERTO RICO,
     como representante de

ESTADO LIBRE ASOCIADO DE PUERTO RICO y
otros,

                     Deudores.[1]

PROMESA,
Título III
Núm. 17 BK 3283-LTS
(Administrada conjuntamente)

**La presente radicación guarda
relación con el ELA, la ACT y
el SRE.**

**ORDEN POR LA QUE SE CONCEDE LA OCTOGÉSIMA SÉPTIMA OBJECIÓN
GLOBAL (NO SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO,
DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO Y
DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO
LIBRE ASOCIADO DE PUERTO RICO A RECLAMOS DEFICIENTES EN LOS QUE
SE ALEGAN INTERESES SOBRE LA BASE DE LAS LEYES PUERTORRIQUEÑAS
NO ESPECIFICADAS**

Vista la *Octogésima séptima objeción global (no sustantiva) del Estado Libre Asociado de
Puerto Rico, de la Autoridad de Carreteras y Transportación de Puerto Rico y del Sistema de
Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico a Reclamos
deficientes en los que se alegan intereses sobre la base de las leyes puertorriqueñas no
especificadas* (la "Octogésima séptima objeción global"),[2] radicada por el Estado Libre Asociado

---

[1] Los Deudores en el marco de los presentes Procedimientos radicados conforme al Título III, junto con el respectivo
número de procedimiento radicado conforme al Título III y los últimos cuatro (4) dígitos del número federal de
contribuyente de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (núm. de
procedimiento de quiebra 17 BK 3283-LTS) (últimos cuatro dígitos del número federal de contribuyente: 3481); ii) la
Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (núm. de procedimiento de quiebra 17 BK
3284-LTS) (últimos cuatro dígitos del número federal de contribuyente: 8474); iii) la Autoridad de Carreteras y
Transportación de Puerto Rico (la "ACT") (núm. de procedimiento de quiebra 17 BK 3567-LTS) (últimos cuatro
dígitos del número federal de contribuyente: 3808); iv) Sistema de Retiro de los Empleados del Gobierno del Estado
Libre Asociado de Puerto Rico (el "SRE") (núm. de procedimiento de quiebra 17 BK 3566-LTS) (últimos cuatro
dígitos del número federal de contribuyente: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE")
(núm. de procedimiento de quiebra 17 BK 4780-LTS) (últimos cuatro dígitos del número federal de contribuyente:
3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y denominados conjuntamente con el ELA,
COFINA, la ACT, el SRE y la AEE, los "Deudores") (núm. de procedimiento de quiebra 19-BK-5532-LTS) (últimos
cuatro dígitos del número federal de contribuyente: 3801) (los números de causas radicadas conforme al Título III
figuran como números de procedimiento de quiebra debido a limitaciones del programa informático).

[2] Los términos con mayúscula que no estén definidos en el presente documento tendrán el significado que les haya
sido atribuido en la Octogésima séptima objeción global.

de Puerto Rico ("ELA"), la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") y

el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico

("SRE"), de fecha 24 de octubre de 2019, en la que se solicitaba que se dictase una orden que

rechazara en su totalidad determinados reclamos radicados contra el ELA, la ACT o el SRE, según

se expone con más detalle en la propia Octogésima séptima objeción global y los anexos

justificativos de la misma; y al tener el Tribunal jurisdicción para atender la Octogésima séptima

objeción global y para conceder el remedio en ella solicitado conforme a PROMESA, artículo

306(a); y siendo la sede judicial competente conforme a PROMESA, artículo 307(a); y habiéndose

efectuado, en tiempo y forma, la notificación de la Octogésima séptima objeción global a aquellas

partes que en ella se identifican, sin ser necesario efectuar ninguna otra notificación; y habiéndose

concluido que los reclamos identificados en el Anexo A de la Octogésima séptima objeción global

(conjuntamente, los "Reclamos deficientes") son deficientes; y habiendo determinado el Tribunal

que el remedio solicitado en la Octogésima séptima objeción global redunda en el mejor interés

del ELA, de la ACT, del SRE y de sus acreedores, así como de la totalidad de las partes interesadas;

y habiendo determinado el Tribunal que los fundamentos de hecho y de derecho establecidos en

la Octogésima séptima objeción global brindan una causa justificada para el remedio aquí

concedido; y tras la debida deliberación y concurriendo suficientes motivos para ello, por medio

de la presente,

SE ORDENA que SE DECLARE HA LUGAR a la Octogésima séptima objeción global,

según se establece en el presente documento; además

SE ORDENA que se rechacen en su totalidad los Reclamos deficientes; también

SE ORDENA que Prime Clerk, LLC quede autorizada, y reciba instrucciones, para eliminar los Reclamos deficientes del registro oficial de reclamos en el marco de las Causas radicadas conforme al Título III; y por último

SE ORDENA que este Tribunal conserve jurisdicción para atender y resolver la totalidad de las materias que surjan de, o en relación con, la implementación, interpretación o ejecución de la presente Orden.

ASÍ SE ESTABLECE.

Fecha: _____

_____
Su señoría, la juez Laura Taylor Swain
Juez de Distrito de los Estados Unidos