UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER SCHEDULING BRIEFING OF URGENT JOINT MOTION OF
OVERSIGHT BOARD AND AAFAF FOR ORDER EXTENDING (A) STAY PERIOD,
(B) MANDATORY MEDIATION, AND (C) CERTAIN DEADLINES RELATED THERETO

    The Court has received and reviewed the *Urgent Joint Motion of Oversight Board and AAFAF for Order Extending (a) Stay Period, (b) Mandatory Mediation, and (c) Certain Deadlines Related Thereto* (Docket Entry No. 8972 in Case No. 17-3283, the "Urgent Motion"). Responses to the Urgent Motion must be filed by **October 25, 2019 at 5:00 p.m. (Atlantic Standard Time)**. Reply papers in support of the Urgent Motion must be filed by **October 26, 2019 at 5:00 p.m. (Atlantic Standard Time)**. The Court will thereafter take the Urgent Motion

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

on submission. Pending a decision with respect to the Urgent Motion, the deadline for the Mediation Team[2] to file the Report is extended from **October 28, 2019**, to **October 30, 2019**.

      SO ORDERED.

Dated: October 24, 2019

      /s/ Laura Taylor Swain
      LAURA TAYLOR SWAIN
      United States District Judge

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Urgent Motion.