## UNITED STATES DITRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>Debtors. | PROMESA Title III<br><br>Case No. 17 BK-3283-LTS<br>(Jointly Administered) |

## INFORMATIVE MOTION OF DUFF & PHELPS LLC PURSUANT TO ORDER REGARDING
## <u>OCTOBER 30-31 2019 OMNIBUS HEARING</u>

To the Honorable United States District Judge Laura Taylor Swain:

Duff & Phelps LLC, through the undersigned counsel, hereby submits this informative motion in response to this Court's *Order Regarding the Procedures for Attendance, Participation and Observation of October 30-31, 2019 OMNIBUS Hearing* (the "Hearing") [Docket No. 8912] dated October 22, 2019 (the "Scheduling Order"), and respectfully states as follows:

1. The undersigned, Jose L. Ramirez-Coll of AMRC, LLC, intend to appear in person at the Hearing in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767 on behalf of Duff & Phelps LLC regarding the following matter:

    a. *Fee Examiner's Limited Objection to the Amended First Interim Application for Duff & Phelps LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Independent Forensic Analysis Team to the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Commonwealth of Puerto Rico, for the Period of November 1, 2018 Though January 31, 2019.* [Docket No. 8862]; and

    b. *Reply of Duff & Phelps LLC to Fee Examiner's Limited Objection (Doc No. 8862) to Amended First Interim Application for Allowance of Compensation and Reimbursement of Expenses for Period November 1, 2018 through January 31, 2019* [Docket No. 8915].

2. The undersigned also intends to appear to respond to any arguments raised in connection with the above-referenced motion, any issues raised with that implicate Duff & Phelps or any other statements made by any party in connection with the above-captioned jointly administered Title III cases.

Dated: October 25, 2019            Respectfully submitted,

    ANTONETTI MONTALVO & RAMIREZ COLL
P.O. Box 13128
San Juan, PR 00908
Tel: (787) 977-0303
Fax: (787) 977-0323

**s/ Jose L. Ramirez-Coll**
Jose L. Ramirez-Coll
USDC-PR No. 221702
jramirez@amrclaw.com

2