## ANEXO A

**Relación de reclamos objeto de la Septuagésima séptima objeción global**

## Septuagésima séptima objeción colectiva
### Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | ACQLAND MANAGEMENT & CONSULTING GROUP, INC. P.O. BOX 22066 UNIVERSITY STATION SAN JUAN, PR 00931 | 6/6/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 69515 | Indeterminado* |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Municipio Autónomo de San Juan y el Departamento Diseño Urbano y Desarrollo de Proyectos, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 2 | ANTILLES OFFICE SUPPLY PO BOX 3474 MANATÍ, PR 00674 | 6/8/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 36259 | $ 5,400.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Centro de Recaudaciones de Ingresos, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 3 | AP CONSTRUCTION Y/O ALMACÉN DE PUERTAS, INC. PO BOX 800459 COTO LAUREL, PR 00780-0459 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25480 | $ 45,377.89 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 4 | BEC CO. INC. D/B/A EMPACADORA HILL BROTHERS FERREIRA CINTRON LAW OFFICES, P.S.C. PMB 274, 405 ESMERALDA AVENUE, SUITE 2 GUAYNABO, PR 00969 | 4/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6332 | $ 19,999.59 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Administración de Servicios Médicos, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 5 | CARDINAL HEALTH PR 120, INC. WILLIAM M. VIDAL CARVAJAL MCS PLAZA, 255 PONCE DE LEON AVE. SUITE 801 SAN JUAN, PR 00917 | 4/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7349 | $ 397.10 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Hospital Universitario Dr. Ramón Ruiz Arnau, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 6 | CARDINAL HEALTH PR 120, INC. WILLIAM M. VIDAL CARVAJAL MCS PLAZA, 255 PONCE DE LEON AVE. SUITE 801 SAN JUAN, PR 00917 | 4/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9748 | $ 397.10 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Hospital Universitario Dr. Ramón Ruiz Arnau, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Septuagésima séptima objeción colectiva
### Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | CARDINAL HEALTH PR 120, INC. WILLIAM M. VIDAL CARVAJAL MCS PLAZA, 255 PONCE DE LEON AVE. SUITE 801 SAN JUAN, PR 00917 | 4/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 9751 | $ 80,904.52 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Hospital Pediátrico Universitario, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | CARDONA MORALES, EUCLIDES REPTO DURAN 6021 CALLE CIPRES ISABELA, PR 00662-3240 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 101136 | $ 30,000.00 |

Base para: La Evidencia de Reclamación omite proporcionar fundamentos para formular una reclamación contra el Sistema de Jubilación de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Autoridad de Acueductos y Alcantarillados que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 9 | CARDONA MORALES, EUCLIDES REPARTO DURAN 6021 CALLE CIPRES ISABELA, PR 00662-3240 | 6/29/2018 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 77102 | $ 30,000.00 |

Base para: La Evidencia de Reclamación omite proporcionar fundamentos para formular una reclamación contra el Sistema de Jubilación de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Autoridad de Acueductos y Alcantarillados que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 10 | CONSOLIDATED WASTE SERVICES PO BOX 1322 GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23498 | $ 3,597.81 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Administración de Seguros de Salud, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 11 | CONSOLIDATED WASTE SERVICES ATTN: GRACIELA VAZQUEZ PO BOX 1322 GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 23058 | $ 1,305.03 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Universidad de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 12 | CONSOLIDATED WASTE SERVICES PO BOX 1322 GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25460 | $ 3,207.84 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Autoridad de los Puertos de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III.

* Indica que la reclamación contiene montos por liquidar o indeterminados

Septuagésima séptima objeción colectiva
Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 13 | CONSOLIDATED WASTE SERVICES PO BOX 1322 GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28147 | $ 2,710.14 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Autoridad de Acueductos y Alcantarillados que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 14 | CONSOLIDATED WASTE SERVICES PO BOX 1322 GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28053 | $ 1,731.50 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Universidad de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 15 | CONSOLIDATED WASTE SERVICES PO BOX 1322 GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28057 | $ 20,075.86 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Autoridad de Acueductos y Alcantarillados que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 16 | CONSOLIDATED WASTE SERVICES PO BOX 1322 GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 28106 | $ 2,720.03 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Centro de Recaudaciones de Ingresos, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 17 | CONSOLIDATED WASTE SERVICES PO BOX 1322 GURABO, PR 00778 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 49795 | $ 143.90 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Universidad de Puerto Rico - Cayey, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 18 | CONSOLIDATED WASTE SERVICES PO BOX 1322 GURABO, PR 00778 | 5/22/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 25952 | $ 3,180.74 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y Autopistas Metropolitanas de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Septuagésima séptima objeción colectiva
### Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 19 | CORREA APONTE, LAWRENCE PMB 114 425 CARR 693 DORADO, PR 00646 | 4/9/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6352 | $ 4,800.70 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Municipio de Arecibo, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 20 | COSTAS RUSSELL, LUIS J. SANTA MARIA 34 CALLE ORQUIDIA SAN JUAN, PR 00927 | 5/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 10493 | $ 112,855.60 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y La Autoridad de Edificios Públicos de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 21 | DANOSA CARIBBEAN INC LOTE 29 COMPLEJO INDUSTRIAL LUCHETTI BAYAMON, PR 00961 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 132838 | $ 44,288.26 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Autoridad de los Puertos de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 22 | DIAZ MASSO, FRANCISCO BERMUDEZ, LONGO, DIAZ-MASSO, LLC P O BOX 192596 SAN JUAN, PR 00919 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 60525 | $ 275,711.94 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 23 | DOUBLE S STATIONERY INC PO BOX 195497 SAN JUAN, PR 00919-5497 | 7/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 153425 | Indeterminado* |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Compañía de Fomento Industrial, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 24 | DOWNTOWN DEVELOPMENT, CORP. PO BOX 190858 SAN JUAN, PR 00919-0858 | 5/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27262 | $ 70,729.15 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Administración de Compensaciones por Accidentes de Automóviles, que no forma parte de los procedimientos iniciados al amparo del Título III.

---

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Septuagésima séptima objeción colectiva
### Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 25 | DUENAS TRAILERS RENTAL INC PO BOX 194859 SAN JUAN, PR 00919 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 42543 | $ 374.00 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Hospital UPR - Dr. Federico Trilla, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | DUENAS TRAILERS RENTAL INC PO BOX 194859 SAN JUAN, PR 00919-4859 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 44548 | $ 45.00 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Municipio de Dorado, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | DUENAS TRAILERS RENTAL INC PO BOX 194859 SAN JUAN, PR 00919-4859 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 44550 | $ 40,118.00 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Municipio de Arroyo, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | DUENAS TRAILERS RENTAL INC PO BOX 194859 SAN JUAN, PR 00919-4859 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 44513 | $ 978.98 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Municipio Autónomo de Caguas, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | DUENAS TRAILERS RENTAL INC PO BOX 194859 SAN JUAN, PR 00919-4859 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 44644 | $ 7,650.00 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Banco Gubernamental de Fomento para Puerto Rico, que no forma parte de los procedimientos iniciados al amparo de Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | DUENAS TRAILERS RENTAL INC PO BOX 194859 SAN JUAN, PR 00919-4859 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 48023 | $ 8,456.00 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Autoridad de Acueductos y Alcantarillados que no forma parte de los procedimientos iniciados al amparo del Título III.

## Septuagésima séptima objeción colectiva
### Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 31 | DUENAS TRAILERS RENTAL INC<br>PO BOX 194859<br>SAN JUAN, PR 00919-4859 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 52999 | $ 481.23 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Programa WIC Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 32 | DUENAS TRAILERS RENTAL INC.<br>PO BOX 194859<br>SAN JUAN, PR 00919 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 45253 | $ 4,218.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Universidad de Puerto Rico - Division Pre-Intervención, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 33 | DUENAS TRAILERS RENTAL, INC<br>PO BOX 194859<br>SAN JUAN, PR 00919 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 44516 | $ 22,115.50 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Municipio Autónomo de San Juan, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 34 | DUENAS TRAILERS RENTAL, INC.<br>PO BOX 194859<br>SAN JUAN, PR 00919 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 44553 | $ 1,968.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Autoridad de Acueductos y Alcantarillados que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 35 | DUENAS TRAILERS RENTAL, INC.<br>ATTN: JUDITH DUENAS PENA<br>DIRECTORA DPTO CREDITO Y COBROS<br>P.O. BOX 194859<br>SAN JUAN, PR 00919 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 44564 | $ 43,941.80* |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Municipio Autónomo de San Juan, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 36 | DUENAS TRAILERS RENTAL, INC.<br>PO BOX 194859<br>SAN JUAN, PR 00919 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 44576 | $ 396.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Guardia Costera, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Septuagésima séptima objeción colectiva
### Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 37 | DUENAS TRAILERS RENTAL, INC.<br>ATTN: JUDITH DUENAS PENA<br>DIRECTORA DPTO CREDITO Y COBROS<br>PO BOX 194859<br>SAN JUAN, PR 00919 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 44593 | $ 1,811.12 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Autoridad del Distrito del Centro de Convenciones, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 38 | DUENAS TRAILERS RENTAL, INC.<br>PO BOX 194859<br>SAN JUAN, PR 00919 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 44509 | $ 2,680.00 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Universidad de Puerto Rico - Carolina - Division Pre-Intervención, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 39 | DUENAS TRAILERS RENTAL, INC.<br>PO BOX 194859<br>SAN JUAN, PR 00919 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 46347 | $ 3,861.00 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Autoridad de Acueductos y Alcantarillados que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 40 | DUENAS TRAILERS RENTAL, INC.<br>P.O. BOX 194859<br>SAN JUAN, PR 00919 | 5/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 44538 | $ 47,289.00 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Municipio Autónomo de San Juan, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 41 | EST ELECTRICAL CONTRACTORS & ENGINEERS CORP<br>PO BOX 739<br>MERCEDITA, PR 00715 | 4/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7692 | $ 32,554.49 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Instituto de Cultura Puertorriqueña, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 42 | EST ELECTRICAL CONTRACTORS & ENGINEERS CORP<br>PO BOX 739<br>MERCEDITA, PR 00715 | 4/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7386 | $ 48,402.00 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Municipio Autónomo de Ponce, que no forma parte de los procedimientos iniciados al amparo del Título III.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Septuagésima séptima objeción colectiva
### Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 43 | FE-RI CONSRUCTION, INC.<br>WEINSTEIN-BACAL, MILLER & VEGA, PSC<br>GONZALEZ PADIN BUILDING - PENTHOUSE<br>154 RAFAEL CORDERO STREET<br>SAN JUAN, PR 00901 | 5/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14540 | $ 1,044,145.53 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Instituto de Cultura Puertorriqueña, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 44 | GARCIA VADIZ, ROBERTO<br>PO BOX 623<br>MOCA, PR 00676 | 6/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 50783 | $ 24,684.46 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y La Autoridad de Edificios Públicos de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 45 | GRAFE CONSTRUCTION CORP<br>ADALBERTO FELICIANO CRESPO<br>RR 2 BOX 4160<br>ANASCO, PR 00610 | 5/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14307 | $ 203,210.75 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Municipio de Las Marías, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 46 | HCC FACILITY & UTILITIES SERVICE DIVISION INC<br>PO BOX 250060<br>AGUADILLA, PR 00604 | 5/10/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14225 | Indeterminado* |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Autoridad de Acueductos y Alcantarillados que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 47 | HERNANDEZ-BAUZA, PSC, ARQUITECTOS<br>P. O. BOX 361090<br>SAN JUAN, PR 00963-1090 | 3/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 4209 | $ 8,687.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |
| 48 | HERNANDEZ-BUAZA, PSC, ARQUITECTOS<br>PO BOX 361090<br>SAN JUAN, PR 00936-1090 | 3/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2582 | $ 8,687.00 |
| | Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | | | |

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Septuagésima séptima objeción colectiva
### Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 49 | IMPRESOS FERNANDEZ DEL CASTILLO VISTA BELLA J 7 CALLE 10 BAYAMON, PR 00956 | 3/26/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 2448 | $ 2,704.00 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Hospital Universitario De Adulto, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 50 | KEVANE GRANT THORNTON LLP 33 CALLE BOLIVIA, SUITE 400 SAN JUAN, PR 00917-2013 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 22137 | $ 20,957.50 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Autoridad de Acueductos y Alcantarillados, la Universidad de Puerto Rico y Lotería Electrónica de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 51 | LABORATORIO CLINICO Y BAC RODRIGUEZINC 100 CALLE JOSE C BARBOSA LAS PIEDRAS, PR 00771 | 4/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8435 | $ 13,942.00 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Corporación del Fondo del Seguro del Estado, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 52 | LIBERTY CABLEVISION OF PUERTO RICO LLC C/O ORLANDO FERNANDEZ, ESQ. #27 CALLE GONZALEZ GIUSTI STE 300 GUAYNABO, PR 00968-3076 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18909 | $ 142.56 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Sistema de Retiro para Maestros, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 53 | LIBERTY CABLEVISION OF PUERTO RICO LLC C/O ORLANDO FERNANDEZ, ESQ. #27 CALLE GONZALEZ GIUSTI STE 300 GUAYNABO, PR 00968-3076 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 18704 | $ 127.48 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Sistema de Retiro para Maestros, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 54 | LLUCH GARCIA, JOSE F PO BOX 523 SAN GERMAN, PR 00683 | 3/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5382 | $ 11,565.00 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Banco Gubernamental de Fomento para Puerto Rico, que no forma parte de los procedimientos iniciados al amparo de Título III.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Septuagésima séptima objeción colectiva
### Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 55 | LUIS JIMENEZ, PEDRO<br>ST 1, C-11, ESTANCIAS DE SAN FERNANDO<br>CAROLINA, PR 00985 | 4/17/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5782 | $ 1,950.00 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Banco Gubernamental de Fomento para Puerto Rico, que no forma parte de los procedimientos iniciados al amparo de Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 56 | MUNOZ BAEZ, JOSE  M<br>PO BOX 3752<br>MAYAGUEZ, PR 00681 | 6/14/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 114414 | $ 33,450.00 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Municipio de Mayaguez, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 57 | NEW ENGLAND SINAI HOSPITAL AND REHAB CENTER<br>150 YORK CENTER<br>STOUGHTON, MA 02072 | 5/15/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 11849 | $ 59,124.44 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y Medicare y Medicaid, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 58 | OSBA MANAGEMENT CORPORATION<br>BOX 337<br>VEGA BAJA, PR 00694 | 2/12/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 168150 | $ 3,520.00 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 59 | PERFECT ELECTRIC SERV CONTRACTOR<br>RIO BLANCO<br>PO BOX 829<br>NAGUABO, PR 00744-0829 | 5/16/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 16232 | $ 54,961.74 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Instituto de Cultura Puertorriqueña, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 60 | PREPA NETWORKS, LLC<br>PO BOX 16636<br>SAN JUAN, PR 00908-6636 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27987 | $ 25,459.50 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Autoridad de los Puertos de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Septuagésima séptima objeción colectiva
## Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 61 | PROFESSIONAL MICROFILM & IMAGING, INC. ERNESTO VALDERAS PO BOX 366238 SAN JUAN, PR 00936 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 30228 | $ 42,695.69 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Universidad de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 62 | PROJECT MANAGEMENT SERVICES PSC 1336 CALLE SALUD PONCE, PR 00717 | 5/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 47194 | $ 5,150.00 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 63 | PRWG CORUJO INDUSTRIAL PARK ROAD 866 BAYAMON, PR 00961 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 47448 | $ 1,600.00 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Autoridad de Acueductos y Alcantarillados que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 64 | RAFAEL ROIG Y ASOCIADOS PMB 538 138 WINSTON CHURCHILL AVE SAN JUAN, PR 00926-6023 | 5/16/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 14164 | $ 9,600.00 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 65 | REYNALDO RODRIGUEZ LLAUGER, MD R.R. LL NEUROBEHAVIORAL & MEDICAL CONSULTANTS, CSP PO BOX 193127 SAN JUAN, PR 00918 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 17030 | $ 44,200.00 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Corporación del Fondo del Seguro del Estado, que no forma parte de los procedimientos iniciados al amparo del Título III.

## Septuagésima séptima objeción colectiva
### Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 66 | RODGANCONSTRUCTION CORP 310 SAN FRANCISCO SUITE 32 SAN JUAN, PR 00901 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 89862 | $ 145,946.79 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Fideicomiso Perpetuo para las Comunidades Especiales y la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 67 | RODRIGUEZ RODRIGUEZ , FELIX CITY OFFICE SUPPLIES PO BOX 1669 BAYAMON, PR 00960 | 7/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 154483 | $ 1,061.71 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Departamento de Servicios Sociales, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 68 | RODRIGUEZ RODRIGUEZ, FELIX CITY OFFICE SUPPLIES P.O. BOX 1669 BAYAMON, PR 00960 | 7/3/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 117782 | $ 1,061.71 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Departamento de Servicios Sociales, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 69 | ROYAL 2000 RENTAL & LEASING, CORP. VELAZQUEZ-TRAVIESO ABOGADOS, PSC PO BOX 9023580 SAN JUAN, PR 00902-3580 | 4/18/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 7724 | $ 124,009.00 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Universidad de Puerto Rico - Mayagüez, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 70 | SKYTEC INC 500 ROAD 869, SUITE 501 CATANO, PR 00962-2011 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 19098 | $ 176,749.34 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Oficina para Asuntos de Seguridad Pública, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 71 | SONELL, TRANSPORTE BO CELADA CARR 181 HC 3 BOX 34471 GURABO, PR 00778 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 162256 | $ 20,011.15 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Autoridad Metropolitana de Autobuses que no forma parte de los procedimientos iniciados al amparo del Título III.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Septuagésima séptima objeción colectiva
### Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 72 | SPECTRA SYSTEMS<br>321 SOUTH MAIN ST., SUITE 102<br>PROVIDENCE, RI 02903 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32981 | $ 63,201.67 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Loteria Electronica de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 73 | TECHNICAL DISTRIBUTORS<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/22/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 25850 | $ 96,155.75 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Municipio Autónomo de San Juan, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 74 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34391 | $ 23,614.98 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Municipio Autónomo de San Juan, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 75 | TECHNICAL MAINTENANCE SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32072 | $ 1,200.00 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Universidad de Puerto Rico en Bayamon, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 76 | TECHNICAL POWER SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34377 | $ 3,975.00 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados del Estado Libre Asociado de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 77 | TECHNICAL POWER SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34388 | $ 1,725.00 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Administración de Compensaciones por Accidentes de Automóviles, que no forma parte de los procedimientos iniciados al amparo del Título III.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Septuagésima séptima objeción colectiva
### Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 78 | TECHNICAL POWER SERVICES<br>PO BOX 3826<br>GUAYNABO, PR 00970-3826 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34392 | $ 42,450.00 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Municipio Autónomo de San Juan, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 79 | TRANSPORTE SONNELL<br>ALDACONDO & LOPEZ BRAS<br>ALB PLAZA SUITE 400<br>16 RD. 199<br>GUAYNABO, PR 00969 | 6/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 161625 | $ 890.00 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Universidad de Puerto Rico, Río Piedras, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 80 | TROPICAL ASPHALT SOLUTIONS CORP<br>98 RUTA 25<br>ISABELA, PR 00662 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 36105 | $ 37,667.39 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Municipio de Arecibo, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 81 | UAZQUCE CALDAS, AIRLYN E<br>HC-03 BOX 31051<br>AGUADA, PR 00602 | 4/9/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 6711 | $ 1,000.00* |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Oficina Estatal de Política Pública Energética, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 82 | UNIVERSAL CARE CORPORATION<br>ATTN: LCDO. ERNESTO RIVERA<br>URB SAN FRANCISCO<br>O 10-B CALLE GARDENIA<br>SAN JUAN, PR 00927 | 7/27/2017 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 17 | $ 114,495.34 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Hospital Pediátrico Universitario, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | | | | | | |
|---|---|---|---|---|---|---|
| 83 | UNIVERSAL CARE CORPORATION<br>PO BOX 1051<br>SABANA SECA, PR 00952-1051 | 4/2/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 5480 | $ 125,713.74 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y La Corporación del Centro Cardiovascular de Puerto Rico y del Caribe, que no forma parte de los procedimientos iniciados al amparo del Título III.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Septuagésima séptima objeción colectiva
### Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 84 | UNIVERSAL CARE CORPORATION PO BOX 1051 SABANA SECA, PR 00952-1051 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 20532 | $ 8,886.16 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Corporación del Fondo del Seguro del Estado, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 85 | UNIVERSAL CARE CORPORATION PO BOX 1051 SABANA SECA, PR 00952-1051 | 5/23/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 19609 | $ 492,527.99 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Centro Comprensivo de Cáncer, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 86 | VAZ CONTRACTOR , INC. PO BOX 175 MERCEDITA PONCE, PR 00715-0000 | 5/21/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 15046 | $ 10,257.00 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y el Banco Gubernamental de Fomento para Puerto Rico, que no forma parte de los procedimientos iniciados al amparo de Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 87 | VITALIFE INC 1590 CALLE CAVALIERI SAN JUAN, PR 00927-6129 | 5/25/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 36522 | $ 1,209,774.14 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Administración de Centro Médico, el Hospital Universitario Dr. Ramón Ruiz Arnau, el Hospital Universitario de Adulto, el Hospital Pediátrico Universitario y la Administración de Seguros de Salud de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo de Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 88 | WDC PUERTO RICO, INC. PO BOX 309 CAGUAS, PR 00726 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 32227 | $ 3,817.85 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Universidad de Puerto Rico en Ponce, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 89 | WDC PUERTO RICO, INC. PO BOX 309 CAGUAS, PR 00726 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 42252 | Indeterminado* |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Universidad de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Septuagésima séptima objeción colectiva
### Anexo A: Sin responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 90 | ZIMMETRY ENVIROMENTAL MANAGEMENT PO BOX 3545 BAYAMON, PR 00958 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 55640 | $ 11,449.20 |

Base para: La Evidencia de Reclamación omite proporcionar los fundamentos para formular una reclamación en contra del Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamación y la documentación de respaldo solo exponen una obligación entre el Demandante y la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III.

| | TOTAL | $ 5,365,080.38* |
|---|---|---|

* Indica que la reclamación contiene montos por liquidar o indeterminados