## UNITED STATES DITRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>Debtors. | PROMESA Title III<br><br>Case No. 17 BK-3283-LTS<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Duff & Phelps LLC served copies of *Reply of Duff & Phelps LLC to Fee Examiner's Limited Objection (Doc. No. 8862) to Amended First Interim Application for Allowance of Compensation and Reimbursement of Expenses for Period November 1, 2018 through January 31, 2019* [Docket No. 8915], via U.S. mail on the Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922; to the Chambers of the Honorable Laura Taylor Swain, United States District Court for the Southern District of New York, Daniel Patrick Moyniham United States Courthouse, 500 Pearl St. Suite No. 3212, New York, NY 10007-1312 and on all interested parties in the above-captioned case that have appeared through the Court's CM/ECF system, as defined in the *Tenth Amended Case Management and Administrative Procedures Order* adopted in this case (Docket No. 8027-1).

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 25th October, 2019.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

**ANTONETTI MONTALVO & RAMIREZ COLL**
P.O. Box 13128
San Juan, PR 00908
Tel: (787) 977-0303
Fax: (787) 977-0323

**s/ Jose L. Ramirez-Coll**
JOSE L. RAMIREZ-COLL
USDC-PR No. 221702
jramirez@amrclaw.com

2