## Exhibit B

**Revised Proposed Order**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>        Debtors.[1] | PROMESA<br>Title III<br><br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered)<br><br>**Re: ECF No. 8244, 8972** |

## [REVISED PROPOSED] ORDER EXTENDING
## STAY PERIOD AND MANDATORY MEDIATION

Upon the *Urgent Joint Motion of the Oversight Board and AAFAF to Extend (a) Stay Period, (b) Mandatory  Mediation, and (c) Certain Deadlines Related Thereto* (the "Urgent Motion");[2] and the Court having found it has subject-matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue in this district is proper pursuant to PROMESA section 307(a); and the Court having found that the Movants provided adequate and appropriate notice of the Urgent Motion under the circumstances and that no other or further notice is required; and upon the record herein, after due deliberation thereon, the Court having found that good and sufficient cause exists for the granting of the relief as set forth herein,

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  Capitalized terms not otherwise defined herein shall have the meanings given to them in the Urgent Motion.

**IT IS HEREBY ORDERED THAT:**

1.     The Urgent Motion is GRANTED as set forth herein.

2.     If the parties cannot agree or come to substantial agreement with respect to scheduling orders and other matters, the Mediation Team shall file the Report by **November 27, 2019**.

3.     If a Report is filed by the Mediation Team, any responses or objections to the Report shall be filed by **December 4, 2019**.

4.     A hearing to consider: (i) approval of any proposed scheduling order facilitated by the Mediation Team, (ii) the Report, if filed, and any responses and objections thereto, and (iii) the extent, if any, to which any or all of the matters listed in Appendix I of the Stay Order shall be further stayed, is hereby set for **December 11, 2019 at 9:30 A.M. in New York**.

5.     The proceedings and contested matters listed in Appendix I of the Stay Order are stayed until the earlier to occur of (a) **December 31, 2019** and (b) the entry of a scheduling order with respect to a particular Stayed Proceeding.

6.     This Order is without prejudice to parties seeking a further extension of the periods provided for herein.

7.     The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated:   _____, 2019        _____
                                       HONORABLE LAURA TAYLOR SWAIN
                                       United States District Judge