IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------------x

# ORDER

This matter is before the Court on the *Urgent Joint Motion In Compliance with Order [ECF No. 8905] Providing the Required Brief Joint Status Report* (Dkt. No. 8950) (the "Urgent Motion"). This matter pertains to Movant's pending Rule 2004 Request (Dkt. No. 6871) (the "Rule 2004 Request") filed on May 8, 2019. On October 11, 2019, Debtor produced information and documentation responsive to the Rule 2004 Request, and filed a *Motion Informing Compliance with Rule 2004 Request* (Dkt. No. 8842) and asked the Court to determine that

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

Debtor had complied with the Rule 2004 Request. In the *Motion Informing Compliance with Rule 2004 Request*, Debtor provided no information as to whether Movant agreed that the Rule 2004 Request had been satisfied by Debtor's production. Accordingly, the Court requested a status report as to whether Movant agreed that Debtor has fully responded to the Rule 2004 Request. (See Dkt. No. 8873).

In the Urgent Motion, the parties represent that they do in fact dispute the scope of the Rule 2004 Request, and whether Debtor has fully complied with the Rule 2004 Request. The parties also propose briefing on Debtor's "discovery of documentation and information submitted on October 11, 2019[.]" (Urgent Motion at ¶ 10).

Accordingly, the Court hereby ALLOWS the Urgent Motion in accordance with this order, and sets the following briefing schedule on Debtor's *Motion Informing Compliance with Rule 2004 Request*: [2]

1. Movant shall file its opposition to Debtor's *Motion Informing Compliance with Rule 2004 Request* (Dkt. No. 8842) by **November 1, 2019**.

2. Debtor shall file a reply by **November 11, 2019**.

3. The Court will thereafter take the *Motion Informing Compliance with Rule 2004 Request* on submission unless the Court orders otherwise.

This briefing schedule shall replace the existing briefing schedule on the Rule 2004 Request.

---

[2] In the Urgent Motion, the parties requested that Movant file its opposition to Debtor's "discovery of documentation and information submitted on October 11, 2019[.]" Because those documents are not before the Court, Movant must respond to Debtor's *Motion Informing Compliance with Rule 2004 Request* (Dkt. No. 8842) instead.

2

This resolves Dkt. No. 8950.

    SO ORDERED.

                                  / s / Judith Gail Dein
                                  Judith Gail Dein
                                  United States Magistrate Judge

DATED: October 25, 2019