**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

---

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | Case No. 17-BK-3283 (LTS) |
| | **Re: ECF Nos. 3914, 3916, 3966, 4038, 4071, 4077, 4449** |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

---

**INFORMATIVE MOTION OF
AMPR AND AMPR-LS IN RESPONSE TO
ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND
OBSERVATION OF OCTOBER 30-31, 2019 OMNIBUS HEARING**

The Asociación de Maestros de Puerto Rico ("AMPR"), and its Union, Asociación de Maestros de Puerto Rico-Local Sindical ("AMPR-LS"), both of which are affiliates of the American Federation of Teachers, AFL-CIO ("AFT") (collectively "AMPR"), submits this informative motion in response to the Court's *Order Regarding Procedures for Attendance, Participation, and Observation of October 22, 2019 Omnibus Hearing* [Docket Entry No. 8912] and respectfully states as follows:

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

1. José Luis Barrios-Ramos, counsel for AMPR will speak on behalf of AMPR at the October 30-31, 2019, hearing in connection with the Motion for Lift of Stay [Docket Entry No. 3914].

2. Mr. Barrios-Ramos will appear in person to the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

3. AMPR also appears to respond to any statements made by any party in connection with either the above-captioned Title III cases and any adversary proceedings currently pending in the above-captioned Title III cases.

**WHEREFORE,** the AMPR respectfully requests that the Court take notice of the foregoing.

Dated: October 25, 2019

Respectfully submitted,

*/s/ José Luis Barrios-Ramos*
José Luis Barrios-Ramos (USDC 223611)
McLeary Ave., Suite #303
San Juan, Puerto Rico 00936-8006
(787) 593-6641
barrios.jl@outlook.com

*For Asociación de Maestros de Puerto Rico and Asociación de Maestros de Puerto Rico--Local Sindical*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of October, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify all counsel of record and caused to be mailed or emailed a copy, as provided in the Court-approved Case Management Procedures in this case.

Dated: October 25, 2019

                                               */s/José Luis Barrios-Ramos*
                                               José Luis Barrios-Ramos