UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

        Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER ADJOURNING HEARING AND SETTING AMENDED
DEADLINE FOR JOINT STATUS REPORT BY FEE EXAMINER AND DUFF & PHELPS

       The Court has received and reviewed the *Fee Examiner's Report on Uncontested Professional Fee Matters for Consideration in Connection with the October 30, 2019 Omnibus Hearing* (Docket Entry No. 8934 in Case No. 17-3283), in which the Fee Examiner represents that the parties to the *Fee Examiner's Limited Objection to the Amended First Interim Fee Application of Duff & Phelps LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Independent Forensic Analysis Team to the Financial*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Commonwealth of Puerto Rico, for the Period of November 1, 2018 Through January 31, 2019* (Docket Entry No. 8862 in Case No. 17-3283, the "Objection") have agreed to adjourn the Objection to the Omnibus Hearing scheduled for December 11, 2019, "or a later date."

The hearing on the Objection is hereby adjourned to the December 11, 2019, Omnibus Hearing, without prejudice to further adjournment. The deadline for filing of the parties' joint status report is adjourned to **Monday, December 2, 2019 at 4:00 p.m. (Atlantic Standard Time)**. The report shall include a proposal for an appropriate procedural mechanism for the resolution of the dispute embodied in the Objection, as well as an accompanying proposed timetable. In addition, Duff & Phelps is directed to include in the joint status report its substantive response, if any, to Paragraphs 17 through 23 of the Objection.

This Order amends the deadline set in Docket Entry No. 8945.

SO ORDERED.

Dated: October 25, 2019

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge