# EXHIBIT E

FIDDLER GONZALEZ & RODRIGUEZ, P.S.C.

ATTORNEYS AND COUNSELORS AT LAW

PO Box 363507

SAN JUAN, PR 00936-3507

TELEPHONE (787) 753-3113
FAX (787) 759-3123

254 MUÑOZ RIVERA AVENUE
CORNER CHARDÓN STREET
6TH FLOOR
HATO REY, PR 00918

January 31, 2008

Employees Retirement System of the Government
 of the Commonwealth of Puerto Rico
P.O. Box 42003
San Juan, Puerto Rico 00940

The Bank of New York
 as Fiscal Agent (the "Fiscal Agent")
 under a Bond Resolution (the "Bond Resolution"),
 adopted on January 24, 2009, and an
 Amended and Restated First Supplemental Bond
 Resolution (the "Supplemental Resolution," and
 together with the Bond Resolution, the "Resolution"),
 adopted on January 29, 2008, by the Employees Retirement
 System of the Government of the Commonwealth of Puerto Rico
101 Barclay Street, Floor 21 West
New York, NY 10286

Ladies and Gentlemen:

We are acting as Bond Counsel to the Employees Retirement System of the Government of the Commonwealth of Puerto Rico (the "System") in connection with its issuance of $1,588,810,799.60 aggregate principal amount of Senior Pension Funding Bonds, Series A (the "Bonds").

After having reviewed such documents, statutes, and published decisions as we have deemed appropriate, we are of the opinion that:

(1) the System has the right and power under Act No. 447 of the Legislative Assembly of Puerto Rico, approved May 15, 1951, as amended and supplemented (the "Act"), to adopt the Resolution and the Resolution has been duly and lawfully adopted by the System, is in full force and effect and is valid and binding upon the System and enforceable in accordance with its terms, and no other authorization for the Resolution is required;

(2) the Resolution creates a valid security interest for the benefit of the Owners of the Bonds on the Pledged Property, subject only to the

Employees Retirement System of the Government
of the Commonwealth of Puerto Rico
The Bank of New York
January 31, 2008
Page -2-

provisions of the Resolution permitting the application thereof to the purposes and on the terms and conditions set forth in the Resolution; and

(3) the Bonds are valid and binding special limited non-recourse obligations of the System as provided in the Resolution, enforceable in accordance with their terms and the terms of the Resolution (except insofar as the enforceability thereof may be limited by bankruptcy, moratorium, insolvency or other laws affecting creditors' rights or remedies theretofore or thereafter enacted and may be subject to general principles of equity, regardless of whether such enforceability is considered in a proceeding in equity or at law), and entitled to the benefit of the Resolution and of the Act, as amended to the date of this opinion, and such Bonds have been duly and validly authorized, executed and issued in accordance with law, including the Act, and in accordance with the Resolution.

This opinion is given in accordance with Section 202.3 of the Bond Resolution. Capitalized terms used herein and not otherwise defined have the respective meanings ascribed to them in the Resolution.

Yours very truly,

*Fiddler Gonzalez & Rodriguez, PSC*