**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3566-LTS<br><br>(Jointly Administered) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on October 25, 2019, the following documents were served upon all-then current ECF participants in this case via the Court's CM/ECF system:

1. *The Bank of New York Mellon's* Joinder of The Bank Of New York Mellon, as Fiscal Agent, In the Response of Certain Secured Creditors of The Employees Retirement System of the Government Of The Commonwealth Of Puerto Rico to the Omnibus Claim Objections of the Official Committee of Unsecured Creditors and the Official Committee of Retired Employees of the Commonwealth of Puerto Rico (Case No. 17 BK 3283) [Docket 9013];

2. *The Bank of New York Mellon's* Joinder of The Bank Of New York Mellon, as Fiscal Agent, In the Response of Certain Secured Creditors of The Employees Retirement System of the Government Of The Commonwealth Of Puerto Rico to the Omnibus Claim Objections of the Official Committee of Unsecured Creditors and the Official Committee of Retired Employees of the Commonwealth of Puerto Rico (Case No. 17 BK 3566) [Docket 689]; and

3. *The Bank of New York Mellon's* **Answer and Counterclaims** (Case No. 17 BK 3566) [Docket 690].

The undersigned also hereby certifies that today, a copy thereof was sent by U.S. mail to the U.S. Trustee for the District of Puerto Rico at:

**US Trustee for the District of Puerto Rico**
**Edificio Ochoa**
**500 Tanca Street, Suite 301**
**San Juan, P.R. 00901-1922**

- 3 -

Dated: October 28, 2019

                                        **SEPULVADO, MALDONADO & COURET**

                                        By: */s/ Albéniz Couret-Fuentes*
                                        Albéniz Couret-Fuentes
                                        USDC-PR Bar No. 222207
                                        304 Ponce de León Ave. – Suite 990
                                        San Juan, PR 00918
                                        Telephone: (787) 765-5656
                                        Facsimile: (787) 294-0073
                                        Email: acouret@smclawpr.com