UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
---------------------------------------------------------- x
                                                           :
In re                                                      :
                                                           :
THE FINANCIAL OVERSIGHT AND                                :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                          :    Title III
                                                           :
        as representative of                               :
                                                           :    Case No. 17-BK-3283 (LTS)
                                                           :
THE COMMONWEALTH OF PUERTO RICO,                           :    (Jointly Administered)
et al.,                                                    :
                                                           :
        Debtors.¹                                          :
                                                           :
---------------------------------------------------------- x
                                                           :
In re                                                      :
                                                           :
THE FINANCIAL OVERSIGHT AND                                :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                          :    Title III
                                                           :
        as representative of                               :
                                                           :    Case No. 17-BK-04780-LTS
PUERTO RICO ELECTRICAL POWER                               :
AUTHORITY (PREPA),                                         :    Court Filing Relates Only to PREPA
                                                           :
        Debtor.                                            :
---------------------------------------------------------- x
```

**THIRD JOINT INFORMATIVE MOTION REGARDING SCHEDULE FOR MOTION TO COMPEL DEPOSITIONS OF NELSON MORALES AND JOSÉ ROQUE TORRES**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Cortland Capital Market Services LLC ("Cortland"), as successor administrative agent for lenders under a Credit Agreement, dated May 4, 2012, among the Puerto Rico Electric Power Authority ("PREPA"), Scotiabank de Puerto Rico, and certain lenders; SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Ultra NB LLC (collectively, "Solus"), as lenders to PREPA under the Scotiabank Credit Agreement and under a Trade Finance Facility Agreement, dated July 20, 2012, between PREPA and Citibank, N.A.; PREPA, by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as PREPA's representative pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act; and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF" and, together with Cortland, Solus, PREPA, and the Oversight Board, the "Parties") respectfully submit this second informative motion regarding the deadlines for Cortland and Solus to file a motion to compel the deposition testimony of Nelson Morales and José Roque Torres.

1. On October 18, 2019 the Court entered the *Corrected Fifth Revised Order Modifying Certain Deadlines Applicable to the Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(a)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement [ECF No. 1235]* (the "Fifth Revised Scheduling Order") [ECF No. 1672].

2. The Fifth Revised Scheduling Order contemplates the filing of a motion to compel regarding Cortland's and Solus's notices of deposition of Nelson Morales and José Roque Torres by October 23, 2019.

3. As reflected in the *Second Joint Informative Motion Regarding Schedule for Motion to Compel Depositions of Nelson Morales and José Roque Torres* [ECF No. 1677], the Parties previously agreed to extend Cortland's and Solus's deadline to file the motion to compel the depositions of Mr. Morales and Mr. Roque to October 28, 2019.

4. The Parties are continuing to work productively toward a stipulation to narrow or avoid the depositions of Mr. Morales and Mr. Roque. In the interest of reaching a consensual resolution, the parties hereby agree that:

   A. Cortland's and Solus's deadline to file the motion to compel the depositions of Mr. Morales and Mr. Roque is October 30, 2019.

   B. If the Court orders AAFAF, PREPA, and/or the Oversight Board to make Mr. Morales and/or Mr. Roque available for deposition, then the "deadline for completion of fact discovery" provided in the Fifth Revised Scheduling Order shall be extended as to these two depositions until each deposition is completed.

   C. None of the Parties' agreements reflected in this informative motion shall affect any other deadlines provided for under the Fifth Revised Scheduling Order.

Dated:  October 28, 2019

 /s/ Nayuan Zouairabani
Nayuan Zouairabani
USDC-PR No. 226411
MCCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico  00918
P.O. Box 364225
San Juan, Puerto Rico  00936-4225
Telephone:  (787) 250-5604
Facsimile:  (787) 759-9225
Email:  nzt@mcvpr.com

 /s/ Jose L. Ramirez-Coll
Jose L. Ramirez-Coll
USDC-PR No. 221702
ANTONETTI, MONTALVO
& RAMIREZ-COLL
P.O. Box 13128
San Juan, Puerto Rico  00908
Telephone:  (787) 977-0303
Facsimile:  (787) 977-0323
Email:  jramirez@amrclaw.com

Respectfully submitted,

 /s/ Emil A. Kleinhaus
Richard G. Mason (admitted *pro hac vice*)
John F. Lynch (admitted *pro hac vice*)
Emil A. Kleinhaus (admitted *pro hac vice*)
Angela K. Herring (admitted *pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000
Email:  rgmason@wlrk.com
            jlynch@wlrk.com
            eakleinhaus@wlrk.com
            akherring@wlrk.com

*Attorneys for Cortland Capital Market Services LLC, as Administrative Agent*

 /s/ Bryce L. Friedman
Bryce L. Friedman (admitted *pro hac vice*)
Nicholas Baker (admitted *pro hac vice*)
Sarah E. Phillips (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York  10017
Telephone:  (212) 455-2000
Facsimile:  (212) 455-2502
Email:  bfriedman@stblaw.com
            nbaker@stblaw.com
            sarah.phillips@stblaw.com

*Attorneys for SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Ultra NB LLC*

| | |
|---|---|
| /s/ Luis F. del Valle Emmanuelli | /s/ Katiuska Bolaños |
| Luis F. del Valle Emmanuelli<br>DEL VALLE EMMANUELLI LAW OFFICES<br>P.O. Box 79897<br>San Juan, Puerto Rico 00984-9897<br>Telephone: (787) 977-1932<br>Facsimile: (787) 722-1932<br>Email: dvelawoffices@gmail.com<br><br>*Co-Attorneys for the Financial Oversight and Management Board for Puerto Rico and as representative of the Puerto Rico Electric Power Authority* | Katiuska Bolaños<br>USDC-PR 231812<br>DÍAZ & VÁZQUEZ LAW FIRM, P.S.C.<br>290 Jesús T. Piñero Ave.<br>Scotiabank Tower, Suite 11-E<br>San Juan, Puerto Rico 00918<br>PO Box 11689<br>San Juan, PR 00922-1689<br>Telephone: (787) 458-8276<br>Email: kbolanos@diazvaz.com<br><br>*Co-Attorneys for Puerto Rico Electric Power Authority* |
| /s/ Margaret A. Dale | /s/ Elizabeth L. McKeen |
| Martin J. Bienenstock (admitted *pro hac vice*)<br>Paul V. Possinger (admitted *pro hac vice*)<br>Ehud Barak (admitted *pro hac vice*)<br>Margaret A. Dale (admitted *pro hac vice*)<br>Gregg M. Mashberg (admitted *pro hac vice*)<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036<br>Telephone: (212) 969-3000<br>Facsimile: (212) 969-2900<br>Email: mbienenstock@proskauer.com<br>    ppossinger@proskauer.com<br>    ebarak@proskauer.com<br>    mdale@proskauer.com<br>    gmashberg@proskauer.com<br><br>*Attorneys for the Financial Oversight and Management Board for Puerto Rico and as representative of the Puerto Rico Electric Power Authority* | John J. Rapisardi (admitted *pro hac vice*)<br>Nancy A. Mitchell (admitted *pro hac vice*)<br>Peter Friedman (admitted *pro hac vice*)<br>O'MELVENY & MYERS LLP<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>Email: jrapisardi@omm.com<br>    nmitchell@omm.com<br>    pfriedman@omm.com<br><br>-and-<br><br>Elizabeth L. McKeen (admitted *pro hac vice*)<br>Ashley M. Pavel (admitted *pro hac vice*)<br>610 Newport Center Drive, 17th Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 823-6900<br>Facsimile: (949) 823-6994<br>Email: emckeen@omm.com<br>    apavel@omm.com<br><br>*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority and the Puerto Rico Electric Power Authority* |


-5-

*/s/ Luis Marini*
Luis Marini
MARINI PIETRANTONI MUÑIZ, LLC
MCS Plaza
San Juan, Puerto Rico 00917
Telephone: (787) 406-8555
Email: lmarini@mpmlawpr.com

*Co-Attorneys for Puerto Rico Fiscal*
*Agency and Financial Advisory Authority*