# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------------x
                                                                 :
In re                                                            :
                                                                 :
                                                                 :   PROMESA
THE FINANCIAL OVERSIGHT AND                                      :   Title III
MANAGEMENT BOARD FOR PUERTO RICO,                                :
                                                                 :
      as representative of                                       :   Case No. 17-BK-3283 (LTS)
                                                                 :
THE COMMONWEALTH OF PUERTO RICO,                                 :   (Jointly Administered)
et al.,¹                                                         :
                                                                 :
            Debtors.                                             :
                                                                 :
-----------------------------------------------------------------x
                                                                 :
In re                                                            :
                                                                 :
                                                                 :   PROMESA
THE FINANCIAL OVERSIGHT AND                                      :   Title III
MANAGEMENT BOARD FOR PUERTO RICO,                                :
                                                                 :
      as representative of                                       :   Case No. 17-BK-04780 (LTS)
                                                                 :
PUERTO RICO ELECTRIC POWER                                       :   Court Filing Relates Only to PREPA
AUTHORITY (PREPA)                                                :
                                                                 :
            Debtor.                                              :
-----------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I hereby certify that Puerto Rico Solar Energy Industries Association Corp. ("SESA-PR") and Solar Energy Industries Association ("SEIA"), in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Tenth Amended Notice, Case Management and Administrative Procedures Order (Docket No. 8027-1 of Case No. 17-03283 (LTS)) (the "CMP Order")*, sent a true and exact copy of the documents titled:

---

¹ The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

(i)  *Motion for Leave to File Legal Brief as Amici Curiae of The Puerto Rico Solar Energy Industries Association Corp. ("SESA-PR") and The Solar Energy Industries Association ("SEIA")* filed on October 25, 2019 (Docket No. 11680 of Case No. 17-04780 (LTS) and Docket No. 8987 of Case No. 17-03283 (LTS)), **by electronic mail upon all the parties listed in the Master Service List on OCTOBER 25, 2019 and by U.S. mail upon all the Standard Parties listed in the CMP Order on OCTOBER 28, 2019**; and

(ii)  *Amici Curiae and Legal Brief of The Puerto Rico Solar Energy Industries Association Corp. ("SESA-PR") and the Solar Energy Industries Association ("SEIA"),* filed on October 25, 2019 (Docket No. 1681of Case No. 17-04780 (LTS) and Docket No. 8988 of Case No. 17-03283 (LTS)), **by electronic mail upon all the parties listed in the Master Service List on OCTOBER 25, 2019 and by U.S. mail upon all the Standard Parties listed in the CMP Order on OCTOBER 28, 2019**.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 29th day of October, 2019.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

**MCCONNELL VALDÉS LLC**
*Attorneys for SESA-PR and SEIA*
270 Muñoz Rivera Avenue, Suite 7
San Juan, Puerto Rico 00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: 787-250-5612
Facsimile:  787-759-9225

By:  *s/ Carlos Fernández-Lugo*
     Carlos Fernández-Lugo
     USDC-PR Bar No. 210305
     Email: cfl@mcvpr.com

     *s/ Rosamar Garcia-Fontán*
     Rosamar Garcia-Fontán
     USDC-PR Bar No. 221004
     Email: rgf@mcvpr.com

- 2 -