IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>    as representative of<br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br>    Debtors.[1] | PROMESA<br>Title III<br>Case No. 17-BK-3283 (LTS)<br>(Jointly Administered) |

---

# INFORMATIVE MOTION REGARDING
## APPEARANCE AT THE OCTOBER 30, 2019 HEARING

Pursuant to the Court's *Order Regarding Procedures for Attendance, Participation and Observation of the October 30-31, 2019 Hearing* [Docket No. 8912], Klee, Tuchin, Bogdanoff & Stern LLP ("KTBS"), in its capacity as special municipal counsel to the Court-appointed representative ("COFINA Agent") for COFINA in the Commonwealth-COFINA Dispute, and Nilda M. Navarro-Cabrer in her capacity as local counsel to the COFINA Agent, respectfully notify the Court of their intent to attend the hearing on October 30, 2019 (and to the extent necessary October 31, 2019) in connection with approval of the *Final Fee Application of Klee, Tuchin, Bogdanoff & Stern LLP, in its Capacity as Special Municipal Counsel to Bettina M. Whyte, as the COFINA Agent for Final Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from July 31, 2017 through February 12, 2019* [Dkt. No.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

7410].[2] Jonathan M. Weiss of KTBS will be available at the United States District Court for the Southern District of New York to the extent the Court has any questions for counsel in connection with its final fee application, but does not otherwise anticipate speaking on this or any other substantive matter. In compliance with Local Civil Rule for the U.S. District Court for the District of Puerto Rico 83-A(f), local counsel for the COFINA Agent, Nilda M. Navarro-Cabrer, will attend the hearing at the United States District Court for the District of Puerto Rico.

Dated: October 29, 2019
      San Juan, Puerto Rico

Respectfully submitted,

By: */s/* Jonathan M. Weiss
Kenneth N. Klee (*pro hac vice*)
Daniel J. Bussel (*pro hac vice*)
Jonathan M. Weiss (*pro hac vice*)
**KLEE, TUCHIN, BOGDANOFF & STERN LLP**
1999 Avenue of the Stars
39th Floor
Los Angeles, California 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: kklee@ktbslaw.com
      dbussel@ktbslaw.com
      jweiss@ktbslaw.com

*Special Municipal Bankruptcy Counsel
to the COFINA Agent*

By: /s/ Nilda M. Navarro-Cabrer
Nilda M. Navarro-Cabrer
USDC – PR No. 201212
**NAVARRO-CABRER LAW OFFICES**
El Centro I, Suite 206
500 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Telephone: (787) 764-9595
Facsimile: (787) 765-7575
Email: navarro@navarrolawpr.com

*Local Counsel to the COFINA Agent*

---

[2] Ms. Navarro-Cabrer previously filed an informative motion on October 24, 2019, notifying the Court of her and Mr. Joseph G. Minias's intentions to appear on behalf of fee applications of other COFINA Agent professionals. This informative motion informs the Court of KTBS's intention to be present as well.