UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS<br>(Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | |
| Debtors. | |

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3284-LTS |
| PUERTO RICO SALES TAX FINANCING<br>CORPORATION (COFINA), | |
| Debtor. | |

---------------------------------------------------------------x

[Response to Docket #8912]

**<u>INFORMATIVE MOTION – OCTOBER 30, 2019 HEARING</u>**

Dated: October 23, 2019

## INFORMATIVE MOTION – OCTOBER 30, 2019 HEARING
## (RESPONSE TO Docket #8912)

Peter C. Hein, pro se, will attend the October 30, 2019 hearing in the New York courtroom (17C). Peter C. Hein requests the opportunity to speak on any matters that may affect his interests.

October 23, 2019

Respectfully Submitted,

*Peter C. Hein*

Peter C. Hein, Pro Se
101 Central Park West, Apt. 14E
New York, NY 10023
petercheinsr@gmail.com