Peter C. Hein
101 Central Park West, Apt 14E
New York, NY 10023

petercheinsr@gmail.com
(212) 403-1237

October 23, 2019

Clerk's Office
United States District Court
Room 150
Federal Building
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918

Re: **Filing for 17BK3283-LTS and 17BK3284-LTS**

TO WHOM IT MAY CONCERN:

I am enclosing one copy clipped and one copy bound or stapled of "[Response to Docket #8912] Informative Motion – October 30, 2019 Hearing" A certificate of service is attached.

Please file this response in the Court docket. If you have any questions about this filing, you can contact me at petercheinsr@gmail.com or call me at (212) 403-1237. Thank you.

Sincerely,

Peter C. Hein

Peter C. Hein, Pro se