UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

[Response to Docket #8972]

**RESPONSE OF INDIVIDUAL BONDHOLDER TO URGENT JOINT MOTION OF FOMB AND AAFAF FOR ORDER EXTENDING STAY PERIOD AND MANDATORY MEDIATION**

Dated: October 25, 2019

RECEIVED & FILED
2019 OCT 29 AM 8: 45

Peter C. Hein, pro se, opposes any extension of the Court's stay order and use of mediation instead of adjudication to resolve issues in this matter.

In light of the time exigencies presented by FOMB and AAFAF proceeding—again—by urgent motion, I refer the Court to my position stated on the record on July 25, 2019 (#8266-Tr.-85:23-to-86:9), and my prior filings, including in particular, #8308, #7961, #7732, #7540, #6487, #6151, #6128, #5377, #5103, #4913, as well as #8626, #8487, #8427, #7211, #6283, #5041, #4934, #4911, #4673, #4606, #4595, #4585.

My objections include violations of the Takings, Due Process, Contract, Ex Post Facto, Equal Protection, Privilieges and Immunities, Bankruptcy and Appointments Clauses of the U.S. Constitution and the First Amendment public right of access to court proceedings; violations of the similar provisions of Puerto Rico Constitution as well as Article VI, § 8, thereof; and violations of 48 U.S.C. §§ 737, 2141(b)(1)(N) and 2163, other provisions of PROMESA and the Bankruptcy Code.

I note that, to my knowledge, no notice of the urgent motion (#8972) was provided to individual bondholders, not even those who have filed proofs of claim and/or pro se notices of participation (compare #8972-page-8-of-11, stating service was made using the CM/ECF system, which pro se participants are not permitted to use). I was not provided notice but happened to see #8972 in docket postings listed for October 24, 2019 by Prime Clerk.

October 25, 2019

                                                  Respectfully Submitted,

*/s/ Peter C. Hein*

Peter C. Hein, Pro Se
101 Central Park West, Apt. 14E
New York, NY 10023
petercheinsr@gmail.com