# CERTIFICATE OF SERVICE

I have caused to be mailed a copy of "[Response to Docket #8972] Response of Individual Bondholder to Urgent Joint Motion of FOMB and AAFAF for Order Extending Stay Period and Mandatory Mediation," by email to each of the parties or their attorneys on the attached service list pages.

Dated: October 25, 2019

_____
Peter C. Hein

Proskauer Rose LLP
11 Times Square
New York, NY 10036

Attn: Martin J. Bienenstock, Esq. (mbienenstock@proskauer.com)
Brian Rosen, Esq. (brosen@proskauer.com)
Paul V. Possinger, Esq. (ppossinger@proskauer.com)
Ehud Barak, Esq. (ebarak@proskauer.com)
Maja Zerjal, Esq. (mzerjal@proskauer.com)

Paul Hastings LLP
200 Park Ave.
New York, NY 10166

Attn: Luc A. Despins, Esq. (lucdespins@paulhastings.com)
James Bliss, Esq. (jamesbliss@paulhastings.com)
Andrew V. Tenzer, Esq. (andrewtenzer@paulhastings.com)
Michael E. Comerford, Esq. (michaelcomerford@paulhastings.com)
James Worthington, Esq. (jamesworthington@paulhastings.com)
G. Alexander Bongartz, Esq. (alexbongartz@paulhastings.com)

**From:** Peter C. Hein <petercheinsr@gmail.com>
**Sent:** Saturday, September 7, 2019 10:45 AM
**To:** Bienenstock, Martin J. (Proskauer Rose LLP); Rosen, Brian S. (Prc Possinger, Paul V. (Proskauer Rose LLP); Barak, Ehud (Proskauer (Proskauer Rose LLP); Despins, Luc A. (Paul Hastings LLP); Bliss, . LLP); Tenzer, Andrew V. (Paul Hastings LLP); Comerford, Michae' Worthington, James B. (Paul Hastings LLP); Bongartz, G. Alexanc Bienenstock, Martin J. (Proskauer Rose LLP); Rosen, Brian S. (Pro Possinger, Paul V. (Proskauer Rose LLP); Barak, Ehud (Proskauer (Proskauer Rose LLP); Despins, Luc A. (Paul Hastings LLP); Bliss, . LLP); Tenzer, Andrew V. (Paul Hastings LLP); Comerford, Michael Worthington, James B. (Paul Hastings LLP); Bongartz, G. Alexanc Stafford, Laura (Proskauer Rose LLP)

**From:** Peter C. Hein <petercheinsr@gmail.com>
**Sent:** Saturday, September 7, 2019 10:48 AM
**To:** Gerardo.Portela@aafaf.pr.gov; Mohammad.Yassin@aafaf.pr.gov (O'Melveny & Myers LLP); Uhland, Suzzanne S. (O'Melveny & M Peter M. (O'Melveny & Myers LLP); mitchelln@omm.com; DiCo & Myers LLP); lmarini@mpmlawpr.com; cvelaz@mpmlawpr.com malvarez@mpmlawpr.com; Bienenstock, Martin J. (Proskauer R V. (Proskauer Rose LLP); herman.bauer@oneillborges.com; Bara LLP); Zerjal, Maja (Proskauer Rose LLP); Despins, Luc A. (Paul Ha R. (Paul Hastings LLP); Worthington, James B. (Paul Hastings LL Alexander (Paul Hastings LLP); jcasillas@cstlawpr.com; dbatlle@ aaneses@cstlawpr.com; emontull@cstlawpr.com; rgordon@jen (Jenner & Block, LLP); csteege@jenner.com; ajb@bennazar.org; Monsita.lecaroz@usdoj.gov; ustp.region21@usdoj.gov

| | |
|---|---|
| **From:** | Peter C. Hein <petercheinsr@gmail.com> |
| **Sent:** | Saturday, September 7, 2019 10:50 AM |
| **To:** | 'Goldstein, Irena'; Fioccola, David J. (Morrison & Foerster, LLP); kurt.mayr@bracewell.com; rachel.goldman@bracewell.com; dav david.lawton@bracewell.com; shannon.wolf@bracewell.com; Kii Emanuel Urquhart & Sullivan LLP); Goldstein, Marcia L. (Weil, Gc DiBlasi, Kelly (Weil, Gotshal & Manges LLP); gabriel.morgan@w( D. (Weil, Gotshal & Manges LLP); gregory.silbert@weil.com; Frie Gotshal & Manges LLP); Miller, Atara (Milbank LLP); Mainland, C dburke@robbinsrussell.com; Stancil, Mark T. (Robbins, Russell, I Untereiner & Sauber LLP); Bernstein, Donald S. (Davis Polk & W Brian M. (Davis Polk & Wardwell LLP); Libby, Angela M. (Davis P Peck, James M. (Morrison & Foerster, LLP); Lee, Gary S. (Morrisc Esposito, Grant J. (Morrison & Foerster, LLP); Ellenberg, Mark C. Wickersham & Taft LLP); Caton, Amy (Kramer Levin Naftalis & F Thomas Moers (Kramer Levin Naftalis & Frankel LLP); Bello, Nan Naftalis & Frankel LLP); O'Neill, P. Bradley (Kramer Levin Naftali: Karen (Paul, Weiss, Rifkind, Wharton & Garrison LLP); Rosenber( Weiss, Rifkind, Wharton & Garrison LLP); Buckley, Douglas (Krar Frankel LLP); Bjork, Jeffrey E. (Latham & Watkins LLP); Harris, Ch Watkins LLP); Goldberg, Adam J. (Latham & Watkins LLP); Burto Watkins LLP); Casey.Servais@cwt.com; Csteege@jenner.com; rg· lralford@jenner.com; deborahnewman@quinnemanuel.com; dt Bassett, Nicholas A. (Paul Hastings LLP); Bliss, James R. (Paul Ha: Angela (Brown Rudnick Berlack Israels LLP); Beville, Sunni P. (Brc Israels LLP); Weisfelner, Edward S. (Brown Rudnick Berlack Israel TAxelrod@brownrudnick.com; RSierra@brownrudnick.com; Des Hastings LLP) |

**From:** Peter C. Hein <petercheinsr@gmail.com>
**Sent:** Saturday, September 7, 2019 10:51 AM
**To:** agestrella@estrellallc.com; kcsuria@estrellallc.com; rrivera@jgl.
S. (Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP); I
rcasellas@cabprlaw.com; dperez@cabprlaw.com; Hawkins, How
Wickersham & Taft LLP); bill.natbony@cwt.com; Halstead, Ellen
Wickersham & Taft LLP); thomas.curtin@cwt.com; mpico@rexac
martin.sosland@butlersnow.com; jason.callen@butlersnow.com
altierilaw.com; loomislegal@gmail.com; Fioccola, David J. (Morr
jnewton@mofo.com; akissner@mofo.com; epo@amgprlaw.com
robert.berezin@weil.com; Polkes, Jonathan D. (Weil, Gotshal & I
gregory.silbert@weil.com; mfb@tcm.law; lft@tcm.law; jvankirk@
Moers (Kramer Levin Naftalis & Frankel LLP); Caton, Amy (Kramı
Frankel LLP); Buckley, Douglas (Kramer Levin Naftalis & Frankel
rcamara@ferraiuoli.com; Colon, Sonia E. (Ferraiuoli LLC); Dunne,
aleblanc@milbank.com; Miller, Atara (Milbank LLP); Mainland, G