| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br><br>Case No. 17 BK 4780-LTS |

ORDER DENYING MOTION FOR LEAVE TO FILE LEGAL BRIEF AS AMICI CURIAE OF THE PUERTO RICO SOLAR ENERGY INDUSTRIES ASSOCIATION CORP. ("SESA-PR") AND THE SOLAR ENERGY INDUSTRIES ASSOCIATION ("SEIA")

The Court has received and reviewed the *Motion for Leave to File Legal Brief as Amici Curiae of the Puerto Rico Solar Energy Industries Association Corp. ("SESA-PR") and the Solar Energy Industries Association ("SEIA")* (Docket Entry No. 8987 in Case No. 17-3283 and Docket Entry No. 1680 in Case No. 17-4780, the "Motion") and the *Amici Curiae and Legal*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Brief of the Puerto Rico Solar Energy Industries Association Corp. ("SESA-PR") and the Solar Energy Industries Association ("SEIA")* (Docket Entry No. 8988 in Case No. 17-3283 and Docket Entry No. 1681 in Case No. 17-4780, the "Brief") filed by the Puerto Rico Solar Energy Industries Association Corp. and the Solar Energy Industries Association. The Motion requests leave to file the Brief as amici curiae in opposition to the *Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(a)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement and Tolling Certain Limitations Periods* (Docket Entry No. 1235 in Case No. 17-4780, the "PREPA 9019 Motion").

For the reasons stated by the Court on the record at the July 11, 2019, pretrial conference concerning the PREPA 9019 Motion (*Transcript of Motion Hearing Held on July 11, 2019*, Docket Entry No. 7956 in Case No. 17-3283, at 6:20-12:21), the Motion is denied.

This Order resolves Docket Entry No. 8987 in Case No. 17-3283 and Docket Entry No. 1680 in Case No. 17-4780.

SO ORDERED.

Dated: October 29, 2019

                                                           /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge