IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA<br>Title III<br>No. 17 BK 3283-LTS |
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO,<br><br>Debtor | PROMESA<br>Title III<br>No. 17 BK-3566-LTS |

**WITHDRWAL OF MOTION IN OPPOSITION TO MOTION REQUESTING MODIFICATION OF MEDIATION ORDER**

**TO THE HONORABLE COURT:**

COME NOW Iris Rodríguez, through her undersigned attorney and respectfully states as follows:

1. Iris Rodríguez was served with summons and a copy of the complaint in Adversary Proceeding 19-361. On July 24, 2019 the Honorable Court issued a 120-day stay in several adversary proceedings, including this case. The stay ends on November 30, 2019. She filed an opposition to the UCC's motion to modify the stay. After discussing the situation given new found information, Ms. Rodríguez wishes to withdraw her objection.

WHEREFORE: Ms. Rodríguez wishes to withdraw her objection to the stay modification.

Respectfully submitted on this 29th day of October, 2019.

CERTIFY: That on this same day, the ECF system sent a copy of this motion to all parties in this litigation.

/s John E. Mudd
John E. Mudd
Bar Number: 201102
Attorney for Plaintiffs
LAW OFFICES JOHN E. MUDD
P. O. BOX 194134
SAN JUAN, P.R. 00919
(787) 413-1673
Fax. (787) 753-2202
johnmuddlaw@gmail.com