In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fifth - Sixth Interim Fee Period Applications Recommended for Approval:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Fifth Interim Fee Period (October 1, 2018 - January 31, 2019)* | | | | | | | |
| | *Financial Advisors to Commonwealth* | | | | | | | |
| 1 | Conway MacKenzie [Dkt. No. 7439] | 11/1/2018 - 2/28/2019 | $ 4,000,000.00 | $ - | $ - | $ - | $ 4,000,000.00 | $ - |
| | *Special Municipal Bankruptcy Counsel for COFINA Agent* | | | | | | | |
| 2 | Klee Tuchin Bofdanoff & Stern LLP [Dkt. No. 5783] | 10/1/2018 - 2/12/2019 | $ 279,280.50 | $ - | $ 379.61 | $ - | FN1 | |
| | *Consulting Services Provider to FOMB - PREPA* | | | | | | | |
| 3-a | McKinsey & Company, Inc. [Dkt. No. 5802 and 17-04780 Dkt. No. 1132] | 10/1/2018 - 1/31/2019 | $ 2,960,000.00 | $ - | $ - | $ - | $ 2,960,000.00 | $ - |
| | *Consulting Services Provider to FOMB - Commonwealth* | | | | | | | |
| 3-b | McKinsey & Company, Inc. [Dkt. No. 5804] | 10/1/2018 - 1/31/2019 | $ 5,670,000.00 | $ - | $ - | $ - | $ 5,670,000.00 | $ - |
| | *Consulting Services Provider to FOMB - HTA* | | | | | | | |
| 3-c | McKinsey & Company, Inc. [Dkt. No. 5805 and 17-03567 Dkt. No. 543] | 10/1/2018 - 1/31/2019 | $ 1,240,000.00 | $ - | $ - | $ - | $ 1,240,000.00 | $ - |
| | *Puerto Rico Counsel to FOMB* | | | | | | | |
| 4 | O'Neill & Borges LLC [Dkt. No. 6296] | 10/1/2018 - 1/31/2019 | $ 418,754.85 | $ 24,898.15 | $ 6,604.94 | $ 208.55 | $ 393,856.70 | $ 6,396.39 |
| | *Sixth Interim Fee Period (February 1 - May 31, 2019)* | | | | | | | |
| | *Advisor to FOMB - Commonwealth* | | | | | | | |
| 5-a | Alvarez & Marsal North America, LLC [Dkt. No. 7982] | 2/1 - 5/31/2019 | $ 1,771,056.00 | $ 10,860.64 | $ 14,074.58 | $ 75.48 | $ 1,760,195.36 | $ 13,999.10 |
| | *Advisor to FOMB - ERS* | | | | | | | |
| 5-b | Alvarez & Marsal North America, LLC [Dkt. No. 7988 and 17-03566 Dkt. No. 650] | 2/1 - 5/31/2019 | $ 489,325.50 | $ - | $ - | $ - | $ 489,325.50 | $ - |
| | *Advisor to FOMB - HTA* | | | | | | | |
| 5-c | Alvarez & Marsal North America, LLC [Dkt. No. 7992 and 17-03567 Dkt. No. 607] | 2/1 - 5/31/2019 | $ 143,892.00 | $ - | $ - | $ - | $ 143,892.00 | $ - |
| | *Puerto Rico Counsel for the Official Committee of Retired Employees* | | | | | | | |
| 6 | Bennazar, Garcia & Milian, C.S.P. [Dkt. No. 7972] | 2/1 - 5/31/2019 | $ 329,182.50 | $ 2,672.50 | $ 572.79 | $ - | $ 326,510.00 | $ 572.79 |
| | *Puerto Rico Local Conflicts Counsel to Special Claims Committee* | | | | | | | |
| 7 | Cardona Fernandez, Ileana C. [Dkt. No. 8204] | 2/1 - 5/31/2019 | $ 2,205.00 | $ - | $ - | $ - | $ 2,205.00 | $ - |
| | *Puerto Rico Counsel to the Official Committee of Unsecured Creditors* | | | | | | | |
| 8 | Casillas, Santiago & Torres, LLC [Dkt. No. 8011] | 2/1 - 5/31/2019 | $ 498,096.50 | $ 2,924.00 | $ 16,319.32 | $ - | $ 495,172.50 | $ 16,319.32 |
| | *Puerto Rico Counsel to Special Claims Committee* | | | | | | | |
| 9 | Estrella, LLC [Dkt. No. 8295] | 2/1 - 5/31/2019 | $ 176,076.00 | $ 6,594.05 | $ 1,403.00 | $ 370.00 | $ 169,481.95 | $ 1,033.00 |
| | *Chief Financial Advisor to PREPA* | | | | | | | |
| 10 | Filsinger Energy Partners, Inc. [Dkt. No. 7987 and 17-4780 Dkt. No. 1462] | 2/1 - 5/31/2019 | $ 3,773,793.20 | $ - | $ 302,943.47 | $ - | $ 3,773,793.20 | $ 302,943.47 |
| | *Financial Advisor to the Official Committee of Retired Employees* | | | | | | | |
| 11 | FTI Consulting, Inc. [Dkt. No. 7970] | 2/1 - 5/31/2019 | $ 1,013,373.50 | $ 62,000.00 | $ 8,153.93 | $ - | $ 951,373.50 | $ 8,153.93 |
| | *Special Litigation Counsel to the Official Committee of Unsecured Creditors* | | | | | | | |
| 12 | Genovese Joblove and Battista, P.A. [Dkt. No. 7994] | 4/16 - 5/31/2019 | $ 691,742.25 | $ 33,835.20 | $ 10,373.05 | $ 6,524.49 | $ 657,907.05 | $ 3,848.56 |
| | *Counsel for FOMB* | | | | | | | |
| 13 | Gierebolini & Carroll Law Offices, PSC [Dkt. No. 8016] | 2/1 - 5/31/2019 | $ 19,504.00 | $ 520.00 | $ 520.00 | $ - | $ 18,984.00 | $ 520.00 |

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fifth - Sixth Interim Fee Period Applications Recommended for Approval:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|
| | *Information Agent to the Official Committee of Retired Employee* | | | | | | | |
| 14 | **Marchand ICS Group [Dkt. No. 7978]** | 2/1 - 5/31/2019 | $ 101,092.00 | $ - | $ 12,028.72 | $ - | $ 101,092.00 | $ 12,028.72 |
| | *Consulting Services Provider to FOMB - Commonwealth* | | | | | | | |
| 15-a | **McKinsey & Company, Inc. [Dkt. No. 8008]** | 2/1 - 5/31/2019 | $ 5,670,000.00 | $ - | $ - | $ - | $ 5,670,000.00 | $ - |
| | *Consulting Services Provider to FOMB - HTA* | | | | | | | |
| 15-b | **McKinsey & Company, Inc. [Dkt. No. 8009 and 17-03567 Dkt. No. 610]** | 2/1 - 5/31/2019 | $ 1,240,000.00 | $ - | $ - | $ - | $ 1,240,000.00 | $ - |
| | *Consulting Services Provider to FOMB - PREPA* | | | | | | | |
| 15-c | **McKinsey & Company, Inc. [Dkt. No. 8010 and 17-4780 Dkt. No. 1463]** | 2/1 - 5/31/2019 | $ 2,960,000.00 | $ - | $ - | $ - | $ 2,960,000.00 | $ - |
| | *Counsel to the FOMB* | | | | | | | |
| 16 | **Munger, Tolles & Olson LLP [Dkt. No. 7989]** | 8/1-31, 2018 10/1/2018 - 5/31/2019 | $ 687,648.73 | $ 29,222.41 | $ 15,666.19 | $ 3,741.63 | $ 658,426.32 | $ 11,924.56 |
| | *Special Debt Financing Counsel for PREPA* | | | | | | | |
| 17 | **Norton Rose Fulbright US LLP [Dkt. No. 7959 and 17-04780 Dkt. No. 1460]** | 2/1 - 5/31/2019 | $ 381,780.00 | $ 3,819.20 | $ - | $ - | $ 377,960.80 | $ - |
| | *Financial Advisor to the Mediation Team* | | | | | | | |
| 18 | **Phoenix Management Services, LLC [Dkt. No. 7977]** | 2/4 - 6/2/2019 | $ 91,366.00 | $ 555.00 | $ 2,343.20 | $ - | $ 90,811.00 | $ 2,343.20 |
| | *Actuaries and Consultants to the Official Committee of Retired Employees* | | | | | | | |
| 19 | **Segal Consulting [Dkt. No. 7976]** | 2/1 - 5/31/2019 | $ 515,941.00 | $ 10,579.05 | $ 5,293.31 | $ 306.50 | $ 505,361.95 | $ 4,986.81 |

**FN1** - Approved as part of Final Fee Application.