In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**FINAL Fee Applications Recommended for Approval:**

| | Applicant | Compensation Period | Final Fees Requested | Fee Examiner's Recommended Fee Adjustments | | Final Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Final Fees Recommended for Approval | Final Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Advisor FOMB - COFINA* | | | | | | | | |
| 1 | **Alvarez & Marsal [Dkt. No. 5791 and 17-03284 Dkt. No. 625]** | 8/9/2018 - 2/12/2019 | $ 614,175.75 | $ 1,417.50 | | $ - | $ - | $ 612,758.25 | $ - |
| | *Special Municipal Bankruptcy Counsel for COFINA Agent* | | | | | | | | |
| 2 | **Klee Tuchin Bofdanoff & Stern LLP [Dkt. No. 7410]** | 7/31/2017 - 2/12/2019 | $ 2,549,727.72 | $ 45,428.27 | FN1 | $ 54,611.61 | $ - | $ 2,504,299.45 | $ 54,611.61 |
| | *Puerto Rico Counsel for COFINA Agent* | | | | | | | | |
| 3 | **Nilda M. Navarro-Cabrer [Dkt. No. 7412]** | 8/16/2017 - 2/12/2019 | $ 361,478.75 | $ - | | $ 3,805.46 | $ - | $ 361,478.75 | $ 3,805.46 |
| | *COFINA Agent* | | | | | | | | |
| 4 | **Whyte, Bettina [Dkt. No.7408]** | 8/3/2017 - 2/12/2019 | $ 1,098,223.50 | $ 2,680.00 | | $ 40,397.88 | $ - | $ 1,095,543.50 | $ 40,397.88 |
| | *Counsel to COFINA Agent* | | | | | | | | |
| 5 | **Willkie Farr & Gallagher LLP [Dkt. No. 7409]** | 8/3/2017 - 2/12/2019 | $ 14,322,076.14 | $ 189,717.96 | | $ 1,234,047.92 | $ 1,244.69 | $ 14,132,358.18 | $ 1,232,803.23 |

**FN1** - Klee Tuchin has agreed to waive its claim for post-effective date final fee application preparation charges totoaling $10,000.00 and interim and final fee applications preparation charges totaling $32,500.00 which were not included in the final fee request or this adjustment.