UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:                                                                                    PROMESA
                                                                                          Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of                                              No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                             (Jointly Administered)
et al.,

           Debtors.[1]

-----------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT (ERS)

       The attached additional pro se Notices of Participation have been received by the
Court for filing in the above-captioned cases pursuant to the *Order Establishing Initial Procedures
with Respect to (I) Objections of Official Committee of Unsecured Creditors and Official
Committee of Retired Employees, Pursuant to Bankruptcy Code Section 502 and Bankruptcy
Rule 3007, to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of
Government of Commonwealth of Puerto Rico, (II) Count One of Certain Complaints Alleging*

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as
applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy
Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico
Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS)
(Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation
Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal
Tax ID: 3808); (iv) Employees Retirement System of the Government of the
Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last
Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA")
(Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and
(vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-
LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as
Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (ERS)
October 29, 2019 (Part 1 of 4)

*That Such Bonds Were Issued Ultra Vires and   (III) Establishing Claim Objection Deadline for*

*Certain ERS Bond Claims* (Docket Entry No. 8818 in Case No. 17-3283).

1. Coty Benmaman Retirement Plan c/o Javier Gonzalez

2. Garcia Gubern Trust c/o Javier Gonzalez

3. Arias Guardiola Trust c/o Javier Gonzalez

4. The Mark Trust c/o Javier Gonzalez

5. Tomas Cuerda-Brugman c/o Javier Gonzalez

6. Miriam Loyola-Feliciano Trust c/o Javier Gonzalez

7. Daniel Barreto-Torres Retirement Plan c/o Javier Gonzalez

8. Federico A. Souffront-Santiago Retirement Plan c/o Javier Gonzalez

9. Juan Ramon Gomez Retirement Plan c/o Javier Gonzalez

10. Hospicio Emmanuel Deferred COMPFBO Moises Rivera c/o Javier Gonzalez

11. Colberg Cabrera Children Trust-Alberto Juan-Colberg c/o Javier Gonzalez

12. Luis A. Seguinot Retirement Plan c/o Javier Gonzalez

13. Tirso T. Pena-Cardenas Retirement Plan c/o Javier Gonzalez

14. Fideicomiso Flores-Morales c/o Javier Gonzalez

15. Ileana Enid Cuerda-Reyes Trust c/o Javier Gonzalez

16. Michica International Co. Shareholders Retirement Plan c/o Javier Gonzalez

17. Miguel J. Morales-Vales Retirement Plan c/o Javier Gonzalez

18. Carlos R. Mendez Retirement Plan c/o Javier Gonzalez


Dated:  October 29, 2019