UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------x
In re:                                                          PROMESA
                                                                Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of                                     No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                                (Jointly Administered)
et al.,

              Debtors.¹
-------------------------------------------------------------x
```

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT (ERS)

The attached additional pro se Notices of Participation have been received by the Court for filing in the above-captioned cases pursuant to the *Order Establishing Initial Procedures with Respect to (I) Objections of Official Committee of Unsecured Creditors and Official Committee of Retired Employees, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Commonwealth of Puerto Rico, (II) Count One of Certain Complaints Alleging*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (ERS)
October 29, 2019 (Part 2 of 4)

*That Such Bonds Were Issued Ultra Vires and (III) Establishing Claim Objection Deadline for Certain ERS Bond Claims* (Docket Entry No. 8818 in Case No. 17-3283).

1. Hans Mercado-Gonzalez Retirement Plan c/o Javier Gonzalez
2. G. Vidal-Santoni Trust c/o Javier Gonzalez
3. Beltran-Pascual Family Trust c/o Javier Gonzalez
4. Ramirez-Delgado Trust c/o Javier Gonzalez
5. Michica International Coemployees Retirement Plan c/o Javier Gonzalez
6. Gubern-Garcia Living Trust c/o Javier Gonzalez
7. Enudio Negron-Angulo Retirement Plan c/o Javier Gonzalez
8. Nilda E. Ortiz-Melendez Retirement Plan c/o Javier Gonzalez
9. Armando Rodriguez-Santana Retirement Plan c/o Javier Gonzalez
10. Ramon Mendez-Perez and Carmen L. Mendez
11. Magda Morell
12. Magda Morell
13. Nilda Torres-Nieves and Jose Reyes-Cruz
14. Ayendez Faccio Trust c/o Javier Gonzalez
15. Jose R. Marquez-Rivera
16. Ernesto L. Ramirez-Torres and Adela A. Lopez-de Victoria
17. Marylin Gonzalez-Toro
18. Efrain Flores-Fonolloza and Margarita Vazquez-Rosado

Dated: October 29, 2019

Pro Se Notices of Participation Received by the Court (ERS)
October 29, 2019 (Part 2 of 4)