**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------ X

In re:                                                            :

THE FINANCIAL OVERSIGHT AND               :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :   Title III
                                                                  :
        as representative of                            :   Case No. 17-BK-3283 (LTS)
                                                                  :
THE COMMONWEALTH OF PUERTO RICO *et al.*,   :   (Jointly Administered)
                                                                  :
        Debtors.[1]                                       :
------------------------------------------------------------ X
                                                                  :
In re:                                                            :
                                                                  :
THE FINANCIAL OVERSIGHT AND               :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :   Title III
                                                                  :
        as representative of                            :   Case No. 17-BK-3566 (LTS)
                                                                  :
THE EMPLOYEES RETIREMENT SYSTEM OF THE   :
GOVERNMENT OF THE COMMONWEALTH OF   :
PUERTO RICO,                                               :
                                                                  :
        Debtor.                                            :
------------------------------------------------------------ X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## *THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| Participant Name and Contact Information | Counsel Contact Information (if any) |
|---|---|
| Hans Mercado González Retirement Plan, represented by UBS Trust Company of Puerto Rico | |
| Participant Name | Firm Name (if applicable) |
| Javier González | |
| Contact Person (if Participant is not an individual) | Contact Person |
| javier.gonzalez@ubs.com | |
| Email Address | Email Address |
| 250 Avenida Muñoz Rivera 10th Floor | |
| Address line 1 | Address line 1 |
| American International Plaza | |
| Address line 2 | Address line 2 |
| San Juan, Puerto Rico | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.      If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If
Participant is a holder of one or more ERS Bonds, Participant must respond to the following
paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)      Provide the CUSIP Numbers of all ERS Bonds held by Participant:

    **29216MBN9**

    (b)      Did Participant purchase any of its ERS Bonds in whole or in part on the secondary
market?  **YES** or **NO** (please <u>circle one</u>).

By: _____
Signature

**Javier González**
Print Name

**Executive Director - UBS Trust Company of PR**
Title (if Participant is not an Individual)

10/28/2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room
150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------ X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

         as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

         Debtors.[1]

: PROMESA
: Title III
:
: Case No. 17-BK-3283 (LTS)
:
: (Jointly Administered)
:

------------------------------------------------------------ X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

         as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

         Debtor.

: PROMESA
: Title III
:
: Case No. 17-BK-3566 (LTS)
:
:
:
:
:

------------------------------------------------------------ X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("<u>Participant</u>") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "<u>ERS Bonds</u>").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.　　Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| G. Vidal Santoni Trust, represented by | |
| **UBS Trust Company of Puerto Rico** | |
| Participant Name | Firm Name (if applicable) |
| **Javier González** | |
| Contact Person (if Participant is not an individual) | Contact Person |
| **javier.gonzalez@ubs.com** | |
| Email Address | Email Address |
| **250 Muñoz Rivera Ave.** | |
| Address line 1 | Address line 1 |
| **American International Plaza** | |
| Address line 2 | Address line 2 |
| **San Juan, Puerto Rico 00918** | |
| City, State Zip Code | City, State Zip Code |
| **USA** | |
| Country | Country |

2.　　Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to <u>support</u> the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are <u>invalid</u>); *or*

**X**_____ intends to <u>oppose</u> the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are <u>valid</u>)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.    If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)    Provide the CUSIP Numbers of all ERS Bonds held by Participant:

                **29216MBP4**

                **29216MAC4**

        (b)    Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

**Javier González**
Print Name

**Executive Director UBS Trust Company of Puerto Rico**
Title (if Participant is not an Individual)

_10/28/2019_
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------- X

|  |  |
|---|---|
| In re: | : |
|  | : |
| THE FINANCIAL OVERSIGHT AND | : PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Title III |
|  | : |
| as representative of | : Case No. 17-BK-3283 (LTS) |
|  | : |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | : (Jointly Administered) |
|  | : |
| Debtors.[1] | : |

-------------------------------------------------------------------- X

|  |  |
|---|---|
| In re: | : |
|  | : |
| THE FINANCIAL OVERSIGHT AND | : PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Title III |
|  | : |
| as representative of | : Case No. 17-BK-3566 (LTS) |
|  | : |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE | : |
| GOVERNMENT OF THE COMMONWEALTH OF | : |
| PUERTO RICO, | : |
|  | : |
| Debtor. | : |

-------------------------------------------------------------------- X

### NOTICE OF PARTICIPATION IN LITIGATION
### OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]  The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| Beltrán-Pascual Family Trust, represented by UBS Trust Company of Puerto Rico | |
| Participant Name | Firm Name (if applicable) |
| Javier González | |
| Contact Person (if Participant is not an individual) | Contact Person |
| javier.gonzalez@ubs.com | |
| Email Address | Email Address |
| 250 Avenida Muñoz Rivera 10th Floor | |
| Address line 1 | Address line 1 |
| American International Plaza | |
| Address line 2 | Address line 2 |
| San Juan, Puerto Rico 00918 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.  Participant advises that it (choose <u>one</u> of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

        __X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.     If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all ERS Bonds held by Participant:
        **29216MAA8**

    (b)    Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? YES or NO (please **circle one**).

By: _____
Signature

**Javier González**
Print Name

**Executive Director of UBS Trust Company of PR**
Title (if Participant is not an Individual)

10/28/2019
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------- X

In re:                                          :

THE FINANCIAL OVERSIGHT AND          :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :   Title III

     as representative of                   :   Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,   :   (Jointly Administered)

     Debtors.[1]                           :

---------------------------------------------------------------- X

In re:                                          :

THE FINANCIAL OVERSIGHT AND          :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :   Title III

     as representative of                   :   Case No. 17-BK-3566 (LTS)

THE EMPLOYEES RETIREMENT SYSTEM OF THE   :
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

     Debtor.                               :

---------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u><br>Ramirez Delgado Trust, represented by<br>**UBS Trust Company of Puerto Rico** | <u>Counsel Contact Information (if any)</u> |
|---|---|
| Participant Name<br>**Javier González** | Firm Name (if applicable) |
| Contact Person (if Participant is not an individual)<br>javier.gonzalez@ubs.com | Contact Person |
| Email Address<br>**250 Avenida Muñoz Rivera 10th Floor** | Email Address |
| Address line 1<br>**American International Plaza** | Address line 1 |
| Address line 2<br>**San Juan, Puerto Rico** | Address line 2 |
| City, State Zip Code<br>**USA** | City, State Zip Code |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.    If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all ERS Bonds held by Participant:

**29216MMBN9**

(b)    Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
Signature

**Javier González**
Print Name

**Executive Director - UBS Trust Company of PR**
Title (if Participant is not an Individual)

_10/28/2019_
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

3

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------- X

In re:                                                          :

THE FINANCIAL OVERSIGHT AND                                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                               :   Title III
                                                                :
     as representative of                           :   Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,                       :   (Jointly Administered)
                                                                :
     Debtors.[1]                                   :
---------------------------------------------------------------- X

In re:                                                          :

THE FINANCIAL OVERSIGHT AND                                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                               :   Title III
                                                                :
     as representative of                           :   Case No. 17-BK-3566 (LTS)

THE EMPLOYEES RETIREMENT SYSTEM OF THE                          :
GOVERNMENT OF THE COMMONWEALTH OF                               :
PUERTO RICO,                                                    :
                                                                :
     Debtor.                                       :
---------------------------------------------------------------- X

**NOTICE OF PARTICIPATION IN LITIGATION
OF OBJECTIONS TO ERS BOND CLAIMS**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## *THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Michica International Coemployees Retirement Plan, represented by UBS Trust Company of Puerto Rico | |
| Participant Name | Firm Name (if applicable) |
| Javier González | |
| Contact Person (if Participant is not an individual) | Contact Person |
| javier.gonzalez@ubs.com | |
| Email Address | Email Address |
| 250 Avenida Muñoz Rivera 10th Floor | |
| Address line 1 | Address line 1 |
| American International Plaza | |
| Address line 2 | Address line 2 |
| San Juan, Puerto Rico | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.      If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If
        Participant is a holder of one or more ERS Bonds, Participant must respond to the following
        paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)      Provide the CUSIP Numbers of all ERS Bonds held by Participant:

        **29216MBL3**

    (b)      Did Participant purchase any of its ERS Bonds in whole or in part on the secondary
        market?  **YES** or **NO** (please **circle one**).

By: _____
    Signature

**Javier González**
Print Name

**Executive Director - UBS Trust Company of PR**
Title (if Participant is not an Individual)

10/28/2019
Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i)
served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room
150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------- X

In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :  Title III
                                                    :
        as representative of                        :  Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO *et al.*,           :  (Jointly Administered)
                                                    :
        Debtors.[1]                                 :
-------------------------------------------------------------------- X
                                                    :
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :  Title III
                                                    :
        as representative of                        :  Case No. 17-BK-3566 (LTS)
                                                    :
THE EMPLOYEES RETIREMENT SYSTEM OF THE              :
GOVERNMENT OF THE COMMONWEALTH OF                   :
PUERTO RICO,                                        :
                                                    :
        Debtor.                                     :
-------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]  The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
    (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
    Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
    3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
    (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
    ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
    Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
    Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
    Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
    (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## *THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Gubern Garcia Living Trust, represented by **UBS Trust Company of Puerto Rico** | |
| Participant Name | Firm Name (if applicable) |
| **Javier González** | |
| Contact Person (if Participant is not an individual) | Contact Person |
| javier.gonzalez@ubs.com | |
| Email Address | Email Address |
| **250 Avenida Muñoz Rivera 10th Floor** | |
| Address line 1 | Address line 1 |
| **American International Plaza** | |
| Address line 2 | Address line 2 |
| **San Juan, Puerto Rico** | |
| City, State Zip Code | City, State Zip Code |
| **USA** | |
| Country | Country |

2. Participant advises that it (choose __one__ of the following by marking "X" in the appropriate space):

_____ intends to __support__ the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are __invalid__); *or*

___X___ intends to __oppose__ the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are __valid__)

2

## *THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

3.  If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all ERS Bonds held by Participant:

    **29216MAC4**

    (b)  Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please underline circle one).

By: _____
    Signature

**Javier González**
Print Name

**Executive Director - UBS Trust Company of PR**

Title (if Participant is not an Individual)

_10/28/2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------ X

In re:                                                      :

THE FINANCIAL OVERSIGHT AND                    : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              : Title III
                                                            :
    as representative of                : Case No. 17-BK-3283 (LTS)
                                                            :
THE COMMONWEALTH OF PUERTO RICO *et al.*,      : (Jointly Administered)
                                                            :
    Debtors.[1]                         :

------------------------------------------------------------ X

                                        :

In re:                                                      :

THE FINANCIAL OVERSIGHT AND                    : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              : Title III
                                                            :
    as representative of                : Case No. 17-BK-3566 (LTS)
                                                            :
THE EMPLOYEES RETIREMENT SYSTEM OF THE         :
GOVERNMENT OF THE COMMONWEALTH OF              :
PUERTO RICO,                                   :
                                                            :
    Debtor.                             :

------------------------------------------------------------ X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## *THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| Participant Name and Contact Information | Counsel Contact Information (if any) |
|---|---|
| Enudio Negron Angulo Retirement Plan, represented by UBS Trust Company of Puerto Rico<br>Participant Name | Firm Name (if applicable) |
| Javier González | |
| Contact Person (if Participant is not an individual)<br>javier.gonzalez@ubs.com | Contact Person |
| Email Address | Email Address |
| 250 Avenida Muñoz Rivera 10th Floor | |
| Address line 1 | Address line 1 |
| American International Plaza | |
| Address line 2 | Address line 2 |
| San Juan, Puerto Rico | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

## *THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

3.     If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If
       Participant is a holder of one or more ERS Bonds, Participant must respond to the following
       paragraphs (a) and (b) to the best of Participant's knowledge.

       (a)    Provide the CUSIP Numbers of all ERS Bonds held by Participant:
              **29216MAC4**

       (b)    Did Participant purchase any of its ERS Bonds in whole or in part on the secondary
              market?  **YES or NO** (please **circle one**).

By: _____
    Signature

**Javier González**
Print Name

**Executive Director - UBS Trust Company of PR**

Title (if Participant is not an Individual)

_10/2 ~ /2019_
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i)
served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room
150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------- X

In re:                                                          :
                                                                :
THE FINANCIAL OVERSIGHT AND                                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                               :   Title III
                                                                :
      as representative of                                 :   Case No. 17-BK-3283 (LTS)
                                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                       :   (Jointly Administered)
                                                                :
      Debtors.[1]                                          :
---------------------------------------------------------------- X

In re:                                                          :
                                                                :
THE FINANCIAL OVERSIGHT AND                                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                               :   Title III
                                                                :
      as representative of                                 :   Case No. 17-BK-3566 (LTS)
                                                                :
THE EMPLOYEES RETIREMENT SYSTEM OF THE                          :
GOVERNMENT OF THE COMMONWEALTH OF                               :
PUERTO RICO,                                                    :
                                                                :
      Debtor.                                              :
---------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## *THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Nilda E. Ortiz Melendez Retirement Plan, represented by UBS Trust Company de Puerto Rico | |
| Participant Name | Firm Name (if applicable) |
| Javier González | |
| Contact Person (if Participant is not an individual) | Contact Person |
| javier.gonzalez@ubs.com | |
| Email Address | Email Address |
| 250 Avenida Muñoz Rivera 10th Floor | |
| Address line 1 | Address line 1 |
| American International Plaza | |
| Address line 2 | Address line 2 |
| San Juan, Puerto Rico | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.    Participant advises that it (choose one of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.     If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If
       Participant is a holder of one or more ERS Bonds, Participant must respond to the following
       paragraphs (a) and (b) to the best of Participant's knowledge.

       (a)    Provide the CUSIP Numbers of all ERS Bonds held by Participant:

              **29216MAC4**

       (b)    Did Participant purchase any of its ERS Bonds in whole or in part on the secondary
              market?  **YES or NO** (please <u>circle one</u>).

By: _____
    Signature

**Javier González**
Print Name

**Executive Director - UBS Trust Company of PR**
Title (if Participant is not an Individual)

_10/28/2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room
150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

3

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------- X

In re:                                                          :
                                                                :
THE FINANCIAL OVERSIGHT AND                                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                               :   Title III
                                                                :
          as representative of                                  :   Case No. 17-BK-3283 (LTS)
                                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                       :   (Jointly Administered)
                                                                :
          Debtors.[1]                                           :
--------------------------------------------------------------- X

In re:                                                          :
                                                                :
THE FINANCIAL OVERSIGHT AND                                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                               :   Title III
                                                                :
          as representative of                                  :   Case No. 17-BK-3566 (LTS)
                                                                :
THE EMPLOYEES RETIREMENT SYSTEM OF THE                          :
GOVERNMENT OF THE COMMONWEALTH OF                               :
PUERTO RICO,                                                    :
                                                                :
          Debtor.                                               :
--------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
      (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
      Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
      3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
      (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
      ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
      Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
      Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
      Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
      (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Armando Rodríguez Santana Retirement Plan represented by UBS Trust Company of Puerto Rico | |
| Participant Name | Firm Name (if applicable) |
| Javier González | |
| Contact Person (if Participant is not an individual) | Contact Person |
| javier.gonzalez@ubs.com | |
| Email Address | Email Address |
| 250 Avenida Muñoz Rivera 10th Floor | |
| Address line 1 | Address line 1 |
| American International Plaza | |
| Address line 2 | Address line 2 |
| San Juan, Puerto Rico 00918 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

## *THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

3.    If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If
      Participant is a holder of one or more ERS Bonds, Participant must respond to the following
      paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)    Provide the CUSIP Numbers of all ERS Bonds held by Participant:
             **29216MBL3**
             **29216MAF7**

      (b)    Did Participant purchase any of its ERS Bonds in whole or in part on the secondary
             market? **YES** or **NO** (please **circle one**).

By: _____
      Signature

      **Javier González**
      Print Name

      **Executive Director of UBS Trust Company of PR**

      Title (if Participant is not an Individual)

      _10/2⊄/2019_
      Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room
150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------ X

| | |
|---|---|
| In re: | : |
| | : |
| THE FINANCIAL OVERSIGHT AND | : PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Title III |
| | : |
| as representative of | : Case No. 17-BK-3283 (LTS) |
| | : |
| THE COMMONWEALTH OF PUERTO RICO *et al.,* | : (Jointly Administered) |
| | : |
| Debtors.[1] | : |

------------------------------------------------------------------ X

| | |
|---|---|
| In re: | : |
| | : |
| THE FINANCIAL OVERSIGHT AND | : PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Title III |
| | : |
| as representative of | : Case No. 17-BK-3566 (LTS) |
| | : |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE | : |
| GOVERNMENT OF THE COMMONWEALTH OF | : |
| PUERTO RICO, | : |
| | : |
| Debtor. | : |

------------------------------------------------------------------ X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| RAMÓN MÉNDEZ- PÉREZ AND<br>Participant Name CARMEN L. MÉNDEZ | <br>Firm Name (if applicable) |
| <br>Contact Person (if Participant is not an individual) | <br>Contact Person |
| totonmendez @ hotmail.com<br>Email Address | <br>Email Address |
| THE GALAXY CONDOMINIUM<br>Address line 1 | <br>Address line 1 |
| 3205 ISLA VERDE AVE APT 808<br>Address line 2 | <br>Address line 2 |
| CAROLINA PR 00979- 4990<br>City, State Zip Code | <br>City, State Zip Code |
| U S A<br>Country | <br>Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.      If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)      Provide the CUSIP Numbers of all ERS Bonds held by Participant:

                29216 MBN9
                29216 MBP4

      (b)      Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? (YES) or NO (please <u>circle one</u>).

By: _____   _____
    Signature

RAMON MENDEZ-PEREZ AND   CARMEN L. MENDEZ
Print Name

_____
Title (if Participant is not an Individual)

    28 OCT 2019
Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

2019 OCT 29 PM 1:59

```
---------------------------------------------------------- X
In re:                                                     :
                                                           :
THE FINANCIAL OVERSIGHT AND                                :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                          :  Title III
                                                           :
         as representative of                              :  Case No. 17-BK-3283 (LTS)
                                                           :
THE COMMONWEALTH OF PUERTO RICO et al.,                    :  (Jointly Administered)
                                                           :
         Debtors.¹                                         :
---------------------------------------------------------- X
In re:                                                     :
                                                           :
THE FINANCIAL OVERSIGHT AND                                :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                          :  Title III
                                                           :
         as representative of                              :  Case No. 17-BK-3566 (LTS)
                                                           :
THE EMPLOYEES RETIREMENT SYSTEM OF THE                     :
GOVERNMENT OF THE COMMONWEALTH OF                          :
PUERTO RICO,                                               :
                                                           :
         Debtor.                                           :
---------------------------------------------------------- X
```

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

¹   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

**Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Magda Morell* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *magda.morell@hotmail.com* | |
| Email Address | Email Address |
| *Urb. Apolo* | |
| Address line 1 | Address line 1 |
| *Calle Olimpo KK-22* | |
| Address line 2 | Address line 2 |
| *Guaynabo, PR 00969* | |
| City, State Zip Code | City, State Zip Code |
| | |
| Country | Country |

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___✓___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.      If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all ERS Bonds held by Participant:

*29216 MBL 3*

(b)      Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Magda Morell_
Signature

_Magda Morell_
Print Name

_____
Title (if Participant is not an Individual)

_10/28/2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- X

In re:                                                             :

THE FINANCIAL OVERSIGHT AND                                        :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                  :   Title III
                                                                   :
      as representative of                                        :   Case No. 17-BK-3283 (LTS)
                                                                   :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                          :   (Jointly Administered)
                                                                   :
      Debtors.[1]                                                 :
------------------------------------------------------------------- X

In re:                                                             :

THE FINANCIAL OVERSIGHT AND                                        :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                  :   Title III
                                                                   :
      as representative of                                        :   Case No. 17-BK-3566 (LTS)
                                                                   :
THE EMPLOYEES RETIREMENT SYSTEM OF THE                             :
GOVERNMENT OF THE COMMONWEALTH OF                                  :
PUERTO RICO,                                                       :
                                                                   :
      Debtor.                                                     :
------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

**Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Magda Morell* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *magda.morell@hotmail.com* | |
| Email Address | Email Address |
| *Urb. Apolo* | |
| Address line 1 | Address line 1 |
| *Calle Olimpo KK-22* | |
| Address line 2 | Address line 2 |
| *Guaynabo PR 00969* | |
| City, State Zip Code | City, State Zip Code |
| | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

\_\_✓\_\_ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.     If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all ERS Bonds held by Participant:

*29216 MAF 7*

(b)     Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
Signature

_Magda Morell_
Print Name

_____
Title (if Participant is not an Individual)

_10/29/2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

3

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

RECEIVED & FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------- X

In re:                                                    :

THE FINANCIAL OVERSIGHT AND          :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :   Title III

    as representative of                  :   Case No. 17-BK-3283 (LTS)
                                                         :
THE COMMONWEALTH OF PUERTO RICO *et al.,*   :   (Jointly Administered)
                                                         :
    Debtors.[1]                          :
-------------------------------------------------------------------- X

In re:                                                    :
                                                         :
THE FINANCIAL OVERSIGHT AND          :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :   Title III
                                                         :
    as representative of                  :   Case No. 17-BK-3566 (LTS)
                                                         :
THE EMPLOYEES RETIREMENT SYSTEM OF THE   :
GOVERNMENT OF THE COMMONWEALTH OF    :
PUERTO RICO,                                 :
                                                         :
    Debtor.                              :
-------------------------------------------------------------------- X

**NOTICE OF PARTICIPATION IN LITIGATION
OF OBJECTIONS TO ERS BOND CLAIMS**

---

[1]  The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Nilda Torres Nieves Jose Reyes Cruz | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| TONITO 2009 @ Live. COM | |
| Address line 1 | Address line 1 |
| c/29 Z-14 Urb. Bella Vista | |
| Address line 2 | Address line 2 |
| 00957 | |
| City, State Zip Code | City, State Zip Code |
| Bayamon, P.R. | |
| Country | Country |

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.  If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all ERS Bonds held by Participant:

    *Z9216 MAC 4*

    (b)  Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or NO (please **circle one**).

By: *Nilda Torres Nieves*
    *José P. Reyes Cruz*
Signature

*Nilda Torres Nieves*
*José A. Reyos Cruz*
Print Name

_____
Title (if Participant is not an Individual)

*24 Oct 2019*
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------ X

In re:                               :

THE FINANCIAL OVERSIGHT AND     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :  Title III

           as representative of           :   Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :  (Jointly Administered)

           Debtors.[1]             :

------------------------------------------------------------ X

In re:                               :

THE FINANCIAL OVERSIGHT AND     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :  Title III

           as representative of           :   Case No. 17-BK-3566 (LTS)

THE EMPLOYEES RETIREMENT SYSTEM OF THE  :
GOVERNMENT OF THE COMMONWEALTH OF   :
PUERTO RICO,                        :

           Debtor.               :

------------------------------------------------------------ X

### NOTICE OF PARTICIPATION IN LITIGATION
### OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## *THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("<u>Participant</u>") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "<u>ERS Bonds</u>").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Ayendez Faccio Trust, represented by UBS Trust Company of Puerto Rico | |
| Participant Name | Firm Name (if applicable) |
| Javier González | |
| Contact Person (if Participant is not an individual) | Contact Person |
| javier.gonzalez@ubs.com | |
| Email Address | Email Address |
| 250 Avenida Muñoz Rivera 10th Floor | |
| Address line 1 | Address line 1 |
| American International Plaza | |
| Address line 2 | Address line 2 |
| San Juan, Puerto Rico 00918 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.    Participant advises that it (choose <u>one</u> of the following by marking "X" in the appropriate space):

_____ intends to <u>support</u> the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are <u>invalid</u>); or

__X__ intends to <u>oppose</u> the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are <u>valid</u>)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.      If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all ERS Bonds held by Participant:
    **29216MAC4**

    (b)    Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  **YES** or **NO** (please <u>circle one</u>).

By: _____
Signature

**Javier González**
Print Name

**Executive Director of UBS Trust Company of PR**
Title (if Participant is not an Individual)

_10 / 28 / 2019_
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| José R. Márquez Rivera | N/A |
| Participant Name | Firm Name (if applicable) |
| maxaveiras@hotmail.com | N/A |
| Contact Person (if Participant is not an individual) | Contact Person |
| N/A | N/A |
| Email Address | Email Address |
| Urb. Park Gardens | N/A |
| Address line 1 | Address line 1 |
| W 27 calle Yosemite | N/A |
| Address line 2 | Address line 2 |
| San Juan 00926 | N/A |
| City, State Zip Code | City, State Zip Code |
| Puerto Rico | N/A |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.   If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all ERS Bonds held by Participant:

   CUSIP 29216 MAC 4

   (b)   Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  YES or NO (please circle one).

By: _Jose L. Márquez Rivera_
Signature

_José L. Márquez Rivera_
Print Name

N/A
Title (if Participant is not an Individual)

OCTOBER 28, 2019
Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures.  If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

3

José R. Márquez Rivera
Urb. Park Gardens
W 27 Calle Yosemite
San Juan, PR 00926

The Clerk of the United States District
Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR. 00918-1767

7018 3090 0001 2432 3032

UNITED STATES POSTAL SERVICE

1000

00918

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00926
OCT 28, 19
AMOUNT
$6.85
R2304M113214-20

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
2019 OCT 29 PM 4:14

00918831706-0018

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------- X

In re:                                                          :

                                                                :

THE FINANCIAL OVERSIGHT AND                                     : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                               : Title III

                                                                :

      as representative of                                       : Case No. 17-BK-3283 (LTS)

                                                                :

THE COMMONWEALTH OF PUERTO RICO *et al.,*                       : (Jointly Administered)

                                                                :

      Debtors.[1]                                                :

----------------------------------------------------------------- X

In re:                                                          :

                                                                :

THE FINANCIAL OVERSIGHT AND                                     : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                               : Title III

                                                                :

      as representative of                                       : Case No. 17-BK-3566 (LTS)

                                                                :

THE EMPLOYEES RETIREMENT SYSTEM OF THE                          :
GOVERNMENT OF THE COMMONWEALTH OF                               :
PUERTO RICO,                                                    :

                                                                :

      Debtor.                                                    :

----------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]  The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

**Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Ernesto L. Ramírez Torres / Adela A. López de Victoria | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| elrtorres@hotmail.com | |
| Email Address | Email Address |
| 1759 Siervas de María | |
| Address line 1 | Address line 1 |
| Urb. La Rambla | |
| Address line 2 | Address line 2 |
| Ponce, P.R. 00730-4074 | |
| City, State Zip Code | City, State Zip Code |
| Puerto Rico | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___✓___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.      If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)      Provide the CUSIP Numbers of all ERS Bonds held by Participant:

   — 29216 HBL3
   — 29216 MAC4

   (b)      Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Adela A. López de Victoria_
Signature

_Ernesto L. Ramírez Torres / Adela A. López de Victoria_
Print Name

_N/A_
Title (if Participant is not an Individual)

_10/26/2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

Ernesto L. Ramirez Torres
Urb. La Rambla
Ponce, P.R. 00730-4074



U.S. POSTAGE PAID
PONCE, PR
0717
OCT 28, 19
AMOUNT
$3.50
R2304N117469-06

UNITED STATES
POSTAL SERVICE®

1000    00918

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7019 1640 0001 2139 8860

The Clerk of the United States Distr. Court
For the District of P.R.
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, P.R. 00918-1767

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

2019 OCT 29 PM 4 41

00918-170625

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***
SRF 36513

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------- X

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : | PROMESA Title III |
| | : | |
| as representative of | : | Case No. 17-BK-3283 (LTS) |
| | : | |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors.[1] | : | |

---------------------------------------------------------------- X

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : | PROMESA Title III |
| | : | |
| as representative of | : | Case No. 17-BK-3566 (LTS) |
| | : | |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, | : | |
| | : | |
| Debtor. | : | |

---------------------------------------------------------------- X

**NOTICE OF PARTICIPATION IN LITIGATION**
**OF OBJECTIONS TO ERS BOND CLAIMS**

---

[1]     The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

**Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Marilin Gonzalez Tori_ | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| _marylintx e gmail.com_ | |
| Email Address | Email Address |
| _146 Ave Santo Ona Apdo506_ | |
| Address line 1 | Address line 1 |
| _Guaynabo P.R_ | |
| Address line 2 | Address line 2 |
| _Guaynabo P.R 00971_ | |
| City, State Zip Code | City, State Zip Code |
| _U.SA_ | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

3.      If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If
        Participant is a holder of one or more ERS Bonds, Participant must respond to the following
        paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)     Provide the CUSIP Numbers of all ERS Bonds held by Participant:

                29216 MAC 4

        (b)     Did Participant purchase any of its ERS Bonds in whole or in part on the secondary
                market? (YES) or NO (please circle one).

By: _Marylin Gonzáles Toro_
    Signature

    _Marylin Gonzáles Toro_
    Print Name

    _____
    Title (if Participant is not an Individual)

    _10-28-2019_
    Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room
150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

Marylin Gonzalez Torres
146 Ave Santa Rosa Aptdo 506
Guaynabo, P.R. 00971

CERTIFIED MAIL

7019 2280 0000 9076 2333

The Clerk of the US District Court
for the District Court of P.R.
Room 150 Federal Building
150 Carlos Chardón Ave.
San Juan, P.R. 00918-1767

RECEIVED & FILED
2019 OCT 29 PM 4:14
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00936
OCT 28, 19
AMOUNT
$4.05
R2304H108055-34

1000
00918

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------- X

In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :    Title III
                                                    :
    as representative of                            :    Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO *et al.*,           :    (Jointly Administered)
                                                    :
    Debtors.[1]                                     :
-------------------------------------------------------------------- X
                                                    :
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :    Title III
                                                    :
    as representative of                            :    Case No. 17-BK-3566 (LTS)
                                                    :
THE EMPLOYEES RETIREMENT SYSTEM OF THE              :
GOVERNMENT OF THE COMMONWEALTH OF                   :
PUERTO RICO,                                        :
                                                    :
    Debtor.                                         :
-------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Efrain Flores Fonvolloza   Margarita Vazquez Rosado | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| PO Box 1527 | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| Las Piedras, PR 00771 | |
| City, State Zip Code | City, State Zip Code |
| | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____X_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

_____intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.     If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)     Provide the CUSIP Numbers of all ERS Bonds held by Participant:

            29216MAC4

    (b)     Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Efrain Flores Fonolloza   Margarit Vázquez Rosado_
Signature

_Efrain Flores Fonolloza_   _Margarita Vazquez Posado_
Print Name

_____
Title (if Participant is not an Individual)

_10/25/2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Efrain Flores
PO Box 1527
Las Piedras, PR 00771

RECEIVED & FILED
2019 OCT 29 PM 4: 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

0091831706 C018