*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------- X
                         :

In re:                             :

THE FINANCIAL OVERSIGHT AND        :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :   Title III
                         :

           as representative of           :   Case No. 17-BK-3283 (LTS)
                         :

THE COMMONWEALTH OF PUERTO RICO *et al.,*   :   (Jointly Administered)
                         :

          Debtors.[1]             :
---------------------------------------------------------------- X
                         :

In re:                             :

THE FINANCIAL OVERSIGHT AND        :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :   Title III
                         :

           as representative of           :   Case No. 17-BK-3566 (LTS)
                         :

THE EMPLOYEES RETIREMENT SYSTEM OF THE  :
GOVERNMENT OF THE COMMONWEALTH OF    :
PUERTO RICO,                        :
                         :

          Debtor.               :
---------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

**Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *ALMA PIZARRO RAMIREZ* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *smari_roca @ yahoo.com* | |
| Email Address | Email Address |
| *VILLA CAPITAN* | |
| Address line 1 | Address line 1 |
| *A 15* | |
| Address line 2 | Address line 2 |
| *MAYAGUEZ, PR, 00682* | |
| City, State Zip Code | City, State Zip Code |
| *U.S.A.* | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.  If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

　　(a)  Provide the CUSIP Numbers of all ERS Bonds held by Participant:

　　　　*Z9W6MAC 4*

　　(b)  Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Alma Pizarro Ramirez_
Signature

　　*ALMA PIZARRO RAMIREZ*
Print Name

　　*N/A*
Title (if Participant is not an Individual)

　　*10/28/2019*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

ALMA PIZARRO RAMIREZ
A15 VILLA CAPITAN
MAYAGUEZ, PR 00682





THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
--------------------------------------------------------- X
                                                          :
In re:                                                    :
                                                          :
THE FINANCIAL OVERSIGHT AND                               :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         :  Title III
                                                          :
        as representative of                              :  Case No. 17-BK-3283 (LTS)
                                                          :
THE COMMONWEALTH OF PUERTO RICO et al.,                   :  (Jointly Administered)
                                                          :
        Debtors.¹                                         :
--------------------------------------------------------- X
                                                          :
In re:                                                    :
                                                          :
THE FINANCIAL OVERSIGHT AND                               :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         :  Title III
                                                          :
        as representative of                              :  Case No. 17-BK-3566 (LTS)
                                                          :
THE EMPLOYEES RETIREMENT SYSTEM OF THE                    :
GOVERNMENT OF THE COMMONWEALTH OF                         :
PUERTO RICO,                                              :
                                                          :
        Debtor.                                           :
--------------------------------------------------------- X
```

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

¹   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Tomás C. Sifonter_ | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| _TOMASSIFONTES @ gmail.com_ | |
| Email Address | Email Address |
| _MI Calle 9_ | |
| Address line 1 | Address line 1 |
| _Urb. Prado Alto_ | |
| Address line 2 | Address line 2 |
| _Guaynabo, P.R. 00966_ | |
| City, State Zip Code | City, State Zip Code |
| | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); _or_

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.   If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all ERS Bonds held by Participant:

   29216MBN9

   (b)   Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? (YES) or NO (please <u>circle one</u>).

By: _____
Signature

   Tomns C. Sifonteu
Print Name

_____
Title (if Participant is not an Individual)

   October 17/ 2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

Tomás C. Sifontec

MI Calle 9

Urb. Prado Alto

Guaynabo, P.R.
          00966



The Clerk of the United States District Court

District of Puerto Rico

Room 150 Federal Building

150 Carlos Chardon Avenue

San Juan, P.R.
          00918-1767



**\*ESTE AVISO REQUIERE ACCIÓN EN O ANTES DEL** [*insertar fecha 40 días a partir de la notificación de la orden dando lugar a la moción de procedimientos*]\*

### TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
### PARA EL DISTRITO DE PUERTO RICO

-------------------------------------------------------------------- X

|  |  |  |
|---|---|---|
| In re: | : |  |
|  | : |  |
| LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | : | PROMESA<br>Título III |
|  | : |  |
| como representante de | : | Caso Núm. 17-BK-3283 (LTS) |
|  | : |  |
| EL ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*, | : | (Administrado Conjuntamente) |
|  | : |  |
| Deudores. [12] | : |  |

-------------------------------------------------------------------- X

|  |  |  |
|---|---|---|
| In re: | : |  |
|  | : |  |
| LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | : | PROMESA<br>Título III |
|  | : |  |
| como representante del | : | Caso Núm. 17-BK-3566 (LTS) |
|  | : |  |
| SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, | : |  |
|  | : |  |
| Deudor. | : |  |

-------------------------------------------------------------------- X

### AVISO DE PARTICIPACIÓN EN EL LITIGIO DE LAS OBJECIONES A RECLAMACIONES DE BONOS SRE

---

[12] Los Deudores en los Casos del Título III, junto con el caso individual de cada Deudor en virtud del mismo título y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, según aplicable, son: (i) el Estado Libre Asociado de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); (ii) la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de Quiebra Núm. 17-BK-3567 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); (iii) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Caso de Quiebra Núm. 17-BK-3566 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); y (iv) la Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (Caso de Quiebra Núm. 17-BK-4780 (LTS)) (Últimos cuatro dígitos de la identificación contributiva federal: 3747) (Los números de los casos en virtud del Título III están enumerados como números de casos de quiebra debido a ciertas limitaciones en el programa informático).

Case:17-03283-LTS   Doc#:9059-1   Filed:10/29/19   Entered:10/30/19 11:52:02   Desc:
Pro Se Notices of Participation   Page 10 of 71

Case:17-03283-LTS   Doc#:8616-7   Filed:09/05/19   Entered:09/05/19 11:47:11   Desc:
Exhibit 7   Page 3 of 5

**\*ESTE AVISO REQUIERE ACCIÓN EN O ANTES DEL** [*insertar fecha 40 días a partir de la notificación de la orden dando lugar a la moción de procedimientos*]\*

Este Aviso de Participación tiene que ser notificado y presentado en o antes del [*insertar fecha 40 días a partir de notificación de la orden*] siguiendo las instrucciones que se encuentran al final de este documento.

En ausencia de un permiso concedido por el Tribunal de Distrito luego de mostrar justa causa, cualquier parte que tenga conocimiento de los Procedimientos Iniciales para Objeciones pero (a) no presenta un Aviso de Participación, o (b) presenta un Aviso de Participación luego del [*insertar fecha 40 días después de la notificación de la Orden*] de 2019, estará impedida de presentar mociones separadas con respecto a las Objeciones a Reclamaciones (según se definen en los Procedimientos Iniciales para Objeciones), incluyendo presentar cualquier Objeción Adicional a Reclamaciones (según se define en los Procedimientos Iniciales para Objeciones).

La parte identificada a continuación ("Participante"), por la presente notifica al Comité Oficial de Acreedores No Asegurados, al Comité Oficial de Empleados Retirados del Estado Libre Asociado de Puerto Rico, a la Junta de Supervisión y Administración Financiera para Puerto Rico, al Comité Especial de Reclamaciones de la Junta de Supervisión y Administración Financiera para Puerto Rico y a la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico, que tiene la intención de participar en el litigio de las Objeciones a Reclamaciones con respecto a los bonos emitidos por el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico en el 2008 (los "Bonos SRE").

Para garantizar todos los derechos de participación en el litigio de las Objeciones a Reclamaciones, el Participante provee toda la información solicitada en los incisos 1 al 3 a continuación:

1.  Información de contacto del Participante, incluyendo correo electrónico, y el de su representante legal, si alguno:

| **Nombre del Participante e Información de Contacto** | **Información de Contacto de la Representación Legal (si alguna)** |
|---|---|
| *Maria del C. Coss-Rodriguez* | |
| Nombre del Participante | Nombre de la firma (si aplica) |
| | |
| Persona contacto (si el Participante no es un individuo) | Persona contacto |
| | |
| Correo electrónico | Correo electrónico |
| | |
| Dirección línea 1 | Dirección línea 1 |

RECEIVED & FILED
2019 OCT 29  AM 8:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2

**\*ESTE AVISO REQUIERE ACCIÓN EN O ANTES DEL** [*insertar fecha 40 días a partir de la notificación de la orden dando lugar a la moción de procedimientos*]\*

P0. Box 6587

Dirección línea 2 _____          _____ Dirección línea 2

Caguas, P.R.

Ciudad, Estado, Código Postal          _____ Ciudad, Estado, Código Postal

Puerto Rico

País _____          _____ País

2.    El Participante informa que (elija **una** de las siguientes opciones marcando una "X" en el espacio apropiado):

_____ pretende **apoyar** el remedio solicitado en las Objeciones a Reclamaciones (i.e., el Participante cree que el Tribunal de Distrito debe decidir que los Bonos SRE son **inválidos**); *o*

__X__ pretende **oponerse** al remedio solicitado en las Objeciones a Reclamaciones (i.e., el Participante cree que el Tribunal de Distrito debe decidir que los Bonos SRE son **válidos**).

3.    Si el Participante no es tenedor de un Bono SRE, puede saltar al final de este Aviso y firmarlo. Si el Participante es tenedor de uno o más Bonos SRE, el Participante tiene que responder a los siguientes párrafos (a) y (b) según el mejor conocimiento del Participante.

(a)  Provea el número CUSIP de todos los Bonos SRE del Participante:

(b)  ¿El Participante compró alguno de sus Bonos SRE, total o parcialmente, en el mercado secundario? (**SI** o **NO** (por favor, **circule uno**).

Por: _____
Firma

_María del C. Coss- Rodríguez_
Nombre en letra de molde

_____
Título (si el Participante no es un individuo)

Oct 25 / 2019
Fecha

3

Maria dele Coss-Rodriguez
P.O. Box 6587
Caguas, P.R. 00726



7019 1640 0001 3361 3975







RECEIVED & FILED

2019 OCT 29  AM 8:44

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaría del Tribunal de Distrito
de los Estados Unidos para el
Distrito de Puerto Rico
Oficina 150 Edificio Federal,
150 Avenida Carlos Chardón
San Juan, Puerto Rico 00918-1767

00918-170399

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------- X

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | |
| THE FINANCIAL OVERSIGHT AND | : | PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : | Title III |
| | : | |
| as representative of | : | Case No. 17-BK-3283 (LTS) |
| | : | |
| THE COMMONWEALTH OF PUERTO RICO *et al.,* | : | (Jointly Administered) |
| | : | |
| Debtors.[1] | : | |

------------------------------------------------------------------------- X

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | |
| THE FINANCIAL OVERSIGHT AND | : | PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : | Title III |
| | : | |
| as representative of | : | Case No. 17-BK-3566 (LTS) |
| | : | |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE | : | |
| GOVERNMENT OF THE COMMONWEALTH OF | : | |
| PUERTO RICO, | : | |
| | : | |
| Debtor. | : | |

------------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]  The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| JAMES Libby | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| jgolf216@gmail.com | |
| Email Address | Email Address |
| 1546 TANNER AVE. | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| MANASQUAN, NJ, 08736 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

3.    If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)    Provide the CUSIP Numbers of all ERS Bonds held by Participant:

   29216MAC4

   (b)    Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  YES or NO (please **circle one**).

By: _Jane Libby_
Signature

_JAMES Libby_
Print Name

_____
Title (if Participant is not an Individual)

_10/23/19_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.



James Libby
1546 Tanner Ave
Manasquan, NJ 08736

**CERTIFIED MAIL®**

7018 0360 0002 2304 6448

U.S. POSTAGE PAID
FCM LETTER
ALLENWOOD, NJ
08720
OCT 23, 19
AMOUNT
**$6.85**
R2304N117509-03

1000
00918

The Clerk Of The United States District Cou
For The District Of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767

00918$1706 C018

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------- X

In re:                                                    :
                                                          :
THE FINANCIAL OVERSIGHT AND                               :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         :   Title III
                                                          :
          as representative of                            :   Case No. 17-BK-3283 (LTS)
                                                          :
THE COMMONWEALTH OF PUERTO RICO *et al.,*                 :   (Jointly Administered)
                                                          :
          Debtors.[1]                                     :
---------------------------------------------------------------- X

In re:                                                    :
                                                          :
THE FINANCIAL OVERSIGHT AND                               :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         :   Title III
                                                          :
          as representative of                            :   Case No. 17-BK-3566 (LTS)
                                                          :
THE EMPLOYEES RETIREMENT SYSTEM OF THE                    :
GOVERNMENT OF THE COMMONWEALTH OF                         :
PUERTO RICO,                                              :
                                                          :
          Debtor.                                         :
---------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
      (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
      Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
      3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
      (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
      ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
      Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
      Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
      Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
      (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| VERONICA BANKS | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| GVBANKS @ GMAIL. com | |
| Email Address | Email Address |
| 283 Locust Ridge Rd | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| MOOREFIELD, WV 26836 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

   X     intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

   _____intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3. If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a) Provide the CUSIP Numbers of all ERS Bonds held by Participant:

          29216MAC4

    (b) Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Veronica Banks_
Signature

_VERONICA BANKS_
Print Name

_____
Title (if Participant is not an Individual)

_10-22-19_
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**B**  Ms. Veronica Banks
283 Locust Ridge Rd
Moorefield, WV 26836

NOVA 220
23 OCT 2019  PM 3L



USA
FOREVER

RECEIVED & FILED
2019 OCT 29  AM 8: 44
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

THE CLERK OF THE UNITED STATESDISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00918-170625

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

**Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Jeffrey I. Scherzer | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| jeff@reginaprinting.com | |
| Email Address | Email Address |
| 30 Friar Lane | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| Watchung, New Jersey  07069 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__XXX__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.     If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

     (a)     Provide the CUSIP Numbers of all ERS Bonds held by Participant:

          Cusip# 29216MAC4

     (b)     Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? YES or **NO** (please **circle one**).

By: _____
Signature

     Jeffrey I. Scherzer_____
     Print Name

     _____
     Title (if Participant is not an Individual)

     October 22, 2019_____
     Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

Jeffrey I. Scherzer
30 Friar Lane
Watchung, NJ   07069
USA

DW DANIELS NJ 070

23 OCT 2019 PM 9 L

FOREVER

RECEIVED & FILED
2019 OCT 29 AM 8:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR   00918-1767

00918-170625

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- X

In re:                                              :
                                                    :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :   Title III
                                                    :
          as representative of                      :   Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO *et al.,*            :   (Jointly Administered)
                                                    :
          Debtors.[1]                               :
---------------------------------------------------------------------- X
                                                    :
In re:                                              :
                                                    :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :   Title III
                                                    :
          as representative of                      :   Case No. 17-BK-3566 (LTS)
                                                    :
THE EMPLOYEES RETIREMENT SYSTEM OF THE              :
GOVERNMENT OF THE COMMONWEALTH OF                   :
PUERTO RICO,                                        :
                                                    :
          Debtor.                                   :
---------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Ruperto J. Robles* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *anayruperto@gmail.com* | |
| Email Address | Email Address |
| *PO Box 363973* | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| *San Juan, PR 00936-3973* | |
| City, State Zip Code | City, State Zip Code |
| *USA* | |
| Country | Country |

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____     intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.  If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)   Provide the CUSIP Numbers of all ERS Bonds held by Participant:

        29216 MAC 4

    (b)   Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

Ruperto J. Robles
Print Name

_____
Title (if Participant is not an Individual)

October 24, 2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

3

Robles y Frías CSP
PO BOX 363973
SAN JUAN, PUERTO RICO 00936-3973

SAN JUAN
PR 009
25 OCT '19
PM 3 L



UNITED STATES POSTAGE
PITNEY BOWES
$ 000.50⁰⁰
02 1P
0001938844   OCT 24 2019
MAILED FROM ZIP CODE 00901

RECEIVED & FILED
2019 OCT 29  AM 8: 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

THE CLERK OF THE
UNITED STATES DISTRICT COURT
OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE.
SAN JUAN, PUERTO RICO 00918-1767

00918-170625

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------------- X

In re:                                                  :
                                                        :
THE FINANCIAL OVERSIGHT AND          :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :  Title III
                                                        :
      as representative of             :  Case No. 17-BK-3283 (LTS)
                                                        :
THE COMMONWEALTH OF PUERTO RICO *et al.,*  :  (Jointly Administered)
                                                        :
      Debtors.[1]                     :
--------------------------------------------------------------------- X
                                                        :
In re:                                                  :
                                                        :
THE FINANCIAL OVERSIGHT AND          :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :  Title III
                                                        :
      as representative of             :  Case No. 17-BK-3566 (LTS)
                                                        :
THE EMPLOYEES RETIREMENT SYSTEM OF THE    :
GOVERNMENT OF THE COMMONWEALTH OF         :
PUERTO RICO,                                            :
                                                        :
      Debtor.                         :
--------------------------------------------------------------------- X

### NOTICE OF PARTICIPATION IN LITIGATION
### OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Ruperto J. Robles - Ana B Frias_ | |
| Participant Name _Comm Prop_ | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| _Anay rupenta@gmail.com_ | |
| Email Address | Email Address |
| _PO Box 363973_ | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| _San Juan, PR 00936-3973_ | |
| City, State Zip Code | City, State Zip Code |
| _USA_ | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.   If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all ERS Bonds held by Participant:

   29216 MAC 4

   (b)   Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Ana Selmi Frias_
   Signature

_Ana Belen Frias_
Print Name

_____
Title (if Participant is not an Individual)

_October 24, 2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Robles y Frías CSP
PO BOX 363973
SAN JUAN, PUERTO RICO 00936-3973

SAN JUAN
PR 009
25 OCT '19
PM 3 1



UNITED STATES POSTAGE
PITNEY BOWES
02 1P
0001938844   OCT 24 2019
$ 000.50⁰
MAILED FROM ZIP CODE 00901

RECEIVED & FILED
2019 OCT 29  AM 8: 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

THE CLERK OF THE
UNITED STATES DISTRICT COURT
OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVE.
SAN JUAN, PUERTO RICO 00918-1767

00918-170825

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- X

In re:                                                                  :
                                                                        :
THE FINANCIAL OVERSIGHT AND              :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        :  Title III
                                                                        :
      as representative of              :  Case No. 17-BK-3283 (LTS)
                                                                        :
THE COMMONWEALTH OF PUERTO RICO *et al.,* :  (Jointly Administered)
                                                                        :
      Debtors.[1]                      :
---------------------------------------------------------------------- X

In re:                                                                  :
                                                                        :
THE FINANCIAL OVERSIGHT AND              :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,        :  Title III
                                                                        :
      as representative of              :  Case No. 17-BK-3566 (LTS)
                                                                        :
THE EMPLOYEES RETIREMENT SYSTEM OF THE   :
GOVERNMENT OF THE COMMONWEALTH OF        :
PUERTO RICO,                             :
                                                                        :
      Debtor.                          :
---------------------------------------------------------------------- X

### NOTICE OF PARTICIPATION IN LITIGATION
### OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Ivette Carrera_ | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| _ivesusa.carrera@gmail_ | |
| Email Address | Email Address |
| _Cond. Casa Maggiore_ | |
| Address line 1 | Address line 1 |
| _400 calle Union Apt 513_ | |
| Address line 2 | Address line 2 |
| _Guaynabo    00969_ | |
| City, State Zip Code | City, State Zip Code |
| _Puerto Rico_ | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

    __X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.  If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)  Provide the CUSIP Numbers of all ERS Bonds held by Participant:

   29216 MAF 7
   29216 MAC 4

   (b)  Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? (YES) or **NO** (please **circle one**).

By: _Ivette Carrera_
Signature

_Ivette Carrera_
Print Name

_____
Title (if Participant is not an Individual)

_10/23/19_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

I. Carrera
Cond. Casa Maggiore
400 calle Union Apt 513
Guaynabo  00969

SAN JUAN PR 009

25 OCT 2019 PM 3

CHILE RELLENO  FOREVER USA

SANCOCHO

The Clerk of the U. States District Court for the District of Puerto Rico

Room 150 Federal Building

150 Carlos Chardon Ave.

San Juan  00918-1767

RECEIVED & FILED

2019 OCT 29  AM 8: 44

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN PR

00918-170825

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- X

In re:                                             :

THE FINANCIAL OVERSIGHT AND                        :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                  :   Title III
                                                   :
          as representative of                     :   Case No. 17-BK-3283 (LTS)
                                                   :
THE COMMONWEALTH OF PUERTO RICO *et al.,*          :   (Jointly Administered)
                                                   :
          Debtors.[1]                              :
------------------------------------------------------------------- X

In re:                                             :

THE FINANCIAL OVERSIGHT AND                        :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                  :   Title III
                                                   :
          as representative of                     :   Case No. 17-BK-3566 (LTS)
                                                   :
THE EMPLOYEES RETIREMENT SYSTEM OF THE             :
GOVERNMENT OF THE COMMONWEALTH OF                  :
PUERTO RICO,                                       :
                                                   :
          Debtor.                                  :
------------------------------------------------------------------- X

### NOTICE OF PARTICIPATION IN LITIGATION
### OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *MARIA V. TORO SUÁREZ* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *smariavtoro@gmail.com* | |
| Email Address | Email Address |
| *COND. CROWNE PLAZA* | |
| Address line 1 | Address line 1 |
| *1360 Luchetti / apt. 9* | |
| Address line 2 | Address line 2 |
| *SAN JUAN* | |
| City, State Zip Code | City, State Zip Code |
| *PUERTO RICO  00907-2061* | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___✔___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.      If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)    Provide the CUSIP Numbers of all ERS Bonds held by Participant:

                *29216MAF7*

        (b)    Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Maria V. Toro Suarez*
    Signature

    *MARIA V. TORO SUAREZ*
    Print Name

    _____
    Title (if Participant is not an Individual)

    *October 23 2019*
    Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Marie V. Ins Suárz
COND. CROWNE PLAZA
1360 Luchetti St. Apt. 9
San Juan, Puerto Rico,
      00907 - 2061



SAN JUAN PR 009

25 OCT 2019 PM 3 L

The Clerk of the United States District Court
for the District of Puerto Rico, Room 150
   Federal Building, 150 Carlos Chardón Ave.
   San Juan, P.R, 00918 - 1767

RECEIVED & FILED
2019 OCT 29  AM 8: 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R

00918-170625

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- X

In re:                                                      :
                                                            :
THE FINANCIAL OVERSIGHT AND              :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :    Title III
                                                            :
        as representative of                     :    Case No. 17-BK-3283 (LTS)
                                                            :
THE COMMONWEALTH OF PUERTO RICO *et al.,*   :    (Jointly Administered)
                                                            :
        Debtors.[1]                                  :
------------------------------------------------------------------- X
                                                            :
In re:                                                      :
                                                            :
THE FINANCIAL OVERSIGHT AND              :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :    Title III
                                                            :
        as representative of                     :    Case No. 17-BK-3566 (LTS)
                                                            :
THE EMPLOYEES RETIREMENT SYSTEM OF THE   :
GOVERNMENT OF THE COMMONWEALTH OF   :
PUERTO RICO,                                       :
                                                            :
        Debtor.                                       :
------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]     The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| DEAN LAVERE COOLEY ROLLOVER IRA | |
| Participant Name | Firm Name (if applicable) |
| DEAN L. COOLEY | |
| Contact Person (if Participant is not an individual) | Contact Person |
| dean@deancooley.com | |
| Email Address | Email Address |
| 2864 W. RidgeView Dr. | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| SNOWFLAKE, AZ 85937 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.      If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If
        Participant is a holder of one or more ERS Bonds, Participant must respond to the following
        paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)      Provide the CUSIP Numbers of all ERS Bonds held by Participant:

                 29216 MBN9

        (b)      Did Participant purchase any of its ERS Bonds in whole or in part on the secondary
                 market? YES or **NO** (please **circle one**).

By: _Dean L. Cooley_____
    Signature

    _DEAN L. COOLEY_____
    Print Name

    _OWNER_____
    Title (if Participant is not an Individual)

    _10-24-2019_____
    Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room
150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

3



**MR. DEAN COOLEY**
2864 W RIDGE VIEW DR
SNOWFLAKE, AZ  85937-6040

PHOENIX AZ 852

24 OCT 2019 PM 11 1

USA FOREVER

The Clerk of the United States District Court
For the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625

RECEIVED & FILED
2019 OCT 29  AM 8:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND                    : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    : Title III

      as representative of                              : Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*   : (Jointly Administered)

      Debtors.[1]

-------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND                    : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    : Title III

      as representative of                              : Case No. 17-BK-3566 (LTS)

THE EMPLOYEES RETIREMENT SYSTEM OF THE   :
GOVERNMENT OF THE COMMONWEALTH OF   :
PUERTO RICO,                                              :

      Debtor.                                               :

-------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

RECEIVED & FILED
2019 OCT 29   AM 8: 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| DEAN LAVERE COOLEY FAMILY REVOCABLE LIVING TRUST | |
| Participant Name | Firm Name (if applicable) |
| DEAN L. COOLEY | |
| Contact Person (if Participant is not an individual) | Contact Person |
| dean@deancooley.com | |
| Email Address | Email Address |
| 2864 W. RIDGE VIEW DR. | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| SNOWFLAKE, AZ 85935 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.  If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all ERS Bonds held by Participant:

          29216MAC4
          29216MBN9

    (b)  Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? YES or NO (please **circle one**).

By: _Dean L. Cooley_
Signature

_DEAN L. COOLEY_
Print Name

_TRUSTEE_
Title (if Participant is not an Individual)

_10-24-2019_
Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3



MR. DEAN COOLEY
2864 W RIDGE VIEW DR
SNOWFLAKE, AZ  85937-6040



PHOENIX AZ 852

24 OCT 2019 PM 3 L

RECEIVED & FILED
2019 OCT 29  AM 8: 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

THE CLERK OF THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR 00918-1767

00918-170625

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND                    :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              :   Title III

    as representative of                        :   Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*       :   (Jointly Administered)

    Debtors.[1]
------------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND                    :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              :   Title III

    as representative of                        :   Case No. 17-BK-3566 (LTS)

THE EMPLOYEES RETIREMENT SYSTEM OF THE          :
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

    Debtor.
------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

**Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Maria del Carmen Alvarez* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *marunces @ gmail.com* | |
| Email Address | Email Address |
| *Villa Caparra* | |
| Address line 1 | Address line 1 |
| *34 Calle G* | |
| Address line 2 | Address line 2 |
| *Guaynabo  00966* | |
| City, State Zip Code | City, State Zip Code |
| *P. R.* | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.   If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all ERS Bonds held by Participant:

   29216 MAC4

   (b)   Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: *Maria C. Alvarez*
Signature

*Maria del Carmen Alvarez*
Print Name

_____
Title (if Participant is not an Individual)

*10/25/19*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**Maria del Carmen Alvarez**
**Villa Caparra**
**34 Calle G**
**Guaynabo, PR 00966-1732**

SAN JUAN PR 009

26 OCT 2019 PM 2 L



RECEIVED & FILED

2019 OCT 29  AM 8: 45

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the U.S. District Court
for the District of P.R.
Room 150, Federal Building
150 Carlos Chardón Ave.

San Juan, P.R.   00918-1767
00918-170625

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------- X

| | |
|---|---|
| In re: | : |
| | : |
| THE FINANCIAL OVERSIGHT AND | : PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Title III |
| | : |
| as representative of | : Case No. 17-BK-3283 (LTS) |
| | : |
| THE COMMONWEALTH OF PUERTO RICO *et al.,* | : (Jointly Administered) |
| | : |
| Debtors.[1] | : |

-------------------------------------------------------------------- X

| | |
|---|---|
| In re: | : |
| | : |
| THE FINANCIAL OVERSIGHT AND | : PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Title III |
| | : |
| as representative of | : Case No. 17-BK-3566 (LTS) |
| | : |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE | : |
| GOVERNMENT OF THE COMMONWEALTH OF | : |
| PUERTO RICO, | : |
| | : |
| Debtor. | : |

-------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

**Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Angel Silva-Molinari* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *a7silva7@ gmail.com* | |
| Email Address | Email Address |
| *PMB 186* | |
| Address line 1 | Address line 1 |
| *1357 Ashford Ave. Suite2* | |
| Address line 2 | Address line 2 |
| *San Juan, PR  00907-1403* | |
| City, State Zip Code | City, State Zip Code |
| *USA* | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.     If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)     Provide the CUSIP Numbers of all ERS Bonds held by Participant:

29216 MAC

29216 MBP

(b)     Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Angela Silva-Molinari_
Signature

_Angel Silva-Molinari_
Print Name

_____
Title (if Participant is not an Individual)

_10/26/2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

Mr. Angel Silva
PMB # 186
1357 Avenida Ashford Suite 2
San Juan, PR 00907

SAN JUAN PR 009

26 OCT 2019 PM 2 L


Alabama 1819

RECEIVED & FILED
2019 OCT 29  AM 8: 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the U.S. District Court
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardón Ave.
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------- X

In re:                                                          :

                                                                :

THE FINANCIAL OVERSIGHT AND                    :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :    Title III

                                                                :

        as representative of                           :    Case No. 17-BK-3283 (LTS)

                                                                :

THE COMMONWEALTH OF PUERTO RICO *et al.,*     :    (Jointly Administered)

                                                                :

        Debtors.[1]                                      :

-------------------------------------------------------------------- X

In re:                                                          :

                                                                :

THE FINANCIAL OVERSIGHT AND                    :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :    Title III

                                                                :

        as representative of                           :    Case No. 17-BK-3566 (LTS)

                                                                :

THE EMPLOYEES RETIREMENT SYSTEM OF THE     :
GOVERNMENT OF THE COMMONWEALTH OF         :
PUERTO RICO,                                            :

                                                                :

        Debtor.                                            :

-------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]  The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

**Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Teresita Colon_ | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| _prwoc@gmail.com_ | |
| Email Address | Email Address |
| _P.O. Box 8758_ | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| _Caguas, P.R. 00726_ | |
| City, State Zip Code | City, State Zip Code |
| _USA_ | |
| Country | Country |

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

3.    If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If
      Participant is a holder of one or more ERS Bonds, Participant must respond to the following
      paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)    Provide the CUSIP Numbers of all ERS Bonds held by Participant:

             29216 MAC 4

      (b)    Did Participant purchase any of its ERS Bonds in whole or in part on the secondary
             market?  **YES** or **NO** (please circle one).

By: _Teresita Colón_
Signature

_TERESITA COLON_
Print Name

_____
Title (if Participant is not an Individual)

_10/23/2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room
150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Teresita Colón
P.O. Box 8758
Caguas, P.R. 00726

SAN JUAN PR 009
25 OCT 2019 PM 3 L

PEACE ROSE

The Clerk of the United States District Court
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00118-1767

00918-170399

RECEIVED & FILED
19 OCT 29 AM 8:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- X

In re:                                                          :
                                                                :
THE FINANCIAL OVERSIGHT AND                 :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :   Title III
                                                                :
           as representative of                          :   Case No. 17-BK-3283 (LTS)
                                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.*,   :   (Jointly Administered)
                                                                :
           Debtors.[1]                                    :
------------------------------------------------------------------- X
                                                                :
In re:                                                          :
                                                                :
THE FINANCIAL OVERSIGHT AND                 :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :   Title III
                                                                :
           as representative of                          :   Case No. 17-BK-3566 (LTS)
                                                                :
THE EMPLOYEES RETIREMENT SYSTEM OF THE   :
GOVERNMENT OF THE COMMONWEALTH OF   :
PUERTO RICO,                                          :
                                                                :
           Debtor.                                         :
------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

      This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

      Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

      The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

      To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Walter E Colon + Teresita Colon_ | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| _PRWELI@GMAIL.COM_ | |
| Email Address | Email Address |
| _PD Box 8758_ | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| _Caguas P.R. 00726_ | |
| City, State Zip Code | City, State Zip Code |
| _USA_ | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

        __X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.    If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)    Provide the CUSIP Numbers of all ERS Bonds held by Participant:

*29216MAC 4*

        (b)    Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? YES or (NO) (please circle one).

By: *Walter E Colon & Teresita Colon*
_____
Signature

*Walter E Colon & Teresita Colon*
_____
Print Name

_____
Title (if Participant is not an Individual)

*10/23/2019*
_____
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) ~~served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed~~ electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

Walter E Colón
P.O. Box 8758
Caquas, P.R. 00726

SAN JUAN
PR 009
25 OCT '19
PM 3 L



The Clerk of the United States District Court
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767

00918-170399

RECEIVED & FILED
2019 OCT 29 AM 8: 45
CLERK'S OFFICE
DISTRICT C...
SAN JUAN, P.R.

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------- X
:
In re:                                                               :
                                                                 :
THE FINANCIAL OVERSIGHT AND                                          :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                    :   Title III
                                                                 :
      as representative of                                          :   Case No. 17-BK-3283 (LTS)
                                                                 :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                            :   (Jointly Administered)
                                                                 :
      Debtors.[1]                                                   :
-------------------------------------------------------------------- X
:
In re:                                                               :
                                                                 :
THE FINANCIAL OVERSIGHT AND                                          :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                    :   Title III
                                                                 :
      as representative of                                          :   Case No. 17-BK-3566 (LTS)
                                                                 :
THE EMPLOYEES RETIREMENT SYSTEM OF THE                               :
GOVERNMENT OF THE COMMONWEALTH OF                                    :
PUERTO RICO,                                                         :
                                                                 :
      Debtor.                                                       :
-------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| John Levin - IRA | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| JLevin6@Zoho.com | |
| Email Address | Email Address |
| Mr. John Levin 249 Chestnut Hill Rd Norwalk, CT 06851-1412 | Address line 1 |
| Address line 2 | Address line 2 |
| | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.   If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all ERS Bonds held by Participant:

   *29216 MBJ 8*

   (b)   Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *J.A. Levin*
Signature

*John Levin*
Print Name

*Supreme Human of the World*
Title (if Participant is not an Individual)

*10/20/19*
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3





**Judicial Watch**
*Because no one is above the law!*

Mr. John Levin
249 Chestnut Hill Rd.
Norwalk, CT 06851-1412





WESTCHESTER NY 105

23 OCT 2019 PM 3L

FOREVER USA



The Clerk of the U.S. District
   Court for the District of Puerto Rico
Room 150 Federal Build.
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170399

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------- X

In re:                                                       :

THE FINANCIAL OVERSIGHT AND           :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,     :    Title III
                                                             :
      as representative of                :    Case No. 17-BK-3283 (LTS)
                                                             :
THE COMMONWEALTH OF PUERTO RICO *et al.,*  :    (Jointly Administered)
                                                             :
      Debtors.[1]                            :

----------------------------------------------------------------- X

In re:                                                       :
                                                             :
THE FINANCIAL OVERSIGHT AND           :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,     :    Title III
                                                             :
      as representative of                :    Case No. 17-BK-3566 (LTS)
                                                             :
THE EMPLOYEES RETIREMENT SYSTEM OF THE  :
GOVERNMENT OF THE COMMONWEALTH OF  :
PUERTO RICO,                                          :
                                                             :
      Debtor.                                :

----------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

**Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _John Levin—Roth IRA_ | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| _JLevin6@Zoho.com_ | |
| Email Address | Email Address |
| John Levin 249 Chestnut Hill Rd Norwalk, CT 06851 | Address line 1 |
| Address line 2 | Address line 2 |
| | |
| City, State Zip Code | City, State Zip Code |
| _USA_ | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.      If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

  (a)      Provide the CUSIP Numbers of all ERS Bonds held by Participant:

    *29216 MBA7*

  (b)      Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: *JJ Levin*
  Signature

  *John Levin*
  Print Name

  _____
  Title (if Participant is not an Individual)

  *10/20/19*
  Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**





Mr. John Levin
249 Chestnut Hill Rd.
Norwalk, CT 06851-1412



WESTCHESTER NY 105

23 OCT 2019 PM 3 L



FOREVER USA



The Clerk of the U.S. District
Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170399