# **EXHIBIT A**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------- x
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
      as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO, *et al.,* : (Jointly Administered)
:
      Debtors.[1] :
---------------------------------------------------------------- x
In re: :
:
THE FINANCIAL OVERSIGHT AND MANAGEMENT :
BOARD FOR PUERTO RICO, :
:
      as representative of : Case No. 17-BK-4780-LTS
:
PUERTO RICO ELECTRIC POWER AUTHORITY, : **This Court Filing Relates Only**
: **to PREPA and Shall Be Filed**
      Debtor. : **in the lead Case No. 17-BK-**
: **3283-LTS, and PREPA's Title**
: **III case, Case No. 17-BK-4780-**
: **LTS**
---------------------------------------------------------------- x

**ORDER GRANTING OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO PROOF OF CLAIM NUMBER 18449 FILED BY U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS TRUSTEE FOR NON-RECOURSE PREPA BONDS**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon consideration of the *Objection of Official Committee of Unsecured Creditors to Proof of Claim Number 18449 Filed by U.S. Bank National Association, in Its Capacity as Trustee for Non-Recourse PREPA Bonds* (the "<u>Claim Objection</u>"),[2] filed pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rules 3007 and 3012, seeking entry of an order disallowing or reducing the Non-Recourse Proof of Claim, all as more fully set forth in the Claim Objection; and the Court having jurisdiction to consider the Claim Objection and the relief requested therein pursuant to 28 U.S.C. § 1334; and due and adequate notice of the Claim Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby ORDERED that:

1. The Non-Recourse Proof of Claim [Claim Number 18449] is hereby disallowed to the extent it exceeds the amount credited to the Specified Accounts held by the Trustee on the Petition Date.

2. Nothing in the Claim Objection or this Order constitutes a waiver of the Committee's rights to object to any claims not previously disallowed or to assert any claims, counterclaims, rights of offset or recoupment, all of which rights are expressly preserved.

3. Prime Clerk, the Debtors' Court-appointed notice and claims agent, is authorized and directed to reflect that the Non-Recourse Proof of Claim [Claim Number 18449] is disallowed in part pursuant to this Order on the official claims register in these Title III cases.

4. This Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the Claim Objection or the implementation of this Order.

Dated: _____, 2019

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Claim Objection.

2