# **EXHIBIT B**

**Excerpt from PREPA 2017 Audited Financial Statements**

PUERTO RICO ELECTRIC POWER AUTHORITY
(A Component Unit of the Commonwealth of Puerto Rico)
SCHEDULE VI - SUPPLEMENTAL SCHEDULE OF FUNDS UNDER THE PROVISIONS
OF THE 1974 AGREEMENT (IN THOUSANDS) (UNAUDITED)
JUNE 30, 2017

|  | 2017 | | | |
|---|---|---|---|---|
|  | Total | Held by Authority Other Assets | Restricted Deposits with Trustee Other Assets | Non-Current Assets |
| **By Account:** | | | | |
| 1974 Agreement (restricted): | | | | |
| Sinking Fund - Bond Services | $ 3,388 | $ - | $ 3,388 | $ - |
| Reserve Account in the sinking fund | 5,417 | - | 5,417 | - |
| Self-Insurance Fund | - | - | - | - |
| Sinking Fund - Capitalized Interest | - | - | - | - |
| Reserve Maintenance Fund | 16,150 | - | 16,150 | - |
| Other Restricted Fund | 1,934 | - | 1,934 | |
| Construction Fund: | | | | |
| Other | 23,866 | - | 23,866 | - |
| PREPA Client Fund | 3,195 | - | 3,195 | - |
| General purpose (unrestricted) | | | | |
| General (excluding PREPA Net) | 527,658 | 527,658 | - | - |
| Working funds | 5,285 | 5,285 | - | - |
| Total | $ 586,893 | $ 532,943 | $ 53,950 | $ - |
| **By Type of Assets Held:** | | | | |
| Working funds | $ 5,208 | $ 5,208 | $ - | $ - |
| PREPA Client Fund | 3,195 | - | 3,195 | - |
| Cash in bank and time deposits (by depository institutions): | | | | |
| Banco Popular de Puerto Rico | 43,579 | 38,690 | 4,889 | - |
| Citibank, N.A. | 497,731 | 461,631 | 36,100 | - |
| US Bank | 8,873 | - | 8,873 | - |
| US Bank - Service Bond | - | - | - | - |
| Oriental Bank | 17,148 | 16,255 | 893 | - |
| First Bank, San Juan, PR | 793 | 793 | - | - |
| Banco Santander, San Juan, PR | 4,747 | 4,747 | - | - |
| Scotiabank | 5,619 | 5,619 | - | - |
| Total | $ 586,893 | $ 532,943 | $ 53,950 | $ - |

See notes to the Schedules IV-VIII