# **EXHIBIT C**

**Cash Flow Report, October 9, 2019**

# GOVERNMENT OF PUERTO RICO
## Puerto Rico Fiscal Agency and Financial Advisory Authority

## Municipal Secondary Market Disclosure Information Cover Sheet
## Municipal Securities Rulemaking Board (MSRB)
## Electronic Municipal Market Access System (EMMA)

### Additional / Voluntary Event-Based Disclosure

**THIS FILING RELATES TO ALL OR SEVERAL SECURITIES ISSUED BY THE ISSUER, OR ALL OR SEVERAL SECURITIES OF A SPECIFIC CREDITOR:**

Issuer's Name:   **Puerto Rico Electric Power Authority (PREPA)**

Other Obligated Person's Name (if any): 

Six-digit CUSIP number(s):   **745268 and 74526Q**

**TYPE OF INFORMATION PROVIDED:**

A.  ☐ Amendment to Continuing Disclosure Undertaking

B.  ☐ Change in Obligated Person

C.  ☐ Notice to Investor Pursuant to Bond Documents

D.  ☐ Communication from the Internal Revenue Service

E.  ☐ Bid for Auction Rate and Other Securities

F.  ☐ Capital or Other Financing Plan

G.  ☐ Litigation / Enforcement Action

H.  ☐ Change of Tender Agent.  Remarketing Agent or Other On-going Party

I.  ☐ Derivative or Other Similar Transaction

J.  ☒ Other Event-Based Disclosures:   **Financial Reporting**

I represent that I am authorized by the issuer, obligor or its agent to distribute this information publicly.

*/s/ Iván Garau González*
Iván Garau González
Puerto Rico Fiscal Agency and Financial Advisory Authority,
   as Fiscal Agent for the Commonwealth

Dated: October 11, 2019



PO Box42001 • San Juan, PR 00940-2001 • Telephone (787) 722-2525

# PUERTO RICO ELECTRIC POWER AUTHORITY

# NOTICE OF VOLUNTARY FILING

The Puerto Rico Electric Power Authority has provided the following reporting materials, which are attached to this Notice, to the Federal Oversight & Management Board for Puerto Rico established under the Puerto Rico Oversight, Management, and Economic Stability Act:

(i) 13-week Cash Flow Update;
(ii) Cash Balances; and
(v) Emergency Spend and Reimbursement Flash Report.

PUERTO RICO ELECTRIC POWER AUTHORITY

Dated: October 11, 2019



**Puerto Rico Electric Power Authority**

# Puerto Rico Electric Power Authority

## 13-Week Cash Flow Update

October 9, 2019

# Disclaimer

The information contained herein (the "**Information**") has been provided and prepared by the Puerto Rico Power Authority ("PREPA" or the "**Company**") and is in draft form subject to further discussions and revisions. No representation or warranty, express or implied, is made by the Company or its advisors as to the accuracy or completeness of the Information, that has not been independently verified. The Company and its advisors shall have no responsibility or liability for the accuracy or completeness of the Information, any errors, inaccuracies or omissions in the Information or the consequences of any reliance upon the Information. Without limitation of the foregoing, no representation or warranty, express or implied, is made by the Company or its advisors as to the accuracy or completeness of any forecasts or projections contained in the Information. Nothing contained in the Information may be relied upon as a promise or representation as to the future. The Information does not constitute an offer or solicitation to sell or purchase securities. Neither the Company or its advisors shall have any liability, whether direct or indirect, in contract or tort or otherwise, to any person in connection with the Information.

Projections are included in the Information. Such projections have not been examined by auditors. The projections and other material set forth herein contain certain statements that are "forward- looking statements". These statements are subject to a number of assumptions, risks, and uncertainties, many of which are and will be beyond the control of the Company including, among others, availability and timing of liquidity sources, availability of supplies and supplier financing, changes in general economic, political, governmental and business conditions globally and in Puerto Rico, the Company's ability to achieve cost savings, changes in interest rates, changes in inflation rates, changes in exchange rates, changes in fuel prices, changes in business strategy and various other factors. These statements speak as of the date indicated and are not guarantees of future performance. Actual results or developments may differ materially from the expectations expressed or implied in the forward-looking statements, and the Company undertakes no obligation to update any such statements whether as a result of new information, future events or otherwise.

Recipients of the Information agree to keep the Information strictly confidential. The Information is highly confidential and contains proprietary and confidential information about the Company, its subsidiaries and its operations. This document material is being presented solely for your information and may not be copied, reproduced or redistributed to any other person in any manner. At the request of the Company, the recipient will promptly return all non-public material received from the Company (including this document) without retaining any copies thereof. For the avoidance of doubt, Information includes the nature, substance, status, and terms of any discussions related to the Information discussed herein.

The Information does not constitute an offer or invitation to purchase or subscribe for any shares or other securities of the Company and neither any part of this document nor any information or statement contained therein shall form the basis of or be relied upon in connection with any contract or commitment whatsoever. By receiving the Information, you agree to be bound by the foregoing limitations.



Puerto Rico
Electric Power
Authority

## Table of Contents

- General Overview

- September 20th Budget updated for actuals through 10/4/19 "Current Forecast"

- September 20th Budget

- Current Forecast vs September 20th Budget Cash Bridge



## General Overview

- The Current Forecast included in this report has been updated for actuals through 10/4/19; the forecast period is based on the September 20th Budget

- The Current Forecast vs September 20th Budget Cash Bridge captures the cumulative variance from 9/13/19 through 10/4/19

- Any timing related variances from actual weeks have not been re-timed into future periods for purposes of this analysis

4


Puerto Rico Electric Power Authority

# Current Forecast

| ($ in millions) Week ending | Actual 08/23 | Actual 08/30 | Actual 09/06 | Actual 09/13 | Actual 09/20 | Actual 09/27 | Actual 10/04 | 1 10/11 | 2 10/18 | 3 10/25 | 4 11/01 | 5 11/08 | 6 11/15 | 7 11/22 | 8 11/29 | 9 12/06 | 10 12/13 | 13 Week TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATING RECEIPTS** | | | | | | | | | | | | | | | | | | |
| Customer Collections | $ 63.4 | $ 60.8 | $ 83.8 | $ 66.9 | $ 68.7 | $ 53.2 | $ 90.2 | $ 61.4 | $ 60.5 | $ 60.5 | $ 61.7 | $ 71.7 | $ 61.7 | $ 60.7 | $ 60.7 | $ 70.2 | $ 60.2 | $ 841.7 |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Operating Receipts | $ 63.4 | $ 60.8 | $ 83.8 | $ 66.9 | $ 68.7 | $ 53.2 | $ 90.2 | $ 61.4 | $ 60.5 | $ 60.5 | $ 61.7 | $ 71.7 | $ 61.7 | $ 60.7 | $ 60.7 | $ 70.2 | $ 60.2 | $ 841.7 |
| **ENERGY PURCHASES** | | | | | | | | | | | | | | | | | | |
| Power purchase - AES | $ - | $ - | $ - | $ - | $ (27.6) | $ - | $ - | $ - | $ (27.5) | $ - | $ - | $ - | $ - | $ (27.6) | $ - | $ - | $ - | $ (82.7) |
| Power purchase - EcoElectrica | - | - | - | - | (28.9) | - | - | - | (31.2) | - | - | - | - | (30.3) | - | - | - | (90.3) |
| Power purchase - Renewable sources | - | - | - | - | (5.9) | - | (4.6) | - | (6.8) | - | - | - | (5.6) | - | - | - | - | (22.9) |
| Fuel purchase - Fleet and storage | (0.0) | - | (1.2) | (0.6) | - | - | (2.4) | - | (1.5) | - | - | - | (1.5) | - | - | - | - | (5.4) |
| Fuel purchase - Freepoint | (15.2) | (10.8) | (5.5) | (16.2) | (5.7) | (10.4) | (5.2) | (9.7) | (9.1) | (4.8) | (4.9) | (4.8) | (19.3) | (9.6) | (7.5) | (9.8) | (14.8) | (115.8) |
| Fuel purchase - Puma | (14.8) | (16.4) | (15.2) | (15.4) | (21.2) | (15.5) | (18.2) | (9.1) | (10.7) | (9.9) | (6.6) | (9.6) | (12.4) | (7.2) | (9.9) | (7.5) | (10.8) | (148.5) |
| LNG purchase - Naturgy | - | - | - | (34.6) | - | - | - | (22.0) | - | - | - | - | (29.7) | - | - | - | (36.6) | (88.3) |
| Total Energy Purchases | $ (30.1) | $ (27.1) | $ (21.9) | $ (66.8) | $ (89.2) | $ (25.9) | $ (30.4) | $ (40.8) | $ (86.8) | $ (14.7) | $ (11.5) | $ (14.4) | $ (68.6) | $ (74.7) | $ (17.4) | $ (17.3) | $ (62.2) | $ (553.9) |
| **EMPLOYEE DISBURSEMENTS** | | | | | | | | | | | | | | | | | | |
| Salaries and Wages | $ (8.6) | $ (0.0) | $ (8.6) | $ (0.0) | $ (9.0) | $ (0.1) | $ (8.7) | $ - | $ (8.5) | $ - | $ (8.5) | $ - | $ (8.5) | $ - | $ (8.5) | $ - | $ (8.5) | $ (60.3) |
| Christmas Bonus | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Medical Benefits | - | (0.9) | - | - | - | (2.7) | (0.9) | - | (3.8) | - | (3.8) | - | (3.8) | - | - | - | - | (15.0) |
| Worker's Compensation | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Benefits | (4.8) | - | (4.7) | - | (5.1) | (0.1) | (4.7) | - | (4.9) | - | (4.9) | - | (4.9) | - | (4.9) | - | (4.9) | (34.5) |
| Estimated Gross Overtime | (1.7) | - | (1.7) | - | (1.9) | - | (1.7) | - | (1.6) | - | (1.6) | - | (1.6) | - | (1.6) | - | (1.6) | (11.5) |
| Total Employee Disbursements | $ (15.0) | $ (1.0) | $ (15.0) | $ (0.0) | $ (16.0) | $ (2.9) | $ (16.0) | $ - | $ (18.8) | $ - | $ (18.8) | $ - | $ (18.8) | $ - | $ (15.0) | $ - | $ (15.0) | $ (121.2) |
| **OTHER OPERATING DISBURSEMENTS** | | | | | | | | | | | | | | | | | | |
| Necessary Maintenance Spend | $ (1.4) | $ (0.2) | $ - | $ - | $ (0.3) | $ (0.7) | $ (2.2) | $ (2.0) | $ (2.0) | $ (2.0) | $ (2.0) | $ (2.0) | $ (2.0) | $ (2.0) | $ (2.0) | $ (2.0) | $ (2.0) | $ (23.3) |
| Other Accounts Payable | (1.8) | (9.1) | (4.6) | (3.0) | (0.5) | (1.4) | (8.1) | (5.3) | (5.3) | (6.3) | (5.3) | (5.3) | (6.7) | (5.3) | (5.3) | (5.3) | (5.5) | (65.1) |
| Total Other Operating Disbursements | $ (3.3) | $ (9.3) | $ (4.6) | $ (3.0) | $ (0.8) | $ (2.1) | $ (10.3) | $ (7.3) | $ (7.3) | $ (8.3) | $ (7.3) | $ (7.3) | $ (8.7) | $ (7.3) | $ (7.3) | $ (7.3) | $ (7.5) | $ (88.4) |
| **PROFESSIONAL SERVICES** | | | | | | | | | | | | | | | | | | |
| Professional & Technical Outsourced Services | $ (0.3) | $ (0.4) | $ (0.3) | $ (0.1) | $ (1.7) | $ (0.2) | $ (0.5) | $ (0.6) | $ (0.6) | $ (0.6) | $ (0.6) | $ (0.6) | $ (0.6) | $ (0.6) | $ (0.6) | $ (0.6) | $ (0.6) | $ (8.4) |
| Legal Services | (0.2) | (0.7) | (0.2) | (0.0) | (0.4) | (0.0) | (0.0) | (0.3) | (0.4) | (0.3) | (0.3) | (0.3) | (0.4) | (0.3) | (0.3) | (0.3) | (0.4) | (3.6) |
| P3 Authority Transaction Costs | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| PREPA Restructuring & Title III | (1.9) | - | (1.0) | (1.2) | (2.3) | (0.6) | (0.3) | (1.1) | (1.6) | (1.4) | (0.7) | (1.9) | (2.0) | (0.1) | (1.3) | (1.9) | (3.3) | (18.4) |
| FOMB Advisor Costs allocated to PREPA | - | - | - | - | - | - | - | - | - | (8.9) | - | - | - | - | - | - | - | (8.9) |
| Total Professional Services | $ (2.4) | $ (1.1) | $ (1.5) | $ (1.3) | $ (4.5) | $ (0.7) | $ (0.8) | $ (2.0) | $ (2.7) | $ (11.2) | $ (1.6) | $ (2.7) | $ (3.0) | $ (1.0) | $ (2.1) | $ (2.7) | $ (4.4) | $ (39.3) |
| **EMERGENCY & INSURANCE** | | | | | | | | | | | | | | | | | | |
| Emergency Spend | $ - | $ (0.2) | $ - | $ (0.4) | $ - | $ (0.3) | $ (0.0) | $ (0.2) | $ (0.2) | $ (12.3) | $ (0.2) | $ (0.2) | $ (12.3) | $ (0.2) | $ (0.2) | $ (12.3) | $ (0.2) | $ (38.3) |
| FEMA Proceeds | - | - | - | - | - | - | 0.0 | - | - | 12.1 | - | - | 12.1 | - | - | 12.1 | - | 36.3 |
| Insured Repair Expense | - | - | - | - | - | - | - | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (5.0) |
| Insurance Proceeds | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Emergency & Insurance | $ - | $ (0.2) | $ - | $ (0.4) | $ - | $ (0.3) | $ (0.0) | $ (0.7) | $ (0.7) | $ (0.7) | $ (0.7) | $ (0.7) | $ (0.7) | $ (0.7) | $ (0.7) | $ (0.7) | $ (0.7) | $ (7.0) |
| **NET CASH FLOW** | $ 12.6 | $ 22.0 | $ 40.8 | $ (4.6) | $ (41.8) | $ 21.4 | $ 32.7 | $ 10.7 | $ (55.6) | $ 25.6 | $ 22.0 | $ 46.7 | $ (38.0) | $ (22.9) | $ 18.3 | $ 42.2 | $ (29.5) | $ 31.8 |
| **OPERATING BANK ACCOUNTS** | | | | | | | | | | | | | | | | | | |
| Beginning Balance | $ 224.7 | $ 237.3 | $ 259.3 | $ 300.1 | $ 295.5 | $ 253.7 | $ 275.1 | $ 307.8 | $ 318.6 | $ 263.0 | $ 288.6 | $ 310.6 | $ 357.2 | $ 319.2 | $ 296.3 | $ 314.6 | $ 356.8 | $ 295.5 |
| Net Cash Flow | 12.6 | 22.0 | 40.8 | (4.6) | (41.8) | 21.4 | 32.7 | 10.7 | (55.6) | 25.6 | 22.0 | 46.7 | (38.0) | (22.9) | 18.3 | 42.2 | (29.5) | 31.8 |
| Ending Balance | $ 237.3 | $ 259.3 | $ 300.1 | $ 295.5 | $ 253.7 | $ 275.1 | $ 307.8 | $ 318.6 | $ 263.0 | $ 288.6 | $ 310.6 | $ 357.2 | $ 319.2 | $ 296.3 | $ 314.6 | $ 356.8 | $ 327.3 | $ 327.3 |
| **OTHER BANK ACCOUNTS** | | | | | | | | | | | | | | | | | | |
| FEMA Emergency Accounts | $ 2.0 | $ 2.0 | $ 2.0 | $ 2.0 | $ 2.0 | $ 2.0 | $ 2.3 | $ 2.3 | $ 2.3 | $ 2.3 | $ 2.3 | $ 2.3 | $ 2.3 | $ 2.3 | $ 2.3 | $ 2.3 | $ 2.3 | $ 2.3 |
| Insurance Account | 51.1 | 51.1 | 51.1 | 51.1 | 51.1 | 51.1 | 51.1 | 51.1 | 51.1 | 51.1 | 51.1 | 51.1 | 51.1 | 51.1 | 51.1 | 51.1 | 51.1 | 51.1 |
| Other Restricted & Construction Accounts | 51.2 | 51.2 | 51.2 | 51.2 | 51.2 | 51.2 | 51.2 | 51.2 | 51.2 | 51.2 | 51.2 | 51.2 | 51.2 | 51.2 | 51.2 | 51.2 | 51.2 | 51.2 |
| Total Other Bank Accounts | $ 104.3 | $ 104.3 | $ 104.3 | $ 104.3 | $ 104.4 | $ 104.4 | $ 104.7 | $ 104.7 | $ 104.7 | $ 104.7 | $ 104.7 | $ 104.7 | $ 104.7 | $ 104.7 | $ 104.7 | $ 104.7 | $ 104.7 | $ 104.7 |

5

Salaries and Wages includes payroll, payroll taxes and social security.
Other Benefits includes contributions to employee benefit programs.



Puerto Rico Electric Power Authority

# September 20th Budget

| ($ in millions) Week ending | Actual 08/23 | Actual 08/30 | Actual 09/06 | Actual 09/13 | 1 09/20 | 2 09/27 | 3 10/04 | 4 10/11 | 5 10/18 | 6 10/25 | 7 11/01 | 8 11/08 | 9 11/15 | 10 11/22 | 11 11/29 | 12 12/06 | 13 12/13 | 13 Week TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATING RECEIPTS** | | | | | | | | | | | | | | | | | | |
| Customer Collections | $63.4 | $60.8 | $83.8 | $66.9 | $67.3 | $60.5 | $71.4 | $61.4 | $60.5 | $60.5 | $61.7 | $71.7 | $61.7 | $60.7 | $60.7 | $70.2 | $60.2 | 828.7 |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Receipts** | $63.4 | $60.8 | $83.8 | $66.9 | $67.3 | $60.5 | $71.4 | $61.4 | $60.5 | $60.5 | $61.7 | $71.7 | $61.7 | $60.7 | $60.7 | $70.2 | $60.2 | 828.7 |
| **ENERGY PURCHASES** | | | | | | | | | | | | | | | | | | |
| Power purchase - AES | $ - | $ - | $ - | $ - | (27.6) | - | - | - | (27.5) | - | - | - | - | (27.6) | - | - | - | (82.7) |
| Power purchase - EcoElectrica | - | - | - | - | (28.9) | - | - | - | - | (31.2) | - | - | - | - | (30.3) | - | - | (90.3) |
| Power purchase - Renewable sources | - | - | - | - | (5.9) | - | (5.0) | - | (6.8) | - | - | - | (5.6) | - | - | - | - | (23.3) |
| Fuel purchase - Fleet and storage | (0.0) | - | (1.2) | (0.6) | (0.2) | - | - | - | (1.5) | - | - | - | (1.5) | - | - | - | - | (3.2) |
| Fuel purchase - Freepoint | (15.2) | (10.8) | (5.5) | (16.2) | (5.7) | (10.4) | (5.2) | (9.7) | (9.1) | (4.8) | (4.9) | (4.8) | (19.3) | (9.6) | (7.5) | (9.8) | (14.8) | (115.8) |
| Fuel purchase - Puma | (14.8) | (16.4) | (15.2) | (15.4) | (17.1) | (16.5) | (6.7) | (9.1) | (10.7) | (9.9) | (6.6) | (9.6) | (12.4) | (7.2) | (9.9) | (7.5) | (10.8) | (133.9) |
| LNG purchase - Naturgy | - | - | - | (34.6) | - | - | - | (22.0) | - | - | - | - | (29.7) | - | - | - | (36.6) | (88.3) |
| **Total Energy Purchases** | $(30.1) | $(27.1) | $(21.9) | $(66.8) | $(85.3) | $(26.9) | $(16.9) | $(40.8) | $(86.8) | $(14.7) | $(11.5) | $(14.4) | $(68.6) | $(74.7) | $(17.4) | $(17.3) | $(62.2) | (537.5) |
| **EMPLOYEE DISBURSEMENTS** | | | | | | | | | | | | | | | | | | |
| Salaries and Wages | $(8.6) | $(0.0) | $(8.6) | $(0.0) | $(9.0) | - | $(8.5) | - | $(8.5) | - | $(8.5) | - | $(8.5) | - | $(8.5) | - | $(8.5) | (60.0) |
| Christmas Bonus | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Medical Benefits | - | (0.9) | - | - | - | - | (2.8) | - | (3.8) | - | (3.8) | - | (3.8) | - | - | - | - | (14.2) |
| Worker's Compensation | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Benefits | (4.8) | - | (4.7) | - | (4.6) | - | (4.9) | - | (4.9) | - | (4.9) | - | (4.9) | - | (4.9) | - | (4.9) | (34.0) |
| Estimated Gross Overtime | (1.7) | - | (1.7) | - | (1.9) | - | (1.6) | - | (1.6) | - | (1.6) | - | (1.6) | - | (1.6) | - | (1.6) | (11.5) |
| **Total Employee Disbursements** | $(15.0) | $(1.0) | $(15.0) | $(0.0) | $(15.5) | - | $(17.8) | - | $(18.8) | - | $(18.8) | - | $(18.8) | - | $(15.0) | - | $(15.0) | (119.7) |
| **OTHER OPERATING DISBURSEMENTS** | | | | | | | | | | | | | | | | | | |
| Necessary Maintenance Spend | $(1.4) | $(0.2) | - | - | $(2.0) | (2.0) | (2.0) | (2.0) | (2.0) | (2.0) | (2.0) | (2.0) | (2.0) | (2.0) | (2.0) | (2.0) | (2.0) | (26.0) |
| Other Accounts Payable | (1.8) | (9.1) | (4.6) | (3.0) | (5.3) | (6.0) | (5.3) | (5.3) | (5.3) | (6.3) | (5.3) | (5.3) | (6.7) | (5.3) | (5.3) | (5.3) | (5.5) | (71.7) |
| **Total Other Operating Disbursements** | $(3.3) | $(9.3) | $(4.6) | $(3.0) | $(7.3) | $(8.0) | $(7.3) | $(7.3) | $(7.3) | $(8.3) | $(7.3) | $(7.3) | $(8.7) | $(7.3) | $(7.3) | $(7.3) | $(7.5) | (97.7) |
| **PROFESSIONAL SERVICES** | | | | | | | | | | | | | | | | | | |
| Professional & Technical Outsourced Services | $(0.3) | $(0.4) | $(0.3) | $(0.1) | $(0.3) | (0.6) | (0.6) | (0.6) | (0.6) | (0.6) | (0.6) | (0.6) | (0.6) | (0.6) | (0.6) | (0.6) | (0.6) | (7.5) |
| Legal Services | (0.2) | (0.7) | (0.2) | (0.0) | (0.4) | (0.3) | (0.3) | (0.3) | (0.4) | (0.3) | (0.3) | (0.3) | (0.4) | (0.3) | (0.3) | (0.3) | (0.4) | (4.1) |
| P3 Authority Transaction Costs | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| PREPA Restructuring & Title III | (1.9) | - | (1.0) | (1.2) | (2.5) | (4.0) | (1.5) | (1.1) | (1.6) | (1.4) | (0.7) | (1.9) | (2.0) | (0.1) | (1.3) | (1.9) | (3.3) | (23.2) |
| FOMB Advisor Costs allocated to PREPA | - | - | - | - | - | - | - | - | - | (8.9) | - | - | - | - | - | - | - | (8.9) |
| **Total Professional Services** | $(2.4) | $(1.1) | $(1.5) | $(1.3) | $(3.3) | $(4.8) | $(2.3) | $(2.0) | $(2.7) | $(11.2) | $(1.6) | $(2.7) | $(3.0) | $(1.0) | $(2.1) | $(2.7) | $(4.4) | (43.8) |
| **EMERGENCY & INSURANCE** | | | | | | | | | | | | | | | | | | |
| Emergency Spend | $ - | $(0.2) | - | $(0.4) | $(0.2) | (0.2) | (12.3) | (0.2) | (0.2) | (12.3) | (0.2) | (0.2) | (12.3) | (0.2) | (0.2) | (12.3) | (0.2) | (50.7) |
| FEMA Proceeds | - | - | - | - | - | - | 15.5 | - | - | 12.1 | - | - | 12.1 | - | - | 12.1 | - | 51.8 |
| Insured Repair Expense | - | - | - | - | - | - | - | (0.5) | - | (0.5) | - | (0.5) | - | (0.5) | - | (0.5) | - | (5.0) |
| Insurance Proceeds | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Emergency & Insurance** | $ - | $(0.2) | - | $(0.4) | $(0.2) | $(0.2) | 3.2 | $(0.7) | $(0.7) | $(0.7) | $(0.7) | $(0.7) | $(0.7) | $(0.7) | $(0.7) | $(0.7) | $(0.7) | (3.8) |
| **NET CASH FLOW** | $12.6 | $22.0 | $40.8 | $(4.6) | $(44.2) | 20.6 | 30.3 | 10.7 | (55.6) | 25.6 | 22.0 | 46.7 | (38.0) | (22.9) | 18.3 | 42.2 | (29.5) | 26.2 |
| **OPERATING BANK ACCOUNTS** | | | | | | | | | | | | | | | | | | |
| Beginning Balance | $224.7 | $237.3 | $259.3 | $300.1 | 295.5 | 251.3 | 271.9 | 302.2 | 313.0 | 257.4 | 283.0 | 305.0 | 351.6 | 313.6 | 290.7 | 309.0 | 351.2 | 295.5 |
| Net Cash Flow | 12.6 | 22.0 | 40.8 | (4.6) | (44.2) | 20.6 | 30.3 | 10.7 | (55.6) | 25.6 | 22.0 | 46.7 | (38.0) | (22.9) | 18.3 | 42.2 | (29.5) | 26.2 |
| **Ending Balance** | $237.3 | $259.3 | $300.1 | $295.5 | 251.3 | 271.9 | 302.2 | 313.0 | 257.4 | 283.0 | 305.0 | 351.6 | 313.6 | 290.7 | 309.0 | 351.2 | 321.7 | 321.7 |
| **OTHER BANK ACCOUNTS** | | | | | | | | | | | | | | | | | | |
| FEMA Emergency Accounts | $2.0 | $2.0 | $2.0 | $2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 |
| Insurance Account | 51.1 | 51.1 | 51.1 | 51.1 | 51.1 | 51.1 | 51.1 | 51.1 | 51.1 | 51.1 | 51.1 | 51.1 | 51.1 | 51.1 | 51.1 | 51.1 | 51.1 | 51.1 |
| Other Restricted & Construction Accounts | 51.2 | 51.2 | 51.2 | 51.2 | 51.2 | 51.2 | 51.2 | 51.2 | 51.2 | 51.2 | 51.2 | 51.2 | 51.2 | 51.2 | 51.2 | 51.2 | 51.2 | 51.2 |
| **Total Other Bank Accounts** | $104.3 | $104.3 | $104.3 | $104.3 | $104.3 | $104.3 | $104.3 | $104.3 | $104.3 | $104.3 | $104.3 | $104.3 | $104.3 | $104.3 | $104.3 | $104.3 | $104.3 | 104.3 |

6  Salaries and Wages includes payroll, payroll taxes and social security.
   Other Benefits includes contributions to employee benefit programs.


Puerto Rico Electric Power Authority

## Current Forecast vs September 20th Budget
## Cash Bridge as of October 4, 2019



- "Customer Collections" variance primarily due to timing of Government collections
- "Energy Purchases" variance primarily due to higher diesel spend
- "Necessary Maintenance Spend" variance primarily due to lower than budgeted maintenance spend
- "Other Accounts Payable" variance primarily due to timing of check receipts and disbursements clearing our operating accounts
- "Professional Services" variance primarily due to timing of payments related to PREPA Restructuring & Title III professionals

7



Puerto Rico Electric Power Authority

**PUERTO RICO ELECTRIC POWER AUTHORITY**
Cash in bank and time deposit accounts

Date: 10/04/19

| Name | Account Number | Description | Notes | 10/04/19 |
|---|---|---|---|---|
| Banco Popular | | Revenue Deposit Account | ZBA to | - |
| Banco Popular | | Revenue Deposit Account (Credit Cards) | ZBA to | - |
| Banco Popular | | Concentration Account | Active Concentration Account | 64,967,357.26 |
| Banco Popular | | Disbursement Account | Per Diem & Small Local Vendors | 264,683.78 |
| Banco Popular | | Revenue Deposit Account (Corp. Clients) | ZBA to | - |
| Banco Popular | | Revenue Deposit Account (Gov't Clients) | ZBA to | - |
| Banco Popular | | Concentration Account | Old Concentration Account | 162,119.41 |
| Banco Popular | | Revenue Deposit Account | ZBA to | - |
| Banco Popular | | Project Guavate (related to mitigation work performed in Guavate; construction of underground lines) | Old FEMA Reimbursement Account | 2,490,266.00 |
| Oriental | | Concentration Account | Active Concentration Account | 90,428,636.38 |
| Oriental | | Revenue Deposit Account | ZBA to | - |
| Oriental | | Revenue Deposit Account - Lockbox | ZBA to | - |
| Banco Santander | | Revenue Deposit Account | Revenue Deposit Account and used for certain payments | 514,013.40 |
| Scotiabank | | Revenue Deposit Account | Manual Transfer to Popular or Citi | 558,526.13 |
| Firstbank | | Revenue Deposit Account | Manual Transfer to Popular or Citi | 2,428,696.34 |
| GDB | | PREPA Deposit Account at GDB | No longer used | - |
| GDB | | PREPA Deposit Account at GDB | No longer used | - |
| Citibank | | Disbursement Fuel Oil & Power Purchase | No longer used | - |
| Citibank | | Concentration Account | Active Concentration Account | 145,770,142.04 |
| Citibank | | Revenue Deposit Account | ZBA to | - |
| Citibank | | CWL Segregated Account | CWL Segregated Account | - |
| | | **Total General Fund and CWL Segregated Accounts** | | $ 307,584,440.74 |
| Banco Popular | | Payroll Account | Disbursement account to pay PREPA payroll | 239,636.78 |
| Banco Popular | | Payroll Account | Disbursement account to pay PREPA payroll | 5,000.00 |
| | | **Total Working Funds** | | $ 244,636.78 |
| Citibank | | Disbursement | Debt Service Related | - |
| | | **Total Revenue Fund Account** | | $ - |
| Banco Popular | | FEMA PR Irma | FEMA Irma | 2,024,853.41 |
| Banco Popular | | FEMA PR Irma | FEMA Irma | - |
| Banco Popular | | FEMA PR Maria | FEMA Maria | 258,677.84 |
| | | **Total Emergency Fund Accounts** | | $ 2,283,531.25 |
| | | **TOTAL CASH AND CASH EQUIVALENT** | | $ **310,112,608.77** |

**General Fund Accounts By Deposity Institution**

| | | |
|---|---|---|
| Banco Popular de Puerto Rico | $ | 70,412,594.48 |
| Citibank N.A. | | 145,770,142.04 |
| Oriental Bank | | 90,428,636.38 |
| First Bank | | 2,428,696.34 |
| Banco Santander | | 514,013.40 |
| Scotia Bank | | 558,526.13 |
| Government Development Bank for Puerto Rico (GDB) | | - |
| | $ | **310,112,608.77** |

| Name | Account Number | Description | Notes | 10/04/19 |
|---|---|---|---|---|
| Citibank | | Remaining funds related 2013 Series Bond Issuance | Construction Fund Accounts | 1,530,924.28 |
| Banco Popular | | Funds used for project to rehabilitate San Juan generating unit | Construction Fund Accounts | 2,146,364.16 |
| GDB | | PREPA Deposit Account at GDB | Construction Fund Accounts | - |
| Citibank | | Special federal assignments to fund sponsored projects by the Environmental Quality Board ("JCA" in Spanish) | Construction Fund Accounts | 8,094,481.35 |
| Banco Popular | | Legacy accounts (consider for closure) | Construction Fund Accounts | 0.01 |
| Banco Popular | | 2016 A Bond - Used for specific projects identified at the time of bond issuance process | Construction Fund Accounts | 256,998.62 |
| Citibank | | 2016 D Bond - Used for specific projects identified at the time of bond issuance process | Construction Fund Accounts | - |
| Citibank | | PREPA Insurance | Insurance proceeds account related specifically to Hurricane Maria substation repair | 51,139,190.50 |
| | | **Total Construction Fund Accounts** | | $ 63,167,958.92 |
| Citibank | | Funds received from federal contributions or bond issuances used to finance the construction of infrastructure to provide electricity to rural areas in Puerto Rico | Investment Held By REA | 1,143,981.46 |
| | | **Total Investment Held By REA** | | $ 1,143,981.46 |
| Citibank | | Funds used to cover the cost of unusual or extraordinary maintenance or repairs, including major items of equipment as stipulated in the Trust Agreement | Reserve Maintenance Fund | 16,647,008.20 |
| | | **Total Reserve Maintenance Fund** | | $ 16,647,008.20 |
| Banco Popular | | Land Acquisition Project | Other Restricted Fund | 1,971,534.73 |
| Citibank | | PREPA Trust Investment Clearing | PREPA Trust Investment Clearing | - |
| | | **Total Other Restricted Fund** | | $ 1,971,534.73 |
| Citibank | | One-time transaction | Invested funds regarding EcoElectrica transaction | 3,289,681.34 |
| | | **Total PREPA Client Fund** | | $ 3,289,681.34 |
| US Bank | | Sinking Fund Interest | | 13,471,458.89 |
| US Bank | | Sinking Fund Reserve | | 59,770.20 |
| US Bank | | Self Insurance | | 944.03 |
| US Bank | | Self Insurance Sub A | | 5.13 |
| US Bank | | Self Insurance | | 35,083.72 |
| US Bank | | Sinking Fund Reserve Sub A | | 129.84 |
| US Bank | | Sinking Fund Reserve Sub B | | 250.23 |
| US Bank | | Sinking Fund Reserve Sub C | | 5.03 |
| US Bank | | Sinking Fund Reserve Sub D | | 2,529,152.68 |
| US Bank | | Ser VV Escrow Dep | | 9.96 |
| US Bank | | CAPI Series 2012A | | 9.32 |
| US Bank | | PREPA Rev Fund Ser 2013A | | 65,654.86 |
| US Bank | | CAPI Series 2013A | | 152.50 |
| | | **Total Sinking and Self-Insurance Account Funds** | | $ 16,162,626.39 |
| | | **TOTAL CONSTRUCTION FUND AND OTHER** | | $ **102,382,791.04** |

**PREPA**
**Emergency Spend and Reimbursement Flash Report as of 10/4/2019**
$ In millions

**Printed:** 10/9/2019 11:39

### Emergency Spend To Date

| Description | Paid | Unpaid (a) | Total | |
|---|---:|---:|---:|---|
| Whitefish | $ 36.9 | $ 124.1 | $ 160.9 | (b) |
| Cobra | 1,094.9 | 218.2 | 1,313.1 | (c) |
| XGL | 26.3 | - | 26.3 | |
| PREPA Overtime | 122.1 | - | 122.1 | (d) |
| Local Contractors (Labor) | 28.4 | 1.3 | 29.7 | |
| Potentially Insured Assets | 17.0 | 0.1 | 17.2 | (e) |
| POs for Emergency Materials | 44.3 | 2.3 | 46.5 | (f) |
| Other Payables | 35.3 | 0.1 | 35.4 | |
| Mutual Aid Parties | 281.7 | 48.1 | 329.9 | (g) |
| **Total** | **$ 1,687.0** | **$ 394.1** | **$ 2,081.1** | |

Notes:
(a) Estimated and subject to change.
(b) Includes $17.6M for finance charge.
(c) Based on Cobra invoice summaries provided by IGS as of 10/4/19.
(d) Includes amounts from payroll for overtime for the period 9/10/17 through 8/11/18.
(e) Represents invoice amounts associated with potentially insured assets through 10/4/19.
(f) Represents value of purchase orders issued for emergency materials issued between 9/19/17 and 12/18/17.
(g) Mutual Aid party invoices received through 10/4/19.

### Submitted - Restoration Project Worksheets Summary

| Description | Amount | Obligated by FEMA | Funds Received by PREPA | Funds Transferred to PREPA Operating Account (a) | Funds Remaining in PREPA Emergency Account | |
|---|---:|---:|---:|---:|---:|---|
| PREPA Force Account | $ 54.6 | $ 54.6 | $ 52.2 | $ 50.2 | $ 2.0 | |
| Peaking Unit Fuel and O&M | 149.1 | 149.1 | 147.4 | 147.4 | - | |
| Cobra Emergency Work through August 16, 2018 | 1,008.5 | 1,008.5 | 904.0 | 904.0 | - | |
| Cobra Emergency Work post August 16, 2018 | 468.9 | - | - | - | - | (b) |
| Purchase Equipment | 10.3 | 10.3 | 10.2 | 10.2 | - | |
| XGL | 7.9 | 7.9 | 6.4 | 6.4 | - | |
| Mutual Aid Parties | 425.0 | 412.4 | 281.7 | 281.5 | 0.3 | (c) |
| Local Contractors | 27.4 | 1.0 | 0.9 | 0.9 | - | (d) |
| Del Valle Contract (Guajataca Dam Project) | 10.4 | 10.4 | 3.6 | 3.6 | - | |
| Whitefish | 143.6 | - | - | - | - | |
| Management Cost - Irma and Maria | 52.8 | - | - | - | - | (e) |
| **Emergency Subtotal** | **$ 2,358.6** | **$ 1,654.3** | **$ 1,406.4** | **$ 1,404.1** | **$ 2.3** | |
| Emergency Appeals - Generators | 58.5 | 58.5 | - | - | - | (f) |
| **Emergency Total** | **$ 2,417.1** | **$ 1,712.8** | **$ 1,406.4** | **$ 1,404.1** | **$ 2.3** | |

Notes:
(a) Transfers to PREPA Operating Account cumulative through 10/4/19.
(b) FEMA deobligated a portion of the Cobra Emergency Work through 8/16/18 PW for work performed after 8/16/18. Therefore, FEMA will create a new PW representing Cobra Emergency Work post 8/16/18 at the 10% cost share.
(c) Total of 31 PWs for an amount of $423.2M submitted to FEMA for review. One PW included represents MOU Insurance for an amount of $1.8M.
(d) Amount based on local contractor PW packages submitted to FEMA through 10/4/19.
(e) PREPA submitted PWs for an amount of $94.0M. FEMA input the PWs in the FEMA system at $52.8M.
(f) FEMA advised PREPA on 1/10/19 that this PW will be deobligated (as of 10/4/19 deobligation not reflected in FEMA system). PREPA submitted an appeal for this decision to COR3 on 3/29/19. The appeal is pending submission to FEMA by COR3.

### In Process - Restoration Project Worksheet Summary

| Description | Count | Amount | Comments |
|---|---:|---:|---|
| Local Contractors | - | $ 2.3 | (a) |
| PREPA Distribution | 26 | TBD | |
| PREPA Transmission | 1 | TBD | (b) |
| Microgrid Management | 1 | TBD | |
| Circuit Breakers | 1 | TBD | |
| **Total** | **29** | **$ 2.3** | |

Notes:
(a) All local contractor packages are submitted to FEMA. Amount represents potential additional support for packages already submitted, as of 10/4/19.
(b) Approach for PREPA Transmission changed from one PW per line to one PW for all of Transmission.

### Permanent Work Project Worksheet Summary

| Description | Count | Amount | Obligated by FEMA | Comments |
|---|---:|---:|---:|---|
| RFP – Grid Hardening | 2 | TBD | TBD | |
| Vieques and Culebra | 1 | 127.3 | - | (a) |
| PREPA NET | 1 | 0.0 | - | (a) |
| PREPA Architectural and Engineering | 1 | 111.5 | 111.5 | (b) |
| **Total** | **5** | **$ 238.8** | **$ 111.5** | |

Notes:
(a) PWs were removed from restoration related work into permanent (Category F) work.
(b) Funding to be received at 90% of PW amount due to cost share.