# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Morning session:
Set: 9:30 AM (AST)
Started: 9:30 AM (AST)
Ended: 11:31 AM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN /**     DATE: October 30, 2019
**MAGISTRATE JUDGE JUDITH G. DEIN**

COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker
COURT INTERPRETER: Virginia Santamaria

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*.<br>Debtors | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administered) |

**Omnibus Hearing held.**

**I.**     *Status Reports:*

     1. Report from the Oversight Board.

     2. Report from AAFAF.

**II.**     *Fee Examiner Status Report:*

     1. Judge Swain remarks regarding the Fee Examiner's Sixth Interim Report [Case No. 17-3283, ECF No. 8934]

**III.**     *Uncontested Matters:*

     1. Commonwealth's Individual Objection to Claim of Madeline Dosal Milán (Claim No. 60246) [Docket Entry No. 8692 in Case No. 17-3283]

         a.     Order approving the objection to be entered.

3:17-BK-3283 (LTS)

Omnibus Hearing - October 30, 2019

2. Commonwealth, HTA, and ERS's Sixty-Eighth Omnibus Objection (Non- Substantive) to Duplicate Claims [Docket Entry No. 8693 in Case No. 17-3283].

   a. Order approving the objection to be entered.

3. Seventieth Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 8696]

   a. Order approving the objection to be entered.

4. Seventy-First Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 8697]

   a. Order approving the objection to be entered.

5. Sixty-Seventh Omnibus Objection to Claims. [Case No. 17-3283, ECF No. 8302]

   a. Order approving the objection to be entered.

IV. **Contested Matters**

1. Debtors' Motion Authorizing Administrative Reconciliation of Certain Claims [Docket Entry No. 8827 in Case No. 17-3283]

   a. Granted. Amended proposed materials and order to be submitted by November 13, 2019.

2. Commonwealth of Puerto Rico's Sixty-Fourth Omnibus Objection (Substantive) to Claims Based on Investments in Mutual Funds [Docket Entry No. 8297 in Case No. 17-3283]

   a. Attorney Wiscovitch heard on Docket Entry No. 8563 in Case No. 17-3283.

   b. The Debtor's Objection (Docket No. 8297) is sustained. Proposed order to be submitted.

3. Commonwealth and ERS's Sixty-Ninth Omnibus Objection (Non-Substantive) to Satisfied Claims [Docket Entry No. 8695 in Case No. 17-3283]

   a. Response filed by Ponce Real Estate Corporation as to the original claim (Docket No. 8780) is overruled.

   b. Debtors' objection is sustained. Order to be entered.

4. Commonwealth's Seventy-Second Omnibus Objection (Substantive) to Bondholder Claims Asserting Amounts for which the Commonwealth is Not Liable [Docket Entry No. 8698 in Case No. 17-3283]

   a. Response filed by JRF Gold Distributors, Inc. (Docket No. 8780) is overruled.

   b. Debtor's objection is sustained. Order to be entered.

5. Commonwealth's Seventy-Third Omnibus Objection (Substantive) to Bondholder Claims Asserting Amounts for Which the Commonwealth Is Not Liable [Docket Entry No. 8699 in Case No. 17-3283]

3:17-BK-3283 (LTS)
Omnibus Hearing - October 30, 2019

      a. Response filed by Patricia Moscoso (Docket No. 8855) is overruled.

      b. Debtor's objection is sustained. Order to be entered.

## V. *Adjourned Matters:*

1. AAFAF's Objection to Claim of the United States Department of the Treasury / Internal Revenue Service [Docket Entry No. 7419 in Case No. 17-3283; Docket Entry No. 643 in Case No. 17-3284]

2. AMPR's Motion for Relief from Stay [Docket Entry No. 3914 in Case No. 17-3283]

3. UBS Financial Services of Puerto Rico's Motion for Relief from Stay [Docket Entry No. 8823 in Case No. 17-3283; Docket Entry No. 677 in Case No. 17-3566]

4. Ambac's Motion to Compel Compliance with Orders Authorizing 2004 Examinations [Docket Entry No. 7505 in Case No. 17-3283]

5. Ambac's Motion for Order Authorizing 2004 Discovery Concerning Pension Liabilities [Docket Entry No. 7507 in Case No. 17-3283]

6. Fee Examiner's Limited Objection to the Amended First Interim Fee Application of Duff & Phelps LLC [Docket Entry No. 8862 in Case No. 17-3283]

      s/Carmen Tacoronte
      Carmen Tacoronte
      Courtroom Deputy