UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nicholas Vass, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On October 25, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Participants Service List attached hereto as **Exhibit A**:

- Joint Reply in Further Support of Urgent Motion to Modify Order Regarding Stay and Mandatory Mediation with Respect to Certain Issues Raised in Certain Contested Matters and Adversary Proceedings Related to the Bonds Issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico
  [Docket No. 8955 Case No. 17 BK 3283; Docket No. 686 Case No. 17 BK 3566]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Order Granting Urgent Joint Motion to Modify Order Regarding Stay and Mandatory Mediation with Respect to Certain Issues Raised in Certain Contested Matters and Adversary Proceedings Related to the Bonds Issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico
[Docket No. 8962 Case No. 17 BK 3283; Docket No. 687 Case No. 17 BK 3566]

Dated: October 30, 2019

Nicholas Vass

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 25, 2019, by Nicholas Vass, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

**<u>Exhibit A</u>**

Exhibit A
Participants Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| Ada A. Castrodad-Rivera | G-6, Calle 7 | | Cidra | PR | 00739 | | First Class Mail |
| Agustin Torres-Sepulveda & Matilde S. Perez-Torres | Paseo del Sol | 215 Calle Metic | Dorado | PR | 00646 | gustorres50@verizon.net | First Class Mail and Email |
| Alice Miriam Fagundo-Alvarez | 3453 Pasci Versatil | Vista Point | Ponce | PR | 00716 | edgardomenech@gmail.com | First Class Mail and Email |
| Alice W. De Colon (aka Alice Elaine Colon-Warren) | Apartado 335383 | | Ponce | PR | 00733-5383 | | First Class Mail |
| Andres Acosta-Nazario and Magaly Acosta-Nazario | PO Box 2460 | | San Germain | PR | 00683 | magaly.acosta.nazario@gmail.com | First Class Mail and Email |
| Angel Cocero-Sanchez | G Mariano Ramirez Bages | Apt 1C, Cond. Laguna Terrace | San Juan | PR | 00907 | | First Class Mail |
| Antonio R. Aulet-Castro | Urb. Villa Rose 8 | | Manati | PR | 00674 | kitlto@hotmail.com | First Class Mail and Email |
| Ariel Colon-Clavell | Divina Providencia 7172 | Urb. Santa Maria | Ponce | PR | 00719-1018 | | First Class Mail |
| Arturo Suarez-Lopez / Ilia M. Perez | Box 364766 | | San Juan | PR | 00936-4766 | arturosuarez112@gmail.com | First Class Mail and Email |
| Carlos M. Flores | Estancias de Bairoa | E3 Calle Tuliran | Caguas | PR | 00727 | carlosflores285@hotmail.com | First Class Mail and Email |
| Carmen Q. de Bello | Clavel L2 | Parques Santa Maria | San Juan | PR | 00927 | hbello55@gmail.com | First Class Mail and Email |
| Consuelo Carbia | Golden Gate | 104 Amatista St. | Guaynabo | PR | 00968 | conniecarbia@gmail.com | First Class Mail and Email |
| Delbis Lespier-Santiago | Urb. La Rambla | 2109 Calle Gibraltar | Ponce | PR | 00730 | | First Class Mail |
| Diana M. Arzola-Matos | Condominio Pavilion Court | 161 Cesar Gonzalez #172 | San Juan | PR | 00918 | | First Class Mail |
| Diana M. Sosa | 1555 Calle Martin Travieso | Apto 705 | San Juan | PR | 00911 | dianamsosa56@gmail.com | First Class Mail and Email |
| Edgar Domenech-Morera | 3453 Pasci Versatil | Vista Point | Ponce | PR | 00716 | edgardomenech@gmail.com | First Class Mail and Email |
| Edwin Rodriguez-Batis | Urb. Torre Molino DF19 | | Guaynabo | PR | 00969 | erbatis@yahoo.com | First Class Mail and Email |
| Eileen I. Velez | 753 Riachveld St. | Urb. Valle Verde | Ponce | PR | 00716-3516 | | First Class Mail |
| Eloy Mena-Diaz | PO Box 1013 | | Cabo Rojo | PR | 00623 | eloymenadiaz@gmail.com | First Class Mail and Email |
| Francisco Toro-De Osuna and Viviana Velez-Perez | Urb. Extension Quintas De Santa Maria | 28 | Mayaguez | PR | 00682 | img.franciscotoro@gmail.com | First Class Mail and Email |
| Gretchen Valiente (filed on 10/22/2019 in Ponce, PR) | Malva Street R-4 | Jardines Fagot | Ponce | PR | 00716 | | First Class Mail |
| Harry A. Bello | Clavel L2 | Parques Santa Maria | San Juan | PR | 00927 | hbello55@gmail.com | First Class Mail and Email |
| Hector L. Gonzalez-Quintana | HC2 Box 25884 | | San Sebastian | PR | 00685 | hgg1164@hotmail.com | First Class Mail and Email |
| Hector L. Mattei-Calvo | Jardines de Ponce | H8 Paseo Trebol | Ponce | PR | 00730 | yauco13@yahoo.com | First Class Mail and Email |
| Hilda A. Izquierdo-Stella | 1632 Calle Navarra | Rambla | Ponce | PR | 00730 | | First Class Mail |
| Hiram Gomez-Vallecillo | Box 12244 | | San Juan | PR | 00914 | hiramgomez@me.com | First Class Mail and Email |
| Ismael Melendez | 12 Calle De La Cruz | Apt. #7 | San Juan | PR | 00901 | im712@yahoo.com | First Class Mail |
| Ivaem College, Inc (Luis A. Herrera) | 14 Calle Intendonte Ramirez | | Caguas | PR | 00725 | finanzas@ivaempr.com | First Class Mail and Email |
| James J. Scott | 7665 Humphreys Rd | | Ardmore | PA | 19003 | jjeffersonscott@gmail.com | First Class Mail and Email |
| Janis L. Jansen | 4811 N 127st | | Wichita | KS | 67226 | jljkse@csy.net | First Class Mail and Email |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Page 1 of 3

Exhibit A
Participants Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| Jason R. Galbraith | 243 Mountwell Avenue | | Haddonfield | NJ | 08033 | galbraith@yahoo.com | First Class Mail and Email |
| Jesus Cintron-Carrasquillo and Elsie Vazquez-Rodriguez | HC 3 Box 9904 | | Yabucao | PR | 00767 | | First Class Mail |
| Jesus Comas-del Toro and Herminia Comas | Urb. Hostos | 3 Calle Arturo Davila | Mayaguez | PR | 00682-5940 | ledorot077@gmail.com | First Class Mail and Email |
| Jesus Librada-Sanz | | | Caguas | PR | 00727 | libradajesus@yahoo.es | First Class Mail and Email |
| Jesus Rivera-Santana | HC 15 Box 15667 | | Humacao | PR | 00791-9496 | | First Class Mail |
| Jose E. Ruiz-Mattei | Villas del Sol | 306 Torremolino | Carolina | PR | 00985 | jeruiz2057@gmail.com | First Class Mail and Email |
| Juan A. Barnes Velez and Teresa Zamora-Ceide | 3380 Dona Juana St | Vistapoint | Ponce | PR | 00716-4826 | | First Class Mail |
| Juan A. Barnes-Velez | 3380 Dona Juana St | Vistapoint | Ponce | PR | 00716-4826 | | First Class Mail |
| Kathleen V. Urbanski | 39 Woodshire Dr. | | Erial | NJ | 08081 | bffv1R5@yahoo.com | First Class Mail and Email |
| Leon Winer | Regency Park Suite 1902 | 155 Carabo St | Guatnabo | PR | 00971 | prleon@msn.com | First Class Mail and Email |
| Liana Rivera Olivieri | 9140 Calle Marina | Suite 801 | Ponce | PR | 00717 | mevicens@yahoo.com | First Class Mail and Email |
| Linette Alvarez | 120 Ave Condado | Apt #1002 | San Juan | PR | 00907 | alvarezliviette@gmail.com | First Class Mail and Email |
| Luis G. Montanez | Santa Paula | V-20 Juan Ramos | Guaynabo | PR | 00969 | montanezlg@gmail.com | First Class Mail and Email |
| Luis M. Ferrer-Davila | P.O. Box 3779 | Marina Station | Mayaguez | PR | 00681 | l4feda2009@gmail.com | First Class Mail and Email |
| Magaly Acosta Nazario | PO Box 2460 | | San Germain | PR | 00683 | magaly.acosta.nazario@gmail.com | First Class Mail and Email |
| Mani Ayyar | 18816 Tuggle Ave | | Cupertino | CA | 95014 | mayyar29@gmail.com | First Class Mail and Email |
| Manuel B. Martinez-Giraud | PO Box 183 | | Arecibo | PR | 00613 | | First Class Mail |
| Marcos Dragoni & Maria Aguayo de Dragoni | PO Box 10576 | | Ponce | PR | 00732 | abbyaguayo@yahoo.com | First Class Mail and Email |
| Maria C. Snyder-Zalduondo | 2 Calle San Miguel | | San Juan | PR | 00911 | mariasynder1@gmail.com | First Class Mail and Email |
| Maria E. Vicens Rivera | 9140 Calle Marina | Suite 801 | Ponce | PR | 00717 | mevicens@yahoo.com | First Class Mail and Email |
| Maribel Acosta-Nazario and Magaly Acosta-Nazario | PO Box 2460 | | San Germain | PR | 00683 | magaly.acosta.nazario@gmail.com | First Class Mail and Email |
| Matilde Landron | Calle Hector Pantoja #9 | | Vega Baja | PR | 00693 | tontimati@yahoo.com | First Class Mail and Email |
| Michael Matras | 3775 N.W. 31St Ave | | Oakland Park | FL | 33309 | importmike@aol.com | First Class Mail and Email |
| Miguel A. Roman-Villanueva | Calle Dona Juana 3380 | Vistapoint | Ponce | PR | 00716-4826 | | First Class Mail |
| Nelida Figueroa-Santiago | PO Box 87 | | Utuado | PR | 00641 | | First Class Mail |
| Nelly A. Mendez-Figueroa | PO Box 87 | | Utuado | PR | 00641 | nelly.mendez.figueroa@gmail.com | First Class Mail and Email |
| Noel Ybanez | K22 H Quenillo St | Urb. Arbolada | Caguas | PR | 00727 | neybus@yahoo.com | First Class Mail and Email |
| Orlando A. Carbia | Golden Gate | 104 Amatista St. | Guaynabo | PR | 00968 | orlandocarbia@gmail.com | First Class Mail and Email |
| Rafael A. Munoz-Espinosa and Carmen M. Sotomayor-Almodovar | 35285 Calle Clavellina | Urb. Jacaranda | Ponce | PR | 00730 | | First Class Mail |

Exhibit A
Participants Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|
| Rafael Amador-Toledo | 73 Placid Court 2 | Apt. 3-C | San Juan | PR | 00907 | amadortoledo@hotmail.com | First Class Mail and Email |
| Ruben Diaz | Urb. Caldas | Jose Fidalgo Diaz # 2037 | San Juan | PR | 00926 | rubencardio@gmail.com | First Class Mail and Email |
| Sven Comas-del Toro and Luz M. Diaz-de Comas | Urb Hostos 6 Calle Luis de Celis | | Mayaguez | PR | 00682-5947 | | First Class Mail |
| Teresa Zamora-Ceide | 3380 Dona Juana St | Vistapoint | Ponce | PR | 00716-4826 | | First Class Mail |
| Tomas Hernandez-Aldarondo | Urb. Apolo 70 Minerva | | Guaynabo | PR | 00469-5001 | hernandeztomas@hotmail.com | First Class Mail and Email |
| William M. Savage | 4955 N 127St | | Wichita | KS | 67226 | savagemanor@gmail.com | First Class Mail and Email |
| Wilson Rivera-Ortiz | Calle Aloa 1471 | Urb. Mercedita | Ponce | PR | 00717 | | First Class Mail |