# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------ x
                                                             :
In re                                                        :
                                                             :   PROMESA
THE FINANCIAL OVERSIGHT AND                                  :   Title III
MANAGEMENT BOARD FOR PUERTO RICO,                            :
                                                             :
      as representative of                                   :   Case No. 17-BK-3283 (LTS)
                                                             :
THE COMMONWEALTH OF PUERTO RICO,                             :   (Jointly Administered)
et al.,                                                      :
                                                             :
      Debtors.¹                                              :
                                                             :
------------------------------------------------------------ x
                                                             :
In re                                                        :
                                                             :
THE FINANCIAL OVERSIGHT AND                                  :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                            :   Title III
                                                             :
      as representative of                                   :
                                                             :   Case No. 17-BK-04780-LTS
PUERTO RICO ELECTRICAL POWER                                 :
AUTHORITY (PREPA),                                           :   Court Filing Relates Only to PREPA
                                                             :
      Debtor.                                                :
------------------------------------------------------------ x
```

**FOURTH JOINT INFORMATIVE MOTION REGARDING SCHEDULE FOR MOTION TO COMPEL DEPOSITIONS OF NELSON MORALES AND JOSÉ ROQUE TORRES**

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Cortland Capital Market Services LLC ("Cortland"), as successor administrative agent for lenders under a Credit Agreement, dated May 4, 2012, among the Puerto Rico Electric Power Authority ("PREPA"), Scotiabank de Puerto Rico, and certain lenders; SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Ultra NB LLC (collectively, "Solus"), as lenders to PREPA under the Scotiabank Credit Agreement and under a Trade Finance Facility Agreement, dated July 20, 2012, between PREPA and Citibank, N.A.; PREPA, by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as PREPA's representative pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act; and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF" and, together with Cortland, Solus, PREPA, and the Oversight Board, the "Parties") respectfully submit this fourth joint informative motion regarding the deadlines for Cortland and Solus to file a motion to compel the deposition testimony of Nelson Morales and José Roque Torres.

1. On October 18, 2019, the Court entered the *Corrected Fifth Revised Order Modifying Certain Deadlines Applicable to the Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(a)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement [ECF No. 1235]* (the "Fifth Revised Scheduling Order") [ECF No. 1672].

2. On October 25, 2019, the Court entered the *Sixth Revised Order Modifying Certain Deadlines Applicable to the Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(a)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support*

*Agreement* (the "Sixth Revised Scheduling Order") [Dkt. 1684]. The Sixth Revised Scheduling Order provides that certain provisions of the Fifth Revised Scheduling Order "shall govern."

3. The Sixth Revised Scheduling Order (through incorporation of certain provisions of the Fifth Revised Scheduling Order) contemplates the filing of a motion to compel regarding Cortland's and Solus's notices of deposition of Nelson Morales and José Roque Torres by October 23, 2019.

4. As reflected in the *Third Joint Informative Motion Regarding Schedule for Motion to Compel Depositions of Nelson Morales and José Roque Torres* [ECF No. 1686], the Parties previously agreed to extend Cortland's and Solus's deadline to file the motion to compel the depositions of Mr. Morales and Mr. Roque to October 30, 2019.

5. The Parties are continuing to work productively toward a stipulation to narrow or avoid the depositions of Mr. Morales and Mr. Roque. In the interest of reaching a consensual resolution, the parties hereby agree that:

    A. Cortland's and Solus's deadline to file the motion to compel the depositions of Mr. Morales and Mr. Roque is November 4, 2019.

    B. If the Court orders AAFAF, PREPA, and/or the Oversight Board to make Mr. Morales and/or Mr. Roque available for deposition, then the "deadline for completion of fact discovery" provided in the Sixth Revised Scheduling Order shall be extended as to these two depositions until each deposition is completed.

    C. None of the Parties' agreements reflected in this informative motion shall affect any other deadlines provided for under the Sixth Revised Scheduling Order.

Dated: October 30, 2019

Respectfully submitted,

| | |
|---|---|
| */s/ Nayuan Zouairabani* | */s/ Emil A. Kleinhaus* |

Nayuan Zouairabani
USDC-PR No. 226411
MCCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: (787) 250-5604
Facsimile: (787) 759-9225
Email: nzt@mcvpr.com

Richard G. Mason (admitted *pro hac vice*)
John F. Lynch (admitted *pro hac vice*)
Emil A. Kleinhaus (admitted *pro hac vice*)
Angela K. Herring (admitted *pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
Email: rgmason@wlrk.com
　　　　jlynch@wlrk.com
　　　　eakleinhaus@wlrk.com
　　　　akherring@wlrk.com

*Attorneys for Cortland Capital Market Services LLC, as Administrative Agent*

| | |
|---|---|
| */s/ Jose L. Ramirez-Coll* | */s/ Bryce L. Friedman* |

Jose L. Ramirez-Coll
USDC-PR No. 221702
ANTONETTI, MONTALVO
& RAMIREZ-COLL
P.O. Box 13128
San Juan, Puerto Rico 00908
Telephone: (787) 977-0303
Facsimile: (787) 977-0323
Email: jramirez@amrclaw.com

Bryce L. Friedman (admitted *pro hac vice*)
Nicholas Baker (admitted *pro hac vice*)
Sarah E. Phillips (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
Email: bfriedman@stblaw.com
　　　　nbaker@stblaw.com
　　　　sarah.phillips@stblaw.com

*Attorneys for SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Ultra NB LLC*

 /s/ Luis F. del Valle Emmanuelli
Luis F. del Valle Emmanuelli
DEL VALLE EMMANUELLI LAW OFFICES
P.O. Box 79897
San Juan, Puerto Rico 00984-9897
Telephone: (787) 977-1932
Facsimile: (787) 722-1932
Email: dvelawoffices@gmail.com

*Co-Attorneys for the Financial Oversight and Management Board for Puerto Rico and as representative of the Puerto Rico Electric Power Authority*

 /s/ Katiuska Bolaños
Katiuska Bolaños
USDC-PR 231812
DÍAZ & VÁZQUEZ LAW FIRM, P.S.C.
290 Jesús T. Piñero Ave.
Scotiabank Tower, Suite 11-E
San Juan, Puerto Rico 00918
PO Box 11689
San Juan, PR 00922-1689
Telephone: (787) 458-8276
Email: kbolanos@diazvaz.com

*Co-Attorneys for Puerto Rico Electric Power Authority*

 /s/ Margaret A. Dale
Martin J. Bienenstock (admitted *pro hac vice*)
Paul V. Possinger (admitted *pro hac vice*)
Ehud Barak (admitted *pro hac vice*)
Margaret A. Dale (admitted *pro hac vice*)
Gregg M. Mashberg (admitted *pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Email: mbienenstock@proskauer.com
ppossinger@proskauer.com
ebarak@proskauer.com
mdale@proskauer.com
gmashberg@proskauer.com

*Attorneys for the Financial Oversight and Management Board for Puerto Rico and as representative of the Puerto Rico Electric Power Authority*

 /s/ Elizabeth L. McKeen
John J. Rapisardi (admitted *pro hac vice*)
Nancy A. Mitchell (admitted *pro hac vice*)
Peter Friedman (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
Email: jrapisardi@omm.com
nmitchell@omm.com
pfriedman@omm.com

-and-

Elizabeth L. McKeen (admitted *pro hac vice*)
Ashley M. Pavel (admitted *pro hac vice*)
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
Email: emckeen@omm.com
apavel@omm.com

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority and the Puerto Rico Electric Power Authority*

-4-

-5-

*/s/ Luis Marini*
Luis Marini
MARINI PIETRANTONI MUÑIZ, LLC
MCS Plaza
San Juan, Puerto Rico 00917
Telephone: (787) 406-8555
Email: lmarini@mpmlawpr.com

*Co-Attorneys for Puerto Rico Fiscal
Agency and Financial Advisory Authority*