# Exhibit 13

**Certificate of Determination, dated May 4, 2012**

A-2

# CERTIFICATE OF DETERMINATION OF THE EXECUTIVE DIRECTOR OF THE PUERTO RICO ELECTRIC POWER AUTHORITY FIXING CERTAIN TERMS, CONDITIONS AND OTHER DETAILS RELATING TO $500,000,000 REVOLVING CREDIT FACILITY

I, **OTONIEL CRUZ CARRILLO**, Executive Director of the Puerto Rico Electric Power Authority (the "Authority"), **HEREBY CERTIFY** that pursuant to the powers delegated to me pursuant to Resolution No. 3909 duly adopted by the Authority on April 12, 2012 (the "Resolution"), which powers are in full force and effect and have not been modified, amended or revoked, I have made the following determinations:

SECTION 1. Definitions. Unless the context shall clearly indicate some other meaning, all words and terms used in this Certificate of Determination which are defined in the Credit Agreement, dated the date hereof, among the Authority, as Borrower, the Lenders Party thereto and Scotiabank de Puerto Rico (the "Bank"), as the Administrative Agent (the "Credit Agreement"), shall for all purposes of this Certificate of Determination have the respective meanings given to them in the Credit Agreement.

SECTION 2. Approving the Terms and Conditions of the Credit Agreement and Notes. (A) Pursuant to the Resolution and for the purpose of providing funds to pay unpaid expenses for accounts that qualify as Current Expenses under the Trust Agreement dated as of January 1, 1974, as amended and supplemented, by and between the Authority and U.S. Bank National Association, as successor trustee (the "Trust Agreement"), the Authority shall enter into a credit facility (the "Credit Facility") with the Bank, in the principal amount not to exceed $500,000,000.

(B) The Credit Facility shall be evidenced from time to time by one or more promissory notes of the Authority (each, a "Note" and collectively, the "Notes"). The Credit Facility shall provide for the making of advances, which advances shall be dated and shall mature on such dates, shall bear interest at such rates, and shall have such other essential details, as the case may be, as shall be set forth in the Credit Agreement, a copy of which is attached hereto as Appendix A. The terms and conditions of the Borrowings as contained in the Credit Agreement are hereby approved.

(C) The Notes, a form of which is attached hereto as Appendix B, shall be signed by my manual signature and attested with the manual signature of the Secretary of the Authority and the seal of the Authority shall be imprinted on the Notes by the Secretary. The terms and conditions as contained in the Notes are hereby approved.

SECTION 3. Notes as Current Expenses. Obligations of the Authority under the Credit Agreement and the Notes shall constitute "Current Expenses" as such term is defined in the Trust Agreement.

12773875.8

PREPA_RSA0028292
Confidential

SECTION 4. <u>Maturity Date</u>. Unless terminated earlier pursuant to the terms of the Credit Agreement, the maturity date of the Credit Agreement is May 4, 2013.

SECTION 5. <u>Officers to do all Things Required Under the Credit Agreement and the Notes</u>. The officers of the Authority are hereby authorized and directed to do all acts and things required of them by the provisions of the Credit Agreement and the Notes for the full, punctual and complete performance of all the terms, covenants, provisions and agreements of the Credit Agreement, the Notes and the Trust Agreement.

*[Remainder of page intentionally left blank.]*

PREPA_RSA0028293
Confidential

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Puerto Rico Electric Power Authority this 4th day of May, 2012.

PUERTO RICO ELECTRIC POWER AUTHORITY

By: _____
Otoniel Cruz Carrillo
Executive Director

[SEAL]

12773875.8

PREPA_RSA0028294
Confidential