# Exhibit 14

**Certificate of Determination, dated July 20, 2012**

**(UNDER SEAL)**