# <u>Exhibit 15</u>

**GDB Memo for Authorization to Extend the Availability Period for Advances, dated April 29, 2013**

**(UNDER SEAL)**