# Exhibit 18

**PREPA Borrowing Requests**

CN 078-04495
REV. 02/14

COMMONWEALTH OF PUERTO RICO
PUERTO RICO ELECTRIC POWER AUTHORITY

SAN JUAN, PUERTO RICO



www.prepa.com

GPO BOX 364267
SAN JUAN, PR  00936-4267

FORM OF BORROWING REQUEST

June 17, 2014

VIA FACSIMILE NO: 787-766-7909

Scotiabank de Puerto Rico
Hato Rey Commercial Banking Center
Scotiabank Tower, 290 Jesús T. Piñero Avenue
Hato Rey, Puerto Rico 00918

Attention:  Mr. Juan Boscio
          Mrs. Irmary Portalatín

Re:  Borrowing Request from Puerto Rico Electric Power Authority

    This Borrowing Request is being delivered pursuant to Section 2.03 of the Credit Agreement, dated as of May 4, 2012 (the Agreement) between Puerto Rico Electric Power Authority (the Borrower), the lenders party there to and Scotiabank de Puerto Rico, as Administrative Agent.  All capitalized terms used but not defined herein shall have the meanings specified for such terms in the Agreement.

    The Borrower hereby irrevocably requests a Borrowing under the Agreement and the Resolution (as defined in the Agreement) and sets forth the below information in connection therewith:

1.    The aggregate amount of the requested Borrowing is: **$31,050,000.00**

2.    The Business Day of the requested Borrowing is:  **June 19, 2014**.

3.    The proceeds shall be applied to pay Current Expenses, as defined in the Trust Agreement and evidenced by the attached unpaid invoices or other documentation evidencing the payments due.

4.    The Borrowing shall be a LIBOR Advance for an Interest Period equal to (check one) 1-week____, 1-month _____ , 2-months _____ or 3-months __X__.

"We are an equal opportunity employer and do not discriminate on the basis of race, color, gender, age, national or social origin, social status, political ideas or affiliation, religion; for being or perceived to be a victim of domestic violence, sexual aggression or harassment, regardless of marital status, sexual orientation, gender identity or immigration status; for physical or mental disability, for veteran status or genetic information."

Scotiabank de Puerto Rico
Form of Borrowing Request
Page 2

5.      The Borrower certifies that such LIBOR Advance shall not result in such Advance maturing after the earlier of (i) the Advance Repayment Date or (ii) the Maturity Date.

The Borrower hereby certifies that the conditions to such Borrowing set forth in Section 4.02 of the Agreement have been satisfied on the date hereof and will be true on the date of the Requested Borrowing.

The Borrower hereby further certifies that the proceeds of the requested Borrowing:

1.  Will be used only to pay Current Expenses, as defined in the Trust Agreement.

2.  The conditions to such Advance set forth in Section 4.02 of the Agreement have been satisfied on the date hereof and will be true on the date of the requested Borrowing.

3.  The proceeds of the Advance will be used only for the purpose of paying Current Expenses, as defined in the Trust Agreement, and evidenced by the attached unpaid invoices or other documentation evidencing the payments due.

4.  Will be used in a manner that is consistent with all provisions of the Agreement.

Dated:  June 17, 2014

PUERTO RICO ELECTRIC POWER AUTHORITY

Luis Figueroa Báez
Finance Director



**SCOTIABANK DE PUERTO RICO**

## Wire Transfer Instructions

| | | |
|---|---|---|
| 1. | Value Date | **June 19, 2014** |
| 2. | Scotiabank Account Number | **62265902003367** |
| 3. | Name of Account | **PREPA** |
| 4. | Amount | **$31,050,000.00** |
| 5. | Intermediary Bank's Name | **Citibank, NY** |
| | City and Country | **New York** |
| | ABA (nine digits) o SWIFT | **021000089** |
| 6. | Beneficiary Bank's Name | **Citibank, PR** |
| | City and Country | **San Juan, Puerto Rico** |
| | ABA (nine digits) o SWIFT | **CITIPRSJ** |
| | Account number in intermediary bank | **10-99-1506** |
| 7. | Name of Beneficiary | **Puerto Rico Electric Power Authority** |
| | Address | **Ave. Ponce de León 1110** |
| | | **Santurce, PR 00907** |
| | Account number in beneficiary bank | **0-400015-015 (General Fund)** |
| 8. | Reference and payments details | **AES – Partial Pymt. Inv. Period March-2014($10,000,000.00); Ecoeléctrica – Partial Pymt Inv. Period March-2014 ($10,000,000.00); Petrowest – Inv. 137500/455/499/669/668//730/711/776/137819,855/629/, 138182/223/225/239/180/310/374/425($200,190.49); Puma Energy – Inv. 140325, 140403-1 and 140409-1 ($9,166,974.61); Pattern Sta. Isabel – Inv. PSI-PREPA-018 and PSI-PREPA-REC-018** |

_____
Luis Figueroa Báez
Authorized Signature

_____
Juan F. Alicea Flores
Authorized Signature

NOTE:  For transfers to/within the United States, ensure the correct beneficiary account number is recorded / quoted as the account number takes precedence over the beneficiary name.  It is understood and agreed that The Bank of Nova Scotia or Scotiabank of PR (Scotiabank) may make the remittance through such agents and correspondents as it may choose and by such means of communication as may be selected by it.  Scotiabank will not be responsible for any delays or errors on the part of postal services, telegraph, radio or cable companies or their agents, or on the part of Scotiabank's agents or correspondents on Canada or abroad, or for any loss or delay arising from any government action whether in Canada or elsewhere.  If the remittance is not completed for any reason whatsoever, Scotiabank will refund the original transfer proceeds, less refund expenses and losses (if any), and risks from exchange rate fluctuations, upon receipt of the returned proceeds from its agent/correspondent bank.  The original transfer fee is non-refundable.

Revised January, 2013

Confidential



AEE 13.4-83
Rev. 03/09

ESTADO LIBRE ASOCIADO DE PUERTO RICO
AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO

CERTIFICACIÓN DE TRABAJO REALIZADO / SERVICIOS RENDIDOS

EcoEléctrica, LP
Proyecto

Peñuelas, Puerto Rico
Localización

| Contratista | EcoEléctrica, LP  V-010774 | Contrato Número | Compra de Energía |
|---|---|---|---|
| Dirección | Firm Delivery, 641 Road 337, Peñuelas, PR | Fecha | 5 de mayo de 2014 |
| Pago Parcial Número | 169 | Cubre periodo desde | 1 al 31 de enero de 2014 |

(Describir en detalle el servicio, equipo o material e incluir la evidencia en original y número de facturas que justifican el pago).

| Descripción | Precio por Unidad | Total |
|---|---|---|
| Pago por Compra de Energía y Capacidad correspondiente a marzo 2014, período 169 de Operación Comercial. | | $35,444,315.65 |
| | | |

*(handwritten annotations:)*
$35,444,315.65
3,000,000.00 → Paid 6/12/14
32,444,315.65 → Bal.
-10,000,000.00 → Paid 6/19/14
22,444,315.65 → Bal.

RECIBIDO
A.E.E.
MAY 08 2014
SECCION COMPROBANTES
DE DESEMBOLSOS

*(handwritten:)* Pago 004   47 days desp. del 31/marzo 14
PAGO 005 0914 IRL

| | Total | $35,444,315.65 |

Certificación

Certifico que he verificado este pago parcial Número  169  por el periodo cubierto desde
1-marzo-2014  hasta  31-marzo-2014  ; que a mi mejor conocimiento y
entender es una certificación correcta del valor del trabajo realizado por el contratista, y que todo el trabajo incluido en este pago parcial ha sido inspeccionado por mí o por algún asistente autorizado y que dicho trabajo ha sido desarrollado o suplido en completo acuerdo con los planos y especificaciones, los términos y condiciones del contrato aprobado o cambios debidamente autorizados, o plan de trabajo según aplique.

Certifico Correcto:

Firma
Roberto Rivera Medina
Ingeniero Gerencial
Depto. Sistemas de Generación
Nombre y Título

5-MAYO-2014
Fecha

Recomendado por:

Firma
Abner Añazagasty Medina
Superintendente
Generación y Energía Renovable
Nombre y Título

6/mayo/14
Fecha

Aprobada para pago por:

Firma
Dolores Reyes Figueroa
Jefe
División Planificación y Estudios
Nombre y Título

5/mayo/2014
Fecha

| Retención: | Sí o No | Cantidad | | | | |
|---|---|---|---|---|---|---|
| | | | Número Estimado (o resp. contable): | Sub-cuenta | Clase de Gasto | Cantidad Facturada |
| OCIP (Seguro) | | | | | | |
| Construcción (10%) | | | Dr. 01-2321 | 23235 | 000-000 | |
| Penalidades | | | Cr. | | | |
| Total retención | | | | | | |
| Resp. Contable: | | | | Total Facturado | | |

Confidential

PREPA_RSA0026477



ESTADO LIBRE ASOCIADO DE PUERTO RICO
AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO

CERTIFICACIÓN DE TRABAJO REALIZADO Y SERVICIOS RENDIDOS

AES Puerto Rico
Proyecto

Guayama, PR
Localización

Contratista  AES Puerto Rico   V : 016216        Contrato Número      Compra de Energía

Dirección . PO. Box 1890, Guayama, PR  00785              Fecha       5 de mayo de 2014

Pago Parcial Número        137        Cubre período desde    1 al 31 de marzo de 2014

(Describir en detalle el servicio, equipo o material e incluir evidencia en original y número de facturas que justifican el pago).

| Descripción | Precio por Unidad | Total |
|---|---|---|
| Compra de Energía y Capacidad correspondiente a marzo de 2014, período 137 de operación comercial. | | $25,904,605.12 |
| | | 6,000,000.00 → Paid 6/5/14 |
| | | 19,904,605.12 => Bal. |
| | | -3,000,000.00 → Paid 6/10/14 |
| | | 16,904,605.12 => Bal. |
| | | -3,000,000.00 => Paid 6/12/14 |
| | | 13,904,605.12 => Bal. |
| | | -10,000,000.00 → Paid 6/19/14 |
| | | 3,904,605.12 => Bal. |

RECIBIDO
A.E.E.
MAY 0 8 2014
SECCION COMPROBANTES
DE DESEMBOLSOS

PAGO-05 0914-IRL

Pago 004    87 días desp. de fact. Total                        $25,904,605.12

31/marzo/14  Certificación

Certifico que he verificado este pago parcial Número   137   por el período cubierto desde
1 de marzo de 2014   hasta   31 de marzo de 2014   ; que a mi mejor conocimiento y
entender es una certificación correcta del valor del trabajo realizado por el contratista, y que todo el trabajo incluido en este pago parcial ha sido inspeccionado por mi o por algún asistente autorizado y que dicho trabajo ha sido desarrollado o suplido en completo acuerdo con los planos y especificaciones, los términos y condiciones del contrato aprobado o cambios debidamente autorizados, o plan de trabajo según apliqué.

Certifico Correcto:

Firma
Roberto Rivera Medina
Ingeniero Gerencial
Depto. Sistemas de Generación
Nombre y Título                5 - MAYO - 2014
                                Fecha

Recomendado por:                              Aprobada para pago por:

Abner Amazagasty Medina                     Dolores Reyes Figueroa
Superintendente                             Jefe
Generación y Energía Renovable  6/MAYO/14   División, Planificación y Estudios  9/mayo/2014
Nombre y Título    Fecha                     Nombre y Título         Fecha

| Retención: | Sí o No | Cantidad | | | | |
|---|---|---|---|---|---|---|
| | | | Número Estimado (o resp. contable): | Sub-cuenta | Clase de Gasto | Cantidad Facturada |
| OCIP (Seguro) | | | | | | |
| Construcción (10%) | | | Dr.  01-2321 | 28236 | 000-000 | |
| Penalidades | | | Cr. | | | |
| Total retención | | | | | | |

Confidential

PREPA_RSA0026478



**PetroWest Inc.**
PO BOX 1165
Hormigueros, PR 00660
Tel. (787) 834-0555

# INVOICE

*Due Date 6/9/14*

| | |
|---|---|
| **Invoice Date:** | 3/31/2014 |
| **Invoice Number:** | **137500** |

**BILL TO:**

Autoridad De Energía Eléctrica
Atencion Oficina de Combustibles
PO Box 364267
San Juan, PR 00936-4267

**SHIP TO:**

AEE Rio Piedras
Esq Calle Las Brisas
Sec Sabana Llanas

| P.O. NUMBER | TERMS | SALES REP | VIA | SHIP DATE |
|---|---|---|---|---|
| 000199 | Net 45 | | Our Truck | 3/31/2014 |

| QUANTITY | ITEM CODE | DESCRIPTION | CONDUCE | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| 3,000 | 3000 | UN 1203, Gasoline, 3, PG-II, 1 C/T (Unlead Regular Gasoline 87) | 137500 | 3.3289 | 9,986.70 |
| 5,000 | 1200 | NA 1993, Diesel Fuel, 3, PG-III, 1C/T (Diesel Ultra Low Sulfur) | 137500 | 3.3952 | 16,976.00 |
| | | Control Number 902.03.13-000199 | | | |
| | | Asset Contract 66410 | | | |

RECIBIDO
A.E.E.
MAY 08 2014
SECCION COMPROBANTES
DE DESEMBOLSOS

APROBADO PARA PAGO
APR 30 2014
Oficina de Combustibles

RECIBIDO
AEE
APR 25 2014
Oficina de Combustibles

Emergency Numbers
(787) 453-9555 / 383-3742
(787) 553-8555

| **INVOICE TOTAL:** | $26,962.70 |
|---|---|

Bajo pena de nulidad absoluta certifico que ningún servidor público de PetroWest Inc. es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante de la agencia. El importe de esta factura es justo y correcto. Los trabajos han sido realizados, los productos han sido entregados, los servicios prestados y no han sido pagados.

| **PETROWEST INC.** | | |
|---|---|---|
| **Nombre de la Compañía** | **Representante Autorizado** | **Fecha** |
| | | 03, 31, 2014 |

*Due Date 6/9/14    #606410*

# PetroWest Inc.

PO BOX 1165
Hormigueros, PR 00660
Tel. (787) 834-0555

## INVOICE

| | |
|---|---|
| **Invoice Date:** | 3/31/2014 |
| **Invoice Number:** | **137455** |

*PR. 99013*

### BILL TO: *V: 006313*

Autoridad De Energía Eléctrica
Atencion Oficina de Combustibles
PO Box 364267
San Juan, PR 00936-4267

### SHIP TO:

AEE  Manati
Taller de mecanica automotriz
Carr #2 km 49.6
Manati

| P.O. NUMBER | TERMS | SALES REP | VIA | SHIP DATE |
|---|---|---|---|---|
| 000197 | Net 45 | | Our Truck | 3/28/2014 |

| QUANTITY | ITEM CODE | DESCRIPTION | CONDUCE | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| 2,000 | 1200 | NA 1993, Diesel Fuel, 3, PG-III, 1C/T (Diesel Ultra Low Sulfur) | 137455 | 3.3539 | 6,707.80 |
| 1,000 | 3000 | UN 1203, Gasoline, 3, PG-II, 1 C/T (Unlead Regular Gasoline 87) | 137455 | 3.322 | 3,322.00 |
| | | Control Number 902-03-13 000197 | | | |
| | | Asset Contract No 66410 | | | |

APROBADO PARA PAGO
APR 2 9 2014
Oficina de Combustibles

RECIBIDO
AEE
APR 2 5 2014
Oficina de Combustibles

RECIBIDO
A.E.E.
MAY 06 2014
SECCION COMPROBANTES
DE DESEMBOLSOS

| | |
|---|---|
| **INVOICE TOTAL:** | $10,029.80 |

Emergency Numbers
(787) 453-9555 / 383-3742
(787) 553-8555

Bajo pena de nulidad absoluta certifico que ningún servidor público de PetroWest Inc. es parte o tiene algún interés en las ganancias o beneficios producto del contrato obje[...]
esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar lo[...]
o servicios objeto del contrato ha sido el pago acordado con el representante de la agencia. El importe de esta factura es justo y correcto. Los trabajos han sido realiza[...]
productos han sido entregados, los servicios prestados y no han sido pagados.

| **PETROWEST INC.** | | |
|---|---|---|
| **Nombre de la Compañía** | **Representante Autorizado** | 03/31/20[..]  **Fecha** |

*Due Date: 6/9/14*

# PetroWest Inc.

PO BOX 1165
Hormigueros, PR 00660
Tel. (787) 834-0555

*PR: 20113  V:0 06313*

## INVOICE

| | |
|---|---|
| **Invoice Date:** | 4/2/2014 |
| **Invoice Number:** | 137499 |

| BILL TO: | SHIP TO: |
|---|---|
| Autoridad De Energía Eléctrica<br>Atencion Oficina de Combustibles<br>PO Box 364267<br>San Juan, PR 00936-4267 | AEE Taller Aguadilla<br>Ave Victoria Int Carr 115<br>Aguadilla |

| P.O. NUMBER | TERMS | SALES REP | VIA | SHIP DATE |
|---|---|---|---|---|
| 000198 | Net 45 | | Our Truck | 3/31/2014 |

| QUANTITY | ITEM CODE | DESCRIPTION | CONDUCE | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| 1,000 | 3000 | UN 1203, Gasoline, 3, PG-II, 1 C/T (Unlead Regular Gasoline 87) | 137499 | 3.3289 | 3,328.90 |
| 1,000 | 1200 | NA 1993, Diesel Fuel, 3, PG-III, 1C/T (Diesel Ultra Low Sulfur)<br>Control Number 902.03.13-000198<br>Asset Contract 66410 | 137499 | 3.3952 | 3,395.20 |

APROBADO PARA PAGO
APR 29 2014
Oficina de Combustibles

RECIBIDO A.E.E.
APR 25 2014
Oficina de Combustibles

RECIBIDO A.E.E.
MAY 06 2014
SECCION COMPROBANTES
DE DESEMBOLSOS

Emergency Numbers
(787) 453-9555 / 383-3742
(787) 553-8555

| **INVOICE TOTAL:** | $6,724.10 |
|---|---|

Bajo pena de nulidad absoluta certifico que ningún servidor público de PetroWest Inc. es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante de la agencia. El importe de esta factura es justo y correcto. Los trabajos han sido realizados, los productos han sido entregados, los servicios prestados y no han sido pagados.

| PETROWEST INC. | | 4 / 02 / 2014 |
|---|---|---|
| Nombre de la Compañía | Representante Autorizado | Fecha |

PREPA_RSA0026481

# PetroWest Inc.

PO BOX 1165
Hormigueros, PR 00660
Tel. (787) 834-0555

*RECIBIDO*
AEE
APR 25 2014
Oficina de Combustibles

# INVOICE

**Invoice Date:** 4/4/2014

**Invoice Number:** **137669**

**BILL TO:**

Autoridad De Energía Eléctrica
Atencion Oficina de Combustibles
PO Box 364267
San Juan, PR 00936-4267

**SHIP TO:**

AEE Arecibo
Carr #2 int 691
Taller de Mecanico Automotriz
Bo Islote Sector el Pesaje

| P.O. NUMBER | TERMS | SALES REP | VIA | SHIP DATE |
|---|---|---|---|---|
| 000201 | Net 45 | | Our Truck | 4/4/2014 |

| QUANTITY | ITEM CODE | DESCRIPTION | CONDUCE | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| 2,995 | 1200 | NA 1993, Diesel Fuel, 3, PG-III, 1C/T (Diesel Ultra Low Sulfur) | 137669 | 3.3412 | 10,006.89 |
| 1,000 | 3000 | UN 1203, Gasoline, 3, PG-II, 1 C/T (Unlead Regular Gasoline 87) | 137669 | 3.4483 | 3,448.30 |
| | | Contract Number 902-03-13 - 000201 | | | |
| | | Asset Contract No 66410 | | | |

*APROBADO PARA PAGO*
APR 29 2014
Oficina de Combustibles

*RECIBIDO*
A.E.E.
MAY 06 2014
SECCION COMPROBANTES
DE DESEMBOLSO

*RECIBIDO*
AEE
APR 25 2014
Oficina de Combustibles

Emergency Numbers
(787) 453-9555 / 383-3742
(787) 553-8555

## INVOICE TOTAL: $13,455.19

Bajo pena de nulidad absoluta certifico que ningún servidor público del Gobierno de PR y/o sus Municipios es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante de la agencia. El importe de esta factura es justo y correcto. Los trabajos han sido realizados, los productos han sido entregados, los servicios prestados y no han sido pagados.

**PETROWEST INC.**
**Nombre de la Compañía**

**Representante Autorizado**

04, 04, 2014
**Fecha**

Confidential

HS Cont # 66410



**PetroWest Inc.**
PO BOX 1165
Hormigueros, PR 00660
Tel. (787) 834-0555

PR : 50113

*RECIBIDO*
*A.E.E.*
APR 2 5 2014
*Oficina de Combustibles*

# INVOICE

| Invoice Date: | 4/7/2014 |
|---|---|
| Invoice Number: | 137668 |

**BILL TO:**

Autoridad De Energía Eléctrica
Atencion Ofic de Combustibles
PO Box 364267
San Juan, PR 00936-4267

**SHIP TO:**

AEE Taller Barranquitas
Bda La Vega Carr 156
Km 14.4

| P.O. NUMBER | TERMS | SALES REP | VIA | SHIP DATE |
|---|---|---|---|---|
| 000202 | Net 45 | | Our Truck | 4/4/2014 |

| QUANTITY | ITEM CODE | DESCRIPTION | CONDUCE | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| 2,000 | 1200 | NA 1993, Diesel Fuel, 3, PG-III, 1C/T (Diesel Ultra Low Sulfur) | 137668 | 3.3412 | 6,682.40 |
| 2,000 | 3000 | UN 1203, Gasoline, 3, PG-II, 1 C/T (Unlead Regular Gasoline 87) | 137668 | 3.4483 | 6,896.60 |
| | | Control Number 902-03-13 - 000202 | | | |
| | | Asset Contract No 66410 | | | |

*RECIBIDO*
*A.E.E.*
MAY 06 2014
*SECCION COMPROBANTES DE DESEMBOLSOS*

*APROBADO PARA PAGO*
APR 29 2014
*Oficina de Combustibles*

Emergency Numbers
(787) 453-9555 / 383-3742
(787) 553-8555

| **INVOICE TOTAL:** | $13,579.00 |
|---|---|

Bajo pena de nulidad absoluta certifico que ningún servidor público de PetroWest Inc. es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante de la agencia. El importe de esta factura es justo y correcto. Los trabajos han sido realizados, los productos han sido entregados, los servicios prestados y no han sido pagados.

| **PETROWEST INC.** | | 04/07/2014 |
|---|---|---|
| **Nombre de la Compañía** | **Representante Autorizado** | **Fecha** |

Confidential

6/9/14   #66410

# PetroWest Inc.
PO BOX 1165
Hormigueros, PR 00660
Tel. (787) 834-0555

*RECIBIDO*
*AEE*
**APR 25 2014**
Oficina de Combustibles

PR: 88013

# INVOICE

| | |
|---|---|
| **Invoice Date:** | 4/7/2014 |
| **Invoice Number:** | **137730** |

**BILL TO:** r: 006313

Autoridad De Energía Eléctrica
Atencion Oficina de Combustibles
PO Box 364267
San Juan, PR 00936-4267

**SHIP TO:**

AEE Taller San German
Carr 360 Int Carr 362 frente a
la guardia Nacional

| P.O. NUMBER | TERMS | SALES REP | VIA | SHIP DATE |
|---|---|---|---|---|
| 000204 | Net 45 | | Our Truck | 4/7/2014 |

| QUANTITY | ITEM CODE | DESCRIPTION | CONDUCE | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| 2,000 | 1200 | NA 1993, Diesel Fuel, 3, PG-III, 1C/T (Diesel Ultra Low Sulfur)<br>Control Number 902.03.13-000204<br>Asset Contract 66410 | 137730 | 3.3442 | 6,688.40 |

APROBADO PARA PAGO
APR 29 2014
Oficina de Combustibles

RECIBIDO
A.E.E.
MAY 06 2014
SECCION COMPROBANTES
DE DESEMBOLSOS

Emergency Numbers
(787) 453-9555 / 383-3742
(787) 553-8555

**INVOICE TOTAL:**      $6,688.40

Bajo pena de nulidad absoluta certifico que ningún servidor público del Gobierno de PR y/o sus Municipios es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante de la agencia. El importe de esta factura es justo y correcto. Los trabajos han sido realizados, los productos han sido entregados, los servicios prestados y no han sido pagados.

| **PETROWEST INC.** | | 04, 07, 2014 |
|---|---|---|
| **Nombre de la Compañía** | **Representante Autorizado** | **Fecha** |

Confidential

PREPA_RSA0026484



**PetroWest Inc.**
PO BOX 1165
Hormigueros, PR 00660
Tel. (787) 834-0555

RECIBIDO
AEE
APR 25 2014
Oficina de Combustibles

V. 006313

# INVOICE

**Invoice Date:** 4/8/2014

**Invoice Number:** **137711**

| BILL TO: | SHIP TO: |
|---|---|
| Autoridad De Energía Eléctrica<br>PO Box 70253<br>Division De Combustibles<br>San Juan, PR 00936-8253 | AEE Central San Juan<br>Carr #28 Ave Esq Mercado<br>Zona Portuaria Pueblo Viejo |

| P.O. NUMBER | TERMS | SALES REP | VIA | SHIP DATE |
|---|---|---|---|---|
| 000203 | Net 60 | | Our Truck | 4/7/2014 |

| QUANTITY | ITEM CODE | DESCRIPTION | CONDUCE | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| 500 | 1200 | NA 1993, Diesel Fuel, 3, PG-III, 1C/T (Diesel Ultra Low Sulfur)<br>Control Number 902.03.13-000203<br>Asset Contract 66410 | 137711 | 3.3442 | 1,672.10 |

APROBADO PARA PAGO
APR 29 2014
Oficina de Combustibles

RECIBIDO
A.E.E.
MAY 06 2014
SECCION COMPROBANTES
DE DESEMBOLSOS

Emergency Numbers
(787) 453-9555 / 383-3742
(787) 553-8555

## INVOICE TOTAL:    $1,672.10

Bajo pena de nulidad absoluta certifico que ningún servidor público del Gobierno de PR y/o sus Municipios es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante de la agencia. El importe de esta factura es justo y correcto. Los trabajos han sido realizados, los productos han sido entregados, los servicios prestados y no han sido pagados.

**PETROWEST INC.**
**Nombre de la Compañía**        **Representante Autorizado**        04/03, 2014  **Fecha**

Confidential

PREPA_RSA0026485

ASG# 66410

## PetroWest Inc.
PO BOX 1165
Hormigueros, PR 00660
Tel. (787) 834-0555

PR: 60113

*RECIBIDO*
*AEE*
APR 25 2014
Oficina de Combustibles

# INVOICE

**Invoice Date:** 4/9/2014

**Invoice Number:** **137776**

| BILL TO: | SHIP TO: |
|---|---|
| Autoridad De Energía Eléctrica<br>Atencion Oficina de Combustibles<br>PO Box 364267<br>San Juan, PR 00936-4267 | AEE Taller de Ponce |

| P.O. NUMBER | TERMS | SALES REP | VIA | SHIP DATE |
|---|---|---|---|---|
| 000205 | Net 45 | | Our Truck | 4/9/2014 |

| QUANTITY | ITEM CODE | DESCRIPTION | CONDUCE | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| 2,000 | 1200 | NA 1993, Diesel Fuel, 3, PG-III, 1C/T (Diesel Ultra Low Sulfur) | 137776 | 3.3786 | 6,757.20 |
| 1,000 | 3000 | UN 1203, Gasoline, 3, PG-II, 1 C/T (Unlead Regular Gasoline 87) | 137776 | 3.5167 | 3,516.70 |
| | | Contract Number 902-03-13 - 000205<br>Asset Contract No 66410 | | | |

APROBADO PARA PAGO
APR 3 0 2014
Oficina de Combustibles

*RECIBIDO*
*A.E.E.*
MAY 06 2014
SECCION COMPROBANTES
DE DESEMBOLSOS

Emergency Numbers
(787) 453-9555 / 383-3742
(787) 553-8555

# INVOICE TOTAL:  $10,273.90

Bajo pena de nulidad absoluta certifico que ningún servidor público del Gobierno de PR y/o sus Municipios es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante de la agencia. El importe de esta factura es justo y correcto. Los trabajos han sido realizados, los productos han sido entregados, los servicios prestados y no han sido pagados.

**PETROWEST INC.**
**Nombre de la Compañía**

**Representante Autorizado**

04,09,2014
**Fecha**

Confidential

PREPA_RSA0026486



# PetroWest Inc.
PO BOX 1165
Hormigueros, PR 00660
Tel. (787) 834-0555



RECIBIDO
APR 25 2014
Oficina de Combustibles

V. 006313

## INVOICE

| | |
|---|---|
| **Invoice Date:** | 4/10/2014 |
| **Invoice Number:** | **137819** |

### BILL TO:
Autoridad De Energía Eléctrica
Atencion Oficina de Combustibles
PO Box 364267
San Juan, PR 00936-4267

### SHIP TO:
AEE Taller Aguadilla
Ave Victoria Int Carr 115
Aguadilla

| P.O. NUMBER | TERMS | SALES REP | VIA | SHIP DATE |
|---|---|---|---|---|
| 000206 | Net 60 | | Our Truck | 4/10/2014 |

| QUANTITY | ITEM CODE | DESCRIPTION | CONDUCE | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| 1,000 | 1200 | NA 1993, Diesel Fuel, 3, PG-III, 1C/T (Diesel Ultra Low Sulfur) Control Number 902.03.13-000206 Asset Contract 66410 | 137819 | 3.3854 | 3,385.40 |

APROBADO PARA PAGO
APR 29 2014
Oficina de Combustibles

RECIBIDO
A.E.E.
MAY 06 2014
SECCION COMPROBANTES
DE DESEMBOLSOS

Emergency Numbers
(787) 453-9555 / 383-3742
(787) 553-8555

| **INVOICE TOTAL:** | $3,385.40 |
|---|---|

Bajo pena de nulidad absoluta certifico que ningún servidor público del Gobierno de PR y/o sus Municipios es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante de la agencia. El importe de esta factura es justo y correcto. Los trabajos han sido realizados, los productos han sido entregados, los servicios prestados y no han sido pagados.

| **PETROWEST INC.** | | |
|---|---|---|
| **Nombre de la Compañía** | **Representante Autorizado** | 04, 10, 2014 **Fecha** |

Confidential

PR 49013

#66410 Due Date 6/09/14.

# PetroWest Inc.

PO BOX 1165
Hormigueros, PR 00660
Tel. (787) 834-0555

*RECIBIDO*
*AEE*
**APR 2 5 2014**
*Oficina de Combustibles*

# INVOICE

**Invoice Date:** 4/11/2014

**Invoice Number:** **137855**

| BILL TO: | SHIP TO: |
|---|---|
| Autoridad De Energía Eléctrica<br>Atencion Oficina de Combustibles<br>PO Box 364267<br>San Juan, PR 00936-4267 | AEE Monacillos<br>Carr #1 Km 15.1 Calle San<br>Roberto Final |

| P.O. NUMBER | TERMS | SALES REP | VIA | SHIP DATE |
|---|---|---|---|---|
| 000207 | Net 45 | | Our Truck | 4/11/2014 |

| QUANTITY | ITEM CODE | DESCRIPTION | CONDUCE | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| 3,000 | 3000 | UN 1203, Gasoline, 3, PG-II, 1 C/T (Unlead Regular Gasoline 87)<br>Control Number 902.03.13-000207<br>Asset Contract 66410 | 137855 | 3.5422 | 10,626.60 |

*APROBADO PARA PAGO*
**APR 2 9 2014**
*Oficina de Combustibles*

*RECIBIDO*
*A.E.E.*
**MAY 0 6 2014**
*SECCION COMPROBANTES*
*DE DESEMBOLSOS*

Emergency Numbers
(787) 453-9555 / 383-3742
(787) 553-8555

# INVOICE TOTAL:    $10,626.60

Bajo pena de nulidad absoluta certifico que ningún servidor público del Gobierno de PR y/o sus Municipios es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante de la agencia.  El importe de esta factura es justo y correcto.  Los trabajos han sido realizados, los productos han sido entregados, los servicios prestados y no han sido pagados.

**PETROWEST INC.**
**Nombre de la Compañía**

**Representante Autorizado**

04 , 11 , 2014
**Fecha**

Confidential

PREPA_RSA0026488



**PetroWest Inc.**
PO BOX 1165
Hormigueros, PR 00660
Tel. (787) 834-0555

# INVOICE

**Invoice Date:** 4/3/2014

**Invoice Number:** **137629**

**BILL TO:**

Autoridad De Energía Eléctrica
Atencion Oficina de Combustibles
PO Box 364267
San Juan, PR 00936-4267

**SHIP TO:**

AEE Taller de Mecanica Utuado
Carr #10 km 56.5
Utuado, PR 00641

| P.O. NUMBER | TERMS | SALES REP | VIA | SHIP DATE |
|---|---|---|---|---|
| 000200 | Net 45 | | Our Truck | 4/3/2014 |

| QUANTITY | ITEM CODE | DESCRIPTION | CONDUCE | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| 2,000 | 3000 | UN 1203, Gasoline, 3, PG-II, 1 C/T (Unlead Regular Gasoline 87) | 137629 | 3.4301 | 6,860.20 |
| 1,000 | 1200 | NA 1993, Diesel Fuel, 3, PG-III, 1C/T (Diesel Ultra Low Sulfur) | 137629 | 3.3234 | 3,323.40 |
| | | Control Number 902.03.13-000200 | | | |
| | | Asset Contract 66410 | | | |

APROBADO PARA PAGO
APR 29 2014
Oficina de Combustibles

RECIBIDO
A E E
APR 25 2014
Oficina de Combustibles

RECIBIDO
A.E.E.
MAY 06 2014
SECCION COMPROBANTES
DE DESEMBOLSOS

Emergency Numbers
(787) 453-9555 / 383-3742
(787) 553-8555

**INVOICE TOTAL:** $10,183.60

Bajo pena de nulidad absoluta certifico que ningún servidor público de PetroWest Inc. es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante de la agencia. El importe de esta factura es justo y correcto. Los trabajos han sido realizados, los productos han sido entregados, los servicios prestados y no han sido pagados.

| **PETROWEST INC.** | | |
|---|---|---|
| **Nombre de la Compañía** | **Representante Autorizado** | **Fecha** |
| | | 04, 03, 2014 |

PREPA_RSA0026489

*66410    Due Date :6/21/14*

# PetroWest Inc.

PO BOX 1165
Hormigueros, PR 00660
Tel. (787) 834-0555

# INVOICE

*PR: 35113    V: 006313*

| | |
|---|---|
| **Invoice Date:** | 4/23/2014 |
| **Invoice Number:** | **138182** |

| BILL TO: | SHIP TO: |
|---|---|
| Autoridad De Energía Eléctrica<br>Atencion Oficina de  Combustibles<br>PO Box 364267<br>San Juan, PR 00936-4267 | Taller de Yauco<br>Calle Matienzo Cintron # 49<br>Frente al cuartel de la policía<br>Yauco |

| P.O. NUMBER | TERMS | SALES REP | VIA | SHIP DATE |
|---|---|---|---|---|
| 000209 | Net 45 | | Our Truck | 4/23/2014 |

| QUANTITY | ITEM CODE | DESCRIPTION | CONDUCE | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| 2,000 | 1200 | NA 1993, Diesel Fuel, 3, PG-III, 1C/T (Diesel Ultra Low Sulfur) | 138182 | 3.4535 | 6,907.00 |
| 2,000 | 3000 | UN 1203, Gasoline, 3, PG-II, 1 C/T (Unlead Regular Gasoline 87) | 138182 | 3.5374 | 7,074.80 |
| | | Control Number 902-03-13 - 000209 | 138182 | | |
| | | Asset Contract 66410 | 138182 | | |

APROBADO PARA PAGO
MAY 0 7 2014
Oficina de Combustibles

RECIBIDO
AEE
MAY - 7 2014
Oficina de Combustibles

RECIBIDO
A.E.E.
MAY 12 2014
SECCION COMPROBANTES
DE DESEMBOLSOS

Emergency Numbers
(787) 453-9555 / 383-3742
(787) 553-8555

| **INVOICE TOTAL:** | $13,981.80 |
|---|---|

Bajo pena de nulidad absoluta certifico que ningún servidor público del Gobierno de PR y/o sus Municipios es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante de la agencia.  El importe de esta factura es justo y correcto.  Los trabajos han sido realizados, los productos han sido entregados, los servicios prestados y no han sido pagados.

**PETROWEST INC.**
**Nombre de la Compañía**

**Representante Autorizado**

4 / 28 / 2014
**Fecha**

PREPA_RSA0026490

*66410    Due Dat 6/21/14*

## PetroWest Inc.

PO BOX 1165
Hormigueros, PR 00660
Tel. (787) 834-0555

# INVOICE

**Invoice Date:** 4/24/2014

**Invoice Number:** **138223**

*PR: 05113 V:006313*

**BILL TO:**

Autoridad De Energía Eléctrica
Atencion Oficina de Combustibles
PO Box 364267
San Juan, PR 00936-4267

**SHIP TO:**

AEE Taller Aguadilla
Ave Victoria Int Carr 115
Aguadilla

| P.O. NUMBER | TERMS | SALES REP | VIA | SHIP DATE |
|---|---|---|---|---|
| 000212 | Net 45 | | Our Truck | 4/24/2014 |

| QUANTITY | ITEM CODE | DESCRIPTION | CONDUCE | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| 1,000 | 3000 | UN 1203, Gasoline, 3, PG-II, 1 C/T (Unlead Regular Gasoline 87) | 138223 | 3.5374 | 3,537.40 |
| 1,000 | 1200 | NA 1993, Diesel Fuel, 3, PG-III, 1C/T (Diesel Ultra Low Sulfur) | 138223 | 3.4535 | 3,453.50 |
| | | Control Number 902.03.13-000212 | | | |
| | | Assett Contract 66410 | | | |

APROBADO PARA PAGO
MAY 07 2014
Oficina de Combustibles

RECIBIDO
AEE
MAY - 7 2014
Oficina de Combustibles

RECIBIDO
A.E.E.
MAY 12 2014

Emergency Numbers
(787) 453-9555 / 383-3742
(787) 553-8555

**INVOICE TOTAL:** $6,990.90

Bajo pena de nulidad absoluta certifico que ningún servidor público del Gobierno de PR y/o sus Municipios es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante de la agencia. El importe de esta factura es justo y correcto. Los trabajos han sido realizados, los productos han sido entregados, los servicios prestados y no han sido pagados.

**PETROWEST INC.**
**Nombre de la Compañía**

**Representante Autorizado**

*DF 24 2014*
**Fecha**

Confidential
PREPA_RSA0026491

*66410   Due date 6/21/14*

# PetroWest Inc.

PO BOX 1165
Hormigueros, PR 00660
Tel. (787) 834-0555

*PR: 75113*

# INVOICE

| | |
|---|---|
| **Invoice Date:** | 4/24/2014 |
| **Invoice Number:** | **138225** |

**BILL TO:** *V. 006313*

Autoridad De Energía Eléctrica
Atencion Oficina de  Combustibles
PO Box 364267
San Juan, PR 00936-4267

**SHIP TO:**

Taller de Yauco
Calle Matienzo Cintron # 49
Frente al cuartel de la policia
Yauco

| P.O. NUMBER | TERMS | SALES REP | VIA | SHIP DATE |
|---|---|---|---|---|
| 000213 | Net 45 | | Our Truck | 4/24/2014 |

| QUANTITY | ITEM CODE | DESCRIPTION | CONDUCE | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| 1,000 | 3000 | UN 1203, Gasoline, 3, PG-II, 1 C/T (Unlead Regular Gasoline 87) | 138225 | 3.5374 | 3,537.40 |
| 1,000 | 1200 | NA 1993, Diesel Fuel, 3, PG-III, 1C/T (Diesel Ultra Low Sulfur) | 138225 | 3.4535 | 3,453.50 |
| | | Control Number 902-03-13-000213 | | | |
| | | Assett Contract 66410 | | | |

APROBADO PARA PAGO
MAY 07 2014
Oficina de Combustibles

RECIBIDO
A.E.E
MAY – 7 2014
Oficina de Combustibles

RECIBIDO
A.E.E.
MAY 12 2014

Emergency Numbers
(787) 453-9555 / 383-3742
(787) 553-8555

**INVOICE TOTAL:**     $6,990.90

Bajo pena de nulidad absoluta certifico que ningún servidor público del Gobierno de PR y/o sus Municipios es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa.  La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante de la agencia.  El importe de esta factura es justo y correcto.  Los trabajos han sido realizados, los productos han sido entregados, los servicios prestados y no han sido pagados.

**PETROWEST INC.**
**Nombre de la Compañía**

**Representante Autorizado**

*04 24 2014*
**Fecha**

Confidential

PREPA_RSA0026492

Due Date: 6/21/14  66410

# PetroWest Inc.

PO BOX 1165
Hormigueros, PR 00660
Tel. (787) 834-0555

# INVOICE

**Invoice Date:** 4/24/2014

**Invoice Number:** **138239**

PR. 45113

**BILL TO:**

V. 006313

Autoridad De Energía Eléctrica
Atencion Oficina de Combustibles
PO Box 364267
San Juan, PR 00936-4267

**SHIP TO:**

AEE Arecibo
Carr #2 int 691
Taller de Mecanico Automotriz
Bo Islote Sector el Pesaje

| P.O. NUMBER | TERMS | SALES REP | VIA | SHIP DATE |
|---|---|---|---|---|
| 000211 | Net 45 | | Our Truck | 4/24/2014 |

| QUANTITY | ITEM CODE | DESCRIPTION | CONDUCE | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| 2,000 | 1200 | NA 1993, Diesel Fuel, 3, PG-III, 1C/T (Diesel Ultra Low Sulfur)<br><br>Control Number 902-03-13 - 000211<br>Asste Contract No 66410 | 138239 | 3.4535 | 6,907.00 |

APROBADO PARA PAGO

MAY 07 2014

Oficina de Combustibles

RECIBIDO
AEE
MAY - 7 2014
Oficina de Combustibles

RECIBIDO
A.E.E.
MAY 12 2014
SECCION COMPROBANTES
DE DESEMBOLSOS

Emergency Numbers
(787) 453-9555 / 383-3742
(787) 553-8555

**INVOICE TOTAL:** $6,907.00

Bajo pena de nulidad absoluta certifico que ningún servidor público del Gobierno de PR y/o sus Municipios es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante de la agencia. El importe de esta factura es justo y correcto. Los trabajos han sido realizados, los productos han sido entregados, los servicios prestados y no han sido pagados.

**PETROWEST INC.**
**Nombre de la Compañía**

**Representante Autorizado**

04/24/2014
**Fecha**

Confidential

PREPA_RSA0026493

*66410*   *Due Dt - 6-21-14*

## PetroWest Inc.
PO BOX 1165
Hormigueros, PR 00660
Tel. (787) 834-0555

# INVOICE

**Invoice Date:** 4/24/2014

**Invoice Number:** **138180**

*PR - 06113*
*V. 206313*

**BILL TO:**
Autoridad De Energía Eléctrica
Atencion Oficina de Combustibles
PO Box 364267
San Juan, PR 00936-4267

**SHIP TO:**
AEE Taller San German
Carr 360 Int Carr 362 frente a
la guardia Nacional

| P.O. NUMBER | TERMS | SALES REP | VIA | SHIP DATE |
|---|---|---|---|---|
| 000210 | Net 45 | | Our Truck | 4/23/2014 |

| QUANTITY | ITEM CODE | DESCRIPTION | CONDUCE | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| 1,000 | 1200 | NA 1993, Diesel Fuel, 3, PG-III, 1C/T (Diesel Ultra Low Sulfur) | 138180 | 3.4535 | 3,453.50 |
| 1,000 | 3000 | UN 1203, Gasoline, 3, PG-II, 1 C/T (Unlead Regular Gasoline 87) | 138180 | 3.5374 | 3,537.40 |
| | | Control Number 902-03-13 - 000210 | | | |
| | | Asset Contract 66410 | | | |

APROBADO PARA PAGO
MAY 07 2014
Oficina de Combustibles

RECIBIDO
MAY 12 2014
SECCION COMPROBANTES DE DESEMBOLSOS

RECIBIDO
AEE
MAY - 7 2014
Oficina de Combustibles

Emergency Numbers
(787) 453-9555 / 383-3742
(787) 553-8555

**INVOICE TOTAL:** $6,990.90

Bajo pena de nulidad absoluta certifico que ningún servidor público del Gobierno de PR y/o sus Municipios es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante de la agencia. El importe de esta factura es justo y correcto. Los trabajos han sido realizados, los productos han sido entregados, los servicios prestados y no han sido pagados.

**PETROWEST INC.**
Nombre de la Compañía

Representante Autorizado

04, 24, 2014
Fecha

Confidential

PREPA_RSA0026494

*Due Date: 6/21/14*



# PetroWest Inc.

PO BOX 1165
Hormigueros, PR 00660
Tel. (787) 834-0555

*66410*

# INVOICE

| | |
|---|---|
| **Invoice Date:** | 4/28/2014 |
| **Invoice Number:** | **138310** |

*PR: 15113*

**BILL TO:**

*V: 006313*

Autoridad De Energía Eléctrica
Atencion Oficina de Combustibles
PO Box 364267
San Juan, PR 00936-4267

**SHIP TO:**

AEE Taller de Mecanica Utuado
Carr #10 km 56.5
Utuado, PR 00641

| P.O. NUMBER | TERMS | SALES REP | VIA | SHIP DATE |
|---|---|---|---|---|
| 000215 | Net 45 | | Our Truck | 4/28/2014 |

| QUANTITY | ITEM CODE | DESCRIPTION | CONDUCE | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| 1,000 | 1200 | NA 1993, Diesel Fuel, 3, PG-III, 1C/T (Diesel Ultra Low Sulfur) | 138310 | 3.4615 | 3,461.50 |
| 2,000 | 3000 | UN 1203, Gasoline, 3, PG-II, 1 C/T (Unlead Regular Gasoline 87) | 138310 | 3.5288 | 7,057.60 |
| | | Control Number 902-03-13 - 000215 | | | |
| | | Asset Contract No 66410 | | | |

APROBADO PARA PAGO
MAY 0 7 2014
Oficina de Combustibles

RECIBIDO
A.E.E
MAY - 7 2014
Oficina de Combustibles

RECIBIDO
A.E.E
MAY 1 2 2014
SECCION COMPROBANTES
DE DESEMBOLSOS

Emergency Numbers
(787) 453-9555 / 383-3742
(787) 553-8555

| **INVOICE TOTAL:** | $10,519.10 |
|---|---|

Bajo pena de nulidad absoluta certifico que ningún servidor público del Gobierno de PR y/o sus Municipios es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante de la agencia. El importe de esta factura es justo y correcto. Los trabajos han sido realizados, los productos han sido entregados, los servicios prestados y no han sido pagados.

**PETROWEST INC.**
**Nombre de la Compañía**

**Representante Autorizado**

*04, 28, 2014*
**Fecha**

Confidential



**PetroWest Inc.**
PO BOX 1165
Hormigueros, PR 00660
Tel. (787) 834-0555

*Due Date: 6/27/14*
*Contrat 66410*

# INVOICE

| | |
|---|---|
| **Invoice Date:** | 4/30/2014 |
| **Invoice Number:** | **138374** |

*PR: 85113*

**BILL TO:**    *V. 006313*

Autoridad De Energía Eléctrica
Atencion Oficina de Combustibles
PO Box 364267
San Juan, PR 00936-4267

**SHIP TO:**

AEE Taller Aguadilla
Ave Victoria Int Carr 115
Aguadilla

| P.O. NUMBER | TERMS | SALES REP | VIA | SHIP DATE |
|---|---|---|---|---|
| 000216 | Net 45 | | Our Truck | 4/30/2014 |

| QUANTITY | ITEM CODE | DESCRIPTION | CONDUCE | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| 1,000 | 1200 | NA 1993, Diesel Fuel, 3, PG-III, 1C/T (Diesel Ultra Low Sulfur) | 138374 | 3.4231 | 3,423.10 |
| 1,000 | 3000 | UN 1203, Gasoline, 3, PG-II, 1 C/T (Unlead Regular Gasoline 87) | 138374 | 3.4528 | 3,452.80 |
| | | Control Number 902-03-13 - 000216 | | | |
| | | Asset Contract No 66410 | | | |

APROBADO PARA PAGO
MAY 0 7 2014
Oficina de Combustibles

RECIBIDO
A.E.E.
MAY 1 2 2014
SECCION COMPROBANTES
DE DESEMBOLSOS

RECIBIDO
A.E.E.
MAY - 7 2014
Oficina de Combustibles

Emergency Numbers
(787) 453-9555 / 383-3742
(787) 553-8555

| **INVOICE TOTAL:** | $6,875.90 |
|---|---|

Bajo pena de nulidad absoluta certifico que ningún servidor público del Gobierno de PR y/o sus Municipios es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante de la agencia. El importe de esta factura es justo y correcto. Los trabajos han sido realizados, los productos han sido entregados, los servicios prestados y no han sido pagados.

| **PETROWEST INC.** | | |
|---|---|---|
| **Nombre de la Compañía** | **Representante Autorizado** | 4 / 30 / 2014 **Fecha** |

Confidential

*Due Date: 6/21/14*

# PetroWest Inc.

PO BOX 1165
Hormigueros, PR 00660
Tel. (787) 834-0555

## INVOICE

*Contrat: 66410*

*PR: 16113*

| | |
|---|---|
| **Invoice Date:** | 5/1/2014 |
| **Invoice Number:** | **138425** |

**BILL TO:**  *V: 006313*

Autoridad De Energía Eléctrica
Atencion Oficina de Combustibles
PO Box 364267
San Juan, PR 00936-4267

**SHIP TO:**

Taller de Guayama
Sec Drandery Urb Gibraltar
Guayama

| P.O. NUMBER | TERMS | SALES REP | VIA | SHIP DATE |
|---|---|---|---|---|
| 000218 | Net 45 | | Our Truck | 5/1/2014 |

| QUANTITY | ITEM CODE | DESCRIPTION | CONDUCE | PRICE EACH | AMOUNT |
|---|---|---|---|---|---|
| 4,000 | 3000 | UN 1203, Gasoline, 3, PG-II, 1 C/T (Unlead Regular Gasoline 87) | 138425 | 3.4481 | 13,792.40 |
| 4,000 | 1200 | NA 1993, Diesel Fuel, 3, PG-III, 1C/T (Diesel Ultra Low Sulfur) | 138425 | 3.3902 | 13,560.80 |
| | | Control Number 902.03.13-000218 | | | |

> APROBADO PARA PAGO
> MAY 07 2014
> Oficina de Combustibles

> RECIBIDO
> AEE
> MAY - 7 2014
> Oficina de Combustibles

> RECIBIDO
> MAY 12 2014
> SECCION COMPROBANTES
> DE DESEMBOLSOS

Emergency Numbers
(787) 453-9555 / 383-3742
(787) 553-8555

## INVOICE TOTAL:    $27,353.20

Bajo pena de nulidad absoluta certifico que ningún servidor público del Gobierno de PR y/o sus Municipios es parte o tiene algún interés en las ganancias o beneficios producto del contrato objeto de esta factura y de ser parte o tener interés en las ganancias o beneficios producto del contrato ha mediado una dispensa previa. La única consideración para suministrar los bienes o servicios objeto del contrato ha sido el pago acordado con el representante de la agencia. El importe de esta factura es justo y correcto. Los trabajos han sido realizados, los productos han sido entregados, los servicios prestados y no han sido pagados.

**PETROWEST INC.**
**Nombre de la Compañía**

_____
**Representante Autorizado**

05, 01, 2014
**Fecha**

Confidential

PREPA_RSA0026497



PUMA ENERGY CARIBE, L.L.C.   *Due Date: 21/May/14*

*PR: 71103*   *Contrato: 66585*

**DATE:** MARZO 25, 2014
**INVOICE NUMBER:** 140325-1        REF: 102331

**TO:** PUERTO RICO ELECTRIC POWER AUTHORITY

PO BOX 364267        *SJPS-48 .*
SAN JUAN, PR 00936-4267
EDIF. JUAN RUIZ VELEZ
OFIC. 301, SANTURCE

**ATTN:** WILLIAM RODNEY CLARK, FUELS OFFICE MANAGER

**INVOICE DESCRIPTION:**

| | |
|---|---|
| CONTRACT: | 902-01-13 |
| VESSEL: | MT CHANCE |
| B/L DATE: | MARCH 22, 2014 |
| PRODUCT/GRADE: | GAS OIL/ 0.05% SULPHUR |
| OUTTURN QUANTITY: | 31,116.94 BARRELS |
| DELIVERY: | DDP/SAN JUAN |

*RECIBIDO A.E.E. APR 25 2014 SECCION COMPROBANTES DE DESEMBOLSOS*

PRICE
CALCULATION:

| | ULSD NYH CARGOES (PLATTS) | GAS OIL ULSD USGC WATERBOURNE (PLATTS) | ULSD 15PPM NYH CARGOES (ARGUS) | ULSD 8PPM USGC FOB CARGOES (ARGUS) |
|---|---|---|---|---|
| PRICING DATES: | (Cents per GA) | (Cents per GA) | (Cents per GA) | (Cents per GA) |
| March 21, 2014 | 292.050 | 289.250 | 294.385 | 289.760 |
| | 25.00% of 292.050 | 25.00% of 289.250 | 25.00% of 294.385 | 25.00% of 289.760 |

| | |
|---|---|
| AVERAGE: | 292.050 |
| PLUS PREMIUM: | 5.4800 |
| UNIT PRICE: | USD 127.8517 PER BARREL |
| VALUE: | USD 3,978,353.68 |

| | |
|---|---|
| SUB-TOTAL: | USD 3,978,353.68 |
| MUNICIPAL PATENT : | USD 19,891.77 |
| EXCISE TAXES: | USD 52,276.46 |
| TOTAL AMOUNT: | USD 4,050,521.91 |

*APROBADO PARA PAGO APR 0 4 2014 Oficina de Combustibles*

*— 2,800,000.00 → Paid 6/10/14*
*1,250,521.91 → Bal.*

**PAYMENT TERMS:** 60 WORKING DAYS AFTER COMPLETION OF DISCHARGE
**DUE DATE BY:** MAY 21, 2014

*2014 MAR 25 PM 12: 44   RECIBIDO OFICINA COMBUSTIBLES A.E.E.*

PLEASE PAY US DOLLAR BY WIRE TRANSFER IN IMMEDIATELY AVAILABLE FUNDS TO:

P O Box 11961, San Juan, P.R. 00922
Tel. 787-622-6499 Fax.787-787-1245

Confidential        PREPA_RSA0026498



PR: 91103

**PUMA ENERGY CARIBE, L.L.C**

*Due Date: 27/Mayo/14*

*Contrato: 66585*

DATE:       ABRIL 03, 2014
INVOICE NUMBER:    140403-1            REF: 102750-51

TO:        PUERTO RICO ELECTRIC POWER AUTHORITY      SJPS-49

PO BOX 364267
SAN JUAN, PR 00936-4267
EDIF. JUAN RUIZ VELEZ
OFIC. 301, SANTURCE

ATTN:      WILLIAM RODNEY CLARK, FUELS OFFICE MANAGER

**INVOICE DESCRIPTION:**

CONTRACT:      902-01-13

VESSEL:           IN TANK TRANSFER
B/L DATE:         MARCH 28, 2014
PRODUCT/GRADE:   GAS OIL/ 0.05% SULPHUR
OUTTURN         30,761.25 BARRELS
QUANTITY:
DELIVERY:        DDP/SAN JUAN

PRICE
CALCULATION:

| | ULSD NYH CARGOES (PLATTS) | GAS OIL ULSD USGC WATERBOURNE (PLATTS) | ULSD 15PPM NYH CARGOES (ARGUS) | ULSD 8PPM USGC FOB CARGOES (ARGUS) |
|---|---|---|---|---|
| PRICING DATES: | (Cents per GA) | (Cents per GA) | (Cents per GA) | (Cents per GA) |
| March 27, 2014 | 294.480 | 292.080 | 296.395 | 292.895 |
| March 28, 2014 | 294.770 | 293.420 | 297.640 | 293.655 |
| | 25.00% of 294.625 | 25.00% of 292.750 | 25.00% of 297.0175 | 25.00% of 293.275 |

AVERAGE:        294.625
PLUS PREMIUM:    5.4800
UNIT PRICE:      USD 129.1987 PER BARREL
VALUE:         USD 3,974,313.51

SUB-TOTAL:          USD   3,974,313.51
MUNICIPAL PATENT :   USD      19,756.19
EXCISE TAXES:       USD      51,678.90
BTU ADJUSTMENT:     USD    (23,076.18)
TOTAL AMOUNT:      USD   4,022,672.42

*RECIBIDO A.E.E. APR 25 2014 SECCION COMPROBANTES DE DESEMBOLSOS*

*APROBADO PARA PAGO APR 23 2014 Oficina de Combustibles*

PAYMENT TERMS:    60 WORKING DAYS AFTER COMPLETION OF DISCHARGE
DUE DATE BY:       MAY 27, 2014

*2014 APR -4 PM 12: 36*

*RECIBIDO OFICINA COMBUSTIBLES A.E.E.*

P O Box 11961, San Juan, P.R. 00922
Tel. 787-622-6499 Fax.787-787-1245

Confidential      PREPA_RSA0026499



*CPA: 707*
*2/jun/14 Dua DaA.*
*ASC f.# 66585*

PP: 68503   7

**PUMA ENERGY CARIBE, L.L.C.**

| | |
|---|---|
| DATE: | ABRIL 09, 2014 |
| INVOICE NUMBER: | 140409-1     REF: 102888 |

*SJPS-50*

| | |
|---|---|
| TO: | PUERTO RICO ELECTRIC POWER AUTHORITY |
| | PO BOX 364267 |
| | SAN JUAN, PR 00936-4267 |
| | EDIF. JUAN RUIZ VELEZ |
| | OFIC. 301, SANTURCE |
| ATTN: | WILLIAM RODNEY CLARK, FUELS OFFICE MANAGER |

<u>INVOICE DESCRIPTION:</u>

| | |
|---|---|
| CONTRACT: | 902-01-13 |
| VESSEL: | IN TANK TRANSFER |
| B/L DATE: | APRIL 02, 2014 |
| PRODUCT/GRADE: | GAS OIL/ 0.05% SULPHUR |
| OUTTURN QUANTITY: | 30,197,110 BARRELS |
| DELIVERY: | DDP/SAN JUAN |

*RECIBIDO*
*A E E*
*APR 11 2014*
*Oficina de Combustibles*

PRICE CALCULATION:

| | ULSD NYH CARGOES (PLATTS) | GAS OIL ULSD USGC WATERBOURNE (PLATTS) | ULSD 15PPM NYH CARGOES (ARGUS) | ULSD 8PPM USGC FOB CARGOES (ARGUS) |
|---|---|---|---|---|
| PRICING DATES: | (Cents per GA) | (Cents per GA) | (Cents per GA) | (Cents per GA) |
| April 01, 2014 | 288.340 | 287.590 | 290.580 | 287.380 |
| April 02, 2014 | 286.820 | 286.270 | 289.035 | 285.260 |
| April 03, 2014 | 290.090 | 288.040 | 292.745 | 289.345 |
| | 25.00% of 288.4166666667 | 25.00% of 287.3000 | 25.00% of 290.7866666667 | 25.00% of 287.3283333333 |

| | |
|---|---|
| AVERAGE: | 288.45791666667 |
| PLUS PREMIUM: | 5.4800 |
| UNIT PRICE: | USD 126.6323 PER BARREL |
| VALUE: | USD 3,823,929.49 |

| | | |
|---|---|---|
| SUB-TOTAL: | USD | 3,823,929.49 |
| MUNICIPAL PATENT : | USD | 19,119.65 |
| EXCISE TAXES: | USD | 50,731.14 |
| TOTAL AMOUNT: | USD | 3,893,780.28 |

*APROBADO PARA PAGO*
*APR 2 9 2014*
*Oficina de Combustibles*

| | |
|---|---|
| PAYMENT TERMS: | 60 WORKING DAYS AFTER COMPLETION OF DISCHARGE |
| DUE DATE BY: | JUNE 02, 2014 |



*RECIBIDO*
*A.E.E.*
*MAY 0 1 2014*
*SECCION COMPROBANTES*
*DE DESEMBOLSOS*

P O Box 11961, San Juan, P.R. 00922
Tel. 787-622-6499 Fax.787-787-1245

Confidential

P. 1

```
* * * Communication Result Report ( Jun. 17. 2014  4:33PM ) * * *
```

1) Oficina Tesorero
2)

Date/Time: Jun. 17. 2014  4:10PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 0087 | Memory TX Maryolie L. Sanchez | 97877667909 | P. 29 | E-2) 2) 2) 3) 3) | P. 1-29 |

```
Reason for error
  E. 1) Hang up or line fail          E. 2) Busy
  E. 3) No answer                     E. 4) No facsimile connection
  E. 5) Exceeded max. E-mail size     E. 6) Destination does not support IP-Fax
```

CM 978-04495
REV. 02/14

**COMMONWEALTH OF PUERTO RICO**
**PUERTO RICO ELECTRIC POWER AUTHORITY**

SAN JUAN, PUERTO RICO



www.prepa.com

GPO BOX 364267
SAN JUAN, PR  00906-4267

FORM OF BORROWING REQUEST

June 17, 2014

VIA FACSIMILE NO: 787-766-7909

Scotiabank de Puerto Rico
Hato Rey Commercial Banking Center
Scotiabank Tower, 290 Jesús T. Piñero Avenue
Hato Rey, Puerto Rico 00918

Attention: Mr. Juan Boscio
           Mrs. Irmary Portalatín

Re: Borrowing Request from Puerto Rico Electric Power Authority

    This Borrowing Request is being delivered pursuant to Section 2.03 of the Credit Agreement,
dated as of May 4, 2012 (the Agreement) between Puerto Rico Electric Power Authority (the
Borrower), the lenders party there to and Scotiabank de Puerto Rico, as Administrative Agent.  All
capitalized terms used but not defined herein shall have the meanings specified for such terms in the
Agreement.

    The Borrower hereby irrevocably requests a Borrowing under the Agreement and the
Resolution (as defined in the Agreement) and sets forth the below information in connection therewith:

1.    The aggregate amount of the requested Borrowing is: **$29,000,000.00**

2.    The Business Day of the requested Borrowing is: **June 19, 2014.**

3.    The proceeds shall be applied to pay Current Expenses, as defined in the Trust Agreement and
      evidenced by the attached unpaid invoices or other documentation evidencing the payments
      due.

4.    The Borrowing shall be a LIBOR Advance for an Interest Period equal to (check one)
      1-week____, 1-month _____, 2-months _____ or 3-months _X_ .

*"We are an equal opportunity employer and do not discriminate on the basis of race, color, gender, age, national or social origin, social
status, political ideas or affiliation, religion for being or perceived to be a victim of domestic violence, sexual aggression or harassment,
regardless of marital status, sexual orientation, gender identity or immigration status, for physical or mental disability, for veteran status or
genetic information."*

Confidential

PREPA_RSA0026501

AEE 13.4-83
REV. 03/09



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO**

**CERTIFICACION DE  TRABAJO REALIZADO / SERVICIOS RENDIDOS**

| Pattern Santa Isabel, LLC  V-122434 | Santa Isabel, Puerto Rico |
|---|---|
| Proyecto | Localización |

Contratista:             Pattern Santa Isabel, LLC

Contrato Núm:         2010-P00047

Dirección:             Pier 1, Bay 3, San Francisco, CA 94111

Fecha:         15 mayo de 2014

Pago Parcial Núm:                18

Periodo         1 al 30 de abril de 2014

| *PSI-PREPA-018*  DESCRIPCIÓN | PRECIO POR UNIDAD | TOTAL |
|---|---|---|
| Net Electrical Output (14,752,426.505 kWh) del proyecto eólico Pattern Santa Isabel. | $0.12688 | $1,871,787.87 |
| RECIBIDO A.E.E. MAY 21 2014 SECCION COMPROBANTES DE DESEMBOLSOS | | |
| *PAGO-053014-IRL* | | |
| *47 dias recib. 20/may/14*    *Pago 004*    **Total** | | $1,871,787.87 |

**CERTIFICACION**

Certifico que he verificado este Pago Parcial Núm. 18 por el periodo cubierto desde 1/abr/14 hasta 30/abr/14; que a mi mejor conocimiento y entender es una certificación correcta del valor del trabajo realizado por el contratista, y que todo el trabajo incluido en este pago parcial ha sido inspeccionado por mi o por algún asistente autorizado y que dicho trabajo ha sido desarrollado o suplido en completo acuerdo con los planos y especificaciones, los términos y condiciones del contrato aprobado o cambios debidamente autorizado, o plan de trabajo según aplique.

**CERTIFICO CORRECTO:**
Francheska López Quiñones
Ingeniero Gerencial Ingreso
Departamento Proyectos de Energía Renovable

Fecha:

5/15/2014

**RECOMENDADO POR:**
Miguel F. Irizarry Silvestrini, Gerente Interino
Departamento Proyectos de Energía Renovable

Fecha:

5/15/2014

**APROBADO PARA PAGO POR:**
Dolores Reyes Figueroa, Jefe
División Planificación y Estudios

Fecha:

16/may/2014

| Retención: | Sí o No | Cantidad | | Núm. Estimado (o resp. contable): | Sub-cuenta | Clase de Gasto | Cantidad Facturada |
|---|---|---|---|---|---|---|---|
| OCIP (Seguro) | | | | | | | |
| Construcción (10%) | | | | 01-2321 | 23235 | 000-000 | |
| Penalidad | | | | | | | |
| Total retención: | | | | | | | |
| Responsabilidad Contable: | | | | | | Total Facturado: | |

Confidential

AEE 13.4-83
REV. 03/09



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO**

**CERTIFICACION DE TRABAJO REALIZADO / SERVICIOS RENDIDOS**

| Pattern Santa Isabel, LLC  V-122434 | Santa Isabel, Puerto Rico |
|---|---|
| Proyecto | Localización |

| | | | |
|---|---|---|---|
| Contratista: | Pattern Santa Isabel, LLC | Contrato Núm: | 2010-P00047 |
| Dirección: | Pier 1, Bay 3, San Francisco, CA 94111 | Fecha: | 15 de mayo de 2014 |
| Pago Parcial Núm: | CERs-18 | Periodo | 1 al 30 de abril de 2014 |

PSI-PREPA-REC-018

| DESCRIPCIÓN | PRECIO POR UNIDAD | TOTAL |
|---|---|---|
| Green Credits o CERs (14,752) del proyecto eólico Pattern Santa Isabel. | $25.38/CER | $374,405.76 |

RECIBIDO
A.E.E.
MAY 21 2014
SECCION COMPROBANTES
DE DESEMBOLSOS

PAGO-053014-IRL
Pago 004     47 dias     recibido 20/mayo/14.

| | Total | $374,405.76 |
|---|---|---|

**CERTIFICACION**

Certifico que he verificado este Pago Parcial Núm. CERs-18 por el periodo cubierto desde 1/abr/14 hasta 30/abr/14; que a mi mejor conocimiento y entender es una certificación correcta del valor del trabajo realizado por el contratista, y que todo el trabajo incluido en este pago parcial ha sido inspeccionado por mi o por algún asistente autorizado y que dicho trabajo ha sido desarrollado o suplido en completo acuerdo con los planos y especificaciones, los términos y condiciones del contrato aprobado o cambios debidamente autorizado, o plan de trabajo según aplique.

**CERTIFICO CORRECTO:**                                    Fecha:

Francheska López Quiñones
Ingeniero Gerencial Ingreso                                  5/15/2014
Departamento Proyectos de Energía Renovable

**RECOMENDADO POR:**          Fecha:               **APROBADO PARA PAGO POR:**          Fecha:

                              5/15/2014                                                16/mayo/2014

Miguel F. Irizarry Silvestrini, Gerente Interino              Dolores Reyes Figueroa, Jefe
Departamento Proyectos de Energía Renovable                  División Planificación y Estudios

| Retención: | Sí o No | Cantidad | | Núm. Estimado (o resp. contable): | Sub-cuenta | Clase de Gasto | Cantidad Facturada |
|---|---|---|---|---|---|---|---|
| OCIP (Seguro) | | | | | | | |
| Construcción (10%) | | | | 01-4042 | 54714-668 | 050-0000 | |
| Penalidad | | | | | | | |
| Total retención: | | | | | | | |
| | | | | | | | |
| Responsabilidad Contable: | | | | | | Total Facturado: | |

Confidential                                                    PREPA_RSA0026503

CN 078-04495
REV. 02/14

COMMONWEALTH OF PUERTO RICO
PUERTO RICO ELECTRIC POWER AUTHORITY

SAN JUAN, PUERTO RICO



www.prepa.com

GPO BOX 364267
SAN JUAN, PR  00936-4267

FORM OF BORROWING REQUEST

July 7, 2014

VIA FACSIMILE NO: 787-766-7909

Scotiabank de Puerto Rico
Hato Rey Commercial Banking Center
Scotiabank Tower, 290 Jesús T. Piñero Avenue
Hato Rey, Puerto Rico 00918

Attention:  Mr. Juan Boscio
            Mrs. Irmary Portalatín

Re:  Borrowing Request from Puerto Rico Electric Power Authority

      This Borrowing Request is being delivered pursuant to Section 2.03 of the Credit Agreement, dated as of May 4, 2012 (the Agreement), as amended by the Forbearance Agreement, as dated as of July 6, 2014, between Puerto Rico Electric Power Authority (the Borrower), the lenders party there to and Scotiabank de Puerto Rico, as Administrative Agent.  All capitalized terms used but not defined herein shall have the meanings specified for such terms in the Agreement.

      The Borrower hereby irrevocably requests a Borrowing under the Agreement and the Resolution (as defined in the Agreement) and sets forth the below information in connection therewith:

1.      The aggregate amount of the requested Borrowing is: **$44,000,000.00**

2.      The Business Day of the requested Borrowing is:  **July 9, 2014**.

3.      The proceeds shall be applied to pay Current Expenses, as defined in the Trust Agreement and evidenced by the attached unpaid invoices or other documentation evidencing the payments due.

4.      The Borrowing shall be a LIBOR Advance for an Interest Period equal to (check one) 1-week_____, 1-month _____ , 2-months _____ or 3-months __X__.

"We are an equal opportunity employer and do not discriminate on the basis of race, color, gender, age, national or social origin, social status, political ideas or affiliation, religion; for being or perceived to be a victim of domestic violence, sexual aggression or harassment, regardless of marital status, sexual orientation, gender identity or immigration status; for physical or mental disability, for veteran status or genetic information."

Scotiabank de Puerto Rico
Form of Borrowing Request
Page 2

5.      The Borrower certifies that such LIBOR Advance shall not result in such Advance maturing
after the earlier of (i) the Advance Repayment Date or (ii) the Maturity Date.

The Borrower hereby certifies that the conditions to such Borrowing set forth in Section 4.02 of the
Agreement have been satisfied on the date hereof and will be true on the date of the Requested
Borrowing.

The Borrower hereby further certifies that the proceeds of the requested Borrowing:

1.  Will be used only to pay Current Expenses, as defined in the Trust Agreement.

2.  The conditions to such Advance set forth in Section 4.02 of the Agreement have been satisfied
    on the date hereof and will be true on the date of the requested Borrowing.

3.  The proceeds of the Advance will be used only for the purpose of paying Current Expenses, as
    defined in the Trust Agreement, and evidenced by the attached unpaid invoices or other
    documentation evidencing the payments due.

4.  Will be used in a manner that is consistent with all provisions of the Agreement.

Dated:  July 7, 2014

                                        PUERTO RICO ELECTRIC POWER AUTHORITY


                                        Luis Figueroa Báez
                                        Finance Director

Confidential                                                                    PREPA_RSA0026431



# Scotiabank

**SCOTIABANK DE PUERTO RICO**

## Wire Transfer Instructions

| | | |
|---|---|---|
| 1. | Value Date | **July 9, 2014** |
| 2. | Scotiabank Account Number | **62265902003367** |
| 3. | Name of Account | **PREPA** |
| 4. | Amount | **$44,000,000.00** |
| 5. | Intermediary Bank's Name | **Citibank, NY** |
| | City and Country | **New York** |
| | ABA (nine digits) o SWIFT | **021000089** |
| 6. | Beneficiary Bank's Name | **Citibank, PR** |
| | City and Country | **San Juan, Puerto Rico** |
| | ABA (nine digits) o SWIFT | **CITIPRSJ** |
| | Account number in intermediary bank | **10-99-1506** |
| 7. | Name of Beneficiary | **Puerto Rico Electric Power Authority** |
| | Address | **Ave. Ponce de León 1110** |
| | | **Santurce, PR 00907** |
| | Account number in beneficiary bank | **0-400015-015 (General Fund)** |
| 8. | Reference and payments details | **Petrobras – ($28,800,000.00) Inv. 91749601/7593/7595/7596/7599;**<br><br>**Ecoeléctrica: ($15,200,000.00) Partial Pymt Inv. MAR-2014** |

_Gustavo E. Rodrig_
Gustavo Rodríguez Betancourt
Authorized Signature

_L__
Luis Figueroa Báez
Authorized Signature

NOTE:  For transfers to/within the United States, ensure the correct beneficiary account number is recorded / quoted as the account number takes precedence over the beneficiary name.  It is understood and agreed that The Bank of Nova Scotia or Scotiabank of PR (Scotiabank) may make the remittance through such agents and correspondents as it may choose and by such means of communication as may be selected by it.  Scotiabank will not be responsible for any delays or errors on the part of postal services, telegraph, radio or cable companies or their agents, or on the part of Scotiabank's agents or correspondents on Canada or abroad, or for any loss or delay arising from any government action whether in Canada or elsewhere.  If the remittance is not completed for any reason whatsoever, Scotiabank will refund the original transfer proceeds, less refund expenses and losses (if any), and risks from exchange rate fluctuations, upon receipt of the returned proceeds from its agent/correspondent bank.  The original transfer fee is non-refundable.

Revised January, 2013

*PR: 36333*
*V: 016458*

*CPA 10/2/14*
*Contrato: 660*
*Due Date 7/2/14*

RECIBIDO
OFICINA COMBUSTIBLES
A.E.E.
2014 JUN 27 PM 2:47

**BR PETROBRAS**   PETROBRAS AMERICA, INC.
10350 Richmond Ave., Suite 1400, Houston TX - USA

| B U Y E R ' S | | | |
|---|---|---|---|
| NAME : | *Puerto Rico Electric Power Authority* | **INVOICE NUMBER :** | **91749601** |
| ADDRESS : | *G.P.O. Box 4267* | *INVOICE DATE :* | *20-Jun-14* |
| | *San Juan, PR 00936-4267* | *PAYMENT TERMS :* | *60 Days After Completion of Discharge* |
| Attn. : | *Mr. William Rodney Clark* | *DUE DATE :* | *02-Jul-14* |
| Fax: | *(787) 289-3196* | *DEEMED DATE :* | *01-May-14* |
| VESSEL : | *Energy 8001* | *COMMENCE DATE :* | *02-May-14* |
| DELIVERY TERMS : | *DES* | *COMPLETION DATE :* | *03-May-14* |
| LOADING PORT : | *N/A* | *SELLER'S SO :* | *2106538* |
| PORT OF DISCHARGE : | *San Juan - Palo Seco, PR* | *REFERENCE :* | *Pai-245-SJPS11-13* |

| PRODUCT DESCRIPTIONS | QUANTITY | UNIT | UNIT PRICE $ | AMOUNT - US$ |
|---|---|---|---|---|
| *No. 6 Residual Fuel Oil* | *66,643.19* | *Barrels* | *109.2217* | *7,278,882.51* |
| **BTU Discount** | | *Barrels* | | |
| **Total** | | | | *7,278,882.51* |
| Deviation cost | | | | *106,000.00* |
| PUERTO RICO MUNICIPAL TAX | | | | *36,394.41* |

APROBADO PARA PAGO
JUN 3 0 2014
Oficina de Combustibles

R E C I B I D O
A.E.E.
JUL 0 3 2014
SECCION COMPROBANTES
DE DESEMBOLSOS

*Under penalty of absolute nullity, I hereby certify that no employee, official or directive
of PREPA is a party to or has any interest in the profits or benefits to be obtained under this
contract, or if any employee, official or directive of PREPA has any interest in the profits or benefits
under this contract or a waiver has been previously obtained. I, also certify that the only consideration
to furnish the goods under this contract is the payment agreed with PREPA's authorized representative.*

*The total amount of this invoice is fair and correct. The products were delivered and no payment has been received for said concept.*

| **INVOICE AMOUNT :** | **$7,421,276.92** |
|---|---|
| | |
| **AMOUNT DUE :** | **$7,421,276.92** |

PAYMENT INSTRUCTIONS :
*Payment to be made by federal wire transfer crediting our Account Number 00101376144 at
JP Morgan Chase Bank, N.A. - A.B.A. 113000609 - Houston - Texas.*

*Payment on 07-03-14*
*- 6,189,507.62*
*#1,231,769.30*

| REMARKS: | | |
|---|---|---|
| *Ref Price:* | *106.1533* | *Miguel Lucero* |
| *Premium:* | *2.600* | |
| *Platt's 0.3% HP & 0.7%:* | *Apr 16 - Apr 17, 2014* | |

pai-245-SJPS11-13.xlsx                                                          6/25/2014 - 10:53 AM

Confidential                                                          PREPA_RSA0026433

RECIBIDO
OFICINA COMBUSTIBLES
A.E.E.
2014 JUN 27 PM 2:47



**BR PETROBRAS**   PETROBRAS AMERICA, INC.
10350 Richmond Ave., Suite 1400, Houston TX - USA

| B U Y E R' S | | | |
|---|---|---|---|
| *NAME :* | *Puerto Rico Electric Power Authority* | **INVOICE NUMBER :** | **91747593** |
| *ADDRESS :* | *G.P.O. Box 4267* | *INVOICE DATE :* | *18-Jun-14* |
| | *San Juan, PR 00936-4267* | *PAYMENT TERMS :* | *60 Days After Completion of Discharge* |
| *Attn. :* | *Mr. William Rodney Clark* | *DUE DATE :* | *07-Jul-14* |
| *Fax:* | *(787) 289-3196* | *DEEMED DATE :* | *05-May-14* |
| *VESSEL :* | *Energy 8001* | *COMMENCE DATE :* | *06-May-14* |
| *DELIVERY TERMS :* | *DES* | *COMPLETION DATE :* | *07-May-14* |
| *LOADING  PORT :* | *N/A* | *SELLER'S SO :* | *2106546* |
| *PORT OF DISCHARGE :* | *AGUIRRE, PR* | *REFERENCE :* | *Pai-245-AG69-13* |

| PRODUCT DESCRIPTIONS | QUANTITY | UNIT | UNIT PRICE $ | AMOUNT - US$ |
|---|---|---|---|---|
| *No. 6 Residual Fuel Oil* | *66,573.22* | *Barrels* | *109.7233* | *7,304,633.39* |
| *BTU Discount* | | *Barrels* | | |
| *Total* | | | | *7,304,633.39* |
| | | | | |
| *PUERTO RICO MUNICIPAL TAX* | | | | *36,523.17* |

APROBADO PARA PAGO
JUN 3 0 2014
Oficina de Combustibles

*Under penalty of absolute nullity, I hereby certify that no employee, official or directive*
*of PREPA is a party to or has any interest in the profits or benefits to be obtained under this*
*contract, or if any emplyee, official or directive of PREPA has any interest in the profits or benefits*
*under this contract or a waiver has been previously obtained.  I, also certify that the only consideration*
*to furnish the goods under this contract is the payment agreed with PREPA's authorized representative.*

*The total amount of this invoice is fair and correct.  The products were delivered and no payment has been received for said concept.*

| **INVOICE AMOUNT :** | **$7,341,156.56** |
|---|---|
| | |
| **AMOUNT DUE :** | **$7,341,156.56** |

*PAYMENT INSTRUCTIONS :*
*Payment to be made by federal wire transfer crediting our Account Number 00101376144 at*
*JP Morgan Chase Bank, N.A. - A.B.A. 113000609 - Houston - Texas.*

| **REMARKS:** | |
|---|---|
| *Ref Price:* | *102.5467* |
| *Premium:* | *3.590* |
| *Platt's 0.3% HP & 0.7%:* | *May 13 - May 15, 2014* |

Miguel Lucero

pai-245-AG69-13.xlsx

6/25/2014 - 10:43 AM

Confidential

PREPA_RSA0026434



RECIBIDO
OFICINA COMBUSTIBLES
A.E.E.
2014 JUN 27 PM 2:47

**PETROBRAS**    PETROBRAS AMERICA, INC.
10350 Richmond Ave., Suite 1400, Houston TX - USA

| **B U Y E R ' S** | |
|---|---|
| **NAME:** Puerto Rico Electric Power Authority | |
| **ADDRESS:** G.P.O. Box 4267 | |
| San Juan, PR 00936-4267 | |
| **Attn.:** Mr. William Rodney Clark | |
| **Fax:** (787) 289-3196 | |
| **VESSEL:** Energy 8001 | |
| **DELIVERY TERMS:** DES | |
| **LOADING PORT:** N/A | |
| **PORT OF DISCHARGE:** AGUIRRE, PR | |

| | |
|---|---|
| **INVOICE NUMBER:** | **91747595** |
| **INVOICE DATE:** | 18-Jun-14 |
| **PAYMENT TERMS:** | 60 Days After Completion of Discharge |
| **DUE DATE:** | 08-Jul-14 |
| **DEEMED DATE:** | 08-May-14 |
| **COMMENCE DATE:** | 08-May-14 |
| **COMPLETION DATE:** | 09-May-14 |
| **SELLER'S SO:** | 2106552 |
| **REFERENCE:** | Pai-245-AG70-13 |

| PRODUCT DESCRIPTIONS | QUANTITY | UNIT | UNIT PRICE $ | AMOUNT - US$ |
|---|---|---|---|---|
| **No. 6 Residual Fuel Oil** | 66,191.21 | Barrels | 106.6783 | 7,061,165.76 |
| **BTU Discount** | | Barrels | | |
| **Total** | | | | 7,061,165.76 |
| | | | | |
| PUERTO RICO MUNICIPAL TAX | | | | 35,305.83 |

APROBADO PARA PAGO
JUN 3 0 2014
Oficina de Combustibles

*Under penalty of absolute nullity, I hereby certify that no employee, official or directive
of PREPA is a party to or has any interest in the profits or benefits to be obtained under this
contract, or if any employee, official or directive of PREPA has any interest in the profits or benefits
under this contract or a waiver has been previously obtained. I, also certify that the only consideration
to furnish the goods under this contract is the payment agreed with PREPA's authorized representative.*

*The total amount of this invoice is fair and correct. The products were delivered and no payment has been received for said concept.*

| **INVOICE AMOUNT:** | **$7,096,471.59** |
|---|---|
| | |
| **AMOUNT DUE:** | **$7,096,471.59** |

**PAYMENT INSTRUCTIONS:**
*Payment to be made by federal wire transfer crediting our Account Number 00101376144 at
JP Morgan Chase Bank, N.A. - A.B.A. 113000609 - Houston - Texas.*

| **REMARKS:** | |
|---|---|
| Ref Price: 102.5467 | |
| Premium: 3.590 | Miguel Lucero |
| Platt's 0.3% HP & 0.7%: May 13 - May 15, 2014 | |

Confidential                                                               PREPA_RSA0026435



**PETROBRAS**   PETROBRAS AMERICA, INC.
10350 Richmond Ave., Suite 1400, Houston TX – USA

| _B U Y E R ' S_ | |
|---|---|
| **NAME :** | _Puerto Rico Electric Power Authority_ |
| **ADDRESS :** | _G.P.O. Box 4267_ |
| | _San Juan, PR  00936-4267_ |
| **Attn. :** | _Mr. William Rodney Clark_ |
| **Fax:** | _(787) 289-3196_ |
| **VESSEL :** | _Energy 8001_ |
| **DELIVERY TERMS :** | _DES_ |
| **LOADING  PORT :** | _N/A_ |
| **PORT OF DISCHARGE :** | _AGUIRRE, PR_ |

| **INVOICE NUMBER :** | **91747596** |
|---|---|
| **INVOICE DATE :** | _18-Jun-14_ |
| **PAYMENT TERMS :** | _60 Days After Completion of Discharge_ |
| **DUE DATE :** | _11-Jul-14_ |
| **DEEMED DATE :** | _11-May-14_ |
| **COMMENCE DATE :** | _11-May-14_ |
| **COMPLETION DATE :** | _12-May-14_ |
| **SELLER'S SO :** | _2113378_ |
| **REFERENCE :** | _Pai-245-AG71-13_ |

| PRODUCT DESCRIPTIONS | QUANTITY | UNIT | UNIT PRICE $ | AMOUNT - US$ |
|---|---|---|---|---|
| _No. 6 Residual Fuel Oil_ | _66,368.69_ | _Barrels_ | _104.4983_ | _6,935,415.28_ |
| _BTU Discount_ | | _Barrels_ | | |
| _Total_ | | | | _6,935,415.28_ |
| _PUERTO RICO MUNICIPAL TAX_ | | | | _34,677.08_ |

APROBADO PARA PAGO
JUN 3 0 2014
Oficina de Combustibles

_Under penalty of absolute nullity, I hereby certify that no employee, official or directive_
_of PREPA is a party to or has any interest in the profits or benefits to be obtained under this_
_contract, or if any employee, official or directive of PREPA has any interest in the profits or benefits_
_under this contract or a waiver has been previously obtained.  I, also certify that the only consideration_
_to furnish the goods under this contract is the payment agreed with PREPA's authorized representative._

_The total amount of this invoice is fair and correct.  The products were delivered and no payment has been received for said concept._

| **INVOICE AMOUNT :** | **$6,970,092.36** |
|---|---|
| | |
| **AMOUNT DUE :** | **$6,970,092.36** |

_PAYMENT INSTRUCTIONS :_

_Payment to be made by federal wire transfer crediting our Account Number 00101376144 at_
_JP Morgan Chase Bank, N.A. - A.B.A. 113000609 - Houston - Texas._

_REMARKS:_

| _Ref Price:_ | _102.5467_ |
|---|---|
| _Premium:_ | _3.590_ |
| _Platt's 0.3% HP & 0.7%:_ | _May 13 - May 15, 2014_ |

Mi... ...

Confidential                                                                        PREPA_RSA0026436

**BR PETROBRAS**   PETROBRAS AMERICA, INC.
10350 Richmond Ave., Suite 1400, Houston TX – USA

| *B U Y E R ' S* | | | |
|---|---|---|---|
| *NAME :* | *Puerto Rico Electric Power Authority* | *INVOICE NUMBER :* | *91727238* |
| *ADDRESS :* | *G.P.O. Box 4267* | *INVOICE DATE :* | *27-May-14* |
| | *San Juan, PR 00936-4267* | *PAYMENT TERMS :* | *60 Days After Completion of Discharge* |
| *Attn. :* | *Mr. William Rodney Clark* | *DUE DATE :* | *14-Jul-14* |
| *Fax:* | *(787) 289-3196* | *DEEMED DATE :* | *14-May-14* |
| *VESSEL :* | *Energy 8001* | *COMMENCE DATE :* | *13-May-14* |
| *DELIVERY TERMS :* | *DES* | *COMPLETION DATE :* | *14-May-14* |
| *LOADING PORT :* | *N/A* | *SELLER'S SO :* | *2113689* |
| *PORT OF DISCHARGE :* | *AGUIRRE, PR* | *REFERENCE :* | *Pai-245-AG72-13* |

| *PRODUCT DESCRIPTIONS* | *QUANTITY* | *UNIT* | *UNIT PRICE $* | *AMOUNT - US$* |
|---|---|---|---|---|
| *No. 6 Residual Fuel Oil* | *66,542.54* | *Barrels* | *106.1367* | *7,062,605.61* |
| *BTU Discount* | | *Barrels* | | |
| *Total* | | | | *7,062,605.61* |
| | | | | |
| *PUERTO RICO MUNICIPAL TAX* | | | | *35,313.03* |

APROBADO PARA PAGO
JUL - 7 2014
Oficina de Combustibles

6B

*Under penalty of absolute nullity, I hereby certify that no employee, official or directive*
*of PREPA is a party to or has any interest in the profits or benefits to be obtained under this*
*contract, or if any employee, official or directive of PREPA has any interest in the profits or benefits*
*under this contract or a waiver has been previously obtained. I, also certify that the only consideration*
*to furnish the goods under this contract is the payment agreed with PREPA's authorized representative.*

*The total amount of this invoice is fair and correct. The products were delivered and no payment has been received for said concept.*

| | *INVOICE AMOUNT :* | | *$7,097,918.64* |
|---|---|---|---|
| SECCION COMPROBANTES DE DESEMBOLSOS | *AMOUNT DUE :* | | *$7,097,918.64* |

90A
6,160,516.19

*PAYMENT INSTRUCTIONS :*
*Payment to be made by federal wire transfer crediting our Account Number 00101376144 at*
*JP Morgan Chase Bank, N.A. - A.B.A. 113000609 - Houston - Texas.*

| *REMARKS :* | | | Miguel Lucero |
|---|---|---|---|
| *Ref Price:* | *102.5467* | | On Behalf of Miguel Lucero |
| *Premium:* | *3.590* | | |
| *Platt's 0.3% HP & 0.7%:* | *May 13 - May 15, 2014* | | |

ACEPTAR COMO ORIGINAL
JUL - 7 2014
Oficina de Combustibles

pai-245-AG72-13

5/27/2014 – 11:34 AM

Confidential

PREPA_RSA0026437

AEE 13.4-83
Rev. 03/09



ESTADO LIBRE ASOCIADO DE PUERTO RICO
AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO

CERTIFICACIÓN DE TRABAJO REALIZADO / SERVICIOS RENDIDOS

EcoEléctrica, LP
Proyecto

Peñuelas, Puerto Rico
Localización

Contratista  EcoEléctrica, LP  V·010774          Contrato Número   Compra de Energía

Dirección   Firm Delivery, 641 Road 337, Peñuelas, PR          Fecha      5 de mayo de 2014

Pago Parcial Número          169          Cubre periodo desde     1 al 31 de enero de 2014

(Describir en detalle el servicio, equipo o material e incluir la evidencia en original y número de facturas que justifican el pago).

| Descripción | Precio por Unidad | Total |
|---|---|---|
| Pago por Compra de Energía y Capacidad correspondiente a marzo 2014, período 169 de Operación Comercial. | | $35,444,315.65 |

— 3,000,000.00 → Paid 6/12/14
32,444,315.65 → Bal.
— 10,000,000.00 → Paid 6/19/14
22,444,315.65 → Bal.
— 6,000,000.00 → Paid 6/25/14
16,444,315.65 → Bal.

RECIBIDO
A.E.E.
MAY 0 8 2014
SECCION COMPROBANTES
DE DESEMBOLSOS

Pago 004   47 days desp. del 31/marzo/14
PAGO005 0914IRL

| | | Total | | $35,444,315.65 |

### Certificación

Certifico que he verificado este pago parcial Número ___169___ por el periodo cubierto desde
__1-marzo-2014__ hasta __31-marzo-2014__ ; que a mí mejor conocimiento y
entender es una certificación correcta del valor del trabajo realizado por el contratista, y que todo el trabajo incluido en este pago parcial ha sido inspeccionado por mí o por algún asistente autorizado y que dicho trabajo ha sido desarrollado o suplido en completo acuerdo con los planos y especificaciones, los términos y condiciones del contrato aprobado o cambios debidamente autorizados, o plan de trabajo según aplique.

Certifico Correcto:

Firma
Roberto Rivera Medina
Ingeniero Gerencial
Depto. Sistemas de Generación          5-MAYO-2014
Nombre y Título          Fecha

Recomendado por:                              Aprobada para pago por:

Firma                                         Firma
Abner Añazagasty Medina                       Dolores Reyes Figueroa
Superintendente                              Jefe
Generación y Energía Renovable   6/mayo/14    División Planificación y Estudios   6/mayo/2014
Nombre y Título          Fecha                Nombre y Título          Fecha

| Retención: | Sí o No | Cantidad | | | | |
|---|---|---|---|---|---|---|
| | | | Número Estimado (o resp. contable): | Sub-cuenta | Clase de Gasto | Cantidad Facturada |
| OCIP (Seguro) | | | | | | |
| Construcción (10%) | | | Dr.  01-2321 | 23235 | 000-000 | |
| Penalidades | | | Cr. | | | |
| Total retención | | | | | | |
| Resp. Contable: | | | | | Total Facturado | |

Confidential          PREPA_RSA0026438

## MAYRA GARCIA LOPEZ

| | |
|---|---|
| **From:** | JOSE HERNANDEZ COLON |
| **Sent:** | Wednesday, July 09, 2014 12:03 PM |
| **To:** | 'Portalatin Ferrer, Irmari (irmari.portalatin@scotiabank.com)' |
| **Cc:** | 'Santos Santiago, Evelyn (evelyn.santos@scotiabank.com)'; 'Boscio Garcia, Juan L (juan.boscio@scotiabank.com)'; JUAN C. ORTIZ DIAZ; GUSTAVO E. RODRIGUEZ BETANCOURT; MAYRA GARCIA LOPEZ; MARYOLIE SANCHEZ FONSECA; LUIS FIGUEROA BAEZ |
| **Subject:** | RE: NOTICE OF BORROWING JULY-7-2014 |
| **Attachments:** | 20140709115727815.pdf |

Buenos días:

Según discutido con el Sr. Juan Boscio, favor sustituir la factura # 91747599, incluida en la Solicitud de Fondos por la # 91727238.  El cambio surge porque hubo un error en la fecha de vencimiento de la factura # 91747599.

Agradecemos su cooperación en este asunto.


*José F. Hernández Colón*
Tesorero Interino
Tel.: (787) 521-4606 ó 4608
Fax: (787) 521-4601

---

**From:** JOSE HERNANDEZ COLON
**Sent:** Monday, July 07, 2014 6:57 PM
**To:** Portalatin Ferrer, Irmari (irmari.portalatin@scotiabank.com)
**Cc:** Santos Santiago, Evelyn (evelyn.santos@scotiabank.com); Boscio Garcia, Juan L (juan.boscio@scotiabank.com); JUAN C. ORTIZ DIAZ; GUSTAVO E. RODRIGUEZ BETANCOURT; MAYRA GARCIA LOPEZ; MARYOLIE SANCHEZ FONSECA; LUIS FIGUEROA BAEZ
**Subject:** NOTICE OF BORROWING JULY-7-2014

Buenas noches:

Incluyo la Solicitud de Desembolso por $44,000,000.00, relacionada con la Línea de Crédito de $550 MM.   Los fondos fueron solicitados para el miércoles, 9 de julio de 2014.

Agradeceré nos confirmen el recibo de la misma.


*José F. Hernández Colón*
Tesorero Interino
Tel.: (787) 521-4606 ó 4608
Fax: (787) 521-4601

1

                                                      PREPA_RSA0026439

CN 078-04495
REV. 02/14

COMMONWEALTH OF PUERTO RICO
PUERTO RICO ELECTRIC POWER AUTHORITY

SAN JUAN, PUERTO RICO



www.prepa.com

GPO BOX 364267
SAN JUAN, PR 00936-4267

FORM OF BORROWING REQUEST

July 14, 2014

VIA FACSIMILE NO: 787-766-7909

Scotiabank de Puerto Rico
Hato Rey Commercial Banking Center
Scotiabank Tower, 290 Jesús T. Piñero Avenue
Hato Rey, Puerto Rico 00918

Attention:  Mr. Juan Boscio
              Mrs. Irmary Portalatín

Re:  Borrowing Request from Puerto Rico Electric Power Authority

  This Borrowing Request is being delivered pursuant to Section 2.03 of the Credit Agreement, dated as of May 4, 2012 (the Agreement), as amended by the Forbearance Agreement, as dated as of July 6, 2014, between Puerto Rico Electric Power Authority (the Borrower), the lenders party there to and Scotiabank de Puerto Rico, as Administrative Agent.  All capitalized terms used but not defined herein shall have the meanings specified for such terms in the Agreement.

  The Borrower hereby irrevocably requests a Borrowing under the Agreement and the Resolution (as defined in the Agreement) and sets forth the below information in connection therewith:

1.  The aggregate amount of the requested Borrowing is: **$41,000,000.00**

2.  The Business Day of the requested Borrowing is:  **July 16, 2014**.

3.  The proceeds shall be applied to pay Current Expenses, as defined in the Trust Agreement and evidenced by the attached unpaid invoices or other documentation evidencing the payments due.

4.  The Borrowing shall be a LIBOR Advance for an Interest Period equal to (check one) 1-week_____, 1-month _____ , 2-months _____ or 3-months __X__.

"We are an equal opportunity employer and do not discriminate on the basis of race, color, gender, age, national or social origin, social status, political ideas or affiliation, religion; for being or perceived to be a victim of domestic violence, sexual aggression or harassment, regardless of marital status, sexual orientation, gender identity or immigration status; for physical or mental disability, for veteran status or genetic information."

PREPA_RSA0026468

Scotiabank de Puerto Rico
Form of Borrowing Request
Page 2

5.      The Borrower certifies that such LIBOR Advance shall not result in such Advance maturing after the earlier of (i) the Advance Repayment Date or (ii) the Maturity Date.

The Borrower hereby certifies that the conditions to such Borrowing set forth in Section 4.02 of the Agreement have been satisfied on the date hereof and will be true on the date of the Requested Borrowing.

The Borrower hereby further certifies that the proceeds of the requested Borrowing:

1. Will be used only to pay Current Expenses, as defined in the Trust Agreement.

2. The conditions to such Advance set forth in Section 4.02 of the Agreement have been satisfied on the date hereof and will be true on the date of the requested Borrowing.

3. The proceeds of the Advance will be used only for the purpose of paying Current Expenses, as defined in the Trust Agreement, and evidenced by the attached unpaid invoices or other documentation evidencing the payments due.

4. Will be used in a manner that is consistent with all provisions of the Agreement.

Dated:  July 14, 2014

PUERTO RICO ELECTRIC POWER AUTHORITY

Juan F. Alicea Flores
Executive Director

Confidential

PREPA_RSA0026469



## Scotiabank

**SCOTIABANK DE PUERTO RICO**

## Wire Transfer Instructions

| | | |
|---|---|---|
| 1. | Value Date | **July 16, 2014** |
| 2. | Scotiabank Account Number | **62265902003367** |
| 3. | Name of Account | **PREPA** |
| 4. | Amount | **$41,000,000.00** |
| 5. | Intermediary Bank's Name | **Citibank, NY** |
| | City and Country | **New York** |
| | ABA (nine digits) o SWIFT | **021000089** |
| 6. | Beneficiary Bank's Name | **Citibank, PR** |
| | City and Country | **San Juan, Puerto Rico** |
| | ABA (nine digits) o SWIFT | **CITIPRSJ** |
| | Account number in intermediary bank | **10-99-1506** |
| 7. | Name of Beneficiary | **Puerto Rico Electric Power Authority** |
| | Address | **Ave. Ponce de León 1110** |
| | | **Santurce, PR 00907** |
| | Account number in beneficiary bank | **0-400015-015 (General Fund)** |
| 8. | Reference and payments details | **Petrobras – ($28,800,000.00) Inv. 91727241, Partial Pymt 91747599** |
| | | **Ecoeléctrica: ($12,200,000.00) Partial Pymt Inv. Apr-2014** |

_Gustavo E. Rodríguez_
Gustavo Rodríguez Betancourt
Authorized Signature

_Juan F. Alicea Flores_
Juan F. Alicea Flores
Executive Director

NOTE:  For transfers to/within the United States, ensure the correct beneficiary account number is recorded / quoted as the account number takes precedence over the beneficiary name.  It is understood and agreed that The Bank of Nova Scotia or Scotiabank of PR (Scotiabank) may make the remittance through such agents and correspondents as it may choose and by such means of communication as may be selected by it.  Scotiabank will not be responsible for any delays or errors on the part of postal services, telegraph, radio or cable companies or their agents, or on the part of Scotiabank's agents or correspondents on Canada or abroad, or for any loss or delay arising from any government action whether in Canada or elsewhere.  If the remittance is not completed for any reason whatsoever, Scotiabank will refund the original transfer proceeds, less refund expenses and losses (if any), and risks from exchange rate fluctuations, upon receipt of the returned proceeds from its agent/correspondent bank.  The original transfer fee is non-refundable.

Revised January, 2013

PREPA_RSA0026470



**PETROBRAS**

PETROBRAS AMERICA, INC.
10350 Richmond Ave., Suite 1400, Houston TX - USA

| *B U Y E R ' S* | | |
|---|---|---|
| *NAME :* | **Puerto Rico Electric Power Authority** | |
| *ADDRESS :* | *G.P.O. Box 4267* | |
| | *San Juan, PR  00936-4267* | |
| *Attn.* | *Mr. William Rodney Clark* | |
| *Fax:* | *(787) 289-3196* | |

| *INVOICE NUMBER :* | **91727241** |
|---|---|
| *INVOICE DATE :* | *27-May-14* |
| *PAYMENT TERMS :* | *60 Days After Completion of Discharge* |
| *DUE DATE :* | *14-Jul-14* |
| *DEEMED DATE :* | *11-May-14* |

| *VESSEL :* | *Amazon Victory* | *COMMENCE DATE :* | *11-May-14* |
|---|---|---|---|
| *DELIVERY  TERMS :* | *DES* | *COMPLETION DATE :* | *13-May-14* |
| *LOADING  PORT :* | *N/A* | *SELLER'S SO :* | *2113686* |
| *PORT OF DISCHARGE :* | *San Juan - Palo Seco, PR* | *REFERENCE :* | *Pai-245-SJPS12-13* |

| *PRODUCT DESCRIPTIONS* | *QUANTITY* | *UNIT* | *UNIT PRICE $* | *AMOUNT - US$* |
|---|---|---|---|---|
| *No. 6 Residual Fuel Oil* | *226,808.02* | *Barrels* | *103.5083* | *23,476,512.58* |
| *BTU Discount* | | *Barrels* | | |
| *Total* | | | | *23,476,512.58* |
| | | | | |
| *PUERTO RICO MUNICIPAL TAX* | | | | *117,382.56* |

*R E C I B I D O*
*A E E*
**JUL 1 0 2014**
*Oficina de Combustibles*

**APROBADO PARA PAGO**
**JUL -10 2014**
*Oficina de Combustibles*

*Under penalty of absolute nullity, I hereby certify that no employee, official or directive*
*of PREPA is a party to or has any interest in the profits or benefits to be obtained under this*
*contract, or if any emplyee, official or directive of PREPA has any interest in the profits or benefits*
*under this contract or a waiver has been previously obtained.  I, also certify that the only consideration*
*to furnish the goods under this contract is the payment agreed with PREPA's authorized representative.*

*The total amount of this invoice is fair and correct.  The products were delivered and no payment has been received for said concept.*

| *INVOICE AMOUNT :* | *$23,593,895.14* |
|---|---|
| | |
| *AMOUNT DUE :* | *$23,593,895.14* |

| *PAYMENT INSTRUCTIONS :* |
|---|
| *Payment to be made by federal wire transfer crediting our Account Number 00101376144 at* |
| *JP Morgan Chase Bank, N.A. - A.B.A. 113000609 - Houston - Texas.* |

| *REMARKS:* | | Miguel Lucero |
|---|---|---|
| *Ref Price:* | *100.9083* | |
| *Premium:* | *2.600* | |
| *Platt's 0.3% HP & 0.7%:* | *May 09 - May 12, 2014* | |

Confidential                                                                      PREPA_RSA0026471

RECIBIDO
OFICINA COMBUSTIBLES
A.E.E.

2014 JUN 27 PM 2: 47

**BR PETROBRAS**   PETROBRAS AMERICA, INC.
10350 Richmond Ave., Suite 1400, Houston TX - USA

| B U Y E R ' S | | | |
|---|---|---|---|
| NAME : | Puerto Rico Electric Power Authority | INVOICE NUMBER : | 91747599 |
| ADDRESS : | G.P.O. Box 4267 | INVOICE DATE : | 18-Jun-14 |
| | San Juan, PR 00936-4267 | PAYMENT TERMS : | 60 Days After Completion of Discharge |
| Attn. : | Mr. William Rodney Clark | DUE DATE : | 17 Jul. 14   ~~17-Jun-14~~ |
| Fax : | (787) 289-3196 | DEEMED DATE : | 16-May-14 |
| VESSEL : | Amazon Victory | COMMENCE DATE : | 17-May-14 |
| DELIVERY TERMS : | DES | COMPLETION DATE : | 18-May-14 |
| LOADING PORT : | N/A | SELLER'S SO : | 2123808 |
| PORT OF DISCHARGE : | San Juan - Palo Seco, PR | REFERENCE : | Pai-245-SJPS13-13 |

| PRODUCT DESCRIPTIONS | QUANTITY | UNIT | UNIT PRICE $ | AMOUNT - US$ |
|---|---|---|---|---|
| No. 6 Residual Fuel Oil | 180,207.92 | Barrels | 106.0700 | 19,114,654.07 |
| BTU Discount | | Barrels | | |
| Total | | | | 19,114,654.07 |
| | | | | |
| PUERTO RICO MUNICIPAL TAX | | | | 95,573.27 |

APROBADO PARA PAGO
JUN 3 0 2014
Oficina de Combustibles

*Under penalty of absolute nullity, I hereby certify that no employee, official or directive
of PREPA is a party to or has any interest in the profits or benefits to be obtained under this
contract, or if any emplyee, official or directive of PREPA has any interest in the profits or benefits
under this contract or a waiver has been previously obtained. I, also certify that the only consideration
to furnish the goods under this contract is the payment agreed with PREPA's authorized representative.*

*The total amount of this invoice is fair and correct. The products were delivered and no payment has been received for said concept.*

| INVOICE AMOUNT : | $19,210,227.34 |
|---|---|
| | |
| AMOUNT DUE : | $19,210,227.34 |

PAYMENT INSTRUCTIONS :
*Payment to be made by federal wire transfer crediting our Account Number 00101376144 at
JP Morgan Chase Bank, N.A. - A.B.A. 113000609 - Houston - Texas.*

- 5,206,104.86

| REMARKS : | | |
|---|---|---|
| Ref Price : | 100.9083 | |
| Premium : | 2.600 | Miguel Lucero |
| Platt's 0.3% HP & 0.7% : | May 09 - May 12, 2014 | |

pai-245-SJPS13-13.xlsx

6/25/2014 - 10:32 AM

Confidential

PREPA_RSA0026472

AEE 13.4-83
Rev. 03/09

ESTADO LIBRE ASOCIADO DE PUERTO RICO
AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO

CERTIFICACIÓN DE TRABAJO REALIZADO / SERVICIOS RENDIDOS

EcoEléctrica, LP
Proyecto

Peñuelas, Puerto Rico
Localización

Contratista   EcoEléctrica, LP   **V-010774**            Contrato Número   Compra de Energía

Dirección   Firm Delivery, 641 Road 337, Peñuelas, PR                Fecha   5 de junio de 2014

Pago Parcial Número            170            Cubre periodo desde   1 al 30 de abril de 2014

(Describir en detalle el servicio, equipo o material e incluir la evidencia en original y número de facturas que justifican el pago).

*Inv 14-17*

| Descripción | Precio por Unidad | Total |
|---|---|---|
| Pago por Compra de Energía y Capacidad correspondiente a abril 2014, período 170 de Operación Comercial. | | $41,288,356.17 |
| *PAGO-061214-JRL* | | |
| *Pago por 47 dias dep. 30/abr/14* | | |
| Total | | $41,288,356.17 |

*SECCION COMPROBANTES DE DESEMBOLSOS*
*RECIBIDO JUN 1 0 2014*

*- b12,200.000*
*07-14-14*

### Certificación

Certifico que he verificado este pago parcial Número   170   por el periodo cubierto desde
1-abril-2014   hasta   30-abril-2014   ; que a mi mejor conocimiento y

entender es una certificación correcta del valor del trabajo realizado por el contratista, y que todo el trabajo incluido en este pago parcial ha sido inspeccionado por mí o por algún asistente autorizado y que dicho trabajo ha sido desarrollado o suplido en completo acuerdo con los planos y especificaciones, los términos y condiciones del contrato aprobado o cambios debidamente autorizados, o plan de trabajo según aplique.

Certifico Correcto:

_____
Firma
Roberto Rivera Medina
Ingeniero Gerencial
Depto. Sistemas de Generación        *3-JUN-2014*
Nombre y Título                          Fecha

Recomendado por:                                    Aprobada para pago por:

_____                    _____
Firma                                              Firma
Abner Añazagasty Medina                        Sonia Miranda Vega
Superintendente                                  Directora
Generación y Energía Renovable                Planificación y Prot. Ambiental
*4-junio-2014*                                        *5 junio/14*
Nombre y Título          Fecha          Nombre y Título          Fecha

Retención:       Sí o No    Cantidad

OCIP (Seguro)    [ ]   _____        Número Estimado      Sub-cuenta    Clase de      Cantidad
                                      (o resp. contable):                 Gasto       Facturada

Construcción (10%) [ ] _____    Dr.   01-2321         23235        000-000      _____

Penalidades      [ ]   _____        Cr.   _____      _____      _____      _____

Total retención        _____        _____          _____      _____

Resp. Contable:        _____        _____          Total Facturado   _____

Confidential                                                                PREPA_RSA0026473