# Exhibit 27

**PREPA, Proposed Annual Budget for Fiscal Year 2012-2013**

CN 078-04495
REV. 06/10

**GOVERNMENT OF PUERTO RICO**
**PUERTO RICO ELECTRIC POWER AUTHORITY**

SAN JUAN, PUERTO RICO



www.prepa.com

GPO BOX 364267
SAN JUAN, PR 00936-4267

## RESOLUTION 3932

**WHEREAS,** pursuant to Section 504 of the Trust Agreement of January 1, 1974, adopted by Resolution No. 1395, the Authority covenants that, on or before the 15th day of May of each year, the Governing Board will cause to be prepared and will adopt and file with the Secretary, with the Trustee, and with the Consulting Engineers a Proposed Budget of Current Expenses and of Capital Expenditures for the ensuing fiscal year; and

**WHEREAS,** in a special meeting of the Governing Board, held on June 29, 2012, the proposed budget was presented and discussed.

**BE IT RESOLVED** by the Puerto Rico Electric Power Authority:

That the Proposed Budget of Current Expenses and of Capital Expenditures for 2012-2013, filed with the Secretary this day and marked Exhibit 2902, is hereby adopted and public hearings be held pursuant to Section 504 of the Trust Agreement of January 1, 1974. The Secretary is directed to file a copy of the Consolidate Budget of Current Expenses and Capital Expenditures.

Adopted in San Juan, Puerto Rico, the 29th day of June, 2012.

"We are an equal opportunity employer and do not discriminate on the basis of race, color, gender, age, national or social origin, social status, political ideas or affiliation, religion; for being or perceived to be a victim of domestic violence, sexual aggression or harassment; for physical or mental disability, for veteran status or genetic information."
WORKING COLLABORATIVELY WITH SENSE OF URGENCY

Confidential                                                                                                                    PREPA_RSA0034740



May 16, 2012

Sr. Nelson Morales
Chief Financial Officer
Puerto Rico Electric Power Authority
P.O. Box 364267
San Juan, PR 00936-4267

Dear Sr. Morales:

We have received a copy of the Proposed Budget of Current Expenses and Capital Expenditures for fiscal year 2012-2013.

With this letter, we hereby approve the Proposed Budget of Current Expenses and Capital Expenditures for fiscal year 2012-2013.

Very truly yours,

*[signature]*

George W. Romano, Jr.
Consulting Manager

GWR/gs

URS Corporation
One Canal Park
Cambridge, MA 02141
Tel: 617.621.0740
Fax: 617.621.9739

Commonwealth of Puerto Rico
Puerto Rico Electric Power Authority

# PROPOSED ANNUAL BUDGET CURRENT EXPENSES AND CAPITAL EXPENDITURES

# Fiscal Year 2012-13



Confidential

PREPA_RSA0034742

**Commonwealth of Puerto Rico**
PUERTO RICO ELECTRIC POWER AUTHORITY

PROPOSED ANNUAL BUDGET FOR FISCAL YEAR 2012-2013

PER SECTION 504 OF THE TRUST AGREEMENT

| | CONTENTS | PAGE |
|---|---|---|
| Statement No. 1 | PROPOSED ANNUAL BUDGET SUMMARY - PRO FORMA INCOME STATEMENT FOR REVENUE FUND PURPOSES | 1 |
| Statement No. 2 | PROPOSED ANNUAL BUDGET OF CAPITAL EXPENDITURES | 2-6 |
| Statement No. 3 | FINANCING REQUIREMENTS FOR THE PROPOSED ANNUAL BUDGET OF CAPITAL EXPENDITURES | 7 |
| Statement No. 4 | DETAIL OF FUNDS TO BE PROVIDED BY THE GOVERNMENT DEVELOPMENT BANK | 8 |

Confidential

PREPA_RSA0034743

*Statement No. 1*

**Commonwealth of Puerto Rico**
*PUERTO RICO ELECTRIC POWER AUTHORITY*

PROPOSED ANNUAL BUDGET - FISCAL YEAR 2012-2013

STATEMENT OF REVENUES AND EXPENSES FOR REVENUE FUND PURPOSES
PER TRUST AGREEMENT - SUMMARY
(Dollars in thousands)

| | Amount |
|---|---:|
| *Revenues:* | |
| Sales of Electric Energy | 4,860,889 |
| Other income | 5,058 |
| Total revenues | 4,865,947 |
| Less: 1974 Construction fund investment income and gain on sale of properties | 0 |
| Revenues (As defined) | 4,865,947 |
| *Current Expenses:* | |
| Fuel | 2,607,917 |
| Purchased power | 740,867 |
| Salaries | 528,827 |
| Wages | 10,025 |
| Materials and Supplies | 11,871 |
| Transportation | 27,434 |
| Per Diem and Traveling Expenses | 4,405 |
| Mileage and Stand By Expenses | 1,978 |
| Division Expenses | 12,819 |
| Corporatives Expenses | 94,455 |
| Interest charges | 0 |
| Misc. Income Deduction | 0 |
| Total current expenses | 4,040,598 |
| Net Revenues | 825,349 |
| *Debt Services:* | |
| 1974 Sinking Fund Payment | |
| Interest account | 527,109 |
| Bond redemption account | 0 |
| Reserve | 0 |
| Self Insurance Fund | 0 |
| Interest on Notes | 6,372 |
| Capital Improvement Fund | 27,000 |
| Reserve Maintenance Fund | 0 |
| Total contractual obligations | 560,481 |
| Balance | 264,868 |
| Provision for contribution in lieu of taxes to municipalities | 264,868 |
| Other appropriations | 0 |
| Balance | 0 |

1

Statement No. 2

**Commonwealth of Puerto Rico**
PUERTO RICO ELECTRIC POWER AUTHORITY

ANNUAL BUDGET OF CAPITAL EXPENDITURES
FISCAL YEAR 2012-2013
(Dollars in thousands)

| Budget Item No. | Budget Item Title | Amount |
|---|---|---:|
| | *Production Plant* | |
| | *Thermal Production Plant* | |
| 150 | Fuel Handling and Storage Infrastructure | 6,300 |
| 160 | Improvements To Steam Boilers | 38,800 |
| 165 | Improvements To Steam Turbine Generator | 12,500 |
| 170 | Improvements To Steam Balance of Plants | 32,450 |
| 173 | Environmental Contamination Treatment and Removal | 1,000 |
| 175 | Pollution Control Projects | 7,100 |
| | Total Thermal Production Plant | 98,150 |
| | *Hydraulic Production Plant* | |
| 180 | Hydroelectric Plant Improvements | 1,000 |
| | Total Hydraulic Production Plant | 1,000 |
| | *Other Production* | |
| 185 | Improvements To Simple Cycle Combustion Turbines | 2,500 |
| 187 | Improvements To Simple Cycles Turbines Balance of Plant | 1,000 |
| 195 | Improvements To Combine Cycle Balance of Plants | 3,500 |
| 196 | Improvements To Combine Cycle Gas Turbines | 10,000 |
| 199 | Other Improvements to Generation Plants | 2,748 |
| | Total Other Production | 19,748 |
| | TOTAL PRODUCTION PLANT | 118,898 |

2

Confidential

PREPA_RSA0034745

**Commonwealth of Puerto Rico**
PUERTO RICO ELECTRIC POWER AUTHORITY

ANNUAL BUDGET OF CAPITAL EXPENDITURES
FISCAL YEAR 2012-2013
(Dollars in thousands)

| Budget Item No. | Budget Item Title | Amount |
|---|---|---:|
| | *Transmission Plant* | |
| 205 | 230 kV New Line | 18,435 |
| 207 | 115 kV New Line | 1,900 |
| 210 | 38 kV New Line | 675 |
| 215 | 38 kV Undergound System | 50 |
| 230 | 115/38 kV New Transmission Center and Increase Cap | 7,950 |
| 235 | 230 kV Switchyard - New and Expansions | 525 |
| 237 | 115 kV Switchyard New and Expansions | 4,545 |
| 242 | 38 kV Switchyard New and Expansions | 1,250 |
| 255 | Energy Management System | 975 |
| 267 | 115 kV Line Rehabilitation | 2,250 |
| 275 | 38 kV Line Rehabilitation | 11,585 |
| 280 | Transmission Pole Replacements | 2,000 |
| 285 | Breakers Uprating | 470 |
| 288 | Grounding Mat Reconstruction | 5 |
| 292 | Miscellaneous Improvement to Transmission | 5,750 |
| 294 | Other Transmission Plant | 600 |
| | **TOTAL TRANSMISSION PLANT** | **58,965** |

Confidential

PREPA_RSA0034746

**Commonwealth of Puerto Rico**
PUERTO RICO ELECTRIC POWER AUTHORITY

ANNUAL BUDGET OF CAPITAL EXPENDITURES
FISCAL YEAR 2012-2013
(Dollars in thousands)

| Budget Item No. | Budget Item Title | Amount |
|---|---|---|
| | *Distribution Plant* | |
| 300 | New Distribution Substations | 5,470 |
| 305 | Substations Increase Capacity | 1,775 |
| 315 | Construction and Extension of 13.2 kV Aerial Feede | 6,682 |
| 316 | Construction and Extension of 4.16-8.32 kV Aerial | 1,930 |
| 330 | Line Extensions to Serve New Customers | 1,795 |
| 335 | Construction and Extension of 13.2 kV Underground Feeders | 1,170 |
| 340 | New Services Drops Installation Commercial | 1,200 |
| 360 | Substations Rehabilitation | 4,000 |
| 363 | Miscellaneous Substations Improvements | 140 |
| 368 | Replacement of Residential and Commercial Service | 600 |
| 370 | Improvements to the 4.16 kV - 8.32 kV Aerial Distribution Sytem | 22,280 |
| 374 | Improvements to the 13.2 kV Aerial Distribution Sytem | 2,380 |
| 378 | Improvements to the 13.2 kV Underground System | 12,500 |
| 379 | Improvements to the 4.16 kV - 8.32 kV Underground | 6,225 |
| 382 | Street Lighting | 4,000 |
| 383 | Special Transformers | 1,150 |
| 385 | Purchase of Meters and Metering Equipments | 11,450 |
| 390 | Purchase and Instalation of Breakers and Sectionalizer | 1,025 |
| 392 | Purchase and Instalation of Voltage Regulators | 275 |
| 395 | Distribution Line Capacitors | 475 |
| 397 | Distribution Line Voltage Converters | 575 |
| 398 | Distribution System Automation | 1,000 |
| 399 | Other Distribution Projects | 3,000 |
| | TOTAL DISTRIBUTION PLANT | 91,097 |

Confidential

PREPA_RSA0034747

**Commonwealth of Puerto Rico**
PUERTO RICO ELECTRIC POWER AUTHORITY

ANNUAL BUDGET OF CAPITAL EXPENDITURES
FISCAL YEAR 2012-2013
(Dollars in thousands)

| Budget Item No. | Budget Item Title | Amount |
|---|---|---:|
| | *General Land and Building* | |
| 400 | Land and Right of Way | 1,800 |
| 430 | Construction of Technical Buildings | 600 |
| 462 | Minor Improvements Technical Offices | 700 |
| 468 | Improvement of Warehouses | 1,270 |
| 470 | Improvement to Workshops | 400 |
| 472 | Improvement to Other Buildings | 200 |
| 478 | Improvement Land & Buildings- Administrative Service | 6,950 |
| 480 | Improvement to Commercial Offices - Client Service | 940 |
| | TOTAL GENERAL LAND AND BUILDINGS | 12,860 |
| | *Equipment* | |
| | *Computer Equipment* | |
| 520 | Computer Equipment - Executive | 125 |
| 521 | Computer Equipment - Systems | 2,400 |
| 522 | Computer Equipment - Legal | 20 |
| 523 | Computer Equipment - Planning and Environmental | 270 |
| 525 | Computer Equipment - Finance | 180 |
| 526 | Computer Equipment - Administrative Services | 25 |
| 527 | Computer Equipment - Human Resources | 250 |
| 528 | Computer Equipment - Generation | 200 |
| 529 | Computer Equipment - Client Service | 3,250 |
| 530 | Computer Equipment - Transmission and Distribution | 185 |
| | Total Computer Equipment | 6,905 |
| | *Transportation Equipment* | |
| 540 | Equipment - Air Transportation | 300 |
| 545 | Equipment - Adquisition and Replacement of Land | 5,000 |
| | Total Transportation Equipment | 5,300 |

5

**Commonwealth of Puerto Rico**
PUERTO RICO ELECTRIC POWER AUTHORITY

ANNUAL BUDGET OF CAPITAL EXPENDITURES
FISCAL YEAR 2012-2013
(Dollars in thousands)

| Budget Item No. | Budget Item Title | Amount |
|---|---|---|
| | *Other Equipment* | |
| 509 | Office Equipment - Finance | 20 |
| 513 | Office Equipment - Client Services | 100 |
| 514 | Office Equipment - Transmission and Distribution | 200 |
| 551 | Equipment Comunication - Client Services | 150 |
| 553 | Equipment Comunication Transmission and Distribution | 75 |
| 560 | Other Equipment - Planning and Environmental | 775 |
| 562 | Other Equipment - Engineering | 550 |
| 564 | Other Equipment - Administrative Services | 480 |
| 565 | Equipment Workshop Land Transportation | 175 |
| 566 | Other Equipment - Human Resources | 10 |
| 570 | Other Equipment - Client Services | 715 |
| 572 | Other Equipment - Transmission and Distribution | 635 |
| 576 | Other Equipment - Corporate Security | 300 |
| | Total Other Equipment | 4,185 |
| | TOTAL EQUIPMENT | 16,390 |
| | *Preliminary Surveys and Investigation* | |
| 600 | Preliminary Studies - Engineering | 1,000 |
| 605 | Preliminary Studies - Infraestructure & Operation | 100 |
| 610 | Preliminary Studies - Planning & Environmental | 540 |
| 611 | Renewable Energy Sources | 150 |
| | TOTAL PRELIMINARY SURVEYS AND INVESTIGATION | 1,790 |
| | TOTAL CAPITAL EXPENDITURES BUDGET | $ 300,000 |

6

Confidential

PREPA_RSA0034749

Statement No. 3

**Commonwealth of Puerto Rico**
PUERTO RICO ELECTRIC POWER AUTHORITY

PROPOSED ANNUAL BUDGET OF CAPITAL EXPENDITURES

FISCAL YEAR 2012-13
FINANCING REQUIREMENTS

*(Dollars in thousands)*

| Capital Expenditures Budget | | Amount |
|---|---|---|
| Production Plant | | 118,898 |
| Transmission Facilities | | 58,965 |
| Distribution Facilities | | 91,097 |
| Others | | 31,040 |
| | TOTAL | 300,000 |

| Sources of Construction Funds | | |
|---|---|---|
| Financing | | |
| Internally Generated Funds | | 27,000 |
| Borrowed Funds: | | |
|   Interim | | 0 |
|     Permanent - Regular | | 0 |
| Capitalized Interest | | 0 |
| Earned Interest | | 0 |
| Amounts provided from (or used for) unexpended financing and other funds | | 273,000 |
| | TOTAL | 300,000 |

1

*Statement No. 4*

**Commonwealth of Puerto Rico**
*PUERTO RICO ELECTRIC POWER AUTHORITY*

*DETAIL OF FUNDS TO BE PROVIDED BY THE
GOVERNMENT DEVELOPMENT BANK*

FISCAL YEAR 2012-2013
*( Dollars in thousands )*

| MONTH\YEAR | | AMOUNT | MONTH\YEAR | | AMOUNT |
|---|---|---|---|---|---|
| JULY | 2012 | - | JANUARY | 2013 | - |
| AUGUST | 2012 | - | FEBRUARY | 2013 | - |
| SEPTEMBER | 2012 | - | MARCH | 2013 | - |
| OCTOBER | 2012 | - | APRIL | 2013 | - |
| NOVEMBER | 2012 | - | MAY | 2013 | - |
| DECEMBER | 2012 | - | JUNE | 2013 | - |

Confidential

PREPA_RSA0034751