# Exhibit 30

**Monthly Report to the Governing Board, August 2019**

MONTHLY REPORT
TO THE GOVERNING BOARD
AUGUST 2019

CONTENTS

PAGE

Operation Highlights .................................................................................................................. 1 - 12

Statement of Net Position ........................................................................................................... 14 - 15

Statements of Revenues, Expenses and Change in Net Position ......................................................... 16 - 17

Statements of Revenues and Expenses for Revenue Fund
Purposes Per Trust Agreement ..................................................................................................... 18 - 19

Net Position ............................................................................................................................ 20

Accounts Receivable (Exhibit A) .................................................................................................. 21

Prepayments and Other (Exhibit B) .............................................................................................. 22

Accounts Payable and Accrued Liabilities (Exhibit C) ........................................................................ 23

Sales of Electric Energy (Exhibit D) ............................................................................................. 24 - 25

PUERTO RICO ELECTRIC POWER AUTHORITY

I.  OPERATIONS HIGHLIGHTS

  A.  Production

| | AUGUST | | Increase (Decrease) % |
|---|---|---|---|
| | 2019-20 | 2018-19 | |
| 1.  Generation (kWh in thousands) | | | |
| Month: | | | |
| PREPA - Steam and gas | 1,027,891 | 1,149,368 | (10.6) |
| PREPA - Hydro | 3,269 | 1,979 | 65.2 |
| Purchased power - gas | 329,758 | 212,960 | 54.8 |
| Purchased power - coal | 335,342 | 266,753 | 25.7 |
| Renewable Energy | 38,986 | 28,796 | [2] |
| Total | 1,735,246 | 1,659,856 | 4.5 |
| Fiscal year-to-date: | | | |
| PREPA - Steam and gas | 2,046,104 | 2,213,162 | (7.5) |
| PREPA - Hydro | 6,623 | 2,992 | 121.4 |
| Purchased power - gas | 631,884 | 499,592 | 26.5 |
| Purchased power - coal | 672,800 | 534,092 | 26.0 |
| Renewable Energy | 82,146 | 57,591 | 42.6 |
| Total | 3,439,557 | 3,307,429 | 4.0 |
| Twelve months: | | | |
| PREPA - Steam and gas | 11,388,350 | 10,133,498 | 12.4 |
| PREPA - Hydro | 34,775 | 30,126 | 15.4 |
| Purchased power - gas | 3,379,649 | 2,463,740 | 37.2 |
| Purchased power - coal | 3,362,858 | 1,562,245 | 115.3 |
| Renewable Energy | 397,099 | 117,991 | 236.6 |
| Total | 18,562,731 | 14,307,600 | 29.7 |
| 2.  Maximum hourly peak load (in MW) | | | |
| Month | n/a [1] | n/a | [1] |
| Fiscal year-to-date | n/a | n/a | [1] |
| Twelve months | n/a | n/a | [1] |
| 3.  Sales (kWh in thousands) | | | |
| Month: | | | |
| Billed | 1,422,622 | 1,414,504 | 0.6 |
| Days billed | 31.0 | 31.0 | 0.0 |
| Fiscal year-to-date: | | | |
| Billed | 2,785,328 | 2,745,883 | 1.4 |
| Days billed | 61.0 | 61.0 | 0.0 |
| Twelve months: | | | |
| Billed | 15,852,534 | 12,469,729 | 27.1 |
| Days billed | 365.0 | 365.0 | 0.0 |
| 4.  System efficiency (%) | | | |
| Month | 82.0 | 85.2 | (3.8) |
| Fiscal year-to-date | 81.0 | 83.0 | (2.5) |
| Twelve months | 85.4 | 87.2 | (2.0) |
| 5.  Average cost per barrel ($) | | | |
| Month | 78.92 | 75.81 | 4.1 |
| Fiscal year-to-date | 76.93 | 77.20 | (0.3) |
| Twelve months | 75.73 | 77.41 | (2.2) |
| 6.  kWh/Barrel | | | |
| Month | 574.56 | 756.16 | (24.0) |
| Fiscal year-to-date | 582.27 | 699.04 | (16.7) |
| Twelve months | 602.72 | 619.56 | (2.7) |
| 7.  Heat rate (BTU/kWh) | | | |
| Month | 11,097 | 10,570 | 5.0 |
| Fiscal year-to-date | 11,005 | 10,808 | 1.8 |
| Twelve months | 10,891 | 11,153 | (2.3) |

[1] Report prepared by Generation Directorate, unavailable for month.
[2] Over 100%.

INTERIM OPERATIONAL AND FINANCIAL INFORMATION SUBJECT TO MATERIAL CHANGE

2                                    PUERTO RICO ELECTRIC POWER AUTHORITY

| AUGUST |
|--------|

8.  Fuel consumption
    (in thousands)

| | 2019-20 | | 2018-19 | | Increase (Decrease) % | |
|---|---|---|---|---|---|---|
| | BBL | Cost | BBL | Cost | BBL | Cost |
| **Month:** | | | | | | |
| Steam | 593 | 45,935 | 595 | 47,546 | (0.3) | (3.4) |
| Gas | 801 | 73,274 | 310 | 32,083 | 158.4 | 128.4 |
| Natural Gas | 395 | 21,976 | 615 | 35,599 | (35.8) | (38.3) |
| Total | 1,789 | $ 141,185 | 1,520 | 115,228 | 17.7 | 22.5 |
| **Fiscal year-to-date:** | | | | | | |
| Steam | 1,077 | 85,075 | 1,355 | 109,622 | (20.5) | (22.4) |
| Gas | 1,426 | 128,713 | 717 | 71,976 | 98.9 | 78.8 |
| Natural Gas | 1,011 | 56,543 | 1,094 | 62,814 | (7.6) | (10.0) |
| Total | 3,514 | $ 270,331 | 3,166 | 244,412 | 11.0 | 10.6 |
| **Twelve months:** | | | | | | |
| Steam | 6,877 | $ 549,857 | 7,056 | 565,837 | (2.5) | (2.8) |
| Gas | 5,026 | 472,865 | 5,208 | 477,861 | (3.5) | (1.0) |
| Natural Gas | 6,992 | 408,144 | 4,092 | 222,401 | 70.9 | 83.5 |
| Total | 18,895 | $ 1,430,866 | 16,356 | 1,266,099 | 15.5 | 13.0 |

| AUGUST |
|--------|

| | 2019 | 2018 | Increase (Decrease) % |
|---|---|---|---|
| **B.  Client Service [1]** | | | |
| 1.  Service complaints per thousand clients | 0.68 | 1.56 | [1] |
| 2.  Disconnections for nonpayment per thousand clients | 11.22 | n/a | [1] |
| **C.  Distribution System** | | | |
| 1.  Interruption frequency index | | | |
| Total interruptions per thousand clients served | 0.433 | 0.447 | (3.1) |
| 2.  Interruption duration index | | | |
| Average interruption time per clients served (minutes) | 69.02 | 71.31 | (3.2) |
| 3.  Clients per interruption | 254 | 270 | (5.8) |
| 4.  Time per interruption (minutes) | 322 | 381 | (15.5) |

[1] No service disconnections were performed during August 2018.

D.   Personnel

| | | AUGUST | | Increase (Decrease) |
|---|---|---|---|---|
| | | 2019 | 2018 | |
| Management Conf. / Carr. | Reg. | 1,570 | 1,645 | (75) |
| | Temp. | 8 | 5 | 3 |
| U.T.I.E.R. | Reg. | 2,990 | 3,212 | (222) |
| | Temp. | 229 | 12 | 217 |
| | Emerg. | 45 | 244 | (199) |
| U.I.T.I.C.E. | Reg. | 517 | 565 | (48) |
| | Temp. | | | |
| U.E.P.I. | Reg. | 247 | 259 | (12) |
| | Temp. | 1 | | 1 |
| U.P.A.E.E. | Reg. | 4 | 5 | (1) |
| | Temp. | 0 | 0 | 0 |
| Total | | 5,611 | 5,947 | (336) |

4

PUERTO RICO ELECTRIC POWER AUTHORITY

## II. FINANCIAL HIGHLIGHTS

### A. Revenue data [1]

1. Sales of electric energy per classes (including unbilled adjustments); in thousands

| | AUGUST | | | | | |
|---|---|---|---|---|---|---|
| | Month | | Increase (Decrease) % | Fiscal Year-to-Date | | Increase (Decrease) % |
| | 2019 | 2018 | | 2019-20 | 2018-19 | |
| **kWh sales:** | | | | | | |
| Residential   0 | 587,716 | 572,077 | 2.7 | 1,199,520 | 1,144,742 | 4.8 |
| Commercial | 687,774 | 657,217 | 4.6 | 1,342,113 | 1,303,447 | 3.0 |
| Industrial | 175,077 | 209,353 | (16.4) | 356,295 | 354,692 | 0.5 |
| Others | 29,977 | 30,688 | (2.3) | 62,611 | 64,567 | (3.0) |
| Total | 1,480,544 | 1,469,335 | 0.8 | 2,960,539 | 2,867,448 | 3.2 |
| **Basic revenues:** | | | | | | |
| Residential | $ 35,593 | $ 29,647 | 20.1 [2] | $ 73,327 | $ 59,512 | 23.2 [2] |
| Commercial | 53,060 | 41,890 | 26.7 [2] | 103,043 | 95,407 | 8.0 |
| Industrial | 8,473 | 9,513 | (10.9) | 18,594 | 16,708 | 11.3 |
| Others | 3,289 | 5,266 | (37.5) | 6,628 | 10,909 | (39.2) |
| Total | $ 100,415 | $ 86,316 | 16.3 | $ 201,592 | $ 182,536 | 10.4 |
| **Provisional rate:** | | | | | | |
| Residential | $ (11) | $ 6,856 | 3,4 | $ (32) | $ 13,484 | 3,4 |
| Commercial | 28 | 8,297 | 3,4 | (92) | 16,303 | 3,4 |
| Industrial | (1) | 2,520 | 3,4 | (3) | 4,474 | 3,4 |
| Others | (1) | 395 | 3,4 | 1 | 802 | 3,4 |
| Total | $ 15 | $ 18,068 | 3,4 | $ (126) | $ 35,063 | 3,4 |
| **Fuel adjustment:** | | | | | | |
| Residential | $ 56,016 | $ 49,297 | 13.6 | $ 100,919 | $ 105,940 | (4.7) |
| Commercial | 65,853 | 57,002 | 15.5 | 112,801 | 118,313 | (4.7) |
| Industrial | 16,627 | 16,951 | (1.9) | 28,876 | 29,758 | (3.0) |
| Others | 2,859 | 2,199 | 30.0 | 5,025 | 5,475 | (8.2) |
| Total | $ 141,355 | $ 125,449 | 12.7 | $ 247,621 | $ 259,486 | (4.6) |
| **Purchased power:** | | | | | | |
| Residential | $ 33,663 | $ 27,463 | 22.6 [2] | $ 62,845 | $ 55,525 | 13.2 |
| Commercial | 39,854 | 32,299 | 23.4 [2] | 70,752 | 63,869 | 10.8 |
| Industrial | 10,113 | 9,772 | 3.5 | 18,586 | 16,567 | 12.2 |
| Others | 1,766 | 1,501 | 17.7 | 3,172 | 3,237 | (2.0) |
| Total | $ 85,396 | $ 71,035 | 20.2 | $ 155,355 | $ 139,198 | 11.6 |
| **Contribution in lieu of taxes:** | | | | | | |
| Residential | $ 2,932 | $ - | 3,4 | $ 8,168 | $ - | 3,4 |
| Commercial | 3,540 | - | 3,4 | 7,886 | - | 3,4 |
| Industrial | 902 | - | 3,4 | 2,513 | - | 3,4 |
| Others | 148 | - | 3,4 | 376 | - | 3,4 |
| Total | $ 7,522 | $ - | 3,4 | $ 18,943 | $ - | 3,4 |
| **Subsidies:** | | | | | | |
| Residential | $ 7,043 | $ - | 3,4 | $ 17,750 | $ - | 3,4 |
| Commercial | 8,601 | - | 3,4 | 17,660 | - | 3,4 |
| Industrial | 2,301 | - | 3,4 | 4,491 | - | 3,4 |
| Others | 392 | - | 3,4 | 938 | - | 3,4 |
| Total | $ 18,337 | $ - | 3,4 | $ 40,839 | $ - | 3,4 |
| **True Up:** 23 | | | | | | |
| Residential | $ (4,523) | $ - | 3,4 | $ (11,746) | $ - | 3,4 |
| Commercial | (5,341) | - | 3,4 | (13,743) | - | 3,4 |
| Industrial | (1,360) | - | 3,4 | (3,566) | - | 3,4 |
| Others | (231) | - | 3,4 | (554) | - | 3,4 |
| Total | $ (11,455) | $ - | 3,4 | $ (29,609) | $ - | 3,4 |
| **Total revenues:** | | | | | | |
| Residential | $ 130,713 | $ 113,263 | 15.4 | $ 251,231 | $ 234,461 | 7.2 |
| Commercial | 165,595 | 139,488 | 18.7 | 298,307 | 293,892 | 1.5 |
| Industrial | 37,055 | 38,756 | (4.4) | 69,491 | 67,507 | 2.9 |
| Others | 8,222 | 9,361 | (12.2) | 15,586 | 20,423 | (23.7) |
| Total | $ 341,585 | $ 300,868 | 13.5 | $ 634,615 | $ 616,283 | 3.0 |

[1] Actual revenues were computed manually, due to IT reporting issues with certain CC&B Sales Reports, as a result of the conversion from the provisional to the permanent rate in May 2019; this revenue determination method will continue until such time the IT solves with the CC&B reports are solved.

[2] During August 2018, the billing to residential and commercial customers were still lagging behind schedule as a consequence of Hurricanes Irma and María.

[3] Provisional rate was eliminated, and CILT and Subsidies Riders were created after the implementation of the new rate structure beginning on May 2019. Also, a true up mechanism was established, per Puerto Rico Energy Bureau directive. A true up rider of $-0.771 c/kWh, will be returned to clients and presented on monthly billings. This reconciliation will be completed during fiscal year 2020.

[4] Over 100%.

INTERIM OPERATIONAL AND FINANCIAL INFORMATION SUBJECT TO MATERIAL CHANGE

PUERTO RICO ELECTRIC POWER AUTHORITY 5

| | Month | | | Fiscal Year-to-Date | | |
|---|---|---|---|---|---|---|
| | 2019 | 2018 | Increase (Decrease) % | 2019-20 | 2018-19 | Increase (Decrease) % |
| **2. Cents per kWh[1]** | | | | | | |
| **Basic revenues:** | | | | | | |
| Residential | 6.06 | 5.18 | 17.0 | 6.11 | 5.20 | 17.5 |
| Commercial | 7.71 | 6.37 | 21.0 [2] | 7.68 | 7.32 | 4.9 |
| Industrial | 4.84 | 4.54 | 6.6 | 5.22 | 4.71 | 10.8 |
| Others | 10.97 | 17.16 | (36.1) | 10.59 | 16.90 | (37.3) |
| Total | 6.78 | 5.87 | 15.5 | 6.81 | 6.37 | 6.9 |
| | | | | | | |
| **Provisional rate:** | | | | | | |
| Residential | 0.00 | 1.20 | 3,4 | 0.00 | 1.18 | 3,4 |
| Commercial | 0.00 | 1.26 | 3,4 | (0.01) | 1.25 | 3,4 |
| Industrial | 0.00 | 1.20 | 3,4 | 0.00 | 1.26 | 3,4 |
| Others | 0.00 | 1.29 | 3,4 | 0.00 | 1.24 | 3,4 |
| Total | 0.00 | 1.23 | 3,4 | 0.00 | 1.22 | 3,4 |
| | | | | | | |
| **Fuel adjustment:** | | | | | | |
| Residential | 8.75 | 8.62 | 1.5 | 7.43 | 9.25 | (19.7) |
| Commercial | 8.82 | 8.68 | 1.6 | 7.38 | 9.08 | (18.7) |
| Industrial | 8.71 | 8.10 | 7.5 | 7.09 | 8.39 | (15.5) |
| Others | 8.77 | 7.16 | 22.5 | 7.13 | 8.48 | (15.9) |
| Total | 9.54 | 8.55 | 11.6 | 8.36 | 9.05 | (7.6) |
| | | | | | | |
| **Purchased power:** | | | | | | |
| Residential | 5.73 | 4.80 | 19.4 | 5.24 | 4.85 | 8.0 |
| Commercial | 5.79 | 4.91 | 17.9 | 5.27 | 4.90 | 7.6 |
| Industrial | 5.78 | 4.67 | 23.8 [2] | 5.22 | 4.67 | 11.8 |
| Others | 5.89 | 4.89 | 20.4 | 5.07 | 5.01 | 1.2 |
| Total | 5.77 | 4.83 | 19.5 | 5.25 | 4.85 | 8.2 |
| | | | | | | |
| **Contribution in lieu of taxes:** | | | | | | |
| Residential | 0.50 | 0.00 | 3,4 | 0.68 | 0.00 | 3,4 |
| Commercial | 0.51 | 0.00 | 3,4 | 0.59 | 0.00 | 3,4 |
| Industrial | 0.52 | 0.00 | 3,4 | 0.71 | 0.00 | 3,4 |
| Others | 0.49 | 0.00 | 3,4 | 0.60 | 0.00 | 3,4 |
| Total | 0.51 | 0.00 | 3,4 | 0.64 | 0.00 | 3,4 |
| | | | | | | |
| **Subsidies:** | | | | | | |
| Residential | 1.20 | 0.00 | 3,4 | 1.48 | 0.00 | 3,4 |
| Commercial | 1.25 | 0.00 | 3,4 | 1.32 | 0.00 | 3,4 |
| Industrial | 1.31 | 0.00 | 3,4 | 1.26 | 0.00 | 3,4 |
| Others | 1.31 | 0.00 | 3,4 | 1.50 | 0.00 | 3,4 |
| Total | 1.24 | 0.00 | 3,4 | 1.38 | 0.00 | 3,4 |
| | | | | | | |
| **True Up:** | | | | | | |
| Residential | (0.77) | 0.00 | 3,4 | (0.98) | 0.00 | 3,4 |
| Commercial | (0.78) | 0.00 | 3,4 | (1.02) | 0.00 | 3,4 |
| Industrial | (0.78) | 0.00 | 3,4 | (1.00) | 0.00 | 3,4 |
| Others | (0.77) | 0.00 | 3,4 | (0.88) | 0.00 | 3,4 |
| Total | (0.77) | 0.00 | 3,4 | (1.00) | 0.00 | 3,4 |
| | | | | | | |
| **Total revenues:** | | | | | | |
| Residential | 22.24 | 19.80 | 12.3 | 20.94 | 20.48 | 2.2 |
| Commercial | 24.08 | 21.22 | 13.5 | 22.23 | 22.55 | (1.4) |
| Industrial | 21.16 | 18.51 | 14.3 | 19.50 | 19.03 | 2.5 |
| Others | 27.43 | 30.50 | (10.1) | 24.89 | 31.63 | (21.3) |
| Total | 23.07 | 20.48 | 12.6 | 21.44 | 21.49 | (0.2) |
| | | | | | | |
| **3. Clients:** | | | | | | |
| Residential | 1,343,253 | 1,341,417 | 0.1 | 1,345,725 | 1,340,954 | 0.4 |
| Commercial | 121,883 | 122,714 | (0.7) | 122,696 | 122,678 | 0.0 |
| Industrial | 594 | 604 | (1.7) | 599 | 606 | (1.2) |
| Others | 3,212 | 3,297 | (2.6) | 3,265 | 3,301 | (1.1) |
| Total | 1,468,942 | 1,468,032 | 0.1 | 1,472,285 | 1,467,539 | 0.3 |
| | | | | | | |
| **4. Average kWh per client:** | | | | | | |
| Residential | 438 | 426 | 2.6 | 891 | 854 | |
| Commercial | 5,643 | 5,356 | 5.4 | 10,939 | 10,625 | |
| Industrial | 294,742 | 346,611 | (15.0) | 594,816 | 585,300 | |
| Others | 9,333 | 9,308 | 0.3 | 19,176 | 19,560 | |
| Total | 1,008 | 1,001 | 0.7 | 2,011 | 1,954 | |

[1] Actual revenues were computed manually, due to IT/reporting issues with certain CC&B Sales Reports, as a result of the conversion from the provisional to the permanent rate in May 2019; this revenue determination method will continue until such time the IT issues with the CC&B reports are solved.

[2] During August 2018, the billing to residential and commercial customers were still lagging behind schedule as a consequence of Hurricanes Irma and Maria.

[3] Provisional rate was eliminated, and CILT and Subsidies Riders were created after the implementation of the new rate structure beginning on May 2019. Also, a true up mechanism was established, per Puerto Rico Energy Bureau directive. A true up rider of $-0.771 c/kWh, will be returned to clients and presented on monthly billings. This reconciliation will be completed during fiscal year 2020.

[4] Over 100%.

6

PUERTO RICO ELECTRIC POWER AUTHORITY

II.  FINANCIAL HIGHLIGHTS

A.  Revenue data

1.  Sales of electric energy per government account; in thousands

| | AUGUST | | | | | |
|---|---|---|---|---|---|---|
| | Month | | Increase (Decrease) % | Fiscal Year-to-Date | | Increase (Decrease) % |
| | 2019 | 2018 | | 2019-20 | 2018-19 | |
| **kWh sales:** | | | | | | |
| Residential | n/a | 11 | [1] | n/a | 24 | |
| Commercial | n/a | 164,500 | [1] | n/a | 327,570 | |
| Industrial | | | | | | |
| Others | n/a | 28,537 | [1] | n/a | 57,780 | |
| Total | 0 | 193,048 | [1] | 0 | 385,374 | |
| **Basic revenues:** | | | | | | |
| Residential | n/a | $  1 | [1] | n/a | $  1 | |
| Commercial | n/a | 16,857 | [1] | n/a | 30,482 | |
| Industrial | | | | | | |
| Others | n/a | 5,086 | [1] | n/a | 10,143 | |
| Total | $  - | 21,944 | [1] | $  - | $  40,626 | |
| **Provisional rate:** | | | | | | |
| Residential | n/a | $  - | [1] | n/a | $  - | |
| Commercial | n/a | 2,139 | [1] [1] | n/a | 4,268 | |
| Industrial | | | | | | |
| Others | n/a | 371 | [1] | n/a | 751 | |
| Total | $  - | 2,510 | [1] [1] | $  - | $  5,019 | |
| **Fuel adjustment:** | | | | | | |
| Residential | n/a | $  1 | [1] | n/a | $  3 | |
| Commercial | n/a | 18,631 | [1] | n/a | 34,379 | |
| Industrial | | | | | | |
| Others | n/a | 3,283 | [1] | n/a | 6,278 | |
| Total | $  - | 21,915 | [1] | $  - | $  40,660 | |
| **Purchased power:** | | | | | | |
| Residential | n/a | $  1 | [1] | n/a | $  1 | |
| Commercial | n/a | 7,895 | [1] | n/a | 15,298 | |
| Industrial | | | | | | |
| Others | n/a | 1,405 | [1] | n/a | 2,815 | |
| Total | $  - | 9,301 | [1] | $  - | $  18,114 | |
| **Contribution in lieu of taxes:** | | | | | | |
| Residential | n/a | $  - | [1] | n/a | $  - | |
| Commercial | n/a | 0 | [1] | n/a | 0 | |
| Industrial | | | | | | |
| Others | n/a | 0 | [1] | n/a | 0 | |
| Total | $  - | $  - | [1] | $  - | $  - | |
| **Subsidies:** | | | | | | |
| Residential | n/a | $  - | [1] | n/a | $  - | |
| Commercial | n/a | 0 | [1] | n/a | 0 | |
| Industrial | | | | | | |
| Others | n/a | 0 | [1] | n/a | 0 | |
| Total | $  - | $  - | [1] | $  - | $  - | |
| **Total revenues:** | | | | | | |
| Residential | n/a | $  3 | [1] | n/a | $  5 | [1] |
| Commercial | n/a | 45,522 | [1] [1] | n/a | 84,427 | |
| Industrial | | | | | | |
| Others | n/a | 10,145 | [1] | n/a | 19,987 | |
| Total | $  - | 55,670 | [1] [1] | $  - | $  104,419 | |
| **2.  Service Agreements:** | | | | | | |
| Residential | n/a | 14 | [1] | n/a | 14 | |
| Commercial | n/a | 20,720 | [1] | n/a | 20,370 | |
| Industrial | | | | | | |
| Others | n/a | 2,831 | [1] | n/a | 2,824 | |
| Total | 0 | 23,565 | [1] | 0 | 23,208 | |

Statistical and financial data from the Government sector is segregated from the original sales reports (CC&B) prepared by the Client Service Directorate.

---

[1] Revenue data for government accounts was unavailable for August 2019, due to IT/reporting issues with certain CC&B Sales Reports, as a result of the conversion from the provisional to permanent rate in May 2019.

This page intentionally left in blank.

8                              PUERTO RICO ELECTRIC POWER AUTHORITY

B.  Results of operations-budget comparison[1]
    (in million dollars)

| | AUGUST | | | | | |
|---|---|---|---|---|---|---|
| | Month | | | Fiscal Year-to-Date | | |
| | Budget | Actual | Increase (Decrease) % | Budget | Actual | Increase (Decrease) % |
| Base rate | $  103.4 | $  100.4 | (2.9) | 204.0 | $  201.6 | (1.2) |
| Fuel adjustment | 106.5 | 141.4 | 32.8  [2] | 209.4 | 247.6 | 18.2 |
| Purchased power | 67.3 | 85.4 | 26.9  [3] | 132.2 | 155.4 | 17.5 |
| Contribution in lieu of taxes | 7.4 | 7.5 | [4] | 14.6 | 18.9 | [4] |
| Subsidies | 21.3 | 18.3 | [4] | 41.8 | 40.8 | [4] |
| Provisional rate | - | - | [4] | - | (0.1) | [4] |
| True Up | - | (11.4) | [4] | - | (29.6) | [4] |
| Revenues from sales[1] | $  305.9 | $  341.6 | 11.7 | $  602.0 | $  634.6 | 5.4 |
| Other | (2.1) | (1.9) | (9.5) | (4.0) | (3.9) | (2.5) |
| Total revenues | $  303.8 | $  339.7 | 11.8 | $  597.9 | $  630.7 | 5.5 |
| Fuel | $  111.8 | $  141.2 | 26.3  [2] | $  210.5 | $  270.3 | 28.4 |
| Purchased power | 65.7 | 65.2 | (0.8) | 133.0 | 128.4 | (3.5) |
| Other expenses | 71.0 | 53.5 | (24.6)  [5] | 141.9 | 100.6 | (29.1) |
| Total current expenses | $  248.5 | $  259.9 | 4.6 | $  485.4 | $  499.3 | 2.9 |
| 1974 - sinking fund appropriations[6] | 57.9 | 63.4 | 9.5 | 115.8 | 119.8 | 3.5 |
| Interest on notes[7] | 0.0 | 8.6 | [9] | 0.0 | 8.6 | [9] |
| Internal funds[8] | (29.1) | 7.7 | [9] | (56.7) | 2.9 | [9] |
| Contribution to municipalities | 6.6 | - | [9] | 13.5 | - | [9] |
| Other appropriations | 19.9 | - | [9] | 39.8 | - | [9] |
| Total | $  303.8 | $  339.7 | | $  597.9 | $  630.7 | |

EXPLANATION OF MAJOR VARIATIONS

[1] Actual revenues were computed manually, due to IT/reporting issues with certain CC&B Sales Reports, as a result of the conversion from the provisional to permanent rate in May 2019.

[2] Variance in fuel revenues mainly due to the effect of prior period adjustments of $11.1 million, corresponding to March and April 2019, and consistent with the orders and resolutions of the Puerto Rico Energy Bureau. The projected cost of fuel for August 2019 was $75.15 per barrel, and the actual cost was $79.27.

[3] Variance in purchased power revenues mainly due to the effect of prior period adjustments of $13.8 million, corresponding to March and April 2019, and consistent with the order and resolution of the Puerto Rico Energy Bureau.

[4] Provisional rate was eliminated, and CILT and Subsidies Riders were created after the implementation of the new rate structure beginning on May 2019. Also, a true up mechanism was established per Puerto Rico Energy Bureau directive. A true up rider of $-0.771 ¢/kWh, will  be returned to clients and presented on monthly billings. This reconciliation will be completed during fiscal year 2020.

[5] Variance mainly due to decreases of $8.5 million in administrative expenses and $8.2 million in maintenance expenses, when compared to budget.

[6] The 1974 Sinking Fund appropriation have been accrued but not paid nor transferred.

[7] Interest on notes budgeted was projected assuming a debt restructuring process.

[8] Internal funds have been accrued but not paid nor transferred to the Construction Fund. Actual amounts are maintained as part of the General Fund, to provide a reserve for current expenses.

[9] 100% or Over.

INTERIM OPERATIONAL AND FINANCIAL INFORMATION SUBJECT TO MATERIAL CHANGE

PUERTO RICO ELECTRIC POWER AUTHORITY 9

C. Results of operations-as compared to last year[1]
(in million dollars)

| | AUGUST | | | | | |
|---|---|---|---|---|---|---|
| | Month | | | Fiscal Year-to-Date | | |
| | 2019 | 2018 | Increase (Decrease) % | 2019-20 | 2018-19 | Increase (Decrease) % |
| Base rate | $ 100.4 | $ 86.3 | 16.3 | $ 201.6 | $ 182.5 | 10.5 |
| Fuel adjustment | 141.4 | 125.5 | 12.7 | 247.6 | 259.5 | (4.6) |
| Purchased power | 85.4 | 71.0 | 20.3 [2] | 155.4 | 139.2 | 11.6 |
| Contribution in lieu of taxes | 7.5 | - | [3] | 18.9 | - | [3] |
| Subsidies | 18.3 | - | [3] | 40.8 | - | [3] |
| Provisional rate | - | 18.1 | [3] | (0.1) | 35.1 | [3] |
| True Up | (11.4) | - | [3] | (29.6) | - | [3] |
| Revenues from sales[1] | $ 341.6 | $300.9 | 13.5 | $ 634.6 | $ 616.3 | 3.0 |
| Other | (1.9) | 2.8 | [8] | (3.9) | 3.7 | [8] |
| Total revenues | $ 339.7 | $303.7 | 11.9 | $ 630.7 | $ 620.0 | 1.7 |
| Fuel | $ 141.2 | $115.2 | 22.6 | $ 270.3 | $ 244.4 | 10.6 |
| Purchased power | 65.2 | 53.9 | 21.0 | 128.4 | 108.9 | 17.9 |
| Other expenses | 53.5 | 54.9 | (2.6) | 100.6 | 112.2 | (10.3) |
| Total current expenses | $ 259.9 | $224.0 | 16.0 | $ 499.3 | $ 465.5 | 7.3 |
| 1974 - sinking fund appropriations[5] | 63.4 | 58.3 | 8.7 | 119.8 | 116.5 | 2.8 |
| Interest on notes[6] | 8.6 | 4.5 | [6] | 8.6 | 9.0 | (4.4) |
| Internal funds[7] | 7.7 | 0.5 | [8] | 2.9 | 6.4 | (54.7) |
| Contribution to municipalities | - | 4.7 | [8] | - | (0.7) | [8] |
| Other appropriations | - | 11.7 | [8] | - | 23.3 | [8] |
| Total | $ 339.7 | $303.7 | | $ 630.7 | $ 620.0 | |

EXPLANATION OF MAJOR VARIATIONS

[1] Actual revenues were computed manually, due to IT/reporting issues with certain CC&B Sales Reports, as a result of the conversion from the provisional to permanent rate in May 2019

[2] Variance in purchased power revenues mainly due to the effect of prior period adjustments of $13.8 million, corresponding to March and April 2019, and consistent with the order and resolutic Puerto Rico Energy Bureau.

[3] Provisional rate was eliminated, and CILT and Subsidies Riders were created after the implementation of the new rate structure beginning on May 2019. Also, a true up mechanism was establis per Puerto Rico Energy Bureau directive. A true up rider of $-0.771 c/kWh, will be returned to clients and presented on monthly billings. This reconciliation will be completed during fiscal year

[4] Variance mainly due to decreases of $12.8 million in administrative expenses and $8.3 million in maintenance expenses, when compared to budget.

[5] The 1974 Sinking Fund appropriation have been accrued but : 23.07

[6] Interest on notes budgeted was projected assuming a debt restructuring process.

[7] Internal funds have been accrued but not paid nor transferred to the Construction Fund. Actual amounts are maintained as part of the General Fund, to provide a reserve for current expenses.

[8] 100% or Over.

INTERIM OPERATIONAL AND FINANCIAL INFORMATION SUBJECT TO MATERIAL CHANGE

D. Notes Payable
   (in thousand dollars)

| AUGUST |
|---|

### Construction Financing

| | 2019 | 2018 |
|---|---|---|
| 1. State Revolving Fund Program Aguirre & San Juan Plant (AFICA): | | |
| Line of credit | $ 27,023 | $ 25,354 |
| Amount received | 12,871 | 713 |
| Available balance | $ 14,152 | $ 24,641 |
| | | |
| Debt outstanding balance | $ 12,871 | $ 713 |
| | | |
| Maturity Date | June 30, 2033 | |

### Operational Financing

| | 2019 | 2018 |
|---|---|---|
| 1. Government Emergency Line | | |
| Line of credit | $ 300,000 | $ - |
| Amount received | 0 | 0 |
| Available balance | $ - | $ - |
| | | |
| Debt outstanding balance | $ - | $ - |
| | | |
| Maturity Date | June 30, 2018 | |
| | | |
| 2. Fuel Financing (Scotiabank) : | | |
| Line of credit | $ 550,000 | $ 550,000 |
| Amount received | 549,950 | 549,950 |
| Available balance | $ 50 | $ 50 |
| | | |
| Debt outstanding balance | $ 549,950 | $ 549,950 |
| | | |
| Maturity Date | August 14, 2014 | |
| | | |
| 3. Fuel Financing (Citibank) : | | |
| Line of credit | $ 150,000 | $ 150,000 |
| Amount received | 146,042 | 146,042 |
| Available amount | $ 3,958 | $ 3,958 |
| | | |
| Debt outstanding balance | $ 146,042 | $ 146,042 |
| | | |
| Maturity Date | January 10, 2014 | |

PUERTO RICO ELECTRIC POWER AUTHORITY                                11

E.  Necessary Maintenance Expenses [1]
    (in thousand dollars)

| | AUGUST | | | | | | |
| | Month[2] | | | | Fiscal Year-to-Date[3] | | |
| | Budget | Actual | Increase (Decrease) % | | Budget | Actual | Increase (Decrease) % |
|---|---|---|---|---|---|---|---|
| Production | $ 6,962 | $ 2,746 | (60.6) | | $ 13,924 | $ 4,254 | (69.4) # |
| Transmission | 2,446 | 4,316 | 76.5 | | 4,892 | 4,545 | (7.1) # |
| Distribution | 6,825 | 1,951 | (71.4) | | 13,650 | 7,418 | (45.7) # |
| Other | 2,190 | 370 | (83.1) | | 4,380 | 965 | (78.0) # |
| Total | $ 18,423 | $ 9,383 | (49.1) | | $ 36,846 | $ 17,182 | (53.4) # |

| | 2018 | 2019 |
|---|---|---|
| F.  Highest debt coverage as of June 30 | 0.83 | 1.11 |

G.  REA Projects

| | Month | Fiscal Year-to-Date |
|---|---|---|
| Total investment | $0 | |
| | | SAME AS MONTH |
| Families served | 0 | |

---

[1]  Capital Improvement Program was suspended after filing of Title III of PROMESA. Only the necessary maintenance expenses will be presented.
[2]  Monthly figures may vary significantly due to fluctuations in the availability of funds.  For more accurate results,
    please refer to fiscal year-to-date figures.
[3]  Includes monthly overhead allocation.

12

PUERTO RICO ELECTRIC POWER AUTHORITY

STATISTICS OF ACCOUNTS RECEIVABLE FROM SALES OF ELECTRIC ENERGY [1]
(in thousand dollars)

| | AUGUST | | Increase (Decrease) |
| | 2019 | 2018 | % |
|---|---|---|---|
| General clients | 1,025,289 | 1,124,490 | (8.8) |
| Government (State and federal agencies and public corporations) | 261,475 | 282,996 | (7.6) |
| Total Accounts Receivable | 1,286,764 | 1,407,486 | (8.6) |
| Uncollectibles Reserve (not including municipalities) | (819,927) | (809,575) | 1.3 |
| Accounts Receivable after Reserve | 466,837 | 597,911 | (21.9) |
| Sales of electric energy (12 months) | | | |
| Revenues from sales | 2,615,027 | 2,651,692 | (1.4) |
| Indicators: | | | |
| A/R to Sales | 17.9% | 22.5% | (20.8) |
| Sales Days in A/R | 65 | 82 | (20.8) |
| Ratio of collections to sales, last 12 months: | | | |
| General clients: | | | |
| Sales | 2,227,833 | 2,274,849 | (2.1) |
| Collections | 2,885,133 | 1,995,572 | 44.6 |
| %Collection to Sales | 129.5 | 87.7 | 47.6 |
| Government: | | | |
| Sales net of municipalities, public lightning and exclusions | 387,194 | 376,843 | 2.7 |
| Collections | 399,524 | 299,295 | 33.5 |
| % Collection to Sales | 103.2 | 79.4 | 29.9 |
| Total: | | | |
| Sales net of municipalities, public lightning and exclusions | 2,615,027 | 2,651,692 | (1.4) |
| Collections | 3,284,657 | 2,294,867 | 43.1 |
| %Collection to Sales | 125.6 | 86.5 | 45.1 |

[1] Source of Information: Customer Service Department

13

PUERTO RICO ELECTRIC POWER AUTHORITY

This page intentionally left in blank.

STATEMENT OF NET POSITION
ASSETS AND DEFERRED OUTFLOWS
(in thousands)

|  | August 31 2019 | June 30 2019 |
|---|---|---|
| **Current assets:** | | |
| Cash and cash equivalents | | |
| General fund | $       60,558 | $       60,558 |
| Reserve for current expenses | 192,997 | 239,728 |
| Revenue fund | - | 13 |
| Working funds | 2,204 | 2,204 |
| Total cash and cash equivalents | 255,759 | 302,503 |
| | | |
| Accounts receivable (Exhibit A) | 1,673,216 | 1,642,190 |
| Fuel oil inventory | 138,106 | 165,523 |
| Materials and supplies inventory | 137,939 | 140,137 |
| Prepayments and other (Exhibit B) | 546,920 | 555,880 |
| Total current assets | 2,751,940 | 2,806,233 |
| | | |
| Non current receivables (Exhibit A) | 119,491 | 119,491 |
| | | |
| **Restricted Assets** | | |
| Cash held by trustees | 46,245 | 46,235 |
| Investments held by trustees | | |
| Sinking funds - Interest | 3,371 | 3,354 |
| Non current restricted deposits held by trustees | 5,425 | 5,435 |
| Total investment held by trustees | 8,796 | 8,789 |
| | | |
| Construction fund and other | | |
| Construction fund | 63,119 | 62,726 |
| Investment held by REA | 1,144 | 1,139 |
| Reserve maintenance fund | 16,647 | 16,581 |
| Other restricted fund | 5,260 | 5,242 |
| Total construction fund and other | 86,170 | 85,688 |
| | | |
| Total restricted assets | 141,211 | 140,712 |
| | | |
| **Utility Plant** | | |
| Electric plant in service | 13,352,342 | 13,293,492 |
| Less:  accumulated depreciation | 8,105,626 | 8,034,012 |
| Net electric plant in service | 5,246,716 | 5,259,480 |
| Construction work in progress, including preliminary surveys of 4 and 4 | 545,287 | 587,108 |
| Total utility plant | 5,792,003 | 5,846,588 |
| | | |
| **Deferred debits:** | | |
| Unamortized debt expense | (4,079) | (4,079) |
| Other | 1,576,082 | 1,578,734 |
| Total deferred debits | 1,572,003 | 1,574,655 |
| | | |
| Total assets | 10,376,648 | 10,487,679 |
| | | |
| Deferred outflows of resources | 96,556 | 96,556 |
| | | |
| Total Assets and Deferred Outflows | $    10,473,204 | $    10,584,235 |

PUERTO RICO ELECTRIC POWER AUTHORITY                15

STATEMENT OF NET POSITION
LIABILITIES AND NET POSITION
(in thousands)

|  | August 31 2019 | June 30 2019 |
|---|---|---|
| **Liabilities and net position** | | |
| Current Liabilities | | |
| Notes payable to banks | $ 708,863 | $ 708,610 |
| Accounts payable and accrued liabilties (Exhibit C) | 1,585,394 | 1,700,585 |
| Customer deposits, including accrued interest | 47,386 | 45,919 |
| Unearned Revenue- Federal Grants | 7,200 | 7,200 |
| Total current liabilities | 2,348,843 | 2,462,314 |
| | | |
| Current liabilities payable from restricted assets | | |
| Current portion of long-term debt | 607,845 | 606,871 |
| Notes payable from restricted assets | 65,789 | 65,789 |
| Accrued interest payable on bonds and notes | 785,733 | 897,766 |
| Other current liabilities (Exhibit C) | 17,094 | 24,688 |
| Total current liabilities from restricted assets | 1,476,461 | 1,595,114 |
| | | |
| Non current liabilities | | |
| Power revenue bonds, net of unamortized debt discount of (36,484) and (36,484) | 7,677,193 | 7,677,193 |
| Notes Payable | 609,248 | 425,831 |
| Net pension liability | 4,666,535 | 4,666,535 |
| Non current portion, accounts payable and accrued sick leave | 91,898 | 91,898 |
| Accrued unfunded OPEB | 123,813 | 123,813 |
| Customer deposits - noncurrent | 198,047 | 198,047 |
| Total noncurrent liabilities | 13,366,734 | 13,183,317 |
| | | |
| Total liabilities | 17,192,038 | 17,240,745 |
| | | |
| Deferred inflows of resources: | | |
| Deferred gain on pension valuation | 47,343 | 47,342 |
| | | |
| Total net position (Deficit) | (6,766,177) | (6,703,852) |
| | | |
| Total Liabilities and Net Position | $ 10,473,204 | $ 10,584,235 |

INTERIM OPERATIONAL AND FINANCIAL INFORMATION SUBJECT TO CHANGE

PUERTO RICO ELECTRIC POWER AUTHORITY

STATEMENTS OF REVENUES, EXPENSES
AND CHANGES IN NET POSITION
(in thousands)

| | MONTH | | |
|---|---|---|---|
| | Budget August 2019 | Actual August 2019 | Actual August 2018 |
| Operating revenues: | | | |
| Sales of electric energy | $ 292,763 | $ 333,769 | $ 289,562 |
| Total operating revenues | 292,763 | 333,769 | 289,562 |
| Other income | (2,020) | (1,789) | 2,790 |
| Total revenues | 290,743 | 331,980 | 292,352 |
| Expenses: | | | |
| Fuel cost | 111,778 | 141,185 | 115,228 |
| Purchased power | 65,727 | 65,157 | 53,934 |
| Other production | 4,780 | 4,077 | 4,857 |
| Transmission and distribution | 10,712 | 11,407 | 12,079 |
| Maintenance | 19,817 | 11,665 | 15,353 |
| Customer accounting and collection | 7,882 | 7,115 | 7,234 |
| Administrative and general | 27,775 | 19,240 | 15,395 |
| Subtotal expenses by function | 248,471 | 259,846 | 224,080 |
| Other post - employment benefits | - | - | - |
| Depreciation | 31,317 | 41,252 | 30,020 |
| Interest on bonds, capital improvement notes, general obligation notes, less allowance for funds used during construction | | | |
| Contribution to municipalities | 31,889 | 35,687 | 37,989 |
| Other appropriations | 6,583 | 5,566 | 6,695 |
| Bond discount and defeasance amortization | 6,796 | 4,975 | 346 |
| Other | - | 487 | 619 |
| Total expenses | 325,056 | 347,813 | 299,749 |
| Contributed capital | 333 | 110 | 28 |
| Changes in net position | $ (33,980) | $ 331,980 | $ (7,369) |

PUERTO RICO ELECTRIC POWER AUTHORITY

STATEMENTS OF REVENUES, EXPENSES
AND CHANGES IN NET POSITION
(in thousands)

| | FISCAL YEAR | | |
| --- | --- | --- | --- |
| | Budget August 2019 | Actual August 2019 | Actual August 2018 |
| Operating revenues: | | | |
| Sales of electric energy | $ 575,725 | $ 618,960 | $ 593,658 |
| Total operating revenues | 575,724 | 618,960 | 593,658 |
| Other income | (4,041) | (3,811) | 3,732 |
| Total revenues | 571,684 | 615,149 | 597,390 |
| Expenses: | | | |
| Fuel cost | 210,496 | 270,332 | 244,412 |
| Purchased power | 133,045 | 128,384 | 108,945 |
| Other production | 9,561 | 7,846 | 10,102 |
| Transmission and distribution | 21,424 | 21,587 | 23,348 |
| Maintenance | 39,634 | 23,088 | 28,354 |
| Customer accounting and collection | 15,763 | 13,921 | 15,221 |
| Administrative and general | 55,551 | 34,197 | 35,081 |
| Subtotal expenses by function | 485,474 | 499,355 | 465,463 |
| Other post - employment benefits | - | - | - |
| Depreciation | 62,635 | 71,921 | 60,068 |
| Interest on bonds, capital improvement notes, general obligation notes, less allowance for funds used during construction | 63,777 | 71,374 | 75,977 |
| Contribution to municipalities | 13,537 | 12,190 | 12,621 |
| Other appropriations | 13,536 | 21,819 | 692 |
| Bond discount and defeasance amortization | - | 974 | 1,238 |
| Total expenses | 638,959 | 677,633 | 616,059 |
| Contributed capital | 667 | 159 | 139 |
| Changes in net position | $ (66,608) | $ (62,325) | $ (18,530) |

Case:17-03283-LTS   Doc#:9069-30   Filed:10/31/19   Entered:10/31/19 00:23:25   Desc:
Exhibit 30   Page 21 of 28
PUERTO RICO ELECTRIC POWER AUTHORITY

STATEMENTS OF REVENUES AND EXPENSES FOR REVENUE FUND
PURPOSES PER TRUST AGREEMENT
(in thousands)

| | Budget August 2019 | Actual August 2019 | Actual August 2018 |
|---|---|---|---|
| **Revenues:** | | | |
| Sales of electric energy (Exhibit D) | $ 305,841 | $ 341,586 | $ 300,868 |
| Total operating revenues | 305,841 | 341,586 | 300,868 |
| Other income | (2,020) | (1,789) | 2,790 |
| Total revenues | 303,821 | 339,797 | 303,658 |
| Less: 1974 construction fund investment income and gain on sale of properties | - | 66 | 4 |
| Revenues - net | 303,821 | 339,731 | 303,654 |
| | | | |
| **Current expenses:** | | | |
| Fuel cost | 111,778 | 141,185 | 115,228 |
| Purchased power | 65,727 | 65,157 | 53,934 |
| Other production | 4,780 | 4,077 | 4,857 |
| Transmission and distribution | 10,712 | 11,407 | 12,079 |
| Maintenance | 19,817 | 11,665 | 15,353 |
| Customer accounting and collection | 7,882 | 7,115 | 7,234 |
| Administrative and general | 27,775 | 19,240 | 15,395 |
| Total current expenses | 248,471 | 259,846 | 224,080 |
| | | | |
| Net revenues (as defined) | 55,350 | 79,885 | 79,574 |
| Contractual obligations: | | | |
| Sinking fund appropriations - | | | |
| Interest on power revenue bonds [1] | 31,889 | 31,389 | 33,500 |
| Bond redemption accoun [1] | 26,022 | 32,010 | 24,753 |
| Interest on notes | - | 8,596 | 4,488 |
| Capital Improvements fund | (29,018) | 7,890 | 486 |
| Total contractual obligations | 28,893 | 79,885 | 63,227 |
| | | | |
| Balance | 26,457 | - | 16,347 |
| Provision for Contribution in Lieu of Taxes and other appropriations | | | |
| Contribution to municipalities | 6,583 | - | 4,695 |
| Other | 19,874 | 12,792 | 11,652 |
| | | | |
| Total provision for contribution and other | 26,457 | 12,792 | 16,347 |
| | | | |
| Deficiency from Operations | - | (12,792) | - |
| | | | |
| Remainder | $ - | $ - | $ - |

Footnotes:

[1] The 1974 Sinking Fund appropriation have been accrued but not transferred.

[2] Internal funds have been accrued but not paid, nor transferred to Construction Fund.   Actual amounts are maintained as part of General Fund, to provide a Reserve for Current Expenses.

PUERTO RICO ELECTRIC POWER AUTHORITY

STATEMENTS OF REVENUES AND EXPENSES FOR REVENUE FUND
PURPOSES PER TRUST AGREEMENT
(in thousands)

| | FISCAL YEAR - TO DATE | | | TWELVE MONTHS ENDED | | |
|---|---|---|---|---|---|---|
| | Budget August 2019 | Actual August 2019 | Actual August 2018 | Budget June 2019 | Actual August 2019 | Actual August 2018 |
| Revenues: | | | | | | |
| Sales of electric energy (Exhibit D) | $ 601,932 | $ 634,615 | $ 616,283 | $ 3,332,113 | $ 3,529,315 | $ 2,994,088 |
| Total operating revenues | 601,932 | 634,615 | 616,283 | 3,332,113 | 3,529,315 | 2,994,088 |
| Non operating revenues: | | | | | | |
| Federal Grants | | | | | - | |
| Other income | (4,040) | (3,811) | 3,732 | (44,245) | 78,784 | 3,676 |
| Total revenues | 597,892 | 630,804 | 620,015 | 3,287,868 | 3,608,099 | 2,997,764 |
| Less: 1974 construction fund investment income and gain on sale of properties | - | 142 | 9 | 500 | 951 | 259 |
| Revenues - net | 597,892 | 630,662 | 620,006 | 3,287,368 | 3,607,148 | 2,997,505 |
| Current expenses: | | | | | | |
| Fuel cost | 210,496 | 270,332 | 244,412 | 1,262,397 | 1,429,925 | 1,194,188 |
| Purchased power | 133,045 | 128,384 | 108,945 | 714,451 | 697,539 | 516,356 |
| Other production | 9,561 | 7,846 | 10,102 | 51,683 | 47,606 | 52,375 |
| Transmission and distribution | 21,424 | 21,587 | 23,348 | 119,825 | 124,907 | 133,055 |
| Maintenance | 39,634 | 23,088 | 28,354 | 187,801 | 136,235 | 161,999 |
| Customer accounting and collection | 15,763 | 13,921 | 15,221 | 104,062 | 80,528 | 93,108 |
| Administrative and general | 55,551 | 34,197 | 35,081 | 316,594 | 227,405 | 189,331 |
| Total current expenses | 485,474 | 499,355 | 465,463 | 2,756,813 | 2,744,145 | 2,340,412 |
| Net revenues (as defined) | 112,418 | 131,307 | 154,543 | 530,555 | 863,003 | 657,093 |
| Contractual obligations: | | | | | | |
| Sinking fund appropriations - | | | | | | |
| Interest on power revenue bonds (1) | 63,777 | 62,777 | 67,000 | 402,002 | 397,779 | 415,152 |
| Bond redemption account (1) | 52,044 | 52,044 | 49,506 | 299,573 | 299,573 | 336,618 |
| Interest on notes | - | 8,596 | 8,977 | 66,577 | 49,935 | 56,375 |
| Capital Improvements fund | (56,684) | 7,890 | 6,399 | (211,225) | 138,377 | 19,047 |
| Total contractual obligations | 59,137 | 131,307 | 131,882 | 257,354 | 885,664 | 827,192 |
| Balance | 53,281 | - | 22,661 | 273,201 | (22,661) | (170,099) |
| Provision for Contribution in Lieu of Taxes and other appropriations | | | | | | |
| Contribution to municipalities | 13,537 | - | (656) | 76,459 | 656 | (314,218) |
| Other | 39,744 | 37,474 | 23,317 | 196,742 | 162,731 | 143,568 |
| Total provision for contribution and other | 53,281 | 37,474 | 22,661 | 273,201 | 163,387 | (170,650) |
| Deficiency from Operations | - | (37,474) | - | - | (186,048) | - |
| Remainder | $ - | $ - | $ - | $ - | $ - | $ 551 |

(1)The 1974 Sinking Fund Appropriation have been accrued but not transferred.

(2) Internal funds have been accrued but not paid, nor transferred to Construction Fund. Actual amounts are maintained as part of General Fund, to provide a Reserve for Current Expenses.

NET POSITION
(in thousands)

|  | August 2019 | | June 2019 | |
|---|---|---|---|---|
| Net Position |  |  |  |  |
| Invested in utility plant, net related debt | $ | (2,514,772) | $ | (2,459,212) |
| Restricted for capital activity and debt service |  | (923,518) |  | (1,043,645) |
| Unrestricted |  | (3,327,887) |  | (3,200,995) |
| Total net position | $ | (6,766,177) | $ | (6,703,852) |

## ACCOUNTS RECEIVABLE
### (in thousands)

Exhibit A

| | August 2019 | June 2019 |
|---|---|---|
| Electric and related services: | | |
| General clients | $ 1,025,289 | $ 1,060,263 |
| Recoveries under fuel adjustment and purchase power clause under or (over) billed | 122,162 | 106,340 |
| Unbilled services | 385,902 | 352,096 |
| Allowance for uncollectible accounts- General Client | (714,968) | (705,616) |
| Total General Clients | 818,385 | 813,083 |
| Government, including current and non current | 1,084,055 [1] | 1,058,457 |
| Allowance for uncollectible acoounts- Govement | (119,492) | (119,492) |
| Total Government | 964,563 | 938,965 |
| Claims Receivable from Insurance Companies & Other | (108) | (178) |
| Advances to Irrigation Systems - net | 10,932 | 10,316 |
| Accrued  interest | 153 | 182 |
| Other | (1,218) | (687) |
| Total Accounts Receivable | 1,792,707 | 1,761,681 |
| Less: Government Account Receivable, non current portion | 119,491 | 119,491 |
| Total Accounts Receivable, current portion | $ 1,673,216 | $ 1,642,190 |

(1)  Excludes CILT set aside during fiscal year 2018-2019 and 2017-2018.

INTERIM OPERATIONAL AND FINANCIAL INFORMATION SUBJECT TO CHANGE

PUERTO RICO ELECTRIC POWER AUTHORITY                                22

## PREPAYMENTS AND OTHER
(in thousands)

Exhibit B

|  | August 2019 | | June 2019 | |
|---|---|---|---|---|
| Claims Outstanding Related to Property Damages | $ | 477,629 | $ | 523,689 |
| Prepayments and other | | 69,291 | | 32,191 |
| Total | $ | 546,920 | $ | 555,880 |

PUERTO RICO ELECTRIC POWER AUTHORITY                23

ACCOUNTS PAYABLE AND ACCRUED LIABILITIES
(in thousands)

|  | August 2019 | June 2019 |
|---|---|---|
| Exhibit C |  |  |
| Accounts payable - fuel oil and other | $      601,100 | $      720,380 |
| Accrued annual leave | 38,313 | 38,579 |
| Accrued sick leave | 5,424 | 5,398 |
| Accrued salaries and fringe benefits | 4,817 | 4,555 |
| Accrued Contribution in Lieu of Taxes | 749,602 | 749,602 |
| Accrued Actuarial Retirement | 3,497 | 3,497 |
| Reserve for injuries and damages | 134,516 | 133,621 |
| Accrued Contributions Federal Social Security | 2,170 | 1,441 |
| Income tax withheld at source | 815 | 1,093 |
| Other | 45,140 | 42,419 |
| Sub total current liabilities | 1,585,394 | 1,700,585 |
| Other current payables from restricted assets |  |  |
| Retention  on Contract Work | 6,498 | 6,266 |
| Vouchered A/P construction | 2,928 | 11,073 |
| Contribution aid to construction | 7,668 | 7,350 |
| Total other current payables from restricted assets | 17,094 | 24,689 |
| Total current Liabilities | 1,602,488 | 1,725,274 |
| NON-CURRENT LIABILITIES |  |  |
| Net Pension Liability |  |  |
| Accrued sick leave | 4,666,535 | 4,666,535 |
| Accrued Unfunded OPEB | 91,898 | 91,898 |
|  | 123,813 | 123,813 |
| Total non current liabilities | 4,882,246 | 4,882,246 |
| Total accounts payables and non current liabilities | $      6,554,000 | $      6,607,520 |

(1)  Excludes CILT set aside during fiscal year 2018-2019 and 2017-2018.

INTERIM OPERATIONAL AND FINANCIAL INFORMATION SUBJECT TO CHANGE

24

PUERTO RICO ELECTRIC POWER AUTHORITY

## SALES OF ELECTRIC ENERGY

### AUGUST 2019

Exhibit D

| | CLIENTS | | KWHRS (in thousands) | | | | |
|---|---|---|---|---|---|---|---|
| | | | MONTHLY | | | | |
| Class of Service | Billed | Total | Billed | Unbilled | Adjustment* | | Total |
| Residential | 1,343,253 | 1,343,253 | 564,470 | 408,704 | (385,458) | | 587,716 |
| Commercial | 121,883 | 121,883 | 658,629 | 468,541 | (439,396) | | 687,774 |
| Industrial | 594 | 594 | 169,393 | 122,019 | (116,335) | | 175,077 |
| Public lighting | 2,106 | 2,106 | 24,271 | 8,020 | (8,180) | | 24,111 |
| Other public authorities | 2 | 2 | 3,723 | 2,095 | (2,037) | | 3,781 |
| Agricultural | 1,104 | 1,104 | 2,135 | 1,516 | (1,566) | | 2,085 |
| Subtotal | 1,468,942 | 1,468,942 | 1,422,621 | 1,010,895 | (952,972) | | 1,480,544 |
| Fuel oil adjustment | | | | | | | |
| Purchased power | | | | | | | |
| Subtotal | 1,468,942 | 1,468,942 | 1,422,621 | 1,010,895 | (952,972) | | 1,480,544 |
| Unrecovered fuel oil cost-net | | | | | | | |
| Unrecovered purchased power cost-net | | | | | | | |
| Total | 1,468,942 | 1,468,942 | 1,422,621 | 1,010,895 | (952,972) | | 1,480,544 |

### FISCAL YEAR-TO-DATE

| Class of Service | Average Clients | Kwhrs. (thousands) | Revenue (thousand $) | Kwhrs. per Client | Cents per Kwhr. Sold |
|---|---|---|---|---|---|
| Residential | 1,343,899 | 1,199,520 | 73,295 | 893 | 6.11 |
| Commercial | 121,949 | 1,342,113 | 102,952 | 11,006 | 7.67 |
| Industrial | 595 | 356,295 | 18,590 | 599 | 5.22 |
| Public lighting | 2,107 | 49,969 | 5,853 | 23,721 | 11.71 |
| Other public authorities | 2 | 7,874 | 410 | 3,937 | 5.21 |
| Agricultural | 1,107 | 4,767 | 366 | 4 | 7.68 |
| Subtotal | 1,469,658 | 2,960,538 | 201,466 | 2,014 | 6.81 |
| Fuel oil adjustment | | | 224,279 | | 8.36 |
| Purchased Power | | | 161,299 | | 5.25 |
| Subtotal | 1,469,658 | 2,960,538 | 587,044 | 2,014 | 19.83 |
| CILT | | | 18,943 | | 0.64 |
| Sub HH | | | 40,839 | | 1.38 |
| True Up | | | (29,609) | | -1.00 |
| Unrecovered fuel oil cost-net | | | 23,342 | | |
| Unrecovered purchased Power cost-net | | | (5,944) | | |
| Subtotal | 1,469,658 | 2,960,538 | 634,615 | | 21.44 |
| Subsidies | | | (15,655) | | |
| Total | 1,469,658 | 2,960,538 | 618,960 | 2,014 | 20.91 |

*Unbilled previous month.
INTERIM OPERATIONAL AND FINANCIAL INFORMATION SUBJECT TO MATERIAL CHANGE

25

## SALES OF ELECTRIC ENERGY

### AUGUST 2019

Exhibit D

| Class of Service | REVENUES (in thousands) Billed | Unbilled | Adjustment* | Total | Kwhrs. per Client | Cents per Kwhr. Sold |
|---|---|---|---|---|---|---|
| Residential | 34,359 | 20,893 | (19,670) | 35,582 | 438 | 6.06 |
| Commercial | 51,247 | 34,605 | (32,764) | 53,088 | 5,643 | 7.72 |
| Industrial | 9,102 | 5,641 | (6,271) | 8,472 | 294,742 | 4.84 |
| Public lighting | 2,972 | 74 | (82) | 2,964 | 11,449 | 12.29 |
| Other public authorities | 182 | 129 | (127) | 184 | 1,890,500 | 4.87 |
| Agricultural | 144 | 133 | (137) | 140 | 1,889 | 6.71 |
| Subtotal | 98,006 | 61,475 | (59,051) | 100,430 | 1,008 | 6.78 |
| Fuel oil adjustment | 110,025 | 65,644 | (58,083) | 117,586 | | 9.54 |
| Purchased power | 73,787 | 53,269 | (47,346) | 79,710 | | 5.77 |
| Subtotal | 281,818 | 180,388 | (164,480) | 297,726 | 1,008 | 20.11 |
| CILT | | | | 7,522 | | 0.51 |
| Sub HH | | | | 18,337 | | 1.24 |
| True Up | | | | (11,455) | | (0.77) |
| Unrecovered fuel oil cost-net | | | | 23,769 | | |
| Unrecovered purchased power cost-net | | | | 5,686 | | |
| Subtotal | 281,818 | 180,388 | (164,480) | 341,585 | 1,008 | 23.07 |
| Subsidies | | | | (7,816) | | |
| Total | 281,818 | 180,388 | (164,480) | 333,769 | 1,008 | 22.54 |

*Unbilled kwhrs from prior month

INTERIM OPERATIONAL AND FINANCIAL INFORMATION SUBJECT TO MATERIAL CHANGE