# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*[1],<br><br>Debtors. | PROMESA<br>Title III<br><br>Case No. 17-BK 3283-LTS<br><br>(Jointly Administered) |

## MOTION FOR WITHDRAWAL AS COUNSEL

To the Honorable United States District Judge Laura Taylor Swain:

PLEASE TAKE NOTICE that, effective October 30, 2019, the undersigned counsel, Alejandro Santiago-Martínez will cease his employment at the law firm of Adsuar Muñiz Goyco Seda & Pérez-Ochoa, PSC ("AMG"). Accordingly, and pursuant to L. Civ. R. 83D(b), the undersigned counsel respectfully moves for leave to withdraw his appearance on behalf of National Public Finance Guarantee Corporation ("National") in this case.

PLEASE TAKE FURTHER NOTICE that AMG (local counsel), through attorneys Eric Pérez-Ochoa, Luis Oliver-Fraticelli, Lourdes Arroyo-Portela and Alexandra Casellas-Cabrera, will continue representing National. It is further requested that all notifications be addressed to attorneys Eric

---

1 The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Case No. 17

Pérez-Ochoa, Luis Oliver-Fraticelli, Lourdes Arroyo-Portela and Alexandra Casellas-Cabrera to their addresses of record.

WHEREFORE, National respectfully requests that the Honorable Court grant the instant motion and, consequently, allow the undersigned to withdraw as counsel.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 30th day of October 2019.

**I HEREBY CERTIFY** that on this same date a true and exact copy of this notice was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.

**ADSUAR MUÑIZ GOYCO**
**SEDA & PÉREZ-OCHOA, PSC**
*Attorneys for National Public Finance*
*Guarantee Corporation*
P.O. Box 70294
San Juan, P.R. 00936-8294
Tel: 787.756.9000
Fax: 787.756.9010
Email: asantiago@amgprlaw.com


/s/ *Alejandro A. Santiago-Martínez*
ALEJANDRO A. SANTIAGO MARTÍNEZ
USDC-PR No. 304002

---

BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers listed as Bankruptcy Case numbers due to software limitations).