UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|    as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
|    Debtors.[1] | |

------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT (ERS)

The attached additional pro se Notices of Participation have been received by the Court for filing in the above-captioned cases pursuant to the *Order Establishing Initial Procedures with Respect to (I) Objections of Official Committee of Unsecured Creditors and Official Committee of Retired Employees, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of Government of Commonwealth of Puerto Rico, (II) Count One of Certain Complaints Alleging*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (ERS)
October 30, 2019

*That Such Bonds Were Issued Ultra Vires and (III) Establishing Claim Objection Deadline for Certain ERS Bond Claims* (Docket Entry No. 8818 in Case No. 17-3283).

1. Lucila Vega-Garcia (filed in Ponce, PR on October 24, 2019)
2. Waldo Ramos (filed in Ponce, PR on October 25, 2019)
3. Jorge A. Camara-Oppenheimer (filed in Ponce, PR on October 28, 2019)
4. Almacenes Figueroa, Inc. (filed in Ponce, PR on October 28, 2019)
5. Felix Figueroa-Lugo (filed in Ponce, PR on October 28, 2019)
6. Jorge A. Camara-Oppenheimer (filed in Ponce, PR on October 28, 2019)
7. German Acevedo (filed in Ponce, PR on October 28, 2019)
8. Juan M. Marrero (filed in Ponce, PR on October 28, 2019)
9. Armando Rodriguez-Santana
10. Carmen E. Melero-Munoz
11. Edwin Ortiz-Rivera
12. Hector X. Perez-Pasarell
13. Yanira Almeda
14. Federico Rodriguez-Pagan
15. Carmen Gonzalez-Torres
16. Cesar Santiago-Acevedo
17. Hilda A. Izquierdo
18. Antonia Nieves and Sucesion Jose Maldonado
19. Fidela Ramirez-De Perez
20. Eladio Feliciano-Perez & Carmen Gonzalez-Torres

Dated: October 30, 2019