**EXHIBIT 24**

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF PUERTO RICO
 2

    _____x
 3                                         :
    In re:                                 : PROMESA
 4                                         : Title III
    THE FINANCIAL OVERSIGHT AND            :
 5  MANAGEMENT BOARD FOR PUERTO RICO,      : Case No.
                                           : 17-BK-3283 (LTS)
 6       as representative of              :
                                           :
 7  THE COMMONWEALTH OF PUERTO RICO,       :
    et al.,                                :
 8                                         :
                    Debtors.               :
 9  _____x
                                           :
10  In re:                                 : PROMESA
                                           : Title III
11  THE FINANCIAL OVERSIGHT AND            :
    MANAGEMENT BOARD FOR PUERTO RICO,      : Case No.
12                                         : 17-BK-04780 (LTS)
         as representative of              :
13                                         : Relates only
    PUERTO RICO ELECTRIC POWER             : to PREPA
14  AUTHORITY (PREPA),                     :
                                           :
15                  Debtor.                :
    _____x
16

17
                         RULE 30(b)(6)
18
                     VIDEOTAPED DEPOSITION
19
                              OF
20
                         JULIE BECKER
21
                    Minneapolis, Minnesota
22                Thursday, October 17, 2019

23

24
    Reported by:  Amy L. Larson, RPR
25  Job No. 170415
```

Page 198

BECKER

1
2  connection with joining the settlement
3  motion?
4  A. We have responded to the parties indicating
5     that an indemnification is not in the
6     direction.
7  Q. And when you referred to the direction,
8     are -- what are you referring to?
9  A. To the direction that is referenced in this
10    par -- pardon me, Section 2.
11 Q. And so just to backtrack a moment. The
12    supporting holders did direct U.S. Bank to
13    join the 9019 Motion?
14 A. Yes, we did receive a direction.
15 Q. And that direction did not contain an
16    indemnification?
17 A. That's correct.
18 Q. Is U.S. Bank currently considering whether to
19    join the 9019 Motion even without an
20    indemnification?
21 A. We're currently continuing to consult with
22    legal counsel regarding the -- the direction,
23    as well as -- as potential joinder.
24 Q. Why have the supporting holders not provided
25    an indemnification?

Page 199

BECKER

1
2         MR. PENTELOVITCH: I'm going to
3  object that calls to -- for speculation as to
4  another's state of mine and there's no
5  foundation.
6         MR. NATBONY: Objection.
7         MR. PENTELOVITCH: You can ask her
8  if the supporting holders have told the Bank
9  why, but I think asking the question in the
10 form you've asked is improper.
11        MS. PHILLIPS: Understood. I'll
12 rephrase.
13 BY MS. PHILLIPS:
14 Q. Have the supporting holders informed
15    U.S. Bank why they have not issued an
16    indemnification in connection with the
17    instruction?
18 A. Not to my knowledge.
19 Q. Is there anyone else at U.S. Bank who would
20    know the answer to that question?
21 A. No, I don't expect so.
22 Q. Why do you think no one as U.S. Bank would
23    know the answer to that question?
24 A. Because I'm the account manager assigned
25    to -- to the PREPA bond issuances and

Page 200

BECKER

1
2     accounts.
3  Q. Have you asked the supporting holders why
4     they have not provided an indemnification in
5     connection with the instruction to join the
6     9019 Motion?
7  A. I have not.
8  Q. Why have you not asked the supporting holders
9     why they have not provided an
10    indemnification?
11        MR. HAMERMAN: Object to the form
12 of the question.
13        THE WITNESS: There's -- in
14 consultation with counsel, we're -- we
15 pointed it out, and I'm continuing to consult
16 with counsel regarding the -- the direction
17 as it was provided.
18 BY MS. PHILLIPS:
19 Q. Does Section 2A of the RSA seek for the Court
20    to approve an exculpation provision for the
21    trustee as part of the RSA?
22        MR. PENTELOVITCH: Objection to
23 the form of the question --
24        MR. NATBONY: Objection to the
25 form.

Page 201

BECKER

1
2         MR. PENTELOVITCH: -- misstates
3  paragraph 2A.
4         MR. HAMERMAN: Objection; insofar
5  as it calls for a legal conclusion.
6         THE WITNESS: There is a reference
7  in Section 2A with respect to exculpation.
8  BY MS. PHILLIPS:
9  Q. Is U.S. Bank seeking an exculpation provision
10    in connection with the RSA?
11        MR. PENTELOVITCH: Objection.
12        MR. NATBONY: Objection.
13        THE WITNESS: Again, we continue
14 to consult with legal counsel with respect to
15 the RSA motion and the related issues,
16 including joined or exculpation.
17 BY MS. PHILLIPS:
18 Q. Has the trustee taken any position as to the
19    meaning or scope of the proposed exculpation
20    provision in the RSA?
21        MR. PENTELOVITCH: I'm going to
22 object --
23        MR. NATBONY: Object as to form.
24        MR. PENTELOVITCH: I'm going to
25 object to the question to the extent it calls

Page 202

```
                    BECKER
 1
 2      for the client -- the witness to review --
 3      reveal attorney/client privileged
 4      communications.
 5           So to the extent you can answer that
 6      question without revealing or relying upon
 7      attorney/client privileged communications,
 8      you may answer.
 9           THE WITNESS:  I'm unable to
10      answer.
11   BY MS. PHILLIPS:
12   Q. Does U.S. Bank itself own any PREPA bonds?
13   A. Not to my knowledge.
14           MR. HAMERMAN:  Objection; outside
15      the scope.
16   BY MS. PHILLIPS:
17   Q. Earlier do you recall I was asking you
18      questions about PREPA-related accounts held
19      at U.S. Bank?
20   A. Yes.
21   Q. Such as the sinking fund and its subaccounts.
22   A. Yes.
23   Q. Is U.S. Bank aware of any PREPA-related
24      accounts held at banks other than U.S. Banks
25      but for which U.S. Bank has a deposit account
```

Page 203

```
                    BECKER
 1
 2      control agreement?
 3   A. I'm not aware of any deposit account control
 4      agreements that U.S. Bank has with respect to
 5      PREPA accounts.
 6           MS. PHILLIPS:  I think if we take
 7      a short break we can wrap up.
 8           MR. PENTELOVITCH:  Okay.
 9           MR. DUFFEY:  Five minutes?  Okay.
10           THE VIDEOGRAPHER:  Off the record.
11      The time is 2:09.
12           (Recess.)
13           THE VIDEOGRAPHER:  We're back on
14      the record.  The time is 2:23.
15           MR. WORTHINGTON:  Hello, Ms.
16      Becker, I'm Jay Worthington.
17           MR. DUFFEY:  Hold on a second.
18           MS. PHILLIPS:  Just one second.
19           MR. WORTHINGTON:  Oh, sorry.
20           MS. PHILLIPS:  Ms. Becker, thank
21      you very much for your testimony.  The fuel
22      line lenders have no further questions at
23      this time.
24           THE WITNESS:  Thank you for your
25      professional courtesies.
```

Page 204

```
 1                  BECKER
 2               EXAMINATION
 3   BY MR. WORTHINGTON:
 4   Q. Hello, Ms. Becker.  I'm Jay Worthington from
 5      Paul Hastings for the unsecured creditors
 6      committee.  I have just a handful of
 7      questions.
 8           First, you testified earlier this
 9      morning that at some point during the period
10      between June 2, 2014, and the PROMESA
11      Title III filing for PREPA, that there may
12      have been payments made to bondholders from
13      accounts other than the sinking fund.
14           Do you recall that?
15           MR. NATBONY:  I'm sorry, I don't
16      have my live feed, and it's difficult to hear
17      down here, so...
18           MR. WORTHINGTON:  I'll speak up.
19   BY MR. WORTHINGTON:
20   Q. Do you recall that?
21   A. I do.
22           MR. NATBONY:  I -- I didn't hear
23      the question.
24           MR. WORTHINGTON:  The question
25      was, that Ms. Becker testified earlier this
```

Page 205

```
 1                  BECKER
 2      morning that during the period between
 3      June 2014 and the PREPA-PROMESA Title III
 4      filing, payments to bondholders may have been
 5      made from accounts other than the sinking
 6      fund, and she did recall giving that
 7      testimony.
 8           MR. NATBONY:  Thank you.
 9   BY MR. WORTHINGTON:
10   Q. My question is, were any of those payments
11      that you were referring to made from the
12      revenue funds during that period?
13   A. With respect to my testimony, I just want to
14      confirm that they may have, and, again, in
15      connection with supplements that were made to
16      the trust agreement, and I'm not aware of
17      payments -- you know, those payments coming
18      from the revenue fund.
19   Q. Okay.  Are you -- do you have any knowledge
20      of what funds other than the sinking fund may
21      have been used as sources for the payments
22      that you were referring to in your testimony?
23   A. You know, generally, with respect to the
24      sinking fund, you know, that's one matter.
25           With -- just to separate it from my
```

TSG Reporting - Worldwide 877-702-9580

Page 206

BECKER

1
2  understanding, with other potential funds,
3  it's possible in connection with payments
4  during that time period, I didn't look
5  specifically at it -- at them, but where
6  there could have been balances in other
7  accounts where in consultation with PREPA and
8  other parties, those balances were used to
9  fund, you know, part -- part of a debt
10  service payment.
11      I don't have a specific recollection
12  but a general one that it's possible.
13 Q. Okay. Do you have a general recollection or
14  a specific recollection -- strike that.
15      Do you have any recollection of
16  which accounts other than the sinking fund
17  may have been used as sources for the
18  payments that you've just referred to?
19 A. I don't --
20      MR. HAMERMAN: Objection; outside
21  the scope.
22      THE WITNESS: Pardon me. I don't
23  recall.
24 BY MR. WORTHINGTON:
25 Q. Do you have any recollection of the

Page 207

BECKER

1
2  approximate magnitude of the payments that
3  you're referring to in this testimony?
4      And just to be clear, I'm referring
5  to payments that may have been sourced from
6  sources other than the sinking fund.
7 A. You know, because I didn't look at it
8  specifically, I don't have a specific
9  recollection, and so I wouldn't want to
10  speculate.
11      MR. HAMERMAN: Outside the scope.
12 BY MR. WORTHINGTON:
13 Q. Could you give me an answer that was accurate
14  to within plus or minus 10 million? I mean,
15  do you have any general recollection of the
16  size of the payments?
17 A. I -- I -- I don't. And, again, just -- for a
18  number of reasons, there were a number of
19  payments during that time period, and I -- I
20  did not, you know, in my inquiry, you know,
21  look at those specifics.
22      So I'm -- I'm concerned I -- you
23  know, to speculate or try to put it in a
24  range, I just don't have a specific
25  recollection.

Page 208

BECKER

1
2 Q. Okay.
3      MR. HAMERMAN: Objection; outside
4  the scope.
5 BY MR. WORTHINGTON:
6 Q. You testified that there are certain
7  self-insurance funds that are not held by
8  U.S. Bank; is that correct?
9 A. Yes.
10 Q. What bank or other financial institution
11  holds the self-insurance funds that are not
12  held at U.S. Bank?
13 A. I don't recall at this time where they
14  presently are. There have been changes in
15  locations of accounts during our tenure as
16  trustee.
17 Q. Do you recall any institutions that have held
18  self-insurance funds other than U.S. Bank at
19  any time whether or not they're the current
20  institutions who hold those function?
21 A. You know, I didn't make inquiry on that
22  matter, and so I don't know.
23      MR. HAMERMAN: Objection; outside
24  the scope.
25 BY MR. WORTHINGTON:

Page 209

BECKER

1
2 Q. What bank holds -- strike that.
3      I believe you testified earlier that
4  U.S. Bank does not hold the capital
5  improvement fund; is that right?
6 A. Yes.
7 Q. What bank or financial institution holds the
8  capital improvement fund?
9 A. I don't know what bank currently holds that
10  fund.
11      MR. HAMERMAN: Same objection.
12 BY MR. WORTHINGTON:
13 Q. Are there any accounts at other financial
14  institutions that you are aware of that are
15  maintained in the name of U.S. Bank in which
16  any of PREPA's revenues have ever been
17  deposited?
18      MR. HAMERMAN: Objection; outside
19  the scope.
20      THE WITNESS: I didn't make
21  inquiry into that, but I'm not aware of any.
22 BY MR. WORTHINGTON:
23 Q. Okay.
24      MR. WORTHINGTON: Can we pause for
25  30 seconds?

TSG Reporting - Worldwide 877-702-9580