**<u>EXHIBIT 28</u>**

# FILED UNDER SEAL