**EXHIBIT 30**



**From:** Brownstein, David M <david.m.brownstein@citi.com>
**To:** Fernando Batlle
**Sent:** 3/28/2019 4:27:02 PM
**Subject:** FW: [EXT] PREPA

**From:** Castiglioni, James [ICG-MKTS]
**Sent:** Thursday, March 28, 2019 8:14 AM
**To:** *MSD US CitiPuertoRico
**Subject:** FW: [EXT] PREPA

If I understand this, the percentage collection of all clients is 76% for the time period 7/1/2012 thru 11/1/2018 (79% 2012 – 7/1/17). For all clients excluding the Gov, it is 94% (96% thru 7/1/17).

James



**James Castiglioni**
Director | Public Finance Department, Citi

388 Greenwich Street, 8th Floor, New York, NY 10013
Office: 212-723-5982 | Cell: 484-356-4352
james.castiglioni@citi.com

If you are not the intended recipient of this message, please promptly notify the sender of the transmission error, delete this message and do not disclose or make improper use of it. Electronic messages are not necessarily secure or error-free and can contain viruses, and the sender is not liable for any of these occurrences. Please go to https://icg.citi.com/icg/data/is_disclaimer.htm for additional information and other important disclosures. This message is for the internal use of the intended recipients and may contain information proprietary to Citi which may not be reproduced, redistributed, or copied in whole or in part without Citi's prior consent.

In connection with the matters contemplated herein, Citi will be acting solely as a principal and not as your agent, advisor, municipal advisor (as defined in Section 15B of the Securities Exchange Act of 1934), or fiduciary. Citi has not assumed a fiduciary responsibility with respect to these matters, and nothing herein or in any prior relationship between you and Citi will be deemed to create an advisory, municipal advisory, fiduciary or agency relationship between us with respect to these matters. Citi may have financial and other interests that differ from yours. You should discuss the information contained in this communication with your own municipal, financial, legal, accounting, tax, and/or other advisors, as applicable, to the extent you deem appropriate.

**From:** [ankura.com] Gerard Gil [mailto:Gerard.Gil@ankura.com]
**Sent:** Wednesday, March 27, 2019 5:30 PM
**To:** Gavin, John C [ICG-MKTS]; Brownstein, David M [ICG-MKTS]
**Cc:** Fernando Batlle; CitiPuertoRico@citi.com; Lucas Porter
**Subject:** RE: [EXT] PREPA

Attaching the collection curve analysis prepared by PREPA for the transition charge rate case, under the prior RSA. The analysis is updated with actual results until Feb. 2019.

We have not been able to review but, in the interest of time, decided to provide it to allow for concurrent review. Let us know if we should talk today, or tomorrow AM.

**Gerard A. Gil**
Managing Director

+1.787.671-3695 Mobile


**ankura.com**

**Confidentiality Notice:**
This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

**Confidentiality Notice:**
This email and any attachments may be confidential and protected by legal privilege. This communication is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s), be aware that any disclosure, copying, distribution or use of the e-mail or any

attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

**From:** Gavin, John C <john.c.gavin@citi.com>
**Sent:** Wednesday, March 27, 2019 2:54 PM
**To:** Brownstein, David M <david.m.brownstein@citi.com>; Gerard Gil <Gerard.Gil@ankura.com>
**Cc:** Fernando Batlle <Fernando.Batlle@ankura.com>; CitiPuertoRico@citi.com
**Subject:** RE: [EXT] PREPA

Mr. Gil

I asked for this information from Nelson a while back and haven't received anything.

We need the customers broken out by customer class and analysis on both non payment and partial payment.

Sent with BlackBerry Work
(www.blackberry.com)

**From:** Brownstein, David M [ICG-MKTS] <db23219@imcnam.ssmb.com>
**Date:** Wednesday, Mar 27, 2019, 2:50 PM
**To:** '[ankura.com] Gerard Gil' <Gerard.Gil@ankura.com>
**Cc:** Fernando Batlle <Fernando.Batlle@ankura.com>, CitiPuertoRico@citi.com <CitiPuertoRico@citi.com>
**Subject:** RE: [EXT] PREPA

I have a dinner tonight. If James is free, you can go ahead or we could shoot for the am.

**From:** [ankura.com] Gerard Gil [mailto:Gerard.Gil@ankura.com]
**Sent:** Wednesday, March 27, 2019 2:50 PM
**To:** Brownstein, David M [ICG-MKTS]
**Cc:** Fernando Batlle; CitiPuertoRico@citi.com
**Subject:** Re: [EXT] PREPA

Hi David,

We're available to discuss. Would be good to know where the 8% came from. I've asked customer service to provide the report produced internally, which we need to review and dissect.

Let us know if 530pm works for a call.

Thanks
G.

**Gerard A. Gil Olazábal**
Managing Director

270 Muñoz Rivera Avenue, Suite 302, San Juan, PR 00918
+1.787.705.3926 Main
+1.787.671.3695 Mobile

**ankura.com**

On Mar 27, 2019, at 10:01 AM, Brownstein, David M <david.m.brownstein@citi.com> wrote:

One of our open items is determining the percentage of customers that aren't paying.  If we will continue a policy where we don't cut certain (or all) customers off who fail to pay for service.  Part of that is whether the total is 6 or 8% of utilization.

Can we discuss today?

**David Brownstein**
Managing Director | Head of Public Finance Department, Citi

388 Greenwich Street, 8th Floor, New York, NY 10013
Phone: 212-723-5570  |  Cell: 212-877-8795  |  Fax: 646-588-1899
david.m.brownstein@citi.com

If you are not the intended recipient of this message, please promptly notify the sender of the transmission error, delete this message and do not disclose or make improper use of it. Electronic messages are not necessarily secure or error-free and can contain viruses, and the sender is not liable for any of these occurrences. Please go to https://icg.citi.com/icg/data/is_disclaimer.htm for additional information and other important disclosures. This message is for the internal use of the intended recipients and may contain information proprietary to Citi which may not be reproduced, redistributed, or copied in whole or in part without Citi's prior consent.

In connection with the matters contemplated herein, Citi will be acting solely as a principal and not as your agent, advisor, municipal advisor (as defined in Section 15B of the Securities Exchange Act of 1934), or fiduciary.  Citi has not assumed a fiduciary responsibility with respect to these matters, and nothing herein or in any prior relationship between you and Citi will be deemed to create an advisory, municipal advisory, fiduciary or agency relationship between us with respect to these matters.  Citi may have financial and other interests that differ from yours.  You should discuss the information contained in this communication with your own municipal, financial, legal, accounting, tax, and/or other advisors, as applicable, to the extent you deem appropriate.