**EXHIBIT 38**

# The Government is behind on implementing all of the major structural reforms required to drive economic growth on the Island

EXHIBIT
Jaresko-11
10/18/19

| Structural measure | Growth drivers | Impact |
|---|---|---|
| 1. Energy reform | - Provide PR residents with **affordable, reliable, resilient and environmentally compliant power** delivered by an efficient and financially sustainable utility<br>- **Challenge:** Reform faces the challenge of legacy costs and difficulty to change generation mix | - Improve availability, reliability and affordability of energy for families and businesses<br>- **Achieve 0.30% cumulative and permanent GNP impact by FY2023** |
| 2. Doing business reform | - **Encourage new businesses to hire employees** by simplifying navigation of regulations, reducing complexity and speeding up investment and permitting mechanisms, and streamlining tax administration systems<br>- **Challenge**: Still far on many metrics; for example, Puerto Rico ranks position #153 (vs #27 for mainland US) in registering property | - IPR: Create 54K jobs and lead 750 capital investments<br>- DPR: Reach the highest ranked Latin-American country position<br>- Achieve a **cumulative and permanent GNP impact of 0.40% by FY2023** |
| 3. Private sector welfare reform | - **Increase PR's formal labor force participation rate** to match that of the lowest U.S. state, which would result in a rise in income, a decline in poverty, and an improvement of the budgetary deficit<br>- **Challenge:** Only 41% of population works in the formal sector (vs 62% in mainland US) | - Reduce demand and improve self-sufficiency of welfare recipients<br>- Achieve a **cumulative and permanent GNP impact of 0.15% by FY2025** |
| 4. Education reform | - **Increase education quality and attainment** in order to prepare PR's workforce to fill jobs currently needed by the economy and decline the rate of youth unemployment<br>- **Challenge:** 20% of Puerto Rico working age population has less than a high school diploma (vs 12% in mainland US) | - Achieve an **additional cumulative and permanent GNP impact of 0.17% by FY2049** |

# Fiscal Plan surplus is very sensitive to structural reform implementation due to impact on GNP – putting billions in revenues at risk

| Structural measure | Summary | Sensitivities | Impact on surplus, $B FY 19-37 | FY 19-49 |
|---|---|---|---|---|
| 1 Energy reform | Finalize transaction to allow private operation in the generation of energy (through privatization) and transmission and distribution of energy (through a concession) | Transaction is **not completed** (as it is dependent on certainty around federal funds) | (4.1) | (12.9) |
| 2 Doing business reform | Promote economic activity and reduce the obstacles to starting and sustaining a business in Puerto Rico through comprehensive reform to improve ease of paying taxes, registering property, and obtaining permits | Due to new legislation required and extensive coordination needed across agencies, implementation of this reform is **not achieved** | (5.1) | (16.6) |
| 3 Private sector welfare reform | Increase participation in the formal section through different policies, including the implementation of labor requirement for beneficiaries of the Nutrition Assistance Program (NAP) | Government fails to implement NAP work requirement on time,<br>— **Implementation is delayed** by 2 years (impact starts in FY27)<br>— Reform is **not implemented** | (0.4)<br><br>(1.4) | (0.8)<br><br>(5.3) |
| 4 Education reform | Implement reforms to improve learning outcomes in K-12 education, increasing performance in basic proficiency skills | Lack of coordination and poor redesign of learning programs does **not improve learning outcomes** in K-12 students | (0.0) | (1.1) |

# 1  Without urgent implementation of energy reform, Puerto Rico's economy cannot develop

**Implementation risks**

**Availability of Federal Funds**
- **Availability of Federal Funds** is a critical piece of PREPA's ability to modernize the grid system while keeping rates at an affordable level

**Transaction uncertainty**
- The **Restructuring Support Agreement is conditioned on the legislature** approving legislation that enables the imposition and collection mechanics of the transition charge, which is the source of repayment of the debt
- **Clarity on federal funding clarity** is essential for the transaction

**Labor support**
- A private operator will look to negotiate labor arrangements with the existing unions, so any final transaction **will require some labor support**