**EXHIBIT 42**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.*, <br><br> Debtors. | PROMESA <br> Title III <br><br> Caso No. 17-BK-3283 (LTS) <br><br> (Jointly Administered) |
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> PUERTO RICO ELECTRIC POWER AUTHORITY <br><br> Debtor. | PROMESA <br> Title III <br><br> Caso No. 17-BK-4780 (LTS) |

# TRANSCRIPTION OF THE
# TAKING OF DEPOSITION

TO           :    Mr. Fermín Fontanés-Gómez

DATE         :    October 4th, 2019

TIME         :    9:30 a.m.

PLACE        :    Condado Vanderbilt Hotel
                  San Juan, Puerto Rico


**Belissa Benítez**
**Court Reporter**
**(787) 244-9395**
**belissa.benitez@gmail.com**

| | | |
|---|---|---|
| 1 | | DEPONENT – MR. FERMÍN FONTANÉS-GÓMEZ |
| 2 | A | No. |
| 3 | Q | Are you familiar with the fact that, under the RSA, PREPA is paying post-petition |
| 4 | | interest to its bondholders? |
| 5 | A | No. |
| 6 | Q | Are you familiar with the fact that, under the RSA, PREPA's bondholders are |
| 7 | | receiving the economic return on their applicable bond claims as if it a plan of |
| 8 | | adjustment were effective as of May 1st, 2019? |
| 9 | | ATTY. LUKE A. BAREFOOT: |
| 10 | | Objection to form. You can answer if you know anything about it. |
| 11 | | DEPONENT – MR. FERMÍN FONTANÉS-GÓMEZ |
| 12 | A | No, I have not read the RSA. |
| 13 | | **BY ATTY. ZACHARY S. ZWILLINGER** |
| 14 | Q | Are you familiar with the fact that, under the RSA, PREPA's bondholders are |
| 15 | | receiving certain settlement payments? |
| 16 | | ATTY. LUKE A. BAREFOOT: |
| 17 | | Objection to form. Answer if you know. |
| 18 | | DEPONENT – MR. FERMÍN FONTANÉS-GÓMEZ |
| 19 | A | Yes. |
| 20 | | **BY ATTY. ZACHARY S. ZWILLINGER** |
| 21 | Q | What is your understanding of those settlement payments? |
| 22 | | DEPONENT – MR. FERMÍN FONTANÉS-GÓMEZ |
| 23 | A | I have none. |
| 24 | Q | Just to clarify. So, you don't have any understanding? |
| 25 | A | Am I familiar, it's a general question. So, do I know that there's some settlement |

| | | |
|---|---|---|
| 1 | | payments, I do know, but I don't know the details of what that-- |
| 2 | Q | Do you have any idea how much those settlement payments were? |
| 3 | A | No. |
| 4 | Q | Are you familiar with the fact that, under the RSA, certain of PREPA's bondholders are receiving waiver and support fees? |
| 6 | A | No. |
| 7 | Q | Are you familiar with the fact that, under the RSA, certain of PREPA's bondholders are receiving reimbursement of their professional fees and expenses? |
| 9 | A | No. |
| 10 | Q | As to all of these forms of consideration, isn't the lower the cost of the settlement better for the T&D transaction? |

12  ATTY. MARGARET M. SCHIERBERL:
13      Objection.
14  ATTY. LUKE A. BAREFOOT:
15      Objection to form.
16  DEPONENT – MR. FERMÍN FONTANÉS-GÓMEZ
17      A   I think I've said this before. For our purposes, it's not the substance of the RSA,
18          It's the fact that we get a confirmation order, the RSA is approved. It's part of the
19          process, It's not the substance. We didn't negotiate this. We weren't part of it.
20          We weren't involved. The substance to us is irrelevant for our transaction.
21  ATTY. ZACHARY S. ZWILLINGER:
22      We'll like to take a break at this time.
23  ATTY. LUKE A. BAREFOOT:
24      Okay.
25                              [Off record]

| | | |
|---|---|---|
| 1 | BY ATTY. ZACHARY S. ZWILLINGER | |
| 2 | Q | Mr. Fontanés, are you familiar with the Demand Protection Term Sheet? |
| 3 | DEPONENT – MR. FERMÍN FONTANÉS-GÓMEZ | |
| 4 | A | No. |
| 5 | Q | Are you familiar with any of the termination rights under the RSA? |
| 6 | A | No. |
| 7 | Q | Are you familiar with any of the government parties' obligations under the RSA? |
| 8 | A | Government parties meaning? |
| 9 | Q | The Oversight Board, AAFAF or PREPA. |
| 10 | A | As to PREPA, I would say I'm familiar that they are supposed to collect the |
| 11 | | charge. As to FOMB and AAFAF, no. |
| 12 | Q | Are you familiar with the Force Majeure clause under the RSA? |
| 13 | A | No. |
| 14 | Q | Do you know if the PREPA's RSA is being revised or revisited in light of the |
| 15 | | filing of the Commonwealth Plan of Adjustment? |
| 16 | ATTY. LUKE A. BAREFOOT: | |
| 17 | Objection to form. You can answer. | |
| 18 | DEPONENT – MR. FERMÍN FONTANÉS-GÓMEZ | |
| 19 | A | No. |
| 20 | **BY ATTY. ZACHARY S. ZWILLINGER** | |
| 21 | Q | Do you have any reason to believe that the RSA is being reconsidered? |
| 22 | ATTY. LUKE A. BAREFOOT: | |
| 23 | Objection to form. You can answer. | |
| 24 | DEPONENT – MR. FERMÍN FONTANÉS-GÓMEZ | |
| 25 | A | No. |