**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF Nos. 8911, 8944**<br><br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>                Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**This filing relates to the Commonwealth.** |

**INFORMATIVE MOTION REGARDING ORDER DIRECTING THE COMMONWEALTH OF PUERTO RICO TO SHOW CAUSE IN CONNECTION WITH HIRAM PÉREZ-SOTO'S MOTION INFORMING THE HONORABLE COURT**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Court Judge Laura Taylor Swain:

The Commonwealth of Puerto Rico (the "Commonwealth") respectfully submits this Informative Motion in response to the *Order Directing the Commonwealth of Puerto Rico to Show Cause in Connection with Hiram Pérez-Soto's Motion Informing the Honorable Court* [ECF No. 8944] (the "Order to Show Cause").²

1. The Commonwealth does not object to extending the modification of the automatic stay contained in the Stay Relief Order³ to the Second Litigation as provided in the stipulation the Commonwealth entered into with movant, Hiram Pérez-Soto, to modify the automatic stay with respect to the Second Litigation, attached hereto as **Exhibit A**.

Dated: October 31, 2019
San Juan, Puerto Rico


Respectfully submitted,

**DENNISE N. LONGO-QUIÑONES**
Designated Secretary of Justice

**WANDYMAR BURGOS-VARGAS**
Deputy Secretary in Charge of Litigation

s/Susana I. Peñagarícano-Brown
**SUSANA PEÑAGARÍCANO-BROWN**
Director of Legal Affairs
Federal Litigation and Bankruptcy Division
USDC-PR Bar No. 219907

P.O. Box 9020192
San Juan, PR 00902-0192
Email: spenagaricano@justicia.pr.gov

---

² The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtors' representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), has authorized the Department of Justice to file this Informative Motion on behalf of the Commonwealth.

³ Capitalized terms not otherwise defined shall have the same meaning as ascribed to them in the Order to Show Cause.

2

Phone: 787-721-2900 Ext. 1404
*Attorney for the Commonwealth of Puerto Rico*

3

## **Exhibit A**

4