## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br><br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>     Debtors.[1] | PROMESA<br><br>Title III<br><br><br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Local Bankruptcy Rule 0005-4(c)(5), Gustavo A. Pabón Rico, hereby withdraws his appearance as counsel for Aristeia Capital, LLC, Decagon Holdings 1, LLC, Decagon Holdings 2, LLC, Decagon Holdings 3, LLC, Decagon Holdings 4, LLC, Decagon Holdings 5, LLC, Decagon Holdings 6, LLC, Decagon Holdings 7, LLC, Decagon Holdings 8, LLC, Decagon Holdings 9, LLC, Decagon Holdings 10, LLC, GoldenTree Asset Management LP, Scoggin Management LP, Taconic Capital Advisors LP, Cyrus Capital Partners, LP, Fideicomiso Plaza, Canyon Capital Advisors LLC, Whitebox Advisors LLC, Jose F. Rodriguez-Perello in the above captioned matter, and in support of this notice certifies as follows:

1.      The above-named parties have, at various points in the litigation, been members of the COFINA Senior Bondholders' Coalition.

---

[1]     The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2.      As of November 1, 2019, Mr. Pabón Rico ceased his legal representation of the COFINA Senior Bondholders' Coalition.

3.      The COFINA Senior Bondholders' Coalition will continue to be represented by Quinn Emanuel Urquhart & Sullivan, LLP, and Reichard & Escalera, LLC.

Dated: November 1, 2019                                      Respectfully submitted,

REICHARD & ESCALERA LLC

By :   *Gustavo A. Pabón Rico*

**Rafael Escalera**
USDC No. 122609
escalera@reichardescalera.com
**Sylvia M. Arizmendi**
USDC-PR 210714
arizmendis@reichardescalera.com
**Fernando Van Derdys**
USDC-PR 201913
fvander@reichardescalera.com
**Carlos R. Rivera-Ortiz**
USDC-PR 303409
riverac@reichardescalera.com
**Gustavo A. Pabón-Rico**
USDC-PR 231207
pabong@reichardescalera.com

255 Ponce de León Avenue
MCS Plaza, 10th Floor
San Juan, Puerto Rico 00917-1913

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2019, I caused this request to be filed through the

Clerk of the Court using the CM/ECF system, thereby effecting service on all parties registered to

receive CM/ECF notifications in this matter, and that I have further caused this Motion to be served

via U.S. Mail on the United States Trustee.


Dated: November 1, 2019                         Respectfully submitted,

_____                       */s/ Gustavo A. Pabón Rico*