UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

INRE:
THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD OF
PUERTO RICO AS
REPRESENTATIVE OF THE
COMMONWEALTH OF PUERTO
RICO, ET ALS
DEBTORS

PROMESA TITLE III
NUM. 17BK3283-LTS



## MOTION INFORMING THE HONORABLE COURT

Comes now the movant party Hiram Pérez-Soto Pro Se and respectfully alleges and prays to the Honorable Bankruptcy Judge as follows:

That we comply with the Case Management Procedure ordered by this Court. We sent to the Department of Justice and the legal representatives of the Oversight Board and AAFA all documents pertaining to the case 19-CV-1774 that was consolidated by the Federal Court by the Honorable Judges Cerezo and García Gregory with the case 19-CV-1266. We wanted that the lifting of the stay with conditions ordered by this Court on August 22, 2019 docket num. 7776 applicable to the case 19-CV-1266 should be made also applicable to the case 19-CV-1774.

1

RECEIVED & FILED
CLERK'S OFFICE
NOV 01 2019
US DISTRICT COURT
SAN JUAN, PR

Case:17-03283-LTS Doc#:9095 Filed:11/01/19 Entered:11/04/19 11:45:51 Desc: Main Document Page 2 of 6

2. That we have reached an agreement and signed a stipulation with the Department of Justice after that department consulted the legal representatives of the Oversight Board and the AAFA. We are sending the aforesaid stipulation to this Honorable Court. The stipulation was signed on October 29, 2019.

**WHEREFORE,** it is respectfully requested from this Honorable Court to approve the aforesaid stipulation that will be applicable to the case 19-CV-1774 modifying the automatic stay with conditions.

I hereby certify that I sent copy of this motion the attorney of the Secretary of Justice of Puerto Rico Wandimar Burgos Vargas, email; wburgos@justicia.pr.gov. To Melissa Masscheder Torres, lawyer of the Department of Justice of the Commonwealth of Puerto Rico, email; melissamasscheder@gmail.com. I also certify that under the eighth amendment noticed Case Management and Administrative Procedure; I notify Counsel of the Oversight Board Hermann Bauer hermann.bauer@oneillborges.com and Ubaldo M. Fernández Barrera ubaldo.fernandez@oneillborges.com; Counsel for AAFAF Diana M. Pérez dperez@omm.com, Luis C. Marini-Biaggi lmarini@mpmlawpr.com and Carolina Velaz-Rivero cvelaz@mpmlawpr.com; I also filed this motion with the Clerk of the Federal Court in order for them to notify the master list and the claims and noticing agents, see Section E of the Case Management Proceedings.

2

In San Juan, Puerto Rico, November 1, 2019

*[signature]*

**HIRAM PEREZ SOTO**

**PRO SE**

Urb. Villas de Paraná
    Calle 11 Bloque S-1#5
    San Juan, Puerto Rico 00926
    Tel. (787) 731-6573
    Cel. (787) 438-6687
    Fax (787) 790-9581
    E-mail: hperez1057@gmail.com

3