


Peter C. Hein
101 Central Park West
New York, NY 10023

**PRIORITY MAIL**

PE

Clerk's Office
United States District Court
Federal Building, Room 150
150 Carlos Chardon Avenue
San Juan, Puerto Rico 00918-1767



EP14F Oct 2018
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE