UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

**CERTIFICATE OF SERVICE**

    I, Nicholas Vass, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On October 30, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on (1) Incom Investments Corp., Attn: Vincente E. Rios Marques, P.O. Box 3697091, San Juan, PR 00936 and (2) the Adv. 19-440 Notice Parties Service List attached hereto as **Exhibit A**:

- Order Granting Omnibus Motion by the Financial Oversight and Management Board for Puerto Rico, Acting by and through the Members of the Special Claims Committee and the Official Committee of Unsecured Creditors to (I) Establish Litigation Case Management Procedures and (II) Establish Procedures for Approval of Settlements
  [Docket No. 7941 Case No. 17 BK 3283; Docket No. 606 Case No. 17 BK 3567; Docket No. 646 Case No. 17 BK 3566; Docket No. 1456 Case No. 17 BK 4780]
- Informative Motion of the Financial Oversight and Management Board for Puerto Rico,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Acting by and through the Members of its Special Claims Committee and the Official Committee of Unsecured Creditors Concerning Order Granting Omnibus Motion by the Financial Oversight and Management Board for Puerto Rico, Acting by and Through the Members of the Special Claims Committee and the Official Committee of Unsecured Creditors to (I) Establish Litigation Case Management Procedures and (II) Establish Procedures for Approval of Settlements
[Docket No. 9042 Case No. 17 BK 3283; Docket No. 647 Case No. 17 3567; Docket No. 694 Case No. 17 BK 3566; Docket No. 1689 Case No. 17 BK 4780]

Dated: November 4, 2019

Nicholas Vass

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 4, 2019, by Nicholas Vass, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 37120

**Exhibit A**

Exhibit A
Adv. 19-440 Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 2159847 | Quest Diagnostics of Puerto Rico, Inc. | c/o Morris James | Attn: Mr. Brett Fallon, Esq. | 500 Delaware Avenue, Suite 1500 | | Wilmington | DE | 19801 |
| 2159845 | Quest Diagnostics of Puerto Rico, Inc. | c/o Fast Solutions LLC | Attn: The Prentice-Hall Corporation System | Puerto Rico, Inc. | Citi Tower, 252, Ponce de Leon Avenue | San Juan | PR | 00918 |