# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------- x
                                                        :
In re                                                   :
                                                        :  PROMESA
THE FINANCIAL OVERSIGHT AND                             :  Title III
MANAGEMENT BOARD FOR PUERTO RICO,                       :
                                                        :
     as representative of                               :  Case No. 17-BK-3283 (LTS)
                                                        :
THE COMMONWEALTH OF PUERTO RICO,                        :  (Jointly Administered)
et al.,                                                 :
                                                        :
          Debtors.¹                                     :
                                                        :
------------------------------------------------------- x
                                                        :
In re                                                   :
                                                        :
THE FINANCIAL OVERSIGHT AND                             :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                       :  Title III
                                                        :
     as representative of                               :
                                                        :  Case No. 17-BK-04780-LTS
PUERTO RICO ELECTRICAL POWER                            :
AUTHORITY (PREPA),                                      :  Court Filing Relates Only to PREPA
                                                        :
          Debtor.                                       :
------------------------------------------------------- x
```

## FIFTH JOINT INFORMATIVE MOTION REGARDING SCHEDULE FOR MOTION TO COMPEL DEPOSITIONS OF NELSON MORALES AND JOSÉ ROQUE TORRES

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Cortland Capital Market Services LLC ("Cortland"), as successor administrative agent for lenders under a Credit Agreement, dated May 4, 2012, among the Puerto Rico Electric Power Authority ("PREPA"), Scotiabank de Puerto Rico, and certain lenders; SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Ultra NB LLC (collectively, "Solus"), as lenders to PREPA under the Scotiabank Credit Agreement and under a Trade Finance Facility Agreement, dated July 20, 2012, between PREPA and Citibank, N.A.; PREPA, by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as PREPA's representative pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act; and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF" and, together with Cortland, Solus, PREPA, and the Oversight Board, the "Parties") respectfully submit this fourth joint informative motion regarding the deadlines for Cortland and Solus to file a motion to compel the deposition testimony of Nelson Morales and José Roque Torres.

1.      On October 25, 2019, the Court entered the *Sixth Revised Order Modifying Certain Deadlines Applicable to the Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(a)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement* [Dkt. 1684] (the "Sixth Revised Scheduling Order").

2.      As reflected in the *Fourth Joint Informative Motion Regarding Schedule for Motion to Compel Depositions of Nelson Morales and José Roque Torres* [Dkt. 1699] (the "Fourth Informative Motion"), the Parties previously agreed to extend Cortland's and Solus's deadline to file the motion to compel the depositions of Mr. Morales and Mr. Roque to November 4, 2019.

3.      On November 1, 2019, the Court entered the *Seventh Revised Order Extending and Establishing Certain Deadlines Applicable to the Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928, and Bankruptcy Rules 3012(a)(1) and 9019 for Order Approving Settlements Embodied in the Restructuring Support Agreement [ECF No. 1235]* [Dkt. 1716] (the "<u>Seventh Revised Scheduling Order</u>"; with the Sixth Revised Scheduling Order, the "<u>Scheduling Orders</u>").  The Seventh Revised Scheduling Order provides that certain provisions of the Sixth Revised Scheduling Order "shall govern," and incorporates certain other filings by reference, including the Fourth Informative Motion.

4.      The Parties are continuing to work productively toward a stipulation to narrow or avoid the depositions of Mr. Morales and Mr. Roque.  In the interest of reaching a consensual resolution, the parties hereby agree that:

A.      Cortland's and Solus's deadline to file the motion to compel the depositions of Mr. Morales and Mr. Roque is November 7, 2019.

B.      If the Court orders AAFAF, PREPA, and/or the Oversight Board to make Mr. Morales and/or Mr. Roque available for deposition, then the "deadline for completion of fact discovery" provided in the Sixth Revised Scheduling Order shall be extended as to these two depositions until each deposition is completed.

C.      None of the Parties' agreements reflected in this informative motion shall affect any other deadlines provided for under the Scheduling Orders.

Dated:  November 4, 2019

Respectfully submitted,

 _/s/ Nayuan Zouairabani_
Nayuan Zouairabani
USDC-PR No. 226411
MCCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico  00918
P.O. Box 364225
San Juan, Puerto Rico  00936-4225
Telephone:  (787) 250-5604
Facsimile:  (787) 759-9225
Email:  nzt@mcvpr.com

 _/s/ Emil A. Kleinhaus_
Richard G. Mason (admitted _pro hac vice_)
John F. Lynch (admitted _pro hac vice_)
Emil A. Kleinhaus (admitted _pro hac vice_)
Angela K. Herring (admitted _pro hac vice_)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000
Email:  rgmason@wlrk.com
         jlynch@wlrk.com
         eakleinhaus@wlrk.com
         akherring@wlrk.com

_Attorneys for Cortland Capital Market Services LLC, as Administrative Agent_

 _/s/ Jose L. Ramirez-Coll_
Jose L. Ramirez-Coll
USDC-PR No. 221702
ANTONETTI, MONTALVO
& RAMIREZ-COLL
P.O. Box 13128
San Juan, Puerto Rico  00908
Telephone:  (787) 977-0303
Facsimile:  (787) 977-0323
Email:  jramirez@amrclaw.com

 _/s/ Bryce L. Friedman_
Bryce L. Friedman (admitted _pro hac vice_)
Nicholas Baker (admitted _pro hac vice_)
Sarah E. Phillips (admitted _pro hac vice_)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York  10017
Telephone:  (212) 455-2000
Facsimile:  (212) 455-2502
Email:  bfriedman@stblaw.com
         nbaker@stblaw.com
         sarah.phillips@stblaw.com

_Attorneys for SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Ultra NB LLC_

/s/ Luis F. del Valle Emmanuelli
Luis F. del Valle Emmanuelli
DEL VALLE EMMANUELLI LAW
OFFICES
P.O. Box 79897
San Juan, Puerto Rico  00984-9897
Telephone:  (787) 977-1932
Facsimile:  (787) 722-1932
Email:  dvelawoffices@gmail.com

*Co-Attorneys for the Financial Oversight and
Management Board for Puerto Rico and as
representative of the Puerto Rico Electric
Power Authority*

/s/ Katiuska Bolaños
Katiuska Bolaños
USDC-PR 231812
DÍAZ & VÁZQUEZ LAW FIRM, P.S.C.
290 Jesús T. Piñero Ave.
Scotiabank Tower, Suite 11-E
San Juan, Puerto Rico  00918
PO Box 11689
San Juan, PR  00922-1689
Telephone:  (787) 458-8276
Email:  kbolanos@diazvaz.com

*Co-Attorneys for Puerto Rico Electric Power
Authority*

/s/ Margaret A. Dale
Martin J. Bienenstock (admitted *pro hac vice*)
Paul V. Possinger (admitted *pro hac vice*)
Ehud Barak (admitted *pro hac vice*)
Margaret A. Dale (admitted *pro hac vice*)
Gregg M. Mashberg (admitted *pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY  10036
Telephone:  (212) 969-3000
Facsimile:  (212) 969-2900
Email:  mbienenstock@proskauer.com
        ppossinger@proskauer.com
        ebarak@proskauer.com
        mdale@proskauer.com
        gmashberg@proskauer.com

*Attorneys for the Financial Oversight and
Management Board for Puerto Rico and as
representative of the Puerto Rico Electric
Power Authority*

/s/ Elizabeth L. McKeen
John J. Rapisardi (admitted *pro hac vice*)
Nancy A. Mitchell (admitted *pro hac vice*)
Peter Friedman (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
7 Times Square
New York, NY  10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061
Email:  jrapisardi@omm.com
        nmitchell@omm.com
        pfriedman@omm.com

-and-

Elizabeth L. McKeen (admitted *pro hac vice*)
Ashley M. Pavel (admitted *pro hac vice*)
610 Newport Center Drive, 17th Floor
Newport Beach, CA  92660
Telephone:  (949) 823-6900
Facsimile:  (949) 823-6994
Email:  emckeen@omm.com
        apavel@omm.com

*Attorneys for the Puerto Rico Fiscal Agency
and Financial Advisory Authority and the
Puerto Rico Electric Power Authority*

-4-

/s/ Luis Marini
Luis Marini
MARINI PIETRANTONI MUÑIZ, LLC
250 Ponce de León Ave., Suite 900
San Juan, PR 00918
Telephone:  (787) 705-2171
Email:  lmarini@mpmlawpr.com

*Co-Attorneys for Puerto Rico Fiscal
Agency and Financial Advisory Authority*