UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.<br><br>Debtors., | PROMESA Title III<br><br>Case No. 17-BK-3283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>Case No. 17-BK-4780 (LTS) |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS,<br><br>and<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br>    as co-trustees respectively, of<br><br>THE PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Plaintiff. | Adv. Proc. No. 19-00388-LTS |

v.

INSPECTORATE AMERICA CORPORATION;
SAYBOLT LP; ALTOL CHEMICAL
ENVIRONMENTAL LABORATORY INC. D/B/A
ALCHEM LABORATORY; ALTOL
ENVIRONMENTAL SERVICES, INC.; CARLOS R.
MÉNDEZ & ASSOCIATES; TRAFIGURA
TRADING LLC; TRAFIGURA BEHEER B.V.;
TRAFIGURA LIMITED; TRAFIGURA
ARGENTINA S.A.; VITOL S.A., INC.; VITOL,
INC.,

Defendants.

**MOTION FOR AN EXTENSION OF TIME TO FILE A
REPLY TO THE OPPOSITIONS TO MOTION TO INTERVENE**

To the Honorable United States District Court Judge Laura Taylor Swain and the Honorable United States Magistrate Judge Judith Gail Dein:

**COME NOW** the Marrero plaintiffs through their undersigned counsel very respectfully state and pray:

1. The reply to the oppositions to the motion to intervene filed by the Marrero Plaintiffs is due November 8, 2019.

2. With consent of opposing counsel, the Marrero Plaintiffs very respectfully ask this Court for an extension of time until November 22, 2019 to file the reply.

**WHEREFORE,** the Marrero plaintiffs ask this Honorable Court to extend the time to reply to the oppositions to their motion to intervene up to and including November 22, 2019.

Respectfully submitted this 5th day of November 2019.

23

By: */s/ Elizabeth A. Fegan*
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
312-741-1019
312-264-0100
beth@feganscott.com

*/s/ Jane A. Becker Whitaker*
Jane A. Becker Whitaker
USDC NUMBER 205110
P.O. Box 9023914
San Juan, Puerto Rico 00902
Telephone: (787) 945-2406
E-mail: jbw@beckerviseppo.com

Mark T. Vazquez
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
E-mail: markv@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com

J. Barton Goplerud
Andrew Howie
SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Telephone: (515) 223-4567
E-mail: goplerud@sagwlaw.com

E-mail: howie@sagwlaw.com

23

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF notification upon all parties in interest registered to receive electronic notification on this matter (which is incorporated herein by reference) on this 5th day of November 2019.

   /s/ Jane Becker
Jane Becker, Esq.