UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>　　　　　　　　　　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**CORRECTED NOTICE OF ADJOURNMENT OF HEARING
ON THE FIFTY-FOURTH OMNIBUS OBJECTION
(NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO
WITH RESPECT TO PROOFS OF CLAIM OF DAVIDSON KEMPNER
DISTRESSED OPPORTUNITIES INTERNATIONAL LTD. (CLAIM NO. 147091)
AND OZ CREDIT OPPORTUNITIES MASTER FUND, LTD. (CLAIM NO. 136008)**

**PLEASE TAKE NOTICE** that, pursuant to the *Fifty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Duplicate Claims of PBA Bondholders* (the "Objection"), dated June 6, 2019, the Commonwealth of Puerto Rico ("Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Commonwealth's representative pursuant to Section 315(b) of the *Puerto Rico Oversight,*

---

[1] The Debtors in the underlying Title III Case, along with each Debtor's respective Title III case number listed as bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Management, and Economic Stability Act* ("PROMESA"),[2] objected to Proof of Claim No. 147091 (the "DK Claim"), filed by Davidson Kempner Distressed Opportunities International Ltd. ("DK"), and Proof of Claim No. 136008 (the "OZ Claim", and together with the DK Claim, the "Adjourned Claims"), filed by OZ Credit Opportunities Master Fund, Ltd. ("OZ", and together with DK, the "Adjourned Claimants").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the notice served in connection with the Objection, (a) responses to the Objection were required to be filed in writing with the Court and served upon undersigned counsel for the Commonwealth by 4:00pm (Atlantic Time) on July 9, 2019, and (b) in the event that one or more responses to the Objection were timely filed, the Objection and the relief requested therein were scheduled to be heard by The Honorable Laura Taylor Swain, at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767, at 9:30 a.m. on July 24, 2019.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Order (A) Approving Amended Omnibus Objection Procedures, (B) Waiving Requirements of Bankruptcy Rule 3007(e), (C) Approving Additional Forms of Notice, and (D) Granting Related Relief*, the Commonwealth hereby adjourns the hearing on the Objection solely with respect to the Adjourned Claims to the omnibus hearing scheduled on January 29, 2020.

**PLEASE TAKE FURTHER NOTICE** that the Commonwealth shall extend the Adjourned Claimants' deadline to respond to the Objection to **4:00 pm (Atlantic Time)** on **January 14, 2020**.

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Title III Cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

Dated: November 6, 2019
      San Juan, Puerto Rico

Respectfully submitted,

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Carla García Benítez
USDC No. 203708
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Attorneys for the Financial Oversight and Management Board for Puerto Rico as representative for the Commonwealth of Puerto Rico*

/s/ *Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Co-Attorneys for the Financial Oversight and Management Board for Puerto Rico as representative for the Commonwealth of Puerto Rico*