# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 3283-LTS |
| COMMONWEALTH OF PUERTO RICO, *et al.*,[1] | |
| Debtors. | |
| In re: | No. 17 BK 4780-LTS |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | |
| THE PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Debtor. | |
| THE SPECIAL CLAIMS COMMITTEE OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH ITS MEMBERS, and | Adv. Proc. No. 19-00388-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
THE PUERTO RICO ELECTRIC POWER AUTHORITY,

as co-trustees respectively, of

THE PUERTO RICO ELECTRIC POWER AUTHORITY

Plaintiff.

v.

ALTOL CHEMICAL ENVIRONMENTAL LABORATORY INC.
D/B/A ALCHEM LABORATORY, ALTOL ENVIRONMENTAL
SERVICES, INC., CARLOS R. MENDEZ & ASSOCIATES,
INSPECTORATE AMERICA CORPORATION, SAYBOLT LP,
TRAFIGURA ARGENTINA S.A., TRAFIGURA BEHEER, B.V.,
TRAFIGURA LIMITED, TRAFIGURA TRADING LLC, VITOL, INC.,
AND VITOL S.A., INC.,

Defendants.

## ORDER

This matter is before the Court on the *Motion for an Extension of Time to File a Reply to the Oppositions to Motion to Intervene* (Dkt. No. 9112 in 17-bk-3283 and Dkt. No. 34 in 19-ap-388) (the "Motion"). Taking note of the agreement among the parties, and finding good cause for the requested relief, the Court hereby ALLOWS the Motion. The deadline for the Marrero Plaintiffs to file a reply to the Motion to Intervene (Dkt. No. 9) shall be **November 22, 2019**.

This order resolves Dkt. No. 9112 in 17-bk-3283 and Dkt. No. 34 in 19-ap-388.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: November 7, 2019

2