UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>　　　　as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>　　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>　　　　as representative of<br><br>The Puerto Rico Electric Power Authority,<br><br>　　　　　　　Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 04780-LTS |

**ORDER GRANTING MOTION TO SEAL FOR LIMITED DURATION AND
FOR SUPPLEMENTAL BRIEFING**

This matter is before the Court on the *Urgent Motion to File under Seal Official Committee of Unsecured Creditors' Objection to Joint Motion of Puerto Rico Electric Power Authority and AAFAF Pursuant to Bankruptcy Code Sections 362, 502, 922, and 928 and Bankruptcy Rules*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

*3012(a)(1) and 9019 for Order Approving Settlements Embodied in Restructuring Support Agreement* (Dkt. No. 1705 in 17-BK-4780) (Dkt. No. 9073 in 17-BK-3283) (the "Motion to Seal"). Through the Motion to Seal, the Committee[2] seeks to file under seal an unredacted version of its Objection to the RSA. A partially redacted version has already been filed on the docket. The Committee has redacted information designated as Professionals' Eyes Only or Confidential pursuant to the General Protective Order. (Dkt. No. 1322 in 17-BK-4780, dated June 11, 2019). The Committee has also redacted excerpts from the Sobrino Deposition pursuant to the Sobrino Protective Order. (Dkt. No. 1675 in 17-BK-4780, dated October 21, 2019). The Committee has already provided an unredacted copy of the documents attached to its Objection to counsel for Oversight Board, PREPA, AAFAF, Assured, the Ad Hoc Group of PREPA Bondholders, and the P3 Authority (together, the "Producing Parties") who requested that the UCC redact and file under seal certain information and documents.

The Committee's Motion to Seal does not include sufficient information to justify sealing of the redacted information. Thus, the Court will only permit the Objection to be filed under seal for a limited duration, during which the Producing Parties may submit briefing to the Court explaining why continued sealing is appropriate. Accordingly:

1. The Committee is entitled to file the full, unredacted version of the Objection under seal.
2. As proposed, the Clerk of Court shall allow access to the unredacted version of the Objection Filings to those parties who have signed the General Protective Order (Dkt. No. 1322 in 17-BK-4780, dated June 11, 2019) **and** the Sobrino Protective Order (Dkt. No. 1675

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion to Seal.

2

in 17-BK-4780, dated October 21, 2019).

3. The Producing Parties shall file with the Court short briefs justifying the continued sealing of any currently redacted information by **December 5, 2019**.

4. The Court will thereafter take any requests for continued sealing on submission.

5. This Order is without prejudice to the rights of any party in interest to seek to unseal the documents or any part thereof.

Dated: November 8, 2019

/s/ Judith G. Dein
HONORABLE JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE
