**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>              Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth and ERS** |

**RESPONSE AND OPPOSITION TO**
**SEVENTY-SEVENTH OMNIBUS OBJECTION**
**REGARDING CLAIM NO 10493 – COMMONWEALTH OF PUERTO RICO**

**COMES NOW LUIS J. COSTAS-RUSSELL,** the claimant in claim number 10493, represented by the undersigned, and before this Honorable Court respectfully responds and opposes the Seventy-seventh Omnibus Objection regarding claim number 10493:

1.    According to the stamp on the concerned envelope, the Prime Clerk mailed to Luis J. Costas Russell on October 25, 2019 a notification that "one or more of the Debtors is seeking to disallow your claim." Claimant herein opposes and contests any and all disallowance of the entirely valid and proper claim number 10493. Claimant demands trial by jury on any action to disallow this claim.

2.    The sought disallowance is clearly erroneous and contrary to law and fact. The Commonwealth of Puerto Rico and its

1

instrumentality – *Autoridad de Edificios Públicos* – or Puerto Rico Public Buildings Authority are part of the Title III proceedings and Title III Debtors. The Commonwealth of Puerto Rico at all pertinent times has controlled and managed the *Autoridad* or Authority. The Commonwealth is liable for the claimed amount. The Commonwealth has taken away, deviated or deprived the Authority of funds that should have gone to the Claimant herein in payment of the amount claimed in number 10493. The Commonwealth induced the Claimant herein to purchase equipment and provide services, object of Claim #10493. The Commonwealth of Puerto Rico represented to Claimant that the Commonwealth would back the Authority and that payment of the claimed amount would be made. ***Puerto Rico Constitution, Article II, section 7 and 9; Fifth and Fourteenth Amendments to the Constitution of the United States.***

3. Claimant reserves the right to supplement, amend, and amplify this opposition.

**WHEREFORE**, the Claimant respectfully requests that this Honorable Court approve Claim number 10493; reject any and all sought disallowance of Claim number 10493; and/or provide Claimant a trial by Jury on any action to disallow this claim.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 9th day of November 2019.

I hereby CERTIFY that the instant Response in Opposition was filed using the CM/ECF System of this Honorable Court which shall notify all Attorneys of record in this case.

/s/ *Luis J. Costas Russell*
Luis J. Costas Russell
Claimant (10493)

/s/ *David W. Román*
David W. Román, Esq.
USDC-PR #125709
E-mail: doman@ubarri-romanlaw.com

**UBARRI & ROMÁN LAW OFFICE**
P. O. Box 79564
Carolina, Puerto Rico 00984-9564
Tel: (787)945-5900
Fax: (787)945-5902