**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>            Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth and ERS** |

**NOTICE OF APPEARANCE**
**CLAIM NO 10493 – LUIS J. COSTAS RUSSELL**

**PLEASE NOTE THE APPEARANCE OF** undersigned counsel as attorney for Creditor **LUIS J. COSTAS-RUSSELL (Claim #10493).** The undersigned counsel is a member in good standing of the Bar of the United States District Court for the District of Puerto Rico (Bar no. 125709) and of this Court. Please include me in the CM/ECF notices from the Court in this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 9th day of November 2019.

I hereby CERTIFY that the instant Response in Opposition was filed using the CM/ECF System of this Honorable Court which shall notify all Attorneys of record in this case.

/s/ *David W. Román*
David W. Román, Esq.
USDC-PR #125709
E-mail: doman@ubarri-romanlaw.com

1

**UBARRI & ROMÁN LAW OFFICE**
P. O. Box 79564
Carolina, Puerto Rico 00984-9564
Tel: (787)945-5900
Fax: (787)945-5902

2