UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 4780-LTS |

ORDER SETTING BRIEFING SCHEDULE REGARDING URGENT MOTION IN LIMINE TO PRECLUDE EXPERT REPORT OFFERED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon consideration of the *Urgent Motion Regarding the Scheduling of Briefing Deadlines in Connection with the Urgent Motion for an Order in Limine Precluding Official*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Committee of Unsecured Creditors from Entering Expert Report into Evidence at the 9019 Motion Hearing* (Docket Entry No. 1727 in Case No. 17-4780) (the "Urgent Motion"), filed by The Financial Oversight and Management Board for Puerto Rico, in its capacity as representative of the Puerto Rico Electric Power Authority ("PREPA") pursuant to Section 315(b) of PROMESA, the Puerto Rico Fiscal Agency and Puerto Rico Fiscal Agency and Financial Advisory Authority, and PREPA (the "Government Parties"), seeking entry of an order setting briefing deadlines for the *Urgent Motion for an Order in Limine Precluding the Official Committee of Unsecured Creditors from Entering Expert Report into Evidence at the 9019 Hearing* (Docket Entry No. 1725 in Case No. 17-4780) (the "Motion in Limine"); and the Court having found that it has subject matter jurisdiction over this matter pursuant to PROMESA Section 306; and it appearing that venue in this district is proper pursuant to PROMESA Section 307; and the Court having found that the relief requested in the Urgent Motion is in the best interests of the Title III Debtors, their creditors, and other parties in interest; and due and proper notice of the Urgent Motion having been provided under the particular circumstances and that no other or further notice is required; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1. The Urgent Motion is GRANTED as set forth herein. Accordingly, the Court sets the following schedule for the Motion in Limine:

   a. **November 14, 2019 at 12:00 p.m. A.S.T.**: Deadline by which the Committee must file its opposition to the Motion in Limine.

   b. **November 15, 2019 at 4:00 p.m. A.S.T.**: Deadline for the Government Parties to reply to the opposition to the Motion in Limine.

   c. After the Government Parties' reply brief is filed, the Court will take the Motion in Limine under submission, unless it deems a hearing appropriate.

2. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

3. This Order resolves Docket Entry No. 1727 in Case No. 17-4780.

SO ORDERED.

Dated: November 12, 2019

/s/ Laura Taylor Swain
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE