**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 NOV -8  PM 4: 24

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

```
------------------------------------------------------------------ X
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :   Title III
                                                    :
          as representative of                      :   Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,             :   (Jointly Administered)
                                                    :
          Debtors.¹                                 :
------------------------------------------------------------------ X
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :   Title III
                                                    :
          as representative of                      :   Case No. 17-BK-3566 (LTS)
                                                    :
THE EMPLOYEES RETIREMENT SYSTEM OF THE              :
GOVERNMENT OF THE COMMONWEALTH OF                   :
PUERTO RICO,                                        :
                                                    :
          Debtor.                                   :
------------------------------------------------------------------ X
```

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

**Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Carmen L. Roman* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| *HC-08 Box 85020* | |
| Address line 1 | Address line 1 |
| *Barrio Guajataca* | |
| Address line 2 | Address line 2 |
| *San Sebastián PR 00685* | |
| City, State Zip Code | City, State Zip Code |
| | |
| Country | Country |

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

     **X**    intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

     _____ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.   If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all ERS Bonds held by Participant:

*CUSIP 745185 BQ0*

*CUSIP 29216 MAC 4*

(b)   Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Carmen Roman_                           _Erasmita Roman_
    Signature

_CARMEN L. ROMAN_                        _ERASMITA ROMAN_
Print Name

_____
Title (if Participant is not an Individual)

_11/06/2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Carmen L. Román
HC-08  Box 85020
Barrio Guajataca
San Sebastián PR
00685



CERTIFIED MAIL

7016 1970 0001 2255 9513

NOV 06, 19
AMOUNT
$6.85
R2305K135305-03

1000        00918

The Clerk of United Sate
District Court for the District of P.R.
Room 150 Federal Building
Carlos Chardón Ave.
San Juan PR  00918-1767

RECEIVED & FILED
2019 NOV -8  PM 4: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

*RECEIVED & FILED*
*2019 NOV -8 PM 4: 24*

      This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

      Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

      The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

      To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Eriadio Negrón-Angulo* | *UBS 787-250-3601* |
| Participant Name | Firm Name (if applicable) |
| | *Ernest Musgrave* |
| Contact Person (if Participant is not an individual) | Contact Person |
| *Rudin 425@Gmail.com* | *www.ubs.com/financialservice* |
| Email Address | Email Address |
| *2114 Calle Baronesa* | *250 Muñoz Rivera Ave* |
| Address line 1 | Address line 1 |
| *Valle Real* | *Penthouse* |
| Address line 2 | Address line 2 |
| *Ponce P.R. 00716* | *San Juan P.R. 00918* |
| City, State Zip Code | City, State Zip Code |
| *USA* | *USA* |
| Country | Country |

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

      **X** intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.      If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)      Provide the CUSIP Numbers of all ERS Bonds held by Participant:

29216MAC4

(b)      Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? (YES) or **NO** (please **circle one**).

By: _____
Signature

*Enudio Negrón-Angulo*
Print Name

_____
Title (if Participant is not an Individual)

5 NOV. 2019
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Ernulio O. Negrón Angulo
2114 Calle Baronesa
Urb. Valle Real
Ponce, P.R. 00716-0514

U.S. POSTAGE PAID
FCM LETTER
PONCE, PR
00717
NOV 06, 19
AMOUNT
$6.30
R2303S101890-02

1000          00918

CERTIFIED MAIL

7140 0001 2140 8187

The Clerk of the U.S. District Court for the District of P.R.
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan P.R. 00918-1967

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- X

In re:     :

    :

THE FINANCIAL OVERSIGHT AND     :    PROMESA

MANAGEMENT BOARD FOR PUERTO RICO,     :    Title III

    :

       as representative of     :    Case No. 17-BK-3283 (LTS)

    :

THE COMMONWEALTH OF PUERTO RICO *et al.,*     :    (Jointly Administered)

    :

       Debtors.[1]     :

------------------------------------------------------------------- X

In re:     :

    :

THE FINANCIAL OVERSIGHT AND     :    PROMESA

MANAGEMENT BOARD FOR PUERTO RICO,     :    Title III

    :

       as representative of     :    Case No. 17-BK-3566 (LTS)

    :

THE EMPLOYEES RETIREMENT SYSTEM OF THE     :

GOVERNMENT OF THE COMMONWEALTH OF     :

PUERTO RICO,     :

    :

       Debtor.     :

------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

**Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Lyzette P. Torres  ( IRA Rollover) | N/A |
| Participant Name | Firm Name (if applicable) |
| N/A | N/A |
| Contact Person (if Participant is not an individual) | Contact Person |
| N/A | N/A |
| Email Address | Email Address |
| Urb. Coco Beach | N/A |
| Address line 1 | Address line 1 |
| 334 Calle Coral | N/A |
| Address line 2 | Address line 2 |
| Rio Grande, P.R 00745-4621 | N/A |
| City, State Zip Code | City, State Zip Code |
| United States | N/A |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.  If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

  (a)  Provide the CUSIP Numbers of all ERS Bonds held by Participant:

  29216 MBL3

  (b)  Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? (YES) or **NO** (please **circle one**).

By: _____
Signature

_Lyrette P. Torres_
Print Name

_N/A_
Title (if Participant is not an Individual)

_10-28-2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

Lyzette P. Torres
Urb. Coco Beach
334 Calle Coral
Rio Grande, P.R 00745-4621

**CERTIFIED MAIL**™

7013 3020 0000 9076 8246

U.S. POSTAGE PAID
FCM LETTER
RIO GRANDE, PR
00745
NOV 07, 19
AMOUNT

1000      00918      $6.85
R2305M148426-77

The Clerk of the United State District Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

RECEIVED & FILED
2019 NOV -8 PM 4:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918$1706

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

      Debtors.[1]

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

-------------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

      Debtor.

PROMESA
Title III

Case No. 17-BK-3566 (LTS)

-------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Lyzette P. Torres_ | _N/A_ |
| Participant Name | Firm Name (if applicable) |
| _N/A_ | _N/A_ |
| Contact Person (if Participant is not an individual) | Contact Person |
| _N/A_ | _N/A_ |
| Email Address | Email Address |
| _Urb. Coco Beach_ | _N/A_ |
| Address line 1 | Address line 1 |
| _334 Calle Coral_ | _N/A_ |
| Address line 2 | Address line 2 |
| _Rio Grande, P.R 00745-4621_ | _N/A_ |
| City, State Zip Code | City, State Zip Code |
| _United States_ | _N/A_ |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3. If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

  (a) Provide the CUSIP Numbers of all ERS Bonds held by Participant:

     *29216MAC4*

  (b) Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
 Signature

  *Lyzette P. Torres*
Print Name

    *N/A*
Title (if Participant is not an Individual)

  *10-28-2019*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

Lyzette P. Torres
Urb. Coco Beach
334 Calle Coral
Rio Grande, P.R 00745-4621



**CERTIFIED MAIL**™

7013 3020 0000 9076 8246

U.S. POSTAGE PAID
FCM LETTER
RIO GRANDE, PR
00745
NOV 07, 19
AMOUNT
$6.85
R2305M148426-77

The Clerk of the United State District Court for the District of Puerto Rico
Room 150  Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918$1706

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

SRF 36513

RECEIVED & FILED

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

2019 NOV -8 PM 4: 24

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

```
----------------------------------------------------------------- X
                                                                  :
In re:                                                            :
                                                                  :
THE FINANCIAL OVERSIGHT AND                                       :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                 :  Title III
                                                                  :
      as representative of                                        :  Case No. 17-BK-3283 (LTS)
                                                                  :
THE COMMONWEALTH OF PUERTO RICO et al.,                           :  (Jointly Administered)
                                                                  :
      Debtors.¹                                                   :
----------------------------------------------------------------- X
                                                                  :
In re:                                                            :
                                                                  :
THE FINANCIAL OVERSIGHT AND                                       :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                 :  Title III
                                                                  :
      as representative of                                        :  Case No. 17-BK-3566 (LTS)
                                                                  :
THE EMPLOYEES RETIREMENT SYSTEM OF THE                            :
GOVERNMENT OF THE COMMONWEALTH OF                                 :
PUERTO RICO,                                                      :
                                                                  :
      Debtor.                                                     :
----------------------------------------------------------------- X
```

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *MIRIAM C. BALASQUIDE FRAU* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *mbschmidt2@aol.com* | |
| Email Address | Email Address |
| *E-14 Calle Almendra* | |
| Address line 1 | Address line 1 |
| *JARDINES FAGOT* | |
| Address line 2 | Address line 2 |
| *PONCE, P.R  00716* | |
| City, State Zip Code | City, State Zip Code |
| *USA* | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.     If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

     (a)     Provide the CUSIP Numbers of all ERS Bonds held by Participant:

          29216 M B P 4

     (b)     Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  **YES** or **NO** (please circle one).

By: _Miriam C Balasquide Frau_
Signature

_MIRIAM C. BALASQUIDE FRAU_
Print Name

_____
Title (if Participant is not an Individual)

_11 - 7 - 19_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

AFTER 10 DAYS RETURN TO

**Miriam C. Balasquide**
Jard Fagot
E14 Calle Almendra
Ponce, PR 00716-4042

CERTIFIED MAIL®

7019 0700 0001 7973 6724

U.S. POSTAGE PAID
FCM LETTER
MERCEDITA, PR
00715
NOV 07, 19
AMOUNT
**$6.85**
R2304M113827-02

RETURN RECEIPT REQUESTED

The Clerk of the U.S. District Court for the District of P.R.
Rm 150 Federal Building
150 Carlos Chardón Ave.
San Juan, P.R. 00918-1767

0091831703 C018

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 NOV -8  PM 4: 25
CLERK'S OFFICE
U S.DISTRICT COURT
SAN JUAN, P.R.

--------------------------------------------------------------------- X

In re:                                          :

THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III
                                                :
        as representative of                    :   Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.,*       :   (Jointly Administered)
                                                :
        Debtors.[1]                             :
--------------------------------------------------------------------- X

In re:                                          :

THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III
                                                :
        as representative of                    :   Case No. 17-BK-3566 (LTS)
                                                :
THE EMPLOYEES RETIREMENT SYSTEM OF THE          :
GOVERNMENT OF THE COMMONWEALTH OF               :
PUERTO RICO,                                     :
                                                :
        Debtor.                                 :
--------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *José Ramón Mazquida* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| *PO Box 788* | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| *Ensenada PR 00647* | |
| City, State Zip Code | City, State Zip Code |
| *Puerto Rico, U.S.A* | |
| Country | Country |

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.      If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)      Provide the CUSIP Numbers of all ERS Bonds held by Participant:

      29216 MAC4
      29216 MBL3

      (b)      Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _(signature)_
Signature

José Ramón Mezquida
Print Name

_____
Title (if Participant is not an Individual)

6 NOV 2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

Ramón Mezquida Escriva
PO Box 788
Ensenada, PR 00647



CERTIFIED MAIL®

7017 1450 0000 6532 5411

The Clerk of the U.S. District Court
for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767





U.S. POSTAGE PAID
FCM LETTER
ANASCO PR
NOV 07, 19
AMOUNT
$6.85
R2305K136407-06

00918317009 C018

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 NOV -8 PM 4: 25

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

```
------------------------------------------------ X
                                                  :
In re:                                            :
                                                  :
THE FINANCIAL OVERSIGHT AND                       :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :   Title III
                                                  :
        as representative of                      :   Case No. 17-BK-3283 (LTS)
                                                  :
THE COMMONWEALTH OF PUERTO RICO et al.,           :   (Jointly Administered)
                                                  :
        Debtors.¹                                 :
------------------------------------------------ X
                                                  :
In re:                                            :
                                                  :
THE FINANCIAL OVERSIGHT AND                       :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :   Title III
                                                  :
        as representative of                      :   Case No. 17-BK-3566 (LTS)
                                                  :
THE EMPLOYEES RETIREMENT SYSTEM OF THE            :
GOVERNMENT OF THE COMMONWEALTH OF                 :
PUERTO RICO,                                      :
                                                  :
        Debtor.                                   :
------------------------------------------------ X
```

### NOTICE OF PARTICIPATION IN LITIGATION
### OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

~~Counsel~~ Broker Contact Information (if any)

_The Wheeler Trust_
Participant Name

_La Salle St. Securities_
Firm Name (if applicable)

_Larny L. Wheeler_
Contact Person (if Participant is not an individual)

_Walter J. Goldthwaite_
Contact Person

_wheels135@comcast.net_
Email Address

_jayg@lasallest.com_
Email Address

_6566 South Tyko Court_
Address line 1

_940 N. Industrial Drive_
Address line 1

_____
Address line 2

_____
Address line 2

_Peru, IN 46970-8789_
City, State Zip Code

_Elmhurst, IL 60126-1131_
City, State Zip Code

_USA_
Country

_USA_
Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.   If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all ERS Bonds held by Participant:

29216 MBP4

(b)   Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?   **YES** or **NO** (please **circle one**).

By: _Larry L. Wheeler_
Signature

_Larry L. Wheeler_
Print Name

_Successor Trustee_
Title (if Participant is not an Individual)

_3 November 2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

10/11/19

LASALLE ST. SECURITIES, L.L.C.
940 N. INDUSTRIAL DR.
ELMHURST, IL 60126-1131

A BANKRUPTCY
SECURITY DESCRIPTION: EMPLOYEES RET SYS GOVT C/W PUE

CUSIP#:           29216MBP4
ACCOUNT#:                    2815
QUANTITY:              235,000

***********AUTO**MIXED ADC 117
LARRY L WHEELER
LOREN RAY WHEELER TTEE
WHEELER TRUST
U/A 8/25/86
6566 S TYKO CT
PERU           IN 46970

Dear Client,

We have been requested to forward you the enclosed material. To participate you must complete the notice of participation and return to The Clerk of the United States District Court for the district of Puerto Rico at the return address provided in the materials.

If you have any questions, please contact your financial advisor.

JOB NUMBER: E15810 808       CONTROL#: 6483163636083360

000003103

LASALLE ST. SECURITIES, L.L.C.
940 N. INDUSTRIAL DR.
ELMHURST, IL 60126-1131



# DO NOT MAIL

***********AUTO**MIXED ADC 117
LARRY L WHEELER
LOREN RAY WHEELER TTEE
WHEELER TRUST
U/A 8/25/86
6566 S TYKO CT
PERU           IN 46970



**Larry L. Wheeler**
6566 South Tyko Court
Peru, IN  46970-8789



CERTIFIED MAIL

7018 1130 0001 5107 1534





U.S. POSTAGE PAID
FCM LETTER
KOKOMO, IN
46902
NOV 05, 19
AMOUNT
**$6.85**
R2305M146578-15

RETURN RECEIPT
REQUESTED

The Clerk of the United States District Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chandon Avenue
San Juan, PR  00918-1767

0091881703 C018

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 NOV -8 PM 4: 25

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. P R

```
-------------------------------------------------------- X
                                                         :
In re:                                                   :
                                                         :
THE FINANCIAL OVERSIGHT AND                              :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                        :   Title III
                                                         :
        as representative of                             :   Case No. 17-BK-3283 (LTS)
                                                         :
THE COMMONWEALTH OF PUERTO RICO et al.,                  :   (Jointly Administered)
                                                         :
        Debtors.¹                                        :
-------------------------------------------------------- X
                                                         :
In re:                                                   :
                                                         :
THE FINANCIAL OVERSIGHT AND                              :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                        :   Title III
                                                         :
        as representative of                             :   Case No. 17-BK-3566 (LTS)
                                                         :
THE EMPLOYEES RETIREMENT SYSTEM OF THE                   :
GOVERNMENT OF THE COMMONWEALTH OF                        :
PUERTO RICO,                                             :
                                                         :
        Debtor.                                          :
-------------------------------------------------------- X
```

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]  The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Abraham Richardson_ | |
| Participant Name | Firm Name (if applicable) |
| _N/A_ | |
| Contact Person (if Participant is not an individual) | Contact Person |
| _20 Ensanche Perego 1_ | |
| Email Address | Email Address |
| Address line 1 | Address line 1 |
| _Punta Santiago, P.R. 00741_ | |
| Address line 2 | Address line 2 |
| _U.S.A._ | |
| City, State Zip Code | City, State Zip Code |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.   If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)   Provide the CUSIP Numbers of all ERS Bonds held by Participant:

       29216MAC4 ...

    (b)   Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?   **YES** or **NO** (please **circle one**).

By: _____
Signature

_Abraham Richardson_
Print Name

_____
Title (if Participant is not an Individual)

11/01/2019
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3



Zo Ewrenche Perene
Calle 1 Punta Seat. 890
00741

SAN JUAN

U.S. POSTAGE PAID
FCM LETTER
PUNTA SANTIAGO, PR
00741
NOV 06, 19
AMOUNT
**$3.50**
R2307M152684-02

1000        00918

To. The Cleark OF the united States
District Court Ford the District
of Puerto Rico, Room 150 Federal Building,
150 Carlos Chardon Avenue, San Juan
PR 00918-1767.

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL**™

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE [*insert date that is 40 days from date of entry of order granting procedures motion*]\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------------- X

In re:                                                        :
                                                              :
THE FINANCIAL OVERSIGHT AND          :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :   Title III
                                                              :
         as representative of                :   Case No. 17-BK-3283 (LTS)
                                                              :
THE COMMONWEALTH OF PUERTO RICO *et al.,*   :   (Jointly Administered)
                                                              :
      Debtors.[1]                             :
-------------------------------------------------------------------- X
                                                              :
In re:                                                        :
                                                              :
THE FINANCIAL OVERSIGHT AND          :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :   Title III
                                                              :
         as representative of                :   Case No. 17-BK-3566 (LTS)
                                                              :
THE EMPLOYEES RETIREMENT SYSTEM OF THE   :
GOVERNMENT OF THE COMMONWEALTH OF        :
PUERTO RICO,                                        :
                                                              :
      Debtor.                                 :
-------------------------------------------------------------------- X

**NOTICE OF PARTICIPATION IN LITIGATION
OF OBJECTIONS TO ERS BOND CLAIMS**

---

[1]  The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE [*insert date that is 40 days from date of entry of order granting procedures motion*]\***

This Notice of Participation must be served and filed no later than [*insert date that is forty days from entry of order*] in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after [*insert date that is 40 days from entry of the Order*], 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1. Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| JOSEPH MOTTOLA | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| cinim56@gmail.com | |
| Email Address | Email Address |
| 211 MOUNTAINVIEW AVE. | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| STATEN ISLAND, NY 10314 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2. Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

   _____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

   X intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE [***insert date that is 40 days from date of entry of order granting procedures motion***]\***

3.   If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all ERS Bonds held by Participant:

   29216 M-AC-4

   (b)   Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Joseph Mottola*
Signature

JOSEPH MOTTOLA
Print Name

_____
Title (if Participant is not an Individual)

11/05/2019
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3



**Joseph Mottola**
211 Mountainview Ave.
Staten Island, NY 10314-5315

NEW YORK NY 100

04 NOV 2019 PM 13 L

RECEIVED & FILED

The Clerk of the United States District Court
for the District of Puerto Rico
Room 150 FEDERAL BUILDING,
150 CARLOS CHARDON AVENUE,
SAN JUAN, PR 00918-1767

00918-170825

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

SRF 36513

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- X

In re:

:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

:   PROMESA
:   Title III

as representative of

:   Case No. 17-BK-3283 (LTS)

:

THE COMMONWEALTH OF PUERTO RICO *et al.,*

:   (Jointly Administered)

:

Debtors.[1]

:

------------------------------------------------------------------- X

In re:

:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

:   PROMESA
:   Title III

as representative of

:   Case No. 17-BK-3566 (LTS)

:

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

:
:
:

:

Debtor.

:

------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| JOSEPH MOTTOLA | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| Cinim 56@gmail.com | |
| Email Address | Email Address |
| 211 MOUNTAINVIEW AVE. | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| STATEN ISLAND, NY 10314 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.  If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all ERS Bonds held by Participant:

    29216 M-AC-4

    (b)  Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  (YES) or **NO** (please **circle one**).

By: _Joseph Mottola_
Signature

_JOSEPH MOTTOLA_
Print Name

_____
Title (if Participant is not an Individual)

_11/05/2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3



Joseph Mottola
211 Mountainview Ave.
Staten Island, NY 10314-5315

NEW YORK NY 100

04 NOV 2019 PM 13 L

RECEIVED & FILED

The Clerk of the United States District Court
for the District of Puerto Rico

Room 150 FEDERAL BUILDING,

150 CARLOS CHARDON AVENUE,

SAN JUAN, PR 00918-1767

00918-170625

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

SRF 36513

RECEIVED & FILED
2019 NOV -8 PM 4: 25
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, PR

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------- X

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | |
| THE FINANCIAL OVERSIGHT AND | : | PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : | Title III |
| | : | |
| as representative of | : | Case No. 17-BK-3283 (LTS) |
| | : | |
| THE COMMONWEALTH OF PUERTO RICO *et al.,* | : | (Jointly Administered) |
| | : | |
| Debtors.[1] | : | |

-------------------------------------------------------------------- X

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | |
| THE FINANCIAL OVERSIGHT AND | : | PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : | Title III |
| | : | |
| as representative of | : | Case No. 17-BK-3566 (LTS) |
| | : | |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE | : | |
| GOVERNMENT OF THE COMMONWEALTH OF | : | |
| PUERTO RICO, | : | |
| | : | |
| Debtor. | : | |

-------------------------------------------------------------------- X

### NOTICE OF PARTICIPATION IN LITIGATION
### OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]  The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

**Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Rita Vazquez_ | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| _Calle 9   C-14_ | |
| Address line 1 | Address line 1 |
| _Parque de Torrimar_ | |
| Address line 2 | Address line 2 |
| _Bayamon    PR   00959_ | |
| City, State Zip Code | City, State Zip Code |
| _Puerto Rico (USA)_ | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); _or_

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.   If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all ERS Bonds held by Participant:

29216 MBL 3

(b)   Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: *Rita Vázquez*
Signature

*RiTA VÁZQUEZ*
Print Name

_____
Title (if Participant is not an Individual)

*11 - 7 - 19*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to:** The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

3

Rita Vázquez
Calle 9-C-14
Parque de Torrimar
Bayamón P.R
      00959



SAN JUAN PR 009

07 NOV 2019 PM 3 1

The Clerk of the United States District
Court for the Distric of Puerto Rico,
Room 150 Federal Building, 150
Carlos Chardon Avenue,
      San Juan, P.R
            00918 -1767

00918$9999

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***
SRF 36513

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- X

|  |  |
|---|---|
| In re: | : |
|  | : |
| THE FINANCIAL OVERSIGHT AND | : PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Title III |
|  | : |
| as representative of | : Case No. 17-BK-3283 (LTS) |
|  | : |
| THE COMMONWEALTH OF PUERTO RICO *et al.,* | : (Jointly Administered) |
|  | : |
| Debtors.[1] | : |

---------------------------------------------------------------------- X

|  |  |
|---|---|
| In re: | : |
|  | : |
| THE FINANCIAL OVERSIGHT AND | : PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Title III |
|  | : |
| as representative of | : Case No. 17-BK-3566 (LTS) |
|  | : |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE | : |
| GOVERNMENT OF THE COMMONWEALTH OF | : |
| PUERTO RICO, | : |
|  | : |
| Debtor. | : |

---------------------------------------------------------------------- X

### NOTICE OF PARTICIPATION IN LITIGATION
### OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

> **This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

> **Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("<u>Participant</u>") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "<u>ERS Bonds</u>").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Jorge P. Sala Colón_ | |
| Participant Name | Firm Name (if applicable) |
| _N/A_ | |
| Contact Person (if Participant is not an individual) | Contact Person |
| _JPSALA_PR@yahoo.com_ | |
| Email Address | Email Address |
| _8169 Concordia St._ | |
| Address line 1 | Address line 1 |
| _Suite 102_ | |
| Address line 2 | Address line 2 |
| _Ponce, P.R.  00717_ | |
| City, State Zip Code | City, State Zip Code |
| _USA_ | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

> _____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

> \_\_\_X\_\_\_ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.     If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

     (a)    Provide the CUSIP Numbers of all ERS Bonds held by Participant:

           *CUSIP 29216MAC 4*
           *Amount : $100,000*

     (b)    Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____*Ga P/l*_____
      Signature

_____*Jorge P. Sala*_____
Print Name

_____*N/A*_____
Title (if Participant is not an Individual)

_____*November 05, 2019*_____
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

# JPS JORGE P. SALA LAW OFFICES

Jorge P. Sala, Esq.
8169 Concordia Street, Suite 102
Ponce, PR 00717-1556
Tel. 787-844-8940 / Fax: 787-844-8960
E-mail: salalawyers@yahoo.com / jpsala_pr@yahoo.com

---

November 6, 2019

Clerk of the United State District Court
For the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

**Re: PROMESA Title III, Case No. 17-BK-3283 (LTS)**

Gentlemen:

Attached is my Notice of Participation in Litigation of Objections to ERS Bond Claims executed by me for filing with you. I was unable to use my user name and password for filing with the CM/ECF. It appears that since I have not use it in a long time it has been deactivated or we are simply entering wrong information.

We will try again but in the meantime in order to protect my interest I file in paper format. In any event I do not appear as counsel but as creditor-participant.

Sincerely,

JORGE P. SALA, ESQ.

mmr

Enclosure

**LAW OFFICES**
**JORGE P. SALA**
Cond. San Vicente
8169 Calle Concordia Ste 102
Ponce PR 00717-1556

SAN JUAN PR 009
07 NOV 2019 PM 3 1

Clerk of the United State District Court
For the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918-170625

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

2019 NOV -8  PM 4: 26

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

-------------------------------------------------------------- X

In re:                                                    :

THE FINANCIAL OVERSIGHT AND              :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :   Title III
                                                             :
        as representative of                      :   Case No. 17-BK-3283 (LTS)
                                                             :
THE COMMONWEALTH OF PUERTO RICO *et al.,*  :   (Jointly Administered)
                                                             :
        Debtors.[1]                                 :
-------------------------------------------------------------- X

In re:                                                    :
                                                             :
THE FINANCIAL OVERSIGHT AND              :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :   Title III
                                                             :
        as representative of                      :   Case No. 17-BK-3566 (LTS)
                                                             :
THE EMPLOYEES RETIREMENT SYSTEM OF THE  :
GOVERNMENT OF THE COMMONWEALTH OF  :
PUERTO RICO,                                      :
                                                             :
        Debtor.                                       :
-------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686; and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

_Caimen R. Cartagena_
Participant Name

_____
Contact Person (if Participant is not an individual)

_gefrecha@hotmail.com_
Email Address

_Calle 8 D-26_
Address line 1

_Parque de Torrimar_
Address line 2

_Bayamón P.R 00959_
City, State Zip Code

_Puerto Rico (USA)_
Country

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____
Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.　　If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

　　(a)　Provide the CUSIP Numbers of all ERS Bonds held by Participant:

　　　　29216 MBL 3

　　(b)　Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Carmen R. Cartagena_
Signature

_Carmen Rita Cartagena_
Print Name

_____
Title (if Participant is not an Individual)

_11-7-19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Carmen R. Cartagena
Calle 8 D-26 Torrimar
Parque de Torrimar
Bayamón, P.R
00959

SAN JUAN PR 009
07 NOV 2019 PM 31

The Clerk of the United States District
Court for the District of Puerto Rico, Room 150
Federal Building, 150 Carlos Chardón Avenue,
San Juan, P.R
00918 - 1767

00918-241199

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------ X
                                                             :
In re:                                                       :
                                                             :
THE FINANCIAL OVERSIGHT AND                                  :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                            :    Title III
                                                             :
          as representative of                               :    Case No. 17-BK-3283 (LTS)
                                                             :
THE COMMONWEALTH OF PUERTO RICO et al.,                      :    (Jointly Administered)
                                                             :
          Debtors.¹                                          :
------------------------------------------------------------ X
                                                             :
In re:                                                       :
                                                             :
THE FINANCIAL OVERSIGHT AND                                  :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                            :    Title III
                                                             :
          as representative of                               :    Case No. 17-BK-3566 (LTS)
                                                             :
THE EMPLOYEES RETIREMENT SYSTEM OF THE                       :
GOVERNMENT OF THE COMMONWEALTH OF                            :
PUERTO RICO,                                                 :
                                                             :
          Debtor.                                            :
------------------------------------------------------------ X
```

### NOTICE OF PARTICIPATION IN LITIGATION
### OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]  The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| THE BARRON FAMILY REVOCABLE LIVING TRUST U/A DTD 07/27/1994 | |
| Participant Name | Firm Name (if applicable) |
| DANIEL R. BARRON (TRUSTEE) | |
| Contact Person (if Participant is not an individual) | Contact Person |
| danielrbarron@msn.com | |
| Email Address | Email Address |
| 114 CLIFTS COVE BLVD | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| MADISON, AL 35758 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.    If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all ERS Bonds held by Participant:

29216MAC4

(b)    Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  **YES** or ~~NO~~ (please **circle one**).

By: _Daniel R Barron_
Signature

DANIEL R. BARRON
Print Name

TRUSTEE
Title (if Participant is not an Individual)

11/05/2019
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

RECEIVED & FILED
2019 NOV -8 PM 4: 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

DANIEL R. BARRON
114 CLIFT'S COVE BLVD
MADISON, AL 35758-3017

BIRMINGHAM AL 350

05 NOV 2019 PM 1 1



The Clerk of the US District Court for the
District of Puerto Rico

Room 150 Federal Building

150 Carlos Chardon Ave

San Juan, PR 00918-1767

00918-170399

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

      Debtors.[1]

 :   PROMESA
 :   Title III

 :   Case No. 17-BK-3283 (LTS)

 :   (Jointly Administered)

------------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

      Debtor.

 :   PROMESA
 :   Title III

 :   Case No. 17-BK-3566 (LTS)

------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

        **This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

        **Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

        The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

        To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Gilberto Nieves López* | |
| Participant Name | Firm Name (if applicable) |
| *Same* | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *gilbertonieves@yahoo.com* | |
| Email Address | Email Address |
| *P.O. Box 524* | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| *Naguabo, P.R. 00718* | |
| City, State Zip Code | City, State Zip Code |
| | |
| Country | Country |

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

         _____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

         __X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.  If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all ERS Bonds held by Participant:

    29216MAC 4

    (b)  Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Gilberto Nieves López_
Signature

_Gilberto Nieves López_
Print Name

_____
Title (if Participant is not an Individual)

_Nov - 7 - 2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Gilberto Nieves López
Box 524
Naguabo, P.R. 00718

US District Court/P.R.
Room 150 Federal Building
150 Chardon Av
San Juan, P.R. 00918-1767

RECEIVED & FILED
2019 NOV -8  PM 4: 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 NOV -8  PM 4: 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

```
-------------------------------------------------------------- X
In re:                                            :
                                                  :
THE FINANCIAL OVERSIGHT AND                       :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :   Title III
                                                  :
         as representative of                     :   Case No. 17-BK-3283 (LTS)
                                                  :
THE COMMONWEALTH OF PUERTO RICO et al.,           :   (Jointly Administered)
                                                  :
         Debtors.¹                                :
-------------------------------------------------------------- X
In re:                                            :
                                                  :
THE FINANCIAL OVERSIGHT AND                       :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :   Title III
                                                  :
         as representative of                     :   Case No. 17-BK-3566 (LTS)
                                                  :
THE EMPLOYEES RETIREMENT SYSTEM OF THE            :
GOVERNMENT OF THE COMMONWEALTH OF                 :
PUERTO RICO,                                      :
                                                  :
         Debtor.                                  :
-------------------------------------------------------------- X
```

### NOTICE OF PARTICIPATION IN LITIGATION
### OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *CHET H. ALLEN* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *49 HOBBS @ GMAIL.COM* | |
| Email Address | Email Address |
| *109 PENNY RD   APT 232* | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| *HIGH POINT, NC 27260* | |
| City, State Zip Code | City, State Zip Code |
| *USA* | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___✓___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.  If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

> (a)  Provide the CUSIP Numbers of all ERS Bonds held by Participant:
>
> *29216 MAC 4*
>
> (b)  Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Chet H. Allen*
Signature

*CHET H. ALLEN*
Print Name

_____
Title (if Participant is not an Individual)

*11-4-19*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

Chet H. Allen
109 Penny Rd., Apt. 232
High Point, NC 27260

GREENSBORO NC 274
FIEDMONT TRIAD AREA
04 NOV 2019 PM 4 L

RECEIVED & FILED
2019 NOV -8 PM 4: 2
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

THE CLERK OF THE US DISTRICT COURT FOR PUERTO RICO

ROOM 150 FEDERAL BLDG.

150 CARLOS CHARDON AVE.

SAN JUAN, PR 00918-1767

00918-170399

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

     Debtors.[1]

------------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

     Debtor.

------------------------------------------------------------------- X

:
:
:
:  PROMESA
:  Title III
:
:  Case No. 17-BK-3283 (LTS)
:
:  (Jointly Administered)
:
:
:
:
:
:  PROMESA
:  Title III
:
:  Case No. 17-BK-3566 (LTS)
:
:
:
:
:
:

RECEIVED & FILED
2019 NOV -8 PM 4: 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]  The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

**Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("<u>Participant</u>") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "<u>ERS Bonds</u>").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Janina Kreuter* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| *PO Box 10120* | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| *San Juan, PR 00908-1120* | |
| City, State Zip Code | City, State Zip Code |
| *USA* | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

\_\_X\_\_ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.  If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)  Provide the CUSIP Numbers of all ERS Bonds held by Participant:

   29216 MAF 7
   29216 MAC 4

   (b)  Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  (**YES** or **NO** (please **circle one**).

By: _Janina Kreuter_
Signature

_Janina Kreuter_
Print Name

_____
Title (if Participant is not an Individual)

11. 5. 2019
_____
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Tanira Kreuter
P.O. Box 10180
San Juan, PR 00908-1180

RECEIVED & FILED
2019 NOV - 8 PM 4:2
U.S. DISTRICT COURT
P.R.

SAN JUAN PR 009

07 NOV 2019 PM 3 L

The Clerk of the US District Court
for the district of Puerto Rico
Room 150 Federal Building
150 Cnls Chardon Avenue
San Juan, PR 00918-8768

00918-170355

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

      Debtors.[1]

:
:
:
:
:
:
:
:
:
:
:
:
:

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

-------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

      Debtor.

:
:
:
:
:
:
:
:
:
:
:
:
:

PROMESA
Title III

Case No. 17-BK-3566 (LTS)

-------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

RECEIVED
2019 NOV -8  PM 4: 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN ...

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

**Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Congregación Hnes. Carmelitas de la Caridad_<br>Participant Name | _____<br>Firm Name (if applicable) |
| _____<br>Contact Person (if Participant is not an individual) | _____<br>Contact Person |
| _adamyriamv@gmail.com_<br>Email Address | _____<br>Email Address |
| _Carretera 177 #2017_<br>Address line 1 | _____<br>Address line 1 |
| _____<br>Address line 2 | _____<br>Address line 2 |
| _____<br>City, State Zip Code | _____<br>City, State Zip Code |
| _Guaynabo, P.R. 00969_<br>Country | _____<br>Country |

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.  If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all ERS Bonds held by Participant:

         29216 MAF 7

    (b)  Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  YES or (NO) (please **circle one**).

By: _Ada M Rivera Ramírez_
    Signature

_Ada M Rivera Ramirez_
Print Name

_____
Title (if Participant is not an Individual)

_4 de nov, 2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

Congregación Hnas. Carmelitas
Provincia del Caribe
Carr. 177 Nº 2017
Guaynabo, P.R. 00969-5120

$1.00
US POSTAGE
FIRST-CLASS

071V00664519
00926
000039225

The Clerk of the United States
District Court for the District of Puerto Rico
Room 150 Federal Bulding. 150 Carlos Chardon
Avenue, San Juan P.R 00918-1767

RECEIVED & FILED
2019 NOV -8  PM 4:27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.