**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

<table>
<tr>
<td>

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

Debtors.[1]

</td>
<td>

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

</td>
</tr>
</table>

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE:** That Moraima S. Ríos-Robles, of the law firm Arroyo & Ríos Law

Offices, P.S.C., hereby appears as counsel for Defendant 55H and Defendant 56H (as identified

by pseudonyms in adversary proceeding number 19-00359). Pursuant to Rules 2002 and 9010 of

the Federal Rules of Bankruptcy Procedure, which are applicable to these cases by section 310 of

the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), the

aforementioned counsel requests that all notice given or required to be given in these cases be

served upon her. The aforementioned counsel's contact information is as follows:

**Atty. Moraima S. Ríos-Robles
ARROYO & RIOS LAW OFFICES, P.S.C.**
Hand-delivery address:
101 Ave. San Patricio
Suite 1290 Maramar Plaza
Guaynabo, PR 00968

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico
(Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax
Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID:
8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS)
(Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the
Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax
ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last
Four Digits of Federal Tax ID: 3747); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No.
17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority
("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

U.S. Mail address:
PMB 688
1353 Ave. Luis Vigoreaux
Guaynabo, P.R. 00966

Tel.:    (787) 522-8080
Fax:    (787) 523-5696
E-mail: mrios@arroyorioslaw.com


**Respectfully submitted.**

In Guaynabo, Puerto Rico, on November 13, 2019.

**ARROYO & RIOS LAW OFFICES, P.S.C.**
PMB 688
1353 Ave. Luis Vigoreaux
Guaynabo, P.R. 00966
Tel.:    (787) 522-8080
Fax:    (787) 523-5696
E-mail: mrios@arroyorioslaw.com


*s/ Moraima S. Ríos Robles*
Moraima S. Ríos Robles
USDC-PR No. 224912


**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notice electronically to all counsel of record, and

will provide hard copies to the Court and United States Trustee as soon as practical after the filing

of the foregoing, consistent with the Court's January 23, 2019 Eighth Amended Case Management

Order. *See* Docket No. 4866-1.

Dated: November 13, 2019.

*s/ Moraima S. Ríos Robles*
Moraima S. Ríos Robles
USDC-PR No. 224912

2