*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 NOV 12 PM 3: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

------------------------------------------------------------ X

In re:                                              :

THE FINANCIAL OVERSIGHT AND                         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :   Title III
                                                    :
          as representative of                      :   Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO *et al.*,           :   (Jointly Administered)
                                                    :
          Debtors.[1]                               :
------------------------------------------------------------ X

In re:                                              :

THE FINANCIAL OVERSIGHT AND                         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :   Title III
                                                    :
          as representative of                      :   Case No. 17-BK-3566 (LTS)
                                                    :
THE EMPLOYEES RETIREMENT SYSTEM OF THE              :
GOVERNMENT OF THE COMMONWEALTH OF                   :
PUERTO RICO,                                        :
                                                    :
          Debtor.                                   :
------------------------------------------------------------ X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Gary Brulez + Pamela Brulez | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| gary@cpano.com | |
| Email Address | Email Address |
| 90822 W 92nd St | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| heneya KS 66220-3443 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.  If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all ERS Bonds held by Participant:

    29216MAC4

    (b)  Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  YES or NO (please **circle one**).

By: _____
    Signature

Gary Brulez
Print Name

Pamela Brulez
PAmela Brulez

_____
Title (if Participant is not an Individual)

10.31-19
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand** addressed to: **The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Hasler
11/06/2019
US POSTAGE $001.30⁰

FIRST-CLASS MAIL

ZIP 67206
011D11650520



**Riedl First Securities**
COMPANY OF KANSAS

1841 N. Rock Rd. Ct. STE 400
Wichita, KS 67206-4213

# First Class Mail

The Clerk of the United States
District Court for the District
of Puerto Rico. RM. 150 Federal Bldg.
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.   Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Kathryn R Thompson Rev Tr | |
| Participant Name | Firm Name (if applicable) |
| Rick L Thompson  T.TEE | |
| Contact Person (if Participant is not an individual) | Contact Person |
| rthompson@tbswelds.com | |
| Email Address | Email Address |
| PO Box 1572 | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| Coffeeville, KS 67337 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.   Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

   _____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); or

   \_\_X\_\_ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.   If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all ERS Bonds held by Participant:

   *29216MAC4*

   (b)   Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Rick Thompson_
Signature

_Rick L Thompson_
Print Name

_Don_
Title (if Participant is not an Individual)

_11-4-19_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Hasler
11/06/2019
US POSTAGE $001.30⁰

FIRST-CLASS MAIL

ZIP 67206
011D11650520



**Riedl First**
**Securities**
COMPANY OF KANSAS

1841 N. Rock Rd. Ct. STE 400
Wichita, KS 67206-4213

**First Class Mail**
**First Class Mail**

The Clerk of the United States
District Court for the District
of Puerto Rico. Rm. 150 Federal Bldg.
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

RECEIVED & FILED
2019 NOV 12 PM 3: 48
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
2019 NOV 12 PM 3: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

-------------------------------------------------------------------- X
                                  :

In re:                              :

THE FINANCIAL OVERSIGHT AND       :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :  Title III
                              :

       as representative of          :  Case No. 17-BK-3283 (LTS)
                              :

THE COMMONWEALTH OF PUERTO RICO *et al.,*  :  (Jointly Administered)
                              :

       Debtors.[1]                :
-------------------------------------------------------------------- X

                              :

In re:                              :

THE FINANCIAL OVERSIGHT AND       :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :  Title III
                              :

       as representative of          :  Case No. 17-BK-3566 (LTS)
                              :

THE EMPLOYEES RETIREMENT SYSTEM OF THE  :
GOVERNMENT OF THE COMMONWEALTH OF    :
PUERTO RICO,                       :
                              :

       Debtor.               :
-------------------------------------------------------------------- X

**NOTICE OF PARTICIPATION IN LITIGATION
OF OBJECTIONS TO ERS BOND CLAIMS**

---

[1]  The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Johns E Dearmond_ | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| _eniGmA6722c Aol.com_ | |
| Email Address | Email Address |
| _2407 Hood Ave_ | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| _Wichita KS 67204_ | |
| City, State Zip Code | City, State Zip Code |
| _USA_ | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

3.    If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all ERS Bonds held by Participant:

        29216MAC4

    (b)    Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? YES or NO (please circle one).

By: _____
    Signature

    John E Dearmond
    Print Name

    _____
    Title (if Participant is not an Individual)

    10·30·2019
    Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Hasler
11/06/2019
US POSTAGE    FIRST-CLASS MAIL
$001.30⁰
ZIP 67206
011D11650520



## Riedl First Securities
COMPANY OF KANSAS

1841 N. Rock Rd. Ct. Ste 400
Wichita, KS 67206-4213

**First Class Mail**

The Clerk of the United States
District Court for the District
of Puerto Rico. Rm. 150 Federal Bldg.
150 Carlos Chardon avenue
San Juan, PR 00918-1767

RECEIVED & FILED
2019 NOV 12 PM 3: 48
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

RECEIVED & FILED

2019 NOV 12  PM 3: 47

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------ X

In re:                                                          :

THE FINANCIAL OVERSIGHT AND            :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :   Title III
                                        :
     as representative of                :   Case No. 17-BK-3283 (LTS)
                                        :
THE COMMONWEALTH OF PUERTO RICO *et al.,*  :   (Jointly Administered)
                                        :
     Debtors.[1]                        :
------------------------------------------------------------------ X

In re:                                                          :
                                        :
THE FINANCIAL OVERSIGHT AND            :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :   Title III
                                        :
     as representative of                :   Case No. 17-BK-3566 (LTS)
                                        :
THE EMPLOYEES RETIREMENT SYSTEM OF THE :
GOVERNMENT OF THE COMMONWEALTH OF      :
PUERTO RICO,                           :
                                        :
     Debtor.                            :
------------------------------------------------------------------ X

### NOTICE OF PARTICIPATION IN LITIGATION
### OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Sue A Bratcher* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| *5207 Memory Lane* | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| *Wichita, KS 67212* | |
| City, State Zip Code | City, State Zip Code |
| *USA* | |
| Country | Country |

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3. If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

  (a) Provide the CUSIP Numbers of all ERS Bonds held by Participant:

    29216 MAC 4

  (b) Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? YES or NO (please **circle one**).

By: _Sue A. Bratcher_
Signature

_Sue A Bratcher_
Print Name

_____
Title (if Participant is not an Individual)

_____11/6/19_____
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Hasler
11/06/2019
US POSTAGE   FIRST-CLASS MAIL
$001.30⁰

ZIP 67206
011D11650520



# Riedl First Securities

COMPANY OF KANSAS

1841 N. Rock Rd. Ct. STE 400
Wichita, KS 67206-4213

## First Class Mail
First Class Mail

The Clerk of the United States
District Court for the District
of Puerto Rico. Rm 150 Federal Bldg.
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

RECEIVED & FILED
2019 NOV 12 PM 3: 48
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

RECEIVED & FILED

UNITED STATES DISTRICT COURT 2019 NOV 12  PM 3: 47
FOR THE DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

```
------------------------------------------------------------------ X
                                                         :
In re:                                                   :
                                                         :
THE FINANCIAL OVERSIGHT AND                              :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                        :  Title III
                                                         :
         as representative of                            :  Case No. 17-BK-3283 (LTS)
                                                         :
THE COMMONWEALTH OF PUERTO RICO et al.,                  :  (Jointly Administered)
                                                         :
         Debtors.¹                                       :
------------------------------------------------------------------ X
                                                         :
In re:                                                   :
                                                         :
THE FINANCIAL OVERSIGHT AND                              :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                        :  Title III
                                                         :
         as representative of                            :  Case No. 17-BK-3566 (LTS)
                                                         :
THE EMPLOYEES RETIREMENT SYSTEM OF THE                   :
GOVERNMENT OF THE COMMONWEALTH OF                        :
PUERTO RICO,                                             :
                                                         :
                                                         :
         Debtor.                                         :
------------------------------------------------------------------ X
```

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Allison Jean Gardner | |
| Participant Name | Firm Name (if applicable) |
| Kristy A Gould POA | |
| Contact Person (if Participant is not an individual) | Contact Person |
| Kgmama3 c yahoo . com | |
| Email Address | Email Address |
| 9226 Dudley Way | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| Westminster CO 80021 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.    If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all ERS Bonds held by Participant:

29216MAC4

(b)    Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? YES or NO (please circle one).

By: Kristy A Gould as POA for Allison Jean Gardner
Signature

Kristy A Gould  POA for Allison Jean Gardner
Print Name

_____
Title (if Participant is not an Individual)

10-31-19
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

JUN-13-2019 07:26    RIEDL FIRST SECURITIES

Case:17-03283-LTS   Doc#:9153-1   Filed:11/12/19   Entered:11/13/19 17:30:28   Desc:
Pro Se Notices of Participation   Page 19 of 86

# DURABLE POWER OF ATTORNEY

NOTICE: UNLESS YOU LIMIT THE POWER IN THIS DOCUMENT, THIS DOCUMENT GIVES YOUR AGENT THE POWER TO ACT FOR YOU, WITHOUT YOUR CONSENT, IN ANY WAY THAT YOU COULD ACT FOR YOURSELF. THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPING. THEY ARE EXPLAINED IN THE "UNIFORM STATUTORY FORM POWER OF ATTORNEY ACT", PART 13 OF ARTICLE 1 OF TITLE 15, COLORADO REVISED STATUTES, AND PART 6 OF ARTICLE 1 OF TITLE 18, COLORADO REVISED STATUTES. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL OR OTHER HEALTH-CARE DECISIONS FOR YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.

THE PURPOSE OF THIS POWER OF ATTORNEY IS TO GIVE THE PERSON YOU DESIGNATE (YOUR "AGENT") BROAD POWERS TO HANDLE YOUR PROPERTY AND AFFAIRS, WHICH MAY INCLUDE POWERS TO PLEDGE, SELL, OR OTHERWISE DISPOSE OF ANY REAL OR PERSONAL PROPERTY WITHOUT ADVANCE NOTICE TO YOU OR APPROVAL BY YOU. THIS FORM DOES NOT IMPOSE A DUTY ON YOUR AGENT TO EXERCISE GRANTED POWERS; BUT WHEN POWERS ARE EXERCISED, YOUR AGENT MUST USE DUE CARE TO ACT FOR YOUR BENEFIT AND IN ACCORDANCE WITH THE PROVISIONS OF THIS FORM AND MUST KEEP A RECORD OF RECEIPTS, DISBURSEMENTS, AND SIGNIFICANT ACTIONS TAKEN AS AGENT. YOU MAY NAME SUCCESSOR AGENTS UNDER THIS FORM, INCLUDING CO-AGENTS. UNTIL YOU REVOKE THIS POWER OF ATTORNEY OR A COURT ACTING ON YOUR BEHALF TERMINATES IT, YOUR AGENT MAY EXERCISE THE POWERS GIVEN HERE THROUGHOUT YOUR LIFETIME, EVEN AFTER YOU MAY BECOME DISABLED, UNLESS YOU EXPRESSLY LIMIT THE DURATION OF THIS POWER IN THE MANNER PROVIDED BELOW.

YOU MAY HAVE OTHER RIGHTS OR POWERS UNDER COLORADO LAW NOT SPECIFIED IN THIS FORM.

This power of attorney will continue to be effective even though I become disabled, incapacitated, or incompetent. Revoking all prior Durable Powers of Attorney that may have been previously executed, I, Allison Jean Gardner, residing at 6678 Scenic Ct., Firestone, CO 80504, and being of sound mind and at least eighteen years of age, do hereby revoke and cancel all prior powers of attorney made, given, or executed by me, and do hereby name, appoint, and grant power of attorney to Kristy Anne Gould of 9226 Dudley Way, Westminster, CO 80021 to act as successor agent on my behalf in all of the matters described below. The named Agent(s) shall have power to act as my lawful and authorized Agent(s), for me and to act in my name, place, and stead and I do hereby expressly grant to my said Agent(s) the following powers and authorities, which specifically define, modify, expand, and/or limit the powers of a fiduciary under CRS §15-1-803 and CRS §18-1-804, as permitted under the law of the State of Colorado:

1. To create, amend, revoke, or terminate a revocable or irrevocable trust for my benefit or a trust that will allow me to receive any and all type(s) of governmental benefits that may be available to me once a trust has been put in place.
2. To make additions to an existing trust for my benefit.
3. To change or create any right of survivorship I may have the ability to create or change.
4. To claim an elective share of the estate of my deceased spouse.
5. To disclaim any interest in any property, real, personal, or otherwise.
6. To renounce any fiduciary positions.
7. To withdraw and receive the income or corpus of any trust of which I am the beneficiary or from which I am otherwise entitled to receive income or corpus.
8. To receive and review all medical records and other information necessary to valuate, negotiate, pay, or resolve any issues relating to the cost of my medical care or treatment.
9. To engage in real property transactions, which shall include, but not be limited to, the authority to buy, sell, lease, encumber, or otherwise deal with any interests in real property.
10. To engage in transactions involving tangible personal property, including, but not limited to, the authority to buy, sell, lease, encumber, or otherwise deal with such assets.
11. To engage in transactions in stocks, bonds, and other securities.
12. To engage in banking and financial transactions, including the right to write checks, issue drafts, borrow money, make deposits into or withdrawals from accounts within financial institutions, purchase, sell, or otherwise deal with certificates of deposit and similar assets, and to otherwise generally deal with banks and financial institutions on my behalf.
13. To borrow money and to pledge or encumber my assets to secure such loans.
14. To enter safe deposit boxes and to withdraw items from or place items into safe deposit boxes.
15. To engage in all transactions involving insurance, including, but not limited to, homeowners, motor vehicle, general liability, life, medical, and all other forms and types of insurance.
16. To engage in transactions involving retirement plans, pensions, and similar retirement benefits.
17. To change the beneficiary designation on any plan where a beneficiary has been designated.
18. To waive my right to be a beneficiary to any plan or amount to which I may be entitled.
19. To handle interests in estates and trusts.
20. To disclaim any interest I may have in real, personal, or financial property that comes to me.
21. To pursue claims in litigation, including, if appropriate, hiring attorneys and other professionals to evaluate, advise, and pursue such claims.
22. To receive government benefits and exchange all communications regarding government benefits.

23. To pursue tax matters and engage in transactions involving tax matters, including, but not limited to, the preparation and filing of tax returns, the payment of taxes, the filing of requests for refunds, representation of my interests during tax audits and negotiations with taxing authorities, and the like.

24. To make an anatomical gift of all or part of my body.

25. To make gifts of my property or on my behalf, but only as follows:

   a. Gifts to my spouse, my issue, and/or the spouse of my issue in an amount, or involving assets, which may (or may not) exceed the annual exclusion from the federal gift tax permitted under the Internal Revenue Code, as such code and provisions may be amended from time to time hereafter; or

   b. A gift to any permitted donee; for tuition or medical care, to the extent that such gift is excluded from the federal gift tax under Section 2503(e) of the Internal Revenue Code of 1986, and any amendments or modification thereof, as a qualified transferor; or

   c. My said Agent may consent, pursuant to Section 2513(a) of the Internal Revenue Code of 1986 to the splitting of gifts made by my spouse to my issue or to the spouse of my issue in any amount and may also consent to the splitting of gifts made by my spouse to any other person in amounts not exceeding the aggregate annual gift exclusions for myself and my spouse under Section 2503(b) of the Internal Revenue Code of 1986, or any amendment thereof.

THIS POWER OF ATTORNEY IS EFFECTIVE IMMEDIATELY AND WILL CONTINUE UNTIL IT IS REVOKED OR TERMINATED.

My agent is entitled to reasonable compensation for services rendered as agent under this power of attorney.

All third parties shall rely on the provision of this Durable Power of Attorney as accurate and enforceable by law. Any third party not conforming and not acting in accordance with the provisions of this Durable Power of Attorney may be held accountable by my Agent(s) for damages, if appropriate.

My Agent(s) shall be entitled to reimbursement for all reasonable expenses arising from the performance of acts and duties related to my medical treatment and personal care pursuant to this document.

Photocopies of this document shall be as effective and enforceable as originals, and third parties shall be entitled to rely on photocopies for the full force and effect of all stated terms.

This document shall be enforceable in all jurisdictions, regardless of conformity to that jurisdiction's technical requirements and legal formalities.

THIS POWER OF ATTORNEY MAY BE AMENDED OR REVOKED BY YOU AT ANY TIME, IN WRITING. ABSENT AMENDMENT OR REVOCATION, THE

AUTHORITY GRANTED IN THIS POWER OF ATTORNEY IS EFFECTIVE WHEN THIS POWER OF ATTORNEY IS SIGNED AND CONTINUES IN EFFECT UNTIL YOUR DEATH.

I agree that any third party who receives a copy of this document may act under it. Revocation of the power of attorney is not effective as to a third party until the third party learns of the revocation. I agree to indemnify the third party for any claims that arise against the third party because of reliance on this power of attorney.

I execute this declaration, as my free and voluntary act, this 12th day of November, 2013.

By _Allison Jean Gardner_
    Allison Jean Gardner

THE STATE OF COLORADO
COUNTY OF BROOMFIELD

Subscribed to and acknowledged before me by Allison Jean Gardner this 12th day of November, 2013.

My commission expires: ____ 7/28/2015 ____

(SEAL)        (SIGNED) _Michael Bailey_
                                   Notary Public



Hasler
11/06/2019
US POSTAGE $001.30°
FIRST-CLASS MAIL

ZIP 67206
011D11650520



## Riedl First Securities
COMPANY OF KANSAS

1841 N. Rock Rd. Ct. STE 400
Wichita, KS 67206-4213

**First Class Mail**

The Clerk of the United States
District Court for the District
of Puerto Rico Rm. 150 Federal Bldg.
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

RECEIVED & FILED
2019 NOV 12 PM 3: 48
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------- X

In re:                                                         :
                                                               :
THE FINANCIAL OVERSIGHT AND            : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      : Title III
                                                               :
      as representative of            : Case No. 17-BK-3283 (LTS)
                                                               :
THE COMMONWEALTH OF PUERTO RICO *et al.*,   : (Jointly Administered)
                                                               :
      Debtors.[1]                    :
---------------------------------------------------------------- X

In re:                                                         :
                                                               :
THE FINANCIAL OVERSIGHT AND            : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      : Title III
                                                               :
      as representative of            : Case No. 17-BK-3566 (LTS)
                                                               :
THE EMPLOYEES RETIREMENT SYSTEM OF THE  :
GOVERNMENT OF THE COMMONWEALTH OF       :
PUERTO RICO,                                                  :
                                                               :
      Debtor.                        :
---------------------------------------------------------------- X

**NOTICE OF PARTICIPATION IN LITIGATION
OF OBJECTIONS TO ERS BOND CLAIMS**

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Lohr H. Gonzalez | |
| Participant Name | Firm Name (if applicable) |
| Sarah T. Spoleti (daughter) | |
| Contact Person (if Participant is not an individual) | Contact Person |
| SARAH SPOLETI@SBCGLOBAL.NET | |
| Email Address | Email Address |
| 6600 CUESTA TRL | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| AUSTIN, TX 78730 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.    If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If
       Participant is a holder of one or more ERS Bonds, Participant must respond to the following
       paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all ERS Bonds held by Participant:

         CUSIP 29216MAF7     COST BASIS: $135,000
         CUSIP 29216MAC4     COST BASIS: $ 75,000
         CUSIP 29216MAK6     COST BASIS: $ 20,000

    (b)    Did Participant purchase any of its ERS Bonds in whole or in part on the secondary
       market? **YES** or **NO** (please _circle one_).

By: _Sarah T. Spoleti_
Signature

_Sarah T. Spoleti (executor)_
Print Name

_____
Title (if Participant is not an Individual)

_Nov. 4, 2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i)
served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room
150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Ms. Sarah T. Spoleti
6600 Cuesta Trl
Austin, TX 78730-2329

American
Red Cross
Supporter

AUSTIN
TX 787

05 NOV '19

PM 4 L



FOREVER

THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR  00918-1767

RECEIVED & FILED
2019 NOV 25 PM 2: 35

00918-176625

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

      Debtors.[1]

    :  PROMESA
    :  Title III
    :
    :  Case No. 17-BK-3283 (LTS)
    :
    :  (Jointly Administered)

-------------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

      Debtor.

    :  PROMESA
    :  Title III
    :
    :  Case No. 17-BK-3566 (LTS)
    :

-------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

~~Counsel~~ *Broker* **Contact Information (if any)**

_Vicki L. Wheeler_
Participant Name

_LaSalle St. Securities_
Firm Name (if applicable)

_____
Contact Person (if Participant is not an individual)

_Walter J. Goldthwaite_
Contact Person

_Wheels135@comcast.net_
Email Address

_jayg@Lasallest.com_
Email Address

_6566 South Tyko Court_
Address line 1

_940 N. Industrial Drive_
Address line 1

_____
Address line 2

_____
Address line 2

_Peru, IN 46970-8789_
City, State Zip Code

_Elmhurst, IL 60126-1131_
City, State Zip Code

_USA_
Country

_USA_
Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3. If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

 (a) Provide the CUSIP Numbers of all ERS Bonds held by Participant:

   29216 MBP4
   29216 MAC4

 (b) Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or (**NO**) (please **circle one**).

By: _Vicki L. Wheeler_
Signature

_Vicki L. Wheeler_
Print Name

_____
Title (if Participant is not an Individual)

_3 Nov 2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

10/11/19

LASALLE ST. SECURITIES, L.L.C.
940 N. INDUSTRIAL DR.
ELMHURST, IL 60126-1131

A BANKRUPTCY
SECURITY DESCRIPTION: EMPLOYEES RET SYS GOVT C/W PUE

CUSIP#:        29216MBP4
ACCOUNT#:              2840
QUANTITY:            10,000

***********AUTO**MIXED ADC 117
NFS/FMTC ROTH IRA
FBO VICKI L WHEELER
6566 S TYKO CT
PERU              IN 46970

Dear Client,

We have been requested to forward you the enclosed material. To participate you must complete the notice of participation and return to The Clerk of the United States District Court for the district of Puerto Rico at the return address provided in the materials.

If you have any questions, please contact your financial advisor.

JOB NUMBER: E15810 808        CONTROL#: 6925314947319772

000003104

LASALLE ST. SECURITIES, L.L.C.
940 N. INDUSTRIAL DR.
ELMHURST, IL 60126-1131



# DO NOT MAIL

***********AUTO**MIXED ADC 117
NFS/FMTC ROTH IRA
FBO VICKI L WHEELER
6566 S TYKO CT
PERU              IN 46970

10/11/19

LASALLE ST. SECURITIES, L.L.C.
940 N. INDUSTRIAL DR.
ELMHURST, IL 60126-1131

A BANKRUPTCY
SECURITY DESCRIPTION: EMPLOYEES RET SYS GOVT C/W PUE

CUSIP#:        29216MAC4
ACCOUNT#:                    2840
QUANTITY:              20,000

***********AUTO**MIXED ADC 117
NFS/FMTC ROTH IRA
FBO VICKI L WHEELER
6566 S TYKO CT
PERU              IN 46970

Dear Client,

We have been requested to forward you the enclosed material. To participate you must complete the notice of participation and return to The Clerk of the United States District Court for the district of Puerto Rico at the return address provided in the materials.

If you have any questions, please contact your financial advisor.

JOB NUMBER: E15810 808        CONTROL#: 9462818915546255

000003098

LASALLE ST. SECURITIES, L.L.C.
940 N. INDUSTRIAL DR.
ELMHURST, IL 60126-1131



# DO NOT MAIL

***********AUTO**MIXED ADC 117
NFS/FMTC ROTH IRA
FBO VICKI L WHEELER
6566 S TYKO CT
PERU              IN 46970



Vicki L. Wheeler
6566 South Tyko Court
Peru, IN 46970-8789



7018 2290 0001 2908 6476





U.S. POSTAGE PAID
FCM LETTER
KOKOMO, IN
46902
NOV 05, 19
AMOUNT
**$7.00**
R2305M146578-15

1000          00918



The Clerk of the United States District Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

RETURN RECEIPT
REQUESTED

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------- X
|  |  |
| --- | --- |
| In re: | : |
|  | : |
| THE FINANCIAL OVERSIGHT AND | :   PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | :   Title III |
|  | : |
| as representative of | :   Case No. 17-BK-3283 (LTS) |
|  | : |
| THE COMMONWEALTH OF PUERTO RICO *et al.,* | :   (Jointly Administered) |
|  | : |
| Debtors.[1] | : |

-------------------------------------------------------------------- X
|  |  |
| --- | --- |
| In re: | : |
|  | : |
| THE FINANCIAL OVERSIGHT AND | :   PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | :   Title III |
|  | : |
| as representative of | :   Case No. 17-BK-3566 (LTS) |
|  | : |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE | : |
| GOVERNMENT OF THE COMMONWEALTH OF | : |
| PUERTO RICO, | : |
|  | : |
| Debtor. | : |

-------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

**Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | ~~**Counsel**~~ Broker **Contact Information (if any)** |
|---|---|
| _Larry L. Wheeler_ | _LaSalle St. Securities_ |
| Participant Name | Firm Name (if applicable) |
| | _Walter J. Goldthwaite_ |
| Contact Person (if Participant is not an individual) | Contact Person |
| _wheels135@comcast.net_ | _jayg@lasalle.st.com_ |
| Email Address | Email Address |
| _6566 South Tyko Court_ | _940 N. Industrial Drive_ |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| _Peru, IN 46970-8789_ | _Elmhurst, IL 60126-1131_ |
| City, State Zip Code | City, State Zip Code |
| _USA_ | _USA_ |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); _or_

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.    If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)    Provide the CUSIP Numbers of all ERS Bonds held by Participant:

        29216MAC4    29216MAM2    29216MBP4

    (b)    Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Larry L. Wheeler_
    Signature

_Larry L. Wheeler_
Print Name

_____
Title (if Participant is not an Individual)

_3 Nov 2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

10/11/19

LASALLE ST. SECURITIES, L.L.C.
940 N. INDUSTRIAL DR.
ELMHURST, IL 60126-1131

A BANKRUPTCY
SECURITY DESCRIPTION: EMPLOYEES RET SYS GOVT C/W PUE

CUSIP#:        29216MAC4
ACCOUNT#:              2785
QUANTITY:          50,000

***********AUTO**MIXED ADC 117
LARRY L WHEELER
6566 S TYKO CT
PERU              IN 46970

Dear Client,

We have been requested to forward you the enclosed material. To participate you must complete the notice of participation and return to The Clerk of the United States District Court for the district of Puerto Rico at the return address provided in the materials.

If you have any questions, please contact your financial advisor.

JOB NUMBER: E15810 808          CONTROL#: 4584688872657214

000003099

LASALLE ST. SECURITIES, L.L.C.
940 N. INDUSTRIAL DR.
ELMHURST, IL 60126-1131



# DO NOT MAIL

|||¦||||||¦||||||¦||¦¦|¦||¦||¦¦¦||¦||¦¦¦¦¦||¦||¦¦|¦||¦|
***********AUTO**MIXED ADC 117
LARRY L WHEELER
6566 S TYKO CT
PERU              IN 46970

10/11/19

LASALLE ST. SECURITIES, L.L.C.
940 N. INDUSTRIAL DR.
ELMHURST, IL 60126-1131

A BANKRUPTCY
SECURITY DESCRIPTION: EMPLOYEES RET SYS GOVT C/W PUE

CUSIP#:        29216MAM2
ACCOUNT#:                    2793
QUANTITY:                  30,000

***********AUTO**MIXED ADC 117
NFS/FMTC ROLLOVER IRA
FBO LARRY L WHEELER
6566 S TYKO CT
PERU              IN 46970

Dear Client,

We have been requested to forward you the enclosed material. To participate you must complete the notice of participation
and return to The Clerk of the United States District Court for the district of Puerto Rico at the return address
provided in the materials.

If you have any questions, please contact your financial advisor.

JOB NUMBER: E15810 808        CONTROL#: 3464992302027145

000003101

LASALLE ST. SECURITIES, L.L.C.
940 N. INDUSTRIAL DR.
ELMHURST, IL 60126-1131



# DO NOT MAIL

***********AUTO**MIXED ADC 117
NFS/FMTC ROLLOVER IRA
FBO LARRY L WHEELER
6566 S TYKO CT
PERU              IN 46970

10/11/19

LASALLE ST. SECURITIES, L.L.C.
940 N. INDUSTRIAL DR.
ELMHURST, IL 60126-1131

A BANKRUPTCY
SECURITY DESCRIPTION: EMPLOYEES RET SYS GOVT C/W PUE

CUSIP#:        29216MAC4
ACCOUNT#:              2793
QUANTITY:          10,000

***********AUTO**MIXED ADC 117
NFS/FMTC ROLLOVER IRA
FBO LARRY L WHEELER
6566 S TYKO CT
PERU            IN 46970

Dear Client,

We have been requested to forward you the enclosed material. To participate you must complete the notice of participation and return to The Clerk of the United States District Court for the district of Puerto Rico at the return address provided in the materials.

If you have any questions, please contact your financial advisor.

JOB NUMBER: E15810 808        CONTROL#: 8512468743985299

000003100

LASALLE ST. SECURITIES, L.L.C.
940 N. INDUSTRIAL DR.
ELMHURST, IL 60126-1131



# DO NOT MAIL

***********AUTO**MIXED ADC 117
NFS/FMTC ROLLOVER IRA
FBO LARRY L WHEELER
6566 S TYKO CT
PERU            IN 46970

10/11/19

LASALLE ST. SECURITIES, L.L.C.
940 N. INDUSTRIAL DR.
ELMHURST, IL 60126-1131

A BANKRUPTCY
SECURITY DESCRIPTION: EMPLOYEES RET SYS GOVT C/W PUE

CUSIP#:        29216MBP4
ACCOUNT#:                    2793
QUANTITY:                210,000

**********AUTO**MIXED ADC 117
NFS/FMTC ROLLOVER IRA
FBO LARRY L WHEELER
6566 S TYKO CT
PERU           IN 46970

Dear Client,

We have been requested to forward you the enclosed material. To participate you must complete the notice of participation
and return to The Clerk of the United States District Court for the district of Puerto Rico at the return address
provided in the materials.

If you have any questions, please contact your financial advisor.

JOB NUMBER: E15810 808        CONTROL#: 0241956535750555

000003102

LASALLE ST. SECURITIES, L.L.C.
940 N. INDUSTRIAL DR.
ELMHURST, IL 60126-1131



# DO NOT MAIL

**********AUTO**MIXED ADC 117
NFS/FMTC ROLLOVER IRA
FBO LARRY L WHEELER
6566 S TYKO CT
PERU           IN 46970

10/11/19

*LASALLE ST. SECURITIES, L.L.C.*
*940 N. INDUSTRIAL DR.*
*ELMHURST, IL 60126-1131*

A BANKRUPTCY
SECURITY DESCRIPTION: EMPLOYEES RET SYS GOVT C/W PUE

CUSIP#:        29216MBP4
ACCOUNT#:              2858
QUANTITY:            120,000

**********AUTO**MIXED ADC 117
NFS/FMTC ROTH IRA
FBO LARRY L WHEELER
6566 S TYKO CT
PERU            IN 46970

Dear Client,

We have been requested to forward you the enclosed material. To participate you must complete the notice of participation and return to The Clerk of the United States District Court for the district of Puerto Rico at the return address provided in the materials.

If you have any questions, please contact your financial advisor.

JOB NUMBER: E15810 808       CONTROL#: 1933462718645141

000003105

*LASALLE ST. SECURITIES, L.L.C.*
*940 N. INDUSTRIAL DR.*
*ELMHURST, IL 60126-1131*



# DO NOT MAIL

**********AUTO**MIXED ADC 117
NFS/FMTC ROTH IRA
FBO LARRY L WHEELER
6566 S TYKO CT
PERU            IN 46970



**Larry L. Wheeler**
6566 South Tyko Court
Peru, IN 46970-8789

RETURN RECEIPT
REQUESTED




CERTIFIED MAIL®

7018 1130 0001 5107 1541




U.S. POSTAGE PAID
FCM LETTER
KOKOMO, IN
46902
NOV 05, 19
AMOUNT
**$7.00**
R2305M146578-15

The Clerk of the United States District Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------ X

In re:                                                          :

THE FINANCIAL OVERSIGHT AND            :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :    Title III
                                                               :
      as representative of                      :    Case No. 17-BK-3283 (LTS)
                                                               :
THE COMMONWEALTH OF PUERTO RICO *et al.*,   :    (Jointly Administered)
                                                               :
      Debtors.[1]                                :
------------------------------------------------------------------ X

In re:                                                          :

THE FINANCIAL OVERSIGHT AND            :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :    Title III
                                                               :
      as representative of                      :    Case No. 17-BK-3566 (LTS)
                                                               :
THE EMPLOYEES RETIREMENT SYSTEM OF THE   :
GOVERNMENT OF THE COMMONWEALTH OF      :
PUERTO RICO,                                      :
                                                               :
      Debtor.                                    :
------------------------------------------------------------------ X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

------------------------

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

**Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *DOMINGO A GONZALEZ OJEDA* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *DOMGON 787 @ AOL.COM* | |
| Email Address | Email Address |
| *ROAD 528 KM 0.2* | |
| Address line 1 | Address line 1 |
| *P.O. Box 231* | |
| Address line 2 | Address line 2 |
| *JAYUYA 00664* | |
| City, State Zip Code | City, State Zip Code |
| *PUERTO RICO* | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.   If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)   Provide the CUSIP Numbers of all ERS Bonds held by Participant:

29216 MAC4

(b)   Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: *[signature]*
Signature

DOMINGO A GONZALEZ
Print Name

_____
Title (if Participant is not an Individual)

11-08-2019
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3



Domingo A Gonzalez
Po Box 231
Jayuya PR 00664

U.S. POSTAGE PAID
FCM LETTER
JAYUYA, PR
00664
NOV 08, 19
AMOUNT
$6.85
R2305K131161-04

1000    00918

Barn Swallow

CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7018 0680 0000 0100 9826

TH CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN PR 00918-1767

2019 NOV 12 PM 2: 35
CLERK'S OFFICE
DISTRICT COURT

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

       Debtors.[1]

        :
        :   PROMESA
        :   Title III
        :
        :   Case No. 17-BK-3283 (LTS)
        :
        :   (Jointly Administered)

---------------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

       Debtor.

        :   PROMESA
        :   Title III
        :
        :   Case No. 17-BK-3566 (LTS)

---------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *HADA LIVIA R. DE COZÓN* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *FICOROD4@GMAIL.COM* | |
| Email Address (FICOROD4@MAIL.COM) | Email Address |
| *MANSIONES DE ALEJANDRINO* | |
| Address line 1 | Address line 1 |
| *16 CALLE PRINCIPAL* | |
| Address line 2 | Address line 2 |
| *GUAYNABO, P.R. 00969* | |
| City, State Zip Code | City, State Zip Code |
| *USA.* | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

    _____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); or

    ___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.  If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)  Provide the CUSIP Numbers of all ERS Bonds held by Participant:

   *29216 MBP 4*

   (b)  Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? (YES) or **NO** (please **circle one**).

By: _*Hada Livia R. de Colon*_
Signature

_*HADA LIVIA R. de Colon*_
Print Name

_*november 7, 2019*_
Title (if Participant is not an Individual)

_____
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Dr. Filiberto Colon +Sra.
Mans De Alejandrino
16 Calle Principal
Guaynabo, PR 00969-5100

**CERTIFIED MAIL**

7018 3090 0001 7911 0458

UNITED STATES POSTAL SERVICE

1000    00918

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00918
NOV 08, 19
AMOUNT
**$7.00**
R2304H108674-2

The Clerk of the United State District
Court for the District of Puerto Rico.
Room 150 Federal Building
150 Carlos Chardon Ave.

San Juan PR 00918-1767

00918$1703 CO18

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------- X

| | |
|---|---|
| In re: | : |
| | : |
| THE FINANCIAL OVERSIGHT AND | : PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Title III |
| | : |
| as representative of | : Case No. 17-BK-3283 (LTS) |
| | : |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | : (Jointly Administered) |
| | : |
| Debtors.[1] | : |

-------------------------------------------------------------------- X

| | |
|---|---|
| In re: | : |
| | : |
| THE FINANCIAL OVERSIGHT AND | : PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Title III |
| | : |
| as representative of | : Case No. 17-BK-3566 (LTS) |
| | : |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE | : |
| GOVERNMENT OF THE COMMONWEALTH OF | : |
| PUERTO RICO, | : |
| | : |
| Debtor. | : |

-------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _HADA L. RODRIGUEZ DE COLÓN_ <br> Participant Name | Firm Name (if applicable) |
| _____ <br> Contact Person (if Participant is not an individual) | Contact Person |
| _ACOROD4@GMAIL.COM_ <br> Email Address | Email Address |
| _MARSIODES DE ALEJANDRINO_ <br> Address line 1 | Address line 1 |
| _16 CALCE PRINCIPAL_ <br> Address line 2 | Address line 2 |
| _GUAYNABO, P.R. 00969-5100_ <br> City, State Zip Code | City, State Zip Code |
| _U.SA._ <br> Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3. If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

  (a) Provide the CUSIP Numbers of all ERS Bonds held by Participant:

*29216 MBN9*

  (b) Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Hada L. Rodríguez de Colón*
Signature

*HADA L. Rodríguez de Colón*
Print Name

_____
Title (if Participant is not an Individual)

*7 de noviembre de 2019*
Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.



Dr. Filiberto Colon +Sra.
Mans De Alejandrino
16 Calle Principal
Guaynabo, PR 00969-5100



**CERTIFIED MAIL**

7018 3090 0001 7911 0458




U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00918
NOV 08, 19
AMOUNT
**$7.00**
R2304H108674-2

1000   00918

The Clerk of the United State District
Court for the District of Puerto Rico.
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan PR 00918-1767

RECEIVED & FILED
2019 NOV 12 PM 2:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918$1703 C018

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------- X

In re:                                                         :

THE FINANCIAL OVERSIGHT AND                    :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :   Title III
                                                               :
    as representative of                              :   Case No. 17-BK-3283 (LTS)
                                                               :
THE COMMONWEALTH OF PUERTO RICO *et al.,*   :   (Jointly Administered)
                                                               :
        Debtors.[1]                                     :
----------------------------------------------------------------- X

In re:                                                         :
                                                               :
THE FINANCIAL OVERSIGHT AND                    :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :   Title III
                                                               :
    as representative of                              :   Case No. 17-BK-3566 (LTS)
                                                               :
THE EMPLOYEES RETIREMENT SYSTEM OF THE   :
GOVERNMENT OF THE COMMONWEALTH OF   :
PUERTO RICO,                                          :
                                                               :
        Debtor.                                          :
----------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
### OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

**Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _HADA L. RODRIGUEZ DE GLOD_ | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| _PICOROD4@GMAIL.COM_ | |
| Email Address | Email Address |
| _MANSIONES DE ALEJANDRINO_ | |
| Address line 1 | Address line 1 |
| _16 CALLE PRINCIPAL_ | |
| Address line 2 | Address line 2 |
| _GUAYNABO, PR 00969-5100_ | |
| City, State Zip Code | City, State Zip Code |
| _USA_ | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); or

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3. If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

 (a) Provide the CUSIP Numbers of all ERS Bonds held by Participant:

*29216 MAC4*

 (b) Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? YES or **NO** (please **circle one**).

By: *Hada L. Rodríguez de Colón*
Signature

*HADA L. Rodriguez de Colón*
Print Name

_____
Title (if Participant is not an Individual)

*7 de noviembre de 2019*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3



Dr. Filiberto Colon +Sra.
Mans De Alejandrino
16 Calle Principal
Guaynabo, PR 00969-5100

**CERTIFIED MAIL**

7018 3090 0001 7911 0458

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00918
NOV 08 19
AMOUNT
**$7.00**
R2304H108674-2

UNITED STATES
POSTAL SERVICE

1000        00918

The Clerk of the United State District
Court for the District of Puerto Rico.
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan PR 00918-1767

RECEIVED & FILED
2019 NOV 12 PM 2:00
CLERK'S OFFICE
DISTRICT COURT
U.S.A., SAN JUAN, P.R.

00918$1703 C018

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------- X

In re:                                          :

THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III
                                                :
        as representative of                    :   Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.,*       :   (Jointly Administered)
                                                :
        Debtors.[1]                             :
-------------------------------------------------------------------- X

In re:                                          :

THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III
                                                :
        as representative of                    :   Case No. 17-BK-3566 (LTS)
                                                :
THE EMPLOYEES RETIREMENT SYSTEM OF THE          :
GOVERNMENT OF THE COMMONWEALTH OF               :
PUERTO RICO,                                     :
                                                :
        Debtor.                                 :
-------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
      (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
      Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
      3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
      (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
      ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
      Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
      Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
      Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
      (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

**Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("<u>Participant</u>") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "<u>ERS Bonds</u>").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Dr. FILIBERTO COLÓN-RODRIGUEZ | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| FICOR004@GMAIL.COM | |
| Email Address | Email Address |
| MANSIONES DE ALEJANDRINO | |
| Address line 1 | Address line 1 |
| 16 CALLE PRINCIPAL | |
| Address line 2 | Address line 2 |
| GUAYNABO, P.R. 00969 | |
| City, State Zip Code | City, State Zip Code |
| U.S.A. | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

      \_\_X\_\_\_ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.   If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all ERS Bonds held by Participant:

   29216 MAC4

   (b)   Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
Signature

FILIBERTO COLÓN RODRIGUEZ
Print Name

_____
Title (if Participant is not an Individual)

11/5/2019
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

3



Dr. Filiberto Colon +Sra.
Mans De Alejandrino
16 Calle Principal
Guaynabo, PR 00969-5100

**CERTIFIED MAIL**

7018 3090 0001 7911 0458

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00918
NOV 08, 19
AMOUNT
**$7.00**
R2304H108674-2

1000          00918

The Clerk of the United State District
Court for the District of Puerto Rico.
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan PR 00918-1767

RECEIVED & FILED
2019 NOV 12 PM 2:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918$1703 C018

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------ X

In re:                                             :

THE FINANCIAL OVERSIGHT AND          :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :   Title III

    as representative of              :   Case No. 17-BK-3283 (LTS)
                                                   :
THE COMMONWEALTH OF PUERTO RICO *et al.,*   :   (Jointly Administered)
                                                   :
    Debtors.[1]                       :

------------------------------------------------------------------ X

In re:                                             :

THE FINANCIAL OVERSIGHT AND          :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :   Title III

    as representative of              :   Case No. 17-BK-3566 (LTS)
                                                   :
THE EMPLOYEES RETIREMENT SYSTEM OF THE   :
GOVERNMENT OF THE COMMONWEALTH OF    :
PUERTO RICO,                         :
                                                   :
    Debtor.                           :

------------------------------------------------------------------ X

### NOTICE OF PARTICIPATION IN LITIGATION
### OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

       This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

       Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

       The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

       To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _JAMES R. POLIFKA_ | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| _polifkaj@prtc.net_ | |
| Email Address | Email Address |
| _PO BOX 1111_ | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| _SABANA GRANDE PR 00637-1111_ | |
| City, State Zip Code | City, State Zip Code |
| _USA_ | |
| Country | Country |

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

      _____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); _or_

      \_\_X\_\_ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.  If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all ERS Bonds held by Participant:

    29216 MAC 4

    (b)  Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By:  _James R. Polifka_
Signature

_JAMES R. POLIFKA_
Print Name

_____
Title (if Participant is not an Individual)

_7 NOVEMBER 2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

James R. Polifka
PO Box 1111
Sabana Grande, PR 00637-1111

**CERTIFIED MAIL®**

7018 3090 0000 0792 8750

U.S. POSTAGE PAID
FCM LETTER
SABANA GRANDE, PR
00637
NOV 07, 19
AMOUNT
**$6.85**
R2305K135304-03

1000

00918

RECEIVED & FILED
2019 NOV 12 PM 2: 36
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, PR

The Clerk of the United States District
Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------------ X

In re:                                                          :
                                                                :
THE FINANCIAL OVERSIGHT AND                                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                               :   Title III
                                                                :
           as representative of                                 :   Case No. 17-BK-3283 (LTS)
                                                                :
THE COMMONWEALTH OF PUERTO RICO *et al.,*                       :   (Jointly Administered)
                                                                :
           Debtors.[1]                                          :
------------------------------------------------------------------ X

In re:                                                          :
                                                                :
THE FINANCIAL OVERSIGHT AND                                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                               :   Title III
                                                                :
           as representative of                                 :   Case No. 17-BK-3566 (LTS)
                                                                :
THE EMPLOYEES RETIREMENT SYSTEM OF THE                          :
GOVERNMENT OF THE COMMONWEALTH OF                               :
PUERTO RICO,                                                    :
                                                                :
           Debtor.                                              :
------------------------------------------------------------------ X

**NOTICE OF PARTICIPATION IN LITIGATION
OF OBJECTIONS TO ERS BOND CLAIMS**

---

[1]  The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _MIRTA OCEGUERA_ | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| _OCEGUVAMIRTA @ YAHOO.COM_ | |
| Email Address | Email Address |
| _P.O. BOX 210_ | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| _GURABO, P.R 00778_ | |
| City, State Zip Code | City, State Zip Code |
| | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3. If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a) Provide the CUSIP Numbers of all ERS Bonds held by Participant:

   *CUSIP #29216MBP4      $25,000 FACE value*

   (b) Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
Signature

*MARTA OCEGUERA*
Print Name

_____
Title (if Participant is not an Individual)

*NOV. 8, 2019*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3



Mirta Oceguera
P.O. Box 210
Gurabo, PR  00778

7019 2280 0000 2268 6867





1000

00918

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00936
NOV 08, 19
AMOUNT
**$6.85**
R2304E105433-43

THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR DISTRICT COURT OF PUERTO RICO
ROOM 150 FEDERAL Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767

RECEIVED & FILED
2019 NOV 12 PM 2:36

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------ X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

      Debtors.[1]

------------------------------------------------------------------ X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

      Debtor.

------------------------------------------------------------------ X

:
:
:
:  PROMESA
:  Title III
:
:  Case No. 17-BK-3283 (LTS)
:
:  (Jointly Administered)
:
:
:
:
:
:  PROMESA
:  Title III
:
:  Case No. 17-BK-3566 (LTS)
:
:
:
:
:
:
:

RECEIVED & FILED
2019 NOV 12 PM 2:36
U.S. DISTRICT COURT
SAN JUAN, PR

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Carmen M. Segarra* | |
| Participant Name | Firm Name (if applicable) |
| *es above* | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *carmensega@gmail.com* | |
| Email Address | Email Address |
| *4361 E Seneca ave* | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| | |
| City, State Zip Code | City, State Zip Code |
| *Weston, Florida 33332* | |
| Country    *USA* | Country |

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___✓___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.   If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)   Provide the CUSIP Numbers of all ERS Bonds held by Participant:

    (b)   Did Participant purchase any of its ERS Bonds in whole ~~or in part on the secondary~~ market? (**YES**) or **NO** (please **circle one**).

By: _Carmen M. Segarra_
Signature

_Carmen M. Segarra_
Print Name

_____
Title (if Participant is not an Individual)

_11/7/19_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.



David Segarra
4361 E. Seneca Ave.
Weston, FL 33332

CERTIFIED MAIL



7019 1120 0000 3872 8775

RECEIVED & FILED

2019 NOV 12 PM 2:36

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



UNITED STATES
POSTAL SERVICE®

1020

00918

U.S. POSTAGE PAID
FCM LG ENV
FORT LAUDERDALE, FL
33332
NOV 08, 19
AMOUNT

**$7.75**

R2305H129104-47

The Clerk of the United States
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, P.R. 00918-1767



**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- X

In re:                                                    :
                                                          :
THE FINANCIAL OVERSIGHT AND                               :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         :    Title III
                                                          :
         as representative of                             :    Case No. 17-BK-3283 (LTS)
                                                          :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                 :    (Jointly Administered)
                                                          :
         Debtors.[1]                                      :
---------------------------------------------------------------------- X
                                                          :
In re:                                                    :
                                                          :
THE FINANCIAL OVERSIGHT AND                               :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                         :    Title III
                                                          :
         as representative of                             :    Case No. 17-BK-3566 (LTS)
                                                          :
THE EMPLOYEES RETIREMENT SYSTEM OF THE                    :
GOVERNMENT OF THE COMMONWEALTH OF                         :
PUERTO RICO,                                              :
                                                          :
         Debtor.                                          :
---------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Participant Name *Carmen M. Segarra* | Firm Name (if applicable) |
| Contact Person (if Participant is not an individual) *Carmensega @gmail.com* | Contact Person |
| Email Address *4361 E. Seneca Ave.* | Email Address |
| Address line 1 | Address line 1 |
| Address line 2 | Address line 2 |
| City, State Zip Code *Weston, Florida 33332* | City, State Zip Code |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___✓___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.　　　If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

　　　　(a)　　Provide the CUSIP Numbers of all ERS Bonds held by Participant:


　　　　(b)　　Did Participant purchase any of its ERS Bonds in whole ~~or in part on the secondary~~ market? **(YES)** or **NO** (please **circle one**).

By: _C. M Sega____
Signature

_Carmen M. Segarra_
Print Name


_____
Title (if Participant is not an Individual)

_11/7/2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.



David Segarra
4361 E. Seneca Ave.
Weston, FL 33332

CERTIFIED MAIL

7019 1120 0000 3872 8775

RECEIVED & FILED

2019 NOV 12 PM 2: 36

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.





U.S. POSTAGE PAID
FCM LG ENV
FORT LAUDERDALE, FL
33332
NOV 08, 19
AMOUNT

**$7.75**

R2305H129104-47

1020    00918

The Clerk of the United States
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, P.R. 00918-1767



**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- X

In re:                                                       :
                                                             :
THE FINANCIAL OVERSIGHT AND                                  :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                            :   Title III
                                                             :
    as representative of                 :   Case No. 17-BK-3283 (LTS)
                                                             :
THE COMMONWEALTH OF PUERTO RICO *et al.,*                    :   (Jointly Administered)
                                                             :
    Debtors.[1]                           :
------------------------------------------------------------------- X

In re:                                                       :
                                                             :
THE FINANCIAL OVERSIGHT AND                                  :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                            :   Title III
                                                             :
    as representative of                 :   Case No. 17-BK-3566 (LTS)
                                                             :
THE EMPLOYEES RETIREMENT SYSTEM OF THE                       :
GOVERNMENT OF THE COMMONWEALTH OF                            :
PUERTO RICO,                                                 :
                                                             :
    Debtor.                               :
------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Carmen M. Segarra_ | |
| Participant Name | Firm Name (if applicable) |
| _Same as above_ | |
| Contact Person (if Participant is not an individual) | Contact Person |
| _carmensegg @ gmail.com_ | |
| Email Address | Email Address |
| _4361 E. Seneca Ave._ | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| | |
| City, State Zip Code | City, State Zip Code |
| _Weston, Florida 33332_ | |
| Country _USA_ | Country |

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___✓___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.  If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all ERS Bonds held by Participant:

    (b)  Did Participant purchase any of its ERS Bonds in whole ~~or in part on the secondary~~ market? (YES) or **NO** (please **circle one**).

By _Carmen M. Sogara_
Signature

_Carmen M. Segorra_
Print Name

_____
Title (if Participant is not an Individual)

_11/7/2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.



David Segarra
4361 E. Seneca Ave.
Weston, FL 33332

CERTIFIED MAIL





7019 1120 0000 3872 8775

RECEIVED & FILED

2019 NOV 12  PM 2: 36

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

U.S. POSTAGE PAID
FCM LG ENV
FORT LAUDERDALE, FL
33332
NOV 08, 19
AMOUNT
$7.75
R2305H129104-47

1020        00918



The Clerk of the United States
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, P. R. 00918-1767

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------ X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

    Debtors.[1]

: PROMESA
: Title III

: Case No. 17-BK-3283 (LTS)

: (Jointly Administered)

------------------------------------------------------------------ X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

    Debtor.

: PROMESA
: Title III

: Case No. 17-BK-3566 (LTS)

------------------------------------------------------------------ X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
| --- | --- |
| *Alfred A. Segarra* | |
| Participant Name | Firm Name (if applicable) |
| *as above* | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *A. Segarra 33 Gral. Com.* | |
| Email Address | Email Address |
| *4361 E. Seneca Ave* | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| | |
| City, State Zip Code | City, State Zip Code |
| *Weston, Fla 33332* | *Weston, Florida 33332* |
| Country *U.S.A* | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__✓___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.      If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)     Provide the CUSIP Numbers of all ERS Bonds held by Participant:


      (b)     Did Participant purchase any of its ERS Bonds in whole ~~or in part on the secondary market~~?  **YES** or **NO** (please **circle one**).

By: _____
    Signature

_____
Print Name    DAVID R. SEGARRA JR

_____
Title (if Participant is not an Individual)

_____
    Date    11/7/2019

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

3



David Segarra
4361 E. Seneca Ave.
Weston, FL 33332



CERTIFIED MAIL

7019 1120 0000 3872 8775

RECEIVED & FILED

2019 NOV 12 PM 2: 36

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.




U.S. POSTAGE PAID
FCM LG ENV
FORT LAUDERDALE, FL
33332
NOV 08, 19
AMOUNT
**$7.75**
R2305H129104-47

1020          00918



The Clerk of the United States
District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Ave.
San Juan, P.R. 00918-1767