UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

# CERTIFICATE OF SERVICE

I, Nicholas Vass, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On November 11, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on (1) the Adversary Defendants Service List attached hereto as **Exhibit A**; and (2) the Adversary Defendants NOA Parties Service List attached hereto as **Exhibit B**:

- Order Granting Urgent Joint Motion of Oversight Board and AAFAF for Order Extending (A) Stay Period, (B) Mandatory Mediation, and (C) Certain Deadlines Related Thereto [Docket No. 9016] (Together with the Spanish Translation)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: November 14, 2019

                                                                                                                            Nicholas Vass

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 14, 2019, by Nicholas Vass, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

                    Oleg Bitman
       Notary Public, State of New York
              No. 01BI6339574
          Qualified in Queens County
     Commission Expires: April 04, 2023

SRF 37421

**Exhibit A**

Exhibit A
Adversary Defendants Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| 2151893 | BLACKROCK FINANCIAL MANAGEMENT, INC. | 40 EAST 52ND STREET | | | | NEW YORK | NY | 10022 |
| 2151894 | BRIGADE CAPITAL MANAGEMENT, LP | 399 PARK AVENUE, SUITE 1600 | | | | NEW YORK | NY | 10022 |
| 2151895 | BROOKFIELD ASSET MANAGEMENT PRIVATE INSTITUTIONAL CAPITAL ADVISER (CREDIT) LLC | BROOKFIELD PLACE | 250 VESEY STREET, 15TH FLOOR | | | NEW YORK | NY | 10281 |
| 2151896 | DAVIDSON KEMPNER CAPITAL MANAGEMENT LP | 520 MADISON AVENUE, 30TH FLOOR | | | | NEW YORK | NY | 10022 |
| 2152273 | DAVIDSON KEMPNER CAPITAL MANAGEMENT LP | 520 MADISON AVENUE, 30TH FLOOR | | | | NEW YORK | NY | 10022 |
| 2151897 | DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES FUND LP | C/O BRACEWELL, LLP | ATTN: KURT A. MAYR, ESQ. | CITYPLACE I, 34TH FLOOR | 185 ASYLUM STREET | HARTFORD | CT | 06103 |
| 2151898 | DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES INTERNATIONAL LTD. | C/O BRACEWELL, LLP | ATTN: KURT A. MAYR, ESQ. | CITYPLACE I, 34TH FLOOR | 185 ASYLUM STREET | HARTFORD | CT | 06103 |
| 2151899 | DAVIDSON KEMPNER INSTITUTIONAL PARTNERS, L.P. | C/O BRACEWELL, LLP | ATTN: KURT A. MAYR, ESQ. | CITYPLACE I, 34TH FLOOR | 185 ASYLUM STREET | HARTFORD | CT | 06103 |
| 2151900 | DAVIDSON KEMPNER INTERNATIONAL, LTD. | C/O BRACEWELL, LLP | ATTN: KURT A. MAYR, ESQ. | CITYPLACE I, 34TH FLOOR | 185 ASYLUM STREET | HARTFORD | CT | 06103 |
| 2151901 | DAVIDSON KEMPNER PARTNERS | C/O BRACEWELL, LLP | ATTN: KURT A. MAYR, ESQ. | CITYPLACE I, 34TH FLOOR | 185 ASYLUM STREET | HARTFORD | CT | 06103 |
| 2151902 | DEUTSCHE BANK SECURITIES, INC. | 60 WALL STREET, FLOOR 3 | | | | NEW YORK | NY | 10005 |
| 2151903 | FIRST PACIFIC ADVISORS, LLC | 11601 WILSHIRE BOULEVARD, SUITE 1200 | | | | LOS ANGELES | CA | 90025 |
| 2151904 | GORDEL CAPITAL LIMITED | C/O BRACEWELL, LLP | ATTN: KURT A. MAYR, ESQ. | CITYPLACE I, 34TH FLOOR | 185 ASYLUM STREET | HARTFORD | CT | 06103 |
| 2151905 | JNL MULTI-MANAGER ALTERNATIVE FUND, A SERIES OF JNL SERVICES TRUST | 250 WEST 55TH STREET | | | | NEW YORK | NY | 10019 |
| 2151906 | JNL MULTI-MANAGER ALTERNATIVE FUND, A SERIES OF JNL SERIES TRUST | 250 WEST 55TH STREET | | | | NEW YORK | NY | 10019 |
| 2151907 | JOHN HANCOCK INVESTMENTS | PO BOX 55107 | | | | BOSTON | MA | 02205 |
| 2152274 | JOSE A. CEPEDA RETIREMENT PLAN REPRESENTED BY UBS TRUST COMPANY OF PR | UBS TRUST COMPANY OF PR | 250 MUNOZ RIVERA AVENUE, 10TH FLOOR | | | SAN JUAN | PR | 00918 |
| 2151908 | JUAN REINES ORTIZ RETIREMENT PLAN REPRESENTED BY UBS TRUST COMPANY OF PR | UBS TRUST COMPANY OF PR | 250 MUNOZ RIVERA AVE, 10TH FLOOR | | | SAN JUAN | PR | 00918 |
| 2151909 | LS STRATEGIC INCOME FUND | ATTN: NICOLE RANZINGER | ONCE FINANCIAL CENTER | | | BOSTON | MA | 02111 |
| 2151910 | M.H. DAVIDSON & CO. | C/O BRACEWELL, LLP | ATTN: KURT A. MAYR, ESQ. | CITYPLACE I, 34TH FLOOR | 185 ASYLUM STREET | HARTFORD | CT | 06103 |
| 2152275 | MARIA I. RIVERA SANCHEZ RETIREMENT PLAN | REPRESENTED BY UBS TRUST COMPANY OF PR | 250 MUNOZ RIVERA AVENUE | 10TH FLOOR | | SAN JUAN | PR | 00918 |
| 2152276 | MGIC INDEMNITY CORPORATION | C/O NAYUAN ZOUAIRABANI | PO BOX 364225 | | | SAN JUAN | PR | 00936 |
| 2152277 | MORGAN STANLEY WEALTH MANAGEMENT (ON BEHALF OF SAKAMOTO-HATA LIVING TRUST) | C/O SIMON SAKAMOTO | 7692 ALBANY POST ROAD | | | RED HOOK | NY | 12571 |
| 2151911 | NATIXIS INVESTMENT FUND UK ICVC- LS STRATEGIC INCOME FUND | ATTN: NICOLE RANZINGER | ONCE FINANCIAL CENTER | | | BOSTON | MA | 02111 |
| 2152278 | NIDCO MANAGEMENT GROUP RETIREMENT PLAN, REPRESENTED BY UBS TRUST COMPANY OF PR | UBS TRUST COMPANY OF PR | 250 MUNOZ RIVERA AVENUE, 10TH FLOOR | | | SAN JUAN | PR | 00918 |

Exhibit A
Adversary Defendants Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| 2151912 | OZ CREDIT OPPORTUNITIES MASTER FUND, LTD. | C/O BRACEWELL, LLP | ATTN: KURT A. MAYR, ESQ. | CITYPLACE I, 34TH FLOOR | 185 ASYLUM STREET | HARTFORD | CT | 06103 |
| 2151913 | OZ ENHANCED MASTER FUND, LTD. | C/O BRACEWELL, LLP | ATTN: KURT A. MAYR, ESQ. | CITYPLACE I, 34TH FLOOR | 185 ASYLUM STREET | HARTFORD | CT | 06103 |
| 2151914 | OZ GC OPPPORTUNITIES MASTER FUND, LTD | C/O BRACEWELL, LLP | ATTN: KURT A. MAYR, ESQ. | CITYPLACE I, 34TH FLOOR | 185 ASYLUM STREET | HARTFORD | CT | 06103 |
| 2151915 | OZ MANAGEMENT LP | 9 WEST 57TH STREET, 39TH FLOOR | | | | NEW YORK | NY | 10019 |
| 2151916 | OZ MASTER FUND, LTD. | C/O BRACEWELL, LLP | ATTN: KURT A. MAYR, ESQ. | CITYPLACE I, 34TH FLOOR | 185 ASYLUM STREET | HARTFORD | CT | 06103 |
| 2151917 | OZSC II, L.P. | C/O BRACEWELL, LLP | ATTN: KURT A. MAYR, ESQ. | CITYPLACE I, 34TH FLOOR | 185 ASYLUM STREET | HARTFORD | CT | 06103 |
| 2151918 | PELICAN FUND LP | 150 PELICAN WAY | | | | SAN RAFAEL | CA | 94901 |
| 2151919 | PUERTO RICO AAA PORTFOLIO TARGET MATURITY FUND, INC. | AMERICAN INTERNATIONAL PLAZA BUILDING | 250 MUNOZ RIVERA AVENUE | | | SAN JUAN | PR | 00918 |
| 2152279 | PUERTO RICO INVESTORS BOND FUND I, INC. | C/O WHITE & CASE, LLP | ATTN: JOHN K. CUNNINGHAM | SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BLVD, SUITE 4900 | MIAMI | FL | 33131 |
| 2152280 | PUERTO RICO INVESTORS TAX-FREE FUND VI, INC. | C/O WHITE & CASE, LLP | ATTN: JOHN K. CUNNINGHAM | SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BLVD, SUITE 4900 | MIAMI | FL | 33131 |
| 2152281 | R HUGHES AND J HUGHES TTEE HUGHES FAMILY TRUST | 10957 SW 82ND TERR | | | | OCALA | FL | 34481 |
| 2152282 | RJ HUGHES SBTULWT RE HUGHES UAD 05/28/2012 ROBERT B. HUGHES TTEE | 10957 SW 82ND TERR | | | | OCALA | FL | 34481 |
| 2151920 | SILVER POINT CAPITAL FUND, L.P. | C/O CREDIT ADMIN | TWO GREENWICH PLAZA, 1ST FLOOR | | | GREENWICH | CT | 06830 |
| 2151921 | SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | C/O CREDIT ADMIN | TWO GREENWICH PLAZA, 1ST FLOOR | | | GREENWICH | CT | 06830 |
| 2152283 | STONE LION L.P. | P.O. BOX 4569 | | | | NEW YORK | NY | 10163 |
| 2151922 | STRATEGIC INCOME FUND-MMHF | ATTN: NICOLE RANZINGER | ONCE FINANCIAL CENTER | | | BOSTON | MA | 02111 |
| 2151923 | THE BELAVAL BURGER GRANDCHILDREN TRUST, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO | C/O JAVIER GONZALEZ, UBS TRUST COMPANY OF PUERTO RICO | 250 MUNOZ RIVERA AVE, 10TH FLOOR | | | SAN JUAN | PR | 00918 |
| 2151924 | THE HECTOR L. GONZALEZ CRUZ RETIREMENT PLAN, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO | C/O JAVIER GONZALEZ, UBS TRUST COMPANY OF PUERTO RICO | 250 MUNOZ RIVERA AVE, 10TH FLOOR | | | SAN JUAN | PR | 00918 |
| 2151925 | THE MADELINE TORRES FIGUEROA RETIREMENT PLAN, REPRESENTED BY UBS TRUST COMPANY OF PUERTO RICO | C/O JAVIER GONZALEZ, UBS TRUST COMPANY OF PUERTO RICO | 250 MUNOZ RIVERA AVE, 10TH FLOOR | | | SAN JUAN | PR | 00918 |
| 2152284 | UBS IRA SELECT GROWTH & INCOME PUERTO RICO FUND | C/O WHITE & CASE, LLP | ATTN: JOHN K. CUNNINGHAM | SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BLVD, SUITE 4900 | MIAMI | FL | 33131 |
| 2152285 | UNITED STATES DEPARTMENT OF AGRICULTURE - RURAL DEVELOPMENT | BUILDING 654 PLAZA | 654 MUNOZ RIVERA AVE. SUITE 601 | | | SAN JUAN | PR | 00918 |
| 2152286 | WELLS FARGO MUNICIPAL BOND FUND | C/O GILBERT SOUTHWELL | 100 HERITAGE RESERVE | | | MENOMONEE FALLS | WI | 53051 |
| 2152287 | WELLS FARGO WISCONSIN TAX FREE FUND | C/O GILBERT SOUTHWELL | 100 HERITAGE RESERVE | | | MENOMONEE FALLS | WI | 53051 |

**Exhibit B**

Exhibit B
Adversary Defendants NOA Parties Service List
Served first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Davidson Kempner Capital Management LP | 520 Madison Avenue | 30th Floor | | New York | NY | 10022 |
| Dechert, LLP | Attn: Allan S. Brilliant & Yehuda Goor | 1095 Avenue of the Americas | | New York | NY | 10036 |
| Dechert, LLP | Attn: G. Eric Brunstad, Jr. | 90 State House Square | | Hartford | CT | 06106 |
| Dechert, LLP | Attn: Stuart T. Steinberg & Michael S. Doluisio | Cira Centre | 2929 Arch Street | Philadelphia | PA | 19104 |
| G. Carlo-Altieri Law Offices, LLC | Attn: Gerardo A. Carlo, Kendra Loomis | 254 San Jose St., Third Floor | | San Juan | PR | 00901 |
| Monserrate Simonet & Gierbolini, LLC | Attn: Dora L. Monserrate Peñagarícano, Miguel Simonet-Sierra, Fernando J. Gierbolini-González, Richard J. Schell | 101 San Patricio Avenue | Maramar Plaza, Suite 1120 | Guaynabo | PR | 00968 |
| Morrison & Foerster LLP | Attn: Joseph R. Palmore | 2000 Pennsylvania Avenue, NW | | Washington | DC | 20006 |
| Morrison & Foerster LLP | Attn: James M. Peck, Gary S. Lee, James A. Newton, Lena H. Hughes, Andrew R. Kissner | 250 West 55th Street | | New York | NY | 10019 |