# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Stephanie Jordan, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On November 6, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on (1) the 19-291 Defendants Service List attached hereto as **Exhibit A**; (2) the 19-295 Defendants Service List attached hereto as **Exhibit B**; (3) the 19-296 Defendants Service List attached hereto as **Exhibit C**; and (4) the 19-365 Defendants Service List attached hereto as **Exhibit D**:

- Order Granting Urgent Joint Motion of Oversight Board and AAFAF for Order Extending (A) Stay Period, (B) Mandatory Mediation, and (C) Certain Deadlines Related Thereto [Docket No. 9016] (Together with the Spanish Translation)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17- BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: November 14, 2019

*[signature]*
Stephanie Jordan

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on November 14, 2019, by Stephanie Jordan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *[signature]*

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

# **Exhibit A**

Exhibit A
19-291 Defendants Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 2151526 | ACP MASTER, LTD. | 535 MADISON AVENUE | 22ND FLOOR | | NEW YORK | NY | 10022 | |
| 2151527 | ADIRONDACK HOLDINGS I LLC | C/O ROPES & GRAY, LLC | PRUDENTIAL TOWER, 800 BOYLSTON STREET | | BOSTON | MA | 02199-3600 | |
| 2151528 | ADIRONDACK HOLDINGS II LLC | C/O ROPES & GRAY, LLC | PRUDENTIAL TOWER, 800 BOYLSTON STREET | | BOSTON | MA | 02199-3600 | |
| 2151529 | ALB PR INVESTMENTS, LLC | ALB PLAZA SUITE 400 | 16 RD. 199 | | GUAYNABO | PR | 00969 | |
| 2151530 | AMBAC ASSURANCE CORPORATION | ONE STATE STREET PLAZA | | | NEW YORK | NY | 10004 | |
| 2151531 | AMERICAN MODERN HOME INSURANCE COMPANY | 7000 MIDLAND BLVD | | | AMELIA | OH | 45102 | |
| 2151532 | ASM BLMIS CLAIMS LLC | 1209 ORANGE STREET | | | WILMINGTON | DE | 19801 | |
| 2151533 | ASSURED GUARANTY CORP. | ATTN: TERRENCE WORKMAN | 1633 BROADWAY | | NEW YORK | NY | 10019 | |
| 2151534 | ASSURED GUARANTY MUNICIPAL CORP. | ATTN: TERRENCE WORKMAN | 1633 BROADWAY | | NEW YORK | NY | 10019 | |
| 2151535 | AURELIUS CAPITAL MASTER, LTD. | 535 MADISON AVENUE | 26TH FLOOR | | NEW YORK | NY | 10022 | |
| 2151536 | AURELIUS INVESTMENT, LLC | 535 MADISON AVENUE | 22ND FLOOR | | NEW YORK | NY | 10022 | |
| 2151537 | AURELIUS OPPORTUNITIES FUND, LLC | 535 MADISON AVENUE | 22ND FLOOR | | NEW YORK | NY | 10022 | |
| 2151538 | AUTONOMY MASTER FUND LIMITED | 90 PARK AVENUE | 31ST FLOOR | | NEW YORK | NY | 10016 | |
| 2151539 | BLACK DIAMOND CREDIT STRATEGIES MASTER FUND, LTD. | ONE SOUND SHORE DRIVE | SUITE 200 | | GREENWICH | CT | 06830 | |
| 2151540 | BONNIN INVESTMENT CORP. | PO BOX 197 | | | MERCEDITA | PR | 00715-0197 | |
| 2151541 | CANDLEWOOD CONSTELLATION SPC LTD. | ACTING FOR AND ON BEHALF OF CANDLEWOOD PUERTO RICO SP | C/O GRAY S. LEE | 250 WEST 55TH STREET | NEW YORK | NY | 10019 | |
| 2151542 | CANYON CAPITAL ADVISORS LLC | 2000 AVENUE OF THE STARS | 11TH FLOOR | | LOS ANGELES | CA | 90067 | |
| 2151543 | CARIBBEAN INVESTMENT CENTER, INC. | 208 PONCE DE LEON AVE | SUITE 1800 | | SAN JUAN | PR | 00918 | |
| 2151544 | CARIBEAN CINEMA OF GUAYNABO, CORP. | PO BOX 19116 | | | SAN JUAN | PR | 00910-9116 | |
| 2151545 | CATALINAS CINEMA, CORP. | PO BOX 19116 | | | SAN JUAN | PR | 00910-9116 | |
| 2151547 | CORBIN OPPORTUNITY FUND, L.P. | 90 PARK AVENUE | 31ST FLOOR | | NEW YORK | NY | 10016 | |
| 2151546 | CORBIN OPPORTUNITY FUND, L.P. | C/O BEN BERKOWITZ | AUTONOMY AMERICAS, LLC | 90 PARK AVENUE 31ST FLOOR | NEW YORK | NY | 10016 | |
| 2151548 | EARLE PR INVESTMENTS LLC | 3 CARION COURT | APT 101 | | SAN JUAN | PR | 00911 | |
| 2151549 | EMSO ASSET MANAGEMENT LIMITED | 21 GROSVENOR PLACE | | | LONDON | | SW1X 7HN | UNITED KINGDOM |
| 2151551 | ENCODY INC. | PO BOX 280 | | | BAYAMON | PR | 00960 | |
| 2151550 | ENCODY INC. | PO BOX 820 | | | BAYAMON | PR | 00960 | |

Exhibit A
19-291 Defendants Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 2151552 | FCO SPECIAL OPPORTUNITIES (A1) LP | 745 FIFTH AVENUE | 25TH FLOOR | | NEW YORK | NY | 10151 | |
| 2151553 | FCO SPECIAL OPPORTUNITIES (D1) LP | 745 FIFTH AVENUE | 25TH FLOOR | | NEW YORK | NY | 10151 | |
| 2151554 | FCO SPECIAL OPPORTUNITIES (E1) LLC | 745 FIFTH AVENUE | 25TH FLOOR | | NEW YORK | NY | 10151 | |
| 2151555 | FINANCIAL GUARANTY INSURANCE COMPANY | ATTN: DEREK DONNELLY | 463 SEVENTH AVE | | NEW YORK | NY | 10018 | |
| 2151556 | FUNDAMENTAL CREDIT OPPORTUNITIES MASTER FUND LP | 745 FIFTH AVENUE | 25TH FLOOR | | NEW YORK | NY | 10151 | |
| 2151557 | GMO CREDIT OPPORTUNITIES FUND, L.P. | 40 ROWES WHARF | | | BOSTON | MA | 02110 | |
| 2151558 | GMO GLOBAL REAL RETURN (UCITS) FUND, A SUB-FUND OF GMO FUNDS PLC | 40 ROWES WHARF | | | BOSTON | MA | 02110 | |
| 2151559 | GMO IMPLEMENTATION FUND, A SERIES OF GMO TRUST | 40 ROWES WHARF | | | BOSTON | MA | 02110 | |
| 2151560 | HATO REY CINEMA CORP. | PO BOX 19116 | | | SAN JUAN | PR | 00910-9116 | |
| 2151561 | HOME MEDICAL EQUIPMENT INC. | PO BOX 7453 | | | PONCE | PR | 00732 | |
| 2151564 | LABORATORIOS RAMIREZ INC. | 8133 CALLE CONCORDIA | SUITE 101 | | PONCE | PR | 00717-1543 | |
| 2151565 | LAGUNA RAY, L.L.C. | 909 3RD AVENUE | PO BOX 13 | | NEW YORK | NY | 10022 | |
| 2151566 | LAS AMERICAS INVESTMENT GROUP | PO BOX 192837 | | | SAN JUAN | PR | 00919-2837 | |
| 2151567 | LEE PROPERTIES, INC. | 904 HILLWODD AVE | | | FALLS CHURCH | VA | 22042 | |
| 2151568 | LEX CLAIMS, LLC | 535 MADISON AVENUE | 22ND FLOOR | | NEW YORK | NY | 10022 | |
| 2151569 | LMAP 903 LIMITED | 745 FIFTH AVENUE | 25TH FLOOR | | NEW YORK | NY | 10151 | |
| 2151570 | LS INSTITUTIONAL HIGH INCOME FUND | ONE FINANCIAL CENTER | | | BOSTON | MA | 02111 | |
| 2151571 | MASON CAPITAL MASTER FUND, L.P. | 110 E. 59TH STREET | | | NEW YORK | NY | 10022 | |
| 2151572 | MAYAGUEZ CINEMA, CORP. | PO BOX 19116 | | | SAN JUAN | PR | 00910-9116 | |
| 2151573 | MCP HOLDINGS MASTER LP | C/O MONARCH ALTERNATIVE CAPITAL LP | 535 MADISON AVENUE | | NEW YORK | NY | 10022 | |
| 2151574 | MELMED INVESTMENT GROUP | 800 SE 20TH AVE | APT 408 | | DEERFIELD BEACH | FL | 33441 | |
| 2151575 | MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD. | 535 MADISON AVENUE | 26TH FLOOR | | NEW YORK | NY | 10022 | |
| 2151576 | MONARCH CAPITAL MASTER PARTNERS III LP | 535 MADISON AVENUE | 26TH FLOOR | | NEW YORK | NY | 10022 | |
| 2151577 | MONARCH CAPITAL MASTER PARTNERS IV LP | 535 MADISON AVENUE | 26TH FLOOR | | NEW YORK | NY | 10022 | |
| 2151578 | MONARCH DEBT RECOVERY MASTER FUND LTD. | 535 MADISON AVENUE | 26TH FLOOR | | NEW YORK | NY | 10022 | |
| 2151579 | MONARCH SPECIAL OPPORTUNITIES MASTER FUND LTD. | 535 MADISON AVENUE | 26TH FLOOR | | NEW YORK | NY | 10022 | |

Exhibit A
19-291 Defendants Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 2151580 | MUNIZ MELENDEZ INVESTMENTS CORP. | PO BOX 70294 | | | SAN JUAN | PR | 00936-8294 | |
| 2151581 | NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION | ATTN: LEGAL DEPARTMENT, C/O GARY SAUNDERS | 1 MANHATTANVILLE ROAD | | PURCHASE | NY | 10577 | |
| 2151582 | NEWTYN PARTNERS, LP | NEWTYN MANAGEMENT LLC | 60 E 42ND ST STE 960 | | NEW YORK | NY | 10165-0918 | |
| 2151583 | NEWTYN TE PARTNERS LP | NEWTYN MANAGEMENT LLC | 60 E 42ND ST STE 960 | | NEW YORK | NY | 10165-0918 | |
| 2151584 | PERSONNEL RECRUITING SERVICES, CORP. | PO BOX 7863 | | | PONCE | PR | 00732 | |
| 2151586 | PINEHURST PARTNERS, L.P. | 90 PARK AVENUE | 31ST FLOOR | | NEW YORK | NY | 10016 | |
| 2151585 | PINEHURST PARTNERS, L.P. | C/O BEN BERKOWITZ | AUTONOMY AMERICAS, LLC | 90 PARK AVENUE 31ST FLOOR | NEW YORK | NY | 10016 | |
| 2151587 | PLAN DE SALUD MENONITA, INC. | PO BOX 44 | | | AIBONITO | PR | 00705 | |
| 2151588 | PLAZA ESCORIAL CINEMA, CORP. | PO BOX 19116 | | | SAN JUAN | PR | 00910-9116 | |
| 2151589 | PRISMA SPC HOLDINGS LTD. SEGREGATED PORTFOLIO AG | 745 FIFTH AVENUE | 25TH FLOOR | | NEW YORK | NY | 10151 | |
| 2151590 | RAMA CONSTRUCTION LLC | 400 CALLE JUAN | | | SAN JUAN | PR | 00732-8845 | |
| 2151591 | RIO HONDO CINEMA, CORP. | PO BOX 19116 | | | SAN JUAN | PR | 00910-9116 | |
| 2151592 | SYNCORA GUARANTEE INC. | 135 WEST 50TH STREET | 20TH FLOOR | | NEW YORK | NY | 10020 | |
| 2151593 | TACONIC MASTER FUND 1.5 L.P | ATTN: ERIN E. ROTA, ASSOCIATE GENERAL COUNSEL | TACONIC CAPITAL ADVISORS L.P. | 280 PARK AVENUE, 5TH FLOOR | NEW YORK | NY | 10017 | |
| 2151594 | TACONIC MASTER FUND 1.5 L.P. | C/O ERIN E. ROTA, ASSOCIATE GENERAL COUNSEL | TACONIC CAPITAL ADVISORS L.P. | 280 PARK AVENUE, 5TH FLOOR | NEW YORK | NY | 10017 | |
| 2151596 | TACONIC OPPORTUNITY MASTER FUND, LP | ATTN: ERIN E. ROTA | 280 PARK AVENUE, 5TH FLOOR | 280 PARK AVENUE, 5TH FLOOR | NEW YORK | NY | 10017 | |
| 2151597 | TILDEN PARK CAPITAL MANAGEMENT, LP | 452 5TH AVE | 28TH FLOOR | | NEW YORK | NY | 10018 | |
| 2151598 | UNIVERSAL GROUP, INC. | PO BOX 193900 | | | SAN JUAN | PR | 00919 | |
| 2151599 | UNIVERSAL LIFE INSURANCE COMPANY | ONE SOUND SHORE DRIVE | SUITE 200 | | GREENWICH | CT | 06830 | |
| 2151600 | VR ADVISORY SERVICES, LTD. | 300 PARK AVENUE | 16TH FLOOR | | NEW YORK | NY | 10022 | |
| 2151601 | WARLANDER ASSET MANAGEMENT, LP | 250 WEST 55TH STREET | 33RD FLOOR | | NEW YORK | NY | 10019 | |

**<u>Exhibit B</u>**

Exhibit B
19-295 Defendants Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 2151791 | ADA R. VALDIVIESO | PO BOX 1144 | | | PENUELAS | PR | 00624 | |
| 2151793 | ALBERTO J PICO JR. | #59 KINGS COURT APT 804 | | | SAN JUAN | PR | 00911 | |
| 2151792 | ALBERTO J PICO JR. | 597 LINGO COURT, APT 804 | | | SAN JUAN | PR | 00911 | |
| 2151794 | ALLAN R. BONIN | 264 GRACE AVENUE | | | SECAUCUS | NJ | 07094 | |
| 2151795 | ANDRES FORTUNA EVANGELISTA | PO BOX 79046 | | | CAROLINA | PR | 00984-9046 | |
| 2151796 | ANDRES FORTUNA GARCIA | PO BOX 79046 | | | CAROLINA | PR | 00984-9046 | |
| 2151797 | ANIBAL SANZ GONZALEZ | 0-9 CALLE TUDELA | | | SAN JUAN | PR | 00926 | |
| 2151798 | ANTONIO DE LA CRUZ MIRANDA | B-17, 1 CALLE POPPY | | | SAN JUAN | PR | 00926 | |
| 2151799 | ANTONIO SANTOS BAYRON | PASEO MAYOR, C-21 | CALLE 8 | | SAN JUAN | PR | 00926 | |
| 2151800 | ARLENE IRIZARRY RIVERA | URB MERCEDITA 1569 MIGUEL POU BLVD | | | PONCE | PR | 00717 | |
| 2151801 | ARNALDO HERNANDEZ MENDEZ | URB MERCEDITA 1569 MIGUEL POU BLVD | | | PONCE | PR | 00717 | |
| 2151802 | AUGUSTO R PALMER ARRACHE | PO BOX 27 | | | YAUCO | PR | 00698 | |
| 2151803 | BLANCA FERNANDEZ PAOLI | URB. CAPARRA HILLSG-11 CALLE CEDRO | | | GUAYNABO | PR | 00968 | |
| 2151804 | BRENDA C. GONZALEZ CASTILLO | EL-12, CALLE E8 BRISAS DEL MAR | | | LUQUILLO | PR | 00773 | |
| 2151805 | CANYON BALANCED MASTER FUND, LTD. | BRACEWELL, LLP, ATTN: KURT A. MAYR, ESQ | CITYPLACE I, 34TH FLOOR | 185 ASYLUM STREET | HARTFORD | CT | 06103 | |
| 2151806 | CANYON BLUE CREDIT INVESTMENT FUND L.P. | BRACEWELL, LLP, ATTN: KURT A. MAYR, ESQ | CITYPLACE I, 34TH FLOOR | 185 ASYLUM STREET | HARTFORD | CT | 06103 | |
| 2151807 | CANYON DISTRESSED OPPORTUNITY INVESTING FUND II, L.P. | BRACEWELL, LLP, ATTN: KURT A. MAYR, ESQ | CITYPLACE I, 34TH FLOOR | 185 ASYLUM STREET | HARTFORD | CT | 06103 | |
| 2151808 | CANYON DISTRESSED OPPORTUNITY MASTER FUND II, L.P. | BRACEWELL, LLP, ATTN: KURT A. MAYR, ESQ | CITYPLACE I, 34TH FLOOR | 185 ASYLUM STREET | HARTFORD | CT | 06103 | |
| 2151809 | CANYON NZ-DOF INVESTING, L.P. | BRACEWELL, LLP, ATTN: KURT A. MAYR, ESQ | CITYPLACE I, 34TH FLOOR | 185 ASYLUM STREET | HARTFORD | CT | 06103 | |
| 2151810 | CANYON VALUE REALIZATION FUND, L.P. | BRACEWELL, LLP, ATTN: KURT A. MAYR, ESQ | CITYPLACE I, 34TH FLOOR | 185 ASYLUM STREET | HARTFORD | CT | 06103 | |
| 2151811 | CANYON VALUE REALIZATION MAC 18 LTD. | BRACEWELL, LLP, ATTN: KURT A. MAYR, ESQ | CITYPLACE I, 34TH FLOOR | 185 ASYLUM STREET | HARTFORD | CT | 06103 | |
| 2151812 | CANYON-ASP FUND, L.P. | BRACEWELL, LLP, ATTN: KURT A. MAYR, ESQ | CITYPLACE I, 34TH FLOOR | 185 ASYLUM STREET | HARTFORD | CT | 06103 | |
| 2151813 | CANYON-GRF MASTER FUND II, L.P. | BRACEWELL, LLP, ATTN: KURT A. MAYR, ESQ | CITYPLACE I, 34TH FLOOR | 185 ASYLUM STREET | HARTFORD | CT | 06103 | |
| 2151814 | CANYON-SL VALUE FUND, L.P. | BRACEWELL, LLP, ATTN: KURT A. MAYR, ESQ | CITYPLACE I, 34TH FLOOR | 185 ASYLUM STREET | HARTFORD | CT | 06103 | |
| 2151815 | CARMEN ROSA | URB. ALTAMESA 1648 CALLE SANTA INES | | | SAN JUAN | PR | 00921 | |

Exhibit B
19-295 Defendants Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 2151816 | CATHARINE M. BONIN | 264 GRACE AVENUE | | | SECAUCUS | NJ | 07094 | |
| 2151817 | COOPERATIVA A/C LA COMERIENA | PO BOX 289 | | | COMERIO | PR | 00782 | |
| 2151818 | DIANA I. MADERA HEREDIA | 0-9 CALLE TUDELA | | | SAN JUAN | PR | 00926 | |
| 2151819 | DIANA ROSA JIRAU ROVIRA | PMB 301, 3071 AVE. ALEJANDRINO | | | GUAYNABO | PR | 00969 | |
| 2151820 | DOCTOR'S CENTER HOSPITAL, INC. | PO BOX 30532 | | | MANATI | PR | 00674 | |
| 2151821 | EDNA ROZAS | P.O. BOX 364233 | | | SAN JUAN | PR | 00936 | |
| 2151822 | EDWARD VALDES LLAUGER | 1360 CALLE LUCHETTIAPT. NO.5 | | | SAN JUAN | PR | 00907 | |
| 2151823 | ELLEN METZGER | 31 BUFFALO RUN | | | EAST BRUNSWICK | NJ | 08816 | |
| 2151824 | ELVIRA A. GAUTIER CARBONELL | 30 CALLE MALVA, APT 17 | | | SAN JUAN | PR | 00927 | |
| 2151825 | EP CANYON LTD. | BRACEWELL, LLP, ATTN: KURT A. MAYR, ESQ | CITYPLACE I, 34TH FLOOR | 185 ASYLUM STREET | HARTFORD | CT | 06103 | |
| 2151826 | ERNESTO L. RAMIREZ TORRES | URB LA RAMBLA 1759 CALLE SIERVAS DE MARIA | | | PONCE | PR | 00730 | |
| 2151827 | FIR TREE CAPITAL OPPORTUNITY MASTER FUND III, LP | C/O GARY S. LEE | MORRISON & FOERSTER, LLP | 250 WEST 55TH STREET | NEW YORK | NY | 10019 | |
| 2151828 | FIR TREE CAPITAL OPPORTUNITY MASTER FUND, LP | C/O GARY S. LEE | MORRISON & FOERSTER, LLP | 250 WEST 55TH STREET | NEW YORK | NY | 10019 | |
| 2151829 | FIR TREE VALUE MASTER FUND,LP | C/O GARY S. LEE | MORRISON & FOERSTER, LLP | 250 WEST 55TH STREET | NEW YORK | NY | 10019 | |
| 2151830 | FPA GLOBAL OPPORTUNITY FUND, A SERIES OF FPA HAWKEYE FUND, LLC | C/O GARY S. LEE | MORRISON & FOERSTER, LLP | 250 WEST 55TH STREET | NEW YORK | NY | 10019 | |
| 2151831 | FPA HAWKEYE FUND, A SERIES OF FPA HAWKEYE FUND, LLC | C/O GARY S. LEE | MORRISON & FOERSTER, LLP | 250 WEST 55TH STREET | NEW YORK | NY | 10019 | |
| 2151832 | FPA SELECT FUND, L.P. | C/O GARY S. LEE | MORRISON & FOERSTER, LLP | 250 WEST 55TH STREET | NEW YORK | NY | 10019 | |
| 2151833 | FPA VALUE PARTNERS FUND, A SERIES OF FPA HAWKEYE FUND, LLC | C/O GARY S. LEE | MORRISON & FOERSTER, LLP | 250 WEST 55TH STREET | NEW YORK | NY | 10019 | |
| 2151834 | FRANCISCO BRIGANTTY | 339 MIRAMELINDAS | SABAMARUS DEL RIO | | BUARBO | PR | 00778 | |
| 2151835 | FT COF (E) HOLDINGS, LLC | C/O GARY S. LEE | MORRISON & FOERSTER, LLP | 250 WEST 55TH STREET | NEW YORK | NY | 10019 | |
| 2151836 | FT SOF IV HOLDINGS, LLC | C/O GARY S. LEE | MORRISON & FOERSTER, LLP | 250 WEST 55TH STREET | NEW YORK | NY | 10019 | |
| 2151837 | GERARDO FERRACANE | 15 URB. EL RETIRO | | | MAYAGUEZ | PR | 00682 | |
| 2151838 | GLOBAL FLEXIBLE FUND, A SUB-FUND OF NEDGROUP INVESTMENT FUNDS PLC | C/O GARY S. LEE | MORRISON & FOERSTER, LLP | 250 WEST 55TH STREET | NEW YORK | NY | 10019 | |
| 2151839 | INES MEJIAS | FLORES 1790 MANSIONES | URB. RIO PIEDRAS | | SAN JUAN | PR | 00926 | |
| 2151840 | IVONNE RAMIREZ - ANESES | PASEO MAYOR, C-21 | CALLE 8 | | SAN JUAN | PR | 00927 | |

Exhibit B
19-295 Defendants Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 2151841 | JOSE E. JANER VELAZQUEZ | BOX 367 | | | CAGUAS | PR | 00726 | |
| 2151842 | KATHERINE EMILE RAMOS | 525 F.D. ROOSEVELT AVE. | | | SAN JUAN | PR | 00918 | |
| 2151843 | KRISTINE K. SNEERINGER TRUST | 9049 MIDDLEWOOD CRT. | | | ST. LOUIS | MO | 63127 | |
| 2151844 | LA SUCESION DE NORMAN EUGENE PARKHURST RODRIGUEZ, COMPUESTA POR | 241 WINSTON CHURCHILL | CHURCHILL PARK, APARTADO 30 | | SAN JUAN | PR | 00926 | |
| 2151845 | LANNAN FOUNDATION | C/O GARY S. LEE | MORRISON & FOERSTER, LLP | 250 WEST 55TH STREET | NEW YORK | NY | 10019 | |
| 2151846 | LITMAN GREGORY MASTERS ALTERNATIVE STRATEGIES FUND, A SERIES OF LITMAN | C/O GARY S. LEE | MORRISON & FOERSTER, LLP | 250 WEST 55TH STREET | NEW YORK | NY | 10019 | |
| 2151847 | LUIS G. LAJARA BORELLI | PO BOX 194059 | | | SAN JUAN | PR | 00919 | |
| 2151848 | MARCOS DE DRAGONI | P.O. BOX 10576 | | | PONCE | PR | 00732 | |
| 2151849 | MARIA AGUAYO DE DRAGONI | P.O. BOX 10576 | | | PONCE | PR | 00732 | |
| 2151850 | MARIA M. MORRIS DAPENA | PO BOX 361928 | | | SAN JUAN | PR | 00936 | |
| 2151851 | MARITZA MALDONADO LOPEZ | #609 CALLE 1 TINTILLO HILLS | | | GUAYNABO | PR | 00966 | |
| 2151852 | MARJORIE CASILLAS HERNANDEZ | HC 01 BOX - 6001 | | | LAS PIEDRAS | PR | 00077 | |
| 2151853 | MARTA M. TORO LOPEZ | COND MEADOWS TOWER APT 5B | H3 AVENIDA SAN PATRICIO | | GUAYNABO | PR | 00968 | |
| 2151854 | MAYRA GARDON STELLA | 23 CALLE YAGUEZ, URB. ESTANCIAS DEL RIO | | | AGUAS BUENAS | PR | 00703 | |
| 2151855 | MEDICOOP | PO BOX 194450 | | | SAN JUAN | PR | 00919 | |
| 2151856 | NYDIA F. MORALES | 8169 CONCORDIA ST., SUITE 102 | | | PONCE | PR | 00717 | |
| 2151857 | PUERTO RICO MEDICAL DEFENSE INSURANCE COMPANY | #33 RESOLUCION STREET, SUITE 702 | | | SAN JUAN | PR | 00920 | |
| 2151858 | QUALITY & RELIABLE SERVICES INC | EDIFICIO QUALITY PLAZA CALL GOYCO #100 ESTE | | | CAGUAS | PR | 00725 | |
| 2151859 | RAMON M. RUIZ COMAS | COND MEADOWS TOWER APT 5B | H3 AVENIDA SAN PATRICIO | | GUAYNABO | PR | 00968 | |
| 2151860 | ROSA M. PIERLUISI | 339 MIRAMELINDAS | SABAMARUS DEL RIO | | BUARBO | PR | 00778 | |
| 2151861 | SUPER PLASTICO, INC. | CALLE COMERIO 206 | | | BAYAMON | PR | 00959 | |
| 2151862 | TERESA N. FORTUNA GARCIA | PO BOX 79046 | | | CAROLINA | PR | 00984-9046 | |
| 2151863 | THE CANYON VALUE REALIZATION MASTER FUND, L.P. | BRACEWELL, LLP, ATTN: KURT A. MAYR, ESQ | CITYPLACE I, 34TH FLOOR | 185 ASYLUM STREET | HARTFORD | CT | 06103 | |
| 2151864 | THE ESTATE OF DANIELA MOURE | PMB 403, 1353 ROAD 19 | | | GUAYNABO | PR | 00966 | |
| 2151865 | ULYSSES OFFSHORE FUND, LTD. | C/O GARY S. LEE | MORRISON & FOERSTER, LLP | 250 WEST 55TH STREET | NEW YORK | NY | 10019 | |

Exhibit B
19-295 Defendants Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 2151866 | ULYSSES PARTNERS, LP | C/O GARY S. LEE | MORRISON & FOERSTER, LLP | 250 WEST 55TH STREET | NEW YORK | NY | 10019 | |
| 2151867 | UNIVERSAL INSURANCE COMPANY | PO BOX 71338 | | | SAN JUAN | PR | 00936 | |
| 2151868 | VR GLOBAL PARTNERS, LP | 190 ELGIN AVENUE | GEORGE TOWN | | GRAND CAYMAN | | KY1-9005 | CAYMAN ISLANDS |
| 2151869 | WHITEFORT CAPITAL MASTER FUND, LP | C/O JOSEPH KAPLAN | 780 THIRD AVENUE, 26TH FLOOR | | NEW YORK | NY | 10017 | |
| 2151870 | WILLIAM SHUZMAN | 17 MELANIE MANOR | | | EAST BRUNSWICK | NJ | 08816 | |
| 2151871 | ZOE PARTNERS LP | C/O GARY S. LEE | MORRISON & FOERSTER, LLP | 250 WEST 55TH STREET | NEW YORK | NY | 10019 | |

**Exhibit C**

Exhibit C
19-296 Defendants Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 2151876 | COOPERATIVA DE A/C AIBONITENA | 100 CALLE JOSE C. VAZQUEZ | | | AIBONITO | PR | 00705 |
| 2151879 | FPA SELECT DRAWDOWN FUND L.P. | 11601 WILSHIRE BLVD. | | | LOS ANGELES | CA | 90025 |
| 2151881 | ISMAEL VINCENTY PEREZ | APT 6105 350 VIA AVENTURA | | | TRUJILLO ALTO | PR | 00976 |
| 2151882 | MARIA J. ZALDUONDO VIERA AND JAIME AND MARIA L. FUSTER ZALDUONDO | PO BOX 363101 | | | SAN JUAN | PR | 00936 |
| 2151884 | PANDORA SELECT PARTNERS, LP AS TRANSFEREE OF SYNCORA GUARANTEE INC. | C/O WHITEBOX ADVISORS, LLC | ATTN: SCOTT SPECKEN | 3033 EXCELSIOR BLVD., SUITE 300 | MINNEAPOLIS | MN | 55416 |
| 2151887 | SUCESION FRANCISCO XAVIER GONZALEZ GOENAGA | PO BOX 364643 | | | SAN JUAN | PR | 00936 |
| 2151889 | WHITEBOX ASYMMETRIC PARTNERS, LP AS TRANSFEREE OF SYNCORA GUARANTEE INC. | C/O WHITEBOX ADVISORS, LLC | ATTN: SCOTT SPECKEN | 3033 EXCELSIOR BLVD., SUITE 300 | MINNEAPOLIS | MN | 55416 |
| 2151891 | WHITEBOX GT FUND, LP AS TRANSFEREE OF SYNCORA GUARANTEE INC. | C/O WHITEBOX ADVISORS, LLC | ATTN: SCOTT SPECKEN | 3033 EXCELSIOR BLVD., SUITE 300 | MINNEAPOLIS | MN | 55416 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Page 1 of 1

## **Exhibit D**

Exhibit D
19-365 Defendants Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 2152288 | BANCO POPULAR DE PUERTO RICO AS TRUSTEE FOR POPULAR BALANCED IRA TRUST FUND | POPULAR FIDUCIARY SERVICES | POPULAR CENTER NORTH BUILDING | 209 MUNOZ RIVERA, AVE., 2ND LEVEL | HATO REY | PR | 00918 |
| 2152289 | BANCO POPULAR DE PUERTO RICO, AS TRUSTEE | POPULAR FIDUCIARY SERVICES | PO BOX 362708 | | SAN JUAN | PR | 00936-2708 |
| 2152290 | BRIGADE CAPITAL MANAGEMENT, LP | 399 PARK AVENUE, SUITE 1600 | | | NEW YORK | NY | 10022 |
| 2152291 | CANYON CAPITAL ADVISORS LLC | 2000 AVENUE OF THE STARS, 11TH FLOOR | | | LOS ANGELES | CA | 90067 |
| 2152292 | GOLDENTREE ASSET MANAGEMENT LP | 300 PARK AVENUE, 21ST FLOOR | | | NEW YORK | NY | 10021 |
| 2152293 | KNIGHTHEAD CAPITAL MANAGEMENT, LLC | 1140 AVENUE OF THE AMERICAS, 12TH FLOOR | | | NEW YORK | NY | 10036 |
| 2152294 | OPPENHEIMERFUNDS, INC. | 350 LINDEN OAKS | | | ROCHESTER | NY | 14625 |
| 2152295 | POPULAR HIGH GRADE FIXED INCOME FUND, INC. | POPULAR FIDUCIARY SERVICES | POPULAR CENTER NORTH BUILDING | 209 MUNOZ RIVERA, AVE., 2ND LEVEL | HATO REY | PR | 00918 |
| 2152296 | POPULAR INCOME PLUS FUND, INC. | POPULAR FIDUCIARY SERVICES | POPULAR CENTER NORTH BUILDING | 209 MUNOZ RIVERA, AVE., 2ND LEVEL | HATO REY | PR | 00918 |
| 2152297 | SANTANDER ASSET MANAGEMENT, LLC | GAM TOWER, 2ND FLOOR | 2 TABONUCO STREET | | GUAYNABO | PR | 00968 |
| 2152298 | TACONIC CAPITAL ADVISORS L.P. | 280 PARK AVENUE, 5TH FLOOR | | | NEW YORK | NY | 10017 |
| 2152299 | TACONIC MASTER FUND 1.5 L.P. | ATTN: ERIN E. ROTA | 280 PARK AVENUE, 5TH FLOOR | | NEW YORK | NY | 10017 |
| 2152300 | TACONIC OPPORTUNITY MASTER FUND L.P. | ATTN: ERIN E. ROTA | 280 PARK AVENUE, 5TH FLOOR | | NEW YORK | NY | 10017 |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Page 1 of 1