UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
|     Debtors.[1] | |

------------------------------------------------------------x

ORDER REGARDING JOINT STATUS REPORT BY FEE EXAMINER AND
DUFF & PHELPS LLC IN RESPONSE TO ORDER DATED OCTOBER 25, 2019

The Court has received and reviewed the *Joint Status Report by Fee Examiner and Duff & Phelps LLC in Response to Order Dated October 25, 2019 (Docket Entry No. 9008)* (Docket Entry No. 9160 in Case No. 17-3283, the "Status Report"), filed by the Fee Examiner and Duff & Phelps LLC (the "Parties"). In the Status Report, the Parties state that they "wish to continue negotiating in good faith . . . while preparing expeditiously for an evidentiary hearing," and that Duff & Phelps "wishes to conduct discovery of the Oversight Board related to its intent as reflected in the engagement agreements" consisting of "narrow, focused document production

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

and depositions." (Status Report ¶ 8.) The Parties also propose a limited, expedited discovery and briefing schedule.

The hearing on the *Fee Examiner's Limited Objection to the Amended First Interim Fee Application of Duff & Phelps LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Independent Forensic Analysis Team to the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Commonwealth of Puerto Rico, for the Period of November 1, 2018 Through January 31, 2019* (Docket Entry No. 8862 in Case No. 17-3283, the "Objection"), which is currently scheduled for the December 11, 2019, Omnibus Hearing, is hereby adjourned to the January 30, 2019, Omnibus Hearing. The following deadlines shall apply to the Parties:

1. **November 29, 2019**: Deadline for the completion of document discovery;
2. **January 3, 2020**: Deadline for the completion of depositions; and
3. **January 8, 2020**: Deadline for the submission of pre-trial stipulations and simultaneous pre-trial briefs.

The Objection is referred to Magistrate Judge Judith Dein for discovery related matters.

SO ORDERED.

Dated: November 14, 2019

        /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge