## EXHIBIT C

## COMPENSATION BY PROJECT CATEGORY

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| CASE ADMINISTRATION/MISCELLANEOUS | 131.20 | $40,310.00 |
| CHALLENGES TO PROMESA | 22.70 | $7,730.00 |
| COMMITTEE GOVERNANCE AND MEETINGS | 172.00 | $51,162.50 |
| COMMUNICATIONS WITH RETIREES | 272.30 | $78,957.50 |
| CONTESTED MATTERS | 36.70 | $13,575.00 |
| COURT HEARINGS | 9.70 | $2,812.50 |
| EMPLOYMENT OF PROFESSIONALS/FEE APPLICATIONS | 56.80 | $16,587.50 |
| ERS/TRS/JRS MATTERS | 50.10 | $16,720.00 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 247.40 | $81,292.50 |
| GO BOND ISSUES | 7.70 | $2,862.50 |
| MEDIATION | 17.70 | $5,775.00 |
| NON-WORKING TRAVEL TIME | 19.00 | $3,562.50 |
| PENSION ANALYSIS | 50.50 | $15,072.50 |
| PREPA | 13.50 | $5,025.00 |
| **TOTAL** | **1,107.30** | **$341,445.00** |