# EXHIBIT F

## DETAILED EXPENSES OF BENNAZAR, GARCÍA & MILIÁN, C.S.P.

**June 2019 Expenses:**

| Date | Description | Amount |
|---|---|---|
| 06/03/19 | DOCUMENT REPRODUCTION: FTI FEES FOR CERTIFICATION | 2.20 |
| 06/04/19 | DOCUMENT REPRODUCTION: MEETING OF JUNE 4, 2019 | 18.00 |
| 06/11/19 | DOCUMENT REPRODUCTION: MEETING OF JUNE 11, 2019 | 4.70 |
| 06/12/19 | DOCUMENT REPRODUCTION: SEGAL'S APRIL 2019 FEES | 1.20 |
| | DOCUMENT REPRODUCTION: MARCHAND APRIL 2019 FEES | 2.40 |
| | DOCUMENT REPRODUCTION: JENNER'S APRIL 2019 FEES | 6.00 |
| 06/25/19 | DOCUMENT REPRODUCTION: MEETING OF JUNE 26, 2019 | 13.50 |
| 06/26/19 | EXTERNAL DOCUMENT REPRODUCTION: SIR SPEEDY INV. 53251, MEETING OF JUNE 26, | 228.13 |
| 06/28/19 | DOCUMENT REPRODUCTION: JENNER'S MAY 2019 FEES | 6.60 |
| | DOCUMENT REPRODUCTION: FTI APRIL 2019 FEES | 3.10 |
| | **Total:** | **$285.83** |

**July 2019 Expenses:**

| Date | Description | Amount |
|---|---|---|
| 07/10/19 | DOCUMENT REPRODUCTION (EXTERNAL SERVICES): SIR SPEEDY INVOICE 53278 | 105.37 |
| 07/11/19 | DOCUMENT REPRODUCTION: FTI REPORT-CONTINGENT DEBT | 2.60 |
| | DOCUMENT REPRODUCTION: COPIES OF AGENDA AND MINUTES FOR MEETING OF JULY | 27.00 |
| 07/17/19 | DOCUMENT REPRODUCTION (EXTERNAL SERVICES): SIR SPEEDY INVOICE 53307 | 53.35 |
| 07/18/19 | DOCUMENT REPRODUCTION (EXTERNAL SERVICES): SIR SPEEDY INVOICE 53309 | 82.96 |
| 07/15/19 | TRAVEL EXPENSE: FLIGHT SAN JUAN TO WASHINGTON, WASHINGTON TO SAN JUAN | 951.67 |
| | TRAVEL EXPENSE: UBER SERVICES | 19.99 |
| | TRAVEL EXPENSE: UBER SERVICES | 11.27 |
| 07/16/19 | TRAVEL EXPENSE: UBER SERVICES | 13.65 |
| | TRAVEL EXPENSE: UBER SERVICES | 17.61 |
| | TRAVEL EXPENSE: DINNER | 152.00 |
| 07/22/19 | TRAVEL EXPENSE: UBER SERVICES | 22.12 |
| | **Total:** | **$1,459.59** |

**August 2019 Expenses:**

| Date | Description | Amount |
|---|---|---|
| 08/26/19 | DOCUMENT REPRODUCTION: TITLE III JOINT PLEA OF ADJUSTMENT OF THE COMMONWEALTH OF PR | 9.80 |
| | **Total:** | **$9.80** |

**September 2019 Expenses:**

| Date | Description | Amount |
|---|---|---|
| 09/10/19 | DOCUMENT REPRODUCTION: MEETING OF SEPTEMBER 11, 2019; AGENDA, MINUTES AND MEETING REPORTS | 27.00 |
| | DOCUMENT REPRODUCTION (EXTERNAL SERVICES): SIR SPEEDY INV. 53448 | 109.98 |
| 09/25/19 | TRAVEL EXPENSES: UBER SERVICE SAN JUAN | 11.01 |
| | TRAVEL EXPENSES: UBER SERVICE SAN JUAN | 13.28 |
| | TRAVEL EXPENSES: RST RICO SUN TOURS INC. TRANSIT VAN SERVICE VISIT TO LA FORALEZA | 384.0 |
| 09/26/19 | DOCUMENT REPRODUCTION: TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PR, ET ALS | 15.90 |
| | **Total:** | **$561.17** |