# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3282-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtor[1]. | |
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3566-LTS |
| as representative of | |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, | |
| Debtor. | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT**:

**COMES NOW** UBS Trust Company of Puerto Rico, party-in-interest, hereby enters its appearance through the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, and the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

undersigned counsel, **Paul J. Lockwood**, pursuant to Rule 83(d) of the Local District Court Rules for the District of Puerto Rico and Federal Rule of Bankruptcy Procedure 9010(b), as made applicable to these proceedings by virtue of section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170. The undersigned requests that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon the addresses and telephone numbers set forth below:

| | |
|---|---|
| Paul J. Lockwood, Esq. | Roberto C. Quiñones-Rivera, Esq. |
| **SKADDEN, ARPS, SLATE,** | **MCCONNELL VALDÉS LLC** |
| **MEAGHER & FLOM LLP** | 270 Muñoz Rivera Avenue |
| One Rodney Square | Hato Rey, Puerto Rico 00918 |
| 920 N. King St. | PO Box 364225 |
| Wilmington, DE 19801 | San Juan, Puerto Rico 00936-4225 |
| Phone :(302) 651-3000 | Tel: (787) 250-5628 |
| Fax :   (302) 651-3001 | Fax: (787) 759-8282 |
| E-mail : Paul.lockwood@skadden.com | E-mail: rcq@mcvpr.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed, which may affect or seek to affect in any way any rights or interest of Claro with respect to the captioned debtor or any property or proceeds in which the debtor may claim an interest. Please add the foregoing to such mailing matrix as may be used for all purposes in this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 15th day of November, 2019.

**I HEREBY CERTIFY** that on this same date, a true copy of the foregoing was filed through the Court's CM/ECF system, which will generate a notice to all CM/ECF participants in this case.

| **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** | **MCCONNELL VALDÉS LLC** |
|---|---|
| */s/Paul J. Lockwood, Esq.* | */s/ Roberto Quiñones Rivera* |
| Paul J. Lockwood, Esq * | Roberto C. Quiñones-Rivera, Esq.** |
| One Rodney Square | USDC-PR Bar No. 211512 |
| 920 N. King St. | or |
| Wilmington, DE 19801 | PO Box 364225 |
| Phone :(302) 651-3000 | San Juan, Puerto Rico 00936-4225 |
| Fax : (302) 651-3001 | Telephone: 787-250-2631 |
| E-mail : Paul.lockwood@skadden.com | Facsimile: 787-759-8282 |
| *(Admitted Pro Hac Vice)* | Email: rcq@mcvpr.com |
| | ** *(local counsel)* |