# EXHIBIT D

## Summary of Marchand ICS Group Hours Worked and Fees Incurred

| Name of Professional | Title | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Ferdinand Díaz | Project Manager | $125.00 | 76.00 | $9,500.00 |
| Jorge Marchand | Principal | $175.00 | 290.10 | $50,767.50 |
| Male Noguera | Media Manager | $95.00 | 306.70 | $29,136.50 |
| María Schell | Business Editor | $110.00 | 288.90 | $31,779.00 |
| **Total** | | | **961.70** | **$121,183.00** |