# EXHIBIT E

## Summary of Marchand ICS Group Expenses

| Service Description | Amount |
|---|---:|
| Media monitoring | $218.40 |
| Advertising for retiree outreach | $7,036.85 |
| Graphics creation, design, and support | $541.88 |
| Website related expenses | $700.82 |
| **TOTAL** | $8,497.95 |