# EXHIBIT F

### Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| Project Meetings | 441.80 | $62,842.00 |
| Project Management | 306.40 | $38,058.50 |
| Website Development and Management | 213.50 | $20,282.50 |
| **Total** | **961.70** | **$121,183.00** |