# **EXHIBIT H**

**Detailed Expense Records for Marchand ICS Group**

## Marchand ICS Group
### Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)
### Summary of Marchand ICS Group Expenses
### From June 1 to June 30, 2019

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 6/10/2019 | Publimedia / Media Monitorind Services | Media monitoring and recordings of audio and audiovisual media from radio and television programs | 72.80 |
| 6/19/2019 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 6/23/2019 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 18.96 |
|  |  | *Total:* | 191.76 |

Marchand ICS Group
Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)
Summary of Marchand ICS Group Expenses
From July 1 to July 31, 2019

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 7/19/2019 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 7/22/2019 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 163.49 |
| 6/18/2019 | Publimedia / Media Monitorind Services | Media monitoring and recordings of audio and audiovisual media from radio and television programs | 72.80 |
| | | *Total:* | 336.29 |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From August 1 to August 31, 2019**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 7/3/2019 | Publimedia | Media monitoring and recordings of audio and audiovisual media from radio and television programs | 72.80 |
| 8/11/2019 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 500.00 |
| 8/13/2019 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign (Refund) | (11.66) |
| 8/19/2019 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 8/23/2019 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 188.65 |
| 8/24/2019 | GoDaddy | Renewal of ORC's Domains | 276.90 |
| | | *Total:* | **1,126.69** |

## Marchand ICS Group
### Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)
### Summary of Marchand ICS Group Expenses
### From September 1 to September 30, 2019

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 8/31/2019 | Asoc. Profesionales Jubilados, Inc. | Advertising on Radio Program | 400.00 |
| 9/4/2019 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 334.37 |
| 9/18/2019 | GoDaddy | Renewal of ORC's Domains/Email/Digital Platforms Services | 311.28 |
| 9/19/2019 | CD Imprint | Printing of ORC's D-Board | 27.88 |
| 9/19/2019 | GoDaddy | Renewal of ORC's Domains/Email/Digital Platforms Services | 112.64 |
| 9/20/2019 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 9/23/2019 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 456.90 |
| 9/30/2019 | Publi-Inversiones (El Vocero Newspaper) | Ad Publication on El Vocero on 9-30-2019 (El Acuerdo del COR) | 2,085.60 |
| 9/30/2019 | GFR Media | Ad Publication on El Nuevo Día and Primera Hora on 9-30-2019 (El Acuerdo del COR) | 2,900.54 |
| 10/7/2019 | Menta Fresh Content | Design and creation of ORC's D-Board for Printing | 114.00 |
| | | ***Total:*** | **6,843.21** |