## **EXHIBIT B**

**SUMMARY OF FTI CONSULTING, INC. HOURS WORKED AND FEES INCURRED BY PROFESSIONAL BY LOCATION**
**FOR THE PERIOD JUNE 1, 2019 TO SEPTEMBER 30, 2019**

| Professional | Position | Blended Billing Rate | Mainland Fees Hours | Mainland Fees | On-island Fees Hours | On-island Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|---|
| Gumbs, Sean | Sr Managing Dir | $ 1,095 | 313.6 | $ 343,392.00 | 40.9 | $ 44,785.50 | 354.5 | $ 388,177.50 |
| Heeren, Ana | Sr Managing Dir | 875 | 51.3 | 44,887.50 | 19.8 | 17,325.00 | 71.1 | 62,212.50 |
| Maddox, Brian | Sr Managing Dir | 875 | 0.3 | 262.50 | - | - | 0.3 | 262.50 |
| Simms, Steven | Sr Managing Dir | 1,195 | 5.5 | 6,572.50 | - | - | 5.5 | 6,572.50 |
| Broyles, Christopher | Managing Dir I | 725 | 20.4 | 14,790.00 | - | - | 20.4 | 14,790.00 |
| Grunwald Kadar, Andrea | Managing Dir | 915 | 48.1 | 44,011.50 | - | - | 48.1 | 44,011.50 |
| Litterst JR, Roland | Managing Dir I | 725 | 33.0 | 23,925.00 | - | - | 33.0 | 23,925.00 |
| Murray, Jefferies | Managing Dir I | 725 | 18.0 | 13,050.00 | - | - | 18.0 | 13,050.00 |
| Park, Ji Yon | Managing Dir | 880 | 27.9 | 24,552.00 | - | - | 27.9 | 24,552.00 |
| Hanifin, Kathryn | Senior Director | 625 | 41.4 | 25,875.00 | - | - | 41.4 | 25,875.00 |
| Roemer, Elise | Senior Director | 630 | 1.1 | 693.00 | - | - | 1.1 | 693.00 |
| Whitcomb, John | Senior Director | 625 | 14.7 | 9,187.50 | - | - | 14.7 | 9,187.50 |
| Fornabaio, Danielle | Director | 525 | 8.6 | 4,515.00 | - | - | 8.6 | 4,515.00 |
| Garcia Pelaez, Andres | Director I | 525 | 2.7 | 1,417.50 | - | - | 2.7 | 1,417.50 |
| Emerton, Charlie | Sr Consultant | 555 | 18.4 | 10,212.00 | - | - | 18.4 | 10,212.00 |
| Lee, Hyunjung | Sr Consult I | 425 | 11.0 | 4,675.00 | - | - | 11.0 | 4,675.00 |
| Maassen, Thomas | Sr Consultant | 455 | 55.6 | 25,298.00 | - | - | 55.6 | 25,298.00 |
| Sombuntham, Natalie | Sr Consultant | 595 | 428.2 | 254,779.00 | - | - | 428.2 | 254,779.00 |
| Gladding, Robert | Consultant | 280 | 3.1 | 868.00 | - | - | 3.1 | 868.00 |
| Gower, Connor | Consultant | 350 | 4.2 | 1,470.00 | - | - | 4.2 | 1,470.00 |
| Guminski, Henry | Consultant | 350 | 4.7 | 1,645.00 | - | - | 4.7 | 1,645.00 |
| Locke, William | Consultant | 350 | 3.6 | 1,260.00 | - | - | 3.6 | 1,260.00 |
| Maag Pardo, Sebastian | Consultant I | 325 | 2.4 | 780.00 | - | - | 2.4 | 780.00 |
| Madrazo, Julia | Consultant I | 325 | 35.3 | 11,472.50 | - | - | 35.3 | 11,472.50 |
| Seeger, Kean | Consultant | 350 | 23.9 | 8,365.00 | - | - | 23.9 | 8,365.00 |
| Tirabassi, Kathryn | Consultant | 400 | 33.5 | 13,400.00 | - | - | 33.5 | 13,400.00 |
| Wang, Percy | Consultant | 325 | 31.1 | 10,107.50 | - | - | 31.1 | 10,107.50 |
| Hellmund-Mora, Marili | Project Asst | 275 | 10.3 | 2,832.50 | - | - | 10.3 | 2,832.50 |
| **SUBTOTAL** | | | **1,251.9** | **$ 904,295.50** | **60.7** | **$ 62,110.50** | **1,312.6** | **$ 966,406.00** |
| Less: 50% discount for non-working travel time | | | | (25,185.00) | | - | | (25,185.00) |
| **GRAND TOTAL** | | | | **$ 879,110.50** | | **$ 62,110.50** | | **$ 941,221.00** |