# **EXHIBIT C**

**SUMMARY OF FTI CONSULTING, INC. HOURS WORKED AND FEES INCURRED BY TASK CODE BY LOCATION**
**FOR THE PERIOD JUNE 1, 2019 TO SEPTEMBER 30, 2019**

| Task Code | Task Description | Mainland Fees Hours | Mainland Fees | On-island Fees Hours | On-island Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|
| 1 | Current Operating Results & Events | 1.7 | $ 1,861.50 | - | $ - | 1.7 | $ 1,861.50 |
| 2 | Cash & Liquidity Analysis | 6.8 | 4,329.00 | - | - | 6.8 | 4,329.00 |
| 3 | Mediation | 84.9 | 61,844.00 | - | - | 84.9 | 61,844.00 |
| 4 | Analysis of the Fiscal Plan – General / Revenues | 16.6 | 10,111.50 | - | - | 16.6 | 10,111.50 |
| 9 | Potential Avoidance Actions & Litigation | 3.4 | 2,623.00 | - | - | 3.4 | 2,623.00 |
| 10 | Case Management | 20.3 | 12,767.50 | - | - | 20.3 | 12,767.50 |
| 13 | Analysis of Other Miscellaneous Motions / Litigations | 33.5 | 26,982.50 | 4.2 | 4,599.00 | 37.7 | 31,581.50 |
| 16 | Analysis and Review of the Plan of Adjustment | 86.9 | 69,953.50 | 1.3 | 1,423.50 | 88.2 | 71,377.00 |
| 17 | Analysis of Pension and Retiree Related Liabilities | 310.2 | 243,804.50 | 14.5 | 15,789.50 | 324.7 | 259,594.00 |
| 18 | General Mtgs with Retiree Cmte & Cmte Professionals | 81.2 | 65,428.50 | 10.1 | 11,059.50 | 91.3 | 76,488.00 |
| 24 | Preparation of Fee Application | 62.5 | 32,033.00 | - | - | 62.5 | 32,033.00 |
| 25 | Travel Time | 46.0 | 50,370.00 | - | - | 46.0 | 50,370.00 |
| 27 | Strategic Communications | 324.4 | 222,370.00 | 30.1 | 28,691.50 | 354.5 | 251,061.50 |
| 28 | Analysis of the Fiscal Plan – Economic Review | 173.5 | 99,817.00 | 0.5 | 547.50 | 174.0 | 100,364.50 |
| | **SUBTOTAL** | **1,251.9** | **$ 904,295.50** | **60.7** | **$ 62,110.50** | **1,312.6** | **$ 966,406.00** |
| | Less: 50% discount for non-working travel time | | (25,185.00) | | - | | (25,185.00) |
| | **GRAND TOTAL** | | **$ 879,110.50** | | **$ 62,110.50** | | **$ 941,221.00** |