Exhibit E   Page 1 of 6

# **EXHIBIT E**

**DETAILED TIME RECORDS FOR FTI CONSULTING, INC. PERFORMED
ON THE ISLAND FOR THE PERIOD JUNE 1, 2019 TO SEPTEMBER 30, 2019**

Case:17-03283-LTS   Doc#:9181-5   Filed:11/15/19   Entered:11/15/19 12:38:14   Desc:
Exhibit E   Page 1 of 6

EXHIBIT E
THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283
DETAIL OF ON-ISLAND TIME ENTRIES
FOR THE PERIOD JUNE 1, 2019 TO JUNE 30, 2019

ON-ISLAND

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 13 | 6/10/2019 | Gumbs, Sean | 1.3 | Commence review |
| 13 | 6/12/2019 | Gumbs, Sean | 1.1 | Continue to review |
| 13 | 6/13/2019 | Gumbs, Sean | 1.5 | Review |
| 13 | 6/13/2019 | Gumbs, Sean | 0.3 | Participate on call with L. Raiford (Jenner) to |
| **13 Total** | | | **4.2** | |
| 17 | 6/4/2019 | Gumbs, Sean | 1.0 | Participate in meeting |
| 17 | 6/4/2019 | Gumbs, Sean | 0.4 | Correspond with Committee professionals |
| 17 | 6/11/2019 | Gumbs, Sean | 0.5 | Participate on |
| 17 | 6/11/2019 | Gumbs, Sean | 0.4 | Correspond with Segal and Jenner |
| 17 | 6/11/2019 | Gumbs, Sean | 0.4 | Participate in meeting with R. Gordon (Jenner) and H. Mayol (Bennazar) |
| 17 | 6/11/2019 | Heeren, Ana | 0.4 | Participate in meeting with R. Gordon (Jenner) and H. Mayol (Bennazar) |
| 17 | 6/12/2019 | Gumbs, Sean | 0.7 | Participate in meeting |
| 17 | 6/12/2019 | Gumbs, Sean | 0.5 | Participate on call |
| 17 | 6/12/2019 | Gumbs, Sean | 0.4 | Participate on call with J. Libauskas (Segal) |
| 17 | 6/13/2019 | Gumbs, Sean | 1.0 | Participate in meeting |
| **17 Total** | | | **5.7** | |
| 18 | 6/4/2019 | Gumbs, Sean | 2.4 | Participate on call with the Committee |
| **18 Total** | | | **2.4** | |
| 27 | 6/4/2019 | Gumbs, Sean | 0.4 | Provide |
| 27 | 6/11/2019 | Gumbs, Sean | 1.0 | Participate in meeting |
| 27 | 6/11/2019 | Gumbs, Sean | 0.4 | Participate on call |
| 27 | 6/11/2019 | Gumbs, Sean | 1.7 | Participate in follow-up meeting |
| 27 | 6/11/2019 | Gumbs, Sean | 0.2 | Review |
| 27 | 6/11/2019 | Gumbs, Sean | 0.8 | Review |

EXHIBIT E
THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283
DETAIL OF ON-ISLAND TIME ENTRIES
FOR THE PERIOD JUNE 1, 2019 TO JUNE 30, 2019

ON-ISLAND

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 27 | 6/11/2019 | Gumbs, Sean | 0.4 | Follow-up with N. Sombuntham (FTI) and A. Heeren (FTI) to |
| 27 | 6/11/2019 | Gumbs, Sean | 1.5 | Participate in Committee meeting |
| 27 | 6/11/2019 | Heeren, Ana | 1.4 | Draft |
| 27 | 6/11/2019 | Heeren, Ana | 1.5 | Participate in Committee meeting |
| 27 | 6/11/2019 | Heeren, Ana | 1.7 | Participate in follow-up meeting |
| 27 | 6/11/2019 | Heeren, Ana | 1.6 | Correspond with professionals |
| 27 | 6/11/2019 | Heeren, Ana | 1.9 | Finalize |
| 27 | 6/11/2019 | Heeren, Ana | 2.4 | Review |
| 27 | 6/12/2019 | Gumbs, Sean | 1.6 | Participate in meeting to support M. Fabre (Committee) |
| 27 | 6/12/2019 | Gumbs, Sean | 1.2 | Review media reports of announcement of FOMB agreement. |
| 27 | 6/12/2019 | Heeren, Ana | 1.6 | Participate in meeting to support M. Fabre (Committee) |
| 27 | 6/12/2019 | Heeren, Ana | 2.2 | Review |
| 27 | 6/12/2019 | Heeren, Ana | 1.7 | Review and provide comments |
| 27 | 6/12/2019 | Heeren, Ana | 3.4 | Conduct |
| **27 Total** | | | **28.6** | |
| 28 | 6/13/2019 | Gumbs, Sean | 0.5 | Participate in meeting |
| **28 Total** | | | **0.5** | |
| **On-Island Total** | | | **41.4** | |

**EXHIBIT E**

**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**

**DETAIL OF ON-ISLAND TIME ENTRIES**

**FOR THE PERIOD JULY 1, 2019 TO JULY 31, 2019**

**ON-ISLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 7/18/2019 | Gumbs, Sean | 4.3 | Participate in Committee meeting |
| **18 Total** | | | **4.3** | |
| **On-island Total** | | | **4.3** | |

**EXHIBIT E**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF ON-ISLAND TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2019 TO AUGUST 31, 2019**

**ON-ISLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|

**NOT APPLICABLE IN THIS MONTH**

EXHIBIT E

THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283

DETAIL OF ON-ISLAND TIME ENTRIES

FOR THE PERIOD SEPTEMBER 1, 2019 TO SEPTEMBER 30, 2019

ON-ISLAND

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 9/25/2019 | Gumbs, Sean | 0.5 | Participate on call with L. Park (FTI) to |
| 16 | 9/25/2019 | Gumbs, Sean | 0.8 | Provide |
| **16 Total** | | | **1.3** | |
| 17 | 9/25/2019 | Gumbs, Sean | 0.4 | Incorporate |
| 17 | 9/25/2019 | Gumbs, Sean | 2.1 | Participate in meeting with Committee professionals |
| 17 | 9/25/2019 | Gumbs, Sean | 1.6 | Participate in meeting |
| 17 | 9/25/2019 | Gumbs, Sean | 0.4 | Correspond with N. Sombontham (FTI) |
| 17 | 9/25/2019 | Gumbs, Sean | 0.6 | Review |
| 17 | 9/25/2019 | Gumbs, Sean | 1.8 | Participate in meeting |
| 17 | 9/25/2019 | Gumbs, Sean | 0.4 | Correspond |
| 17 | 9/26/2019 | Gumbs, Sean | 0.7 | Participate in meeting |
| 17 | 9/26/2019 | Gumbs, Sean | 0.8 | Participate in meeting with R. Gordon (Jenner), H. Mayol (Bennazar) and F. DelCastillo (Bennazar) |
| **17 Total** | | | **8.8** | |
| 18 | 9/11/2019 | Gumbs, Sean | 3.4 | Participate in meeting with the Committee |
| **18 Total** | | | **3.4** | |
| 27 | 9/11/2019 | Gumbs, Sean | 1.5 | Participate in meeting with Committee professionals |
| **27 Total** | | | **1.5** | |
| **On-Island Total** | | | **15.0** | |