# **EXHIBIT F**

**SUMMARY OF FTI CONSULTING, INC. EXPENSES**
**FOR THE PERIOD JUNE 1, 2019 TO SEPTEMBER 30, 2019**

| **Expense Type** | **Amount** |
|---|---:|
| Airfare | $ 7,076.17 |
| Lodging | 3,154.20 |
| Transportation | 1,593.00 |
| Working Meals | 969.89 |
| Other | 9,022.00 |
| **Subtotal** | **$ 21,815.26** |
| Less: Voluntary Reductions[1] | (4,027.73) |
| **Grand Total** | **$ 17,787.53** |

(1): Expenses have been reduced to comply with the Fee Examiner Guidelines, namely in-office meals over $20.00 and out-of-office meals over $40.00 have been reduced to $20.00 and $40.00, respectively; train and airfares have been reduced to coach-equivalent or least expensive rates; and hotel lodging in San Juan has been reduced to $300.00 (per night).