# **EXHIBIT G**

**DETAILED EXPENSE RECORDS FOR FTI CONSULTING,
INC. FOR THE PERIOD JUNE 1, 2019 TO SEPTEMBER 30, 2019**

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD JUNE 1, 2019 TO JUNE 30, 2019**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 06/09/19 | Gumbs, Sean | Airfare | Airfare - Economy Equivalent, Sean Gumbs, JFK - SJU, 6/10/2019 - 6/10/2019. Flight to client site for case meetings. | $ 570.70 |
| 06/10/19 | Heeren, Ana | Airfare | Airfare - Coach/Economy, Ana Heeren, DCA - SJU, 06/11/2019 - 06/12/2019. Flight to client site for meeting with the Committee, including travel agent and flight-change fee. | 1,314.10 |
| 06/11/19 | Gumbs, Sean | Airfare | Airfare - Economy Equivalent, Sean Gumbs, SJU - JFK, 06/13/2019 - 06/13/2019. Flight home from client site meetings, including travel agent fee. | 457.56 |
| | | **Airfare Total** | | **$ 2,342.36** |
| 05/23/19 | Gumbs, Sean | Lodging | Lodging - Sean Gumbs 05/22/2019 - 05/23/2019. Hotel stay while offsite at client site. | 333.49 |
| 06/12/19 | Gumbs, Sean | Lodging | Lodging - Sean Gumbs 06/10/2019 - 06/12/2019. Hotel stay while offsite at client site. | 731.35 |
| 06/12/19 | Heeren, Ana | Lodging | Lodging - Ana Heeren 06/11/2019 - 06/12/2019. Hotel stay while offsite at client site. | 412.12 |
| 06/13/19 | Gumbs, Sean | Lodging | Lodging - Sean Gumbs 06/12/2019 - 06/13/2019. Hotel stay while offsite at client site. | 352.06 |
| | | **Lodging Total** | | **$ 1,829.02** |
| 05/23/19 | Gumbs, Sean | Transportation | Taxi from home to JFK while traveling to Puerto Rico for client meetings. | 86.69 |
| 05/24/19 | Gumbs, Sean | Transportation | Taxi from hotel to SJU while traveling for client meetings. | 16.63 |
| 06/04/19 | Gumbs, Sean | Transportation | Taxi from JFK to home while traveling for client meetings. | 73.65 |
| 06/10/19 | Gumbs, Sean | Transportation | Taxi from office to JFK while traveling for client meetings. | 76.57 |
| 06/10/19 | Heeren, Ana | Transportation | Taxi home from Committee preparation meeting. | 13.78 |
| 06/11/19 | Heeren, Ana | Transportation | Taxi to the airport from traveling for Committee meeting. | 23.76 |
| 06/11/19 | Heeren, Ana | Transportation | Taxi to hotel from the airport while traveling for Committee meeting. | 28.00 |
| 06/12/19 | Gumbs, Sean | Transportation | Taxi to hotel from the airport while traveling for Committee meeting. | 28.00 |
| 06/12/19 | Gumbs, Sean | Transportation | Taxi from hotel to client site while traveling for Committee meeting. | 30.00 |
| 06/12/19 | Heeren, Ana | Transportation | Taxi home from the airport after traveling for Committee meeting. | 31.99 |
| 06/12/19 | Heeren, Ana | Transportation | Taxi to the airport while traveling for Committee meeting. | 13.92 |
| 06/13/19 | Gumbs, Sean | Transportation | Taxi from JFK to home while traveling for client meetings. | 79.27 |
| 06/13/19 | Gumbs, Sean | Transportation | Taxi from hotel to SJU while traveling for client meetings. | 14.20 |
| 06/14/19 | Gumbs, Sean | Transportation | Taxi from home to JFK while traveling to Puerto Rico for client meetings. | 77.82 |
| | | **Transportation Total** | | **$ 594.28** |

EXHIBIT G
THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283
EXPENSE DETAIL
FOR THE PERIOD JUNE 1, 2019 TO JUNE 30, 2019

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 03/13/19 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the case. | 30.24 |
| 03/13/19 | Tirabassi, Kathryn | Working Meals | Dinner while working late in the office on the case. | 30.24 |
| 03/20/19 | Tirabassi, Kathryn | Working Meals | Dinner while working late in the office on the case. | 30.50 |
| 03/22/19 | Tirabassi, Kathryn | Working Meals | Dinner while working late in the office on the case. | 21.02 |
| 05/22/19 | Gumbs, Sean | Working Meals | Lunch while traveling for client meetings. | 14.15 |
| 05/22/19 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the case. | 34.65 |
| 06/04/19 | Gumbs, Sean | Working Meals | Breakfast while traveling for client meetings. | 6.52 |
| 06/04/19 | Gumbs, Sean | Working Meals | Lunch while traveling for client meetings. | 36.11 |
| 06/11/19 | Gumbs, Sean | Working Meals | Breakfast while traveling for client meetings. | 11.37 |
| 06/11/19 | Heeren, Ana | Working Meals | Dinner while traveling for client meetings. | 12.63 |
| 06/12/19 | Gumbs, Sean | Working Meals | Breakfast while traveling for client meetings. | 12.48 |
| 06/12/19 | Gumbs, Sean | Working Meals | Dinner with J. Bennzar (Bennazar) while traveling for client meetings. | 80.00 |
| | | **Working Meals Total** | | **$ 319.90** |
| 06/17/19 | Broyles, Christopher | Other | Emma Charles LLC; DBA Storybent (Eric Gautschi Storybent Inv#2011157 06/17/19. Printing and production services for communications materials. | 3,015.00 |
| | | **Other Total** | | **$ 3,015.00** |
| | | **Subtotal** | | **$ 8,100.56** |
| | | Less: Voluntary Reductions[1] | | (1,691.22) |
| | | **Grand Total** | | **$ 6,409.34** |

(1): ●ut-of-office meals have been reduced to $40.00 (per person) while airfares have been reduced to coach-equivalent rates, and hotel lodging in San Juan has been reduced to $300.00 (per night) to comply with the Fee Examiner Guidelines.

EXHIBIT G
THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283
EXPENSE DETAIL
FOR THE PERIOD JULY 1, 2019 TO JULY 31, 2019

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 07/10/19 | Gumbs, Sean | Airfare | Airfare - Business, Sean Gumbs, JFK - SJU, 07/18/19 - 07/19/19. Travel from NYC to PR to attend case meetings, inclusive of travel agent fees. | $ 1,050.28 |
| 07/10/19 | Gumbs, Sean | Airfare | Airfare - Coach - LGA - DCA, 07/15/19 - 07/15/19. Travel from NYC to DC to attend case meetings, inclusive of flight change and travel agent fees. | 645.23 |
| | | **Airfare Total** | | **$ 1,695.51** |
| 07/17/19 | Gumbs, Sean | Lodging | Hotel - 07/15/2019 - 07/16/2019. Lodging in DC to attend case meetings. | 408.18 |
| 07/19/19 | Gumbs, Sean | Lodging | Hotel - 07/18/19 - 07/19/19. Lodging in PR to attend case meetings. | 255.95 |
| | | **Lodging Total** | | **$ 664.13** |
| 07/10/19 | Gumbs, Sean | Transportation | Train fare - DC - New York Penn, 07/16/19 - 07/16/19. Travel from DC to NYC after attending case meetings in DC. | 234.00 |
| 07/15/19 | Gumbs, Sean | Transportation | Taxi from meeting to DC Union train station. Travel to DC to attend PR case meetings. | 22.00 |
| 07/16/19 | Gumbs, Sean | Transportation | Taxi from DC Union to Capitol Hill. Travel to DC to attend PR case meetings. | 12.00 |
| 07/16/19 | Gumbs, Sean | Transportation | Taxi from Capito Hill to FTI office. Travel to DC to attend PR case meetings. | 12.00 |
| 07/16/19 | Gumbs, Sean | Transportation | Taxi from FTI office to Capitol Hill. Travel to DC to attend PR case meetings. | 15.00 |
| 07/16/19 | Gumbs, Sean | Transportation | Taxi from DC airport to hotel. Travel to attend PR case meetings. | 22.00 |
| 07/18/19 | Gumbs, Sean | Transportation | Taxi from SJU airport to hotel. Travel to PR to attend case meetings. | 65.58 |
| 07/18/19 | Gumbs, Sean | Transportation | Taxi from home to JFK airport. Travel to PR to attend case meetings. | 87.99 |
| 07/19/19 | Gumbs, Sean | Transportation | Taxi from JFK airport to home. Travel to PR to attend case meetings. | 86.43 |
| 07/19/19 | Gumbs, Sean | Transportation | Taxi from hotel to SJU airport. Travel to PR to attend case meetings. | 9.98 |
| 07/19/19 | Gumbs, Sean | Transportation | Taxi from hotel to client site Travel to PR to attend case meetings. | 18.27 |
| 07/19/19 | Gumbs, Sean | Transportation | Taxi from client site to hotel. Travel to PR to attend case meetings. | 14.00 |
| | | **Transportation Total** | | **$ 599.25** |
| 05/03/19 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the PR case. | 34.03 |
| 05/30/19 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the PR case. | 29.36 |
| 05/31/19 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the PR case. | 37.80 |
| 06/05/19 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the PR case. | 33.18 |
| 06/06/19 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the PR case. | 36.21 |
| 06/17/19 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the PR case. | 30.73 |
| 06/18/19 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the PR case. | 35.95 |
| 06/19/19 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the PR case. | 37.78 |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD JULY 1, 2019 TO JULY 31, 2019**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 06/25/19 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the PR case. | 35.70 |
| 07/15/19 | Gumbs, Sean | Working Meals | Lunch for self while traveling to attend PR case meetings. | 15.87 |
| 07/15/19 | Gumbs, Sean | Working Meals | Dinner for self, B. Gordon, H. Mayol, A. Heeren while traveling to attend PR case meetings. | 160.00 |
| 07/19/19 | Gumbs, Sean | Working Meals | Lunch for self while traveling to attend PR case meetings. | 22.96 |
| | | **Working Meals Total** | | **$ 509.57** |
| 06/10/19 | Broyles, Christopher | Other | Emma Charles LLC; DBA Storybent Design for Official Committee of Retirees Commonwealth of Puerto Rico | 3,975.00 |
| 07/18/19 | Gumbs, Sean | Other | Internet - In flight charge to access work emails while traveling to PR to attend case meetings. | 6.00 |
| 07/19/19 | Gumbs, Sean | Other | Internet - In flight charge to access work emails while traveling to PR to attend case meetings. | 6.00 |
| | | **Other Total** | | **$ 3,987.00** |
| | | **Subtotal** | | 7,455.46 |
| | | Less: Voluntary Reductions[1] | | (866.25) |
| | | **Grand Total** | | **$ 6,589.21** |

(1): In-office and Out-of-office meals have been reduced to $20.00 (per person) and $40.00 (per person), respectively, while airfares have been reduced to coach-equivalent rates to comply with the Fee Examiner Guidelines.

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD AUGUST 1, 2019 TO AUGUST 31, 2019**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 08/28/19 | Gumbs, Sean | Airfare | Airfare - Economy Equivalent, Sean Gumbs, JFK - SJU, 9/6/2019 - 9/8/2019. Flight to client site for case meetings, inclusive of travel agent fees. | $ 695.40 |
| | | **Airfare Total** | | **$ 695.40** |
| 07/10/19 | Sombuntham, Natalie | Working Meals | Dinner after working late in the office on the case. | 35.16 |
| 07/11/19 | Sombuntham, Natalie | Working Meals | Dinner after working late in the office on the case. | 35.70 |
| | | **Working Meals Total** | | **$ 70.86** |
| 08/31/19 | U.S. Relativity, Hosting | Other | Relativity fee for document production services. | 1,000.00 |
| | | **Other Total** | | **$ 1,000.00** |
| | | **Subtotal** | | **$ 1,766.26** |
| | | Less: Voluntary Reductions[1] | | (227.36) |
| | | **Grand Total** | | **$ 1,538.90** |

(1): Out-of-office meals have been reduced to $40.00 (per person) while airfares have been reduced to coach-equivalent rates to comply with the Fee Examiner Guidelines.

EXHIBIT G
THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283
EXPENSE DETAIL
FOR THE PERIOD SEPTEMBER 1, 2019 TO SEPTEMBER 30, 2019

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 09/05/19 | Gumbs, Sean | Airfare | Airfare - Coach Equivalent, Sean Gumbs, JFK - SJU, 09/10/2019 - 09/11/2019. Case meetings in Puerto Rico, inclusive of travel agent fees. | $ 1,417.50 |
| 09/17/19 | Gumbs, Sean | Airfare | Airfare - Coach Equivalent, Sean Gumbs, JFK - SJU, 09/24/2019 - 09/26/2019. Case meetings in Puerto Rico, inclusive of travel agent fees and change fees due to extended client meeting. | 925.40 |
| | | **Airfare Total** | | **$ 2,342.90** |
| 09/11/19 | Gumbs, Sean | Lodging | Lodging - Sean Gumbs 09/10/2019 - 09/11/2019. Hotel stay during case meetings in Puerto Rico. | 230.48 |
| 09/26/19 | Gumbs, Sean | Lodging | Lodging - Sean Gumbs 09/24/2019 - 09/26/2019. Hotel stay while in Puerto Rico for client meetings. | 430.57 |
| | | **Lodging Total** | | **$ 661.05** |
| 09/10/19 | Gumbs, Sean | Transportation | Taxi - Sean Gumbs, Home - JFK Airport. Taxi service during travel to Puerto Rico for client meetings. | 85.97 |
| 09/10/19 | Gumbs, Sean | Transportation | Taxi - Sean Gumbs, SJU Airport - Hotel. Taxi service during travel to Puerto Rico for client meetings. | 25.00 |
| 09/11/19 | Gumbs, Sean | Transportation | Taxi - Sean Gumbs, Client Site - SJU Airport. Taxi service during travel to Puerto Rico for client meetings. | 12.38 |
| 09/11/19 | Gumbs, Sean | Transportation | Taxi - Sean Gumbs, JFK Airport - Home. Taxi service during travel to Puerto Rico for client meetings. | 80.00 |
| 09/24/19 | Gumbs, Sean | Transportation | Taxi - Sean Gumbs, Home - JFK Airport. Taxi service during travel to Puerto Rico for client meetings. | 99.29 |
| 09/24/19 | Gumbs, Sean | Transportation | Taxi - Sean Gumbs, Hotel - Client Site. Taxi service during travel to Puerto Rico for client meetings. | 10.14 |
| 09/26/19 | Gumbs, Sean | Transportation | Taxi - Sean Gumbs, Client Site - SJU Airport. Taxi service during travel to Puerto Rico for client meetings. | 13.04 |
| 09/26/19 | Gumbs, Sean | Transportation | Taxi - Sean Gumbs, JFK Airport - Home. Taxi service during travel to Puerto Rico for client meetings. | 73.65 |
| | | **Transportation Total** | | **$ 399.47** |
| 09/10/19 | Gumbs, Sean | Working Meals | Meals - Travel Related - Sean Gumbs. Snack purchase during travel to Puerto Rico for client meetings. | 10.00 |
| 09/24/19 | Gumbs, Sean | Working Meals | Meals - Travel Related - Sean Gumbs. Dinner purchase during travel to Puerto Rico for client meetings. | 40.00 |
| 09/25/19 | Gumbs, Sean | Working Meals | Meals - Travel Related - Sean Gumbs. Snack purchase during travel to Puerto Rico for client meetings. | 14.00 |
| 09/26/19 | Gumbs, Sean | Working Meals | Meals - Travel Related - Sean Gumbs. Snack purchase during travel to Puerto Rico for client meetings. | 5.56 |
| | | **Working Meals Total** | | **$ 69.56** |
| 09/10/19 | Gumbs, Sean | Other | Internet - Sean Gumbs. Wifi charges during travel to Puerto Rico for client meetings. | 20.00 |
| 09/30/19 | U.S. Relativity, Hosting | Other | Relativity fee for document production services. | 1,000.00 |
| | | **Other Total** | | **$ 1,020.00** |
| | | **Subtotal** | | **$ 4,492.98** |
| | | Less: Voluntary Reductions[1] | | (1,242.90) |
| | | **Grand Total** | | **$ 3,250.08** |

(1): Out-of-office meals have been reduced to $40.00 (per person) while airfares have been reduced to coach-equivalent rates to comply with the Fee Examiner Guidelines.