# **EXHIBIT D**

**Summary of Segal Consulting Blended Hourly Rates**

| Timekeeper Category | Blended Hourly Rate Billed in this Fee Application |
|---|---|
| **Senior Vice President** | **$704** |
| **VP & Actuary** | **$520** |
| **Actuary** | **$441** |
| **Consultant** | **No time this period** |
| **Analyst** | **$317** |
| **All Employees** | **$519** |