# **EXHIBIT E**

### Summary of Segal Consulting Hours Worked and Fees Incurred

| Name | Title | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Billed |
|---|---|---|---|---|---|
| Baty-Barr, Robert | Analyst | Pension | 270.00 | 21.00 | 5,670.00 |
| Bridges, Geoffrey W. | Actuary | Pension | 470.00 | 82.40 | 38,728.00 |
| Coulter, Sunday | Manager, Design and Content | Pension | 220.00 | 2.90 | 638.00 |
| Faucette, Jonathan G. | VP & Design Consultant | Pension | 340.00 | 2.50 | 850.00 |
| Itzcowitz, Jacob | Sr Analyst | Pension | 360.00 | 10.00 | 3,600.00 |
| Johnson, Noel | Actuary | Pension | 410.00 | 55.50 | 22,755.00 |
| Libauskas, Jacob | Actuary | Pension | 430.00 | 47.50 | 20,425.00 |
| Nicholl, Kim M. | Senior Vice President | Pension | 710.00 | 147.20 | 104,512.00 |
| Powell, Matthew | Actuary | Pension | 410.00 | 3.30 | 1,353.00 |
| Regan, Julian | SVP & Investment Consultant | Pension | 600.00 | 5.50 | 3,300.00 |
| Stoyanovich, Michael J. | VP & Sr. Consultant Administration | Pension | 490.00 | 1.60 | 784.00 |
| Strom, Matthew A. | SVP & Actuary | Pension | 560.00 | 42.00 | 23,520.00 |
| Tabernacki, Patryk | Senior Analyst | Pension | 340.00 | 36.80 | 10,132.00 |
| Timmons, Amy S. | VP & Sr. Consultant Administration | Pension | 500.00 | 56.70 | 12,512.00 |
| Walker, Melanie | SVP, Compliance | Pension | 560.00 | 1.80 | 1,008.00 |
| **Sub-Total** | | | | **516.70** | **268,005.00** |
| Less 50% Discount on Non-Working Travel Matter: | | | | | (0.00) |
| Total | | | | | **268,005.00** |