# **EXHIBIT F**

**Summary of Segal Consulting Expenses**

[No Expenses this Interim Period]