# Exhibit G

**Summary of Segal Consulting Hours Worked and Fees Incurred**

| Matter | Total Hours Billed | Total Fees |
|---|---:|---:|
| 001 Actuarial Analysis | 345.00 | $ 166,530.00 |
| 002 Research | - | $ - |
| 003 Data Analysis | - | $ - |
| 004 Calls & Meetings with Other Professionals | 78.70 | $ 43,460.00 |
| 005 Preparation of Reports | - | $ - |
| 006 Retirement Committee Meetings | 39.30 | $ 21,664.00 |
| 018 Case Administration | 53.70 | $ 36,351.00 |
| Non-Working Travel Time | - | $ - |
| **Subtotal** | **516.70** | **$ 268,005.00** |
| Less 50% Discount on Non-working Travel Matter | | $ - |
| Total | | **$ 268,005.00** |

| | |
|---|---|
| Case Name: | In re Commonwealth of Puerto Rico, et al. |
| Case Number: | 17 BK 3283-LTS |
| Applicant's Name: | Segal Consulting |
| Date of Application: | November 15, 2019 |
| Interim or Final: | Interim |