# EXHIBIT H

**Detailed Time Records for Segal Consulting**

# ✦ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

July 15, 2019

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in June 2019:

Re:  Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|------|------|------|------|
| 6/3/2019 | Nicholl, Kim M. | Review of ███████████ | 1.40 | 994.00 |
| 6/3/2019 | Nicholl, Kim M. | Review ███████ | 0.40 | 284.00 |
| 6/4/2019 | Nicholl, Kim M. | Review of pension cut website calculator | 2.10 | 1,491.00 |
| 6/4/2019 | Libauskas, Jacob | Reviewing the online calculator. | 2.70 | 1,161.00 |
| 6/5/2019 | Nicholl, Kim M. | Continued review of pension cut website calculator | 1.60 | 1,136.00 |
| 6/5/2019 | Regan, Julian | Draft ███████ | 2.00 | 1,200.00 |
| 6/5/2019 | Coulter, Sunday | Updating text for the calculator | 1.40 | 308.00 |
| 6/5/2019 | Libauskas, Jacob | Reviewing the calculations and layout of the online calculator. | 2.40 | 1,032.00 |
| 6/8/2019 | Nicholl, Kim M. | Review of pension cut website calculator | 1.20 | 852.00 |
| 6/10/2019 | Nicholl, Kim M. | Determination ███████ | 1.80 | 1,278.00 |
| 6/10/2019 | Nicholl, Kim M. | Review of information from Bennazar ███████ | 1.70 | 1,207.00 |
| 6/10/2019 | Nicholl, Kim M. | Preliminary determination of data needed for ballots | 1.10 | 781.00 |
| 6/10/2019 | Nicholl, Kim M. | Internal discussions regarding ballot production | 1.20 | 852.00 |
| 6/10/2019 | Libauskas, Jacob | Internal discussions regarding ballot production | 1.20 | 516.00 |
| 6/10/2019 | Powell, Matthew | Writing notes on key findings of analysis | 3.30 | 1,353.00 |
| 6/10/2019 | Bridges, Geoffrey W. | Calculating ███████████ | 1.10 | 517.00 |
| 6/10/2019 | Tabernacki, Patryk | Prepared request for ███████ information. | 2.60 | 884.00 |
| 6/11/2019 | Itzcowitz, Jacob | Work on programming ███████ | 4.20 | 1,512.00 |
| 6/11/2019 | Itzcowitz, Jacob | Revew of test lives ███████ | 3.40 | 1,224.00 |
| 6/11/2019 | Bridges, Geoffrey W. | Determining of the number of retirees in certain benefit brackets | 1.50 | 705.00 |
| 6/12/2019 | Nicholl, Kim M. | Review ███████ for certain retirees | 1.60 | 1,136.00 |
| 6/12/2019 | Itzcowitz, Jacob | Made revisions ███████ | 2.40 | 864.00 |
| 6/12/2019 | Nicholl, Kim M. | Review of web calculator language | 1.60 | 1,136.00 |
| 6/12/2019 | Libauskas, Jacob | Reviewing online calculator | 2.70 | 1,161.00 |
| 6/12/2019 | Timmons, Amy S. | Edits and review of disclaimers, communication of edits with developer | 1.20 | 600.00 |
| 6/12/2019 | Coulter, Sunday | Updating files on the server | 0.80 | 176.00 |
| 6/13/2019 | Libauskas, Jacob | Calculating ███████ | 3.50 | 1,505.00 |
| 6/13/2019 | Libauskas, Jacob | Review of language necessary for ballots | 1.80 | 774.00 |
| 6/13/2019 | Libauskas, Jacob | Informing A Timmons of the potential change to the negotiated cut calculations. | 0.70 | 301.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/13/2019 | Timmons, Amy S. | Disclaimer language changes, edits to calculator ███ ██████ testing of changes. | 2.50 | 1,250.00 |
| 6/14/2019 | Bridges, Geoffrey W. | Examining ████████████████ | 2.90 | 1,363.00 |
| 6/14/2019 | Libauskas, Jacob | Calculated ██████████████████ | 2.80 | 1,204.00 |
| 6/16/2019 | Libauskas, Jacob | Creating comparison ███████████████ | 2.30 | 989.00 |
| 6/17/2019 | Tabernacki, Patryk | Prepared additional pension amount statistics requested for all three systems. | 1.60 | 544.00 |
| 6/18/2019 | Nicholl, Kim M. | Review of calculations ██████████████ | 1.50 | 1,065.00 |
| 6/18/2019 | Bridges, Geoffrey W. | Checking work ███████████████ | 1.20 | 564.00 |
| 6/18/2019 | Stoyanovich, Michael J. | Documentation for final web calculator. | 1.60 | 784.00 |
| 6/18/2019 | Timmons, Amy S. | Edits to calculator | 1.10 | 550.00 |
| 6/18/2019 | Timmons, Amy S. | Testing of calculator | 0.90 | 450.00 |
| 6/18/2019 | Timmons, Amy S. | Communication with developer and committee about changes. | 0.50 | 250.00 |
| 6/19/2019 | Libauskas, Jacob | Calculating ████████████████████ ███████████ | 6.60 | 2,838.00 |
| 6/19/2019 | Nicholl, Kim M. | Review of revised calculations ████████ | 1.10 | 781.00 |
| 6/19/2019 | Nicholl, Kim M. | Review information █████████████ | 0.90 | 639.00 |
| 6/19/2019 | Nicholl, Kim M. | Review of disclaimer language | 0.80 | 568.00 |
| 6/20/2019 | Libauskas, Jacob | Reviewing draft responses to FAQs for COR website. | 2.80 | 1,204.00 |
| 6/20/2019 | Libauskas, Jacob | Compiling statistics ████████████ | 2.10 | 903.00 |
| 6/20/2019 | Nicholl, Kim M. | Review ████████████████ | 1.60 | 1,136.00 |
| 6/20/2019 | Timmons, Amy S. | Additonal edits to calculator | 1.70 | 850.00 |
| 6/20/2019 | Timmons, Amy S. | Testing of web calculator edits | 2.10 | 1,050.00 |
| 6/20/2019 | Timmons, Amy S. | Setting up of website for calculator to allow access by retirees. | 1.10 | 550.00 |
| 6/20/2019 | Faucette, Jonathan G. | Internal discussion regarding client hosting options including purchase of ████████ domain and hosting | 1.20 | 408.00 |
| 6/21/2019 | Timmons, Amy S. | Checking of website and working of it, testing of calculator and responsiveness on website. | 1.30 | 650.00 |
| 6/24/2019 | Bridges, Geoffrey W. | Reviewed calculations ███████████ | 0.90 | 423.00 |
| 6/24/2019 | Nicholl, Kim M. | Review of calculation ██████████████ | 1.70 | 1,207.00 |
| 6/24/2019 | Nicholl, Kim M. | Analysis ██████████ and how the web calculator is programmed | 1.30 | 923.00 |
| 6/25/2019 | Bridges, Geoffrey W. | Reviewing work from FTI ██████ | 0.80 | 376.00 |
| 6/26/2019 | Regan, Julian | Modifications to investment policy draft | 2.20 | 1,320.00 |
| 6/26/2019 | Nicholl, Kim M. | Discussions concerning ballots and data needs | 0.80 | 568.00 |
| 6/26/2019 | Libauskas, Jacob | Discussions concerning ballots and data needs | 0.80 | 344.00 |
| 6/26/2019 | Strom, Matthew A. | Discussions concerning ballots and data needs | 0.80 | 448.00 |
| 6/26/2019 | Timmons, Amy S. | Changes for web calculator ████████ and clarifications | 1.60 | 800.00 |
| 6/26/2019 | Timmons, Amy S. | Testing of changes to web calculator █████████ and clarifications | 0.70 | 350.00 |
| 6/27/2019 | Libauskas, Jacob | Documentation of all files, folders, and current projects | 3.80 | 1,634.00 |
| 6/27/2019 | Nicholl, Kim M. | Review of calculation files in order to prepare for ballots | 1.40 | 994.00 |
| 6/27/2019 | Nicholl, Kim M. | Review ████████ document, including proposed changes | 2.10 | 1,491.00 |
| 6/27/2019 | Strom, Matthew A. | Test revision to benefit calculator | 1.30 | 728.00 |
| 6/27/2019 | Baty-Barr, Robert | Prepare client alterations to web calculator | 3.70 | 999.00 |
| 6/27/2019 | Baty-Barr, Robert | Testing of client alterations to web calculator | 2.50 | 675.00 |

| | | | | |
|---|---|---|---|---|
| 6/27/2019 | Timmons, Amy S. | Testing of calculator changes and communication with developer███████ | 1.30 | 650.00 |
| 6/27/2019 | Coulter, Sunday | Moving web calculator files to live server | 0.70 | 154.00 |
| 6/28/2019 | Regan,Julian | Additional modifications███████████ | 1.30 | 780.00 |
| 6/28/2019 | Nicholl, Kim M. | Review of frequently asked questions | 1.10 | 781.00 |
| 6/28/2019 | Nicholl, Kim M. | Review of pension calculator subsequent to changes | 1.90 | 1,349.00 |
| 6/28/2019 | Strom, Matthew A. | Test revision to benefit calculator | 1.60 | 896.00 |
| 6/28/2019 | Baty-Barr, Robert | Final testing and deployment of revised web calculator | 2.90 | 783.00 |
| 6/28/2019 | Timmons, Amy S. | Testing of web calculator██████████ | 1.60 | 800.00 |
| 6/29/2019 | Bridges, Geoffrey W. | Documenting discussions from June 28 on retiree ballot data and guidelines███████████████. Distributing to Segal team. | 0.70 | 329.00 |
| 6/29/2019 | Nicholl, Kim M. | Review of cut calculator after requested changes | 1.60 | 1,136.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Baty-Barr, Robert | 270 | 9.10 | 2,457.00 |
| Bridges, Geoffrey W. | 470 | 9.10 | 4,277.00 |
| Coulter, Sunday | 220 | 2.90 | 638.00 |
| Faucette, Jonathan G. | 340 | 1.20 | 408.00 |
| Itzcowitz, Jacob | 360 | 10.00 | 3,600.00 |
| Libauskas, Jacob | 430 | 36.20 | 15,566.00 |
| Nicholl, Kim M. | 710 | 33.50 | 23,785.00 |
| Powell, Matthew | 410 | 3.30 | 1,353.00 |
| Regan,Julian | 600 | 5.50 | 3,300.00 |
| Stoyanovich,Michael J. | 490 | 1.60 | 784.00 |
| Strom, Matthew A. | 560 | 3.70 | 2,072.00 |
| Tabernacki, Patryk | 340 | 4.20 | 1,428.00 |
| Timmons, Amy S. | 500 | 17.60 | 8,800.00 |
| TOTAL HOURS/VALUE | | 137.90 | 68,468.00 |

# ✳ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

July 15, 2019

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

Client Number: 14812

For professional consulting services in June 2019:

Re:  Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|-------------|--|-------|-------|
| 6/3/2019 | Nicholl, Kim M. | Call with Jenner, Bennazar and FTI to discuss proposal. | 1.50 | 1,065.00 |
| 6/3/2019 | Libauskas, Jacob | Call with FTI, Jenner, and Bennazar | 1.50 | 645.00 |
| 6/3/2019 | Strom, Matthew A. | Call with FTI, Jenner, and Bennazar | 1.50 | 840.00 |
| 6/10/2019 | Nicholl, Kim M. | Call with FTI, Jenner and Bennazar | 1.20 | 852.00 |
| 6/12/2019 | Libauskas, Jacob | Calls with S Gumbs and the Marchand team to discuss the online calculator. | 1.10 | 473.00 |
| 6/12/2019 | Nicholl, Kim M. | Calls with S Gumbs and the Marchand team to discuss the online calculator. | 1.10 | 781.00 |
| 6/17/2019 | Libauskas, Jacob | Update call with FTI, Bennazar, Jenner | 1.00 | 430.00 |
| 6/17/2019 | Nicholl, Kim M. | Update call with FTI, Bennazar, Jenner | 1.00 | 710.00 |
| 6/17/2019 | Strom, Matthew A. | Update call with FTI, Bennazar, Jenner | 1.00 | 560.00 |
| 6/19/2019 | Libauskas, Jacob | Call with FTI and Bob Gordon | 0.80 | 344.00 |
| 6/19/2019 | Libauskas, Jacob | Call with EY to discuss ballots | 0.60 | 258.00 |
| 6/19/2019 | Libauskas, Jacob | Call and email exchanges with Sean and Bob regarding the ▇▇▇ fix and cost estimate. | 1.50 | 645.00 |
| 6/19/2019 | Nicholl, Kim M. | Call with FTI and Bob Gordon | 0.80 | 568.00 |
| 6/19/2019 | Nicholl, Kim M. | Call with EY to discuss ballots | 0.60 | 426.00 |
| 6/20/2019 | Libauskas, Jacob | Call ▇▇▇▇▇▇▇▇▇▇ | 0.30 | 129.00 |
| 6/24/2019 | Bridges, Geoffrey W. | Call with FTI, Jenner, and Bennazar | 1.00 | 470.00 |
| 6/24/2019 | Libauskas, Jacob | Call with FTI, Jenner, and Bennazar | 1.00 | 430.00 |
| 6/24/2019 | Strom, Matthew A. | Call with FTI, Jenner, and Bennazar | 1.00 | 560.00 |
| 6/24/2019 | Nicholl, Kim M. | Call with FTI, Jenner, and Bennazar | 1.00 | 710.00 |
| 6/24/2019 | Timmons, Amy S. | Call with FTI, Jenner, and Bennazar | 1.00 | 500.00 |
| 6/28/2019 | Bridges, Geoffrey W. | Discussion with Francisco concerning sources of data necessary for the ballots | 0.60 | 282.00 |
| 6/28/2019 | Bridges, Geoffrey W. | Call ▇▇▇▇▇▇▇▇▇▇▇▇ | 0.80 | 376.00 |
| 6/28/2019 | Tabernacki, Patryk | Discussion with Francisco concerning sources of data necessary for the ballots | 0.60 | 204.00 |
| 6/28/2019 | Nicholl, Kim M. | Call ▇▇▇▇▇▇▇▇▇▇▇▇ | 0.80 | 568.00 |
| 6/28/2019 | Nicholl, Kim M. | Discussion with Francisco concerning sources of data necessary for the ballots | 0.60 | 426.00 |

Fee summary:

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 470 | 2.40 | 1,128.00 |
| Libauskas, Jacob | 430 | 7.80 | 3,354.00 |
| Nicholl, Kim M. | 710 | 8.60 | 6,106.00 |
| Strom, Matthew A. | 560 | 3.50 | 1,960.00 |
| Tabernacki, Patryk | 340 | 0.60 | 204.00 |
| Timmons, Amy S. | 500 | 1.00 | 500.00 |
| TOTAL HOURS/VALUE | | 23.90 | 13,252.00 |

 **Segal Consulting**

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

July 15, 2019

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in June 2019:

Re: Matter 006 Retiree Committee Meetings

| Date | Staff Member | | Hours | Value |
|------|--------------|--|-------|-------|
| 6/4/2019 | Libauskas, Jacob | Call with the Retiree Committee | 2.00 | 860.00 |
| 6/4/2019 | Nicholl, Kim M. | Call with the Retiree Committee | 2.00 | 1,420.00 |
| 6/4/2019 | Strom, Matthew A. | Call with the Retiree Committee | 2.00 | 1,120.00 |
| 6/11/2019 | Libauskas, Jacob | Call with the Retiree Committee | 1.50 | 645.00 |
| 6/11/2019 | Nicholl, Kim M. | Call with the Retiree Committee | 1.50 | 1,065.00 |
| 6/11/2019 | Strom, Matthew A. | Call with the Retiree Committee | 1.50 | 840.00 |
| 6/26/2019 | Bridges, Geoffrey W. | Retiree committee conference call | 2.30 | 1,081.00 |
| 6/26/2019 | Strom, Matthew A. | Retiree committee conference call | 2.30 | 1,288.00 |
| 6/26/2019 | Nicholl, Kim M. | Retiree committee conference call | 2.30 | 1,633.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 470.00 | 2.30 | 1,081.00 |
| Libauskas, Jacob | 430.00 | 3.50 | 1,505.00 |
| Nicholl, Kim M. | 710.00 | 5.80 | 4,118.00 |
| Strom, Matthew A. | 560.00 | 5.80 | 3,248.00 |
| TOTAL HOURS/VALUE | | 17.40 | 9,952.00 |

EIN#   13-1975125

 **Segal Consulting**

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

**July 15, 2019**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in June 2019:

Re:  Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|------|------|------|------|------|
| 6/3/2019 | Bridges, Geoffrey W. | Initial work on sixth fee application. | 2.30 | 1,081.00 |
| 6/10/2019 | Nicholl, Kim M. | Initial work on May invoice | 1.60 | 1,136.00 |
| 6/18/2019 | Bridges, Geoffrey W. | Initial work on preparing fee application which includes combining information from monthly invoices, payments received and fees denied. | 2.10 | 987.00 |
| 6/18/2019 | Nicholl, Kim M. | Work on May bill - time in addition to what is typically spent on billing for other clients | 6.80 | 4,828.00 |
| 6/18/2019 | Nicholl, Kim M. | Review of July budget | 0.20 | 142.00 |
| 6/18/2019 | Nicholl, Kim M. | Review of hours for the fee examiner | 0.30 | 213.00 |
| 6/24/2019 | Nicholl, Kim M. | Initial work on fee application | 1.60 | 1,136.00 |
| 6/25/2019 | Bridges, Geoffrey W. | Reviewing guidance from fee examiner on rate increases. | 0.50 | 235.00 |
| 6/27/2019 | Nicholl, Kim M. | Begin work on sixth interim fee application | 2.60 | 1,846.00 |

Fee summary:

| Name | Rate | Hours | Value |
|------|------|------|------|
| Bridges, Geoffrey W. | 470.00 | 4.90 | 2,303.00 |
| Nicholl, Kim M. | 710.00 | 13.10 | 9,301.00 |
| TOTAL HOURS/VALUE | | 18.00 | $11,604.00 |

# ✳ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax:  (312) 896-9384

**August 15, 2019**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in July 2019:

Re:  Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|--------------|--|-------|-------|
| 7/1/2019 | Tabernacki, Patryk | Prepare draft ballot data request letter to retirement systems. | 4.50 | 1,530.00 |
| 7/1/2019 | Walker, Melanie | Review( | 1.80 | 1,008.00 |
| 7/2/2019 | Nicholl, Kim M. | Review web calculator | 1.90 | 1,349.00 |
| 7/2/2019 | Strom, Matthew A. | Test changes and newest updates to benefit cut calculator | 0.80 | 448.00 |
| 7/2/2019 | Timmons, Amy S. | Revisions to calculator, communication with developer and testing of changes | 1.50 | 750.00 |
| 7/3/2019 | Nicholl, Kim M. | Review differences in benefits | 1.60 | 1,136.00 |
| 7/3/2019 | Strom, Matthew A. | Test changes and newest updates to benefit cut calculator | 1.20 | 672.00 |
| 7/3/2019 | Timmons, Amy S. | Testing of changes to calculator and re-deployment | 0.70 | 350.00 |
| 7/8/2019 | Tabernacki, Patryk | Updates made after review of ballot data request. | 1.20 | 408.00 |
| 7/8/2019 | Bridges, Geoffrey W. | Reviewing data request related to retiree ballots and discussing with Segal staff. | 0.60 | 282.00 |
| 7/8/2019 | Baty-Barr, Robert | Weekly analytics reporting for calculator usage - collect data, analyze and provide insights | 1.30 | 351.00 |
| 7/8/2019 | Timmons, Amy S. | Review updates on calculator | 1.60 | 800.00 |
| 7/9/2019 | Strom, Matthew A. | Review withdrawal mechanism mechanics | 0.80 | 448.00 |
| 7/9/2019 | Timmons, Amy S. | Edits/changes to calculator, communication with developer regarding changes, testing of changes. | 1.40 | 700.00 |
| 7/9/2019 | Faucette, Jonathan G. | Produce calculator statistics. | 1.30 | 442.00 |
| 7/10/2019 | Tabernacki, Patryk | Updates to data request letter to the Retirement System. | 0.50 | 170.00 |
| 7/10/2019 | Bridges, Geoffrey W. | Reviewing request for data on retirees | 0.60 | 282.00 |
| 7/11/2019 | Tabernacki, Patryk | Created | 1.80 | 612.00 |
| 7/13/2019 | Bridges, Geoffrey W. | Analyzing data | 0.50 | 235.00 |
| 7/15/2019 | Tabernacki, Patryk | Additional analysis | 1.90 | 646.00 |
| 7/15/2019 | Bridges, Geoffrey W. | Reviewing calculations by P. Tabernacki | 0.90 | 423.00 |
| 7/15/2019 | Bridges, Geoffrey W. | Updating data request letter for retiree ballots and providing to K. Nicholl. | 0.60 | 282.00 |
| 7/15/2019 | Timmons, Amy S. | Edits/changes to language on site, communication with developer, testing/review of changes. | 1.60 | 800.00 |
| 7/17/2019 | Nicholl, Kim M. | Review of differences | 2.90 | 2,059.00 |
| 7/18/2019 | Bridges, Geoffrey W. | Investigating question from Jenner | 1.60 | 752.00 |
| 7/18/2019 | Nicholl, Kim M. | Reconciliation of differences | 0.80 | 568.00 |

| 7/22/2019 | Bridges, Geoffrey W. | Following up on issues relating to differences ▮▮▮▮ | 1.40 | 658.00 |
| 7/22/2019 | Nicholl, Kim M. | Review ▮▮▮▮▮▮▮▮▮▮ | 1.90 | 1,349.00 |
| 7/22/2019 | Baty-Barr, Robert | Weekly analytics reporting for calculator usage - collect data, analyze and provide insights | 1.80 | 486.00 |
| 7/22/2019 | Timmons, Amy S. | Analysis and preparation of report for Committee on website usage statistics | 1.50 | 750.00 |
| 7/23/2019 | Timmons, Amy S. | Review of web calculator revisions | 1.10 | 550.00 |
| 7/29/2019 | Baty-Barr, Robert | Weekly analytics reporting for calculator usage - collect data, analyze and provide insights | 1.90 | 513.00 |
| 7/29/2019 | Timmons, Amy S. | Weekly update to website usage statistics | 0.70 | 350.00 |
| 7/31/2019 | Timmons, Amy S. | Changes to calculator, communication of changes to developer, testing of changes | 1.40 | 700.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Baty-Barr, Robert | 270 | 5.00 | 1,350.00 |
| Bridges, Geoffrey W. | 470 | 6.20 | 2,914.00 |
| Faucette, Jonathan G. | 340 | 1.30 | 442.00 |
| Nicholl, Kim M. | 710 | 9.10 | 6,461.00 |
| Strom, Matthew A. | 560 | 2.80 | 1,568.00 |
| Tabernacki, Patryk | 340 | 9.90 | 3,366.00 |
| Timmons, Amy S. | 500 | 11.50 | 5,750.00 |
| Walker, Melanie | 560 | 1.80 | 1,008.00 |
| TOTAL HOURS/VALUE | | 47.60 | 22,859.00 |

# ✱ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

August 15, 2019

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in July 2019:

Re:   Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|-------------|---|-------|-------|
| 7/8/2019 | Bridges, Geoffrey W. | Call with Jenner, FTI and Bennazar | 1.00 | 470.00 |
| 7/8/2019 | Strom, Matthew A. | Call with Jenner, FTI and Bennazar | 1.10 | 616.00 |
| 7/8/2019 | Nicholl, Kim M. | Call with Jenner, FTI and Bennazar | 1.10 | 781.00 |
| 7/9/2019 | Strom, Matthew A. | Call with FTI ██████████████ | 0.70 | 392.00 |
| 7/9/2019 | Nicholl, Kim M. | Call with FTI ██████████████ | 0.70 | 497.00 |
| 7/23/2019 | Bridges, Geoffrey W. | Call with Jenner, FTI and Bennazar | 1.30 | 611.00 |
| 7/23/2019 | Strom, Matthew A. | Call with Jenner, FTI and Bennazar | 1.20 | 672.00 |
| 7/23/2019 | Nicholl, Kim M. | Call with Jenner, FTI and Bennazar | 1.20 | 852.00 |
| 7/29/2019 | Bridges, Geoffrey W. | Call with FTI, Jenner, Bennazar | 1.20 | 564.00 |
| 7/29/2019 | Nicholl, Kim M. | Call with FTI, Jenner, Bennazar | 1.20 | 852.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 470.00 | 3.50 | 1,645.00 |
| Nicholl, Kim M. | 710.00 | 4.20 | 2,982.00 |
| Strom, Matthew A. | 560.00 | 3.00 | 1,680.00 |
| TOTAL HOURS/VALUE | | 10.70 | 6,307.00 |

EIN#   13-1975125

 Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

**August 15, 2019**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in July 2019:

Re:  Matter 006 Retiree Committee Meetings

| Date | Staff Member | | Hours | Value |
|------|--------------|---|-------|-------|
| 7/18/2019 | Bridges, Geoffrey W. | Retiree committee meeting via conference call | 4.00 | 1,880.00 |
| 7/18/2019 | Strom, Matthew A. | Retiree committee meeting via conference call | 4.00 | 2,240.00 |
| 7/18/2019 | Nicholl, Kim M. | Retiree committee meeting via conference call | 4.00 | 2,840.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 470.00 | 4.00 | 1,880.00 |
| Nicholl, Kim M. | 710.00 | 4.00 | 2,840.00 |
| Strom, Matthew A. | 560.00 | 4.00 | 2,240.00 |
| TOTAL HOURS/VALUE | | 12.00 | 6,960.00 |

EIN#   13-1975125

 **Segal Consulting**

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

**August 15, 2019**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in July 2019:

Re:  Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|------|------|------|------|------|
| 7/1/2019 | Bridges, Geoffrey W. | Review sixth fee application. | 1.00 | 470.00 |
| 7/1/2019 | Nicholl, Kim M. | Work on sixth interim fee application | 6.20 | 4,402.00 |
| 7/2/2019 | Nicholl, Kim M. | Work on fee application | 1.20 | 852.00 |
| 7/8/2019 | Bridges, Geoffrey W. | Reconciling payment received with holdbacks. | 0.30 | 141.00 |
| 7/8/2019 | Nicholl, Kim M. | Work on fee application | 1.40 | 994.00 |
| 7/10/2019 | Nicholl, Kim M. | Work on June billing, time in excess of normal billing time | 6.20 | 4,402.00 |
| 7/11/2019 | Nicholl, Kim M. | Preparation of August budget | 1.30 | 923.00 |
| 7/11/2019 | Nicholl, Kim M. | Preparation of declaration for June invoice | 0.90 | 639.00 |
| 7/15/2019 | Bridges, Geoffrey W. | Checking updates to sixth fee application. | 0.60 | 282.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|------|------|
| Bridges, Geoffrey W. | 470.00 | 1.90 | 893.00 |
| Nicholl, Kim M. | 710.00 | 17.20 | 12,212.00 |
| TOTAL HOURS/VALUE | | 19.10 | $13,105.00 |

EIN#   13-1975125

# ✈ Segal Consulting

101 North Wacker Dr
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

September 23, 2019

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in August 2019:

Re:  Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|--------------|---|-------|-------|
| 8/1/2019 | Tabernacki, Patryk | Data analysis▮ | 0.80 | 272.00 |
| 8/5/2019 | Bridges, Geoffrey W. | Analysis▮ | 0.60 | 282.00 |
| 8/5/2019 | Tabernacki, Patryk | Analysis▮ | 1.50 | 510.00 |
| 8/5/2019 | Baty-Barr, Robert | Weekly analytics reporting for calculator usage - collect data, analyze and provide insights | 1.80 | 486.00 |
| 8/6/2019 | Bridges, Geoffrey W. | Discussing identification▮ in ERS data with Segal staff. | 0.70 | 329.00 |
| 8/6/2019 | Timmons, Amy S. | Analysis and preparation of report for Committee on website usage statistics | 0.90 | 450.00 |
| 8/7/2019 | Bridges, Geoffrey W. | Looking at data fields▮ | 0.80 | 376.00 |
| 8/8/2019 | Bridges, Geoffrey W. | Sent email to professionals about▮ the data. | 0.30 | 141.00 |
| 8/8/2019 | Nicholl, Kim M. | Review▮ document request | 1.10 | 781.00 |
| 8/8/2019 | Tabernacki, Patryk | Additional analysis▮ | 1.20 | 408.00 |
| 8/8/2019 | Timmons, Amy S. | Determination of cause of calculator error, communication with developer to correct. | 1.70 | 850.00 |
| 8/12/2019 | Baty-Barr, Robert | Weekly analytics reporting for calculator usage - collect data, analyze and provide insights | 1.60 | 432.00 |
| 8/12/2019 | Timmons, Amy S. | Analysis and preparation of report for Committee on website usage statistics | 1.00 | 500.00 |
| 8/13/2019 | Bridges, Geoffrey W. | Reviewing▮ document request. | 0.90 | 423.00 |
| 8/14/2019 | Nicholl, Kim M. | Review▮ document request▮ | 1.40 | 994.00 |
| 8/15/2019 | Bridges, Geoffrey W. | Rough estimate▮ | 1.60 | 752.00 |
| 8/15/2019 | Timmons, Amy S. | Complete retest of website for all plans, calculation choices, and amounts | 2.10 | 1,050.00 |
| 8/16/2019 | Bridges, Geoffrey W. | Familiarizing myself with the issues raised in letter▮ | 0.70 | 329.00 |
| 8/16/2019 | Timmons, Amy S. | Testing of calculator - English and Spanish, all plan types, all choices, ▮ | 3.20 | 1,600.00 |
| 8/19/2019 | Bridges, Geoffrey W. | Downloading and quick look at files provided through discovery. | 0.50 | 235.00 |
| 8/19/2019 | Bridges, Geoffrey W. | Reviewing▮ | 1.20 | 564.00 |
| 8/19/2019 | Nicholl, Kim M. | Review▮ | 1.60 | 1,136.00 |
| 8/19/2019 | Baty-Barr, Robert | Weekly analytics reporting for calculator usage - collect data, analyze and provide insights | 1.80 | 486.00 |

| 8/19/2019 | Timmons, Amy S. | Analysis and preparation of report for Committee on website usage statistics | 0.90 | 450.00 |
| 8/20/2019 | Nicholl, Kim M. | Review███████████guidelines | 2.10 | 1,491.00 |
| 8/20/2019 | Timmons, Amy S. | Changes to calculator, communication of changes to developer, testing of calculator | 1.60 | 800.00 |
| 8/21/2019 | Nicholl, Kim M. | Review files received███████ | 1.70 | 1,207.00 |
| 8/21/2019 | Tabernacki, Patryk | Prepared answers to request████████ | 1.30 | 442.00 |
| 8/21/2019 | Timmons, Amy S. | Contine to make changes to calculator, communication with developer regarding changes, testing of changes | 1.40 | 700.00 |
| 8/22/2019 | Tabernacki, Patryk | Process data████████ | 2.20 | 748.00 |
| 8/26/2019 | Nicholl, Kim M. | Continue to review files received███████ | 3.80 | 2,698.00 |
| 8/26/2019 | Baty-Barr, Robert | Weekly analytics reporting for calculator usage - collect data, analyze and provide insights | 1.70 | 459.00 |
| 8/26/2019 | Timmons, Amy S. | Analysis and preparation of report for Committee on website usage statistics | 0.80 | 400.00 |
| 8/28/2019 | Bridges, Geoffrey W. | Revisiting calculation███████ | 1.60 | 752.00 |
| 8/28/2019 | Nicholl, Kim M. | Internal discussion on how to proceed███████ | 0.50 | 355.00 |
| 8/28/2019 | Nicholl, Kim M. | Review█████████to respond to request | 1.80 | 1,278.00 |
| 8/28/2019 | Nicholl, Kim M. | Review spreadsheets███████ | 2.50 | 1,775.00 |
| 8/28/2019 | Timmons, Amy S. | Testing of additional change to calculator | 1.20 | 600.00 |
| 8/29/2019 | Bridges, Geoffrey W. | Researching questions████████ | 1.60 | 752.00 |
| 8/29/2019 | Bridges, Geoffrey W. | Working on extraction of files███████ | 0.60 | 282.00 |
| 8/29/2019 | Nicholl, Kim M. | Review new files███████ | 1.90 | 1,349.00 |
| 8/30/2019 | Bridges, Geoffrey W. | Working with Jenner to access files███████ | 0.50 | 235.00 |
| 8/30/2019 | Nicholl, Kim M. | Continue to review files███████ | 1.40 | 994.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Baty-Barr, Robert | 270 | 6.90 | 1,863.00 |
| Bridges, Geoffrey W. | 470 | 11.60 | 5,452.00 |
| Nicholl, Kim M. | 710 | 19.80 | 14,058.00 |
| Tabernacki, Patryk | 340 | 7.00 | 2,380.00 |
| Timmons, Amy S. | 500 | 14.80 | 7,400.00 |
| TOTAL HOURS/VALUE | | 60.10 | 31,153.00 |

# ✳ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

September 23, 2019

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in August 2019:

Re:   Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|--------------|---|-------|-------|
| 8/5/2019 | Bridges, Geoffrey W. | Call with FTI, Jenner and Bennazar | 1.10 | 517.00 |
| 8/5/2019 | Strom, Matthew A. | Call with FTI, Jenner and Bennazar | 1.10 | 616.00 |
| 8/5/2019 | Nicholl, Kim M. | Call with FTI, Jenner and Bennazar | 1.10 | 781.00 |
| 8/6/2019 | Bridges, Geoffrey W. | Call with FTI, Jenner and Bennazar | 0.70 | 329.00 |
| 8/6/2019 | Nicholl, Kim M. | Call with FTI, Jenner and Bennazar | 0.70 | 497.00 |
| 8/6/2019 | Strom, Matthew A. | Call with FTI, Jenner and Bennazar | 0.70 | 392.00 |
| 8/12/2019 | Nicholl, Kim M. | Professional call with FTI, Jenner and Bennazar | 1.20 | 852.00 |
| 8/12/2019 | Strom, Matthew A. | Professional call with FTI, Jenner and Bennazar | 1.20 | 672.00 |
| 8/12/2019 | Bridges, Geoffrey W. | Professional call with FTI, Jenner and Bennazar | 1.20 | 564.00 |
| 8/15/2019 | Bridges, Geoffrey W. | Professional call with FTI | 0.80 | 376.00 |
| 8/15/2019 | Nicholl, Kim M. | Professional call with FTI | 0.80 | 568.00 |
| 8/19/2019 | Bridges, Geoffrey W. | Professional call with FTI, Jenner and Bennazar | 0.80 | 376.00 |
| 8/19/2019 | Nicholl, Kim M. | Professional call with FTI, Jenner and Bennazar | 0.80 | 568.00 |
| 8/19/2019 | Strom, Matthew A. | Professional call with FTI, Jenner and Bennazar | 0.80 | 448.00 |
| 8/26/2019 | Bridges, Geoffrey W. | Professional call with FTI, Jenner and Bennazar | 1.30 | 611.00 |
| 8/26/2019 | Strom, Matthew A. | Professional call with FTI, Jenner and Bennazar | 1.30 | 728.00 |
| 8/26/2019 | Nicholl, Kim M. | Professional call with FTI, Jenner and Bennazar | 1.30 | 923.00 |
| 8/26/2019 | Timmons, Amy S. | Professional call with FTI, Jenner and Bennazar | 1.30 | 650.00 |
| 8/28/2019 | Nicholl, Kim M. | Call with FTI to discuss █████████ | 0.40 | 284.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 470.00 | 5.90 | 2,773.00 |
| Nicholl, Kim M. | 710.00 | 6.30 | 4,473.00 |
| Strom, Matthew A. | 560.00 | 5.10 | 2,856.00 |
| Timmons, Amy S. | 500.00 | 1.30 | 650.00 |
| TOTAL HOURS/VALUE | | 18.60 | 10,752.00 |


### Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

**September 23, 2019**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in August 2019:

Re:  Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 8/14/2019 | Nicholl, Kim M. | Preparation of declaration to be included with invoice | 0.70 | 497.00 |
| 8/14/2019 | Nicholl, Kim M. | Preparation of detailed hours by person required by fee examiner | 0.90 | 639.00 |
| 8/14/2019 | Nicholl, Kim M. | Preparation of September budget | 0.80 | 568.00 |
| 8/14/2019 | Nicholl, Kim M. | Preparation of July invoice - time in excess of typical time to prepare client invoice | 5.90 | 4,189.00 |
| 8/20/2019 | Bridges, Geoffrey W. | Coordinating invoice approval with Bennezar. | 0.20 | 94.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Bridges, Geoffrey W. | 470.00 | 0.20 | 94.00 |
| Nicholl, Kim M. | 710.00 | 8.30 | 5,893.00 |
| TOTAL HOURS/VALUE | | 8.50 | 5,987.00 |

EIN#   13-1975125

# ✚ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

October 15, 2019

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in September 2019:

Re:  Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|--------------|--|-------|-------|
| 9/3/2019 | Nicholl, Kim M. | Review of presentation to the governor | 1.70 | 1,207.00 |
| 9/3/2019 | Tabernacki, Patryk | Data analysis███████████████████████ | 1.50 | 510.00 |
| 9/4/2019 | Bridges, Geoffrey W. | Downloading files obtained through discovery process. Files received 09/04/2019. | 0.40 | 188.00 |
| 9/4/2019 | Timmons, Amy S. | Preparation of weekly calculator statistics | 1.50 | 750.00 |
| 9/5/2019 | Bridges, Geoffrey W. | Sending exhibit to FTI██████████████ | 0.80 | 376.00 |
| 9/5/2019 | Tabernacki, Patryk | Analysis██████████████████████ | 2.10 | 714.00 |
| 9/6/2019 | Strom, Matthew A. | Review FTI█████████████ deck and provide comments | 1.80 | 1,008.00 |
| 9/8/2019 | Bridges, Geoffrey W. | Reviewing P. Tabernacki work████████ | 0.90 | 423.00 |
| 9/8/2019 | Bridges, Geoffrey W. | Providing guidance for N. Johnson████ analysis. | 0.30 | 141.00 |
| 9/9/2019 | Bridges, Geoffrey W. | Providing data to professionals███████ | 1.10 | 517.00 |
| 9/9/2019 | Johnson, Noel D. | Prepare impact█████████████████ | 1.80 | 738.00 |
| 9/9/2019 | Tabernacki, Patryk | Additional analysis███████████████ for review. | 1.30 | 442.00 |
| 9/9/2019 | Timmons, Amy S. | Preparation of weekly calculator statistics | 1.40 | 700.00 |
| 9/10/2019 | Bridges, Geoffrey W. | Working on determination█████████ | 0.60 | 282.00 |
| 9/10/2019 | Johnson, Noel D. | | 6.30 | 2,583.00 |
| 9/11/2019 | Bridges, Geoffrey W. | Working on███████████questions. | 1.40 | 658.00 |
| 9/11/2019 | Johnson, Noel D. | Summarize███████████████ as requested by Bennazar | 2.00 | 820.00 |
| 9/11/2019 | Johnson, Noel D. | Review██████software setup█████████ | 1.00 | 410.00 |
| 9/12/2019 | Johnson, Noel D. | Summarizing███████████████████ | 1.60 | 656.00 |
| 9/12/2019 | Johnson, Noel D. | Reviewing████████report█████ and valuaton software coding | 3.20 | 1,312.00 |
| 9/12/2019 | Johnson, Noel D. | Reviewing████████report█████ and valuaton software coding | 2.10 | 861.00 |
| 9/12/2019 | Johnson, Noel D. | Reviewing████████report█████ and valuaton software coding | 1.50 | 615.00 |
| 9/13/2019 | Johnson, Noel D. | Prepare████████████████████ | 2.70 | 1,107.00 |
| 9/13/2019 | Johnson, Noel D. | Reviewing███████████and valuation software. | 0.50 | 205.00 |

| Date | Name | Description | Hours | Value |
|---|---|---|---|---|
| 9/13/2019 | Bridges, Geoffrey W. | Reviewing ▮▮▮▮ information and sending to FTI. Follow up communications with FTI. | 1.60 | 752.00 |
| 9/13/2019 | Tabernacki, Patryk | Reviewed ▮▮▮▮ information and assumptions ▮▮▮ | 3.10 | 1,054.00 |
| 9/16/2019 | Timmons, Amy S. | Preparation of weekly calculator statistics | 1.40 | 700.00 |
| 9/17/2019 | Bridges, Geoffrey W. | Reviewing work on impact ▮▮▮▮ | 0.80 | 376.00 |
| 9/17/2019 | Johnson, Noel D. | Preparing ▮▮▮ Summaries | 1.50 | 615.00 |
| 9/17/2019 | Johnson, Noel D. | Reviewing valuation software coding ▮▮ | 1.80 | 738.00 |
| 9/17/2019 | Tabernacki, Patryk | Review exhibits ▮▮▮▮ prepared and ▮▮▮ requests. | 2.70 | 918.00 |
| 9/20/2019 | Nicholl, Kim M. | Review of ▮▮ provisions ▮▮▮ per FTI request | 0.70 | 497.00 |
| 9/20/2019 | Tabernacki, Patryk | Prepared answers to request ▮▮▮ | 1.90 | 646.00 |
| 9/22/2019 | Bridges, Geoffrey W. | Reviewing preliminary information ▮▮▮ ▮▮▮ | 0.60 | 282.00 |
| 9/22/2019 | Bridges, Geoffrey W. | Review of work ▮▮▮ | 1.10 | 517.00 |
| 9/22/2019 | Bridges, Geoffrey W. | Response to team on question ▮▮▮ | 0.40 | 188.00 |
| 9/23/2019 | Bridges, Geoffrey W. | Comparing ▮▮▮ provisions ▮▮▮ | 2.10 | 987.00 |
| 9/23/2019 | Bridges, Geoffrey W. | Calculating ▮▮▮ at ▮▮▮ | 3.80 | 1,786.00 |
| 9/23/2019 | Strom, Matthew A. | Review ▮▮ provisions ▮▮▮ and compare ▮▮▮ | 3.20 | 1,792.00 |
| 9/23/2019 | Strom, Matthew A. | Prepare summary of ▮▮ provisions ▮▮▮ to professionals group | 1.10 | 616.00 |
| 9/23/2019 | Nicholl, Kim M. | Begin review of plan of adjustment | 1.60 | 1,136.00 |
| 9/23/2019 | Tabernacki, Patryk | Process data ▮▮▮ from retirees ▮▮▮ | 2.50 | 850.00 |
| 9/23/2019 | Timmons, Amy S. | Preparation of weekly calculator statistics | 1.50 | 750.00 |
| 9/24/2019 | Bridges, Geoffrey W. | Working on accessing files sent from Jenner obtained through discovery. | 0.40 | 188.00 |
| 9/24/2019 | Bridges, Geoffrey W. | Finalizing and sending to FTI the analysis of ▮▮ retirees ▮▮▮ | 1.80 | 846.00 |
| 9/24/2019 | Johnson, Noel D. | Reviewing data and benefit ▮▮▮ | 1.80 | 738.00 |
| 9/24/2019 | Nicholl, Kim M. | Comparison of proposed ▮▮▮ plan ▮▮▮ | 1.70 | 1,207.00 |
| 9/25/2019 | Johnson, Noel D. | Preparation ▮▮▮ | 2.50 | 1,025.00 |
| 9/26/2019 | Johnson, Noel D. | Continue work ▮▮▮ | 5.40 | 2,214.00 |
| 9/27/2019 | Johnson, Noel D. | Discussing benefit ▮▮▮ analysis with G. Bridges | 0.40 | 164.00 |
| 9/27/2019 | Bridges, Geoffrey W. | Discussing benefit ▮▮▮ analysis with N. | 0.40 | 188.00 |
| 9/27/2019 | Johnson, Noel D. | Updating ▮▮▮ summaries ▮▮▮ | 5.80 | 2,378.00 |
| 9/29/2019 | Bridges, Geoffrey W. | Reviewing analysis ▮▮▮ sending to retirement committee professionals. | 1.60 | 752.00 |
| 9/30/2019 | Johnson, Noel D. | Reviewing Plan of Adjustment | 2.60 | 1,066.00 |
| 9/30/2019 | Johnson, Noel D. | Reviewing valuation ▮▮▮ | 2.10 | 861.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Bridges, Geoffrey W. | 470 | 20.10 | 9,447.00 |
| Johnson, Noel D. | 410 | 46.60 | 19,106.00 |
| Nicholl, Kim M. | 710 | 5.70 | 4,047.00 |
| Strom, Matthew A. | 560 | 6.10 | 3,416.00 |
| Tabernacki, Patryk | 340 | 15.10 | 5,134.00 |
| Timmons, Amy S. | 500 | 5.80 | 2,900.00 |
| TOTAL HOURS/VALUE | | 99.40 | 44,050.00 |

# ✴ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

October 15, 2019

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in September 2019:

Re:   Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|-------------|--|-------|-------|
| 9/4/2019 | Bridges, Geoffrey W. | Conference call with Retiree Committee professionals to discuss status of various projects. | 1.00 | 470.00 |
| 9/4/2019 | Nicholl, Kim M. | Conference call with Retiree Committee professionals to discuss status of various projects. | 1.00 | 710.00 |
| 9/4/2019 | Johnson, Noel D. | Conference call with Retiree Committee professionals to discuss status of various projects. | 1.00 | 410.00 |
| 9/4/2019 | Timmons, Amy S. | Conference call with Retiree Committee professionals to discuss status of various projects. | 1.00 | 500.00 |
| 9/4/2019 | Strom, Matthew A. | Conference call with Retiree Committee professionals to discuss status of various projects. | 1.00 | 560.00 |
| 9/9/2019 | Bridges, Geoffrey W. | Conference call with Retiree Committee professionals. | 1.30 | 611.00 |
| 9/9/2019 | Strom, Matthew A. | Conference call with Retiree Committee professionals. | 1.30 | 728.00 |
| 9/9/2019 | Timmons, Amy S. | Conference call with Retiree Committee professionals. | 1.30 | 650.00 |
| 9/9/2019 | Johnson, Noel D. | Conference call with Retiree Committee professionals. | 1.30 | 533.00 |
| 9/16/2019 | Bridges, Geoffrey W. | Conference call with professionals on current projects. | 1.40 | 658.00 |
| 9/16/2019 | Johnson, Noel D. | Conference call with professionals on current projects. | 1.40 | 574.00 |
| 9/16/2019 | Strom, Matthew A. | Conference call with professionals on current projects. | 1.40 | 784.00 |
| 9/16/2019 | Timmons, Amy S. | Conference call with professionals on current projects. | 1.40 | 700.00 |
| 9/20/2019 | Bridges, Geoffrey W. | Professional call with FTI, Jenner and Bennazar | 1.90 | 893.00 |
| 9/20/2019 | Johnson, Noel D. | Professional call with FTI, Jenner and Bennazar | 1.90 | 779.00 |
| 9/20/2019 | Nicholl, Kim M. | Professional call with FTI, Jenner and Bennazar | 1.90 | 1,349.00 |
| 9/23/2019 | Nicholl, Kim M. | Call with FTI, Bennezar and Jenner to discuss current projects. | 1.00 | 710.00 |
| 9/23/2019 | Timmons, Amy S. | Call with FTI, Bennezar and Jenner to discuss current projects. | 1.00 | 500.00 |
| 9/23/2019 | Bridges, Geoffrey W. | Call with FTI, Bennezar and Jenner to discuss current projects. | 1.00 | 470.00 |
| 9/23/2019 | Strom, Matthew A. | Call with FTI, Bennezar and Jenner to discuss current projects. | 1.00 | 560.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 470 | 6.60 | 3,102.00 |
| Johnson, Noel D. | 410 | 5.60 | 2,296.00 |
| Nicholl, Kim M. | 710 | 3.90 | 2,769.00 |
| Strom, Matthew A. | 560 | 4.70 | 2,632.00 |
| Timmons, Amy S. | 500 | 4.70 | 2,350.00 |
| TOTAL HOURS/VALUE | | 25.50 | 13,149.00 |

EIN#   13-1975125

# ✱ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

October 15, 2019

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in September 2019:

Re:   Matter 006 Retiree Committee Meetings

| Date | Staff Member | | Hours | Value |
|------|--------------|--|-------|-------|
| 9/11/2019 | Strom, Matthew A. | Attended Retiree Committee meeting via conference call. | 3.30 | 1,848.00 |
| 9/11/2019 | Johnson, Noel D. | Attended Retiree Committee meeting via conference call. | 3.30 | 1,353.00 |
| 9/11/2019 | Bridges, Geoffrey W. | Attended Retiree Committee meeting via conference call. | 3.30 | 1,551.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 470.00 | 3.30 | 1,551.00 |
| Johnson, Noel D. | 410.00 | 3.30 | 1,353.00 |
| Strom, Matthew A. | 560.00 | 3.30 | 1,848.00 |
| TOTAL HOURS/VALUE | | 9.90 | 4,752.00 |

EIN#    13-1975125

 **Segal Consulting**

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

October 15, 2019

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in September 2019:

Re: Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|------|-------------|---|-------|-------|
| 9/8/2019 | Bridges, Geoffrey W. | First draft of budget for October. | 0.40 | 188.00 |
| 9/20/2019 | Nicholl, Kim M. | Preparation of August bill - time in excess of typical time needed to prepare client invoice | 1.40 | 994.00 |
| 9/23/2019 | Nicholl, Kim M. | Prepare hours summary for August for the fee examiner | 0.50 | 355.00 |
| 9/23/2019 | Nicholl, Kim M. | Prepare declaration to accompany August invoice. | 0.60 | 426.00 |
| 9/23/2019 | Nicholl, Kim M. | Complete preparation of August invoice - time in excess of typical time to complete client invoice | 5.20 | 3,692.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 470 | 0.40 | 188.00 |
| Nicholl, Kim M. | 710 | 7.70 | 5,467.00 |
| TOTAL HOURS/VALUE | | 8.10 | 5,655.00 |

EIN# 13-1975125