# **EXHIBIT I**

**Detailed Expense Records for Segal Consulting**

[No Expenses this Interim Period**]**