Exhibit A

**Expense Detail**

# Official Committee of Retired Employees
# Of the Commonwealth of Puerto Rico

**Name:** Blanca Paniagua                                          **Period Covered:** From February to September 2019

**Address:** [ ]

| Date | City Visited | Purpose of Trip | Parking | Miles (58 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| February 7, 2019 | San Juan | Committee meeting | | 13 $7.54 | | | | | | |
| February 19, 2019 | San Juan | Committee training | | 13 $7.54 | | | | | | |
| March 8, 2019 | San Juan | Committee meeting | | 13 $7.54 | | | | | | |
| April 9, 2019 | San Juan | Committee meeting | | 13 $7.54 | | | | | | |
| April 25, 2019 | San Juan | Meeting – Retiree Organization | | 13 $7.54 | | | | | | |
| May 23, 2019 | San Juan | Committee meeting | | 13 $7.54 | | | | | | |
| June 26, 2019 | San Juan | Committee meeting | | 13 $7.54 | | | | | | |
| July 18, 2019 | San Juan | Committee meeting | | 13 $7.54 | | | | | | |
| September 11, 2019 | San Juan | Committee meeting | | 13 $7.54 | | | | | | |
| September 25, 2019 | San Juan | Meeting with Governor | | 13 $7.54 | | | | | | |
| **Totals** | | | | $75.76 | | | | | | |

**Additional Information:**                                                                                          **Total: $75.76**

# Official Committee of Retired Employees
# Of the Commonwealth of Puerto Rico

**Name:** Carmen Núñez                                **Period Covered:** From February to September 2019

**Address:** [ ]

| Date | City Visited | Purpose of Trip | Parking | Miles (58 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| February 7, 2019 | San Juan | Committee meeting | | 12 $6.96 | | | | | | |
| February 7, 2019 | San Juan | Meeting with Reporter – El Nuevo Día | | 5 m $2.90 | | | | | | |
| February 12, 2019 | San Juan | Sub Committee meeting | | 12 $6.96 | | | | | | |
| February 19, 2019 | San Juan | Committee training | | 12 $6.96 | | | | | | |
| March 7, 2019 | San Juan | Meeting – Retiree Organization | | 12 $6.96 | | | | | | |
| March 8, 2019 | San Juan | Committee meeting | | 12 $6.96 | | | | | | |
| March 12, 2019 | San Juan | Meeting – Retiree Organization | | 12 $6.96 | | | | | | |
| April 4, 2019 | San Juan | Sub Committee meeting | | 12 $6.96 | | | | | | |
| April 9, 2019 | San Juan | Committee meeting | | 12 $6.96 | | | | | | |
| April 25, 2019 | San Juan | Meeting – Retiree Organization | | 12 $6.96 | | | | | | |
| April 30, 2019 | San Juan | Sub Committee meeting | | 12 $6.96 | | | | | | |
| May 13, 2019 | San Juan | Meeting in the Senate | | 12 $6.96 | | | | | | |

| Date | City Visited | Purpose of Trip | Parking | Miles (58 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| May 15, 2019 | San Juan | Committee meeting | | 12 $6.96 | | | | | | |
| May 23, 2019 | San Juan | Committee meeting | | 12 $6.96 | | | | | | |
| June 11, 2019 | San Juan | Committee meeting | | 12 $6.96 | | | | | | |
| July 10, 2019 | San Juan | Meeting in Bennazar Firm - Major | | 12 $6.96 | | | | | | |
| July 30, 2019 | Sa Juan | Presentation to Retiree Group | | 12 $6.96 | | | | | | |
| August 14, 2019 | San Juan | Meeting in Bennazar Firm | | 12 $6.96 | | | | | | |
| August 15, 2019 | San Juan | Meeting in Bennazar Firm | | 12 $6.96 | | | | | | |
| August 16, 2019 | San Juan | Sub Committee meeting | | 12 $6.96 | | | | | | |
| August 22, 2019 | San Juan | Presentation Ad Agencies | | 12 $6.96 | | | | | | |
| August 23, 2019 | San Juan | Presentation Ad Agencies | | 12 $6.96 | | | | | | |
| August 27, 2019 | San Juan | Presentation to Retiree Group | | 12 $6.96 | | | | | | |
| September 11, 2019 | San Juan | Committee meeting | | 12 $6.96 | | | | | | |
| September 16, 2019 | San Juan | Meeting Metro Reporter | | 12 $6.96 | | | | | | |
| September 23, 2019 | San Juan | Meeting Caribbean Business Reporter | | 12 $6.96 | | | | | | |
| September 25, 2019 | San Juan | Meeting with Governor | | 12 $6.96 | | | | | | |
| September 26, 2019 | San Juan | Meeting in ERS with Administrator | | 12 $6.96 | | | | | | |
| **Totals** | | | | $190.82 | | | | | | |

## Official Committee of Retired Employees
## Of the Commonwealth of Puerto Rico

**Name:** Juan Ortiz                                                  **Period Covered:** From February to September 2019

**Address:** [ ]

| Date | City Visited | Purpose of Trip | Parking | Miles (58 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| February 7, 2019 | San Juan | Committee meeting | | 78 miles $45.24 | $6.75 | | | | | |
| February 19, 2019 | San Juan | Committee training | | 78 miles $45.24 | $6.75 | | | | | |
| March 8, 2019 | San Juan | Committee meeting | | 78 miles $45.24 | $6.75 | | | | | |
| March 25, 2019 | San Juan | Committee meeting | | 78 miles $45.24 | $6.75 | | | | | |
| April 9, 2019 | San Juan | Committee meeting | | 78 miles $45.24 | $6.75 | | | | | |
| May 23, 2019 | San Juan | Committee meeting | | 78 miles $45.24 | $6.75 | | | | | |
| June 5, 2019 | San Juan | Meeting – Retiree Organization | | 78 miles $45.24 | $6.75 | | | | | |
| June 11, 2019 | San Juan | Committee meeting | | 78 miles $45.24 | $6.75 | | | | | |
| June 24, 2019 | San Juan | Meeting – Retiree Organization | | 78 miles $45.24 | $6.75 | | | | | |
| June 26, 2019 | San Juan | Committee meeting | | 78 miles $45.24 | $6.75 | | | | | |
| July 18, 2019 | San Juan | Committee meeting | | 78 miles $45.24 | $6.75 | | | | | |
| September 25, 2019 | San Juan | Meeting with Governor | | 78 miles $45.24 | $6.75 | | | | | |
| **Totals** | | | | **$542.88** | **$81.00** | | | | | |

**Total: $623.88**

# Official Committee of Retired Employees
# Of the Commonwealth of Puerto Rico

**Name:** Marcos López                              **Period Covered:** From February to September 2019

**Address:** [ ]

| Date | City Visited | Purpose of Trip | Parking | Miles (58 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| February 7, 2019 | San Juan | Committee meeting | | 16.7 miles $9.69 | $2.30 | | | | | |
| February 19, 2019 | San Juan | Committee training | | 16.7 miles $9.69 | $2.30 | | | | | |
| March 6, 2019 | San Juan | Meeting – Retiree Organizations | | 16.7 miles $9.69 | $2.30 | | | | | |
| March 8, 2019 | San Juan | Committee meeting | | 16.7 miles $9.69 | $2.30 | | | | | |
| March 25, 2019 | San Juan | Committee meeting | | 16.7 miles $9.69 | $2.30 | | | | | |
| March 27, 2019 | San Juan | Meeting – Retiree Organizations | | 16.7 miles $9.69 | $2.30 | | | | | |
| April 9, 2019 | San Juan | Committee meeting | | 16.7 miles $9.69 | $2.30 | | | | | |
| May 15, 2019 | San Juan | Committee meeting | | 16.7 miles $9.69 | $2.30 | | | | | |
| May 23, 2019 | San Juan | Committee meeting | | 16.7 miles $9.69 | $2.30 | | | | | |
| June 11, 2019 | San Juan | Committee meeting | | 16.7 miles $9.69 | $2.30 | | | | | |
| June 26, 2019 | San Juan | Committee meeting | | 16.7 miles $9.69 | $2.30 | | | | | |
| July 18, 2019 | San Juan | Committee meeting | | 16.7 miles $9.69 | $2.30 | | | | | |

**Note: Attach all receipts**

| Date | City Visited | Purpose of Trip | Parking | Miles (58 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| July 30, 2019 | Sa Juan | Presentation to Retiree Group | | 16.7 miles $9.69 | $2.30 | | | | | |
| August 29, 2019 | San Juan | Participated in Radio Program | | 16.7 miles $9.69 | $2.30 | | | | | |
| September 11, 2019 | San Juan | Committee meeting | | 16.7 miles $9.69 | $2.30 | | | | | |
| September 25, 2019 | San Juan | Meeting with Governor | | 16.7 miles $9.69 | $2.30 | | | | | |
| November 6, 2019 | San Juan | Committee meeting | | 16.7 miles $9.69 | $2.30 | | | | | |
| **Totals** | | | | **$164.73** | **$39.10** | | | | | |

**Additional Information:**                                                                                     **Total: $203.83**

**Note: Attach all receipts**

# Official Committee of Retired Employees
# Of the Commonwealth of Puerto Rico

**Name:** Mr. Miguel Fabre                                      **Period Covered:** From February to September 2019

**Address:** [ ].

| Date | City Visited | Purpose of Trip | Parking | Miles (58 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| February 7, 2019 | San Juan | Committee meeting | | 10 m $5.80 | $1.10 | | | | | |
| February 7, 2019 | San Juan | Meeting with Reporter – El Nuevo Día | | 5 m $2.90 | $0 | | | | | |
| February 19, 2019 | San Juan | Committee training | | 10 m $5.80 | $1.10 | | | | | |
| March 5, 2019 | San Juan | Meeting – Retiree Organization | | 10 m $5.80 | $1.10 | | | | | |
| March 8, 2019 | San Juan | Committee meeting | | 10 m $5.80 | $1.10 | | | | | |
| March 12, 2019 | San Juan | Meeting – Retiree Organization | | 10 m $5.80 | $1.10 | | | | | |
| March 19, 2019 | San Juan | Meeting – Retiree Organization | | 10 m $5.80 | $1.10 | | | | | |
| March 20, 2019 | San Juan | Meeting – Retiree Organization | | 10 m $5.80 | $1.10 | | | | | |
| March 25, 2019 | San Juan | Committee meeting | | 10 m $5.80 | $1.10 | | | | | |
| March 27, 2019 | San Juan | Meeting – Retiree Organization | | 10 m $5.80 | $1.10 | | | | | |
| March 30, 2019 | San Juan | Interview – Radio Isla | | 10 m $5.80 | $1.10 | | | | | |
| April 9, 2019 | San Juan | Committee meeting | | 10 m $5.80 | $1.10 | | | | | |
| April 12, 2019 | San Juan | Meeting with legal representatives | | 10 m $5.80 | $1.10 | | | | | |

| Date | City Visited | Purpose of Trip | Parking | Miles (58 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| April 25, 2019 | San Juan | Meeting – Retiree Organization | | 10 m $5.80 | $1.10 | | | | | |
| May 13, 2019 | San Juan | Meeting in the Senate | | 10 m $5.80 | $1.10 | | | | | |
| May 15, 2019 | San Juan | Committee meeting | | 10 m $5.80 | $1.10 | | | | | |
| May 23, 2019 | San Juan | Committee meeting | | 10 m $5.80 | $1.10 | | | | | |
| June 6, 2019 | San Juan | Committee meeting | | 10 m $5.80 | $1.10 | | | | | |
| June 11, 2019 | San Juan | Committee meeting | | 10 m $5.80 | $1.10 | | | | | |
| June 13, 2019 | San Juan | Meeting in the Senate | | 10 m $5.80 | $1.10 | | | | | |
| June 12, 2019 | San Juan | Participated in Radio Program | | 8 m $4.64 | $.40 | | | | | |
| June 24, 2019 | San Juan | Meeting – Retiree Organization | | 10 m $5.80 | $1.10 | | | | | |
| June 26, 2019 | San Juan | Committee meeting | | 10 m $5.80 | $1.10 | | | | | |
| June 29, 2019 | San Juan | Participated in Radio Program | | 10 m $5.80 | $1.10 | | | | | |
| July 10, 2019 | San Juan | Meeting in Bennazar Firm - Major | | 10 m $5.80 | $1.10 | | | | | |
| July 18, 2019 | San Juan | Committee meeting | | 10 m $5.80 | $1.10 | | | | | |
| July 30, 2019 | Sa Juan | Presentation to Retiree Group | | 10 m $5.80 | $1.10 | | | | | |
| August 7, 2019 | San Juan | Meeting in Bennazar Firm | | 10 m $5.80 | $1.10 | | | | | |
| August 15, 2019 | San Juan | Meeting in Bennazar Firm | | 10 m $5.80 | $1.10 | | | | | |
| September 11, 2019 | San Juan | Committee meeting | | 10 m $5.80 | $1.10 | | | | | |

| Date | City Visited | Purpose of Trip | Parking | Miles (58 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| September 13, 2019 | Rio Grande | Presentation to Retiree Group | | 35.2 m $18.56 | $4.20 | | | | | |
| September 16, 2019 | San Juan | Meeting with reporter - Metro | | 10 m $5.80 | $1.10 | | | | | |
| September 17, 2019 | San Juan | Meeting - AARP | | 10 m $5.80 | $1.10 | | | | | |
| September 23, 2019 | San Juan | Interview – Radio Isla | | 10 m $5.80 | $1.10 | | | | | |
| September 23, 2019 | San Juan | Interview – Caribbean Business | | 5 m $2.90 | $0 | | | | | |
| September 25, 2019 | San Juan | Meeting with Governor | | 10 m $5.80 | $1.10 | | | | | |
| September 26, 2019 | San Juan | Meeting in ERS with Administrator | | 10 m $5.80 | $1.10 | | | | | |
| **Totals** | | | | **$220.40** | **$40.90** | | | | | |

**Additional Information:**                                                                                     **Total: $261.30**

**3**

# Official Committee of Retired Employees
# Of the Commonwealth of Puerto Rico

**Name:** Milagros Acevedo                                           **Period Covered:** From February to September 2019

**Address:** [ ]

| Date | City Visited | Purpose of Trip | Parking | Miles (58 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| February 7, 2019 | San Juan | Committee meeting | | 16 miles $9.28 | $1.10 | | | | | |
| February 19, 2019 | San Juan | Committee training | | 16 miles $9.28 | $1.10 | | | | | |
| March 8, 2019 | San Juan | Committee meeting | | 16 miles $9.28 | $1.10 | | | | | |
| March 25, 2019 | San Juan | Committee meeting | | 16 miles $9.28 | $1.10 | | | | | |
| April 9, 2019 | San Juan | Committee meeting | | 16 miles $9.28 | $1.10 | | | | | |
| May 23, 2019 | San Juan | Committee meeting | | 16 miles $9.28 | $1.10 | | | | | |
| June 11, 2019 | San Juan | Committee meeting | | 16 miles $9.28 | $1.10 | | | | | |
| June 26, 2019 | San Juan | Committee meeting | | 16 miles $9.28 | $1.10 | | | | | |
| July 18, 2019 | San Juan | Committee meeting | | 16 miles $9.28 | $1.10 | | | | | |
| September 11, 2019 | San Juan | Committee meeting | | 16 miles $9.28 | $1.10 | | | | | |
| September 25, 2019 | San Juan | Meeting with Governor | | 16 miles $9.28 | $1.10 | | | | | |
| **Totals** | | | | $102.08 | $12.10 | | | | | |

**Total: $114.18**

**Note: Attach all receipts**

## Official Committee of Retired Employees
## Of the Commonwealth of Puerto Rico

**Name:** Rosario Pacheco                                                                     **Period Covered:** From February to September 2019

**Address:** [ ]

| Date | City Visited | Purpose of Trip | Parking | Miles (58 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| February 7, 2019 | San Juan | Committee meeting | | 5 miles $2.90 | | | | | | |
| February 12, 2019 | San Juan | Sub Committee meeting | | 5 miles $2.90 | | | | | | |
| February 19, 2019 | San Juan | Committee training | | 5 miles $2.90 | | | | | | |
| March 8, 2019 | San Juan | Committee meeting | | 5 miles $2.90 | | | | | | |
| April 4, 2019 | San Juan | Sub Committee meeting | | 5 miles $2.90 | | | | | | |
| April 9, 2019 | San Juan | Committee meeting | | 5 miles $2.90 | | | | | | |
| April 30, 2019 | San Juan | Sub Committee meeting | | 5 miles $2.90 | | | | | | |
| May 15, 2019 | San Juan | Committee meeting | | 5 miles $2.90 | | | | | | |
| June 11, 2019 | San Juan | Committee meeting | | 5 miles $2.90 | | | | | | |
| June 26, 2019 | San Juan | Committee meeting | | 5 miles $2.90 | | | | | | |
| September 11, 2019 | San Juan | Committee meeting | | 5 miles $2.90 | | | | | | |
| September 25, 2019 | San Juan | Meeting with Governor | | 5 miles $2.90 | | | | | | |
| **Totals** | | | | **$34.80** | **$** | | | | | |

**Total: $34.80**

**Note: Attach all receipts**