### UNITED STATES DITRICT COURT
### DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>Debtors. | PROMESA Title III<br><br>Case No. 17 BK-3283-LTS<br>(Jointly Administered) |

### NOTICE OF HEARING ON
### MOTION AND MEMORANDUM OF LAW IN SUPPORT OF DUFF & PHELPS, LLC MOTION FOR SUMMARY JUDGMENT UNDER FED. R. BANKR. P 7056 AND STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER FED. R. BANKR. P. 7056 (a)

**PLEASE TAKE NOTICE** that a hearing on the Motion and Memorandum of Law in Support of Duff & Phelps, LLC Motion for Summary Judgment under Fed. R. Bankr. P 7056 and the Statement of Material Facts in Support of Motion for Partial Summary Judgment Under Fed. R. Bank. P. 7056(a) (together the "Motion for Summary Judgment") will be held before the Honorable Laura Taylor Swain, United States District Court Judge, at the District of Puerto Rico, 150 Calle Chardon, San Juan, Puerto Rico, 00918, on December 11, 2019 at 9:30 am (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections") to the Motion for Summary Judgment by any party shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Puerto Rico, shall be filed with the Court (a) by attorneys practicing in the District Court, including attorneys admitted *pro hac vice*, electronically in accordance with Rule 5 of the Local Rules for the District of Puerto Rico; and (b) by all parties in interest, in text-searchable portable document (PDF), to the extent applicable, and shall be served in accordance with the Tenth Amended Case

Management Procedures [Docket No. 8027-1], so as to be received by no later than November 26, 2019 at 4:00pm. (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the District Court may enter an order granting the relief sought without a hearing pursuant to the Tenth Amended Case Management Procedures.

In San Juan, Puerto Rico, this 15th day of November, 2018.

Respectfully submitted,

**ANTONETTI MONTALVO & RAMIREZ COLL**
*Attorneys for Duff & Phelps, LLC*
P.O. Box 13128
San Juan, PR 00908
Tel: (787) 977-0303
Fax: (787) 977-0323

**s/ Jose L. Ramirez-Coll**
JOSE L. RAMIREZ-COLL
USDC-PR No. 221702
jramirez@amrclaw.com

**SCHULTE ROTH & ZABEL LLP**
*Attorneys for Duff & Phelps, LLC*
919 Third Avenue
New York, New York 10022
Tel: (212) 756-2150
Fax: (212) 593-5955

**s/ Michael L. Cook**
MICHAEL L. COOK*
michael.cook@srz.com