AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
Brad M. Kahn (*pro hac vice* pending)

*Counsel to the Participant Monarch Alternative Capital LP*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17-BK-3283 (LTS) |
| as representative of | (Jointly Administered) |
| THE COMMON WEALTH OF PUERTO RICO, *et al.*, | |
| Debtors.[1] | |

---

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17-BK-3566 (LTS) |
| as representative of | (Jointly Administered) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtor. | |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("the Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284) (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (LTS)) (Last First Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## CERTIFICATE OF SERVICE

SOPHIA LEVY

1. I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action; my business address is: One Bryant Park, New York, NY 10036.

2. I certify that on November 14, 2019, I caused a true and correct copy of the *Notice of Participation in Litigation of Objections to ERS Bond Claims* [Docket No. 9169] to be served on the parties listed on the annexed **Exhibit A** via email and **Exhibit B** via first class mail.

New York, New York

Dated: November 15, 2019

*[signature]*

Sophia Levy

## EXHIBIT A

| NAME | NOTICE NAME | EMAIL |
| --- | --- | --- |
| JENNER & BLOCK LLP | Attn: Robert Gordon, Esq.<br>Catherine Steege, Esq.<br>Melissa Root, Esq.<br>Landon Raiford, Esq. | rgordon@jenner.com<br>csteege@jenner.com<br>mroot@jenner.com<br>lraiford@jenner.com |
| BENNAZAR, GARCÍA & MILLIÁN, C.S.P. | Attn: A.J. Bennazar-Zequeira, Esq.<br>Héctor M. Mayol Kauffman, Esq.<br>Francisco del Castillo Orozco, Esq. | ajb@bennazar.org<br>hector.mayol@bbennazar.com |
| PROSKAUER ROSE LLP | Attn: Martin J. Bienenstock, Esq.<br>Brian S. Rosen, Esq.<br>Jeffrey W. Levitan, Esq.<br>Margaret A. Dale, Esq. | mbienenstock@proskauer.com<br>brosen@proskauer.com<br>jlevitan@proskauer.com<br>mdale@proskauer.com |
| A&S LEGAL STUDIO, PSC. | Attn: Luis F. del Valle-Emmanuelli, Esq. | dvelawoffices@gmail.com |
| BROWN RUDNICK LLP | Attn: Edward S. Weisfelner, Esq.<br>Angela M. Papalaskaris, Esq. | ewisfelner@brownrudnick.com<br>apapalaskaris@brownrudnick.com |
| ESTRELLA, LLC | Attn: Alberto Estrella, Esq.<br>Kenneth C. Suria, Esq. | agestrella@estrellallc.com<br>ksuria@estrellallc.com |

## EXHIBIT B

**O'MELVENY & MYERS LLP**
Attn: John J. Rapisardi, Suzzanne Uhland, Peter Friedman
7 Times Square
New York, NY 10036

**Marini Pietrantoni Muñiz LLC**
Attn: Luis C. Marini-Biaggi
250 Ponce de León Ave., Suite 900,
San Juan, Puerto Rico, 00918