# EXHIBIT D

**Summary of Jenner & Block LLP Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| Timekeeper Category | | Blended Hourly Rate | |
|---|---|---|---|
| | | **Worked and Billed in 2018** (excluding Restructuring lawyers) | **Billed in this Fee Application** |
| **Partner** | | **$769** | **$1045.06** |
| | Partner – Sr. (20+ years) | $820 | $1,147.78 |
| | Partner – Mid (13-19 years) | $726 | $934.89 |
| | Partner – Jr. (0-12 years) | $700 | $862.04 |
| **Associate** | | **$529** | **$731.95** |
| | Associate – Sr. (5+ years) | $621 | $859.77 |
| | Associate – Sr. (4-5years) | 588 | $667.95 |
| | Associate – Jr. (0-3 years) | $506 | $575.35 |
| **Paralegal** | N/A | $284 | $321.65 |
| **Other** | N/A | $370 | $476.65 |
| **Blended Rate for all Attorneys in this Fee Application** | | | $954.27 |
| **Blended Rate for all Attorneys with 15% discount** | | | $811.13 |
| **Blended Rate for All Timekeepers in this Fee Application** | | | $841.09 |
| **Blended Rate for all Timekeepers with 15% discount** | | | $714.93 |

| | |
|---|---|
| Case Name: | In re Commonwealth of Puerto Rico, et al. |
| Case Number: | 17 BK 3283-LTS |
| Applicant's Name: | Jenner & Block LLP |
| Date of Application: | November 14, 2019 |
| Interim or Final: | Interim |