# EXHIBIT E

## Summary of Jenner & Block LLP Hours Worked and Fees Incurred

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Requested |
|---|---|---|---|---|---|---|
| IAN HEATH GERSHENGORN | Partner | 1993 | Appellate & Supreme Court Practice | $1,250 | 59.80 | $74,750.00 |
| ROBERT D. GORDON | Partner | 1989 | Restructuring & Bankruptcy | $1,150 | 620.10 | $713,115.00 |
| SARAH E. HADDY | Partner | 2009 | Employee Benefits | $860 | 33.90 | $29,154.00 |
| MARC B. HANKIN | Partner | 1992 | Restructuring & Bankruptcy | $1,100 | 130.80 | $143,880.00 |
| LINDSAY C. HARRISON | Partner | 2003 | Appellate & Supreme Court Practice | $935 | 15.70 | $14,679.50 |
| KERI HOLLEB HOTALING | Partner | 2000 | Complex Commercial Litigation | $890 | 0.50 | $445.00 |
| CARTER H. KLEIN | Partner | 1972 | Corporate | $775 | 4.80 | $3,720.00 |
| RICHARD B. LEVIN | Partner | 1975 | Restructuring & Bankruptcy | $1,350 | 0.80 | $1,080.00 |
| EMILY M. LOEB | Partner | 2009 | Investigations, Compliance & Defense | $865 | 25.90 | $22,403.50 |
| LANDON S. RAIFORD | Partner | 2008 | Restructuring & Bankruptcy | $860 | 267.60 | $230,136.00 |
| DEVI M. RAO | Partner | 2010 | Appellate & Supreme Court Practice | $855 | 86.20 | $73,701.00 |
| MELISSA M. ROOT | Partner | 2003 | Restructuring & Bankruptcy | $935 | 212.30 | $198,500.50 |
| CATHERINE L. STEEGE | Partner | 1982 | Restructuring & Bankruptcy | $1,150 | 176.70 | $203,205.00 |
| ADRIENNE LEE BENSON | Associate | 2015 | Appellate & Supreme Court Practice | $685 | 148.70 | $101,859.50 |
| TASSITY S. JOHNSON | Associate | 2013 | Appellate & Supreme Court Practice | $770 | 14.10 | $10,857.00 |
| CAYMAN C. MITCHELL | Associate | 2018 | Litigation | $500 | 4.00 | $2,000.00 |
| ANDREW C. NOLL | Associate | 2014 | Appellate & Supreme Court Practice | $735 | 63.00 | $46,305.00 |
| KATHERINE A. ROSOFF | Associate | 2017 | Litigation | $580 | 64.80 | $37,584.00 |
| JOHN D. VANDEVENTER | Associate | 2014 | Restructuring and Bankruptcy | $725 | 49.80 | $36,105.00 |
| CARL N. WEDOFF | Associate | 2010 | Restructuring and Bankruptcy | $865 | 241.90 | $209,243.50 |
| WILLIAM A. WILLIAMS | Associate | 2018 | Restructuring & Bankruptcy | $550 | 81.40 | $44,770.00 |
| LAURA E. PELANEK | Staff Attorney | 2004 | Litigation | $485 | 184.70 | $89,579.50 |
| OWEN W. KEITER | Clerk | N/A | Litigation | $500 | 1.20 | $600.00 |
| ESMERALDA BAKO | Paralegal | N/A | Litigation | $225 | 0.20 | $45.00 |
| TOI D. HOOKER | Paralegal | N/A | Restructuring and Bankruptcy | $395 | 156.20 | $61,699.00 |
| CHERYL OLSON | Paralegal | N/A | Litigation | $395 | 30.00 | $11,850.00 |
| MARY F. PATSTON | Paralegal | N/A | Litigation | $350 | 14.00 | $4,900.00 |

# **EXHIBIT E**

## Summary of Jenner & Block LLP Hours Worked and Fees Incurred

| Name | Role | | Department | Rate | Hours | Fees |
|---|---|---|---|---|---|---|
| MARC A. PATTERSON | Paralegal | N/A | Restructuring and Bankruptcy | $225 | 129.90 | $29,227.50 |
| CHARLOTTE M. STRETCH | Paralegal | N/A | Appellate & Supreme Court Practice | $325 | 16.40 | $5,330.00 |
| ADAM H. WEIDMAN | Paralegal | N/A | Litigation | $225 | 0.70 | $157.50 |
| ANNETTE M. YOUNG | Paralegal | N/A | Litigation | $225 | 15.20 | $3,420.00 |
| STEPHEN S. MELLIN | Library Services | N/A | Information Services | $350 | 3.50 | $1,225.00 |
| TRICIA J. PEAVLER | Library Services | N/A | Information Services | $350 | 8.40 | $2,940.00 |
| MARY E. RUDDY | Library Services | N/A | Information Services | $350 | 0.50 | $175.00 |
| **Sub-Total*** | | | | | **2863.70** | **$2,408,642.00** |
| Less 15% Fee Discount on all matters except the Non-working Travel Matter | | | | | | $338,442.31 |
| Less 50% Discount on Non-working Travel Matter | | | | | | $76,180.25 |
| **Total** | | | | | | **$1,994,019.44** |