## EXHIBIT F

### Summary of Jenner & Block LLP Expenses

| Service Description | Amount |
|---|---|
| Audiovisual | $549.04 |
| B&W Copy | $6,837.00 |
| Business Meals | $111.14 |
| Color Copy | $872.25 |
| Court Fees | $280.00 |
| Database Research | $10.50 |
| In-City Transportation | $345.15 |
| Lexis Research | $526.35 |
| Other Professional Services - Alix Partners LLP; Transperfect Translations; Byron S. Adams | $16,384.29 |
| Overtime Dinner | $42.42 |
| Pacer Charges | $39.10 |
| Postage Expense | $444.20 |
| Publications/Books | $17,587.15 |
| Special Search | $50.00 |
| Telephone Expense | $2,371.59 |
| Transcripts - Court Appearance- Deposition | $18,145.89 |
| UPS | $901.87 |
| Westlaw Research | $8,331.68 |
| **Travel** | |
|     Airfare | $17,483.09 |
|     Airfair Credit | ($385.70) |
|     Ground Transportation | $2,058.62 |
|     Hotel | $12,284.86 |
|     Meals | $5,740.68 |
|     Parking | $132.00 |
| **TOTAL** | **$111,143.17** |