**EXHIBIT G**
**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Matter | Total Billed Hours | Total Fees |
|---|---:|---:|
| ADV. PROC. 17-213 – ERS v. ALTAIR | 123.90 | $102,002.00 |
| ADV. PROC. 17-219, 17-220 – ALTAIR v. ERS | 0.10 | $58.00 |
| ADV. PROC. 17-228, 17-229 - UTIER | 0.10 | $58.00 |
| ADV. PROC. 17-257 – UCC v. WHYTE | 0.30 | $345.00 |
| ADV. PROC. 17-151, 17-152 - PEAJE | 0.10 | $58.00 |
| ADV. PROC. 17-155, 17-156, 17-159 AMBAC; ASSURED | 33.40 | $15,565.00 |
| ADV. PROC. 18-149 - FOMB v. PBA | 41.60 | $26,604.00 |
| CASE ADMINISTRATION/MISCELLANEOUS | 256.40 | $164,113.50 |
| CHALLENGES TO PROMESA | 441.90 | $351,854.00 |
| COMMITTEE GOVERNANCE AND MEETINGS | 89.90 | $98,027.50 |
| COMMUNICATIONS WITH RETIREES | 33.80 | $36,812.00 |
| COURT HEARINGS | 37.60 | $36,081.00 |
| ECONOMIC AND DISASTER RECOVERY ANALYSIS | 0.40 | $460.00 |
| EMPLOYMENT OF PROFESSIONALS (JENNER) | 51.70 | $38,783.00 |
| ERS BOND ISSUES | 604.60 | $421,116.50 |
| FEE APPLICATION AND STATEMENTS | 66.50 | $50,858.00 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 727.40 | $765,657.00 |
| GO BONDS ISSUES | 0.40 | $460.00 |
| MEDIATION | 89.80 | $93,869.00 |
| PENSION ANALYSIS | 2.00 | $2,043.50 |
| PREPA | 4.70 | $2,766.00 |
| RULE 2004 INVESTIGATION | 104.80 | $48,690.50 |
| NON-WORKING TRAVEL TIME | 152.30 | $152,360.50 |
| **Sub-Total*** | 2,863.70 | $2,408,642.00 |
| Less 15% Fee Discount on all matters (except Non-Working Travel) | | $338,442.31 |
| Less 50% Discount on Non-Working Travel | | $76,180.25 |
| **Total** | | **$1,994,019.44** |