# **EXHIBIT I**

**Detailed Expense Records for Jenner & Block**

# June 2019

LAW OFFICES
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                     **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 6/03/19 | Travel, ROBERT D. GORDON, 05/22-23/2019; San Juan, PR; attend meetings. Taxi charges. | 39.24 |
| 6/03/19 | Color Copy | 3.75 |
| 6/03/19 | B&W Copy | 24.80 |
| 6/05/19 | B&W Copy | 11.20 |
| 6/06/19 | Other Professional Services; ALIX PARTNERS LLP; 06/06/2019;Relativity vendore invoices for services 5/1-5/31/19 | 679.50 |
| 6/06/19 | Color Copy | 2.25 |
| 6/06/19 | B&W Copy | 4.60 |
| 6/06/19 | UPS; UNITED PARCEL SERVICE; 06/06/2019 1324915392 6/6/2019 | 67.04 |
| 6/07/19 | Travel, ROBERT D. GORDON, 06/03-05/2019; San Juan, PR; attend meetings; Air fare. | 1,343.40 |
| 6/07/19 | Travel, ROBERT D. GORDON, 05/22-23/2019; San Juan, PR; attend meetings; Air fare. | 1,101.36 |
| 6/07/19 | Travel, ROBERT D. GORDON, 05/22-23/2019; San Juan, PR; attend meetings; Lodging. | 320.61 |
| 6/07/19 | Travel, ROBERT D. GORDON, 05/22-23/2019; San Juan, PR; attend meetings; in flight wi-fi. | 18.00 |
| 6/07/19 | B&W Copy | 1.60 |
| 6/08/19 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 06/08/2019; Spanish/English translation 6/14/19 | 995.00 |
| 6/10/19 | B&W Copy | 2.40 |
| 6/10/19 | B&W Copy | 35.30 |
| 6/12/19 | Transcripts - Deposition; GREGORY EDWARDS, LLC; 06/12/2019; Leslie Highly 5/31/19 | 1,958.69 |
| 6/12/19 | Transcripts - Deposition; GREGORY EDWARDS, LLC; 06/12/2019; James Bolin 6/4/19 | 1,558.55 |
| 6/12/19 | Travel, MELISSA M. ROOT, 06/12/2019, New York, NY,6/3-4/19, hearing;Taxis | 192.83 |
| 6/12/19 | Travel, MELISSA M. ROOT, 06/12/2019, New York, NY,6/3-4/19, hearing;Meal | 6.54 |
| 6/12/19 | Travel, MELISSA M. ROOT, 06/12/2019, New York, NY,6/3-4/19, hearing;Lodging | 609.38 |
| 6/12/19 | Travel, MELISSA M. ROOT, 06/12/2019, New York, NY,6/3-4/19, hearing;Airfare | 696.61 |
| 6/13/19 | Travel, LANDON S. RAIFORD, 05/28-06/01/2019; San Juan, PR; attend depositions; Taxis | 162.89 |
| 6/13/19 | Travel, LANDON S. RAIFORD, 05/28-06/01/2019; San Juan, PR; attend depositions; Meals with H. Mayol, Nicholas Basset and L. Raiford | 113.76 |
| 6/13/19 | Travel, LANDON S. RAIFORD, 05/28-06/01/2019; San Juan, PR; attend depositions; Lodging | 1,538.79 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---:|
| 6/13/19 | Travel, LANDON S. RAIFORD, 05/28-06/01/2019; San Juan, PR; attend depositions; Airfare | 1,466.40 |
| 6/13/19 | Travel, LANDON S. RAIFORD, 06/03-06/2019; New York, NY; attend depositions; Taxis | 245.96 |
| 6/13/19 | Travel, LANDON S. RAIFORD, 06/03-06/2019; New York, NY; attend depositions; Lodging | 1,952.63 |
| 6/13/19 | Travel, LANDON S. RAIFORD, 06/03-06/2019; New York, NY; attend depositions; Internet Connectivity | 59.58 |
| 6/13/19 | Travel, LANDON S. RAIFORD, 06/03-06/2019; New York, NY; attend depositions; Airfare | 765.40 |
| 6/13/19 | Color Copy | .25 |
| 6/13/19 | B&W Copy | 9.00 |
| 6/16/19 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 06/16/2019; Spanish/English translation 6/11/19 | 995.00 |
| 6/17/19 | B&W Copy | 8.50 |
| 6/18/19 | Travel, ROBERT D. GORDON, 05/22-23/2019; San Juan, PR; attend meetings. Meal charges. | 37.75 |
| 6/18/19 | Travel, ROBERT D. GORDON, 05/22-23/2019; San Juan, PR; attend meetings. Meal charges. | 34.92 |
| 6/19/19 | In-City Transportation, TYLER J. EDWARDS, 06/19/2019 | 26.19 |
| 6/19/19 | In-City Transportation, CARL N. WEDOFF, 06/11/2019; overtime taxi charges. | 41.40 |
| 6/19/19 | Travel, ROBERT D. GORDON, 06/03-05/2019; San Juan, PR; attend meetings; Lodging. | 576.84 |
| 6/19/19 | Travel, ROBERT D. GORDON, 06/03-05/2019; San Juan, PR; attend meetings; In-flight Wi-fi. | 54.90 |
| 6/19/19 | Travel, ROBERT D. GORDON, 06/10-13/2019; San Juan, PR; attend hearings; Airfare. | 1,178.90 |
| 6/19/19 | Travel, ROBERT D. GORDON, 06/03-05/2019; San Juan, PR; attend meetings; Meals. | 40.00 |
| 6/19/19 | Travel, ROBERT D. GORDON, 06/03-05/2019; San Juan, PR; attend meetings; Meals. | 40.00 |
| 6/19/19 | Travel, ROBERT D. GORDON, 06/03-05/2019; San Juan, PR; attend meetings; Meals. | 36.60 |
| 6/19/19 | Color Copy | 3.00 |
| 6/19/19 | B&W Copy | 10.90 |
| 6/20/19 | B&W Copy | 29.10 |
| 6/21/19 | B&W Copy | 515.50 |
| 6/22/19 | 06/22/2019 UPS Delivery Service 1Z6134380196615702 | 52.28 |
| 6/22/19 | 06/22/2019 UPS Delivery Service 1Z6134380197987710 | 27.24 |
| 6/22/19 | 06/22/2019 UPS Delivery Service 1Z6134380199886325 | 67.48 |
| 6/23/19 | Color Copy | 100.50 |
| 6/23/19 | B&W Copy | 1,369.50 |
| 6/24/19 | Travel, ROBERT D. GORDON, 06/09/2019; New York, NY; Inflight wi-fi. | 10.00 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---:|
| 6/24/19 | Travel, MELISSA M. ROOT, 05/31/2019; New York, NY; Taxis | 189.23 |
| 6/24/19 | Travel, MELISSA M. ROOT, 05/31/2019; New York, NY; Airfare | 748.59 |
| 6/24/19 | Color Copy | 39.00 |
| 6/24/19 | B&W Copy | 349.40 |
| 6/24/19 | 06/24/2019 UPS Delivery Service 1Z6134380197185390 | 59.19 |
| 6/24/19 | 06/24/2019 UPS Delivery Service 1Z6134380199410810 | 18.95 |
| 6/24/19 | 06/24/2019 UPS Delivery Service 1Z6134380199552800 | 43.99 |
| 6/25/19 | Court Fees Elan Corp Payments 5/27/2019 Pripusich 5/19 Stmt CourtSolutions Hearing | 70.00 |
| 6/25/19 | Transcripts - Deposition; GREGORY EDWARDS, LLC; 06/25/2019; Richard Engmand 6/11/19 | 1,312.25 |
| 6/25/19 | Travel, ROBERT D. GORDON, 05/22-23/2019; San Juan, PR; attend meetings, taxi charges. | 95.16 |
| 6/25/19 | Travel, ROBERT D. GORDON, 06/10-13/2019; San Juan, PR; attend meetings, inflight Wi-fi. | 10.00 |
| 6/25/19 | Travel, ROBERT D. GORDON, 06/10-13/2019; San Juan, PR; attend hearings, Lodging charges. | 858.62 |
| 6/25/19 | Travel, ROBERT D. GORDON, 06/10-13/2019; San Juan, PR; attend meetings, inflight Wi-fi. | 20.00 |
| 6/25/19 | Travel, ROBERT D. GORDON, 06/10-13/2019; San Juan, PR; attend hearings. Meal Charges. R. Gordon, H. Mayol, Ana Heeren and S. Gumbs | 116.68 |
| 6/25/19 | Travel, ROBERT D. GORDON, 06/10-13/2019; San Juan, PR; attend hearings. Meal Charges. | 34.92 |
| 6/25/19 | Travel, ROBERT D. GORDON, 06/10-13/2019; San Juan, PR; attend hearings. Meal Charges. | 40.00 |
| 6/25/19 | Travel, ROBERT D. GORDON, 06/10-13/2019; San Juan, PR; attend hearings. Meal Charges. | 36.60 |
| 6/25/19 | Travel, ROBERT D. GORDON, 06/10-13/2019; San Juan, PR; attend hearings. Meal Charges. | 40.00 |
| 6/25/19 | Travel, ROBERT D. GORDON, 06/10-13/2019; San Juan, PR; attend hearings. Meal Charges. | 40.00 |
| 6/25/19 | Color Copy | 2.25 |
| 6/25/19 | Color Copy | 87.75 |
| 6/25/19 | B&W Copy | 38.60 |
| 6/25/19 | B&W Copy | 25.90 |
| 6/25/19 | 06/25/2019 UPS Delivery Service 1Z6134380199032961 | 9.68 |
| 6/25/19 | 06/25/2019 UPS Delivery Service 1Z6134380199695951 | 22.57 |
| 6/26/19 | Color Copy | 148.75 |
| 6/26/19 | B&W Copy | 552.70 |
| 6/26/19 | B&W Copy | .70 |
| 6/27/19 | Soundpath Teleconferencing 05/15/19 | 17.65 |
| 6/27/19 | Soundpath Teleconferencing 06/06/19 | 17.96 |
| 6/27/19 | Soundpath Teleconferencing 05/31/19 | 31.08 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---:|
| 6/27/19 | Soundpath Teleconferencing 06/09/19 | 38.07 |
| 6/27/19 | Soundpath Teleconferencing 05/15/19 | 47.14 |
| 6/27/19 | Soundpath Teleconferencing 05/29/19 | 49.09 |
| 6/27/19 | Soundpath Teleconferencing 05/30/19 | 50.32 |
| 6/27/19 | Soundpath Teleconferencing 05/14/19 | 51.53 |
| 6/27/19 | Soundpath Teleconferencing 06/07/19 | 59.99 |
| 6/27/19 | Soundpath Teleconferencing 05/17/19 | 69.43 |
| 6/27/19 | Soundpath Teleconferencing 06/04/19 | 69.96 |
| 6/27/19 | Soundpath Teleconferencing 05/15/19 | 77.82 |
| 6/27/19 | Soundpath Teleconferencing 05/23/19 | 80.88 |
| 6/27/19 | Soundpath Teleconferencing 05/30/19 | 83.11 |
| 6/27/19 | Soundpath Teleconferencing 06/11/19 | 87.29 |
| 6/27/19 | Soundpath Teleconferencing 05/20/19 | 88.87 |
| 6/27/19 | Soundpath Teleconferencing 06/08/19 | 98.87 |
| 6/27/19 | Soundpath Teleconferencing 06/10/19 | 106.31 |
| 6/27/19 | Soundpath Teleconferencing 06/03/19 | 123.94 |
| 6/27/19 | Color Copy | 2.25 |
| 6/27/19 | B&W Copy | 400.10 |
| 6/27/19 | B&W Copy | 2.60 |
| 6/27/19 | B&W Copy | 1.20 |
| 6/27/19 | 06/27/2019 UPS Delivery Service 1Z6134380195731454 | 18.98 |
| 6/27/19 | 06/27/2019 UPS Delivery Service 1Z6134380197268283 | 18.98 |
| 6/27/19 | 06/27/2019 UPS Delivery Service 1Z6134381597492077 | 186.29 |
| 6/28/19 | Color Copy | 3.75 |
| 6/28/19 | Color Copy | .50 |
| 6/28/19 | Color Copy | 2.75 |
| 6/28/19 | B&W Copy | 1.60 |
| 6/28/19 | B&W Copy | 1.40 |
| 6/29/19 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 06/29/2019; Spanish/English translation 6/26/19 | 995.00 |
| 6/30/19 | Lexis Research | 20.92 |
| 6/30/19 | Lexis Research | 1,810.16 |
| 6/30/19 | Lexis Research | 20.92 |
| 6/30/19 | Lexis Research - CORRECTION | -1,810.16 |
| 6/30/19 | Lexis Research - CORRECTION | -20.92 |
| 6/30/19 | Lexis Research CORRECTION | -20.92 |
| 6/30/19 | Lexis Research | 70.16 |
| 6/30/19 | Westlaw Research | 4,691.14 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 6/30/19 | Westlaw Research | 510.32 |
| | TOTAL DISBURSEMENTS | $ 34,411.62 |
| | MATTER 10113 TOTAL | $ 34,411.62 |

# July 2019

LAW OFFICES
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                                      **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 6/12/19 | Court Fees; Elan Corp Payment; 6/27/2019; Pripusich 6/19 Stmt; COURTSOLUTIONS; Court Solutions-Hearing; | 70.00 |
| 6/12/19 | Publications/Books; GFR MEDIA, LLC; 06/12/2019; Publication. | 4,532.14 |
| 6/13/19 | Publications/Books; GFR MEDIA, LLC; 06/13/2019; Publication. | 6,798.21 |
| 6/13/19 | Publications/Books; PUBLI-INVERSIONES; 06/13/2019; Publication. | 2,085.60 |
| 6/13/19 | Publications/Books; PUBLI-INVERSIONES; 06/13/2019; Publication. | 2,085.60 |
| 6/13/19 | Publications/Books; PUBLI-INVERSIONES; 06/13/2019; Publication. | 2,085.60 |
| 7/01/19 | Transcripts - Deposition; GREGORY EDWARDS, LLC; 07/01/2019; Faten Sabry 6/20/19 | 1,715.20 |
| 7/01/19 | Transcripts - Deposition; GREGORY EDWARDS, LLC; 07/01/2019; Andrew Samwick 6/17/19 | 2,622.82 |
| 7/02/19 | Postage Expense | 76.70 |
| 7/02/19 | Special Search; INDEPENDENCE LEGAL SUPPORT, LLC; 07/02/2019; ILL: The Constitution in Congress: the Jeffersonians, 1801-1829 (2001) | 25.00 |
| 7/02/19 | B&W Copy | 294.60 |
| 7/02/19 | 07/02/2019 UPS Delivery Service 1Z6134380192250238 | 7.68 |
| 7/02/19 | 07/02/2019 UPS Delivery Service 1Z6134380192691244 | 18.98 |
| 7/03/19 | In-City Transportation, MARC A. PATTERSON, 06/21/2019; overtime taxi charges. | 55.37 |
| 7/03/19 | Travel, LANDON S. RAIFORD, 06/16-20/2019; Boston,MA and New York, NY; attend depositions. | 3,630.58 |
| 7/03/19 | Travel, LANDON S. RAIFORD, 06/11-12/2019; San Juan, PR; attend court hearing. | 2,077.95 |
| 7/03/19 | B&W Copy | 64.30 |
| 7/08/19 | Travel, MELISSA M. ROOT, 06/30/2019; New York, NY; Hearing - Cancelled. | 748.59 |
| 7/08/19 | Pacer Charges; PACER SERVICE CENTER; 07/08/2019; Pacer Charges 04/01/2019 to 06/30/2019. | 17.50 |
| 7/09/19 | Color Copy | 3.75 |
| 7/09/19 | B&W Copy | 4.90 |
| 7/10/19 | B&W Copy | 6.20 |
| 7/12/19 | Catering; 2013133428; by: LeGrand Sheila; Detail: PR Bankruptcy Prep Meeting-Emily Loeb | 111.14 |
| 7/15/19 | Postage Expense | 338.00 |
| 7/15/19 | Color Copy | 22.75 |
| 7/15/19 | B&W Copy | 1,438.00 |
| 7/15/19 | B&W Copy | .40 |
| 7/15/19 | 07/15/2019 UPS Delivery Service 1Z6134380191292445 | 17.70 |
| 7/15/19 | 07/15/2019 UPS Delivery Service 1Z6134380192711454 | 17.70 |
| 7/15/19 | 07/15/2019 UPS Delivery Service 1Z6134380193348462 | 45.87 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---|
| 7/17/19 | B&W Copy | 19.50 |
| 7/17/19 | 07/17/2019 UPS Delivery Service 1Z05V0A3NW90549238 | 17.93 |
| 7/17/19 | 07/17/2019 UPS Delivery Service 1Z6134380190123718 | 7.68 |
| 7/17/19 | 07/17/2019 UPS Delivery Service 1Z6134380192828721 | 18.98 |
| 7/18/19 | Travel, ROBERT D. GORDON, 07/17-19/2019; San Juan, PR; attend meetings. | 1,168.90 |
| 7/18/19 | B&W Copy | 4.40 |
| 7/19/19 | Postage Expense | 3.00 |
| 7/19/19 | B&W Copy | 4.40 |
| 7/21/19 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 07/21/2019 | 995.00 |
| 7/22/19 | Color Copy | 59.50 |
| 7/22/19 | B&W Copy | 4.50 |
| 7/23/19 | Travel, ROBERT D. GORDON, 07/15-16/2019; Washington, DC; attend meetings. | 864.80 |
| 7/23/19 | Travel, ROBERT D. GORDON, 07/15-16/2019; Washington, DC; attend meetings. | 634.60 |
| 7/23/19 | B&W Copy | 4.60 |
| 7/24/19 | Color Copy | 2.50 |
| 7/24/19 | B&W Copy | 5.50 |
| 7/24/19 | B&W Copy | .10 |
| 7/25/19 | Postage Expense | 1.00 |
| 7/25/19 | Color Copy | 9.25 |
| 7/25/19 | B&W Copy | .60 |
| 7/25/19 | 07/25/2019 UPS Delivery Service 1Z22124E0191329022 | 7.68 |
| 7/25/19 | 07/25/2019 UPS Delivery Service 1Z22124E0193300012 | 7.68 |
| 7/25/19 | 07/25/2019 UPS Delivery Service 1Z22124E0193426600 | 7.68 |
| 7/25/19 | 07/25/2019 UPS Delivery Service 1Z22124E0194362589 | 7.68 |
| 7/25/19 | 07/25/2019 UPS Delivery Service 1Z22124E0194972796 | 7.68 |
| 7/26/19 | 6/30/19 Quarterly Pacer Charge | 21.60 |
| 7/29/19 | In-City Transportation, EMILY M. LOEB, 07/15/2019; Uber car services expense incurred for travle from Sfoglina Restaurant to home. | 8.27 |
| 7/29/19 | Travel, ROBERT D. GORDON, 07/17-19/2019; San Juan, PR; attend meetings; Meals. | 245.84 |
| 7/29/19 | Travel, ROBERT D. GORDON, 07/17-19/2019; San Juan, PR; attend meetings; Boardroom, catering, audio/visual equipment. | 2,484.11 |
| 7/30/19 | In-City Transportation, EMILY M. LOEB, 07/16/2019; in connection with ▇▇▇▇▇ meetings with client. | 40.02 |
| 7/30/19 | Soundpath 06/14/2019 | 4.14 |
| 7/30/19 | Soundpath 06/26/2019 | 13.12 |
| 7/30/19 | Soundpath 07/08/2019 | 29.20 |
| 7/30/19 | Soundpath 06/19/2019 | 32.19 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---:|
| 7/30/19 | Soundpath 06/17/2019 | 32.81 |
| 7/30/19 | Soundpath 06/26/2019 | 40.99 |
| 7/30/19 | Soundpath 07/09/2019 | 48.70 |
| 7/30/19 | Soundpath 06/26/2019 | 154.10 |
| 7/30/19 | Soundpath 06/28/2019 | 36.06 |
| 7/30/19 | Travel, ROBERT D. GORDON, 07/17-19/2019; San Juan, PR; attend meetings; Internet connectivity. | 50.00 |
| 7/30/19 | Travel, ROBERT D. GORDON, 07/17-19/2019; San Juan, PR; attend meetings; Lodging. | 510.20 |
| 7/30/19 | Travel, ROBERT D. GORDON, 06/10-13/2019; San Juan, PR; attend meetings; taxi charges. | 120.98 |
| 7/30/19 | Travel, ROBERT D. GORDON, 06/10-13/2019; San Juan, PR; attend meetings; Meals. | 117.75 |
| 7/30/19 | Travel, ROBERT D. GORDON, 07/15-17/2019; Washington, DC; attend meetings; Lodging at The Jefferson. | 632.22 |
| 7/30/19 | Travel, ROBERT D. GORDON, 07/17-17/2019; Washington, DC; attend meetings; Lodging. | 948.33 |
| 7/30/19 | Travel, ROBERT D. GORDON, 07/25/2019; Inflight wi-fi | 10.00 |
| 7/31/19 | Lexis Research | 335.10 |
| 7/31/19 | Westlaw Research | 67.42 |
| 7/31/19 | Westlaw Research | 1,168.87 |
| 7/31/19 | Westlaw Research | 291.09 |
| | TOTAL DISBURSEMENTS | $ 42,327.08 |

MATTER 10113 TOTAL $ 42,327.08

# August 2019

Case:17-03283-LTS   Doc#:9207-9   Filed:11/15/19   Entered:11/15/19 16:39:44   Desc:
Exhibit I   Page 13 of 18

LAW OFFICES
# JENNER & BLOCK LLP
353 N Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                                                         **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 12/27/18 | Transcripts - Court Appearance; AMY WALKER; 12/27/2018; Check 5523 issued by the Docket Department id being voided at the request of treasury and will be reissued by AP on 8/12/19. | 76.80 |
| 12/27/18 | Transcripts - Court Appearance; AMY WALKER; 12/27/2018, promesa hearing. | -76.80 |
| 6/20/19 | Transcripts - Deposition; ADVANCED DEPOSITIONS; 06/20/2019; Transcript of Jaime El Koury | 1,884.40 |
| 6/20/19 | Transcripts - Deposition; ADVANCED DEPOSITIONS; 06/20/2019; Transcript of Luis Collazo Rodriguez | 2,899.28 |
| 6/28/19 | Court Fees; Elan Corp Payment; 7/26/2019; Pripusich 07/19 Stmt COURTSOLUTIONS CourtCall Hearing 6/28/2019 | 70.00 |
| 7/04/19 | Transcripts - Deposition; ADVANCED DEPOSITIONS; 07/04/2019 | 1,688.40 |
| 7/04/19 | Transcripts - Deposition; ADVANCED DEPOSITIONS; 07/04/2019; Transcript of Gaurav Malhotra | 2,506.30 |
| 7/16/19 | Other Professional Services; ALIX PARTNERS LLP; 07/16/2019; Relativity vendor invoices for services 6/1/19-6/30/19 | 2,640.00 |
| 7/22/19 | Database Search; Elan Corp Pymt; Mellin 07/26/19; THE ACADEMY OF POLITIC; Article fee re A. Benson; 7/22/2019 | 10.50 |
| 7/23/19 | Special Search; INDEPENDENCE LEGAL SUPPORT, LLC; 07/23/2019; ILL: The Louisiana Purchase and American Expansion (2005) | 25.00 |
| 7/24/19 | Court Fees; Elan Corp Payment; 7/26/2019; Pripusich 07/19 Stmt COURTSOLUTIONS CourtCall Hearing 7/24/2019 | 70.00 |
| 7/29/19 | Other Professional Services; BYRON S. ADAMS; 07/29/2019; Cost to print Supreme Court brief | 2,213.81 |
| 7/29/19 | B&W Copy | 134.40 |
| 7/30/19 | B&W Copy | 180.70 |
| 8/01/19 | B&W Copy | 37.40 |
| 8/02/19 | Taxis, LANDON S. RAIFORD, 07/23-24/2019; San Juan, PR; attend court hearing; | 33.07 |
| 8/02/19 | Lodging, LANDON S. RAIFORD, 07/23-24/2019; San Juan, PR; attend court hearing; | 503.80 |
| 8/02/19 | Taxis, LANDON S. RAIFORD, 07/23-24/2019; San Juan, PR; attend court hearing; | 91.00 |
| 8/02/19 | Airfare, LANDON S. RAIFORD, 07/23-24/2019; San Juan, PR; attend court hearing; | 1,121.40 |
| 8/06/19 | In-City Transportation, KATHERINE ROSOFF, 07/31/2019; overtime taxi charges. | 20.34 |
| 8/06/19 | B&W Copy | 2.90 |
| 8/07/19 | In-City Transportation, KATHERINE ROSOFF, 08/01/2019; overtime taxi charges. | 20.81 |
| 8/07/19 | Color Copy | .75 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---:|
| 8/07/19 | B&W Copy | 8.60 |
| 8/07/19 | 08/07/2019 UPS Delivery Service 1Z05V0A3NW95507318 | 17.86 |
| 8/14/19 | In-City Transportation, KATHERINE ROSOFF, 08/12/2019; overtime taxi charges. | 17.94 |
| 8/14/19 | Overtime Dinner Expense, KATHERINE ROSOFF, 08/12/2019 | 22.42 |
| 8/15/19 | Other Professional Services; ALIX PARTNERS LLP; 08/15/2019; Realtivity Vendor invoices for services 7/1/19 - 7/31/19. | 1,968.50 |
| 8/22/19 | B&W Copy | 4.60 |
| 8/23/19 | B&W Copy | 20.10 |
| 8/26/19 | B&W Copy | 12.30 |
| 8/26/19 | B&W Copy | 8.30 |
| 8/27/19 | B&W Copy | 144.70 |
| 8/27/19 | B&W Copy | 62.10 |
| 8/28/19 | B&W Copy | 22.20 |
| 8/28/19 | 08/28/2019 UPS Delivery Service 1Z05V0A3NT91001448 | 9.42 |
| 8/29/19 | Soundpath Teleconferencing 07/26/2019 | 11.02 |
| 8/29/19 | Soundpath Teleconferencing 08/12/2019 | 11.07 |
| 8/29/19 | Soundpath Teleconferencing 08/06/2019 | 19.90 |
| 8/29/19 | Soundpath Teleconferencing 08/12/2019 | 28.34 |
| 8/29/19 | Soundpath Teleconferencing 08/06/2019 | 31.36 |
| 8/29/19 | Soundpath Teleconferencing 07/26/2019 | 56.72 |
| 8/29/19 | Soundpath Teleconferencing 07/24/2019 | 103.56 |
| 8/29/19 | Soundpath Teleconferencing 07/18/2019 | 203.39 |
| 8/30/19 | B&W Copy | 67.20 |
| 8/31/19 | Lexis Research | 121.09 |
| 8/31/19 | Westlaw Research | 883.02 |
| 8/31/19 | Westlaw Research | 15.52 |
| 8/31/19 | Westlaw Research | 303.81 |
| | TOTAL DISBURSEMENTS | $ 20,329.30 |

MATTER 10113 TOTAL                              $ 20,329.30

# September 2019

**JENNER & BLOCK LLP**
LAW OFFICES
353 N. Clark Street
CHICAGO, LLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---|
| 9/03/19 | Color Copy | 59.00 |
| 9/03/19 | B&W Copy | 20.10 |
| 9/03/19 | 09/03/2019 UPS Delivery Service 1Z613438NT97144554 | 17.68 |
| 9/04/19 | B&W Copy | 2.20 |
| 9/05/19 | B&W Copy | 98.10 |
| 9/06/19 | Lodging ROBERT D. GORDON, 07/15-7/16/2019 | 458.65 |
| 9/06/19 | Taxis 7/15-7/17/2019, ROBERT D. GORDON, 09/06/2019 | 197.89 |
| 9/06/19 | Meal ROBERT D. GORDON, N. LITTERST, A. HEEREN, S. GUMBS, J. MURRAY, M. FABRE, H. MAYOL and E. LOEB 7/15-7/16/2019 | 287.87 |
| 9/06/19 | Meal ROBERT D. GORDON, 7/15-7/16/2019 | 20.90 |
| 9/09/19 | In-City Transportation, KATHERINE ROSOFF, 08/28/2019; overtime charges. | 18.33 |
| 9/09/19 | Airfare, and flight change fee, ROBERT D. GORDON, 09/10-11/2019; San Juan, PR; attend committee meeting. | 1,152.40 |
| 9/09/19 | Color Copy | .50 |
| 9/09/19 | B&W Copy | 68.50 |
| 9/09/19 | B&W Copy | 25.10 |
| 9/10/19 | B&W Copy | 51.00 |
| 9/11/19 | Other Professional Services; ALIX PARTNERS LLP; 09/11/2019; Relativity vendor invoices for services 8/1/19-8/31/19. | 2,515.75 |
| 9/11/19 | Color Copy | 1.25 |
| 9/11/19 | Color Copy | 44.25 |
| 9/11/19 | B&W Copy | 5.80 |
| 9/11/19 | B&W Copy | 13.20 |
| 9/12/19 | B&W Copy | 16.00 |
| 9/12/19 | B&W Copy | 4.60 |
| 9/12/19 | 09/12/2019 UPS Delivery Service 1Z05V0A3NW95677877 | 8.34 |
| 9/13/19 | Color Copy | 4.25 |
| 9/13/19 | B&W Copy | 1.00 |
| 9/16/19 | B&W Copy | 3.90 |
| 9/18/19 | B&W Copy | 9.50 |
| 9/18/19 | B&W Copy | 1.60 |
| 9/19/19 | Postage Expense | 25.50 |
| 9/19/19 | Color Copy | 44.00 |
| 9/19/19 | B&W Copy | 33.00 |
| 9/19/19 | 09/19/2019 UPS Delivery Service 1Z22124E0190022935 | 7.67 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---:|
| 9/19/19 | 09/19/2019 UPS Delivery Service 1Z22124E0190594327 | 7.67 |
| 9/19/19 | 09/19/2019 UPS Delivery Service 1Z22124E0191458366 | 7.67 |
| 9/19/19 | 09/19/2019 UPS Delivery Service 1Z22124E0191639143 | 7.67 |
| 9/19/19 | 09/19/2019 UPS Delivery Service 1Z22124E0191697312 | 7.67 |
| 9/19/19 | 09/19/2019 UPS Delivery Service 1Z22124E0193058955 | 7.67 |
| 9/19/19 | 09/19/2019 UPS Delivery Service 1Z22124E0198633716 | 18.96 |
| 9/20/19 | B&W Copy | 25.30 |
| 9/23/19 | Other Professional Services; BYRON S. ADAMS; 09/23/2019, Cost to print Supreme Court brief. | 2,386.73 |
| 9/23/19 | Color Copy | 4.00 |
| 9/23/19 | Color Copy | 30.75 |
| 9/23/19 | B&W Copy | 29.70 |
| 9/23/19 | B&W Copy | 30.40 |
| 9/24/19 | In-City Transportation, TYLER J. EDWARDS, 09/24/20 19 | 19.80 |
| 9/24/19 | In-City Transportation, TYLER J. EDWARDS, 09/24/20 19 | 18.72 |
| 9/26/19 | B&W Copy | 17.70 |
| 9/27/19 | In-City Transportation, CAYMAN C. MITCHELL, 08/26/2019; working late. | 33.96 |
| 9/27/19 | Overtime Dinner Expense, CAYMAN C. MITCHELL, 08/26/2019. working late. | 20.00 |
| 9/27/19 | Lodging - Sheraton cancellation fee, ROBERT D. GORDON, 09/27/2019 | 167.83 |
| 9/27/19 | Internet connectivity, ROBERT D. GORDON, 9/24-9/26 trip to San Juan, PR | 40.00 |
| 9/27/19 | Taxi to and from JFK Airport, ROBERT D. GORDON, 09/10-9/11/2019 | 159.30 |
| 9/27/19 | Lodging while in San Juan Puerto Rico, ROBERT D. GORDON, 9/10-9/11/2019 | 230.48 |
| 9/27/19 | Taxis while in NYC, MELISSA M. ROOT, 09/09/2019; Hearing | 157.90 |
| 9/27/19 | Internet connectivity, MELISSA M. ROOT, 09/09/2019; Hearing | 24.00 |
| 9/27/19 | Airfare, MELISSA M. ROOT, 09/09/2019; Hearing | 591.60 |
| 9/27/19 | Boardroom rental, catering service and parking expense for meeting with Committee on 9/11. ROBERT GORDON, | 1,810.61 |
| 9/27/19 | Audio/visual equipment for meeting with Committee 9/11, ROBERT D. GORDON, 09/27/2019 | 255.00 |
| 9/27/19 | Color Copy | 189.00 |
| 9/27/19 | B&W Copy | 426.20 |
| 9/28/19 | In-City Transportation, ADAM H. WEIDMAN, 09/28/201 9 | 24.00 |
| 9/28/19 | Meal, ROBERT D. GORDON, 09/10/2019; Meals at Sheraton during 9/10-9/11 trip to San Juan, PR to attend meetings with Committee and advisors. H. Mayol, F. del Castillo, S. Gumbs and R. Gordon, and R. Gordon. | 121.42 |
| 9/28/19 | Meal, ROBERT D. GORDON, 09/10/2019; Meals at Panaderia Emidian during 9/10-9/11 trip to San Juan, PR to attend meetings with Committee and advisors. H. Mayol, F. del Castillo, S. Gumbs and R. Gordon, AJ Bennazar, M. Fabre and R. Gordon. | 280.00 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---:|
| 9/28/19 | Meal, ROBERT D. GORDON, 09/10/2019; Meals at Metropol Sheraton during 9/10-9/11 trip to San Juan, PR to attend meetings with Committee and advisors. H. Mayol, F. del Castillo, S. Gumbs and R. Gordon. | 28.53 |
| 9/28/19 | Taxis while in NYC, LANDON S. RAIFORD, 09/28/2019 | 104.66 |
| 9/28/19 | Lodging, LANDON S. RAIFORD, 09/28/2019 | 500.00 |
| 9/28/19 | Airfare, LANDON S. RAIFORD, 09/28/2019 | 792.04 |
| 9/30/19 | Soundpath Teleconferencing 08/28/2019 | 11.62 |
| 9/30/19 | Soundpath Teleconferencing 08/15/2019 | 24.95 |
| 9/30/19 | Soundpath Teleconferencing 08/22/2019 | 36.23 |
| 9/30/19 | Soundpath Teleconferencing 08/28/2019 | 36.29 |
| 9/30/19 | Soundpath Teleconferencing 08/27/2019 | 65.88 |
| 9/30/19 | Soundpath Teleconferencing 09/09/2019 | 90.64 |
| 9/30/19 | Westlaw Research | 71.56 |
| 9/30/19 | Westlaw Research | 328.93 |
| | TOTAL DISBURSEMENTS | $ 14,460.87 |

MATTER 10113 TOTAL $ 14,460.87