# SCHEDULE 1

## MONTHLY STATEMENTS COVERED IN APPLICATION

(attached hereto)

| Date Submitted | Monthly Period Covered | Requested Fees (90%) | Requested Expenses (100%) | Fees Paid | Expenses Paid | 10% Fee Holdback |
|---|---|---|---|---|---|---|
| **Interim Fee Period: May 16, 2019 through September 15, 2019** | | | | | | |
| 8/27/19 | 5/16/19 - 6/15/19 | $27,000.00 | $0.00 | $27,000.00 | $0.00 | $3,000.00 |
| 10/4/19 | 6/16/19 - 7/15/19 | $27,000.00 | $0.00 | $27,000.00 | $0.00 | $3,000.00 |
| 11/13/19 | 7/16/19 - 8/15/19 | $27,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| 11/14/19 | 8/16/19 - 9/15/19 | $4,500 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| **Total** | | **$85,500.00** | **$0.00** | **$54,000.00** | **$0.00** | **$12,000.00** |



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 6/16/2019 | 2019-0535 |

P.O. No.

Bill To:

UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>MAY, 16 2018 TO JUNE, 15 2019<br><br>FEE MESUAL:<br><br>- Website<br><br>1. Worked on changes to multiple sections of the Website<br>   a. Uploading documents and changing text for the new and existing sections<br>   b. Revising texts and links for both languages<br><br>- Communications and others<br><br>1. Monitoring local media<br>2. Conference calls with client<br>3. Coordination with El Nuevo Día for an interview | 30,000.00 |

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



Washington D.C. • New York • Havana • San Juan • 787.364.1111 • kromaidea.com

# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 7/31/2019 | 2019-0631 |

P.O. No.

**Bill To:**

UCC
ALVIN VAZQUEZ

Additional Info:

**Project**

4 - UNSECURED FEES

Job #

**Description** | **Amount**

CLIENT: UCC
PRODUCT: MONTHLY FEE

JUNE, 16 2019 TO JULY, 15 2019

FEE MESUAL:                                                                                    30,000.00

Website

- 1. Worked on changes to multiple sections of the Website
   a. Uploading documents and changing text for the new and existing sections
   b. Revising texts and links for both languages
   c. Revising and adding text to the timeline draft (achievements of UCC)

Communications and others
- 1. Monitoring local media
- 2. Translating and sending articles
- 3. Analysis of the Telegram Chat (Government issue in Puerto Rico) Sending pages where some issues involving the committee were mentioned along with an analysis and context of the conversation.

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 8/31/2019 | 2019-0748 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>JULY, 16 2019 TO AUGUST, 15 2019<br><br>FEE MESUAL: | 30,000.00 |

Website

- 1. Worked on changes to multiple sections of the Website
    a. Uploading documents and changing text for the new and existing sections
    b. Revising texts and links for both languages
- 2. The design of the website was refreshed in all sections
- 3. Inventory
    a. We did an inventory of the documents uploaded to the website creditorspr.com to compared to the ones on primerclerk.com

E-Blast
- 1. Two e-blasts were sent to the data base.
- 2. Messages, doubts, concerns, etc. were sent

Communications and others
- 1. Monitoring local media

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209




# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 9/17/2019 | 2019-0834 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC PRODUCT: MONTHLY FEE | |
| AUGUST, 16 2019 TO SEPTEMBER, 15 2019 | |
| FEE MESUAL: | 5,000.00 |
| - E-Blast  1. One e-blast was sent to the data base regarding a questionnaire  2. Messages, doubts, concerns, etc. were reviewed and sent to client | |
| - Website  1. Worked on changes to multiple sections of the Website    a. Uploading documents and changing text for the new and existing sections    b. Revising texts and links for both languages    c. Inventory of documents on Webpage | |
| - Communications and others  1. Monitoring local media  2. Sent different articles requested by client | |

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $5,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,000.00 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209