# **EXHIBIT A**

**RECEIPTS OF AMERICAN FEDERATION OF TEACHERS
DURING APPLICATION PERIOD**

## CREDITORS COMMITTEE EXPENSE REPORT

NAME:  Mark Richard                                            PERIOD COVERED FROM: 1/17/19  TO:  1/18/19

COMPANY:  American Federation of Teachers

ADDRESS:  555 New Jersey Avenue, N.W., Washington, D.C. 20001-2079

| DATE | CITY VISITED | PURPOSE OF TRIP | PARKING | MILES (53.5 cents per mile) | AIRFARE (coach) | TAXI OR LIMO | LODGING | MEALS | MISC (specify) |
|---|---|---|---|---|---|---|---|---|---|
| 1/17/19-1/18/19 | San Juan, PR | Creditors Mtg/ AMPR Strategy Mtg | | | $555.00 | $14.86 | $300.00 | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **TOTALS** | | | $ | $ | $ 555.00 | $ 14.86 | $ 300.00 | $ | $ |

ADDITIONAL INFORMATION:

**ATTACH ALL RECEIPTS**                                                                   TOTAL DUE: $ 869.86

# AmericanAirlines

AA RECORD LOCATOR: RNOXLT





Get your boarding pass faster! Scan this barcode at any American Airlines Self-Service Machine.

## Miami to San Juan
1 Adult
**Thursday** January 17, 2019 – **Friday** January 18, 2019

**Total Paid:**

**$900.40 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **RNOXLT** | **MIA/SJU** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: Ticketed Jan 12, 2019 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **316** | Miami (MIA) January 17, 2019 09:55 PM Travel Time : 2 h 31 m Class : Economy Seat : 16D | San Juan (SJU) January 18, 2019 01:26 AM Booking Code : K Plane Type : 738 |
| **American Airlines** **1355** | San Juan (SJU) January 18, 2019 06:23 PM Travel Time : 2 h 57 m Class : Business Seat : 5B | Miami (MIA) January 18, 2019 08:20 PM Booking Code : I Plane Type : 738 |

**Fare Amount**

Adult
1 × $843.00 USD      $843.00 USD

**AAdvantage® Benefits**

Main Cabin Extra      $0.00 USD
Priority Access(SM)      $0.00 USD
Same-Day Standby      $0.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes      $57.40 USD
Carrier-Imposed Fees      $0.00 USD

**Flight Subtotal**

**$900.40 USD**

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| RICHARD,MARK MR | 0012330704365 | JVW5148 | $843.00 USD | 57.40 | 900.40 |
| **Payment Type:** | Ticket Exchange - 0012326101197 | | | Total | $900.40 USD |

| PASSENGER | TICKET NUMBER | | | | Charges or Fees |
|---|---|---|---|---|---|
| RICHARD,MARK MR | 0012330704365 | | | | 555.00 |
| **Payment Type:** | AMERICAN EXPRESS**********7024 | | | Total | **555.00 USD** |

## Endorsements/Restrictions
NONREF/SVCCHGPLUSFAREDIF/CXL BY FLT TIME OR NOVALUE

## Terms and conditions:
If you've already begun travel, this receipt may only show portions of your trip not flown.

If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued, your ticket total may not include all taxes. Please contact Reservations for the correct total.

A summary of all the terms and conditions that apply to your travel are available on aa.com/conditionsofcarriage.

# UBER   Ride   Drive   More                                    Help   Mark

### 18 January 2019, 3:21 pm Request

Rate trip ★ ★ ★ ★ ★

Resend Receipt

| Fare Breakdown | |
|---|---|
| Trip Fare | $10.05 |
| Subtotal | $10.05 |
| Booking Fee | $1.31 |
| Tolls, Surcharges, and Fees | $3.50 |
| Total | $14.86 |
| •••• 4016 | $14.86 |

| Car | Miles | Trip Time | Total Fare |
|---|---|---|---|
| UberX | 6.08 | 18 min | $14.86 |

Condominio El Centro I, 500 Av. Luis Muñoz Rivera, San Juan, 00918, Puerto Rico
3:21 PM

Av. Aeropuerto, Carolina, 00979, Puerto Rico
3:47 PM

# Hilton
HOTELS & RESORTS

999 ASHFORD AVE
SAN JUAN, PR 00907
United States of America
TELEPHONE 787-721-1000 • FAX 787-721-7955
Reservations
www.hilton.com or 1 800 HILTONS

RICHARD, MARK

9745 SW 127 ST

MIAMI FL 33176
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 669/K1 |
| Arrival Date: | 1/17/2019 1:52:00 AM |
| Departure Date: | 1/18/2019 8:13:00 PM |
| Adult/Child: | 1/0 |
| Cashier ID: | JA1 |
| Room Rate: | 338.10 |
| AL: | AA JVW5148 |
| HH #: | 885265021 DIAMOND |
| VAT #: | |
| Folio No/Che | 696309 A |

Confirmation Number: 3514978829

THE CONDADO PLAZA HILTON 1/18/2019 8:13:00 PM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 1/17/2019 | GUEST ROOM | JSANTAMARIA | 5546187 | $338.10 | | |
| 1/17/2019 | RESORT TAX | JSANTAMARIA | 5546187 | $30.43 | | |
| 1/18/2019 | AX *4016 | JA1 | 5546579 | | ($368.53) | |
| | | | **BALANCE** | | | $0.00 |

==1 night at $300==

For billing inquiries, please contact the credit card department at 787-721-1000 extension 2014.

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 546007 | MERCHANT ID | 9380100017 |
| CARD NUMBER | AX *4016 | EXP DATE | 12/20 |
| TRANSACTION ID | 5546579 | TRANS TYPE | Sale |

Page:1

xxxxxxxxx,