# Exhibit A

## Summary of Fees Incurred by Professional

| EXHIBIT A: SUMMARY OF FEES INCURRED BY PROFESSIONAL | | | | |
|---|---|---|---|---|
| **Professional** | **Position** | **Billing Rate** | **Hours** | **100% of Fees** |
| Flaton, Carol | Independent Contractor | $ 1,080 | 132.3 | $ 142,884.00 |
| MacGreevey, David | Managing Director | 1,015 | 13.8 | 14,007.00 |
| Martinez, Scott | Director | 895 | 558.5 | 499,857.50 |
| Ubarri, Enrique R | Director | 895 | 16.3 | 14,588.50 |
| Voicu-Comendant, Alin | Director | 830 | 536.9 | 445,627.00 |
| Kardos, Elizabeth S | Director | 580 | 3.3 | 1,914.00 |
| Deichmann, Eric | Senior Vice President | 725 | 1.1 | 797.50 |
| Westermann, Michael | Senior Vice President | 615 | 660.6 | 406,269.00 |
| Praga, Deborah | Vice President | 480 | 113.6 | 54,528.00 |
| Yenumula, Rahul | Vice President | 480 | 495.3 | 237,744.00 |
| Verry, Laurie C | Senior Vice President | 310 | 0.8 | 248.00 |
| McGillen, Ryan J | Associate | 360 | 2.5 | 900.00 |
| Sundt, Kaitlyn A | Senior Vice President | 490 | 0.8 | 392.00 |
| **Total** | | | **2,535.8** | **$ 1,819,756.50** |
| Less: Agreed Upon Fee Reduction for 6th Interim Period | | | | (14,383.40) |
| **Grand Total** | | | **2,535.8** | **$ 1,805,373.10** |