**Exhibit B**

**Summary of Hours and Fees by Project Category**

| **EXHIBIT B: SUMMARY OF FEES INCURRED DURING THE INTERIM PERIOD BY PROJECT CATEGORY** | | | | |
|---|---|---|---|---|
| **Matter Category** | **Old Matter Category** | **Description** | **Hours** | **100% Fees** |
| 12275.00100 | 1 | Planning & Coordination / Case Management | 26.0 | $ 22,876.50 |
| 12275.00101 | 2 | Meetings and Communications with Committee Members and/or Professionals | 104.9 | 87,757.50 |
| 12275.00102 | 3 | Communication with Interested Parties | 55.3 | 46,535.50 |
| 12275.00103 | 4 | Liquidity and Cash Management | 50.7 | 39,441.00 |
| 12275.00104 | 5 | Fiscal Plan and Related Budgets Analysis and Assessment | 103.7 | 68,006.00 |
| 12275.00105 | 6 | Financial and Other Diligence | 41.1 | 31,684.50 |
| 12275.00106 | 7 | Sales of Assets | - | - |
| 12275.00107 | 8 | Due Diligence of Commonwealth Assets | - | - |
| 12275.00108 | 9 | Debt Capacity | 56.9 | 39,700.50 |
| 12275.00109 | 10 | Investments in Puerto Rico, Including Public-Private Partnerships | - | - |
| 12275.00110 | 11 | Plan of Adjustment Review and Negotiations | 111.0 | 81,262.00 |
| 12275.00111 | 12 | Litigation Support and Claims Analysis | 229.3 | 161,347.00 |
| 12275.00112 | 13 | Testimony / Court Appearance | 11.5 | 10,292.50 |
| 12275.00113 | 14 | Expert Reports | - | - |
| 12275.00114 | 15 | Pension Matters | 19.3 | 16,105.50 |
| 12275.00115 | 16 | Retention | 3.9 | 1,797.50 |
| 12275.00116 | 17 | Fee Statements and Fee Applications | 93.3 | 49,036.50 |
| 12275.00117 | 19 | PREPA Title III | 1,609.7 | 1,148,640.00 |
| 12275.00118 | 20 | HTA Title III | 13.6 | 10,548.00 |
| 12275.00119 | 21 | ERS Title III | 5.6 | 4,726.00 |
| 12275.00129 | 18 | Non-Working Travel Time | - | - |
| **Total** | | | **2,535.8** | **1,819,756.50** |
| Less: Agreed Upon Fee Reduction for 6th Interim Period | | | | (14,383.40) |
| **Grand Total** | | | **2,535.8** | **$ 1,805,373.10** |