# Exhibit D

## Summary of Expenses

| EXHIBIT D: Summary of Expenses Incurred During the Interim Period | |
|---|---|
| **Category** | **Total** |
| Direct Charges | $ 897.35 |
| Phone | 201.05 |
| Meals | 22.80 |
| Travel & Lodging | 20.43 |
| **Grand Total** | **$ 1,141.63** |