**Exhibit E**

**Detail of Expenses by Expense Category**

| EXHIBIT E: ZC EXPENSES INCURRED BY CATEGORY | | | | |
|---|---|---|---|---|
| Professional | Date | Category | Description | Amount |
| N/A | 4/30/2019 | Direct Charges | Research - - VENDOR: Relx/Lexis Nexis | $ 294.21 |
| N/A | 5/31/2019 | Direct Charges | Research - - VENDOR: Relx/Lexis Nexis | 294.21 |
| N/A | 6/30/2019 | Direct Charges | Research Relx/Lexis Nexis / LexisNexis: June 2019 | 308.93 |
| **Total Direct Charges** | | | | **$ 897.35** |
| | | | | |
| Professional | Date | Category | Description | Amount |
| Martinez, Scott | 5/1/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | $ 2.31 |
| Martinez, Scott | 5/13/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 3.80 |
| Martinez, Scott | 5/13/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 4.11 |
| Martinez, Scott | 5/20/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 6.07 |
| Martinez, Scott | 5/21/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 5.65 |
| Martinez, Scott | 5/22/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 5.14 |
| Martinez, Scott | 5/31/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 6.34 |
| Martinez, Scott | 6/10/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 1.06 |
| Martinez, Scott | 6/18/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 7.08 |
| Martinez, Scott | 6/19/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 4.80 |
| Martinez, Scott | 6/26/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 4.72 |
| Martinez, Scott | 6/27/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 2.62 |
| Martinez, Scott | 6/27/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 5.96 |
| Martinez, Scott | 7/8/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 7.34 |
| Martinez, Scott | 7/9/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 4.07 |
| Martinez, Scott | 7/9/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 6.82 |
| Martinez, Scott | 7/9/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 7.23 |
| Martinez, Scott | 7/10/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 2.96 |
| Martinez, Scott | 7/12/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 8.84 |
| Martinez, Scott | 7/12/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 9.87 |
| Martinez, Scott | 7/17/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 0.12 |
| Martinez, Scott | 7/17/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 2.81 |
| Martinez, Scott | 7/19/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 0.34 |
| Martinez, Scott | 7/19/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 1.62 |
| Martinez, Scott | 7/19/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 3.20 |
| Martinez, Scott | 7/31/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 10.57 |
| Martinez, Scott | 9/2/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 2.36 |
| Martinez, Scott | 9/4/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 11.96 |
| Martinez, Scott | 9/10/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 5.37 |
| Martinez, Scott | 9/13/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 0.10 |
| Martinez, Scott | 9/14/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 1.03 |
| Martinez, Scott | 9/18/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 7.09 |
| Martinez, Scott | 9/18/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 7.91 |
| Martinez, Scott | 9/19/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 17.04 |
| Martinez, Scott | 9/24/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 9.08 |
| Martinez, Scott | 9/25/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 4.97 |
| Martinez, Scott | 9/26/2019 | Phone | Conference Calls Vendor: Vodafone Scott Martinez | 8.69 |
| **Total Phone Charges** | | | | **$ 201.05** |
| | | | | |
| Professional | Date | Category | Description | Amount |
| Westermann, Michael | 7/8/2019 | Meals | Meals & Tips Michael Westermann - Dinner | $ 22.80 |
| **Total Meal Charges** | | | | **$ 22.80** |
| | | | | |
| Professional | Date | Category | Description | Amount |
| Westermann, Michael | 6/19/2019 | Travel & Lodging | Cab Fare/Ground Transportation Michael Westermann Office to Home | $ 20.43 |
| **Total Travel & Lodging Charges** | | | | **$ 20.43** |
| **Total Expenses** | | | | **$ 1,141.63** |