# **EXHIBIT C**

**BUDGET AND STAFFING PLAN**

**EXHIBIT C-1**

**BUDGET (JUNE 2019)**

**Period Covered:** June 1, 2019 through June 30, 2019[1]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 6/1/19 through 6/30/19 |
|---|---|
| B110   Case Administration | 200 |
| B112   General Creditor Inquiries | 20 |
| B113   Pleadings Review | 75 |
| B120   Asset Analysis and Recovery | 5 |
| B130   Asset Disposition | 5 |
| B140   Relief from Stay / Adequate Protection Proceedings | 125 |
| B150   Meetings of Creditors' Committee and Communications with Creditors | 125 |
| B155   Court Hearings | 40 |
| B160   Employment / Fee Applications | 50 |
| B161   Budgeting (Case) | 2 |
| B165   Fee and Employment Applications of Other Professionals | 10 |
| B170   Fee and Employment Objections | 5 |
| B180   Avoidance Action Analysis | 150 |
| B185   Assumption / Rejection of Leases and Contracts | 5 |
| B190   Other Contested Matters | 75 |
| B191   General Litigation | 600 |

---

[1]   The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. In addition, it is impossible to predict how many hours will be required to prosecute the Committee's challenges to certain GO and ERS bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative.

| | | |
|---|---|---:|
| B195 | Non-Working Travel[2] | 20 |
| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 5 |
| B220 | Employee Benefits/Pensions | 100 |
| B230 | Financing / Cash Collections | 5 |
| B231 | Security Document Analysis | 5 |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 25 |
| B261 | Investigations | 10 |
| B310 | Claims Administration and Objections | 500 |
| B320 | Plan and Disclosure Statement | 750 |
| B420 | Restructurings | 10 |
| **TOTAL HOURS** | | **2,912** |
| **TOTAL ESTIMATED FEE** | | **$2,879,968.00[3]** |
| ***MINUS 20% REDUCTION[4]*** | | **($575,993.60)** |
| **TOTAL ESTIMATED FEE (NET OF REDUCTION)** | | **$2,303,974.40** |

---

[2]   The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

[3]   The Total Estimated Fees are calculated based on a $989 blended hourly rate for the Paul Hastings attorneys who are expected to work on this matter during the period from June 1, 2019 through June 30, 2019. The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time. However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% end-of-the-case reduction, would be approximately $791.

[4]   For illustrative purposes only. Indeed, pursuant to the order authorizing the Committee's retention of Paul Hastings LLP [Docket No. 999], Paul Hastings can designate the precise fees to be waived to attain the 20% overall reduction in total fees in connection with the final fee application process. In other words, Paul Hastings could designate its entire final fee application as the source of this reduction (which it does not intend to do) or a combination of reductions across other fee applications (which is one more likely scenario).

**BUDGET (JULY 2019)**

**Period Covered:** July 1, 2019 through July 31, 2019[5]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 7/1/19 through 7/31/19 |
|---|---|
| B110   Case Administration | 200 |
| B112   General Creditor Inquiries | 10 |
| B113   Pleadings Review | 60 |
| B120   Asset Analysis and Recovery | 5 |
| B130   Asset Disposition | 5 |
| B140   Relief from Stay / Adequate Protection Proceedings | 60 |
| B150   Meetings of Creditors' Committee and Communications with Creditors | 125 |
| B155   Court Hearings | 60 |
| B160   Employment / Fee Applications | 60 |
| B161   Budgeting (Case) | 5 |
| B165   Fee and Employment Applications of Other Professionals | 10 |
| B170   Fee and Employment Objections | 5 |
| B180   Avoidance Action Analysis | 50 |
| B185   Assumption / Rejection of Leases and Contracts | 5 |
| B190   Other Contested Matters | 75 |
| B191   General Litigation | 300 |
| B195   Non-Working Travel[6] | 20 |

---

[5]   The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. In addition, it is impossible to predict how many hours will be required to prosecute the Committee's challenges to certain GO and ERS bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative.

| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 5 |
|------|-----------------------------------------------------------|---|
| B220 | Employee Benefits/Pensions | 50 |
| B230 | Financing / Cash Collections | 5 |
| B231 | Security Document Analysis | 5 |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 25 |
| B261 | Investigations | 5 |
| B310 | Claims Administration and Objections | 300 |
| B320 | Plan and Disclosure Statement | 250 |
| B420 | Restructurings | 1,000 |
| **TOTAL HOURS** | | **2,690** |
| **TOTAL ESTIMATED FEE** | | **$2,652,340.00[7]** |
| ***MINUS 20% REDUCTION[8]*** | | **($530,468.00)** |
| **TOTAL ESTIMATED FEE (NET OF REDUCTION)** | | **$2,121,872.00** |

---

[6]   The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

[7]   The Total Estimated Fees are calculated based on a $986 blended hourly rate for the Paul Hastings attorneys who are expected to work on this matter during the period from July 1, 2019 through July 31, 2019. The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time. However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% end-of-the-case reduction, would be approximately $789.

[8]   For illustrative purposes only. Indeed, pursuant to the order authorizing the Committee's retention of Paul Hastings LLP [Docket No. 999], Paul Hastings can designate the precise fees to be waived to attain the 20% overall reduction in total fees in connection with the final fee application process. In other words, Paul Hastings could designate its entire final fee application as the source of this reduction (which it does not intend to do) or a combination of reductions across other fee applications (which is one more likely scenario).

## ADDITIONAL JULY 2019 SUB-BUDGETS FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE

**A.    Omnibus Objection of Oversight Board and Committee to Certain GO Bond Claims**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 7/1/19 through 7/31/19 |
|---|---|
| B310   Claims Administration and Objections | 100 |
| B112   General Creditor Inquiries | 5 |
| **TOTAL HOURS** | **105** |

**B.    Adversary Proceeding Against Underwriters, Etc.**

GJB, the Committee's special litigation counsel, represents the Committee with respect to the adversary proceeding against various underwriters and other parties involved in the issuance of Commonwealth bonds [Adv. Proc. No. 19-280]. Paul Hastings has no involvement in this adversary proceeding.

**C.    Garden-Variety Avoidance Actions**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 7/1/19 through 7/31/19 |
|---|---|
| B191   General Litigation | 20 |
| **TOTAL HOURS** | **20** |

**D.    Stayed Co-Plaintiff Adversary Proceedings**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 7/1/19 through 7/31/19 |
|---|---|
| B191   General Litigation | 10 |
| **TOTAL HOURS** | **10** |

**E.**   <u>**ERS Lien Adversary Proceedings**</u>

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 7/1/19 through 7/31/19 |
|---|---|
| B191   General Litigation | 20 |
| **TOTAL HOURS** | **20** |

## **BUDGET (AUGUST 2019)**

**Period Covered:** August 1, 2019 through August 31, 2019[9]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 8/1/19 through 8/31/19 |
|---|---|
| B110   Case Administration | 200 |
| B112   General Creditor Inquiries | 10 |
| B113   Pleadings Review | 50 |
| B120   Asset Analysis and Recovery | 5 |
| B130   Asset Disposition | 5 |
| B140   Relief from Stay / Adequate Protection Proceedings | 25 |
| B150   Meetings of Creditors' Committee and Communications with Creditors | 125 |
| B155   Court Hearings | 30 |
| B160   Employment / Fee Applications | 50 |
| B161   Budgeting (Case) | 5 |
| B165   Fee and Employment Applications of Other Professionals | 10 |
| B170   Fee and Employment Objections | 5 |
| B180   Avoidance Action Analysis | 20 |
| B185   Assumption / Rejection of Leases and Contracts | 5 |
| B190   Other Contested Matters | 75 |
| B191   General Litigation | 150 |
| B195   Non-Working Travel[10] | 20 |

---

[9]   The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. In addition, it is impossible to predict how many hours will be required to prosecute the Committee's challenges to certain GO and ERS bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative.

| | | |
|---|---|---:|
| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 5 |
| B220 | Employee Benefits/Pensions | 15 |
| B230 | Financing / Cash Collections | 5 |
| B231 | Security Document Analysis | 5 |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 25 |
| B261 | Investigations | 5 |
| B310 | Claims Administration and Objections | 150 |
| B320 | Plan and Disclosure Statement | 250 |
| B420 | Restructurings | 1,000 |
| **TOTAL HOURS** | | **2,340** |
| **TOTAL ESTIMATED FEE** | | **$2,283,840.00**[11] |
| ***MINUS 20% REDUCTION***[12] | | **($456,768.00)** |
| **TOTAL ESTIMATED FEE (NET OF REDUCTION)** | | **$1,827,072.00** |

---

[10]   The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

[11]   The Total Estimated Fees are calculated based on a $976 blended hourly rate for the Paul Hastings attorneys who are expected to work on this matter during the period from August 1, 2019 through August 31, 2019.  The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time.  However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% end-of-the-case reduction, would be approximately $781.

[12]   For illustrative purposes only.  Indeed, pursuant to the order authorizing the Committee's retention of Paul Hastings LLP [Docket No. 999], Paul Hastings can designate the precise fees to be waived to attain the 20% overall reduction in total fees in connection with the final fee application process.  In other words, Paul Hastings could designate its entire final fee application as the source of this reduction (which it does not intend to do) or a combination of reductions across other fee applications (which is one more likely scenario).

## ADDITIONAL AUGUST 2019 SUB-BUDGETS FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE

**A.  Omnibus Objection of Oversight Board and Committee to Certain GO Bond Claims**

Per Judge Swain's order at the July 24, 2019 omnibus hearing, the Omnibus Claims Objection was stayed.  Accordingly, Paul Hastings did not expect to spend any time on prosecuting the Omnibus Claim Objection.

**B.  Adversary Proceeding Against Underwriters, Etc.**

GJB, the Committee's special litigation counsel, represents the Committee with respect to the adversary proceeding against various underwriters and other parties involved in the issuance of Commonwealth bonds [Adv. Proc. No. 19-280].  Paul Hastings has no involvement in this adversary proceeding.

**C.  Garden-Variety Avoidance Actions**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 8/1/19 through 8/31/19 |
|---|---|
| B191   General Litigation | 20 |
| **TOTAL HOURS** | **20** |

**D.  Stayed Co-Plaintiff Adversary Proceedings**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 8/1/19 through 8/31/19 |
|---|---|
| B191   General Litigation | 50 |
| **TOTAL HOURS** | **50** |

## BUDGET (SEPTEMBER 2019)

**Period Covered:** September 1, 2019 through September 30, 2019[13]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 9/1/19 through 9/30/19 |
|---|---|
| B110   Case Administration | 200 |
| B112   General Creditor Inquiries | 10 |
| B113   Pleadings Review | 50 |
| B120   Asset Analysis and Recovery | 5 |
| B130   Asset Disposition | 5 |
| B140   Relief from Stay / Adequate Protection Proceedings | 25 |
| B150   Meetings of Creditors' Committee and Communications with Creditors | 125 |
| B155   Court Hearings | 50 |
| B160   Employment / Fee Applications | 50 |
| B161   Budgeting (Case) | 5 |
| B165   Fee and Employment Applications of Other Professionals | 10 |
| B170   Fee and Employment Objections | 5 |
| B180   Avoidance Action Analysis | 20 |
| B185   Assumption / Rejection of Leases and Contracts | 5 |
| B190   Other Contested Matters | 100 |
| B191   General Litigation | 150 |
| B195   Non-Working Travel[14] | 20 |

---

[13]   The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  In addition, it is impossible to predict how many hours will be required to prosecute the Committee's challenges to certain GO and ERS bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

| | | |
|---|---|---:|
| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 5 |
| B220 | Employee Benefits/Pensions | 15 |
| B230 | Financing / Cash Collections | 5 |
| B231 | Security Document Analysis | 5 |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 10 |
| B261 | Investigations | 5 |
| B310 | Claims Administration and Objections | 150 |
| B320 | Plan and Disclosure Statement | 250 |
| B420 | Restructurings | 850 |
| **TOTAL HOURS** | | **2,120** |
| **TOTAL ESTIMATED FEE** | | **$2,064,880.00[15]** |
| ***MINUS 20% REDUCTION[16]*** | | **($412,976.00)** |
| **TOTAL ESTIMATED FEE (NET OF REDUCTION)** | | **$1,651,904.00** |

---

[14]   The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

[15]   The Total Estimated Fees are calculated based on a $974 blended hourly rate for the Paul Hastings attorneys who are expected to work on this matter during the period from September 1, 2019 through September 30, 2019. The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time. However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% end-of-the-case reduction, would be approximately $780.

[16]   For illustrative purposes only. Indeed, pursuant to the order authorizing the Committee's retention of Paul Hastings LLP [Docket No. 999], Paul Hastings can designate the precise fees to be waived to attain the 20% overall reduction in total fees in connection with the final fee application process. In other words, Paul Hastings could designate its entire final fee application as the source of this reduction (which it does not intend to do) or a combination of reductions across other fee applications (which is one more likely scenario).

## ADDITIONAL SEPTEMBER 2019 SUB-BUDGETS FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE

### A.   Omnibus Objection of Oversight Board and Committee to Certain GO Bond Claims

Per Judge Swain's order at the July 24, 2019 omnibus hearing, the Omnibus Claims Objection was stayed. Accordingly, Paul Hastings did not expect to spend any time on prosecuting the Omnibus Claim Objection.

### B.   Adversary Proceeding Against Underwriters, Etc.

GJB, the Committee's special litigation counsel, represents the Committee with respect to the adversary proceeding against various underwriters and other parties involved in the issuance of Commonwealth bonds [Adv. Proc. No. 19-280]. Paul Hastings has no involvement in this adversary proceeding.

### C.   Garden-Variety Avoidance Actions

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 9/1/19 through 9/30/19 |
|---|---|
| B191   General Litigation | 20 |
| **TOTAL HOURS** | **20** |

### D.   Stayed Co-Plaintiff Adversary Proceedings

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period 9/1/19 through 9/30/19 |
|---|---|
| B191   General Litigation | 25 |
| **TOTAL HOURS** | **25** |

## EXHIBIT C-2

## STAFFING PLAN (JUNE 2019)

**Period Covered:**  June 1, 2019 through June 30, 2019[1]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 6/1/19 through 6/30/19 | Average hourly rate for period 6/1/19 through 6/30/19 (net of 20% reduction)[2] |
|---|---|---|---|
| **Partner** | 11 | $1,361 | $1,089 |
| **Counsel** | 6 | $1,188 | $950 |
| **Associate** | 14 | $861 | $689 |
| **Paraprofessionals** | 8 | $304 | $243 |

---

[1] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  In addition, it is impossible to predict how many hours will be required to prosecute the Committee's challenges to certain GO and ERS bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

[2] The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

### STAFFING PLAN (JULY 2019)

**Period Covered:** July 1, 2019 through July 31, 2019[3]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 7/1/19 through 7/31/19 | Average hourly rate for period 7/1/19 through 7/31/19 (net of 20% reduction)[4] |
|---|---|---|---|
| **Partner** | 11 | $1,361 | $1,089 |
| **Counsel** | 7 | $1,188 | $950 |
| **Associate** | 16 | $861 | $689 |
| **Paraprofessionals** | 8 | $304 | $243 |

---

[3] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. In addition, it is impossible to predict how many hours will be required to prosecute the Committee's challenges to certain GO and ERS bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative.

[4] The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time. However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

**ADDITIONAL JULY 2019 STAFFING PLANS FOR MATTERS JOINTLY PURSUED
BY OVERSIGHT BOARD AND COMMITTEE**

A.    <u>Omnibus Objection of Oversight Board and Committee to Certain GO Bond Claims</u>

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 7/1/19 through 7/31/19 | Average hourly rate for period 7/1/19 through 7/31/19 (net of 20% reduction)[5] |
|---|---|---|---|
| **Partner** | 2 | $1,361 | $1,089 |
| **Counsel** | 2 | $1,188 | $950 |
| **Associate** | 2 | $861 | $689 |
| **Paraprofessionals** | 1 | $304 | $243 |

B.    <u>Adversary Proceeding Against Underwriters, Etc.</u>

GJB, the Committee's special litigation counsel, represents the Committee with respect to the adversary proceeding against various underwriters and other parties involved in the issuance of Commonwealth bonds [Adv. Proc. No. 19-280].  Paul Hastings has no involvement in this adversary proceeding.

---

[5]    The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

C.    **Garden-Variety Avoidance Actions**

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 7/1/19 through 7/31/19 | Average hourly rate for period 7/1/19 through 7/31/19 (net of 20% reduction)[6] |
|---|---|---|---|
| Partner | 1 | $1,361 | $1,089 |
| Counsel | 1 | $1,188 | $950 |
| Associate | 1 | $861 | $689 |
| Paraprofessionals | 1 | $304 | $243 |

D.    **Stayed Co-Plaintiff Adversary Proceedings**

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 7/1/19 through 7/31/19 | Average hourly rate for period 7/1/19 through 7/31/19 (net of 20% reduction)[7] |
|---|---|---|---|
| Counsel | 1 | $1,188 | $950 |
| Associate | 1 | $861 | $689 |
| Paraprofessionals | 1 | $304 | $243 |

---

[6]    The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

[7]    The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

E.      **ERS Lien Adversary Proceedings**

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 7/1/19 through 7/31/19 | Average hourly rate for period 7/1/19 through 7/31/19 (net of 20% reduction)[8] |
|---|---|---|---|
| **Counsel** | 1 | $1,188 | $950 |
| **Associate** | 1 | $861 | $689 |
| **Paraprofessionals** | 1 | $304 | $243 |

---

[8]   The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

## STAFFING PLAN (AUGUST 2019)

**Period Covered:** August 1, 2019 through August 31, 2019[9]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 8/1/19 through 8/31/19 | Average hourly rate for period 8/1/19 through 8/31/19 (net of 20% reduction)[10] |
|---|---|---|---|
| **Partner** | 11 | $1,361 | $1,089 |
| **Counsel** | 7 | $1,188 | $950 |
| **Associate** | 16 | $861 | $689 |
| **Paraprofessionals** | 8 | $304 | $243 |

---

[9]   The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  In addition, it is impossible to predict how many hours will be required to prosecute the Committee's challenges to certain GO and ERS bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

[10]   The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

**ADDITIONAL AUGUST 2019 STAFFING PLANS FOR MATTERS JOINTLY
PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

**A.     Omnibus Objection of Oversight Board and Committee to Certain GO Bond Claims**

Per Judge Swain's order at the July 24, 2019 omnibus hearing, the Omnibus Claims Objection
was stayed. Accordingly, Paul Hastings did not expect to spend any time on prosecuting the
Omnibus Claim Objection.

**B.     Adversary Proceeding Against Underwriters, Etc.**

GJB, the Committee's special litigation counsel, represents the Committee with respect to the
adversary proceeding against various underwriters and other parties involved in the issuance of
Commonwealth bonds [Adv. Proc. No. 19-280]. Paul Hastings has no involvement in this
adversary proceeding.

**C.     Garden-Variety Avoidance Actions**

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 8/1/19 through 8/31/19 | Average hourly rate for period 8/1/19 through 8/31/19 (net of 20% reduction)[11] |
|---|---|---|---|
| Partner | 1 | $1,361 | $1,089 |
| Counsel | 1 | $1,188 | $950 |
| Associate | 1 | $861 | $689 |
| Paraprofessionals | 1 | $304 | $243 |

---

[11]    The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at
this time. However, for illustrative purposes only, we have provided the average hourly rate, after accounting
for the 20% end-of-the-case reduction.

D.      **Stayed Co-Plaintiff Adversary Proceedings**

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 8/1/19 through 8/31/19 | Average hourly rate for period 8/1/19 through 8/31/19 (net of 20% reduction)[12] |
|---|---|---|---|
| **Counsel** | 1 | $1,188 | $950 |
| **Associate** | 1 | $861 | $689 |
| **Paraprofessionals** | 1 | $304 | $243 |

---

[12]   The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

## **STAFFING PLAN (SEPTEMBER 2019)**

**Period Covered:**  September 1, 2019 through September 30, 2019[13]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 9/1/19 through 9/30/19 | Average hourly rate for period 9/1/19 through 9/30/19 (net of 20% reduction)[14] |
|---|---|---|---|
| **Partner** | 12 | $1,325 | $1,060 |
| **Counsel** | 8 | $1,162 | $930 |
| **Associate** | 16 | $870 | $696 |
| **Paraprofessionals** | 8 | $307 | $246 |

---

[13]  The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  In addition, it is impossible to predict how many hours will be required to prosecute the Committee's challenges to certain GO and ERS bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

[14]  The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

## ADDITIONAL SEPTEMBER 2019 STAFFING PLANS FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE

**A.     Omnibus Objection of Oversight Board and Committee to Certain GO Bond Claims [Docket No. 4784] (the "Omnibus Claims Objection")**

Per Judge Swain's order at the July 24, 2019 omnibus hearing, the Omnibus Claims Objection was stayed. Accordingly, Paul Hastings did not expect to spend any time on prosecuting the Omnibus Claim Objection.

**B.     Adversary Proceeding Against Underwriters, Etc.**

GJB, the Committee's special litigation counsel, represents the Committee with respect to the adversary proceeding against various underwriters and other parties involved in the issuance of Commonwealth bonds [Adv. Proc. No. 19-280]. Paul Hastings has no involvement in this adversary proceeding.

**C.     Garden-Variety Avoidance Actions**

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 9/1/19 through 9/30/19 | Average hourly rate for period 9/1/19 through 9/30/19 (net of 20% reduction)[15] |
|---|---|---|---|
| **Partner** | 1 | $1,325 | $1,060 |
| **Counsel** | 1 | $1,162 | $930 |
| **Associate** | 1 | $870 | $696 |
| **Paraprofessionals** | 1 | $307 | $246 |

---

[15]   The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time. However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.

D.   **Stayed Co-Plaintiff Adversary Proceedings**

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period 9/1/19 through 9/30/19 | Average hourly rate for period 9/1/19 through 9/30/19 (net of 20% reduction)[16] |
|---|---|---|---|
| **Counsel** | 1 | $1,162 | $930 |
| **Associate** | 1 | $870 | $696 |
| **Paraprofessionals** | 1 | $307 | $246 |

---

[16]   The impact of the agreed-upon 20% end-of-the-case write-off on the average hourly rate cannot be calculated at this time.  However, for illustrative purposes only, we have provided the average hourly rate, after accounting for the 20% end-of-the-case reduction.