# **EXHIBIT D**

## **SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

# EXHIBIT D-1

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET

| U.S. Trustee Task Code and Project Category | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | June 2019 | July 2019 | August 2019 | September 2019 | Total | June 2019 | July 2019 | August 2019 | September 2019 | Total |
| B110  Case Administration | 200 | 200 | 200 | 200 | 800 | 272.80 | 135.30 | 44.90 | 45.30 | **498.30** |
| B112  General Creditor Inquiries | 20 | 10 | 10 | 10 | 50 | 11.30 | 1.10 | 0.60 | 1.50 | **14.50** |
| B113  Pleadings Review | 75 | 60 | 50 | 50 | 235 | 16.40 | 22.00 | 14.00 | 12.30 | **64.70** |
| B120  Asset Analysis and Recovery | 5 | 5 | 5 | 5 | 20 | | | | | |
| B130  Asset Disposition | 5 | 5 | 5 | 5 | 20 | | | | | |
| B140  Relief from Stay / Adequate Protection Proceedings | 125 | 60 | 25 | 25 | 235 | 106.80 | 40.80 | 0.40 | 0.50 | **148.50** |
| B150  Meetings of Creditors' Committee and Communications with Creditors | 125 | 125 | 125 | 125 | 500 | 96.00 | 130.50 | 92.10 | 73.70 | **392.30** |
| B155  Court Hearings (including Preparation for Court Hearings) | 40 | 60 | 30 | 50 | 180 | 89.70 | 123.10 | 6.30 | 20.60 | **239.70** |
| B160  Employment / Fee Applications (Paul Hastings) | 50 | 60 | 50 | 50 | 210 | 62.70 | 148.80 | 27.70 | 73.20 | **312.40** |
| B161  Budgeting (Case) | 2 | 5 | 5 | 5 | 17 | 4.00 | 2.30 | 0.90 | 0.80 | **8.00** |
| B165  Employment / Fee Applications (Other Professionals) | 10 | 10 | 10 | 10 | 40 | 8.60 | 16.10 | 21.10 | 1.30 | **47.10** |
| B170  Fee and Employment Objections | 5 | 5 | 5 | 5 | 20 | | | | | **0.00** |

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | June 2019 | July 2019 | August 2019 | September 2019 | Total | June 2019 | July 2019 | August 2019 | September 2019 | Total |
| B180 | Avoidance Action Analysis | 150 | 50 | 20 | 20 | **240** | 134.60 | | | | **134.60** |
| B185 | Assumption / Rejection of Leases and Contracts | 5 | 5 | 5 | 5 | **20** | 20.70 | | 9.00 | | **29.70** |
| B190 | Other Contested Matters (including GDB restructuring) | 75 | 75 | 75 | 100 | **325** | 5.00 | 12.80 | 4.20 | | **22.00** |
| B191 | General Litigation | 600 | 300 | 150 | 150 | **1200** | 165.40 | 110.40 | 148.30 | 149.70 | **573.80** |
| B195 | Non-Working Travel[1] | 20 | 20 | 20 | 20 | **80** | 12.20 | 25.60 | | 4.00 | **41.80** |
| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 5 | 5 | 5 | 5 | **20** | | | 0.60 | | **0.60** |
| B220 | Employee Benefits / Pensions | 100 | 50 | 15 | 15 | **180** | 1.00 | 2.30 | | | **3.30** |
| B230 | Financing / Cash Collections | 5 | 5 | 5 | 5 | **20** | | | | | |
| B231 | Security Document Analysis | 5 | 5 | 5 | 5 | **20** | | | | | |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 25 | 25 | 25 | 10 | **85** | 0.20 | | 0.30 | 0.60 | **1.10** |
| B261 | Investigations | 10 | 5 | 5 | 5 | **25** | | | | | |
| B310 | Claims Administration and Objections | 500 | 300 | 150 | 150 | **1100** | 273.80 | 429.30 | 150.80 | 142.60 | **996.50** |
| B320 | Plan and Disclosure Statement | 750 | 250 | 250 | 250 | **1500** | 165.40 | 49.50 | 72.20 | 23.70 | **310.80** |

---

[1] The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

-2-

| U.S. Trustee Task Code and Project Category | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | June 2019 | July 2019 | August 2019 | September 2019 | Total | June 2019 | July 2019 | August 2019 | September 2019 | Total |
| B420   Restructurings | 10 | 1000 | 1000 | 850 | **2860** | 1,156.70 | 1,279.40 | 709.00 | 793.40 | **3,938.50** |
| **TOTAL HOURS** | 2912 | 2690 | 2340 | 2120 | **10,062** | 2,603.30 | 2,529.90 | 1,301.80 | 1,343.20 | **7778.20** |
| **TOTAL FEES** | $2,879,968.00[2] | $2,652,340.00 | $2,283,840.00 | $2,064,880.00 | **$9,881,028.00** | $2,417,236.00 | $2,423,444.50 | $1,310,361.50 | $1,314,639.00 | **$7,465,708.00** |
| *MINUS 20% REDUCTION*[3] | ($575,993.60) | ($530,468.00) | ($456,768.00) | ($412,976.00) | **($1,976,205.60)** | ($483,452.60) | ($484,688.90) | ($262,072.30) | ($262,927.80) | **($1,493,141.60)** |
| **TOTAL FEES (NET OF REDUCTION)** | $2,303,974.40 | $2,121,872.00 | $1,827,072.00 | $1,651,904.00 | **$7,904,822.40** | $1,933.810.40 | $1,938,755.60 | $1,048,289.20 | $1,051,711.20 | **$5,972,566.40** |

---

[2] The Total Estimated Fees are calculated based on a blended hourly rate of $989, $986, $976, and $974 for the Paul Hastings attorneys who are expected to work on this matter in June, July, August, and September, respectively.  The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time.  However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% reduction, would be approximately $791, $789, $781, and $780, respectively.

**SUMMARY OF COMPENSATION REQUESTED AS COMPARED TO SUB-BUDGETS FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

| U.S. Trustee Task Code and Project Category | Hours Budgeted | | | | Hours Billed | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | July 2019 | August 2019 | September 2019 | Total | July 2019 | August 2019 | September 2019 | Total |
| **Omnibus Claims Objection** | | | | | | | | |
| B112   General Creditor Inquiries | 5 | - | - | 5 | 0.10 | - | - | **0.10** |
| B310   Claims Administration and Objections | 100 | - | - | 100 | 64.90 | 1.70 | - | **66.60** |
| **Garden Variety Avoidance Actions** | | | | | | | | |
| B191   General Litigation | 20 | 20 | 20 | 60 | 0.90 | 0.60 | 2.40 | **3.90** |
| **Stayed Co-Plaintiff Adversary Proceedings** | | | | | | | | |
| B191   General Litigation | 10 | 50 | 25 | 85 | 18.60 | 6.70 | 2.80 | **28.10** |
| **ERS Lien Adversary Proceedings** | | | | | | | | |
| B191   General Litigation | 20 | - | - | 20 | 0.10 | 1.10 | 0.70 | **1.90** |
| **TOTAL HOURS** | 155 | 70 | 45 | **270** | 84.60 | 10.10 | 5.90 | **100.60** |

# FURTHER BREAKDOWN OF COMPENSATION REQUESTED
# BY PROJECT CATEGORY AND BY MATTER[1]

*Official Committee of Unsecured Creditors of Commonwealth of PR (Matter ID 00002)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B110   Case Administration | 110.40 | $61,399.00 |
| B113   Pleadings Review | 60.00 | $21,651.00 |
| B140   Relief from Stay / Adequate Protection Proceedings | 69.00 | $72,835.00 |
| B150   Meetings of and Communications with Creditors | 237.90 | $205,838.50 |
| B155   Court Hearings | 115.30 | $109,220.50 |
| B160   Employment / Fee Applications (Paul Hastings) | 312.40 | $250,168.50 |
| B161   Budgeting (Case) | 8.00 | $9,600.00 |
| B165   Employment / Fee Applications (Other Professionals) | 47.10 | $30,197.00 |
| B190   Other Contested Maters | 21.00 | $24,951.00 |
| B195   Non-Working Travel | 18.60 | $13,950.00 |
| B310   Claims Administration and Objections | 162.30 | $166,809.50 |
| B320   Plan and Disclosure Statement (including Business Plan) | 242.60 | $257,411.50 |
| **TOTAL** | 1,404.60 | $1,224,031.50 |

*Communications with Creditors (other than Committee Members) / Website (Matter ID 00004)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B112   General Creditor Inquiries | 3.70 | $3,526.00 |
| B150   Meetings of and Communications with Creditors | 39.50 | $35,922.50 |
| **TOTAL** | 43.20 | $39,448.50 |

---

[1] The fees set forth on this Exhibit D-1 do **not** take into account Paul Hastings' agreement to reduce its fees by an amount equal to 20% of its total case fees, with the precise fees to be waived to attain the 20% reduction to be designated by Paul Hastings (in its sole discretion) in connection with the final fee application process.

*PREPA (Matter ID 00006)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---:|---:|
| B110 Case Administration | 340.20 | $123,349.00 |
| B140 Relief from Stay / Adequate Protection Proceedings | 0.20 | $250.00 |
| B155 Court Hearings | 117.50 | $124,021.50 |
| B180 Avoidance Action Analysis | 134.60 | $143,830.00 |
| B185 Assumption/Rejection of Leases and Contracts | 29.70 | $31,353.50 |
| B191 General Litigation | 13.20 | $10,639.00 |
| B195 Non-Working Travel | 21.70 | $13,152.00 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 0.60 | $720.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 1.10 | $1,375.00 |
| B310 Claims Administration and Objections | 25.20 | $25,315.00 |
| B420 Restructurings | 3,938.50 | $3,987,839.50 |
| **TOTAL** | 4,622.50 | $4,461,844.50 |

*HTA (Matter ID 00007)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B140 Relief from Stay / Adequate Protection Proceedings | 17.10 | $17,978.50 |
| B191 General Litigation | 3.40 | $4,333.00 |
| B310 Claims Administration and Objections | 1.40 | $903.00 |
| **TOTAL** | 21.90 | $23,214.50 |

*ERS (Matter ID 00008)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110 Case Administration | 18.60 | $5,271.00 |
| B113 Pleadings Review | 0.50 | $600.00 |
| B140 Relief from Stay/Adequate Protection Proceedings | 62.20 | $60,711.00 |
| B155 Court Hearings | 0.70 | $840.00 |
| B190 Other Contested Matters | 1.00 | $1,104.50 |
| B191 General Litigation | 8.10 | $8,302.50 |

| | | |
|---|---:|---:|
| B195 Non-Working Travel | 1.50 | $900.00 |
| B220 Employee Benefits/Pensions | 3.30 | $3,217.50 |
| B310 Claims Administration and Objections | 206.90 | $214,625.50 |
| **TOTAL** | 302.80 | $295,572.00 |

*Other Adversary Proceedings (Matter ID 00009)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B113 Pleadings Review | 4.20 | $1,077.00 |
| B155 Court Hearings | 6.20 | $6,685.00 |
| B191 General Litigation | 83.90 | $71,787.00 |
| **TOTAL** | 94.30 | $79,549.00 |

*Mediation (Matter ID 00010)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110 Case Administration | 2.00 | $1,966.50 |
| B150 Meetings of and Communications with Creditors | 0.30 | $360.00 |
| B310 Claims Administration and Objections | 10.60 | $12,218.00 |
| B320 Plan and Disclosure Statement (including Business Plan) | 67.90 | $87,234.50 |
| **TOTAL** | 80.80 | $101,779.00 |

*GO Bond Debt Issues (Matter ID 00011)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110 Case Administration | 12.10 | $2,633.50 |
| B112 General Creditor Inquiries | 10.80 | $9,210.00 |
| B191 General Litigation | 101.30 | $97,898.50 |
| B310 Claims Administration and Objections | 491.60 | $514,850.50 |
| B320 Plan and Disclosure Statement (including Business Plan) | 0.30 | $450.00 |
| **TOTAL** | 616.10 | $625,042.50 |

*Creditors Committee Meetings (Matter ID 00012)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B150   Meetings of and Communications with Creditors | 114.60 | $122,829.50 |
| **TOTAL** | 114.60 | $122,829.50 |

*Rule 2004 Investigations (Matter ID 00013)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110   Case Administration | 9.10 | $3,431.00 |
| B191   General Litigation | 5.80 | $5,645.50 |
| **TOTAL** | 14.90 | $9,076.50 |

*Constitutional Issues (Matter ID 00014)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B191   General Litigation | 326.60 | $344,926.50 |
| **TOTAL** | 326.60 | $344,926.50 |

*PBA (Matter ID 00017)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110   Case Administration | 5.90 | $5,383.00 |
| B191   General Litigation | 31.50 | $32,778.00 |
| B310   Claims Administration and Objections | 68.90 | $66,330.00 |
| **TOTAL** | 106.30 | $104,491.00 |

*GDB (Matter ID 00018)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B310   Claims Administration and Objections | 29.60 | $33,903.00 |
| **TOTAL** | **$29.60** | **$33,903.00** |

**EXHIBIT D-2**

**SUMMARY OF EXPENSE REIMBURSEMENTS REQUESTED BY CATEGORY**

| Category | Amount |
| --- | --- |
| Travel Expenses – Airfare | $5,358.20 |
| Travel Expenses – Lodging | $3,565.33 |
| Travel Expenses - Taxi / Ground Transportation | $4,337.47 |
| Travel Expenses | $26.33 |
| Travel Expenses - Meals | $555.96 |
| Travel Expenses - Parking | $36.00 |
| Courtcall | $350.00 |
| Messenger | $479.36 |
| Computer Search | $41,713.45 |
| Court Reporting Services | $11,024.69 |
| In-house Black and White Reproduction Charges (153,663 copies at $0.08 per page) | $12,293.04 |
| In-house Color Reproduction Charges (12,680 copies at $0.25 per page) | $3,170.00 |
| London Economics International | 626,550.76 |
| Special Counsel | 141,072.58 |
| Other Outside Professional Services | 45,153.85 |
| PH Discovery HC – Data Hosting | $197.98 |
| Postage/Express Mail | $5,651.23 |
| **TOTAL** | **$901,536.23** |