**EXHIBIT E**

**BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED BY DEBTOR AND BY WHETHER SERVICES WERE RENDERED IN PUERTO RICO OR OUTSIDE PUERTO RICO**

**June 2019 Fee Statement**

|  | **Fees** | **Fees Requested to Be Paid (80%)** | **Expenses Requested to Be Paid (100%)** | **Total Fees & Expenses Requested to Be Paid** |
|---|---|---|---|---|
| Total for Commonwealth (pre-credits) | $825,187.00 | $660,149.60 | $39,086.99 | $699,236.59 |
| Total for Commonwealth (net of credits) | $736,344.83 | $589,075.86 | $39,086.99 | $628,162.85 |
| *(a) Services Rendered Outside of Puerto Rico* | *$723,144.83[1]* | *$578,515.86* | *$38,440.63* | *$616,956.49* |
| *(b) Services Rendered in Puerto Rico* | *$13,200.00* | *$10,560.00* | *$646.36* | *$11,206.36* |
| Total for HTA (all outside of Puerto Rico) | $18,521.50 | $14,817.20 | $24.35 | $14,841.55 |
| Total for ERS | $102,504.00 | $82,003.20 | $9,879.13 | $91,882.33 |
| *(a) Services Rendered Outside of Puerto Rico* | *$102,054.00* | *$81,643.20* | *$9,879.13* | *$91,522.33* |
| *(b) Services Rendered in Puerto Rico* | *$450.00* | *$360.00* | *$0.00* | *$360.00* |
| Total for PREPA (all outside of Puerto Rico) | $1,444,400.50 | $1,155,520.40 | $251,699.17 | $1,407,219.57 |
| **Grand Total for all Debtors (net of credits)** | **$2,301,770.83** | **$1,841,416.66** | **$300,689.64** | **$2,142,106.30** |

---

[1] Reflects a credit of $88,842.17 for fee reductions pursuant to the order approving Paul Hastings' Fifth Interim Fee Applications.

**July 2019 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth | $949,217.50 | $759,374.00 | $17,009.95 | $776,383.95 |
| *(a) Services Rendered Outside of Puerto Rico* | *$927,017.50* | *$741,614.00* | *$17,009.95* | *$758,623.95* |
| *(b) Services Rendered in Puerto Rico* | *$22,200.00* | *$17,760.00* | *$0.00* | *$17,760.00* |
| Total for HTA (all outside of Puerto Rico) | $3,973.00 | $3,178.40 | $0.00 | $3,178.40 |
| Total for ERS (all outside of Puerto Rico) | $43,037.00 | $34,429.60 | $3,610.72 | $38,040.32 |
| Total for PREPA (all outside of Puerto Rico) | $1,448,701.00 | $1,158,960.80 | $359,409.54 | $1,518,370.34 |
| **Grand Total for all Debtors** | **$2,444,928.50** | **$1,955,942.80** | **$380,030.21** | **$2,335,973.01** |

## August 2019 Fee Statement

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $552,207.00 | $441,765.60 | $6,863.55 | $448,629.15 |
| Total for HTA (all outside of Puerto Rico) | $480.00 | $384.00 | $0.00 | $384.00 |
| Total for ERS (all outside of Puerto Rico) | $26,405.50 | $21,124.40 | $0.00 | $21,124.40 |
| Total for PREPA (all outside of Puerto Rico) | $735,865.00 | $588,692.00 | $120,377.32 | $709,069.32 |
| **Grand Total for all Debtors** | **$1,314,957.50** | **$1,051,966.00** | **$127,240.87** | **$1,179,206.87** |

**September 2019 Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (pre-credits) | $363,455.00 | $290,764.00 | $6,281.44 | $297,045.44 |
| Total for Commonwealth (net of credits) | $363,455.00 | $290,764.00 | $6,888.40[2] | $297,652.40 |
| Total for HTA (all outside of Puerto Rico) | $240.00 | $192.00 | $0.00 | $192.00 |
| Total for ERS (all outside of Puerto Rico) | $123,625.50 | $98,900.40 | $673.10 | $99,573.50 |
| Total for PREPA (all outside of Puerto Rico) | $827,888.50 | $662,310.80 | $86,014.01 | $748,324.81 |
| **Grand Total for all Debtors (net of credits)** | **$1,315,209.00** | **$1,052,167.20** | **$92,968.55** | **$1,145,135.75** |

---

[2] Reflects a credit of $606.96 for expense reductions pursuant to the order approving Paul Hastings' Fifth Interim Fee Applications.