# SCHEDULE 1

## LIST OF PROFESSIONALS BY MATTER

*Official Comm. of Unsecured Creditors of Commonwealth of PR (Matter ID 00002)*

| Name | Title or Position | Department, Group, or Section |
| --- | --- | --- |
| Bliss, James R. | Partner | Litigation |
| Despins, Luc A. | Partner | Restructuring |
| Worthington, James R. | Partner | Appellate Practice |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Goldstein, Irena M. | Counsel | Corporate |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Traxler, Katherine A. | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Cash, Derek D. | Associate | Corporate |
| Kilpatrick, Ryan N. | Associate | Litigation |
| Maza, Shlomo | Associate | Restructuring |
| Ofori, Rachel | Associate | Litigation |
| Wolfe, Molly F. | Associate | Litigation |
| Zwillinger, Zachary | Associate | Litigation |
| Austin, Javii D. | Librarian | -- |
| Chang, Irena | Librarian | -- |
| Checo, Miguel L. | Project Manager | -- |
| Elliott, Elizabeth | Librarian | -- |
| Feezell, Meredith B. | Project Consultant | -- |
| Kuo, Jocelyn | Paralegal | -- |
| Mai, Zhuo Sheng | Project Specialist | -- |
| Wu, Winnie | Case Assistant | -- |

*Communications w/Creditors/Website (Other than Comm. Members) (Matter ID 00004)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Cash, Derek D. | Associate | Corporate |
| Maza, Shlomo | Associate | Restructuring |
| Kuo, Jocelyn | Paralegal | -- |

*PREPA (Matter ID 00006)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Bliss, James | Partner | Litigation |
| Despins, Luc A. | Partner | Restructuring |
| Jimenez, Pedro | Partner | Corporate |
| Nowak, John P. | Partner | Litigation |
| Patrizia, Charles A. | Partner | Litigation |
| Worthington, James B. | Partner | Litigation |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Goldstein, Irena M. | Counsel | Corporate |
| Hilson, John Francis | Counsel | Corporate |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Strickon, Harvey A. | Counsel | Corporate |
| Barron, Douglass E. | Associate | Restructuring |
| Cash, Derek D. | Associate | Corporate |
| Clemente, Carlos E. | Associate | Corporate |
| Ferguson, James L. | Associate | Litigation |
| Gage, Brendan | Associate | Restructuring |
| Hegel, Peter | Associate | Corporate |
| Johnson, Jordan B. | Associate | Litigation |
| Kilpatrick, Ryan N. | Associate | Litigation |

| | | |
|---|---|---|
| Maza, Shlomo | Associate | Restructuring |
| Ofori, Rachel | Associate | Litigation |
| Rookard, Katherine S. | Associate | Corporate |
| Weiss, David E. | Associate | Litigation |
| Wolfe, Molly F. | Associate | Litigation |
| Zwillinger, Zachary S. | Associate | Litigation |
| Austin, Javii D. | Librarian | -- |
| Checo, Miguel L. | Project Manager | -- |
| Chi, Ruby | Project Specialist | -- |
| Doherty, Allison | Paralegal | -- |
| Elliott, Elizabeth | Librarian | -- |
| Hopkovitz, Yael | Librarian | -- |
| Kim, Andy T. | Project Manager | -- |
| Kromer, Rosetta S. | Paralegal | -- |
| Kuo, Jocelyn | Paralegal | -- |
| Mai, Zhuo Sheng | Project Specialist | -- |
| Medina, Kristy | Case Assistant | -- |
| O'Dea, Heather R. | Research Services | -- |
| Rath, Niles | Senior Manager | -- |
| Sheldon, Aimee Samantha | Case Assistant | -- |
| Weaver, Randi | Project Manager | -- |
| Wu, Winnie | Case Assistant | -- |

### HTA (Matter ID 00007)

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Goldstein, Irena M. | Counsel | Corporate |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Wolfe, Molly F. | Associate | Litigation |
| Wu, Winnie | Case Assistant | -- |

*ERS (Matter ID 00008)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Bliss, James R. | Partner | Litigation |
| Despins, Luc A. | Partner | Restructuring |
| Jimenez, Pedro | Partner | Corporate |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Goldstein, Irena M. | Counsel | Corporate |
| Hilson, John Francis | Counsel | Corporate |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Barron, Douglass E. | Associate | Restructuring |
| Cash, Derek D. | Associate | Corporate |
| Maza, Shlomo | Associate | Restructuring |
| Wolfe, Molly F. | Associate | Litigation |
| Checo, Miguel L. | Project Manager | -- |
| Kuo, Jocelyn | Paralegal | -- |
| Mai, Zhuo Sheng | Project Specialist | -- |
| Wu, Winnie | Case Assistant | -- |

*Other Adversary Proceedings (Matter ID 00009)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Bliss, James R. | Partner | Litigation |
| Hansson, Kurt W. | Partner | Litigation |
| Timofeyev, Igor V. | Partner | Litigation |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Goldstein, Irena M. | Counsel | Corporate |
| Barron, Douglass E. | Associate | Restructuring |
| Cash, Derek D. | Associate | Corporate |
| Kilpatrick, Ryan N. | Associate | Litigation |
| Kuo, Jocelyn | Paralegal | -- |
| O'Dea, Heather R. | Research Services | -- |

| Wu, Winnie | Case Assistant | -- |

### Mediation (Matter ID 00010)

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Bliss, James R. | Partner | Litigation |
| Despins, Luc A. | Partner | Restructuring |
| Bongartz, Alex | Counsel | Restructuring |
| Goldstein, Irena M. | Counsel | Corporate |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Barron, Douglass E. | Associate | Restructuring |
| Maza, Shlomo | Associate | Restructuring |
| Kuo, Jocelyn | Paralegal | -- |
| Wu, Winnie | Case Assistant | -- |

### GO Bond Debt Issues (Matter ID 00011)

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Bliss, James R. | Partner | Litigation |
| Despins, Luc A. | Partner | Restructuring |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Goldstein, Irena M. | Counsel | Corporate |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Barron, Douglass E. | Associate | Restructuring |
| Cash, Derek D. | Associate | Corporate |
| Kilpatrick, Ryan N. | Associate | Litigation |
| Maza, Shlomo | Associate | Restructuring |
| Wolfe, Molly F. | Associate | Litigation |
| Kuo, Jocelyn | Paralegal | -- |
| Wu, Winnie | Case Assistant | -- |

*Creditors' Committee Meetings (Matter ID 00012)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Cash, Derek D. | Associate | Corporate |
| Maza, Shlomo | Associate | Restructuring |
| Kuo, Jocelyn | Paralegal | -- |

*Rule 2004 Investigations (Matter ID 00013)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Worthington, James B. | Partner | Litigation |
| Kilpatrick, Ryan N. | Associate | Litigation |
| Checo, Miguel L. | Project Manager | -- |
| Mai, Zhuo Sheng | Project Specialist | -- |

*Constitutional Issues (Matter ID 00014)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Kinnaird, Stephen B. | Partner | Appellate Practice |
| Mollen, Neal | Partner | Appellate Practice |
| Unger, Sean | Partner | Litigation |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Cash, Derek D. | Associate | Corporate |
| Maza, Shlomo. | Associate | Restructuring |
| Turk, Sara P. | Associate | Employment |
| Doherty, Allison | Paralegal | -- |

| Kuo, Jocelyn | Paralegal | -- |
| Wu, Winnie | Case Assistant | -- |

### *PBA (Matter ID 00017)*

| Name | Title or Position | Department, Group, or Section |
| --- | --- | --- |
| Bliss, James R. | Partner | Litigation |
| Despins, Luc A. | Partner | Restructuring |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Barron, Douglass E. | Associate | Restructuring |
| Cash, Derek D. | Associate | Corporate |
| Kilpatrick, Ryan N. | Associate | Litigation |
| Maza, Shlomo | Associate | Restructuring |
| Rookard, Katherine S. | Associate | Corporate |
| Wolfe, Molly F. | Associate | Litigation |
| Kuo, Jocelyn | Paralegal | -- |
| Wu, Winnie | Case Assistant | -- |

### *GDB (Matter ID 00018)*

| Name | Title or Position | Department, Group, or Section |
| --- | --- | --- |
| Despins, Luc A. | Partner | Restructuring |
| Bongartz, Alex | Counsel | Restructuring |
| Goldstein, Irena M. | Counsel | Corporate |
| Barron, Douglass E. | Associate | Restructuring |
| Kuo, Jocelyn | Paralegal | -- |