# SCHEDULE 4

## MONTHLY INVOICES OF SPECIAL COUNSEL



Please Remit To:
**EFT: MELLON BANK**
**ABA # 043000261  ACCT # 1850710**
------------------------------------------------------------
**LOCKBOX: DEPT. CH 14305**
**PALATINE, IL 60055-4305**

Customer
**PAUL HASTINGS AT PR PREPA**
**RANDI WEAVER**
**515 SOUTH FLOWER STREET**
**25TH FLOOR**
**LOS ANGELES, CA  90071**

| | |
|---|---|
| Invoice : | **10647980** |
| Invoice Date: | **7/21/2019** |
| Customer Number: | **SCI0009019** |
| Branch: | **IL099** |
| Payment Terms | **Net 30** |
| Dept. No.: | |

Federal Tax ID# 52-1736703
For billing questions, please call: 888-301-3623

REFERENCE:       96395.00006

| Line | W/E Date | Associate | Description | | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 06/16/19 | CAROL C CAMPOS | DOCUMENT REVIEWER | REG | 8.70 | 85.00 | 739.50 |
| | | Approved on 06/19/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190619124609 | | | | | |
| | | SPANISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_P3_SPANISH_AUTO | | | | | |
| 2 | 06/16/19 | CAROL C CAMPOS | DOCUMENT REVIEWER | REG | 26.70 | 73.50 | 1,962.45 |
| | | Approved on 06/19/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190619124608 | | | | | |
| | | ENGLISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | | |
| 3 | 06/23/19 | CAROL C CAMPOS | DOCUMENT REVIEWER | REG | 19.60 | 73.50 | 1,440.60 |
| | | Approved on 06/26/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190626123810 | | | | | |
| | | ENGLISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | | |
| 4 | 06/23/19 | CAROL C CAMPOS | DOCUMENT REVIEWER | REG | 0.20 | 85.00 | 17.00 |
| | | Approved on 06/26/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190626123812 | | | | | |
| | | SPANISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_P3_SPANISH_AUTO | | | | | |
| 5 | 06/23/19 | CAROL C CAMPOS | DOCUMENT REVIEWER | REG | 18.50 | 85.00 | 1,572.50 |
| | | Approved on 06/26/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190626123812 | | | | | |
| | | SPANISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_PREPA_SPANISH_AUTO | | | | | |
| 6 | 06/30/19 | CAROL C CAMPOS | DOCUMENT REVIEWER | REG | 11.40 | 73.50 | 837.90 |
| | | Approved on 07/02/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702092649 | | | | | |
| | | ENGLISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | | |
| 7 | 06/30/19 | CAROL C CAMPOS | DOCUMENT REVIEWER | REG | 17.60 | 85.00 | 1,496.00 |
| | | Approved on 07/02/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702091922 | | | | | |
| | | SPANISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_ANKURA_SPANISH_AUTO | | | | | |
| 8 | 06/30/19 | CAROL C CAMPOS | DOCUMENT REVIEWER | REG | 6.60 | 85.00 | 561.00 |
| | | Approved on 07/02/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702091922 | | | | | |
| | | SPANISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_P3_SPANISH_AUTO | | | | | |



Please Remit To:
**EFT: MELLON BANK**
**ABA # 043000261  ACCT # 1850710**
--------------------------------------------------------
**LOCKBOX: DEPT. CH 14305**
**PALATINE, IL 60055-4305**

Customer
**PAUL HASTINGS AT PR PREPA**
**RANDI WEAVER**
**515 SOUTH FLOWER STREET**
**25TH FLOOR**
**LOS ANGELES, CA  90071**

| | |
|---|---|
| Invoice : | **10647980** |
| Invoice Date: | **7/21/2019** |
| Customer Number: | **SCI0009019** |
| Branch: | **IL099** |
| Payment Terms | **Net 30** |
| Dept. No.: | |

Federal Tax ID# 52-1736703
For billing questions, please call: 888-301-3623

REFERENCE:    96395.00006

| Line | W/E Date | Associate | Description | | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 9 | 06/30/19 | CAROL C CAMPOS | DOCUMENT REVIEWER | REG | 4.40 | 85.00 | 374.00 |

Approved on 07/02/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702091922
SPANISH FIRST PASS
PR PREPA
1LR_PREPA_SPANISH_AUTO

| 10 | 06/16/19 | LYDIA L COLLADO | DOCUMENT REVIEWER | REG | 6.40 | 85.00 | 544.00 |

Approved on 06/19/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190619124611
SPANISH FIRST PASS
PR PREPA
1LR_P3_SPANISH_AUTO

| 11 | 06/16/19 | LYDIA L COLLADO | DOCUMENT REVIEWER | REG | 30.90 | 73.50 | 2,271.15 |

Approved on 06/19/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190619124610
ENGLISH FIRST PASS
PR PREPA
1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS

| 12 | 06/23/19 | LYDIA L COLLADO | DOCUMENT REVIEWER | REG | 29.50 | 73.50 | 2,168.25 |

Approved on 06/26/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190626123813
ENGLISH FIRST PASS
PR PREPA
1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS

| 13 | 06/23/19 | LYDIA L COLLADO | DOCUMENT REVIEWER | REG | 6.30 | 85.00 | 535.50 |

Approved on 06/26/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190626123814
SPANISH FIRST PASS
PR PREPA
1LR_P3_SPANISH_AUTO

| 14 | 06/23/19 | LYDIA L COLLADO | DOCUMENT REVIEWER | REG | 4.20 | 85.00 | 357.00 |

Approved on 06/26/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190626123814
SPANISH FIRST PASS
PR PREPA
1LR_PREPA_SPANISH_AUTO

| 15 | 06/30/19 | LYDIA L COLLADO | DOCUMENT REVIEWER | REG | 8.30 | 73.50 | 610.05 |

Approved on 07/02/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702092650
ENGLISH FIRST PASS
PR PREPA
1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS

| 16 | 06/30/19 | LYDIA L COLLADO | DOCUMENT REVIEWER | REG | 24.10 | 85.00 | 2,048.50 |

Approved on 07/02/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702094433
SPANISH FIRST PASS
PR PREPA
1LR_ANKURA_SPANISH_AUTO

| 17 | 06/30/19 | LYDIA L COLLADO | DOCUMENT REVIEWER | REG | 7.60 | 85.00 | 646.00 |

Approved on 07/02/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702094433
SPANISH FIRST PASS
PR PREPA
1LR_P3_SPANISH_AUTO



Please Remit To:
**EFT: MELLON BANK**
**ABA # 043000261 ACCT # 1850710**
--------------------------------------------------------------
**LOCKBOX: DEPT. CH 14305**
**PALATINE, IL 60055-4305**

Customer
**PAUL HASTINGS AT PR PREPA**
**RANDI WEAVER**
**515 SOUTH FLOWER STREET**
**25TH FLOOR**
**LOS ANGELES, CA 90071**

Invoice: **10647980**
Invoice Date: **7/21/2019**
Customer Number: **SCI0009019**
Branch: **IL099**
Payment Terms: **Net 30**
Dept. No.:

Federal Tax ID# 52-1736703
For billing questions, please call: 888-301-3623

REFERENCE: 96395.00006

| Line | W/E Date | Associate | Description | | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 18 | 06/09/19 | JAMES DECHERD | DOCUMENT REVIEWER | REG | 2.80 | 73.50 | 205.80 |
| | | Approved on 06/12/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190612111820 | | | | | |
| | | ENGLISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_20190607_P3_HITS | | | | | |
| 19 | 06/16/19 | JAMES DECHERD | DOCUMENT REVIEWER | REG | 34.50 | 73.50 | 2,535.75 |
| | | Approved on 06/19/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190619124614 | | | | | |
| | | ENGLISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | | |
| 20 | 06/16/19 | JAMES DECHERD | DOCUMENT REVIEWER | REG | 5.50 | 85.00 | 467.50 |
| | | Approved on 06/19/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190619124615 | | | | | |
| | | SPANISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_P3_SPANISH_AUTO | | | | | |
| 21 | 06/23/19 | JAMES DECHERD | DOCUMENT REVIEWER | REG | 32.50 | 73.50 | 2,388.75 |
| | | Approved on 06/26/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190626123815 | | | | | |
| | | ENGLISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | | |
| 22 | 06/23/19 | JAMES DECHERD | DOCUMENT REVIEWER | REG | 7.50 | 85.00 | 637.50 |
| | | Approved on 06/26/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190626123817 | | | | | |
| | | SPANISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_PREPA_SPANISH_AUTO | | | | | |
| 23 | 06/30/19 | JAMES DECHERD | DOCUMENT REVIEWER | REG | 12.10 | 73.50 | 889.35 |
| | | Approved on 07/02/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702092651 | | | | | |
| | | ENGLISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | | |
| 24 | 06/30/19 | JAMES DECHERD | DOCUMENT REVIEWER | REG | 21.40 | 85.00 | 1,819.00 |
| | | Approved on 07/02/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702092650 | | | | | |
| | | SPANISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_ANKURA_SPANISH_AUTO | | | | | |
| 25 | 06/30/19 | JAMES DECHERD | DOCUMENT REVIEWER | REG | 6.50 | 85.00 | 552.50 |
| | | Approved on 07/02/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702092650 | | | | | |
| | | SPANISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_P3_SPANISH_AUTO | | | | | |
| 26 | 06/09/19 | DEKERA M GREENE | TEAM LEADER | REG | 3.70 | 78.50 | 290.45 |
| | | Approved on 06/12/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190612112434 | | | | | |
| | | TEAM LEAD ADMIN DUTIES | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_20190607_P3_HITS | | | | | |



Please Remit To:
**EFT: MELLON BANK**
**ABA # 043000261 ACCT # 1850710**
--------------------------------------------------------
**LOCKBOX: DEPT. CH 14305**
**PALATINE, IL 60055-4305**

Customer
**PAUL HASTINGS AT PR PREPA**
**RANDI WEAVER**
**515 SOUTH FLOWER STREET**
**25TH FLOOR**
**LOS ANGELES, CA 90071**

Invoice : **10647980**
Invoice Date: **7/21/2019**
Customer Number: **SCI0009019**
Branch: **IL099**
Payment Terms **Net 30**
Dept. No.:

Federal Tax ID# 52-1736703
For billing questions, please call: 888-301-3623

REFERENCE:  96395.00006

| Line | W/E Date | Associate | Description | | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 27 | 06/16/19 | DEKERA M GREENE | TEAM LEADER | REG | 10.20 | 90.00 | 918.00 |
| | | Approved on 06/19/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190619124620 | | | | | |
| | | | TEAM LEAD ADMIN DUTIES | | | | |
| | | | PR PREPA | | | | |
| | | | 1LR_P3_SPANISH_AUTO | | | | |
| 28 | 06/16/19 | DEKERA M GREENE | TEAM LEADER | REG | 29.80 | 78.50 | 2,339.30 |
| | | Approved on 06/19/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190619124618 | | | | | |
| | | | TEAM LEAD ADMIN DUTIES | | | | |
| | | | PR PREPA | | | | |
| | | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | |
| 29 | 06/16/19 | DEKERA M GREENE | TEAM LEADER | OTP | 5.10 | 117.75 | 600.53 |
| | | Approved on 06/19/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190619124618 | | | | | |
| | | | TEAM LEAD ADMIN DUTIES | | | | |
| | | | PR PREPA | | | | |
| | | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | |
| 30 | 06/23/19 | DEKERA M GREENE | TEAM LEADER | REG | 32.80 | 78.50 | 2,574.80 |
| | | Approved on 06/26/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190626123818 | | | | | |
| | | | TEAM LEAD ADMIN DUTIES | | | | |
| | | | PR PREPA | | | | |
| | | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | |
| 31 | 06/23/19 | DEKERA M GREENE | TEAM LEADER | REG | 9.00 | 90.00 | 810.00 |
| | | Approved on 06/26/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190626123819 | | | | | |
| | | | TEAM LEAD ADMIN DUTIES | | | | |
| | | | PR PREPA | | | | |
| | | | 1LR_PREPA_SPANISH_AUTO | | | | |
| 32 | 06/30/19 | DEKERA M GREENE | TEAM LEADER | REG | 2.30 | 78.50 | 180.55 |
| | | Approved on 07/02/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702092652 | | | | | |
| | | | TEAM LEAD ADMIN DUTIES | | | | |
| | | | PR PREPA | | | | |
| | | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | |
| 33 | 06/30/19 | DEKERA M GREENE | TEAM LEADER | REG | 6.60 | 90.00 | 594.00 |
| | | Approved on 07/02/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702092652 | | | | | |
| | | | TEAM LEAD ADMIN DUTIES | | | | |
| | | | PR PREPA | | | | |
| | | | 1LR_PREPA_SPANISH_AUTO | | | | |
| 34 | 06/30/19 | DEKERA M GREENE | TEAM LEADER | REG | 31.10 | 90.00 | 2,799.00 |
| | | Approved on 07/02/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702092652 | | | | | |
| | | | TEAM LEAD ADMIN DUTIES | | | | |
| | | | PR PREPA | | | | |
| | | | 1LR_ANKURA_SPANISH_AUTO | | | | |
| 35 | 06/16/19 | THOMAS H HUMPHRIES | DOCUMENT REVIEWER | REG | 36.80 | 73.50 | 2,704.80 |
| | | Approved on 06/19/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190619124620 | | | | | |
| | | | ENGLISH FIRST PASS | | | | |
| | | | PR PREPA | | | | |
| | | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | |



Please Remit To:
**EFT: MELLON BANK**
**ABA # 043000261  ACCT # 1850710**
--------------------------------------------------------

**LOCKBOX: DEPT. CH 14305**
**PALATINE, IL 60055-4305**

Customer
**PAUL HASTINGS AT PR PREPA**
**RANDI WEAVER**
**515 SOUTH FLOWER STREET**
**25TH FLOOR**
**LOS ANGELES, CA  90071**

Invoice : **10647980**
Invoice Date: **7/21/2019**
Customer Number: **SCI0009019**
Branch: **IL099**
Payment Terms **Net 30**
Dept. No.:

Federal Tax ID# 52-1736703
For billing questions, please call: 888-301-3623

REFERENCE:    96395.00006

| Line | W/E Date | Associate | Description | Unt/Hrs | Rate | Amount |
|---|---|---|---|---:|---:|---:|
| 36 | 06/23/19 | THOMAS H HUMPHRIES | DOCUMENT REVIEWER   REG | 40.00 | 73.50 | 2,940.00 |
| | | Approved on 06/26/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190626123828 | | | | |
| | | ENGLISH FIRST PASS | | | | |
| | | PR PREPA | | | | |
| | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | |
| 37 | 06/30/19 | THOMAS H HUMPHRIES | DOCUMENT REVIEWER   REG | 40.00 | 73.50 | 2,940.00 |
| | | Approved on 07/02/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702092653 | | | | |
| | | ENGLISH FIRST PASS | | | | |
| | | PR PREPA | | | | |
| | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | |
| 38 | 06/16/19 | JOHN W MCCAFFREY JR. | DOCUMENT REVIEWER   REG | 7.90 | 73.50 | 580.65 |
| | | Approved on 06/19/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190619124625 | | | | |
| | | ENGLISH FIRST PASS | | | | |
| | | PR PREPA | | | | |
| | | 1LR_20190613_PREPA_HITS | | | | |
| 39 | 06/23/19 | JOHN W MCCAFFREY JR. | DOCUMENT REVIEWER   REG | 38.60 | 73.50 | 2,837.10 |
| | | Approved on 06/26/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190626123828 | | | | |
| | | ENGLISH FIRST PASS | | | | |
| | | PR PREPA | | | | |
| | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | |
| 40 | 06/16/19 | TROY A MORGAN | DOCUMENT REVIEWER   REG | 9.80 | 85.00 | 833.00 |
| | | Approved on 06/19/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190619124630 | | | | |
| | | SPANISH FIRST PASS | | | | |
| | | PR PREPA | | | | |
| | | 1LR_P3_SPANISH_AUTO | | | | |
| 41 | 06/16/19 | TROY A MORGAN | DOCUMENT REVIEWER   REG | 30.20 | 73.50 | 2,219.70 |
| | | Approved on 06/19/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190619124629 | | | | |
| | | ENGLISH FIRST PASS | | | | |
| | | PR PREPA | | | | |
| | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | |
| 42 | 06/23/19 | TROY A MORGAN | DOCUMENT REVIEWER   REG | 29.00 | 73.50 | 2,131.50 |
| | | Approved on 06/26/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190626123825 | | | | |
| | | ENGLISH FIRST PASS | | | | |
| | | PR PREPA | | | | |
| | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | |
| 43 | 06/23/19 | TROY A MORGAN | DOCUMENT REVIEWER   REG | 3.80 | 85.00 | 323.00 |
| | | Approved on 06/26/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190626123826 | | | | |
| | | SPANISH FIRST PASS | | | | |
| | | PR PREPA | | | | |
| | | 1LR_P3_SPANISH_AUTO | | | | |
| 44 | 06/23/19 | TROY A MORGAN | DOCUMENT REVIEWER   REG | 7.20 | 85.00 | 612.00 |
| | | Approved on 06/26/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190626123826 | | | | |
| | | SPANISH FIRST PASS | | | | |
| | | PR PREPA | | | | |
| | | 1LR_PREPA_SPANISH_AUTO | | | | |



Please Remit To:
**EFT: MELLON BANK**
    **ABA # 043000261  ACCT # 1850710**
----------------------------------------------------------
    **LOCKBOX: DEPT. CH 14305**
          **PALATINE, IL 60055-4305**

Customer
    **PAUL HASTINGS AT PR PREPA**
    **RANDI WEAVER**
    **515 SOUTH FLOWER STREET**
    **25TH FLOOR**
    **LOS ANGELES, CA  90071**

Invoice :              **10647980**
Invoice Date:          **7/21/2019**
Customer Number: **SCI0009019**
Branch:                **IL099**
Payment Terms   **Net 30**
Dept. No.:

Federal Tax ID# 52-1736703
For billing questions, please call: 888-301-3623

REFERENCE:       96395.00006

| Line | W/E Date | Associate | Description | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|
| 45 | 06/30/19 | TROY A MORGAN | DOCUMENT REVIEWER   REG | 12.80 | 73.50 | 940.80 |
| | | Approved on 07/02/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702092654 | | | | |
| | | ENGLISH FIRST PASS | | | | |
| | | PR PREPA | | | | |
| | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | |
| 46 | 06/30/19 | TROY A MORGAN | DOCUMENT REVIEWER   REG | 4.80 | 85.00 | 408.00 |
| | | Approved on 07/02/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702092654 | | | | |
| | | SPANISH FIRST PASS | | | | |
| | | PR PREPA | | | | |
| | | 1LR_P3_SPANISH_AUTO | | | | |
| 47 | 06/30/19 | TROY A MORGAN | DOCUMENT REVIEWER   REG | 14.80 | 85.00 | 1,258.00 |
| | | Approved on 07/02/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702092654 | | | | |
| | | SPANISH FIRST PASS | | | | |
| | | PR PREPA | | | | |
| | | 1LR_ANKURA_SPANISH_AUTO | | | | |
| 48 | 06/30/19 | TROY A MORGAN | DOCUMENT REVIEWER   REG | 7.60 | 85.00 | 646.00 |
| | | Approved on 07/02/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702092654 | | | | |
| | | SPANISH FIRST PASS | | | | |
| | | PR PREPA | | | | |
| | | 1LR_PREPA_SPANISH_AUTO | | | | |
| 49 | 06/23/19 | MARIA PATENTE | DOCUMENT REVIEWER   REG | 34.30 | 73.50 | 2,521.05 |
| | | Approved on 06/26/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190626123828 | | | | |
| | | ENGLISH FIRST PASS | | | | |
| | | PR PREPA | | | | |
| | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | |
| 50 | 06/23/19 | MARIA PATENTE | DOCUMENT REVIEWER   REG | 2.00 | 85.00 | 170.00 |
| | | Approved on 06/26/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190626123829 | | | | |
| | | SPANISH FIRST PASS | | | | |
| | | PR PREPA | | | | |
| | | 1LR_PREPA_SPANISH_AUTO | | | | |
| 51 | 06/23/19 | MARIA PATENTE | DOCUMENT REVIEWER   REG | 3.70 | 85.00 | 314.50 |
| | | Approved on 06/26/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190626123829 | | | | |
| | | SPANISH FIRST PASS | | | | |
| | | PR PREPA | | | | |
| | | 1LR_ANKURA_SPANISH_AUTO | | | | |
| 52 | 06/30/19 | MARIA PATENTE | DOCUMENT REVIEWER   REG | 12.30 | 73.50 | 904.05 |
| | | Approved on 07/02/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702092655 | | | | |
| | | ENGLISH FIRST PASS | | | | |
| | | PR PREPA | | | | |
| | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | |
| 53 | 06/30/19 | MARIA PATENTE | DOCUMENT REVIEWER   REG | 19.90 | 85.00 | 1,691.50 |
| | | Approved on 07/02/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702094434 | | | | |
| | | SPANISH FIRST PASS | | | | |
| | | PR PREPA | | | | |
| | | 1LR_ANKURA_SPANISH_AUTO | | | | |



Please Remit To:
**EFT: MELLON BANK**
**ABA # 043000261  ACCT # 1850710**
--------------------------------------------------------

**LOCKBOX: DEPT. CH 14305**
**PALATINE, IL 60055-4305**

Customer
**PAUL HASTINGS AT PR PREPA**
**RANDI WEAVER**
**515 SOUTH FLOWER STREET**
**25TH FLOOR**
**LOS ANGELES, CA  90071**

| | |
|---|---|
| Invoice : | **10647980** |
| Invoice Date: | **7/21/2019** |
| Customer Number: | **SCI0009019** |
| Branch: | **IL099** |
| Payment Terms | **Net 30** |
| Dept. No.: | |

Federal Tax ID# 52-1736703
For billing questions, please call: 888-301-3623

REFERENCE:   96395.00006

| Line | W/E Date | Associate | Description | | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 54 | 06/30/19 | MARIA PATENTE | DOCUMENT REVIEWER | REG | 7.80 | 85.00 | 663.00 |
| | | Approved on 07/02/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702094434 | | | | | |
| | | SPANISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_PREPA_SPANISH_AUTO | | | | | |
| 55 | 06/23/19 | MARY L RAGAN CLUNN | DOCUMENT REVIEWER | REG | 40.00 | 73.50 | 2,940.00 |
| | | Approved on 06/26/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190626123831 | | | | | |
| | | ENGLISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | | |
| 56 | 06/30/19 | MARY L RAGAN CLUNN | DOCUMENT REVIEWER | REG | 40.00 | 73.50 | 2,940.00 |
| | | Approved on 07/02/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702092657 | | | | | |
| | | ENGLISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | | |
| 57 | 06/23/19 | ELIZABETH C TOWER | DOCUMENT REVIEWER | REG | 33.30 | 73.50 | 2,447.55 |
| | | Approved on 06/26/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190626123832 | | | | | |
| | | ENGLISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | | |
| 58 | 06/23/19 | ELIZABETH C TOWER | DOCUMENT REVIEWER | REG | 3.90 | 85.00 | 331.50 |
| | | Approved on 06/26/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190626123810 | | | | | |
| | | SPANISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_ANKURA_SPANISH_AUTO_0002 | | | | | |
| 59 | 06/23/19 | ELIZABETH C TOWER | DOCUMENT REVIEWER | REG | 0.20 | 85.00 | 17.00 |
| | | Approved on 06/26/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190626123833 | | | | | |
| | | SPANISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_ANKURA_SPANISH_AUTO_0004 | | | | | |
| 60 | 06/23/19 | ELIZABETH C TOWER | DOCUMENT REVIEWER | REG | 2.70 | 85.00 | 229.50 |
| | | Approved on 06/26/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190626123833 | | | | | |
| | | SPANISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_PREPA_SPANISH_AUTO_00016 | | | | | |
| 61 | 06/30/19 | ELIZABETH C TOWER | DOCUMENT REVIEWER | REG | 5.70 | 73.50 | 418.95 |
| | | Approved on 07/02/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702092659 | | | | | |
| | | ENGLISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | | |
| 62 | 06/30/19 | ELIZABETH C TOWER | DOCUMENT REVIEWER | REG | 4.20 | 85.00 | 357.00 |
| | | Approved on 07/02/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702092658 | | | | | |
| | | SPANISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_ANKURA_SPANISH_AUTO_00004 | | | | | |

# SPECIAL COUNSEL
EQ   D4   SCI   PARKER + LYNCH LEGAL

Please Remit To:
**EFT: MELLON BANK**
**ABA # 043000261  ACCT # 1850710**
------------------------------------------------------------

| | |
|---|---|
| **LOCKBOX: DEPT. CH 14305** | |
| **PALATINE, IL 60055-4305** | |

Customer
**PAUL HASTINGS AT PR PREPA**
**RANDI WEAVER**
**515 SOUTH FLOWER STREET**
**25TH FLOOR**
**LOS ANGELES, CA  90071**

| | |
|---|---|
| Invoice : | **10647980** |
| Invoice Date: | **7/21/2019** |
| Customer Number: | **SCI0009019** |
| Branch: | **IL099** |
| Payment Terms | **Net 30** |
| Dept. No.: | |

Federal Tax ID# 52-1736703
For billing questions, please call: 888-301-3623

REFERENCE:    96395.00006

| Line | W/E Date | Associate | Description | | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 63 | 06/30/19 | ELIZABETH C TOWER | DOCUMENT REVIEWER | REG | 5.30 | 85.00 | 450.50 |
| | | Approved on 07/02/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702092658 | | | | | |
| | | SPANISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_ANKURA_SPANISH_AUTO_00014 | | | | | |
| 64 | 06/30/19 | ELIZABETH C TOWER | DOCUMENT REVIEWER | REG | 14.90 | 85.00 | 1,266.50 |
| | | Approved on 07/02/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702092658 | | | | | |
| | | SPANISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_ANKURA_SPANISH_AUTO_00034 | | | | | |
| 65 | 06/30/19 | ELIZABETH C TOWER | DOCUMENT REVIEWER | REG | 6.20 | 85.00 | 527.00 |
| | | Approved on 07/02/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702092658 | | | | | |
| | | SPANISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_P3_SPANISH_AUTO_00025 | | | | | |
| 66 | 06/30/19 | ELIZABETH C TOWER | DOCUMENT REVIEWER | REG | 3.70 | 85.00 | 314.50 |
| | | Approved on 07/02/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702092658 | | | | | |
| | | SPANISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_PREPA_SPANISH_AUTO_00017 | | | | | |
| 67 | 06/23/19 | PATRICK TRACY | DOCUMENT REVIEWER | REG | 37.80 | 73.50 | 2,778.30 |
| | | Approved on 06/26/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190626123833 | | | | | |
| | | ENGLISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | | |
| 68 | 06/30/19 | PATRICK TRACY | DOCUMENT REVIEWER | REG | 38.00 | 73.50 | 2,793.00 |
| | | Approved on 07/02/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702092659 | | | | | |
| | | ENGLISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | | |
| | | | **SUBTOTAL:** | | **1,083.60** | | **84,234.13** |

| **TOTAL AMOUNT DUE** | | $ | **84,234.13** | **USD** |
|---|---|---|---|---|



Please Remit To:
**EFT: MELLON BANK**
**ABA # 043000261 ACCT # 1850710**
------------------------------------------------------------
**LOCKBOX: DEPT. CH 14305**
**PALATINE, IL 60055-4305**

Customer
**PAUL HASTINGS AT PR PREPA**
**RANDI WEAVER**
**515 SOUTH FLOWER STREET**
**25TH FLOOR**
**LOS ANGELES, CA 90071**

Invoice : **10706946**
Invoice Date: **8/18/2019**
Customer Number: **SCI0009019**
Branch: **IL099**
Payment Terms **Net 30**
Dept. No.:

Federal Tax ID# 52-1736703
For billing questions, please call: 888-301-3623

REFERENCE: 96395.00006

| Line | W/E Date | Associate | Description | | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 07/07/19 | CAROL C CAMPOS | DOCUMENT REVIEWER | REG | 20.80 | 73.50 | 1,528.80 |
| | | Approved on 07/10/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190710105257 ENGLISH FIRST PASS PR PREPA 9019 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | | |
| 2 | 07/07/19 | CAROL C CAMPOS | DOCUMENT REVIEWER | REG | 5.10 | 85.00 | 433.50 |
| | | Approved on 07/10/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190710105248 SPANISH FIRST PASS PR PREPA 9019 1LR_PREPA_SPANISH_AUTO | | | | | |
| 3 | 07/07/19 | CAROL C CAMPOS | DOCUMENT REVIEWER | REG | 9.10 | 85.00 | 773.50 |
| | | Approved on 07/10/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190710105248 SPANISH FIRST PASS PR PREPA 9019 1LR_P3_SPANISH_AUTO | | | | | |
| 4 | 07/14/19 | CAROL C CAMPOS | DOCUMENT REVIEWER | REG | 9.20 | 73.50 | 676.20 |
| | | Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190717105319 ENGLISH FIRST PASS PR PREPA 9019 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | | |
| 5 | 07/14/19 | CAROL C CAMPOS | DOCUMENT REVIEWER | REG | 3.00 | 85.00 | 255.00 |
| | | Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190717105320 SPANISH FIRST PASS PR PREPA 9019 1LR_PREPA_SPANISH_AUTO | | | | | |
| 6 | 07/14/19 | CAROL C CAMPOS | DOCUMENT REVIEWER | REG | 5.60 | 85.00 | 476.00 |
| | | Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190717105320 SPANISH FIRST PASS PR PREPA 9019 1LR_P3_SPANISH_AUTO | | | | | |
| 7 | 07/14/19 | CAROL C CAMPOS | DOCUMENT REVIEWER | REG | 3.20 | 85.00 | 272.00 |
| | | Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190717105320 SPANISH FIRST PASS PR PREPA 9019 1LR_UTIER_SPANISH_AUTO | | | | | |
| 8 | 07/14/19 | CAROL C CAMPOS | DOCUMENT REVIEWER | REG | 17.50 | 85.00 | 1,487.50 |
| | | Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190717105320 SPANISH FIRST PASS PR PREPA 9019 1LR_ANKURA_SPANISH_AUTO | | | | | |



Please Remit To:
**EFT: MELLON BANK**
**ABA # 043000261  ACCT # 1850710**
--------------------------------------------------------------
**LOCKBOX: DEPT. CH 14305**
**PALATINE, IL 60055-4305**

Customer
**PAUL HASTINGS AT PR PREPA**
**RANDI WEAVER**
**515 SOUTH FLOWER STREET**
**25TH FLOOR**
**LOS ANGELES, CA  90071**

| | |
|---|---|
| Invoice : | **10706946** |
| Invoice Date: | **8/18/2019** |
| Customer Number: | **SCI0009019** |
| Branch: | **IL099** |
| Payment Terms | **Net 30** |
| Dept. No.: | |

Federal Tax ID# 52-1736703
For billing questions, please call: 888-301-3623

REFERENCE:    96395.00006

| Line | W/E Date | Associate | Description | | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 9 | 07/14/19 | CAROL C CAMPOS | DOCUMENT REVIEWER | REG | 1.00 | 85.00 | 85.00 |

Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190717105320
SPANISH FIRST PASS
PR PREPA 9019
1LR_20190621_ASSURED

| 10 | 07/14/19 | CAROL C CAMPOS | DOCUMENT REVIEWER | REG | 0.50 | 85.00 | 42.50 |

Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190717105320
SPANISH FIRST PASS
PR PREPA 9019
1LR_FOMB_SPANISH_AUTO

| 11 | 07/21/19 | CAROL C CAMPOS | DOCUMENT REVIEWER | REG | 5.70 | 73.50 | 418.95 |

Approved on 07/23/2019 by RANDIWEAVER@PAULHASTINGS.COM Confirmation/TC # 20190723140021
ENGLISH FIRST PASS
PR PREPA
1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS

| 12 | 07/07/19 | LYDIA L COLLADO | DOCUMENT REVIEWER | REG | 6.70 | 85.00 | 569.50 |

Approved on 07/10/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190710105244
SPANISH FIRST PASS
PR PREPA 9019
1LR_PREPA_SPANISH_AUTO

| 13 | 07/07/19 | LYDIA L COLLADO | DOCUMENT REVIEWER | REG | 30.40 | 73.50 | 2,234.40 |

Approved on 07/10/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190710105252
ENGLISH FIRST PASS
PR PREPA 9019
1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS

| 14 | 07/14/19 | LYDIA L COLLADO | DOCUMENT REVIEWER | REG | 9.30 | 73.50 | 683.55 |

Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190717105313
ENGLISH FIRST PASS
PR PREPA 9019
1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS

| 15 | 07/14/19 | LYDIA L COLLADO | DOCUMENT REVIEWER | REG | 11.10 | 85.00 | 943.50 |

Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190717105301
SPANISH FIRST PASS
PR PREPA 9019
1LR_PREPA_SPANISH_AUTO

| 16 | 07/14/19 | LYDIA L COLLADO | DOCUMENT REVIEWER | REG | 2.40 | 85.00 | 204.00 |

Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190717105301
SPANISH FIRST PASS
PR PREPA 9019
1LR_UTIER_SPANISH_AUTO

| 17 | 07/14/19 | LYDIA L COLLADO | DOCUMENT REVIEWER | REG | 17.20 | 85.00 | 1,462.00 |

Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190717105301
SPANISH FIRST PASS
PR PREPA 9019
1LR_ANKURA_SPANISH_AUTO



Please Remit To:
**EFT: MELLON BANK**
**ABA # 043000261 ACCT # 1850710**
--------------------------------------------------------------
**LOCKBOX: DEPT. CH 14305**
**PALATINE, IL 60055-4305**

Customer
**PAUL HASTINGS AT PR PREPA**
**RANDI WEAVER**
**515 SOUTH FLOWER STREET**
**25TH FLOOR**
**LOS ANGELES, CA  90071**

| | |
|---|---|
| Invoice : | **10706946** |
| Invoice Date: | **8/18/2019** |
| Customer Number: | **SCI0009019** |
| Branch: | **IL099** |
| Payment Terms | **Net 30** |
| Dept. No.: | |

Federal Tax ID# 52-1736703
For billing questions, please call: 888-301-3623

REFERENCE:    96395.00006

| Line | W/E Date | Associate | Description | | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 18 | 07/07/19 | JAMES DECHERD | DOCUMENT REVIEWER | REG | 31.30 | 73.50 | 2,300.55 |
| | | Approved on 07/10/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190710105241 | | | | | |
| | | ENGLISH FIRST PASS | | | | | |
| | | PR PREPA 9019 | | | | | |
| | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | | |
| 19 | 07/07/19 | JAMES DECHERD | DOCUMENT REVIEWER | REG | 2.50 | 85.00 | 212.50 |
| | | Approved on 07/10/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702092650 | | | | | |
| | | SPANISH FIRST PASS | | | | | |
| | | PR PREPA 9019 | | | | | |
| | | 1LR_UTIER_SPANISH_AUTO | | | | | |
| 20 | 07/07/19 | JAMES DECHERD | DOCUMENT REVIEWER | REG | 5.20 | 85.00 | 442.00 |
| | | Approved on 07/10/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702092650 | | | | | |
| | | SPANISH FIRST PASS | | | | | |
| | | PR PREPA 9019 | | | | | |
| | | 1LR_PREPA_SPANISH_AUTO | | | | | |
| 21 | 07/07/19 | JAMES DECHERD | DOCUMENT REVIEWER | REG | 1.00 | 85.00 | 85.00 |
| | | Approved on 07/10/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190702092650 | | | | | |
| | | SPANISH FIRST PASS | | | | | |
| | | PR PREPA 9019 | | | | | |
| | | 1LR_P3_SPANISH_AUTO | | | | | |
| 22 | 07/14/19 | JAMES DECHERD | DOCUMENT REVIEWER | REG | 8.80 | 73.50 | 646.80 |
| | | Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190717105321 | | | | | |
| | | ENGLISH FIRST PASS | | | | | |
| | | PR PREPA 9019 | | | | | |
| | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | | |
| 23 | 07/14/19 | JAMES DECHERD | DOCUMENT REVIEWER | REG | 5.00 | 85.00 | 425.00 |
| | | Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190717105322 | | | | | |
| | | SPANISH FIRST PASS | | | | | |
| | | PR PREPA 9019 | | | | | |
| | | 1LR_P3_SPANISH_AUTO | | | | | |
| 24 | 07/14/19 | JAMES DECHERD | DOCUMENT REVIEWER | REG | 6.50 | 85.00 | 552.50 |
| | | Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190717105322 | | | | | |
| | | SPANISH FIRST PASS | | | | | |
| | | PR PREPA 9019 | | | | | |
| | | 1LR_PREPA_SPANISH_AUTO | | | | | |
| 25 | 07/14/19 | JAMES DECHERD | DOCUMENT REVIEWER | REG | 19.70 | 85.00 | 1,674.50 |
| | | Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190717105322 | | | | | |
| | | SPANISH FIRST PASS | | | | | |
| | | PR PREPA 9019 | | | | | |
| | | 1LR_ANKURA_SPANISH_AUTO | | | | | |
| 26 | 07/21/19 | JAMES DECHERD | DOCUMENT REVIEWER | REG | 6.00 | 85.00 | 510.00 |
| | | Approved on 07/23/2019 by RANDIWEAVER@PAULHASTINGS.COM Confirmation/TC # 20190723140022 | | | | | |
| | | SPANISH FIRST PASS | | | | | |
| | | PR PREPA | | | | | |
| | | 1LR_ANKURA_SPANISH_AUTO | | | | | |



Please Remit To:
**EFT: MELLON BANK**
**ABA # 043000261  ACCT # 1850710**
--------------------------------------------------------------
**LOCKBOX: DEPT. CH 14305**
**PALATINE, IL 60055-4305**

Customer
**PAUL HASTINGS AT PR PREPA**
**RANDI WEAVER**
**515 SOUTH FLOWER STREET**
**25TH FLOOR**
**LOS ANGELES, CA  90071**

Invoice :               **10706946**
Invoice Date:           **8/18/2019**
Customer Number: **SCI0009019**
Branch:                 **IL099**
Payment Terms    **Net 30**
Dept. No.:

Federal Tax ID# 52-1736703
For billing questions, please call: 888-301-3623

REFERENCE:       96395.00006

| Line | W/E Date | Associate | Description | | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 27 | 07/21/19 | JAMES DECHERD | DOCUMENT REVIEWER | REG | 0.50 | 85.00 | 42.50 |
| | | Approved on 07/23/2019 by RANDIWEAVER@PAULHASTINGS.COM Confirmation/TC # 20190723140022 | | | | | |
| | | | SPANISH FIRST PASS | | | | |
| | | | PR PREPA | | | | |
| | | | 1LR_ASSURED_SPANISH_AUTO_00002 | | | | |
| 28 | 07/07/19 | DEKERA M GREENE | TEAM LEADER | REG | 40.00 | 78.50 | 3,140.00 |
| | | Approved on 07/10/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190710105233 | | | | | |
| | | | TEAM LEAD ADMIN DUTIES | | | | |
| | | | PR PREPA 9019 | | | | |
| | | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | |
| 29 | 07/14/19 | DEKERA M GREENE | TEAM LEADER | REG | 3.40 | 78.50 | 266.90 |
| | | Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190717105323 | | | | | |
| | | | TEAM LEAD ADMIN DUTIES | | | | |
| | | | PR PREPA 9019 | | | | |
| | | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | |
| 30 | 07/14/19 | DEKERA M GREENE | TEAM LEADER | REG | 21.80 | 90.00 | 1,962.00 |
| | | Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 2019077105322 | | | | | |
| | | | TEAM LEAD ADMIN DUTIES | | | | |
| | | | PR PREPA 9019 | | | | |
| | | | 1LR_PREPA_SPANISH_AUTO | | | | |
| 31 | 07/14/19 | DEKERA M GREENE | TEAM LEADER | REG | 13.60 | 90.00 | 1,224.00 |
| | | Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 2019077105322 | | | | | |
| | | | TEAM LEAD ADMIN DUTIES | | | | |
| | | | PR PREPA 9019 | | | | |
| | | | 1LR_ANKURA_SPANISH_AUTO | | | | |
| 32 | 07/14/19 | DEKERA M GREENE | TEAM LEADER | REG | 1.20 | 90.00 | 108.00 |
| | | Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 2019077105322 | | | | | |
| | | | TEAM LEAD ADMIN DUTIES | | | | |
| | | | PR PREPA 9019 | | | | |
| | | | QC Spanish Complete Search | | | | |
| 33 | 07/21/19 | DEKERA M GREENE | TEAM LEADER | REG | 4.20 | 90.00 | 378.00 |
| | | Approved on 07/23/2019 by RANDIWEAVER@PAULHASTINGS.COM Confirmation/TC # 20190723140023 | | | | | |
| | | | TEAM LEAD ADMIN DUTIES | | | | |
| | | | PR PREPA | | | | |
| | | | 1LR_PREPA_SPANISH_AUTO | | | | |
| 34 | 07/07/19 | THOMAS H HUMPHRIES | DOCUMENT REVIEWER | REG | 30.00 | 73.50 | 2,205.00 |
| | | Approved on 07/10/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190710105230 | | | | | |
| | | | ENGLISH FIRST PASS | | | | |
| | | | PR PREPA 9019 | | | | |
| | | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | |
| 35 | 07/14/19 | THOMAS H HUMPHRIES | DOCUMENT REVIEWER | REG | 35.00 | 73.50 | 2,572.50 |
| | | Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190717105323 | | | | | |
| | | | ENGLISH FIRST PASS | | | | |
| | | | PR PREPA 9019 | | | | |
| | | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | |



Please Remit To:
**EFT: MELLON BANK**
**ABA # 043000261  ACCT # 1850710**
-----------------------------------------------------------
**LOCKBOX: DEPT. CH 14305**
**PALATINE, IL 60055-4305**

Customer
**PAUL HASTINGS AT PR PREPA**
**RANDI WEAVER**
**515 SOUTH FLOWER STREET**
**25TH FLOOR**
**LOS ANGELES, CA  90071**

| | |
|---|---|
| Invoice : | **10706946** |
| Invoice Date: | **8/18/2019** |
| Customer Number: | **SCI0009019** |
| Branch: | **IL099** |
| Payment Terms | **Net 30** |
| Dept. No.: | |

Federal Tax ID# 52-1736703
For billing questions, please call: 888-301-3623

REFERENCE:    96395.00006

| Line | W/E Date | Associate | Description | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|
| 36 | 07/07/19 | TROY A MORGAN | DOCUMENT REVIEWER   REG | 6.20 | 73.50 | 455.70 |
| | | Approved on 07/10/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190710105227 | | | | |
| | | | ENGLISH FIRST PASS | | | |
| | | | PR PREPA 9019 | | | |
| | | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | |
| 37 | 07/07/19 | TROY A MORGAN | DOCUMENT REVIEWER   REG | 4.80 | 85.00 | 408.00 |
| | | Approved on 07/10/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190710105303 | | | | |
| | | | SPANISH FIRST PASS | | | |
| | | | PR PREPA 9019 | | | |
| | | | 1LR_P3_SPANISH_AUTO | | | |
| 38 | 07/14/19 | TROY A MORGAN | DOCUMENT REVIEWER   REG | 11.60 | 73.50 | 852.60 |
| | | Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190717105323 | | | | |
| | | | ENGLISH FIRST PASS | | | |
| | | | PR PREPA 9019 | | | |
| | | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | |
| 39 | 07/14/19 | TROY A MORGAN | DOCUMENT REVIEWER   REG | 14.20 | 85.00 | 1,207.00 |
| | | Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 2019077105324 | | | | |
| | | | SPANISH FIRST PASS | | | |
| | | | PR PREPA 9019 | | | |
| | | | 1LR_PREPA_SPANISH_AUTO | | | |
| 40 | 07/14/19 | TROY A MORGAN | DOCUMENT REVIEWER   REG | 14.20 | 85.00 | 1,207.00 |
| | | Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 2019077105324 | | | | |
| | | | SPANISH FIRST PASS | | | |
| | | | PR PREPA 9019 | | | |
| | | | 1LR_ANKURA_SPANISH_AUTO | | | |
| 41 | 07/21/19 | TROY A MORGAN | DOCUMENT REVIEWER   REG | 6.50 | 73.50 | 477.75 |
| | | Approved on 07/23/2019 by RANDIWEAVER@PAULHASTINGS.COM Confirmation/TC # 20190723140023 | | | | |
| | | | ENGLISH FIRST PASS | | | |
| | | | PR PREPA | | | |
| | | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | |
| 42 | 07/21/19 | TROY A MORGAN | DOCUMENT REVIEWER   REG | 0.80 | 85.00 | 68.00 |
| | | Approved on 07/23/2019 by RANDIWEAVER@PAULHASTINGS.COM Confirmation/TC # 20190702092654 | | | | |
| | | | SPANISH FIRST PASS | | | |
| | | | PR PREPA | | | |
| | | | 1LR_FILSINGER_SPANISH_AUTO | | | |
| 43 | 07/07/19 | MARIA PATENTE | DOCUMENT REVIEWER   REG | 15.20 | 73.50 | 1,117.20 |
| | | Approved on 07/10/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190710105209 | | | | |
| | | | ENGLISH FIRST PASS | | | |
| | | | PR PREPA 9019 | | | |
| | | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | |
| 44 | 07/07/19 | MARIA PATENTE | DOCUMENT REVIEWER   REG | 13.60 | 85.00 | 1,156.00 |
| | | Approved on 07/10/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190710105223 | | | | |
| | | | SPANISH FIRST PASS | | | |
| | | | PR PREPA 9019 | | | |
| | | | 1LR_UTIER_SPANISH_AUTO | | | |



Please Remit To:
**EFT: MELLON BANK**
**ABA # 043000261  ACCT # 1850710**
--------------------------------------------------------------
**LOCKBOX: DEPT. CH 14305**
**PALATINE, IL 60055-4305**

Customer
**PAUL HASTINGS AT PR PREPA**
**RANDI WEAVER**
**515 SOUTH FLOWER STREET**
**25TH FLOOR**
**LOS ANGELES, CA  90071**

Invoice : **10706946**
Invoice Date: **8/18/2019**
Customer Number: **SCI0009019**
Branch: **IL099**
Payment Terms **Net 30**
Dept. No.:

Federal Tax ID# 52-1736703
For billing questions, please call: 888-301-3623

REFERENCE:   96395.00006

| Line | W/E Date | Associate | Description | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|
| 45 | 07/07/19 | MARIA PATENTE | DOCUMENT REVIEWER   REG | 10.00 | 85.00 | 850.00 |
| | | Approved on 07/10/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190710105223 SPANISH FIRST PASS PR PREPA 9019 1LR_PREPA_SPANISH_AUTO | | | | |
| 46 | 07/07/19 | MARIA PATENTE | DOCUMENT REVIEWER   REG | 1.20 | 85.00 | 102.00 |
| | | Approved on 07/10/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190710105223 SPANISH FIRST PASS PR PREPA 9019 1LR_P3_SPANISH_AUTO | | | | |
| 47 | 07/14/19 | MARIA PATENTE | DOCUMENT REVIEWER   REG | 23.10 | 73.50 | 1,697.85 |
| | | Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190717105327 ENGLISH FIRST PASS PR PREPA 9019 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | |
| 48 | 07/14/19 | MARIA PATENTE | DOCUMENT REVIEWER   REG | 1.10 | 85.00 | 93.50 |
| | | Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190717105326 SPANISH FIRST PASS PR PREPA 9019 1LR_P3_SPANISH_AUTO | | | | |
| 49 | 07/14/19 | MARIA PATENTE | DOCUMENT REVIEWER   REG | 3.20 | 85.00 | 272.00 |
| | | Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190717105326 SPANISH FIRST PASS PR PREPA 9019 1LR_UTIER_SPANISH_AUTO | | | | |
| 50 | 07/14/19 | MARIA PATENTE | DOCUMENT REVIEWER   REG | 6.60 | 85.00 | 561.00 |
| | | Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190717105326 SPANISH FIRST PASS PR PREPA 9019 1LR_ANKURA_SPANISH_AUTO | | | | |
| 51 | 07/21/19 | MARIA PATENTE | DOCUMENT REVIEWER   REG | 6.50 | 73.50 | 477.75 |
| | | Approved on 07/23/2019 by RANDIWEAVER@PAULHASTINGS.COM Confirmation/TC # 20190723140024 ENGLISH FIRST PASS PR PREPA 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | |
| 52 | 07/07/19 | MARY L RAGAN CLUNN | DOCUMENT REVIEWER   REG | 40.00 | 73.50 | 2,940.00 |
| | | Approved on 07/10/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190710105141 ENGLISH FIRST PASS PR PREPA 9019 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | |
| 53 | 07/14/19 | MARY L RAGAN CLUNN | DOCUMENT REVIEWER   REG | 35.00 | 73.50 | 2,572.50 |
| | | Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190717105327 ENGLISH FIRST PASS PR PREPA 9019 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | |



Please Remit To:
**EFT: MELLON BANK**
**ABA # 043000261  ACCT # 1850710**
--------------------------------------------------------
**LOCKBOX: DEPT. CH 14305**
**PALATINE, IL 60055-4305**

Customer
**PAUL HASTINGS AT PR PREPA**
**RANDI WEAVER**
**515 SOUTH FLOWER STREET**
**25TH FLOOR**
**LOS ANGELES, CA  90071**

| | |
|---|---|
| Invoice : | **10706946** |
| Invoice Date: | **8/18/2019** |
| Customer Number: | **SCI0009019** |
| Branch: | **IL099** |
| Payment Terms | **Net 30** |
| Dept. No.: | |

Federal Tax ID# 52-1736703
For billing questions, please call: 888-301-3623

REFERENCE:       96395.00006

| Line | W/E Date | Associate | Description | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|
| 54 | 07/07/19 | ELIZABETH C TOWER | DOCUMENT REVIEWER   REG | 5.20 | 85.00 | 442.00 |
| | | Approved on 07/10/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190710105125 | | | | |
| | | SPANISH FIRST PASS | | | | |
| | | PR PREPA 9019 | | | | |
| | | 1LR_PREPA_SPANISH_AUTO_00002 | | | | |
| 55 | 07/07/19 | ELIZABETH C TOWER | DOCUMENT REVIEWER   REG | 28.70 | 73.50 | 2,109.45 |
| | | Approved on 07/10/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190710105133 | | | | |
| | | ENGLISH FIRST PASS | | | | |
| | | PR PREPA 9019 | | | | |
| | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | |
| 56 | 07/14/19 | ELIZABETH C TOWER | DOCUMENT REVIEWER   REG | 20.00 | 73.50 | 1,470.00 |
| | | Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190717105328 | | | | |
| | | ENGLISH FIRST PASS | | | | |
| | | PR PREPA 9019 | | | | |
| | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | |
| 57 | 07/14/19 | ELIZABETH C TOWER | DOCUMENT REVIEWER   REG | 2.00 | 85.00 | 170.00 |
| | | Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 2019071705328 | | | | |
| | | SPANISH FIRST PASS | | | | |
| | | PR PREPA 9019 | | | | |
| | | 1LR_PREPA_SPANISH_AUTO_00029 | | | | |
| 58 | 07/14/19 | ELIZABETH C TOWER | DOCUMENT REVIEWER   REG | 6.50 | 85.00 | 552.50 |
| | | Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 2019071705328 | | | | |
| | | SPANISH FIRST PASS | | | | |
| | | PR PREPA 9019 | | | | |
| | | 1LR_ANKURA_SPANISH_AUTO_00037 | | | | |
| 59 | 07/14/19 | ELIZABETH C TOWER | DOCUMENT REVIEWER   REG | 6.80 | 85.00 | 578.00 |
| | | Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 2019071705328 | | | | |
| | | SPANISH FIRST PASS | | | | |
| | | PR PREPA 9019 | | | | |
| | | 1LR_ANKURA_SPANISH_AUTO_00043 | | | | |
| 60 | 07/14/19 | ELIZABETH C TOWER | DOCUMENT REVIEWER   REG | 0.70 | 85.00 | 59.50 |
| | | Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 2019071705328 | | | | |
| | | SPANISH FIRST PASS | | | | |
| | | PR PREPA 9019 | | | | |
| | | 1LR_PREPA_SPANISH_AUTO_00016 | | | | |
| 61 | 07/14/19 | ELIZABETH C TOWER | DOCUMENT REVIEWER   REG | 4.00 | 85.00 | 340.00 |
| | | Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 2019071705328 | | | | |
| | | SPANISH FIRST PASS | | | | |
| | | PR PREPA 9019 | | | | |
| | | 1LR_ANKURA_SPANISH_AUTO_00050 | | | | |
| 62 | 07/21/19 | ELIZABETH C TOWER | DOCUMENT REVIEWER   REG | 5.00 | 73.50 | 367.50 |
| | | Approved on 07/23/2019 by RANDIWEAVER@PAULHASTINGS.COM Confirmation/TC # 20190723140025 | | | | |
| | | ENGLISH FIRST PASS | | | | |
| | | PR PREPA | | | | |
| | | 1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS | | | | |

**SPECIAL COUNSEL**
EQ   D4   SCI   PARKER + LYNCH LEGAL

Please Remit To:
    **EFT: MELLON BANK**
    **ABA # 043000261  ACCT # 1850710**
--------------------------------------------------------------
    **LOCKBOX: DEPT. CH 14305**
    **PALATINE, IL 60055-4305**

Customer
    **PAUL HASTINGS AT PR PREPA**
    **RANDI WEAVER**
    **515 SOUTH FLOWER STREET**
    **25TH FLOOR**
    **LOS ANGELES, CA  90071**

Invoice : **10706946**
Invoice Date: **8/18/2019**
Customer Number: **SCI0009019**
Branch: **IL099**
Payment Terms **Net 30**
Dept. No.:

Federal Tax ID# 52-1736703
For billing questions, please call: 888-301-3623

REFERENCE:    96395.00006

| Line | W/E Date | Associate | Description | Unt/Hrs | Rate | Amount |
|---|---|---|---|---|---|---|
| 63 | 07/07/19 | PATRICK TRACY | DOCUMENT REVIEWER   REG | 24.00 | 73.50 | 1,764.00 |

Approved on 07/10/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190710105119
ENGLISH FIRST PASS
PR PREPA 9019
1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS

| 64 | 07/14/19 | PATRICK TRACY | DOCUMENT REVIEWER   REG | 16.00 | 73.50 | 1,176.00 |

Approved on 07/17/2019 by AMY.GRIGGS@SPECIALCOUNSEL.COM Confirmation/TC # 20190717105328
ENGLISH FIRST PASS
PR PREPA 9019
1LR_20190607_P3_HITS, 1LR_20190613_PREPA_HITS

**SUBTOTAL:**    **726.20**    **56,838.45**

**TOTAL AMOUNT DUE**    $ **56,838.45**    USD