# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION FOR FEE PERIOD

| Name | Title or Position | Department | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|
| Juan J. Casillas | Partner | Labor and Litigation | 1997 | $272,943.00 | 1,010.90 | $270.00 | 0 |
| Juan J. Casillas | Partner | Labor and Litigation | 1997 | $648.00 | 4.80 | $135.00 | 0 |
| Luis F. Llach | Partner | Labor and Litigation | 2004 | $115,398.00 | 427.40 | $270.00 | 0 |
| Luis L. Torres | Partner | Corporate and Taxes | 1997 | $1,620.00 | 6.00 | $270.00 | 0 |
| Miguel A. Santiago | Partner | Corporate and Taxes | 1998 | $8,235.00 | 30.50 | $270.00 | 0 |
| | | **Total Partner:** | | **$398,844.00** | **1,479.60** | | |
| Juan R. Gonzalez | Counsel | Labor and Litigation | 1985 | $37,310.00 | 143.50 | $260.00 | 0 |
| | | **Total Counsel:** | | **$37,310.00** | **143.50** | | |
| Amarily Maldonado | Junior Partner | Corporate and Taxes | 2008 | $24.00 | 0.10 | $240.00 | 0 |
| Israel Fernandez | Junior Partner | Labor and Litigation | 2006 | $3,768.00 | 15.70 | $240.00 | 0 |
| Luis Ramos | Junior Partner | Labor and Litigation | 2002 | $23,616.00 | 98.40 | $240.00 | 0 |
| Natalia Palmer | Junior Partner | Corporate and Taxes | 2009 | $33,504.00 | 139.60 | $240.00 | 0 |
| | | **Total Junior Partner:** | | **$60,912.00** | **253.80** | | |

| Name | Title | Department | Year | Fees | Hours | Rate | |
|---|---|---|---|---|---|---|---|
| Diana Alcaraz | Senior Associate | Corporate and Taxes | 2005 | $5,400.00 | 27.00 | $200.00 | 0 |
| Ericka Montull | Senior Associate | Labor and Litigation | 2011 | $26,720.00 | 133.60 | $200.00 | 0 |
| Juan Nieves | Senior Associate | Labor and Litigation | 2012 | $45,760.00 | 228.80 | $200.00 | 0 |
| Juan Nieves | Senior Associate | Labor and Litigation | 2012 | $350.00 | 3.50 | $100.00 | 0 |
| Lorimar Barreto | Senior Associate | Labor and Litigation | 2005 | $6,300.00 | 31.50 | $200.00 | 0 |
| Natalia Del Nido | Senior Associate | Labor and Litigation | 2011 | $3,000.00 | 15.00 | $200.00 | 0 |
| | | **Total Senior Associate:** | | **$87,530.00** | **439.40** | | |
| Alberto J. E. Añeses | Associate | Corporate and Taxes | 2014 | $306.00 | 1.80 | $170.00 | 0 |
| Cristina Fernández | Associate | Labor and Litigation | 2015 | $59,925.00 | 352.50 | $170.00 | 0 |
| Cristina Fernández | Associate | Labor and Litigation | 2015 | $195.50 | 2.30 | $85.00 | 0 |
| Viviana Currais | Associate | Labor and Litigation | 2017 | $19,703.00 | 115.90 | $170.00 | 0 |
| Viviana Currais | Associate | Labor and Litigation | 2017 | $816.00 | 9.60 | $85.00 | 0 |
| | | **Total Associate:** | | **$80,945.50** | **482.10** | | |
| Paralegal Services | Paralegal | Labor and Litigation | | $4,408.00 | 46.40 | $95.00 | 0 |
| | | **Total Paraprofessional:** | | **$4,408.00** | **46.40** | | |
| | **Total:** | | | **$669,949.50** | **2,844.80** | | |
| | **Blended Rate:** | | | | | **$235.50** | |
| | **Blended Rate Excluding Paraprofessionals:** | | | | | **$237.83** | |

2