## EXHIBIT C-1

## BUDGET

**Period Covered:** June 1, 2019 through June 30, 2019[17]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period June 1, 2019 through June 30, 2019 |
|---|---|
| B110 Case Administration | 15.00 |
| B112 General Creditor Inquiries | 2.00 |
| B113 Pleadings Review | 90.00 |
| B120 Asset Analysis and Recovery | 2.00 |
| B130 Asset Disposition | 2.00 |
| B140 Relief from Stay / Adequate Protection Proceedings | 2.00 |
| B150 Meetings of Creditors' Committee and Communications with Creditors | 25.00 |
| B155 Court Hearings | 15.00 |
| B160 Employment / Fee Applications | 10.00 |
| B161 Budgeting (Case) | 2.00 |
| B165 Fee and Employment Applications of Other Professionals | 10.00 |
| B170 Fee and Employment Objections | 2.00 |
| B180 Avoidance Action | 150.00 |
| B185 Assumption / Rejection of Leases and Contracts | 2.00 |
| B190 Other Contested Matters | 215.00 |
| B191 General Litigation | 190.00 |
| B195 Non-Working Travel[18] | 5.00 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 2.00 |
| B220 Employee Benefits / Pensions | 25.00 |
| B230 Financing / Cash Collections | 2.00 |
| B231 Security Document Analysis | 2.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 5.00 |
| B261 Investigations | 15.00 |
| B310 Claims Administration and Objections | 150.00 |
| B312 Objections to Claims | 0.00 |
| B320 Plan and Disclosure Statement | 20.00 |

---

[17] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) the Commonwealth-COFINA litigation is the only adversary proceeding that will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  In addition, it is impossible to predict how many hours will be required to prosecute the Committee's anticipated challenge to certain GO bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

[18] The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

| B420 Restructurings | 5.00 |
|---|---|
| **TOTAL HOURS** | **965.00** |
| **TOTAL FEES** | **$208,440.00**[19] |

---

[19] The Total Estimated Fees are calculated based on a $216 blended hourly rate for the CST Law attorneys who are expected to work on this matter during the period from June 1, 2019 through June 30, 2019.

**Period Covered:** July 1, 2019 through July 31, 2019[20]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period July 1, 2019 through July 31, 2019 |
|---|---|
| B110   Case Administration | 25.00 |
| B112   General Creditor Inquiries | 20.00 |
| B113   Pleadings Review | 135.00 |
| B120   Asset Analysis and Recovery | 50.00 |
| B130   Asset Disposition | 2.00 |
| B140   Relief from Stay / Adequate Protection Proceedings | 10.00 |
| B150   Meetings of Creditors' Committee and Communications with Creditors | 20.00 |
| B155   Court Hearings | 17.00 |
| B160   Employment / Fee Applications | 14.00 |
| B161   Budgeting (Case) | 5.00 |
| B165   Fee and Employment Applications of Other Professionals | 5.00 |
| B170   Fee and Employment Objections | 2.00 |
| B180   Avoidance Action | 90.00 |
| B185   Assumption / Rejection of Leases and Contracts | 2.00 |
| B190   Other Contested Matters | 195.00 |
| B191   General Litigation | 270.00 |
| B195   Non-Working Travel[21] | 6.00 |
| B210   Debtors' Financial Information and Operations/Fiscal Plan | 25.00 |
| B220   Employee Benefits / Pensions | 15.00 |
| B230   Financing / Cash Collections | 2.00 |
| B231   Security Document Analysis | 2.00 |
| B260    Meetings of and Communications with Debtors/Oversight Board. | 15.00 |
| B261   Investigations (including Renewed Rule 2004, Whitefish Contract, and PBA Structure) | 15.00 |
| B310   Claims Administration and Objections | 90.00 |
| B312 Objections to Claims | 0.00 |
| B320   Plan and Disclosure Statement | 20.00 |
| B420   Restructurings | 5.00 |
| **TOTAL HOURS** | **1,057.00** |

---

[20] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) the Commonwealth-COFINA litigation is the only adversary proceeding that will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  In addition, it is impossible to predict how many hours will be required to prosecute the Committee's anticipated challenge to certain GO bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative.

[21] The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

| **TOTAL FEES** | **$228,312.00**[22] |
|---|---|

---

[22] The Total Estimated Fees are calculated based on a $216 blended hourly rate for the CST Law attorneys who are expected to work on this matter during the period from July 1, 2019 through July 31, 2019.

**ADDITIONAL JULY 2019 SUB-BUDGETS FOR MATTERS JOINTLY PURSUED BY
OVERSIGHT BOARD AND COMMITTEE**

A.   **Garden Variety Avoidance Actions Against Vendors of the Commonwealth, the
Puerto Rico Highways and Transportation Authority (HTA) and the Employee
Retirement System (ERS)**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period July 1, 2019 through July 31, 2019 |
|---|---|
| B191   General Litigation | 150 |
| **TOTAL HOURS** | **150** |

B.   **Omnibus Objection of Oversight Board and Committee to Certain GO Bond Claims
[Docket No. 4784] (the "Omnibus Claims Objection")**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period July 1, 2019 through July 31, 2019 |
|---|---|
| B191   General Litigation | 45 |
| **TOTAL HOURS** | **45** |

C.   **Adversary Proceeding Against Underwriters, Etc.**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period July 1, 2019 through July 31, 2019 |
|---|---|
| B191   General Litigation | 45 |
| **TOTAL HOURS** | **45** |

**D.**     **Currently Stayed Co-Plaintiff Adversary Proceeding**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period July 1, 2019 through July 31, 2019 |
|---|---|
| B191   General Litigation | 10 |
| **TOTAL HOURS** | **10** |

**E.**     **ERS Lien Adversary Proceedings**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period July 1, 2019 through July 31, 2019 |
|---|---|
| B191   General Litigation | 20 |
| **TOTAL HOURS** | **20** |

**Period Covered:** August 1, 2019 through August 31, 2019[23]

Period Covered: August 1, 2019 through August 31, 2019

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period August 1, 2019 through August 31, 2019 |
|---|---:|
| B110   Case Administration | 95.00 |
| B112   General Creditor Inquiries | 2.00 |
| B113   Pleadings Review | 75.00 |
| B120   Asset Analysis and Recovery | 0.00 |
| B130   Asset Disposition | 0.00 |
| B140   Relief from Stay / Adequate Protection Proceedings | 5.00 |
| B150   Meetings of Creditors' Committee and Communications with Creditors | 20.00 |
| B155   Court Hearings | 30.00 |
| B160   Employment / Fee Applications | 5.00 |
| B161   Budgeting (Case) | 2.00 |
| B165   Fee and Employment Applications of Other Professionals | 0.00 |
| B170   Fee and Employment Objections | 0.00 |
| B180   Avoidance Action | 30.00 |
| B185   Assumption / Rejection of Leases and Contracts | 0.00 |
| B190   Other Contested Matters | 145.00 |
| B191   General Litigation | 175.00 |
| B195   Non-Working Travel[24] | 5.00 |
| B210   Debtors' Financial Information and Operations/Fiscal Plan | 0.00 |
| B220   Employee Benefits / Pensions | 5.00 |
| B230   Financing / Cash Collections | 0.00 |
| B231   Security Document Analysis | 3.00 |
| B260   Meetings of and Communications with Debtors/Oversight Board. | 5.00 |
| B261   Investigations (including Renewed Rule 2004, Whitefish Contract, and PBA Structure) | 3.00 |
| B310   Claims Administration and Objections | 95.00 |
| B312 Objections to Claims | 0.00 |
| B320   Plan and Disclosure Statement | 55.00 |
| B420   Restructurings | 4.00 |
| **TOTAL HOURS** | **759.00** |

---

[23] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  In addition, it is impossible to predict how many hours will be required to prosecute the Committee's challenges to certain GO and ERS bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

[24] The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

| TOTAL FEES | $163,944.00[25] |
|------------|-----------------|

---

[25] The Total Estimated Fees are calculated based on a $216 blended hourly rate for the CST Law attorneys who are expected to work on this matter during the period from August 1, 2019 through August 31, 2019.

**ADDITIONAL AUGUST 2019 SUB-BUDGETS FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

A.   **Garden Variety Avoidance Actions Against Vendors of the Commonwealth, the Puerto Rico Highways and Transportation Authority (HTA) and the Employee Retirement System (ERS)**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period August 1, 2019 through August 31, 2019 |
|---|---|
| B191   General Litigation | 105 |
| **TOTAL HOURS** | **105** |

B.   **Omnibus Objection of Oversight Board and Committee to Certain GO Bond Claims [Docket No. 4784] (the "Omnibus Claims Objection")**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period August 1, 2019 through August 31, 2019 |
|---|---|
| B191   General Litigation | 25 |
| **TOTAL HOURS** | **25** |

C.   **Adversary Proceeding Against Underwriters, Etc.**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period August 1, 2019 through August 31, 2019 |
|---|---|
| B191   General Litigation | 25 |
| **TOTAL HOURS** | **25** |

**D.**     **Currently Stayed Co-Plaintiff Adversary Proceedings**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period August 1, 2019 through August 31, 2019 |
|---|---|
| B191   General Litigation | 10 |
| **TOTAL HOURS** | **10** |

**E.**     **ERS Lien Adversary Proceedings**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period August 1, 2019 through August 31, 2019 |
|---|---|
| B191   General Litigation | 10 |
| **TOTAL HOURS** | **10** |

**Period Covered:** September 1, 2019 through September 30, 2019[26]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period September 1, 2019 through September 30, 2019 |
|---|---|
| B110 Case Administration | 15.00 |
| B112 General Creditor Inquiries | 1.00 |
| B113 Pleadings Review | 95.00 |
| B120 Asset Analysis and Recovery | 0.00 |
| B130 Asset Disposition | 0.00 |
| B140 Relief from Stay / Adequate Protection Proceedings | 5.00 |
| B150 Meetings of Creditors' Committee and Communications with Creditors | 20.00 |
| B155 Court Hearings | 15.00 |
| B160 Employment / Fee Applications | 10.00 |
| B161 Budgeting (Case) | 2.00 |
| B165 Fee and Employment Applications of Other Professionals | 0.00 |
| B170  Fee and Employment Objections | 2.00 |
| B180 Avoidance Action | 150.00 |
| B185 Assumption / Rejection of Leases and Contracts | 1.00 |
| B190 Other Contested Matters | 200.00 |
| B191 General Litigation | 195.00 |
| B195 Non-Working Travel[27] | 10.00 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 2.00 |
| B220  Employee Benefits / Pensions | 15.00 |
| B230 Financing / Cash Collections | 2.00 |
| B231 Security Document Analysis | 2.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 5.00 |
| B261 Investigations | 15.00 |
| B310 Claims Administration and Objections | 160.00 |
| B312 Objections to Claims | 0.00 |
| B320 Plan and Disclosure Statement | 15.00 |
| B420 Restructurings | 5.00 |

---

[26] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  In addition, it is impossible to predict how many hours will be required to prosecute the Committee's challenges to certain GO and ERS bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto. Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

[27] The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

| TOTAL HOURS | 942.00 |
|---|---|
| TOTAL FEES | $203,472.00[28] |

---

[28] The Total Estimated Fees are calculated based on a $216 blended hourly rate for the CST Law attorneys who are expected to work on this matter during the period from September 1, 2019 through September 30, 2019.

## ADDITIONAL SEPTEMBER 2019 SUB-BUDGETS FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE

**A.**   **Garden Variety Avoidance Actions Against Vendors of the Commonwealth, the Puerto Rico Highways and Transportation Authority (HTA) and the Employee Retirement System (ERS)**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period September 1, 2019 through September 30, 2019 |
|---|---|
| B191   General Litigation | 150 |
| **TOTAL HOURS** | **150** |

**B.**   **Omnibus Objection of Oversight Board and Committee to Certain GO Bond Claims [Docket No. 4784] (the "Omnibus Claims Objection")**

Per Judge Swain's order at the July 24, 2019 omnibus hearing, the Omnibus Claims Objection is stayed for 120 days until November 30, 2019, while the parties work with mediators on a process to resolve this objection and other plan-related matters. Accordingly, Casillas, Santiago & Torres does not expect to spend any time on the Omnibus Claim Objection.

**C.**   **Adversary Proceeding Against Underwriters, Etc.**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period September 1, 2019 through September 30, 2019 |
|---|---|
| B191   General Litigation | 25 |
| **TOTAL HOURS** | **25** |

**D. <u>Currently Stayed Co-Plaintiff Adversary Proceedings</u>**

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period September 1, 2019 through September 30, 2019 |
|---|---|
| B191   General Litigation | 10 |
| **TOTAL HOURS** | **10** |

**EXHIBIT C-2**

**STAFFING PLAN**

**Period Covered:** June 1, 2019 through June 30, 2019[29]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period June 1, 2019 through June 30, 2019 |
|---|---|---|
| **Partner** | 4 | $270.00 |
| **Junior Partner & Counsel** | 2 | $240.00 |
| **Senior Associate** | 4 | $200.00 |
| **Associate** | 4 | $170.00 |
| **Paraprofessionals** | 1 | $95.00 |

---

[29] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) the Commonwealth-COFINA litigation is the only adversary proceeding that will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  In addition, it is impossible to predict how many hours will be required to prosecute the Committee's anticipated challenge to certain GO bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative.

**Period Covered:** July 1, 2019 through July 31, 2019[30]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period July 1, 2019 through July 31, 2019 |
|---|---|---|
| **Partner** | 4 | $270.00 |
| **Junior Partner & Counsel** | 2 | $240.00 |
| **Senior Associate** | 4 | $200.00 |
| **Associate** | 4 | $170.00 |
| **Paraprofessionals** | 1 | $95.00 |

---

[30] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) the Commonwealth-COFINA litigation is the only adversary proceeding that will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss.  In addition, it is impossible to predict how many hours will be required to prosecute the Committee's anticipated challenge to certain GO bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto.  Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative.

**ADDITIONAL JULY 2019 SUB-BUDGETS FOR MATTERS JOINTLY PURSUED BY
OVERSIGHT BOARD AND COMMITTEE**

A.  <u>Garden Variety Avoidance Actions Against Vendors of the Commonwealth, the
    Puerto Rico Highways and Transportation Authority (HTA) and the Employee
    Retirement System (ERS)</u>

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period July 1, 2019 through July 31, 2019 |
|---|---|---|
| Partner | 4 | $270 |
| Junior Partner & Counsel | 2 | $240 |
| Senior Associate | 4 | $200 |
| Associate | 4 | $170 |
| Paraprofessionals | 1 | $95 |

B.  <u>Omnibus Objection of Oversight Board and Committee to Certain GO Bond
    Claims [Docket No. 4784] (the "Omnibus Claims Objection")</u>

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period July 1, 2019 through July 31, 2019 |
|---|---|---|
| Partner | 4 | $270 |
| Junior Partner & Counsel | 2 | $240 |
| Senior Associate | 4 | $200 |
| Associate | 4 | $170 |
| Paraprofessionals | 1 | $95 |

C.   **Adversary Proceeding Against Underwriters, Etc.**

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period July 1, 2019 through July 31, 2019 |
|---|---|---|
| Partner | 4 | $270 |
| Junior Partner & Counsel | 2 | $240 |
| Senior Associate | 4 | $200 |
| Associate | 4 | $170 |
| Paraprofessionals | 1 | $95 |

D.   **Currently Stayed Co-Plaintiff Adversary Proceedings**

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period July 1, 2019 through July 31, 2019 |
|---|---|---|
| Partner | 4 | $270 |
| Junior Partner & Counsel | 2 | $240 |
| Senior Associate | 4 | $200 |
| Associate | 4 | $170 |
| Paraprofessionals | 1 | $95 |

E.    **ERS Lien Adversary Proceedings**

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period July 1, 2019 through July 31, 2019 |
|---|---|---|
| **Partner** | 4 | $270 |
| **Junior Partner & Counsel** | 2 | $240 |
| **Senior Associate** | 4 | $200 |
| **Associate** | 4 | $170 |
| **Paraprofessionals** | 1 | $95 |

**Period Covered:** August 1, 2019 through August 31, 2019[31]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period August 1, 2019 through August 31, 2019 |
|---|---|---|
| **Partner** | 4 | $270.00 |
| **Junior Partner & Counsel** | 3 | $240.00 |
| **Senior Associate** | 2 | $200.00 |
| **Associate** | 3 | $170.00 |
| **Paraprofessionals** | 1 | $95.00 |

---

[31] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss and/or pretrial proceedings.  In addition, it is impossible to predict how many hours will be required to prosecute contested matters where GJB is asked to participate as conflicts counsel.   Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative.

**ADDITIONAL AUGUST 2019 SUB-BUDGETS FOR MATTERS JOINTLY PURSUED
BY OVERSIGHT BOARD AND COMMITTEE**

A.  <u>Garden Variety Avoidance Actions Against Vendors of the Commonwealth, the
Puerto Rico Highways and Transportation Authority (HTA) and the Employee
Retirement System (ERS)</u>

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period August 1, 2019 through August 31, 2019 |
|---|---|---|
| Partner | 4 | $270 |
| Junior Partner & Counsel | 3 | $240 |
| Senior Associate | 2 | $200 |
| Associate | 3 | $170 |
| Paraprofessionals | 1 | $95 |

B.  <u>Omnibus Objection of Oversight Board and Committee to Certain GO Bond
Claims [Docket No. 4784] (the "Omnibus Claims Objection")</u>

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period August 1, 2019 through August 31, 2019 |
|---|---|---|
| Partner | 4 | $270 |
| Junior Partner & Counsel | 2 | $240 |
| Senior Associate | 2 | $200 |
| Associate | 2 | $170 |
| Paraprofessionals | 1 | $95 |

7

**C.  Adversary Proceeding Against Underwriters, Etc.**

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period August 1, 2019 through August 31, 2019 |
|---|---|---|
| Partner | 4 | $270 |
| Junior Partner & Counsel | 2 | $240 |
| Senior Associate | 2 | $200 |
| Associate | 2 | $170 |
| Paraprofessionals | 1 | $95 |

**D.  Currently Stayed Co-Plaintiff Adversary Proceedings**

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period August 1, 2019 through August 31, 2019 |
|---|---|---|
| Partner | 4 | $270 |
| Junior Partner & Counsel | 2 | $240 |
| Senior Associate | 2 | $200 |
| Associate | 3 | $170 |
| Paraprofessionals | 1 | $95 |

**E. ERS Lien Adversary Proceedings**

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period August 1, 2019 through August 31, 2019 |
|---|---|---|
| **Partner** | 4 | $270 |
| **Junior Partner & Counsel** | 2 | $240 |
| **Senior Associate** | 2 | $200 |
| **Associate** | 3 | $170 |
| **Paraprofessionals** | 1 | $95 |

**Period Covered:**  September 1, 2019 through September 30, 2019[32]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period  September 1, 2019 through September 30, 2019 |
|---|---|---|
| **Partner** | 4 | $270.00 |
| **Counsel** | 1 | $260.00 |
| **Junior Partner** | 2 | $240.00 |
| **Senior Associate** | 2 | $200.00 |
| **Associate** | 3 | $170.00 |
| **Paraprofessionals** | 1 | $95.00 |

---

[32] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss and/or pretrial proceedings. Thus, this proposed budget may be materially different from the work actually performed.  For instance, discovery disputes may lead to extensive litigation.  Similarly, the Committee may need to respond to motions that are not and cannot be anticipated.  At this time, the proposed budget is speculative.

## ADDITIONAL SEPTEMBER 2019 SUB-BUDGETS FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE

A.   **Garden Variety Avoidance Actions Against Vendors of the Commonwealth, the Puerto Rico Highways and Transportation Authority (HTA) and the Employee Retirement System (ERS)**

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period September 1, 2019 through September 30, 2019 |
|---|---|---|
| Partner | 4 | $270 |
| Counsel | 1 | $260 |
| Junior Partner | 2 | $240 |
| Senior Associate | 2 | $200 |
| Associate | 3 | $170 |
| Paraprofessionals | 1 | $95 |

B.   **Omnibus Objection of Oversight Board and Committee to Certain GO Bond Claims [Docket No. 4784] (the "Omnibus Claims Objection")**

Per Judge Swain's order at the July 24, 2019 omnibus hearing, the Omnibus Claims Objection is stayed for 120 days until November 30, 2019, while the parties work with mediators on a process to resolve this objection and other plan-related matters. Accordingly, Casillas, Santiago & Torres does not expect to spend any time on the Omnibus Claim Objection.

C.  **Adversary Proceeding Against Underwriters, Etc.**

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period September 1, 2019 through September 30, 2019 |
|---|---|---|
| Partner | 4 | $270 |
| Counsel | 1 | $260 |
| Counsel | 1 | $240 |
| Senior Associate | 2 | $200 |
| Associate | 2 | $170 |
| Paraprofessionals | 1 | $95 |

D.  **Currently Stayed Co-Plaintiff Adversary Proceedings**

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period September 1, 2019 through September 30, 2019 |
|---|---|---|
| Partner | 4 | $270 |
| Counsel | 1 | $260 |
| Junior Partner | 1 | $240 |
| Senior Associate | 2 | $200 |
| Associate | 3 | $170 |
| Paraprofessionals | 1 | $95 |