# EXHIBIT D

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

**EXHIBIT D-1**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET**

| Task Code and Project Category | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Total | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Total |
| B110 Case Administration | 15.00 | 25.00 | 95.00 | 15.00 | 150.00 | 7.60 | 22.90 | 67.40 | 13.20 | 111.10 |
| B112 General Creditor Inquiries | 2.00 | 20.00 | 2.00 | 1.00 | 25.00 | 0.10 | 0.00 | 0.00 | 0.00 | 0.10 |
| B113 Pleadings Review | 90.00 | 135.00 | 75.00 | 95.00 | 395.00 | 89.90 | 133.30 | 70.30 | 88.70 | 382.20 |
| B120 Asset Analysis and Recovery | 2.00 | 50.00 | 0.00 | 0.00 | 52.00 | 0.00 | 11.80 | 0.00 | 0.00 | 11.80 |
| B130 Asset Disposition | 2.00 | 2.00 | 0.00 | 0.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B140 Relief from Stay / Adequate Protection Proceedings | 2.00 | 10.00 | 5.00 | 5.00 | 22.00 | 1.90 | 1.00 | 0.30 | 0.00 | 3.20 |
| B150 Meetings of Creditors' Committee and Communications with Creditors | 25.00 | 20.00 | 20.00 | 20.00 | 85.00 | 13.50 | 7.10 | 6.10 | 5.60 | 32.30 |
| B155 Court Hearings | 15.00 | 17.00 | 30.00 | 15.00 | 77.00 | 13.80 | 14.90 | 2.50 | 6.90 | 38.10 |
| B160 Employment / Fee Applications | 10.00 | 14.00 | 5.00 | 10.00 | 39.00 | 2.70 | 13.90 | 0.00 | 1.90 | 18.50 |
| B161 Budgeting (Case) | 2.00 | 5.00 | 2.00 | 2.00 | 11.00 | 1.80 | 3.40 | 0.90 | 2.10 | 8.20 |
| B165 Fee and Employment Applications of Other Professionals | 10.00 | 5.00 | 0.00 | 0.00 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B170 Fee and Employment Objections | 2.00 | 2.00 | 0.00 | 2.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B180 Avoidance Action | 150.00 | 90.00 | 30.00 | 150.00 | 420.00 | 137.50 | 84.70 | 29.40 | 131.20 | 382.80 |

1

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| B185 Assumption / Rejection of Leases and Contracts | 2.00 | 2.00 | 0.00 | 1.00 | 5.00 | 0.20 | 0.30 | 0.00 | 0.00 | 0.50 |
| B190 Other Contested Matters | 215.00 | 195.00 | 145.00 | 200.00 | 755.00 | 189.80 | 103.90 | 138.10 | 132.50 | 564.30 |
| B191 General Litigation | 190.00 | 270.00 | 175.00 | 195.00 | 830.00 | 181.30 | 233.90 | 156.40 | 183.70 | 755.30 |
| B195 Non-Working Travel | 5.00 | 6.00 | 5.00 | 10.00 | 26.00 | 5.00 | 5.50 | 0.80 | 0.90 | 12.20 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 2.00 | 25.00 | 0.00 | 2.00 | 29.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B220 Employee Benefits / Pensions | 25.00 | 15.00 | 5.00 | 15.00 | 60.00 | 0.00 | 1.30 | 0.00 | 0.00 | 1.30 |
| B230 Financing / Cash Collections | 2.00 | 2.00 | 0.00 | 2.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B231 Security Document Analysis | 2.00 | 2.00 | 3.00 | 2.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 5.00 | 15.00 | 5.00 | 5.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B261 Investigations | 15.00 | 15.00 | 3.00 | 15.00 | 48.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B310 Claims Administration and Objections | 150.00 | 90.00 | 95.00 | 160.00 | 495.00 | 150.00 | 99.90 | 95.70 | 147.10 | 492.70 |
| B312 Objections to Claims | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B320 Plan and Disclosure Statement | 20.00 | 20.00 | 55.00 | 15.00 | 110.00 | 8.00 | 2.30 | 0.00 | 2.00 | 12.30 |
| B420 Restructurings | 5.00 | 5.00 | 4.00 | 5.00 | 19.00 | 5.00 | 4.90 | 4.00 | 4.00 | 17.90 |
| **TOTAL HOURS** | **965.00** | **1,057.00** | **759.00** | **942.00** | **3,723.00** | **808.10** | **745.00** | **571.90** | **719.80** | **2,844.80** |
| **TOTAL FEES** | **$208,440.00** | **$228,312.00** | **$163,944.00** | **$203,472.00** | **$804,168.00** | **$184,904.50** | **$174,819.50** | **$142,114.00** | **$168,111.50** | **$669,949.50** |

2

# FURTHER BREAKDOWN OF COMPENSATION REQUESTED BY PROJECT CATEGORY AND BY MATTER

1. **General (Matter ID: 396-00002)**

| Task Code and Project Category | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 23.80 | $4,611.50 |
| B113 - Pleadings Review | 257.00 | $65,493.50 |
| B140 - Relief from Stay/Adequate Protection Proceedings | 2.40 | $568.00 |
| B150 - Meetings of and Communications with Creditors | 20.60 | $5,504.00 |
| B155 - Court Hearings | 27.70 | $7,119.00 |
| B161 - Budgeting (Case) | 0.80 | $216.00 |
| B180 - Avoidance Action | 1.10 | $297.00 |
| B190 - Other Contested Matters | 74.10 | $17,070.00 |
| B191 - General Litigation | 88.10 | $22,697.00 |
| B195 - Non-Working Travel | 3.00 | $405.00 |
| B310 - Claims Administration and Objections | 8.70 | $2,109.00 |
| B320 - Plan and Disclosure Statement (Including Business | 7.80 | $1,994.00 |
| B420 - Restructurings | 1.30 | $313.00 |
| **Total** | **516.40** | **$128,397.00** |

2. **COFINA Dispute Analysis (Matter ID: 396-00003)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Review | 2.70 | $699.00 |
| B190 - Other Contested Matters | 0.30 | $81.00 |
| **Total** | **3.00** | **$780.00** |

3. **Communications w/ Creditors/ Website (Matter ID: 396-00004)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 0.20 | $19.00 |
| B150 - Meetings of and Communications with Creditors | 9.80 | $1,388.50 |
| B191 - General Litigation | 0.40 | $38.00 |
| **Total** | **10.40** | **$1,445.50** |

1

4 **PREPA (Matter ID: 396-00006)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 5.70 | $1,119.00 |
| B113 - Pleadings Review | 79.90 | $20,933.00 |
| B150 - Meetings of and Communications with Creditors | 1.10 | $297.00 |
| B155 - Court Hearings | 9.80 | $2,348.50 |
| B180 - Avoidance Action Analysis | 3.80 | $1,026.00 |
| B185 - Assumption/Rejection of Leases and Contracts | 0.20 | $54.00 |
| B190 - Other Contested Matters | 125.40 | $27,441.00 |
| B191 - General Litigation | 200.50 | $45,150.50 |
| B195 - Non-Working Travel | 1.80 | $243.00 |
| B320 - Plan and Disclosure Statement | 1.70 | $459.00 |
| B420 - Restructurings | 16.60 | $4,342.00 |
| **Total** | **446.50** | **$103,413.00** |

5 **HTA (Matter ID: 396-00007)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Review | 4.10 | $1,016.00 |
| B190 - Other Contested Matters | 4.10 | $1,031.00 |
| B191 - General Litigation | 1.80 | $484.00 |
| **Total** | **10.00** | **$2,531.00** |

6 **ERS (Matter ID: 396-00008)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 8.80 | $1,531.00 |
| B113 - Pleadings Review | 24.60 | $6,261.50 |
| B140 - Relief from Stay/Adequate Protection Proceedings | 0.50 | $135.00 |
| B150 - Meetings of and Communications with Creditors | 0.10 | $17.00 |
| B155 - Court Hearings | 0.30 | $28.50 |
| B190 - Other Contested Matters | 10.80 | $2,326.00 |
| B191 - General Litigation | 32.20 | $6,473.00 |
| B310 - Claims Administration and Objections | 4.40 | $943.00 |
| **Total** | **81.70** | **$17,715.00** |

2

7  **Other Adversary Proceedings (Matter ID: 396-00009)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 0.40 | $38.00 |
| B113 - Pleadings Review | 1.80 | $392.00 |
| B155 - Court Hearings | 0.30 | $28.50 |
| B190 - Other Contested Matters | 22.20 | $4,770.00 |
| B191 - General Litigation | 0.20 | $36.50 |
| **Total** | **24.90** | **$5,265.00** |

8  **GO Bond Debt Issues (Matter ID: 396-00011)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 0.30 | $28.50 |
| B112 - General Creditor Inquiries | 0.10 | $17.00 |
| B113 - Pleadings Review | 2.00 | $540.00 |
| B190 - Other Contested Matters | 3.80 | $1,026.00 |
| B191 - General Litigation | 0.80 | $216.00 |
| B310 - Claims Administration and Objections | 5.20 | $1,284.00 |
| **Total** | **12.20** | **$3,111.50** |

9  **PBAPR (Matter ID: 396-00014)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 0.60 | $112.00 |
| B113 - Pleadings Review | 2.80 | $756.00 |
| B150 - Meetings of and Communications with Creditors | 0.10 | $27.00 |
| B190 - Other Contested Matters | 3.90 | $843.00 |
| B191 - General Litigation | 16.60 | $4,482.00 |
| **Total** | **24.00** | **$6,220.00** |

10  **Fee Application (Matter ID: 396-00015)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 0.70 | $66.50 |
| B160 - Fee/Employment Applications | 18.50 | $4,610.00 |
| B161 - Budgeting (Case) | 7.40 | $1,988.00 |
| **Total** | **26.60** | **$6,664.50** |

11. **Commonwealth Claims Review (Matter ID: 396-00017)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110   - Case Administration | 0.50 | $135.00 |
| B113   - Pleadings Review | 4.70 | $1,269.00 |
| B120   - Asset Analysis and Recovery | 11.80 | $2,376.00 |
| B180   - Avoidance Action Analysis | 89.80 | $18,955.00 |
| B190   - Other Contested Matters | 251.40 | $59,822.00 |
| B191   - General Litigation | 279.50 | $59,931.00 |
| B195   - Non-Working Travel | 7.40 | $657.50 |
| B220   - Employee Benefits/Pensions | 1.30 | $249.00 |
| B310   - Claims Administration and Objections | 464.30 | $106,516.00 |
| B320   - Plan and Disclosure Statement | 2.40 | $648.00 |
| **Total** | **1,113.10** | **$250,558.50** |

12. **Avoidance Actions (Matter ID: 396-00018)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110   - Case Administration | 70.10 | $17,222.50 |
| B113   - Pleadings Review | 2.60 | $702.00 |
| B140   - Relief from Stay/Adequate Protection Proceedings | 0.30 | $81.00 |
| B150   - Meetings of and Communications with Creditors | 0.60 | $162.00 |
| B180   - Avoidance Action Analysis | 288.10 | $70,845.00 |
| B185   - Assumption/Rejection of Leases and Contracts | 0.30 | $81.00 |
| B190   - Other Contested Matters | 68.30 | $17,127.00 |
| B191   - General Litigation | 135.20 | $35,140.00 |
| B310   - Claims Administration and Objections | 10.10 | $2,380.00 |
| B320   - Plan and Disclosure Statement (Including Business | 0.40 | $108.00 |
| **Total** | **576.00** | **$143,848.50** |

# EXHIBIT D-2

## SUMMARY OF EXPENSES BY CATEGORY

| Category | Amount |
|---|---:|
| Certified Translations | $3,118.13 |
| Conference Call (Multi-party calls) | $2.25 |
| Courier Expense - FedEx / UPS | $455.09 |
| Delivery Expense | $515.00 |
| Filing Fees | $2,300.00 |
| Internal Revenue Stamps | $514.50 |
| Mileage and Tolls | $323.82 |
| Outside Photocopying | $2,776.03 |
| Parking expense | $15.94 |
| Photocopies | $1,071.10 |
| Postage Expense | $1,367.70 |
| Transcription of Hearings | $470.03 |
| **Total** | **$12,929.59** |