**EXHIBIT E**

**BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED BY DEBTOR**

**June 2019 Fee Statement**

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $139,699.50 | $125,729.55 | $1,748.77 | $127,478.32 |
| PREPA | $32,511.00 | $29,259.90 | $3,132.13 | $32,392.03 |
| HTA | $1,775.00 | $1,597.50 | $0.00 | $1,597.50 |
| ERS | $10,919.00 | $9,827.10 | $0.00 | $9,827.10 |
| **Total** | **$184,904.50** | **$166,414.05** | **$4,880.90** | **$171,294.95** |

**July 2019 Fee Statement**

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $147,822.00 | $133,039.80 | $4,727.49 | $137,767.29 |
| PREPA | $23,848.50 | $21,463.65 | $0.00 | $21,463.65 |
| HTA | $0.00 | $0.00 | $0.00 | $0.00 |
| ERS | $3,149.00 | $2,834.10 | $0.00 | $2,834.10 |
| **Total** | **$174,819.50** | **$157,337.55** | **$4,727.49** | **$162,065.04** |

**August 2019 Fee Statement**

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $123,240.50 | $110,916.45 | $710.64 | $111,627.09 |
| PREPA | $18,252.50 | $16,427.25 | $182.30 | $16,609.55 |
| HTA | $486.00 | $437.40 | $0.00 | $437.40 |
| ERS | $135.00 | $121.50 | $0.00 | $121.50 |
| **Total** | **$142,114.00** | **$127,902.60** | **$892.94** | **$128,795.54** |

**September 2019 Fee Statement**

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $135,528.50 | $121,975.65 | $2,381.06 | $124,356.71 |
| PREPA | $28,801.00 | $25,920.90 | $47.20 | $25,968.10 |
| HTA | $270.00 | $243.00 | $0.00 | $243.00 |
| ERS | $3,512.00 | $3,160.80 | $0.00 | $3,160.80 |
| **Total** | **$168,111.50** | **$151,300.35** | **$2,428.26** | **$153,728.61** |