# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Gustavo J. Viviani Meléndez, do hereby certify that on November 15, 2019, I caused a true and correct copy of "Response to Ninety-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Deficient Claims" (No. 17-3283 Docket 9175), which was filed on November 15, 2019, to be served by U.S. mail (Exhibit A) and by electronic mail (Exhibit B). On that same date, I also caused two courtesy copies of the motions to be sent by FedEx overnight delivery to the Chambers of the Hon. Laura Taylor Swain at:

United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl St., Suite 3212
New York, NY 10007-1312

And a copy of the motion by email to the Office of the United States Trustee for the District of Puerto Rico.

**RESPECTFULLY SUBMITTED.**

---

[1] The Debtors in these Title III cases, along with each Debtor's Bankruptcy Court case number and last four (4) digits of each Debtor's federal tax identification number are (i) The Commonwealth of Puerto Rico (Bankr. Case No. 17-bk-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) The Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankr. Case No. 17-bk-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (iii) Puerto Rico Sales Tax Financing Corporation (Bankr. Case No. 17-bk-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iv) Puerto Rico Highways and Transportation Authority (Bankr. Case. No. 17-bk-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority (Bankr. Case No. 17-bk-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

In San Juan, Puerto Rico, this 18th day of November 2019.

*/s/Gustavo J. Viviani Meléndez*
USDC 229513
Sánchez Pirillo LLC
Counsel for UBS Trust
P.O. Box 11917
San Juan, Puerto Rico 00922-1917
Tel. 787-522-6776
Fax. 787-522-6777
gviviani@sanpir.com

- 2 -

KL2 3014136.9