**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

RECEIVED AND FILED

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

2019 NOV 12  AM 10: 48

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

-------------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

      Debtors.[1]

: PROMESA
: Title III
:
: Case No. 17-BK-3283 (LTS)
:
: (Jointly Administered)

-------------------------------------------------------------------- X

USBC 2019 NOV 12 AM10:48

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

      Debtor.

: PROMESA
: Title III
:
: Case No. 17-BK-3566 (LTS)
:

RECEIVED AND FILED - PONCE

-------------------------------------------------------------------- X



## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

_Jaime Yordan Molini_
Participant Name

_____
Contact Person (if Participant is not an individual)

_YordanFrau@PRW.NET_
Email Address

_Valeriana St. T-11_
Address line 1

_Jardines Fagot_
Address line 2

_Ponce, P.R. 00716_
City, State Zip Code

_____
Country

**Counsel Contact Information (if any)**

_____
Firm Name (if applicable)

_____
Contact Person

_____
Email Address

_____
Address line 1

_____
Address line 2

_____
City, State Zip Code

_____
Country

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.  If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)  Provide the CUSIP Numbers of all ERS Bonds held by Participant:

        29216 MAC4

    (b)  Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Jaime Jordá M_____
    Signature

_JAIME Jordan Molini_
Print Name

_____
Title (if Participant is not an Individual)

_11/12/2019_
Date

**Instructions for Serving and Filing Notice of Participation:**  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

RECEIVED AND FILED

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

2019 NOV 12 AM 11: 23

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

---------------------------------------------------- X

| | |
|---|---|
| In re: | : |
| | : |
| THE FINANCIAL OVERSIGHT AND | : PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Title III |
| | : |
| as representative of | : Case No. 17-BK-3283 (LTS) |
| | : |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | : (Jointly Administered) |
| | : |
| Debtors.[1] | : |

USBC 2019 NOV 12 AM 11:23

---------------------------------------------------- X

RECEIVED AND FILED - PONCE

| | |
|---|---|
| In re: | : |
| | : |
| THE FINANCIAL OVERSIGHT AND | : PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Title III |
| | : |
| as representative of | : Case No. 17-BK-3566 (LTS) |
| | : |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE | : |
| GOVERNMENT OF THE COMMONWEALTH OF | : |
| PUERTO RICO, | : |
| | : |
| Debtor. | : |

RECEIVED AND FILED
U.S. CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.
2019 NOV 14 AM 9: 29

---------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

**Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Rafael A. Quiñones-Soto_ | _____ |
| Participant Name | Firm Name (if applicable) |
| _N/A_ | _____ |
| Contact Person (if Participant is not an individual) | Contact Person |
| _____ | _____ |
| Email Address | Email Address |
| _Urb. Jardines de Ponce_ | _____ |
| Address line 1 | Address line 1 |
| _Paseo Trébol # F1_ | _____ |
| Address line 2 | Address line 2 |
| _Ponce, PR 00730-1845_ | _____ |
| City, State Zip Code | City, State Zip Code |
| _____ | _____ |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.    If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

(a)    Provide the CUSIP Numbers of all ERS Bonds held by Participant:

_29216 MAC 4_

(b)    Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? (**YES**) or **NO** (please **circle one**).

By: _R Quinones Soto_
Signature

_Rafael A. Quinones-Soto_
Print Name

_N/A_
Title (if Participant is not an Individual)

_Nov 12, 2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

3

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------ X
                                                     :

In re:                                             :

THE FINANCIAL OVERSIGHT AND          :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :   Title III

        as representative of                 :   Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,   :   (Jointly Administered)

        Debtors.[1]                               :
------------------------------------------------------------ X
                                                     :

In re:                                             :

THE FINANCIAL OVERSIGHT AND          :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :   Title III

        as representative of                 :   Case No. 17-BK-3566 (LTS)

THE EMPLOYEES RETIREMENT SYSTEM OF THE   :
GOVERNMENT OF THE COMMONWEALTH OF    :
PUERTO RICO,                                    :

        Debtor.                                   :
------------------------------------------------------------ X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("<u>Participant</u>") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "<u>ERS Bonds</u>").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.　　Participant's contact information, including email address, and that of its counsel, if any:

| <u>Participant Name and Contact Information</u> | <u>Counsel Contact Information (if any)</u> |
|---|---|
| *JUAN L. FOURQUET TORRES* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *juanfourquet@gmail.com* | |
| Email Address | Email Address |
| *2241 JJ Cartagena Street* | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| *Ponce, PR 00728-3834* | |
| City, State Zip Code | City, State Zip Code |
| | |
| Country | Country |

2.　　Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

　　　　　　＿＿＿＿＿ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

　　　　　　＿X＿ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.   If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all ERS Bonds held by Participant:

   *29216 MACH*

   (b)   Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____*Fourquet*_____
   Signature

*JUAN L. FOURQUET TORRES*
Print Name

_____
Title (if Participant is not an Individual)

*Nov. 12, 2019*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

SRF 36513

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------ X
                                                    :
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :   Title III
                                                    :
        as representative of                        :   Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO et al.,             :   (Jointly Administered)
                                                    :
        Debtors.¹                                   :
------------------------------------------------------------------ X
                                                    :
In re:                                              :
                                                    :
THE FINANCIAL OVERSIGHT AND                         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                   :   Title III
                                                    :
        as representative of                        :   Case No. 17-BK-3566 (LTS)
                                                    :
THE EMPLOYEES RETIREMENT SYSTEM OF THE              :
GOVERNMENT OF THE COMMONWEALTH OF                   :
PUERTO RICO,                                        :
                                                    :
        Debtor.                                     :
------------------------------------------------------------------ X
```

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]     The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Ivelisse Buono Albarran* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| *PO Box 7293* | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| *Ponce, PR 00732-7293* | |
| City, State Zip Code | City, State Zip Code |
| *P.R. , USA* | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.    If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If
Participant is a holder of one or more ERS Bonds, Participant must respond to the following
paragraphs (a) and (b) to the best of Participant's knowledge.

     (a)    Provide the CUSIP Numbers of all ERS Bonds held by Participant:

               29216 MBN9

     (b)    Did Participant purchase any of its ERS Bonds in whole or in part on the secondary
market?  **YES** or **NO** (please **circle one**).

By:  *Ivelisse Buono Albarran*
      Signature

      Ivelisse Buono-Albarran
      Print Name

      Title (if Participant is not an Individual)

      November 11, 2019
      Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room
150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------ X

|  |  |
|---|---|
| In re: | : |
|  | : |
| THE FINANCIAL OVERSIGHT AND | : PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Title III |
|  | : |
| as representative of | : Case No. 17-BK-3283 (LTS) |
|  | : |
| THE COMMONWEALTH OF PUERTO RICO *et al.,* | : (Jointly Administered) |
|  | : |
| Debtors.[1] | : |

------------------------------------------------------------------ X

|  |  |
|---|---|
| In re: | : |
|  | : |
| THE FINANCIAL OVERSIGHT AND | : PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Title III |
|  | : |
| as representative of | : Case No. 17-BK-3566 (LTS) |
|  | : |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE | : |
| GOVERNMENT OF THE COMMONWEALTH OF | : |
| PUERTO RICO, | : |
|  | : |
| Debtor. | : |

------------------------------------------------------------------ X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

**Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Julio S. Pijem Correa_ | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| _Salva43200@yahoo.com_ | |
| Email Address | Email Address |
| _Urb. La Alameda_ | |
| Address line 1 | Address line 1 |
| _Calle Esmeralda 802_ | |
| Address line 2 | Address line 2 |
| _San Juan, PR 00926-5818_ | |
| City, State Zip Code | City, State Zip Code |
| _Puerto Rico_ | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.  If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

 (a) Provide the CUSIP Numbers of all ERS Bonds held by Participant:

29216MBN9

 (b) Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
Signature

JULIO S. PIJEM GARCIA
Print Name

_____
Title (if Participant is not an Individual)

Nov. 14, 2019
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***
SRF 36513

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------- X

In re:                                                      :

THE FINANCIAL OVERSIGHT AND          :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :   Title III
                                     :
          as representative of       :   Case No. 17-BK-3283 (LTS)
                                     :
THE COMMONWEALTH OF PUERTO RICO *et al.*,  :   (Jointly Administered)
                                     :
          Debtors.[1]                :

-------------------------------------------------------------------- X

In re:                                                      :

THE FINANCIAL OVERSIGHT AND          :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :   Title III
                                     :
          as representative of       :   Case No. 17-BK-3566 (LTS)
                                     :
THE EMPLOYEES RETIREMENT SYSTEM OF THE  :
GOVERNMENT OF THE COMMONWEALTH OF    :
PUERTO RICO,                         :
                                     :
          Debtor.                    :

-------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| Participant Name and Contact Information | Counsel Contact Information (if any) |
|---|---|
| _SANDRA GONZALEZ_ | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| _JAMADEO@PRTC.NET_ | |
| Email Address | Email Address |
| _1341 ALDEA APT 601_ | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| _SAN JUAN PR 00907_ | |
| City, State Zip Code | City, State Zip Code |
| | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

3.   If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)   Provide the CUSIP Numbers of all ERS Bonds held by Participant:

        29216MBL3
        29216MAC4

    (b)   Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  YES or (NO) (please circle one).

By: _Sandra Gonzalez_
    Signature

_SANDRA GONZALEZ_
Print Name

_____
Title (if Participant is not an Individual)

_NOVEMBER 14 2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.

3

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

SRF 36513

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ X

In re:                                                :

THE FINANCIAL OVERSIGHT AND           :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,     :      Title III

    as representative of              :      Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.*,  :   (Jointly Administered)

    Debtors.[1]                      :

------------------------------------------------------------------------ X

In re:                                                :

THE FINANCIAL OVERSIGHT AND           :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,     :      Title III

    as representative of              :      Case No. 17-BK-3566 (LTS)

THE EMPLOYEES RETIREMENT SYSTEM OF THE     :
GOVERNMENT OF THE COMMONWEALTH OF      :
PUERTO RICO,                          :

    Debtor.                          :

------------------------------------------------------------------------ X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable. are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| JOSE E. AMADEO | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| JAMADEO @ PRTC.NET | |
| Email Address | Email Address |
| 1341 ALDEA APT 601 | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| SAN JUAN PR 00907 | |
| City, State Zip Code | City, State Zip Code |
| | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

3.      If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)      Provide the CUSIP Numbers of all ERS Bonds held by Participant:

             29216MAC4
             29216MBP4

      (b)      Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? YES or **NO** (please _circle one_).

By: _Jose Arredo_
     Signature

     ___JOSE E. ARREDO___
     Print Name

     _____
     Title (if Participant is not an Individual)

     _november 14 2019_
     Date

**Instructions for Serving and Filing Notice of Participation:** This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) filed electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------- X
               :

In re:                :

THE FINANCIAL OVERSIGHT AND     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :   Title III

     as representative of     :   Case No. 17-BK-3283 (LTS)

               :

THE COMMONWEALTH OF PUERTO RICO *et al.,*  :   (Jointly Administered)

     Debtors.[1]         :
---------------------------------------------------------------- X
               :

In re:                :

THE FINANCIAL OVERSIGHT AND     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :   Title III

     as representative of     :   Case No. 17-BK-3566 (LTS)

THE EMPLOYEES RETIREMENT SYSTEM OF THE  :
GOVERNMENT OF THE COMMONWEALTH OF   :
PUERTO RICO,            :

               :

     Debtor.          :
---------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

**Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| Lisa Marlin | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| LisaMarlin@Icloud.Com | |
| Email Address | Email Address |
| 3014 Sloop Drive | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| Oriental NC 28571 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

            _____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

            __X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.     If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)     Provide the CUSIP Numbers of all ERS Bonds held by Participant:

            29216MAC

      (b)     Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? (**YES** or **NO** (please **circle one**).

By: _Lisa Marlin_
Signature

_Lisa Marlin_
Print Name

_____
Title (if Participant is not an Individual)

_11-11-19_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

3



PMC
NEW BERN, NC
28562
NOV 13 19
AMOUNT
**$25.50**
R2305K131920-13

1007          00918

**PRESS FIRMLY TO SEAL**          **PRESS FIRMLY TO ...**


## UNITED STATES POSTAL SERVICE®

This envelope is made from post-consumer waste. Please recycle – again.

# PRIORITY® MAIL EXPRESS

3PM

To schedule free Package Pickup, scan the QR code.



**USPS.COM/PICKUP**


P S 1 0 0 0 1 0 0 0 0 0 6

**EP13F Oct 2018**
**OD: 12 1/2 x 9 1/2**


## UNITED STATES POSTAL SERVICE®

# PRIORITY MAIL EXPRESS®

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)          PHONE ( 303 ) 243-0278

Marlin
3014 Sloop Drive
Oriental NC
28571

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)          PHONE ( )

Clerk of the U.S District Court
District of Puerto Rico Room 150
150 Carlos Chardon Ave
ZIP + 4® (U.S. ADDRESSES ONLY)   San Juan P.R.
0 0 9 1 8 - 1 7 6 7

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

◀ **PEEL FROM THIS CORNER**


EJ 014 299 593 US

**PAYMENT BY ACCOUNT** (if applicable)

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|

**ORIGIN (POSTAL SERVICE USE ONLY)**

☑ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 28562 | 11-14-19 | $ 25.50 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 11-13-19 | ☐ 10:30 AM  ☒ 12 NOON | $ | $ |

| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 9:50 ☐ AM ☐ PM | $ | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | $ 25.50 |

| Weight | ☐ Flat Rate | Acceptance Employee Initials |
|---|---|---|
| lbs. oz. | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |

**LABEL 11-B, MARCH 2019**   PSN 7690-02-000-9996




CLERK'S OF...
SAN JUAN...
U.S DISTRICT...
2019 NOV 14 PM 2:38
RECEIVED & FILED

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------------- X
                                                        :
In re:                                                  :
                                                        :
THE FINANCIAL OVERSIGHT AND                             :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                       :   Title III
                                                        :
        as representative of                            :   Case No. 17-BK-3283 (LTS)
                                                        :
THE COMMONWEALTH OF PUERTO RICO et al.,                 :   (Jointly Administered)
                                                        :
        Debtors.¹                                       :
-------------------------------------------------------------------- X
                                                        :
In re:                                                  :
                                                        :
THE FINANCIAL OVERSIGHT AND                             :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                       :   Title III
                                                        :
        as representative of                            :   Case No. 17-BK-3566 (LTS)
                                                        :
THE EMPLOYEES RETIREMENT SYSTEM OF THE                  :
GOVERNMENT OF THE COMMONWEALTH OF                       :
PUERTO RICO,                                            :
                                                        :
        Debtor.                                         :
-------------------------------------------------------------------- X
```

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Dennis J Marlin_ | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| _djm0212@yahoo.com_ | |
| Email Address | Email Address |
| _3014 Sloop Drive_ | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| _Oriental NC 28571_ | |
| City, State Zip Code | City, State Zip Code |
| _U.S.A_ | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); or

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.      If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

  (a)      Provide the CUSIP Numbers of all ERS Bonds held by Participant:

  ~~29ΣΖ ΜΑC~~   29216MAC

  (b)      Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Dennis J Marlin_
Signature

_Dennis J Marlin_
Print Name

_____
Title (if Participant is not an Individual)

_11-11-19_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3




PME
NEW BERN, NC
28562
NOV 13 19
AMOUNT
**$25.50**
R2305K131920-13

1007    00918


**UNITED STATES POSTAL SERVICE.**

**PRIORITY MAIL EXPRESS**

3PM

This envelope is made from post-consumer waste. Please recycle – again.

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP


P S 1 0 0 0 1 0 0 0 0 0 6

EP13F Oct 2018
OD: 12 1/2 x 9 1/2

---

**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL EXPRESS**

EJ 014 299 593 US



**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)    PHONE ( 303 ) 243-0278

Marlin
3014 Sloop Drive
Oriental NC
28571

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☑ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 28562 | 11-14-19 | $ 25.50 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 11-13-19 | ☐ 10:30 AM ☐ 12 NOON | $ | |

| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 9:50 ☐ AM ☑ PM | $ | $ | |

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | $ 25.50 |

| Weight | Flat Rate | Acceptance Employee Initials |
|---|---|---|
| ___ lbs. ___ ozs. | | |

**TO:** (PLEASE PRINT)    PHONE ( )

Clerk of the U.S. District Court
District of Puerto Rico Room 150
150 Carlos Chardon Ave
San Juan P.R.

ZIP + 4® (U.S. ADDRESSES ONLY)

0 0 9 1 8 - 1 7 6 7

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |

LABEL 11-B, MARCH 2019    PSN 7690-02-000-9996

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⬅ **PEEL FROM THIS CORNER**

CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN P.R.

2019 NOV 14 PM 2:38


RECEIVED & FILED



**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------- X

In re:                                                               :
                                                                     :
THE FINANCIAL OVERSIGHT AND                        :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,       :   Title III
                                                                     :
       as representative of                                 :   Case No. 17-BK-3283 (LTS)
                                                                     :
THE COMMONWEALTH OF PUERTO RICO *et al.,*    :   (Jointly Administered)
                                                                     :
       Debtors.[1]                                              :
-------------------------------------------------------------------- X
                                                                     :
In re:                                                               :
                                                                     :
THE FINANCIAL OVERSIGHT AND                        :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,       :   Title III
                                                                     :
       as representative of                                 :   Case No. 17-BK-3566 (LTS)
                                                                     :
THE EMPLOYEES RETIREMENT SYSTEM OF THE     :
GOVERNMENT OF THE COMMONWEALTH OF     :
PUERTO RICO,                                                 :
                                                                     :
       Debtor.                                                  :
-------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Dennis J Martin_ | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| _djm0212@yahoo.com_ | |
| Email Address | Email Address |
| _3014 Sloop Drive_ | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| _Oriental NC 28571_ | |
| City, State Zip Code | City, State Zip Code |
| _USA_ | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

\_\_X\_\_\_ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.      If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)      Provide the CUSIP Numbers of all ERS Bonds held by Participant:

   29216MAC

   (b)      Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  YES or NO (please **circle one**).

By:   _Dennis J Marlin_
      Signature

   _Dennis J Marlin_
      Print Name

   _____
      Title (if Participant is not an Individual)

   _11-11-19_
      Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**





PME
NEW BERN, NC
28562
NOV 13, 19
AMOUNT
**$25.50**
R2305K131920-13

1007          00918

**This envelope is made from post-consumer waste. Please recycle - again.**


**UNITED STATES**
**POSTAL SERVICE**

**PRIORITY**
**MAIL**
**EXPRESS**


3PM

To schedule free
Package Pickup,
scan the QR code.



USPS.COM/PICKUP


PS 10001000006

EP13F Oct 2018
OD: 12 1/2 x 9 1/2


**UNITED STATES**
**POSTAL SERVICE** ®   **PRIORITY**
**MAIL**
**EXPRESS**®

EJ 014 299 593 US

**CUSTOMER USE ONLY**
**FROM:** (PLEASE PRINT)          PHONE ( 303 ) 243-0278
Marlin
3014 Sloop Drive
Oriental NC
     28571

**DELIVERY OPTIONS** (Customer Use Only)
☐ **SIGNATURE REQUIRED** *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.*

**TO:** (PLEASE PRINT)          PHONE ( )
Clerk of the U.S District Court
District of Puerto Rico  Room 150
150 Carlos Chardon Ave
                        San Juan P.R.
**ZIP + 4®** (U.S. ADDRESSES ONLY)
0 0 9 1 8 - 1 7 6 7

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

← **PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☑ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | | Postage |
| 28562 | 11-14-19 | | $ 25.50 |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 11-13-19 | ☐ 10:30 AM ☑ 12 NOON ☒ 3:00 PM | $ | $ |
| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
| 9:50 ☑ AM ☐ PM | $ | $ | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| $ | $ | $ 25.50 | |
| Weight | ☑ Flat Rate | Acceptance Employee Initials | |
| lbs. ozs. | | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, MARCH 2019      PSN 7690-02-000-9996

2019 NOV 14 PM 2:38



**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***
SRF 36513

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- X
                                       :

In re:                             :

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : PROMESA<br>: Title III |
| *as representative of* | : Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO *et al.,* | : (Jointly Administered) |
| Debtors.[1] | : |

------------------------------------------------------------------- X

In re:                             :

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : PROMESA<br>: Title III |
| *as representative of* | : Case No. 17-BK-3566 (LTS) |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, | : |
| Debtor. | : |

------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

**This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.**

**Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).**

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _Miguel A. Nieves Diaz_ | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| _PO Box 214_ | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| _Corozal PR 00783_ | |
| City, State Zip Code | City, State Zip Code |
| _Puerto Rico_ | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); _or_

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.   If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)   Provide the CUSIP Numbers of all ERS Bonds held by Participant:

        29216 MAF7

    (b)   Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

            No

By: _____
   Signature

Miguel A. Nieves Diaz
Print Name

_____
Title (if Participant is not an Individual)

Nov. 13/2019
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**



Miguel A. Nieves Diaz
P.O. Box 214
Corozal, P.R. 00783

CERTIFIED MAIL

7019 0160 0000 7175 2523

RECEIVED & FILED
2019 NOV 14 PM 4:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The Clerk of the United State District Court
for the District of P Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, P.R. 00918-1767

$3.50

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- X

In re:                                            :
                                                  :
THE FINANCIAL OVERSIGHT AND                       :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :   Title III
                                                  :
        as representative of                      :   Case No. 17-BK-3283 (LTS)
                                                  :
THE COMMONWEALTH OF PUERTO RICO *et al.,*          :   (Jointly Administered)
                                                  :
        Debtors.[1]                               :
------------------------------------------------------------------- X

In re:                                            :
                                                  :
THE FINANCIAL OVERSIGHT AND                       :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :   Title III
                                                  :
        as representative of                      :   Case No. 17-BK-3566 (LTS)
                                                  :
THE EMPLOYEES RETIREMENT SYSTEM OF THE            :
GOVERNMENT OF THE COMMONWEALTH OF                 :
PUERTO RICO,                                      :
                                                  :
        Debtor.                                   :
------------------------------------------------------------------- X

RECEIVED & FILED
2019 NOV 14   PM 4: 53
CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
      (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
      Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
      3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
      (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
      ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
      Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
      Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
      Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
      (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Francisco A. Sotomayor Chaves* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *fa.sotomayor@gmail.com* | |
| Email Address | Email Address |
| *HC-08 Box 45023* | |
| Address line 1 | Address line 1 |
| *Aguadilla P.R. 00603-9717* | |
| Address line 2 | Address line 2 |
| | |
| City, State Zip Code | City, State Zip Code |
| *P.R.* | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); or

**XX**_____ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.  If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

> (a)  Provide the CUSIP Numbers of all ERS Bonds held by Participant:

*29216M AC4*

> (b)  Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: *Francisco A. Sotomayor Chaves*

Signature

*Francisco A. Sotomayor Chaves*

Print Name

_____

Title (if Participant is not an Individual)

*Nov 07, 2019*

Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

Francisco A. Sotomayor Ch
HC-08 Box 45023
Aguadilla P.R. 00603-9



CERTIFIED MAIL

7018 1830 0000 5363 7169



District Court For The District Of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan Puerto Rico 00918-1767



U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00603
NOV 13, 19
AMOUNT
$6.85
R2304M110395-01

00918831703

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------- X

In re:                                                      :
                                                            :
THE FINANCIAL OVERSIGHT AND                                 :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                           :   Title III
                                                            :
       as representative of                              :   Case No. 17-BK-3283 (LTS)
                                                            :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                   :   (Jointly Administered)
                                                            :
       Debtors.[1]                                      :
-------------------------------------------------------------------- X
                                                            :
In re:                                                      :
                                                            :
THE FINANCIAL OVERSIGHT AND                                 :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                           :   Title III
                                                            :
       as representative of                              :   Case No. 17-BK-3566 (LTS)
                                                            :
THE EMPLOYEES RETIREMENT SYSTEM OF THE                      :
GOVERNMENT OF THE COMMONWEALTH OF                           :
PUERTO RICO,                                                :
                                                            :
       Debtor.                                          :
-------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**

ROGER A. SHERMAN
Participant Name

Contact Person (if Participant is not an individual)

SYLANGROG@YAHOO.com
Email Address

PO BOX 270359
Address line 1

Address line 2

SAN JUAN PR. 00928-3359
City, State Zip Code

USA
Country

**Counsel Contact Information (if any)**

Firm Name (if applicable)

Contact Person

Email Address

Address line 1

Address line 2

City, State Zip Code

Country

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.      If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If
         Participant is a holder of one or more ERS Bonds, Participant must respond to the following
         paragraphs (a) and (b) to the best of Participant's knowledge.

         (a)     Provide the CUSIP Numbers of all ERS Bonds held by Participant:

                          29216MAC  4

         (b)     Did Participant purchase any of its ERS Bonds in whole or in part on the secondary
                 market?  **YES** or **NO** (please **circle one**).

By: _____
Signature

ROGER A. SHERMAN
Print Name

_____
Title (if Participant is not an Individual)

11 NOV 2019
_____
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i)
**served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed**
electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the
Participant is not represented by counsel, the Participant may file a paper copy of this Notice of
Participation with the District Court by delivering such Notice of Participation by mail or by hand
addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room
150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

Roger A. Sherman
PO Box 270359
San Juan PR 00928.3359



CERTIFIED MAIL

7019 0160 0000 0416 8711

Clerk US District Court of P.R.
Room 150 Federal Bld.
150 Carlos Chardon Ave.
San Juan  PR 00918-1767

FOREVER / USA

SAN JUAN, PR
CLERK'S OFFICE
U.S. DISTRICT COURT
2019 NOV 14  PM 4: 53
RECEIVED & FILED



ZIP 00927 $ 003.50°
02 4W
0000362890 NOV 12 2019
U.S. POSTAGE ▶ PITNEY BOWES



SAN JUAN
PR 009
12 NOV '19
PM 4 L

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------------- X

In re:                                                :

THE FINANCIAL OVERSIGHT AND            :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :   Title III

      as representative of                :   Case No. 17-BK-3283 (LTS)

THE COMMONWEALTH OF PUERTO RICO *et al.,*   :   (Jointly Administered)

      Debtors.[1]                        :

--------------------------------------------------------------------- X

In re:                                                :

THE FINANCIAL OVERSIGHT AND            :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,      :   Title III

      as representative of                :   Case No. 17-BK-3566 (LTS)

THE EMPLOYEES RETIREMENT SYSTEM OF THE  :
GOVERNMENT OF THE COMMONWEALTH OF       :
PUERTO RICO,                            :

      Debtor.                            :

--------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]  The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

      This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

      Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

      The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

      To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

**Participant Name and Contact Information**      **Counsel Contact Information (if any)**

*Mirta I. Santos Colón*
Participant Name                                  Firm Name (if applicable)

Contact Person (if Participant is not an individual)    Contact Person

*PoSotomayor_@gmail.com*
Email Address                                    Email Address

*HC-08 Box 45023*
Address line 1                                     Address line 1

Address line 2                                     Address line 2

*Aguadilla P.R. 00603-9717*
City, State Zip Code                          City, State Zip Code

*USA*
Country                                         Country

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

        _____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

        **X X** intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.      If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)     Provide the CUSIP Numbers of all ERS Bonds held by Participant:

               *29216 M AC4*

      (b)     Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **(YES)** or **NO** (please **circle one**).

By: *Myrta cl. Santos Colón*
Signature

*Mirta I. Santos Colón*
Print Name

_____
Title (if Participant is not an Individual)

*Nov 7, 2019*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

3

Mirta I. Servbs Colón
HC-08 Box 45023
Aguadilla P.R. 00603-9717




U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00603
NOV 13 19
AMOUNT
**$6.85**
R2304M110395-01

1000        00918



**CERTIFIED MAIL**

7018 1830 0000 5383 7152

The Clerk of United State
District Court for the District of Puerto Rico
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan Puerto Rico 00918—1767

00918=1703

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

      Debtors.[1]

--------------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

      Debtor.

--------------------------------------------------------------------- X

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

PROMESA
Title III

Case No. 17-BK-3566 (LTS)

RECEIVED & FILED
2019 NOV 14 PM 4: 54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *IRAIDA A. MARTÍNEZ VÉLEZ* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *indymarvel@gmail.com* | |
| Email Address | Email Address |
| *PANORAMA ESTATES* | |
| Address line 1 | Address line 1 |
| *C 16 CALLE 1* | |
| Address line 2 | Address line 2 |
| *BAYAMON PR 00957-4378* | |
| City, State Zip Code | City, State Zip Code |
| | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____    intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

\_\_\_X\_\_\_   intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.      If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

      (a)    Provide the CUSIP Numbers of all ERS Bonds held by Participant:

29216 M BL 3     29216 M A C 4
29216 M BA 7

      (b)    Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Iraida A. Martínez Vélez_
Signature

_IRAIDA A. MARTÍNEZ VÉLEZ_
Print Name

_____
Title (if Participant is not an Individual)

_October 31, 2019_
Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7019 0700 0000 7845 4620



RECEIVED & FILED
2019 NOV 14  PM 4: 54
CLERK'S OFFICE



UNITED STATES POSTAGE
PITNEY BOWES
02 1P          $ 007.45⁰
0000900085     NOV 12 2019
MAILED FROM ZIP CODE 00969

## ALVARADO
TAX & BUSINESS ADVISORS
Taxand

104 Acuarela Street
Martínez Nadal Expressway
Guaynabo PR 00969

PO Box 195598
San Juan PR 00919-5598

CERTIFIED MAIL

THE CLERK OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF PUETO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR  00918-1767

www.alvatax.com       Taxand

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.,*

       Debtors.[1]

       :  PROMESA
       :  Title III
       :
       :  Case No. 17-BK-3283 (LTS)
       :
       :  (Jointly Administered)

-------------------------------------------------------------------- X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

       Debtor.

       :  PROMESA
       :  Title III
       :
       :  Case No. 17-BK-3566 (LTS)
       :

-------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]  The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *IRAIDA A. MARTÍNEZ VELEZ* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *indymapvel @gmail. com* | |
| Email/Address | Email Address |
| *PANORAMA ESTATES* | |
| Address line 1 | Address line 1 |
| *C 16   CALLE 1* | |
| Address line 2 | Address line 2 |
| *BAYAMON   PR  00957-4378* | |
| City, State Zip Code | City, State Zip Code |
| | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3. If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

  (a) Provide the CUSIP Numbers of all ERS Bonds held by Participant:

    29216MBL3  29216MAC4
    29216MBA7

  (b) Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Iraida A. Martinez Velez_
Signature

IRAIDA A. MARTINEZ VELEZ
Print Name

_Iraida A. Martinez Velez_
Title (if Participant is not an Individual)

October 31, 2019
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.



CERTIFIED MAIL®

7019 0700 0000 7845 4620

RECEIVED & FILED

2019 NOV 14  PM 4: 54

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR





ALVARADO
TAX & BUSINESS ADVISORS
T a x a n d

104 Acuarela Street
Martínez Nadal Expressway
Guaynabo PR 00969

PO Box 195598
San Juan PR 00919-5598

CERTIFIED MAIL

THE CLERK OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF PUETO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR  00918-1767

www.alvatax.com

Taxand

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- X

In re:                                                :

THE FINANCIAL OVERSIGHT AND                           :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                     :   Title III

       as representative of                        :   Case No. 17-BK-3283 (LTS)
                                                      :
THE COMMONWEALTH OF PUERTO RICO *et al.,*             :   (Jointly Administered)
                                                      :
       Debtors.[1]                                :

---------------------------------------------------------------------- X

In re:                                                :

THE FINANCIAL OVERSIGHT AND                           :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                     :   Title III

       as representative of                        :   Case No. 17-BK-3566 (LTS)
                                                      :
THE EMPLOYEES RETIREMENT SYSTEM OF THE                :
GOVERNMENT OF THE COMMONWEALTH OF                     :
PUERTO RICO,                                          :
                                                      :
       Debtor.                                    :

---------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.      Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| _FRAIDA A. MARTINEZ VELEZ_ | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| _indymarvel@gmail.com_ | |
| Email Address | Email Address |
| _PANORAMA ESTATES_ | |
| Address line 1 | Address line 1 |
| _C 16 CALLE 1_ | |
| Address line 2 | Address line 2 |
| _BAYAMON PR 00957-4378_ | |
| City, State Zip Code | City, State Zip Code |
| | |
| Country | Country |

2.      Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.      If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)      Provide the CUSIP Numbers of all ERS Bonds held by Participant:

            29216 MBL3       29216 MAC4
            29216 MBA7

        (b)      Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _Iraida Martinez Vélez_
Signature

IRAIDA A. MARTINEZ VELEZ
Print Name

_____
Title (if Participant is not an Individual)

October 31, 2019
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767**.

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**®

7019 0700 0000 7845 4620



RECEIVED & FILED
2019 NOV 14 PM 4:54
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR



104 Acuarela Street
Martínez Nadal Expressway
Guaynabo PR 00969

PO Box 195598
San Juan PR 00919-5598

CERTIFIED MAIL

THE CLERK OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF PUETO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PR  00918-1767

www.alvatax.com

Taxand

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------ X

In re:                                            :

THE FINANCIAL OVERSIGHT AND                       :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :    Title III
                                                  :
          as representative of                    :    Case No. 17-BK-3283 (LTS)
                                                  :
THE COMMONWEALTH OF PUERTO RICO *et al.,*         :    (Jointly Administered)
                                                  :
          Debtors.[1]                             :
------------------------------------------------------------------ X

In re:                                            :

THE FINANCIAL OVERSIGHT AND                       :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :    Title III
                                                  :
          as representative of                    :    Case No. 17-BK-3566 (LTS)
                                                  :
THE EMPLOYEES RETIREMENT SYSTEM OF THE            :
GOVERNMENT OF THE COMMONWEALTH OF                 :
PUERTO RICO,                                      :
                                                  :
          Debtor.                                 :
------------------------------------------------------------------ X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| JUSTINA NAVARRETO Velazquez | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| | |
| Email Address | Email Address |
| PO BOX 127 | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| NAGUABO PR   00718 | |
| City, State Zip Code | City, State Zip Code |
| | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

___X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.     If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

        (a)    Provide the CUSIP Numbers of all ERS Bonds held by Participant:

*29216 MAC 4*

        (b)    Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  **YES** or **NO** (please **circle one**).

By: _____
Signature

_____
Print Name

_____
Title (if Participant is not an Individual)

*10-23-19*
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Justino Navarro Velazquez
Po Box 127
Llaguna P. R 00718

SAN JUAN PR 006
12 NOV 2019 PM 21

love
FOREVER·USA

THE CLERK of U.S. District Court
for the District of PR Room 150 Federal
Building 150 Carlos Chardon Avenue
San Juan P.R 00918-1767

SAN JUAN, PR
U.S. DISTRICT COURT
CLERK'S OFFICE
2019 NOV 14  PM 4: 54
RECEIVED & FILED

00918-241250

*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- X

In re:
:
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)
:
Debtors.[1] :
---------------------------------------------------------------------- X
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
as representative of : Case No. 17-BK-3566 (LTS)
:
THE EMPLOYEES RETIREMENT SYSTEM OF THE :
GOVERNMENT OF THE COMMONWEALTH OF :
PUERTO RICO, :
:
Debtor. :
---------------------------------------------------------------------- X

NOTICE OF PARTICIPATION IN LITIGATION
OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID:
3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284
(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv)
Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power
Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)
(Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in
accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party
that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b)
files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate
pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures),
including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured
Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the
Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the
Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and
Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with
respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth
of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides
all of the information requested in items 1 through 3 below:

1.  Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| José J. Rivera De Jesús | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| riverajos @ prtc.net | |
| Email Address | Email Address |
| Ciudad Jardin Bairoa | |
| Address line 1 | Address line 1 |
| 341 Calle Albacete | |
| Address line 2 | Address line 2 |
| Caguas PR 00727-1406 | |
| City, State Zip Code | City, State Zip Code |
| USA | |
| Country | Country |

2.  Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant
believes the District Court should find that the ERS Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant
believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.   If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign. If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

    (a)   Provide the CUSIP Numbers of all ERS Bonds held by Participant:

       29216 MBN9

    (b)   Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _____
    Signature

  José J. Rivera
  Print Name

_____
Title (if Participant is not an Individual)

  13 Nov 2019
  Date

**Instructions for Serving and Filing Notice of Participation**: This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures. **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

José Rivera
Ciudad Jardin Bairoa
341 Calle Albacete
Caguas, PR 00727-1406



RECEIVED & FILED

2019 NOV 14  PM 4: 54

CLERK
U.S. DISTRICT COURT
SAN JUAN, PR

The Clerk United States District Court
Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan, PR 00918-1767

00918$1706 C018

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- X
                                                                    :
In re:                                                              :
                                                                    :
THE FINANCIAL OVERSIGHT AND                                         : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                   : Title III
                                                                    :
      as representative of                                      : Case No. 17-BK-3283 (LTS)
                                                                    :
THE COMMONWEALTH OF PUERTO RICO *et al.,*                           : (Jointly Administered)
                                                                    :
      Debtors.[1]                                              :
------------------------------------------------------------------- X
                                                                    :
In re:                                                              :
                                                                    :
THE FINANCIAL OVERSIGHT AND                                         : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                   : Title III
                                                                    :
      as representative of                                      : Case No. 17-BK-3566 (LTS)
                                                                    :
THE EMPLOYEES RETIREMENT SYSTEM OF THE                             :
GOVERNMENT OF THE COMMONWEALTH OF                                   :
PUERTO RICO,                                                        :
                                                                    :
      Debtor.                                                  :
------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.     Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *MARIA Aracelis Figueroa-Soldevila*<br>Participant Name | _____<br>Firm Name (if applicable) |
| _____<br>Contact Person (if Participant is not an individual) | _____<br>Contact Person |
| *mfigsol@gmail.com*<br>Email Address | _____<br>Email Address |
| *Crown Hills 190*<br>Address line 1 | _____<br>Address line 1 |
| *Guaynnes St*<br>Address line 2 | _____<br>Address line 2 |
| *San Juan, PR 00926*<br>City, State Zip Code | _____<br>City, State Zip Code |
| *USA*<br>Country | _____<br>Country |

2.     Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__X___ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.   If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

  (a)   Provide the CUSIP Numbers of all ERS Bonds held by Participant:

  29216 MBL3
  29216 MAC4

  (b)   Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market? **YES** or **NO** (please **circle one**).

By: _Maria G - Figuern Soldul_
Signature

_Maria Aracelis Figuern - Soldevila_
Print Name

_____
Title (if Participant is not an Individual)

_November 13, 2019_
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) **served** by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

Crown Hills 190
Guaynnés Street
San Juan PR 00926-6002

CERTIFIED MAIL

7019 1120 0001 7356 1077

RECEIVED & FILED

2019 NOV 14 PM 4: 55

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R.



U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00926
NOV 13, 19
AMOUNT
$7.45
R2304N116797-12
00918

The Clerk of the United States District Court
for the District of Puerto Rico

Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan PR 00918-1767

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- X

In re:                                                :

THE FINANCIAL OVERSIGHT AND          : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   : Title III
                                                      :
      as representative of                : Case No. 17-BK-3283 (LTS)
                                                      :
THE COMMONWEALTH OF PUERTO RICO *et al.,*  : (Jointly Administered)
                                                      :
      Debtors.[1]                         :
---------------------------------------------------------------------- X

In re:                                                :

THE FINANCIAL OVERSIGHT AND          : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   : Title III
                                                      :
      as representative of                : Case No. 17-BK-3566 (LTS)
                                                      :
THE EMPLOYEES RETIREMENT SYSTEM OF THE   :
GOVERNMENT OF THE COMMONWEALTH OF         :
PUERTO RICO,                                        :
                                                      :
      Debtor.                             :
---------------------------------------------------------------------- X

## NOTICE OF PARTICIPATION IN LITIGATION
## OF OBJECTIONS TO ERS BOND CLAIMS

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

This Notice of Participation must be served and filed no later than November 18, 2019 in accordance with the instructions set forth at the end of this document.

Absent permission granted by the District Court upon a showing of good cause, any party that has notice of the Initial Objection Procedures but (a) fails to file a Notice of Participation or (b) files a Notice of Participation after November 18, 2019, shall be prohibited from filing separate pleadings with respect to the Claim Objections (as defined in the Initial Objection Procedures), including filing any Additional Claim Objections (as defined in the Initial Objection Procedures).

The party identified below ("Participant") hereby advises the Official Committee of Unsecured Creditors, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico, the Financial Oversight and Management Board for Puerto Rico, the Special Claims Committee of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority that it intends to participate in the litigation of the Claim Objections with respect to bonds issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico in 2008 (the "ERS Bonds").

To ensure full participation rights in the litigation of the Claim Objections, Participant provides all of the information requested in items 1 through 3 below:

1.    Participant's contact information, including email address, and that of its counsel, if any:

| **Participant Name and Contact Information** | **Counsel Contact Information (if any)** |
|---|---|
| *Magali Berríos-Rivera* | |
| Participant Name | Firm Name (if applicable) |
| | |
| Contact Person (if Participant is not an individual) | Contact Person |
| *magaberi@gmail.com* | |
| Email Address | Email Address |
| *Crown Hills 190 Guayanés St* | |
| Address line 1 | Address line 1 |
| | |
| Address line 2 | Address line 2 |
| *San Juan, PR   00926* | |
| City, State Zip Code | City, State Zip Code |
| *USA* | |
| Country | Country |

2.    Participant advises that it (choose **one** of the following by marking "X" in the appropriate space):

_____ intends to **support** the relief requested in the Claim Objections (i.e., Participant believes the District Court should find that the ERS Bonds are **invalid**); *or*

__X__ intends to **oppose** the relief requested in the Claim Objections (i.e., Participant believes that the District Court should find that the ERS Bonds are **valid**)

2

**\*THIS NOTICE REQUIRES ACTION ON OR BEFORE NOVEMBER 18, 2019\***

3.   If Participant is not a holder of an ERS Bond, it can skip to the end of this Notice and sign.  If Participant is a holder of one or more ERS Bonds, Participant must respond to the following paragraphs (a) and (b) to the best of Participant's knowledge.

   (a)   Provide the CUSIP Numbers of all ERS Bonds held by Participant:

   29216MBN9

   (b)   Did Participant purchase any of its ERS Bonds in whole or in part on the secondary market?  (YES) or **NO** (please **circle one**).

By: _____
     Signature

Magali Berrias-Rivera
Print Name

_____
Title (if Participant is not an Individual)

November 13, 2019
Date

**Instructions for Serving and Filing Notice of Participation**:  This Notice of Participation must be (i) served by email on the Notice Parties set forth in paragraph 8 of the Objection Procedures and (ii) **filed** electronically with the District Court pursuant to its Electronic Case Filing procedures.  **If the Participant is not represented by counsel, the Participant may file a paper copy of this Notice of Participation with the District Court by delivering such Notice of Participation by mail or by hand addressed to: The Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, 150 Carlos Chardon Avenue, San Juan, PR 00918-1767.**

3

Crown Hills 190
Guaynnés Street
San Juan PR 00926-6002

CERTIFIED MAIL

7019 1120 0001 7356 1077

RECEIVED & FILED

2019 NOV 14 PM 4: 55

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN P.R.



U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00926
NOV 13, 19
AMOUNT

$7.45

R2304N116797-12

00918

The Clerk of the United States District Court
for the District of Puerto Rico

Room 150 Federal Building
150 Carlos Chardon Avenue
San Juan PR 00918-1767