# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtors[1]. | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283(LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3566(LTS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

    I hereby certify that: Highfields Capital I LP, Highfields Capital II LP and Highfields Capital III LP; in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Tenth Amended Notice, Case Management and Administrative Procedures Order* of Case No. 17-03283 (LTS)) (the "CMP Order"), sent a true and exact copy of the documents titled *Notice of Appearance and Request for Notice filed by Leslie Yvette Flores Rodriguez on behalf of Highfields Capital I LP, Highfields Capital II LP, Highfields Capital III LP.; Notice of Participation (Employees Retirement System) Re: [5580] Motion / Omnibus Objection of Official Committee of Unsecured Creditors to Claims Asserted By Holders of Bonds Issued By Employees*

*Retirement System of Government of Puerto Rico filed by Official Committee of Unsecured Creditors, [5586] Motion Objection of Official Committee of Unsecured Creditors to Claims Asserted by Oaktree Funds that Hold Bonds Issued by Employees Retirement System of Government of Puerto Rico filed by Official Committee of Unsecured Creditors filed by Leslie Yvette Flores Rodriguez on behalf of Highfields Capital I LP; Notice of Participation (Employees Retirement System) Re: [5580] Motion / Omnibus Objection of Official Committee of Unsecured Creditors to Claims Asserted By Holders of Bonds Issued By Employees Retirement System of Government of Puerto Rico filed by Official Committee of Unsecured Creditors, [5586] Motion Objection of Official Committee of Unsecured Creditors to Claims Asserted by Oaktree Funds that Hold Bonds Issued by Employees Retirement System of Government of Puerto Rico filed by Official Committee of Unsecured Creditors filed by Leslie Yvette Flores Rodriguez on behalf of Highfields Capital II LP; and Notice of Participation (Employees Retirement System) Re: [5580] MOTION / Omnibus Objection of Official Committee of Unsecured Creditors to Claims Asserted By Holders of Bonds Issued By Employees Retirement System of Government of Puerto Rico filed by Official Committee of Unsecured Creditors, [5586] Motion Objection of Official Committee of Unsecured Creditors to Claims Asserted by Oaktree Funds that Hold Bonds Issued by Employees Retirement System of Government of Puerto Rico filed by Official Committee of Unsecured Creditors filed by Leslie Yvette Flores Rodriguez on behalf of Highfields Capital III LP.* Filed on November 18, 2019, (Dockets No.9236, 9239, 9241, and 9243 of Case No. 17-03283 (LTS), respectively), **by electronic mail upon all the parties listed in the Master Service List on November 18, 2019, and by U.S. mail upon all the Standard Parties listed in the CMP Order, on November 19, 2019**.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 19th day of November, 2019.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

> **MCCONNELL VALDÉS LLC**
> Attorneys for Highfields Capital I LP,
> Highfields Capital II LP and Highfields Capital III LP;
> 270 Muñoz Rivera Avenue, Suite 7
> San Juan, Puerto Rico 00918
> Telephone: 787-250-5628
> Facsimile: 787-759-9225
>
> *By: s/Leslie Y. Flores-Rodríguez*
> USDC-PR No. 223601
> Leslie Y. Flores-Rodríguez, Esq
> Email: lfr@mcvpr.com