UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

PUERTO RICO ELECTRIC POWER
AUTHORITY (PREPA),

                Debtor.

PROMESA
Title III

No. 17 BK 4780-LTS

---------------------------------------------------------------x

SCIEMUS LIMITED, et al.

                Plaintiffs,

Adv. Proc. No. 19-369-LTS

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

>      -v-
>
> THE FINANCIAL OVERSIGHT AND
> MANAGEMENT BOARD FOR PUERTO
> RICO,
>
>      as representative of
>
> PUERTO RICO ELECTRIC POWER
> AUTHORITY,
>
>             Defendant.
> -----------------------------------------------------------x

ORDER SCHEDULING BRIEFING OF MOTION OF PUERTO RICO POWER
AUTHORITY FOR UNDISPUTED PAYMENT AND RELEASE OF INSURANCE PROCEEDS

   The Court has received and reviewed the *Motion of Puerto Rico Power Authority for Undisputed Payment and Release of Insurance Proceeds* (the "Motion") filed by Puerto Rico Electric Power Authority (the "Movant"). (Docket Entry No. 24 in Adv. Proc. No. 19-369.) Opposition papers to the Motion must be filed by **November 26, 2019**. Movant's reply papers must be filed by **December 4, 2019**. The Motion will be heard in connection with the omnibus hearing scheduled for **December 11, 2019, at 9:30 a.m. (Atlantic Standard Time)**.

   SO ORDERED.

Dated: November 19, 2019

                      /s/ Laura Taylor Swain
                      LAURA TAYLOR SWAIN
                      United States District Judge