UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | PROMESA<br>Title III |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS<br>**(Jointly Administered)** |
| **THE COMMONWEALTH OF PUERTO RICO** *et al.*,<br>Debtors.¹ | **Objection deadline:** December 10, 2019 at 4:00 p.m. (Atlantic Standard Time) \<br>**Hearing date:** December 11, 2019 at 9:30 a.m. (Atlantic Standard Time) or such other hearing date as ordered by the Court |

**NOTICE OF FILING OF FOURTH INTERIM AND CONSOLIDATED SEMIANNUAL APPLICATION OF THE FEE EXAMINER AND GODFREY & KAHN, S.C., COUNSEL TO THE FEE EXAMINER, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2019 THROUGH SEPTEMBER 30, 2019**

**PLEASE TAKE NOTICE** that on November 19, 2019, pursuant to the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 3269] (the "**Interim Compensation Order**"), the *Tenth Amended Case Management Procedures Order* [Dkt. No. 8027-1] (the "**Case Management Procedures**"), the *First Amended Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the:  (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Section 105(A) Appointing a Fee Examiner and Related Relief* [Dkt. No. 3324] (the "**Fee Examiner Order**"), PROMESA §§ 316 and 317, 11 U.S.C. §§ 330 and 331, Fed. R. Bankr. P. 2016, Local Rule 2016-1; Godfrey & Kahn, S.C. ("**Godfrey & Kahn**"), counsel to the Fee Examiner in these proceedings, and the Fee Examiner filed the *Fourth Interim and Consolidated Semiannual Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From April 1, 2019 Through September 30, 2019* (the "**Interim Fee Application**").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Interim Fee Application must be (a) in writing, (b) conform with the Interim Compensation Order and the Case Management Procedures, and (c) be filed with the Court and served on the entities below, so as to be received on or before **December 10, 2019 at 4:00 p.m. (Atlantic Standard Time)** (the "**Objection Deadline**"):

(a) Chambers of the Honorable Laura Taylor Swain
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 1007-1312

(b) Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

(c) Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF)
Puerto Rico Fiscal Agency and Financial Advisory Authority
Roberto Sánchez Vilella (Minillas) Government Center
De Diego Ave. Stop 22
San Juan, Puerto Rico 00907
Attn:    Christian Sobrino Vega, Esq.
           Mohammad Yassin, Esq.
E-Mail:  CEO@aafaf.pr.gov
           Mohammad.Yassin@aafaf.pr.gov

(d) Counsel for AAFAF:

O'Melveny & Myers LLP
7 Times Square
New York, New York 10036
Attn: John J. Rapisardi, Esq.
    Suzzane Uhland, Esq.
    Peter Friedman, Esq.
    Nancy A. Mitchell, Esq.
    Maria J. DiConza, Esq.
E-Mail: jrapisardi@omm.com
    suhland@omm.com
    pfriedman@omm.com
    mitchelln@omm.com
    midconza@omm.com

Marini Pietrantoni Muñiz, LLC
MCS Plaza, Ste 500
255 Ponce de León Ave.
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
    Carolina Velaz-Rivero Esq.
    María T. Álvarez-Santos Esq.
E-Mail: lmarini@mpmlawpr.com
    cvelaz@mpmlawpr.com
    malvarez@mpmlawpr.com

(e) Counsel for the Oversight Board:

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Attn: Martin J. Bienenstock
    Paul V. Possinger
    Ehud Barak
    Maja Zerjal
E-Mail: mbienenstock@proskauer.com
    pposinger@proskauer.com
    ebarak@proskauer.com
    mzerjal@proskauer.com

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste 800
San Juan, PR 00918-1813
Attn: Hermann D. Bauer, Esq.
E-Mail: hermann.bauer@oneillborges.com

(f) Counsel for the Creditors' Committee:

Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Attn: Luc A. Despins
    James Bliss
    James Worthington
    G. Alexander Bongartz
E-Mail: lucdespins@paulhastings.com
    james.bliss@paulhastings.com
    jamesworthington@paulhastings.com
    alexbongartz@paulhastings.com

Casillas, Santiago & Torres LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, PR 00901-2419
Attn: Juan J. Casillas Ayala
    Diana M. Batlle-Barasorda
    Alberto J. E. Añese Negrón
    Erica C. Montull-Novoa
E-Mail: jcasillas@cstlawpr.com
    aaneses@cstlawpr.com
    emontull@cstlawpr.com

(g) Counsel for the Retiree Committee:

Jenner & Block LLP
919 Third Avenue
New York, New York 10022
Attn: Robert Gordon
    Richard Levin
    Catherine Steege

Bennazar, García & Milián, CSP
Edificio Union Plaza PH-A piso 18
Avenida Ponce de León #416
Hato Rey, San Juan, PR 00918
Attn: A.J. Bennazar-Zequeira
E-Mail: ajb@bennazar.org

      E-Mail: rgordon@jenner.com
              rlevin@jenner.com
              csteege@jenner.com

(h) The entities listed on the List of Creditors Holding the 20 Largest Unsecured Claims in COFINA's Title III Case.

(i) Counsel to any other statutory committee appointed in these Title III Cases.

(j) The Fee Examiner, Brady C. Williamson, Esq., Godfrey & Kahn S.C., One East Main Street, Suite 500, Madison, WI 53703.

**PLEASE TAKE FURTHER NOTICE** the date of the hearing at which the Motion shall be considered by the Court is **December 11, 2019 at 9:30 a.m. (Atlantic Standard Time) or at such other time as ordered by the Court** and will be held before the Honorable Laura Taylor Swain, United States District Court Judge, in Room 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, Puerto Rico 00918-1767.

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed and served in accordance with the Interim Compensation Order and Case Management Procedures, the relief requested may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

**WE HEREBY CERTIFY** that on this date, we electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

Dated this 19th day of November, 2019.

                        EDGE Legal Strategies, PSC

                        */Eyck O. Lugo*
                        Eyck O. Lugo
                        252 Ponce de León Avenue
                        Citibank Tower, 12th Floor
                        San Juan, PR 00918
                        Telephone: (787) 522-2000
                        Facsimile: (787) 522-2010
                        *Puerto Rico Counsel*

                        GODFREY & KAHN, S.C.
                        One East Main Street, Suite 500
                        Madison, WI 53703
                        Telephone: (608) 257-3911
                        Facsimile: (608) 257-0609
                        Katherine Stadler (*Pro Hac Vice*)
                        *Counsel for the Fee Examiner*

21496568.1

5