## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** | **TITLE III PROMESA** |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO** | |
| **As representative of** | **CASE NO. 17- BK-3283 LTS** |
| **THE COMMONWEALTH OF PUERTO RICO ET AL.,** | |
| **Debtors** | |

### CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

COMES NOW the creditor, Aracelia Torres Irizarry, through the undersigned counsel very respectfully states and requests as follows:

The creditor very respectfully certifies that on November 18th, 2019 a true and exact copy of the *Notice of Participation in Litigation of Objection to ERS Bonds Claims* was filed on docket no. 9230 and will be served via email to the following Parties.

In Caguas, Puerto Rico, the 18th day of November 2019

**CERTIFICATE OF SERVICE**: I certify that on this same date the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which sends notification of such filing to all system's participants.

**/s/ CARLOS ALBERTO RUIZ, ESQ.**
USDC-PR 210009
Attorney for Debtor
P.O. Box 1298
Caguas, PR 00726-1298
Tel: (787) 286-9775 / Fax: (787) 747-2174
carlosalbertoruizquiebras@gmail.com

PAUL HASTINGS LLP
Attn: Luc. A Despins, Esq.
James R Bliss, Esq.
Nicholas A Bassett, Esq.
200 Park Ave
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
nicholasbassett@paulhastings.com

CASILLAS, SANTIAGO & TORRES LLC
Attn: Juan J Casillas Ayala, Esq
Israel Fernández Rodríguez, Esq.
Juan C Nieves Gonzalez, Esq.
Cristina B Fernandez Niggemann, Esq.
PO Box 195075
San Juan PR 00919-5075
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

JENNER & BLOCK LLP
Attn: Robert Gordon, Esq.
Catherine Steege, Esq.
Melissa Root, Esq.
Landon Raiford, Esq.
rgordon@jenner.com
csteege@jenner.com
mroot@jenner.com
lraiford@jenner.com

PROSKAUER ROSE LLP
Attn: Martin J Bienenstock, Esq.
Brian S Rosen, Esq.
Jeffrey W. Levitan, Esq.
Margaret A. Dale, Esq.
mbienenstock@proskauer.com
brosen@proskauer.com
jlevitan@proskauer.com
mdale@proskauer.com

BROWN RUDNICK LLP
Attn: Edward S Wiesfelner, Esq.
Angela M. Papalaskaris, Esq.
weisfelner@brownrudnick.com
apapalaskaris@brownrudnick.com

O'MELVENY & MYERS LLP
John J Rapisardi
Suzanne Uhland
Peter Friedman
7 Times Sqare
New York NY 10036
jarpisardi@omm.com
pfriedman@omm.com
suhland@omm.com

BENNAZAR, GARCIA & MILLIAN CSP
Attn: A.J. Bennazar – Zequeira, Esq.
Hector M Mayol Kauffman, Esq.
Francisco del Castillo Orozco, Esq.
ajb@bennazar.org
hector.mayol@bbennazar.com

A&S LEGAL STUDIO PSC
Attn Luis F del Valle – Emmanuelli, Esq.
dvelawoffices@gmail.com

ESTRELLA LLC
Attn Alberto Estrella Esq.
Kenneth C Suria, Esq.
agestrella@estreallllc.com
ksuria@estrellallc.com

MARINI PIETRANTONI MUÑIZ LLC
Luis C Marini- Biaggi
250 Ponce de León Ave Suite 900
San Juan PR 00918
lmarini@mpmlawpr.com