## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
--------------------------------------------------------------x
                                          :
In re                                     :
                                          :   PROMESA
THE FINANCIAL OVERSIGHT AND               :   Title III
MANAGEMENT BOARD FOR PUERTO RICO,         :
                                          :
     as representative of                 :   Case No. 17-BK-3283 (LTS)
                                          :
THE COMMONWEALTH OF PUERTO RICO,          :   (Jointly Administered)
et al.,¹                                  :
                                          :
                                          :
          Debtors.                        :
                                          :
--------------------------------------------------------------x
                                          :
In re                                     :
                                          :   PROMESA
THE FINANCIAL OVERSIGHT AND               :   Title III
MANAGEMENT BOARD FOR PUERTO RICO,         :
                                          :
     as representative of                 :   Case No. 17-BK-04780 (LTS)
                                          :
PUERTO RICO ELECTRIC POWER                :   Court Filing Relates Only to PREPA
AUTHORITY (PREPA),                        :
                                          :
          Debtor.                         :
--------------------------------------------------------------x
```

**JOINDER OF CORTLAND CAPITAL MARKET SERVICES LLC, AS ADMINISTRATIVE AGENT, AND SOLUS TO MOTION *IN LIMINE* TO STRIKE AND EXCLUDE IMPROPER LAY OPINION TESTIMONY OF FREDERIC CHAPADOS REGARDING ALLEGED EFFECT OF 9019 SETTLEMENT ON PREPA TRANSFORMATION**

---

[1]     The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

Cortland Capital Market Services LLC ("Cortland"), as successor administrative agent for lenders under a Credit Agreement, dated as of May 4, 2012, among PREPA, Scotiabank de Puerto Rico, and certain lenders, and SOLA LTD, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Ultra NB LLC (collectively, "Solus"), as lenders to PREPA under a Trade Finance Facility Agreement, dated as of July 20, 2012, among PREPA and Citibank, N.A., respectfully join in the *Official Committee of Unsecured Creditors' Motion in Limine to Strike and Exclude Improper Lay Opinion Testimony of Frederic Chapados Regarding Alleged Effect of 9019 Settlement on PREPA Transformation* (the "Motion") [Dkt. No. 1752], except to the extent that the Motion relies on the Stipulation, to which Cortland and Solus are not parties.[2]

---

[2]      Capitalized terms not defined have the meanings given in the Motion.

Dated:  November 20, 2019

Respectfully submitted,

 */s/ Nayuan Zouairabani*
Nayuan Zouairabani
USDC-PR No. 226411
MCCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico  00918
P.O. Box 364225
San Juan, Puerto Rico  00936-4225
Telephone:  (787) 250-5604
Facsimile:  (787) 759-9225
Email:  nzt@mcvpr.com

 */s/ Emil A. Kleinhaus*
Richard G. Mason (admitted *pro hac vice*)
Amy R. Wolf (admitted *pro hac vice*)
John F. Lynch (admitted *pro hac vice*)
Emil A. Kleinhaus (admitted *pro hac vice*)
Angela K. Herring (admitted *pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000
Email:  rgmason@wlrk.com
         arwolf@wlrk.com
         jlynch@wlrk.com
         eakleinhaus@wlrk.com
         akherring@wlrk.com

*Attorneys for Cortland Capital Market
Services LLC, as Administrative Agent*

 */s/ Jose L. Ramirez-Coll*
Jose L. Ramirez-Coll
USDC-PR No. 221702
ANTONETTI, MONTALVO
& RAMIREZ-COLL
1225 Ponce de Leon Avenue
San Juan, Puerto Rico  00907
Telephone:  (787) 977-0303
Facsimile:  (787) 977-0323
Email:  jramirez@amrclaw.com

 */s/ Bryce L. Friedman*
Bryce L. Friedman (admitted *pro hac vice*)
Nicholas Baker (admitted *pro hac vice*)
Sarah E. Phillips (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York  10017
Telephone:  (212) 455-2000
Facsimile:  (212) 455-2502
Email:  bfriedman@stblaw.com
         nbaker@stblaw.com
         sarah.phillips@stblaw.com

*Attorneys for SOLA LTD, Solus Opportunities
Fund 5 LP, Ultra Master LTD and Ultra NB
LLC*