UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

           Debtors.[1]
------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT (ERS)

The attached additional pro se Notices of Participation have been received by the Court for filing in the above-captioned cases pursuant to the *Order Establishing Initial Procedures with Respect to (I) Objections of Official Committee of Unsecured Creditors and Official Committee of Retired Employees, Pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3007, to Claims Asserted by Holders of Bonds Issued by Employees Retirement System of*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (ERS)
November 18, 2019

*Government of Commonwealth of Puerto Rico, (II) Count One of Certain Complaints Alleging That Such Bonds Were Issued Ultra Vires and (III) Establishing Claim Objection Deadline for Certain ERS Bond Claims* (Docket Entry No. 8818 in Case No. 17-3283).

1. Alquileres Papas c/o Janette Pasarell* received in Ponce on 11/14/2019
2. Janette Pasarell* received in Ponce on 11/14/2019
3. Luis Astacio
4. Gustavo Navarez
5. Manuel Echandi Carro
6. Roberto Vera-Cuesta
7. T&A Properties c/o Anthony Cardona
8. Ramon B. Rodriguez-Rosado
9. FERPO Consulting Group Inc c/o Ginette Fernandez
10. Telenetworks Inc. c/o Anthony Cardona
11. Agustin Perez
12. Juan Riestra
13. Hilda M. Rodriguez
14. Sara E. De Jesus
15. Alberto J. Picó-Gonzalez
16. Gilberto Hawke
17. Enrique Loubriel-Umpierre
18. Cruz Mendoza-Rivera Estate c/o Manuel Mendoza-Baez
19. Guillermo A. Nigaglioni
20. Lillian Coss

Dated: November 18, 2019