## Response Declaration to the Seventy-Ninth Omnibus Objection

RECEIVED & FILED
2019 NOV 13 PM 3:30

To: **Clerk's Office**
**United States District Court**
**Room 150 Federal Building**
**San Juan, Puerto Rico 00918-1767**

Counsel for the Oversight Board
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
Attn: Martin J. Bienenstock
Brian S. Rosen

Counsel for the Creditors' Committee
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
James Bliss
James Worthington
G. Alexander Bongartz

Re: **In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS.**
**United States District Court for the District of Puerto Rico**

I hereby declare that:

My name is Efraín García Rivera and my present address is:

506 Cond Quintana A
San Juan PR 00917-4749

I have the claim **# 40034**, date filed on 6/12/18, related to my contributions to the pension funds of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico by the amount of **$66,356.57**.

I am currently working in the Commonwealth of Puerto Rico Courts of Justice since November 1, 1994 until the present. Also, I made contributions to Puerto Rico government pension retirement system when I was working for the Department of Justice of Puerto Rico from June 16, 1992 until October 31, 1994.

I am opposing to the determination of declaring my claim # 40034 deficient because of lack of supporting documentation (Omnibus Objection) for asserting a claim against the

Response Declaration to the Seventy-Ninth Omnibus Objection
November 13, 2019
Page 2

Employees Retirement System of the Government of the Commonwealth of Puerto Rico.

I am hereby submitting the evidence needed to support my claim previously presented through Prime Clerk site as "Electronic Proof Claim – **170328301203615**". And it appears the attached documents were missing (*ESTADO DE CUENTA ESTIMADO* and the *CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS*). If there are any other documents that can certify my claim, I will gladly be provided if it is requested.

Also, if you have any questions regarding this declaration, please don't hesitate to contact me to the email address garcia-efrain@hotmail.com.

Based on the foregoing, and to the best of my knowledge, the information contained in this Response Declaration to the Seventy-Ninth Omnibus Objection and attachments are true and correct.

Date of submission: November 13, 2019

Signature:

Efraín García-Rivera
506 Cond Quintana A
San Juan PR 00917-4749
(787) 431-8715

---

Includes: Certifications from Employees Retirement System of Puerto Rico of the Government of the Commonwealth of Puerto Rico, Information Requested to Process Your Claim form and Electronic Proof of Claim-1700328301203615