**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

# CERTIFICACIÓN DE BALANCES DE APORTACIONES ESTIMADAS

**RE: EFRAIN GARCIA RIVERA**  
506 COND QUINTANA A  
SAN JUAN, PR 00917

Seguro Social: XXX-XX-2494

La información que se presenta a continuación está basada en los datos obtenidos de nuestros sistemas computarizados a la fecha de ésta certificación.

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a ASR a la fecha de la última nómina procesada en el Sistema. Por tanto, los mismos están sujetos a revisión. En caso de que la información no coincida con los registros del cliente, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia, Corporación o Municipio.

| | |
|---|---|
| Corporación: | ADMINISTRACION DE TRIBUNALES |
| Años de Servicio: | 25 |
| Balance de Aportaciones: | $66,356.57 |

Esta certificación fue emitida el 13 de noviembre de 2019.

La Administración de los Sistemas de Retiro de los Empleados del Gobierno y la Judicatura no se hará responsable de información faltante o suministrada por el Patrono.

Número de Certificación: ASR2019111345373838

Para verificar la validez de esta certificación, debe hacerlo a través del portal del Gobierno de Puerto Rico http://www.pr.gov/validacionelectronica/ o en nuestro portal http://www.retiro.pr.gov



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203  
787.754.4545 • www.retiro.pr.gov

**GOBIERNO DE PUERTO RICO**

Administración de los Sistemas de Retiro
de los Empleados del Gobierno y la Judicatura

## ESTADO DE CUENTA ESTIMADO

13 de noviembre de 2019

**Agencia: 122 - ADMINISTRACION DE TRIBUNALES**

EFRAIN GARCIA RIVERA
506 COND QUINTANA A
SAN JUAN, PR 00917 4749

**Seguro Social:** XXX-XX-2494

A base de la información en nuestros registros, al 13 de noviembre de 2019 usted posee:

**Fecha de Nacimiento:** 04 de marzo de 1969  **Género:** Masculino
**Fecha de Ingreso al Servicio Público:** 31 de julio de 1992
**Fecha de Comienzo de Cotización:** 31 de julio de 1992

| *Ley Anterior al 30 de junio de 2013* | | | *Ley 3 al 30 de junio de 2017* | |
|---|---|---|---|---|
| Años Acreditados: | 21.00 | | Tiempo Trabajado: | 4 |
| Aportaciones: | $40,537.37 | | Aportaciones: | $14,611.85 |
| Intereses: | $10,024.18 | | Intereses: | $1,183.17 |
| Gastos Teneduría: | $0.00 | | Gastos Teneduría: | $0.00 |
| Total Aportaciones: | $50,561.55 | | Total Aportaciones: | $15,795.02 |
| SNC Pagado: | $0.00 | | Beneficio: | $0.00 |
| SNC Tiempo: | 0.00 | | | |
| Beneficio: | $0.00 | | | |

Es importante destacar que el Balance de la Aportación Individual reflejada es la acumulación de la cantidad aportada a Retiro a la fecha de la última nómina procesada en el Sistema. Los balances aquí reflejados por concepto de Aportación Individual y Años de Servicio están sujetos a revisión.

En caso de que la información no coincida con sus registros, deberá comunicarse con el Coordinador para Asuntos de Retiro de su Agencia o Municipio. Además, puedes acceder esta información a través de la sección Servicios en Línea del Portal de Internet de Retiro: http://www.retiro.pr.gov.

**Le recordamos que previo a radicar una solicitud de pensión, deberá solicitar un Estado de Cuenta oficial a través de su Coordinador.**

Coordialmente,

Unidad de Estado de Cuenta
Área de Participantes



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
787.754.4545 • www.retiro.pr.gov

*Número de Evidencia de Reclamación*:
*Reclamante*: Garcia Rivera, Efrain

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar <u>más</u> información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**
   - ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
   - ☒ Empleo actual o anterior en el gobierno de Puerto Rico
   - ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**
   $66,356.57

Número de Evidencia De Reclamación #_____
Reclamante: García Rivera, Elicia

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Departamento de Justicia y Tribunal General de Justicia (actual)

3(b). Identifique las fechas de su empleo con relación a su reclamación: Dept. de Justicia (16 de junio de 1992 hasta 31 de octubre de 1994, Tribunal General de Justicia (1 de noviembre de 1994 hasta el presente)

3(c). Últimos cuatro dígitos de su número de seguro social: 2494

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☒ Jubilación
   - ☐ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____
   _____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.

   _____

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

   _____

4(c). Número de caso: _____

4(d). Título, epígrafe, o nombre del caso:

   _____

2

*Número de Evidencia de Reclamación:* ~~#hasta~~
*Reclamante:* García Rivera, Efraín

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_____

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
_____

3



# Electronic Proof of Claim - 170328301203615

Adobe Sign Document History                                06/12/2018

| | |
|---|---|
| Created: | 06/12/2018 |
| By: | Puerto Rico Claims (prclaims@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAKqrOnSrWX9aIh6yxzF4Aqb6k5kF7_dP0 |

## "Electronic Proof of Claim - 170328301203615" History

- Widget created by Puerto Rico Claims (prclaims@primeclerk.com)
  06/12/2018 - 9:22:31 AM EDT

- Widget filled in by Efraín García Rivera (garcia-efrain@hotmail.com)
  06/12/2018 - 9:31:56 AM EDT- IP address: 64.178.212.224

- (User email address provided through API 170328301203615, User-Agent: Mozilla/5.0 (Windows NT 6.1; Trident/7.0; rv:11.0) like Gecko)
  06/12/2018 - 9:31:58 AM EDT- IP address: 64.178.212.224

- Signed document emailed to Efraín García Rivera (garcia-efrain@hotmail.com) and Puerto Rico Claims (prclaims@primeclerk.com)
  06/12/2018 - 9:31:58 AM EDT

Prime Clerk | POWERED BY Adobe Sign