Documents filed electronically prior to Dec. 1, 2003 in cases closed over one year are restricted. Available ONLY at the public terminals at the Clerks Office.
Access to SEALED MOTIONS is limited to parties authorized for access on a case-by-case basis.

Case:17-03283-LTS   Doc#:9278-1   Filed:11/20/19   Entered:11/20/19 22:55:15   Desc:
Exhibit 1 - Denial of Access to Transcript   Page 1 of 1